# VELLTURO
# EXHIBIT 29





APLNDC00010809

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.2

# ComTech United States Report Q410

The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis

Apple Market Research & Analysis
February 11, 2011

Highly Confidential – Attorneys' Eyes Only

# Why this report?

Purpose:  The purpose of this study is to provide a comprehensive view of consumer behavior trends in the United States mobile phone market.

Key areas include:

- Market introduction
- Brand and model
- Operating system
- Demographics
- Usage
- Pricing
- Carrier and channel

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.3

# Consumer Panel Methodology

| Country | Methodology | Coverage | 4 weekly panel size | Total Q410 Interviews |
|---|---|---|---|---|
| ralia | Web | Nationally representative, age 16+ | 10,000 | 30,358 |
| ll | Face-to-face | Nationally representative, age 8+ | 24,000 | 81,780 |
| ce | Web & Postal | Nationally representative, age 15+ | 10,700 | 25,536 |
| nany | Web | Nationally representative, age 16+ | 10,000 | 41,652 |
| t Britain | Web | Nationally representative, age 12+ | 15,000 | 42,482 |
|  | Web | Nationally representative of online population, age 16+ | 7,000 | 31,632 |
| n | Web | Nationally representative, age 16+ | 10,000 | 31,478 |
| co | Face-to-face | Nationally representative, age 8+ | 22,500 | 68,647 |
| n | Web & Telephone | Nationally representative, age 16+ | 8,000 | 21,456 |
|  | Web | Nationally representative, age 16+ | 20,000 | 67,204 |

Q410 data period for all countries: 04 Oct - 26 Dec 2010 inclusive

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.4

# Understanding the Mobile Phone Market

| Collect | Measure | Profile | Examine |
|---|---|---|---|
| Consumer interviews amongst the same people every 4 weeks over time | • Mobile Ownership<br>• Carrier Connections<br>• Mobile Sales<br>• Device and Bill spend<br>• Usage<br>• Trends | • Mobile phone owners<br>• Smartphone owners<br>• Carriers<br>• High value groups<br>• Devices<br>• Usage groups | • Market make-up<br>• Performance<br>• Consumer behavior<br>• Threats<br>• Opportunities |

Method: Kantar Worldpanel ComTech is an independent market research service conducting longitudinal consumer surveys, measuring ownership and purchasing of device, carrier connections, billing and usage in the mobile phone market. Respondents are recruited to represent each country's population by demographic and region and screened to exclude those who complete other mobile phone related surveys. Respondents are incentivised through a redeemable points system which, combined with a simple interview, leads to high panel retention rates (on average circa 80% per year) and improved data quality.

The Enterprise market is not covered within this study. Surveys are conducted at least once per month amongst all consumers belonging to the survey - enabling short recall, accurate trending and brand loyalty/switching analysis.

Charts with sample sizes that fall below 50 (where % share and data become less significant) are clearly indicated in the data. Consumer survey panel data should be used to inform on ranking/trend movements and (as with all research) is liable to some statistical error, depending on sample size and consumer response.

Charts containing monetary values are as standard presented in USD$. Where local currencies are presented, this report has used the following exchange rates:
1 USD$ = 0.623 GBP£, 0.734 EUR€, 1.010 AUD$, 82.899 JPY¥, 1.010 AUD$, 12.288 MXN$, 1.723 BRL R$. Exchange rates from www.xe.com on 11/15/10.

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.5

5

# Consumer Panel Definitions

| Data | Time period | Explanation |
|---|---|---|
| Ownership | Latest 4 weeks | Provides the market size in terms of installed base. This represents the number of handsets owned in a snapshot of the market over the latest 4 weeks. This includes multiple handset ownership for those panelists who own 2+ handsets. |
| Purchasing | Latest quarter | Provides the latest snapshot of consumer purchasing. Each 4 weeks our panelists are asked to whether they bought a handset, either for themselves or another person. This covers replacement, additional handsets and gift purchases summed up to represent purchasing for the latest quarter. The report includes data for total mobile, but mainly focusses on smartphone. |
| Switching | Latest 6/12 months | When a panelist purchases a replacement handset, we are able to identify the previously owned handset in order to calculate brand switching. This analysis is calculated on a continuous panel over the course of a year in order to provide consistency in sample and provide robust data. |
| Churn & loyalty | Latest 6/12 months | Churn & loyalty analysis is run in a similar way to switching (on a continuous panel) and identifies the proportion of a brands owners that have churned (left) away from the brand over the course of the last year. Loyalty is the inverse of this figure.<br>For churn, loyalty and switching, base size depends on the brand and is representative of how many panelists have switched or churned from it relative to the brand size. |
| ARPU | Latest quarter | Panelists tell us the value of the bill they paid (for contract) or top up value (for pre-pay) every 4 weeks, therefore the ARPU figure is representative of all those who paid a bill, whether for themselves or another person. As panelists answer our survey multiple times each quarter, the ARPU figure presented is an average of all the bills paid during that quarter. |
| Usage | Latest 4 weeks | Panelists are asked what they have used on their phone in the last four weeks from a list including things such as 'Downloading/ using an application' and 'Sending/ receiving email'. Our penetration figure shows what proportion of the population have used each feature. As panelists |

APLNDC00010809.6

# Time periods

| Time period | Purchasing | Ownership (4 w/e) |
|---|---|---|
| Q409 | 05 October - 27 December 2009 | 30 November - 27 December 2009 |
| Q110 | 28 December - 21 March | 22 February - 21 March 2010 |
| Q210 | 22 March - 13 June 2010 | 17 May - 13 June 2010 |
| Q310 | 14 June - 03 October 2010 | 06 September - 03 October 2010 |
| Q410 | 03 October - 26 December 2010 | 28 November - 26 December 2010 |

· Purchase data is run on a quarterly basis in order to provide the most significant base size for robust analysis and represents the majority of the data contained in this report.
· Ownership data is used for measurement of market size (installed base) during a 4 week snapshot in time, and a few select additional analyses.
- As our panelists complete the questionnaire repeatedly every 4 weeks, if the ownership data were run on a quarterly basis it would count each panelists ownership multiple times and hence over-read the market.
- Using ownership rather than purchasing for additional analysis (e.g. demographic profiling) provides a larger base size which allows deeper granularity, but is also not restricted to recent purchasers providing the most holistic understanding of the brand or OS being analyzed.

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.7

# What We Learned Q410

Smartphone ownership continues to increase in Q410, up to 26% of all mobile phones owned from 22% in Q210.

- Consumer purchasing in Q410 continues to be driven by smartphones, which now account for 36% of all sales.

- Samsung and HTC have gained a significant share of the smartphone market; however, Apple maintains the number one position.

  - Samsung takes 16% of the market, up from 3% in Q310

  - HTC's growth has continued this quarter, reaching a share of 19% from 12% in Q210

  - BlackBerry's share has been impacted the most by Samsung and HTC growth, declining for the second quarter in a row to 18%.

- The iPhone 4 remains the top selling smartphone in the United States.

  - However, since last quarter its share declined by 4% from 15.3%.

  - Other iPhone models have slipped outside of the top 5, further denting Apple's overall share of the smartphone market.

  - Furthermore, Android handsets now accounts for four of the five top selling smartphones: HTC Evo, HTC Droid Incredible, Motorola Droid X and Motorola Droid 2, taking a combined 19.8% share.

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.8



# What We Learned Q410

Android partnerships with multiple manufacturers has proved successful, with the OS accounting for 50% of all consumer purchasing in Q410.

- Of all Verizon connections this quarter, 77% are Android handsets.
  - Motorola and HTC hold the largest smartphone sales share within the carrier (54% jointly), predominantly driven by the Droid models of both brands.
- The average handset spend on iOS models is higher than Android, $183 versus $151, while the average ARPU is similar, at $129 and $123 respectively.
  - iOS has a strong leaning towards the premium market, with 66% of sales over $170 versus 50% for Android.
  - Leading the over $170 segment is the iPhone 4 (29%), while several Android models follow some way behind: HTC Evo 4G (11%), Samsung Epic 4G (6%), Motorola Droid X (5%) and Droid (4%).
- Android is driving more feature phone owners to the smartphone category:
  - 67% of Android owners switched into Android since June 2010. 71% of them previously owned a non smartphone.
    - 82% of Android switchers upgraded within their current carrier, likely to be due to Android availability on different brands and networks.
  - During the same period, 23% of iOS owners switched into iOS, of which 73% were previously non smartphone owners.
    - 31% of iOS switchers were willing to move carrier in order to complete the switch.

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.9

5



# What We Learned Q410

With the growth of the smartphone sector, usage among smartphone owners increases across all categories.

· Sending and receiving emails leads with 66% of all smartphones owners using this function on their mobile in the last 4 weeks, closely followed by downloading or using an app at 61%.

· The usage profile of iOS and Android owners is remarkably similar across all usage categories except for music: Android owners are far less likely to use their mobile phone as a music playing device than iOS owners (38% versus 57%).

· Apple leads on all key usage categories (apps, games, email and Internet), while HTC takes the largest share of usage of all the Android brands.

· In terms of age profile, 25 to 49 is the largest user group across the four usage categories.

– A key target for iOS, this age group makes up 63% of its owners.

· The primary purchasing reason (across all OS's) is to upgrade from another phone and get a more modern one. This is seen most among owners of iOS and Android phones (each 69%).

– Brand is the overwhelming reason for choice among iOS owners (44%), followed by multimedia functions (30%).

– For Android owners multimedia functions hold the greatest importance (41%), while brand follows at 24% likely a result of the different brands Android is available on.

10

APLNDC00010809.10



# What We Learned Q410

50% of AT&T consumers spend over $170 on their handset versus 26% at Verizon.

- Sprint's share of the smartphone market increases to 18% from 12% last quarter, while AT&T see a decline, from 40% to 35% quarter on quarter.

- Apple continues to dominate AT&T's smartphone offer.
  - The iPhone 4 is by far the top selling model, and the price points of Apple products deliver higher value customers to the carrier.

- Verizon has maintained its share, both within the overall and smartphone market, despite Sprints increasing share.
  - Verizon top smartphones are HTC, Motorola and Samsung Android models.

- Carrier storefront remains the main channel to purchase a smartphone, also delivering the highest handset sales value ($165).

Highly Confidential – Attorneys' Eyes Only

11

APLNDC00010809.11

# Market introduction

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.12



# Smartphone versus non smartphone

Mobile phone ownership (installed base) is calculated based on the last 4 w/e period of each quarter and includes main and additional handsets owned
For data collection dates in each quarter, please see slide 7.

13

APLNDC00010809.13

Highly Confidential – Attorneys' Eyes Only

# Mobile phone purchasing

## Smartphone versus non smartphone



Consumer purchasing of mobile handsets (new, replacement, additional or gift handset purchase)
For data collection dates in each quarter, please see slide 7

14

APLNDC00010809.14

Highly Confidential – Attorneys' Eyes Only

# Prepay versus contract shares

## Smartphone versus non smartphone

Tariff type selected for mobile handset purchased by consumers
For data collection dates in each quarter, please see slide 7

15

APLNDC00010809.15

Highly Confidential – Attorneys' Eyes Only

# Brand and model

APLNDC00010809.16

Highly Confidential – Attorneys' Eyes Only



## Manufacturer share

N=   3,113      3,632      2,230

For data collection dates in each quarter, please see slide 7

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.17

17



**Manufacturer share**



For data collection dates in each quarter, please see slide 7

18

APLNDC00010809.18

Highly Confidential – Attorneys' Eyes Only



# Mobile phone churn (past 6 months)
## By manufacturer



For data collection dates in each quarter, please see slide 7

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.19

19

By model with share and average price paid



Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.20

# Operating systems

APLNDC00010809.21

Highly Confidential – Attorneys' Eyes Only

# Operating system overview

## Shares over time, by carrier, handset spend and APRU



Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.22

# Reason for purchase (ownership)

## By OS



Data periods covered 4 w/e 26 December 2010

23

APLNDC00010809.23

Highly Confidential – Attorneys' Eyes Only

# Switchers into iOS (past 6 months)



APLNDC00010809.24

Highly Confidential – Attorneys' Eyes Only

# Switchers into Android (past 6 months)

## By OS and carrier



APLNDC00010809.25

Highly Confidential – Attorneys' Eyes Only

# Switchers into RIM (past 6 months)

## By OS and carrier



Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.26

# Switchers from non smartphone (past 6 months)
## (carrier switchers versus upgraders)



APLNDC00010809.27

Highly Confidential – Attorneys' Eyes Only

# Demographic

APLNDC00010809.28

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.29

# Gender shares by smartphone and OS

Highly Confidential – Attorneys' Eyes Only



## Age shares by smartphone and OS



Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.30



# Demographic overview

## Age by priceband, ARPU and handset spend



APLNDC00010809.31

Highly Confidential – Attorneys' Eyes Only

# Usage

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.32

# Usage penetration and ARPU

Among smartphone owners



APLNDC00010809.33

Highly Confidential – Attorneys' Eyes Only

# Usage penetration
## Among iOS, Android and RIM owners



Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.34

# Usage profiling
## By OS



Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.35



# Usage profiling

## By smartphone manufacturer



APLNDC00010809.36

Highly Confidential – Attorneys' Eyes Only

# Usage profiling
## By demographic





Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.37

# Pricing

APLNDC00010809.38

Highly Confidential – Attorneys' Eyes Only

# Handset spend overview

## By smartphone and OS



APLNDC00010809.39

Highly Confidential – Attorneys' Eyes Only

# Handset spend overview

## Under $170 by OS and top models



APLNDC00010809.40

Highly Confidential – Attorneys' Eyes Only

# Handset spend overview

## Over $170 by OS and top models



APLNDC00010809.41

Highly Confidential – Attorneys' Eyes Only

# Carrier and channel

APLNDC00010809.42

Highly Confidential – Attorneys' Eyes Only

# Carrier overview

Total mobile and smartphone shares, and ARPU by carrier



APLNDC00010809.43

Highly Confidential – Attorneys' Eyes Only

# Carrier overview

## Snapshot - AT&T shares by OS and top models



APLNDC00010809.44

Highly Confidential – Attorneys' Eyes Only

# Carrier overview

## Snapshot - Verizon shares by OS and top models



Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.45



# Channel overview
## Shares by OS, tariff and handset spend

APLNDC00010809.46

Highly Confidential – Attorneys' Eyes Only

# What We Learned Q410

Android partnerships with multiple manufacturers has proved successful, with the OS accounting for 50% of all consumer purchasing in Q410.

- Of all Verizon connections this quarter, 77% are Android handsets.

  - Motorola and HTC hold the largest smartphone sales share within the carrier (54% jointly), predominantly driven by the Droid models of both brands.

- The average handset spend on iOS models is higher than Android, $183 versus $151, while the average ARPU is similar, at $129 and $123 respectively.

  - iOS has a strong leaning towards the premium market, with 66% of sales over $170 versus 50% for Android.

  - Leading the over $170 segment is the iPhone 4 (29%), while several Android models follow some way behind: HTC Evo 4G (11%), Samsung Epic 4G (6%), Motorola Droid X (5%) and Droid (4%).

- Android is driving more feature phone owners to the smartphone category:

  - 67% of Android owners switched into Android since June 2010. 71% of them previously owned a non smartphone.

    - 82% of Android switchers upgraded within their current carrier, likely to be due to Android availability on different brands and networks.

  - During the same period, 23% of iOS owners switched into iOS, of which 73% were previously non smartphone owners.

    - 31% of iOS switchers were willing to move carrier in order to complete the switch.

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.48



# What We Learned Q410

With the growth of the smartphone sector, usage among smartphone owners increases across all categories.

· Sending and receiving emails leads with 66% of all smartphones owners using this function on their mobile in the last 4 weeks, closely followed by downloading or using an app at 61%.

· The usage profile of iOS and Android owners is remarkably similar across all usage categories except for music: Android owners are far less likely to use their mobile phone as a music playing device than iOS owners (38% versus 57%).

· Apple leads on all key usage categories (apps, games, email and Internet), while HTC takes the largest share of usage of all the Android brands.

· In terms of age profile, 25 to 49 is the largest user group across the four usage categories.
  – A key target for iOS, this age group makes up 63% of its owners.

· The primary purchasing reason (across all OS's) is to upgrade from another phone and get a more modern one. This is seen most among owners of iOS and Android phones (each 69%).
  – Brand is the overwhelming reason for choice among iOS owners (44%), followed by multimedia functions (30%).
  – For Android owners multimedia functions hold the greatest importance (41%), while brand follows at 24%. likely a result of the different brands Android is available on.

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.49



# What We Learned Q410

50% of AT&T consumers spend over $170 on their handset versus 26% at Verizon.

- Sprint's share of the smartphone market increases to 18% from 12% last quarter, while AT&T see a decline, from 40% to 35% quarter on quarter.

- Apple continues to dominate AT&T's smartphone offer.

  – The iPhone 4 is by far the top selling model, and the price points of Apple products deliver higher value customers to the carrier.

- Verizon has maintained its share, both within the overall and smartphone market, despite Sprints increasing share.

  – Verizon top smartphones are HTC, Motorola and Samsung Android models.

- Carrier storefront remains the main channel to purchase a smartphone, also delivering the highest handset sales value ($165).

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.50

APLNDC00010809.51

# ComTech United States Report Q410

The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis

For further information on this presentation, contact:

John Brown Research Manager Christine Cho Service Business Manager cho@apple.com

Or

Apple Market Research & Analysis
February 11, 2011

Highly Confidential – Attorneys' Eyes Only



TM and © 2009 Apple Computer, Inc. All rights reserved.

APLNDC00010809.52

Highly Confidential – Attorneys' Eyes Only



APLNDC00010809.53

Highly Confidential – Attorneys' Eyes Only

APLNDC00010809.54

Highly Confidential – Attorneys' Eyes Only