# EXHIBIT 2
## FILED UNDER SEAL
### [Vellturo Reply Decl. Ex. 4 Deposition of Michael J. Wagner]