# EXHIBIT 4



# GS CHOI VISIT TO STA

## SEPTEMBER 20, 2011

SAMNDCA00258674

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# AGENDA FOR SEP 20TH CEO VISIT



## Presentations to occur at STA Lookout Offices

| Start Time | End Time | Speaker | Agenda Topic |
|---|---|---|---|
| 00:00 | 00:05 | J. Denison | Introductions, Welcome, Review Agenda |
| 00:05 | 00:15 | J. Denison | 2012 Market Dynamics, 2012 Strategy Introduction |
| 00:15 | 00:35 | C. Kerstetter | YTD'11 Sales update, Q3/Q4 Outlook, S=2H, $10B |
| 00:35 | 00:55 | B. Rosenberg | 2012 Path Forward, S>2H, S>A, Samsung Sales Framework |
| 00:55 | 01:05 | T. Wagner | 2011 success, org summary, 2012 strategy |
| 01:05 | 01:25 | T. Pendleton | Building Brand Momentum (GSII→GSIII→Olympics) |
| 01:25 | 01:40 | G. Kim | Building Service Differentiation and Customer Loyalty through Signature Services |
| 01:40 | 01:55 | N. DiCarlo | S>2H, S>A S-P strategy, Tablet improvement plan |
| 01:55 | 02:05 | C. Kerstetter | SCM status (AP2 accuracy) |
| 02:05 | 02:15 | E. Lee | Summary of STA PI direction |
| 02:15 | 02:25 | T. Jasny | Wireless Network business update |
| 02:25 | - | | Feedback & Discussion |

## Presentations to occur at STA Service and/or Packaging Facilities

| Start Time | End Time | Speaker | Agenda Topic |
|---|---|---|---|
| 00:00 | 00:20 | T. Sheppard | Quality and service operations overview |
| 00:00 | 00:20 | J. Schmidt | Packaging operations overview |

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258675



3

# CEO DIRECTION

# FOLLOW-UP

SAMNDCA00258676

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258677

# CEO INSTRUCTION ('11. JAN CES)

## 1. Investigate the appropriate ATL Spending/Investment required to maintain Price Premium (as Apple)

→ Todd Pendleton to present STA's proposed plan (based on analysis of Apple's iPhone media spend)

## 2. Review design and CMF for Galaxy Tab with GBM

→ P4 was redesigned to be thinner with alternative CMF and was launched on June 8th (Wifi) & End of July 28th (VZW LTE)





# CEO FOCUS ITEM

## 3. Improve AP2 Accuracy

→ Current SCM status will be presented by Corey Kerstetter

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258678

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# U.S. TELECOM MARKET SITUATION

Justin Denison



# 2012 MARKET SITUATION SUGGESTS A ~FLAT PHONE MARKET (VOL) WITH YOY REV GROWTH FROM SMARTPHONES. TABLETS APPROACH 40% OF PHONE REV TAM IN 2012.

Source: STA analysis v6 5 June 9 2011

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258679



# THE GROWTH IN S-P & TABLETS IS DRIVEN BY CARRIERS' SEARCH FOR ADDITIONAL SOURCES OF REVENUE

Subscription Growth Slowing by 4% per Year

While service revenue have grown 6.5% - ARPU mixed

# CARRIER REVENUE GROWTH IS DRIVEN BY SMART/CONNECTED DEVICES

Smartphones will be >70% of volume by 2012

With AT&T and Verizon leading the other carriers

Installed Base (M)

Source: RBC, CTIA, company reports, STA internal sensing

SAMSUNG

7

SAMNDCA00258680

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# CARRIERS WILL COMPETE TO CAPTURE THE 60M U.S. CONSUMERS WHO WILL BUY THEIR FIRST SMARTPHONE IN 2012...





**US Install Base (M)**
**(Beginning of 2011)**

274.9

140.3

**57M\*** closed OS users to buy their first smartphone

60.1

74.5

Smart   QMD   Other ClosedOS

**US Install Base (M)**
**(Beginning of 2012)**

288.1

101.6

**60M\*** closed OS to buy their first smartphone

54.7

131.8

Smart   QMD   Other ClosedOS

2011:
57M consumers buy their first S-P

2012:
60M consumers buy their first S-P

**Expected Retail Price for Next Phone:  Smartphone Intenders**

| Free with mobile service | $1-$49 | $50-$74 | $75-$99 | $100-$149 | $150-$199 | $200 or more |
|---|---|---|---|---|---|---|
| 16%/5% | 12%/10% | 21% / 16% | 22%/21% | 17%/17% | 10% / 6% | 10% / 6% |

Current QMD Owners   All Other Feature Owners

1st time buyers have a lower willingness to pay

STA has good coverage of the premium tier ($149+)

$49 and $99 price points continue to grow in importance

\*Source:STA estimate

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258681

8

# ...WITH POOLED DATA PLANS CREATING AN OPPORTUNITY FOR SAMSUNG TO SELL GALAXY TABS TO THE GALAXY S BASE

Carriers are likely to lower the barrier of multiple data subscriptions for smartphone owners to purchase a tablet...



verizon

"We will introduce family data plans sometime after we replace our unlimited smartphone data service with tiered data pricing."
- Verizon CFO (May 2011)

at&t

"We are working on it pooled tiered data plans (..) It will come soon."
– ATT CEO, Ralf De la Vega (June 2011)

...And Current Samsung Smartphone Owners express a high interest in owning a Samsung tablet



High interest by smartphone owners to purchase a (Samsung or Apple) tablet

71%

51%

Samsung Smartphone (n=59)

39%

76%

All Other Brands (n=287)

Smartphone Brand

Source: "P4 Customer Research: Question-by-Question Read-Out," Oliver Wyman, Apr 11



9

SAMNDCA00258682

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# ...AND CONTINUE TO INVEST IN 4G DEPLOYMENTS TO EXPAND BANDWIDTH AND REDUCE DATA COST OF SERVICE



**verizon**

LTE (Avg 10 Mbps)

| Dec 2010 | Dec 2011 | Dec 2012 | Dec 2013 |

39 markets >100M Pops

175 markets 185M Pops

210 markets 220M Pops ("Nation-wide" LTE)

**at&t**

LTE (Avg 10 Mbps)

HSPA+21    HSPA+42

100 markets >200M Pops    Dec 2010

152 markets 170M Pops    Dec 2011

15 markets 70M Pops    Dec 2011

~150 markets 170M Pops    Dec 2012

~150 markets 250M Pops ("Nation-wide" LTE)    Dec 2013

Recent DoJ actions reduce merger approval probability to below 50%

Post-merger, AT&T redeploys LTE over AWS

Other Merger / Alliance Scenarios

Nation-wide LTE 2014-15?

**T·Mobile·**

HSPA+ (Avg ~5 Mbps)

Dec 2010

**Sprint**

WiMAX (Avg 7 Mbps)    Dec 2010

LTE (Avg 10 Mbps)    1Q'12

70 markets 110M Pops

70 markets 140M Pops    Dec 2011

CLWR-TD LTE Deployment Schedule TBD

Avg S-P monthly data usage has grown >70% from 1Q1–1Q11 Likely to exceed 1GB/mo in 2012 (source: Nielsen)

1341    922

| Q4'10 | Q4'11 | Q4'12 |

MB/mo

1500 1000 500 0

LTE cost / MB more efficient than 3G (source: STA Analysis)

LTE vs 3G $ / MB

$0.02    $0.01

3G    lte

**SAMSUNG**

10

SAMNDCA00258683

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

ON THE COMPETITIVE FRONT, A THREE HORSE RACE (SAMSUNG, APPLE, HTC) IS EVOLVING IN THE US. GOOGLE+MOTOROLA PRESENTS A STRATEGIC CONSIDERATION WITH HTC STILL A VERY VIABLE COMPETITOR

Three Horse Race between Apple, Samsung & HTC

Android & iOS Becoming The Only Relevant OS platforms



STA must continue to lead the Android ecosystem but balance with an alternative platform

Source: STA SMART system (BP, Acct teams), STA Strategy analysis

SAMNDCA00258684

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258685

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

12

# STA STRATEGY AND TARGET SETTING

Justin Denison

REDACTED



REDACTED

REDACTED

SAMNDCA00258686

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258687

14

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



15

# 2011 WT BUSINESS OPERATIONS REVIEW

Corey Kerstetter

SAMNDCA00258688

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# DESPITE CHALLENGING FIRST 3 QUARTERS, SAM IS REACHING FOR AGGRESSIVE 4Q TARGETS

**REDACTED**

## 2011 Volume Outlook

| 2011 | Mgmt Plan | Act / FCst | 2010 Act | YoY |
|---|---|---|---|---|
| Q1 | 13,110 | 11,875 | 12,234 | 97% |
| Q2 | 15,325 | 13,169 | 13,045 | 101% |
| Q3 | 17,198 | 13,800 | 15,076 | 92% |
| Q4 | 16,467 | 15,250 | 14,739 | 103% |
| Total | 62,100 | 54,094 | 55,094 | 98% |



- **Through Q3, YoY volume is down 3% while revenue is up 9%**

**REDACTED**

- 4Q sell-thru target is 16M units due to high end of Q3 channel inventory

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258689

# KEY CHALLENGES/LESSONS LEARNED THROUGH FIRST 3 QUARTERS (1 OF 2)

**1. Apple is aggressively growing share – future success is dependent on blunting Apple**

- $49 iPhone3 in Jan.; VZ in Feb.; White iPhones in May; 3 SKUs to 7 SKUs in 4Q (launch Sprint)

- 15.3M in '10; 25.9M in '11; 35M? in '12

**2. HTC is executing at a high level**

- Launching new technology first at all 4 carriers

- Consistent product and SW upgrades; consistent look and feel (Sense UI)

- Aggressive pricing (Inspire $499 vs. Infuse $499; EVO 4G and Shift $99)

**3. SAM has experienced significant product delays**

- Over 1M expected S/P sell-thru lost in both 2Q and 3Q (reference quarterly plan prior to quarter start)

- Almost 70 S/P sell-thru weeks already lost in 4Q (reference point 3Q quarterly plan set end of May)



**US non-Iphone TAM**

|  | 2010 | 2011 | 2012 |
|---|---|---|---|
| iPhone | 15.3 | 25.9 | 35.0 |
| US TAM | 179.9 | 180.6 | 184.5 |
| non-Iphone TAM | 164.6 | 154.7 | 149.5 |

Note: volume in M's

Weekly Sell-Thru Volume (K)

Sam Charge    HTC Thunderbolt

Sam Infuse    HTC Inspire

17

SAMSUNG

SAMNDCA00258690

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# KEY CHALLENGES/LESSONS LEARNED THROUGH FIRST 3 QUARTERS (2 OF 2)



## 4. US S/P market is highly competitive



| 2Q11 (SA) | Smart Vol. | Share | Non-Smart Vol. | Share |
|-----------|-----------|-------|----------------|-------|
| Samsung | 4.8 | 19.8% | 8.4 | 37.6% |
| LG | 2.8 | 11.6% | 5.8 | 26.3% |
| Apple | 5.9 | 24.1% | 0.0 | 0.0% |
| HTC | 5.2 | 21.2% | 0.1 | 0.5% |
| Motorola | 1.8 | 7.3% | 1.9 | 8.4% |
| RIM | 2.7 | 10.9% | 0.0 | 0.0% |

Note: volume in M's

- In 2Q (per SA), 5 vendors recorded S/P share >10%; MOT was 6th at 7.3%; highest was Apple at 24.1%
- In 2Q, SAM and LG combined for 63.9% of non-S/P market and were only vendors with share >10%
- In addition, Huawei is leading S/P supplier at regional carriers

## 5. SAM sensing and execution were not at a high level

- Aggressive moves, especially by HTC ($99 EVO 4G and EVO Shift) and Apple (introduction white color), were not detected early
- Success of entry level Android at pre-paid carriers (i.e., Huawei at Metro and Cricket) was not anticipated
- Competitors, especially HTC, were able to pro-actively lock down key carrier promotions

SAMNDCA00258691

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# HITTING 4Q TARGETS REQUIRE INCREASING S/P SELL-THRU TO AN AVERAGE OF 600K/WEEK

- Peak S/P sell-thru of over 700K in WK51

- 4Q average S/P sell-thru = 600K/week, up from 350K/week in September

- Increase S/P share from 17% in 3Q to 27%

### Key Success Factors

- No margin for error

- Can not afford additional product delays

- Execute in locking down Holiday Drive periods and other key promotional opportunities

- Execute in obtaining desired product positioning

- Take full advantage of iPhone5 launch delays



SAM S/P Sell-Thru

300K...........400K..........500K...600K.....700K+

SAMNDCA00258692

HIGHLY  CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMSUNG

19

# MAJOR MILESTONES CAN STILL BE REACHED IF AGGRESSIVE 4Q TARGETS ARE ACHIEVED

..... while gaining S/P share and reaching S = 2HTC



S=2H

LG
Motorola
HTC
Samsung
RIM
Apple

Targeted 7.8M s/p sell-thru would almost double 3Q's 4M s/p sell-thru

With current 4Q HTC outlook of 3.9M, SAM could attain S = 2HTC

Depending on severity of iPhone launch delays, remote chance exists that SAM could pass iPhone in 4Q s/p sell-thru

**SAMSUNG**

20

REDACTED

SAMNDCA00258693

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SAM'S 4Q S/P PERFORMANCE WILL PROVIDE BASE FOR FURTHER GROWTH IN 2012





- Despite sharp mix shift toward s/p's, SAM has maintained overall volume share
- With both GSI launches in 3Q 2010 and 4G launches in 2Q11, SAM has been unable to maintain momentum in premium tier, critical for future success vs. HTC and Apple
- GSII/Proxima launches provide opportunity to reignite our s/p volume growth and build our s/p brand leading into 2012

21

SAMNDCA00258694

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258695

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

22

# 2012 WT SALES STRATEGY

Brian Rosenberg



SAMNDCA00258696

23

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258697

24

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# GSIII SELL-IN PLAN AGGRESSIVELY SCHEDULING CARRIER COMMUNICATIONS TO START NOV 2011



*Internal*  *Carrier*

Carrier Sell-In

**12/ 12-20** — *Carrier FLD meetings*

**12/1** — *Carrier acceptance*

**11/7** — *Exec GSIII Proposal to Carriers*

*"Go / No Go" decision required from carriers*

Internal Preparation

**11/1** — *Finalize commercial proposal – product, pricing, schedule, etc*

**10/17** — *Internal PM, PP, R&D FLD*

**9/20** — *Product Planning Workshop*

*No carrier communication permitted until this date*

at&t
verizon
Sprint
T

**GSIII ASP = A ASP**
**GSIII subsidy = A subsidy**

Samsung GALAXY SIII

## Sell-in Pitch

- Single SKU
- Technology (UTUB, quad-core) exclusive to GSIII
- Bundle opportunities (premium accessories, convergence)
- Samsung advertising $
- Sell-thru support commitments including subsidy, volume, point of sale / last three feet

SAMSUNG

25

SAMNDCA00258698

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# STA TO LEVERAGE KEY NETWORK TRANSITIONS IN ORDER TO WIN SMARTPHONE CONSUMERS

...AND CONTINUE TO INVEST IN 4G DEPLOYMENTS TO EXPAND BANDWIDTH AND REDUCE DATA COST OF SERVICE



Confidential & Proprietary

26

SAMNDCA00258699

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258700

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258701

28

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# SAMSUNG SALES FRAMEWORK (SSF) TRAINING IS UNDERWAY WITHIN STA

**69** 69 STA sales personnel completed on-site classroom training

Classroom training completed on 7/27 & 9/7

On-line training in progress now

Target 100% completion of the SES Certification by 10/7 **100%**

**4Q11** Strategic Account Management/Joint Business Plan course scheduled to begin 4Q11

**Wave 1 (4Q11):**
Joint Business Plans with



**Wave 2 (2Q12):**
Joint Business Plans with



29

SAMNDCA00258702

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258703

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



31

SAMNDCA00258704

# APPENDIX

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258705

32

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258706

33

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

REDACTED



REDACTED

SAMNDCA00258707

34

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258708

35

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# HTC HAS BEEN BETTER, TO DATE, AT THE "CARRIER FRIENDLY GOOD ENOUGH" STRATEGY. SAMSUNG CAN BEAT THEM AT THEIR OWN GAME.







SAMSUNG

36

SAMNDCA00258709

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258710

37

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# BACKUP: RETAIL INTRODUCTION





National Retail @ 32% of STA Sales

38

SAMNDCA00258711

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



39

SAMNDCA00258712

STA B2B SALES

Tim Wagner

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# SAMSUNG B2B STRATEGY

**ANDROID**



**SAMSUNG ANDROID**



## SAMSUNG is Going to Work

40

SAMNDCA00258713

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**REDACTED**

41

SAMNDCA00258714

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# STA B2B VERTICALS:

## Recent Wins

**REDACTED**

**Education:**



**Healthcare:**

 

**Hospitality:**



**Transportation:**

  

**Retail:**

    

**Field Service:**

       

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258715

SAMSUNG

42



# 2H2011 GOALS

## 1H2012 GOALS

### Move to Revenue Performance Model

1. Further Expand Direct Sales Reach within Fortune 1000

2. Begin SMB Push w/ Carrier Sales Channels and National Retail

3. Scale 2011 Success / Proof Points within Carrier Sales Teams

4. Begin Leveraging Vertical Market Solutions

5. Begin Leveraging Strength of Entire Samsung B2B Portfolio

### Continue to Deliver Marquee B2B Wins

1. Launch "B2B Ready" Awareness Program

2. Launch Application Workshop Program

3. Expand Direct and Channel Sales Reach

4. Begin Leveraging Strategic Partners

5. Begin Executing Repeatable B2B Direct & Channel Sales Models

43

SAMNDCA00258716

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# APPENDIX

44

SAMNDCA00258717

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY











# GOLD MEDAL WINNER:

· **Customer:** American Airlines

· **Solution Definition:** Flagship handheld video solution for American Airlines' first and business class passengers. Device will have access to periodicals, music, internet and the latest high definition TV and early window movies from major studios.

· **Requirements:** Best in Class Tablet, True Partnership with Chosen OEM

· **Competition:** Apple iPad II and Custom Tablet Solution (internal development)

· **Deal Type:** RFP, ROI analysis, price negotiation, service component was critical

·**Selected Solution:** 6,000 Samsung Galaxy Tab 10.1"  – Could stretch to 12,250 units

> 3.2 Million Target Market Customers will hold this device for 3+ hours experiencing the best this device has to offer to include HD quality video, games, periodicals, music and more.

45

SAMNDCA00258718

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY




SAMNDCA00258719

46











# EXAMPLE ENTERPRISE WIN:

## USM's UTAB INITIATIVE

- 750 10.1" Galaxy Tablets purchased by USM for freshman Honors College students

- Bundled with Blackboard Mobile Learn software

- Devices needed to be upgraded to latest software and preloaded prior to distribution

- Samsung staff onsite to ensure successful launch and positive end user experience

- Additional 17,000 units planned for 2011/2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258720

47

# FY'12 STA MARKETING :

## LAYING THE FOUNDATION

## TO BECOMING AN HONORABLE #1

Todd Pendleton

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# STA COMPETITIVE LANDSCAPE

## UAT3:

| UAT3 | Samsung | Apple iPhone | HTC |
|---|---|---|---|
| 2009 | 41.9 | 34.9 | 4.4 |
| 2010 | 45.0 | 36.7 | 6.5 |
| 2011 | 45.3 | 44.3 | 11.4 |
| Change | 0.3 | 7.7 | 4.9 |

## MPSA:

| MPSA | Samsung | Apple iPhone | HTC |
|---|---|---|---|
| 2009 | 16.6 | 20.9 | 3.1 |
| 2010 | 20.7 | 19.0 | 4.3 |
| 2011 | 17.1 | 24.5 | 7.4 |
| Change | -3.7 | 5.4 | 3.0 |

## Media Spend:



SAMSUNG

SAMNDCA00258721

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258722

49

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258723

50

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY -

SAMNDCA00258724

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

REDACTED

SAMNDCA00258725

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

SAMNDCA00258726

53

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



54

REDACTED

SAMNDCA00258727

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258728

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



REDACTED

SAMNDCA00258729

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY -

SAMNDCA00258730

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# GS II: MARKETING LAUNCH OVERVIEW....

## "10 Reasons Why iPhone 5 will be Beaten by Samsung Galaxy S2"

### - International Business Times

SAMSUNG

58

SAMNDCA00258731

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# BUILDING ON GALAXY S
# ENTERTAINMENT POSITIONING

**Galaxy S II is the premium smartphone with the best mobile entertainment experience.**

| | Screen | Speed | Content |
|---|---|---|---|
| Key benefit | | | |
| Reason to believe | Super AMOLED PLUS Screen – best screen quality for best video experience | Dual Core Processor (2X 1 Ghz) 4G | Premium content via Media Hub (film, TV, games) |
| Brand personality | **Inviting, Imaginative, Dynamic** | | |

SAMSUNG

59

SAMNDCA00258732

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# GS II INTEGRATED MARKETING CAMPAIGN

HOW DOES THE GS II MAKE MY LIFE BETTER AND ENABLE ME TO DO THE THINGS I CARE ABOUT.



**Premium In-Store Experience/FMO Support**

 SAMSUNG

60




**Experiential/Seeding/ Sponsorships**




**PR**



**Advertising**

**Digital / Social Media/CRM**

SAMNDCA00258733

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# GLOBAL PR REVIEWS TO INCREASE BUZZ

*"Once the Galaxy S II does launch in the U.S., it will easily be the new gold standard for Android phones, just like the original Galaxy S was. Android lovers: Start lining up."*

## BUSINESS INSIDER

*"When it comes to performance and display quality, the Galaxy S II is pretty much unbeatable."*

**PCWorld**

*"The Samsung Galaxy S II is smokin'. It's stunningly powerful, generally well-designed, and everything a high-end Android phone should be."*

**PC** PCMAG.COM

*"The Samsung Galaxy S II is the best Android smartphone available on the market today."*

**4.7 out of 5 stars**

mobileburn

*"The Galaxy S II raises the bar in every way from the first Galaxy S."*

**BGR**

*"It's the best Android smartphone yet, but more importantly, it might well be the best smartphone, period."*

engadget

*"Samsung's managed to cram a gorgeous display, lightning-fast processor and a powerful camera into one of the slimmest, lightest mobiles we've ever had the privilege to hold."*

cnet uk
Expert tech reviews


SAMSUNG

61

SAMNDCA00258734

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# GALAXY S II MEDIA LAUNCH EVENT



SAMNDCA00258735

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SOCIAL MEDIA EXTENDED PR EVENT

## Reached *801,414 people* via *1,185 tweets*

*Searching maximum tweets permitted by Twitter*



**Tweet Types**

- 552 Regular Tweets
- 156 @replies
- 477 Retweets

**Exposure: 5,773,132 Impressions**

- 66,363 4-7 Tweets
- 148,584 > 7 Tweets
- 54,595 2-3 Tweets
- 529,872 | 1 Tweet

*Each pie slice shows how many people saw how many tweets*

### Event Summary

- Early Pre Launch efforts focused social conversation around the keyword **#GalaxySII**
- Samsung Mobile US Twitter account generated **1,185 "earned tweets"** which **reached over 800,000 people.**
- Over **5.7MM Impressions** via real time conversation on Twitter.

### Sustaining Buzz

- Strategic tweets continue to be pushed via **Promoted Tweets on Twitter** to continue buzz.
- **Facebook "Galaxy S II Sweepstakes"** went live 7pm EST as users search for Galaxy S II.
- **Twitter "Around the World with the Galaxy S" contest** will go live 8/31 10am to continue engagement and awareness to sustain large volume of online buzz,.



63

SAMNDCA00258736

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY