# PRE-LAUNCH VIDEOS SHOWCASING
# BENEFITS OF GALAXY S II



## YouTube Viral Video (Freddie Wong):

### 6 million+ views & counting...

- #2 Top Favorited over-all
- #1 Top Favorited in Entertainment
- #2 Top Rated
- #1 Top Rated in Entertainment

*"This video shot with samsung galaxy SII. Wow!"*

**That was shot on a samsung galaxy S2?? I am pleasantly pleased. By pleasant, I mean BLOWN AWAY!**

*What?! So you are telling me, this was all recorded with a samsung galaxy SII? Holy %&$!*

**"Samsung Galaxy S 2 rocks~!"**





64

SAMNDCA00258737

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# GAXAXY S II – "LAST THREE FEET"
# OPTIMAL IN-STORE EXPERIENCE



COR, National Retail and Dealer POP



Brand Ambassadors



Sales Training Incentive



On device videos



Secret Shopper

## 2010 to 2011 Increases:

### GSI:

| | |
|---|---|
| Stores supported: | 2,300 |
| % Stores covered: | 37% |
| Training Videos: | 6,000 |
| Sale's rep's trained: | 6,000 |

### GSII:

| | |
|---|---|
| Stores supported: | 2,900 |
| % stores Covered: | 47% |
| 10 Training Videos: | |
| Sale's rep's trained: | 10,500 |

### Additional Highlight:

- Secured front table positioning at Best Buy 10/23-1/30.
- 675 of the highest volume stores
- + 300 Best Buy Mobile stand-alone 25

**SAMSUNG**

65

SAMNDCA00258738

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# GALAXY NOTE AND GALAXY S III
# GO TO MARKET PLANNING



| Aug 2011 | Sept 2011 | Oct 2011 | Nov 2011 | Dec 2011 | Jan 2012 | Feb 2012 | Mar 2012 | Apr 2012 | May 2012 | Jun 2012 | Jul 2012 | Aug 2012 |

**GALAXY NOTE** Budget Approval + Marketing Plan NOV 1st

**AT&T MEETINGS** w/o NOV 7th

**BRIEF AGENCIES** NOV 15th

**DEVELOP GALAXY NOTE MARKETING CREATIVE** DEC/JAN

**GALAXY NOTE** First 5.3" HD Super AMOLED First Pen Input New Device Category ATT Exclusive Feb Launch

**GALAXY S III** Budget Approval + Marketing Plan NOV 1st

**CARRIER SELL-IN MEETINGS** w/o NOV 7th

**BRIEF AGENCIES** Jan

**DEVELOP GALAXY S III MARKETING CREATIVE** MAR/APR

**BTL Activation** digital, social, pr May/June

Samsung GALAXY S II

**Launch July**

SAMSUNG

99

SAMNDCA00258739

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

SAMNDCA00258740

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**APPENDIX**

SAMNDCA00258741

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

69

# IPHONE AND DROID PROVIDE TWO DIFFERENT MODELS FOR ANALYSIS



iPhone



Droid

• Strong existing brand equity with fervent consumer franchise

• New brand

• Previously established premium price positioning (Apple)

• Branding leverages consumer interest in Android OS

• $199 launch price

•No prior price positioning

•$199+ launch price.



69

SAMNDCA00258742

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# APPLE MAINTAINS PREMIUM RETAIL PRICE UNTIL SUCCESSOR MODELS ARE LAUNCHED – APPROX. 1 YEAR.

## Retail Price Trend by iPhone Generation



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258743

# DROID PREMIUM PRICING SUSTAINED FOR AVERAGE 8 MONTHS, THOUGH PROMOTIONAL PRICING OFFERED EARLIER

## Droid Pricing and Promotion Timing

BOGO promotions are often offered after ~3-4 months of premium Droid devices' launch



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258744



IPHONE MODELS ARE SUPPORTED WITH CONSISTENT AND SUSTAINED MEDIA (AVERAGING 4-5 QUARTERS OF FULL MEDIA PRESENCE)

iPhone Quarterly Accumulated Ad Spend

In Q1'11 ATT loses its iPhone 4 exclusivity and starts promoting the iPhone 3GS heavily

Reduction in iphone 4 spend due to shift to ipad

* Apple dropped price before successor model for first iphone

$499MM

$197MM

$310MM

$241MM

Accumulated Spend per Model to-date

iPhone
iPhone 3G
iPhone 3GS
iPhone 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258745

72



APPLE VS. SAMSUNG ATL SPENDING

iPhone vs. STA Quarterly Accumulated Ad Spend

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258746

# NEW MODELS ARE SUPPORTED WITH A 12 MONTH SOV OF 6-10%



■ iphone 3G
■ iphone 3GS
■ Droid*
■ iPhone 4 (first 12 months)

Share of Voice

* Droid represents multiple Droid models advertised over 12 month period

74

SAMNDCA00258747

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258748

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

75

# SAMSUNG SERVICE & ECOSYSTEM STRATEGY

Gavin Kim



SAMNDCA00258749

76

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# MOVING FORWARD

- Today, Samsung is building core services and a common platform to support them.

REDACTED

REDACTED

**2011
BUILD**

- Introduce differentiated service offerings
- Scale expertise within STA to build capabilities

**DIFFERENTIATION**

Media Hub v1.6
Social Hub v1.0
Select v1.0
Concierge v1.0
Findmyphone

**ECOSYSTEM**

FOTA
Select v1.0



77

SAMNDCA00258750

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# CROSS-PLATFORM; ACROSS PLATFORMS

**Samsung has built the foundations for content & services and will lead C&S offerings among Android OEMs**



Samsung has rapidly closed the gap with C&S offerings among Android competitors.

**REDACTED**

SAMNDCA00258751

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



REDACTED

SAMNDCA00258752

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# C&S PORTFOLIO

Commited 
TBD 








## Concierge


## Findmyphone









## Social Hub






## N-Screen





## TouchWiz








## Media Hub



## Samsung Apps





SAMNDCA00258753

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# MOBILE OS PLATFORM PRIORITIES

- As Samsung brings its Signature Services to other mobile OS platforms, Samsung will need to clearly set OS priorities to **ensure fast time** to market and **rapid service evolution.**

**This is a two horse race today: Apple vs Android. However, developers are increasingly investing in Windows Phone as the 3rd Mobile OS.**

**Developer INTENT (2011)**
% of Developers planning to use each platform



35% 32% 28% 27% 27% 23% 22%

**Apple & Android have great scale advantage in both Installed Base & Total Apps**

# Apps

U.S. Installed Base



365K
4M
238K
3M
37K
7M
23K
8M
3M
7K
1K

bada

Source: Developer Economics 2011



SAMSUNG

81

SAMNDCA00258754

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



## What matters most in Adoption?

- Market Penetration — 50%
- Low Cost Tools — 28%
- Revenue Potential — 27%
- Quick to code; proto — 26%
- Customer request — 22%

### Market Share Drives Ecosystem Scale

Smartphone Market Share axis: 0%, 5%, 10%, 15%, 20%, 25%, 30%, 35%, 40%

# Apps Added to App Store axis: -, 5,000, 10,000, 15,000, 20,000, 25,000, 30,000, 35,000, 40,000

Months: Apr-10, May-10, Jun-10, Jul-10, Aug-10, Sep-10, Oct-10, Nov-10, Dec-10, Jan-11, Feb-11, Mar-11, Apr-11

Legend:
- Market Share Android
- # Apps Added Android
- Market Share iOS
- # Apps Added iOS

**Other considerations to support a 3rd OS Samsung offering in the US market.**



## BUT, THIS WONT BE EASY...

... two thirds of developers say there is [little] chance OSes or hardware ... would become attractive enough to overtake Android as the No. 2 mobile dev platform, let alone the untouchable Apple iOS.

### Relative Ease of Implementing OS

| | OS Flexibility | UI Flexibility | Hardware | Services | Maturity |
|---|---|---|---|---|---|
| (Windows) | ○ | ○ | ○ | ● | ◐ |
| (Android) | ◐ | ● | ● | ● | ● |
| web OS | ◐ | ◐ | ○ | ◐ | ◐ |
| bada | ● | ● | ● | ● | ○ |

Legend: ● Good/Flexible   ◐ Fair   ○ Poor/Restrictive

**US Ecosystem Investments**
- + (orange)
- ++ (blue)
- ++ *(global)* (blue)

*Source: Deloitte, Comscore, Nielsen, IDC, STA Analysis*

SAMSUNG

82

SAMNDCA00258755

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258756

83

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258757

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258758

85

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258759

APPENDIX

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**REDACTED**



The App Store launch in 2008 had a direct contribution of 42% unit share lift to Apple
*(Source: Altman Vilandrie)*



Stickiness:  The average iOS customer has over $100 in iTunes/ AppStore paid content
*(Source: Apple reports, STA Analysis)*



55% of mobile phone users say that apps impact their purchase decision
*(Source: Comscore)*



Premium Content Impact on Purchase Intent

Among tablet intenders, 46% are more likely to buy if they have premium content access
*(Source: Oliver Wyman)*



87

SAMNDCA00258760

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# QUANTIFYING C&S IMPACT ON DEVICE SALES

Apple generated ~42% volume share lift through App Store launch in July 2008.

– Discounting impact of new hardware (e.g. iPhone 3G/3GS) or new OS (2.0/3.0) introductions by comparing the lift in July 2008 (when the App Store launched along with OS 2.0 and the iPhone 3G) to that in June 2009 (when the iPhone 3GS launched with OS 3.0)



*iPhone Volume Share*
*(% of total U.S. handset sales)*

SAMNDCA00258761

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258762

88

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# CONTENT TITLES AVAILABLE

- Ingest priority is placed on CURRENT movie titles (vs library) and TV SHOWS that are renewing.

  – High-value, mass market focused content library vs long tail search inventory.

| Week | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 52 |
|------|----|----|----|----|----|----|----|----|
| TV | 4595 | 4636 | 4753 | 4827 | 4892 | 4952 | 4990 | 6K |
| Movie | 741 | 738 | 740 | 744 | 743 | 743 | 740 | 1K |
| TOTAL | 5276 | 5374 | 5493 | 5571 | 5635 | 5695 | 5730 | 7K* |
| % Increase | 1% | 2% | 2% | 1.4% | 1.1% | 1% | 0.6% | |

*Will depend on agency model support*



90

SAMNDCA00258763

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258764

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# 2012 PRODUCT STRATEGY & PLANNING

Nick DiCarlo

SAMNDCA00258765

92

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Executive Summary

- Actions, Successes and Lessons Learned in 2011

  – S=2H

  – 50% Smartphone SKU/Volume Transition

  – Strong partnership with Metro, Verizon and ATT on LTE Launches

  – SAMOLED Display to the mass segment products

**REDACTED**

SAMNDCA00258766

93

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# 2011 Product Planning

# Lessons & Results

Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

94

SAMNDCA00258767

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Beginning of 2011, we had goals ;

# (1) Smart > Closed

**50%+ Smartphone SKU / Volume mix by year end**

# (2) S = 2H

SAMSUNG

95

SAMNDCA00258768

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Total US Market





- By the end of 2011, 60+% will be Smartphone in the US market
- Among 60+% Smartphone, Android & iOS are becoming the only relevant OS platforms

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258769

STA has dominated Closed OS, so transition to majority Smartphone Maker has been a great deal of effort for STA and HQ R&D

**By Q4, '11, STA reaches 50:50 SKU mix & achieves S=2H**





= Market smartphone 50/50 SKU mix transition

= Samsung smartphone 50/50 SKU mix transition



97

SAMNDCA00258770

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 2011 - Samsung doing amazing hardware

## Samsung Galaxy S II

*A bright new light in the Android Universe  It's the best Android smartphone yet*





# Droid Charge review

*LTE, A great screen and solid battery life for a very good phone*

*the Galaxy Tab 10.1 itself is a beautiful and thin tablet with an industrial design to die for*



SAMSUNG

98

SAMNDCA00258771

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Prominently promoted products



Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

99

SAMNDCA00258772

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



..by providing Carrier Exclusivities

**at&t**
Nations thinnest 4G smartphone
ATT's Fastest 4G
Celox: ATT's first LTE smartphone
**Galaxy S II**
*Thinnest GSII*

**verizon**
Samsung's First VZW LTE
Samsung's First Droid
Galaxy Nexus-First ICS device
**DROID, Galaxy Nexus**

**Sprint**
First Boost Smartphone
wimax
**Galaxy S II**
*First to market*

**T··Mobile·**
T-Mobiles Fastest 4G
Largest 4G
**Galaxy S II**
*Fastest GSII (42Mbps)*

**SAMSUNG**

100

SAMNDCA00258773

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Tablets: #2... yet far behind Apple
# Amazon posing a threat in Android tablets

## IPad Total market share

**73%**

amazon

## Amazon expected to sell 3 to 5 million tablets in Q4 2011

By Rachel King | August 29, 2011, 10:55am PDT

**Summary:** Forrester Research predicts that Amazon's tablet will be a huge hit in its first quarter of availability.

Although **Amazon** hasn't even officially unveiled a tablet of its own yet, some tech insiders are ready to bet big on its success.

Sarah Rotman Epps, a senior analyst at **Forrester Research**, argues that Amazon can launch a tablet priced below $300, then Amazon will likely sell three to five million tablets in the fourth quarter of 2011 alone — that is if we even see it this year.

**SAMSUNG**

101

SAMNDCA00258774

## Galaxy Tab
## #1 Android Tablet Share

**24%**

| | |
|---|---|
| Android Tablet Market Share | 11% -> 17% |
| Samsung Weekly Tablet Sales | 10K -> 23K |
| Connected/ Wifi-sales ratio | 52% / 48% |

1Q'11 -> 3Q'11

Source: Internal STA sales estimates & Forecasts
With Nook Color excluded

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258775

Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 2012 Actions & Improvements



SAMNDCA00258776

103

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258777

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258778

105

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258779

106

**REDACTED**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

BACKUP

STA's Total SKU count has risen very slowly (Flat on a Share Basis),



**SAMSUNG TOTAL SKU COUNT**

**SAMSUNG SKU SHARE OF TOTAL MARKET**

SAMNDCA00258780

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



REDACTED

108

SAMNDCA00258781

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Leadership Plans in 2012

**SAMSUNG**

109

| Q4 2011 | Q1 2012 | Q2 2012 | Q3 2012 |







Samsung
**GALAXY S III**





**GALAXY TAB 7.7"**
First Super AMOLED Tablet
Verizon Exclusive

**Sprint LTE Network Launch**

First VoLTE devices

**GALAXY NEXUS**
First Ice Cream Sandwich device
Verizon TTM Exclusive
First HD Super SAMOLED
First LTE at Sprint

**GALAXY NOTE**
First 5.3" HD Super AMOLED
First Pen Input
New Device Category
ATT Exclusive

**GALAXY S2 SkyRocket HD**
HD Super AMOLED
ATT Exclusive
Media Hub HD Content



**Auger**
Mass LTE
ATT New Co Exclusive
Green SKU



**Sidekick Franchise**
LTE or 42Mbps



**P2 Mass Tablet**
7" Honeycomb
Peel Integration
TMO launch partner



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258782



REDACTED

SAMNDCA00258783

110

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258784

111

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

REDACTED

Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

112

SAMNDCA00258785

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258786

REDACTED

Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY