REDACTED

SAMSUNG

114

SAMNDCA00258787

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

SAMNDCA00258788

115

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258789

116

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

117

REDACTED

SAMNDCA00258790

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# S > A requires us to think differently

Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

118

SAMNDCA00258791

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Apple U.S. installed base strong, with high levels of co-ownership within iOS >> Strong 'Engage & Keep'

## 45M unique iOS users*

- Each iOS user spends over $100 on content & apps
- Avg of 83 app downloads per user in 2011
- 18% of apps are paid at an average price of $1.44



**iPhone** 17.0 million

**iPad** 6.8 million

**iPod Touch** 14.9 million

3.5 million

250K

760K

1.8 million

- *35% own an iPhone*
- *10% own an iPod Touch*

## 145M Apple collective U.S. device installed base

27M **Mac**

<2M **AppleTV**

64M **Non-Touch iPod**

11M **iPad**

23M **iPhone**

18M **iPod Touch**

iTunes — Available on the App Store

*Sources: Comscore, Apple, Pew Internet Research, STA Analysis*

SAMSUNG

119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258792

# Apple U.S. installed base strong, with high levels of co-ownership within iOS >> Strong 'Engage & Keep'



**145M**

**45M** unique iOS users*

Apple collective U.S. device installed base

apps

## Each Product Leverages a Common UX and C&S EcoSystem

- 18% of apps are paid at an average price of $1.44

27M

Mac

<2M

AppleTV

11M

iPad

64M

iTunes

Available on the App Store

## Network Effects – Products Work Better Together Than Separate

17.0 million

3.5 million

1.8 million

250K

## Can Price Products Higher To Capture that 'Network Effect' Value

18M

iPod Touch

23M

- 35% own an iPhone
- 10% own an iPod Touch

120

Sources: Comscore, Apple, Pew Internet Research, STA Analysis

SAMSUNG

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258793

REDACTED

121

SAMSUNG

SAMNDCA00258794

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

REDACTED



122

SAMNDCA00258795



Source: "P4 Customer Research: Question-by-Question Read-Out," Oliver Wyman, Apr 11

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258796

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258797

124

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258798

125

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMSUNG

SAMNDCA00258799

126

# 2011 SCM Review

Corey Kerstetter

Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

REDACTED

SAMNDCA00258800

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258801

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258802

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

SAMNDCA00258803

130

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# I. Process Innovation Roadmap

**PI will be the enabler for STA to be unbeatable #1 in the US Market**



**Phase I ( ~ 2008 )**

Process Excellence

- **Vendor Scorecard System**
  - Managing carrier scorecard measurement through system
  - Proactive action / analysis
- **Initiate Market Sensing**
  - Competitor/Carrier/weekly market share (Sell Thru)

**Phase II ( 2009 )**

Integration

- **SMART**
  - EW(Red flag : Sell Thru, WOS)
  - Competitor/Market analysis
- **STA*RS**
  - Contents sharing (Include HQ)
- **CNET Dashboard (Industry First)**
  - Real-Time Dashboard via CNET I/F (Business View)

**New Era ( 2011 ~ )**

Strategic Alliance

- **TCO Program**
  - Carrier collaboration to reduce operation cost
  - Dashboard for T-Mobile & Verizon
- **PRIME**
  - External market data analysis
  - Strategic decision making tool
- **STA*SAM**
  - SalesForce.com B2B Sales Funnel
  - Customer Contact Info.

**Phase III ( 2010 )**

Collaboration

- **SMART**
  - Profit simulation
  - Smartphone dashboard
- **Verizon Return Reduction Activities**
- **JDPA Dashboard (Industry First, Samsung only)**
  - Early sensing through monthly result sharing

Process Innovation

*( Project underline in the next slides )*

131

SAMNDCA00258804

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## II.  MAJOR ACTIVITIES
### 1. TCO PROGRAM - CONCEPT



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258805

## II.  MAJOR ACTIVITIES
### 1. TCO PROGRAM – PROGRESS

" Samsung is the only manufacturer proposed wow idea when we requested total cost saving. Verizon will support 100%. "  Let's Start right now !
- VERIZON COO John Stratton, COO & CMO MEETING -

" The first Carrier and Device manufacturer who truly work together to drive out the costs . "  Let's Begin !
- T-MOBILE SCM VP Scott Searls, TCO KICK-OFF MEETING -



T-Mobile TCO Go-Live Meeting
(March 18, 2011, T-Mobile office)

| | | |
|---|---|---|
| **T-Mobile** | 2010. 07. | **Kick-off Meeting** (Seattle, TMO office) |
| | 2011. 03. Current | **Go-Live** and Follow-up plan review (Seattle, TMO office) **Total Return Reduction activities** |
| **verizon** | 2011. 07. Current | **Go-Live Meeting** (New Jersey, Verizon office) **Joint NTF Reduction activities** |
| **Sprint** | 2011. 01. Current | **Joint Return Reduction T/F with SPRINT** **Monthly return reduction meeting** |
| **at&t** | 2011. 05. Current | **Review AT&T COOL system** (Atlanta, AT&T office) **Interface with COOL system** |

SAMSUNG

133

SAMNDCA00258806

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258807

134

# II. MAJOR ACTIVITIES
## 1. TCO PROGRAM – DASHBOARD SCREEN



[ Executive Dashboard]

[ Reverse Logistics Performance]



[ Return Performance]

[ Call Performance]

SAMSUNG

135

SAMNDCA00258808

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## II.   MAJOR ACTIVITIES
### 2. PRIME (**P**roduct **R**eal-Time **I**nsight & **M**arketing **E**fficiency)

| EXTERNAL SOURCES | DATA |
|---|---|
| Competitrack | Media Spend |
| ComScore | Install Base No. of users |
| Current Analysis | Retail Price |
| Hall & Partners | Brand Index (MPSA / UAT3) |
| Nielsen | Carrier ARPU |
| Phone Arena | Competitor Product Specs |
| CNET | Product Rating |

### Competitive Advantage

**Strategy & Product Planning**
- Price Strategy
- Product / Feature Comparison
- Subsidy negotiation based on competitor ARPU

**Marketing**
- Market Promotion Planning
- Competitor media spend analysis



**PRODUCT INSIGHT** — SCREEN SIZE

*(Source: PhoneArena, SMART!)*



**PRODUCT LAUNCH**

*(Source: PhoneArena, CNET)*



**MARKET INSIGHT**

*(Source: Hall & Partners, comScore)*

**MEDIA SPEND OVERVIEW**

*(Source: Competitrack)*



SAMSUNG

136

SAMNDCA00258809

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

137

**REDACTED**

SAMNDCA00258810

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258811

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

138

# NETWORK SYSTEMS

# BUSINESS REVIEW

Tom Jasny



SAMNDCA00258812

139

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258813

140

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



141

SAMNDCA00258814

# APPENDIX

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



142

SAMNDCA00258815

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258816

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258817

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# STA Quality Status

## Sep. 2011

**STA Service**





## I Product Quality Status

## II Quality Improvement Activities

### Appendix

SAMNDCA00258818

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**SAMSUNG**

# Product Quality - Overview

- Quality Index – carrier VSC standard

- Compared to last year, quality index is trending upward



$$VZW = \frac{\text{Life to date w'ty defect q'ty}}{\text{Life to date Sell-out}}$$

$$\begin{matrix}\text{ATT}\\\text{TMO}\\\text{SPR}\end{matrix} = \frac{\text{Monthly w'ty Exchange Volume}}{\text{In warranty base}}$$

[Verizon LTD Defect Rate] – Target 2.0%



Carrier Target : 2.0%

U820, i500

2.2 '10.Q1    1.8 Q2    1.8 Q3    1.4    1.8 Q4    2.4 '11.Q1    2.2 Q2    2.3 Aug (EST)

'10.Q1   Q2   Q3   Q4   '11.Q1   Q2   Aug

[Sprint Exchange Rate] - Target 2.5%(Smart),1.2%(Normal)



Overall Target : 2.1%

M910,M920, D700

1.51 '10.Q1    1.75    1.57    1.93    1.82    1.83    2.14

'10.Q1   Q2   Q3   Q4   '11.Q1   Q2   Aug

[AT&T Exchange Rate] - Goal 0.55%(Smart), 0.3%(Normal)



2011 year end Waterfall
Commitment 0.55%

0.80 '10.T1    1.15 '10.T2    1.05 '10.T3    0.62 '11.T1    0.68 June    0.55 July    0.62 T2 EST

'10.T1   T2   T3   '11.T1   T2

[T-Mobile Exchange Rate] - Goal 0.6%



Target : 0.6% or lower
(get A in quality section)

T919,T929,T939
Reaching EOL

T959
T959V
T839

0.83 '10.Q1    0.85    0.89    0.76    0.70    0.87    0.93

'10.Q1   Q2   Q3   Q4   '11.Q1   Q2   Aug

SAMNDCA00258819

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Product Quality - AT&T / Verizon

SAMSUNG

Smart ▬ Normal

## Quality Status Index by segment (AT&T, VZW)

### AT&T : Monthly Exchange Rate - by Segment [unit: %]



1.44 1.13 1.06 0.97 0.83 (EST)
0.86 0.78 0.52 0.53 0.53 (EST)

'10.T1   T2   T3   '11.T1   T2

- Normal tier on correct improvement track.
- Smart tier fluctuating inside 0.8 – 1.1
- ❖ I897 launch in July 2010 caused drop in Smart return rate

● Return Rate by Model

| Prod Segment | Model | Launch Month | May | Jun | Jul | Aug (EST) |
|---|---|---|---|---|---|---|
| Smart | I897 | '10.7 | 1.12 (26%) | 1.13 (26%) | 1.04 (30%) | 1.05 (27%) |
| | A817 | '10.11 | 0.40 (4%) | 0.79 (8%) | 0.66 (9%) | 0.86 (11%) |
| Normal | A667 | '10.11 | 0.61 (4%) | 0.99 (6%) | 0.84 (8%) | 0.94 (9%) |

() indicates proportion of total monthly return

### Verizon : Portfolio LTD Defect Rate - by Segment

8.30 8.60
1.93 1.51 1.42 1.80
0.77 1.75
2.47 '11.Q1   2.94 Aug   3.88 Aug
2.39 '11.Q1   2.15 Q2   2.07 Aug
'10.Q1

i910
i770 EOL
U820, i500

'10.Q1   Q2   Q3   Q4   '11.Q1   Q2   Aug

- Drop in 2010.09 due to I760, I770 being excluded from overall portfolio
- Normal defect rate decreasing trend (2.39% '11.Q1 -> 2.15 % '11.Q2)

● Return Rate by Model

| Prod Segment | Model | Launch Month | May | Jun | Jul | Aug (EST) |
|---|---|---|---|---|---|---|
| Smart | I500 | '10.8 | 3.55 (10%) | 4.54 (13%) | 5.48 (19%) | 6.61 (21%) |
| | I510 | '11.5 | - | 0.11 (-) | 1.43 (2%) | 1.73 (3%) |
| Normal | U820 | '10.4 | 7.58 (33%) | 8.08 (32%) | 8.56 (40%) | 9.07 (37%) |

() indicates proportion of total defect qty

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Product Quality - T-Mobile / Sprint

## Quality Status Index by segment (T-Mobile, Sprint)

Legend: Smart — Normal



### T-Mobile : Monthly Exchange Rate (by Segment)

T939 EOL
T959Sales

Smart: 3.08, 4.47, 1.99, 1.50, 1.53, 1.71, 1.65
Normal: 0.78, 0.85, 0.76, 0.64, 0.52, 0.62, 0.61

'10.Q1   Q2   Q3   Q4   '11.Q1   Q2   Aug

- Normal segment return rate decreased over the years
- 0.87% ('09.3Q) -> 0.62% ('11.2Q)
- T839 return rate after MR increase sharp (1.7% -> 3.1%)
. Memory leak causing freeze/lagging issue

● Return Rate by Model (Aug status)   Unit : %

| Seg. | Model | Launch Month | May | Jun | Jul | Aug |
|---|---|---|---|---|---|---|
| Smart | T959 | '10.7 | 1.73 (27) | 1.78 (26) | 1.78 (23) | 1.65 (17) |
| | T959V | '11.2 | 1.35 (11) | 1.50 (13) | 1.72 (16) | 1.51 (20) |
| | T839 | '11.4 | 0.72 (2) | 1.49 (4) | 1.83 (7) | 3.11 (12) |

() indicates proportion of total monthly return

### Sprint : Monthly Exchange Rate (by Segment)

M900 returns decrease (50k to 27k per month)

Smart: 2.53, 3.50, 3.33, 4.13, 3.35, 2.99, 3.36
Normal: 1.45, 1.55, 1.18, 1.24, 1.05, 1.02, 1.14

'10.Q1   Q2   Q3   Q4   '11.Q1   Q2   Aug

- Normal segment has improved since Q1 2010 and currently leveled off near 1%
- M900 EOL in Aug

● Return Rate by Model (most return vol)   Unit : %

| Seg. | Mode | Launch Month | May | Jun | Jul | Aug |
|---|---|---|---|---|---|---|
| Smart | D700 | '10.8 | 2.29 | 2.52 | 2.95 | 3.12 |
| | M910 | '10.7 | 2.60 | 2.92 | 3.16 | 3.49 |
| | M920 | '10.10 | 2.40 | 2.68 | 3.42 | 3.81 |

SAMSUNG



# Product Quality Improvement Activities

## Product Quality Improvement Activity Summary for 4 Major Carrier

### Sprint 

**• Total Return Reduction T/F (2011 Feb –)**
✓ Sprint and STA Joint effort to identify return reason
  ❖ Store Visit / Field Survey / Call Back

**• PAC Process Implemented (2011 Jun –)**
✓ On-Site analysis for expedited return after launch
  ❖ Joint effort between STA & Sprint
  ❖ Reduced time delay for initial return (3 Weeks)

PAC : Proactive Analysis Committee

### at&t 

**• SMART: SW D/L tool for Point of Return**
✓ Prevent returns through SW D/L
  ❖ Pilot in 3 stores, Nationwide launch in Oct 2011

**• LOT Error Improvement T/F (2011 Jun –)**
✓ HQ/STA collaboration to improve shipment quality
  ❖ HQ on-site for immediate customer support

SMART : Samsung Multiple Automatic Reflash Tool

### verizon 

**• NTF Summit (2011 Q2 –)**
✓ Verizon/STA joint effort to reduce NTF
  ❖ Joint analysis for NTF units by STA/VZW R/L team

**• Joint Call Back Research (2011 Jun –)**
✓ Survey actual end-user who returned Samsung Phone
  ❖ Identify possible reasons for buyer's remorse returns

### T-Mobile

**• Call Center Summit (2011 Q2 –)**
✓ Joint effort to improve troubleshooting capability
  ❖ War Room process established for Smart Phones

**• Store visit (3 high volume area in nation)**
✓ Visited stores and surveyed to identify return reason
  ❖ 15+ Stores in New York, Los Angles and Seattle area



SAMNDCA00258822

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258823

# Appendix

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY


SAMSUNG

# Appendix : Product Quality Improvement Activities

## Sprint PAC Process (*PAC : proactive analysis committee)

### Joint (STA/Sprint)with carrier to expedite initial returns for failure analysis

- Expedited return units → Better opportunities to implement corrective action at the factory in early stage

| L A U N C H | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 |
|---|---|---|---|---|---|---|
| | Collection of failure devices from 30 stores | | | | | |
| | Iconic (200) / High Sales (100) / Low Sales (50) | | | | | |
| | Validation by Sprint DOS Team | | | | | |
| | | | Root Cause Analysis by Samsung EWP Team | | | |
| | | | Create Corrective Action Plan to fix issues | | | |
| | | | | | After Action Review | |
| | | | | | | PAC Process Completed |



## SMART (Samsung Multiple Automatic Reflash Tool)

### Provide easy to use SW re-flash tool to stores to prevent and minimize SW related returns

**Current Status for Deployment**

- AT&T    : Piloting in 3 stores. Nationwide 1st WK Oct
- Verizon  : Scheduling demo date for store ops team
- T-Mobile : Formal proposal submitted by STA
- Sprint  : Sprint performing internal Windows 7 PCs testing



**01** *Easy S/W update : Auto model recognition*

**02** *Multi-Device Download : 8 units at once*

**03** *S/W Recovery : Recover non booting unit*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258824



# Appendix : Product Quality Improvement Activities

**SAMSUNG**

## NTF Joint Session

### STA and Customer working collaboratively identify and resolve true issues on NTF returns for key devices

- Provide supporting and training tool to minimize similar issues to customer's triage center

1. Initiated program on Verizon I510 & i500 first (9/1 – 9/23)

2. Program to expand to T-Mobile and other carrier



**01**

**Lessons Learned**
- Validate previous model lesson learned adopt to new model

**02**

**Collaboration**
- Setup regular review meeting with New Breed

**03**

**Supporting**
- Prepare supporting and training based on VZW feedback

**Action Items**

- **VZW Triage Center (New Breed) Meeting**
  - Date: 9/1
  - Attendee(19): STA(8) HQ (4) and VZW(+7)
  - Review i500, i510 NTF return units (100 units)
  - Collect details return reason
- **Identify Issues**
  - Duplicate testing for NTF and Dfill return units
  - Define root causes and corrective actions
  - Define New Breed supporting method
- **Improvement**
  - Sharing analysis result to Samsung and VZW
  - Finalize corrective actions with VZW

SAMNDCA00258825

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**SAMSUNG**

# Appendix : Product Quality Improvement Activities

## Joint Call Back Research

### Identify remorse return reason through surveying actual users

- Period : 8/8 ~ 8/16, Model: I510/Droid Charge, Size: Total 776 Calls
- Current Users : 500 calls (No exchange and return experience)
- Exchangers : 185 calls (Change to same model)
- Returners : 91 calls (Change to different model or Credit)

Final Report: 9/26

1st Report: 9/6

**Step 1**

**Step 2**
- Call-backs research agreement
  - Define research methodology & plan
  - Define Target model & number

**Step 3**
- Call-backs preparation
  - Develop survey questionnaire

**Step 4**
- Call -backs survey (Performed by VZW)

- Analysis and reporting



- Survey items
  - Overall Experience
  - Performance of Key Features
  - Problem experienced

- Findings
  - Most common problems
  - Least common problems
  - Required action item

SAMNDCA00258826

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMSUNG

# Appendix : Product Quality Improvement Activities

## On-site Visit (Call Center / Stores)

**Collaborate with customers and identify return reasons in the field to create solution for key devices**

- STA Service and HQ Engineers to visit stores and call centers to understand customer's point of view for returning their device
  - Schedule to kick off the program with Verizon I510, I500, I800 & I905 (9/13 – 9/28) initially

### VZW Call Center

- **Period:** scheduled for 1st week of October
- **Location:** VZW Houston Call center
- **VZW Attendee (65)**
  - Call center Management and Technical group
  - 4 Focus Group (15 per group)
- **Agenda**
  - Interview with Call center management and agent group
  - Review VZW call center process
  - Listening actual call

### VZW Stores

- **Period:** 9/22 ~ 9/28 (Planned)
- **Place:** 10 High return store (TBD)
- **VZW Attendee (TBD)**
  - Store sales and service representatives
- **Agenda**
  - Interview with Sales and Service representatives
  - Customer Survey
  - Store supporting tool

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258827