# EXHIBIT 5



# GS CHOI VISIT TO STA

## SEPTEMBER 20, 2011

SAMNDCA00258674

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# AGENDA FOR SEP 20TH CEO VISIT

## Presentations to occur at STA Lookout Offices

| Start Time | End Time | Speaker | Agenda Topic |
|---|---|---|---|
| 00:00 | 00:05 | J. Denison | Introductions, Welcome, Review Agenda |
| 00:05 | 00:15 | J. Denison | 2012 Market Dynamics, 2012 Strategy Introduction |
| 00:15 | 00:35 | C. Kerstetter | YTD'11 Sales update, Q3/Q4 Outlook, S=2H, $10B |
| 00:35 | 00:55 | B. Rosenberg | 2012 Path Forward, S>2H, S>A, Samsung Sales Framework |
| 00:55 | 01:05 | T. Wagner | 2011 success, org summary, 2012 strategy |
| 01:05 | 01:25 | T. Pendleton | Building Brand Momentum (GSII→GSIII→Olympics) |
| 01:25 | 01:40 | G. Kim | Building Service Differentiation and Customer Loyalty through Signature Services |
| 01:40 | 01:55 | N. DiCarlo | S>2H, S>A S-P strategy, Tablet improvement plan |
| 01:55 | 02:05 | C. Kerstetter | SCM status (AP2 accuracy) |
| 02:05 | 02:15 | E. Lee | Summary of STA PI direction |
| 02:15 | 02:25 | T. Jasny | Wireless Network business update |
| 02:25 | - | | Feedback & Discussion |

## Presentations to occur at STA Service and/or Packaging Facilities

| Start Time | End Time | Speaker | Agenda Topic |
|---|---|---|---|
| 00:00 | 00:20 | T. Sheppard | Quality and service operations overview |
| 00:00 | 00:20 | J. Schmidt | Packaging operations overview |

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258675



# CEO DIRECTION
# FOLLOW-UP

SAMNDCA00258676

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# CEO INSTRUCTION ('11. JAN CES)

## 1. Investigate the appropriate ATL Spending/Investment required to maintain Price Premium (as Apple)

→ Todd Pendleton to present STA's proposed plan (based on analysis of Apple's iPhone media spend)

## 2. Review design and CMF for Galaxy Tab with GBM

→ P4 was redesigned to be thinner with alternative CMF and was launched on June 8th (Wifi) & End of July 28th (VZW LTE)









# CEO FOCUS ITEM

## 3. Improve AP2 Accuracy

→ Current SCM status will be presented by Corey Kerstetter

4

SAMNDCA00258677

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258678

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

5

# U.S. TELECOM MARKET SITUATION

Justin Denison



2012 MARKET SITUATION SUGGESTS A ~FLAT PHONE MARKET (VOL) WITH YOY REV GROWTH FROM SMARTPHONES. TABLETS APPROACH 40% OF PHONE REV TAM IN 2012.

Mobile handset volume will be ~flat YoY, with revenue ⇑ ~8% – driven by Smartphone TAM expansion

Tablet volume will be ⇑ ~35% YoY with revenue growing more slowly ⇑ ~22% YoY

SAMNDCA00258679

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Source: STA analysis v6 5 June 9 2011



# THE GROWTH IN S-P & TABLETS IS DRIVEN BY CARRIERS' SEARCH FOR ADDITIONAL SOURCES OF REVENUE

Subscription Growth Slowing by 4% per Year

While service revenue have grown 6.5% - ARPU mixed

# CARRIER REVENUE GROWTH IS DRIVEN BY SMART/CONNECTED DEVICES

Smartphones will be >70% of volume by 2012

With AT&T and Verizon leading the other carriers

Installed Base (M)

Source: RBC, CTIA, company reports, STA internal sensing

SAMSUNG

7

SAMNDCA00258680

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# CARRIERS WILL COMPETE TO CAPTURE THE 60M U.S. CONSUMERS WHO WILL BUY THEIR FIRST SMARTPHONE IN 2012...



**US Install Base (M) (Beginning of 2011)**

274.9

140.3 / 60.1 / 74.5

Smart ▪ QMD ▪ Other ClosedOS

**US Install Base (M) (Beginning of 2012)**

288.1

101.6 / 54.7 / 131.8

**60M\*** closed OS to buy their first smartphone

Smart ▪ QMD ▪ Other ClosedOS

**57M\*** closed OS users to buy their first smartphone

2011:
57M consumers buy their first S-P

2012:
60M consumers buy their first S-P

**Expected Retail Price for Next Phone:  Smartphone Intenders**



16%/15%  Free with mobile service

12%/10%  $1-$49

21%/16%  $50-$74

22%/21%  $75-$99

17%/17%  $100-$149

6%/6%  $150-$199

10%/6%  $200 or more

▪ Current QMD Owners  ▪ All Other Feature Owners

1st time buyers have a lower willingness to pay

STA has good coverage of the premium tier ($149+)

$49 and $99 price points continue to grow in importance

\*Source:STA estimate

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



8

SAMNDCA00258681

# ...WITH POOLED DATA PLANS CREATING AN OPPORTUNITY FOR SAMSUNG TO SELL GALAXY TABS TO THE GALAXY S BASE

Carriers are likely to lower the barrier of multiple data subscriptions for smartphone owners to purchase a tablet...



**verizon**

"We will introduce family data plans sometime after we replace our unlimited smartphone data service with tiered data pricing."
- Verizon CFO (May 2011)

**at&t**

"We are working on it pooled tiered data plans (..) It will come soon."
– ATT CEO, Ralf De la Vega (June 2011)

...And Current Samsung Smartphone Owners express a high interest in owning a Samsung tablet





High interest by smartphone owners to purchase a (Samsung or Apple) tablet

71%

51%

Samsung Smartphone (n=59)

39%

76%

All Other Brands (n=287)

**Smartphone Brand**

Source: "P4 Customer Research: Question-by-Question Read-Out," Oliver Wyman, Apr 11



9

SAMNDCA00258682

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# ...AND CONTINUE TO INVEST IN 4G DEPLOYMENTS TO EXPAND BANDWIDTH AND REDUCE DATA COST OF SERVICE



SAMNDCA00258683

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## ON THE COMPETITIVE FRONT, A THREE HORSE RACE (SAMSUNG, APPLE, HTC) IS EVOLVING IN THE US. GOOGLE+MOTOROLA PRESENTS A STRATEGIC CONSIDERATION WITH HTC STILL A VERY VIABLE COMPETITOR

Android & iOS Becoming The Only Relevant OS platforms

Three Horse Race between Apple, Samsung & HTC



STA must continue to lead the Android ecosystem but balance with an alternative platform

Source: STA SMART system (BP, Acct teams), STA Strategy analysis

SAMSUNG

11

SAMNDCA00258684

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258685

12

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# STA STRATEGY AND TARGET SETTING

Justin Denison

REDACTED

REDACTED

REDACTED



**S=2H**

Galaxy S III

Galaxy S II

Phase II Goals (2011)

- Sustainably higher **Brand** (UAT3 / MPSA) than A
- Samsung > **50% Android market share**

Galaxy S

Phase I Accomplishments (2010)

- Beat Apple in **Brand** (UAT3 / MPSA) in 3Q10 but was not able to maintain afterwards
- **#1 US Android Share** for 1st time in 3Q10

* 100 API in Smart, 100 API in NonSmart

**SAMSUNG**

13

SAMNDCA00258686

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258687

14

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258688

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

# 2011 WT BUSINESS OPERATIONS REVIEW

Corey Kerstetter

# DESPITE CHALLENGING FIRST 3 QUARTERS, SAM IS REACHING FOR AGGRESSIVE 4Q TARGETS

**REDACTED**

## 2011 Volume Outlook

| 2011 | Mgmt Plan | Act / FCst | 2010 Act | YoY |
|------|-----------|------------|----------|-----|
| Q1 | 13,110 | 11,875 | 12,234 | 97% |
| Q2 | 15,325 | 13,169 | 13,045 | 101% |
| Q3 | 17,198 | 13,800 | 15,076 | 92% |
| Q4 | 16,467 | 15,250 | 14,739 | 103% |
| Total | 62,100 | 54,094 | 55,094 | 98% |



- **Through Q3, YoY volume is down 3% while revenue is up 9%**

**REDACTED**

- 4Q sell-thru target is 16M units due to high end of Q3 channel inventory

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258689

# KEY CHALLENGES/LESSONS LEARNED THROUGH FIRST 3 QUARTERS (1 OF 2)

**1. Apple is aggressively growing share – future success is dependent on blunting Apple**

- $49 iPhone3 in Jan.; VZ in Feb.; White iPhones in May; 3 SKUs to 7 SKUs in 4Q (launch Sprint)

- 15.3M in '10; 25.9M in '11; 35M? in '12

**2. HTC is executing at a high level**

- Launching new technology first at all 4 carriers

- Consistent product and SW upgrades; consistent look and feel (Sense UI)

- Aggressive pricing (Inspire $399 vs. Infuse $499; EVO 4G and Shift $99)

**3. SAM has experienced significant product delays**

- Over 1M expected S/P sell-thru lost in both 2Q and 3Q (reference quarterly plan prior to quarter start)

- Almost 70 S/P sell-thru weeks already lost in 4Q (reference point 3Q quarterly plan set end of May)



**US non-Iphone TAM**

| | 2010 | 2011 | 2012 |
|---|---|---|---|
| iPhone | 15.3 | 25.9 | 35.0 |
| US TAM | 179.9 | 180.6 | 184.5 |
| non-Iphone TAM | 164.6 | 154.7 | 149.5 |

Note: volume in M's

**Weekly Sell-Thru Volume (K)**

SAMNDCA00258690

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# KEY CHALLENGES/LESSONS LEARNED THROUGH FIRST 3 QUARTERS (2 OF 2)



## 4. US S/P market is highly competitive

- In 2Q (per SA), 5 vendors recorded S/P share >10%; MOT was 6th at 7.3%; highest was Apple at 24.1%

- In 2Q, SAM and LG combined for 63.9% of non-S/P market and were only vendors with share >10%

- In addition, Huawei is leading S/P supplier at regional carriers

## 5. SAM sensing and execution were not at a high level

- Aggressive moves, especially by HTC ($99 EVO 4G and EVO Shift) and Apple (introduction white color), were not detected early

- Success of entry level Android at pre-paid carriers (i.e., Huawei at Metro and Cricket) was not anticipated

- Competitors, especially HTC, were able to pro-actively lock down key carrier promotions

| 2Q11 (SA) | Smart Vol. | Share | Non-Smart Vol. | Share |
|---|---|---|---|---|
| Samsung | 4.8 | 19.8% | 8.4 | 37.6% |
| LG | 2.8 | 11.6% | 5.8 | 26.3% |
| Apple | 5.9 | 24.1% | 0.0 | 0.0% |
| HTC | 5.2 | 21.2% | 0.1 | 0.5% |
| Motorola | 1.8 | 7.3% | 1.9 | 8.4% |
| RIM | 2.7 | 10.9% | 0.0 | 0.0% |

Note: volume in M's

18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258691

# HITTING 4Q TARGETS REQUIRE INCREASING S/P SELL-THRU TO AN AVERAGE OF 600K/WEEK

- Peak S/P sell-thru of over 700K in WK51

- 4Q average S/P sell-thru = 600K/week, up from 350K/week in September

- Increase S/P share from 17% in 3Q to 27%

## Key Success Factors

- No margin for error

- Can not afford additional product delays

- Execute in locking down Holiday Drive periods and other key promotional opportunities

- Execute in obtaining desired product positioning

- Take full advantage of iPhone5 launch delays



SAMSUNG

19

SAMNDCA00258692

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# MAJOR MILESTONES CAN STILL BE REACHED IF AGGRESSIVE 4Q TARGETS ARE ACHIEVED

..... while gaining S/P share and reaching S = 2HTC

S=2H

LG
Motorola
HTC
Samsung
RIM
Apple



| | 2010 | 2010 | 2010 | 2010 | 2011 | 2011 | 2011 | 2011 |
|---|---|---|---|---|---|---|---|---|
| LG | 14% | 7% | 5% | 8% | 10% | 9% | 14% | |
| Motorola | | | 12% | 8% | 7% | 9% | | 13% |
| HTC | 14% | 13% | 13% | 12% | 10% | 7% | 8% | |
| Samsung | 6% | 20% | 13% | 16% | 15% | 19% | 6% | |
| RIM | 40% | 4% | | 13% | 10% | 16% | 16% | 27% |
| | | 31% | 25% | 24% | 18% | 14% | 17% | 9% |
| Apple | | | | | | | 11% | |

Targeted 7.8M s/p sell-thru would almost double 3Q's 4M s/p sell-thru

With current 4Q HTC outlook of 3.9M, SAM could attain S = 2HTC

Depending on severity of iPhone launch delays, remote chance exists that SAM could pass iPhone in 4Q s/p sell-thru

**SAMSUNG**

20

REDACTED

SAMNDCA00258693

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SAM'S 4Q S/P PERFORMANCE WILL PROVIDE BASE FOR FURTHER GROWTH IN 2012



- Despite sharp mix shift toward s/p's, SAM has maintained overall volume share
- With both GSI launches in 3Q 2010 and 4G launches in 2Q11, SAM has been unable to maintain momentum in premium tier, critical for future success vs. HTC and Apple
- GSII/Proxima launches provide opportunity to reignite our s/p volume growth and build our s/p brand leading into 2012



21

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258694



SAMNDCA00258695

22

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 2012 WT SALES STRATEGY

Brian Rosenberg



SAMNDCA00258696

23

**REDACTED**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –

REDACTED

SAMNDCA00258697

24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# GSIII SELL-IN PLAN AGGRESSIVELY SCHEDULING CARRIER COMMUNICATIONS TO START NOV 2011



Internal Carrier

Internal Preparation

**9/20** — Product Planning Workshop

**10/17** — Internal PM, PP, R&D FLD

**11/1** — Finalize commercial proposal – product, pricing, schedule, etc

No carrier communication permitted until this date

Carrier Sell-In

**11/7** — Exec GSIII Proposal to Carriers

**12/1** — Carrier acceptance

**12/ 12-20** — Carrier FLD meetings

"Go / No Go" decision required from carriers

GSIII ASP = A ASP
GSIII subsidy = A subsidy

### Sell-in Pitch

Samsung GALAXY SIII

- Single SKU
- Technology (UTUB, quad-core) exclusive to GSIII
- Bundle opportunities (premium accessories, convergence)
- Samsung advertising $
- Sell-thru support commitments including subsidy, volume, point of sale / last three feet

 SAMSUNG

25

SAMNDCA00258698

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# STA TO LEVERAGE KEY NETWORK TRANSITIONS IN ORDER TO WIN SMARTPHONE CONSUMERS

...AND CONTINUE TO INVEST IN 4G DEPLOYMENTS TO EXPAND BANDWIDTH AND REDUCE DATA COST OF SERVICE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258700

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258701

28

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SAMSUNG SALES FRAMEWORK (SSF) TRAINING IS UNDERWAY WITHIN STA

## 69

69 STA sales personnel completed on-site classroom training

Classroom training completed on 7/27 & 9/7

On-line training in progress now

Target 100% completion of the SES Certification by 10/7 **100%**

## 4Q11

Strategic Account Management/Joint Business Plan  course scheduled to begin 4Q11

**Wave 1 (4Q11):**
Joint Business Plans with



**Wave 2 (2Q12):**
Joint Business Plans with





29

SAMNDCA00258702

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258703

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# APPENDIX

SAMNDCA00258704

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258705

32

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258706

33

**REDACTED**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258707

34

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258708

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# HTC HAS BEEN BETTER, TO DATE, AT THE "CARRIER FRIENDLY GOOD ENOUGH" STRATEGY. SAMSUNG CAN BEAT THEM AT THEIR OWN GAME.



Weekly Sell-Thru Volume (K)

■ Sam Infuse    ■ HTC Inspire

**Infuse 4G**
HSDPA 21
4.5" SA+
1.2GHz
8MP/1.3MP

**Retail: $199**
Eff ASP: $499
Eff Subsidy: $300
**Avg Wkly Unit Sales: 25K**

vs.

**Inspire 4G**
HSDPA 14.4
4.3" SLCD
1GHz
8MP

**Retail: $99**
Eff ASP: $399
Eff Subsidy: $300
**Avg Wkly Unit Sales: 53K**

at&t



Weekly Sell-Thru Volume (K)

■ Sam Charge    ■ HTC Thunderbolt

**Droid Charge**
LTE
4.3" SA+
1GHz
8MP/1.3MP

**Retail: $299**
Eff ASP: $519
Eff Subsidy: $220
**Avg Wkly Unit Sales: 27K**

vs.

**Thunderbolt**
LTE
4.3" TFT
1GHz
8MP/1.3MP

**Retail: $249**
Eff ASP: $499
Eff Subsidy: $250
**Avg Wkly Unit Sales: 39K**



verizon

SAMSUNG

36

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258709

SAMNDCA00258710

SAMSUNG

37

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

# BACKUP: RETAIL INTRODUCTION





National Retail @ 32% of STA Sales



38

SAMNDCA00258711

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# STA B2B SALES

Tim Wagner

39

SAMNDCA00258712

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258713

40

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SAMSUNG B2B STRATEGY

**SAMSUNG ANDROID**



**SAMSUNG is Going to Work**

**ANDROID**






REDACTED

SAMNDCA00258714

41

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

REDACTED



# STA B2B VERTICALS:

## Recent Wins

**Education:**



**Healthcare:**




**Hospitality:**



**Transportation:**





**Retail:**








**Field Service:**






42

SAMNDCA00258715

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# 1H2012 GOALS

## Move to Revenue Performance Model

1. Further Expand Direct Sales Reach within Fortune 1000

2. Begin SMB Push w/ Carrier Sales Channels and National Retail

3. Scale 2011 Success / Proof Points within Carrier Sales Teams

4. Begin Leveraging Vertical Market Solutions

5. Begin Leveraging Strength of Entire Samsung B2B Portfolio

# 2H2011 GOALS

## Continue to Deliver Marquee B2B Wins

1. Launch "B2B Ready" Awareness Program

2. Launch Application Workshop Program

3. Expand Direct and Channel Sales Reach

4. Begin Leveraging Strategic Partners

5. Begin Executing Repeatable B2B Direct & Channel Sales Models

SAMNDCA00258716

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



44

# APPENDIX

SAMNDCA00258717

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY








# GOLD MEDAL WINNER:

- **Customer:**  American Airlines

- **Solution Definition:** Flagship handheld video solution for American Airlines' first and business class passengers. Device will have access to periodicals, music, internet and the latest high definition TV and early window movies from major studios.

- **Requirements:** Best in Class Tablet, True Partnership with Chosen OEM

- **Competition:** Apple iPad II and Custom Tablet Solution (internal development)

- **Deal Type:** RFP, ROI analysis, price negotiation, service component was critical

- **Selected Solution:** 6,000 Samsung Galaxy Tab 10.1" – Could stretch to 12,250 units

> **3.2 Million Target Market Customers will hold this device for 3+ hours experiencing the best this device has to offer to include HD quality video, games, periodicals, music and more.**

45

SAMNDCA00258718

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY















# EXAMPLE ENTERPRISE WIN:

## USM's UTAB INITIATIVE

- 750 10.1" Galaxy Tablets purchased by USM for freshman Honors College students

- Bundled with Blackboard Mobile Learn software

- Devices needed to be upgraded to latest software and preloaded prior to distribution

- Samsung staff onsite to ensure successful launch and positive end user experience

- Additional 17,000 units planned for 2011/2012

46

SAMNDCA00258719

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258720

47

# FY'12 STA MARKETING:

## LAYING THE FOUNDATION
## TO BECOMING AN HONORABLE #1

Todd Pendleton

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# STA COMPETITIVE LANDSCAPE

## UAT3:

| UAT3 | Samsung | Apple iPhone | HTC |
|---|---|---|---|
| 2009 | 41.9 | 34.9 | 4.4 |
| 2010 | 45.0 | 36.7 | 6.5 |
| 2011 | 45.3 | 44.3 | 11.4 |
| Change | 0.3 | 7.7 | 4.9 |

## MPSA:

| MPSA | Samsung | Apple iPhone | HTC |
|---|---|---|---|
| 2009 | 16.6 | 20.9 | 3.1 |
| 2010 | 20.7 | 19.0 | 4.3 |
| 2011 | 17.1 | 24.5 | 7.4 |
| Change | -3.7 | 5.4 | 3.0 |

## Media Spend:



SAMNDCA00258721

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

REDACTED

SAMNDCA00258722

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

49

REDACTED

SAMNDCA00258723

50

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258724

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258725

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMSUNG

53

SAMNDCA00258726

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**SAMSUNG**

54

SAMNDCA00258727

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258728

**REDACTED**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



56

SAMNDCA00258729

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

SAMNDCA00258730

**REDACTED**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# GS II: MARKETING LAUNCH OVERVIEW....

**"10 Reasons Why iPhone 5 will be Beaten by Samsung Galaxy S2"**

**- International Business Times**

SAMNDCA00258731

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY