# BUILDING ON GALAXY S
# ENTERTAINMENT POSITIONING

**Galaxy S II is the premium smartphone with the best mobile entertainment experience.**

| Key benefit | **Screen** | **Speed** | **Content** |
|---|---|---|---|
| Reason to believe | *Super AMOLED PLUS Screen -- best screen quality for best video experience* | *Dual Core Processor (2X 1 Ghz) 4G* | *Premium content via Media Hub (film, TV, games)* |
| Brand personality | **Inviting, Imaginative, Dynamic** | | |

SAMSUNG

59

SAMNDCA00258732

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# GS II INTEGRATED MARKETING CAMPAIGN

HOW DOES THE GS II MAKE MY LIFE BETTER AND ENABLE ME TO DO THE THINGS I CARE ABOUT.





**Premium In-Store Experience/FMO Support**

**Experiential/Seeding/ Sponsorships**






**PR**




**Advertising**

**Digital / Social Media/CRM**

60

SAMNDCA00258733

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# GLOBAL PR REVIEWS TO INCREASE BUZZ

*"Once the Galaxy S II does launch in the U.S., it will easily be the new gold standard for Android phones, just like the original Galaxy S was. Android lovers: Start lining up."*

## BUSINESS INSIDER

*"When it comes to performance and display quality, the Galaxy S II is pretty much unbeatable."*

**PCWorld**

*"The Samsung Galaxy S II is smokin'. It's stunningly powerful, generally well-designed, and everything a high-end Android phone should be."*

PC PCMAG.COM

*"The Samsung Galaxy S II is the best Android smartphone available on the market today."*

4.7 out of 5 stars

mobileburn

*"The Galaxy S II raises the bar in every way from the first Galaxy S."*

BGR

*"It's the best Android smartphone yet, but more importantly, it might well be the best smartphone, period."*

engadget

*"Samsung's managed to cram a gorgeous display, lightning-fast processor and a powerful camera into one of the slimmest, lightest mobiles we've ever had the privilege to hold."*

cnet uk
Expert tech reviews

SAMSUNG

61

SAMNDCA00258734

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GALAXY S II MEDIA LAUNCH EVENT

SAMNDCA00258735

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SOCIAL MEDIA EXTENDED PR EVENT

## Reached *801,414 people* via *1,185 tweets*

*Searching maximum tweets permitted by Twitter*

### Tweet Types



477 Retweets

552 Regular Tweets

156 @replies

### Exposure: 5,773,132 Impressions

68,363 4-7 Tweets

148,584 > 7 Tweets

54,595 2-3 Tweets

529,872 1 Tweet

Each pie slice shows how many people saw how many tweets

### Event Summary

- Early Pre Launch efforts focused social conversation around the keyword **#GalaxySII**
- Samsung Mobile US Twitter account generated **1,185 "earned tweets"** which **reached over 800,000 people.**
- Over **5.7MM Impressions** via real time conversation on Twitter.

### Sustaining Buzz

- Strategic tweets continue to be pushed via **Promoted Tweets on Twitter** to continue buzz.
- **Facebook "Galaxy S II Sweepstakes"** went live 7pm EST as users search for Galaxy S II.
- **Twitter "Around the World with the Galaxy S" contest** will go live 8/31 10am to continue engagement and awareness to sustain large volume of online buzz,.



63

SAMNDCA00258736

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# PRE-LAUNCH VIDEOS SHOWCASING
# BENEFITS OF GALAXY S II



## YouTube Viral Video (Freddie Wong):

### 6 million+ views & counting...

- #2 Top Favorited over-all
- #1 Top Favorited in Entertainment
- #2 Top Rated
- #1 Top Rated in Entertainment

*"This video shot with samsung galaxy SII. Wow!"*

**That was shot on a samsung galaxy S2?? I am pleasantly pleased. By pleasant, I mean BLOWN AWAY!**

*What?!* So you are telling me, this was all recorded with a samsung galaxy SII? Holy %&$!

**"Samsung Galaxy S 2 rocks~!"**





64

SAMNDCA00258737

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# GAXAXY S II – "LAST THREE FEET"
## OPTIMAL IN-STORE EXPERIENCE



**COR, National Retail and Dealer POP**



**Brand Ambassadors**



**Sales Training Incentive**



**On device videos**

**Secret Shopper**

### 2010 to 2011 Increases:

**GSI:**

| | |
|---|---|
| Stores supported: | 2,300 |
| % Stores covered: | 37% |
| Training Videos: | 6,000 |
| Sale's rep's trained: | 6,000 |

**GSII:**

| | |
|---|---|
| Stores supported: | 2,900 |
| % stores Covered: | 47% |
| 10 Training Videos: | |
| Sale's rep's trained: | 10,500 |

**Additional Highlight:**
- Secured front table positioning at Best Buy 10/23-1/30.
- 675 of the highest volume stores
- + 300 Best Buy Mobile stand-alone 25



65

SAMNDCA00258738

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# GALAXY NOTE AND GALAXY S III
# GO TO MARKET PLANNING



| Aug 2011 | Sept 2011 | Oct 2011 | Nov 2011 | Dec 2011 | Jan 2012 | Feb 2012 | Mar 2012 | Apr 2012 | May 2012 | Jun 2012 | Jul 2012 | Aug 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**GALAXY NOTE** Budget Approval + Marketing Plan NOV 1st

**AT&T MEETINGS** w/o NOV 7th

**BRIEF AGENCIES** NOV 15th

**DEVELOP GALAXY NOTE MARKETING CREATIVE** DEC/JAN

**GALAXY NOTE** First 5.3" HD Super AMOLED First Pen Input New Device Category ATT Exclusive Feb Launch

**GALAXY S III** Budget Approval + Marketing Plan NOV 1st

**CARRIER SELL-IN MEETINGS** w/o NOV 7th

**BRIEF AGENCIES** Jan

**DEVELOP GALAXY S III MARKETING CREATIVE** MAR/APR

**BTL Activation** digital, social, pr May/June

Samsung GALAXY S II

**Launch July**

SAMSUNG

99

SAMNDCA00258739

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258740

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



APPENDIX

69

SAMNDCA00258741

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# IPHONE AND DROID PROVIDE TWO DIFFERENT MODELS FOR ANALYSIS



**iPhone**

- Strong existing brand equity with fervent consumer franchise
- Previously established premium price positioning (Apple)
- $199 launch price



**Droid**

- New brand
- Branding leverages consumer interest in Android OS
- No prior price positioning
- $199+ launch price.



69

SAMNDCA00258742

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# APPLE MAINTAINS PREMIUM RETAIL PRICE UNTIL SUCCESSOR MODELS ARE LAUNCHED – APPROX. 1 YEAR.

## Retail Price Trend by iPhone Generation



SAMSUNG

70

SAMNDCA00258743

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# DROID PREMIUM PRICING SUSTAINED FOR AVERAGE 8 MONTHS, THOUGH PROMOTIONAL PRICING OFFERED EARLIER

## Droid Pricing and Promotion Timing

BOGO promotions are often offered after ~3-4 months of premium Droid devices' launch



SAMNDCA00258744

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



IPHONE MODELS ARE SUPPORTED WITH CONSISTENT AND SUSTAINED MEDIA (AVERAGING 4-5 QUARTERS OF FULL MEDIA PRESENCE)

iPhone Quarterly Accumulated Ad Spend

In Q1'11 ATT loses its iPhone 4 exclusivity and starts promoting the iPhone 3GS heavily

Reduction in iphone 4 spend due to shift to ipad

$499MM

$197MM

$310MM

$241MM

Accumulated Spend per Model to-date

* Apple dropped price before successor model for first iphone

iPhone
iPhone 3G
iPhone 3GS
iPhone 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258745

72



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258746



# NEW MODELS ARE SUPPORTED WITH A 12 MONTH SOV OF 6-10%

* Droid represents multiple Droid models advertised over 12 month period

Share of Voice

- iphone 3G
- iphone 3GS
- Droid*
- iPhone 4 (first 12 months)

74

SAMNDCA00258747

HIGHLY  CONFIDENTIAL  –  ATTORNEYS'  EYES  ONLY



# SAMSUNG SERVICE & ECOSYSTEM STRATEGY

Gavin Kim

75

SAMNDCA00258748

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258749

76

**REDACTED**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# MOVING FORWARD

- Today, Samsung is building core services and a common platform to support them.

REDACTED

REDACTED

**2011**
**BUILD**

- Introduce differentiated service offerings
- Scale expertise within STA to build capabilities

| DIFFERENTIATION | Media Hub v1.6 |
| | Social Hub v1.0 |
| | Select v1.0 |
| | Concierge v1.0 |
| | Findmyphone |
| ECOSYSTEM | FOTA |
| | Select v1.0 |



77

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258750

# CROSS-PLATFORM; ACROSS PLATFORMS

**Samsung has built the foundations for content & services and will lead C&S offerings among Android OEMs**



Samsung has rapidly closed the gap with C&S offerings among Android competitors.

**REDACTED**

SAMNDCA00258751

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258752

79

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

This is an image-dominant presentation slide.

# C&S PORTFOLIO

Commited
TBD

**Concierge**
Tab | S | TV

**Findmyphone**
Tab | S

SAMSUNG

HDMI_DVI   HDMI_DVI

80

**Social Hub**
Tab | S | TV

**N-Screen**
Tab | S | TV

**TouchWiz**
Tab | S

**Media Hub**
Tab | S | TV

**Samsung Apps**
Tab | S | TV


















HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# MOBILE OS PLATFORM PRIORITIES

- As Samsung brings its Signature Services to other mobile OS platforms, Samsung will need to clearly set OS priorities to **ensure fast time** to market and **rapid service evolution.**

**This is a two horse race today:  Apple vs Android.   However, developers are increasingly investing in Windows Phone as the 3rd Mobile OS.**

**Developer INTENT (2011)**
% of Developers planning to use each platform



35%  32%      28%  27%      23%  22%

**Apple & Android have great scale advantage in both Installed Base & Total Apps**



365K      238K      37K      23K      8M      7K      1K

Source: Developer Economics 2011

SAMSUNG

81

SAMNDCA00258754

HIGHLY  CONFIDENTIAL  –  ATTORNEYS'  EYES  ONLY



## What matters most in Adoption?

- Market Penetration — **50%**
- Low Cost Tools — **28%**
- Revenue Potential — **27%**
- Quick to code; proto — **26%**
- Customer request — **22%**

### Market Share Drives Ecosystem Scale

# Apps Added to App Store

Smartphone Market Share

40,000 / 35,000 / 30,000 / 25,000 / 20,000 / 15,000 / 10,000 / 5,000 / -

40% / 35% / 30% / 25% / 20% / 15% / 10% / 5% / 0%

Apr-10, May-10, Jun-10, Jul-10, Aug-10, Sep-10, Oct-10, Nov-10, Dec-10, Jan-11, Feb-11, Apr-11

- Market Share Android
- # Apps Added Android
- Market Share iOS
- # Apps Added iOS

## Other considerations to support a 3rd OS Samsung offering in the US market.



### BUT, THIS WONT BE EASY...

... two thirds of developers say there is [little] chance OSes or hardware ... would become attractive enough to overtake Android as the No. 2 mobile dev platform, let alone the untouchable Apple iOS.

### Relative Ease of Implementing OS

Good/Flexible ●
Fair ◐
Poor/Restrictive ○

| | OS Flexibility | UI Flexibility | Hardware | Services | Maturity |
|---|---|---|---|---|---|
| (Windows) | ○ | ○ | ○ | ● | ◐ |
| (Android) | ◐ | ● | ● | ● | ● |
| web OS | ◐ | ◐ | ○ | ◐ | ◐ |
| bada | ● | ● | ● | ● | ○ |

US Ecosystem Investments
+
++ (global)

SAMSUNG

82

Source: Deloitte, Comscore, Nielsen, IDC, STA Analysis

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258755



SAMNDCA00258756

83

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258757

84

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –



SAMNDCA00258758

85

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# APPENDIX

SAMNDCA00258759

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

REDACTED



**Premium Content Impact on Purchase Intent**

Access to Premium Content

More Likely
46%

Less Likely
-33%

No Access

Among tablet intenders, 46% are more likely to buy if they have premium content access

*(Source: Oliver Wyman)*



55% of mobile phone users say that apps impact their purchase decision

*(Source: Comscore)*



iTunes

Stickiness: The average iOS customer has over $100 in iTunes/ AppStore paid content

*(Source: Apple reports, STA Analysis)*



The App Store launch in 2008 had a direct contribution of 42% unit share lift to Apple

*(Source: Altman Vilandrie)*

SAMSUNG

87

SAMNDCA00258760

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# QUANTIFYING C&S IMPACT ON DEVICE SALES

Apple generated ~42% volume share lift through App Store launch in July 2008.

– Discounting impact of new hardware (e.g. iPhone 3G/3GS) or new OS (2.0/3.0) introductions by comparing the lift in July 2008 (when the App Store launched along with OS 2.0 and the iPhone 3G) to that in June 2009 (when the iPhone 3GS launched with OS 3.0)



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258761



SAMNDCA00258762

89

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# CONTENT TITLES AVAILABLE

- Ingest priority is placed on CURRENT movie titles (vs library) and TV SHOWS that are renewing.

  - High-value, mass market focused content library vs long tail search inventory.

| Week | 31 | 32 | 33 | 34 | 35 | 36 | 37 | | 52 |
|---|---|---|---|---|---|---|---|---|---|
| TV | 4595 | 4636 | 4753 | 4827 | 4892 | 4952 | 4990 | | 6K |
| Movie | 741 | 738 | 740 | 744 | 743 | 743 | 740 | | 1K |
| TOTAL | 5276 | 5374 | 5493 | 5571 | 5635 | 5695 | 5730 | | 7K* |
| % Increase | 1% | 2% | 2% | 1.4% | 1.1% | 1% | 0.6% | | |

*Will depend on agency model support*



90

SAMNDCA00258763

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258764

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# 2012 PRODUCT STRATEGY & PLANNING

Nick DiCarlo

92

SAMNDCA00258765

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Executive Summary

- Actions, Successes and Lessons Learned in 2011

  - S=2H
  - 50% Smartphone SKU/Volume Transition
  - Strong partnership with Metro, Verizon and ATT on LTE Launches
  - SAMOLED Display to the mass segment products

REDACTED

SAMSUNG

93

SAMNDCA00258766

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# 2011 Product Planning

## Lessons & Results

Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

94

SAMNDCA00258767

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Beginning of 2011, we had goals ;

# (1) Smart > Closed

**50%+ Smartphone SKU / Volume mix by year end**

# (2) S = 2H

SAMSUNG

95

SAMNDCA00258768

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Total US Market





- By the end of 2011, 60+% will be Smartphone in the US market

- Among 60+% Smartphone, Android & iOS are becoming the only relevant OS platforms

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258769

# STA has dominated Closed OS, so transition to majority Smartphone Maker has been a great deal of effort for STA and HQ R&D

## By Q4, '11, STA reaches 50:50 SKU mix & achieves S=2H

= Market smartphone 50/50 SKU mix transition

= Samsung smartphone 50/50 SKU mix transition





Smartphones vs Non Smartphone SKU#

97

SAMSUNG

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 2011 - Samsung doing amazing hardware

## Samsung Galaxy S II

*A bright new light in the Android Universe  It's the best Android smartphone yet*



## Droid Charge review

*LTE, A great screen and solid battery life for a very good phone*



*the Galaxy Tab 10.1 itself is a beautiful and thin tablet with an industrial design to die for*



SAMSUNG

98

SAMNDCA00258771

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Prominently promoted products

Sprint's first eco-friendly Android™ phone.

Introducing the Samsung Replenish™

Learn more

**4G TABLETS**

**BRACE YOURSELF FOR WHAT DROID DOES NOW.**

Introducing
Samsung Infuse™ 4G
Big. Brilliant. Thin.

Buy Now

$9999

Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

99

SAMSUNG

SAMNDCA00258772

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



..by providing Carrier Exclusivities

**at&t**

Nations thinnest 4G smartphone
ATT's Fastest 4G

Celox: ATT's first LTE smartphone

**Galaxy S II**
*Thinnest GSII*

**verizon**

Samsung's First VZW LTE
Samsung's First Droid

**DROID, Galaxy Nexus**

Galaxy Nexus-First ICS device

**Sprint**

First Boost Smartphone

wimax

**Galaxy S II**
*First to market*

**T··Mobile·**

T-Mobiles Fastest 4G

Largest 4G

**Galaxy S II**
*Fastest GSII (42Mbps)*

**SAMSUNG**

100

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258773

# Tablets: #2... yet far behind Apple
# Amazon posing a threat in Android tablets



## IPad Total market share

# 73%

amazon

## Amazon expected to sell 3 to 5 million tablets in Q4 2011

By Rachel King | August 29, 2011, 10:55am PDT

**Summary:** *Forrester Research predicts that Amazon's tablet will be a huge hit in its first quarter of availability.*

Although **Amazon** hasn't even officially unveiled a tablet of its own yet, some tech insiders are ready to bet big on its success.

Sarah Rotman Epps, a senior analyst at **Forrester Research**, argues that Amazon can launch a tablet priced below $300, then Amazon will likely sell three to five million tablets in the fourth quarter of 2011 alone — that is if we even see it this year.

## Galaxy Tab #1 Android Tablet Share

# 24%

| | |
|---|---|
| Android Tablet Market Share | 11% -> 17% |
| Samsung Weekly Tablet Sales | 10K -> 23K |
| Connected/ Wifi-sales ratio | 52% / 48% |

1Q'11 -> 3Q'11

Source: Internal STA sales estimates & Forecasts
With Nook Color excluded

101

SAMNDCA00258774

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00258775

Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 2012 Actions & Improvements



SAMNDCA00258776

103

**REDACTED**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



104

SAMNDCA00258777

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258778

105

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00258779

106

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY