# EXHIBIT 6



# STA Briefing Document for JK Shin

For CTIA 1:1 Meeting b/w Dale Sohn & JK Shin

October 8, 2011

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMSUNG

# Key Topics for Discussion

- Sales:
  - Q3 Sumr
  - GSII ‿
  - ‿ ‿ecast
  - ‿ ‿d AT&T GSII
  - ‿ion of Apple sales based on ‿cement

  *Covered in separate Update*

- Product:
  - Key projects status for rest of year (note TA, launch date and date of first shipments)
  - 2012 Portfolio review
    - Highlight any portfolio gaps
    - Is STA confident with respect to "hero models" (defined as >500Mu) for 2012
    - Does the iPhone positioning announcements change our view of the portfolio?
  - GSIII sell-in strategy
  - Tablet 2012 Strategy

- Marketing
  - GSII results to-date
  - STA ideas around the GSII white variant marketing proposal
  - iPhone4S marketing response

Samsung Confidential



# Product Portfolio Status & Analysis

## STA Product Management and Product Planning

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00261727

SAMSUNG

# Agenda

– Key projects status for rest of year (note TA, launch date and date of first shipments)

– 2012 Portfolio review

  • Highlight any portfolio gaps

  • Is STA confident with respect to "hero models" (defined as >500Mu) for 2012

  • Does the iPhone positioning announcements change our view of the portfolio?

– GSIII sell-in strategy

– Tablet 2012 Strategy

Samsung Confidential

REDACTED

Samsung Confidential

SAMSUNG

# Key 2011 / 1H 2012
# Product Status

Tim Rowden

Samsung Confidential

# Mobile Phone Key Devices – Update

| Product | Launch Status | Production Status | Risk Status |
|---|---|---|---|
| Gaudi | **Launched** | Currently meeting Sprint AP1/AP2 demand for Oct. There is a possibility Sprint may request more product and we will need to explore possibilities to support.<br>- Week 40 - Production 36.9K, Shipment from HQ 42.7K | Currently no risks |
| Celox | - TA: 10/24, On track for 11/6 launch. | - Production targeted for Week 42 - Production 65K<br>- FAI target week 43, Initial shipment week 43-44 | Must maintain 10/24 TA to meet aggressive launch. |
| Seine | **Launched** | -Current demand is low, working with Account team to increase . Working with HQ to hold off on delivering additional product to STA to avoid aging inventory situation.<br>-AP1 63K, 100K in STA inventory, 156 RTF<br>- Week40 Shipment from HQ 40.2K | Continuing aggressive efforts to drive sales. |
| Wembley | TA: 10/24 slip due to stability.<br>- Launch target 11/6 | -Week 41 - Production 10K, Shipment from HQ 5K<br>- FAI target week 43, Initial shipment week 43-44 | Potential revenue impact for delay: $289 * approx Oct 53K production |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Mobile Phone Key Devices – Update

| Product | Launch Status | Production Status | Risk Status |
|---|---|---|---|
| Yukon | ISW2 delayed to 10/3, TA shifted from 10/17 to 10/24.<br>-Negotiating to maintain market launch on 11/6. | FAI target week 43, Initial shipment week 43-44 | Potential revenue impact for delay: $499 * average wkly production 6K |
| Viper | TA target of 10/13 at risk due to GPS issue and MMS IOT requirement. 9/30 we are failing FIT test by a large margin and not possible to negotiate. JIC2 s/w is delayed until FIT issues are addressed. | Ev provided feedback that Verizon is considering to push launch to January if the product delays much more. Account & R/D team investigating recovery plan. | Potential revenue impact for delay: W/S price $359, VzW has issued a PO for 100K. |
| Aegis | -JIC2 s/w delivered 9/26 to address device reset.<br>- TA targeted for 10/6, Market launch 10/13 | 300.5K Produced | Potential revenue impact: w/s price 149.99, VzW has issued launch PO of 210.3K for this product, but had reduced their launch quantity to 53K because of launch delays. |
| Galaxy Nexus | - LE Targeted for 9/29<br>- Targeting early Nov market launch (~11/17)<br>-Marketing collaterals at risk (Box, Cling, Mockup) – has been escalated to Google management. | Production start targeted for week 43 of 120K units | Potential revenue impact: $299 w/s price, VzW has issued a PO For 201.6K |
| Hercules | - Technical Acceptance awarded<br>- Web pre-sales 10/10, Official launch 10/12 | -15K devices delivered to TMO by 9/30<br>-93K shipped. 140K will be produced in wk 40 | Currently no identified risks. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          SAMNDCA00261732

SAMSUNG

# Tablet Key Devices – Update

## WiFi Tablets

**P2 WiFi** (SRA 10/13, Launch 11/13)
Missed 10/30 BBY circular cover
Best Buy will not replace the P2 spot with P5 plus desktop dock (due to slow P5 sales, poor supply performance to date on P5 and also P4)

**P4 Note** (SRA 11/15, Launch 12/15)
Awaiting info from HQ PP (pricing, potential inclusion of Adobe applications)

**P8 WiFi** (SRA Dec mid-2012 TBD, Launch mid-Jan. 2012 TBD)
Now slated for SEA-awaiting dates from HQ

## Connected Tablets

**P8 LTE VzW**
- LE: 11/11, TA 12/13, Launch TBC

**P4 HSPA+ TMO**
- LE: 7/25, TA: 10/4, Launch: 10/26

**P2 HSPA+ TMO**
- LE: 8/22, TA: 10/17, Launch 11/9

**P5 LTE AT&T**
- LE: 8/22, TA delayed to: 10/31, Launch delayed to 11/20

**Galaxy Players**  4.0 and 5.0 (SRA 9/23, Launch 10/16)





Samsung Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMSUNG

# Portfolio Review /
# iPhone Impact

Nick DiCarlo

Samsung Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00261734



# Verizon Iphone +
# 2012 Prioritization

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00261735



# Iphone 4S announced October 4th
# pre orders October 7th, available October 14th.

| Items | iPhone 4 | iPhone 4S |
|---|---|---|
| Launch | Jun 2010 (ATT)<br>Jan 2011 (VZW) | Oct 14 2011 US Launch<br>(Oct 7 2011 Pre-orders) |
| Network | ATT – HSPA 7.2<br>VZW – EVDO revA | **Dual Mode –**<br>HSPA 14.4 / EVDO rev A |
| Retail Price | $299/ $199 | $399/$299/ $199 |
| Dimensions | 114.3 x 58.6 x 9.3 mm, 137g | 114.3 x 58.6 x 9.3 mm, 137g<br>(TBD) |
| Main Display | 3.5" 960 x 640 IPS, 326 PPI | 3.5" 960 x 640 IPS, 326 PPI |
| App CPU | 1GHz Apple A4 | **1GHz A5 dual-core** |
| Battery | 1420 mAh | 1420 mAh<br>(Same 10hrs claimed battery life) |
| Storage | 32GB/16GB<br>No expansion | 64GB/ 32GB/16GB<br>No expansion |
| Camera | 5MP AF LED Flash<br>0.3MP (VGA) FF | **8MP RF**<br>**1.3MP FF (TBD)** |
| +1 UX | iOS 4.3<br>iTunes<br>App Store, iTunes, iBooks,<br>iMovies | **Cloud services**<br>**Voice command / input**<br>App Store, iTunes, iBooks,<br>iMovies |

**iPhone 4S has an upgraded camera, processor and C&S aspects. iPhone's 3.5" display and its existing id/CMF stays unchanged**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**SAMSUNG**

# With iPhone 4s launch Apple now  offers two iphone models at verizon

## 2011 iPhone portfolio at Verizon (Oct 2011 onwards)



iPhone 4
CDMA 8GB
($99)

iPhone 4S
Dual Mode
64GB/32GB/16GB
($399/$299/$199)

## 2011 iPhone portfolio at Verizon



iPhone 4

13

Confidential & Proprietary
Samsung Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# Market share impact

Impact of iPhone launch on Samsung will be lower compared to other OEMs because 75% of Samsung volume comes from feature phones.

Samsung Confidential

SAMSUNG

# Competing against iphone 4S



$299

**Galaxy Nexus**
LTE
Android Ice-cream
4.65" HD
Dual core, 5MP

- Bigger display with better resolution
- Better Network speeds
- Lower data costs for the carrier.
- Latest Android OS
- Google experience
- Higher retail positioning
- No Droid branding
- Competitor devices also launching at the same time



$199

**Droid Charge**
LTE
Android Gingerbread
4.3" WVGA
Single core, 8MP

- Bigger display with better resolution
- Better Network speeds
- Lower data costs for the carrier
- HTC may also lower the Thunderbolt to $199

$299

MOTO

**Droid HD**

$249

HTC

**HTC Vigor**

$199?

10 45

**HTC Thunderbolt**

$199

3G
iOS 5
3.5" DHVGA
Dual core, 8MP

Samsung Confidential

# Competing against iphone 4

- Qwerty
- Bigger display
- Better Network speeds
- Lower data costs for the carrier.
- Higher retail positioning
- No Droid branding
- HTC (Incredible 2) and Motorola(Droid X2) can drive down their 3G devices to compete

$149



**Samsung Stratosphere**
LTE
Android Gingerbread
4.0" WVGA sAMOLED
1GHz Single Core , 5MP

- Lower retail positioning
- Underspece'd compared to iPhone 4
- Not launched yet (Target Nov)
- Will be pressured if HTC  and Moto drive down Incredible 2 and Droid X2 to $99 retail

$49



**Samsung  Illusion**
DOrA
Android Gingerbread
3.5" HVGA
1GHz Single Core , 3MP

$99   **Incredible 2**

$99   **Droid X2**



3G
iOS 5
3.5 " DHVGA
Single core, 5MP

Samsung Confidential

SAMSUNG

Samsung Confidential

REDACTED

SAMSUNG

2012 Verizon roadmap impact analysis

Samsung Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00261742



REDACTED

REDACTED

Samsung Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

Samsung Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMSUNG

**New Proposal**

**Confirmed SKU**

**Current SKUs**

**REDACTED**

Samsung Confidential

# Sku lifecycle management



2011

**SCH I515**
Nov
**Galaxy Nexus**
Rev.A, LTE
4.65" HD sAMOLED
5M+1.3M
OMAP4460+Via7.1+CMC221

Drop Droid
Charge to $
for holiday:

**SCH I405**
Oct
**Stratosphere**
Rev.A, LTE
4.0" WVGA sAMOLED
5M+1.3M
C111+Via7.1+CMC220

**SCH I110**
Nov
**Illusion**
Rev.A
3.5" HVGA
3M
C111+Via7.1

$299

$199

$149

$99

$49

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMSUNG

# Sprint iPhone + 2012 Prioritization

Samsung Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# WITH IPHONE 4S LAUNCH SPRINT WILL HELP REDUCE CHURN BUT WILL INCREASE SPRINT'S SUBSIDY BILL

## 2011 iPhone portfolio at Sprint (Oct 2011 onwards)



iPhone 4
CDMA 8GB
($99)

iPhone 4S
Dual Mode
64GB/32GB/16GB
($399/$299/$199)

## 2011 iPhone portfolio at Sprint



24

Confidential & Proprietary





SAMSUNG

# COMPETING AGAINST IPHONE 4S

- Bigger display with better resolution
- Better Network speeds
- Lower data costs for the carrier.
- Galaxy S II branding
- HTC has multiple SKUs competing directly against the iPhone 4S.
- HTC may also lower Evo 3D to $149 and launch HTC design at $99 retail



$199

**Galaxy S II**
WiMAx
Android Gingerbread
4.5" WVGA
Single core, 8MP

$199
HTC
**HTC Design**

$149
MOTO
**HTC Racer**

$199
**HTC Evo 3D**

$199

3G
iOS 5
3.5" DHVGA
Dual core, 8MP





# COMPETING AGAINST IPHONE 4

- Qwerty
- Bigger display with better resolution
- Better Network speeds
- Lower data costs for the carrier.
- Epic brand
- HTC is well positioned with a touch bar(Evo) and Touch Qwerty (Shift)

- Lower retail positioning.
- Better spece'd (Nexus 4G)
- Better Network speeds
- Lower data costs for the carrier.
- Google experience (Nexus S)
- First device to get Ice Cream (Nexus S)
- Underspece'd compared to iPhone 4 (Conquer)

$99



**Samsung Epic 4G**
WiMax
Android Gingerbread
4.0" WVGA sAMOLED
1GHz Single Core , 5MP

$99

**Samsung Conquer**
WiMax
Android Gingerbread
3.5" HVGA
1GHz Single Core , 3MP



**Evo Shift**

$99

**Evo 4G**

$29

**Nexus S 4G**
WiMAx
Android Gingerbread
4.0" WVGA sAMOLED
1GHz Single Core , 5MP

$99

3G
iOS 5
3.5 " DHVGA
Single core, 5MP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



REDACTED



# 2012 ROADMAP IMPACT ANALYSIS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



REDACTED

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00261757



# IPHONE ANALYSIS AT AT&T

October 5th 2011

STA

Confidential & Proprietary

# IPHONE 4S ANNOUNCED OCTOBER 4TH

| Items | iPhone 4 | iPhone 4S |
|---|---|---|
| Launch | Jun 2010 (ATT) | Oct 14 2011 US Launch (Oct 7 2011 Pre-orders) |
| Network | ATT – HSPA 7.2 | **Dual Mode –** HSPA 14.4 / EVDO rev A |
| Retail Price | $299/ $199 | $399/ $299/ $199 |
| Dimensions | 114.3 x 58.6 x 9.3 mm, 137g | 114.3 x 58.6 x 9.3 mm, 137g (TBD) |
| Main Display | 3.5" 960 x 640 IPS, 326 PPI | 3.5" 960 x 640 IPS, 326 PPI |
| App CPU | 1GHz Apple A4 | **1GHz A5 dual-core** |
| Battery | 1420 mAh | 1420 mAh |
| Storage | 32GB/16GB | 64GB/ 32GB/16GB |
| | No expansion | No expansion |
| Camera | 5MP AF LED Flash | **8MP RF** |
| | 0.3MP (VGA) FF | **1.3MP FF (TBD)** |
| +1 UX | iOS 4.3 | **Cloud services** |
| | iTunes | **Voice command / input** |
| | App Store, iTunes, iBooks, iMovies | App Store, iTunes, iBooks, iMovies |

**iPhone 4S has slightly upgraded camera, processor and C&S aspects. iPhone's 3.5" display and its existing id/CMF stays unchanged**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00261759

36

# IPHONE'S AT&T 2011 PORTFOLIO TO EXPAND WITH THE RECENTLY LAUNCHED IPHONE 4S



2011 iPhone AT&T Portfolio (Oct 2011 onwards)

iPhone 3GS
8GB
($0 on contract)

iPhone 4
8GB
($99)

iPhone 4S
Dual Mode
64GB/32GB/16GB
($399/$299/$199)

2010 iPhone AT&T Portfolio

iPhone 3GS

iPhone 4

- iPhone to sell in all 3 price tiers at AT&T starting October, Premium, Mass and Entry

Confidential & Proprietary

# AT&T COMPARISON

| Model | iPhone 4S | Celox | Galaxy S II AT&T | Holiday | Fuath |
|---|---|---|---|---|---|
| Image | | | | | |
| Manufacturer | Apple | Samsung | Samsung | HTC | Motorola |
| Carrier | AT&T/VZW/Sprint | AT&T | AT&T | AT&T | AT&T |
| Data | HSPA+14/EVDO rev A | HSPA+21, LTE | HSPA+21 | EDGE,UMTS,HSDPA 14.4, LTE | LTE |
| OS | iOS 5.0 | Android 2.3.5 | Android 2.3.4 | Android 2.3.4 | Android 2.3.4 |
| Form Factor | Candybar | Candybar | Candybar | Candybar | Candybar |
| Dimension | 114x59x9 mm | TBD | 126x66x9 mm | | |
| Main Display | 640x960 (3.5") | 480x800 (4.5") | 480x800 (4.3") | 540x960 (4.5") | 540x960 (4.3") |
| CPU | 1000 MHz x 2 | 1500 MHz x 2 | 1200 MHz x 2 | 1200 MHz | 1000 MHz |
| Battery | 1420 mAh | 1750 mAh | 1650 mAh | | |
| Rear Camera | 8.0 MP | 8.0 MP | 8.0 MP | 8.0 MP | 8.0 MP |
| Front Camera | 1.3 MP (TBD) | 2.0 MP | 2.0 MP | 1.3 MP | Yes |
| Internal Memory | 64GB/32GB/16GB | 16GB | 16GB | TBD | 16384 MB |
| Memory Expansion | None | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) |
| Launch | 2011-10-14 | 2011-11 | 2011-10-02 | | |
| Retail Price | $399/$299/$199 | 249.00 | 199.00 | 249.00 | 199.00 |
| Whole Sale Price | TBD | 579.00 | 479.00 | 459.00 | 499.00 |

37

Confidential & Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00261761

# IPHONE VOLUME SHARE

## AT&T OS Share Mix

- In Q2 2011, iPhone had ~34% total share and ~60% smart phone share at AT&T

- AT&T volume sales mix is expected to be 70% - 80% smart phones in 2012

- "Free" iPhone 3GS to have significant positive impact to iPhone volume sales in Q4 2011 and going forward



*Partial data for Q3 was used

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Confidential & Proprietary

# IPHONE VOLUME SALES FORECAST

| Millions | 2011 | | | 2012 | | |
|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3* | Q4 | Q1 | Q2 |
| iPhone 4S | | | | 2 | 1.5 | 1.5 |
| iPhone 4 | 1.6 | 1.9 | 1.5 | 1.1 | 1.1 | 1.1 |
| iPhone 3GS | 2 | 1.98 | 1.7 | 1.4 | 1.5 | 1.4 |
| Total | 3.6 | 3.9 | 3.2 | 4.5 | 4.1 | 4.0 |

Forecast Numbers

* Forecast with partial actuals

- iPhone 3GS expected to add ~1.5M in sales for Apple in entry segment at AT&T

- Increasing number of Android SKUs in 2012 will continue to pressure overall Apple market share

- Smartphone sales to increase by ~3M per quarter for next 3 quarters at AT&T

Confidential & Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00261764

41

REDACTED

Confidential & Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00261765

REDACTED

Confidential & Proprietary

REDACTED

Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

44

REDACTED

Confidential & Proprietary

SAMNDCA00261768

SAMSUNG

Samsung Confidential

# Midas Sell In Strategy

Nick DiCarlo

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00261769

REDACTED

Samsung Confidential

REDACTED

Samsung Confidential

REDACTED

Samsung Confidential

SAMSUNG

| Comprehensive & Complete | Executional Success |
|---|---|
| **Bold & Memorable** | Respectful of our Customers |

**2011**

- For Midas, we are asking our customers to do something they have never done before for Samsung

  – No design exclusivity, no time to market, no customization

**REDACTED**

**REDACTED**

| Device | ATT - Seine | TMO - Hercules | SPRT - Gaudi |
|---|---|---|---|
| *Exclusivity Statement* | *Thinnest GS2* | *Fastest 42Mbps* | *First to market* |

Samsung Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMSUNG

Which setting is more fitting to unveil a revolutionary new product with a beautiful design?



art gallery



conference room

Samsung Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

Samsung Confidential

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00261777

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00261778

REDACTED

Samsung Confidential



# Tablet product discussion

STA
Oct.6, 2011

Confidential & Proprietary

56

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00261780



REDACTED



REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Marketing

STA Marketing

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00261783



# Agenda

- GSII results to-date
- STA ideas around the GSII white variant marketing proposal
- DRAFT ideas for iPhone4S marketing response

Samsung Confidential



# Samsung Galaxy S II

Results to Date
October 7, 2011

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

# Industry Buzz Around Galaxy S II Surpassed All Expectations and Did not Disappoint...

*"Galaxy S II ...is already one generation ahead of Apple. The Samsung Galaxy S II 'isn't just a competitor to the current iPhone,' Segan writes. 'It competes with the next iPhone'."*

**Forbes**

*"Its got a gorgeous screen, really zippy performance and it is so light and slim it makes the iPhone look and feel clunky by comparison, which is quite a feat!."*

**PCWorld**

*"The Samsung Galaxy S II might make you think twice about an iPhone5."*

PCMAG.COM

*"The Samsung Galaxy S II is the best Android smartphone available on the market today."*

**mobileburn**

<u>4.7 out of 5 stars</u>

*"The greatest Android smartphone on the planet."*

**BGR**

*"It's the best Android smartphone yet, but more importantly, it might well be the best smartphone, period."*

**engadget**

*"Samsung's managed to cram a gorgeous display, lightning-fast processor and a powerful camera into one of the slimmest, lightest mobiles we've ever had the privilege to hold."*


cnet uk
Expert tech reviews

© Samsung Electronics, All Rights Reserved. Confidential and Proprietary

**SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

63

# The Galaxy S II Campaign has Surpassed Expectations and Outperformed Efforts from the Previous Launch.

- Learning's and Best Practices from the original launch have resulted in exceeding set goals and passing benchmarks.

- Brand Awareness and Preference have realized an uptick beginning at the Galaxy S II Launch event. Metrics continue to rise as the campaign is in market.

- Advertising is well branded and well liked. It communicates confidence, intelligence and determination while also conveying the superior quality and innovation of the product.

- Have Met and Exceeded Goal of 100% Increase in Buzz Over Original Galaxy S Prior to Launch.

- PR Impressions to-date total and unprecedented 1.1 Billion impressions.

- Have Expanded our presence at National Retail. Working collaboratively with Best Buy and Radio Shack to own substantial POP real estate in store.

SAMSUNG

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# After Showing Slight Declines in the Weeks leading up to Launch, Both MPSA and UAT3 Have Rebounded Since the Galaxy S II Launch Event



Source: STA tracker, 4 Week Data Rolls

©Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# LINK Tests for "The Way We are Wired" Show the Highest Effectiveness Scores Recorded by STA in Any Campaign To–Date

- Overall the ad scored in the top 15% of all ads tested
- Branding was by far the best STA has recorded and far outperformed the Galaxy S executions
  - This ad made the brand feel **confident, intelligent** and **determined**
- The product stood out well and was the one of the most well remembered elements
  - Display, design, advanced, good quality were all elements of product communicated spontaneously
- 79% of all consumers commented positively on the ad compared to only 24% with negative comments

| | | Galaxy S II 'The way we are wired' | Galaxy S 'Avatar' | Galaxy S 'Epic Entertainme nt' | Galaxy S 'Dog Fight' | Galaxy S 'Car Chase' |
|---|---|---|---|---|---|---|
| **Effectiveness Score [ES]** | | 113 | 110 | 107 | 107 | 107 |
| **50%** | **Branded Memorability [index]** | 112 | 108 | 105 | 104 | 108 |
| 25% | Enjoyment [index] | 113 | 116 | 112 | 112 | 114 |
| 25% | Engagement [index] | 102 | 107 | 118 | 118 | 119 |
| 50% | Branding [index] | 117 | 105 | 95 | 93 | 100 |
| 50% | **Persuasion [index]** | 114 | 117 | 109 | 110 | 105 |
| | **Communication Score [CS] - Prompted** | 104 | 107 | 104 | 104 | 106 |

Performance vs all ads tested

| Top | 10% | HIGH | | Normalized index |
|---|---|---|---|---|
| | 15% | | | 114 |
| | 33% | MED | | 111 |
| Bottom | 50% | LOW | | 105 |
| | | | | 100 |

©Samsung Electronics. All Rights Reserved. Confidential and Proprietary.


SAMSUNG