# Overall Conversation Around the Ad Online was Positive with the Product Being a Clear Driver of Much of That Conversation



## Creative Conversation Breakdown

**CREATIVE SENTIMENT**

- Positive 42%
- Negative 22%
- Neutral 36%

**CREATIVE TOP THEMES**

POSITIVE CONVERSATION
- 20% - Not a copy of the Apple creative
- 18% - Great commercial

NEGATIVE CONVERSATION
- 63% - The creative is an Apple copy
- 8% - The commercial is not promoting the phone

NEUTRAL CONVERSATION
- 17% - Confusion over why the Sprint logo is shown
- 8% - Viewers enjoy the song

## Device Conversation Breakdown

**DEVICE SENTIMENT**

- Positive 43%
- Negative 24%
- Neutral 33%

**DEVICE TOP THEMES**

POSITIVE CONVERSATION
- 90% - Overall good phone
- 5% - Carrier is an issue when choosing phone

NEGATIVE CONVERSATION
- 14% - Close competitor launch date make decision hard
- 10% - Unhappy with Samsung as a brand

NEUTRAL CONVERSATION
- 32% - Some wonder why Sprint branding is shown
- 20% - Comparisons of U.S. model to international models

66

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary

SAMSUNG

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00261790

## Have Met and Exceeded Goal of 100% Increase in Buzz Over Original Galaxy S Prior to Launch.

- Galaxy S II has been very successful at creating **consistently** higher volume of buzz daily

- Suggests that **GSII is now establishing itself as one unified brand amongst consumers** [rather than as a series of carrier hero model launches].

- Sentiment has been steadily high at a 4.14 average and 23% higher than GSI sentiment from a year ago. As GS2 at ATT launched on 10/2, sentiment increased by .5 points this week.

- With iPhone 4S announcement on Tuesday, over 20% of the GSII chatters compared the device to iPhone 4S

  – Positive mentions for GSII include: better screen/display features and better hardware overall, faster and flawless web browsing experience

  – Negative mentions for GSII include: History of Samsung's software updates, Battery life being short against iPhone [due to 4G features], iOS apps

**SAMSUNG**

# Galaxy S II has Driven Consistently Higher Buzz Than the First Launch and Projected Volumes



Key Dates:

Galaxy S
A1. T-Mobile launch
B1. AT&T launch
C1. Sprint launch
D1. Verizon launch

Galaxy S II
X. Products announced (8/31)
A2. Sprint launch (9/16)
Y. GSII 10MM unit sold WW (9/26)
B2. AT&T launch (10/2)
Z. iPhone 4S announcement* (10/4)
C2. T-Mobile launch (10/12)

Notes:

• Although GSII, so far, has not seen the dramatic buzz increases during the carrier launch days [that GSI saw last year], GSII has been very successful at creating **consistently** higher volume of buzz daily. This suggests that **GSII is now establishing itself as one unified brand amongst consumers** [rather than as a series of carrier hero model launches].

• **GS II buzz is beating out GS buzz (last year) by 77% and forecast by 10%.**

— Galaxy S II   — Galaxy S   – – Galaxy S II Forecast

•*The hike in GSII buzz on 10/4 was driven by the iPhone 4S announcement as many compared the two phones (Almost 20% of GSII buzz that day included iPhone 4S chatter)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00261792

68 of 55



# Sentiment has Also been Consistently Higher than the Original Galaxy S launch

Sentiment has been steadily high at a 4.14 average and 23% higher than Galaxy S sentiment from a year ago. As GS2 at ATT launched on 10/2, sentiment increased by .5 points.



**Weekly Galaxy Tab 10.1 Online VOC Sentiment**

— Galaxy S II   — Galaxy S

Galaxy S II Avg. Sentiment Score = 3.95
Galaxy S Avg. Sentiment Score = 3.19

## Top Chatters:

- iPhone 4S VS. Samsung Galaxy S2- Techreport
- iPhone 4S vs Samsung Galaxy S II vs Nexus Prime – anandtech.com
- Help me decide: iPhone 4S or Samsung Galaxy SII – gottadeal.com

## User Comments:

- "i have a sgs2 and its the best u will have my roommate has an iphone 4 and he also says that my phone is pretty good mostly because of the display which is bright and colorful "
- "The SGS2 has better hardware than iPhone 4, that much I can tell you. The biggest thing I miss about iPhone 4: the apps. iOS usually get apps before Android and some apps are exclusive to iOS."
- "I am not aware of any "OMG I gotta have it" feature or app that exists ONLY on either the iPhone side or the Android side."
- "If you're considering battery longevity as a deciding factor between the iP4S and SGS2, the iphone battery will probably last longer since it needs to be recharged less often than the SGS2."





Search has doubled after the GS II launch and the week of the AT&T launch was the highest traffic of the year

**Samsung.com Site Traffic**

Notes:
• **Site traffic has remained at 100% above YTD average since GS II** and the AT&T GSII launch week marks the highest trafficked of the year.

— Samsung Cell Phone Category
— Galaxy S II Pages

**Galaxy S II Search**

Notes:
• **GS II is averaged over 200k daily Google searches on Tuesday and Wednesday** following the AT&T launch resulting over 20,000 shop clicks since Sunday. YTD highs for clicks and shopping.

— Galaxy S II Searches

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Seeing Continued Positive Press Coverage Since August 30 Launch Event.

- Have received over 1.1 Billion Impressions to-date

| | Media Placements | Impressions |
|---|---|---|
| Launch Event Only | 169 | 85,144,207 |
| Results to Date (2/13/11 to 9/1/11) | 3,327 | 1,114,377,033 |












©Samsung Electronics. All Rights Reserved. Confidential and Proprietary

# First Round of CRM Efforts Exceeding Expectations: Already Surpassed Last years Numbers and Current Goal

## _Sprint List Rental Email_

• The Sprint test send resulted in an incremental 1.8MM impressions (+32%), totaled 7.4MM impressions

• Increased open rates by 469% (GSII 19.3%, GS 3.4%)

• Tests lowered costs significantly: Cost per open/click decreased 75% (GSII $.079, GS $.32); cost per click thru/acquisition decreased 64% (GSII $.80, GS $2.23)

## _Sprint Database Email_

• Database send results: increased open rates 50%, click thru rates 109%

• Handraiser offer email accounted for 94% of LetsTalk.com GSII sales

## _Hand Raiser Page_

• Tallied 88% more handraisers than last year
  _Goal GSII:_ 25,000: Actual GSII 32,000:  Galaxy S registered 17,000
  - Handraiser offer responsible for 94% of the sales on LetsTalk during first 2 weeks in market



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Samsung's Alignment with You Tube Superstar Has Resulted in Highest Performing Viral Video in STA History



**9.3MM total views**

- Youtube program highlights:

Freddie W Gamer Commute currently has **8,982,936** views 23,264 comments

Gamer Commute Behind the Scenes has **648,767** views

Within 1 week of video posting Gamer Commute was;

- #1 Top Favored
- #1 Top Rated
- #3 Most viewed
- #16 most discussed
- 22% of the views came from mobile users on the first day 800K



Confidential & Proprietary

©Samsung Electronics. All Rights Reserved. Confidential and Proprietary

# Secured Marquee Table at Best Buy Starting Oct 23 – Jan 30

- 8ft table at the entrance of the Best Buy Mobile section (675+ doors)
- Key position in Best Buy Mobile stand-alone store 300+
- Displayed Live Product: GS2 (AT&T/Sprint) ; VZ GS Stratosphere; ATT Infuse 4G (10/23-11/22)  and ATT GSII Skyrocket (11/23-1/30/12)
- Samsung to hold original end cap starting 9/25 – 10/22 for Sprint / AT&T



**Additional Elements include:**

- Inserts in weekly circulars
- Holiday Buyers Guide
- Sales Incentive



© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Table view starting 10/23, we've broken new ground with BBY on using all the available space



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Will Have Expanded Presence at Radio Shack for Galaxy S II





11/6 -12/31 Placement in stores

Top: 3K RadioShack Stores
- 5' GSII Standee
- Window Banner
- 2 9x9 Table Top Signs (no creative to show at this time)



Window Banner 27x38 (11/6-19)

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary

GALAXY S™ II

Appendix

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary



# More GSII CRM Highlights

**Sprint Highlights:**

- Sprint List Rental (GS Sprint send 2.3MM, 3.4% open rate, .5% click thru rate)
  - List rental results: 7.4MM impressions, 1.43MM opens (19% open rate), 140k click thrus (1.9% click thru rate)
  - Optimization test result: 1.8MM additional impressions (+32%), 49% higher open rate (20.5% from 13.7%)
- Sprint Launch Email (Database)
  - 50% increase in open rate (27% v 18%), 109% increase in click thru rate (11.5% v 5.5%) over Galaxy S
  - Handraiser offer responsible for 94% of the sales on LetsTalk during first 2 weeks in market

**AT&T Highlights:**

- AT&T List Rental
  - List Test Performance: 1.56MM impressions, 12% open rate, 1.2% click thru rate (GS: 5.5% open, .9% click)
  - Optimization Test resulted in 30% increase in send size (target send 9MM, actual send 11.7MM)
  - GSII send size 352% increase over Galaxy S (2.6MM)
- AT&T Launch Email (Database); deployed 10/3; send results pending

**T-Mobile Highlights:**

- T-Mobile List Rental
  - Test send deployed 10/19 (1MM); Optimized send set for 10/25 to an est. 5.6MM
  - GSII send 123% increase over Galaxy S (2.7MM) which targeted 96% on age/HHI segment
- T-Mobile Launch Email (Database); send scheduled for 10/12, potential handraiser offer to send 10/10

**Database Highlights:**

- PreLaunch Email Results: 933k impressions, 365k clicks (39% open rate), 83,500 click thrus (9% click thru rate)
  - No prelaunch Galaxy S email (STA average open rate is 20%, click thru 5%)
- Registered +32,000 handraisers (88% increase over Galaxy S campaign)
- Goal is to convert 5,350 from list rental to database member (based on click thru rates, creative weight, conversion)
- T-Mobile GSII Registrations:

SAMSUNG

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# GSII Sprint CRM Results

**Sprint Highlights:**

List Rental  –  GS Sprint send 2.3MM, 3.4% open rate , 5% click thru rate

- List rental results: **7.4MM impressions, 1.43MM opens** (19% open rate), **140k click thrus** (1.9% click thru rate)
- Optimization test result: **1.8MM additional impressions** (+32%), **49% higher open rate** (20.5% from 13.7%)

Database Launch Email (GSII v GS)

- **50% increase in open rate** (27% v 18%)
- **109% increase in click thru rate** (11.5% v 5.5%)
- Handraiser offer responsible for **94% of the sales on LetsTalk** during first 2 weeks in market

| GSII Sprint List Rental Comparison | | | |
|---|---|---|---|
| | **GSII Actual** | **GSII Goal** | **GS Actual** |
| **Impressions** | 7,416,643 | 5,637,493 | 2,328,000 |
| **Cost** | $ 112,500 | $ 112,500 | $ 25,000 |
| **Open Rate** | 19.24% | 9.90% | 3.38% |
| **CTR** | 1.89% | 1.34% | 0.48% |
| **Total Opens** | 1,426,754 | 558,112 | 78,733 |
| **Click Thrus** | 140,280 | 75,542 | 11,220 |
| **CPI** | $ 0.015 | $ 0.02 | $ 0.01 |
| **CPC** | $ 0.079 | $ 0.20 | $ 0.32 |
| **CPA** | $ 0.802 | $ 1.49 | $ 2.23 |



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00261803



Samsung Galaxy S II
White SKU

Marketing Launch Plan
October 10, 2011

GALAXY S™ II

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Just in Time for the Holidays, Samsung will Introduce a White Color way for the Galaxy S II.

- The Galaxy S II continues to experience global success.

- In Europe, the white version was launched in September to positive response. Sales realized were 30% of the sales of the original black version.

- The SKU is targeted to be available in November/December at Sprint and T-Mobile and at At&t in January 2012 (Galaxy S II Skyrocket).



# Seize the Opportunity to Generate Additional Interest and Sales by Launching a White Galaxy S II in the U.S.

## Objectives

- Secure incremental handset sales by offering new white color SKU (launch 12/5).
- Sustain sales momentum and generate renewed interest for the Galaxy S II portfolio several months after initial launch.

## Strategies

- Utilize Holiday thematic as platform to introduce product into market.
- Execute initiatives against a female target (and those purchasing gifts for women) as the present the biggest business opportunity

## Anticipated Return

- *Primary: Sales:* 10% incremental sales lift over current Galaxy S II sales forecast . Estimated 100k opportunity (Pending carrier acceptance-- Est Price Point: $480/unit) $48M rev)

- *Secondary: Brand:* Galaxy S Awareness: 42% to 66% by EOY; Smartphone awareness (Aided): 70% aided awareness goal by EOY; Top Box purchase intent among Smartphone intenders: 20% to 27% by EOY

Recommended Budget Based on Goals: $5M (10% Rev; $30 cost/acquisition sales; $18 brand)

82

SAMSUNG

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Apple saw Unprecedented (non-price discount related) Jump in Sales of iPhone 4 due to White iPhone sku Launch Earlier this Year.

## Apple iPhone Monthly Sales Trends Compared

iPhone 3G (Jul 2008)
iPhone 4 - ATT (June 2010)
iPhone 3GS (June 2009)
iPhone 4 - VZ (Feb 2011)

iPhone 4 @ VZ

White iPhone 4 (4/28/11)
– Increased monthly sales by 30%, 49% at ATT and VZ respectively

3GS Price Drop to $49 (Jul-10)

sell thru units

1,600,000
1,400,000
1,200,000
1,000,000
800,000
600,000
400,000
200,000
0

Jan Feb Mar Apr May Jun Jul Aug

Launch Year

The following year ...

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary

SAMSUNG

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# White iPhone 4 Launch also Helped with Buzz building Late in its Life Cycle ...





**iPhone 4 Online Buzz**

**White iPhone 4 (4/28/11)**
-- Increased monthly buzz by 13%

**iPhone 4 @ VZ announcement**

386
370
204
145
212
225
242
309
251
249
242
275

Thousands of Mentions

450
400
350
300
250
200
150
100
50
-

Jun-10  Jul  Aug  Sep  Oct  Nov  Dec  Jan  Feb  Mar  Apr  May-11

84

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

85

Galaxy Tab Research Suggests Addition of a White sku Would Boost Tab Market by ~18%; Is Especially Popular Among Females & Consumers Under 30





**Demographics of Black Tab Preference vs. White Tab Preference**

Gender

Male 62% / 38%
Female 50% / 50%

Age

Under 30 52% / 48%
30+ 64% / 35%

**Consumer Preference for White Tab vs. Black Tab vs. iPad 2**

Galaxy Tab: 18% / 38%
iPad 2: 44%

Source: Samsung Proprietary Research on Galaxy Tab 10.1. N=105 Interviews with tablet intenders.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Opportunity to Capitalize on Appeal of Color; Product Relevant to the Galaxy S user– Young and Slight Female Skew

**Gender**

60.0
50.0
40.0
30.0
20.0
10.0
0.0

Female
50.8
46.1

Male
53.9
49.2

■ Smartphone AVG   ■ Galaxy S

**Age**

35.0
30.0
25.0
20.0
15.0
10.0
5.0
-

Percent Distribution

13-17   6.0 5.7
18-24   17.5   21.1
25-34   27.3   30.6
35-44   21.8   18.1
45-54   15.0   11.4
55-64   7.8 7.5
65+   4.7 5.5

□ Smartphone AVG   ■ Galaxy S

Statistically significant difference at 95% confidence
Source: comScore MobiLens Survey, 3 Month Avg, March 2011 (Total N=30,817, Galaxy S N = 282)



© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

86

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Global Subsidiaries Have Recognized Success with the White SKU

| Region | | Oct W41 DP | Nov W41 DP | Dec W41 DP | 4Q W41 DP | 4Q White Model % |
|---|---|---|---|---|---|---|
| TTL | Seine TTL | 2,356 | 2,373 | 1,624 | 6,353 | 29% |
| | Seine(Black) | 2,356 | 2,373 | 1,624 | 6,353 | |
| | Seine(White) | 1,639 | 1,686 | 1,191 | 4,516 | |
| | | 718 | 687 | 432 | 1,837 | |
| Europe | | 1,091 | 1,253 | 716 | 3,060 | 32% |
| | Black | 760 | 835 | 502 | 2,096 | |
| | White | 332 | 418 | 214 | 964 | |
| CIS | | 32 | 39 | 26 | 97 | 29% |
| | Black | 21 | 28 | 19 | 68 | |
| | White | 11 | 11 | 6 | 28 | |
| China | | 186 | 183 | 191 | 560 | 19% |
| | Black | 158 | 149 | 149 | 456 | |
| | White | 28 | 34 | 42 | 104 | |
| East Asia | | 202 | 210 | 165 | 577 | 37% |
| | Black | 121 | 136 | 107 | 365 | |
| | White | 81 | 74 | 58 | 212 | |
| West Asia | | 22 | 47 | 40 | 109 | 14% |
| | Black | 22 | 40 | 32 | 94 | |
| | White | 0 | 7 | 8 | 15 | |
| Latin America | | 139 | 83 | 51 | 273 | 11% |
| | Black | 121 | 76 | 45 | 242 | |
| | White | 18 | 7 | 6 | 31 | |
| Middle East | | 94 | 116 | 99 | 309 | 23% |
| | Black | 69 | 92 | 76 | 238 | |
| | White | 25 | 23 | 23 | 71 | |
| Africa | | 26 | 40 | 22 | 89 | 13% |
| | Black | 21 | 35 | 21 | 77 | |
| | White | 5 | 6 | 1 | 12 | |
| Japan | | 59 | 0 | 10 | 69 | 45% |
| | Black | 38 | 0 | 0 | 38 | |
| | White | 21 | 0 | 10 | 31 | |
| Korea | | 385 | 245 | 123 | 753 | 47% |
| | Black | 188 | 147 | 63 | 398 | |
| | White | 197 | 98 | 60 | 355 | |

SAMSUNG

87

# Next Steps

- HQ to Confirm U.S. Availability and Launch Timing for White GSII in the US.

- Product Planning and At&t Account Team to Secure At&t support and buy off on Galaxy S 2 Skyrocket 2nd color week of 10/10.

- TMO will have a white color formally proposed with mockups at CTIA.

- Sprint will have a white color formally proposed with mockups at CTIA.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GALAXY S™

Appendix



© Samsung Electronics. All Rights Reserved. Confidential and Proprietary



GALAXY S™

Galaxy S II White Marketing Plan
Thought Starters

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary