# Partner with *Rosie Show* for in-show Integration and Audience Giveaway. Enables Mass Reach and Builds Buzz for Relevant Target.



## Rosie Show Audience Giveaway

- Highly anticipated TV talk show to debut on 10/10. Partner with TV show on integration and audience giveaway.

- Use as a platform to generate demand for new color way.

- Show to air on OWN (Oprah Winfrey Network) and targets females.

- Anticipate will capture Oprah viewers looking for a new show to engage with.

- Drive to Samsung.com and Facebook for special offers and Where to Buy info.

Confidential & Proprietary



© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

# Consumer Launch Event Will Begin to Build Launch Buzz









### Samsung GSII White Party

- Samsung makes the Holidays "White Hot". Bring experiential events to top markets across the country– e.g. LA, NY, SF, etc. Open to the public for one weekend.

- First event to take over Rodeo Drive (note: city of Beverly Hills very open to this type of partnership to promote Rodeo Drive – but can do this anywhere in LA – Santa Monica, Hollywood, etc.)

- Create temporary ice skating rink and snow hill in the middle of the city that is open to the public. Integrate various Galaxy SII photo booths where people can interact with the phone and take photos which can be uploaded to their social networks.

- Create various on-site sampling opportunities. Product-based activities around photo/video and social media integration will generate viral content and drive product affinity.

- Food and free concert by top notch talent to be leveraged as hook for attendance.

SAMSUNG

©Samsung Electronics, All Rights Reserved. Confidential and Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Tap into the Power of the Influencer to Drive Wide Interest in the Galaxy S II





## Celebrity White Party

- Have first night of White Party Weekend serve as the official "celebrity launch event" of the GSII White.

- Secure target-right female celebrity to host Los Angeles Event. Target those with large social followings who can help generate meaningful product buzz and consumer interest (

  E.g. Katy Perry– Twitter followers:6,787,974; Lea Michele (Glee) – 1,168,330 Twitter Followers/ 227,422 Facebook Friends; Jessica Alba (Little Fockers) – 1,807,711 Twitter Followers/ 794,487 Facebook Friends)

- Possibly tie-in charity component (i.e. Hope for Children, Toys for Tots) to incite Celebrity Interest.

- Onsite interactive activities and Tweet wall.

- To gain access everyone would have to wear white.




HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Galaxy S II Winter Wonder-land Retail Activation





- Leverage current Experience Zones or other indoor, high-traffic shopping area locations at holiday to create the Galaxy S II Winter Wonder-land.

- Will showcase the entire Galaxy S II portfolio and introduce the white model just in time for the Holidays.

- Bring to life the Holiday feel with multiple interactive areas designed to showcase the key features of the device.

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

SAMSUNG

# Get People in the Holiday Spirit while Interacting with the Galaxy S II at the Winter Wonder-land Workshop

On-site Interactive demo stations may consist of the following:

- **A Fast Pass to Santa** – Free photos with Santa taken with the White Galaxy S II printed on a Samsung Galaxy S II Holiday themed card and/or uploaded to social networks for instant sharing.

- **Holiday Café** –Order hot chocolate with custom toppings and yummy holiday treats (popcorn balls, peppermints, gingerbread cookies, caramel apples, etc using the Samsung Galaxy S II).

- **Elf Yourself** – Create a jib jab video using the Galaxy S II which take a face picture of the customer on-site and then syncs it to the video of them transformed into a holiday elf. Consumers can upload this video to all social media channels.

- **Ornament/Dreidel decorating station** – Customers use the White Galaxy S II to create a design – which then gets printed out on a flat ornament that can be taken away.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Engage Consumers With Prizes Incentives and SWAG

•Workshop will feature a giant Christmas tree decorated with multiple Galaxy S II designed ornaments. Each ornament will have a code that the consumer can pull off of the tree and give to a BA to determine what they have won e.g. free phone, Samsung branded premium items, etc.

•Execute radio promotions and mall P.O.P. to promote upcoming events.

•Capitalize on PR coverage already happening around black Friday to secure media for Galaxy S II and our activation.





© Samsung Electronics, All Rights Reserved, Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# In-Mall Experience Zones Will Provide Consumers With More First Hand Product Trial





- Add White GS II to Mall Experience Zones

  - NY, Chicago, LA, Houston, SF

- Samsung Brand Ambassadors engage customers and control consumer experience

- Venue for training classes and events (use as radio remote/promotional destination spots)

- Maintain through year end holidays





© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

**SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# In-Mall Experience Zones Will Provide Consumers With More First Hand Product Trial




- Add White GS II to Mall Experience Zones

  • NY, Chicago, LA, Houston, SF

- Samsung Brand Ambassadors engage customers and control consumer experience

- Venue for training classes and events (use as radio remote/promotional destination spots)

- Maintain through year end holidays

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00261822



RESPONSE TO THE IPHONE 4S

Confidential & Proprietary

SAMSUNG

# SITUATION OVERVIEW

- iPhone 4S announced Oct 4 2011.  Marginal improvement over iPhone 4.

- Samsung HW has clear advantages over the product by way of higher network data speeds, display size, battery, expandable memory and weight.

- Press response over iPhone 4S announcement was overall neutral or underwhelming.  Consumers and Apple loyalists somewhat disappointed and may not partake in the upgrade.

- Now is the time for Samsung to take its rightful leadership position in the Smartphone arena and position itself as THE brand to love and trust.  Build on the truth, not on the hype.

- Given the recent passing of Steve Jobs, the tone of any initiative should be tasteful and come from a position of confidence and pride, not ridicule.

100

Confidential & Proprietary

**SAMSUNG**

# SAMSUNG TO STRIKE WHILE THE IRON IS HOT AND CEMENT ITS SMARTPHONE LEADERSHIP POSITION

## Objectives:

- Position Samsung as the brand of choice and category leader.

- Grow doubt among Apple loyalists and change mainstream perception that Apple is the better brand.

- Prime the market to choose Samsung this Holiday season.

## Strategies:

- Create an advantage for Samsung by leveraging the timeliness and momentum of category chatter from Apple iPhone 4S announcement.

- Engage in a series of timely, quick hit initiatives over the next several weeks that not only speak to product superiority, but reach consumers on an emotional level.

- Leverage the buzz to come out of the Galaxy Nexus announcement to show superior innovation (contrary to Apple product) coming out of Samsung.

Confidential & Proprietary

101

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMSUNG

# COMMUNICATION STRATEGY WILL COME FROM A POSITION OF STRENGTH

## The Position

- Samsung is the Smartphone Category Leader
- Galaxy Nexus (pending announcement will leverage chatter) further demonstrates our Ability to Innovate and Bring You the Products you Want and Love

## Guiding Principles

- Go Beyond Feature Talk
- Compete on Emotional Ground
- Be a Catalyst and Guide Existing Conversations

## Personality and Voice

- Confident
- Proud
- Positive

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00261826

**SAMSUNG**

103

Confidential & Proprietary

QUICK HIT INITIATIVES

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00261827

SAMSUNG

# TACTICS TO BE EXECUTED FROM NOW UNTIL 11/13 WHEN HOLIDAY CAMPAIGN KICKS OFF

| 10/10 | 10/24 | 10/31 | 11/17 | 11/21 | 11/28 | 12/5 | 12/12 | 12/19 | 12/26 |

**Galaxy Nexus Announcement**

GSII Holiday

Youtube Videos

Guerilla Upgrades

Digital Media Heavy Up

PR Blitz

Buzz | Awareness | Engagement | Build Demand

**Strategic Tactics**

Media    PR    Experiential/Guerilla    Social, Search

Confidential & Proprietary

104

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMSUNG

# POINT OUT PRODUCT SUPERIORITY IN A RELEVANT WAY.
# SHOW ALIGNMENT WITH WHAT CONSUMERS WANT

## Don't just Drink the Cool Aid

- Via a vanity URL microsite, challenge consumers to a virtual blind "taste test" between GSII and iPhone4S.

- Consumers would chose which feature they would  rather have on their phones from columns A and B.

- When preference is unveiled to be the Galaxy S II, opportunities to share the test and additional info/where to buy is offered.

## iDeserve a Real Upgrade

- Tap into how Apple is not offering any new upgrades to the iPhone 4S from the current model.

- Execute Guerilla style upgrades that will surprise and delight consumers in unexpected ways.

  – Food Trucks: Partner with Twitter based food trucks where you order 2 items and you get 3.

  – Hot Dog Stands: Order a hot dog and get Filet Mignon for the same price.

  – A free Apple pie at McDonald's (top DMA franchises) with wrap that says "Apples have their place.  Now taste what's better about the Galaxy S II" QR code directs to Samsung.com or social site.



# POINT OUT PRODUCT SUPERIORITY IN A RELEVANT WAY. SHOW ALIGNMENT WITH WHAT CONSUMERS WANT



## Social Upgrade

- Capitalize on comments that infers all you need to upgrade you iPhone 4 is an "s" sticker.

- Our version will imply that all you need to upgrade your iPhone 4 is a Samsung GSII.

- We will work with Gizmodo (or work with Samsung's PR to do so), to push out the message rather than pushing through our own Samsung Mobile USA channels.

- However, will pick it up on our own channels once it is in the wild.

- These can be leaked together too, so the joke is clear.

- Would recommend holding out on this perhaps after the Nexus S launch.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**SAMSUNG**

# TONGUE AND CHEEK VIDEOS THAT GENERATE TALK VALUE AND INTEREST IN SAMSUNG OFFERING

## Let's Get Siri-ous

- Web Talk show that interviews Siri
- Use the voice activation in a talk show format to ask Siri questions that highlight shortcomings of iPhone 4S- it becomes a one sided conversation.
  - So when did the iPhone first get Voice Activation?
  - Really, what about the Galaxy S?
  - Who was first to market with an 8 MP camera?  Samsung or Apple?
  - Who has better video recording capabilities?
  - What has Apple been doing these last 16 months?
  - Between Apple and Samsung, who had cloud services first?

## What could you do in 16 months?

- Subtly hint at how Apple didn't make any vast changes to the iPhone 4 with the iPhone 4S over the last 16 months
- Ask people to submit their videos, winning video gets 16 months worth of free Media Hub, or 1 phone a month for 16 months
- Throw out thought starters in the format of, "Did you know that in 16 months you could….
  - Grow a pineapple; Get an MBA; Have a baby and watch it grow to a 6th month old
  - Build X number of homes, etc

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# TONGUE AND CHEEK VIDEOS THAT GENERATE TALK VALUE AND INTEREST IN SAMSUNG OFFERING

## Mystery Science Theater 3000

- Take the Apple announcement of the iPhone 4 and add some funny, witty commentary to it ala Mystery Science Theater.

- Premise is they would mock the iPhone4 and the iPhone cult but also add in how their phone, the GSII of course, already does the stuff the iPhone 4 is now highlighting.

- If done properly, with some seriously funny actors it could gain some traction among people annoyed with the delay of the 5.

## Other Video ideas

- Failed makeover – big reveal backfires – Capture the idea of going into a salon for a make-over and coming out looking exactly the same – compare to iPhone

- New dwarfs dressed in costumes  with names that represent disappointing attributes of the iPhone 4S (i.e. Clunky, Frumpy, etc.).  Galaxy S II as the Snow White (tap into white Galaxy S II).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**SAMSUNG**

## BUILD ON THE PRODUCT TRUTHS NOT ON THE BRAND HYPE.   USE OUR FANS AS EVANGELISTS.

### Hand to Hand Challenge:

- Mobilize street teams in major markets to challenge I-phone owners to compare their iPhone to the Galaxy S II.

- As a gesture of confidence offer a $5 I-tunes gift card incentive.

- The "Fans and friends" challenge event is a Galaxy S II product "relaunch" for fans and their iPhone friends. First 100 Samsung fans who RSVP get a free Galaxy S II.

- Distribute video content of the challenge on STA social channels.

- Ignite the conversation via e-mail teaser campaign (Samsung database and social channels).

- At the "Fans and friends" challenge event, participants can "check out" an activated phone for the event only to capture video, pictures, and to communicate about the event and the phone via special FB and twitter feeds.

- Distribute event footage, interviews, pics, etc. among tech-bloggers and android enthusiasts.

Confidential & Proprietary

109

**SAMSUNG**

# REINFORCE THE MESSAGE THAT THE GALAXY S II COULD VERY WELL BE THE "IPHONE KILLER"

## Proactive PR Blitz

- Samsung News Blog: Give Samsung a stronger, more organized online voice.  Day of iPhone4S launch post a direct attack piece on the blog which is then syndicated to outlets like Business Insider.

- Infographics story: Release series of images showing different ways iPhone compares to GS2 (iPhone locked up, iPhone chasing GS2, iPhone as no-choice communist phone, iPhone personality vs. GS2 – show family screen vs. iPhone apps, travel screen vs. iPhone apps)

- Release third party studies showing preferences for key features – screen, personalization, etc. – without even having to refer to the phones.

- App development community: need to make a major outreach effort (think big conference and regular reader meetups in SV) to reinforce to app developers why Samsung phones are the new industry benchmark (specs, how UI can push their apps etc)

110

Confidential & Proprietary

**SAMSUNG**

# GET IN FRONT OF ARTICLES THAT SPEAK TO IPHONE 4S. INCREASE VISIBILITY FOR THE "ALTERNATIVE"

## Increased Digital Media Presence:

- Can be done quickly and at the height of the conversation.

- Heavy up on tech sites: Top stories are on iPhone 4S announcement. Have presence in order to change the conversation to focus on Samsung being the brand to watch.

- Heavy up on contextual placements such as Vibrant and Kontera to own more iPhone relevant keywords. Own them for at least a week or two to

- Heavy up on competitive search.  Be where they are.

- Homepage takeovers on portals and tech sites within the next week to provide the Samsung GS2 as a better phone message. With the announcement of the Galaxy Nexus on 10/11 the message becomes more relevant

Confidential & Proprietary

111

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMSUNG

112

# LONGER TERM THOUGHT STARTERS

Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**SAMSUNG**

# BRING LEVITY TO THE DISCOVERY THAT THE IPHONE 4S DOESN'T LIVE UP TO THE HYPE

## DumbDumb Comedy Initiative

- DumbDumb is a comedy enterprise led by Will Arnett and Jason Bateman.
- Create brand inspired digital content along with short and long form programming for distribution across all platforms.
- Utilizes web production, development, and marketing expertise from CollegeHumor.com (800 million views).
- Develop a series of digital shorts featuring various celebrities engaging in comedic experiences that organically integrate the Samsung Galaxy S II and its superiority above the competitors.
- Can be distributed virally on collegehumor, funny or die, youtube, Samsung facebook, twitter and blog sites.
- Example of creative ideas include:
  - iPhone 4S versus Galaxy S II
  - Funny talk show using the Google chat capability of the phone.
  - Various celebrities trying to escape paparazzi using the device to plot an escape route.
  - Humorous shorts that explain what all the complicated phone terms actually mean – i.e. AMOLE, Kies Air, DLNA, etc

113

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMSUNG

114

# IN-FLIGHT SAMPLING PROGRAM OFFERS PASSENGERS A GALAXY S SII OR THE DURATION OF THEIR FLIGHT.

## Go-Go In Flight Partnership

- Done in partnership with Gogo In-flight (versus going through each airline which is extremely difficult).

- Gogo in-flight home page take-over which offers free wifi service compliments of Samsung Galaxy S II and highlights device functionalities.

- At select boarding gates in key markets, offer passengers the opportunity to borrow a Samsung GSII to enjoy during their flight and be returned upon arrival.

- Devices will be pre-loaded with movies, music, cool apps, and partner content. In-flight announcements that highlight program and why Samsung Galaxy S II is better

- After guests opt-in to get free wifi, they will receive an email bounce bank with a discount offer to purchase the Galaxy S II which can be redeemed online at Let's Talk or partner retail outlet.

Confidential & Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMSUNG

# HIGH IMPACT MEDIA UNITS THAT CAN REACH MASSES IN A SHORT PERIOD OF TIME WITH THE MESSAGE



## Airplane trays

- Leverage airline relationships to secure tray table inventory on AA and UA.

- Use the three trays across each seat to highlight the features of the Galaxy vs. iPhone. Link a QR code that is campaign specific that links to a video detailing product benefits.

- Contract and creative due October 12th for posting to be complete by October 24th

- Use humorous copy to attract attention:

  – "Be responsible when you upgrade to the Galaxy. Recycle your iPhone." Visual of someone using their iPhone to level out their table at a restaurant.

  – Another visual of someone using it to prop open a window, another of kids using it as a hockey puck. Etc.

  – - Visual of mom holding her Samsung in one hand, and tossing her iPhone in a kids trick or treat bag at the front door