# EXHIBIT 7



# 2012 STRATEGY PLANNING

August 2011

SAMNDCA00268352

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# AGENDA

Corporate Planning Cadence

STA Market View

High-level Goals 2012 ~ 2015

Alignment with 2012 Financial Planning

Discussion

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00268353

2

# CORPORATE PLANNING CADENCE

| April ~ May | June ~ September | October ~ March |
|---|---|---|
| Mid-Term (2015) | Annual (2012) | Alignment & Execution |

- NAHQ Alignment
- HQ Strategy Mtg
- MP Setting
- CTIA Fall
- HQ Strategy Mtg
- CES, MWC, SDC

SAMSUNG

3

SAMNDCA00268354

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# US MARKET DYNAMICS

US Carrier Dynamics: Carrier consolidation, growth in prepaid smartphones

US Consumer Dynamics: Android & iOS are sticky; HTC gaining higher loyalty; Growing interest in "The Cloud".

US Competitor Dynamics: Apple outpacing market growth; HTC is a strong Android competitor in the US

US B2B Dynamics: B2B growth in Smartphone and Tablets outpaces overall market growth

SAMSUNG

4

SAMNDCA00268355

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# CONTINUED US OPERATOR CONSOLIDATION

## Continued Carrier Consolidation



US Wireless Subscribers (mn)

AT&T/T-Mo will have ~44% share of subs

Source: UBS 03/2011

## Possible Further Carrier Consolidation



| T-Mobile Divestitures | Potentially acquired by | Regionals Private Equity |
| Sprint | Potentially acquires | metroPCS |
| | Takeover by | verizon |
| metroPCS LEAP | Potential consolidation | |

- Increase in carrier buyer power
- Samsung needs to proactively manage carrier relationships to ensure "good standing"



5

SAMNDCA00268356

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Source: UBS 03/2011

# GROWTH IN PREPAID SMARTPHONES



SAMNDCA00268357



- Competitive threat with LG & Huawei positioned to increase share in prepaid smartphone volume

- STA opportunity for increased smartphone share by capitalizing on prepaid smartphone trend



**1Q09 Sell-thru Vol vs. Wholesale ASP**

- >$500
- $400 - $499
- $300 - $399
- $200 - $299
- $100 - $199 — 9%
- <$100 — 91%

0% 20% 40% 60% 80% 100%

**1Q10 Sell-thru Vol vs. Wholesale ASP**

- >$500
- $400 - $499
- $300 - $399
- $200 - $299 — 1%
- $100 - $199 — 33%
- <$100 — 65%

0% 20% 40% 60% 80% 100%

**1Q11 Sell-thru Vol vs. Wholesale ASP**

10% of prepaid volume now in smart

- >$500
- $400 - $499
- $300 - $399
- $200 - $299 — 3%
- $100 - $199 — 28% / 7%
- <$100 — 58%

0% 20% 40% 60% 80% 100%

■ Prepaid Feature ■ Prepaid Smart

Source: STA Account team estimates

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# ANDROID & APPLE ECOSYSTEMS ARE "STICKY" (HIGH REPEAT PURCHASES). WITHIN ANDROID, HTC APPEARS TO BE BUILDING A MORE LOYAL FOLLOWING.

Within Android, HTC appears to be building stronger loyalty

**Repeat Purchasers**
(% of recent Android acquirers whose current device is the same OEM as their prev device)



Android and iOS are Sticky Solutions for Consumers

**Repeat Purchasers**
(% of recent smartphone acquirers whose current device has the same OS as their prev device)





7

SAMNDCA00268358

Source: Nielsen 1Q11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# GROWING INTEREST IN THE CLOUD

## Enterprises Also Embracing Cloud Services



*"Cloud services are a huge deal... they are large and will grow larger."*

at&t



*"Mobile cloud services are real and important to us."*

verizon

*"Access to core apps are now table stakes... access to information on all key devices will be table stakes."*

Sprint

- 30% of 2014 enterprise spending will be through the cloud
- 80% of enterprise apps will be built through the cloud by 2014

Source: IDC Directions 2011

- Verizon making a big play by purchasing cloud services provider Terremark for $1.4B

Source: Fortune interview 06/10/2011

- HP Accelerating Cloud Adoption with $2 Billion in Financing for Cloud Projects (in addition to the $1.2B it spent on Palm)

Source: HP Press Release 06/06/2011

## Consumers Migrating to Cloud Services



Rise of cloud-based gaming in lieu of consoles

$82M in cloud gaming investments in start-ups from VC's

Source: McKinsey, 05/26/2011



SAMSUNG

8

SAMNDCA00268359

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# ALTHOUGH US VOL TAM SHOWS NOMINAL GROWTH, APPLE OUTPACING THE MARKET AS THE FASTEST GROWING OEM



2009 TAM = 171.3   2010 TAM = 179.9M   2011 TAM = 181.3M   2012 TAM = 184.5M

Apple   Other Smart   Non Smart

| Sell-thru Units (M) | 2009 | 2010 | 2011 | 2012 | CAGR |
|---|---|---|---|---|---|
| Apple | 10.3 | 15.1 | 27.3 | 30.0 | 42% |
| Other Smart | 30.6 | 48.0 | 67.5 | 105.7 | 51% |
| Non Smart | 130.4 | 116.8 | 86.5 | 48.8 | -28% |
| **TOTAL** | **171.3** | **179.9** | **181.3** | **184.5** | **2.5%** |

Source: STA account teams, Business Planning

9



SAMNDCA00268360

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# HTC DEMONSTRATING STRONG EXECUTION IN THE US, THUS ENJOYING INCREASED CARRIER BENEFITS

## HTC Building Track Record of US Tech "Firsts"

| HD2 | EVO 4G | G2 | Thunderbolt | EVO 3D |
|---|---|---|---|---|
| WinMo 6.5 | Android 2.1 | Android 2.2 | Android 2.2 | Android 2.3 |
| 1GHz QCOM | 1GHz QCOM | 800MHz QCOM | 1.0GHz QCOM | 1.2GHz Dual |
| 4.3" | 4.3" | 3.7" | 4.3" | 4.3" 3D |
| Mar-10 | Jun-10 | Oct-10 | 1Q11 | Jun 2011 |

1st 4.3" in US · 1st 4G WiMAX in US · 1st HSPA+ in US · 1st to 4G LTE in US · 1st 3D in US

## HTC has Consistent Product & SW Upgrades



myTouch 3G
Android 2.1
528 MHz QCOM
3.2"
Jul-09

6 – 7 months

myTouch 3G
(Fender Edition)
Android 2.1
528 MHz QCOM
3.2"
Jan-10

6 months

myTouch 3G Slide
Android 2.1
600MHz QCOM
3.4"
Jun-10

5 months

myTouch 4G
Android 2.2
1GHz QCOM
3.8"
Nov-10

~7 months

myTouch 4G Slide
Android 2.x

Jul-11

## HTC's UI Provides Consumers with a Consistent Look-and-Feel




TouchFLO UI
WinMo
(2007)

TouchFLO 3D UI
WinMo
(2008)

Sense UI
Android & WinMo
(2010)

Sense 3.0
Android
(2011)

---

## HTC Winning Premium SKU Slots at all Big 4 Carriers

| Superphone Competitors | 2H10 | 2H11 |
|---|---|---|
| VZW | | |
| ATT | | |
| TMO | | |
| Sprint | | |




## HTC Enjoying Significant Carrier Spend on its Behalf

2010 Carrier Spend ($M) on Sprint Iconic Devices

Sprint

$84 — HTC EVO (Jun 2011 Launch) — 1st 4G WIMAX in US

$28 — SAM Epic (Aug 2011 Launch)

2010 Carrier Spend ($M) on TMO Iconic Devices

T-Mobile

$42 — HTC HD2 (Mar 2011 Launch) — 1st 4.3" in US

$14 — SAM Vibrant (Jul 2011 Launch)






SAMSUNG

10

Source: Competitrack

SAMNDCA00268361

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00268362

11

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# 2H'11 PERFORMANCE & OUTLOOK

SAMNDCA00268363

12

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# STA PHONE PERFORMANCE & OUTLOOK
## (2H11: #1 TOTAL VOL SHARE AND #1 TOTAL REV SHARE)



Source: STA account teams, Business Planning

13

**SAMSUNG**

SAMNDCA00268364

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# SAMSUNG EXTENDING THE LEAD OVER HTC AND CLOSING THE VOLUME GAP WITH APPLE

## SAM Smartphone vs. iPhone Units (M)

| | 1Q10 | 2Q10 | 3Q10 | 4Q10 | 1Q11 | 2Q11 | 3Q11e | 4Q11e |
|---|---|---|---|---|---|---|---|---|
| SAM Smart | 0.7 | 0.6 | 2.3 | 2.4 | 2.1 | 4.2 | 5.9 | 7.77.8 |
| Apple | 2.7 | 3.2 | 5.2 | 4.0 | 5.8 | 6.4 | 7.5 | |

## SAM Smartphone vs iPhone Sales ($B)

| | 1Q10 | 2Q10 | 3Q10 | 4Q10 | 1Q11 | 2Q11 | 3Q11e | 4Q11e |
|---|---|---|---|---|---|---|---|---|
| SAM Smart | $0.2 | $0.2 | $0.9 | $1.0 | $0.9 | $1.5 | $1.7 | $2.1 |
| Apple | $1.4 | $1.7 | $2.8 | $2.2 | $3.1 | $3.3 | $3.6 | $3.9 |

>2X

## SAM Smartphone vs. HTC Units (M)

| | 1Q10 | 2Q10 | 3Q10 | 4Q10 | 1Q11 | 2Q11 | 3Q11e | 4Q11e |
|---|---|---|---|---|---|---|---|---|
| SAM Smart | 0.7 | 0.6 | 2.3 | 2.4 | 2.1 | 3.3 | 5.9 | 7.7 |
| HTC | 1.7 | 2.7 | 2.2 | 3.2 | 3.0 | 4.2 | 3.0 | 3.4 |

## SAM Smartphone vs HTC Sales ($B)

| | 1Q10 | 2Q10 | 3Q10 | 4Q10 | 1Q11 | 2Q11 | 3Q11e | 4Q11e |
|---|---|---|---|---|---|---|---|---|
| SAM Smart | $0.2 | $0.2 | $0.7 | $1.0 | $0.9 | $1.3 | $1.7 | $2.1 |
| HTC | $0.5 | $1.0 | $0.9 | $1.1 | $1.2 | $1.5 | $1.1 | $1.2 |

~1.8X

14

Source: STA account teams, Business Planning

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00268365



SAMNDCA00268366

# STA 2011-15 OUTLOOK

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00268367

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00268368

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00268369

18

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00268370

19

# KEY CHALLENGES & STRATEGIES

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**



Phase II Goals (Sep 2011)

- Sustainably higher **Brand** (UAT3 / MPSA) than Apple
- Samsung **> 50% Android market share**

Phase I Accomplishments (June 2010)

- Beat Apple in **Brand** (UAT3 / MPSA) in 3Q10 but was not able to maintain afterwards
- **#1 US Android Share** for 1st time in 3Q10

Galaxy S II

Galaxy S

SAMSUNG

20

SAMNDCA00268371

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00268372

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

SAMNDCA00268373

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00268374

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# GALAXY S II MARKETING LAUNCH STRATEGY

- Promote one name – Galaxy S II.  Carrier tagging, but no exclusive carrier advertising.
- Sustained marketing campaign
- Innovative media strategy and creative approach to counter expected iPhone 5 launch and enhance breakthrough
- Robust experiential  marketing program to engage consumers in the product
- Win in-store
- Integration with Galaxy Tab where possible



**LAUNCH**  GS II

**HOLIDAY**  Galaxy Family

**SUSTAINING**  GS II

Sept | Oct | Nov | Dec | Jan | Feb | Mar

Strong GSII sales and marketing needed to support GSIII negotiation at CES in early 2012

GSIII ASP & Subsidy negotiation at CES

SAMSUNG

24

SAMNDCA00268375

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

SAMNDCA00268376

25

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMSUNG
SAMNDCA00268377
26

**REDACTED**

## AMERICAN AIRLINES IS A KEY RECENT STA WIN –

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**









- 6K tablets for In-Flight Entertainment

- Opportunity for additional 6K with implementations into operational areas



- Samsung Customizations:

  - Lock-down device access for studio acceptance of HD content delivery

  - OS update for external memory

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# ALIGNING WITH
# FINANCIAL PLANNING

SAMNDCA00268378

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 2012 FINANCIAL PLANNING SCHEDULE



| Items | Contents | Division | Schedule US Local |
|---|---|---|---|
| Line-up | - Line-Up Confirmation with agreement between GBM and Subsidiaries | WT, NW / Mgt. | 7/29 |
| Preparation in advance | - Input Purchase Expense and Confirmation (Logistic Included) | Fin Mgmt | ~ 8/05 |
| | -Setup 1st Budget Draft by each Department | Each Dept | 8/23 |
| | - Finalize the Standard O/H of Sales Subsidiaries. | Fin Mgmt | 8/26 |
| | : Organize the Standard O/H for 2012 | | (~8/23) |
| | : Adjust & Confirm the Standard O/H | | ~8/26) |
| | - Setup 2nd Budget Draft by each Department | Each Dept | 9/8 |
| Sales Profit | - Confirm the Gross Margin by product and Input Q'ty | Biz Planning | 9/2 |
| | - Confirm the adjusted Q'ty agreed with Suppliers | Fin Mgmt | 9/9 |
| | - Expense planning & Total Costing (1st) | Fin Mgmt | 9/23 |
| Financial Plan | - Inventory, A/R, B/S, Investment, FCF, Loan | Fin Mgmt/ Global Mgmt. | 9/27 |
| Confirmation/ Report | - Report the Final 2012 Yearly Planning to Top Management | Global Mgmt | 10/25 |

SAMNDCA00268379

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 2012 CONSOLIDATED PLANNING SCHEDULE

| Items | Strategy Planning Deliverables | Division | Schedule US Local |
|---|---|---|---|
| Line-up | - Line-Up Confirmation with agreement between GBM and Subsidiaries | WT, NW / Mgt. | 7/29 |
| Preparation in advance | - Input Purchase Expense and Confirmation (Logistic Included) | Fin Mgmt | ~ 8/05 |
| | - **Lockdown market/category/segment forecasts** | **BizPlan/PPT** | **8/12** |
| | - **Initial HC and investment request tied to Dept Strategic Obj** | **Each Dept** | **8/23** |
| | - Finalize the Standard O/H of Sales Subsidiaries. | Fin Mgmt | 8/26 |
| | : Organize the Standard O/H for 2012 | | (~8/23) |
| | : Adjust & Confirm the Standard O/H | | ~8/26) |
| | - **Final HC and investment request tied to Dept Strategic Obj** | **Each Dept** | **9/8** |
| Strategy Plan | **-1st Draft Strategy Plan by Dept** | **Each Dept** | **8/23** |
| | **-Alignment & Reconciliation across STA** | **Strategy** | **9/2** |
| | **- Final Draft Strategy Plan by Dept** | **Each Dept** | **9/13** |
| Sales Profit | - Confirm the Gross Margin by product and Input Q'ty | Biz Planning | 9/2 |
| | - Confirm the adjusted Q'ty agreed with Suppliers | Fin Mgmt | 9/9 |
| | - Expense planning & Total Costing (1st) | Fin Mgmt | 9/23 |
| Financial Plan | - Inventory, A/R, B/S, Investment, FCF, Loan | Fin Mgmt/ Global Mgmt. | 9/27 |
| Confirmation/ Report | - Report the Final 2012 Yearly Planning to Top Management | Global Mgmt | 10/25 |
| | - **Initial STA Internal Strategy Review** | **SLT** | **8/25** |
| | - **Final Review/Approval STA Strategy** | **SLT** | **9/15** |



SAMNDCA00268380

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00268381

30

APPENDIX

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00268382

31

# REQUESTS TO HQ

Handset Requests

Tablet Requests

B2B Requests

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# HANDSET REQUESTS TO HQ

**Products**



- Request for sub $250 4G / LTE product plan to capture smartphone growth

  > *"We expect 4G handsets with wholesale pricing in the $200 -
  > $500 range in 2011 and below $200 in 2012"*
  >
  > Executive Management, 1Q11 IR call

  

- Delivery of Prepaid & Entry smartphones that meet the needs of first time adopters, with device specs that may not necessarily be best-in-class (z-axis, camera imager, etc.) i.e., *"good enough"*
- On-time product delivery
  - On-time launch of GSII and Proxima / Nexus Prime
    - 75% of new models launch behind original target schedule
    - Models launch on average 8 weeks behind schedule
  - Ensure Celox is 1st to LTE at ATT, beating HTC (Samsung typically 2 -3 months behind)
  - Ensure GSIII launches on schedule

**Quality**



- Improve SW quality especially for ATT, Sprint, VZW devices
- Support to become the undisputed #1 in quality

**OS Upgrades, Content & Services**



- Accelerate Gingerbread updates to existing products
- Ensure Ice Cream Sandwich OS upgrade schedule for GSII and all smartphones launched in 2012
- Ensure MediaHub available at device launch, not as an MR
- Building consumer loyalty services including Samsung Select, Personal Cloud, Phone-TV-Tablet interactive UX

- HQ & STA collaborative strategy to make Samsung brand grater than carrier brand

32

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00268383



# B2B REQUESTS TO HQ

**1** Ensure cross-carrier consistency of a "U.S. baseline" branch off the Global Android branch that is consistent across carrier

○ Contacts, Calendar, Email + Platform features [VPN, device-specific encryption, MDM, and future roadmap] are consistent across devices

○ Restrict carrier customization for these applications

○ Use Android Market for app updates across STA portfolio ⊠ remove reliance on FOTA updates for app fixes/UI improvements

**2** Continued support for STA-McKinsey & future B2B pilots

**3** Establish process & guidelines for business cases to support purpose-built devices (e.g. criteria such as minimum quantity, ASP, strategic value)

○ American Airlines is a recent high profile win (6-12K+ tablets) that required software customization

○ More opportunities to come – streamlined response to future customization requests will help with wins

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00268384