# EXHIBIT 8



# STA MID-TERM PLAN 2011-15

June 10, 2011

SAMNDCA00268763

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# AGENDA

- 2015 Vision

- Market Trends

- Overachieving in Baseline Business (Mobile Handsets & Tablets)

- Growing Content & Services

- Expanding B2B

- STA 2011-15 Outlook

- Evolving STA to Support Growth

SAMNDCA00268764

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 2015 VISION

SAMNDCA00268765

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# STA VISION (MAY 2010)

Inspire the World, Create the Future

Samsung knows *My World*
Living in a Samsung connected World
*My Samsung knows Me*

**Vision**

**Slogan**

**Goals**

$12B by 2011
$15B by 2013
$16B by 2016

#1 Brand & Rev Share in all Categories

10M Active Users using Samsung C&S solutions

**Strategic Directions**

Win in premium converged device categories with distinctive experiences & solutions (e.g. Smartphone, Tablet, etc)

Position Samsung as a trusted provider of value-added services to Customers and Consumers

Leverage broad solution portfolio to drive bundled sales to strategic accounts

Establish a leading position in broadband wireless network technologies and IP network gateways/STBs

**Business Portfolio (Current / Future)**

Handsets, Tablets, STBs, N/W infra, K/P

Converged solutions & experiences for connected Consumers in for the Home, Enterprise and On-the-Go

**Change Directions**

**TODAY**

Leading HHP vendor, lagging in brand
Building capability in S.P. + C&S
Strong in femto & WiMAX, LTE next
Lagging in Cable/IP STB

**FUTURE**

Organize to deliver broad suite of Consumer C&S across categories
Build defensible position in all 4G infra
Own SMB channel sales

4

SAMNDCA00268766

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00268767

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# MARKET TRENDS

SAMNDCA00268768

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# MOBILE PLATFORM BATTLE HEATING UP

**Android with massive momentum**
but fragmented and looking for stronger monetization

**Microsoft making a push**
(Nokia deal and Skype acquisition)

Backed by $139M through January, WP7 is the second most promoted OS ahead of BlackBerry and Apple



Advertising Spend by Smartphone Device Operating System

Source: Nielsen Mobile Insights, Q1 2011



Total U.S. Smartphone Subscribers Ages 13+

Share (%) of smartphone subscribers

End Date of 3-Month Average

Source: comScore

SAMNDCA00268769

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# CONTINUED WIRELESS CONSOLIDATION

"There is a 60/40 chance that the [AT&T / T-Mobile] deal closes after minor subscriber divestiture from AT&T, growing to an 80/20 probability if AT&T makes significant subscriber divestitures" – Macquarie Research



# CONSUMER DATA DEMAND STRAINING CARRIER NETWORKS



**North America Monthly Mobile Data Traffic to Grow from 49,000 TB (2010) to 986,000 TB (2015)**

North America Mobile Data Traffic (TB/ month)

Source: Cisco VNI February 2011

**Demand Expected to Surpass Capacity by 2014**

Average Demand per User vs. Average Capacy per User in U.S.

Source: Rysavy Research 2010

*"We're at a critical point in the industry. There's no silver bullet for meeting demand."*
*- Ralph de La Vega*

at&t

SAMNDCA00268771

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# GROWING INTEREST IN THE CLOUD

## Enterprises Also Embracing Cloud Services

"Cloud services are a huge deal... they are large and will grow larger."

at&t

"Mobile cloud services are real and important to us."

verizon

"Access to core apps are now table stakes... access to information on all key devices will be table stakes."

Sprint

- 30% of 2014 enterprise spending will be through the cloud
- 80% of enterprise apps will be built through the cloud by 2014

**Source: IDC Directions 2011**

- Verizon making a big play by purchasing cloud services provider Terremark for $1.4B

**Source: Fortune interview 06/10/2011**

- HP Accelerating Cloud Adoption with $2 Billion in Financing for Cloud Projects (in addition to the $1.2B it spent on Palm)

**Source: HP Press Release 06/06/2011**

## Consumers Migrating to Cloud Services



Can only be done in cloud

"Broadcast Yourself"
You Tube

"Facebook is a social utility that connects you with the people around you"
facebook

"A place for friends"
myspace a place for friends

Traditionally done on PC, but increasingly done in cloud

Bookkeeping — xero
Office Applications — Google
Photo editing & management — Picasa
eMail — Gmail
Backup & Storage — mozy

Currently done on PC, but likely to migrate to cloud

Bookkeeping — QuickBooks
Office Applications — Office
Photo editing & management
eMail — Microsoft Exchange
Backup & Storage



Rise of cloud-based gaming in lieu of consoles

$82M in cloud gaming investments in start-ups from VC's

**Source: McKinsey, 05/26/2011**

SAMNDCA00268772

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# TABLET OPPORTUNITY WITH BUNDLING

**Opportunity to Capture Non-Smartphone Users**

### Mobile Phone OS
iPad and Galaxy Tab Owners (iPad: n= 1,775, Galaxy Tab: n=128)



| | Galaxy Tab | iPad |
|---|---|---|
| Android OS | 43% | 31% |
| Apple iPhone OS | 8% | 6% |
| Non-Smartphone | 8% | 34% |
| RIM BlackBerry OS | 7% | 13% |
| Other OS | 36% | 17% |

Source: Nielsen Mobile Insights, Q1 2011

**Tablet ownership leads to more frequent smart phone usage**



- Using more frequently than before: 21%
- Do not use it anymore: 0%
- Using less frequently than before: -13%

Source: Nielsen Mobile Insights, Q1 2011



SAMNDCA00268773

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# GROWING NEED FOR ENTERPRISE VERTICAL SOLUTIONS (HARDWARE / SOFTWARE)

**GROWTH AREA:** Enterprises have deployed 2.1 LOB apps...with strong IT interest to expand 2X

**TABLE STAKES: 85% of Enterprises have implemented a mobile email solution**

### Health
X2 announced two rugged, anti-bacterial tablets



### Insurance
WIPRO
Applying Thought

### Professional
LexisNexis
webex

### Financial Svcs
pyxis|mobile

### Education
Bb
Blackboard

### Military
Marines seeking in next 5 years:
• 7,220 commercial tablets
• 7,880 ruggedized tablets



### MEAP
pyxis|mobile
ANTENNA

### Email + Security


Exchange ActiveSync

SYBASE
Afaria

Good

MobileIron
Device Management

cisco

AuthenTec
Virtual Private Network

SAMNDCA00268774

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# OVERACHIEVING IN BASELINE BUSINESS

SAMNDCA00268775

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

14

SAMNDCA00268776

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00268777

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00268778

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00268779

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

REDACTED



*A consistent and familiar experience drives loyalty across the platform*

iPhone

iPad

iPod Touch

AppleTV

Mac

iTunes

Available on the App Store

**iPad**

Among the iPad user base...
- 27% own an iPhone
- 92% own an iPod

*Loyalty drives repeat device purchases*

Repeat purchase rate among smartphone owners

45%

29%

22%

22%

**2X**

htc

SAMSUNG

RIM

*Source: Apple, JD Powers & Associates (2011), STA Analysis*

SAMNDCA00268780

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# SAMSUNG HAS SYNERGIES OF ITS OWN AND CAN LEVERAGE ITS BASE TO GROW NEW DEVICE SALES

## Samsung smartphone owners are nearly 2X more likely to consider the Galaxy Tab



**REDACTED**

Tablets Considering Buying, by Smartphone Owned

Prospective Buyers

Samsung Smartphone

All Other Brands (n=287)

**Smartphone Brand**

N (right): 786 prospective buyers
Source: "P4 Customer Research: Question-by-Question Read-Out," Oliver Wyman, April 2011 (Q201 cut by Q105 and Q109, Q302B respectively)

SAMNDCA00268781

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# GROWING CONTENT & SERVICES

SAMNDCA00268782

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

20

REDACTED

SAMNDCA00268783

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# PLATFORMS/OEMS DEVELOPING COMPREHENSIVE EXPERIENCES TO INCREASE CUSTOMER STICKINESS WITHIN ECOSYSTEM

*"There's only so much you can do with a piece of glass…software can make or break a phone."*

canalys

| | OS, UI & Input Recognition | Mobile Apps & Services | Entertainment | Advertising | Location Services | Cloud, Backup, Streaming/Sync | B2B |
|---|---|---|---|---|---|---|---|
| Apple | Siri, Polar Rose | In-app & Subscription Purchasing, cellmania, viigo | iBooks, Game Center | Quattro WIRELESS | poly | lala | App Store For Enterprise Patent Application Filed, DataViz |
| RIM | tat, QNX | abaxia | BlackBerry Radio & Podcast | BlackBerry Advertising Service | | Gist, BlackBerry Protect | WORK LIFE BALANCE, BlackBerry |
| HTC | ONE&CO | NORTH 280, SCANBUY | SAFFRON DIGITAL, Secure Media, blur Connected Music & Gallery | | Aloqa | HTC Sense | 3LM |
| Motorola | Azinga DREAMARK, S-U-N-U-P DIGITAL SYSTEMS | | | | | zecter, 4HOME | |
| LG | | LG World – Outside US | PLEX | | | LG Smart Appliance with THINQ Technology Concept | vmware |
| Google | SayNow reinventing the phone call, BlindType | Google one pass In-app Purchasing, Internet Explorer, HTML5, Silverlight | Google music, e-book | admob | Quiksee | amplifymedia, WIDEVINE | DocVerse, Google apps Connector for BES |
| Microsoft | | | zune | Microsoft Advertising For Windows Phone 7 | OVI | SkyDrive, Windows Phone 7 Connector for Mac | |

SAMNDCA00268784

HIGHLY  CONFIDENTIAL  –  ATTORNEYS'  EYES  ONLY

# PLATFORMS/OEMS DEVELOPING COMPREHENSIVE EXPERIENCES TO INCREASE CUSTOMER STICKINESS WITHIN ECOSYSTEM

*"There's only so much you can do with a piece of glass….software can make or break a phone."*

| | OS, UI & Input Recognition | Mobile Apps & Services | Entertainment | Advertising | Location Services | Cloud, Backup, Streaming/Sync | B2B |
|---|---|---|---|---|---|---|---|

Apple competes less like an OEM and more like an OTT like Google & Amazon. Investments focused on managing all facets of end users' digital life.

RIM investments center on "plugging gaps" of historically weak areas – touch-based UI and consumer focused Content & Services.

Android OEMs focused on differentiation within the Android ecosystem.

Specifically, HTC has been aggressive in building off the strength of its Sense UI and backup/customer management utilities and strengthening consumer media.

Motorola investing in services infrastructure and also leveraging its base in B2B & STB.

Google continues to expand its reach across all end-user touchpoints and unafraid to "tinker" to improve its positioning as a cloud "everything" provider

Microsoft showing commitment to "mobilize" its core offerings in a big way (had not done so in the past) and to work on synergies with Nokia.





SAMNDCA00268785

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00268786

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00268787

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00268788

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# EXPANDING B2B

SAMNDCA00268789

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00268790

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00268791

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# STA ACTIVELY BUILDING OUT B2B SOLUTIONS COMPETENCIES



SAMNDCA00268792

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

SAMNDCA00268793

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# COMPETITIVE B2B U.S. SALES FORCES MORE
# HIGHLY SCALED THAN CURRENT STA



**150+ Employees**

**160+ Employees**

## DIRECT SALES

**Enterprise: (50+) Dedicated Salespeople**
- CIO level relationships at 1500 named accounts

**Presales Support: (10+) Solution Engineers**
- Solution design/advanced Q & A for named accounts

**Strategic Solution Team : (10+) Senior Engineers**
- Conduct Application Jump Starts for named Accts

## CARRIER SALES

**Enterprise / SMB: (12+) Dedicated Per Carrier**
- Carrier training /support (no end customer meetings)

**Named Account Overlay: (3+) Dedicated**
- Represent RIM and carrier in RIM Named Accounts

**Presales Support: (5+) Regional Solution Engineers**
- Carrier SE trainings, solution design & advanced Q & A

## DIRECT SALES

**Enterprise: (30+) Dedicated Salespeople**
- CIO level relationships at Apple named accounts

**Small / Medium: (50+) Dedicated Salespeople**
- Regional SMB - Apple and national retail stores

**Presales Support: (50+) Solution Engineers**
- Enterprise SEs - advanced solution design
- SMB SEs - SMB solution design

## CARRIER SALES

**Enterprise / SMB: (5+) Dedicated Per Carrier**
- Carrier Enterprise trainings & regional enterprise sales

**Named Account Overlay: (3+) Dedicated**
- Carrier B2B (SMB) trainings and regional SMB sales

**Presales Support: (5+) Regional Solution Engineers**
- Carrier SE trainings, solution design and advanced Q & A

SAMNDCA00268794

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

32

# CURRENT B2B ORG

**B2B Sales**
Tim Wagner

Team Admin & Sales Ops

Marketing Support

## Direct Sales
**Team Lead**
Dave Lowe

- **North NAM** — Pete Miner
- **Central NAM** — TBH (Q2)
- **Education** — Bruce Riley
- **Healthcare** — TBH (Q3)

7/1 Start

## Alliances
**Team Lead**
Phil Kramer

- **ATT B2B Sales** — TBH (Q2)

## Carriers
**Team Lead**
Michael Callahan

- **Sprint B2B Sales** — Jim Lake
  - **Sprint West** — TBH (Q3)
- **Verizon B2B Sales** — TBH (Q2)
  - **Verizon Central** — TBH (Q3)
  - **Verizon West** — TBH (Q3)

## Strategic Solutions
**Team Lead**
TBH (Q2)

- **Direct TAM** — Dusty Hough
- **Sprint TAM** — *Backfill Req*
- **Verizon TAM** — *Backfill Req*
- **ATT TAM** — TBH (Q3)
- **Post-Sales PM** — Steve Hamilton

### Legend
- Current Team Members
- Open Requisitions
- (Q2) Q2 Headcount
- (Q3) Q3 Headcount

SAMNDCA00268795

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

33

SAMNDCA00268796

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00268797

35

# STA 2011-15 OUTLOOK

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00268798

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00268799

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00268800

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# EVOLVING STA TO SUPPORT GROWTH

SAMNDCA00268801

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00268802

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00268803

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00268804

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

SAMNDCA00268805

43

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# APPENDIX



SAMNDCA00268806

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# APPLE C&S EXPERIENCE ATTRACTS & RETAINS CUSTOMERS, BUT HARDWARE DRIVES PROFITS

## App Store Per User Activity

- Downloads per month:   5 (heavy early use, then drop)
- Average revenue per paid app:
  - $2.52, 25% drop over next 2 years ($1.89)
- App Store revenue over device life:   $7 to $9
  - 75- 100 downloads [3 - 4/month for 2 years]
  - 15% paid, $2.00 per paid app, 30% to Apple

## App Store financial impact is nominal, but reinforces iPhone hardware premium

- Each iPhone sold generates over $550 in revenue and $280 in gross profit
- App Store makes up only 2% of iPhone total revenue and gross margin over device life

> *"It's not about making money on the apps, it's about making money off the hardware."*
>
> *-- Gene Munster, Piper Jaffray*



**iPhone Impact over Device Life**

Revenue

Gross Profit

*Sources: Company financials, SFG Research, Apptism, Flurry, Yappler, STA analysis*

* iPhone averages $350 in subsidies in US. vs. $200-250 for a typical smartphone

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00268807

SAMNDCA00268808

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

- Apple : 자동 push noti를 통해 seamless하게 여러 기기의 컨텐츠를 관리할 수 있음
- Samsung : Device 間 파일 이동 및 native app.과의 연계를 통해 차별화

| 항목 | | Apple | | Samsung Personal Cloud | |
| --- | --- | --- | --- | --- | --- |
| | | MobileMe | iCloud | Find My Mobile | pCloud |
| Cloud 스토리지 | | O | O | X | O |
| Device 間 파일 이동 | | X | X | O [All share] | O |
| Contact /메시지 Backup | Contact | O | O | O [Google] | O [지체] |
| | Calendar | O | O | O [Google] | O [Google] |
| | Bookmark | O | O | X | X |
| | Note | O | O | O [Google] | O [Google] |
| | 메시지 | X | X | X | O [지체] |
| Find My Mobile (FMM) | Remote Lock w/ Message | O | (MobileMe와 통일하게 Find My Phone에서 지원할 것으로 예상됨) | O | O |
| | Remote Wipe Out | O | | O | O |
| | Phone 위치 추적 | O | | O | O |
| | Remote Sound On | O | | O | O |
| | Remote Call Log 확인 | X | X | O | O |
| | Remote Call Forwarding | X | X | X | O |
| | Phone 경로 추적 | X | X | O | O |
| | SIM change alert | X | X | O | O |
| 기타 | 가격 | $99 | 무료 | 무료 | 무료 (대용량 storage는 유료) |

SAMNDCA00268809

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# FULLY INTEGRATED VS POINT SOLUTIONS

| | Fully Integrated | Services Spectrum | | Point Services |
|---|---|---|---|---|

**Examples**

 | vs. | 

**Goals**
- Device sales to generate revenue
- Device-Service integration to generate loyalty

vs.
- Services generate revenue
- Content, Features, Biz Models generate loyalty

**Device Coverage**
- Apple Devices, Limited Categories & SKUs



vs.
- Device Agnostic, Broad Categories & SKUs



**Stack Elements**
- Apple OS (SDK, Dev network etc.)
- Apple technology (Airplay, DRM, Codec, etc.)
- Apple platforms (iTunes, App store, iAD, etc.)
- Content rights (majors, indie, self-publishers)

vs.
- Support OS which has consumer scale
- Leverage 3rd party technology (e.g., Flash)
- Orchestrate platform by partnering (e.g., CDN)
- Content rights (mostly from majors)

Achieve User Experience Innovation through:
- Full ownership of stack & device integration
- Limited SKUs and device categories

Achieve Service Innovation through:
- Focus on differentiated features + leverage 3rd party technologies / platform for backend
- Multi-device presence to enhance value-prop

**REDACTED**

SAMNDCA00268810

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

49

SAMNDCA00268811

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMSUNG N-SCREEN ROADMAP

As market goes to web connecting, our D2D and D2S roadmap has evolved

SAMNDCA00268812

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SAMSUNG N-SCREEN OFFERINGS

| User Value | 2010 Offerings | 2011 Offerings |
|---|---|---|
| **1** Simplify My Life | 1) Remote Control Apps in Smart phones | 1) Easy Connection<br>2) Single Storage<br>3) Access Content from Anywhere<br>4) Remote Control Apps in Smart phone & tabs<br>5) Place & Play |
| **2** Connected & Sharing | 2) All Share (TV, Phone)<br>3) Remote control of DSC from Smart Phone<br>4) Media Hub - Mobile | 6) AllShare (TV, Phone, Tab, Refrigerator, DSC)<br>7) Share Favorite Video to SNS<br>8) TV Chatting<br>9) Media Hub - SmartTV |
| **3** Enhance Experience | 4) Twin view (LCD touch remote only)<br>5) Partner Enabled Services | 10) Enhanced Screen Share (Twin view)<br>11) PC – Phone Share<br>12) Continuous Video Watching<br>13) Cable MSO Application Access<br>14) Sports Experiences<br>15) Hub Services<br>16) Family Hub<br>17) Partner Enabled Services |

SAMNDCA00268813

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# END USER PREFERENCES SHAPE VERTICAL GO-TO-MARKET

## Use of personal phones desirable

- **iPhone and Android are the most common requested unsupported devices**

Forrester found that nearly 50% of IT departments currently support and manage two or more mobile OS's, with 9% supporting four or more

- **Personal use spans multiple functions**



General Access

Vertical Specific Opportunities

| Function | % |
|---|---|
| Web-based corporate email, contacts and calendars | 42% |
| Our guest WLAN | 38% |
| Our internal WLAN | 21% |
| Thick-client corporate email, contacts, and calendars | 15% |
| Web-based line-of-business applications | 14% |
| Our internal collaboration platform | 10% |
| Thick-client line-of-business applications | 6% |
| Don't know | 3% |

*Sources: IDC, Forrester, McKinsey CIO Report*

## Smartphones preferred over laptops

**Mobile workers prefer smartphones over laptops as primary mobile device**



Laptop 37%

Smartphone 63%

*Source: iPass Mobile Workforce Report, 2010*

SAMNDCA00268814

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# FOCUS MOVES TO VERTICAL SOLUTIONS



SAMNDCA00268815

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00268816

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00268817

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00268818

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00268819

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00268820

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY -

# B2B CHANNEL OUTLOOK

- North America enterprise mobility distribution profile in line with overall IT market where the channel accounts for 68% of sales.

- Tier 2 and Tier 3 segments of traditional and emerging markets has been THE target for many suppliers:
    - Direct sales simply too cost prohibitive.
    - Managing hundreds or thousands of channel partners not the core skill-set of any traditional EMOB supplier.

- Enter the two-step model and emergence of value-added distributors (VADs).
    - VADs such as ScanSource are perceived by hardware vendors as co-managers of their channel networks. This is in contrast to the traditional distributor model whereby they filled the role of a wholesaler while the vendor owned the VAR/SI relationship.
    - However, VADs need to extend the value added services they offer beyond recruiting and marketing and align their business models more closely with their technology vendors.

- The next phase of channel and industry development will require VADs to find new sources of value for suppliers and the resellers that they support.

*Source: VDC May 2011*

## Share of Enterprise Mobility Hardware Shipments (Revenues) to First Point of Distribution



Legend: Direct to End Users | VAD/ Distributors | VAR/SI | Other

HIGHLY   CONFIDENTIAL   –   ATTORNEYS'   EYES   ONLY

SAMNDCA00268821

SAMNDCA00268822

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00268823

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY -

SAMNDCA00268824

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00268825

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00268826

# DIGITAL VIDEO MARKET OUTLOOK



Market Size by Segment
2010 – 2014, US$ Millions

Note: excludes Physical Media purchases & Pay TV Subscriptions

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00268827

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# COMPETITIVE B2B SUPPORT MODELS

## DIRECT SALES

**Enterprise:**

(50+) Dedicated Salespeople

- Responsible for CIO level relationships at 1500 named accounts.

- Measured on RIM being added to 'Supported Device List,' BES installs and strategic application sales.

**Presales Support:**

(10+) Solution Engineers

- Responsible for solution design and advanced Q & A for named accounts.

**Strategic Solution Team :**

(10+) Senior Solution Engineers

- Responsible for conducting Application Jump Starts for Named Accounts



**Enterprise:**

(30+) Dedicated Salespeople

- Responsible for CIO level relationships at Apple named accounts

- Measured on device activations

**Small / Medium:**

(50+) Dedicated Salespeople

- Responsible for regional SMB sales out of Apple and national retail stores

**Presales Support:**

(50+) Solution Engineers

- Enterprise SEs are responsible for advanced solution design

- SMB SEs are responsible for SMB solution design

66

SAMNDCA00268828

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# COMPETITIVE B2B SUPPORT MODELS

## CARRIER SALES





**Enterprise / SMB:**

(12+) Dedicated Salespeople per Carrier

- Responsible for carrier B2B trainings and ongoing support requests (no end customer meetings)
- Measured on carrier sales revenue

**Named Account Overlay:**

(3+) Dedicated Salespeople

- Responsible for representing RIM and the carrier in RIM Named Accounts

**Presales Support:**

(5+) Regional Solution Engineers

- Responsible for carrier SE trainings, solution design and advanced Q & A

**Enterprise:**

(5+) Dedicated Salespeople per Carrier

- Responsible for carrier B2B (Enterprise) trainings and regional enterprise sales
- Measured on carrier sales revenue

**Small / Medium:**

(5+) Dedicated Salespeople

- Responsible for carrier B2B (SMB) trainings and regional SMB sales

**Presales Support:**

(5+) Solution Engineers

- Responsible for carrier SE trainings, solution design and advanced Q & A

67

SAMNDCA00268829

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# STA DIRECT B2B SALES ORGANIZATION

## Dedicated Sales Resources to Support Current Focus Areas

- Fortune 1000 (Named Accounts, e.g. American Airlines)
  - (2) Resources, responsible for pursuing large Smartphone / Tab opportunities
- Higher Ed
  - (1) Resource, responsible for vertical wins (including McKinsey project) and student store revenue
- Healthcare
  - (1) Resource, responsible for vertical wins (including McKinsey and Happtique) and associated revenue

## Sales Support (Strategic Solution Building):

- Advanced Customer Solutions
  - (1) Resource, responsible for technical presales for STA Direct Sales Team
- Alliances
  - (1) Resource, responsible for Alliance management and joint sales efforts
- Project Management
  - (1) Resource, responsible for managing McKinsey / Happtique pilots and Strategic Application workshops

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00268830

SAMNDCA00268831

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY