# EXHIBIT 9



# COO VISIT TO STA

## SEPTEMBER 2011

1-1

SAMNDCA00276935

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# AGENDA FOR SEP 2ND COO VISIT

| Start Time | End Time | Speaker | Agenda Topic |
|---|---|---|---|
| 12:30 | 12:35 | J. Denison | Introductions, Welcome, Review Agenda |
| 12:35 | 13:00 | B. Rosenberg | WT FY'11 Review, Lessons Learned, Path Forward ($10B target) |
| 13:00 | 13:30 | T. Pendleton | Building Brand Momentum (GSII→GSIII→Olympics) |
| 13:30 | 13:50 | G. Kim | Building Service Differentiation and Customer Loyalty through Signature Services |
| 13:50 | 14:10 | N. DiCarlo | Winning Portfolio across all S-P Segments |
| 14:10 | - | COO | Feedback & Discussion |
| 14:00 | 15:00 | BREAK | Move to AT&T HQ |

| Speaker | Agenda Topic (not presented to COO Lee) |
|---|---|
| J. Denison | Introductions, Welcome, Review Agenda |
| T. Jasny | Wireless Networks business and strategy update |
| N. DiCarlo | Winning Portfolio across all S-P Segments |

Note: Assumes 12:00 start

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00276936



SAMNDCA00276937

1-3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# U.S. TELECOM MARKET SITUATION

# 2012 MARKET SITUATION SUGGESTS A ~FLAT PHONE MARKET (VOL) WITH YOY REV GROWTH FROM SMARTPHONES. TABLETS APPROACH 40% OF PHONE REV TAM IN 2012.



Tablet volume will be ⇑ ~35% YoY with revenue growing more slowly ⇑ ~22% YoY

Mobile handset volume will be ~flat YoY, with revenue ⇑ ~8% – driven by Smartphone TAM expansion

Source: STA analysis v6 5 June 9 2011

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00276938

1-4



# THE GROWTH IN S-P & TABLETS IS DRIVEN BY CARRIERS' ARE SEARCH FOR ADDITIONAL SOURCES OF REVENUE

While service revenue have grown 6.5% - ARPU mixed

Subscription Growth Slowing by 4% per Year

# CARRIER REVENUE GROWTH IS DRIVEN BY SMART/CONNECTED DEVICES

With AT&T and Verizon leading the other carriers

Installed Base (M)

Smartphones will be >70% of volume by 2012

Source: RBC, CTIA, company reports, STA internal sensing

SAMSUNG

1-5

SAMNDCA00276939

HIGHLY   CONFIDENTIAL  –  ATTORNEYS'  EYES  ONLY

# CARRIERS WILL CONTINUE TO PUSH SMARTPHONE PENETRATION BY FOCUSING ON 1ST TIME SMARTPHONE BUYERS...

First time adopters' contribution to smartphone growth is significant



### 1Q11 US Install Base (M)

**43M\*** closed OS users likely to buy their first smartphone in the next 12 mo.\*

**55M\*\*** smartphone users intend to upgrade

Smartphone intenders want to pay the same for their 1st smartphone as what they paid for their current feature phone



### Expected Retail Price for Next Phone:  Smartphone Intenders

$50-149 Retail:
QMD 60%
All Other: 54%

Current QMD Owners    All Other Feature Owners

\*Source: ComScore 1Q11 Survey. 32% QMD & 18% Feature owners intend to replace their current phone with a smartphone within the next 12 mo.
\*\* STA estimate

SAMSUNG

1-6

SAMNDCA00276940

# ...AND BY ENCOURAGING ADDITIONAL DEVICE ATTACHMENT VIA POOLED FAMILY DATA PLANS





**Interest in Tablet Purchase Based on Current Smartphone Ownership (N=786)**

Samsung Smartphone (n=59)

| iPad | 51% |
| Xoom | 31% |
| Galaxy Tab | 71% |
| PlayBook | 12% |
| G-Slate | 19% |
| Other | 7% |

All Other Brands (n=287)

| iPad | 76% |
| Xoom | 35% |
| Galaxy Tab | 39% 37% |
| PlayBook | 30% |
| G-Slate | 3% |

**Smartphone Brand**

**High interest by smartphone owners to purchase a (Samsung or Apple) tablet**

Source: "P4 Customer Research: Question-by-Question Read-Out," Oliver Wyman, Apr 11

**Impact of New Tablet Purchase on Smartphone Usage**

■ Using more frequently than before
■ Do not use it anymore
■ Using less frequently than before

21% | 0% | -13%

**Tablet ownership leads to more frequent smart phone usage (and thus potentially higher value data plans)**

Source: Nielsen Mobile Insights, Q1 2011



1-7

SAMNDCA00276941

**verizon**

"We will introduce family data plans sometime after we replace our unlimited smartphone data service with tiered data pricing."
- Verizon CFO (May 2011)

**at&t**

"We are working on it pooled tiered data plans (..) It will come soon."
– ATT CEO, Ralf De la Vega (June 2011)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# TO PREPARE FOR THE INCREASED DATA TRAFFIC, CARRIERS AGGRESSIVELY INVEST IN 4G INFRASTRUCTURE



SAMSUNG

1-8

SAMNDCA00276942

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ON THE COMPETITIVE FRONT, A THREE HORSE RACE (SAMSUNG, APPLE, HTC) IS EVOLVING IN THE US. GOOGLE+MOTOROLA PRESENTS A STRATEGIC CONSIDERATION WITH HTC STILL A VERY VIABLE COMPETITOR

Android & iOS Becoming The Only Relevant OS platforms

Three Horse Race between Apple, Samsung & HTC



STA must continue to lead the Android ecosystem but balance with an alternative platform

Source: STA SMART system (BP, Acct teams), STA Strategy analysis

SAMNDCA00276943

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



1-10

SAMNDCA00276944

# STA STRATEGY AND TARGET SETTING

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00276945

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00276946

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

REDACTED

REDACTED

REDACTED



**Galaxy S II**

**S=2H**

Phase II Goals (2011)

- Sustainably higher **Brand** (UAT3 / MPSA) than A
- Samsung > **50% Android market share**

**Galaxy S**

Phase I Accomplishments (2010)

- Beat Apple in **Brand** (UAT3 / MPSA) in 3Q10 but was not able to maintain afterwards
- **#1 US Android Share** for 1st time in 3Q10

\* 100 API in Smart, 100 API in NonSmart



1-13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00276948

1-14

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00276949

2-1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# WIRELESS TERMINALS BUSINESS REVIEW



SAMSUNG

2-2

SAMNDCA00276950

# WITH AN AGGRESSIVE 4Q,

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

2011 Volume Outlook

| 2011 | Mgmt Plan | Act / FCst | 2010 Act | YoY |
|------|-----------|------------|----------|-----|
| Q1 | 13,110 | 11,875 | 12,234 | 97% |
| Q2 | 15,325 | 13,169 | 13,045 | 101% |
| Q3 | 17,198 | 14,000 | 15,076 | 93% |
| Q4 | 16,467 | 15,250 | 14,739 | 103% |
| Total | 62,100 | 54,294 | 55,094 | 99% |



**REDACTED**

- By aggressively pushing smartphones, SAM is targeting 15.25M units with over

**REDACTED**

- Even with aggressive 4Q, YoY volume will drop by ~1.4%

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# DESPITE SHARP MIX SHIFT IN THE US TO S/P'S , STA WILL MAINTAIN ~30% M/S



## SAM Market Share

Legend:
- TAM Share - Non-Smart
- TAM Share - Smart
- SAM - Smart Share
- SAM - M/S
- SAM - Non-Smart Share

- Smartphone mix in the US market will double from 29% in 1Q10 to 60% by 4Q11
- SAM will maintain 30% M/S for all of 2011
- SAM S/P share grew from 5% in 1H10, to 28% in 4Q11 primarily due to GSI and GSII launches and major expansion of our Android portfolio

SAMSUNG

2-3

SAMNDCA00276951

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# BY COMBINING STRONG EXECUTION AND AGGRESSIVE PRICING, HTC IS GAINING PRESENCE AND SHARE

## HTC Winning SKUs at the Big 4 Carriers…

| Superphone Competitors | 2H10 | 2H11 |
|---|---|---|



## HTC Building Track Record of US Tech "Firsts"

| HD2 | EVO 4G | G2 | Thunderbolt | EVO 3D |
|---|---|---|---|---|
| WinMo 6.5 | Android 2.1 | Android 2.2 | Android 2.2 | Android 2.3 |
| 1GHz QCOM | 1GHz QCOM | 800MHz QCOM | 1.0GHz QCOM | 1.2GHz Dual |
| 4.3" | 4.3" | 3.7" | 4.3" | 4.3" 3D |
| Mar-10 | Jun-10 | Oct-10 | 1Q11 | Jun 2011 |

| 1st 4.3" in US | 1st 4G WiMAX in US | 1st HSPA+ in US | 1st to 4G LTE in US | 1st 3D in US |
|---|---|---|---|---|

## HTC has Consistent Product & SW Upgrades



myTouch 3G
Android 2.1
528 MHz QCOM
3.2"
Jul-09

— 6 – 7 months —

myTouch 3G
(Fender Edition)
Android 2.1
528 MHz QCOM
3.2"
Jan-10

— 6 months —

myTouch 3G Slide
Android 2.1
600MHz QCOM
3.4"
Jun-10

— 5 months —

myTouch 4G
Android 2.2
1GHz QCOM
3.8"
Nov-10

— 7 months —

myTouch 4G Slide
Android 2.x
Jul-11

## HTC's UI Provides Consistent Look-and-Feel

| TouchFLO UI WinMo (2007) | TouchFLO 3D UI WinMo (2008) | Sense UI Android & WinMo (2010) | Sense 3.0 Android (2011) |
|---|---|---|---|

## … HTC Leveraging a "Good Enough" Strategy

### at&t

**Infuse 4G**
HSDPA 21
4.5" SA+
1.2GHz
8MP/1.3MP

Retail: **$199**
Eff ASP: $499
Eff Subsidy: $300
Avg Wkly Unit Sales: 25K

VS.

**Inspire 4G**
HSDPA 14.4
4.3" SLCD
1GHz
8MP

Retail: **$99**
Eff ASP: $399
Eff Subsidy: $300
Avg Wkly Unit Sales: 53K

### verizon

**Droid Charge**
LTE
4.3" SA+
1GHz
8MP/1.3MP

Retail: **$299**
Eff ASP: $519
Eff Subsidy: $220
Avg Wkly Unit Sales: 27K

VS.

**Thunderbolt**
LTE
4.3" TFT
1GHz
8MP/1.3MP

Retail: **$249**
Eff ASP: $499
Eff Subsidy: $250
Avg Wkly Unit Sales: 39K

## SAMSUNG

2-4

SAMNDCA00276952

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# WITH AN AGGRESSIVE 4Q, STA CAN REACH

**REDACTED**

..... while gaining S/P share



- By hitting aggressive 4Q plans, SAM will reach 8M smartphone sell-thru

- Possible to achieve S = 2HTC; current HTC 4Q outlook = 4.1M units

- By launching 2 SKUs at Sprint and keeping $49 iPhone3 at AT&T, Apple is estimated at 8.6M+ units

**REDACTED**

**REDACTED**

**SAMSUNG**

2-5

SAMNDCA00276953

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# SMARTPHONE GROWTH IS ESSENTIAL FOR ACHIEVING 4Q GOALS

## GSII WILL DRIVE SAM PREMIUM S/P VOLUME IN 4Q

**Premium Smartphone (new models)**

| Prem. S-P | 3Q11 | | 4Q11 | | |
|---|---|---|---|---|---|
| | Vol (K) | Rev (M$) | Vol (K) | S-T (k) | Rev (M$) |
| GS II - Seine (ATT) | 150 | 75 | 400 | 377 | 362 |
| GS II - Gaudi (SPR) | 140 | 70 | 525 | 455 | 265 |
| GS II - Hercules (TMO) | | | 675 | 585 | 244 |
| Celox (ATT) | - | - | 525 | 405 | 248 |
| Total Prem. S-P | 290 | 145 | 2,125 | 1,822 | 1,119 |

4Q Prem. S-P (Non-Apple) S-T TAM  3,700
SAM Share (non-Apple)  49%

*\* 4Q vol and Rev aggressive targets. 3Q Hercules vol likely pushed out due to TA*

**In 4Q, SAM will capture ~49% of non-Apple premium Smartphone sell-thru**

- SAM will achieve 15% share of overall Premium Smartphone market (12.3M)
- Apple will capture almost 70% of Premium Smartphone market

## MASS/ENTRY GROWTH WILL RESULT FROM EOL EXTENSIONS AND NEW PRODUCTS

**Non-Premium Smartphone (new models)**

| Non-Prem. S-P | Model | Wkly S-T | No. of Wks | 2011 S-T | Launch Date |
|---|---|---|---|---|---|
| Mass 4G | Aegis (VZW) | 50-60k | 16 | 880 | Wk 36 |
| | Chief (SPR) | 15-20k | 19 | 285 | Wk 34 |
| | Rookie (MPCS) | 55-60k | 19 | 1,045 | Wk 33 |
| Entry Android | Vital 2 | 10-15k | 12 | 120 | Wk 42 |
| | Viper (VZW) | 30-35k | 14 | 420 | Wk 39 |
| | Gio S (TRAC) | 25-30k | 16 | 480 | Wk 36 |
| | | | Total | 3,230 | |

**SAM's expanding mass/entry smartphone portfolio will significantly increase sales**

**To help compensate for product delays, SAM will extend EOL of several products**

- Epic $99 (Epic 2 cancellation)
- Infuse $99/$49 (Apache delay to 1Q12)
- Charge $199/$149



2-6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00276954



SAMNDCA00276955

3-1

# NETWORK SYSTEMS BUSINESS REVIEW

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# CARRIERS MACRO BUILDOUT COMMITTED (2010-2013)
# SMALL CELL BUILDOUT WILL BE NEXT WAVE (2013-2017)



- ALU and Ericsson have majority of Tier 1 Macro Buildout (AT&T, VzW, T-mobile, Sprint)
- Samsung with 35% of Sprint, with opportunities at Tier 2 / 3 (e.g. Metro PCS, USCC)

3-2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00276956



REDACTED

SAMNDCA00276957

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

REDACTED

SAMNDCA00276958

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

3-4

# 2011 NETWORK CHALLENGES, REDACTED

- **Clearwire funding prevented network expansion after strong 2010**
  - Potential resolution with Sprint/MSOs
- **Launch delays at Verizon reduced femtocell sales**
  - Home Zone program for residential has not materialized
  - Enterprise launch delayed to Q4 or 2012
- **Met all network contractual deliverables at Cellular South but business has gone to ALU**
- **New Network Vision business ramping rapidly at Sprint**
  - Revenue will exceed original management plan
  - Site availability and revenue recognition rules limit upside in 2011
  - $500M+ firm order backlog YE forecast

REDACTED



3-5

SAMNDCA00276959

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



3-6

SAMNDCA00276960

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED



# STA MARKETING

## TRANSFORMING THE SAMSUNG BRAND

## AND BUSINESS

4-1

SAMNDCA00276961

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

SAMNDCA00276962

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# GS II LAUNCH PLAN STA

4-3

SAMNDCA00276963

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# GALAXY S II GOALS

GOALS:

1. Establish Galaxy S II as THE premium Android Smartphone in the world today.

2. Drive excitement and sell-thru of GSII in the North America marketplace.

3. Further establish Galaxy S franchise in the hearts and minds of U.S. consumers (lead momentum for Galaxy Note & GSIII).

SAMSUNG

4-4

SAMNDCA00276964

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# GALAXY S II KEY LAUNCH STRATEGIES



Optimize In-Store Opportunities

Integrated media campaign: build and sustain awareness through key holiday timeframe

Aggressive prelaunch buzz prior to iPhone5 launch. Target 100% increase compared to Galaxy S launch

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary

4-5

SAMNDCA00276965

SAMSUNG

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# INTEGRATED MARKETING CAMPAIGN

## Campaign Thematic to Extend Across:



SAMNDCA00276966

4-6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# BUILDING ON GALAXY S ENTERTAINMENT POSITIONING

**Galaxy S II is the premium smartphone with a better mobile entertainment experience**

Key benefit

| Screen | Speed | Content |
|---|---|---|
| *Super AMOLED PLUS Screen -- best screen quality for best video experience* | *• Dual Core Processor (2X 1 Ghz)*<br>*•4G* | *Premium content via Media Hub (film, TV, games)* |

Reason to believe

**Inviting, Imaginative, Dynamic**

Brand personality

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary

SAMNDCA00276967

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMSUNG

# GALAXY S II BENEFITS AND FEATURES

## HOW DOES THE GS II MAKE MY LIFE BETTER AND ENABLE ME TO DO THE THINGS I CARE ABOUT.





**Premium In-Store experience/FMO Support**

**Experiential/Seeding/ Sponsorships**







**PR**



**Advertising**

**Digital / Social Media/CRM**

4-8

SAMNDCA00276968

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# THE INDUSTRY LOVES THE GALAXY S II

*"Once the Galaxy S II does launch in the U.S., it will easily be the new gold standard for Android phones, just like the original Galaxy S was. Android lovers: Start lining up."*

## BUSINESS INSIDER

*"When it comes to performance and display quality, the Galaxy S II is pretty much unbeatable."*

**PCWorld**

*"The Samsung Galaxy S II is smokin'. It's stunningly powerful, generally well-designed, and everything a high-end Android phone should be."*

**PC** PCMAG.COM

*"The Galaxy S II raises the bar in every way from the first Galaxy S."*

**BGR**

*"The Samsung Galaxy S II is the best Android smartphone available on the market today."*
**4.7 out of 5 stars**

**mobileburn**

*"It's the best Android smartphone yet, but more importantly, it might well be the best smartphone, period."*

 engadget

*"Samsung's managed to cram a gorgeous display, lightning-fast processor and a powerful camera into one of the slimmest, lightest mobiles we've ever had the privilege to hold."*

 cnet uk
Expert tech reviews

SAMSUNG

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary

SAMNDCA00276969

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GALAXY S II MEDIA LAUNCH EVENT

4-10

SAMNDCA00276970

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# GALAXY S II MEDIA EVENT RESULTS

| | Media Placements | Impressions |
|---|---|---|
| **Launch Event Only** | 169 | 85,144,207 |
| **Results to Date** (2/13/11 to 9/1/11) | 3,327 | 1,114,377,033 |

- *The hype isn't without substance. Though each carrier alters its phone a bit, all three Galaxy S II smartphones have some specs in common: a 4.3-inch, Super AMOLED 800x480 screen, a dual core 1.2-GHz processor, fast 4G network connectivity, and a sleek, simple design evocative of the iPhone. By contrast, the Apple iPhone 4 has a 3.5-inch, 960x640 screen, a 1-GHz processor, and a slower, 3G connection.*

    – **Fox News**

- *The Samsung Galaxy S family of phones have wowed Android phone shoppers with vibrant Super AMOLED screens, fast processors and impressive battery life. The second wave, not so cleverly called Galaxy S II, gets a bigger screen, 8-megapixel camera and a more powerful processor while remaining surprisingly skinny.*

    – **MSNBC**

- *If you are going to get an Android phone any time soon, this is it. Let's get this out of the way: These things are fast. They haul all kinds of ass, thanks to a 1.2GHz dual-core Exynos processor and 1GB of RAM in its guts. I did everything I could to try to make Galaxy S II stutter and I failed, miserably. Like really, that's the most major advancement in this phone. It's super-duper fast. And man that screen. Gorgeous. Bright, clear, nice colors, responsive touchscreen. Super AMOLED Plus really delivers on just about every metric.*

    – **Gizmodo**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00276971

# SOCIAL MEDIA EXTENDING PR LAUNCH EVENT

## Reached *801,414 people* via *1,185 tweets*

*Searchng maximum tweets permitted by Twitter*

### Tweet Types



552 Regular Tweets

156 @replies

477 Retweets

### Exposure: 5,773,132 Impressions

68,363 4-7 Tweets

148,584 > 7 Tweets

54,595 2-3 Tweets

529,872 1 Tweet

Each pie slice shows how many people saw how many tweets

### Event Summary

- Early Pre Launch efforts focused social conversation around the keyword **#GalaxySII**
- Samsung Mobile US Twitter account generated **1,185 "earned tweets"** which **reached over 800,000 people.**
- Over **5.7MM Impressions** via real time conversation on Twitter.

### Sustaining Buzz

- Strategic tweets continue to be pushed via **Promoted Tweets on Twitter** to continue buzz.
- **Facebook "Galaxy S II Sweepstakes"** went live 7pm EST as users search for Galaxy S II.
- **Twitter "Around the World with the Galaxy S" contest** will go live 8/31 10am to continue engagement and awareness to sustain large volume of online buzz,.

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary

4-12



SAMNDCA00276972

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# PRE LAUNCH SIZZLE VIDEOS SHOWCASING BENEFITS OF GALAXY S II



© Samsung Electronics. All Rights Reserved. Confidential and Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00276973

# DIGITAL INITIATIVES TO SUSTAIN GALAXY S II

## In The Market for a Smartphone



| Impressions | Favorability | Purchase Interest | Point of Purchase |





**Samsung.com**



**Facebook**



**Online Ads**

4-14



SAMNDCA00276974

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# PR and Digital Media To Drive 100% Increase in Online Buzz Vs Galaxy S Launch

SAMNDCA00276975

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# LAUNCH :60 SEC "THE WAY WE'RE WIRED" TV SPOT"

4-16



We cut to a man in transit as he watches something on the Samsung Galaxy S2.



To then cut to see an older child running.



Cut to a Galaxy S2 with footage of Martin Luther King.
ANNCR: Who aspires to be almost remembered?



We quickly cut in tighter to a scene of mass transit.



We continue the walking to running sequence and cut to see a child running and hurling over something in a field.



Cut to some college age people watching their Samsung Galaxy S2.



We open on time lapse footage of a city at night to establish scale and population of mobile phone users.

We see the Samsung Galaxy S2. On the screen we see amazing HD video capture of a baby walking for the first time.
ANNCR: Nobody ever set their sights...

We cut to the screen of another Galaxy S2. On it we see footage of Usain Bolt breaking the 100m sprint record.
ANNCR: ...on second place.

© Samsung

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00276976

**GALAXY S II TV SPOT "THE WAY WE'RE WIRED"**

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary



SAMNDCA00276977

4-17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# :30 SPOT "BEST SCREEN AND CONTENT"



Open on a couple with a Samsung Galaxy S2. On the screen is playing the TV show Starsky and Hutch.



ANNCR: What would Starsky be without Hutch?



Cut to Will Smith and Tommy Lee Jones in Men in Black 3 playing on another person's Galaxy S2
ANNCR: It's not easy to high-five on your own.



Cut to the Lone Ranger and then Star Trek Movie playing on Samsung Galaxy S2 screens.
ANNCR: The Lone Ranger without Tonto, Kirk without Spock?



We cut to someone watching a movie scene on a Samsung Galaxy S2.
ANNCR: So when we created the Samsung Galaxy S2 with best ever screen on a mobile phone...

On the screen we see the Media Hub function. We see someone flip through a selection of movies
ANNCR: ...we created Media Hub too.

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# PHASED INTEGRATED MEDIA PLAN



| Pre-Launch: Earned Media Buzz and Advocacy Programs | Launch: Significant Paid Media levels | Holiday: Levels remain high | Q1 2012: Heavy-up Digital to take advantage of high awareness |
|---|---|---|---|
| $2 Million | $38 Million | $22 Million | $tbd |

Creating Galaxy GSII Demand

| 8/15 – 9/10 | 9/11– 11/14 | 11/15 – 12/31 | Q1 |
|---|---|---|---|

SAMSUNG

4-19

SAMNDCA00276979

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# INTEGRATED MEDIA PLAN TARGETS

1. Increase Galaxy SII Awareness by 100% by End of Q1 2012 *(35% to 70%)*

2. Achieve 80% aided Samsung Smart Phone awareness by end of Q1 2012 *(60% to 80%)*

3. Smartphone purchase intent: 18% to 34% by End of Q1 2012

SAMSUNG

4-20

SAMNDCA00276980

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# COMPETING TO BE HEARD...

## 2H 2011 ESTIMATED COMPETITOR SPEND BY OEM, CARRIER



SAMNDCA00276981

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# STA/CARRIER COLLABORATION FOR OPTIMAL IN-STORE EXPERIENCE



COR, National Retail and Dealer POP



Brand Ambassadors



Sales Training Incentive



On device videos



Secret Shopper

**Carrier stores:**

Supported:  2,600 stores
% stores:   60%
% sales:    75%

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00276982

# BUILDING THE GALAXY S FRANCHISE



| | Aug 2011 | Sept 2011 | Oct 2011 | Nov 2011 | Dec 2011 | Jan 2012 | Feb 2012 | Mar 2012 | Apr 2012 | May 2012 | Jun 2012 | Jul 2012 | Aug 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- GS2 ATL
- Note ATL
- Galaxy SIII ATL
- Influencer Seeding
- Media Hub Promotions
- Training Various
- Carrier Launch Events
- GS II Unpacked
- PEPCOM & CTIA
- Ongoing PR (Round ups. Holiday Outreach, Awards, etc.)
- Social Media/Search/Display
- Mall Experience Zones

SAMSUNG

4-23

SAMNDCA00276983

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY