

# SUCCESS STORIES

**480+ Charging Stations** installed at 11 airports, 20 schools, Mall of America, and Las Vegas Convention Center touching **500+ m people annually**

Among travelers, purchase intent **increases 37%** for those who actually use the charging stations

**66% of college students** are *more likely to purchase Samsung because of the of the service they receive from the Charging Stations*



## SAMSUNG CHARGING STATIONS

4-24

SAMNDCA00276984

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# SUCCESS STORIES

Dallas
NY/NJ
CHICAGO
SAN FRANCISCO

15.4M direct customer impressions over a 7 month period

330K customer engagements with our products to date



## SAMSUNG EXPERIENCE ZONES







4-25

SAMNDCA00276985

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00276986

4-26

# EVOLVING STA'S MARKETING MODEL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# STA MARKETING

## The Opportunity:

100+ million consumers will become 1st time smartphone users in the next two years.

# Why will they choose Samsung?

SAMSUNG

4-27

SAMNDCA00276987

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00276988

4-28

# COMPETITIVE THREATS



**What's at stake?  volume, leader/innovation perception**

**Strengths:**

- *First to market with innovation stories/carrier support*

- *Common UI*

- *Focused brand campaign: "You"*



**What's at  stake?  Premium positioning, brand/product relevance, volume**

**Strengths:**

- *Brand: viewed as the best brand in the world today*

- *Product/Design: simple + intuitive with strong ecosystem/services attached*

- *Retail:  highest price per sq ft of any Retailer*

- *Steve Jobs: is THE American success story/icon*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00276989

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

4-29

REDACTED

SAMSUNG

4-30

SAMNDCA00276990

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

REDACTED

SAMNDCA00276991

4-31

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# WHY A STRONG BRAND IS IMPORTANT

- Performance/Innovation Leadership position – higher ASP.
- Halo affect for mid/lower tiered product offering.
- Consumers can identify and participate with our brand

Samsung
($499‡)



Apple
($525†)



† Includes iPhone4
‡ Includes Droid Charge, Droid Nexus, GSII

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

4-32

SAMNDCA00276992



4-33

REDACTED

SAMNDCA00276993

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# UNIFIED STA MESSAGING














4-34

SAMNDCA00276994

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



4-35

SAMNDCA00276995

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# MARKETING ROI

**BRAND AWARENESS** and **PREFERENCE** are strong indicators of our positioning in the marketplace but we need to dive deeper...

## Today

### Perceptions

Awareness
Preference

### Behaviors

## Tomorrow

### Perceptions

**People**
- Awareness
- Preference
- Sentiment

**Product**
- Purchase Intent
- Is Innovative
- Cutting Edge Products

**Brand**
- High Quality/Superior Brand
- Cutting Edge Communication
- Brand for Me/Fits My Lifestyle

### Behaviors

- Fan/Followers
- Time Spent with Content
- Recommendations
- Reviews/Ratings
- Leads to Partners
- Post Sale Advocacy
- SOV
- Sales

SAMSUNG

4-36

SAMNDCA00276996

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 36 WEEK GO TO MARKET PLANNING CYCLE



**Month 9**
- Marketing Strategy proposal
- Creative Brief final
- Agency Kick-off

**Month 8**
- Secure budget
- Creative Development
- Media Strategy Approved

**Month 6**
- Approve Creative Concept
- Media Activation Plan presented & approved.
- Copy Testing
- Legal Concept Review

**Month 5**
- Pre-production for all creative
- Media Purchased
- Copy edits/Copy approval

**Month 3**
- Shoot TV, Print, OOH, etc.
- Edit TV, Print, OOH, etc. begun
- Rough Cut Review (Mktg and Legal)

**Month 2**
- Post Production completed
- All creative approved
- Ship Retail Creative

**Goals:** Integrated communications, flawless execution, more efficient use of marketing dollars, mktg plans at sell-in with carriers.

SAMSUNG

4-37

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00276997

# FEATURES VS. BENEFITS



**Industry Best Display Technology**

*2nd Generation*



**Best Hardware Technology**

*Thinnest designs*
*Dual Core AP*
*LTE 4G Network*
*a/b/g/n 2.4 & 5Ghz Wifi*



**Premium Content and Services Ecosystem**





**World Class Design**

**WHAT'S THE BENEFIT TO ME?**
**HOW ARE YOU MAKING ME BETTER?**
**ENRICHING MY LIFE?**

SAMSUNG

4-38

SAMNDCA00276998

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# HUMAN QUALITIES + BEHAVIORS

**I-PAD 2**



All great brands have human qualities to them. They make you laugh, cry, provoke you, make you think, dream, inspire and enable you to do things you love.

They evoke an emotional response and reaction. They tell stories...

**What is Samsung's story?**

*"Now, we can watch a newspaper; listen to a magazine; curl up with a movie; and see a phone call. Now, we can take a classroom anywhere; hold an entire bookstore; and touch the stars. Because now, there's this."*



4-39

SAMNDCA00276999

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00277000

4-40

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# THE POWER OF IDEAS...













SAMNDCA00277001

4-41

SAMSUNG

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# DEFINE OUR BRAND & OWN A MOMENT

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

4-42

SAMNDCA00277002

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMSUNG

# BE THE MOST TALKED ABOUT BRAND... IN NORTH AMERICA...







SAMNDCA00277003

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00277004

4-44

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00277005

4-45

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00277006

4-46

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMSUNG

SAMNDCA00277007

4-47

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

"I'VE LEARNED PEOPLE WILL FORGET WHAT YOU'VE SAID, PEOPLE WILL FORGET WHAT YOU DID BUT PEOPLE WILL NEVER FORGET HOW YOU MADE THEM FEEL." – DR. MAYA ANGELOU



SAMNDCA00277008

5-1

# SAMSUNG SERVICE & ECOSYSTEM STRATEGY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00277009

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

REDACTED

SAMNDCA00277010

5-3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00277011

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00277012

5-5

**REDACTED**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# C&S PORTFOLIO



Commited
TBD

## Concierge



## Findmyphone





SAMSUNG
5-6

SAMNDCA00277013

## Social Hub


## N-Screen




## TouchWiz


## Media Hub






## Samsung Apps




HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# MOBILE OS PLATFORM PRIORITIES

- As Samsung brings its Signature Services to other mobile OS platforms, Samsung will need to clearly set OS priorities to **ensure fast time** to market and **rapid service evolution.**

This is a two horse race today:  Apple vs Android.   However, developers are increasingly investing in Windows Phone OS as the 3rd Mobile OS.

**Developer INTENT (2011)**
% of Developers planning to use each platform



35%  32%   28% 27% 27%   27%   23%   22%

**Apple & Android have great scale advantage in both Installed Base & Total Apps**



Source: Developer Economics 2011

5-7

SAMNDCA00277014

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# REDACTED



## Other considerations to support a 3rd OS Samsung offering in the US market.



## BUT, THIS WONT BE EASY...

... two thirds of developers say there is [little] chance OSes or hardware ... would become attractive enough to overtake Android as the No. 2 mobile dev platform, let alone the untouchable Apple iOS.



5-8

*Source: Deloitte, Comscore, Nielsen, IDC, STA Analysis*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00277015



5-9

SAMNDCA00277016

**REDACTED**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# SAMSUNG

# 2012 – 2013 PRODUCT STRATEGY & PLANNING

6-1

SAMNDCA00277017

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



REDACTED

SAMNDCA00277018

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00277019

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00277020

6-4

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00277021

6-5

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# APPLE'S CUSTOMER LIFETIME MANAGEMENT(TODAY)



**SAMSUNG**

6-6

## Winning
the Customer

### Apple is Limited Today, iPhone 5 / 4S is better
- Two carriers today
- $199 and above, except 3GS
- By October, 3 carriers, iPhone 4 at $99 or less, 3GS for $0, adding PrePaid channels

## Engaging
the Customer

### Best In Class
- Single OS and UX for all devices
- Single Purchase & Backup for Content
- Broadest Library (Variety & Count)

## Keeping
the Customer

### Best In Class
- iTunes enables in home activation
- iCloud cross syncronizes all content across all devices

SAMNDCA00277022

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# APPLE U.S. INSTALLED BASE STRONG, WITH HIGH LEVELS OF CO-OWNERSHIP WITHIN IOS >> STRONG 'ENGAGE & KEEP'

## 45M unique iOS users*

- Each iOS user spends over $100 on content & apps
- Avg of 83 app downloads per user in 2011
- 18% of apps are paid at an average price of $1.44



iPhone 17.0 million
iPad 6.8 million
iPod Touch 14.9 million
3.5 million
250K
760K
1.8 million

- 35% own an iPhone
- 10% own an iPod Touch

SAMSUNG 6-7

## 145M Apple collective U.S. device installed base

27M Mac
<2M AppleTV
64M Non-Touch iPod
18M iPod Touch
23M iPhone
11M iPad

*Sources: Comscore, Apple, Pew Internet Research, STA Analysis*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00277023

# APPLE U.S. INSTALLED BASE STRONG, WITH HIGH LEVELS OF CO-OWNERSHIP WITHIN IOS >> STRONG 'ENGAGE & KEEP'

**145M** Apple collective U.S. device installed base

**45M** unique iOS users*



## Each Product Leverages a Common UX and C&S EcoSystem

- 18% of apps are paid at an average price of $1.44

apps



27M

Mac

<2M
AppleTV

64M

iPad

11M

iPod Touch

18M

23M

17.0 million

3.5 million

1.8 million

250K

- 35% own an iPhone
- 10% own an iPod Touch

## Network Effects – Products Work Better Together Than Separate

## Can Price Products Higher To Capture that 'Network Effect' Value

*Sources: Comscore, Apple, Pew Internet Research, STA Analysis*

6-8

**SAMNDCA00277024**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMSUNG

# EVIDENCE SHOWS THE IMPACT OF APPLE'S EFFORTS >> 3X THE LOYALTY OF SAMSUNG CONSUMERS

**Higher loyalty → more device purchases → higher customer lifetime value**

Total Smartphone Repurchases
Over Customer Lifetime



*% of recent smartphone acquirers whose current device has the same OEM/OS as their prev device*

6-9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00277025

# APPLE IS EXECUTING TO CLOSE THEIR GAPS

Win

- **Apple is improving distribution, adding SKU**
  - iPhone 4 launching at Sprint in addition to iPhone 5
  - Prepaid SKU expected

- **Apple is investing in LTE**
  - LTE radios have been installed in Apple Stores, LTE iPad expected first

- **Apple is widely rumored to be producing a Smart TV**
  - Major revenue growth, not a large technology stretch
  - http://venturebeat.com/2011/08/26/apple-television-2012/

Engage

- **Apple is investing in Phone + Tablet + TV capabilities**
  - Apple TV sells 500K / quarter, helping to drive 6M smartphone users per year towards the Apple Eco System



6-10

SAMNDCA00277026

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



6-11

SAMNDCA00277027

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00277028

6-12

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00277029

6-13

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00277030

6-14

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXAMPLE - PANDORA



## CURRENT STATE

- Most Popular, Free music streaming service on the internet

- Has prominent placement on Samsung Smart TV, plus distribution across all smartphone platforms.

- Interface on TV is basically identical to the Smartphone Interface..



**REDACTED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

6-15

SAMNDCA00277031

**REDACTED**

**REDACTED**

**Retail Revenue / Square Foot**

1. Apple:        $5626
2. Tiffany's:    $2974
3. Coach:        $1820
4. ...
5. GameStop      $1009
6. ...
7. ...
8. ...
9. ...
10. Best Buy     $831

SAMSUNG

6-16

SAMNDCA00277032

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# RECENT STA SUCCESS: GAMESTOP FOR GALAXY TAB



Bringing Big Games
to the Third Screen

- Galaxy Tab has been awarded as 1 of 4 tablet slots in GameStops Android tablet pilot
- GameStop is funding their own Point of Purchase terminal
- Highly trained, high involved sales force
- Gamestop Loyalty program will effectively subsidize tablet sales for consumers through the trade in program





- World's Largest Video Game Retailer
- 8 Million Loyalty Reward Customers
- 6500 global storefronts
- 4400 in the U.S.A.
- >$9Billion Annual Sales



6-17

SAMNDCA00277033

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SMART ACCESSORIES – 3RD PARTY ECOSYSTEM

**Keeping** the Customer



SAMNDCA00277034

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Apple Store

↟ ) Shop iPhone ) iPhone Accessories

**Departments**

**Shop Mac**
**Shop iPod**
**Shop iPhone**
**Shop iPad**

Mac Accessories
Mac Software
iPod Accessories
iPhone Accessories
iPad Accessories

**iPhone Accessories**

### Accessories for your iPhone.
Explore the latest gear to enhance your iPhone experience

**New AirPrint-enabled HP Printers**
Wirelessly print photos and more from your iOS devices.

**Bowers & Wilkins Z**
Superb sound, now with /



- Apple benefits from numerous, premium brand 3rd parties leveraging their accessory eco-system
- Bose, HP Printers, Jansport, etc. to sell their own products.
- Hotels also stock Apple Accessories

- Honeycomb & beyond OS versions provides a standardized application interface for accessory makers
- Samsung needs to provide a standardized port, and low cost marketing support such as PR, Booth, Samsung.com to enhance our ecosystem



SAMNDCA00277035

6-19

REDACTED

- Consumers who own our smartphones are pre-disposed to purchase our products.

REDACTED

REDACTED




Interest in Tablet Purchase Based on Current Smartphone Ownership (N=786)

Samsung Smartphone (n=59)

Other 7%
G-Slate 19%
PlayBook 12%
Galaxy Tab 71%
Xoom 31%
iPad 51%

Smartphone Brand

All Other Brands (n=287)

Other 3%
G-Slate 30%
PlayBook 39%
Galaxy Tab 7%
Xoom 35%
iPad 76%

Source: "P4 Customer Research: Question-by-Question Read-Out," Oliver Wyman, Apr 11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00277036

6-20

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



SAMNDCA00277037

# APPENDIX

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# 2011 PRESENTED MANY CHALLENGES AND IMPROVEMENT OPPORTUNITIES

REDACTED

- **Significant volumes were lost from 2Q-3Q Quarterly plans due to product delays**
  - S/Ps accounted for 80% of the volume impact
  - Working to close the FY11 gap through aggressive moves in 4Q
- **Smartphone quality concerns negatively impacted upside activities at AT&T and VZW**
  - Infuse (ATT) – retail price moves delayed due to eMR delays
  - Fascinate (VZW) – inability to extend EOL
  - Charge (VZW) – hindering 4Q activities

| Variance to Qtly plan due to Launch Delays | | |
|---|---|---|
| Type | 2Q11 | 3Q11 |
| Qtly Target | 13,964 | 15,500 |
| Total Impact | 1,193 | 2,182 |
| Smart | 933 | 1,757 |
| Non-Smart | 150 | 395 |
| Tablet | 110 | 30 |
| Qtly Sales/Outlook | 13,169 | 14,000 |
| Impact Ratio | 9% | 14% |
| Qtly Plan Date | 25-Mar | 30-May |

SAMNDCA00277038

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00277039

# APPENDIX C&S
## (INCLUDES B2B MATERIAL)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# SAMSUNG ENTERPRISE STRATEGY

**SAMSUNG ANDROID**




**ANDROID**



## SAMSUNG IS GOING TO WORK



SAMNDCA00277040

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SEP ROADMAP

HORIZONTAL ENABLEMENT

- **Driving key horizontal B2B security and management capability onto Samsung Android Device portfolio.**



| | 2011 SEP V1.0 (launched) | 1H 2012 SEP V2.0 (roadmap) |
|---|---|---|
| **EMAIL/CALENDAR/CONTACTS** Corporate Productivity | Exchange ActiveSync | Good |
| **VPN** Behind the Firewall | Cisco AnyConnect SSL | JUNIPER FirePass SSL |
| **ENCRYPTION** Securing Data On Device | | FIPS 140-2 |
| **DEVICE MANAGEMENT** Mobile Device Management | SYBASE Exchange ActiveSync | Good · Mobile Iron · airwatch · AuthenTec |
| **ROOT DETECTION** Platform Security | | |
| **LOCK BOX** Corporate vs Personal Data | | LOCK BOX |

SAMNDCA00277041

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

# SOLUTION (ISV) ALLIANCES

- **Providing go-to-market and development support for leading ISV solution partners in order to address key B2B verticals in the US market.**



SAMNDCA00277042

## Key Verticals

 Healthcare

 Education

  Financial Services

 Retail

Government

 Transportation

## Horizontal Solutions



**Unified Communication**
 

**ERP/CRM**


**BI/MEAP**

ANTENNA     pyxis|mobile 

*Sources: IDC, Forrester, VDC Research, CSMG, Ambient Insight, STA*
*Analysis. Unit size includes devices, SW & professional services*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00277043

REDACTED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY