# EXHIBIT 10



# SAMSUNG Q4 '11
# DEEP DIVE

Provided by Hall and Partners

| Owner | Tim Benner |
|---|---|
| Document Revision | VFinal |
| Effective Date | February 14, 2012 |
| Retention | 5 yrs |
| Security Policy | Confidential |

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380801

Hall & Partners

SAMSUNG

# H&P'S SAMPLE SPECIFICATIONS

## *Mobile*

**Methodology**
- Online 25 minute survey

**Sample size**
- n=150 per week

**Screening criteria**
- Age 18-60
- No Industry affiliation
- Must intend to purchase a mobile phone in the next 6 months *or* have purchased a mobile phone in the past 6 months

## *Tablet*

**Methodology**
- Online 15 minute survey

**Sample size**
- n=75 per week

**Screening criteria**
- Age 18-60
- No Industry affiliation
- Must either currently own a tablet computer *or* be somewhat/very interested in purchasing one in the future

2012.02.14 - TOP SECRET

2

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380802



# NI METHODOLOGY

## Audience Definitions

Audiences are defined by identifying sites that exhibit strong contextual relationships and/or are visited by users with shared affinities. This set of sites consists of locations that most effectively capture the audience engaging around topics within a specified domain. Defining an audience allows Networked Insights to reduce the noise prevalent in social media, including spam and duplicate data, allowing for identification of true insights. Where Twitter data is selected based on users' influence, Networked Insights utilizes **KLOUT** Scores as a factor in defining audiences.

## Conversation Metric

Keywords and phrases are used to categorize topics and themes that appear in social media conversations on blogs, forums, microblogs and social networking sites. Categories are identified by Networked Insights' proprietary Topic Discovery Engine (TDE) in conjunction with analysis from our social media analytics team. Once individual topics have been isolated, TDE is used to discover sub-themes, and various metrics (post volume, impressions, sentiment, etc.) are provided as needed for each topic.

## Impressions

Impressions are a calculation of the number of social mentions of a product/brand that visitors to social networking sites, forums, blogs and microblogs were exposed to. Impressions provide an estimation of how social media are consumed, are a way to account for the vast majority of social media users who do not actually create posts, and enable us to look beyond post counts to gain a better understanding of how much social reach a topic truly has. Impressions are a passive measurement tool and do not necessarily demonstrate engagement. As with other basic metrics, it is important to layer thematic insights upon impressions in order to understand what drives the conversation and what actions are required.

## Sentiment

Keywords are used to describe brands and products. Each keyword is defined by Boolean-search strings tuned to accurately capture volume of conversation. Ratings of positive, negative and neutral are assigned to a random sample of posts in order to gauge the sentiment for a given keyword.

## Topic Discovery

A mathematical approach is used to understand what themes drive engagement. Advanced clustering technology extracts the key sub-themes expressed in the content related to a keyword. A qualitative analysis is included to expose what is really driving the engagement and how different sub-themes interconnect.

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380803



## Agenda

1. Where is Samsung positioned within the mobile category?
2. What impact does the Galaxy brand have on Samsung?
3. How does "Next Big Thing" perform in market?
4. How does "Next Big Thing" impact the brand?
5. How does O.S. association impact Samsung?
6. Is Apple going mass and what does it mean for Samsung?
7. How does "Banter" and "Fashion Advice" perform in market?
8. Where does Samsung sit in the tablet category?

2012.02.14 - TOP SECRET

# EXECUTIVE SUMMARY

## STRENGTHS

❖ Current brand momentum from…

  ❖ The Galaxy Line

  ❖ The "Next Big Thing" campaign – highly ownable and providing direct competition with Apple

## WEAKNESSES

❖ Samsung's presence in the tablet category

❖ Narrow resonance/impact of Flash Focus campaign

## OPPORTUNITIES

❖ Driving greater association with Android OS

❖ Focusing on Verizon and T-Mobile to win as much share as possible from current LG/Moto/RIM owners (before it bleeds to Apple instead)

## THREATS

❖ Growing presence of Apple and HTC at Sprint

❖ Apple's continued growth (and longer term, next product launch)

2012.02.14 - TOP SECRET

5

Highly Confidential - Attorneys' Eyes Only

REDACTED

SAMNDCA00380806

REDACTED

2012.02.14 - TOP SECRET

REDACTED

2012.02.14 - TOP SECRET

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380808

REDACTED

2012.02.14 - TOP SECRET

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380809

SAMSUNG

10

# WHERE IS SAMSUNG POSITIONED WITHIN THE MOBILE CATEGORY?

## SECTION ONE

2012.02.14 - TOP SECRET

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380810

# OVER TIME APPLE AND SAMSUNG HAVE BECOME THE MOST TOP OF MIND, PREFERRED BRANDS IN THE CATEGORY; SAMSUNG RETAINS THE GREATEST SHARE

Hall & Partners

SAMSUNG

**Category History (UAT3 & MPSA)**
Among total



Size of bubble represents total US mobile market share

2012.02.14 - TOP SECRET

11

Highly Confidential - Attorneys' Eyes Only          SAMNDCA00380811

SAMSUNG & APPLE ARE THE ONLY BRANDS TO INCREASE VISIBILITY IN Q4 AS OTHER OEMS REMAIN STAGNANT OR IN DECLINE

**Unaided Brand Awareness – Top 3 Mentions**
Among total



Base    Q1 '10 (1650); Q2 '10 (1950) Q3 '10 (1950) Q4 '10 (1950) Q1 '11 (1950) Q2 '11 (1950) Q3 '11 (1950) Q4 '11 (1950)
NOTE: CQGR = Compound Quarterly Growth Rate

*Throughout the report Q1 '10 using full sample only (starting 01/11/10 to 3/28/10)
T=Tied

2012.02.14 - TOP SECRET

12

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380812

# SAMSUNG ALSO INCREASES SMARTPHONE MANUFACTURING AWARENESS WITH ONLY APPLE AND RIM AHEAD OF THE BRAND

**Smartphone Awareness**
Among total

To your knowledge, which of the following mobile phone manufacturers make smartphones?



Base:    Q2 '11 (1950); Q3 '11 (1950); Q4 '11 (1950)
A/B/C  Statistically significant @ 95% confidence level

2012.02.14 - TOP SECRET

13

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380813

# IN ADDITION SAMSUNG MAKES STRIDES IN PREFERENCE, CEMENTING ITS POSITION AS THE SECOND MOST PREFERRED BRAND IN THE CATEGORY BEHIND APPLE



**MPSA**
Among total

Among all the mobile phone brands that you are aware of, which brand do you prefer the most?

*Position in the category:*
4th 4th 4th 3rd 2nd 2nd 2nd

Base:   Q1 '10 (1650); Q2 '10 (1950) Q3 '10 (1950) Q4 '10 (1950) Q1 '11 (1950) Q2 '11 (1950) Q3 '11 (1949) Q4'11 (1949)
NOTE: CQGR = Compound Quarterly Growth Rate          * Throughout the report Q1 '10 using full sample only (starting 01/11/10 to 3/28/10)
T=Tied
2012.02.14 - TOP SECRET          14

Highly Confidential - Attorneys' Eyes Only          SAMNDCA00380814

# LOOKING AT THE WSPS, BOTH SAMSUNG AND APPLE GROW PREFERENCE AT VERIZON WITH SAMSUNG LOSING GROUND AT AT&T; APPLE AND HTC ALSO MAKE GAINS AT SPRINT

**MPSA**
Among WSP



2012.02.14 - TOP SECRET

15

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380815

# IN ACCORDANCE WITH AWARENESS AND PREFERENCE, SAMSUNG AND APPLE ARE THE ONLY BRANDS TO INCREASE INTENT TO PURCHASE IN Q4

**Brand Purchase Intent (Top Box)**
Among Aware and Asked



If you were to buy a mobile phone tomorrow, how likely would you be to buy a phone from each of the following brands?

Base: Q1 '10/Q2 '10/Q3 '10/Q4 '10/Q1 '11/Q2 '11/Q3 '11/Q4 '11 – Samsung (1638/1923/1925/1935/1937/1937/1935/1934); LG (1542/1824/1804/1833/1838/1833/1847/1856); Motorola (853/1005/1088/1004/998/1004/999/998); BlackBerry (854/1005/1008/1005/1008/1005/1000/1003/997/998); Apple (iPhone (855/1006/1009/1005/999/1005/1000/997)); HTC (NA/NA/1005/997/993/999/997/998)

NOTE: CQGR = Compound Quarterly Growth Rate

*Throughout the report Q1 '10 using full sample only (starting 01/11/10 to 3/28/10)

T=Tied

2012.02.14 – TOP SECRET

16

Highly Confidential – Attorneys' Eyes Only                    SAMNDCA00380817

Hall & Partners

SAMSUNG

## ALSO IN Q4, SAMSUNG HAS MADE GREAT STRIDES MOVING THE BRAND TOWARDS INNOVATION AND TECHNICAL PROWESS

### Samsung Personality
Among aware and asked

Below is a list of different statements that other people have made about brands of mobile phones. As you read the list, select all statements that you feel describe each of the mobile phone brands.

| Samsung Personality | Q1 '10 | Q2 '10 | Q3 '10 | Q4 '10 | Q1 '11 | Q2 '11 | Q3 '11 | Q4 '11 |
|---|---|---|---|---|---|---|---|---|
| | % | % | % | % | % | % | % | % |
| Functional | 48 | 46 | 49 | 49 | 49 | 48 | 49 | 49 |
| Reliable | 42 | 38 | 42 | 43 | 43 | 42 | 40 | 43 |
| Trustworthy | 37 | 36 | 38 | 38 | 40 | 38 | 37 | 39 |
| Stylish | 33 | 32 | 30 | 33 | 33 | 33 | 33 | 37 |
| High-performing | 27 | 28 | 28 | 28 | 32 | 31 | 31 | 34 |
| Intelligent | 26 | 25 | 26 | 26 | 29 | 29 | 29 | 32 |
| Innovative | 25 | 23 | 22 | 24 | 26 | 27 | 27 | 31 |
| Inviting | 25 | 24 | 26 | 25 | 26 | 26 | 25 | 29 |
| Imaginative | 22 | 21 | 20 | 21 | 24 | 23 | 25 | 28 |
| Optimistic | 24 | 23 | 23 | 23 | 26 | 23 | 24 | 26 |
| Authentic/Unique | 22 | 20 | 20 | 18 | 21 | 20 | 21 | 25 |
| Young | 21 | 19 | 20 | 19 | 21 | 22 | 21 | 24 |
| Caring | 23 | 21 | 25 | 23 | 25 | 23 | 23 | 24 |

Base    Q1 '10 (1638); Q2 '10 (1923); Q3 '10 (1925); Q4 '10 (1935); Q1 '11 (1937); Q2 '11 (1937); Q3 '11 (1935); Q4 '11 (1934);
Green/Red   Significantly higher/lower than Q4 '11 @95% confidence level

2012.02.14 - TOP SECRET

17

# DESPITE GROWTH IN THESE AREAS, SAMSUNG IS STILL PRIMARILY VIEWED AS FUNCTIONAL & RELIABLE WITH APPLE OWNING STYLE AND INNOVATION

**Category Personality**
Among aware and asked



2012.02.14 - TOP SECRET

18

Highly Confidential - Attorneys' Eyes Only

# IN LINE WITH PERSONALITY, SAMSUNG SHOWS SIGNIFICANT GROWTH ACROSS ALL IMAGERY METRICS IN Q4 (WITH THE EXCEPTION OF "MAKES EASY TO USE PRODUCTS")

## Samsung Imagery
Among aware and asked

**Hall & Partners**

Below is a list of different statements that other people have made about brands of mobile phones. As you read the list, select all statements that you feel describe each of the mobile phone brands.

| Samsung Imagery | Q1 '10 % | Q2 '10 % | Q3 '10 % | Q4 '10 % | Q1 '11 % | Q2 '11 % | Q3 '11 % | Q4 '11 % |
|---|---|---|---|---|---|---|---|---|
| Is a brand I've been hearing a lot about lately | 21 | 18 | 19 | 21 | 24 | 24 | 24 | 29 |
| Offers phones that stretch the definition of what a phone is | 20 | 20 | 20 | 22 | 23 | 23 | 24 | 27 |
| On its way up and has a lot going for it | 26 | 26 | 26 | 26 | 28 | 28 | 29 | 32 |
| If this brand were a person, it would be someone I'd really like and would have a lot in common with | 22 | 21 | 22 | 23 | 24 | 25 | 24 | 28 |
| Is the most technologically advanced mobile phone brand of all | 13 | 13 | 13 | 14 | 15 | 15 | 16 | 19 |
| Enables me to bring my imagination to life | 18 | 17 | 17 | 18 | 19 | 20 | 20 | 24 |
| Is the best designed and most stylish mobile phone brand of all | 19 | 18 | 18 | 18 | 19 | 20 | 20 | 24 |
| I go out of my way to recommend this brand to others | 20 | 18 | 19 | 21 | 22 | 21 | 21 | 25 |
| Is a brand I am proud to own | 29 | 27 | 28 | 28 | 30 | 30 | 29 | 34 |
| Inspires my creativity | 18 | 17 | 17 | 18 | 18 | 18 | 19 | 23 |
| Makes phones that meet my expectations | 38 | 37 | 39 | 39 | 40 | 38 | 37 | 43 |
| This mobile phone brand is well ahead of the rest | 18 | 15 | 15 | 18 | 17 | 18 | 18 | 22 |
| Shares my passions | 19 | 20 | 19 | 20 | 21 | 21 | 19 | 23 |
| Makes products that are easy to use | 41 | 38 | 39 | 42 | 41 | 41 | 39 | 42 |

Base    Q1 '10 (1638); Q2 '10 (1923); Q3 '10 (1925); Q4 '10 (1935); Q1 '11 (1937); Q2 '11 (1937); Q3 '11 (1935); Q4 '11 (1934);
Green/Red   Significantly higher/lower than Q4 '11 @95% confidence level

SAMSUNG

2012.02.14 - TOP SECRET

19

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380819

# SAMSUNG MOVES TOWARDS INNOVATION AND STYLE, THOUGH TRAITS STILL PREDOMINATELY OWNED BY APPLE

## Category Imagery
Among aware and asked



**SAMSUNG**

20

2012.02.14 - TOP SECRET

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380820

# A TREND FURTHER SUPPORTED IN THE ONLINE SPACE, AS SAMSUNG POSITIVE AND SPONTANEOUS ASSOCIATION WITH STYLE AND INNOVATION INCREASES IN Q4



**Online association attribute**
Among total



*Positive online mention of statement and brand*

2012.02.14 - TOP SECRET

21

*Analysis based on "consumer electronics" sample

SAMSUNG

22

# WHAT IMPACT DOES THE GALAXY BRAND HAVE ON SAMSUNG?

## SECTION TWO

2012.02.14 - TOP SECRET

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380822

# THE GALAXY BRAND SHOWS TREMENDOUS GROWTH AS NEARLY THREE QUARTERS OF CONSUMERS ARE AWARE OF THE NAME WITH HALF ATTRIBUTING GALAXY TO SAMSUNG

**Galaxy Awareness**
Among total



Base:    Q1 '11 (1950); Q2 '11 (1950); Q3 '11 (1950); Q4 '11 (1950)
**A/B/C/D** Statistically significant @ 95% confidence level

2012.02.14 - TOP SECRET

23

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380823

# CONVERSATIONS AROUND GALAXY REMAIN CONSISTENTLY POSITIVE, AS APPLE AND HTC FLUCTUATE

**Weekly product sentiment**
Among total



Nielsen buzz metrics

2012.02.14 - TOP SECRET

24

# THE GALAXY BRAND ALSO INCREASES SAMSUNG'S ONLINE PRESENCE IN Q4, AS OVER HALF OF SAMSUNG'S ONLINE CONVERSATIONS INCLUDE THE GALAXY NAME





**Online mentions Galaxy lift (mobile)**
Among total



■ Samsung Mobile mentions excluding Galaxy
■ Samsung Mobile mentions including Galaxy

*Analysis based on "consumer electronics" sample

2012.02.14 - TOP SECRET

25



SAMSUNG

## AS A RESULT, GALAXY HAS A NOTABLE BRAND IMPACT, WITH A STRONG CORRELATION BETWEEN GALAXY AWARENESS AND SAMSUNG IMAGERY

Hall & Partners

**Galaxy Awareness by Samsung Positive Imagery (Weekly numbers in 2011)**
Among total



*Dots represent weekly plot of Galaxy awareness by Samsung brand imagery*

*Correlation between variables r=.69*

Base:   52 Week (150 per week)

2012.02.14 - TOP SECRET

26

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380826

# MOREOVER, INTEREST IN PURCHASE INCREASES AMONG THOSE AWARE OF THE NAME

**Samsung Purchase Intent by Galaxy Awareness (Q4 '11)**
Among aware



Top 2 Box:

■ Definitely would buy
■ Probably would buy
■ Might or might not buy
■ Probably would not buy
■ Definitely would not buy

**Not Aware of Galaxy Brand (A)**

42%
17%
24%
35%
15%
8%

**Aware of Galaxy Brand (B)**

56% A
27% A
29% A
28%
11%
5%

2012.02.14 - TOP SECRET

27

Base:   Not Aware of Galaxy Brand (595); Aware of Galaxy Brand (1339)
A/B Statistically significant @ 95% confidence level

**Highly Confidential - Attorneys' Eyes Only**          SAMNDCA00380827

# OUTSIDE OF MOBILE, GALAXY IS ASSOCIATED TO A DEGREE WITH OTHER SAMSUNG CATEGORIES; GIVING SOME LIFT TO TV AND COMPUTERS

## Online mentions Galaxy lift (other categories)
Among total



Samsung category mention excluding Galaxy
Samsung category mention including Galaxy

*Analysis based on "consumer electronics" sample

2012.02.14 - TOP SECRET

28

SAMSUNG



# THE GALAXY NAME ALSO APPEARS TO POSITIVELY IMPACT THE MASTER BRAND, AS GLOBAL PREFERENCE IS STRONGER AMONG THOSE AWARE

Hall & Partners

**Samsung Global MPSA by Galaxy Awareness (Q4 '11)**
Among aware

13.4%

20.3% **A**

Not Aware of Galaxy Brand
**(A)**

Aware of Galaxy Brand
**(B)**

Base:   Total Not Aware of Galaxy Brand (605); Total Aware of Galaxy Brand (1344)
**A/B**   Statistically significant @95% confidence level

2012.02.14 - TOP SECRET

29

**Highly Confidential - Attorneys' Eyes Only**                    **SAMNDCA00380829**

SAMSUNG

30

2012.02.14 - TOP SECRET

# HOW DOES "NEXT BIG THING" PERFORM IN MARKET?

## SECTION THREE

Highly Confidential - Attorneys' Eyes Only

# HOW TO READ CAMPAIGN REACH CHARTS

**Weekly ad recognition example**
Among total



A. *Highest weekly recognition score*
B. *Average recognition score*
C. *Lowest weekly recognition score*
D. *Campaign spend (TRPs)*
E. *All Samsung ads recognition average*

2012.02.14 - TOP SECRET

31

**Highly Confidential - Attorneys' Eyes Only**          SAMNDCA00380831

RECOGNITION FOR "NEXT BIG THING" IS ABOVE AVERAGE EVEN THOUGH SUPPORT
FOR THE EXECUTION FELL BELOW THAT OF "WIRED"



Weekly ad recognition
Among total

Base:    52 Week (150 per week)
* Execution unduplicated reach

2012.02.14 - TOP SECRET

SAMSUNG

32

Highly Confidential - Attorneys' Eyes Only

Hall & Partners

SAMSUNG

# THE AD IS MOST RECOGNIZED AMONG MALES AND T-MOBILE SUBSCRIBERS AND UNLIKE PAST CREATIVE, SPANS AGE RANGE

**Profile of Recognizers**
Among total

| | Next Big Thing TV (GSII) | The Way We're Wired TV (GSII) | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | Superhero TV (Behold II) | Apple Two iPhone | Apple Facetime |
|---|---|---|---|---|---|---|
| TOTAL RECOGNITION | 41% | 29% | 37% | 25% | 41% | 40% |
| YMC Target | 115 | 117 | 110 | 116 | 117 | 113 |
| Male | 117 | 110 | 109 | 108 | 110 | 103 |
| Female | 83 | 90 | 78 | 84 | 90 | 100 |
| 18-24 | 112 | 128 | 131 | 160 | 141 | 140 |
| 25-34 | 105 | 103 | 112 | 116 | 120 | 110 |
| 35-44 | 98 | 97 | 90 | 96 | 88 | 95 |
| 44+ | 95 | 83 | 68 | 56 | 76 | 80 |
| Verizon | 105 | 93 | 93 | 92 | 100 | 100 |
| AT&T | 105 | 93 | 96 | 92 | 100 | 115 |
| Sprint | 83 | 97 | 98 | 100 | 105 | 88 |
| T-Mobile | 122 | 134 | 106 | 112 | 110 | 108 |
| Smartphone Intenders | 105 | 103 | 105 | NA | 112 | 130 |

Green   Index greater than or equal to 115
Red   Index less than or equal to 85
* Execution average

2012.02.14 - TOP SECRET

33



"NEXT BIG THING" ALSO HAS THE STRONGEST BRAND LINKAGE OF ANY SAMSUNG SPONSORED AD TO DATE, RIVALING APPLE'S RECENT EXECUTIONS

Hall & Partners

**Ad linkage**
Among recognizers

Unaided attribution of the execution to Samsung*

Unaided attribution of the execution to Apple

| | Next Big Thing TV (GSII) | The Way We're Wired TV (GSII) | Avatar / Epic / Dog Fight / Car Chase TV (GSI)* | Superhero TV (Behold II) | Apple Two Phones | Apple Face Time |
|---|---|---|---|---|---|---|
| | 54% **BCD** | 21% | 15% | 11% | 67% **A** | 54% |
| | (A) | (B) | (C) | (D) | (E) | (F) |
| Ad Linkage | % | % | % | % | % | % |
| Apple/ iPhone | 6E | 14A | 9 | 4 | 2 | 5 |
| Don't Know | 27E | 44A | 36A | 53A | 20 | 24 |
| | | | | Samsung | | |
| | | | | Don't Know | | |

Base:   Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436); Avatar/Epic/Dog Fight/Car Chase TV (GSI) (756); Superhero TV (Behold II) (237); Apple Two Phones (368); Apple Face Time (510)
*Galaxy mentions included
A/B, A/C, A/D, A/E, A/F  Statistically significant @ 95% confidence level
* Execution average

2012.02.14 - TOP SECRET

SAMSUNG

34

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380834

WITH STRONG REACH AND ATTRIBUTION, "NEXT BIG THING" DISPLAYS BETTER EFFICIENCY OF SPEND...

Hall & Partners

**Samsung effective recognition per TRP**
Among total



| | Total TRPs | Average Effective Recognition | TRPs Per Effective Recognition Point |
|---|---|---|---|
| Next Big Thing TV (GSII) | 690 | 22% | 31 |
| The Way We're Wired TV | 911 | 6% | 152 |
| Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | 1,764 | 10% | 176 |
| Superhero TV | 480 | 3% | 160 |

Green Under 50
Yellow 50 to 150
Red over 150
* Execution average

2012.02.14 - TOP SECRET

35

SAMSUNG

SAMNDCA00380835

# ...DUE IN PART TO THE STRONG ONLINE CONVERSATIONS IGNITED BY THE CAMPAIGN

**Campaign conversation online (blogs and forums)**
Among total



*TOTAL GSII IMPRESSIONS: 7,683,955*
*TOTAL CAMPAIGN IMPRESSIONS: 1,676,215*

Q4 '11 ends

— GSII
— Campaign

A. (11/23) – NBT launch & excitement over GSII release
B. (12/8) – Epic Touch update & white GSII release
C. (1/5) – New Samsung ad "ripping off" Apple campaign elements
D. (1/9) – Skyrocket HD announced
E. (1/17) – Epic 4G touch HD release in Japan & pink GSII in UK

*Analysis based on "consumer electronics" sample

2012.02.14 - TOP SECRET

36





# "NEXT BIG THING'S" CREATIVE BREAK THROUGH WAS ON PAR WITH PAST EXECUTIONS, THOUGH NOT AS STRONG AS THE GSI ADS AND "SUPERHERO"

**Ad Salience**
Among recognizers

Hall & Partners

SAMSUNG

*Mobile T2B salience norm: 63%\*\**

**Top 2 Box:**

- It really stood out as different from other advertising
- It stood out as being somewhat different from other advertising
- It wasn't very different from other advertising but it did stand out
- It was much the same as most advertising and didn't stand out much
- It was the sort of advertising that you don't notice and it didn't stand out at all

| | Next Big Thing (GSII) | The Way We're Wired (GSII) | The Way We're Avatar / Epic / Dog Fight / Car Chase TV\* (GSI) | Superhero (Behold II) | Apple Two Phones | Apple Face Time |
|---|---|---|---|---|---|---|
| | **(A)** | **(B)** | **(C)** | **(D)** | **(E)** | **(F)** |
| Top 2 Box | 59% | 57% | 69%A | 85%A | 52% | 77%A |
| Really stood out | 20% | 19% | 28% A | 39% A | 15% | 39% A |
| Stood out somewhat | 39% | 39% | 42% | 46% | 37% | 38% |
| Did stand out | 28% CDF | 27% | 22% | 11% | 27% | 18% |
| Didn't stand out much | 9% DF | 12% | 6% | 3% | 14% A | 3% |
| Didn't stand out at all | 4% D | 4% | 3% | | 6% | |

Base:   Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436); Avatar/Epic/Dog Fight/Car Chase TV (GSI) (756); Superhero TV (Behold II) (237); Apple Two Phones (368); Apple Face Time (184)

A/B, A/C, A/D, A/E, A/F  Statistically significant @ 95% confidence level

\* Execution average  \*\*based on 38 mobile ads

2012.02.14 - TOP SECRET

37

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380837

# "NEXT BIG THING" IS RELATABLE AND CLEVER, WITH MORE CONSUMERS INTERESTED IN THE PRODUCT FEATURED, WITH OVERALL APPEAL ON AVERAGE

**Ad Involvement**
Among recognizers

Hall & Partners

SAMSUNG



*Mobile T2B involvement norm: 63%\*\**

**Top 2 Box:**
- It's very appealing advertising
- It's more appealing than other ads
- It has no more appeal than other ads
- It's less appealing than other ads
- It's not appealing advertising

| | Next Big Thing (GSII) | The Way We're Wired (GSII) | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | Superhero (Behold II) | Apple Two Phones | Apple Face Time |
|---|---|---|---|---|---|---|
| Top 2 Box | 62% | 62% | 70%A | 74%A | 57% | 86%A |
| Very appealing | 25%E | 25% | 29% | 31% | 19% | 40%R |
| More appealing | 38% | 37% | 41% | 43% | 38% | 46% |
| No more appeal | 29%CDF | 30% | 23% | 17% | 31% | 13% |
| Less appealing | 6%AF | 3% | 3% | 5% | 7% | |
| Not appealing | 3% | 3% | 3% | 4% | 5% | |
| | (A) | (B) | (C) | (D) | (E) | (F) |

| Involvement Diagnostics | (A) % | (B) % | (C) % | (D) % | (E) % | (F) % |
|---|---|---|---|---|---|---|
| I like the phone featured | 47D | 46 | 44 | 36 | 46 | 62A |
| It makes its point in a clever way | 45BE | 28 | 41 | 44 | 34 | 52 |
| I can relate to what they are saying and showing | 30CD | 28 | 20 | 18 | 24 | 39A |
| I'd enjoy seeing it again | 27 | 28 | 38A | 43A | 21 | 44A |
| I looked at the advertising very closely, because it was very appealing | 16 | 22A | 27A | 32A | 16 | 32A |

Base:   Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436); Avatar/Epic/Dog Fight/Car Chase TV (GSI) (756); Superhero TV (Behold II) (237); Apple Two Phones (368); Apple Face Time (194)

A/B, A/C, A/D, A/E, A/F  Statistically significant @ 95% confidence level

\* Execution average, \*\* based on 38 mobile ads

2012.02.14 – TOP SECRET

38

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA00380838

THEMATICALLY, "NEXT BIG THING" RESONATES WITH CONSUMERS AS THE CONVERSATION EVOLVED OVER TIME TO BE MORE PRODUCT FOCUSED

Online campaign themes driving engagement



*Analysis based on "consumer electronics" sample

2012.02.14 - TOP SECRET

39

Highly Confidential - Attorneys' Eyes Only

SAMSUNG

## HOWEVER THE AD PROVES MUCH MORE BELIEVABLE, AS MORE CONSUMERS BELIEVE THE PHONE CAN DELIVER ON WHAT THE AD IS SAYING

Hall & Partners

**Ad Diagnostic**
Among recognizers



*"I believe the phone can deliver on what the advertising is saying" norm: 38%***

I believe the phone can deliver on what the advertising is saying.

| | | | | | |
|---|---|---|---|---|---|
| 45%CD | 41% | 37% | 32% | 42% | 49% |
| Next Big Thing TV (GSII) | The Way We're Wired TV (GSII) | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | Superhero TV (Behold II) | Apple Two Phones | Apple Face Time |
| *(A)* | *(B)* | *(C)* | *(D)* | *(E)* | *(F)* |

Base: Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436j; Avatar/Epic/Dog Fight/Car Chase TV (GSI) (756); Superhero TV (Behold II) (237); Apple Two Phones (368); Apple Face Time (184)

*A/B, A/C, A/D, A/E, A/F* Statistically significant @ 95% confidence level

* Execution average **based on 38 mobile ads

2012.02.14 - TOP SECRET

40

# WHICH IN TURN GARNERS STRONGER INTENT TO PURCHASE COMPARED TO PAST SAMSUNG CREATIVE

**Ad Purchase Intent**
Among recognizers



Mobile T2B purchase intent norm: 43%**

**Top 2 Box:**

| | (A) Next Big Thing (GSII) | (B) The Way We're Wired (GSII) | (C) Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | (D) Superhero (Behold II) | (E) Apple Two Phones | (F) Apple Face Time |
|---|---|---|---|---|---|---|
| Top 2 Box | 46%D | 41% | 42% | 35% | 47% | 63%A |
| Definitely would buy | 13% | 18% | 16% | 12% | 23% A | 27% A |
| Probably would buy | 33% BCDE | 23% | 26% | 23% | 24% | 36% |
| Might or might not buy | 35% EF | 39% | 39% | 46% A | 25% | 21% |
| Probably would not buy | 12% | 14% | 14% | 15% | 17% A | 11% |
| Definitely would not buy | 6% | 6% | 5% | 4% | 11% A | 4% |

Base:  Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436); Avatar/Epic/Dog Fight/Car Chase TV (GSI) (756); Superhero TV (Behold II) (237); Apple Two Phones (368);
        Apple Face Time (184)
A/B, A/C, A/D, A/E, A/F  Statistically significant @ 95% confidence level  **based on 38 mobile ads

2012.02.14 - TOP SECRET

41

Hall & Partners

SAMSUNG

Highly Confidential - Attorneys' Eyes Only     SAMNDCA00380841

SAMSUNG

# HOW DOES "NEXT BIG THING" IMPACT THE BRAND?

## *SECTION FOUR*

2012.02.14 - TOP SECRET

Highly Confidential - Attorneys' Eyes Only

**SAMSUNG**

## WHEN CONTROLLING FOR OWNERSHIP & FAMILIARITY, "NEXT BIG THING" IS THE ONLY SAMSUNG SPONSORED EXECUTION TO SIGNIFICANTLY IMPACT BRAND PERCEPTIONS

Hall & Partners

**Brand Impact (among non-owners & equal familiarity)**
Among recognizers and non recognizers

### Lift of brand metrics among ad recognizers from non

| | Samsung | | | | Apple | |
|---|---|---|---|---|---|---|
| | Next Big Thing (GSII) | The Way We're Wired (GSII) | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | Superhero (Behold II) | Apple Two Phones | Apple Face Time |
| Advocacy (T2B) | +12% | +6% | +4% | +3% | +11% | +8% |
| Commitment (T2B) | +5% | +2% | +1% | -9% | +4% | +10% |
| Purchase Intent (T2B) | +8% | +6% | +4% | +1% | +7% | +3% |
| Positive Imagery Average | +10% | +8% | +6% | +5% | +5% | +7% |
| Positive Personality Average | +11% | +6% | +4% | +5% | +4% | +8% |
| MPSA | +12% | +1% | -2% | 0% | +3% | +6% |

Base:   Recognizers of Next Big Thing (GSII) (117); The Way We're Wired (GSII) (225); Galaxy SI Average (GSI) (256); Superhero (Behold II) (178); Stormchaser/Band (Omnia II) (108); Ozzy (Jack) (334);
Non Recognizers of Next Big Thing (GSII) (126); The Way We're Wired (GSII) (374); Galaxy SI Average (GSI) (300); Superhero (Behold II) (373); Stormchaser/Band (Omnia II) (99); Ozzy (Jack) (262)
Green/Red   Significantly higher/lower than non recognizers @95% confidence level

2012.02.14 - TOP SECRET

43

Highly Confidential - Attorneys' Eyes Only

# FURTHERMORE, WHEN CORRECTLY LINKED BACK TO SAMSUNG, CONSUMERS ARE MORE LIKELY TO VIEW THE BRAND AS OPTIMISTIC, STYLISH, AND INNOVATIVE

Hall & Partners

**Category Personality Shift for "Next Big Thing"**
Among aware and asked



**MAP KEY**

| Non recognizer | Recognize but not link to STA | Recognize and link to STA |
| --- | --- | --- |
| SAMSUNG ····> | SAMSUNG ····> | SAMSUNG |

*All other brands in total*

Young

Imaginative

Highperforming

Optimistic

Stylish

Innovative

Intelligent ◆ Authentic/Unique

Inviting

Caring

Reliable

Functional

Trustworthy

Traditional

SAMSUNG

44

2012.02.14 - TOP SECRET

# IN THE SAME WAY, SAMSUNG IS SEEN AS MORE CREATIVE, IMAGINATIVE, AND STYLISH

**Hall & Partners**

## Category Imagery Shift for "Next Big Thing"
Among aware and asked



**MAP KEY**

| Non recognizer | Recognize but not link to STA | Recognize and link to STA |
|---|---|---|

All other brands in total

- On its way up and has a lot going for it
- Is a brand I've been hearing a lot about lately
- Bring my imagination to life
- Inspires my creativity
- Stretches the definition of what a phone is
- This mobile phone brand is well ahead of the rest
- Is the best designed and most stylish
- Is the most technologically advanced
- Shares my passions
- I go out of my way to recommend this brand to others
- Have a lot in common with
- Meet my expectations
- Easy to use
- Brand I am proud to own

2012.02.14 - TOP SECRET

45

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA00380845

SAMSUNG

46

HOW DOES O.S. ASSOCIATION
IMPACT SAMSUNG?

*SECTION FIVE*

2012.02.14 - TOP SECRET

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380846

**SAMSUNG**

# AMONG ANDROID MOBILE DEVICE MANUFACTURES, SAMSUNG IS MOST RECOMMENDED OEM AND ALSO CONSIDERED THE LEADER

**OEM Android recommendation and leader**
Among SP intender



Which manufacturer of Android mobile phones would you recommend?



Which manufacturer do you consider the leader of Android mobile phones?

| | | | | |
|---|---|---|---|---|
| 33% BCD | 23% CD | 14% | 12% | |
| Samsung | HTC | Motorola | LG | |
| (A) | (B) | (C) | (D) | |

| | | | | |
|---|---|---|---|---|
| 31% CD | 28% CD | 20% D | 12% | |
| Samsung | HTC | Motorola | LG | |
| (A) | (B) | (C) | (D) | |

Base:   Smartphone intenders (835)
A/B/C/D Statistically significant @ 95% confidence level

2012.02.14 - TOP SECRET

47

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380847

# LIKEWISE FOR WINDOWS PHONE OS, SAMSUNG IS AHEAD OF ALL OTHER BRANDS

Hall & Partners

**OEM Windows Phone recommendation and leader**
Among SP intender



Which manufacturer of WP mobile phones would you recommend?

| | Samsung | HTC | LG | Dell | Nokia |
|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) |
| | BCDE 29% | DE 19% | DE 16% | 6% | 4% |

Which manufacturer do you consider the leader of WP mobile phones?

| | Samsung | HTC | LG | Dell | Nokia |
|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) |
| | BCDE 31% | CDE 22% | DE 18% | E 13% | 7% |

Base:   Smartphone intenders (835)
A/B/C/D/E Statistically significant @ 95% confidence level

2012.02.14 - TOP SECRET

48

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380848

# WHEN PUT HEAD TO HEAD, THE VOLUME OF SAMSUNG-ANDROID CONVERSATION FAR EXCEEDS THAT OF WINDOWS PHONE AND SAMSUNG (EVEN MORE SO IN Q4)

**Online operating system association with Samsung mentions**
Among blogs and forums



*Analysis based on "consumer electronics" sample

2012.02.14 - TOP SECRET

49

**Highly Confidential - Attorneys' Eyes Only**