SAMSUNG

## IN ADDITION, SAMSUNG HAS THE MOST SHARE OF ANDROID CONVERSATION WHEN COMPARED TO OTHER OEMS

**Share of voice (Android conversations)**
Among blogs and forums



**Current ranking of Android phones conversations (1/29)**

1. GSII
2. Galaxy Nexus
3. Moto Droid Razr
4. HTC Sensation
5. Nexus S 4g

*Analysis based on "consumer electronics" sample

2012.02.14 - TOP SECRET

50

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380850

Hall & Partners

SAMSUNG

# FURTHERMORE, THE SAMSUNG BRAND IS VIEWED MUCH MORE FAVORABLY WHEN STRONGLY CONNECTED TO ANDROID...

## Samsung brand equity summary
Among non owners familiar of Samsung



| | Total % | Shift among those who consider Samsung leader in WP OS % | Shift among those who consider Samsung leader in Android OS % |
|---|---|---|---|
| Samsung Advocacy (Top 2 Box Net) | 41 | -1 | +21 |
| Samsung Commitment (Top 2 Box Net) | 39 | +2 | +19 |
| Samsung Purchase Intent (Top 2 Box Net) | 47 | 0 | +19 |
| Samsung MPSA | 8 | 0 | +8 |
| **Samsung Imagery** | | | |
| On its way up and has a lot going for it | 30 | -3 | +23 |
| Is the best designed and most stylish | 22 | +1 | +21 |
| Is the most technologically advanced | 17 | -2 | +17 |
| Is a brand I am proud to own | 26 | +1 | +13 |
| **Samsung Personality** | | | |
| Stylish | 33 | -2 | +12 |
| Imaginative | 27 | +4 | +10 |
| Innovative | 30 | +3 | +16 |
| High-performing | 33 | +2 | +20 |

Base:    Total (635); Associate Samsung Leader of Window Phone OS (88); Associate Samsung Leader of Android OS (76)
Green/red = Significantly higher / lower than total

2012.02.14 - TOP SECRET

51

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380851

SAMSUNG

Hall & Partners

## ...DESPITE WINDOWS PHONE OWNERS BEING JUST AS SATISFIED AS ANDROID USERS REGARDLESS OF OEM

**Satisfaction**
Among Android and WP owners



### Samsung Owners

**Windows Phone OS** — 86%
- 50%
- 36%
- 3%
- 9%

Windows Phone OS
**(B)**

**Android OS** — 88%
- 48%
- 40%
- 4%
- 6%

Android OS
**(A)**

### All Owners

**Windows Phone OS** — 85%
- 44%
- 40%
- 8%
- 7%

Windows Phone OS
**(B)**

**Android OS** — 89%
- 45%
- 44%
- 4%
- 5%

Android OS
**(A)**

**Top 2 Box:**

- Completely Satisfied
- Somewhat satisfied
- Neither / indifferent
- Somewhat unsatisfied
- Completely unsatisfied

Base:   All Android OS Owners (804); All Window Phone OS Owners (144); Samsung Android OS Owners (269); Samsung Windows Phone OS Owners (58)
A/B Statistically significant @ 95% confidence level

2012.02.14 - TOP SECRET

Highly Confidential - Attorneys' Eyes Only          SAMNDCA00380852

# AND THOSE WHO WOULD NOT RECOMMEND WINDOWS PHONE HAVE HAD NO EXPERIENCE WITH THE SYSTEM

**OEM recommendation**
Among SP intender



I would not recommend this operating system to a friend.

**A** 23%

0% WP Owners

Windows Phone
**(B)**

11%

5% Android Owners

Android
**(A)**

2012.02.14 - TOP SECRET

Base:   Smartphone intenders (835)
**A/B** Statistically significant @ 95% confidence level



53

SAMSUNG

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA00380853

# LACK OF REGARD FOR WP OS ASIDE FROM OWNERS MAY BE CHANGING AS WINDOWS PHONE HAS ENTERED THE HISTORIC ANDROID – IPHONE DEBATE

Online campaign themes driving engagement



12/11 — Android vs. iPhone — 46%
"Debate over Android vs. iPhone, with Galaxy S II emerging as a top competitor for Android."

12/18 — Android vs. iPhone — 57%

01/08 — Android vs. iPhone — 77%

01/15 — Android vs. iPhone — 68%

01/22 — Nokia Lumia 900 — 19%
"Discussion surrounded the Nokia Lumia 900 and how it compares with the Galaxy S II."

GSII Functionality vs. iPhone Performance — 15%

GSII vs. Note — 11%

Galaxy Note — 17%
"Users discussed the Galaxy Note in comparison to the GS II and the iPhone."

Galaxy S II Features and Hardware — 9%

Epic Touch 4G — 25%

HTC ICS Speculation — 38%

HTC Amaze and Sensation — 17%

Galaxy Nexus — 25%
"whether to purchase the Galaxy S II or the Nexus"

Top Android Phone — 22%
"most cite the GSII and the Nexus"

Galaxy S II's Performance — 16%

*Analysis based on "consumer electronics" sample

2012.02.14 - TOP SECRET

54

Highly Confidential - Attorneys' Eyes Only          SAMNDCA00380854

SAMSUNG

55

# IS APPLE GOING MASS AND WHAT DOES IT MEAN FOR SAMSUNG?

## SECTION SIX

2012.02.14 - TOP SECRET

Highly Confidential - Attorneys' Eyes Only



SAMSUNG

56

# APPLE CONTROLS THE MOST SHARE OF VOICE IN THE ONLINE SPACE, INFLUENCING CATEGORY VOLUME

NETWORKED INSIGHTS.

**Weekly Share of Mobile Category Buzz Volume**
Among total



2012.02.14 - TOP SECRET

*Analysis based on "consumer electronics" sample

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA00380856

**SAMSUNG**

## BUILDING ON THEIR URBAN, HIGH INCOME BASE, APPLE HAS MADE STRIDES IN EXPANDING BRAND FAMILIARITY TO MORE RURAL, SUBURBAN, AND LOW INCOME

### DEMOS

**Apple familiarity**
Among aware and asked

Hall & Partners

| | Q1 '10 (A) % | Q2 '10 (B) % | Q3 '10 (C) % | Q4 '10 (D) % | Q1 '11 (E) % | Q2 '11 (F) % | Q3 '11 (G) % | Q4 '11 (H) % |
|---|---|---|---|---|---|---|---|---|
| *Apple: I Feel I know a lot about this brand* | | | | | | | | |
| Urban | 45 | 52 | 50 | 51 | 53 | 52 | 47 | 52 |
| Suburban | 41 | 44 | 44 | 42 | 48AD | 49ABCD | 49ABCD | 51ABCD |
| Rural | 29B | 22 | 26 | 27 | 30B | 33BCD | 31B | 39ABCDEG |
| +$100K | 50 | 54 | 56 | 55 | 58 | 55 | 57 | 60A |
| $50-$100K | 40 | 41 | 43 | 42 | 46AB | 49ABCD | 49ABCD | 51ABCD |
| Less thank $50k | 33 | 34 | 34 | 35 | 38A | 37 | 35 | 42ABCDG |
| 8 target markets | 47 | 51 | 55A | 49 | 54A | 53 | 57ABD | 59ABDF |
| Control markets | 36 | 37 | 37 | 38 | 42ABCD | 43ABCD | 40AC | 45ABCDEG |

Base   Base sizes vary by time period
A/B/C/D/E/F/G/H   Statistically significant @ 95% confidence level

2012.02.14 - TOP SECRET

57

SAMSUNG

Hall & Partners

# CONSUMERS ARE ALSO STARTING TO SEE APPLE AS MORE RELIABLE, TRUSTWORTHY, AND FUNCTIONAL, AND LESS YOUNG AND COMPLICATED

## Apple personality and imagery
Among aware and asked

| Apple Personality and Imagery | Q1 '10 (A) % | Q4 '11 (B) % | % |
|---|---|---|---|
| Reliable | 32 | 48A | +16 |
| Trustworthy | 34 | 47A | +13 |
| Makes products that are easy to use | 38 | 49A | +11 |
| Makes phones that meet my expectations | 41 | 49A | +8 |
| Caring | 25 | 33A | +8 |
| Functional | 46 | 53A | +7 |
| Is the best designed and most stylish | 48 | 54A | +6 |
| Traditional | 10 | 16A | +6 |
| Optimistic | 39 | 45A | +6 |
| Stretch the definition of what a phone is | 63 | 60 | -3 |
| Complicated | 40B | 35 | -5 |
| Young | 58B | 51 | -7 |

Base   Q1 '10 (855) Q4'11 (997)
A/B   Statistically significant @ 95% confidence level

2012.02.14 - TOP SECRET

58

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380858

# THE PREFERENCE GAP BETWEEN APPLE AND SAMSUNG, WHICH WAS ONCE SO PREVALENT IN TARGET MARKETS, IS STARTING TO SPILL OVER INTO CONTROL MARKETS

**Apple Samsung preference gap by market**
Among total



*Gap in target markets*

| | Q1 '10 | Q2 '10 | Q3 '10 | Q4 '10 | Q1 '11 | Q2 '11 | Q3 '11 | Q4 '11 |
|---|---|---|---|---|---|---|---|---|
| | 17.1% | 13.9% | 16.8% | 12.0% | 18.8% | 14.4% | 24.3% | 16.2% |

*Gap in control markets*

| | Q1 '10 | Q2 '10 | Q3 '10 | Q4 '10 | Q1 '11 | Q2 '11 | Q3 '11 | Q4 '11 |
|---|---|---|---|---|---|---|---|---|
| | 2.3% | 8.3% | 5.5% | 5.6% | 7.9% | 10.3% | 6.6% | 11.2% |

Base    Base sizes vary by time period
Blue    Apple advantage
Orange  Samsung advantage

Hall & Partners

SAMSUNG

59

2012.02.14 - TOP SECRET

Highly Confidential - Attorneys' Eyes Only          SAMNDCA00380859

# LIKEWISE, APPLE CONTINUES TO WIDEN THEIR SCOPE AT THE WSPS, AS THEY EXPAND THEIR PREFERENCE ADVANTAGE AT AT&T & VERIZON AND MAKE INROADS AT SPRINT



**Apple Samsung preference gap by WSP**
Among total

Gap at AT&T

Gap at T-Mobile

Gap at Verizon

Gap at Sprint

Hall & Partners

60

2012.02.14 – TOP SECRET

SAMSUNG

61

2012.02.14 - TOP SECRET

# HOW DOES "BANTER" AND "FASHION ADVICE" PERFORM IN MARKET?

## SECTION SEVEN

**Highly Confidential - Attorneys' Eyes Only**

SAMNDCA00380861

# DESPITE MUCH HIGHER SPEND, RECOGNITION OF THE FOCUS FLASH ADS FALL IN LINE WITH "NEXT BIG THING"

Hall & Partners

**Weekly Ad Recognition**
Among total



■ Spend

| | Banter / Fashion Advice TV (Focus Flash) | Next Big Thing TV (GSII) | Infuse 4G TV (Infuse 4G) | AT&T Apple TV (iPhone) |
|---|---|---|---|---|
| | 65% / 31% | 56% / 26% | 83% / 59% | 71% / 47% |

Base:   52 Week (150 per week)

2012.02.14 - TOP SECRET

62

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

# THE ADS ALSO FALL SHORT ON ATTRIBUTION, AS SAMSUNG IS AWARDED LITTLE CREDIT FOR THE EXECUTIONS

**Ad Linkage**
Among recognizers



As far as you remember, which brand or brands was this advertising for?

| Ad Linkage | Banter TV (Focus Flash) *(A)* | Fashion Advice TV (Focus Flash) *(B)* | Next Big Thing TV (GSII) *(C)* | Infuse 4G TV (Infuse 4G) *(D)* | AT&T Apple TV (iPhone) *(E)* |
|---|---|---|---|---|---|
| | % | % | % | % | % |
| AT&T | 3C | 1 | 1 | 9ABC | 26ABCD |
| HTC Touch | 4E | 5E | 4E | 4E | 1 |
| Apple/iPhone | 6 | 3 | 5 | 7B | N/A |
| Don't Know | 41CE | 41CE | 27 | 57ABCE | 32 |

Base:   Recognizers of Banter TV (Focus Flash) (425); Fashion Advice TV (Focus Flash) (287); Next Big Thing TV (GSII) (371); Infuse 4G TV (Infuse 4G) (636); AT&T Apple TV (iPhone) (589)
*Galaxy mentions included
**A/B/C/D/E** Statistically significant @ 95% confidence level

2012.02.14 - TOP SECRET

63

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA00380863

# THE INFUSE 4G TV SPOT IS THE ONLY AD CONSIDERED TO BE SIGNIFICANTLY DIFFERENT FROM OTHER ADVERTISING TRACKED

**Ad Salience**
Among recognizers



*Mobile T2B salience norm: 63%\*\**

| Top 2 Box: | Banter TV (Focus Flash) | Fashion Advice TV (Focus Flash) | Next Big Thing TV (GSII) | Infuse 4G TV (Infuse 4G) | AT&T Apple TV (iPhone) |
|---|---|---|---|---|---|
| | 53% | 57% | 59% | 77% ABCE | 54% |
| ■ It really stood out as different from other advertising | 15% | 20% | 20% E | 32% ABCE | 15% |
| ■ It stood out as being somewhat different from other advertising | 38% | 37% | 39% | 45% ABE | 39% |
| ■ It wasn't very different from other advertising but it did stand out | 30% D | 24% D | 28% D | 17% | 27% D |
| ■ It was much the same as most advertising and didn't stand out much | 12% D | 12% D | 9% D | 3% | 13% D |
| ■ It was the sort of advertising that you don't notice and it didn't stand out at all | 5% | 7% | 4% | 4% | 6% |
| | (A) | (B) | (C) | (D) | (E) |

Base:   Recognizers of Banter TV (Focus Flash) (425); Fashion Advice TV (Focus Flash) (287); Next Big Thing TV (GSII) (371); Infuse 4G TV (Infuse 4G) (636); AT&T Apple TV (iPhone) (589)
**A/B/C/D/E** Statistically significant @ 95% confidence level
\*\*based on 38 mobile ads

2012.02.14 - TOP SECRET

64

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA00380864

SAMSUNG

Hall & Partners

# FALLING BELOW "NEXT BIG THING", THE FOCUS FLASH ADS ARE ONLY MODERATELY APPEALING TO AUDIENCES

## Ad Involvement
Among recognizers

*Mobile T2B involvement norm: 63%***

**Top 2 Box:**

|  | Banter TV (Focus Flash) | Fashion Advice TV (Focus Flash) | Next Big Thing TV (GSII) | Infuse 4G TV (Infuse 4G) | AT&T Apple TV (iPhone) |
|---|---|---|---|---|---|
|  | 52% | 53% | 62%**ABE** | 64%**ABE** | 55% |
| It's very appealing advertising | 16% | 17% | 25%**ABE** | 20% | 17% |
| It's more appealing than other ads | 36% | 36% | 38% | 44%**ABE** | 38% |
| It has no more appeal than other ads | 36% **CD** | 30% **D** | 29% **D** | 21% | 31% **D** |
| It's less appealing than other ads | 5% | 7% **C** | 3% | 6% **C** | 6% **C** |
| It's not appealing advertising | 7% | 10% | 3% | 10% **C** | 7% |
|  | **(A)** | **(B)** | **(C)** | **(D)** | **(E)** |

**Involvement Diagnostics**

| | % | % | % | % | % |
|---|---|---|---|---|---|
| I like the phone featured | 34**D** | 31 | 47**ABD** | 27 | 43**ABD** |
| It makes its point in a clever way | 35 | 36 | 45**AB** | 55**ABCE** | 48**AB** |
| I can relate to what they are saying and showing | 23**D** | 22**D** | 30**ABD** | 11 | 32**ABD** |
| I'd enjoy seeing it again | 29 | 31 | 27 | 36**ACE** | 25 |
| I looked at the advertising very closely, because it was very appealing | 13 | 13 | 16 | 13 | 16 |

Base:   Recognizers of Banter TV (Focus Flash) (425); Fashion Advice TV (Focus Flash) (287); Next Big Thing TV (GSII) (371); Infuse 4G TV (Infuse 4G) (636); AT&T Apple TV (iPhone) (589)
A/B/C/D/E Statistically significant @ 95% confidence level
** based on 38 mobile ads

2012.02.14 - TOP SECRET

65



# WITH THE LACK OF STRONG APPEAL AND DIFFERENTIATION, THE FOCUS FLASH ADS DO NOT DRIVE INTEREST

Hall & Partners

**Ad Persuasion**
Among recognizers

*Mobile T2B persuasion norm: 46%\*\**

| Top 2 Box: | Banter TV (Focus Flash) | Fashion Advice TV (Focus Flash) | Next Big Thing TV (GSII) | Infuse 4G TV (Infuse 4G) | AT&T Apple TV (iPhone) |
|---|---|---|---|---|---|
| | 32% | 34% | 48%**ABDE** | 32% | 37% |
| I'm extremely interested in finding out more | 11% | 13% | 16%**AD** | 9% | 12% |
| I'm very interested in finding out more | 21% | 21% | 32%**ABDE** | 23% | 25% |
| I'm somewhat interested in finding out more | 35% | 32% | 32% | 35% | 32% |
| I'm not really interested in finding out more | 21%**C** | 21%**C** | 13% | 22%**C** | 21%**C** |
| I'm not at all interested in finding out more | 13%**C** | 13%**C** | 7% | 11%**C** | 10% |
| | **(A)** | **(B)** | **(C)** | **(D)** | **(E)** |
| **Persuasion Diagnostics** | % | % | % | % | % |
| It tells me something new | 22**D** | 22**D** | 28**D** | 16 | 29**ABD** |
| It tells me something interesting about the company | 18**D** | 21**D** | 25**AD** | 13 | 20**D** |

Base:   Recognizers of Banter TV (Focus Flash) (425.); Fashion Advice TV (Focus Flash) (287); Next Big Thing TV (GSII) (371); Infuse 4G TV (Infuse 4G) (636); AT&T Apple TV (iPhone) (589)
**A/B/C/D/E** Statistically significant @ 95% confidence level
\*\*based on 38 mobile ads

2012.02.14 - TOP SECRET

SAMSUNG

66

# SIMILARLY, INTENT TO PURCHASE IS FAR BELOW THAT OF "NEXT BIG THING" AND COMPETITOR ADS

**Ad Purchase Intent**
Among recognizers



Hall & Partners



*Mobile T2B purchase intent norm: 43%***

**Top 2 Box:**

| | Banter TV (Focus Flash) (A) | Fashion Advice TV (Focus Flash) (B) | Next Big Thing TV (GSII) (C) | Infuse 4G TV (Infuse 4G) (D) | AT&T Apple TV (iPhone) (E) |
|---|---|---|---|---|---|
| | 29% | 33% | 46% **ABDE** | 32% | 37% **A** |
| ■ Definitely would buy | 10% | 9% | 13% **D** | 9% | 12% |
| ■ Probably would buy | 19% | 24% | 33% **ABDE** | 23% | 25% **A** |
| ■ Might or might not buy | 46% **BCDE** | 37% | 35% | 35% | 32% |
| ■ Probably would not buy | 16% | 21% **C** | 12% | 22% **AC** | 21% **AC** |
| ■ Definitely would not buy | 9% | 9% | 6% | 11% **C** | 10% **C** |

Base:   Recognizers of Banter TV (Focus Flash) (425); Fashion Advice TV (Focus Flash) (287); Next Big Thing TV (GSII) (371); Infuse 4G TV (Infuse 4G) (636); AT&T Apple TV (iPhone) (589)
*A/B/C/D/E* Statistically significant @ 95% confidence level
**based on 38 mobile ads

2012.02.14 - TOP SECRET

67

**Highly Confidential - Attorneys' Eyes Only**

SAMNDCA00380867

SAMSUNG

# WHERE DOES SAMSUNG SIT IN THE TABLET CATEGORY?

## SECTION EIGHT

2012.02.14 – TOP SECRET

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380868

SAMSUNG

Hall & Partners

# APPLE IS THE MOST TOP OF MIND BRAND IN THE TABLET CATEGORY, WHILE A QUARTER OF RESPONDENTS MENTION SAMSUNG

**Unaided Brand Awareness – Top 3 Mentions**
Among total

**ACDEF**
80%
(B)

**DEF**
19%
(C)

**EF**
15%
(D)

**CDEF**
25%
(A)

4%
(E)

4%
(F)

Base   Q4 '11 (975)
**A/B/C/D/E/F**   Statistically significant @95% confidence level

2012.02.14 - TOP SECRET

69

WHEN AIDED, MORE THAN HALF OF TABLET INTENDERS ARE AWARE THAT SAMSUNG MANUFACTURES TABLET COMPUTERS, WITH ONLY APPLE AHEAD

Hall & Partners

SAMSUNG

70

**Tablet manufacturer awareness**
Among total

| Manufacturer | Awareness |
|---|---|
| Apple | 86% |
| Samsung | 55% |
| HP | 51% |
| Dell | 47% |
| Toshiba | 36% |
| Motorola | 32% |
| Blackberry | 32% |
| Acer | 31% |
| Amazon | 30% |
| LG | 28% |
| Netbook | 22% |
| HTC | 21% |
| Google | 19% |
| Lenovo | 16% |
| Asus | 16% |
| Nokia | 11% |
| Archos | 8% |
| Coby | 7% |
| Fujitsu | 6% |
| Viewsonic | 6% |

2012.02.14 – TOP SECRET

Base   Q4 '11 (975)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380870

SAMSUNG

71

THE GALAXY TAB IS RECOGNIZED BY ALMOST 60% OF RESPONDENTS, BUT DOES NOT GARNER THE SAME LEVELS OF AWARENESS AS IPAD, KINDLE, OR TOUCHPAD

Hall & Partners

**Tablet model awareness**
Among total



| Model | Awareness |
|-------|-----------|
| iPad | 97% |
| Kindle Fire | 76% |
| TouchPad | 64% |
| Galaxy Tab | 57% |
| Smartpad | 45% |
| Xoom | 31% |
| PlayBook | 31% |
| Slate | 23% |
| Internet Tablet | 22% |
| Navigator | 22% |
| Viewpad | 19% |
| Evo View (Flyer) | 14% |
| Thrive | 14% |
| LifeBook | 12% |
| Streak | 11% |
| Eee Pad | 10% |
| G-Slate | 10% |
| Kyros | 9% |
| Jetstream | 9% |
| Ideapad K1 | 8% |
| Iconia | 8% |
| Micro Cruz | 7% |
| Ideos | 6% |
| Ink Adam | 4% |

2012.02.14 - TOP SECRET

Base   Q4 '11 (975)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380871



APPLE HAS A DOMINATING PRESENCE IN THE CATEGORY, AS HALF OF RESPONDENTS SEE THE BRAND AS THEIR MOST PREFERRED; SAMSUNG SECURES THE SECOND POSITION, THOUGH FAR BEHIND APPLE

**MPSA**
Among Total

Hall & Partners

SAMSUNG

72

| Samsung (A) | Apple (B) | Dell (C) | HP (D) | Amazon (E) | HTC (F) | LG (G) | Blackberry (H) | Motorola (I) |
|---|---|---|---|---|---|---|---|---|
| 10.2% | 51.6% | 7.3% | 6.2% | 4.3% | 3.6% | 3.6% | 3.0% | 2.9% |
| CDEFGHI | ACDEFGHI | EFGHI | FGHI | | | | | |

Base   Q4 '11 (975)   Statistically significant @95% confidence level
**A/B/C/D/E/F/G/H/I**

2012.02.14 - TOP SECRET



# LIKEWISE, ALMOST THREE QUARTERS OF RESPONDENTS ARE WILLING TO PURCHASE APPLE, WITH SAMSUNG FALLING A DISTANT SECOND

## Category Purchase Intent
Among aware of brand and asked



**Top 2 Box:**

| | Samsung (A) | Apple (B) | HP (C) | LG (D) | HTC (E) | Blackberry (F) | Motorola (G) |
|---|---|---|---|---|---|---|---|
| | 47% CDEFG | 72% ACDEFG | 41% EFG | 34% G | 29% | 29% | 26% |
| Definitely would buy | 19% DEFG | 52% ACDEFG | 16% EFG | 12% G | 11% G | 11% G | 6% |
| Probably would buy | 28% BDEFG | 20% | 25% EFG | 21% | 18% | 18% | 19% |
| Might or might not buy | 35% B | 13% | 33% B | 42% ABCF | 37% B | 32% B | 46% ABCEF |
| Probably would not buy | 13% B | 8% | 15% B | 16% B | 25% ABCD | 27% ABCDG | 20% ABC |
| Definitely would not buy | 5% | 7% | 11% AB | 9% A | 9% A | 12% ABG | 8% A |

Legend:
- ■ Definitely would buy
- ■ Probably would buy
- ■ Might or might not buy
- ■ Probably would not buy
- ■ Definitely would not buy

Base   Among aware of brand and asked Samsung (942); Apple (484); HP (481); LG (482); HTC (483); BlackBerry (483); Motorola (481)
A/B/C/D/E/F/G   Statistically significant @95% confidence level

2012.02.14 - TOP SECRET

73

Hall & Partners

SAMSUNG

SAMSUNG

Hall & Partners

# SAMSUNG PERSONA IS MORE DEVELOPED THEN ALL OTHER BRANDS IN THE CATEGORY, HOWEVER APPLE STILL LEADS THE WAY

## Samsung Personality
Among aware and asked

### Personality

| | Samsung | Apple | HP | LG | HTC | Blackberry | Motorola |
|---|---|---|---|---|---|---|---|
| Functional | 46% | 65% | 47% | 40% | 40% | 37% | 40% |
| Reliable | 39% | 67% | 40% | 30% | 27% | 31% | 26% |
| High-performing | 39% | 69% | 34% | 30% | 32% | 33% | 23% |
| Intelligent | 37% | 67% | 34% | 31% | 31% | 35% | 27% |
| Trustworthy | 36% | 62% | 38% | 30% | 27% | 29% | 28% |
| Stylish | 33% | 63% | 28% | 30% | 33% | 36% | 24% |
| Innovative | 33% | 69% | 27% | 29% | 30% | 31% | 23% |
| Imaginative | 30% | 64% | 24% | 26% | 27% | 24% | 19% |
| Optimistic | 28% | 46% | 21% | 27% | 24% | 19% | 19% |
| Inviting | 28% | 51% | 22% | 22% | 23% | 21% | 16% |
| Authentic/Unique | 25% | 56% | 21% | 20% | 21% | 23% | 16% |
| Young | 23% | 46% | 15% | 28% | 34% | 25% | 16% |
| Caring | 23% | 41% | 25% | 19% | 17% | 15% | 15% |
| Traditional | 21% | 32% | 40% | 20% | 15% | 22% | 26% |
| Complicated | 11% | 20% | 16% | 12% | 16% | 28% | 15% |

Base   Among aware of brand and asked Samsung (942); Apple (484); HP (481); LG (482); HTC (483); BlackBerry (483); Motorola (481)
Green/Red   Significantly higher/lower than Samsung @95% confidence level

2012.02.14 - TOP SECRET

74

SAMSUNG

75

2012.02.14 - TOP SECRET

APPENDIX

Highly Confidential - Attorneys' Eyes Only

**Samsung Imagery**
Among aware and asked

Hall & Partners

SAMSUNG

## Imagery

| | Samsung | Apple | HP | LG | HTC | Blackberry | Motorola |
|---|---|---|---|---|---|---|---|
| Makes products that are easy to use | 38% | 62% | 38% | 32% | 28% | 27% | 29% |
| Makes tablet computers that meet my expectations | 36% | 62% | 35% | 26% | 29% | 25% | 25% |
| On its way up and has a lot going for it | 35% | 44% | 22% | 32% | 35% | 23% | 20% |
| Is a brand I've been hearing a lot about lately | 33% | 64% | 25% | 21% | 28% | 28% | 20% |
| Is a brand I am proud to own | 33% | 57% | 33% | 25% | 23% | 25% | 17% |
| Enables me to bring my imagination to life | 30% | 57% | 28% | 22% | 24% | 20% | 18% |
| Inspires my creativity | 26% | 56% | 27% | 20% | 21% | 20% | 15% |
| Offers tablets that stretch the definition of what a tablet computer is | 25% | 57% | 23% | 18% | 21% | 17% | 15% |
| They are well ahead of the rest | 23% | 63% | 22% | 17% | 20% | 18% | 12% |
| Someone I'd really like and would have a lot in common with | 23% | 48% | 24% | 20% | 16% | 15% | 14% |
| Shares my passions | 23% | 50% | 25% | 18% | 17% | 17% | 14% |
| Is the best designed and most stylish tablet computer brand of all | 22% | 58% | 20% | 16% | 16% | 17% | 12% |
| I go out of my way to recommend this brand to others | 22% | 49% | 23% | 17% | 16% | 16% | 11% |
| Is the most technologically advanced tablet computer brand of all | 21% | 63% | 20% | 15% | 18% | 17% | 11% |

Base   Among aware of brand and asked Samsung (942); Apple (484); HP (483); LG (482); HTC (483); BlackBerry (483); Motorola (481)
Green/Red   Significantly higher/lower than Samsung @95% confidence level

2012.02.14 - TOP SECRET

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380876



**Brand Sales**
Among total

Highly Confidential - Attorneys' Eyes Only



**Product Sales**
Among total

2012.02.14 - TOP SECRET

78

Highly Confidential - Attorneys' Eyes Only



**PR Placements & Impressions**
Among total

Highly Confidential - Attorneys' Eyes Only

**SAMSUNG**

**Earned Media Value Generated**
Among total



■ Value in Millions

| W45 | W46 | W47 | W48 | W49 | W50 | W51 | W52 | W1 | W2 | W3 |
|------|------|------|------|------|------|------|------|------|------|------|
| 1.07 | 0.49 | 2.07 | 0.93 | 1.04 | 3.61 | 1.56 | 2.48 | 1.27 | 2.83 | 1.29 |

NBT Launch

NBT Refresh

2012.02.14 - TOP SECRET

80

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380880

**Online Mobile Mentions (Volume)**
Among total



—Samsung —LG —Motorola —RIM —Apple —HTC

Launch of
iPhone 4S

| | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 |

400000
350000
300000
250000
200000
150000
100000
50000
0

*Analysis based on "consumer electronics" sample

2012.02.14 - TOP SECRET

81

SAMSUNG

NETWORKED INSIGHTS.



**Online Mobile Mentions (Sentiment and volume)**
Among total

Samsung — Apple —

Launch of iPhone 4S

Jul-11  Aug-11  Sep-11  Oct-11  Nov-11  Dec-11

250000
200000
150000
100000
50000
0

*Analysis based on "consumer electronics" sample

2012.02.14 - TOP SECRET

82

Highly Confidential - Attorneys' Eyes Only          SAMNDCA00380882



**Campaign Conversation Volume**
Among total

Blog & forum Impressions — Facebook Posts* (right axis) — Twitter Posts* (right axis)

A. (week 2) – New "Movies and Music" spot released
B. (week 8) – Twitter spike around "Samsunged" buzz word

*Analysis based on "consumer electronics" sample

2012.02.14 - TOP SECRET

83



**Campaign Sentiment**
Among total

A. (Week 2) – perceived attack on Apple customers lead to the increased negative sentiment
B. (Week 3) – The humor of the campaign, particularly the Barista character, drove positive sentiment
C. (Week 4) – Less aggressive conversation from Apple-focused sites
D. (Week 8) – 4 new ad executions released, driving both pos. and neg sentiment
E. (Week 9) – Conversation more neutral around quoting the ads and the two new commercials

*Analysis based on "consumer electronics" sample

2012.02.14 - TOP SECRET

84

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380884

**Ad response summary**
Among Apple customers

| | Apple Owner | Non-Apple Owner |
|---|---|---|
| | **(A)** | **(B)** |
| | % | % |
| Top 2 Box Salience | 65% | 58% |
| Top 2 Box Involvement | 62% | 62% |
| Top 2 Box Persuasion | 48% | 49% |
| Top 2 Box Purchase Intent | 43% | 47% |
| It makes its point in a clever way | 46% | 44% |
| I like the phone featured | 46% | 47% |
| It tells me something interesting about the company | 33% | 23% |
| I believe the phone can deliver on what the advertising is saying | 37% | 47% |

85

2012.02.14 - TOP SECRET

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380885

Hall & Partners

SAMSUNG

86

2012.02.14 - TOP SECRET



**Samsung Personality**
Among aware and asked

— Q3 '11
— Q2 '11
— Q1 '11
— Q4 '10
— Q3 '10
— Q2 '10
— Q1 '10
— Q4 '11

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380886



**Category Personality**
Among aware and asked

Highly Confidential - Attorneys' Eyes Only

Hall & Partners

SAMSUNG

88

2012.02.14 - TOP SECRET

## Top 2 Box PI Difference between Recognizers and Non Recognizers

A ■ Recognized advertisement
B ■ Did not recognize the advertisement

| | +8% | +6% | +4% | +1% | -2% | +2% |
|---|---|---|---|---|---|---|

Next Big Thing (GSII): 67% / 59%
The Way We're Wired (GSII): 64% / 58%
Galaxy SI Average (GSI): 65% / 61%
Superhero (Behold II): 57% / 56%
Stormchaser / Band (Omnia II): 53% / 55%
Ozzy (Jack): 57% / 55%

Highly Confidential - Attorneys' Eyes Only

**Online mentions of brand manufacturer with WSP**
Among total



**Verizon MPSA**

**AT&T MPSA**

**T Mobile MPSA**

**Sprint MPSA**

Samsung — LG — Apple — HTC

*Analysis based on "consumer electronics" sample

2012.02.14 - TOP SECRET

89

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380889

## Personality – Gap between Apple and Samsung
Among aware and asked

Below is a list of different statements that other people have made about brands of mobile phones. As you read the list, select all statements that you feel describe each of the mobile phone brands.



**Personality**

| | Q1 '10 Gap % | Q4 '11 Gap % |
|---|---|---|
| Imaginative | +41 | +34 |
| Innovative | +39 | +33 |
| Intelligent | +35 | +32 |
| High-performing | +34 | +31 |
| Authentic/Unique | +30 | +29 |
| Young | +37 | +27 |
| Stylish | +27 | +23 |
| Optimistic | +15 | +19 |
| Inviting | +18 | +18 |
| Caring | +2 | +9 |
| Trustworthy | -3 | +8 |
| Reliable | -10 | +5 |
| Functional | -2 | +4 |

Base   Q1 '10: Samsung (1638); Apple (855); Q4 '11: Samsung (1934); Apple (997)

2012.02.14 - TOP SECRET

90

**Highly Confidential - Attorneys' Eyes Only**        SAMNDCA00380890

SAMSUNG

Hall & Partners

Hall & Partners

SAMSUNG

## Samsung Imagery – Gap Between Apple and Samsung

> Below is a list of different statements that other people have made about brands of mobile phones. As you read the list, select all statements that you feel describe each of the mobile phone brands.



| Imagery | Q1 '10 Gap % | Q4 '11 Gap % |
|---|---|---|
| Is the most technologically advanced mobile phone brand of all | +48 | +46 |
| Is a brand I've been hearing a lot about lately | +46 | +38 |
| This mobile phone brand is well ahead of the rest | +40 | +38 |
| Offers phones that stretch the definition of what a phone is | +43 | +33 |
| Is the best designed and most stylish mobile phone brand of all | +29 | +30 |
| Enables me to bring my imagination to life | +31 | +28 |
| Inspires my creativity | +29 | +26 |
| Shares my passions | +19 | +16 |
| On its way up and has a lot going for it | +20 | +15 |
| If this brand were a person, it would be someone I'd really like and would have a lot in common with | +18 | +15 |
| I go out of my way to recommend this brand to others | +12 | +13 |
| Is a brand I am proud to own | +7 | +8 |
| Makes products that are easy to use | -3 | +7 |
| Makes phones that meet my expectations | +3 | +6 |

Base    Q1 '10: Samsung (1638); Apple (855); Q4 '11: Samsung (1934); Apple (997)

2012.02.14 - TOP SECRET

91

Highly Confidential - Attorneys' Eyes Only          SAMNDCA00380891

Hall & Partners

SAMSUNG

**Brand Impact (controlled for ownership and brand familiarity)**
Among recognizers and non recognizers

A ■ Recognized advertisement

B ■ Did not recognize the advertisement



*Samsung MPSA Difference between Recognizers and Non Recognizers*

| +12% | +1% | -2% | 0% | -1% | NA |

Next Big Thing (GSII) — 18% B, 6%

The Way We're Wired (GSII) — 13%, 12%

Galaxy SI Average (GSI) — 8%, 10%

Superhero (Behold II) — 8%, 8%

Stormchaser / Band (Omnia II) — 5%, 6%

Ozzy (Jack) — NA

Base: Recognizers of Next Big Thing (GSII) (117); The Way We're Wired (GSII) (225); Galaxy SI Average (GSI) (256); Superhero (Behold II) (178); Stormchaser/Band (Omnia II) (108); Ozzy (Jack) (334);
Non Recognizers of Next Big Thing (GSII) (126); The Way We're Wired (GSII) (274); Galaxy SI Average (GSI) (300); Superhero (Behold II) (373); Stormchaser/Band (Omnia II) (99); Ozzy (Jack) (262)

A/B Statistically significant @ 95% confidence level

2012.02.14 - TOP SECRET

92

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA00380892

**Online conversations (Blogs, Forums, News, Twitter)**
Data from 11/21/11 to 12/31/11



Online Conversations around "Next Big Thing"

Waiting in line

Commercial makes fun of Apple

"Favoriting and sharing YouTube video"

Quoting "Dude you're a barista"

65%

30%

5%

4%

*Analysis based on "consumer electronics" sample

2012.02.14 - TOP SECRET

93

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

## Category Personality Shift among Smartphone Intenders
Among aware and asked



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380894

2012.02.14 - TOP SECRET

94



## Category Imagery Shift among Smartphone Intenders
Among aware and asked

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380895

Hall & Partners
SAMSUNG

## Ad persuasion
Among recognizers

**Top 2 Box:**

Legend:
- ■ I'm extremely interested in finding out more
- ■ I'm very interested in finding out more
- ■ I'm somewhat interested in finding out more
- ■ I'm not really interested in finding out more
- ■ I'm not at all interested in finding out more

| | Next Big Thing The Way We're (GSII) | The Way We're Wired (GSII) | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | Superhero (Behold II) | Apple Two Phones | Apple Face Time |
|---|---|---|---|---|---|---|
| Top 2 Box | 48% | 46% | 50% | 47% | 42% | 63% A |
| I'm extremely interested | 16% | 19% | 21% A | 21% | 18% | 35% A |
| I'm very interested | 32% E | 28% | 28% | 26% | 24% | 28% |
| I'm somewhat interested | 32% F | 32% | 29% | 31% | 28% | 23% |
| I'm not really interested | 13% | 12% | 14% | 15% | 17% | 11% |
| I'm not at all interested | 7% | 9% | 7% | 7% | 13% A | 3% |
| | (A) | (B) | (C) | (D) | (E) | (F) |

| Persuasion Diagnostics | % | % | % | % | % | % |
|---|---|---|---|---|---|---|
| It tells me something new | 28 | 26 | 31 | 24 | 33 | 40 A |
| It tells me something interesting about the company | 25 | 21 | 23 | 23 | 23 | 24 |

Base: Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436); Avatar/Epic/Dog Fight/Car Chase TV (GSII) (756); Superhero TV (Behold II) (237); Apple Two Phones (368); Apple Face Time (184)

A/B, A/C, A/D, A/E, A/F Statistically significant @ 95% confidence level

* Execution average

2012.02.14 - TOP SECRET

96