# EXHIBIT 11



# BEAT APPLE

## Apple vs Samsung Consumer Insights

| | |
|---|---|
| Owners | |
| Document Revision | V 1.7 |
| Effective Date | December 9, 2011 |
| Retention | 7 yrs |
| Security Policy | Confidential |

Highly Confidential - Attorneys' Eyes Only



REDACTED

SAMNDCA10389446



REDACTED

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10389447



REDACTED

Highly Confidential - Attorneys' Eyes Only



REDACTED

Highly Confidential - Attorneys' Eyes Only



WINNING THE CUSTOMER

REDACTED

CONFIDENTIAL

3 DEC 2011

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10389450

# APPLE INTENDERS DRAW EQUALLY FROM APPLE'S CURRENT USER BASE AND NEW-TO-SMARTPHONE USERS.

**REDACTED**

"Thickness" of line proportional to # of consumers

Previous, Current, and Next Desired Operating System



- Majority of current Android users came from feature phones
- Once converted to Android they show strong loyalty for *Android* (not necessarily OEM) for their next device
- Apple drawing equally from Apple base and non-smart users for current device
- Apple loyalty strong for next device

**REDACTED**



| Previous Device | Current Device | Next Desired Device |
|---|---|---|
| Android 3% | Android 22% | Apple 22% |
| Apple 4% | Apple 11% | RIM BB 5% |
| RIM BB 7% | RIM BB 8% | WP7 5% |
| WiMo 3% | WiMo 3% | Other OS 1% |
| Other OS 3% | WP7 <1% | Non-SP 12% |
| Non-SP 80% | Other OS 2% | Not Sure 33% |
| | Non-SP 62% | |

Nielsen 3Q11

Highly Confidential - Attorneys' Eyes Only

WINNING THE BOOMER SEGMENT

SAMSUNG

CONFIDENTIAL

3 DEC 2011

BABY BOOMERS ARE A CRITICAL SEGMENT; THEY ARE EXPANDING THE OVERALL SMARTPHONE PIE WITH THE FASTEST SMARTPHONE ADOPTION



Q3'10 Smartphone Ownership by Age
Total: 58.7MM Sp users

Boomers*: 15.0MM

Boomers are the fastest growing age group: +67% Y/Y overall

Q3'11 Smartphone Ownership by Age
Total: 87.4MM Sp users

Boomers*: 25.0MM

+45% Y/Y

13-17
18-24
25-34
35-44
45-54
55-64
65+

*Baby Boomers currently are 47-65 years old. This slide is representing baby boomer proxy group (45-65+)
Source: comScore MobiLens Survey Q3'11

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10389453

BOOMERS SHOWED THE HIGHEST Y/Y % GROWTH IN BOTH IOS AND ANDROID PLATFORMS





## Recent Android Shopper Y/Y Growth by Age Group





## Recent iPhone Shopper Y/Y Growth by Age Group



Source: comScore MobiLens Survey Q3'11

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10389454

SAMSUNG

CONFIDENTIAL

9 DEC 2011

10

BOOMERS WERE SIGNIFICANTLY MORE CONCERNED WITH NETWORK QUALITY, MONTHLY SERVICE COST & PHONE BRAND VS. APPS AND FEATURES ON THE DEVICE

## Recent Smartphone Acquirers' Device Purchase Considerations - by Age Group (top 2 box)



■ Boomers
■ <45

...BOOMERS' YOUNGER COHORTS, HOWEVER, WERE MUCH MORE CONCERNED WITH THE DEVICE'S FEATURES/CAPABILITIES OVER WHICH BRAND THE PHONE WAS MADE BY

Network Quality of Mobile Service Provider
Overall cost of the monthly service
Phone operating system
Brand name of the mobile service provider
Cost of the data plan specifically
Price of the phone (after any rebates and other incentives)
Brand name of the phone
Selection of apps available for my phone model
Music and Video Capabilities
Recommended by Family/Friend
Social Networking Features
Recommended by retail sales person

0%   20%   40%   60%   80%

Source: comScore MobiLens; 3 mo average
ending October  (acquired within 6 months)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10389455

9 DEC 2011

CONFIDENTIAL

11

SAMSUNG

SAMSUNG

12

BOOMERS ARE LESS DEMANDING FOR THE LATEST TECHNOLOGIES. THEY ARE MORE APPRECIATIVE OF SIMPLE NO-NONSENSE LIFE STYLE BENEFITS

**Tackling Technology**
Boomers are in the race, just not out in front

**72%** of Boomers feel that technology blurs the boundary between work and personal life
(+9 points from Gen Y)



**67%** of this group think the blurring is a bad thing
(+4 from Gen Y)

## Need to Understand

✓ There is one positive side to Boomers' lagging tech attitudes – they're less demanding. Just 59% say they "expect to be able to access content regardless of the device or platform," compared with 80% of Gen Y.

Roper Reports US  Spring Core 2011 (online), Q27,29,30,31; February 2011 TeleCell (phone), Q19-20

CONFIDENTIAL

8 DEC 2011

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10389456

# BOOMERS ARE THE MOST HEALTH CONSCIOUS AGE GROUP. SMARTPHONE FUNCTIONS THAT WILL INDULGE/ANSWER THEIR HEALTH RELATED CONCERNS IN A VERY SIMPLE WAY MAY CREATE SIGNIFICANT TRACTION AMONG THIS GROUP...

## Aging Effects

Aches and pains are balanced by a still indulgent mindset



**Boomers Are Going through Physical Changes**

% who have experienced event in past 5 years

- Surviving a major illness
- Going through menopause (women)

| | Gen Y | Gen X | Boom | Pre-Boom |
|---|---|---|---|---|
| Surviving a major illness | 10 | 14 | 40 | 24 |
| Going through menopause (women) | 0 | 6 | 21 | 18 |
| | 6 | 7 | 12 | 5 |

### Need to Understand:

Boomers are health-conscious in that they are highly aware of products used to treat illness, such as vitamins and oat bran. They are also more likely than average to know about methods that may hark back to their 'hippie' youth such as aromatherapy, herbal remedies, acupuncture, and massage therapy.

Roper Reports US Fall Core 2010 (online), Q21,54,57,70; Spring Core 2011 (online), Q15, 38-40, D11

SAMSUNG

13

CONFIDENTIAL

9 DEC 2011

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10389457

# THE MIDDLE AGED, FEMALES AND US NORTHEAST RESIDENTS ARE CURRENTLY THE MOST PROMINENT SOURCES OF GROWTH FOR APPLE IPHONE

## iPhone Shopper Demo Movement (Q3'10 vs. Q3'11)

in green indicate significant source of ownership growth for Apple (highest % growth in target group headcount)

| iPhone Recent Purchasers (Acquired within the last 6 mo.) | Q3'10 | Q3'11 | Y/Y Point Change |
|---|---|---|---|
| Male | 56 | 51 | (5) |
| Female | 44 | 49 | 5 |
| 13-17 | 8 | 8 | (0) |
| 18-24 | 20 | 22 | 3 |
| 25-34 | 33 | 27 | (6) |
| 35-44 | 19 | 18 | (1) |
| 45-54 | 10 | 13 | 4 |
| 55-64 | 7 | 7 | (1) |
| 65+ | 4 | 5 | 1 |
| <$25k | 6 | 8 | 2 |
| $25k to <$50k | 14 | 13 | (1) |
| $50k to <$75k | 21 | 19 | (2) |
| $75k to <$100k | 18 | 17 | (0) |
| $100k+ | 42 | 43 | 1 |
| West | 27 | 23 | (3) |
| Midwest | 17 | 14 | (3) |
| South | 41 | 42 | 1 |
| Northeast | 15 | 20 | 5 |

| iPhone Recent Purchasers (Acquired within the last 6 mo.) | Q3'10 | Q3'11 | Y/Y Point Change |
|---|---|---|---|
| Employed full time | 58 | 51 | (7) |
| Employed part time | 8 | 9 | 0 |
| Not employed but not retired | 7 | 11 | 4 |
| Full time student, not employed | 13 | 13 | 1 |
| Full time student; also employed | 6 | 6 | 0 |
| Retired | 5 | 6 | 1 |
| Other | 3 | 3 | 1 |
| White | 73 | 84 | 11 |
| Black, African American | 8 | 5 | (3) |
| American Indian, Eskimo, Aleut | 1 | 1 | (0) |
| Islander | 13 | 6 | (7) |
| Other | 4 | 4 | (1) |
| Hispanic Origin | 9 | 9 | 1 |
| Pre-paid or Pay as you go | 2 | 3 | 0 |
| Individual account | 32 | 27 | (4) |
| Family plan | 60 | 67 | 7 |
| Corporate contract | 6 | 3 | (3) |

Source: comScore MobiLens Survey Q3'11

SAMSUNG

15

CONFIDENTIAL

3 DEC 2011

SIMILAR DYNAMIC IS OCCURRING WITH PRICE-REDUCED HERO ANDROID PRODUCTS.
THESE DEVICES BECOME MORE APPEALING TO AN OLDER FEMALE DEMOGRAPHIC WHEN
THEY PROGRESS DOWN IN PRICE.

Price reductions to high-end Android devices attract an
older, female, and white consumer base

Demographics By Price Tier -- Former Hero Android Devices



Nielsen Q3 2011 Quarterly Readout

BOOMERS ARE MORE LIKELY TO CHOOSE A SAMSUNG SMARTPHONE COMPARED TO OTHER AGE GROUPS. THEY ALSO SHOW HIGH PURCHASE CONSIDERATION FOR THE SAMSUNG BRAND OVERALL



**Recent Smartphone Acquirers' OEM brand purchased - by Age Group**

Younger age groups over index on Apple versus older generations

Boomers over index on Apple, Samsung relative to other age groups

☐ Apple
▨ Samsung

| | Apple | Samsung |
|---|---|---|
| Industry AVG | 27% | 15% |
| 13-17 | 31% | 15% |
| 18-24 | 30% | 12% |
| 25-34 | 29% | 14% |
| 35-44 | 24% | 14% |
| Boomers (45+) | 25% | 18% |

Source: comScore MobiLens 3 mo average ending October - (acquired within 6 months)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10389460

© DEC 2011

CONFIDENTIAL

SAMSUNG

REDACTED

WINNING THE COLLEGE SEGMENT

Highly Confidential - Attorneys' Eyes Only

# COLLEGE DEMOGRAPHIC GRADUATION RATES ARE SKEWING MORE FEMALE

## Reverse Gender Gap (continued)
*Educational gains by women should accelerate gains*

Almost 6 in 10 Bachelor's degrees now go to women, a full reversal of four decades ago. Masters degrees (60% now go to women, up from 39% in 1970) and PhDs (52% women, up from 13% in 1970) have seen even steeper changes; and women now earn half of law and medical degrees and 42% of MBAs – not a surprise, given how much more women aspire to education than men do.

### Women Now Predominate in College Education
% of Bachelor's degrees conferred in the U.S., by gender



US Department of Education National Center for Education Statistics; "The End of Men," *The Atlantic Monthly*, July/Aug. 2010;
"Schurenberg's Memo: Salary Gap," CBS Marketwatch.com, March 10, 2010

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10389463

SAMSUNG

CONFIDENTIAL

© DEC 2011

# COLLEGE DEMOGRAPHIC IS UNIQUE – PERVASIVE MOBILE USAGE



SAMSUNG

- Grew up with technology, loves to multitask
  - Spends an average of 12 hours each day engaged with some type of media (9.5 hours with a tech gadget)

**College Student Phone Distribution**

47% Feature phone

53% Smart phone

**Where and when do they use their smartphones**

93% Riding a bus, train or car

92% During idle time at work or school

85% Waiting in line (grocery, coffee shop, …)

82% For school-related tasks

77% When they first wake up

72% Before they go to sleep

**What do they do with their smartphones**

93%+ Use SMS (70% text during class!)

74% Use SMS

93% Use Email

58% Use Email

92% search or browse the internet (25% during class)

42% search or browse

College Students        General Population

*"For students entering college this fall, e-mail is too slow, phones have never had cords and … few know how to write in cursive or have ever worn a wristwatch."*

- 40% of students are self-described "media distributors", because they share video or blog content with their friends

Sources: U.S. Department of Education - Profile of Entering Undergraduate Students - June 2010
University of Colorado Boulder - Survey - April 2010
Associated Press - Beloit College Mindset List – 2010
IntoMobile – July 2011
Smartphone Usage Statistics - July 2010

30

CONFIDENTIAL

3 DEC 2011

Highly Confidential - Attorneys' Eyes Only



CURRENT DISLIKES ABOUT THE IPHONE 4S ARE BATTERY LIFE AND LACK OF 4G.

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**







Highly Confidential - Attorneys' Eyes Only

SAMNDCA10389465





ALSO IPHONE 4S REMAINS IN SHORT SUPPLY, GIVING
COMPETITORS A BETTER CHANCE AT WINNING IN RETAIL

"Would-Be iPhone Customers Still Facing Weeks-Long Waits"
--WSJ

"Slower iPhone 4S demand making Apple rethink supply orders?"
--CNET

"iPhone 4S supplies tighten; Apple requires retail buyers to reserve smartphone, but runs out of most models"
--Computerworld

"Despite a later-than-expected launch and a handset that that is physically almost the same as its predecessor, demand for Apple's iPhone 4S smartphone is reportedly outpacing supply"
--BGR

"iPhone 4S production supposedly slashed over demand/supply issues"
--Slashgear

• • • • •

http://www.bgr.com/2011/10/31/iphone-4s-demand-said-to-be-outpacing-supply/
http://blogs.wsj.com/digits/2011/11/17/would-be-iphone-customers-still-facing-weeks-long-waits/
http://mashable.com/2011/11/18/iphone-4s-supply/
http://www.computerworld.com/s/article/9220940/iPhone_4S_supplies_tighten
http://news.cnet.com/8301-13506_3-57321362-17/slower-iphone-4s-demand-making-apple-rethink-supply-orders/

Highly Confidential - Attorneys' Eyes Only

CONFIDENTIAL

9 DEC 2011

SAMNDCA10389466



# MAJORITY OF COLLEGE STUDENTS MAKE THE PURCHASING DECISION FOR THEIR PHONES — BUT PARENTS PAY

- Only 14% of college students live with their parent(s), but
  - 41% of students communicate with their parents daily; another 48% communicate at least once a week

**Purchasing Decision Influenced By**

62% Word of mouth from friends

44% The advice of family

40% Seeing others use products



70% of students make the decision when purchasing a smartphone

30% Parents decide

70% Students decide

Compare with 63% for digital cameras and 60% for laptops

- Students spend $470 / year on average on new technology products
  - More than half comes from parents (66% of students receive funds from home - $312 on average / month)

**Sources:** Student Affairs Administrators in Higher Education - Profile of the American College Student – 2008
Home Media Magazine - Back to School Consumer Electronics Spending – August 2011
Campus Technology - Student Technology Spending in Higher Education – 2007
Alloy College Explorer Study – 2009
Seattle Times - Extracurricular College Expenses - August 2005

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10389467

CONFIDENTIAL

9 DEC 2011

## DUE TO HEAVY COMMUNICATION BETWEEN STUDENTS AND PARENTS, FAMILY PLANS ARE PREVALENT



- Samsung has a high percentage of family plan customers – 70%
- HTC has a higher proportion of Individual customers
  - 55% family, 45% individual

### Individual and Family plan distribution by OEM



※ Individual

Family

| | Individual | Family |
|---|---|---|
| | 30% | 70% |
| | 27% | 73% |
| | 34% | 66% |
| | 37% | 63% |
| | 45% | 55% |
| | 35% | 65% |

**Source:** Nielsen HHP Install Base 04/20/2011

Highly Confidential - Attorneys' Eyes Only

CONFIDENTIAL

SAMSUNG

8 DEC 2011

FAMILY RECOMMENDATIONS ARE THE MOST INFLUENTIAL FOR PURCHASE DECISIONS. COLLEGE KIDS & TEENS PLAY AN IMPORTANT ROLE IN THEIR PARENTS' PHONE PURCHASES.

## WHICH OF THESE FACTORS WOULD YOU SAY HAVE THE STRONGEST INFLUENCE ON YOUR PURCHASE DECISION OF PERSONAL ELECTRONIC PRODUCTS? [%]



26% of Gen Y'ers believe that they have the strongest influence on their parents' personal electronics purchase decisions (as compared to 17% Gen X'ers in the same survey)

ROPER REPORTS 08-1   JANUARY 2008                    CONFIDENTIAL                    15

Highly Confidential - Attorneys' Eyes Only

REDACTED

Highly Confidential - Attorneys' Eyes Only

WINNING AT VZW

SAMNDCA10389471



REDACTED

Highly Confidential - Attorneys' Eyes Only

MEANWHILE, VZW HAS THE SMALLEST PROPORTION OF SMARTPHONE OWNERS



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10389473

AMONG ALL OF VERIZON'S SMARTPHONE INTENDERS, % OF THOSE WILLING TO CONSIDER PURCHASING A SAMSUNG SMARTPHONE IS ABOUT AVERAGE ...

**Brand Purchase Intent (Top 2 Box)**
Among non smartphone owners @ Verizon who intend to purchase a smartphone

If you were to buy a mobile phone tomorrow, how likely would you be to buy a phone from each of the following brands?
(Among non-smart phone owners @ Verizon)

| Samsung (A) | LG (B) | Motorola (C) | Blackberry (D) | Apple (E) | HTC (F) |
|---|---|---|---|---|---|
| 43% | 44% | 49% | 44% | "70%" ABCDF | 48% |

Source: Samsung (S2N) 057567, memo, 7911 ABA/7711) answer (7941BE 41E4E077 wk. mk. 6430.mmr
APM/GV/ER Statics July agreement @ 99% confidence lev-F

Highly Confidential - Attorneys' Eyes Only

SAMSUNG

90

CONFIDENTIAL

9 DEC 2011



... BUT CONSIDERATION SIGNIFICANTLY INCREASES AMONG THOSE WHO CURRENTLY OWN A SAMSUNG FEATURE PHONE

**Brand Purchase Intent (Top 2 Box)**
Among Samsung non smartphone owners @ Verizon who intend to purchase a smartphone

If you were to buy a mobile phone tomorrow, how likely would you be to buy a phone from each of the following brands?
(Among Samsung non-smart phone owners @ Verizon)

| Samsung (A) | LG (B) | Motorola (C) | Blackberry (D) | Apple (E) | HTC (F) |
|---|---|---|---|---|---|
| 84% BCDEF | 38% | 42% | 36% | 63% BCDF | 43% |

CONFIDENTIAL

3 DEC 2011

51

Imagine that you were looking to buy a brand of mobile phone. Which of these statements best describes how much you would consider buying from Samsung?
*(among Apple Owners)*



**25%** **21%**

| | |
|---|---|
| 8% | 9% |
| 17% | 18% |
| 42% | 30% |
| 21% | 31% |
| 12% | 17% |

(A) Verizon    (B) AT&T

## Top 2 Box:

■ It's my favorite mobile phone brand and the only one I would consider

■ It's one of the mobile phone brands I prefer and would always consider ahead of others

■ It's one of the mobile phone brands I'd consider equally with others

■ It's not a mobile phone brand I'd usually consider, but may do so now and again

■ It's not a mobile phone brand I'd ever consider

A/8   Lean-catving sentiment opinion volume alsesl
Data base on 33 to duz

SAMSUNG
CONFIDENTIAL
8 DEC 2011

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10389476

HOWEVER, CONVERTING APPLE OWNERS WILL REQUIRE LONGER TERM FOCUS, AS A HIGH % OF APPLE OWNERS PLAN TO REPURCHASE REGARDLESS OF CARRIER





If you were to buy a mobile phone tomorrow, how likely would you be to buy a phone from Apple? *(among Apple Owners)*

Top 2 Box:

- ■ Definitely would buy
- ■ Probably would buy
- ■ Might or might not buy
- ■ Probably would not buy
- ■ Definitely would not buy

95%    97%

88%    85%

8% 2% (A)    11% 1% 2% (B)

Verizon    AT&T

CONFIDENTIAL

REDACTED

Highly Confidential - Attorneys' Eyes Only

ENGAGING / KEEPING THE CUSTOMER

Plug STA's Leak

SAMSUNG

CONFIDENTIAL

5 DEC 2011

SAMSUNG ANDROID LOYALTY TRAILS HTC AND APPLE



Source:Nielsen Q1'11 Mobile Insights Survey

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10389480



WHILE SAMSUNG ANDROID INSTALL BASE SKEWS OLDER THAN APPLE, APPLE'S INSTALL BASE AT HIGHER INCOME LEVELS.

Samsung Android Install Base (8.4M) Skews Older

Install Base (M) by Income
- >$100K: 31%
- $75K - <$100K: 17%
- $50K - <$75K: 19%
- $25K - <$50K: 20%
- <$25K: 13%

Install Base (M) by Age
- 65+: 5%
- 55-64: 7%
- 45-54: 17%
- 35-44: 20%
- 25-34: 24%
- 18-24: 19%
- 13-17: 8%

Apple Install Base (23.9M) Skew Younger

Install Base (%) by Income
- >$100K: 45%
- $75K - <$100K: 16%
- $50K - <$75K: 18%
- $25K - <$50K: 14%
- <$25K: 7%

Install Base (%) by Age
- 65+: 6%
- 55-64: 8%
- 45-54: 13%
- 35-44: 18%
- 25-34: 28%
- 18-24: 19%
- 13-17: 8%

Source: comScore Sep 2011

9 DEC 2011

37

CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only

GALAXY'S BRAND IS SLIGHTLY SKEWED TOWARDS FEMALES IN THE 45-54 AGE GROUP WITH AN INCOME OF OVER 100K COMPARED TO ALL ANDROID USERS.



Mobilens September 2011 (3 month Avg)

Highly Confidential - Attorneys' Eyes Only

REDACTED

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10389483