# EXHIBIT 12



# STA MEETING WITH HQ LEADERSHIP TEAM

| Owner | Justin Denison |
|---|---|
| Document Revision | V 0.7 |
| Effective Date | 09 JAN 2012 |
| Retention | 5 Years |
| Security Policy | Top Secret |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10853181

# AGENDA

2011 Business Summary

2012 Business Outlook

Market Disruption -> Paradigm Shift

Discussion

TOP SECRET                                                                      2

Highly Confidential – Attorneys' Eyes Only                    SAMNDCA10853182



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853183



Combine Revenue Apple v Sam (incl Tablets)
Volume + tablets  /  Revenue + Tablets

4

Highly Confidential – Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10853185



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853186

REDACTED

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853187

**REDACTED**

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853188

REDACTED

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853189

# STA IS FOCUSED ON OVERCOMING 2011 CHALLENGES
# IN PURSUIT OF A REMARKABLE 2012 PERFORMANCE

**2011 Challenge**

*Galaxy* brand too **weak** to create
sufficient 'pull' and sustain S-P sales

(20 point gap in preference in 8 Key markets)

Samsung **not winning** the '**Last Three
Feet**' of retail

**REDACTED**

(Recommendation Rate in ATT is 71% for A and
18% for Samsung)

**Insufficient** sales and brand **ROI** achieved
with **channel-dominant** marketing **spend**

Significant **lost sales** due to **late product**
launch and **poor quality**

(30+ delayed launches in 2011)

TOP SECRET                                      10   SAMSUNG

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853190



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853191



-$900 year spent by the average Amazon Prime member in their first year of Prime membership (2009 estimate by Munster)
- $400 year spent in the year before becoming a Prime member (2009 estimates by Munster)
-STARZ:  Netflix reportedly paid $30M per year, analysts estimated its value at $300M

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853192



-$900 year spent by the average Amazon Prime member in their first year of Prime membership (2009 estimate by Munster)

- $400 year spent in the year before becoming a Prime member (2009 estimates by Munster)

-STARZ: Netflix reportedly paid $30M per year, analysts estimated its value at $300M

13



## APPLE CONTINUES TO SHOW SALES GROWTH DUE TO STRONG LOYALTY, CARRIER AGREEMENTS AND DOMINANT RETAIL PRESENCE

**iPhone Subscribers Could Potentially Represent ~25% of the Entire US Install Base in 2 Years**

| | CAGR |
|---|---|
| iPhone | 4.1% |
| US | 35.8% |

276.1  287.8  299.7  311.9
28.8  43.6  57.1  72.1
2011  2012  2013  2014

**Carrier Contractual Commitments (or De Facto Spend) for iPhone are Significant**

| | 2012 | 2013 | 2014 | 2015 | Total |
|---|---|---|---|---|---|
| Sprint | ← | | | → | $15.5B |
| verizon | $5.9B | $8.4B | $10.0B | $10.0B | $34.3B |
| at&t | $11.5B | $14.9B | $15.6 | $15.6B | $57.6B |

Source: Sanne reported: s/30, AT&T 10x estimate

**iOS Loyalty Remains Strongest Among OEMS**

Repeat Purchases

78%  64%  51%  46%  39%

Source: Nielsen 2011

**Apple Leads all U.S. Retailers in Annual Sales / Sq Ft**

$5,626  $2,974  $1,820  $1,731  $1,009

| | Apple | Tiffany & Co | Coach | Lululemon Athletica | GameStop |
|---|---|---|---|---|---|
| YoY Growth → | 49% | 11% | 7% | 24% | 1% |

Source: RetailSails, Aug 2011

TOP SECRET                14   SAMSUNG

14

Highly Confidential – Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10853195



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10853196

REDACTED

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853197

REDACTED

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853198

# REDACTED

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10853199



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10853200



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10853201

## STA MANAGEMENT: CEO REQUESTS AND RESPONSE

| Date | Order | Status | Confirm | Person in Charge |
|---|---|---|---|---|
| Sep. '11 | ☐ STA to visit SEF and SEG | ☐ Visit completed – report issued. Lessons learned applied to Q4'11 and FY12 strategy | Oct. '11 (Completion) | Dale Sohn |
| Sep. '11 | ☐ GSIII Spec Optimization | ☐ STA engaged with D2 T/F | Ongoing | K. Packingham |
| Sep. '11 | ☐ Build stronger collaboration between STA B2B Sales and SEA/EBD | ☐ STA and EBD to launch Joint T/F in Q1'12 to combine sale force in N.E. region with goal of winning 3 marquee customers leveraging full Samsung portfolio | Q1'12 | T. Wagner |
| Sep. '11 | ☐ Shift Market Share to be 'Funnel Like' (higher in Premium, Lower in Mass) | ☐ ... | ... | K. Packingham |
| Sep. '11 | ☐ Reallocate marketing funds in order to decrease focus on CDE, increase ATL | ☐ STA spent 5% ~ 6% CDE in 2011. Q1'12 plan is to reduce to 3.5% and shift towards ATL. | Q1'12 Complete; Rest of 2012 ongoing | T. Pendleton |
| Sep. '11 | ☐ NW Systems team must win additional LTE macro-cell business to sustain growth | ☐ Ongoing engagement with | ... | T. Jasny / R. Svensson |

Highly Confidential – Attorneys' Eyes Only

SAMNDCA10853202

## STA PACKAGING CENTER: CEO REQUESTS AND RESPONSE

| Date | Order | Status | Confirm | Person in Charge |
|------|-------|--------|---------|------------------|
| Sep. '11 | ☐ Setup the Auto Scale in conveyor (Unit Box weight measure) | ☐ Reviewed Scale type(In-Line) (Measure packaging box in the conveyor) <br> - Clamshell Line/Normal Line scale installation currently, two test line working on it | Dec. '11 (Completion) | Global Manufacturing Engineering Group |
| Sep. '11 | ☐ Improve man power in the packaging line -Reduce unnecessary working (Cosmetic Check etc.) | ☐ Reviewed result - Auto Machine can't inspection Paper/Printed material during the packaging(Need examination by people) | Sep. '11 (Completion) | Global Manufacturing Engineering Group / STA |
| Sep. '11 | ☐ Review Clamshell Box self production in STA instead of purchasing | ☐ Result reported to Global Production Center EVP Jongho Kim - If STA Start Self Production, Cost will go up $0.08 pcs ↑, Monthly $150K - Cost comparative ↓ : High Labor fee, the trend of decreasing clamshell box packaging(10% ↓ vs. 2010) | Sep. '11 (Completion) | Global Manufacturing Innovation Group |

Highly Confidential – Attorneys' Eyes Only

SAMNDCA10853203



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853204

# LAUNCH CHALLENGES

**32 of 39 projects were delayed in 2011 (82%) Tier 1 carriers**

All carriers project = 65 (57 unique models, exclude color variants)  & 100+ MRs

**New Product Opportunity cost due to delays**

YTD = 4.8 M units

YTD = $1.494B

| Carrier | Projects | Delayed Project | | On time or Early |
| --- | --- | --- | --- | --- |
| | | Completed (Weeks delayed) | On going | Completed (Num. Weeks saved) |
| Verizon | 8 | 6 (9.3W) | 2 | 0 |
| Sprint | 12 | 9 (7W) | 1 | 2 (1.5W) |
| AT&T | 8 | 8 (7.75W) | 0 | 0 |
| T-Mobile | 11 | 9 (4.22W) | 0 | 2 (1W) |
| Sum | 39 | 32 (7.1W) | 3 | 4 (1.25W) |

TOP SECRET

25  SAMSUNG

25

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853206

BEFORE THE GALAXY LAUNCHED, 8 KEY MARKETS EMERGED AS THE PRIMARY SOURCE OF
APPLE'S ADVANTAGE IN PREFERENCE; SINCE THE LAUNCH THESE MARKETS CONTINUE TO BE THE
PRIMARY SOURCE OF APPLE'S ADVANTAGE DESPITE SAMSUNG CLOSING THE GAP IN SF AND
DALLAS

| MPSA Gap b/t SAMSUNG & | Pre Galaxy<br>Jan '10 to July<br>'10 | Post Galaxy 1<br>Aug '10 to Feb<br>'11 | Post Galaxy 2<br>Mar '11 to Sept<br>'11 |
|---|---|---|---|
| | % | % | % |
| **Total Target Markets** | **-17.5** | **-14.1%** | **-19.7%** |
| San Francisco, CA | -37.0 | -33.0% | -18.4% |
| Los Angeles, CA | -22.3 | -12.9% | -28.0% |
| Philadelphia, PA | -27.4 | -14.4% | -24.9% |
| Chicago, IL | -17.7 | -9.3% | -14.5% |
| Washington, DC | -13.5 | -18.9% | -21.0% |
| Dallas-Fort Worth, TX | -16.7 | -11.1% | -10.3% |
| New York, NY | -9.6 | -10.6% | -17.6% |
| Boston, MA | -7.6 | -15.5% | -17.6% |

TOP SECRET

27   SAMSUNG

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853207



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853208



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10853209

REDACTED

Highly Confidential - Attorneys' Eyes Only        SAMNDCA10853210



# BEST IN CLASS PRODUCT MERCHANDISING AND IN-STORE EXPERIENCE

| | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|

**Staffing & 3 yr. Strategy**
- 12/5: Consultant /Project Manager hired.
- 3/1: Merchandising director hired.
- 12/21: Tentative ROIG work begins. 3 year strategy
- 5/1: 3 year strategy final proposal for go/no go decision.

**Promo. & HQ fixture installation**
- 1/8: Verizon Samsung Galaxy Nexus promotional rewrap executed.
- 2/31: Best Buy 8' table SWAS & 4'wall promotional rewrap executed.
- 7/18: AT&T Galaxy Note & Portfolio 2-sided 4' table executed.
- Q1: HQ smart tables installation to TMO, USC, Metro PCS, Best Buy & Wal-Mart.

**M Product Sell-in**
- 1/10: CES meetings. Draft Samsung Galaxy experience presented from work by Gensler as part of M Product sell-in.

**Future Samsung Experience**
- 12/9: RFI sent to select best in class expert retail merchandising experience & design firms.
- 12/23: Retail merchandising experience & design partner selected. Work begins on future Samsung Experience.

TOP SECRET

31   SAMSUNG

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853211

REDACTED

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853212

## SHORT-TERM EXECUTION: RE-BRAND EXISTING FIXTURES AT AT&T, VERIZON, SPRINT, BEST BUY

Leverage strength of Galaxy brand to _temporarily_ rebrand 4,500 existing carrier & retail promotional fixtures during drive periods using Samsung Galaxy branding as lead message.



Verizon
Galaxy Nexus
1/1/12

Best Buy
Galaxy Portfolio
1/28/12

Sprint
Galaxy Portfolio
2/8/12

AT&T
Galaxy Note
2/18/12

1.  AT&T: two-sided 4'experience table COR, 4' wall DA, table unit kiosks = 1966
2.  Verizon: 8' wall and 4'' wall or 4' table, and 4' wall or round table in DA = 2493
3.  Sprint: 8' HTC Innovation Zone in COR, and 4' wall DA = 1034
4.  Best Buy = 8' table SWAS 1,100 & 4' wall SAS 250 = 1350

TOP SECRET

33  SAMSUNG

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853213

# REDACTED

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853214



OWNER: Brian Wallace / Ketrina Dunagan

Highly Confidential – Attorneys' Eyes Only

SAMNDCA10853215



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853216



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853217



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853218



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853219

REDACTED

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10853220



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10853221



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10853222

# IPHONE SKU SELL-THRU VOL 1Q11 – 4Q12

| US iPhone Vol (M) | Carrier* | 1Q11 | 2Q11 | 3Q11 | 4Q11E | 1Q12E | 2Q12E | 3Q12E | 4Q12E | 2011E | 2012E | 2012E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| iPhone 5 | at&t | | | | | | | | 3.3 | | 3.3 | |
| | verizon | | | | | | | | 2.2 | | 2.2 | 9.2 |
| | Sprint | | | | | | | | 2.2 | | 2.2 | |
| | T-Mobile | | | | | | | | 1.5 | | 1.5 | |
| iPhone 4S | at&t | | | | 4 | 1.6 | 2 | 1.9 | 1.5 | 3.5 | 7 | |
| | verizon | | | | 2.9 | 2.5 | 2.6 | 2.2 | 0.7 | 3.1 | 8 | 21.4 |
| | Sprint | | | | 1.6 | 1.7 | 1.7 | 1.3 | 1 SS1 | 1.8 | 5.7 | |
| | T-Mobile | | | | | | | | 0.7 | | 0.7 | |
| iPhone 4 | at&t | 1.6 | 1.8 | 1.3 | 1.5 | 1.2 | 1.1 | 1.2 | 1.5 | 5.7 | 5 | |
| | verizon | 2.2 | 2.1 | 2 | 1.2 | 0.7 | 0.5 | 0.5 | 0.6 | 7.8 | 2.3 | 9.2 |
| | Sprint | | | | 0.6 | 0.5 | 0.5 | 0.4 | 0.5 | 0.7 | 1.9 | |
| iPhone 3GS | at&t | 2 | 1.9 | 1.4 | 1.5 | 1.2 | 1.1 | 1 | | 6.4 | 3.3 | 3.3 |
| Total iPhone | | 5.8 | 5.8 | 4.7 | 13.3 | 9.4 | 9.5 | 8.5 | 15.7 | 29 | 43.1 | |

*Includes Apple store and Nat'l Retail devices activated for each carrier
Source: STA Business Planning / Account Teams

CONFIDENTIAL

43

SAMSUNG

Highly Confidential – Attorneys' Eyes Only          SAMNDCA10853223

**Slide 43**

**ss1**     includes 500K of Virgin Mobile
          sam1.song, 1/5/2012



Highly Confidential - Attorneys' Eyes Only        SAMNDCA10853225



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10853226

IPHONE 5 EXPECTED TO HAVE LTE WITH A NEW DESIGN / CMF, LARGER DISPLAY (4"), ALUMINUM BACKING, PLASTIC/RUBBER BEZEL, ENHANCED S/N

| Items | iPhone 4S | | iPhone 5 | |
|---|---|---|---|---|
| Launch | Oct 14 2011 US Launch (Oct 7 2011 Pre-orders) | | Mid 2012 / Fall 2012 | |
| Network | HSPA 14.4 + EVDO rev A (ATT, VZW, Sprint) | | LTE (ATT, VZW, Sprint) | |
| Retail Price | $399/$299/ $199 | | $399/$299/ $199 | |
| Dimensions | 115.3 x 58.6 x 9.3 mm, 137g (TBD) | | TBD but rumored super thin | |
| Main Display | 3.5" 960 x 640 IPS, 326 PPI | | 4" 1024 x 768 IPS, 320 PPI | |
| App CPU | 1GHz A5 dual-core | | TBD | |
| Battery | 1420 mAh (Same 10hrs claimed battery life) | | TBD | |
| Storage | 64GB/ 32GB/16GB No expansion | | 64GB/ 32GB/16GB No expansion | |
| Camera | 8MP RF 0.3MP (VGA) FF | | TBD | |
| +1 UX | Cloud services Voice command / input App Store, iTunes, iBooks, iMovies | | Enhanced S/N | |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10853227



Highly Confidential - Attorneys' Eyes Only

## VZW AND ATT GENERATING THE BEST SMARTPHONE ECONOMICS OUT OF THE BIG 4

| | verizon | at&t | T | Sprint | Big 4 Smart |
|---|---|---|---|---|---|
| + Smartphone ARPU* | $81.44 | $75.29 | $69.63 | $64.89 | $73.78 |
| – Data delivery cost | $10.82 | $7.98 | $8.30 | $8.88 | $8.93 |
| – Allocated servicing costs | $13.11 | $14.74 | $14.70 | $14.12 | $14.23 |
| Pre-marketing monthly margin | $57.51 | $52.57 | $46.63 | $41.89 | $50.62 |
| Postpaid device life (months) | 26.9 | 28.8 | 18.9 | 23.3 | 25.3 |
| – Smartphone subsidy | $227 | $293 | $191 | $197 | $235 |
| – Allocated marketing costs | $306 | $152 | $129 | $243 | $200 |
| Device lifetime value | $1,014 | $1,069 | $561 | $536 | $846 |
| Monthly MB usage | 721 | 532 | 553 | 592 | 595 |
| Data delivery cost / MB | $0.015 | $0.015 | $0.015 | $0.015 | $0.015 |

CONFIDENTIAL

Nielsen 3Q11. RRPS excluding one-time charges ("Total Other Charges").

48   SAMSUNG

Highly Confidential – Attorneys' Eyes Only          SAMNDCA10853229

## SAMSUNG LTE GENERATING BETTER DEVICE ECONOMICS FOR VZW THAN IPHONE, YET SUBSIDIZED LESS

| | Big 4 Smart | verizon | 3G iPhone 4S** | 3G iPhone 4 | lte Thunderbolt |
|---|---|---|---|---|---|
| + Smartphone ARPU* | $73.78 | $81.44 | $83.26 | $81.63 | $87.60 |
| - Data delivery cost | $8.93 | $10.82 | $22.20 | $10.92 | $6.91 |
| - Allocated servicing costs | $14.23 | $13.11 | $13.11 | $13.11 | $13.11 |
| Pre-marketing monthly margin | $50.62 | $57.51 | $47.95 | $57.60 | $67.58 |
| Postpaid device life (months) | 25.3 | 26.9 | 26.9 | 26.9 | 26.9 |
| - Smartphone subsidy | $235 | $227 | $321 | $341 | $225 |
| - Allocated marketing costs | $200 | $306 | $306 | $306 | $306 |
| Device lifetime value | $846 | $1,014 | $702 | -$902 | $1,286 |
| Monthly MB usage | 595 | 721 | 1,480 | 728 | 1,381 |
| Data delivery cost / MB | $0.015 | $0.015 | $0.015 | $0.015 | $0.005 |

Telekom 3Q11: BRPS excluding one-time charges ("Total Other Charges");
**VZW iPhone 4S ARPU est based on iPhone 4/3GS ARPU meta at launch; 4S data usage based on Aneta

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10853230



## GSII PROVIDING BETTER DEVICE ECONOMICS VERSUS IPHONE, YET SUBSIDIZED LESS

| | Big 4 Smart | at&t | 3G iPhone 4S** | 3G iPhone 4 | 3G iPhone 3GS |
|---|---|---|---|---|---|
| + Smartphone ARPU* | $73.78 | $75.29 | $82.67 | $81.05 | $75.20 |
| - Data delivery cost | $8.93 | $7.98 | $22.20 | $12.42 | $7.61 |
| - Allocated servicing costs | $14.23 | $14.74 | $14.74 | $14.74 | $14.74 |
| Pre-mktg monthly margin | $50.62 | $52.57 | $44.73 | $53.89 | $52.85 |
| Postpaid device life (month) | 25.3 | 28.8 | 28.8 | 28.8 | 28.8 |
| - Smartphone subsidy | $235 | $293 | $371 | $341 | $350 |
| - Allocated marketing costs | $200 | $152 | $152 | $152 | $152 |
| Device lifetime value | $846 | $1,069 | $815 | $1,059 | $1,010 |
| Monthly MB usage | 595 | 532 | 1,480 | 507 | 374 |
| Data delivery cost / MB | $0.015 | $0.015 | $0.015 | $0.015 | $0.015 |

Nielsen 3Q11: BRRS excluding one-time charges ("Total Other Charges")
*ATT iPhone 4S ARPU est based on iPhone 4-3GS ARPU delta at launch, 4G data usage based on Arieso
**Samsung Skyrocker numbers based on STA estimate

50 SAMSUNG

Highly Confidential – Attorneys' Eyes Only          SAMNDCA10853231



## GSII PROVIDING BETTER DEVICE ECONOMICS VERSUS IPHONE, YET SUBSIDIZED LESS

| | Big 4 Smart | Sprint | 3G iPhone 4S** | 3G iPhone 4 |
|---|---|---|---|---|
| + Smartphone ARPU* | $73.78 | $64.89 | $74.83 | $74.83 |
| - Data delivery cost | $8.93 | $8.88 | $22.20 | $10.92 |
| - Allocated servicing costs | $14.23 | $14.12 | $14.12 | $14.12 |
| Pre-marketing monthly margin | $50.62 | $41.89 | $38.51 | $49.79 |
| | | | | |
| Postpaid device life (months) | 25.3 | 23.3 | 23.3 | 23.3 |
| - Smartphone subsidy | $235 | $197 | $321 | $541 |
| - Allocated marketing costs | $200 | $243 | $243 | $243 |
| Device lifetime value | $846 | $536 | $333 | $576 |
| | | | | |
| Smartphone monthly MB usage | 595 | 592 | 1,480 | 728 |
| Data delivery cost / MB | $0.015 | $0.015 | $0.015 | $0.015 |

*Nielsen 3Q11: BRPS excluding one-time charges ("Total Other Charges")
**Apple numbers based on STA estimates, Arieso
***Samsung GSII Epic Touch numbers based on STA estimate

CONFIDENTIAL

51  SAMSUNG

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10853232



## SAMSUNG GENERATING BETTER DEVICE ECONOMICS THAN HTC AT TMO

| | Big 4 Smart | | myTouch 4G |
|---|---|---|---|
| + Smartphone ARPU* | $73.78 | $69.63 | $69.61 |
| – Data delivery cost | $8.93 | $8.30 | $14.54 |
| – Allocated servicing costs | $14.23 | $14.70 | $14.70 |
| Pre-marketing monthly margin | $50.62 | $46.63 | $40.37 |
| | | | |
| Postpaid device life (months) | 25.3 | 18.9 | 18.9 |
| | | | |
| – Smartphone subsidy | $235 | $191 | $184 |
| – Allocated marketing costs | $200 | $129 | $129 |
| Device lifetime value | $846 | $561 | $450 |
| | | | |
| | | | |
| Smartphone monthly MB usage | 595 | 553 | 969 |
| Data delivery cost / MB | $0.015 | $0.015 | $0.015 |

* Nielsen 3Q11: BRPS excluding one-time charges ("Total Other Charges").
Samsung GSR numbers based on STA estimate.

CONFIDENTIAL

52

Highly Confidential – Attorneys' Eyes Only          SAMNDCA10853233