# EXHIBIT 13



SAMSUNG

# STA COMPETITIVE SITUATION

## PARADIGM SHIFT

HQ CFO

| | |
|---|---|
| Owner | Justin Denison |
| Document Revision | V 0.2 |
| Effective Date | 16 FEB 2012 |
| Retention | 5 Years |
| Security Policy | Top Secret |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545927

THIS DOCUMENT IS CLASSIFIED AS *TOP SECRET*

- The information that will be discussed during this meeting and the presentation materials contain critical business and/or technical information.

- If this information were to be improperly shared with or accessed by Competitors, Samsung could be irreparably harmed. As such:

- Discussion of the meeting contents and/or redistribution of related materials is prohibited even within Samsung without prior written authorization by your meeting lead/organizer or the STA President.

Disclosure outside of Samsung is strictly prohibited, unless covered by a valid non-disclosure agreement and written approval has been provided by VP/GM level or above employee of STA.

SAMSUNG

TOP SECRET - UPDATE REQ'D

17 Nov 2011 - UPDATE REQ'D

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545928

SLIDE 3 of 31

TOP SECRET

16 FEB 2012

# AGENDA

2011 Business Summary

Market Situation / Lessons Learned

Paradigm Shift

2012 Business Outlook

Discussion



# 2011 BUSINESS SUMMARY

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545930

# STA MISSED EXPECTATIONS RELATIVE TO APPLE BUT DID REACH KEY MILESTONES

## Volume down 8% YoY

55.1M 2010

50.8M 2011

Q1 Q2 Q3 Q4

## SAM v. Apple Rev (S/P and Tablets)

## 2011 SAM S/P Revenue Ratio

## 2011 SAM S/P Volume

1.60091

0.43168

0.82935
0.59748

0.56460
0.35341

Q1    Q2    Q3    Q4

S=xA     S=xH

‡ S/T Revenue

SAMSUNG

SLIDE 5 of 31

TOP SECRET

16 FEB 2012

IN 2011 GALAXY TABLETS FACED STRONG COMPETITION FROM BOTH THE HIGH END IPAD AND LOW TIERED FIRE/NOOK.

## Tablet Volume



iOS   Amazon Kindle   Nook   Samsung

*2011: 660K STA   380K SEA

2011:

Apple : 17.4M          Fire : 5M

Nook : 1.5M          Samsung : 1M



The continued success of the iPad as well as the introduction of the lower end tablets such as the Kindle Fire and Nook tablet has created a highly competitive Tablet market.

SLIDE 6 of 31

TOP SECRET

16 FEB 2012

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545932



# MARKET SITUATION
# LESSONS LEARNED

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545933

CONSOLIDATION AROUND TWO OS PLATFORMS.  US MARKET BECOMING A
TWO HORSE RACE BETWEEN APPLE AND SAMSUNG.

Three Horse Race becoming at Two Horse
Race Between Apple & Samsung

Smartphone Share by OEM

51%

37% 36%

37%

29% 27% 24%
24% 24%
19%

21%

20%
18%
16%

Jan-11 Feb- Mar- Apr- May- Jun- Jul- 1Aug- Sep- Oct- Nov- Dec-11

Android & iOS Becoming The Only
Relevant OS platforms

Smartphone Sell—thru Share by OS

53%
50% 53% 51%
45%
37%

61% 60% 62%

51% 49% 50%

38% 37% 36%

29% 29% 27% 24% 23%
24% 19%
21%

15% 17% 15% 24% 24% 23% 24%

7% 10% 8%

Jan-11 Feb- Mar- Apr- May- Jun- Jul- 1Aug- Sep- 1Oct- Nov- Dec-11

Source: STA SMART system (BP, Acct teams),

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545934

# APPLE CONTINUES TO SHOW SALES GROWTH DUE TO STRONG LOYALTY, CARRIER AGREEMENTS AND DOMINANT RETAIL PRESENCE

## Carrier Contractual Commitments (or De Facto Spend) for iPhone are Significant

| | 2011 | 2012E | 2013E | 2014E | 2015E | Total |
|---|---|---|---|---|---|---|
| Sprint | $0.6B | $4.1B | $4.1B | $4.1B | $2.6B | $15.5B |
| verizon | $5.6B | $8.5B | $8.5B | $8.5B | | $31.1B |
| at&t | $8.9B | $10.4B | $10.4B | $10.4B | $10.4B | $50.5B |

Sources:
Sprint reported $15.5B contractual 4 year commitment to Apple
Verizon annual report indicated $54.6B in purchase obligations of which majority is likely Phone
ATT: STA estimate

## iPhone Subscribers Could Potentially Represent ~25% of the Entire US Install Base in 2 Years



iPhone / US

2011 — US 276.1, iPhone 28.2
2012 — US 287.8, iPhone 46.3
2013 — US 299.7, iPhone 67.1

CAGR
4.2%
64.8%

## iOS Loyalty Remains Strongest Among OEMS

Repeat Purchases
78% | 64% | 51% | 46% | 39%

Source: Nielsen 1Q11 *

## Apple Leads all U.S. Retailers in Annual Sales / Sq Ft



| Apple | Tiffany & Co | Coach | Lululemon Athletica | GameStop |
|---|---|---|---|---|
| 5626 | 2974 | 1820 | 1731 | 1009 |

YoY Growth -> 49% | 11% | 7% | 24% | 1%

Source: RetailSails, Aug 2011

TOP SECRET   SLIDE 9 of 31

SAMSUNG

Highly Confidential - Attorneys' Eyes Only        SAMNDCA11545935

# CARRIER CONTRACTUAL AGREEMENTS FOR IPHONE PURCHASES ARE SIGNIFICANT MULTI-BILLION DOLLAR OBLIGATIONS

## Carrier Contractual Commitments for iPhone are Significant $ Obligations

|  | 2011 | 2012E | 2013E | 2014E | 2015E | Total |
|---|---|---|---|---|---|---|
| Sprint | $0.6B | $4.1B | $4.1B | $4.1B | $2.6B | **$15.5B** |
| verizon | $5.6B | $8.5B | $8.5B | $8.5B |  | **$31.1B** |
| at&t | $8.9B | $10.4B | $10.4B | $10.4B | $10.4B | **$50.5B** |

Sources:
Sprint reported $15.5B contractual 4 year commitment to Apple
Verizon annual report indicated $54.6B in purchase obligations of which majority is likely Phone
ATT: STA estimate

## IMPLIED Carrier Contractual iPhone Unit Commitments (& estimated M/S)

|  | 2011 | 2012E | 2013E | 2014E | 2015E | Total |
|---|---|---|---|---|---|---|
| Sprint ** | 1.0 (6%)* | 7.5 (40%) | 7.5 (40%) | 7.5 (40%) | 5.5 (16%)* | **29.0M** |
| verizon | 10.0 (23%)* | 15.8 (35%) | 15.8 (35%) | 15.8 (35%) |  | **57.4M** |
| at&t | 16.7 (35%) | 19.2 (35%) | 19.2 (35%) | 19.2 (35%) | 19.2 (35%) | **93.5M** |

\* Estimated unit commitment and M/S do not span the full calendar year
\*\* Sprint M/S assumes only Sprint branded, not Boost, VM



SAMSUNG

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545936

# APPLE HAS A SIGNIFICANT RETAIL PRESENCE IN THE US



Apple Retail

US Points of Presence for Apple

**246**

**2011 Apple Store Regional (US vs RoW)**



RoW 32%

US 68%



Store in Store

US Points of Presence for Apple

 600+

 **TARGET** 25 (Pilot)

Dedicated "Shelf" Space

US Points of Presence for Apple

 verizon 5500+

 at&t 5500+

Sprint 3500+

 Walmart 3000+

SAMSUNG

TOP SECRET

16 FEB 2012

Source: Internet, STA account teams
Carrier stores include COR + dealer-agent (carrier branded)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545937

MEANWHILE APPLE CONTINUES TO SPEND HEAVILY FOR "ALWAYS-ON" PRESENCE.

**Quarterly OEM Spend ($M)**



GSII Launch

Apple   Samsung

| | Q410 | Q111 | Q211 | Q311 | Q411 |
|---|---|---|---|---|---|
| Apple | $97,739 | $81,435 | $110,506 | $119,187 | $109,145 |

Source: CompetiTrack

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545938

# APPLE U.S. INSTALLED BASE STRONG, WITH HIGH LEVELS OF CO-OWNERSHIP WITHIN IOS

**SAMSUNG**

## 49M unique iOS users*

- Each iOS user spends over $100 on content & apps
- Avg of 83 app downloads per user in 2011
- 18% of apps are paid at an average price of $1.44



iPhone
22.1 million

5.1 million

iPad
8.9 million

225K

530K

1.8 million

iPod Touch
10.9 million

- 59% own an iPhone
- 27% own an iPad Touch
- 30% own an iPad

SLIDE 13 of 31

TOP SECRET

## 150M Apple collective U.S. device installed base



27M
Mac

<2M
AppleTV

64M
Non-Touch iPod

13M
iPod Touch

iPad
15M

iPhone
29M

## 51M Total iTunes Users in the U.S. (1 in 4 internet users)

Sources: Comscore, Apple, Pew Internet Research, NPD, STA Analysis

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545939

# CARRIER COMMITMENTS AND CONSUMER DEMAND RESULTED IN RECORD CALENDAR 4Q11 RESULTS FOR APPLE: 37M GLOBAL SELL-IN

Jan 24, 2012:

Apple reported C4Q11 **global** sell-in shipments: **37.04M**

Analyst community expecting globally 30M – 35M

No Apple-reported U.S. sell-in numbers

Jan 24, 2012:



VZW reported 4Q11 iPhone activations: 4.3M

Activations > sell-thru

Estimated 4Q11 VZW iPhone sell-thru: **3.9M**

Jan 26, 2012 (4Q11 Earnings):



Estimated 4Q11 ATT iPhone sell-thru: **~7.0M**

Feb 8, 2012 (4Q11 Earnings):

Estimated 4Q11 SPR iPhone sell-thru: **~2.0M**

**12.9M**
US iPhone
Sell-Thru
4Q11




SAMSUNG

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545940

A COMBINATION OF FACTORS DROVE 4Q11 US IPHONE UPSIDE



**Total iPhone US Sales (M)**

iPhone 3GS launched June 19, 2009- 734k in last 11 days of 2Q2009

iPhone 4 launched June 24, 2010- 900k in last 6 days of 2Q2010

iPhone 4 launched Feb 10, 2011 at VZW- 2.2M at VZW in second half of 1Q11

iPhone 4S launched Oct 14, 2011- full quarter volume estimate is 8.3M

1. Typical spike for launch quarter (see green arrows)
   - Same phenomenon exhibited for 4S launch, except launch quarter <u>delayed</u> to 4Q instead of typical 3Q

2. Pent up consumer demand
   - 3Q11 (the quarter before the iPhone 4S launched...see grey arrow) saw depressed units as consumer delayed upgrades

3. SKU expansion
   - iPhone went from 2 SKUs in 4Q10 to 7 SKUs in 4Q11

4. Distribution expansion
   - 3 main distribution points (ATT, Apple store, Nat'l Retail in 4Q10 -> 5 points (ATT, VZW, Sprint, Apple, Nat'l Retail)



BY 4Q12, IPHONE EXPECTED TO BE AVAILABLE ACROSS FOUR MAJOR US CARRIERS, AT ALL PRICE POINTS

Source: STA est for ASP based on unlocked price of $849/$749/$649 and 20% markup
16 FEB 2012

TOP SECRET

SLIDE 16 of 31

Highly Confidential - Attorneys' Eyes Only

APPLE'S NEXT PLATFORM LAUNCH WILL CONTINUE TO ATTRACT AND RETAIN
CONSUMERS THROUGH TV LAUNCH AND SERVICES EXPANSION/INTEGRATION



Major Siri & iCloud Expansion
+ Introduction of payment service (iWallet?)

Enabling services

iTV
42" MSRP ~ $1499
Voice control (Siri)
Gesture control with FF camera
Web surfing, SN, video chat

Rumor

Platform Expansion

Maps & Navigation (iMaps?)

Expanded Social Networking & FaceTime Integration

Ping

SAMSUNG

Highly Confidential - Attorneys' Eyes Only     SAMNDCA11545943



APPLE MARKETING, PORTFOLIO EXPANSION AND PLATFORM
EVOLUTION RESULTING IN VERY STICKY / LOYAL SUBSCRIBERS

Highly Confidential - Attorneys' Eyes Only
SAMNDCA11545944

APPLE SUBSCRIBER TRAJECTORY MAY RESULT IN APPLE
OVERTAKING SAMSUNG'S ENTIRE US INSTALL BASE BY YE2013





| Subs* (YoY %) | 2010 | 2011 | 2012E | 2013E |
|---|---|---|---|---|
| iPhone | 14.8 | 28.2 (91%) | 46.3 (64%) | 67.1 (45%) |
| SAM Total | 58.1 | 59.8 (3%) | 61.6 (3%) | 63.4 (3%) |
| SAM Smart | 5.0 | 11.4 (128%) | TBD | TBD |

*iPhone subs per STA est; SAM subs per comScore

US iPhone subscriber base possibly overtaking
Samsung total US install base by 2013

SAMSUNG

SLIDE 19 of 31

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545945



STA MUST EXECUTE A
PARADIGM SHIFT TO WIN

SLIDE 20 of 31

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMSUNG

# STA IS FOCUSED ON OVERCOMING 2011 CHALLENGES IN PURSUIT OF A REMARKABLE 2012 PERFORMANCE

**2011 Challenge**

*Galaxy* **brand** too **weak** to create sufficient 'pull' and sustain S-P sales

(20 point gap in preference in 8 Key markets)

Samsung **not winning** the '**Last Three Feet**' of retail

(Recommendation Rate in ATT is 71% for A and 18% for Samsung)

**Insufficient** sales and brand **ROI** achieved with **channel-dominant** marketing **spend**

Significant **lost sales** due to **late product** launch and **poor quality**

(30+ delayed launches in 2011)

**REDACTED**

SLIDE 21 of 31

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545947

**REDACTED**



SAMNDCA11545948



# 2012 BUSINESS OUTLOOK

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545949

REDACTED

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545950

REDACTED

Highly Confidential - Attorneys' Eyes Only



1Q STARTED VERY SLOWLY BUT BUSINESS HAS SHOWN MARKED IMPROVEMENT IN WKS 5-6

Highly Confidential - Attorneys' Eyes Only

REDACTED

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545953

REDACTED

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545954

FOR MDF/CDE SPEND MANAGEMENT, STA HAS INSTITUTED A NEW PROCESS TO BETTER EVALUATE PERFORMANCE AND IMPROVE 'LEARNING'



- Evaluation of past performance impact future approvals
- Increased quality of programs through competition for funding
- Formalized bi-monthly reviews of investment programs by Account Teams
    - Encourage accountability through performance influenced decisions
    - Drive improved performance by self evaluation
- All programs receive quantitative/qualitative review
    - Verify that strategic objectives are obtained
    - Feedback for guiding future investment strategy

TOP SECRET

16 FEB 2012

SLIDE 29 of 31

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545955

BY COMBINING MDF/CDE MANAGEMENT PROCESSES AND INCLUDING FINANCE, RESULTANT SPEND IS BETTER ALIGNED WITH STRATEGY AND BUDGET



- PAC review now includes ranking of all programs prior to PSC review
- New PSC Review provides structured collective leadership oversight
  - Marketing
  - Business Planning
  - Finance (new)
- Consistent and combined investment reporting

Highly Confidential - Attorneys' Eyes Only      SAMNDCA11545956

REDACTED

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545957

THANK YOU

SAMSUNG

SLIDE 32 of 31

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only



SLIDE 33 of 31

TOP SECRET

16 FEB 2012

APPENDIX

Highly Confidential - Attorneys' Eyes Only



SAMSUNG

SLIDE 34 of 31

TOP SECRET

16 FEB 2012

# STA WILL CHANGE THE GAME IN B2B WITH "SAFE"

Highly Confidential - Attorneys' Eyes Only



TOP SECRET

# STRATEGY KPI
# TRACKING

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

REDACTED



REDACTED

Highly Confidential - Attorneys' Eyes Only



TOP SECRET

PRODUCT
BACKUP

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

REDACTED

**REDACTED**

- In 2011, STA launched 53 new phones

- SKUs that share a HW platform and differ only in design/CMF are considered as 1 SKU

**REDACTED**

SLIDE 39 of 31

TOP SECRET

16 FEB 2012

SAMNDCA11545965



# LAUNCH CHALLENGES

## 32 of 39 projects were delayed in 2011 (82%) Tier 1 carriers

All carriers project = 65 (57 unique models, exclude color variants) & 100+ MRs

## New Product Opportunity cost due to delays

YTD = 4.8 M units

YTD = $1.494B

| Carrier | Projects | Delayed Project | | On time or Early |
| --- | --- | --- | --- | --- |
| | | Completed (Weeks delayed) | On going | Completed (Num. Weeks saved) |
| Verizon | 8 | 6 (9.3W) | 2 | 0 |
| Sprint | 12 | 9 (7W) | 1 | 2 (1.5W) |
| AT&T | 8 | 8 (7.75W) | 0 | 0 |
| T-Mobile | 11 | 9 (4.22W) | 0 | 2 (1W) |
| Sum | 39 | 32 (7.1W) | 3 | 4 (1.25W) |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545966

# HQ ANALYSIS OF GINGERBREAD UPGRADES SHOWED SAMSUNG ~3 MONTHS DELAYED VS. COMPETITORS



### Average Gingerbread Delay vs. Competition

VZW:        3 months

ATT:        4 months

Sprint:     4 months

T-Mobile:   3 months

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only          SAMNDCA11545967

# MRS & OS UPDATES STATUS

**SAMSUNG**

- **Too many MRs required due to post launch issues found**
  - *Some MRs are to address broken MRs – Goal to reduce MRs required in 2012*

- **Gingerbread Updates delays and behind the competition**
  - *18+ OS upgrade MRs launched in 2011 – Double that number expected in 2012*

- **It is expected that each product will require 1 to 2 OS updates over 18 months after launch per Google IO commitment**
  - *TTM and quality of the OS updates are critical to Samsung brand loyalty*



### OS-Upgrade Delay examples

Eclair — Froyo

Verizon Atlas
(11 months)

Droid X
(2 months)

Incredible
(4 months)

Froyo — Gingerbread

AT&T Dempsey
(7 months)

Atrix 4G
(5 months)

Inspire4G
(6 months)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545968

# QUALITY STATUS – TOTAL RETURN RATE

## Overall total return rate in Oct 15.4%, [ 18% improvement over '10.12 result (18.8%) ]

[Overall Comparison vs. '10.12]

- Smart portfolio : 13% improved (23.9% to 20.7%)
- Feature portfolio : 27% improved (18.6% to 14.0%)
- In Warranty : 34% improved (10.8% to 7.1%)
- Buyer's Remorse : 4% increase (8.0% to 8.3%)

**Total Return Rate Trend**

[Total Return = In W'ty + BR]

(Unit: %)

18%

Goal: 13.2%

| 2009 | 2010 | '11.10 | '11.12(est) |
| (3%) | (14%) | (3.8%) | (4.0%) |

- (%) indicates smart device volume v. total sell-thru

[ Trend by Carrier ]

| Carrier | 2009 | 2010 | 2011.Oct |
|---|---|---|---|
| Total | 17.4 | 18.8 | 15.4 |
| | (3%) | (14%) | (38%) |
| Verizon | 17.0 | 10.7 | 12.2 |
| | (3%) | (6%) | (18%) |
| T-Mobile | 13.0 | 14.6 | 16.3 |
| | (1%) | (15%) | (41%) |
| AT&T | 11.5 | 18.3 | 17.1 |
| | (4%) | (10%) | (43%) |
| Sprint | 27.3 | 34.3 | 20.9 |
| | (3%) | (29%) | (37%) |

- (%) indicates smart device volume v. total sell-thru within each carrier

## 2011 launched product showing improved quality in the field compared to 2010 launched

- 8 out of 10 smart models launched in 2011 showing average of 34% improvement over predecessor when compared at same period in the market

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545969

# QUALITY STATUS – CARRIER RETURN RATE

## ● AT&T/Sprint improved in 2011, T-Mobile/Verizon worsened

AT&T : 0.48% decrease v. '10.Dec (1.03->0.55)
T-Mobile : 0.17% increase v. '10.Dec (0.75->0.93)

Sprint : 0.27% decrease v. '10.Dec (1.93->1.66)
Verizon : 0.58% increase v. '10.Dec (1.80->2.38, based on Aug result)

*Verizon modified calculation logic (11.9~), Sep 1.4

: T-Mobile T839 Memory Leak issue, T589 F-PCB Cracking  Verizon i500 Missed call issue





**[ AT&T – Smart ]**
Over penalty threshold 0.85%
- Main driver : i897 PMIC issue

**[ T-Mobile – Smart ]**
Over VSC threshold 1.50%
- Main driver : T839, T589

**[ Sprint – Smart ]**
VSC Goal : 2.50%
- Entry Smart Device over 2.5%
  : M910,M920 (Lagging/Perf. Issue

**[ Verizon – Smart ]**
New portfolio standard in effect

Before : within 18 month after launch
After : within 12 month after launch

### AT&T – Monthly Exchange Rate

Overall
'09 0.49  '10 1.03  '11.9 0.55

Smart
'09 0.69  '10 0.86  '11.9 0.94

Feature
'09 0.47  '10 1.06  A877  '11.9 0.42

### Sprint – Monthly Exchange Rate

Overall
'09 1.40  '10 1.93  '11.10 1.66

Smart
'09 1.71  '10 4.13 M900  '11.10 2.36

Feature
'09 1.39  '10 1.24  '11.10 0.86

### T-Mobile – Monthly Exchange Rate

Overall
'09 0.74  '10 0.76  '11.10 0.93

Smart
'09 1.24  '10 1.50  '11.10 1.65

Feature
'09 0.74  '10 0.64  '11.10 0.47

### Verizon – Life to date Defect Rate

Overall
'09 2.70  '10 1.80  '11.8 2.38

Smart
'09 7.27  Omnia I,II  '10 1.75  '11.8 4.45

Feature
Verizon implemented new standard in '11.9
'09 2.55  '10 1.80  '11.8 2.03

16 FEB 2012

TOP SECRET

Highly Confidential - Attorneys' Eyes Only          SAMNDCA11545970



SLIDE 45 of 31

TOP SECRET

16 FEB 2012

MARKETING

BACKUP

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545971

REDACTED

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545972



BUILDING PREMIUM GALAXY BRAND
WITH BEST IN CLASS INNOVATION STORIES

Olympics
July

Redacted

1st
Mobile
Wallet

G-Note
super bowl

1st
New
Category

G-Nexus
next best thing ii

1st
ICS

GSII
next best thing

1st
To
Challenge
iPhone
Directly

STA Controlled ATL
campaigns vs. Channel

SLIDE 47 of 31

TOP SECRET

16 FEB 2012

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545973



Highly Confidential - Attorneys' Eyes Only



# OWNING OUR BRAND AND CONNECTING DIGITALLY

SAMSUNG

**2011**      **2012**

## Marketing Mix

FMO –
- Experiential
- Offline Media
- Digital
- PR

**Channel**
71%
19%
5%
0%
1% 4%

## Media Mix

**Online** 14%
**Offline** 86%

Highly Confidential - Attorneys' Eyes Only

SALES – B2B
BACKUP

SAMSUNG

SLIDE 50 of 31

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only          SAMNDCA11545976





# SAFE™ Overview

## Virtual Private Network

Samsung works with a number of leading VPN providers enabling IP-based encryption for secure, persistent access to critical enterprise assets via Wi-Fi® and network connections.



## On Device Encryption

State of the art, AES-256 bit hardware-based ODE helps prevent unauthorized access to all data on the device, including the microSD® storage card.



## Corporate Email / Calendar / Contacts

Extensive support for e-mail, contact & calendar synchronization and more.

## Mobile Device Management

Enables efficient, scaled mobile deployments. Working with leading third-party providers, Samsung offers solutions that address even the most challenging management and security concerns.



SAMSUNG mobile

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545978



# SAFE™ Solution Platform

## Samsung Smartphones & Tablets
### Good, Better, Best Device Options at Each US Carrier

|  | EAS | ODE | Horizontal Application Hooks |  |  |
|---|---|---|---|---|---|
|  |  |  | MDM | Application Security | VPN |
| **Samsung Software** |  |  |  |  |  |
| **IT Compliance** |  Exchange ActiveSync | Juniper · Sybase | Cisco · MobileIron | SOTI · .net | airwatch |
| **Horizontal Solutions** | citrix · vmware | webex · ORACLE · MobileIron | SAP · force.com | ANTENNA SOFTWARE | Xora · LogMeIn |
| **Vertical Solutions** | AIRSTRIP · Allscripts · Mobile | Medscape · ePOCRATES | pyxis · BB | McGraw Hill | silanis |

Mobile Professional   Entertainment/Gaming   Point of Sale   Field Services   Mobile Learning   Health Management

## Samsung & Third Party Accessories



Highly Confidential - Attorneys' Eyes Only

REDACTED

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545980



SAMSUNG

SLIDE 55 of 31

TOP SECRET

16 FEB 2012

APPLE FACT BASE

BACKUP

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545981

# APPLE ALSO INVESTING IN B2B. US IPHONE B2B PORTION APPROXIMATELY 1/3 OF US IPHONE ACTIVATIONS IN 2011



## iPhone US Activations (Consumer/B2B) (%)

| | 1Q10 | 2Q10 | 3Q10 | 4Q10 | 1Q11 | 2Q11 | 3Q11 | 4Q11 |
|---|---|---|---|---|---|---|---|---|
| Consumer | 74% | 74% | 71% | 74% | 65% | 72% | 68% | 65% |
| B2B | 26% | 26% | 29% | 26% | 35% | 28% | 32% | 35% |

## iPhone US Activations (Consumer/B2B) (M)

| | 1Q10 | 2Q10 | 3Q10 | 4Q10 | 1Q11 | 2Q11 | 3Q11 | 4Q11 |
|---|---|---|---|---|---|---|---|---|
| Consumer | 1.989 | 2.364 | 3.648 | 3.770 | 5.029 | 5.94 | 4.504 | 13.8 |
| B2B | 0.771 | 0.835 | 1.606 | 2.053 | 2.647 | 1.674 | 1.504 | 4.83 |
| Total | | | | | | | | 8.97 |

Total: 3.196

Consumer   B2B   Total

Source: Canalys for B2B channel. Canalys numbers do not include BYOD

"Nearly all of the top companies in the Fortune 500 now approve and support iPhone on their networks" *Apple Earnings Call 1-24-12*

"In addition to accessing e-mail, calendar and contacts, many of these companies are developing and deploying mission-critical iPhone apps to help improve productivity and give employees secure and immediate access to information anywhere" *Apple Earnings Call 1-24-12*

FORTUNE 500   Financial Svc   Consumer Products

Transportation   Healthcare   Insurance

TOP SECRET



SAMSUNG

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545982

# US B2B IPADS GROWING FROM 10% IN 2010 TO 20% OF US IPAD SHIPMENTS IN 2011

**SAMSUNG**



iPad US Volume (Consumer/B2B) (M)

iPad US Volume Split (Consumer/B2B) (%)

Source: TabTimes, STA estimate

"32% of Fortune 500 companies are testing or deploying the iPad in their orgs"
*Apple Earnings Call 10-18-11*

"Fortune 500 markets including pharma, manufacturing, hospitality, consumer products, financial services, healthcare and retail"
*Apple Earnings Call 1-24-12*

"1.5M iPads are already in use in Education institutions" *Apple Earnings Call 1-24-12*

**FORTUNE 500**



16 FEB 2012

TOP SECRET

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545983

IPHONE 5 EXPECTED TO HAVE LTE WITH A NEW DESIGN / CMF, LARGER DISPLAY (4"), ALUMINUM BACKING, PLASTIC/RUBBER BEZEL, ENHANCED S/N

| Items | iPhone 4S | iPhone 5 |
|---|---|---|
| Launch | Oct 14 2011 US Launch (Oct 7 2011 Pre-orders) | Mid 2012 / Fall 2012 |
| Network | HSPA 14.4 / EVDO rev A (ATT, VZW, Sprint) | LTE (ATT, VZW, Sprint) |
| Retail Price | $399/$299/ $199 | $399/$299/ $199 |
| Dimensions | 114.3 x 58.6 x 9.3 mm, 137g (TBD) | TBD but rumored super thin |
| Main Display | 3.5" 960 x 640 IPS, 326 PPI | 4" 1024 x 768 IPS, 320 PPI |
| App CPU | 1GHz A5 dual-core | TBD |
| Battery | 1420 mAh (Same 10hrs claimed battery life) | TBD |
| Storage | 64GB/ 32GB/16GB No expansion | 64GB/ 32GB/16GB No expansion |
| Camera | 8MP RF 0.3MP (VGA) FF | TBD |
| +1 UX | Cloud services Voice command / input App Store, iTunes, iBooks, iMovies | Enhanced S/N |

Highly Confidential - Attorneys' Eyes Only          SAMNDCA11545984

FOUR MAJOR US CARRIERS EXPECTED TO CARRY THE IPHONES BY THE END OF 2012. APPLE TO DESIGN AWS (TMO) FOR IPHONE 5.



**verizon**
LTE (Avg 10 Mbps)

| | 102 markets 160M Pops Jul 2011 | 178 markets 185M Pops Nov 2011 | 210 markets 220M Pops Dec 2012 | Match VZ 3G coverage Dec 2013 |

**at&t**
LTE (Avg 10 Mbps)

| | 15 markets 70M Pops Dec 2011 | TMO AWS spectrum redeployed for LTE Jun 2012 | Introduce LTE-Advanced Dec 2013 |

**T-Mobile**
HSPA+ 21/42 (Avg 5 Mbps)

| | 152 markets 170M Pops Jul 2011 | 208 markets 200M Pops Nov 2011 | Other Merger / Alliance Scen |

**Sprint**
WiMAX/LTE (Avg 10 Mbps)

| | [CLWR deployment schedule TBD] | 120 markets 176M 4G Pops Dec 2012 | Introduce LTE-Advanced 160 markets 250M LTE Pops Dec 2013 |

Avg S-P monthly data usage has grown >70% from 1Q10–1Q11 Likely to exceed 1GB/mo in 2012 (source: Nielsen)

MB/mo
2000
1500
1000
500
0

LTE vs 3G $/MB

$0.005

**lte**

LTE cost / MB more efficient than 3G (source: Senza Fili)

**SAMSUNG**

TOP SECRET

SAMNDCA11545985



IN 4Q11, IPHONE ACTIVATIONS ARE MEANINGFULLY DIFFERENT THAN
IPHONE SELL-THRU. SIGNIFICANT 2ND HAND MARKET FOR IPHONES IN 4Q11.

## Second Hand iPhone Activations 4Q11

- **12.4%** of activations self-reported as used or second hand iPhone
  Additional 90 responded incorrectly identifying iPhone 2G and 3G devices
  as "New Sale" bringing actual second hand market to **18.8%**

- **22.7%** of AT&T's iPhone Activations are with Second hand phone
- **10.1%** of Verizon's iPhone Activations are with Second hand phone



As the market for new Apple iPhones exploded last quarter, so
too did the market for used iPhones on sites like eBay,
Amazon.com, Craigslist and Gazelle. That is according to a
consumer survey recently conducted by Consumer Intelligence
Research Partners. It estimates that, since the iPhone 4S
launched in October, used models of Apple's earlier handsets
accounted for 11% of total iPhone activations at U.S. carriers.

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545986



# 2012 US IPHONE SIMULATION BY STA ACCOUNT

## TEAM ROLL-UP: 43.1M UNITS

| US iPhone Vol (M) | Carrier* | 1Q12E | 2Q12E | 3Q12E | 4Q12E | 2011E | 2012E |
|---|---|---|---|---|---|---|---|
| iPhone 5 | at&t | 4.0 | 4.2 | 4.1 | 6.3 | 17.0 | 18.6 |
| | verizon | 3.2 | 3.1 | 2.7 | 3.5 | 10.6 | 12.5 |
| | Sprint | 2.2 | 2.2 | 1.7 | 3.7 | 1.5 | 9.8 |
| | T-Mobile | | | | 2.2 | | 2.2 |
| **Total iPhone** | | **9.4** | **9.5** | **8.5** | **15.7** | **29.1** | **43.1** |

·Includes Apple store and Nat'l Retail devices activated for each carrier

Source: STA Business Planning / Account Teams

TOP SECRET

16 FEB 2012

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11545987

# IPHONE SKU SELL-THRU VOL 1Q11 – 4Q12

SAMSUNG

| US iPhone Vol (M) | Carrier* | 1Q11 | 2Q11 | 3Q11 | 4Q11E | 1Q12E | 2Q12E | 3Q12E | 4Q12E | 2011E | 2012E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| iPhone 5 | at&t |  |  |  |  |  |  |  | 3.3 |  | 3.3 |
|  | verizon |  |  |  |  |  |  |  | 2.2 |  | 2.2 |
|  | Sprint |  |  |  |  |  |  |  | 2.2 |  | 2.2 |
|  | T-Mobile |  |  |  |  |  |  |  | 1.5 |  | 1.5 |
| iPhone 4S | at&t |  |  |  | 4 | 1.6 | 2 | 1.9 | 1.5 | 3.5 | 7 |
|  | verizon |  |  |  | 2.9 | 2.5 | 2.6 | 2.2 | 0.7 | 3.1 | 8 |
|  | Sprint |  |  |  | 1.6 | 1.7 | 1.7 | 1.3 | 1 | 1.8 | 5.7 |
|  | T-Mobile |  |  |  |  |  |  |  | 0.7 |  | 0.7 |
| iPhone 4 | at&t | 1.6 | 1.8 | 1.3 | 1.5 | 1.2 | 1.1 | 1.2 | 1.5 | 5.7 | 5 |
|  | verizon | 2.2 | 2.1 | 2 | 1.2 | 0.7 | 0.5 | 0.5 | 0.6 | 7.8 | 2.3 |
|  | Sprint |  |  |  | 0.6 | 0.5 | 0.5 | 0.4 | 0.5 | 0.7 | 1.9 |
| iPhone 3GS | at&t | 2 | 1.9 | 1.4 | 1.5 | 1.2 | 1.1 | 1 |  | 6.4 | 3.3 |
| **Total iPhone** |  | **5.8** | **5.8** | **4.7** | **13.3** | **9.4** | **9.5** | **8.5** | **15.7** | **29** | **43.1** |

2012: 9.2 / 21.4 / 9.2 / 3.3

· Includes Apple store and Nat'l Retail devices activated for each carrier
Source: STA Business Planning / Account Teams

16 FEB 2012          TOP SECRET          SLIDE 52 of 31

Highly Confidential – Attorneys' Eyes Only          SAMNDCA11545988

# US SIMULATION IMPACT TO GLOBAL 2012
# IPHONE: 145M – 148M



2012 Global iPhone
145M – 148M



Average of last three quarters
US iPhone as % Global iPhone

30%



2012 US iPhone
43M – 44M



SAMSUNG

SLIDE 63 of 31

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545989



# ANALYST ESTIMATES FOR 2012

| | Global 2012 iPhone Sell-in |
|---|---|
| BMO | 122M* |
| Canaccord | 140M |
| JP Morgan | 126M* |
| Oppenheimer | 142M |
| Consensus | 132M* |

*Analysts care currently revising their estimates upwards

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545990

# IPHONE VOL & REV SHARE 1Q11 – 4Q12

**REDACTED**



iPhone vs Samsung Vol S/P Share 1Q11 - 2Q12 (%)

iPhone vs Samsung Volume 1Q11 - 2Q12 (M)

*Includes Apple store and Nat'l Retail devices activated for each carrier
Source: STA Business Planning / Account Teams

TOP SECRET

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545991



Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545992



VZW APPLE SIMULATION MAY BE UNDERESTIMATING VZW'S 2012 APPLE COMMITMENT BY ~2.5M UNITS (APPLE M/S OF 35% VS 30%)

SAMSUNG

verizon M/S (%)

| M/S % | 2011 | 2012 |
|---|---|---|
| **TAM** | **100%** | **100%** |
| SAM | 25.5% | 35.3% |
| Apple Simulation | 24.8% | 30.0% |
| Apple Contractual | 23.0% | 35.0% |

SLIDE 67 of 31

TOP SECRET

verizon Units (M)

| Mu | 2011 | 2012 |
|---|---|---|
| **TAM** | **43.5** | **45.0** |
| SAM | 11.1 | 15.9 |
| Apple Simulation | 10.8 | 13.5 |
| Apple Contractual | 10.0 | 15.8 |

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMSUNG

TOP SECRET

16 FEB 2012

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545994



ATT-TMO CANCELLATION MEANS THREE MAJOR US CARRIERS FOR THE NEXT 8 – 12 MONTHS. APPLE UNLIKELY TO DESIGN AWS UNTIL IPHONE 5.

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545995

# VZW AND ATT GENERATING THE BEST SMARTPHONE ECONOMICS OUT OF THE BIG 4

|  | verizon | at&t | T | Sprint | Big 4 Smart |
|---|---|---|---|---|---|
| + Smartphone ARPU* | $81.44 | $75.29 | $69.63 | $64.89 | $73.78 |
| - Data delivery cost | $10.82 | $7.98 | $8.30 | $8.88 | $8.93 |
| - Allocated servicing costs | $13.11 | $14.74 | $14.70 | $14.12 | $14.23 |
| Pre-marketing monthly margin | $57.51 | $52.57 | $46.63 | $41.89 | $50.62 |
| Postpaid device life (months) | 26.9 | 28.8 | 18.9 | 23.3 | 25.3 |
| - Smartphone subsidy | $227 | $293 | $191 | $197 | $235 |
| - Allocated marketing costs | $306 | $152 | $129 | $243 | $200 |
| **Device lifetime value** | **$1,014** | **$1,069** | **$561** | **$536** | **$846** |
| Monthly MB usage | 721 | 532 | 553 | 592 | 595 |
| Data delivery cost / MB | $0.015 | $0.015 | $0.015 | $0.015 | $0.015 |

*Nielsen 3Q11: BRPS excluding one-time charges ("Total Other Charges")

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545996

REDACTED

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545997

REDACTED

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545998

REDACTED

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11545999



REDACTED

Highly Confidential - Attorneys' Eyes Only