# EXHIBIT 14

# Defeating Apple at Verizon

SAMSUNG

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

SAMNDCA630-00095422

Highly Confidential - Attorneys' Eyes Only

# Current Sales Trend Summary

- iPhone4 sales have steadied and fluctuate between 30-40% of all smartphone sales at Verizon

  – 16GB version is much more popular than 32GB (84% vs 16%)

  – Black more popular than white (61% vs. 39%)

  – White color offering hasn't increased total iPhone4 sales

- 4G smartphone sales are fluctuating between 10-20% of all smartphone sales at Verizon

- Even without iPhone4, a clear majority of smartphones are being sold at >=$199 price point

  – Verizon is struggling to gain traction in the Android entry/mass 3g segment

SAMNDCA630-00095423

Highly Confidential - Attorneys' Eyes Only



# Embedded Base Device Category Breakdown 2010 vs. 2011

July 2010

July 2011

- Feature Phone
- Smartphones
- Internet (Tablets, Hotspots, Dongles)

19%

6%

75%

32%

6%

62%

- 1 in 5 had smartphones in 2010 and now 1 in 3 have smartphones

SAMNDCA630-00095424

Highly Confidential - Attorneys' Eyes Only



# Smartphone Embedded Base July 2010 vs July 2011

July 2011

July 2010

- Apple went from 0% to 17% of smartphone users in 5 months
- Blackberry users are jumping to Android and Apple

Android
Blackberry
Other Smart
Palm
Tablet
Apple

Highly Confidential – Attorneys' Eyes Only

SAMNDCA630-00095425

# Verizon Smartphone User Base July '10 vs July '11



**Embedded Smartphone Users by OS**

- RIM has lost users in a growing smartphone market

- Apple near 5 million users at Verizon

Highly Confidential - Attorneys' Eyes Only

SAMNDCA630-00095426

# 1H 2011 Sales Trends by Device Category



Sales by Device Category

- Smartphones (including Apple stores sales) are slightly outselling feature phones, but outsold feature phones by as much as 20% with the launch of the iPhone4

Highly Confidential - Attorneys' Eyes Only

SAMNDCA630-00095427

# Sales by Retail Price Point w/iPhone4



- Majority of smartphones(~56%) are selling at the $199 price point mostly attributable to the 16GB iPhone4 model

- ~17% of smartphone sales are $249 or above (LTE models + 32GB iPhone4)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA630-00095428

# 3G vs. 4G Smartphone Sales



3G vs. 4G Sales Since Launch of Thunderbolt

---3G Sales
---4G Sales

Thunderbolt
Launch

Charge
Launch

# Days

% of Smartphone Sales

- Initial 4G LTE adoption was high, but has tapered off to between 10% and 20% of smartphone sales

- **There is an opportunity to reverse this trend and partner with Verizon to drive 4G LTE to the masses AHEAD of Apple**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA630-00095429

# Iconic SKU Sales Trend (excludes Apple stores)



Iconic SKU Sales at Verizon since iPhone4 Launch

- Droid Charge
- Droid Inc/Inc 2
- Droid X/X2
- HTC Thunderbolt
- iPhone4 (All Models)

- Top 4 Android SKUs combined outsell Apple iPhone4 at Verizon stores by a slim margin

SAMNDCA630-00095430

Highly Confidential - Attorneys' Eyes Only

# Verizon iPhone4 Sales Mix Between Models

Apple iPhone4 Average Sales Mix
(Since Launch of White Version)



- Black 16GB
- Black 32GB
- White 16GB
- White 32GB

- 16GB version makes up 84% of sales

- White version accounts for 39% of sales volume

Highly Confidential - Attorneys' Eyes Only

SAMNDCA630-00095431

# Winning Formula to Beat Apple: 3 Way Partnership



Android
Unified and Open OS

Verizon
Powerful Marketing
4G LTE Network

Samsung
Differentiated Hardware, Design and Services

Best-in-Class Products

## What will it take?

- Best Tech – Processor, HD Display
- Android OS Early Access and Lead Device
- Strategic Marketing
  - Aegis $99 BOGO promotion to compete with $99 iPhone4
  - Promo Option1: Aggressive $199 Droid Charge w/16GB Black Friday promotion
  - Promo Option2: Nexus Prime holiday hero model 32GB SKU at $299 price point

SAMNDCA630-00095432

Highly Confidential - Attorneys' Eyes Only

# Retail Positioning to compete head-to-head with Apple and other Android OEMs



| Price/Positioning | | |
|---|---|---|
| Super Premium | $299 | |
| | $249 | |
| Premium | $199 | |
| | $149 | |
| Mass | $99 | |
| Entry | $49 | |
| | $0 | |

**Time to Market columns:** In the Market | July 2011 | August 2011 | Sept 2011 | Holiday 2011 | Time to Market

Droid Charge Launch: '11 05 W/S: $539
HTC Thunderbolt Launch: '11 03 W/S: $499
Moto Bionic '11 07 W/S: $—
Apple iPhone4 Launch: '11 02 W/S: $4**
Moto Droid X2 Launch: '11 05 W/S: $405
Moto Droid3 Launch: '11 07 W/S: $599
HTC Incredible2 Launch: '11 05 W/S: $399
Fascinate Launch: '10 11 W/S: $349
Launch: '10 09 W/S: $359 July EOL
Continuum Launch: '10 11 W/S: $269 Sept EOL

Ice Cream Sandwich TTM Advantage
Prime Launch: '11 10 W/S: $559
HTC Vigor Launch: '11 Q4 W/S: $4XX
Moto LTE Launch: '11 Q4 W/S: $5XX
LG i-Project Launch: '11 Q4 W/S: $4XX

Apple iPhone5(32)
Apple iPhone5(16) Launch: '11 09 W/S: $449
Promo Option1:Black Friday $199 Charge

Aegis launch: '11.1 W/S: $359
Aegis will take share from premium 3G segment sales because of LTE and qwerty

LTE
W/S: $359($309 net)
Outsell iPhone4 with $99 BOGO promotion
Viper Launch: '11 9 W/S: $189

SS SKUs
Competitor SKUs

SAMNDCA630-00095433

Highly Confidential - Attorneys' Eyes Only

# VZW 2H 2011 SKU Pricing Recommendation



May 11 | June 11 | July 11 | August 11 | Sept 11 | Oct 11 | Nov11 | December 11

**$299**

**Charge**
WS: $539
Sub: $240
Retail: $299

**Nexus Prime**
WS: $559
Sub: $260
Retail: $299

Launch Nexus Prime at $299
Get Charge to $249 to block LG & Moto 4G
Aegis to $99 for Holiday 2011

Targeting
Holiday
for $199

**$249**

**HTC Thunderbolt (3'11)**
(4.3" WVGA SC)
WS: $499
Ret:$249

**Charge**
WS: $499
Sub: $250
Retail: $249

Ensure no more than $50
retail gap to Thunderbolt
(targeting late June for
Charge for $249

**Charge**
WS: $449
Sub: $260

**$199**

**LG Revolution (5'11)**
(4.3" SC LTE)
WS: $499
Ret:$249

**Aegis (4G)**
WS: $359
Sub: $210

**$149**

**Fascinate**
WS: $359
Sub: $210

Right after
Father's Day

**Fascinate 8GB**
WS: $309
Sub: $210

**Viper (3G)**
WS: $189
Sub: $140

**$99**

**Continuum**
WS: $300
Sub: $200

**Continuum**
WS: $269
Sub: $220

EOL

**$49**

SAMNDCA630-00095434

Highly Confidential - Attorneys' Eyes Only

SAMNDCA630-00095435

REDACTED

Highly Confidential - Attorneys' Eyes Only

- In 2011 Verizon has expanded the market by creating new $249 and $299 retail price points with the introduction of its first LTE smartphones

- In 2012 Verizon is expected to bring 4G LTE to the entry price segment in an effort for massive LTE penetration and lower per subscriber OpEx



SAMNDCA630-00095436

Highly Confidential - Attorneys' Eyes Only

SAMNDCA630-00095437

REDACTED

Highly Confidential - Attorneys' Eyes Only