# EXHIBIT 15



# STA FACTBOOK

August 2011

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353288

| Topic/Description | Owner |
|---|---|
| **Market Sensing & STA Strategy Overview** | |
| Market: Phone and Tablet Forecast by Category | Tom Chun |
| Carrier: Consolidation | Tom Chun |
| Carrier: Service Plans | Tom Chun |
| Competitor: Key Product Lineup | Tom Chun |
| Competitor: Apple 1-pager (strategy sensing) | Tom Chun |
| Competitor: HTC 1-pager (strategy sensing) | Tom Chun |
| Ecosystem: Loyalty analysis | Chris Martinez |
| Ecosystem: Windows7 vs. Mango | Chris Martinez |
| Ecosystem: Cloud investments | Chris Martinez |
| Consumer: Data Usage | Tom Chun |
| Consumer: Prepaid Smartphone | Tom Chun |
| B2B: Market Forecast | Chris Martinez |
| 2015 Strategic Direction | Justin Denison |
| 2012 Goals & Targets | Justin Denison |
| **Apple** | |
| iOS/iTunes (including all iPod) installed base | Chris Martinez |
| iPhone5: specification rumors | Tom Chun |
| iPhone5: distribution strategy (incl prepaid) | Tom Chun |
| iPhone4/5: sales and outlook FY11 (break out sales by model, color and distribution channel) | Stacey Counce |
| iPhone4 -> iPhone5 -> GS II Comparison chart (note features Apple is likely to advertise) | Tom Chun |
| Carrier view: Sales and installed base by Carrier | Tom Chun |
| Carrier view: Carrier pain points | Tom Chun |
| iPad: iPad2+ & iPad3 rumors and specficiations | Tom Chun |
| iPad: Sales and outlook FY11 (break out sales by model and distribution channel) | Sam Song |

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353289

| Topic/Description | Owner |
|---|---|
| **Network Systems** | |
| Overall Business Status | Tom Jasny |
| Sprint N/W Vision (high-level status only) | Tom Jasny |
| Cellular South (recovery plan status) | Paul Gilliland |
| New Business Opportunities (USCC, Metro, ...) | Paul Gilliland |
| Requests to HQ | Tom Jasny |
| **Wireless Terminals** | |
| Sales: 1H'11 Performance Summary | Reza Rahman |
| Sales: 2H'11 Sales outlook | Reza Rahman |
| Sales: S=2H status by account | Reza Rahman |
| Sales: Smartphone sales weekly trend | Reza Rahman |
| Sales: Carrier-level key issues/status(1-page for each) | Brian Rosenberg |
| Sales: GSI -> GSII performance and outlook (10Mu target by when?) | Brian Rosenberg |
| Sales: Tablet sales summary and outlook (highlight sales by Carrier model) | Brian Rosenberg |
| Sales: Key B2B reference account wins (note pipeline if appropriate) | Tim Wagner |
| Marketing: Summary of Brand KPI performance & goals | Todd Pendleton |
| Marketing: MDF + CDE spend vs. revenue (by quarter & annual) | Todd Pendleton |
| Marketing: GSII Marketing Plan | Todd Pendleton |
| Marketing: Retail project status | Paul Golden |
| Product: 2H'11 & 1H'12 Lineup Summary (1-page for each of below) | Nick DiCarlo |
| Iconic smartphone models | Nick DiCarlo |
| Mass4G + Prepaid Smart | Nick DiCarlo |
| Nexus Prime (incl. 3-party negotiation status & STA position) | Nick DiCarlo |
| Galaxy Note strategy (incl consumer research findings) | Nick DiCarlo |
| Windows Phone lineup (esp. Mango) | Nick DiCarlo |

3

Confidential & Proprietary

SAMSUNG

S-ITC-003353290

Confidential Business Information,
Subject to Protective Order



| Topic/Description | Owner |
|---|---|
| **Wireless Terminals (cont'd)** | |
| Product: Summary of Launch & MR delays (incl mitigation strategy) | Tim Rowden |
| Product: Tablet portfolio & positioning | Nick DiCarlo |
| Product: QCOM 8960/Fusion status | Nick DiCarlo |
| Product: On-device-activation (ODA) | Khurram Rafique |
| Content & Services: MediaHub v1.5 -> v1.6 -> v2.0 roadmap | Gavin Kim |
| Content & Services: C&S plan by key model | Gavin Kim |
| Content & Services: Revenue performance & outlook | Gavin Kim |
| Content & Services: Comparison of key MH competitive offerings (e.g. iTunes, netflix, etc) | Gavin Kim |
| Operations: Quality report (i.e. AT&T and VZW) | Tim Sheppard |

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353291



# MARKET SENSING & STA STRATEGY OVERVIEW

Confidential & Proprietary

5

S-ITC-003353292

Confidential Business Information,
Subject to Protective Order



SMARTPHONES TO BE 90% OF MOBILE PHONE VOL TAM BY 2015 (ANDROID AT 55% OF TAM). ANDROID GREATER THAN IOS TABLETS BY 2013, 50% OF TABLET TAM BY 2015.

Mobile Phone Sell-thru (M) by OS

Tablet Sell-thru (M) by OS

Source: STA analysis v6 5 June 9 2011

Confidential & Proprietary

6

Confidential Business Information,
Subject to Protective Order

S-ITC-003335293

SMARTPHONE REVENUE TO DRIVE 90%+ OF THE US MKT BY 2012 (ANDROID REV AT 50% OF MKT). OVERALL TABLET REVENUE GROWING TO 50% OF PHONE SALES BY 2014.

US Tablet Revenue ($B) by OS



US Mobile Phone Revenue ($B) by OS







Source: STA analysis v6 1 AUGUST 2011

Confidential & Proprietary

7

Confidential Business Information,
Subject to Protective Order

S-ITC-003353294



## ATT-TMO MERGER WILL CONSOLIDATE CARRIER POWER TO THE BIG 2 (ATT AND VZW)

Source: STA analysis

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003335295

# POSSIBLE FURTHER US CARRIER CONSOLIDATION

## Continued Carrier Consolidation



**AT&T/T-Mo will have ~44% share of subs**

US Wireless Subscribers (mn)

Source: UBS 03/2011

## Possible Further Carrier Consolidation

| ··T··Mobile· Divestitures | | |
|---|---|---|
| | Potentially acquired by | verizon  metroPCS  Other Regionals  Private Equity |
| Sprint | Potentially acquires | metroPCS |
| | Takeover by | verizon |
| metroPCS  LEAP | Potential consolidation | |

- Increase in carrier buyer power
- Samsung needs to proactively manage carrier relationships to ensure "good standing"

Source: UBS 03/2011

Confidential & Proprietary



9

S-ITC-003335296

Confidential Business Information,
Subject to Protective Order

CARRIER DATA PLANS:

TMO TO LAUNCH THE COUNTRY'S FIRST FAMILY SHARED SMARTPHONE DATA PLAN IN AUGUST 2011.  SPRINT IS THE ONLY MAJOR CARRIER REMAINING WITH UNLIMITED PLANS

|  | ATT | VZW | TMO | Sprint |
|---|---|---|---|---|
| Smartphone Plans | **TIERED DATA PLANS** (Eliminated unlimited plans as of June 2 2010)<br><br>**$25 / Mth for 2GB** ($10 / GB over)<br>**$15 / Mth for 250MB** ($15 / 200MB over) | **CHANGED TO FULL TIERED** (July 7th)<br><br>**$80 / Mth for 10GB** ($10 / GB over)<br>**$50 / Mth for 5GB** ($10 / GB over)<br>**$30 / Mth for 2GB** ($10 / GB over) | **CHANGING TO "SMARTPHONE" SHARED TIERED DATA PLANS (August 2011)**<br><br>Individual data plans<br>**$5 - $55 Mth for 200MB - 10GB**<br>Family shared data plans<br>**$10 - $110/ Mth for 200MB - 10GB** shared across 2 smartphone users | **$40/ Mth Unlimited** |
| Tablet Plans | **$25 / Mth for 2GB** ($10 / GB over)<br>**$15 / Mth for 250MB** ($15 / 200MB over) | **$80 / Mth for 10GB** ($10 / GB over)<br>**$50 / Mth for 5GB** ($10 / GB over)<br>**$30 / Mth for 2GB** ($10 / GB over) | **$80 / Mth for 10GB** (no overage fee, just slow-down)<br>**$50 / Mth for 5GB** (no overage fee, just slow-down)<br>**$40 / Mth for 2GB** (no overage fee, just slow-down) | **$90 / Mth for 10GB** (unlimited 4G, cap on 3G usage)<br>**$60 / Mth for 5GB** (unlimited 4G, cap on 3G usage)<br>**$45 / Mth for 3GB** (unlimited 4G, cap on 3G usage) |



SAMSUNG

Confidential Business Information,
Subject to Protective Order

# HTC HAS ALREADY ESTABLISHED US FIRSTS WITH LTE (VZW THUNDERBOLT) & 3D (SPRINT EVO 3D); POSSIBLY FIRST WITH ATT LTE VERSUS SAMSUNG CELOX



SAMSUNG

S-ITC-003335298

Confidential Business Information,
Subject to Protective Order

MOT VZW DROID 3 HAS LAUNCHED WITH CLOUD SYNC SERVICE (ZUMOCAST). MOT ALSO MAKING SOLID INROADS AT SPRINT.



SAMSUNG

Confidential Business Information,
Subject to Protective Order

# LG THRILL AT ATT WILL BE THE FIRST 3D AND FIRST DUAL CORE DEVICE AT THE US (AUG LAUNCH)



SAMSUNG

# UNLIKELY THAT RIM'S CURRENT 2H11 PRODUCT LINEUP WILL MAKE A DENT TO REVERSE THEIR CURRENT LOSSES



Confidential Business Information,
Subject to Protective Order



Confidential Business Information,
Subject to Protective Order

S-ITC-003353302

# APPLE IPHONE 5 TO LAUNCH IN SEP / OCT TIME FRAME  AT ATT, VZW AND SPRINT. $49 CONTRACT IPHONE 3GS DISCONTINUED.

$749
$649

Retail

iPhone 4 GSM
UNLOCKED
June 2011

Retail

iPhone 5
Launch
Sep/Oct 2011

at&t
verizon
Sprint

Retail

iPhone 4

at&t
verizon

MVNO?

Sprint ?

iPhone 3GS
$349 Prepaid?

Retail

at&t SAMSUNG

iPhone 3GS
$0 Contract?

iPhone 4 CDMA
Launched
Feb 2011

verizon

$299
$199

iPhone 4
Launched
June 2010

at&t

iPhone 3GS

at&t

$99

iPhone 3GS
Price Drop
Jan 2011

at&t

$49

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353303



Confidential Business Information,
Subject to Protective Order

S-ITC-003353304

# ANDROID & APPLE ECOSYSTEMS ARE "STICKY" (HIGH REPEAT PURCHASES). WITHIN ANDROID, HTC APPEARS TO BE BUILDING A MORE LOYAL FOLLOWING.

Android and iOS are Sticky Solutions for Consumers

**1Q11 Repeat Purchasers**
(% of recent smartphone acquirers whose current device has the same OS as their prev device)

80%   78%   40%

Within Android, HTC appears to be building stronger loyalty

**1Q11 Repeat Purchasers**
(% of recent Android acquirers whose current device is the same OEM as their prev device)

64%   51%   46%   39%



Source: Nielsen 1Q11

Confidential & Proprietary

18

Confidential Business Information, Subject to Protective Order

S-ITC-003353305

# WP7 MANGO ADDS MULTITASKING, ADVANCED EXCHANGE & MORE CLOUD SERVICES.  NOKIA'S BIG BET NOT IMPACTING OTHER OEM COMMITMENTS

| WP7 | Mango |
|---|---|
| **General** | **General** |
| • SNS: Facebook integration | ● **Multitasking support** |
| • Live Tiles (in lieu of Apps/widgets) | • Twitter and Linked In integration |
| | • Contact grouping (e.g. create a group you can track or send messages to separately) |
| | • Upgraded Browser (Internet Explorer 9) |
| **Email / Exchange** | ● **Advanced Email / Exchange** |
| • Native Exchange / POP support | • Ability to combine email inboxes |
| • Innovative layout / email UI | • Email threading (conversation view) |
| | • Additional Exchange support (i.e. Out of Office messages) |
| | • Syncing with Exchange tasks |
| | • Voice-to-text and text-to-voice |
| | • Conversation threads (all social feeds from a contact all show up in the same place) |
| **Entertainment** | **Entertainment** |
| • Zune hub for music & video | ● **Support for third-party background audio** |
| | • SmartDJ playlist creation |
| | • Lockscreen with music controls & album art |
| | • Custom ringtones |
| **Search / Maps** | **Search / Maps** |
| • Bing for web search and maps | • Search and Mapping / Navigation improvements |
| | • Support for turn-by-turn voice prompts |
| **Other** | **Other** |
| • SkyDrive for Photos | ● **Sky Drive for Office docs & music streaming** |
| • Voice Search Only | • More integrated Voice Commands |
| | • Some redesigned hubs (e.g. Office and Games) |
| | • Better real-time information in Live Tiles |

Samsung Proprietary

**Recent Mango Sensing:**

• **Nokia**:  Nokia/Microsoft expected to announce 1st Nokia WP7 device(s) Aug 17. Invitations sent for media event in Cologne.  Rumors are calling for October launch of "Sea Ray" phone

• **HTC**: Up to 4 Mango devices tracked by STA Strategy.  Strong noise on "Omega": 1.5GHz single core, 8MP/720p recording, 16GB memory.

• **Other OEMs**:  LG, Acer, Fujitsu-Toshiba (confirmed), and ZTE are also expected to launch Mango devices in the coming months.



19

S-ITC-003353306

Confidential Business Information,
Subject to Protective Order

# APPLE, GOOGLE AND AMAZON DRIVING CONTENT SPACE; FACEBOOK HAS UNTAPPED LEVERAGE TO DRIVE SERVICE ADOPTION

| | Video | Game | Music | eReading | Backup & Restore |
|---|---|---|---|---|---|
| **Market Trends** | • OTT video led through TV (excl Apple) – game console #1 connecting device<br>• Online video going social | • Virtual good growth driving freemium model<br>• Cloud gaming emerging | • Music rapidly moving to cloud across providers<br>• Spotify launch ad-based on-demand model in U.S. | • eBooks surpasses physical books on Amazon<br>• Apple rev share demands drive out in-app purchases | • Web providers offer all access anywhere<br>• OEMs/OS strong on-device integration |
| **Apple** | ▪ *#1 VoD M/S in US* (65%)<br>▪ *N-Screen support* via streaming to AppleTV | ▪ *End-to-end game platform* including social and advertising | ▪ *#1 music retailer*<br>▪ iCloud & "Scan and Match" | ▪ *iBooks & iNewsstand*<br>▪ Subscription support for periodicals | ▪ *iCloud Automatic Backup*<br>▪ Cloud photo sharing<br>▪ 5GB of free storage |
| **Google** | ▪ *#1 online video M/S* (69%)<br>▪ *Premium VOD on Android* and on GoogleTV | ▪ Free & premium mobile games on Android Market<br>▪ $100+M investment in Zynga | ▪ *Google Music* | ▪ *Google Books*<br>▪ *Working on* Newstand offering | ▪ Music, books, video, contact mail in cloud<br>▪ *Google Plus* automatic back of photos |
| **amazon** | ▪ VOD service on TV<br>▪ *Expansion to mobile and SVOD* | ▪ Android games offered through Amazon App store | ▪ *#2 Music download service in the US*<br>▪ Cloud music streaming service | ▪ *#1 ebook retailer*<br>▪ Multi-device and cloud sync support | ▪ *Cloud Player for music*<br>▪ Kindle and VOD cloud based |
| **htc** | ▪ HTC Watch service on smartphones & Tablets | ▪ Strategic investment in **OnLive Streaming Gaming** | ▪ HTC Music Station | ▪ HTC eBook w/ Kobo | ▪ HTC Sense contacts, text messages, call history<br>▪ Lost device remote access |
| **facebook** | ▪ *2nd in online video market share w/ 27.1%*<br>▪ Experimenting w/VOD service on PC – Partnership with Warner to offer "Dark Night" VoD | ▪ *Popular gaming platform for 3rd party developers* (e.g. Zynga)<br>▪ Features including billing, notification, news feeds | ▪ *Partner with Spotify* to launch music streaming service | ▪ N/A | ▪ Photo and video sharing |



# STA FACES A KEY COMPETITIVE DECISION REGARDING ITS CLOUD IDENTITY & POSITIONING

## Be an aggregator: license & distribute content



+ Possible to provide differentiation from other HW players
+ Potential for direct monetization of content sale
− Unclear ability to sustainably differentiate offerings
− "Red water" ; crowded, many strong incumbents
− In long term, strategically disadvantaged against "everywhere" services like Netflix
− Expensive to build scale independently and operate

## Be an 'aggregator of aggregators'

+ Also differentiating from HW players
+ Solve customer pain associated with service proliferation
+ "Own" the customer experience; become the default app
+ "White space" with few competitors
+ Compatible with also offering own aggregation service
− Costs incurred to build scale before monetization
− Less "control" over user experience



S-ITC-003353308

Confidential Business Information,
Subject to Protective Order

# PLATFORMS/OEMS DEVELOPING COMPREHENSIVE EXPERIENCES TO INCREASE CUSTOMER STICKINESS WITHIN ECOSYSTEM

*"There's only so much you can do with a piece of glass…software can make or break a phone."*

canalys

| | OS, UI & Input Recognition | Mobile Apps & Services | Entertainment | Advertising | Location Services | Backup, Restore & Streaming | B2B |
|---|---|---|---|---|---|---|---|
| **Apple** | Siri, Polar Rose | In-app & Subscription Purchasing | iBooks, Game Center | Quattro Wireless | Poly | lala | App Store For Enterprise — Patent Application Filed |
| **RIM** | tat, QNX | cellmania, viigo | BlackBerry Radio & Podcast | BlackBerry Advertising Service | | Gist, BlackBerry Protect | DataViz, WORK LIFE BALANCE, BlackBerry |
| **HTC** | ONE&CO | abaxia | SAFFRON DIGITAL, QuickLive | | | HTC Sense BETA | |
| **MOTOROLA** | DREAMPAL Azingo, S-U-H-U-P DIGITAL SYSTEMS | NORTH 280, SCALEBUY | SecureMedia, blur Connected Music & Gallery | | Aloqa | zecter BETA, 4HOME | |
| **LG** | | LG World – Outside US | PLEX | | | LG Smart Appliance with THINQ Technology Concept | |
| **Google** | SayNow, Blindtype | Google one pass, In-app Purchasing, Internet Explorer, HTML5 | Google music, e-book | admob | Quiksee | Simplifymedia, WIDEVINE | DocVerse, Google apps Connector for BES |
| **Microsoft** | | Internet Explorer, Silverlight | zune | Microsoft Advertising For Windows Phone 7 | OVI | Windows Live SkyDrive, Windows Phone 7 Connector for Mac | vmware, 3LM |

S-ITC-003353309

Confidential Business Information, Subject to Protective Order

# PLATFORMS/OEMS DEVELOPING COMPREHENSIVE EXPERIENCES TO INCREASE CUSTOMER STICKINESS WITHIN ECOSYSTEM

*"There's only so much you can do with a piece of glass...software can make or break a phone."*

canalys

| OS, UI & Input Recognition | Mobile Apps & Services | Entertainment | Advertising | Location Services | Cloud, Backup, Streaming/Sync | B2B |
|---|---|---|---|---|---|---|

Apple competes less like an OEM and more like an OTT like Google & Amazon. Investments focused on managing all facets of end users' digital life.

RIM investments center on "plugging gaps" of historically weak areas – touch-based UI and consumer focused Content & Services.

Android OEMs focused on differentiation within the Android ecosystem.

Specifically, HTC has been aggressive in building off the strength of its Sense UI and backup/customer management utilities and strengthening consumer media.

Motorola investing in services infrastructure and also leveraging its base in B2B & STB.

Google continues to expand its reach across all end-user touchpoints and unafraid to "tinker" to improve its positioning as a cloud "everything" provider

Microsoft showing commitment to "mobilize" its core offerings in a big way (had not done so in the past) and to work on synergies with Nokia.

7



Confidential Business Information,
Subject to Protective Order

S-ITC-003353310

# CONSUMER DATA USAGE SHOWS ANDROID LEADING THE PACK WITH HEAVIEST USAGE AROUND APP DOWNLOADS & MUSIC



**Average Monthly Data Usage (MBs)**
Q1 '11 Nielsen Customer Value Metrics, National

**Heavy Data Use Activities, Last 30 Days**
Feb - Apr 2011, Mobile Insights, National

# US SMARTPHONE DATA CONSUMPTION EXPECTED TO TRIPLE FROM 2010 TO 2012 TO 1.8GB / MONTH



## Quarterly Data Usage in MB by Operating System

Source: Nielsen

Legend:
- Android OS
- Apple iPhone (iOS)
- Windows Mobile
- Windows Phone 7
- BlackBerry OS

**Smartphones** create as much traffic as **10X basic-feature phones.** (Source: Cisco, 2010)

Data consumption of average smartphone users **expected to triple every year, growing from 150-200 MB in 2010 to 1.8 GB in 2012** (Source: Dallas Morning News)

|  | Current Data consumption / month* |
|---|---|
| Typical cellphone | 50 MB |
| Smartphone | 130-582 MB |
| iPhone | 492 MB |
| Galaxy S (Android) | 582 MB |
| iPAD/ Galaxy Tab | 700 MB – 1GB |
| Netbook | 1 GB |
| Laptop | 5 GB |

Source: Sanford C. Bernstein, Nielsen

* Includes data and voice



25

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353312

# VZW LTE DEPLOYMENT HAS A TIME TO MARKET ADVANTAGE OF 1+ YEARS

**verizon**

LTE (Avg 10 Mbps)

| Jul 2011 | Dec 2011 | Dec 2012 |
| 102 markets 160M Pops | 175 markets 185M Pops | 210 markets 220M Pops ("Nation-wide" LTE) |

**at&t**

LTE (Avg 10 Mbps)

| Dec 2011 | Mar 2012 | Dec 2013 |
| 15 markets 70M Pops | TMO AWS spectrum redeployed for LTE | Nation-wide LTE |

If ATT-TMO Merger Approved

**T··Mobile·**

HSPA+ 42 (Avg 5 Mbps)

| Jul 2011 |
| 152 markets 170M Pops |

**Sprint**

WiMAX (Avg 7 Mbps)

| Mar 2011 | Jul 2011 | Oct 2011 |
| 71 markets 110M Pops | L2 deal for LTE | Sprint to detail its 4G strategy |

LTE when?

LTE (Avg 10 Mbps)

WiMAX ends when?

Nation-wide LTE 2014-15?

**SAMSUNG**

26

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

# 4G TECHNOLOGIES ALL BOAST SIGNIFICANT PEAK THEORETICAL DOWNLOAD RATES. THE REALITY HOWEVER IS SINGLE DIGIT MBPS



Reality

Source: Dell 'Oro, and Goldman Sachs Research estimates.

Theoretical

|  | Peak Download Data Rate |
|---|---|
| lte | 300 Mbps |
| wimax | 75 Mbps |
| HSPA+42 | 42 Mbps |

Source: www.telecoms.com/11695/wimax-vs-lte-vs-hspa-who-cares-who-wins

SAMSUNG

27

Confidential & Proprietary

S-ITC-003353314

Confidential Business Information,
Subject to Protective Order



# GROWTH IN NO-CONTRACT MARKET DRIVEN BY FIRST-TIME SMARTPHONES

- Competitive threat with LG & Huawei positioned to increase share in prepaid smartphone volume

**REDACTED**

1Q09 Sell-thru Vol vs. Wholesale ASP

1Q10 Sell-thru Vol vs. Wholesale ASP

1Q11 Sell-thru Vol vs. Wholesale ASP

10% of no-contract volume now in smart

Source: STA Account team estimates

Prepaid Feature   Prepaid Smart

Confidential & Proprietary

28

Confidential Business Information,
Subject to Protective Order

S-ITC-003353315

# WILL A NON-CONTRACT IPHONE ACCELERATE NON-CONTRACT GROWTH FURTHER?

## Signals about Apple's Interest in the Non-Contract Market

- Recognition that US market growth driven by non-contract smartphones

- Apple execs have already stated their interest in being "creative in prepaid"

- Apple launching unlocked iPhone 4 through their retail stores, possibly as a test to ensure activations can be handled by their own retail

- Apple has historically shown preference to dis-intermediate the carrier
  - Channel prioritization of iPhone 4 at Apple retail vs COR at launch



Non-contract Sell-thru Vol % by Wholesale ASP

Can Apple change consumer non-contract price sensitivities?

??

- Non-Apple Prepaid
- Apple iPhone

>$500
$400 - $499
$300 - $399
$200 - $299
$100 - $199
<$100

0%   20%   40%   60%   80%   100%



29

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353316



# STA CORPORATE PLANNING CADENCE

April ~ May | June ~ September | October ~ March

Mid-Term (2015)

Annual (2012)

Alignment & Execution

NAHQ Alignment
HQ Strategy Mtg
MP Setting
CTIA Fall
HQ Strategy Mtg
CES, MWC

30

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353317

S-ITC-003353318

REDACTED

Confidential Business Information,
Subject to Protective Order

S-ITC-003353319

REDACTED

Confidential Business Information,
Subject to Protective Order

S-ITC-003353320

REDACTED

Confidential Business Information,
Subject to Protective Order



34

S-ITC-003353321

**REDACTED**

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order



**REDACTED**

Phase II Goals (Sep 2011)

- Sustainably higher **Brand** (UAT3 / MPSA) than Apple
- Samsung **> 50% Android market share**

Phase I Accomplishments (June 2010)

- Beat Apple in **Brand** (UAT3 / MPSA) in 3Q10 but was not able to maintain afterwards
- **#1 US Android Share** for 1st time in 3Q10

Galaxy S

Confidential Business Information,
Subject to Protective Order

S-ITC-003353322

APPLE

SAMSUNG

36

Confidential & Proprietary

S-ITC-003353323

Confidential Business Information,
Subject to Protective Order



# LOCK-IN MECHANISMS PART OF APPLE'S APPROACH TO N-SERVICES

Source: Lit search; BCG analysis

S-ITC-003353324

Confidential Business Information,
Subject to Protective Order

# APPLE U.S. INSTALLED BASE STRONG, WITH HIGH LEVELS OF CO-OWNERSHIP WITHIN IOS

## 145M Apple collective U.S. device installed base

27M Mac

<2M AppleTv

64M Non-Touch iPod

11M iPad

18M iPod Touch

23M iPhone

## 45M unique iOS users*

- Each iOS user spends over $100 on content & apps
- Avg of 83 app downloads per user in 2011
- 18% of apps are paid at an average price of $1.44



iPhone 17.0 million

iPad 6.8 million

iPod Touch 14.9 million

3.5 million

250K

760K

1.8 million

- 35% own an iPhone
- 10% own an iPod Touch

SAMSUNG

*Sources: Comscore, Apple, Pew Internet Research, STA Analysis*

Confidential Business Information,
Subject to Protective Order

S-ITC-003353325

## IPHONE 5 TO BE UPGRADED FROM IPHONE 4 IN THE KEY AREAS OF DISPLAY, CAMERA, PROCESSOR AND C&S



| Items | iPhone 4 | iPhone 5 |
|---|---|---|
| Launch | Jun 2010 (ATT)<br>Jan 2011 (VZW) | Mid Sep 2011 |
| Network | ATT – HSPA 7.2<br>VZW – EVDO revA | **Dual Mode –**<br>HSPA 14.4 / EVDO rev A |
| Retail Price | $299/ $199 | $299/ $199 |
| Dimensions | 114.3 x 58.6 x 9.3 mm,  137g | TBD but similar dimensions<br>**Thinner bezel** |
| Main Display | 3.5" 960 x 640 IPS,  326 PPI | **3.7"** IPS, Retina Display<br>960 x 640,  312 ppi |
| App CPU | 1GHz Apple A4 | **A5 1GHz dual-core** |
| Battery | 1420 mAh | TBD (Same 10hrs claimed battery life) |
| Storage | 32GB/16GB<br>No expansion | 32GB/16GB<br>No expansion |
| Camera | 5MP AF LED Flash<br>0.3MP (VGA) FF | **8MP RF**<br>**1.3MP FF** |
| +1 UX | iOS 4.3<br>iTunes<br>App Store, iTunes, iBooks, iMovies | **iOS5**<br>**Cloud services**<br>**Voice command / input**<br>**NFC**<br>App Store, iTunes, iBooks, iMovies |



Confidential Business Information,
Subject to Protective Order

S-ITC-003353326

# TEN KEY IOS 5 KEY FEATURES COMPARED TO GALAXY S II

| iOS 5 | | Galaxy S II | |
| --- | --- | --- | --- |
| 1. Notifications (No notification bar in iOS previously) | | Standard Android feature | ✓ |
| 2. Newsstand: Managed magazine subscriptions | | No analogous offering | ✗ |
| 3. Twitter: Integrated w/ contacts, gallery, etc | | Standard TouchWiz Feature | ✓ |
| 4. Safari (auto page formatting, syncs tabs across devices) | | Android Browser (Standard Android Feature) Firefox (and others) also have some of these features | ✓ |
| 5. Reminders: New location based feature | | Calendar To-Do list (not location aware) | ✗ |
| 6. Camera Updates (quick-launch, PhotoStream) | | Galaxy S II camera widely regarded as one of the best – launches quickly, Picasa enables similar cloud-sharing | ✓ |
| 7. Mail (Rich text, manage folders, search text) | | These features not yet available on Android devices | ✗ |
| 8. PC Free: Device setup no longer requires connecting to a computer/iTunes | | Standard Android feature | ✓ |
| 9. Game Center (iOS social networking for gaming) | | OpenFeint / OnLive (only available through certain games) | ✗ |
| 10. iMessage (instant messaging for iOS) | | Google Talk (native to all Android) | ✓ |

SAMSUNG

Confidential Business Information,
Subject to Protective Order

# APPLE IPHONE 5 TO LAUNCH IN SEP / OCT TIME FRAME AT ATT, VZW AND SPRINT. $49 CONTRACT IPHONE 3GS DISCONTINUED.

Retail

$749
$649

iPhone 4 GSM
UNLOCKED
June 2011

Retail

at&t
verizon
Sprint

iPhone 5
Launch
Sep/Oct 2011

$299
$199

iPhone 4 CDMA
Launched
Feb 2011

verizon

iPhone 4
Launched
June 2010

at&t

Retail

at&t
verizon

iPhone 4

$99

iPhone 3GS

at&t

iPhone 3GS
Price Drop
Jan 2011

at&t

MVNO?

iPhone 3GS
$349 Prepaid?

Sprint ?

✖

Retail

at&t

SAMSUNG

iPhone 3GS
$0 Contract?

$49

Confidential & Proprietary

S-ITC-003353328

Confidential Business Information,
Subject to Protective Order

# ATT GSII (SEINE) SUPERIOR SPECS TO IPHONE 5. APPLE TO FOCUS ON RETINA DISPLAY (COMPARED TO SUPERAMOLED+) AND IOS 5

| Model | Seine | iPhone 5 | Holiday | Thrill 4G | ATRIX 4G |
|---|---|---|---|---|---|
| Image | | | | | |
| Manufacturer | Samsung | Apple | HTC | LG | Motorola |
| Carrier | AT&T | AT&T | AT&T | AT&T | AT&T |
| Data | EDGE,UMTS, HSDPA 21 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s,LTE | EDGE,UMTS,HSDPA 14.4 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s |
| OS | Android 2.3 | IOS 5 | Android 2.3.4 | Android 2.2 | Android 2.2 |
| Form Factor | Candybar | Candybar | Candybar | Candybar | Candybar |
| Dimension | 125x66x8.89 mm | TBD – expected 9 mm thickness | TBD | 129x68x12 mm | 118x64x11 mm |
| Main Display | 480x800 (4.3'') | 640x960 (3.7'') | 540x960 (4.5'') | 480x800 (4.3'') | 540x960 (4.0'') |
| CPU | 1200 MHz x 2 | 1000 MHz x 2 | 1200 MHz x 2 | 1000 MHz x 2 | 1000 MHz x 2 |
| Battery | 1650 mAh | TBD | TBD | 1500 mAh | 1930 mAh |
| Rear Camera | 8.0 MP | 8.0 MP | 8.0 MP | 5.0 MP | 5.0 MP |
| Front Camera | 2 MP | 0.3 MP | 1.3 MP | 1.3 MP | 0.3 MP |
| Internal Memory | 16384 MB | 16384 MB | TBD | 8192 MB | 16384 MB |
| Memory Expansion | microSD,microSDHC (32 GB Max) | None | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) |
| Launch | 2011-10 | 2010-09 | 3Q11 | 2011-07 | 2011-02-25 |
| Retail Price | 199.00 | 199.00 | $199.00 | 199.00 | 199.00 |
| Whole Sale Price | 549.00 | 603.00 | $499.00 | 499.00 | 471.00 |

*Source: STA PRIME

🟩 Competitive advantage
🟨 Competitive parity
🟥 Competitive disadvantage

SAMSUNG

S-ITC-003353329

Confidential Business Information,
Subject to Protective Order

# SPRINT (GAUDI) SUPERIOR SPECS TO IPHONE 5. APPLE TO FOCUS ON RETINA DISPLAY (COMPARED TO SUPERAMOLED+) AND IOS 5

| Model | Gaudi | iPhone 5 | EVO 3D | PHOTON 4G |
|---|---|---|---|---|
| Image |  |  |  |  |
| Manufacturer | Samsung | Apple | HTC | Motorola |
| Carrier | Sprint | AT&T | Sprint | Sprint |
| Data | DOrA / WiMax | DOrA | EVDO / WiMax | EDGE,1xEV-DO rev.A,UMTS |
| OS | Android 2.3 | iOS 5 | Android 2.3 | Android 2.3 |
| Form Factor | Candybar | Candybar | Candybar | Candybar |
| Dimension | 131x70x9 mm | TBD – expected 9 mm thickness | 126x65x11 mm | 127x67x12 mm |
| Main Display | 480x800 (4.5") | 640x960 (3.7") | 540x960 (4.3") | 540x960 (4.3") |
| CPU | 1200 MHz x 2 | 1000 MHz x 2 | 1200 MHz x 2 | 1000 MHz x 2 |
| Battery | TBD | TBD | 1520 mAh | 1700 mAh |
| Rear Camera | 8.0 MP | 8.0 MP | 8.0 MP | 8.0 MP |
| Front Camera | 2MP | 0.3 MP | 0.3 MP | 0.3 MP |
| Internal Memory | 16384 MB | 16384 MB | 1024 MB | 16384 MB |
| Memory Expansion | microSD,microSDHC (32 GB Max) | None | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) |
| Launch | 2011-09 | 2010-09 | 2011-06-24 | 3Q11 |
| Retail Price | 199.00 | 199.00 | 199.00 | 249.00 |
| Whole Sale Price | 499.00 | 603.00 | 459.00 | 470.00 |

*Source: STA PRIME

Competitive advantage
Competitive parity
Competitive disadvantage

SAMSUNG

# NO GSII AT VZW. SAMSUNG PRIME SPECS SUPERIOR TO IPHONE 5. APPLE TO FOCUS ON RETINA DISPLAY (COMPARED TO CURVED), CAMERA MP AND IOS5.

| Model | Droid Charge | Samsung Prime | iPhone 5 Verizon | HTC Vigor | LG I-Project | Droid Bionic Targa |
|---|---|---|---|---|---|---|
| Image |  |  |  | | |  |
| Manufacturer | Samsung | Samsung | Apple | HTC | LG | Motorola |
| Carrier | Verizon | Verizon | Verizon | Verizon | Verizon | Verizon |
| Data | 1xEV-DO rev.A,LTE | 1xEV-DO rev.A,LTE | 1xEV-DO rev.A | 1xEV-DO rev.A,LTE | 1xEV-DO rev.A,LTE | 1xEV-DO rev.A,LTE |
| OS | Android 2.2 | Ice Cream Sandwich (Android 2.4) | iOS 5 | Android 2.3 | Android 2.3 | Android 2.3.4 |
| Form Factor | Candybar | Candybar | Candybar | Candybar | Candybar | Candybar |
| Dimension | 130x68x12 mm | 136 x 68 x 9.34mm | 115x59x9 mm | TBD | TBD | TBD |
| Main Display | 480x800 (4.3") | 720x1280 (4.65") | 640x960 (3.5") | 720x1280 (4.3") | 720x1280 (4.5") | 540x960 (4.3") |
| CPU | 1000 MHz | 1200 MHz x 2 | 1000 MHz x 2 | 1500 MHz x 2 | 1500 MHz x 2 | 1000 MHz x 2 |
| Battery | 1600 mAh | 1750mAh | TBD | TBD | TBD | TBD |
| Rear Camera | 8.0 MP | 5.0 MP | 8.0 MP | 8.0 MP | 8.0 MP | 8.0 MP |
| Front Camera | 1.3 MP | 1.3 MP | 0.3 MP | 1.3 MP | 1.3 MP | Yes |
| Internal Memory | 2048 MB | 16384 MB | 16384 MB | TBD | TBD | 16384 MB |
| Memory Expansion | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | None | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) |
| Launch | 2011-05-16 | 2011-10 | 2011-09 | 2011-10 | 2011-10 | 2011-07 |
| Retail Price | 299.00 | TBD | 199.00 | TBD | TBD | TBD |
| Whole Sale Price | 590.00 | TBD | 603.00 | TBD | TBD | TBD |

Competitive advantage
Competitive parity
Competitive disadvantage

*Source: STA PRIME

Confidential Business Information,
Subject to Protective Order

S-ITC-003353331

## NO IPHONE 5 EXEPECTED AT TMO. SAMSUNG GSII (HERCULES) SUPERIOR TO THE COMPETITION.

| Model | Hercules | Sensation 4G | G2x | ATRIX 4G | Monaco / Storm 3 |
|---|---|---|---|---|---|
| Image | | | | | |
| Manufacturer | Samsung | HTC | T-Mobile | Motorola | RIM |
| Carrier | T-Mobile | T-Mobile | T-Mobile | T-Mobile | T-Mobile |
| Data | EDGE,UMTS, HSDPA 42 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s |
| OS | Android 2.3 | Android 2.3 | Android 2.2 | Android 2.2 | BlackBerry OS |
| Form Factor | Candybar | Candybar | Candybar | Candybar | Candybar |
| Dimension | 131x70x9 mm | 126x65x11 mm | 124x64x10 mm | 118x64x11 mm | 120x62x11 mm |
| Main Display | 480x800 (4.5'') | 540x960 (4.3'') | 480x800 (4.0'') | 540x960 (4.0'') | 480x800 (3.7'') |
| CPU | 1200 MHz x 2 | 1200 MHz x 2 | 1000 MHz x 2 | 1000 MHz x 2 | 1200 MHz |
| Battery | TBD | 1520 mAh | 1500 mAh | 1930 mAh | 1230 mAh |
| Rear Camera | 8.0 MP | 8.0 MP | 8.0 MP | 5.0 MP | 5.0 MP |
| Front Camera | Yes | 0.3 MP | 1.3 MP | 0.3 MP | – |
| Internal Memory | 16384 MB | 1024 MB | 8192 MB | 16384 MB | 4096 MB |
| Memory Expansion | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) |
| Launch | 2011-09 | 2011-06-15 | 2011-04-15 | 3Q 2011 | July 2011 |
| Retail Price | 199.00 | 199.00 | 199.00 | 199.00 | 199.00 |
| Whole Sale Price | 499.00 | 459.00 | 443.00 | 471.00 | TBD |

*Source: STA PRIME

Competitive advantage
Competitive parity
Competitive disadvantage

SAMSUNG

Confidential Business Information,
Subject to Protective Order

# IPAD 2⁺ SENSING

- **Launch:** Early 2012 likely (some rumors about a launch around Thanksgiving 2011 but not likely)
  - iPad 2 only recently cleared all backorders and began shipping when a consumer ordered the device rather than going on backorder.
  - With such strong demand, Apple unlikely to introduce iPad 2+ (iPad 2 with a high-resolution display) so early in iPad2's product life
- **HW design:** Appearance to remain unchanged
- **Display resolution** 2X current ppi
  - New resolution of 2048x1536 @ 264 ppi vs the current 1024 × 768 @ 132 ppi
- **Processor** unchanged at 1GHz dual core A5
- **Memory storage configurations:**
  128 GB / 64GB / 32GB versus current 64GB/ 32GB / 16GB
- **Pricing:** Same as iPad 2
- **OS:** iOS5





46

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353333

# NEED TO SLOW THE RAPIDLY GROWING APPLE INSTALL BASE AT VZW AND REDUCE THE SIZABLE APPLE BASE AT ATT



1H11 Sell-thru (M)

Install Base (M) as of May 2011

Apple   SAM Smart   HTC Smart   RIM
MOT Smart   Other Smart   Feature

Source: comScore / STA analysis for install base
STA PRIME/SMART systems for sell-thru

Confidential & Proprietary

47

Confidential Business Information,
Subject to Protective Order

S-ITC-003353334

# IPAD: SALES AND OUTLOOK FY11



iPad Sell Through - 2011

iPad Sales % by Channel

| | 1Q11 | 2Q11 | 3Q11 | 4Q11 |
|---|---|---|---|---|
| **Total iPad units** | 2,817,857 | 4,124,080 | 5,498,783 | 5,671,881 |
| **iPad 1** | 1,301,058 | 27,430 | 17 | 0 |
| **iPad 2** | 1,516,799 | 4,096,650 | 5,498,783 | 5,671,881 |
| iPad - VZW | 101,796 | 169,284 | 206,754 | 192,844 |
| iPad - ATT | 20,743 | 37,869 | 49,489 | 39,703 |
| iPad - Apple stores (incl Apple online channel) | 1,971,173 | 2,775,139 | 3,761,167 | 3,981,660 |
| iPad - BBY | 365,128 | 583,896 | 791,825 | 822,423 |
| iPad - WalMart | 27,971 | 41,414 | 54,438 | 55,584 |
| iPad - Target | 26,974 | 36,947 | 43,990 | 39,703 |
| iPad - RadioShack | 3,257 | 26,423 | 24,745 | 22,688 |
| iPad - Online resellers | 23,222 | 40,626 | 60,487 | 63,525 |
| iPad - Direct B2B | 277,593 | 412,484 | 505,888 | 453,750 |

| | 1Q11 | 2Q11 | 3Q11 | 4Q11 |
|---|---|---|---|---|
| **iPad 1** | 46% | 1% | 0% | 0% |
| **iPad 2** | 54% | 99% | 100% | 100% |
| iPad - VZW | 3.6% | 4.1% | 3.8% | 3.4% |
| iPad - ATT | 0.7% | 0.9% | 0.9% | 0.7% |
| iPad - Apple stores (incl Apple online channel) | 70.0% | 67.3% | 68.4% | 70.2% |
| iPad - BBY | 13.0% | 14.2% | 14.4% | 14.5% |
| iPad - WalMart | 1.0% | 1.0% | 1.0% | 1.0% |
| iPad - Target | 1.0% | 0.9% | 0.8% | 0.7% |
| iPad - RadioShack | 0.1% | 0.6% | 0.5% | 0.4% |
| iPad - Online resellers | 0.8% | 1.0% | 1.1% | 1.1% |
| iPad - Direct B2B | 9.9% | 10.0% | 9.2% | 8.0% |

Confidential & Proprietary

48

Confidential Business Information,
Subject to Protective Order

S-ITC-003353335