

# NETWORK SYSTEMS



49

Confidential & Proprietary

S-ITC-003353336

Confidential Business Information,
Subject to Protective Order



50

S-ITC-003353337

REDACTED

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

# SPRINT NETWORK VISION SUMMARY

## Development (Lab and FIT)

**Overall Status:** (yellow)

**Key Highlights:**
Goal: Exceed given Lab and FIT targets while delivering a quality product. Track in weekly and bi-weekly meetings.

- 3G FIT – First call completion (7/12), First EVDO call 8(/4)
- 4G Lab – First call completion (7/21)

**Risks / Issues/ Next Steps:**
- Risk - 3G Lab – 800 environmental tests (FW & component changes, 1 month delay Lab/FIT)
- Risk- SDC FIT - Optimization duration
- Evaluate mini-cluster migration in Springfield
- Sprint expected to issue PO for 2.5 development (July)
- Additional antenna types required, 2nd source to KMW required
- 3G/4G Pico – timeline to be provided by Samsung

## Ops Readiness

**Overall Status:** (green)

**Key Highlights:**
Goal: Tracking of WLA, acceptance, performance, training, EMS partnership and overall resource ramp.

- All 27 WLAs drafted and 16 of them completed
- General agreement on Acceptance criteria

**Risks / Issues/ Next Steps:**
- Risk: Complete the required Training (EMS) for Cluster Launch
- Acceptance (agree on courses and number of students)
- Complete 11 remaining WLAs

## Deployment (Chicago and beyond)

**Overall Status:** (yellow)

**Key Highlights:**
Goal: Exceed On Air targets. Weekly and Bi-weekly meetings established for tracking .

- Split FIT test plan in Chicago and Springfield
- Updated deployment schedule to reflect ATC and split FIT

**Risks / Issues/ Next Steps:**
- Risk: ATC site availability, impact analysis underway
- Fiber implementation program (scope, price, changes etc.)
- Evaluate detailed BTS power upgrade requirements (minimize)
- Improve product documentation and MOP, incl. dedicated POCs for documentation and dedicated PMs for execution of MOPs

## Commercial

**Overall Status:** (green)

**Key Highlights:**
Goal: Keep commercial issues off critical path. Weekly review sessions established with tracking for issues and upcoming change requests.

- Sprint issued initial services POs for 8 new markets
- Sprint awarded Samsung the Puerto Rico market

**Risks / Issues/ Next Steps:**
- Risk - POs for split FIT / commercial delivery (IMN / WO / PID / PR / PO) in Chicago (MMBS and Core)
- Execute Amendment #2 (revised pricing and Puerto Rico)
- Negotiate 2011 change in payment terms (Value Block)
- Adjust Maintenance and Support costs (2012 and beyond)
- Press Release for First Call (3G and 4G) – end July

SAMSUNG

51

Confidential & Proprietary

S-ITC-003353338

Confidential Business Information,
Subject to Protective Order

**REDACTED**

SAMSUNG

52

Confidential & Proprietary

S-ITC-003353339

Confidential Business Information,
Subject to Protective Order

# WIRELESS NETWORKS HQ KEY REQUESTS

- Continued development of Sprint contract deliverables for 800, 1900, 1.6, and 2.5 frequency requirements

- Development, trial, and roadmap commitments for 3G/4G small cell program to meet Sprint, Verizon, AT&T, and other new business opportunities



53

Confidential & Proprietary

S-ITC-003353340

Confidential Business Information,
Subject to Protective Order



SAMSUNG

54

S-ITC-003353341

Sales

# WIRELESS
# TERMINALS

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order




# STA PERFORMANCE & OUTLOOK

Confidential & Proprietary

55

S-ITC-003353342

Confidential Business Information, Subject to Protective Order

# YOY: FLAT VOLUME GROWTH; GROWTH

## Volume Outlook



| | 2011 Act/Fcst | Mgmt Plan | 2010 Act | YoY |
|---|---|---|---|---|
| Q1 | 11,875 | 13,110 | 12,234 | 97% |
| Q2 | 13,169 | 15,325 | 13,045 | 101% |
| Q3 | 14,500 | 17,198 | 15,076 | 96% |
| Q4 | 15,500 | 16,467 | 14,739 | 105% |
| | 55,044 | 62,100 | 55,094 | 100% |

\* Not including SEA Tablet volume and revenue

- Mixed performance vs. Management Plan
  - 11% below on Volume; ' **REDACTED**

**REDACTED**

Confidential & Proprietary

56

SAMSUNG

S-ITC-003353343

Confidential Business Information,
Subject to Protective Order

# YOY: SLIGHT GROWTH IN OVERALL SHARE; >2X GROWTH IN SMARTPHONE SHARE



SAM Market Share

- Overall Smartphone market share growing by 4 points QoQ in 2011 to 60% by 4Q

- Samsung share up in 2H11 by 2 points due to Smartphone growth

57

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353344

# CONTINUED SMARTPHONE GROWTH WITH NEW LAUNCHES AND EOL EXTENTIONS



**Smartphone Share by OEM**

- ~2X HTC by 4Q
- Closing gap with Apple by 4Q
- S-T Vol 3Q/4Q:

SAM – 5.3M/7.6M, HTC – 4.1M/4.0M, APPLE – 7.6M/8.1M



58

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353345

# IN 4Q11, PREMIUM SMARTPHONES REPRESENT 26% OF SAM SMARTPHONES

## Samsung Premium Smartphone Outlook

- 28% YoY growth in Premium Smartphones (sell-in)
- 4Q11:
  - 17% share of overall Premium Smartphone market
  - Underperformance vs. overall smartphone share of 27% due to Apple
  - 55% of non-Apple Premium Smartphone sales

### Premium S-P Comparison



| Premium S-P HoH | GS I 4Q10 | Total Prem 4Q10 | GS II 4Q11 | Total Prem 4Q11 |
|---|---|---|---|---|
| Sell-In | 1,525 | 1,991 | 1,403 | 2,548 |
| Sell-Thru | 1,592 | 1,795 | 1,105 | 1,970 |

\* Premium Smartphone = >$400 WSP
\*\* Assumes Infuse and Stealth <$400 ASP in 4Q



59

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353346

# 2H SELL-THRU PERFORMANCE:
# #1 TOTAL VOL SHARE AND #2 TOTAL REV SHARE



REDACTED

Source: STA account teams, Business Planning

Confidential & Proprietary

60

Confidential Business Information,
Subject to Protective Order

S-ITC-003353347

# IN 4Q11 SAM CLOSE TO 2X HTC AND CLOSING VOLUME GAP WITH APPLE



**SAM Smartphone vs. iPhone Units (M)**

**SAM Smartphone vs. HTC Units (M)**

**REDACTED**

Confidential & Proprietary

61

Source: STA account teams, Business Planning

Confidential Business Information,
Subject to Protective Order

S-ITC-003353348

# IN 2Q11 AND 3Q11, 2.8M UNIT IMPACT DUE TO PRODUCT LAUNCH DELAYS / CANCELLATIONS

## 2Q11 Product Launch Impact: 1.2M

| Customer | Device | Code | 2011 Product Delay Impact | | | | | 2Q Impact | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | QP TA | Current TA | QP Launch | Curr./Act. Launch | Delay Weeks | | |
| Sprint | Nexus S | D720 | 1-Apr | 13-Apr | 30-Apr | 8-May | (1.1) | 30 | Run-rate: 30k/wk loss |
| | Chief | D600 | 27-Apr | 22-Apr | 5-Jun | 24-Jul | (7.0) | - | Not planned in QP |
| | Vital 2 (Sprint) | M930 | 8-Jun | 3-Aug | 5-Jul | 11-Sep | (9.6) | - | Not planned in QP |
| | Vital 2 (Boost) | M930 | 8-Jun | 27-Jul | 6-Jul | 24-Aug | (7.0) | - | Not planned in QP |
| | Gaudi | D710 | 1-Jun | 27-Jul | 24-Jul | 11-Sep | (7.0) | - | Not planned in QP |
| | P4 Wifi | P7510 | 25-May | 8-Jun | 8-Jun | 26-Jun | (2.6) | 10 | Not planned in QP |
| | | | | | | | | 40 | |
| AT&T | Dempsey | I997 | 28-Mar | 2-May | 17-Apr | 15-May | (4.0) | 80 | Run-rate: 20k/wk loss |
| | Willow | I927 | 6-Jun | 19-Sep | 20-Jun | 17-Oct | (17.0) | 228 | 2Q vol loss due to delay |
| | Flipbook | I857 | 30-May | 15-Aug | 3-Jul | 12-Sep | (10.1) | - | Not planned in QP |
| | | | | | | | | 308 | |
| Verizon | Droid Charge | I510 | 14-Mar | 21-Apr | 31-Mar | 14-May | (6.3) | 190 | Run-rate: 30k/wk loss |
| | Convoy 2 | U660 | 13-Jun | 6-Jul | 11-Jul | 4-Aug | (3.4) | 100 | No sell-in 2Q |
| | P4 LTE | I905 | 15-Jun | 5-Jul | 30-Jun | 14-Jul | (2.0) | 100 | No sell-in 2Q |
| | | | | | | | | 390 | |
| T-Mo | Sidekick | T839 | 7-Mar | 5-Apr | 6-Apr | 20-Apr | (2.0) | 60 | Run-rate: 30k/wk loss |
| | Havik | T759 | 29-Apr | 18-May | 27-May | 22-Jun | (3.7) | 60 | Run-rate: 15k/wk loss |
| | Gravity 4 | T379 | 16-May | 27-Jun | 22-Jun | 3-Aug | (6.0) | 135 | No sell-in 2Q |
| | | | | | | | | 255 | |
| Tracfone | Submarine | T528 | 24-Mar | 8-Jun | 9-Jun | 23-Jun | (2.0) | 50 | Lower channel fill |
| MPCS | Rookie | R720 | 13-Jun | 19-Jul | 19-Jul | 10-Aug | (5.7) | 150 | No sell-in 2Q |
| Total STA | | | | | | | | 1,193 | |

## 3Q11 Product Launch Impact: 1.6M

| Product Type | Carrier | Model Name | Basic Code | WSP | Planned Launch | Current / Actual Launch | Launch Variance (Wks) | 3Q Vol Impact (K) | 3Q Rev. Impact ($M) | 3Q Sell-thru Impact (K) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Smart | ATT | Celox | I727 | $544 | 3-Oct | 6-Nov | (4.9) | (100) | (54) | - |
| | | Cooper+ | I807 | $219 | 15-Aug | NA | Cancelled | (396) | (97) | (175) |
| | | Flipbook | I857 | $239 | 8-Aug | 18-Sep | (5.9) | (68) | (16) | (110) |
| | | Willow | I927 | $459 | 5-Sep | 19-Oct | (5.9) | (265) | (122) | (150) |
| | | GSIII | I777 | $499 | 12-Sep | 18-Sep | (0.9) | (35) | (17) | (35) |
| | | | | | | ATT Total | | (881) | (296) | (470) |
| | VZW | Aegis | I405 | $359 | 11-Aug | 8-Sep | (4.0) | (200) | (72) | (200) |
| | | Viper | I110 | $189 | 15-Sep | 29-Sep | (2.0) | (50) | (9) | (50) |
| | | | | | | VZW Total | | (250) | (81) | (250) |
| | TMO | Hercules | T989 | $499 | 19-Sep | 28-Sep | (1.3) | (75) | (37) | (65) |
| | | | | | | TMO Total | | (75) | (37) | (65) |
| | MPCS | Rookie | R720 | $169 | 10-Aug | 22-Aug | (1.7) | - | - | (50) |
| | | | | | | MPCS Total | | - | - | (50) |
| | | | | | | Smart Total | | (1,198) | (414) | (835) |
| Non-Smart | VZW | Plato | U380 | $135 | 26-Aug | 1Q12 | 1Q12 Launch | (215) | (29) | (215) |
| | | Intensity 3 | U480 | $110 | 20-Sep | NA | Cancelled | (120) | (13) | (120) |
| | | Convoy2 | U660 | $145 | 11-Jul | 4-Aug | (3.4) | (90) | (13) | (90) |
| | | | | | | Non-Smart Total | | (425) | (55) | (425) |
| Tablet | ATT | P5 | I957 | $599 | 19-Sep | 24-Oct | (5.0) | (10) | (8) | - |
| | TMO | P4 | T859 | $579 | 14-Sep | 29-Oct | (6.0) | (20) | (12) | (4) |
| | VZW | P4 LTE | I905 | $699 | 30-Jun | 28-Jul | (4.0) | - | - | (40) |
| | | | | | | Tablet Total | | (30) | (18) | (44) |
| | | | | | | Total - All Devices | | (1,841) | (487) | (1,304) |

* Variance vs. Quarterly Planning review On May 30

- 3Q planned product status as of Aug 3
- Variance from 3Q plan reviewed with HQ on May 30



62

Confidential & Proprietary

S-ITC-003353349

Confidential Business Information,
Subject to Protective Order

# 4Q PLANNED PRODUCT STATUS

| Carrier | Device | Planned TA | Current TA | Planned Launch | Curr./Act. Launch | Launch Delay (wks) |
|---------|--------|------------|------------|----------------|-------------------|--------------------|
| **SMART PHONE** | | | | | | |
| Sprint | Epic2(D705) | 21-Sep | 16-Nov | 30-Oct | 8-Jan | (10.0) |
| AT&T | Yukon(I937) | 19-Sep | 3-Oct | 24-Oct | 30-Oct | (0.9) |
| Verizon | Prime(Proxima)(i515) | 12-Sep | 11-Oct | 5-Oct | 27-Oct | (3.1) |
| US Cellular | Tikal(R930) | 17-Oct | 13-Jan | 14-Nov | 10-Feb | (12.6) |
| | Gio(R680) | 23-Sep | 26-Sep | 21-Oct | 24-Oct | (0.4) |
| MetroPCS | Tikal(R930) | 21-Oct | 27-Jan | 18-Nov | 10-Feb | (12.0) |
| **NON-SMART PHONE** | | | | | | |
| Verizon | Carnival - Cancelled (Wk 25) | 30-Sep | 21-Oct | 24-Oct | | |
| **TABLET** | | | | | | |
| Verizon | P2-LTE - Cancelled (Wk25) | 13-Oct | 24-Oct | 27-Oct | | |
| US Cellular | P4-LTE | 21-Nov | 30-Dec | 19-Dec | 20-Jan | (4.6) |

- 4Q planned product status as of Aug 3
- Delayed launches from 3Q not included

Confidential & Proprietary

SAMSUNG

S-ITC-003353350

Confidential Business Information,
Subject to Protective Order

# KEY CHALLENGES AND FOCUS AREAS BY ACCOUNT

## AT&T

- Improve smartphone positioning vs. competition
  - Celox $299 vs. HTC LTE at $149 or $99
  - GSII (Seine) likely at $249
- Extend Infuse EOL thru at least end of year

## SPRINT

- Build GSII (Gaudi) momentum
  - Launch 9/9 with significant POP; blunt iPhone's 10/2 launch
- Proactive inventory management
  - Gracefully reduce current 1.4M inventory to ~500K by year end
- Extend Nexus and Epic EOLs with aggressive price moves ($49 and $99 respectively) to move thru excess components

SAMSUNG

64

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353351

# KEY CHALLENGES AND FOCUS AREAS BY ACCOUNT

## VERIZON

- Close "Big Deals"
  - Launch Aegis on 9/8 at $99 with significant POS presence
  - Drive Droid Charge R/P to $249; extend EOL thru 1Q12
- Lockdown Nexus Prime branding and retail positioning
  - Facilitate break-thru in negotiations between Google and VZW

## T-MOBILE

- Dominate HTC during "Fastest Network, Fastest Phone" campaign
  - Launch GS II (Hercules) on 9/28; leverage superior performance/specs
- Gain lead positioning in "Affordable 4G" overlay thru Dec.
  - Win with Hawk, Sidekick and Ancora (11/2 launch)



65

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353352

# KEY CHALLENGES AND FOCUS AREAS BY ACCOUNT

## TRACFONE

- Maximize Gio-S volume in 4Q; capture 2/3 Tracfone smartphone market
- Gradually reduce ~500k slow selling product inventory

## METRO PCS

- Drive 60K/week Rookie (R720) sell-thru (minimize Huawei)
- Drive 40K+/week r380 sell-thru



66

Confidential & Proprietary

S-ITC-003353353

Confidential Business Information,
Subject to Protective Order

# 2011 TABLET MARKET FORECAST



**Tablet Market Est. Sales (M)**

**Tablet Market Share**

* Includes SEA Tablet sales

| US Tablet TAM (M) | 1Q11 | 2Q11 | 3Q11 | 4Q11 | 2011 |
|---|---|---|---|---|---|
| iOS | 2.8 | 4.1 | 5.5 | 5.7 | 18.1 |
| SAM | 0.1 | 0.2 | 0.4 | 0.6 | 1.3 |
| Others | 0.8 | 1.5 | 2.9 | 4.7 | 9.9 |
| US TAM | 3.7 | 5.9 | 8.8 | 11.0 | 29.3 |

| US Tablet Share | 1Q11 | 2Q11 | 3Q11 | 4Q11 | 2011 |
|---|---|---|---|---|---|
| iOS | 75.5% | 70.4% | 62.6% | 51.7% | 61.7% |
| SAM | 3.3% | 4.2% | 4.2% | 5.1% | 4.4% |
| Others | 21.2% | 25.4% | 33.1% | 43.2% | 33.8% |
| US TAM | 100% | 100% | 100% | 100% | 100% |

Confidential & Proprietary

67



Confidential Business Information,
Subject to Protective Order

S-ITC-003353354



# NATIONAL RETAIL

## 1. Overview:

**REDACTED**

- **Traditional Retail Profile**
  - Responds to promo / print ads more than carrier stores...sales are more responsive
  - Opportunities for various promotional media...but at a cost.   "Pay to Play"
  - Select reset dates / merchandising ....so selling in portfolio is just as important as it is to carrier.
  - Different types of retailers....must be managed differently. (Target audience varies)
  -

- **Business today is very transactional**
  - Short term transactions have been highly too common
  - Opportunity for process improvements and IT support

- **Challenges / Opportunities centered on managing POS and  Optimizing Channel Trade Spend:**
  - Product Positioning :and POS  Displays
  - ROI Analysis   (retailer level, channel level, account level)
  - Leveraging CE Portfolio / Convergence   and  SEA
  - Understanding Brand Value / Impact

Confidential Business Information,
Subject to Protective Order

S-ITC-003353355

# NATIONAL RETAIL

## Create a Task Force Team

- Dale Sponsor

- Brian R. Sales

- Corey Business Planning

- Nick Product Planning

- Todd P Marketing

- Justin D. Strategy

- Curt M Owner

**REDACTED**



69

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353356