# B2B SALES : RECENT WIN SUMMARY

S-ITC-003353357

Confidential Business Information,
Subject to Protective Order



71

S-ITC-003353358

Confidential & Proprietary

# Sales - APPENDIX

# WIRELESS

# TERMINALS

Confidential Business Information,
Subject to Protective Order

# 3Q PRODUCT DELAYS & CANCELLATION IMPACT:



**REDACTED**

| Product Type | Carrier | Model Name | Basic Code | WSP | Planned Launch | Current / Actual Launch | Launch Variance (wks) | 3Q Vol. Impact (K) |
|---|---|---|---|---|---|---|---|---|
| Smart | ATT | Celox | I727 | $ 544 | 3-Oct | 6-Nov | (4.9) | (100) |
| | | Cooper+ | I807 | $ 219 | 15-Aug | NA | Cancelled | (395) |
| | | Flipbook | I857 | $ 239 | 8-Aug | 18-Sep | (5.9) | (66) |
| | | Willow | I927 | $ 459 | 5-Sep | 16-Oct | (5.9) | (265) |
| | | GSII | I777 | $ 499 | 12-Sep | 18-Sep | (0.9) | (35) |
| | | | | | | ATT Total | | (861) |
| | VZW | Aegis | I405 | $ 359 | 11-Aug | 8-Sep | (4.0) | (200) |
| | | Viper | I110 | $ 189 | 15-Sep | 29-Sep | (2.0) | (50) |
| | | | | | | VZW Total | | (250) |
| | TMO | Hercules | T989 | $ 499 | 19-Sep | 28-Sep | (1.3) | (75) |
| | | | | | | TMO Total | | (75) |
| | MPCS | Rookie | R720 | $ 169 | 10-Aug | 22-Aug | (1.7) | - |
| | | | | | | MPCS Total | | - |
| | | | | | | **Smart Total** | | **(1,186)** |
| Non-Smart | VZW | Plato | U380 | $ 135 | 28-Aug | 1Q12 | 1Q12 Launch | (215) |
| | | Intensity 3 | U480 | $ 110 | 20-Sep | NA | Cancelled | (120) |
| | | Convoy2 | U660 | $ 145 | 11-Jul | 4-Aug | (3.4) | (90) |
| | | | | | | **Non-Smart Total** | | **(425)** |
| Tablet | ATT | P5 | I957 | $ 599 | 19-Sep | 24-Oct | (5.0) | (10) |
| | TMO | P4 | T859 | $ 579 | 14-Sep | 26-Oct | (6.0) | (20) |
| | VZW | P4 LTE | I905 | $ 699 | 30-Jun | 28-Jul | (4.0) | - |
| | | | | | | **Tablet Total** | | **(30)** |
| | | | | | | **Total - All Devices** | | **(1,841)** |

\* Variance vs. Quarterly Planning review On May 30

- 3Q planned product status as of Aug 3
- Variance from plan reviewed with HQ on May 30

Confidential & Proprietary



Confidential Business Information,
Subject to Protective Order

S-ITC-003353359

# 4Q PLANNED PRODUCT STATUS

| Carrier | Device | Planned TA | Current TA | Planned Launch | Curr./Act. Launch | Launch Delay (wks) |
|---|---|---|---|---|---|---|
| **SMART PHONE** | | | | | | |
| Sprint | Epic2(D705) | 21-Sep | 16-Nov | 30-Oct | 8-Jan | (10.0) |
| AT&T | Yukon(I937) | 19-Sep | 3-Oct | 24-Oct | 30-Oct | (0.9) |
| Verizon | Prime(Proxima)(i515) | 12-Sep | 11-Oct | 5-Oct | 27-Oct | (3.1) |
| US Cellular | Tikal(R930) | 17-Oct | 13-Jan | 14-Nov | 10-Feb | (12.6) |
| | Gio(R680) | 23-Sep | 26-Sep | 21-Oct | 24-Oct | (0.4) |
| MetroPCS | Tikal(R930) | 21-Oct | 27-Jan | 18-Nov | 10-Feb | (12.0) |
| **NON-SMART PHONE** | | | | | | |
| Verizon | Carnival - Cancelled (Wk 25) | 30-Sep | 21-Oct | 24-Oct | | |
| **TABLET** | | | | | | |
| Verizon | P2-LTE - Cancelled (Wk25) | 13-Oct | 24-Oct | 27-Oct | | |
| US Cellular | P4-LTE | 21-Nov | 30-Dec | 19-Dec | 20-Jan | (4.6) |

- 4Q planned product status as of Aug 3
- Delayed launches from 3Q not included

73

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353360

SAMSUNG



Confidential Business Information,
Subject to Protective Order

S-ITC-003353361




Marketing

# WIRELESS
# TERMINALS

Confidential & Proprietary

75

S-ITC-003353362

Confidential Business Information,
Subject to Protective Order

REDACTED

S-ITC-003353363

Confidential Business Information,
Subject to Protective Order

**SAMSUNG**

# GALAXY S II MARKETING PLAN

77

Confidential & Proprietary

S-ITC-003353364

Confidential Business Information,
Subject to Protective Order

# GALAXY S II LAUNCH OBJECTIVES

- Make Galaxy S II the most desired premium smartphone

- Create a bridge in awareness and brand preference to the launch of Galaxy S III in 2Q 2012

- 2.7M premium smartphone units by year-end (1.7M Galaxy S II)



### Galaxy S II Marketing Goals

Galaxy S Awareness: Current 42%, EOY 2011 66%, Q1 2012 70%

Smartphone Awareness: Current 60%, EOY 2011 70%, Q1 2012 80%

TB Smartphone PI: Current 20%, EOY 2011 27%, Q1 2012 34%

Legend: ■ Current ■ EOY 2011 ■ Q1 2012

78



Confidential Business Information,
Subject to Protective Order

S-ITC-003353365

# The Phone That's Sweeping The World is Almost Here

## CAPITALIZE ON EARLY GALAXY S II DEMAND AND EXECUTE ROBUST PROGRAMMING TO SUPPORT LAUNCH OVER EXTENDED PERIOD





**Premium In-Store experience/FMO Support**

**Experiential/Seeding/ Sponsorships**









**PR**



**Advertising**

**Digital / Social Media/CRM**

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.



79

S-ITC-003353366

Confidential Business Information,
Subject to Protective Order



# Steal Thunder from iPhone 5 With Aggressive Prelaunch PR & Digital Buzz Initiatives

Confidential Business Information,
Subject to Protective Order

S-ITC-003353367

# PRELAUNCH ACTIVITIES TO DRIVE INTEREST FURTHER INTEREST IN GALAXY S II



- **PR Launch Event:** August 29 6:00PM at the Samsung Experience, NYC

- **Invite 5 GS II Campaign (9/1-9/6)**
  - Engage existing global Galaxy S owners to build buzz amoung American consumers.

- **Online Influencers (9/5-10/30)**
  - Key influuencers' feature usage of the Galaxy S II in their own context.

- **Video Teasers (8/15, 8/22, 8/30, 9/7)**

- **Share Galaxy S II Global Success (7/27-10/30)**
  - Share blog post, consumer feedback, videos, etc on SNS sites. (Facebook, Twitter) through pre-launch phase.



© Samsung Electronics All Rights Reserved  Confidential and Proprietary

S-ITC-003353368

Confidential Business Information,
Subject to Protective Order

# CARRIER COLLABORATION TO RESULT IN IMPACTFUL IN-STORE PRESENCE. OPTIMIZE OPPORTUNITIES TO WIN IN






- **Demo Units and On Device Videos:**
  - Provide additional units outside of what is contractual to COR, top Dealers and National Retail

- **COR, National Retail and Dealer POP/SOS**
  - Secure end caps at BBY and POP in RS. N
  - Negotating standee placement and other POS in COR

- **Advocacy**
  - Augmented distribution to increase hip share among sales people in COR

- **Training Events/Store Training**

- **Sales Training Incentives**

- **Secret Shoppers**

SAMSUNG

© Samsung Electronics All Rights reserved. Confidential and Proprietary.

82

S-ITC-003353369

Confidential Business Information,
Subject to Protective Order

# CARRIER-SPECIFIC TRAINING PLANS

| Carrier | Training Event | FMO Store Training | Online Training Incentive | Misc. |
|---|---|---|---|---|
| **T··Mobile···** | Focused on experiential engagement. Negotiating quantity. | 1,000 COR store visits (45%) + 300 Dealer visits (15%) | Fully integrated into COR Learn/Sell/Earn program | • Remote webinar training<br>• Training videos |
| **Sprint** | 5 Tier-1 training events (100+ participants)<br>14 Tier-2 events | 500 COR store visits (45%) + 500 Dealer visits (20%) | Integrated into Training Events as part of Sprint's Corp. Rewards program. | • 35 Secondary Market coverage<br>• Side by side selling in COR (2 weeks post-launch) and National Retail (staggered by launch)<br>• Training App on Android market |
| **at&t** | Coordinating with existing AT&T district meetings. | 1,000 COR store visits (45%) + 300 Dealer visits (10%) | Integrating incentive into AT&T COR focus. | |







83

© Samsung Electronics All Rights Reserved. Confidential and Proprietary

**SAMSUNG**

Confidential Business Information, Subject to Protective Order

S-ITC-003353370

# 3 PHASE INTEGRATED MEDIA PLAN TO BUILD AND SUSTAIN AWARENESS THROUGH 1Q 2012

**Launch: $40MM**

Breakthrough at launch with strong media levels

High levels are needed given

- Samsung has not advertised a phone since October 2010
- Rumored Apple iPhone 5 launch at the same with likely heavy media support

**3+ R: 60**

Multimedia R/F: ~ 80/ 20.4

**Holiday: $25MM**

**Drive Awareness & Sales in competitive holiday marketplace**

**3+ R: 55**

Multimedia R/F: ~ 93 / 16.4

**Sustaining: (Pending)**

Pulsing media plan to maintain awareness through Q1 2012

Recommend media spend comparable to launch given

- Extended Time frame – 13 weeks (vs 7 for launch)
- Continuity is needed as awareness is shown to decrease when media support ceases

**3+ R: 70**

Multimedia R/F: ~ 95 / 21.3

84

© Samsung Electronics  All Rights Reserved. Confidential and Proprietary.

SAMSUNG

S-ITC-003353371

Confidential Business Information, Subject to Protective Order

S-ITC-003353372

REDACTED

Confidential Business Information,
Subject to Protective Order

REDACTED

S-ITC-003353373

Confidential Business Information,
Subject to Protective Order

REDACTED

S-ITC-003353374

Confidential Business Information,
Subject to Protective Order



# KEY BRAND INDEX & RATINGS

Confidential & Proprietary

88

S-ITC-003353375

Confidential Business Information,
Subject to Protective Order

RESULTS TRENDED FROM 2009 SHOW THAT SAMSUNG SUCCESSFULLY STOLE MPSA SHARE FROM APPLE AFTER THE GALAXY S CAMPAIGN BUT WAS UNABLE TO HOLD THIS ADVANTAGE



Source: BAS

89

S-ITC-003353376

Confidential Business Information,
Subject to Protective Order

SAMSUNG REAPED THE BENEFITS OF THE SUCCESSFUL LAUNCH OF THE GALAXY S PRODUCTS IN 2H'10 BUT PULLED BACK SUPPORT IN Q4 '10 AND Q1 '11 WHICH RESULTED IN SLOWED GROWTH IN UAT3 AND DECLINE IN MPSA

Samsung KPI (MPSA, T2B Purchase Intent, UAT3) 4 Week Roll, Source STA Tracker



Source: BAS

Source: STA Brand Tracker

Confidential Business Information,
Subject to Protective Order

S-ITC-003353377

RECENT REPORTS BY CONSUMER REPORTS SHOW THAT SAMSUNG OWNS THE
HIGHEST AVERAGE SCORE WITH THE MOST NUMBER OF MODELS

❑ Top 5 Smart Phone Ranking *(as of 6/30/11)*          CR Smart Phone Ranking

| Rank | Manufacturer | Avg. Score | Count |
|------|--------------|------------|-------|
| 1 | Samsung | 72.8 | 11 |
| 2 | Motorola | 71.7 | 6 |
| 3 | Apple | 71.6 | 5 |
| 4 | HTC | 69.6 | 9 |
| 5 | LG | 68.0 | 3 |

*Average Score: 67.8*

❑ Samsung Smart Phone Highlights

- Samsung scored highest average with the most number of models
- AT&T Infuse 4G is the highest scoring Smart Phone (79) [iPhone 4 (AT&T: 74) & (VZW: 71)]
- Epic 4G is highest scoring smart phone for Sprint with a score of 72
- No smart phone tested prior to Galaxy S (7/18/2010)
- Smart Phone OS : 10 Android devices (73.7 avg.) and 1 Windows Phone 7 device (63.0)

**SAMSUNG**

S-ITC-003353378

Confidential Business Information,
Subject to Protective Order

BOTH EDITOR AND CONSUMER RATINGS FOR SAMSUNG SMARTPHONES ARE IMPROVING AS GALAXY PRODUCTS CONTINUE TO REACH ALL POCKETS OF THE US INSTALL BASE.



□ CNET Rating trend

□ JDPA Ranking trend (Preliminary – Official Scores released at the End of August)

Confidential Business Information,
Subject to Protective Order

S-ITC-003353379

Marketing - APPENDIX

# WIRELESS

# TERMINALS

SAMSUNG

93

Confidential & Proprietary

S-ITC-003353380

Confidential Business Information,
Subject to Protective Order

## SAMSUNG MOBILE RETAIL:
## CONCEPT RECOMMENDATION

- **Samsung Mobile Converge:** A Premium Experience Store in high traffic premium malls

- **Sell Products:** Smart phones for Big 4, Tablets,  Other Connected Devices (Players etc) & Accessories

- **Display Products**: All of Samsung Electronics Portfolio that fits the convergence use cases and enhances the phone & tablet experiences.

- **Experience:** Buying a smart phone, tablet or laptop the way it should be.  There are connected devices for hand-on experimentation, knowledgeable sales associates who can demonstrate how to get the most out of your new device, and an environment that rewards you for exploring.

- **Services:** Device Activation, Setup, One on One Education, Service support for any Samsung phones or tablets,

SAMSUNG

94

Confidential & Proprietary

S-ITC-003353381

Confidential Business Information,
Subject to Protective Order

REDACTED

95

CONFIDENTIAL | PROPRIETARY

S-ITC-003353382

Confidential Business Information,
Subject to Protective Order



96

S-ITC-003353383

**REDACTED**

CONFIDENTIAL | PROPRIETARY

Confidential Business Information,
Subject to Protective Order

SAMSUNG

97

Product

# WIRELESS

# TERMINALS

Confidential & Proprietary

S-ITC-003353384

Confidential Business Information,
Subject to Protective Order

# EXECUTIVE SUMMARY

- From 1st Half 2011 to 1st Half 2012, STA is completing the transition from a Majority Feature Phone provider to a Majority Smartphone Provider and becoming more aligned to the market

**REDACTED**





Confidential & Proprietary

98

S-ITC-003353385

Confidential Business Information,
Subject to Protective Order

# 2011 ROADMAP WAS HEAVILY 2ND HALF LOADED ON SMARTPHONES

## 1H 2011 – 7 launches*

- SPRINT succeeded: 3 launches
  - Nexus S 4G
  - Replenish
  - Galaxy Prevail
- TMOBILE succeeded: 5 launches
  - Galaxy S 4G
  - Sidekick 4G
  - Exhibit 4G
  - Dart
  - Gravity Smart
- Verizon struggled: 1 launch
  - Droid Charge
- ATT struggled: 1 launch
  - Infuse 4G
  - 2 launches slipped out of 1H to 2H
- Regionals
  - 4 launches

## 2H 2011 – 15 launches*

- Verizon gets corrected: 3 launches
  - Aegis Mass LTE
  - Proxima LTE
  - Viper 3G
  - Plus Charge moves to $199
- ATT gets corrected: 7 launches
  - Android: GS2, Celox, Willow, Flipbook and Apache
  - Willow and Flipbook were 1H launches
  - WP7: Yukon and Wembley
- Sprint adds 3 new launches
  - Conquer Mass 4G + GS2 and Mass Android
- T-Mobile adds 2 additional launches
  - Mass 4G and Galaxy S 2 (42MBPS)
- Regionals
  - 10 launches

*BIG 4 ONLY



99

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353386