REDACTED

SAMSUNG

100

Confidential & Proprietary

S-ITC-003353387

Confidential Business Information,
Subject to Protective Order

# SAMSUNG DEPENDENCE ON 8960 CREATES A SECOND HALF HEAVY ROADMAP AGAIN

## Samsung 1H 2012 LTE – 10 launches

- Verizon
  - **ZERO 1st half LTE due to 8960 dependence**
- ATT
  - 3 confirmed, Fusion based, SUPER PREMIUM launches (Note, Celox HD & Monolith WP7)
  - **For NewCO RFP; 2 more pending proposals in the mass & premium space – Auger Fusion & Excalibur**
- Sprint
  - Two 4G launches: Epic2 as last Wimax & Variant of Nexus Prime only
  - **Dependence on 8960 & Band 25 means earliest LTE launch is August 2012**
- Regionals
  - **Only two launches based on Stealth (Premium) platform due to remainder of lineup dependent on 8960**

## Samsung 2H 2011 LTE – 20 launches

- Verizon
  - 3 launches – all 8960
- ATT
  - 4 launches – all 8960
- Sprint
  - 3 launches – all 8960
- Regionals (all accounts)
  - 11 launches – all 8960



101

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

## MARKET SENSING FOR LOW COST LTE... THE CHALLENGE IS REAL

- ATT has confirmed a Pantech offer using FusionLTE & SuperAMOLED (from Samsung) for $299, vs. Samsung at $359 for same configuration

- Sprint has confirmed that 4 vendors are using LTE proposals other than Fusion of 8960

- Regionals team market sensing has confirmed a 7627 Turbo + GCT LTE modem, achieving SUB $250 wholesale LTE models (Huawei).  This configuration will launch earlier an cheaper than Samsung can enable



102

Confidential & Proprietary

S-ITC-003353389

Confidential Business Information,
Subject to Protective Order

SAMSUNG

103

S-ITC-003353390

# NEXUS PRIME
## STATUS

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

# WHAT IS NEXUS PRIME? (TODAY)



S-ITC-003353391

- **Targeted as Samsung's hero model for Verizon in Holiday 2011, and Sprint's LTE launch model in Spring 2012**

- **World's First Android Ice Cream Sandwich** enabled device, unifying the tablet and smartphone ecosystem

- **World's First HD Super AMOLED smartphone**

- **World's First Curved HD display**

- **9.3mm Thin 4G LTE**
  : 2.4mm less than current leader (Droid Charge)



Confidential Business Information, Subject to Protective Order

# HOLIDAY '11 → Q1 2012 COMPETITIVE ROAMDAP



| | Sept – Oct '11 | Nov – Dec '11 | Jan – Feb '12 | Mar – May '12 |
|---|---|---|---|---|
| **verizon**wireless | iPhone 5 | htc quietly brilliant LTE nexus LTE | | |
| MOTOROLA | (LTE) Droid Bionic | | | |
| **at&t** | iPhone 5 (PA+) | htc quietly brilliant LTE | SAMSUNG LTE 4.5" Celox | SAMSUNG LTE 4.65" CeloxHD |
| | SAMSUNG GS2 (PA+) | | | |
| Sprint Together with Nextel | SAMSUNG GS2 (Wimax) | | Epic2 (Qwerty Wimax) SAMSUNG | htc quietly brilliant LTE nexus LTE |
| T··Mobile· | SAMSUNG GS2 (42) htc quietly brilliant 42mbps | | | |
| | | | | SAMSUNG |

Confidential Business Information,
Subject to Protective Order

S-ITC-003353392

# IPHONE5 AT VERIZON & ATT



## VERIZON

- EV- DO REV A: <1mbps download speed
- (TBD): first simultaneous Voice & Data EVDO model at Verizon

## ATT

- HSPA+ 14.4: 1-3mbps download speed → Could market as 4G, or at least significantly faster than Verizon iPhone
- Simultaneous Voice & Data (All ATT phones have this feature)

Technically Speaking, ATT iPhone5 will be superior to Verizon's

Confidential Business Information,
Subject to Protective Order

S-ITC-003353393

# NEXUS PRIME KEY DECISIONS



1. **Nexus Prime Sales Strategy – Maximize Volume or Maximize Profit Rate**

2. **Managing Sprint and Verizon's desires for some level of exclusivity regarding Nexus Prime**

3. **Naming Strategy for Nexus Prime in U.S.A. for Verizon and Sprint, and Europe for Vodafone.**



107

Confidential & Proprietary

S-ITC-003353394

Confidential Business Information,
Subject to Protective Order

# NEXUS PRIME DECISION 1



1. **Nexus Prime Sales Strategy – Maximize Volume or Maximize Profit Rate**

- Both Sprint and Verizon will request pricing lower than the current $599, or threaten $349 retail pricing for Prime, and no promotion

- Regarding Verizon, STA is willing to compete with Droid Charge (Stealth) and Stratosphere (Aegis) in the LTE space to drive 4th quarter LTE volume, and retain good profitability on Nexus Prime

- Will allow us to have a true premium over iPhone 5



108

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

# NEXUS PRIME DECISION 2



**2.** **Managing Sprint and Verizon's desires for some level of exclusivity regarding Nexus Prime**

- Sprint feels they cannot compete with Verizon if they launch Nexus Prime in April if Verizon launches in November. (175LTE markets for VZW, 20 for Sprint)

- Sprint is negotiating with STA and Google about a more unique value proposition

- STA has proposed changing Sprint Nexus Prime to 4.3" QHD SuperAMOLED+ and flat design (same chipset as Nexus Prime) to create a unique SKU for each carrier and maximize promotion potential at both carriers.



109

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353396

# NEXUS PRIME DECISION 3



3. **Naming Strategy for Nexus Prime in U.S.A. for Verizon and Sprint, and Europe for Vodafone.**

   3. **Droid Branding for Verizon?**

- Both Vodafone and Verizon are pushing back on Google regarding Nexus branding (Nexus HD or other name).

- Verizon has shared research with Google of only 6% consumer awareness of Nexus name and significant brand confusion with Nextel (Sprint IDEN)

- Vodafone prefers to focus on GS2 for sales, and prefers a brand other than Nexus. Has proposed Galaxy name to Samsung, but Europe team has concerns about lack of TouchWiz on Nexus

- STA can maximize volume by negotiating Droid branding on Nexus Prime, but requires stronger exclusivity

- Motorola sold 1Million units in 77 days with original Droid



110

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353397





S-ITC-003353398

111

Confidential & Proprietary

ATT Exclusive CES Hero Model

# GALAXY NOTE
# STRATEGY

Confidential Business Information,
Subject to Protective Order

# CONSUMER USAGE BEHAVIOR

● To meet diverse needs, consumers **carry multiple devices** including a smartphone

## Carry **2.7** devices on average

(Heavy User : **3** devices)



Carried devices

| | |
|---|---|
| Laptop | 76% |
| Tablet | 39% |
| MP3P | 37% |
| Portable Game Player | 37% |
| PMP | 27% |
| E-book reader | 9% |

[Once a week]

SAMSUNG

S-ITC-003353399

Confidential Business Information,
Subject to Protective Order

# CONSUMER USAGE BEHAVIOR

- **Consumers** *constantly switch* **between multiple devices based on purpose and surrounding limitations while on the go**



*If I can use a desk, I can get really productive and use a laptop taking advantage of its great input functions.*

*When I can sit down, I usually take out my tablet to watch videos.*

*While standing, I use a Smartphone to check Facebook, or text friends since it is the easiest to use with one hand.*

S-ITC-003353400

Confidential Business Information,
Subject to Protective Order

# CONSUMER USAGE BEHAVIOR

- Consumers also carry a notepad due to input limitations of mobile devices



Notepad

※ Users have to digitize analog contents when syncing with digital applications

Confidential Business Information,
Subject to Protective Order

S-ITC-003353401

## SAMSUNG MARKET OPPORTUNITY

# Do-in-One Phone

## 24/7 Powerful & Creative



5.3" Screen
Pen Input
Solution

- An innovative **premium smartphone**

- Provides **the largest screen possible** while ensuring portability

- Integrates the core **on-the-go** benefits of **diverse mobile devices**

- Minimizes **the need to switch to other devices**

Confidential Business Information,
Subject to Protective Order

S-ITC-003353402

# CONSUMER ACCEPTANCE

● **Consumers showed very high acceptance of the product concept and inclination to purchase**



Legend:
- Smart phone advanced users
- Smart phone normal users

*"Like the concept"* — 83% / 83%

*"Relevant to me"* — 76% / 73%

*"Willing to purchase"* — 72% / 66%

\* 12,000 Smartphone Users / 9 Countries (US / UK / France / Germany / Italy / Korea / China / Hong Kong / Singapore)

S-ITC-003353403

Confidential Business Information,
Subject to Protective Order



S-ITC-003353404

# ※ GALAXY NOTE CONCEPT ACCEPTANCE BY COUNTRY

| | Global | | UK | | US | |
|---|---|---|---|---|---|---|
| | High-end users | Average users | High-end users | Average users | High-end users | Average users |
| **Preference** *"I Like the concept"* | 83% | 83% | 85% | 82% | 89% | 84% |
| **Relevance** *"Relevant to me"* | 76% | 73% | 79% | 75% | 84% | 81% |
| **Purchase Intention** *"Willing to purchase"* | 72% | 66% | 68% | 58% | 78% | 66% |

Confidential Business Information,
Subject to Protective Order

# 4. GALAXY NOTE CONCEPT

## ACCEPTANCE

• **5~5.5" Most Preferred**
  - Before concept exposure 33% → After concept exposure 53%

: **Larger screen is not enough. A differentiated user experience appreciated**



**Preferred Screen Size for Concept**

**Before Concept Exposure**

[Global]

| | UK | US |
|---|---|---|
| **33%** | 31% | 32% |
| **25%** | 25% | 25% |
| **13%** | 14% | 12% |

| | |
|---|---|
| 5~5.5" | |
| 4.3" | |
| 3.5" | |

**After Concept Exposure**

[Global]

| | UK | US |
|---|---|---|
| **53%** (+20% ↑) | 48% | 54% |
| **32%** | 36% | 31% |
| **9%** | 10% | 7% |

SAMSUNG

S-ITC-003353405

Confidential Business Information,
Subject to Protective Order

# LEARNING FROM THE MARKET: TWO DIFFERENT STRATEGIES

## Failed in the market as a huge phone

- Positioned outside the traditional smartphone market space
- Limited differentiation. Larger screen and customized UI not enough for success
- No marketing support to explain the unique value proposition to potential customers

**Dell Streak**



## HTC Flyer is suffering from slow sales

- Solid positioning in the tablet segment
- Pen input technology integrated with some of the preloaded apps
- Customer disappointed with HTC not addressing some basic pen input needs
- Hardware specs and OS version lagging the market

**HTC Flyer**



**Galaxy S Note needs to offer consumers strong benefits for higher price point and sacrificing pocketability.**



S-ITC-003353406

Confidential Business Information,
Subject to Protective Order



## PEN INPUT TABLET SALES RESULTS – PEN NOT DRIVING A BIG WIN BY ITSELF

- HTC Flyer sell through only 880 units per week, despite having Sprint WiMax 4G and totally exclusive.

  - Many user experience short cuts and compromises in HTC Flyer, yielding a poor end user experience, that is below user expectations

- Samsung Galaxy Tab 7" sell through is 1000 units per week with no 4G or exclusivity, higher despite a lesser value proposition

  - Simpler is better for many consumers.

Confidential Business Information,
Subject to Protective Order

S-ITC-003353407

# STA GALAXY S NOTE COMMERCIAL STRATEGY IDEAS – FIRST PASS

- Product must be marketed as a smartphone, not a tablet
- Product is marketed to EXECUTIVES and ENTREPRENEURS
- ATT may have concerns about Galaxy S naming.  May request a custom name related to LTE naming strategy (8/10)
- We have granted CES Hero / Long Term Exclusivity for ATT to support higher promotion support – 6 months
- STA to negotiate required use by the ATT Business Services representatives while making sales calls to show off the product to the key target market
- Suggest to ATT to create a new higher data plan for this model that includes
    – Use of Google Video Chat (Gtalk) over LTE, instead of WiFi Only
    – Some Globa Voice minutes and Global Data MB use included in plan
    – Premium Accessory Bundle
- Suggestions from STA on Marketing Target
    – Focus on Executive Media such as Fortune, Wall Street Journal, Robb Report, Aviation Magazines, etc.
    – Enhanced POP in critical stores.
    – Find an executive store to provide best in class demonstrations -- PGA Events?



121

Confidential & Proprietary

S-ITC-003353408

Confidential Business Information,
Subject to Protective Order

# STA PRODUCT RECOMMENDATIONS

STA to offer a complete End to End value proposition

1. On time delivery of premium accessories, premium bluetooth headset included
2. Premium Box for true Executive Product
3. Integrate EverNote cloud note sync, with handwriting recognition
4. Deep Pen Integration in All Apps
5. Fine tune the Pen per STA recommendation
6. Customized Note Taking App per STA recommendation
7. Robust Drawing Application preloaded
8. Ensure Reader Application allows both Pen Notes, but also Purchase...
   Ideal is Amazon Kindle + Note Taking customization
9. Polaris Office with full hand writing recognition
10. MHL with MHL adapter in box



122

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

# QCOM 8960 & FUSION LET STATUS (1 OF 2)

8960 dependency will cause sell in and pricing pressure throughout 2012

**VERIZON**

- No Q1 or early Q2 Smartphone launches due to 'LTE ONLY' guidance from Verizon, and 8960 dependency for radio support outside of the 3 chip Via platform

- Volume will have to come from Viper (3G), Aegis (Mass LTE), Droid Charge (life cycle extension) and Nexus Prime

**ATT**

- HQ agreed to convert Auger, Celox HD and Excalibur to Fusion based chipsets. Thank you!

- Only Celox HD is confirmed by ATT. Still pushing ATT for selection of Auger-Fusion and Excalibur.

- Pantech offered 4.0 SuperAMOLED + Fusion to ATT for $50 less than Samsung

- Critical to secure NewCo LTE selections based on Fusion.



Confidential & Proprietary

S-ITC-003353410

Confidential Business Information,
Subject to Protective Order

# QCOM 8960 & FUSION LET STATUS (2 OF 2)

**SPRINT**

- 8960 with Sprint LTE Band Support cannot launch before July 2012, with August or September more likely.

- Will cause a negative impact to 1H 2012, with no new launch models

- Recovery plan is to launch a Nexus Prime variant based on Via + CMC221, and Epic2 with WiMax. Only two 4G smartphone launches in 1H 2012 based on this

**REGIONALS**

- Huawei GCT + 7627Turbo sub $250 wholesale is market sensed for late 2011

- Samsung has No Entry / Mass LTE possible in 1H 2012 due to 8960 dependency.

- Verizon Jasper 8960 based model is 2H 2012 for both Verizon and Regionals

- MetroPCS is requesting VoLTE as a critical feature, and LG's GCT chipset supports the feature and is participating in trials today. Samsung CMC221 also supports but we are not using this solution extensively in 2012 or in any entry proposals. (only in Mass Aegis proposal)

- STA requests continuation of investments on CMC221 + 8655 to achieve lower cost and size plus VoLTE support



124

Confidential & Proprietary

S-ITC-003353411

Confidential Business Information,
Subject to Protective Order





125

S-ITC-003353412

# TABLET PORTFOLIO AND POSITIONING

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

# TABLET SEGMENTATION

| Target Segment | Needs | Key Competitors |
|---|---|---|
| **Gadget Seekers (20%)**<br><br>Premium/<br>Targeted Tablets<br>(> $600)<br><br>_Priority 2_ | 1. Want the latest technology & OS<br>2. Upgrades extremely important<br>3. Want to replace PC – Microsoft office applications desired<br>4. Enterprise grade features a must<br>5. Accessories extremely important | <br>iPad 3 |
| **Family Entertainment (50%)**<br><br>Mass Appeal Tablets<br>($300 –$599)<br><br>_Priority 1_ | 1. Design, Brand & Quality important<br>2. Out-of-box experience needs to be seamless (prefer a lot of relevant preloads)<br>3. Kids focused apps & accessories desirable<br>4. Do not necessarily care about the latest technology<br>5. Expanded Games, Movies, Books | iPad 2 |
| **Price Sensitive (30%)**<br><br>Low Cost Tablets<br>(~ $199- $299)<br><br>_Priority 3_ | 1. Price, Price, Price ($250 tablet desirable)<br>2. Hardware value – Lots of slots: USB, HDMI, Mini-USB<br>3. Functionality desired over Brand & Design<br>4. Free content | amazon<br>acer<br>COLOR nook<br>by Barnes & Noble |



Confidential & Proprietary

126

S-ITC-003353413

Confidential Business Information,
Subject to Protective Order



# 5 PRIORITY ITEMS FOR 2011

1. Engage Key partnerships (e.g, Netflix, Facebook) for covering ecosystem gaps

2. Drive consistency of experiences across device portfolio through upgrades

3. Premium Positioning for P4-Creative & P8

4. Best-in-class Consumer Buying Experience: Pre-Purchase, POS, Post-Purchase Customer Care

5. Prepare infrastructure for ODA deployment

127

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353414

REDACTED

SAMSUNG

128

S-ITC-003353415

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

# TABLET ROADMAP OVERVIEW



129

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003335416

# DIRECT TO RETAIL ROADMAP

**2011**

**2012**

## Premium

**10.1 Creative**
Nov' 2011
10.1" with WACOM
Stylus enabled apps
C210 Dual Core

**10.1 Creative LTE ODA Candidate**

**P10: 11.8 WQXGA (Wifi, LTE ODA)**

~~P8: 7.7 sAMOLED+~~

High risk for volume

## Mass

**Galaxy Tab 10.1**
June 2011
10.1" WXGA TFT
Dual-core
Honeycomb; 8.6mm

Software Upgrade: Aug
(Touch Wiz, B2B, Media Hub etc.)

**P5: Galaxy Tab 8.9**
3Q 2011
8.9" WXGA TFT
Dual Core
Honeycomb

**Galaxy Tab 10.1 Plus**
1H 2012
10.1" WXGA TFT
Quad Core (1.5x4)
ICS

## Low Cost

**Galaxy Tab 7**
4Q 2010
1GHz CPU Core
7" WSVGA TFT
Froyo
11.9mm

**P2: Galaxy Tab 7 Plus**
Nov' 2011
7" WSVGA TFT
Dual-core
Honeycomb
9.9mm

Focus on B2B

SAMSUNG

S-ITC-003353417

Confidential Business Information,
Subject to Protective Order



S-ITC-003353418

Confidential Business Information,
Subject to Protective Order

# ICONIC SMARTPHONE 2H'11 & 1H'12

## 2H 2011

**Stealth** — SCH-I510
Apr
LTE
4.3" WVGA sAMOLED+
8M+1.3M, 32GB
C111+CMC220+VIA7.1
Social/Media/B2B/MR

**Infuse 4G** — i997
May
HSPA+ 21
4.5" WVGA sAMOLED+
8M+1.3MP
M5720+C110
Social/Media/B2B

**Galaxy S II** — i777
Aug
HSPA+ 21
4.3" WVGA sAMOLED+
8M+2MP
XMM6260+C210
Social/Media/B2B

**Nexus S 4G** — SPH-D720
Apr
WiMAX, DO-A
4.0" WVGA sAMOLED
5M+VGA
QSC6085+C732+C111
Social/Media

**Galaxy S 4G** — T959V
Feb
HSPA+ 21
4.0" WVGA sAMOLED
5M+VGA
M5720+C111
Social/Media

**Proxima** — SCH-I515
Oct
LTE, Curved
4.65" HD sAMOLED
5M+1.3M, 32GB
OMAP4460+CMC221+VIA7.1
N/A (GED)

**Celox** — i727
Oct
LTE, HSPA+ 21
4.5" WVGA sAMOLED+
8M+2MP
MDM9200+APQ8060
Social/Media/B2B

**Epic Touch 4G** — SPH-D710
Aug
WiMAX, DO-A
4.5" WVGA sAMOLED+
8M+2M
QSC6085+C732+C210
Social/Media/B2B

**Hercules 42M** — T989
Sep
HSPA+ 42
4.5" WVGA sAMOLED+
8M+2M
MDM8220+APQ8060
Social/Media/B2B

## 1H 2012

**Celox HD** — i757
Feb
LTE, HSPA+ 21
4.65" HD sAMOLED
8M+2M
MDM9200+APQ8060
Social/Media/B2B

**Galaxy S III**
May
LTE, HSPA+ 21
4.65" HD sAMOLED UT
8M+2M
Chipset (TBD)
Social/Media/B2B

**Galaxy Note** — i717 Quincy-NA
Feb
LTE, HSPA+ 21
5.3" WVGA sAMOLED
5M+2M
MDM9200+APQ8060
Social/Media/B2B

**Epic 2** — SPH-D705
Nov
WiMAX, DO-A
4.0" WVGA sAMOLED
8M+1.3M
QSC6085+C732+C210
Social/Media/B2B

**Monolith**
Feb
WP Tango
LTE, HSPA+ 21
4.5" WVGA sAMOLED+
8M+2M
MDM9200+APQ8055
Nova Hub, KoBo eBook

**Proxima**
Jan
LTE, DO-A
4.65" HD sAMOLED HD
5M+1.3M
OMAP4460+VIA7.1+CMC221
Ice Cream Sandwich GED

**Odyssey**
Q4
LTE, HSPA+ 21
4.65" HD sAMOLED UT
8M+2M
MSM8960

**Epic3**
LTE, DO-A
4.5" qHD sAMOLED
8M+1.3M
MSM8960
Social/Media/Game/
ChatOn /Select

**Dali**
Jun
LTE, DO-A
4.65" HD sAMOLED UT UB
8M+2M
MSM8960
Social/Media/Game/
ChatOn/Select

### X 4 Models

SAMSUNG

132

Confidential Business Information,
Subject to Protective Order

S-ITC-003353419

# MASS 4G SMARTPHONES 2H'11 & 1H'12



Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353420

# BIG 4 PREPAID 2H'11 & 1H'12



134

Confidential Business Information,
Subject to Protective Order

S-ITC-003353421

# REGIONALS SMARTPHONE 2H'11 & 1H'12



S-ITC-003353422

Confidential Business Information,
Subject to Protective Order

# WINDOWS PHONE LINEUP (MANGO)



Confidential & Proprietary

136

S-ITC-003353423

Confidential Business Information,
Subject to Protective Order





137

S-ITC-003353424

Confidential & Proprietary

Product: APPENDIX

# WIRELESS
# TERMINALS

Confidential Business Information,
Subject to Protective Order

# P4 WIFI AND P4 LTE MR PLAN

- General MR Objective: Drive consistency of experiences across device portfolio through upgrades

- P4 WiFi (first launch June 8th in National Retail)
  - P4 MR1 (KMB) to be executed on August 5th for National Retail and Sprint
    - Includes Media Hub, TouchWiz, Live Panel and other preloads
  - P4 WiFi Verizon to launch 8/11 with WiFi MR1 (KMB) software
  - P4 WiFi MR2 scheduled at end of August (confirming precise date with HQ PP)
    - Smaller, more of a maintenance type upgrade

- P4 LTE Verizon (first launch July 28th)
  - Two MRs are currently being planned by HQ PP, R&D, and PM
    - P4 LTE MR1 (end of August): bug fixes and a additional Verizon applications
    - P4 LTE MR2 (date TBC): TouchWiz, additional Verizon applications, additional preloads
  - Dates targeted to be confirmed by 8/5/11



138

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353425

# ON-DEVICE-ACTIVATION (ODA)



Confidential & Proprietary

S-ITC-003353426

Confidential Business Information,
Subject to Protective Order

# ODA: SAMSUNG'S CURRENT CONNECTED TABLET SITUATION – LIMITED DISTRIBUTION

## Illustrative Example



S-ITC-003353427

Confidential Business Information,
Subject to Protective Order



S-ITC-003353428

REDACTED

Confidential Business Information,
Subject to Protective Order

S-ITC-003353429

REDACTED

Confidential Business Information,
Subject to Protective Order

S-ITC-003353430

REDACTED

Confidential Business Information,
Subject to Protective Order



S-ITC-003353431

REDACTED

Confidential Business Information,
Subject to Protective Order



ODA: CURRENT PROGRAM TIMELINE (AGGRESSIVE)

Confidential Business Information,
Subject to Protective Order

S-ITC-003353432





# Content & Services

## WIRELESS

## TERMINALS

Confidential & Proprietary

146

S-ITC-003353433

Confidential Business Information,
Subject to Protective Order

**REDACTED**

147

SAMSUNG

Confidential & Proprietary

S-ITC-003353434

Confidential Business Information,
Subject to Protective Order

# MOVING FORWARD

- Today, Samsung is building core service offerings and a common platform to support them.

**REDACTED**

**REDACTED**

2011
BUILD

- Introduce differentiated service offerings
- Scale expertise within STA to build capabilities

**DIFFERENTIATION**

- Media Hub v1.6
- Social Hub v1.0
- Select v1.0

**ECOSYSTEM**

- Concierge v1.0
- FOTA
- Findmyphone

Confidential Business Information,
Subject to Protective Order

S-ITC-003353435

SAMSUNG

149

S-ITC-003353436

REDACTED

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order