# MEETING THE NEEDS OF OUR CONSUMERS ON TABLET DEVICES

| Tablet Use Case | % use | Google | + Samsung | vs Apple |
|---|---|---|---|---|
| Internet Browsing | 27% | Chrome | | Safari |
| Email | 23% | Gmail | Samsung Email | Apple Mail |
| Social Networking | 12% | Google + | Social Hub | iTunes/Facetime |
| Download Movies/TV | 5% | Google Video | Media Hub (Movies/TV) | iTunes |
| Writing | 5% | | Pen Memo | Safari Office |
| Finance | 5% | | | |
| Gaming | 5% | | Media Hub (HD Gaming) | iTunes |
| Online Shopping | 4% | | | |
| Instant Messaging | 3% | Google Talk | Social Hub | Apple IM |
| Streaming Video | 2% | Youtube | | Youtube |
| Download Music | 2% | Google Music | Media Hub (Music) | iTunes |
| Streaming Music | 1% | | Media Hub (Music) | iTunes |
| Edit/mange photos/video | 1% | | Movie Studio / Gallery | Apple Photos |
| Books / reading | 0.5% | Google Books | Media Hub (eReading) | Apple Books |
| Video calling | 0.5% | Google Talk | | Facetime |
| App Store | | Android Marketplace | Samsung Select | Apple App Store |
| | 96% | | | |

\* Source: Jefferies - May 2011



150

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

# MEETING THE NEEDS OF OUR CONSUMERS ON SMARTPHONES

| % who use | Google | + Samsung | vs. Apple |
|---|---|---|---|
| SMS 79% | | Message Threading | Message Threading |
| E-Mail 70% | Gmail | Samsung Email | Apple Mail |
| Photos 67% | Picasa | Samsung Camera Sofware | iCloud |
| News/Info 50% | Chrome Browser | | Safari Browser |
| Social Networking 43% | Google+ | Social Hub | iTunes/Facetime |
| Picture IM 42% | | Social Hub | |
| LBS 34% | Google Maps | | Maps + Compass |
| Playing Downloaded Games 34% | | Media Hub (HD Gaming) | Apple App Store |
| Downloading Apps 32% | Android Market | Samsung Select | Apple App Store |
| IM 26% | Google Talk | Social Hub | Apple IM |

*Source: Nielsen 1Q 2011*

SAMSUNG

151

Confidential & Proprietary

S-ITC-003353438

Confidential Business Information,
Subject to Protective Order



Confidential Business Information,
Subject to Protective Order

S-ITC-003353439



# MEDIA HUB VISION – V1.0/1.5/2.0/2.1

- **Signature Samsung Portal for Entertainment and Media Management**
  - Movies, TV, Gaming, Music
  - UGC Sharing and Media Management
- **Samsung Account Registration and Billing across all Media Hub services**
- **Cross-Platform Service Suite (TV, PC, Mobile, ... )**

## SAMSUNG MEDIA HUB



Confidential Business Information,
Subject to Protective Order

S-ITC-003353440



# MH V1.5 - MEDIA HUB SHOW

- **P4 WIFI MR – CONFIRMED**

- **GS II – Gaudi, Hercules, Seine:  Final s/w release NOT CONFIRMED FOR LAUNCH.**

- **Need HQ help to confirm support on ALL Android Media Hub Enabled Devices with HDMI output support.**

- **Samsung is the FIRST Android OEM to commercialize HDMI output with Premium Video Content**

  – Play ANY Media Hub content on any HDMI (HDCP) enabled monitor/TV.

  – MHL – Mobile High Definition Link Support





MH V1.5



SAMSUNG

S-ITC-003353441

Confidential Business Information,
Subject to Protective Order

# MH IS GROWING RAPIDLY; NEED TO DEPLOY SERVICE AT LAUNCH OF DEVICE.

- **MH is starting to show scale**
  - Samsung needs to LAUNCH service on more devices to meet Apple's scale (45M install).
  - NO MORE MRs; FOCUS ON LAUNCH DEVICES only.



Installed Base

Media Hub User Base

Cumulative TOTAL Revenue

Direct Margin

Performance to Date    September 2011    September 2012

155

Confidential & Proprietary

1

Confidential Business Information,
Subject to Protective Order

S-ITC-003353442



# MEDIA HUB RELEASES

- **HQ request to accelerate development and resourcing against all MH milestones to achieve these aggressive goals.**



MH V1.5 LAUNCHED

- **v1.5 - Launched (Saffron platform)**
  - ATT, Verizon, TMO, Sprint, US Cellular
  - Android Smartphones, Android Tablets

MH V1.6

- **v1.6 – Platform Transition from Saffron to MSC (OSP 2.0 platform)**
  - **Launch Sept 30, 2011.**
    - Includes Smart TV introduction and support.
  - ATT Infuse 4G, Galaxy S II Siene are target devices for v1.6 (Marketplace update)

MH V2.0

- **v2.0 – Expanding Content Categories**
  - *DIA scheduled for August 12, 2011 (Suwon)*
  - *Phase 1: Launch HD Gaming - Dec 2011 (HIGHEST PRIORITY)*
    - *Integrate Social, Recommendation, Integrated Catalogs, Subscription Support into MSC platform.*
  - *Phase 2: Launch eReading, Music – Feb 2012*
  - *Phase 3: Integrate Personal Cloud – Mar 2012*


SAMSUNG

156

Confidential & Proprietary

1

Confidential Business Information,
Subject to Protective Order

S-ITC-003353443



# MH V1.6: USER EXPERIENCE

- Oct 2011 – V1.6 will deliver EXPERIENCE consistency across devices

**Tablet**

MH V1.5 LAUNCHED





**Mobile**

MH V1.6 (NEW UX)

**NEW Smart TV**

MH V1.6

Samsung USA Confidential Proprietary 2011

157

1

Confidential Business Information,
Subject to Protective Order

S-ITC-003353444





# MH V1.6: DEVICE MIGRATION PLAN

- **HQ FOCUS requested on QA SUPPORT for these releases.**
- Total 36 devices need migration from Saffron to OSP 2.0
- Migration prioritization order was sorted based on device sales volume

| | Prioritization order | 2011 | | | | | | 2012 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar |
| 1 | **Celox + Galaxy S series:** Celox, Fascinate, Captivate, Vibrant, Vibrant 4G, Epic 4G | ■ | ■ | ■ | ■ MARKETPLACE UPDATE | | | | | |
| 2 | **WVGA launched:** Continuum, Dempsey, Stealth, Sidekick, Showcase, Mesmerize, Hawk | | | ■ | ■ | ■ MARKETPLACE UPDATE | | | | |
| 3 | **P1 series:** Galaxy-Tab(VZW, ATT, TMO, SPR, USC), Galaxy-Tab WiFi | | | | ■ | ■ | ■ MARKETPLACE UPDATE | | | |
| 4 | **Honeycomb Tablet :** P4 LTE (VZW), P5 LTE (ATT), P4-HSPA+ (TMO), P4 WiFi, P5 WiFi, P8 LTE (VZW) | | | | | ■ | ■ | ■ MARKETPLACE UPDATE | | |
| 5 | **WVGA (not yet launched) :** Galaxy S II, Willow, Hercules, Gaudi, Epic2, Tikal (MPCS, USC, Cell South), Aegis, Apache, Ancora | | | | | | ■ | ■ | ■ MARKETPLACE UPDATE | |

■ Development period (blue)
■ QA and Field test period (pink)



Confidential Business Information, Subject to Protective Order

S-ITC-003353445



# MH 2.0: PH 1 HD GAMING SERVICE

- **HQ R&D request (MM Framework team) support for PYV ala carte and subscription DRM support – prototyping and validation**



MH V2.0 – ph 1



- **Enhance Samsung device competitiveness thru optimized game service**
  - HD gaming content optimized to fully utilize Samsung hardware capability
  - Launch with 100 HD games.
  - Native HD gaming experience
  - Leading Gaming Publishers
  - Media Hub Username and Billing
  - Optimized Games for Samsung Devices
  - Business Model Innovation: Subscription, ala Carte



Confidential Business Information,
Subject to Protective Order

S-ITC-003353446

# MH 2.0: PH 2&3 MUSIC & EREADING

- **DIA APROVAL IS SCHEDULED FOR AUGUST 12, 2011 (SUWON)**
- **Signature service platform optimized for Samsung devices**
  - SSO, Unified Billing, Cross content merchandising, social recommendation



S-ITC-003353447

Confidential Business Information,
Subject to Protective Order



# MH 2.X: PERSONAL CLOUD UGC

- **All Samsung Services are ALREADY CLOUD ENABLED.**
- **MH 2.x Personal Cloud is a NEW feature for UGC SYNC across Samsung devices.**

- **UGC content upload and data management across the cloud**
  - Upload photos and user generated video from any Media Hub enabled device and share/view it across Samsung Devices
  - Manage and control your data



S-ITC-003353448

Confidential Business Information,
Subject to Protective Order

# DEVICE LAUNCH TARGETS

confirmed
In planning

**2011** BUILD

**2012** COMPETE

| | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Media Hub**
V1.0   V1.5   V1.6
Infuse 4G Seine

**Social Hub**
V1.0 → V1.5
V2.0   P2
HD Gaming V2.0   Music eReading V2.0
Celox HD
PCloud V2.1
GS3

**FOTA**
V1.0   V2.0

**Findmyphone**
V1.0   V2.0
P4   Hercules

**Samsung Select**
V1.0   V2.0   P2
V1.0   V2.0

**Samsung Concierge**
V2.0   P2

162

Confidential & Proprietary

SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-003353449

# BASIC VS PREMIUM SOCIAL HUB

- **Current platform**
  - "Basic" Social Hub = Feeds and Updates Widget
  - "Premium" Social Hub = Feeds and Updates Application + IM + Push Email
    - Launching with GS II – ATT, TMO (not Sprint)

- **Challenges with Premium Service**
  - User Experience
    - Integration into Contacts for Media and Activities not well understood or used.
    - Push network efficiency is "corner case" value, not core value" to carrier, esp for users of hotmail and yahoo. Gmail, Exchange, and SNS cannot be compressed.
    - Adds two new access points to open email application on the device:  Feed tab, window shade notifier, email application, social hub app.
  - ROI justification for increased device pricing challenging.

- **STA would like to re-evaluate doing a redesign of Social Hub premium to Social Hub 2.0 evolution**
  - Pull based implementation only (client side)
  - Focus on Social networking.



163

Confidential & Proprietary

S-ITC-003353450

2

Confidential Business Information,
Subject to Protective Order

# SAMSUNG FOTA UPDATE

- **Only Sprint and TMO are interested in Samsung FOTA platform.**
  - HQ has agreed to some modification to support US carriers, but cannot commercialize carriers until OSP 2.0 platform.
  - ATT & Verizon have their own FOTA platform and do not want to rely on Samsung FOTA.

| Operator | Current Status | |
|---|---|---|
| Sprint | Sprint will not implement FOTA on Gaudi due to poor experience with P4. *Sprint open to re-evaluating for Epic II.* | 🔴🟡 |
| TMO | Secured Samsung FOTA for P4. *TMO is asking for Samsung sign-on to be removed from process before implementing –Implementation in Progress. TMO Declined Samsung FOTA for Ancora & Hercules. Future devices will depend on P4 acceptance.* | 🟢 |
| AT&T | AT&T has its own solution that is not dependent on one OEM, AT&T moving towards their own implementation. | 🔴 |
| Verizon | Discussion with Verizon on 6/6 - VZW has no intention/interest in using the Samsung FOTA solution. *VZW will use their existing solution, and will rely on GOTA as a back up.* | 🔴 |
| Tier 2/3 | **ACG** - is Very Interested but will depend on the VZW and USCC devices. **Cricket** - Interested– need to determine devices and **do not want Samsung Sign-On.** Need to determine if FOTA possible on MR on r720, r915 and r730 **MetroPCS** –Metro are interested. **They do not want the Samsung Sign-On.** PM team working the device schedules possibly Tikal. **USCC** - Not interested – as they don't have resources to manage this. | 🟡 |

Confidential & Proprietary

SAMSUNG

3

Confidential Business Information,
Subject to Protective Order

S-ITC-003353451

# SAMSUNG FINDMYPHONE

- **Current Experience does not work fully on TABLETs.**

  **– HQ REQUEST: Lock, Check, Wipe – DOES NOT WORK ON TABLETS.**

*LAUNCHED on Samsung Galaxy Tab 10.1 MR1 (sub-optimal)*

A Web-Based Portal/Service to manage, maintain and administer a mobile phone in an easy and efficient manner.



**Main Features**   Ring my Mobile

Find my Mobile   Check Call Logs

Track my Mobile  Wipe my Mobile

Lock my Mobile   SIM Change Alert



Confidential Business Information,
Subject to Protective Order

S-ITC-003353452

# SAMSUNG SELECT

- **Samsung Select is an Android Marketplace Merchandising Application that is a stand-alone service offering for Samsung Devices.**
  - Download and billing still follows the same Android Marketplace application download and payment flow as normal.

- **Benefits to Samsung**
  - Provides distribution and awareness for Android application developers.
  - Highlights developers that are optimizing their applications for Samsung
  - Provides recommendation engine based on user data.
- **Benefits to Consumers**
  - Trusted marketplace for select applications.
- **Benefits to Carriers**
  - Grow premium application revenue.
  - Revenue share relationships maintained w/ premium Android Marketplace.

**Target Device**    Oct 2011   V1.0

P2 / P8 (Launch on Device)

**Smartphones** (Android Marketplace)



Confidential & Proprietary

166

SAMSUNG

S-ITC-003353453

Confidential Business Information,
Subject to Protective Order

# SELECT IS PREFERRED

- **Samsung Select is the Preferred Apps Merchandising Platform in the US Market**

 Android Market

 Samsung Apps

Samsung Select



 CPs →  Android Market

 CPs

 Apps

 App Store

 Carrier Dist



| Premium and Free Content | | |
|---|---|---|
| CP | Android | Carrier |
| Market | 70 | 10 | 20 |
| Open | 70 | 30 | ------ |

| Free Content Only | | |
|---|---|---|
| CP | Samsung | Carrier |
| Market | 0 | 0 | 0 |
| Open | 0 | 0 | 0 |

| Premium and Free Content | | |
|---|---|---|
| CP | Android | Carrier |
| Market | 70 | 10 | 20 |
| Open | 70 | 30 | ------ |

Business Model

Confidential & Proprietary

167

**SAMSUNG**

Confidential Business Information,
Subject to Protective Order

S-ITC-003353454

# SAMSUNG APPS VS SAMSUNG SELECT

- **STA Recommendation:**

  - *Support Samsung Select in the US Market.*
  - *RENAME Samsung SELECT to Samsung Apps.*

- **TARGET LAUNCH DEVICE: Tablet P2 in Q4 2011**

- **Note:**

  - Google has recently informed US Carriers that they will no longer share revenue with carriers that support or deploy their own App store that competes with Android Marketplace.

  - This will challenge Samsung Apps scalability in the US Market.



168

Confidential & Proprietary

S-ITC-003353455

Confidential Business Information,
Subject to Protective Order



# CONCIERGE



- **Customized Out-of-Box Experience**

  – Consumers enjoy discovering, customizing and personalizing their Samsung devices through an easy wizard and Select's recommendation application

  – Provides increased exposure and ability to promote content, services and other offerings directly to users

  – Samsung ID aggregates multiple social and business accounts into one via a Cloud service providing easy transfer of data and assets from one device to another





169

Confidential & Proprietary

S-ITC-003353456

Confidential Business Information,
Subject to Protective Order

# CONCIERGE



**In Planning**



| 2011 | | 2012 | |
|------|------|------|------|
| Q4 | Q1 | Q2 | Q3 |

P2 / P8 Tablet

GSII (Marketplace Update)

- 10/11 – Tablet version ready to ship
- 12/11 – Tablet version first ship
- 01/12 – Phone Version ready to ship
- 02/12 – Phone version first ship
- On going – Commercialization support and carrier customizations

\* **Note: Concierge is OS driven which removes dependency on device variations except scale to screen specs**



S-ITC-003353457

Confidential Business Information,
Subject to Protective Order





Enterprise Products and Solutions

## WIRELESS TERMINALS

Confidential & Proprietary

171

S-ITC-003353458

Confidential Business Information,
Subject to Protective Order

# 2011 ENTERPRISE ROADMAP V1

- **STA has been successful in selling in full V1 platform to US carriers.**

  – **Request HQ help to accelerate IPSEC VPN support. Today, Samsung Enterprise V1 only supports SSL VPN.**

  – **Request: FIX Email/Cal/Contact List UI/UX Improvement – Convert into APK and do Marketplace release**

**Enterprise V1.0 Features**

## EAS

**Mobilizing Exchange and Microsoft Device Management**

## VPN

**SSL VPN**
- Cisco
- F5

## ENCRYPTION

**Securing On Device Data**

## DEVICE MANAGEMENT

**3rd Party Device Management**
- Sybase
- Mobile Iron



172

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353459



173

S-ITC-003353460

**REDACTED**

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

# 2011 AT&T ENTERPRISE ROADMAP



• The B2B versions for Cooper Plus and Apache are not defined yet.

S-ITC-003353461

Confidential Business Information,
Subject to Protective Order



# 2011 VERIZON ENTERPRISE ROADMAP

S-ITC-003353462

Confidential Business Information,
Subject to Protective Order



2011 SPRINT ENTERPRISE ROADMAP

S-ITC-003353463

Confidential Business Information,
Subject to Protective Order



S-ITC-003353464

Confidential Business Information,
Subject to Protective Order

# APPENDIX

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353465

178

SAMSUNG

# TABLET VS. PC USAGE COMPARISON

**Exhibit 35: Media Consumption for Computers and Tablets (North America)**



Source: Jefferies

**Exhibit 38: eBook Reading by Geography and Medium**



Source: Jefferies

Confidential & Proprietary

179

Confidential Business Information,
Subject to Protective Order

S-ITC-003353466

# TABLET VS. SMARTPHONE USAGE COMPARISON



Confidential Business Information,
Subject to Protective Order

S-ITC-003353467

# MH APPENDIX

SAMSUNG

181

Confidential & Proprietary

S-ITC-003353468

Confidential Business Information,
Subject to Protective Order



Confidential Business Information,
Subject to Protective Order

S-ITC-003353469

# APPLE, GOOGLE AND AMAZON DRIVING CONTENT SPACE; FACEBOOK HAS UNTAPPED LEVERAGE TO DRIVE SERVICE ADOPTION

| | Video | Game | Music | eReading | Backup & Restore |
|---|---|---|---|---|---|
| **Market Trends** | • OTT video led through TV (excl Apple) – game console #1 connecting device<br>• Online video going social | • Virtual good growth driving freemium model<br>• Cloud gaming emerging | • Music rapidly moving to cloud across providers<br>• Spotify launch ad-based on-demand model in U.S. | • eBooks surpasses physical books on Amazon<br>• Apple rev share demands drive out in-app purchases | • Web providers offer all access anywhere<br>• OEMs/OS strong on-device integration |
| **Apple** | • #1 VoD M/S in US (65%)<br>• N-Screen support via streaming to AppleTV | • End-to-end game platform including social and advertising | • #1 music retailer<br>• iCloud & "Scan and Match" | • iBooks & iNewsstand<br>• Subscription support for periodicals | • iCloud Automatic Backup<br>• Cloud photo sharing<br>• 5GB of free storage |
| **Google** | • #1 online video M/S (69%)<br>• Premium VOD on Android and on GoogleTV | • Free & premium mobile games on Android Market<br>• $100+M investment in Zynga | • Google Music | • Google Books<br>• Working on Newstand offering | • Music, books, video, contact mail in cloud<br>• Google Plus automatic back of photos |
| **amazon** | • VOD service on TV<br>• Expansion to mobile and SVOD | • Android games offered through Amazon App store | • #2 Music download service in the US<br>• Cloud music streaming service | • #1 ebook retailer<br>• Multi-device and cloud sync support | • Cloud Player for music<br>• Kindle and VOD cloud based |
| **htc** | • HTC Watch service on smartphones & Tablets | • Strategic investment in OnLive Streaming Gaming | • HTC Music Station | • HTC eBook w/ Kobo | • HTC Sense contacts, text messages,call history<br>• Lost device remote access |
| **facebook** | • 2nd in online video market share w/ 27.1%<br>• Experimenting w/VOD service on PC – Partnership with Warner to offer "Dark Night" VoD | • Popular gaming platform for 3rd party developers (e.g. Zynga)<br>• Features including billing, notification, news feeds | • Partner with Spotify to launch music streaming service | • N/A | • Photo and video sharing |

**SAMSUNG**

Confidential Business Information,
Subject to Protective Order

# VIDEO COMPARISON (PART I): MEDIA HUB SUPERIOR OVERALL





| | SAMSUNG | Apple | (Android) | NETFLIX | amazon |
|---|---|---|---|---|---|
| Movie Content Relevance | Yes | Yes | Yes | Long Tail | Yes |
| TV Content Relevance | Yes | Yes | No | No | Yes |
| Mobile Trailer Streaming | Yes | Yes | Yes | No | 2 min preview |
| Watch Instantly | Partial Download | No | Partial Download | Yes | Yes |
| Carrier & CC Billing | Yes | CC Only | CC Only | CC Only | CC Only |
| Preloaded App. | Yes | Yes | Yes | No | No |
| Offline Viewing | Yes | Yes | Yes | No | Not on mobile devices |
| Total # of Titles | 5000+ | ~12,000 | 1000+ | ~12,000 | ~50,000 |

Confidential Business Information,
Subject to Protective Order

S-ITC-003353471

# VIDEO COMPARISON (PART II): MEDIA HUB
## SUPERIOR OVERALL



| | SAMSUNG | Apple | Android | NETFLIX | amazon |
|---|---|---|---|---|---|
| Device Optimized | Yes | No | Yes | No | No |
| Mobile Resolution Optimization | WVGA 1.66 | HVGA 1.5 | WVGA 1.66 | HVGA 1.5 | TBD |
| Breadth of Devices | Yes | Yes | No | Yes | Yes |
| Domain Management (no master device) | Yes | No | Yes | Yes | Yes |
| Rental Multi Domain Management | Yes | No | No | N/A | No |
| Lost Content Restore w/o Backup | Yes | No | Yes | N/A | Yes |
| 3G/4G and Wi-Fi Support | Yes | Yes | No | N/A | Yes |



Confidential Business Information,
Subject to Protective Order

S-ITC-003353472

# # OF TV AND MOVIE TITLES LIVE



| Week | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|------|------|------|------|------|------|------|------|
| TV | 2882 | 3232 | 3582 | 3809 | 4063 | 4263 | 4323 |
| Movie | 547 | 602 | 657 | 681 | 705 | 728 | 723 |
| TOTAL | 3429 | 3834 | 4239 | 4490 | 4768 | 4991 | 5046 |
| % Increase | 14% | 12% | 11% | 6% | 6% | 5% | 1.1% |



Confidential & Proprietary

186

Confidential Business Information,
Subject to Protective Order

S-ITC-003353473

1



# V1.5 - WEEK 28 SUMMARY

**Media Hub Total Purchasing Customers**

Cumulative Totals:
Revenue: $ 2,537 K
Transactions: 460 K

| Statistic Heading | Wk 28 | Growth |
|---|---|---|
| Total Registered Users | 577,872 | 4% |
| Total Purchasing Customers | 140,310 | 6.3% |
| Sales Conversion Rate | 24 % | 3% |
| Average Spend Per Customer (Lifetime) | $18 | 1% |
| Average Spend Per Transaction (Lifetime) | $5.52 | 1.5% |
| # Movie DTO Transactions | 124,807 | 8.5 % |
| # Movie VOD Transactions | 200,987 | 5.5 % |
| # TV DTO Transactions | 133,543 | 4 % |

## Media Hub Weekly Performance

Confidential Business Information,
Subject to Protective Order

S-ITC-003353474

# MEDIA HUB V1.6

- Samsung is migrating its Media Hub platform from Saffron Digital to an internal platform called "OSP."

- Backbone for platform is used to service Samsung Apps globally and is operational in XXX countries, including the US market.

- **Pros**
  - Centralized operations
  - Global scale
  - UX consistency cross-product
  - Cross-product, platform alignment to enable faster time to market with feature roadmap improvements on Samsung devices



188

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353475

# MIGRATION DESIGN GOALS



| ID | Category | Description |
|---|---|---|
| 1 | User Data Integrity | • User/content data must be consistent before and after the service migration. |
| 2 | User Experience | • User requires to apply an app upgrade.<br>• User should not require firmware upgrade.<br>• User's experience in purchasing media should be reasonably consistent. |
| 3 | Service Integrity | • The level of service must be on par or better |
| 4 | Payment Method | • BilltoMobile is a payment gateway for Samsung Media Hub 1.6, integrating with T-Mobile. |
| 5 | Security | • Transactions must be at least as secure as the current level of security with Saffron's payment transactions. |
| 6 | Performance | • Transactions must meet the performance requirement described in SLA document |
| 7 | Revenue Sharing | • Revenue sharing must be observed in accordance with the rules defined in SLA. |

Confidential Business Information,
Subject to Protective Order

S-ITC-003353476

# SAFFRON CARRIER BILLING FLOW



Confidential Business Information,
Subject to Protective Order

S-ITC-003353477

# BILLTOMOBILE – CARRIER BILLING FLOW



| Client | Store/Biz | Billing | BTM | ATT/TMO |
|---|---|---|---|---|

Buy

initCarrierBilling Req
(Amount, MCC/MNC, DeviceID)

StartValidationEx Req
(DeviceID, MCC/MNC, TID)

1. Store identification info
(ValidationKey, TID, DeviceID, ...)

initCarrierBilling Res
(ValidationKey, EVURL, TID)

StartValidationEx Res
(ValidationKey, TID, EVURL)

MSISDN
or
Credential ID

Response
(EVURL)

Auth Request to Auth URL
(Via Carrier Network)

G/W of ATT or TMO will add some
info in http header for
identification

Auth Response

Purchase Request

completeCarrierBilling Req
(Amount, TID, ValidationKey)

MakePurchaseEx Req
(Amount, TID, ValidationKey)

MSISDN
or
CID

Request billing to carrier
(MSISDN/CID, Amount, ...)

Response from carrier
(Return Code, Amount, TAX)

completeCarrierBilling Res
(Payment Result, Amount,
TAX)

MakePurchaseEx Res
(ErrorCode, TID, Amount,
TAX)

Purchase Response

S-ITC-003353478

Confidential Business Information,
Subject to Protective Order