# CARRIER BILLING INTEGRATION AND TESTING SCHEDULE





Confidential Business Information, Subject to Protective Order

S-ITC-003353479

# SERVER TRANSITION PLANS FOR CARRIER BILLING



① Complete the Server integration : Media Hub Client to Samsung server, Samsung server to BilltoMobile, BilltoMobile server to T-Mobile Billing system, data migration from Saffron to Samsung server
② Open Interface : Open the production environment
③ Force Upgrade the App : Upgrade Media Hub Client from old version to new version
④ Open Service : When new Clients connect to Samsung server, the service is open
⑤ Close Service : Close the Saffron connection
⑥ Monitoring service and transition results
⑦ Data migration from Saffron to Samsung server : Purchasing History, User Data, etc



S-ITC-003353480

Confidential Business Information,
Subject to Protective Order



# MOBILE VERSION



Samsung USA Confidential Proprietary 2011

194

S-ITC-003353481

Confidential Business Information,
Subject to Protective Order

# TABLET VERSION



Samsung USA Confidential Proprietary 2011

S-ITC-003353482

Confidential Business Information,
Subject to Protective Order



Samsung USA Confidential Proprietary 2011

196

S-ITC-003353483

Confidential Business Information,
Subject to Protective Order



TV VERSION

Ratatouille

Mediahub | Featured

Home    Movies ▶    TV Shows ▶

| All Action Movies

User ID

A Log-out   D Sorting   B Add a Favorite   Tools   Back

Samsung USA Confidential Proprietary 2011

197

S-ITC-003353484

Confidential Business Information,
Subject to Protective Order

# DEVICE UPGRADE SCHEDULE FOR T-MOBILE

| Model Name | Model Number | Display Size | Resolution | MM Test Complete |
|---|---|---|---|---|
| Vibrant | SGH-T959 | 4.0" | WVGA | 2011-11-30 |
| Galaxy-Tab | SGH-T849 | 7" | WSVGA | 2012-01-30 |
| Galaxy S 4G | SGH-T959V | 4.0" | WVGA | 2011-11-30 |
| Sidekick | SGH-T839 | 3.5" | WVGA | 2011-12-31 |
| Hawk | SGH-T759 | 3.5" | WVGA | 2011-12-31 |
| P4-HSPA+ | SGH-T859 | 10.1" | WXGA | 2012-02-28 |
| Hercules | SGH-T989 | 4.5" | WVGA | 2012-03-30 |
| Ancora | SGH-T679 | 3.7" | WVGA | 2012-03-30 |

SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-003353485

# SERVICE OPERATION FLOW

- Detailed service operation requirements should be described in Service Level Agreement between T-Mobile and Samsung.

**T-Mobile**
- 1st Tier – Point of contact for end user
- Triage/resolve/escalate issues

**Samsung (STA)**
- 2nd Tier – Point of contact between carrier and engineering
- Follow up on the issues all the way through

**Samsung (HQ)**
- 3rd Tier – Resolve escalated issues
- Last line of defense on issue resolution

SAMSUNG

S-ITC-003353486

Confidential Business Information,
Subject to Protective Order

# SERVER LOCATION, SLA AND OPERATIONS

**Server Location**

- Northern VA (Amazon's US East Region)

**SLA**

- Enterprise agreement between Amazon and Samsung is currently bein g discussed.

**Support Center**

- The system operation support center is TBD within Solution Dev Team.
- the service operation support center is TBD within Service Operation T eam.



S-ITC-003353487

Confidential Business Information,
Subject to Protective Order





201

S-ITC-003353488

# FOTA APPENDIX

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order



# DETAILED STATUS – AT&T

- **Status at AT&T**
  - Steve working with multiple teams within AT&T (Device, Network, Product Realization) to demonstrate Samsung FOTA Capabilities.
  - AT&T is leaning towards a WiFi only Client Side FOTA Solution.
  - AT&T has its own server (XDM by Mformation), about 50 devices are handled by AT&T with their future plan & strategy. They don't want to let one OEM go with their own solution. Also, AT&T has a lot of FOTA process during TA cycle.
  - **Next Steps:**
    - AT&T will use its own Solution.
- **Samsung Internal**
  - AT&T FOTA Requirements sent to HQ FOTA R&D Team – they are reviewing the requirements for Conformance.

Confidential & Proprietary

202

S-ITC-003353489

Confidential Business Information,
Subject to Protective Order



# DETAILED STATUS - VERIZON

- **Status at Verizon**

  – Had a call with Verizon June 6, 2001 to discuss Samsung FOTA.

  – Minutes of the Meeting

    - VzW agreed to the call to understand Samsung's capabilities

    - VZWs intention is to use VZW solution going forward, but have had to use Google's solution as a back up.

    - For all 4G devices, VzW's intention was to use their own solution, but since their solution was not ready, they fell back to Google's.

    - Currently they are very happy using Google Solution across OEMs. This solution meets most of their requirement, **so currently VZW has no intention/interest of using Samsung FOTA solution.**

    - Using another FOTA solution will require package management, field training /communication, maintenance inside VZW, which VZW doesn't want to do.

      - Server location will be an issue from VzWs business practice perspective.

  – **Next Steps – None.**

- **Samsung Internal**

  – Verizon FOTA Requirements sent to HQ FOTA R&D Team – they are reviewing the requirements for Conformance – could use this for FOTA Feature Roadmapping.

Confidential Business Information,
Subject to Protective Order

S-ITC-003353490



# DETAILED STATUS - TMO

- **Status at TMO**
  - FOTA on P4 Arnold
    - TMO accepted to use our FOTA Solution on P4
    - <span style="color:red">TMO has requested that we don't have a Samsung Userid/Password – R&D working on implementation.</span>
    - R&D Working on updated wire frames without Samsung Sign on to be delivered to TMO.
    - Testing and Certification will be done on Samsung Servers only.
  - FOTA on Ancora & Hercules
    - TMO decided to move forward WITHOUT Samsung FOTA due to schedules/delays.
  - Next Steps
    - Provide TMO with the updated UI/UX Wire Frames without Samsung Sign On and get them approved.
- **Samsung Internal**
  - PM teams need to work together with R&D to get this implemented on the P4

Confidential & Proprietary

204

S-ITC-003353491

Confidential Business Information,
Subject to Protective Order



# DETAILED STATUS - SPRINT

- **Sprint**

  – Sprint to use GOTA for Gaudi, used Sprint P4 as a beta test to evaluate Samsung solution. Sprint determined the risk was too high for Gaudi implementation.

  – For Epic II Sprint wants to re-evaluate Samsung FOTA

  – **Next Steps:**

    • Dan and PM Teams to work with Sprint Epic II device team to initiate FOTA solution. August 1st review date.

- **Samsung Internal**

  – Sprint FOTA Requirements sent to HQ FOTA R&D Team – they are reviewing the requirements for Conformance.

Confidential & Proprietary

S-ITC-003353492

Confidential Business Information,
Subject to Protective Order

# SAMSUNG FOTA – CLIENT ISSUES

- **Samsung Single Sign-On (before notification is enabled)**
  - Consumers will NOT get notification of updates – priority 1 issue.
  - Consumers cannot update without a Samsung Account – secondary issue.

- **FOTA User Experience**
  - HQ UI/UX will need to review carrier feedback and adopt user flow recommendations.

- **Priority/Type of Update (Low/Medium/High)**
  - Currently all updates are high priority.
  - Updates need to be tagged as low/medium/high priority based on which the client side updates need to be processed. (operator requirements)

- **Connection used for the Update.**
  - Operators in the US want to specify the connection mechanisms that need to be used for the FOTA downloads (wifi/3g/4g etc..) – current implementation puts it on the user.

- **Storing MDN on the Server**
  - Currently since we don't store the MDN on the server – we have no way to do target updates based on area codes. This needs to be fixed. Client should be able to get the MDN and ship it to the server on registration.

- **TWO DM Clients on Device**
  - The FOTA and Samsung FindMyPhone services use the same DM Clients.
  - If Operators do not use the Samsung FOTA, then current FindMyPhone also cannot work which is not right.

Confidential & Proprietary

206

SAMSUNG

S-ITC-003353493

Confidential Business Information,
Subject to Protective Order



# SAMSUNG FOTA – SERVER ISSUES

- **Operator Administration and Reporting**
  - Need Web Interface - for Operators to control the FOTA PUSH. – Not Mandatory for TMO Now - but operators will ask for an interface.
  - Need Web Interface for Reporting/Analytics on FOTA Adoption
    - Currently working on a manual process to operators on reporting/analytics data. We are just now starting fresh on this with TMO.

- **FOTA IP PUSH Process**
  - Need an automated query and PUSH process to a set of devices – currently manual (excel spreadsheets)
    - This administration process needs automation tools.
      - E.g., PUSH updates to 1 Million Devices in 30 min increments – 25000 devices per PUSH starting at 2 AM on a certain day.
    - PUSHes should be scheduled according to IMEI or area codes
  - PUSH should also support severity levels.

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353494

# ENTERPRISE
# APPENDIX

Confidential & Proprietary

208

S-ITC-003353495

Confidential Business Information,
Subject to Protective Order

# B2B TESTING LAB – LAUNCH SEPT '11



**Windows Server**

MDM

Future partners

B2B Pre-sales Engineers

B2B Testers

JUNIPER VPN

SharePoint

Exchange

Office Communications Server 2007

- **Overall plan**
  - Multiple AWS hosted servers
  - EAS + BPOS on all servers
  - Various vendors' MDM and VPN per server
  - Will add other partner software as needed
  - Allows for
    - Testing of B2B features
    - On demand demos for B2B customers
    - Possibility to offer trial support

- **Progress**
  - SOW crafted
  - Vendor selected

- **Next steps**
  - Finish security review
  - Approve PUMI
  - Start work

- **Issues**
  - STA security review took over three weeks
  - **Still waiting** on NAHQ Security sign-off

209

Confidential & Proprietary

S-ITC-003353496

Confidential Business Information,
Subject to Protective Order





210

S-ITC-003353497

Confidential & Proprietary

Operations

# PRODUCT
# QUALITY STATUS

Confidential Business Information,
Subject to Protective Order

# SAMSUNG QUALITY STATUS – VENDOR SCORECARD BASED

❑ Quality has improved for AT&T but for other 3 have remained flat and have models with concerns

## VZW Life to date total return rate – Target 15.0%



❑ In '11.1Q, VZW ranked Samsung #2 in quality
❑ Return rate increase due to i500 quality issues; however MR released on 7/28 is expected to have positive impact - i510 has an alarming return rate at current stage

## TMO Exchange Rate Trend – Goal 0.6%

❑ TMO product quality ranked 2nd in '11.2Q
❑ Overall quality is trending upward due to issues on higher exchange rates on smart models (t839)

## AT&T Exchange Rate – Target 0.55%(Smart), 0.3%(Normal)



❑ In '11.06, quality ranking improved to 4th from 10th ('10.T3)
❑ Overall quality improved; however, due to issue models i897/a667/a817, it is at a stagnant point

## SPR Exchange Rate – Target 2.5%(Smart), 1.2%(Normal)



❑ Post deployment ranking improved to 5th('11.1Q) from 7th ('10.4Q)
❑ Overall exchange rate is trending upward due to issues on higher exchange rate on smart models (m920)
❑ In June : Smart 2.99%, Normal 1.02%

Confidential & Proprietary

211

SAMSUNG

Confidential Business Information,
Subject to Protective Order

# QUALITY IMPACTING PRODUCTS

## AT&T Issue Model

| Model | LTD Quality Penalty($) | Issue | Action |
|---|---|---|---|
| I897 | $2.7M | PMIC issue causing intermittent power off | Corrected since 2010.12 (improved 51%) |
| A667 | $72.2K | Lock-up/Power off issue due to inability to handle certain network value (PLMN) | MR scheduled to LE on 8/8 |
| A817 | $62.6K | | |

☐ I897 return rate stabilized to 1.23% from peak 1.34%(March). **$340K further cost estimated until Oct 2011**
☐ A667/A817 over penalty threshold starting June. Expected to stay over until AT&T fix network or MR deployed
☐ I997 high RIF(Radio Interfered Failure: Call drop measurement) is concern for AT&T. MR fix scheduled LE on 8/8

## VZW Issue Model

| Model | LTD Quality Penalty($) | Issue | Action |
|---|---|---|---|
| I500 | $15.0M | Missed call/battery life/sms issue | Fix implemented in 7th MR (7/28~) |

☐ No further kit-break penalty is expected after the MR. New TCO and predictive DOS program to prevent further stock out issues. Return quantity decreased by 200 daily after the MR (6K a month)
☐ I510 is WK 11 into the product lifecycle and it shows higher return rate than the i500 (9.3% vs. 8.5%)

| Elapsed Week | W5 | W6 | W7 | W8 | W9 | W10 | W11 |
|---|---|---|---|---|---|---|---|
| i510(Droid Charge) | 4.8% | 5.6% | 6.2% | 6.6% | 7.5% | 8.7% | 9.3% |
| i500(Fascinate) | 4.5% | 5.6% | 6.5% | 7.3% | 7.9% | 8.4% | 8.5% |

○ Verizon target is 1% per elapsed month. I510(Droid Charge) 9% at month 3. **3x higher than target**

212

SAMSUNG

S-ITC-003353499

Confidential Business Information,
Subject to Protective Order

# QUALITY IMPACTING PRODUCTS

## Sprint Issue Model

| Model | LTD Quality Penalty($) | Issue | Action |
|-------|------------------------|-------|--------|
| M920 | n/a | O/S Performance | Froyo MR(3/24) maximized performance However, exchange is on the rise for SW issues |

| Month | '10.11 | '10.12 | '11.01 | '11.02 | '11.03 | '11.04 | '11.05 | '11.06 |
|-------|--------|--------|--------|--------|--------|--------|--------|--------|
| M920 (Transform) | 0.76% | 1.32% | 2.17% | 2.24% | 2.54% | 2.22% | 2.40% | 2.68% |

○ Sprint's return rate goal for smart product is 2.5%. Over the target in June

## T-Mobile Issue Model

| Model | LTD Quality Penalty($) | Issue | Action |
|-------|------------------------|-------|--------|
| T839 | n/a | SW issue | MR released 7/21. However, freezing crashing return reason has increased further since then. Working with HQ to identify root cause |

| Type | W26 | W27 | W28 | W29 | W30 | After FOTA |
|------|-----|-----|-----|-----|-----|-----------|
| Return Rate | 1.40% | 1.46% | 1.54% | 1.50% (FOTA STARTED) | 1.83% | 22% Increase |

**SAMSUNG**

213

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353500

# APPENDIX

# CARRIER ISSUE – AT&T / VZW

SAMSUNG

214

Confidential & Proprietary

S-ITC-003353501

Confidential Business Information,
Subject to Protective Order

# APPENDIX - CARRIER ISSUE – AT&T

| DEVICES | Model | RETURN RATES | RIF RATE | | CRITICAL |
|---|---|---|---|---|---|
| | | >30 | 3G | 2G | ISSUES |
| SGH-i997 | Infuse | 0.10% | 1.65% | 2.20% | Drop Call issues caused by STE Chipset |
| SGH-I897 | Captivate | 1.23% | 0.97% | 3.99% | Drop Call issues and PMIC failures |
| SGH-A667 | Evergreen | 1.02% | 1.05% | 1.67% | PLMN Tag Setting incorrect |
| SGH-A817 | Solstice II | 0.82% | 1.01% | 1.50% | PLMN Tag Setting incorrect |

## Drop Call Issue

[ i997 – Infuse 4G ]
- Root Cause
  STE Chipset unreliable for handover situation
  on certain AT&T network
- Status
  New patch to LE on August 8th 2011

[ i897 – Captivate ]
- Status
  Under review by HQ

## Lock-up/Freezing Issue

[ a817/a667 – Solstice II/Evergreen ]
- Root Cause
  NXP chipset not properly interpreting valid
  PLMN tag value above 254
- Status
  New patch to LE on August 8th 2011

SAMSUNG

215

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353502

# APPENDIX - AT&T QUALITY STATUS -LOT ERROR RATE

**Metric**: Lot Error Rate

**Definition**: % of new phone deliveries to AT&T found with any type of receiving issue (i.e. damage, file information, product quality, BOM mismatch, etc.

**Status**: Overall trend better needs further improvement (goal of <2%)



**Samsung Actions**: Task force team created in June meeting weekly with daily activity to address issues. Daily communicating with HQ as well.



Confidential & Proprietary

S-ITC-003353503

Confidential Business Information,
Subject to Protective Order

# APPENDIX- AT&T QUALITY STATUS - LOT ERROR RATE STATUS



**Lot Error Issue Detail**:  Local related issues greatly improved with more work ongoing.  Factory quality is the key area now that needs improvement.

| AT&T Discrepancy Issues | Jan | Feb | Mar | April | May | June |
|---|---|---|---|---|---|---|
| Factory Quality (Korea/China) | 4 | 8 | 6 | 8 | 12 | 14* |
| STA Packing Center | 5 | 10 | 9 | 5 | 4 | 4* |
| PCN Support | 10 | 10 | 3 | 4 | 1 | 0 |
| Special Projects | 0 | 0 | 0 | 0 | 3 | 1 |
| Logistics/Delivery | 3 | 1 | 0 | 1 | 0 | 0 |
| Order Management | 0 | 0 | 1 | 0 | 0 | 0 |
| Total Discrepancies Issued | 22 | 29 | 19 | 18 | 20 | 18 |
| Total Lots Delivered | 113 | 154 | 142 | 137 | 190 | 224 |
| Lot Error Rate | 19.47% | 18.83% | 13.38% | 13.14% | 10.53% | 8.04% |
| Goal | <2% | <2% | <2% | <2% | <2% | <2% |

* One lot error in June had two types of issues but counted as one for metric purposes.

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353504

# APPENDIX - AT&T LOT ERROR IMPROVEMENT PLANS

## Key Factory Improvement Plans

| Issue | Improvement Plan |
|---|---|
| Camera fails | Camera structure design weaknesses – analyzing at product qualification for excluding in future model designs |
| S/W | -HQ working w/ R&D to improve SW testing before launch<br>-Improved insp process for Smart phone O/S upgrades<br>-New ORT for progressive S/W defects |
| Cosmetics | -Improved handling methods (i.e. trays)<br>-Dedicated cosmetics inspectors with job aids for key inspection points |
| Non-Duplicated | -Dedicated HQ engineers at STA/ATCLE for improved root cause analysis |
| Analysis Delays | -Changing ATCLE failure delivery process to remove4-5 days from the cycle (direct ship to Klein) |

## Factory Quality Issues Detail (1H '11)

| Error Type | Qty. | Portion |
|---|---|---|
| Camera | 4 | 12.9% |
| S/W | 4 | 12.9% |
| Lock up | 2 | 6.5% |
| Can't read Sim card | 2 | 6.5% |
| Non-duplicated | 11 | 34.4% |
| Other | 8 | 22.6% |
| Total | 32 | 100% |

※ O/S, Known issues : 5/32 Lots, 15.6%



Data : January, 2011 ~ June, 2011

**SAMSUNG**

218

Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353505

# APPENDIX - VERIZON I500(FASCINATE) QUALITY STATUS



**I500(Fascinate) Weekly Return Trend**

**7th MR (7/28~)**

**LTD penalties at $15M**

**6th MR (6/10~)**

**5th MR (5/12~)**

**4th MR (4/22~)**

|  | 1st~3rd MR (Eclair) | 4th MR (Froyo 3.0) | 5th MR (Froyo 3.5) | 6th MR (Froyo 3.75) | 7th MR (Froyo 3.85~) |
|---|---|---|---|---|---|
| Period | Launch~4/21 | 4/22~ | 5/12~ | 6/10~ | 7/28~ |
| POS Return | 121,200 | 18,278 | 32,895 | 95,843 | 7,140 |
| (Daily Return) | 539 | 914 | 1,096 | 1,997 | 1,785 |

**[ Field status after 7th MR ]**
- Daily Return reduced approximately 200 units per day (6K a month)
- Call volume reduced 5% (per Verizon)
- No missed call related issue reported yet (Aug 3rd 2011)

☐ No further kit-break penalty is expected after the MR.
New TCO and predictive DOS program to prevent further stock out issues proactively

Confidential & Proprietary

219

SAMSUNG

S-ITC-003353506

Confidential Business Information,
Subject to Protective Order

# APPENDIX - VERIZON I510(DROID CHARGE) QUALITY STATUS



**[ i510 v. i500 total return rate trend by elapsed week ]**

| Elapsed Week | W5 | W6 | W7 | W8 | W9 | W10 | W11 |
|---|---|---|---|---|---|---|---|
| i510(Droid Charge) | 4.8% | 5.6% | 6.2% | 6.6% | 7.5% | 8.7% | 9.3% |
| i500(Fascinate) | 4.5% | 5.6% | 6.5% | 7.3% | 7.9% | 8.4% | 8.5% |

○ Verizon target is 1% per elapsed month. I510(Droid Charge) 9% at month 3. **3x higher than target**

**i510 POS return reason v. Improvements**

| No | POS Return Reason | % | Improvements | Status |
|---|---|---|---|---|
| 1 | Connection Issue | 7% | MR1 ED2 fix for LTE signal issue (May 6th) | Closed |
| 2 | Audio Failure | 6% | Speaker coil jig improved (April 15th) | Closed |
| 3 | Power Failure | 6% | 1. MR2 EE4 to improve battery life (June 8th) | Closed |
| | | | 2. Plan for secure boot implementation on G/B update (LE 7/27) | Open |
| 4 | Display Failure | 3% | OCTA assembly process improved (July -) | Closed |
| 5 | OS Performance | 3% | MR2 EE4 to improve force close & heavy flash sites (6/8) | Closed |

○ Remorse return : More than 50% of POS return
  ✓ Product Planning team is working on remorse return reduction to drive improvement
○ Warranty return: Monitor corrective action's effectiveness. DOS being monitored collaboratively with Verizon proactively to  pre-detect kit-break
○ Joint NTF Workshop set for 8/23 to  investigate into Remorse Returns jointly with Verizon

Confidential & Proprietary

220

S-ITC-003353507

Confidential Business Information,
Subject to Protective Order