# EXHIBIT 16



# 2012 STRATEGY DISCUSSION

STA Presentation to GBM Leadership

| Owner | Justin Denison |
| --- | --- |
| Document Revision | V 0.6 |
| Effective Date | December 16, 2011 |
| Retention | 5 years |
| Security Policy | Top Secret |

1

Confidential Business Information,
Subject to Protective Order

S–ITC–500047393

## THIS DOCUMENT IS CLASSIFIED AS *TOP SECRET*

- The information that will be discussed during this meeting and the presentation materials contain critical business and/or technical information.

- If this information were to be improperly shared with or accessed by Competitors, Samsung could be irreparably harmed. As such:

- Discussion of the meeting contents and/or redistribution of related materials is prohibited even within Samsung without prior written authorization by your meeting lead/organizer or the STA President.

**Disclosure outside of Samsung is strictly prohibited, unless covered by a valid non-disclosure agreement and written approval has been provided by VP/GM level or above employee of STA.**



2

## AGENDA

2011 Business Summary

2012 Business Outlook

Core Strategies

Discuss of Key Issues

3

Confidential Business Information,
Subject to Protective Order

S-ITC-500047395



2011 BUSINESS SUMMARY

4

Confidential Business Information,
Subject to Protective Order



5

Confidential Business Information,
Subject to Protective Order

S-ITC-500047397



6

Confidential Business Information,
Subject to Protective Order                    S-ITC-500047398



REDACTED

7

Confidential Business Information,
Subject to Protective Order



OWNER: COREY K

8

Confidential Business Information,
Subject to Protective Order

S-ITC-500047400



## STA IS FOCUSED ON OVERCOMING 2011 CHALLENGES IN PURSUIT OF A REMARKABLE 2012 PERFORMANCE

2011 Challenge

*Galaxy* **brand** too **weak** to create sufficient 'pull' and sustain S-P sales

Samsung **not winning** the '**Last Three Feet**' of retail

**Insufficient** sales and brand **ROI** achieved with **channel-dominant** marketing **spend**

Significant **lost sales** due to **late product** launch and **poor quality**

SAMSUNG

9

Confidential Business Information, Subject to Protective Order

S-ITC-500047401



10

Confidential Business Information,
Subject to Protective Order

S-ITC-500047402



11

Confidential Business Information,
Subject to Protective Order



12

Confidential Business Information,
Subject to Protective Order

**REDACTED**

**Strategy:**

Short Term (Q1 Implementation)

1. Rewrap existing carrier promo fixtures nationwide w/Samsung Galaxy branding during drive periods.
2. Implement Samsung HQ fixtures in carriers and retailer stores in gap markets who are open to leveraging strong brands to build their retail identity and increase sales.

**REDACTED**

13

Confidential Business Information,
Subject to Protective Order                     S-ITC-500047405



Confidential Business Information,
Subject to Protective Order

S-ITC-500047406



REDACTED

15

Confidential Business Information,
Subject to Protective Order

S-ITC-500047407



16

Confidential Business Information,
Subject to Protective Order

S-ITC-500047408



REDACTED

17

Confidential Business Information,
Subject to Protective Order



OWNER: Brian Wallace / Ketrina Dunagan

18

Confidential Business Information,
Subject to Protective Order

S-ITC-500047410

# LAUNCH CHALLENGES

**32 of 39 projects were delayed in 2011 (82%) Tier 1 carriers**

All carriers project = 65 (57 unique models, exclude color variants) & 100+ MRs

**New Product Opportunity cost due to delays**

YTD = 4.8 M units

YTD = $1.494B

| Carrier | Projects | Delayed Project Completed (Weeks delayed) | Delayed Project On-going | On time or Early Completed (Num. Weeks saved) |
|---|---|---|---|---|
| Verizon | 8 | 6 (9.3W] | 2 | 0 |
| Sprint | 12 | 9 (7W] | 1 | 2 (1.5W) |
| AT&T | 8 | 8 (7.75W] | 0 | 0 |
| T-Mobile | 11 | 9 (4.22W] | 0 | 2 (1W) |
| Sum | 39 | 32 (7.1W] | 3 | 4 (1.25W] |



19

Confidential Business Information,
Subject to Protective Order

# MRS & OS UPDATES STATUS

- Too many MRs required due to post launch issues found
  - *Some MRs are to address broken MRs – Goal to reduce MRs required in 2012*

- Gingerbread Updates delays and behind the competition
  - *18+ OS upgrade MRs launched in 2011 – Double that number expected in 2012*

- It is expected that each product will require 1 to 2 OS updates over 18 months after launch per Google IO commitment
  - *TTM and quality of the OS updates are critical to Samsung brand loyalty*

### OS-Upgrade Delay examples







20

Confidential Business Information,
Subject to Protective Order



21

Confidential Business Information,
Subject to Protective Order

S-ITC-500047413

# MARKETING

① **BUDGET PROCESS/APPROVAL**  (long term media/retail placement)
Pre -Approval to lock in twelve month commitments for media/retail.

② **BROADER OPTIONS FOR AGENCY RESOURCES** (Digital, Social, TV)
As we become more culturally relevant/connected  and  move to an
"always on" marketing approach the need to work with new partners
grows.



OWNER: Todd Pendleton / Brian Wallace / Ketrina Dunagan

22

Confidential Business Information,
Subject to Protective Order

S-ITC-500047414

REDACTED

23

Confidential Business Information,
Subject to Protective Order

**REDACTED**

24

Confidential Business Information,
Subject to Protective Order



25

Confidential Business Information,
Subject to Protective Order

S-ITC-500047417



26

Confidential Business Information,
Subject to Protective Order

S-ITC-500047418



27

Confidential Business Information,
Subject to Protective Order

# LAUNCH CHALLENGES

**32 of 39 projects were delayed in 2011 (82%) Tier 1 carriers**

    All carriers project = 65 (57 unique models, exclude color variants) & 100+ MRs

**New Product Opportunity cost due to delays**

    YTD = 4.8 M units

    YTD = $1.494B

| Carrier | Projects | Delayed Project | | On time or Early |
|---|---|---|---|---|
| | | Completed (Weeks delayed) | On-going | Completed (Num. Weeks saved) |
| Verizon | 8 | 6 (9.3W) | 2 | 0 |
| Sprint | 12 | 9 (7W) | 1 | 2 (1.5W) |
| AT&T | 8 | 8 (7.75W) | 0 | 0 |
| T-Mobile | 11 | 9 (4.22W) | 0 | 2 (1W) |
| Sum | 39 | 32 (7.1W) | 3 | 4 (1.25W) |



28

Confidential Business Information,
Subject to Protective Order

S-ITC-500047420



**QUALITY STATUS – TOTAL RETURN RATE**  ①

Overall total return rate in Oct: 15.4%, [ 18% improvement over '10.12 result (18.8%) ]

[Overall Comparison vs. '10.12]
- Smart portfolio : 13% improved (23.9% to 20.7%)
- In Warranty      : 34% improved (10.8% to 7.1%)
- Feature portfolio: 27% improved (18.0% to 14.0%)
- Buyer's Remorse : 4% increase (8.0% to 8.3%)

**Total Return Rate Trend**

(Total Return + in: W'ty + BR)   [Unit: %]

18%

17.4   18.8   15.4   15.0   Goal: 13.2%
(3%)   (14%)  (38%)  (40%)
2009   2010   '11.10  '11.12(est)

• [%] indicates smart device volume v. total sell-thru

**[ Trend by Carrier ]**

| Carrier | 2009 | 2010 | 2011.Oct |
|---------|------|------|----------|
| Total | 17.4 (3%) | 18.8 (14%) | 15.4 (38%) |
| Verizon | 17.0 (3%) | 10.7 (6%) | 12.2 (18%) |
| T-Mobile | 13.0 (1%) | 14.6 (15%) | 16.3 (41%) |
| AT&T | 11.5 (4%) | 18.3 (10%) | 17.1 (43%) |
| Sprint | 27.3 (3%) | 34.3 (29%) | 20.9 (87%) |

• [%] indicates smart device volume v. total sell-thru within each carrier

2011 launched product showing improved quality in the field compared to 2010 launched
▶ 8 out of 10 smart models launched in 2011 showing average of 34% improvement over predecessor when compared at same period in the market

29

Confidential Business Information,
Subject to Protective Order

S-ITC-500047421



30

Confidential Business Information,
Subject to Protective Order

S-ITC-500047422

# MRS & OS UPDATES STATUS

(2)

- Too many MRs required due to post launch issues found
  - *Some MRs are to address broken MRs – Goal to reduce MRs required in 2012*

- Gingerbread Updates delays and behind the competition
  - *18+ OS upgrade MRs launched in 2011 – Double that number expected in 2012*

- It is expected that each product will require 1 to 2 OS updates over 18 months after launch per Google IO commitment
  - *TTM and quality of the OS updates are critical to Samsung brand loyalty*

### OS-Upgrade Delay examples







31

Confidential Business Information,
Subject to Protective Order

S-ITC-500047423



## REQUIRE ICS UPGRADE FOR FLAGSHIP DEVICES BY MAY'12 TO REMAIN COMPETITIVE

Please note that most of these announcements are for the international versions – US device upgrade dates will certainly lag behind the global version of each device due to carrier requirements.

LG
LG Announced the following devices will be upgraded to ICS: LG Optimus 3D, Optimus 2X, Optimus Black and Optimus LTE. The upgrade roadmap will be announced in December on the official LG Facebook page.
LG also says it is exploring its options for bringing Android 4.0 to some older Optimus smartphones

Motorola
MOT stated the Droid RAZR will get the ICS upgrade in "early 2012."
MOT's new Xyboard tablets (both the 8.2 and 10.1) launching soon have been confirmed to get ICS, though timing has not been announced.
The Motorola Xoom has been confirmed to get ICS, and many speculate that the upgrade will come early since it was the original Honeycomb reference device
Droid Bionic has also been confirmed to receive ICS, but no timing has been announced (expected to be ~6 months from Galaxy Nexus lLaunch)

HTC
HTC Vivid was launched as "upgradeable to Ice Cream Sandwich." In addition, Ice Cream Sandwich was announced to be coming in early 2012 to the HTC Sensation, HTC Rezound, HTC EVO 3D, HTC EVO Design 4G and HTC Amaze 4G.
HTC also notes that other devices are still being evaluated, so the list is likely to grow.

Sony
Sony has stated it's 2011 Xperia portfolio will receive ICS, which means these devices launched in the US: Xperia Arc (unlocked), Xperia™ PLAY (both AT&T and Verizon), Xperia™ active, Xperia™ ray as well as Sony Ericsson Live with Walkman™
Unofficial Sony comments have suggested the upgrades will happen in 1Q12.

Asus
Asus stated the new Transformer Prime will receive ICS shortly after the device launch, scheduled for Dec 18th in the US.
The original Transformer, as well as other new Honeycomb tablets have also been confirmed to get ICS, though no timing was announced for the other devices.

Acer
Acer's Polish office stated the Acer tablets will receive ICS in January 2012, though the timing for US devices may be different.

Archos
Archos has also confirmed its newest Honeycomb tablets (the Archos 80 G9 and Archos 101 G9 tablets) will receive ICS during 1Q12.

32

Confidential Business Information,
Subject to Protective Order

S-ITC-500047424

OWNER: Kevin Packingham / Nick DiCarlo

33

Confidential Business Information,
Subject to Protective Order

S-ITC-500047425



34

Confidential Business Information,
Subject to Protective Order



REDACTED

35

Confidential Business Information,
Subject to Protective Order

S-ITC-500047427

REDACTED

36

Confidential Business Information,
Subject to Protective Order



REDACTED

37

Confidential Business Information,
Subject to Protective Order

S-ITC-500047429

**REDACTED**

38

Confidential Business Information,
Subject to Protective Order

**REDACTED**

39

Confidential Business Information,
Subject to Protective Order

REDACTED

40

Confidential Business Information,
Subject to Protective Order



41

Confidential Business Information,
Subject to Protective Order



APPLE ABSORBS $80 OF RETAIL PRICE DECREASE FOR MEMORY DOWNGRADE, RETAILER ABSORBS $20.

| | iPhone 4S 16GB | iPhone 4S 32GB | iPhone 4S 64GB |
|---|---|---|---|
| 2-Yr Contract Retail Price<br>(Memory Downgrade R/P Δ) | $199.99<br>($100) | $299.99<br>($100) | $399.99 |
| Unsubsidized Retail Price<br>(Memory Downgrade R/P Δ) | $649.99<br>($100) | $749.99<br>($100) | $849.99 |
| Wholesale Price†<br>(Memory Downgrade W/S Price Δ) | $519.99<br>($80) | $599.99<br>($80) | $679.99 |

STA requires similar pricing policy for GSII 8GB and G-Nexus 16GB models to meet value-pricing expectations of Retailers/Consumers

† W/S Price calculation assume 20% markup

42

Confidential Business Information,
Subject to Protective Order



프리미엄 세그 포지셔닝

Confidential Business Information,
Subject to Protective Order



REDACTED

44

Confidential Business Information,
Subject to Protective Order



REDACTED

45

Confidential Business Information,
Subject to Protective Order

S-ITC-500047437



**REDACTED**

46

Confidential Business Information,
Subject to Protective Order

REDACTED

47

Confidential Business Information,
Subject to Protective Order



48

Confidential Business Information,
Subject to Protective Order



REDACTED

49

Confidential Business Information,
Subject to Protective Order

S-ITC-500047441



FEATURE/PRICE EXAMPLE ③

| Samsung Admire™/Vitality™ (Rookie) | Huawei Ascend II™ | ZTE x500 Score™ |
|---|---|---|
| • 3.5" HVGA TFT<br>• MSM7627 @ 800MHz<br>• 1xEV-DO REV A<br>• 3.2MP Camera | • 3.5" HVGA TFT<br>• MSM7627 @ 600MHz<br>• 1xEV-DO REV A<br>• FM Radio<br>• 5MP Camera | • 3.5" HVGA TFT<br>• MSM7627 @ 600MHz<br>• 1xEV-DO REV A<br>• 3MP Camera |
| • $199 W/S – *24% higher than Ascend II* | • $160 W/S – 24% higher than Score | • $129 W/S |
| • $199 Retail | • $149 Retail | • $89 Retail |
| *Launched Sep'11* | Launched Jul'11 | Launched Sep'11 |

50



# <$130 ULC 3G SMARTPHONE

③

- 4M+ additional volume opportunity
- In needs to close the gap with the market lowest cost 3G Smartphone competition
- In respond to 40% of entry Smart category across MPCS, CRICKET, USCC, and TracFone

• Minimal Android HW spec requirement

| Network | 1xEV-DO REV A, Wi-Fi |
|---|---|
| OS | Gingerbread |
| Form-factor | Full Touch Bar |
| Chipset | MSM7627A (800MHz) |
| Display | ≥3.5" HVGA TFT |
| Camera | 3MP FF |
| Memory | 2GB On-board, 384MB RAM |
| Connectivity | Wi-Fi 11 b/g/n, USB 2.0 HS, BT 2.1 |
| Sensor | Accelerometer, |
| Battery | 1,500mAh |

51

Confidential Business Information,
Subject to Protective Order

S-ITC-500047443



**Situation**

- Apple dominates accessory ecosystem, generating $100 per device sold. (Samsung $11).
  - Carriers make more money on Apple accessories because of greater availability, which encourages higher subsidy funding ($400 Apple, $250 Samsung)
- 3rd Party brands high jacking our handsets with their own branded case designs. Losing Samsung branding.
  - Carriers sending handset files to 3rd parties, increasing information leak risk.
- Carrier Sales Staff taking the road of least resistance to hit required quotas, by selling handsets with large ecosystems.
- Consumers looking for cases to protect their phones, highest attach rate accessory. 70% of accessory ecosystem.

4

52

Confidential Business Information,
Subject to Protective Order



APPLE DOMINATES CURRENT ECOSYSTEM

• Samsung's ecosystem trailing the full consumer offering provided by both Apple and 3rd Party companies.

53

Confidential Business Information,
Subject to Protective Order

S-ITC-500047445

④

## APPLE ECOSYSTEM DRIVING HIGHER SUBSIDY SUPPORT

| | Samsung | Apple |
|---|---|---|
| OEM: | | |
| Accessory Sales: | <$10 ☐ | >$100 |
| Phone Subsidy: | ~$250 ☐ | ~$400 |

- *Carriers make more money on Apple accessories because of greater availability*
- *Greater accessory sales can help offset higher phone subsidies*

SAMSUNG

54

Confidential Business Information,
Subject to Protective Order

## SALES ASSOCIATES TAKING PATH OF LEAST RESISTANCE

④

Sales associates gravitate to the easiest sales in which they can achieve both their handset and accessory quotas.

| Carrier | Accessory Quota |
|---------|-----------------|
| • Verizon | 5:1  Attach rate |
| • AT&T | Target $100 per handset sold |
| • Sprint | 3:1  Attach Rate |

Typical Verizon Smart Phone Customer Basket
• Case
• VPC
• Headset (C or BT)
• Desk Dock
• Vehicle Dock

SAMSUNG

55

Confidential Business Information,
Subject to Protective Order

S-ITC-500047447



56

Confidential Business Information,
Subject to Protective Order

**REDACTED**

57

Confidential Business Information,
Subject to Protective Order



58

Confidential Business Information,
Subject to Protective Order

## SAMSUNG/JUNIPER FIELD ENGAGEMENT(3/4) - AMERICAS
### PIPELINE & OTHER ACTIVITIES STATUS (WEEK49)

| Category | Account Name | Stage | Description |
|---|---|---|---|
| SP | Verizon/Verizon Business – STA | Qualify | Met with Verizon Business on 12/7/11 to determine opportunity for Verizon Business to reference their own internal utilization of Juniper solution with Samsung devices; this effort is pending management and PR review at Verizon Business |
| SP | Sprint – STA | Qualify | Met with Sprint along with STA B2C team to review opportunity for Sprint to test Juniper solution with their own internal teams; Sprint has an older Juniper VPN on campus in Overland Park, KS and is evaluating upgrading to test with 100 Samsung devices; next meeting to review is scheduled for 12/14 |
| SP | Telus - SECA | Qualify | Completed B2B Marketing meeting with Telus; Juniper solution just recently launched for sale by Telus; Telus reps receive quota relief for sale of Juniper solution |
| SP | Rogers - SECA | Qualify | Juniper Completed meeting with Rogers to review opportunity for sale of Juniper solution as a BOBO solution for Rogers and to discuss joint training opportunities for the sales team |
| Enterprise | Johnson & Johnson - STA | Qualify | STA Sales met with J&J on 12/7/11 to review opportunity for utilization of Junos Pulse mobility solution on Samsung devices; J&J is a heavy Juniper shop for VPN with their laptops and they are evaluating whether they can shift resources to support the Junos Pulse client on Mobile Devices; scheduling follow-up call to review next steps internally for next week |
| Enterprise | Medtronic - STA | Qualify | Medtronic is an existing Juniper VPN customer; STA Sales reviewed potential with Medtronic for deploying Junos Pulse on Samsung devices; Medtronic next steps are pending pricing from Juniper and technical evaluation; follow-up meeting scheduled for 12/19 |



59

Confidential Business Information, Subject to Protective Order

S-ITC-500047451



Confidential Business Information,
Subject to Protective Order

S-ITC-500047452