# EXHIBIT 17





2

Confidential Business Information,
Subject to Protective Order

S-ITC-500054992

**REDACTED**

3

Confidential Business Information,
Subject to Protective Order

S-ITC-500054993

**REDACTED**

4

Confidential Business Information,
Subject to Protective Order

S-ITC-500054994



Confidential Business Information,
Subject to Protective Order

S-ITC-500054995



Confidential Business Information,
Subject to Protective Order

S-ITC-500054996



Confidential Business Information,
Subject to Protective Order

S-ITC-500054997



8

Confidential Business Information,
Subject to Protective Order

S-ITC-500054998