# EXHIBIT 18



STA 2012 WINNING STRATEGY

AUGUST 2011

Confidential Business Information,
Subject to Protective Order

S-ITC-500056374

# AGENDA

- Executive Summary
- SEC and STA Direction
- Market Situation
  - Carriers
  - Competitors
  - Ecosystem
  - Consumers
- Apple Strategy Analysis
- Next Steps

SAMSUNG

2

Confidential Business Information,
Subject to Protective Order

**REDACTED**

3

Confidential Business Information,
Subject to Protective Order



4

Confidential Business Information,
Subject to Protective Order

REDACTED

Confidential Business Information,
Subject to Protective Order



REDACTED

6

Confidential Business Information,
Subject to Protective Order



REDACTED

7

Confidential Business Information,
Subject to Protective Order



Confidential Business Information,
Subject to Protective Order

S-ITC-500056381



REDACTED

9

Confidential Business Information,
Subject to Protective Order

S-ITC-500056382



Confidential Business Information,
Subject to Protective Order

S-ITC-500056383



Confidential Business Information,
Subject to Protective Order

S-ITC-500056384

## 2012 MEGA TRENDS

- Phone and Tablet markets grow substantially in revenue terms
  - Overall slow unit growth in mobile phones still results in double-digit revenue growth as smartphones rise to 70% of TAM
  - By the end of 2012 tablet market revenue reaches 38% of smartphone market revenue

- Carriers focus on ARPU growth and network/cost optimization to drive profitable growth
  - US carriers (esp Big 4) can no longer rely on new contract adds for growth – consolidation activity increases
  - Focus on no-contract / prepaid segment which still shows growth
  - Drive smartphone conversion of existing install base
  - Drive 4G / LTE adoption which provides an opportunity to gain higher data ARPU at lower operating cost

- HTC and Apple will continue to be the primary smartphone competitors heading into 2012
  - HTC will continue strategy to broaden Carrier coverage (i.e. no-contract) while deepening their portfolio to cover all tiers within existing customer portfolios
  - Apple likely to attempt to further disrupt the existing market dynamics through an MVNO-like offering in the no-contract space
  - Motorola + Google merger changes the competitive dynamic with Motorola



12

Confidential Business Information,
Subject to Protective Order

S-ITC-500056385



Confidential Business Information,
Subject to Protective Order

S-ITC-500056386



14

Confidential Business Information,
Subject to Protective Order

S-ITC-500056387



CARRIER DYNAMICS

15

Confidential Business Information,
Subject to Protective Order



16



Confidential Business Information,
Subject to Protective Order

S-ITC-500056390



Smartphone prepaid estimated to grow to 17% by 1Q12.

18

Confidential Business Information,
Subject to Protective Order



Confidential Business Information,
Subject to Protective Order

S-ITC-500056392



...AND CONTINUE TO INVEST IN 4G DEPLOYMENTS TO EXPAND BANDWIDTH AND REDUCE DATA COST OF SERVICE

Confidential Business Information,
Subject to Protective Order

S-ITC-500056393



Confidential Business Information,
Subject to Protective Order

S-ITC-500056394



Confidential Business Information,
Subject to Protective Order

S-ITC-500056395



FROM A CARRIER SPENDING PERSPECTIVE, CARRIERS HAVE SHOWN A BEHAVIOR OF FOCUSED ADVERTISING AROUND 4G SMARTPHONES...

• Carriers focused their advertising on 4G network capabilities
    • While carrier 4G advertising promotes the network, it still provides good device exposure
• Expect carrier 4G advertising to increase with carriers promoting 4G portfolio breadth
• Important for STA to execute on 4G devices; to take advantage of carrier ad spend.

23

Confidential Business Information,
Subject to Protective Order

S-ITC-500056396



Confidential Business Information,
Subject to Protective Order

S-ITC-500056397



Confidential Business Information,
Subject to Protective Order

S-ITC-500056398

## POTENTIAL DISRUPTION: CARRIERS CONTINUE TO LOOK TOWARDS VOIP FOR MORE EFFICIENT SPECTRUM UTILIZATION

| | 2011.1H | 2011.2H | 2012.1H | 2012.2H | 2013.1H |
|---|---|---|---|---|---|
| at&t | | | | Trial | VoLTE* |
| verizon | | Trial | | VoLTE – Limited* | VoLTE – Full* |
| Sprint | | | | | ??? |
| clear | | | | | ??? |
| T-Mobile | | Trial | | VoWiFi – Limited* | |
| metro | | Trial | | VoLTE – Limited* | |
| Cellular south | | | Trial | VoLTE – Full* | |
| US Cellular | | | | | ??? |
| cricket | | | | | ??? |

* Each carrier has different definition of VoLTE service, see appdenix for detail

SAMSUNG

26

Confidential Business Information,
Subject to Protective Order

S-ITC-500056399



CONSUMER DYNAMICS

27

Confidential Business Information,
Subject to Protective Order

S-ITC-500056400



Confidential Business Information,
Subject to Protective Order

S-ITC-500056401



REDACTED

29

Confidential Business Information,
Subject to Protective Order

S-ITC-500056402



Confidential Business Information,
Subject to Protective Order

S-ITC-500056403



Confidential Business Information,
Subject to Protective Order

S-ITC-500056404



Confidential Business Information,
Subject to Protective Order

S-ITC-500056405



Confidential Business Information,
Subject to Protective Order

S-ITC-500056406



COMPETITION / ECOSYSTEM

34

Confidential Business Information,
Subject to Protective Order

S-ITC-500056407



Sho

35

Confidential Business Information,
Subject to Protective Order

## GOOGLE ACQUISITION OF MOTOROLA
## BRINGING OEM & CARRIER UNCERTAINTY



Google is making a case – at least in public – that it will keep Motorola



Carriers are increasingly nervous about the strength of Apple and Google, and potentially open to a viable 3rd OS

• Macquarie Analyst Ben Schachter :
  − "Google CFO [Patrick Pichette] was adamant that GOOG will keep MMI's hardware business in-house rather than spin it off"
  − "He also stated Google will keep MMI hardware and operate it as more of niche player that can produce best of breed Android products"

• Sterne Agee analyst Shaw Wu:
  − "Carriers are relaying a desire to broaden their portfolios to include a viable alternative to Google's Android OS and Apple's iOS platform, which now dominate the smartphone market. "
  − "In our conversation with carriers, they are increasingly concerned with the growing dominance of GOOG and AAPL and want a viable No. 3 alternative."



36

Confidential Business Information,
Subject to Protective Order



Confidential Business Information,
Subject to Protective Order

S-ITC-500056410



Confidential Business Information,
Subject to Protective Order

S-ITC-500056411



Confidential Business Information,
Subject to Protective Order

S-ITC-500056412



HTC OS Upgrade Rate ~ 4 month vs. SAM ~7 months

40

Confidential Business Information,
Subject to Protective Order

S-ITC-500056413



Confidential Business Information,
Subject to Protective Order

S-ITC-500056414



Confidential Business Information,
Subject to Protective Order

S-ITC-500056415



Confidential Business Information,
Subject to Protective Order

S-ITC-500056416



APPLE IPHONE 5 TO LAUNCH IN SEP / OCT TIME FRAME  AT ATT, VZW AND SPRINT. $49 CONTRACT IPHONE LIKELY TO CONTINUE.

44

Confidential Business Information,
Subject to Protective Order



APPLE ALSO SIGNALING INTEREST IN NON-CONTRACT.  WILL A NON-CONTRACT IPHONE ACCELERATE SEGMENT GROWTH FURTHER?

Non-contract Sell-thru vol % by Wholesale ASP

Signals about Apple's Interest in the Non-Contract Market

- Recognition that US market growth driven by non-contract smartphones
- Apple execs have already stated their interest in being "creative in prepaid"
- Apple launching unlocked iPhone 4 through their retail stores, possibly as a test to ensure activations can be handled by their own retail
- Apple has historically shown preference to dis-intermediate the carrier
  - Channel prioritization of iPhone 4 at Apple retail vs COR at launch

45

45

Confidential Business Information,
Subject to Protective Order

S-ITC-500056418



Confidential Business Information,
Subject to Protective Order

S-ITC-500056419



47

Confidential Business Information,
Subject to Protective Order

S-ITC-500056420



Confidential Business Information,
Subject to Protective Order

S-ITC-500056421

Confidential Business Information,
Subject to Protective Order



Confidential Business Information,
Subject to Protective Order

S-ITC-500056423



ECOSYSTEM DYNAMICS

51

Confidential Business Information,
Subject to Protective Order



## WP7 MANGO ADDS MULTITASKING, ADVANCED EXCHANGE & MORE CLOUD SERVICES. NOKIA'S BIG BET NOT IMPACTING OTHER OEM COMMITMENTS

| WP7 | Mango |
|---|---|
| General | General |
| • SMS: Facebook integration<br>• Live Tiles (in lieu of Apps/widgets) | • **Multitasking support**<br> • Twitter and Linked In integration<br> • Contact grouping (e.g. create a group you can track or send messages to separately)<br> • Upgraded Browser (Internet Explorer 9) |
| Email / Exchange<br>• Native Exchange / PDF support<br>• Innovative layout / email UI | **Advanced Email / Exchange**<br> • Ability to combine email inboxes<br> • Email threading (conversation view)<br> • Additional Exchange support (i.e. Out of Office messages)<br> • Syncing with Exchange tasks<br> • Voice-to-text and text-to-voice<br> • Conversation threads (all social feeds from a contact all show up in the same place) |
| Entertainment<br>• Zune hub for music & video | Entertainment<br> • **Support for third-party background audio**<br> • SmartDJ playlist creation<br> • Lockscreen with music controls & album art<br> • Custom ringtones |
| Search / Maps<br>• Bing for web search and maps | Search / Maps<br> • Search and Mapping / Navigation improvements<br> • Support for turn-by-turn voice prompts |
| Other<br>• SkyDrive for Photos<br>• Voice Search Only | Other<br> • **Sky Drive for Office docs & music streaming**<br> • More integrated Voice Commands<br> • Some redesigned hubs (e.g. Office and Games)<br> • Better real-time information in Live Tiles |

**Recent Mango Sensing:**

• **Nokia**: Nokia/Microsoft expected to announce 1st Nokia WP7 device(s) Aug 17 Invitations sent for media event in Cologne. Rumors are calling for October launch of "Sea Ray" phone

• **HTC**: Up to 4 Mango devices tracked by STA Strategy. Strong noise on "Omega". 1.5GHz single core, 8MP/720p recording, 16GB memory.

• **Other OEMs**: LG, Acer, Fujitsu-Toshiba (confirmed), and ZTE are also expected to launch Mango devices in the coming months.

SAMSUNG

52

Confidential Business Information,
Subject to Protective Order

S-ITC-500056425



Confidential Business Information,
Subject to Protective Order

S-ITC-500056426



## PLATFORMS/OEMS DEVELOPING COMPREHENSIVE EXPERIENCES TO INCREASE CUSTOMER STICKINESS WITHIN ECOSYSTEM

"There's only so much you can do with a piece of glass …software can make or break a phone."

Apple taking on Google and Amazon and positioning themselves to strengthen consumer affinity for all things Apple (products & SERVICES)

HTC, Motorola, & LG anchored on Android and trying to fill gaps and add polish to the Android experience to differentiate

Google continues to expand its reach across all end-user touchpoints and unafraid to "tinker" to improve its positioning as a cloud "everything" provider

54

Confidential Business Information,
Subject to Protective Order



Apple taking on Google and Amazon and positioning themselves to strengthen consumer affinity for all things Apple (products & SERVICES)

HTC, Motorola, & LG anchored on Android and trying to fill gaps and add polish to the Android experience to differentiate

Google continues to expand its reach across all end-user touchpoints and unafraid to "tinker" to improve its positioning as a cloud "everything" provider

55

Confidential Business Information, Subject to Protective Order



REDACTED

56

Confidential Business Information,
Subject to Protective Order



Confidential Business Information,
Subject to Protective Order

S-ITC-500056430



Confidential Business Information,
Subject to Protective Order

S-ITC-500056431



Confidential Business Information,
Subject to Protective Order

S-ITC-500056432



Confidential Business Information,
Subject to Protective Order

S-ITC-500056433



Confidential Business Information,
Subject to Protective Order

S-ITC-500056434



APPLE'S INSTALL BASE CENTERED AROUND 25-34 YEAR OLD YOUNG PROFESSIONALS.  SAMSUNG SKEWS OLDER AND YOUNGER.

62

Confidential Business Information,
Subject to Protective Order

S-ITC-500056435



Confidential Business Information,
Subject to Protective Order

S-ITC-500056436



Confidential Business Information,
Subject to Protective Order

S-ITC-500056437



Confidential Business Information,
Subject to Protective Order

S-ITC-500056438



Confidential Business Information,
Subject to Protective Order

S-ITC-500056439



67

Confidential Business Information,
Subject to Protective Order

S-ITC-500056440



68

Confidential Business Information,
Subject to Protective Order

S-ITC-500056441



REDACTED

Galaxy S II

Phase II Goals (Sep 2011)

• Sustainably higher **Brand** (UAT3 / MPSA) than Apple
• Samsung **> 50% Android market share**

Galaxy S

Phase I Accomplishments (June 2010)

• Beat Apple in **Brand** (UAT3 / MPSA) in 3Q10
  but was not able to maintain afterwards
• **#1 US Android Share** for 1st time in 3Q10

SAMSUNG

69

Confidential Business Information,
Subject to Protective Order



Confidential Business Information,
Subject to Protective Order

S-ITC-500056443



Confidential Business Information,
Subject to Protective Order

S-ITC-500056444



IPHONE 5 TO BE UPGRADED FROM IPHONE 4 IN THE KEY AREAS OF DISPLAY, CAMERA, PROCESSOR AND C&S

| Items | iPhone 4 | iPhone 5 |
|---|---|---|
| Launch | Jun 2010 (ATT);<br>Jan 2011 (VZW) | Mid Sep 2011 |
| Network | ATT – HSPA 7.2<br>VZW – EVDO rev A | Dual Mode –<br>HSPA 14.4 / EVDO rev A |
| Retail Price | $299/$199 | $299/$199 |
| Dimensions | 114.3 x 58.6 x 9.3 mm, 137g | TBD but similar dimensions<br>Thinner bezel |
| Main Display | 3.5; 960 x 640 IPS  326 PPI | 3.7" IPS  Retina Display<br>960 x 640  312 ppi |
| App CPU | 1GHz Apple A4 | A5 1GHz dual core |
| Battery | 1420 mAh | TBD (Same 10hrs claimed battery life) |
| Storage | 32GB/16GB<br>No expansion | 32GB/16GB<br>No expansion |
| Camera | 5MP AF LED Flash<br>0.3MP (VGA) FF | 8MP RF<br>1.3MP FF |
| +1 UX | iOS 4.3<br>iTunes<br>App Store  iTunes  iBooks  iMovies | iOS5<br>Cloud services<br>Voice command / input<br>NFC<br>App Store  iTunes  iBooks  iMovies |

SAMSUNG

72

Confidential Business Information,
Subject to Protective Order

## TEN KEY IOS 5 KEY FEATURES COMPARED TO GALAXY S II

| iOS 5 | | Galaxy S II | |
|---|---|---|---|
| 1. Notifications (No notification bar in iOS previously) | | Standard Android feature | ✓ |
| 2. Newsstand: Managed magazine subscriptions | | No analogous offering | ✗ |
| 3. Twitter: Integrated w/ contacts, gallery, etc | | Standard TouchWiz Feature | ✓ |
| 4. Safari (auto page formatting, syncs tabs across devices) | | Android Browser (Standard Android Feature) Firefox (and others) also have some of these features | ✓ |
| 5. Reminders: New location based feature | | Calendar To-Do list (not location aware) | ✗ |
| 6. Camera Updates (quick-launch, PhotoStream) | | Galaxy S II camera widely regarded as one of the best – launches quickly, Picasa enables similar cloud-sharing | ✓ |
| 7. Mail (Rich text, manage folders, search text) | | These features not yet available on Android devices | ✗ |
| 8. PC Free: Device setup no longer requires connecting to a computer/iTunes | | Standard Android feature | ✓ |
| 9. Game Center (iOS social networking for gaming) | | OpenFeint / OnLive (only available through certain games) | ✗ |
| 10. iMessage (instant messaging for iOS) | | Google Talk (native to all Android) | ✓ |

SAMSUNG

73

Confidential Business Information,
Subject to Protective Order



Confidential Business Information,
Subject to Protective Order

S-ITC-500056447

## ATT GSII (SEINE) SUPERIOR SPECS TO IPHONE 5. APPLE TO FOCUS ON RETINA DISPLAY (COMPARED TO SUPERAMOLED+) AND IOS 5

| Model | Seine | iPhone 5 | Holiday | Thrill 4G | ATRIX 4G |
|---|---|---|---|---|---|
| Image | | | | | |
| Manufacturer | Samsung | Apple | HTC | LG | Motorola |
| Carrier | AT&T | AT&T | AT&T | AT&T | AT&T |
| Data | EDGE,UMTS, HSDPA 21 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s,LTE | EDGE,UMTS,HSDPA 14.4 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s |
| OS | Android 2.3 | IOS 5 | Android 2.3.4 | Android 2.2 | Android 2.2 |
| Form Factor | Candybar | Candybar | Candybar | Candybar | Candybar |
| Dimension: | 125x66x8.89 mm | TBD – expected 9 mm thickness | TBD | 125x68x12 mm | 118x64x11 mm |
| Main Display | 480x800 (4.3") | 640x960 (3.7") | 540x960 (4.5") | 480x800 (4.3") | 540x960 (4.0") |
| CPU | 1200 MHz x 2 | 1000 MHz x 2 | 1200 MHz x 2 | 1000 MHz x 2 | 1000 MHz x 2 |
| Battery | 1650 mAh | TBD | TBD | 1500 mAh | 1930 mAh |
| Rear Camera | 8.0 MP | 8.0 MP | 8.0 MP | 5.0 MP | 5.0 MP |
| Front Camera | 2 MP | 0.3 MP | 1.3 MP | 1.3 MP | 0.3 MP |
| Internal Memory | 16384 MB | 16384 MB | TBD | 8192 MB | 16384 MB |
| Memory Expansion | microSD,microSDHC (32 GB Max) | None | microSD/microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) |
| Launch | 2011-10 | 2010-09 | 3Q11 | 2011-07 | 2011-02-15 |
| Retail Price | 199.00 | 199.00 | $199.00 | 199.00 | 199.00 |
| Whole Sale Price | 549.00 | 603.00 | $459.00 | 499.00 | 471.00 |

*Source: STA PRIME

Competitive advantage
Competitive parity
Competitive disadvantage

SAMSUNG

75

Confidential Business Information,
Subject to Protective Order

**SPRINT (GAUDI) SUPERIOR SPECS TO IPHONE 5. APPLE TO FOCUS ON RETINA DISPLAY (COMPARED TO SUPERAMOLED+) AND IOS 5**

| Model | Gaudi | iPhone 5 | EVO 3D | PHOTON 4G |
|---|---|---|---|---|
| Image | | | | |
| Manufacturer | Samsung | Apple | HTC | Motorola |
| Carrier | Sprint | AT&T | Sprint | Sprint |
| Data | DDrA / WiMax | DD+A | EVDO / WiMax | EDGE,1xEV-DO,rev.A UMTS |
| OS | Android 2.3 | iOS 5 | Android 2.3 | Android 2.3 |
| Form Factor | Candybar | Candybar | Candybar | Candybar |
| Dimension | 131x70x9 mm | TBD – expected 9 mm thickness | 126x65x11 mm | 127x67x12 mm |
| Main Display | 480x200 (4.5") | 640x960 (3.7") | 540x960 (4.3") | 540x960 (4.3") |
| CPU | 1200 MHz x 2 | 1000 MHz x 2 | 1200 MHz x 2 | 1000 MHz x 2 |
| Battery | TBD | TBD | 1520 mAh | 1700 mAh |
| Rear Camera | 8.0 MP | 8.0 MP | 8.0 MP | 8.0 MP |
| Front Camera | 2MP | 0.3 MP | 0.3 MP | 0.3 MP |
| Internal Memory | 16384 MB | 16384 MB | 1024 MB | 16384 MB |
| Memory Expansion | microSD/microSDHC (32 GB Max) | None | microSD/microSDHC (37 GB Max) | microSD/microSDHC (32 GB Max) |
| Launch | 2011-09 | 2010-09 | 2011-06-24 | 3Q11 |
| Retail Price | 199.00 | 199.00 | 199.00 | 249.00 |
| Whole Sale Price | 499.00 | 605.00 | 459.00 | 470.00 |

*Source: STA PRIME

Competitive advantage,
Competitive parity,
Competitive disadvantage

SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-500056449

**NO GSII AT VZW. SAMSUNG PRIME SPECS SUPERIOR TO IPHONE 5. APPLE TO FOCUS ON RETINA DISPLAY (COMPARED TO CURVED), CAMERA MP AND IOS5.**

| Model | Droid Charge | Samsung Prime | iPhone 5 Verizon | HTC Vigor | LG I-Project | Droid Bionic Targa |
|---|---|---|---|---|---|---|
| Image | | | | | | |
| Manufacturer: | Samsung | Samsung | Apple | HTC | LG | Motorola |
| Carrier | Verizon | Verizon | Verizon | Verizon | Verizon | Verizon |
| Data | 1xEV-DO rev.A,LTE | 1xEV-DO rev.A,LTE | 1xEV-DO rev.A | 1xEV-DO rev.A,LTE | 1xEV-DO rev.A,LTE | 1xEV-DO rev.A,LTE |
| OS | Android 2.2 | Ice Cream Sandwich (Android 2.4) | iOS 5 | Android 2.3 | Android 2.3 | Android 2.3.4 |
| Form Factor | Candybar | Candybar | Candybar | Candybar | Candybar | Candybar |
| Dimension | 130x68x12 mm | 135 x 68 x 9.14mm | 115x59x9 mm | TBD | TBD | TBD |
| Main Display | 480x800 (4.3") | 720x1280 (4.65") | 640x960 (3.5") | 720x1280 (4.3") | 720x1280 (4.5") | 540x960 (4.3") |
| CPU | 1000 MHz | 1200 MHz x 2 | 1000 MHz x 2 | 1500 MHz x 2 | 1500 MHz x 2 | 1000 MHz x 2 |
| Battery | 1600 mAh | 1750mAh | TBD | TBD | TBD | TBD |
| Rear Camera | 8.0 MP | 5.0 MP | 8.0 MP | 8.0 MP | 8.0 MP | 8.0 MP |
| Front Camera | 1.3 MP | 1.3 MP | 0.3 MP | 1.3 MP | 1.3 MP | Yes |
| Internal Memory | 2048 MB | 16384 MB | 16384 MB | TBD | TBD | 16384 MB |
| Memory Expansion | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | None | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) |
| Launch | 2011-05-18 | 2011-10 | 2011-09 | 2011-10 | 2011-10 | 2011-07 |
| Retail Price | 299.00 | TBD | 199.00 | TBD | TBD | TBD |
| Whole Sale Price | 590.00 | TBD | 603.00 | TBD | TBD | TBD |

*Source: STA PRIME

Competitive parity
Competitive advantage
Competitive disadvantage

SAMSUNG

77

Confidential Business Information,
Subject to Protective Order

NO IPHONE 5 EXEPECTED AT TMO. SAMSUNG GSII (HERCULES) SUPERIOR TO THE COMPETITION.

| Model | Hercules | Sensation 4G | G2x | ATRIX 4G | Monaco / Storm 3 |
|---|---|---|---|---|---|
| Image | | | | | |
| Manufacturer | Samsung | HTC | T-Mobile | Motorola | RIM |
| Carrier | T-Mobile | T-Mobile | T-Mobile | T-Mobile | T-Mobile |
| Data | EDGE,UMTS, HSDPA 42 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s |
| OS | Android 2.5 | Android 2.3 | Android 2.2 | Android 2.2 | BlackBerry OS |
| Form Factor | Candybar | Candybar | Candybar | Candybar | Candybar |
| Dimension | 131x70x9 mm | 126x85x11 mm | 124x64x10 mm | 118x64x11 mm | 120x62x11 mm |
| Main Display | 480x800 (4.5") | 540x960 (4.3") | 480x800 (4.0") | 540x960 (4.0") | 480x800 (3.7") |
| CPU | 1200 MHz x 2 | 1200 MHz x 2 | 1000 MHz x 2 | 1000 MHz x 2 | 1200 MHz |
| Battery | TBD | 1520 mAh | 1500 mAh | 1930 mAh | 1230 mAh |
| Rear Camera | 8.0 MP | 8.0 MP | 8.0 MP | 5.0 MP | 5.0 MP |
| Front Camera | Yes | 0.3 MP | 1.3 MP | 0.3 MP | -- |
| Internal Memory | 16304 MB | 1024 MB | 8192 MB | 16304 MB | 4096 MB |
| Memory Expansion | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) |
| Launch | 2011-09 | 2011-06-15 | 2011-04-15 | 3Q 2011 | July 2011 |
| Retail Price | 199.00 | 199.00 | 199.00 | 199.00 | 199.00 |
| Whole Sale Price | 499.00 | 459.00 | -443.00 | 471.00 | TBD |

*Source: STA PRIME

☐ Competitive advantage.
☐ Competitive parity.
☐ Competitive disadvantage.

SAMSUNG

78

Confidential Business Information,
Subject to Protective Order

# IPAD 2⁺ SENSING





- **Launch:** Early 2012 likely (some rumors about a launch around Thanksgiving 2011 but not likely)
  - iPad 2 only recently cleared all backorders and began shipping when a consumer ordered the device rather than going on backorder.
  - With such strong demand, Apple unlikely to introduce iPad 2+ (iPad 2 with a high-resolution display) so early in iPad2's product life
- **HW design:** Appearance to remain unchanged
- **Display resolution** 2X current ppi
  - New resolution of 2048x1536 @ 264 ppi vs the current 1024 × 768 @ 132 ppi
- **Processor** unchanged at 1GHz dual core A5
- **Memory storage configurations:**
  128 GB/ 64GB / 32GB versus current 64GB/ 32GB / 16GB
- **Pricing:** Same as iPad 2
- **OS:** iOS5



79

Confidential Business Information,
Subject to Protective Order



Confidential Business Information,
Subject to Protective Order

S-ITC-500056453



Confidential Business Information,
Subject to Protective Order

S-ITC-500056454



82

Confidential Business Information,
Subject to Protective Order



Confidential Business Information,
Subject to Protective Order

S-ITC-500056456

## 2012 CONSOLIDATED PLANNING SCHEDULE

| Items | Strategy Planning Deliverables | Division | Schedule US Local |
|---|---|---|---|
| Line-up | - Line-Up Confirmation with agreement between GBM and Subsidiaries | WT, NW / Mgt. | 7/29 |
| Preparation in advance | - Input Purchase Expense and Confirmation (Logistic Included) | Fin Mgmt | ~ 8/05 |
| | - Lockdown market/category/segment forecasts | BizPlan/PPT | 8/12 |
| | - Initial HC and investment request tied to Dept Strategic Obj | Each Dept. | 8/23 |
| | - Finalize the Standard O/H of Sales Subsidiaries. | Fin Mgmt | 8/26 |
| | : Organize the Standard O/H for 2012 | | (~8/23) |
| | : Adjust & Confirm the Standard O/H | | ~8/26) |
| | - Final HC and investment request tied to Dept Strategic Obj | Each Dept | 9/8 |
| Strategy Plan | - 1st Draft Strategy Plan by Dept | Each Dept | 8/23 |
| | - Alignment & Reconciliation across STA | Strategy | 9/2 |
| | - Final Draft Strategy Plan by Dept | Each Dept | 9/13 |
| Sales Profit | - Confirm the Gross Margin by product and Input Q'ty | Biz Planning | 9/2 |
| | - Confirm the adjusted Q'ty agreed with Suppliers | Fin Mgmt | 8/9 |
| | - Expense planning & Total Costing (1st) | Fin Mgmt | 9/23 |
| Financial Plan | - Inventory, A/R, B/S, Investment, FCF, Loan | Fin Mgmt/ Global Mgmt. | 9/27 |
| Confirmation/ Report | - Report the Final 2012 Yearly Planning to Top Management | Global Mgmt | 10/25 |
| | - Initial STA Internal Strategy Review | SLT | 8/25 |
| | - Final Review/Approval STA Strategy | SLT | 9/15 |

SAMSUNG

84

Confidential Business Information, Subject to Protective Order

S-ITC-500056457