# EXHIBIT 19



# STA Strategy Update

November 11, 2011

1

Confidential Business Information, Subject to Protective Order

## AGENDA

- 2011 Summary and Lessons Learned
- 2012 Market Situation
- 2012 Management & Stretch Plans
- Strategic Direction
  - Network Systems
  - Wireless Terminals
    - Sales
    - Product
    - Marketing
- Summary



2

Confidential Business Information,
Subject to Protective Order

S-ITC-500057691



3

Confidential Business Information,
Subject to Protective Order

S-ITC-500057692



4

Confidential Business Information,
Subject to Protective Order

S-ITC-500057693

## SAM IS MAKING PROGRESS VS. HTC AND APPLE, BUT NOT AT A FAST ENOUGH PACE



| Vendor | 2011 | | | |
|---|---|---|---|---|
| | 1Q Total | 2Q Total | 3Q Total | 4Q (Est.) Total |
| 시장 수요 | 19,053,105 | 22,001,565 | 21,550,000 | 30,400,000 |
| SAMSUNG | 2,049,789 | 3,475,847 | 4,118,314 | 6,300,000 |
| APPLE | 5,800,000 | 5,900,000 | 4,700,000 | 11,000,000 |
| HTC | 3,950,000 | 4,500,000 | 5,050,000 | 4,750,000 |
| S→H | 52% | 77% | 82% | 133% |
| S→A | 35% | 59% | 88% | 57% |
| SP M/S | 10% | 16% | 19% | 21% |

- In 4Q SAM smartphone sell-thru will reach 6.3M units => S = 1.33H, S = 0.57A
- Based on continued strong performance, 4Q iPhone sell-thru estimate is 11M units
- Despite 4Q initial launches at Metro and Virgin Mobile, HTC is forecast to lose volume QoQ



5

Confidential Business Information,
Subject to Protective Order



With both our GSI launches in 3Q 2010 and our 4G launches in 2Q11, SAM has been unable to maintain momentum in premium tier, critical for future success vs. HTC and Apple

6

Confidential Business Information,
Subject to Protective Order

## 2011 KEY CHALLENGES AND LESSONS LEARNED (1 OF 2)

**1. Apple is aggressively growing share – future success is dependent on blunting Apple**

- \$49 iPhone3 in Jan.; VZ in Feb.; White iPhones in May; 3 SKUs to 8 SKUs in 4Q (launch Sprint and Cell South)
- 15.3M in '10; 27.4M in '11; 38M? in '12

**2. HTC is executing at a high level**

- Launching new technology first at all 4 carriers
- Consistent product and SW upgrades; consistent look and feel (Sense UI)
- Aggressive pricing (Inspire \$399 vs. Infuse \$499; EVO 4G and Shift \$99)

**3. SAM has experienced significant product delays**

- Over 1M expected S/P sell-thru units lost in both 2Q and 3Q (vs. plan prior to start of quarter)
- Almost 70 S/P sell-thru weeks already lost in 4Q (reference point 3Q quarterly plan set end of May)



US non-iPhone TAM

|  | 2010 | 2011 | 2012 |
|---|---|---|---|
| Apple | 15.3 | 27.4 | 38.0 |
| US TAM | 179.9 | 181.1 | 184.5 |
| Non-Apple TAM | 164.6 | 153.7 | 146.5 |
| Apple M/S | 8.5% | 15.1% | 20.6% |

* Volume in Millions



SAMSUNG

7

Confidential Business Information,
Subject to Protective Order

## 2011 KEY CHALLENGES AND LESSONS LEARNED (2 OF 2)

**4. US S/P market is highly competitive**

- In 3Q (per SA), 4 vendors recorded S/P share >10%; vs. only 2 non-S/P vendors with >10% share
  - SAM is the only vendor with >10%share in both S/P and non-S/Ps
  - MOT is a leading S/P vendor for VZ (Droid Bionic, Droid RAZR)
  - Huawei is leading S/P vendor for Metro and Cricket
  - SAM and LG combined to capture ~70% of non-S/P share

| 3Q11 SA | S/P | Share | non-S/P | Share |
|---|---|---|---|---|
| SAM | 4.5 | 19.2% | 9.2 | 41.9% |
| LG | 1.3 | 5.4% | 6.0 | 27.7% |
| HTC | 5.6 | 24.0% | 0.1 | 0.5% |
| Apple | 4.8 | 20.6% | 0.0 | 0.0% |
| MOT | 1.9 | 8.1% | 1.6 | 7.5% |
| RIM | 2.6 | 11.1% | 0.0 | 0.0% |
| Huawei | 1.4 | 6.0% | 0.7 | 3.1% |

**\* Volume in Millions**

**5. SAM sensing and execution were not crisp**

- Aggressive moves, especially by HTC ($99 EVO 4G and EVO Shift) and Apple (free iPhone3, $99 iPhone4 at Sprint), were not detected early

- Success of entry level Android at pre-paid carriers (i.e., Huawei at Metro and Cricket) was not anticipated

- Competitors, especially HTC, were able to pro-actively lock down key carrier promotions



8

Confidential Business Information,        S-ITC-500057697
Subject to Protective Order



9

Confidential Business Information,
Subject to Protective Order



Confidential Business Information,
Subject to Protective Order

S-ITC-500057699



Confidential Business Information,
Subject to Protective Order

S-ITC-500057700



12

Confidential Business Information,
Subject to Protective Order

S-ITC-500057701



13

Confidential Business Information,
Subject to Protective Order



2011: 41M S-P upgraders

2012: 69M S-P upgraders

14

Confidential Business Information,
Subject to Protective Order

S-ITC-500057703



2012 MANAGEMENT & STRETCH PLANS

15

Confidential Business Information,
Subject to Protective Order

S-ITC-500057704

**REDACTED**

1616

Confidential Business Information,
Subject to Protective Order

**REDACTED**

17-17

Confidential Business Information,
Subject to Protective Order

S-ITC-500057706



18

Confidential Business Information,
Subject to Protective Order

S-ITC-500057707



REDACTED

19

Confidential Business Information,
Subject to Protective Order

S-ITC-500057708



REDACTED

20

Confidential Business Information,
Subject to Protective Order



21

Confidential Business Information, Subject to Protective Order

S-ITC-500057710



REDACTED

22

Confidential Business Information,
Subject to Protective Order

S-ITC-500057711



**REDACTED**

23

Confidential Business Information,
Subject to Protective Order



24

Confidential Business Information,
Subject to Protective Order



25

Confidential Business Information,
Subject to Protective Order



REDACTED

26

Confidential Business Information,
Subject to Protective Order

S-ITC-500057715



프리미엄 세그 포지셔닝

Confidential Business Information,
Subject to Protective Order



REDACTED

28

Confidential Business Information,
Subject to Protective Order



REDACTED

29

Confidential Business Information,
Subject to Protective Order



REDACTED

30

Confidential Business Information,
Subject to Protective Order

## DEVELOPING A MORE PROFESSIONAL AND EMPOWERED SALES FORCE

SSF Training and initial round of certification complete. **90%**

**1Q12** Strategic Account Management/Joint Business Plan course completed by Wave 1 accounts.

Wave 1 (1Q12):
Joint Business Plans with



Wave 2 (2Q12):
Joint Business Plans with



Enhance tools and process to increase "ownership" spirit.

SAMSUNG

Bullet 2: 90 people are registered for the SES Certification (count includes Dale)

   • Requirements for SES cert: completion of 6 SSF learning modules + 1 Marketing module + Knowledge Assessment

   • 15 people (or 17%) have completed 1 or more of the learning modules

Bullet 3: 2 people completed the certification (7 learning modules and passed the Knowledge Assessment) – Jorge Gateno and Margaret Reddy

Bullet 4: JBP course scheduled on 10/17 – 21 (waiting for final confirmation from HQ on dates)

   SSF On-site Implementation (OSI) is a 1 week course focusing on developing a JBP:

   • Day 1: SSF Overview & Channel Management (Channel Strategy & Account Segmentation)

   • Day 2: Account Management (Account Profile, Value Proposition, SWOT Analysis)

   • Day 3: JBP (Joint business plan development)

   • Day 4: JBP continued

   • Day 5: TSO Debrief (HQ will work with STA's finance team to analyze the actual trade spend for 2011) and JBP proposal schedule, roles & responsibilities

31

Confidential Business Information,
Subject to Protective Order



32

Confidential Business Information,
Subject to Protective Order



33

Confidential Business Information,
Subject to Protective Order

S-ITC-500057722



**STA HAS DOMINATED CLOSED OS, BUT THE TRANSITION TO #1 S/P
SHARE HAS REQUIRED A LARGE EFFORT BY STA AND HQ R&D**
<u>**BY Q4, '11, STA REACHES 50:50 SKU MIX**</u>

☐ = Market smartphone 50/50 SKU mix transition

◯ = Samsung smartphone 50/50 SKU mix transition

**REDACTED**

34

Confidential Business Information,
Subject to Protective Order

S-ITC-500057723



STA MUST BUILD THE GALAXY BRAND TO OVERCOME THE INFLUENCE OF IPHONE

- Apple, even before iPhone 4S, $99 iPhone 4, and Sprint iPhone is exerting out-sized influence on the market mix

- **Samsung must urgently drive awareness, preference and purchases of Galaxy branded smartphones to combat Apple**

35

Confidential Business Information,
Subject to Protective Order

S-ITC-500057724



Confidential Business Information,
Subject to Protective Order

S-ITC-500057725



- No new launches at $99 for 1H 2012; conquer not doing well at $99 and needs to be moved down.

**Reasons to pursuing GS II tiered strategy**

-Cover retail sweet spots of $99 and $99 for 2012

-Compete directly with iPhone 8GB

-Extend lifecycle of existing WiMax devices – leveraging existing models to expand volume.

**Other Roadmap consideration**

-Drive down Conquer to $49 in 1H 2012 and

-EOL transform Ultra at free retail

37

Confidential Business Information,
Subject to Protective Order



-No mass Android touch bar to compete with HTC, LG and Apple.

**Reasons for pursuing tiered Galaxy Nexus approach**

-Direct competition to iPhone at $99 retail

-leverage existing models to expand volume

-Cover all retail sweet spots for major promotional periods

38

Confidential Business Information,                    S-ITC-500057727
Subject to Protective Order



- Samsung well positioned to compete with iPhone in premium and mass price tiers at AT&T

- Competing Samsung SKUs better spec'd than iPhone 4S with 21M / LTE, dual core, 4"+ Super AMOLED displays (Celox and GSII in 2011) .

39

Confidential Business Information,
Subject to Protective Order

S-ITC-500057728



Confidential Business Information,
Subject to Protective Order

S-ITC-500057729



REDACTED

41

Confidential Business Information,
Subject to Protective Order



42

Confidential Business Information,
Subject to Protective Order



APPLE U.S. INSTALLED BASE STRONG, WITH HIGH LEVELS OF CO-OWNERSHIP WITHIN IOS >> STRONG 'ENGAGE & KEEP'

Each Product Leverages a Common UX and C&S EcoSystem

Network Effects – Products Work Better Together Than Separate

Can Price Products Higher To Capture that 'Network Effect' Value

43

Confidential Business Information,
Subject to Protective Order

S-ITC-500057732

## GALAXY S2/ TAB INTRODUCED THE SAMSUNG ECOSYSTEM, GALAXY S 3 CAN MAKE IT THE HERO FEATURE



*ICS Based Galaxy S 3 and Galaxy Tab Next Gen*

**GALAXY S 2 and Galaxy Tab**









**First unified UX across product categories**
➢ **Social Hub & Live Panel Widgets**

**Media Hub Show capability for HD TV**



First commonality of UX achieved on Galaxy Tab and Galaxy S 2
Carry over through Ice Cream powered devices + Galaxy Player

44

Confidential Business Information,
Subject to Protective Order



45

Confidential Business Information,
Subject to Protective Order

# WHY SO DIFFICULT TO BEAT?



**No reason NOT to buy an IPad**
- Superior, Simpler User Experience - can give it to a kid to use it
- Biggest Ecosystem (> 140K IPad Apps)
- Best retail experience: Apple stores as well as other retailers
- 1st to partner with partners: Netflix, Hulu Plus, Facebook, Skype
- Simple choice & Pricing

**Low consumer risk in buying Amazon**
- $199 retail
- Own retail channel; Rev share with other retailers
- Single-sign on and compelling content ecosystem (Instant Video, mp3, cloud, Prime, Kindle)



46

Confidential Business Information,
Subject to Protective Order

S-ITC-500057735



REDACTED

47

Confidential Business Information,
Subject to Protective Order



REDACTED

48

Confidential Business Information,
Subject to Protective Order



49

Confidential Business Information,
Subject to Protective Order



REDACTED

50

Confidential Business Information,          S-ITC-500057739
Subject to Protective Order



51

Confidential Business Information,
Subject to Protective Order



**REDACTED**

52

Confidential Business Information,
Subject to Protective Order

S-ITC-500057741



REDACTED

53

Confidential Business Information,
Subject to Protective Order



REDACTED

54

Confidential Business Information,
Subject to Protective Order

**REDACTED**

55

Confidential Business Information,
Subject to Protective Order



REDACTED

56

Confidential Business Information,
Subject to Protective Order



57

Confidential Business Information,
Subject to Protective Order

S-ITC-500057746



**REDACTED**

58

Confidential Business Information,
Subject to Protective Order



59

Confidential Business Information,
Subject to Protective Order

S-ITC-500057748



Confidential Business Information,
Subject to Protective Order

S-ITC-500057749

# DOMINATE HTC, SCARE APPLE

| Account | S>2H | S>3H | S=A |
|---------|------|------|-----|
| AT&T | 4Q11 | 2Q12 | 4Q12 |
| Vz | 1Q12 | 2Q12 | 4Q12 |
| Sprint | 4Q11 | 4Q11 | 3Q12 |
| TMO | 4Q11 | 4Q11 | NA |



61

Confidential Business Information,
Subject to Protective Order



62

Confidential Business Information,
Subject to Protective Order



63

Confidential Business Information,
Subject to Protective Order

S-ITC-500057752



REDACTED

64

Confidential Business Information,
Subject to Protective Order



REDACTED

65

Confidential Business Information,
Subject to Protective Order

S-ITC-500057754



Confidential Business Information,
Subject to Protective Order

S-ITC-500057755



**REDACTED**

67

Confidential Business Information,
Subject to Protective Order

S-ITC-500057756



## STA B2B VERTICALS:

**Recent Wins**

Education:

Healthcare:

Hospitality:

Transportation:

Retail:

Field Service:

**REDACTED**

68

Confidential Business Information,
Subject to Protective Order

## 2H2011 GOALS

Continue to Deliver Marquee B2B Wins

1. Launch "B2B Ready" Awareness Program

2. Launch Application Workshop Program

3. Expand Direct and Channel Sales Reach

4. Begin Leveraging Strategic Partners

5. Begin Executing Repeatable B2B Direct & Channel Sales Models

## 1H2012 GOALS

Move to Revenue Performance Model

1. Further Expand Direct Sales Reach within Fortune 1000

2. Begin SMB Push w/ Carrier Sales Channels and National Retail

3. Scale 2011 Success / Proof Points within Carrier Sales Teams

4. Begin Leveraging Vertical Market Solutions

5. Begin Leveraging Strength of Entire Samsung B2B Portfolio



69 

69

Confidential Business Information,
Subject to Protective Order