# EXHIBIT 22

1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
2 | Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
3 | 50 California Street, 22nd Floor
San Francisco, California 94111
4 | Telephone: (415) 875-6600
Facsimile: (415) 875-6700
5
6 | Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
7 | victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
8 | Redwood Shores, California 94065
Telephone: (650) 801-5000
9 | Facsimile: (650) 801-5100

10 | William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
11 | Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
12 | 865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
13 | Telephone: (213) 443-3000
Facsimile: (213) 443-3100
14
Attorneys for SAMSUNG ELECTRONICS
15 | CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
16 | TELECOMMUNICATIONS AMERICA, LLC

17

18 | <center>UNITED STATES DISTRICT COURT</center>

19 | <center>NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION</center>

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| 21             Plaintiff, | **DECLARATION OF COREY KERSTETTER** |
| 22  vs. | Date: June 7, 2012 |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG | Time: 1:30 p.m. Courtroom 8, 4th Floor |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | Judge: Hon. Lucy H. Koh |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **FILED UNDER SEAL** HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY |
| 26 | |
| 27             Defendants. | |

28

# DECLARATION OF COREY KERSTETTER

I, Corey Kerstetter, declare as follows:

1. I am currently employed by Samsung Telecommunications America, LLC ("STA") as the VP of Business Planning. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. As the VP of Business Planning at STA, I am familiar with and have knowledge of STA's actual and forecasted sales of the Galaxy Nexus in the United States. In the regular course of its business, STA forecasts sales of the Galaxy Nexus on a quarterly basis, and has forecasted such sales through the second quarter of 2013 (ending on June 30, 2013). STA has not forecasted sales of the Galaxy Nexus in the United States past the end of the second quarter of 2013. STA forecasts sales of ▮▮▮ units of the Galaxy Nexus in the United States between, and including, the third quarter of 2012 and the end of the second quarter of 2013.

3. In the regular course of its business, Samsung calculates the average per-unit profit generated from each sale of the Galaxy Nexus in the United States. Between November, 2011, and April, 2012, the average per-unit profit to Samsung from sales of the Galaxy Nexus has been ▮▮▮

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 6, 2012, at Richardson, Texas.

*[signature]*

COREY KERSTETTER