Clerk's Use Only

Initial for fee pd.:

John T. McKee, 51 Madison Avenue, 22nd Floor
New York, New York 10010, 212.849.7219

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 12-cv-00630-LHK<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, John T. McKee, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the bar of the State of New York, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel

in the above-entitled action. The name, address and telephone number of that attorney is: Charles K. Verhoeven, 50 California Street, 22nd Floor, San Francisco, California 94111. 415.875.6301.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     August 14, 2012          _____

John T. McKee