| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | STEPTOE & JOHNSON, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com | John Caracappa (*pro hac vice*) jcaracappa@steptoe.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com | 1330 Connecticut Avenue, NW Washington, D.C. 20036 |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 | Telephone: (202) 429-6267 Facsimile: (202) 429-3902 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 | |
| 6 | | |
| 7 | Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY)) | |
| 8 | kevinjohnson@quinnemanuel.com Victoria F. Maroulis (Bar No. 202603) | |
| 9 | victoriamaroulis@quinnemanuel.com 555 Twin Dolphin Drive, 5th Floor | |
| 10 | Redwood Shores, California 94065 Telephone: (650) 801-5000 | |
| 11 | Facsimile: (650) 801-5100 | |
| 12 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com | |
| 13 | Patrick M. Shields (Bar No. 204739) patrickshields@quinnemanuel.com | |
| 14 | 865 South Figueroa Street, 10th Floor Los Angeles, California 90017-2543 | |
| 15 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 | |
| 16 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, | |
| 17 | INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE INC., a California corporation, | | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | | **NOTICE OF APPEARANCE** |
| vs. | | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | | |
| Defendants. | | |

1  PLEASE TAKE NOTICE that Scott L. Watson, an attorney with the firm of Quinn
2  Emanuel Urquhart & Sullivan, LLP and admitted to practice before this Court, and whose contact
3  information appears below, hereby enters an appearance as an additional attorney of record for
4  Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
5  Telecommunications America, LLC.

6  Scott L. Watson (Bar. No. 219147)
   Quinn Emanuel Urquhart & Sullivan, LLP
7  865 South Figueroa St., 10th Floor
   Los Angeles, CA 90017
8  Telephone: 213-443-3000
   Facsimile: 213-443-3100
9  scottwatson@quinnemanuel.com
10

11 DATED: August 23, 2012          QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP
12

13

14                                 By: */s/ Scott L. Watson*
                                       Scott L. Watson
15                                     Attorneys for Defendants Samsung Electronics
                                       Co., Ltd., Samsung Electronics America, Inc., and
16                                     Samsung Telecommunications America, LLC