JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

***Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADJUSTMENT OF CASE SCHEDULE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

WHEREAS, on May 2, 2012, this Court entered a Minute Order and Case Management Order (D.I. 160) setting forth a case schedule in this action between Apple, Inc. ("Apple") and Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (SEC, SEA, and STA collectively referred to as "Samsung").

WHEREAS, the parties have conferred with regard to certain events related to claim construction and have agreed to adjust three early dates in order to allow more time to meet and confer. It is expected that this additional time will help narrow potential disputes between the parties concerning the construction of claim terms and will hopefully result in agreement, reducing the number of issues ultimately submitted for determination by the Court.

WHEREAS, this stipulation and the corresponding scheduling adjustments will not alter any other deadline presently on calendar in this matter (*i.e.*, the claim construction briefing deadlines and Claim Construction Hearing date will remain unchanged).

WHEREAS, the current deadline for the parties to propose claim terms for construction (Patent L.R. 4-1) is August 31, 2012.

WHEREAS, the current deadline for the parties to exchange preliminary claim constructions and identify supporting evidence and experts (Patent L.R. 4-2) is October 5, 2012.

WHEREAS, the current deadline for the parties to file a Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) is October 26, 2012.

WHEREAS, on August 23, 2012 counsel for Apple and counsel for Samsung agreed to extend the deadline for the parties to propose claim terms for construction (Patent L.R. 4-1) to September 21, 2012.

WHEREAS, on August 23, 2012 counsel for Apple and counsel for Samsung agreed to extend the deadline for the parties to exchange preliminary claim constructions and identify supporting evidence and experts (Patent L.R. 4-2) to October 26, 2012.

WHEREAS, on August 23, 2012 counsel for Apple and counsel for Samsung agreed to extend the deadline for the parties to file a Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) to November 9, 2012.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the due dates for the following events will be adjusted as follows and as reflected in the table below:

- the deadline for the parties to propose claim terms for construction (Patent L.R. 4-1) shall be extended to September 21, 2012;
- the deadline for the parties to exchange preliminary claim constructions and identify supporting evidence and experts (Patent L.R. 4-2) shall be extended to October 26, 2012; and
- the deadline for the parties to file a Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) shall be extended to November 9, 2012.

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Proposed claim terms for construction (Patent L.R. 4-1) | August 31, 2012 | September 21, 2012 |
| Parties exchange preliminary claim constructions and identify supporting evidence and experts (Patent L.R. 4-2) | October 5, 2012 | October 26, 2012 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | October 26, 2012 | November 9, 2012 |
| Close of claim construction discovery | December 14, 2012 | *Unchanged* |
| Opening claim construction briefs by party asserting patents | December 21, 2012 | *Unchanged* |
| Responsive claim construction briefs regarding opposing parties' patents | January 25, 2013 | *Unchanged* |
| Reply briefs regarding parties' patents | February 8, 2013 | *Unchanged* |
| *Markman* Tutorial | February 14, 2013 | *Unchanged* |
| Claim Construction Hearing | February 21, 2013 | *Unchanged* |

Dated: August 25, 2012

GIBSON, DUNN & CRUTCHER LLP

By: */s/ H. Mark Lyon*

H. Mark Lyon
**Attorney for APPLE, INC.**

Dated: August 25, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Patrick Shields*
Charles K. Verhoeven
Kevin P.B. Johnson
Patrick Shields
**Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

STIPULATION AND [PROPOSED] ORDER FOR ADJUSTMENT OF CASE SCHEDULE
CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Patrick Shields has concurred in this filing.

Dated: August 25, 2012

*/s/ H. Mark Lyon*
H. Mark Lyon

STIPULATION AND [PROPOSED] ORDER FOR
ADJUSTMENT OF CASE SCHEDULE
CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:____________________, 2012 By: ______________________________

Honorable Lucy H. Koh