[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Hearing:**<br>Date:    September 26, 2012<br>Time:    2:00 p.m.<br>Place:   Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

Pursuant to this Court's Civil Local Rule 16-10(d), the parties jointly submit this Joint Case Management Statement to update their prior Case Management Statement (D.I. 191), submitted by the parties on May 31, 2012, and offer their proposals for the remainder of the case, including with respect to ADR.

As indicated in further detail below, the parties do not currently have any issues to raise with the Court. Accordingly, the parties respectfully request that the Status Conference currently set for September 26, 2012, be vacated and extended until a date in November or December at the Court's convenience.

### 1. Progress or Changes Since the Last Statement

Since submitting their previous Case Management Statement on May 31, 2012, the parties have each filed amended pleadings: Apple filed an Amended Complaint and Amended Counterclaims (D.I. 261, 262), while Samsung filed an Answer and Amended Counterclaims to Apple's Amended Complaint as well as an Answer to Apple's Amended Counterclaims (D.I. 263, 264). The parties served infringement contentions on June 15, 2012 and invalidity contentions on August 10, 2012, pursuant to the Court's Case Management Order. The parties have also served disclosures identifying their custodians and search terms pursuant to the proposed Stipulation Regarding Discovery, Protective Order, Privilege Logs, and Expert Discovery filed on May 9, 2012 (D.I. 171), which is currently pending Court approval. Additionally, on June 5, 2012, Judge Grewal adjudicated Samsung's Motion to Compel Further Responses to PI Interrogatory No. 4 (D.I. 146, 167, 168).

On June 29, 2012, the Court issued an order adjudicating Apple's Motion for a Preliminary Injunction (D.I. 222), which Samsung appealed to the Federal Circuit in Docket No. 2012-1507. The Court had issued an order adjudicating Samsung's Motion to Stay and Suspend the June 29, 2012 Preliminary Injunction Pending Appeal or, Alternatively, Pending Decision by Federal Circuit on Stay Pending Appeal, on July 3, 2012 (D.I. 230). Samsung appealed the Court's decision on Apple's Motion for a Preliminary Injunction to the Federal Circuit on July 3, 2012. (D.I. 227). On July 6, the Federal Circuit issued an order temporarily staying the preliminary injunction, pending further consideration of Samsung's motion to stay pending appeal. The Federal Circuit granted Samsung's motion to expedite the appeal on July 13, and held oral argument on August 20, 2012, before a panel

of Judges Prost, Moore, and Reyna.  Disposition of the appeal is pending.

### 2. The Parties' Views on the Remainder of the Case

The parties do not have any additional proposals for the case development process at this time, aside from the views expressed in the initial Case Management Conference and other briefs and declarations previously filed.

In light of the release of new products by the parties, the parties have provided notice to one another that they anticipate filing motions to amend their infringement contentions to add such new products.  The parties are accordingly beginning meet and confer discussions regarding such motions to amend, during which the parties will first exchange the proposed amended contentions in advance, to determine if the motions will be opposed.  To provide further detail about the anticipated motions to amend:

Apple anticipates that it will file, in the near future, a motion to amend its infringement contentions to add recently-released Samsung products, including the Android 4.1 Jelly Bean operating system and the Galaxy Note 10.1 device that have been released by Samsung since Apple served its Local Patent Rule 3-6 disclosures.  Apple has investigated such devices and functionality and, based on such investigation, believe that they infringe the asserted Apple patents-in-suit.  Apple's motion to amend its infringement contentions will also encompass the addition of inadvertently omitted information as well as minor clarifying changes to its initial infringement contentions.  Apple does not believe that amendment of its infringement contentions would affect the case schedule as presently set.

Samsung anticipates that it will file, in the near future, a motion to amend its infringement contentions to add the iPhone 5 as an accused product.  On September 12, 2012, Apple announced that it will release the iPhone 5 on September 21, 2012.  Based on information currently available, Samsung expects that the iPhone 5 will infringe the asserted Samsung patents-in-suit in the same way as the other accused iPhone models.  Samsung plans to file a motion to amend its infringement contentions to address the iPhone 5 as soon as it has had a reasonable opportunity to analyze the device.  Because Samsung believes the accused functionality of the iPhone 5 will be similar to the accused functionality of other accused Apple products, Samsung does not believe that amendment of

its infringement contentions should affect the case schedule.

### 3. Settlement and ADR

The parties have continued to engage in mediation discussions since the beginning of this case, including the Court-ordered mediation before Magistrate Judge Spero on May 21-22, 2012. The parties have not reached a settlement.

Dated:  September 19, 2012

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

By:  /s/  H. Mark Lyon

H. Mark Lyon
Attorney for Plaintiff and Counterclaim-Defendant
APPLE INC.


Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Kevin P.B. Johnson (Bar No. 177129 (CA);
2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267

1  Facsimile: (202) 429-3902

2

3  By:  /s/ Patrick Shields with permission

4

5  Patrick Shields
   Attorney for Defendants and Counterclaim-Plaintiffs
   SAMSUNG ELECTRONICS CO., LTD., SAMSUNG
6  ELECTRONICS AMERICA, INC., AND SAMSUNG
   TELECOMMUNICATIONSAMERICA, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Joint Case Management Conference Statement.  In compliance with General Order 45.X.B, I hereby attest that Patrick Shields has concurred in this filing.

Dated: September 19, 2012                               /s/ H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.4, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: September 19, 2012                             */s/ H. Mark Lyon*