UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>a Korean corporation;<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>a New York corporation; and<br>SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC,<br>a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No.: 12-CV-00630-LHK<br><br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE |

Pursuant to the parties' joint request in their September 19, 2012 Joint Case Management Statement, ECF No. 265 at 2, the case management conference set for September 26, 2012, is continued to December 12, 2012, at 2:00 p.m.  Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by December 5, 2012.

**IT IS SO ORDERED.**

Dated: September 21, 2012

　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 12-CV-00630-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE