UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR LEAVE TO SUPPLEMENT ITS INFRINGEMENT CONTENTIONS** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion for Leave to Supplement its Infringement Contentions (Samsung's "Motion for Leave").  The Court finds that Samsung has proceeded with diligence in amending its infringement contentions to add the iPhone 5, and that Apple Inc. will not be prejudiced by the amendment.

The Court HEREBY ORDERS that Samsung's Motion for Leave is granted.  Samsung may amend its infringement contentions pursuant to Patent L.R. 3-6 to allege infringement by the iPhone 5.

DATED: _____

HON. Paul S. Grewal
United States Magistrate Judge