QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA);
2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

STEPTOE & JOHNSON, LLP
John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF PATRICK M. SHIELDS IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE TO SUPPLEMENT ITS INFRINGEMENT CONTENTIONS**<br><br>Date:      November 6, 2012<br>Time:     10:00 a.m.<br>Place:    Courtroom 5<br>Judge:   Honorable Paul S. Grewal |

<u>DECLARATION OF PATRICK M. SHIELDS</u>

I, Patrick M. Shields, declare as follows:

1.      I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action.   I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Samsung's Disclosure of Asserted Claims and Infringement Contentions, dated June 15, 2012, and the exhibits attached thereto.

3.      Attached hereto as **Exhibit B** is a true and correct copy of an Apple Inc. press release titled "Apple Introduces iPhone 5," dated September 12, 2012, and downloaded from http://www.apple.com/pr/library/2012/09/12Apple-Introduces-iPhone-5.html on September 18, 2012.

4.      Samsung informed Apple that it expected to seek leave to amend its infringement contentions to add the iPhone 5 on September 18, three days before the product was released for sale.   Attached hereto as **Exhibit C** is a true and correct copy of my email to Apple's counsel, Jennifer Rho, dated September 18, 2012.

5.      Samsung obtained an iPhone 5 on September 21, 2012, the day it was released, and immediately began investigating to confirm whether the iPhone 5 practiced Samsung's patents-in-suit.

6.      On September 28, 2012, Samsung confirmed to Apple that it would seek leave to amend its infringement contentions to add the iPhone 5 as an accused product.   Samsung also provided Apple with its proposed supplemental infringement contentions, detailing its contentions regarding the iPhone 5.   Samsung's proposed infringement contentions against the iPhone 5 are based on the same or virtually the same functionality as Samsung's infringement contentions

1  against previously accused iPhone models.   Attached hereto as **Exhibit D** is a true and correct

2  copy of my email to Apple's counsel, Jennifer Rho, dated September 28, 2012, which attached

3  Samsung's proposed amendments to its infringement contentions.   I informed Ms. Rho that

4  Samsung would file its motion to amend on October 1, and to let me know by then if Apple had a

5  position on the motion.

6        7.     Ms. Rho responded to my email on October 1.   She did not indicate Apple's

7  position on the motion, but suggested that Samsung delay filing the motion pending further meet

8  and confer.   I responded to Ms. Rho that Samsung felt obliged to file its motion as soon as

9  possible, but that Samsung would be willing to continue discussions after filing.

10

11        I declare under penalty of perjury under the laws of the United States of America that the

12  foregoing is true and correct.

13        Executed on October 1, 2012, at Los Angeles, California.

14

15               */s/   Patrick M. Shields*

16               Patrick M. Shields

17

18

19

20

21

22

23

24

25

26

27

28

-2-       Case No. 12-CV-00630-LHK (PSG)

SHIELDS DECL. ISO MOT. FOR LEAVE TO SUPPLEMENT INFRINGEMENT CONTENTIONS