# EXHIBIT C

| | |
|---|---|
| **From:** | Patrick Shields |
| **Sent:** | Tuesday, September 18, 2012 11:22 PM |
| **To:** | 'Rho, Jennifer'; Michael Fazio |
| **Cc:** | William Price; 'Lyon, H. Mark'; 'Krevitt, Josh'; 'Hung, R.'; '*** Apple/Samsung'; 'Clementine'; 'Mark Selwyn (Mark.Selwyn@wilmerhale.com)' |
| **Subject:** | RE: Apple v. Samsung, Case No. 12-cv-630-LHK - draft CMC statement |

Jennifer,

Thank you for the draft.  We will provide any specific comments as early as possible tomorrow.

There is one issue which we wanted to flag for the Court; whether it necessitates holding the CMC on the 26th may depend on Apple's view of it.  The issue is:  we understand Apple is planning to release the iPhone 5 on September 21.  We have reason to believe that the iPhone 5 will infringe some or all of the Samsung patents-in-suit based on functionality similar to the iPhones already accused in the case.  If our suspicions are correct, we anticipate filing a motion to amend our infringement contentions to name the iPhone 5 as an accused product as soon as we have had a chance to analyze the device.  We were hoping to get the Court's input on the timing for that motion at the CMC.  However, if Apple will not object to our adding the iPhone 5 as an accused product, that will simplify things and we wouldn't see any need to raise it with the Court at the CMC.  If Apple will object, we think it may be fruitful to discuss the issue with the Court before filing our motion.  Please let us know Apple's view.

cheers,
patrick


**From:** Rho, Jennifer [mailto:JRho@gibsondunn.com]
**Sent:** Tuesday, September 18, 2012 8:00 PM
**To:** Michael Fazio
**Cc:** Patrick Shields; William Price; Lyon, H. Mark; Krevitt, Josh; Hung, R.; *** Apple/Samsung; Clementine; Mark Selwyn (Mark.Selwyn@wilmerhale.com)
**Subject:** Apple v. Samsung, Case No. 12-cv-630-LHK - draft CMC statement

Michael,

In advance of the scheduled September 26, 2012 Status Conference with the Court, please find attached a proposed draft of the Joint CMC Statement that must be filed with the Court tomorrow.

We don't believe that the parties have any issues to raise with the Court at this time, as reflected in the draft CMC statement, and accordingly would like to propose that we ask the Court to vacate the September 26 status conference and reschedule it for November or December, when there may be issues to discuss with the Court.

Thank you very much, and please let me know if we have your approval to sign the CMC statement and file it.

Thanks very much,
Jennifer

**Jennifer J. Rho**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7103 • Fax +1 213.229.6103
JRho@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---