**Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 1 of U.S. Patent No. 8,086,604 | Infringement by the Samsung Illusion |
|---|---|
| A method for locating information in a network using a computer, comprising[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Illusion performs a method for locating information in a network using a computer.<br><br>For instance, the Samsung Illusion includes a 1 GHz processor CPU, 2 GB of on-board memory, a 3.5" TFT screen, CDMA/EVDO and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a network using a computer. |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

**Features**

- 3.5"-Inch 320x480 HVGA touch screen
- Digital CDMA/PCS 1X EV-DO Rev-A Wireless Technology
- Android™ 2.3 platform
- Google™ applications, including Google Talk™ and Gmail™
- Android Market™, plus pre-loaded applications
- Connections
  - Wi-Fi® 802.11 a/b/g/n
  - Mobile Hotspot
  - Bluetooth 3.0
  - Tethering
  - VPN
- Messaging Services
  - Text Messaging
  - Picture Messaging
  - Video Messaging
  - Voice Messaging
  - Email
  - Mobile Instant Messenger (IM)
  - Chat

- 3 Megapixel CMOS Camera/Camcorder
- Picture Gallery
- Video Player
- DivX Certified® to play DivX® video up to HD 720p, including premium content
- Music Player
- Speakerphone
- Support for microSD™ and microSDHC™ Memory Cards up to 32GB capacity
- Bluetooth® 3.0 Wireless Technology. For more information about supported profiles, see *"Bluetooth profiles"* on page 104.



## Samsung I110 Illusion

**SAMSUNG**

For Verizon
Also known as Samsung SCH-i110

**This is not a GSM device, it will not work on any GSM network worldwide.**

| | | |
|---|---|---|
| **GENERAL** | 2G Network | CDMA 800 / 1900 |
| | 3G Network | CDMA2000 1xEV-DO |
| | Announced | 2011, November |
| | Status | Available. Released 2011, November |
| **BODY** | Dimensions | 114.4 x 59.9 x 11.7 mm |
| | Weight | 120 g |
| | | - Touch-sensitive controls |
| **DISPLAY** | Type | TFT capacitive touchscreen |
| | Size | 320 x 480 pixels, 3.5 inches (~165 ppi pixel density) |
| | Multitouch | Yes |
| **SOUND** | Alert types | Vibration; MP3, WAV ringtones |
| | Loudspeaker | Yes |
| | 3.5mm jack | Yes |
| **MEMORY** | Card slot | microSD, up to 32GB, 2 GB included |
| | Internal | 2 GB storage, 512 MB RAM |
| **DATA** | GPRS | No |
| | EDGE | No |
| | Speed | Rev. A, up to 3.1 Mbps |
| | WLAN | Wi-Fi 802.11 b/g/n, Wi-Fi hotspot, DLNA |
| | Bluetooth | Yes, v3.0 with A2DP |
| | USB | Yes, microUSB v2.0 |
| **CAMERA** | Primary | 3.15 MP, 2048x1536 pixels |
| | Features | Geo-tagging |
| | Video | Yes |
| | Secondary | Yes |
| **FEATURES** | OS | Android OS, v2.3 (Gingerbread) |
| | CPU | 1 GHz Cortex-A8 |
| | GPU | PowerVR SGX540 |

Read opinions
Compare
Pictures
Related phones
Manual

**CHECK PRICE**
▸ WElectronics
▸ Negri Electronics

**POPULARITY**
Daily interest
0.2%
Total hits: 220295

**VOTING RESULTS**
Design
7.1
Features

|  | The Samsung Illusion includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[2]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Illusion. |
|---|---|

---

[2]  "Quick Search Box," Android Developers, http://developer.android.com/resources/articles/qsb.html, last accessed June 13, 2012.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Illusion, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes Google Search as a standard feature of the Illusion, as shown by the inclusion of Google Search in the Illusion user's manual:

| | |
|---|---|
| receiving by the computer an inputted information descriptor from a user-input device; | The Samsung Illusion performs the step of receiving by the computer an inputted information descriptor from a user-input device.<br><br>The Samsung Illusion has a 3.5" TFT screen.<br><br>**Features**<br>• 3.5"-inch 320x480 HVGA touch screen<br><br>DISPLAY<br>Type — TFT capacitive touchscreen<br>Size — 320 x 480 pixels, 3.5 inches (~165 ppi pixel density)<br>Multitouch — Yes<br><br>The TFT screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard.<br><br>The Android Quick Search Box on the Samsung Illusion receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input: |



Portions of the computer instructions to receive an information descriptor in the Samsung Illusion may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| | |
|---|---|
| providing said information descriptor received from the user- | The Illusion performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules. |

| input device to a plurality of heuristic modules, wherein: | The Illusion comprises a plurality of heuristic modules.  The Search Settings panel for the Quick Search Box on the Samsung Illusion, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the Illusion.  The Illusion provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules.<br><br> |

| | |
|---|---|
| | In the example above, the Illusion provides at least the Web and Contacts heuristic modules that are preselected by the Illusion. |
| each heuristic module corresponds to a respective area of search and | The Samsung Illusion performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein each heuristic module corresponds to a respective area of search.<br><br>The figure below shows an example of a plurality of heuristic modules and their respective areas of search.  For example, one heuristic is the Web heuristic module that corresponds to a search of Google Search suggestions on the Internet and locally stored bookmarks and web history, stored locally on the Illusion's local storage media.  Another heuristic module is the Contacts heuristic module that corresponds to a search of the names of contacts stored locally on the Illusion's local storage media. |



| employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor, and | The Samsung Illusion performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein each heuristic module employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor. |
|---|---|



For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module indicated by the red rectangle is the Web heuristic module that corresponds to a search of Google Search suggestions on the Internet and locally stored of bookmarks and web history. Another heuristic module indicated by the blue rectangle is the People heuristic module that corresponds

| | to a search of the names of contacts stored locally on the Illusion. |
|---|---|
| | Each heuristic module shown above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification:<br><br>"Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)<br><br>"[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14)<br><br>Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Web heuristic module employs a search engine to locate Internet web pages which match the user input, and further maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The Contacts module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the computer; | The Illusion performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein the search areas include storage media accessible by the Illusion.<br><br>As described in the examples above, the default search areas include several areas that search storage media accessible by the Illusion.  For example, the Illusion provides heuristic modules that search browser bookmarks, web history, and people (contacts).  Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search box to let you |

| | search content on your phone, including apps, contacts, and browser history, as well as content from the web."[3] |
|---|---|
| searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search; | The Illusion performs the step of searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search.<br><br>By way of example, on the Samsung Illusion, when a user types a search request into the Quick Search Box, Android computer instructions in the SearchActivity class calls the getSuggestions() method of an instance of the SuggestionsProviderImpl class. (See Android Source Code at SearchActivity.java, SuggestionsProviderImpl.java.) This, in turn, creates an object called "receiver" to hold the query results from the different applications that respond to the search request, and calls the startQueries() method on a QueryTask object to dispatch the query to a plurality of search heuristics to locate information responsive to the request. (See Android Source Code at SuggestionsProviderImpl.java). The QueryTask object creates multiple parallel requests, in separate threads, to send the query simultaneously to a plurality of heuristics. (See Android Source Code at QueryTask.java.) |
| providing at least one candidate item of information located by the heuristic modules as a result of said searching; | The Illusion performs the step of providing at least one candidate item of information located by the heuristic modules as a result of said searching.<br><br>For example, in the image below, the Illusion is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristic modules as a result of a search for the information descriptor "app": |

---

[3]  "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.



| and displaying by the computer a representation of said candidate item of information on a display device. | The Illusion performs the step of displaying a representation of said candidate item of information on a display device.  For example, in the screen capture below, the Illusion is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red box, the results from the bookmarks in the green box, and the results from the Contacts module in the blue box.  The representations appear as icons and/or explanatory text. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Illusion to

| | show the results on the TFT screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Illusion displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapter.java. |
| --- | --- |

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Illusion |
|---|---|
| An apparatus for locating information in a network, comprising[4]: | To the extent the preamble of Claim 6 may be construed to be limiting, the Samsung Illusion is an apparatus for locating information in a network.<br><br>For instance, the Samsung Illusion includes a 1 GHz processor CPU, 2 GB of on-board memory, a 3.5" TFT screen, CDMA/EVDO and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network.<br><br>**Features**<br>• 3.5"-Inch 320x480 HVGA touch screen<br>• Digital CDMA/PCS 1X EV-DO Rev-A Wireless Technology<br>• Android™ 2.3 platform<br>• Google™ applications, including Google Talk™ and Gmail™<br>• Android Market™, plus pre-loaded applications<br>• Connections<br>  – Wi-Fi® 802.11 a/b/g/n<br>  – Mobile Hotspot<br>  – Bluetooth 3.0<br>  – Tethering<br>  – VPN<br>• Messaging Services<br>  – Text Messaging<br>  – Picture Messaging<br>  – Video Messaging<br>  – Voice Messaging<br>  – Email<br>  – Mobile Instant Messenger (IM)<br>  – Chat<br><br>• 3 Megapixel CMOS Camera/Camcorder<br>• Picture Gallery<br>• Video Player<br>• DivX Certified® to play DivX® video up to HD 720p, including premium content<br>• Music Player<br>• Speakerphone<br>• Support for microSD™ and microSDHC™ Memory Cards up to 32GB capacity<br>• Bluetooth® 3.0 Wireless Technology. For more information about supported profiles, see *"Bluetooth profiles"* on page 104. |

---

[4] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.



### Samsung I110 Illusion

**SAMSUNG**

For Verizon
Also known as Samsung SCH-i110

**This is not a GSM device, it will not work on any GSM network worldwide.**

| | | |
|---|---|---|
| **GENERAL** | 2G Network | CDMA 800 / 1900 |
| | 3G Network | CDMA2000 1xEV-DO |
| | Announced | 2011, November |
| | Status | Available. Released 2011, November |
| **BODY** | Dimensions | 114.4 x 59.9 x 11.7 mm |
| | Weight | 120 g |
| | | - Touch-sensitive controls |
| **DISPLAY** | Type | TFT capacitive touchscreen |
| | Size | 320 x 480 pixels, 3.5 inches (~165 ppi pixel density) |
| | Multitouch | Yes |
| **SOUND** | Alert types | Vibration; MP3, WAV ringtones |
| | Loudspeaker | Yes |
| | 3.5mm jack | Yes |
| **MEMORY** | Card slot | microSD, up to 32GB, 2 GB included |
| | Internal | 2 GB storage, 512 MB RAM |
| **DATA** | GPRS | No |
| | EDGE | No |
| | Speed | Rev. A, up to 3.1 Mbps |
| | WLAN | Wi-Fi 802.11 b/g/n, Wi-Fi hotspot, DLNA |
| | Bluetooth | Yes, v3.0 with A2DP |
| | USB | Yes, microUSB v2.0 |
| **CAMERA** | Primary | 3.15 MP, 2048x1536 pixels |
| | Features | Geo-tagging |
| | Video | Yes |
| | Secondary | Yes |
| **FEATURES** | OS | Android OS, v2.3 (Gingerbread) |
| | CPU | 1 GHz Cortex-A8 |
| | GPU | PowerVR SGX540 |



- Read opinions
- Compare
- Pictures
- Related phones
- Manual

**CHECK PRICE**
▸ WElectronics
▸ Negri Electronics

**POPULARITY**

Daily interest

0.2%

Total hits: 220295

**VOTING RESULTS**

Design

7.1

Features

The Samsung Illusion includes the Android Quick Search Box, which is a "powerful, system-

|  | wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[5]<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Illusion. |
|---|---|

---

[5]   "Quick Search Box," Android Developers, http://developer.android.com/resources/articles/qsb.html, last accessed June 13, 2012.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Illusion, and the Quick Search Box has located Google search suggestions correlating to the information identifier "app" from the internet, a computer network. The Google Search suggestions are identified by a red box below:



| | |
|---|---|
| an interface module configured to receive an inputted information descriptor from a user-input device; | The Samsung Illusion has a 3.5" TFT screen.<br><br>**Features**<br>• 3.5"-inch 320x480 HVGA touch screen |

| DISPLAY | Type | TFT capacitive touchscreen |
|---|---|---|
| | Size | 320 x 480 pixels, 3.5 inches (~165 ppi pixel density) |
| | Multitouch | Yes |

The TFT screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard.

The Android Quick Search Box on the Samsung Illusion receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:



| | |
|---|---|
| | Portions of the computer instructions to receive an information descriptor in the Samsung Illusion may be found in the QsbApplication class and in the com.android.quicksearchbox package. |
| a plurality of heuristic modules configured to search for information that corresponds to the | The Samsung Illusion  includes a plurality of heuristic modules designed to search for information that corresponds to the received information descriptor. |

| received information descriptor, wherein: | The Search Settings panel for the Quick Search Box on the Samsung Illusion, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the Illusion.  The Illusion provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules. <br><br>  <br><br> In the example above, the Illusion provides at least the Web and Contacts heuristic modules that |

| | are preselected by the Illusion. |
|---|---|
| each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | The Samsung Illusion comprises heuristic modules wherein each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area.<br><br> |

<table>
<tr><td></td><td>

For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module indicated by the red rectangle is the Web heuristic module that corresponds to a search of Google Search suggestions on the Internet and to a search of bookmarks and web history. Another heuristic module indicated by the blue rectangle is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Illusion.

Each heuristic module shown above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification:

> "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)

> "[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14)

Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Web heuristic module employs a search engine to locate Internet web pages which match the user input, and further maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The Contacts module searches the contents of files on the local storage volumes.

</td></tr>
<tr><td>the search areas include storage media accessible by the apparatus;</td><td>The Illusion's search areas include storage media accessible by the apparatus.</td></tr>
</table>

| | |
|---|---|
| and | The Illusion comprises heuristic modules whose search areas include storage media accessible by the Illusion.<br><br>As described in the examples above, the default search areas include several areas that search storage media accessible by the Illusion.  For example, the Illusion provides heuristic modules that search browser bookmarks, web history, and people (contacts).  Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search box to let you search content on your phone, including apps, contacts, and browser history, as well as content from the web."[6]<br><br>Furthermore, according to the official description of the Google Search application in the Google Play application store, the application is "the fastest way to search the web and your phone."[7] |
| a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Samsung Illusion comprises a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>The Samsung Illusion has a 3.5" TFT screen display device, as noted above. The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules. For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

---

[6]  "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.
[7]  "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox



| Claim 11 of U.S. Patent No. 8,086,604 | Infringement by Samsung Illusion |
|---|---|
| A computer-readable medium[8] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Illusion includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  The Samsung Illusion contains 2GB of internal computer memory, as indicated on the specifications on Samsung's web site:<br><br><table><tr><td>MEMORY</td><td>Card slot</td><td>microSD, up to 32GB, 2 GB included</td></tr><tr><td></td><td>Internal</td><td>2 GB storage, 512 MB RAM</td></tr></table> |
| on which a program executable by a processing unit is recorded, the program, when executed by the processing, controlling a computer to perform the steps of: | The Samsung Illusion's internal memory has recorded on it programs executed by a processing unit.  Programs executable by the processing unit include computer instructions such as those comprised by the Quick Search Box application.  Portions of such instructions comprised by the Quick Search Box application may be found at packages/apps/QuickSearchBox/src/com/android/quicksearchbox/, among other places. |
| receiving by the computer an inputted information descriptor from a user-input device; | The Illusion comprises a computer readable medium containing a program for receiving by the computer an inputted information descriptor from a user-input device.<br><br>The Samsung Illusion has a 3.5" TFT screen.<br><br>**Features**<br>• 3.5"-inch 320x480 HVGA touch screen<br><br><table><tr><td>DISPLAY</td><td>Type</td><td>TFT capacitive touchscreen</td></tr><tr><td></td><td>Size</td><td>320 x 480 pixels, 3.5 inches (~165 ppi pixel density)</td></tr><tr><td></td><td>Multitouch</td><td>Yes</td></tr></table> |

---

[8] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

|  | The TFT screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard.<br><br>The Android Quick Search Box on the Samsung Illusion receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input: |
|---|---|



Portions of the computer instructions to receive an information descriptor in the Samsung Illusion may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| | |
|---|---|
| providing the information descriptor received from the user- | The Samsung Illusion comprises a computer readable medium containing a program for providing the information descriptor received from the user-input device to a plurality of |

| input device to a plurality of heuristic modules, wherein: | heuristic modules. |
|---|---|
| | The Illusion comprises a plurality of heuristic modules.  The Search Settings panel for the Quick Search Box on the Samsung Illusion, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the Illusion.  The Illusion provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules. |



In the example above, the Illusion provides at least the Web and Contacts heuristic modules that are preselected by the Illusion.

| | |
|---|---|
| each heuristic module corresponds to a respective area of search and | The Samsung Illusion comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein each heuristic module corresponds to a respective area of search. |

|  | The figure below shows an example of a plurality of heuristic modules and their respective areas of search.  For example, one heuristic is the Web heuristic module that corresponds to a search of Google Search suggestions on the Internet and of bookmarks and web history, stored locally on the Illusion's local storage media.  Another heuristic module is the Contacts heuristic module that corresponds to a search of the names of contacts stored locally on the Illusion's local storage media. |
|---|---|



| | |
|---|---|
| employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor, and | The Samsung Illusion comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein each heuristic module employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor. |



For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module indicated by the red rectangle is the Web heuristic module that corresponds to a search of Google Search suggestions on the Internet and of bookmarks and web history. Another heuristic module indicated by the blue rectangle is the Contacts heuristic module that corresponds to a search of

| | |
|---|---|
| | the names of contacts stored locally on the Illusion.<br><br>Each heuristic module shown above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification:<br><br>    "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)<br><br>    "[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14)<br><br>Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Web heuristic module employs a search engine to locate Internet web pages which match the user input, and further maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The Contacts module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the computer; | The Illusion comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein the search areas include storage media accessible by the Illusion.<br><br>As described in the examples above, the default search areas include several areas that search storage media accessible by the Illusion.  For example, the Illusion provides heuristic modules that search browser bookmarks, web history, and people (contacts).  Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search box to let you |

| | |
|---|---|
| | search content on your phone, including . . . contacts, and browser history, as well as content from the web."[9] |
| searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search; | The Illusion comprises a computer readable medium containing a program for searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search.<br><br>By way of example, on the Samsung Illusion, when a user types a search request into the Quick Search Box, Android computer instructions in the SearchActivity class calls the getSuggestions() method of an instance of the SuggestionsProviderImpl class. (See Android Source Code at SearchActivity.java, SuggestionsProviderImpl.java.) This, in turn, creates an object called "receiver" to hold the query results from the different applications that respond to the search request, and calls the startQueries() method on a QueryTask object to dispatch the query to a plurality of search heuristics to locate information responsive to the request. (See Android Source Code at SuggestionsProviderImpl.java). The QueryTask object creates multiple parallel requests, in separate threads, to send the query simultaneously to a plurality of heuristics. (See Android Source Code at QueryTask.java.) |
| providing at least one candidate item of information located by the heuristic modules as a result of said searching; and | The Illusion comprises a computer readable medium containing a program for providing at least one candidate item of information located by the heuristic modules as a result of said searching.<br><br>For example, in the image below, the Illusion is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristic modules as a result of a search for the information descriptor "app": |

---

[9] "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.



| | |
|---|---|
| displaying the at least one candidate item of information located by the plurality of heuristic modules on a display device. | The Illusion comprises a computer readable medium containing a program for displaying at least one candidate item of information located by the plurality of heuristic modules on a display device.<br><br>For example, in the screen capture below, the Illusion is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the |

red box, the results from the Web module's search of bookmarks and web history in the green box, and the results from the Contacts module in the blue box.  The representations appear as icons and/or explanatory text.



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the

| | showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Illusion to show the results on the TFT screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Illusion displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapter.java. |
|---|---|

| Claim 16 of U.S. Patent No. 8,086,604 | Infringement by Samsung Illusion |
|---|---|
| The method of claim 1, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Samsung Illusion performs the method of Claim 1, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  For example, the Quick Search Box provides the information descriptor to heuristic modules |

| | corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic module, indicated by the red rectangle, is the Web heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet and of bookmarks and web history. Another heuristic module, indicated by the blue rectangle, is the Contacts heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the Illusion.

Each module is configured and designed to search the specific area based on the input information descriptor. |
|---|---|

| Claim 17 of U.S. Patent No. 8,086,604 | Infringement by Samsung Illusion |
|---|---|
| The method of claim 1, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor. | The Samsung Illusion performs the  method of Claim 1 wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Illusion, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br>  <br><br>The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[10] |

10  "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Illusion |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Illusion is an apparatus of Claim 6 wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.<br><br><br><br>For example, the Quick Search Box provides the information descriptor to heuristic modules |

|  | corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search.  The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic module, indicated by the red rectangle, is the Web heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet and of bookmarks and web history. Another heuristic module, indicated by the blue rectangle, is the Contacts heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the Illusion.<br><br>Each module is configured and designed to search the specific area based on the input information descriptor. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Illusion |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Samsung Illusion is an apparatus of Claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Illusion, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br>  <br><br>The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[11] |

[11]  "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox

| Claim 20 of U.S. Patent No. 8,086,604 | Infringement by Samsung Illusion |
|---|---|
| The computer readable medium of claim 11, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Samsung Illusion comprises the computer readable medium of Claim 11, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.<br><br><br><br>For example, the Quick Search Box provides the information descriptor to heuristic modules |

| | corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search.  The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic module, indicated by the red rectangle, is the Web heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet and to a search of bookmarks and web history. Another heuristic module, indicated by the blue rectangle, is the Contacts heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the Illusion. |
| | Each module is configured and designed to search the specific area based on the input information descriptor. |

| Claim 21 of U.S. Patent No. 8,086,604 | Infringement by Samsung Illusion |
|---|---|
| The computer readable medium of claim 11, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor. | The Samsung Illusion comprises the computer readable medium of Claim 11, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Illusion, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br>  <br><br>The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[12] |

[12]   "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox