**Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 1 of U.S. Patent No. 8,086,604 | Infringement by the Samsung AT&T Galaxy S II Skyrocket |
|---|---|
| A method for locating information in a network using a computer, comprising[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung AT&T Galaxy S II Skyrocket performs a method for locating information in a network using a computer.<br><br>For instance, the Samsung AT&T Galaxy S II Skyrocket includes a 1.5 GHz dual-core processor CPU, 16 GB of on-board memory, a 4.5" Super AMOLED Plus screen, 4G LTE and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a network using a computer.<br><br> |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| CPU / Processor | |
|---|---|
| Processor Speed, Type | 1.5 GHz dual-core processor |

## Features of Your Phone

Your phone is lightweight, easy-to-use and offers many useful features. The following list outlines a few of the features included in your phone.

- 4G LTE network with 1.5 gigahertz dual core processor
- Android Gingerbread platform
- Touch screen provides quick response to a variety of in-phone menus and options including applications and seven home screens
- Ready access to the Internet
- Built-in Bluetooth and Wi-Fi technology
- Brilliant 4.5" wide-screen Super AMOLED™ Plus display
- 8 Megapixel camera and camcorder
- AT&T GPS Navigation functionality provides real-time navigation
- HSDPA 21 mbps high speed download capability
- Assisted GPS (TeleNav GPS Navigation)
- microSD card compatibility with up to 32GB expandable memory slot
- Sync and update social network applications

The Samsung AT&T Galaxy S II Skyrocket includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[2]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung AT&T

---

[2]  "Quick Search Box," Android Developers, http://developer.android.com/resources/articles/qsb.html, last accessed June 13, 2012.

Galaxy S II Skyrocket.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the AT&T Galaxy S II Skyrocket, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes Google Search as a standard feature of the AT&T Galaxy S II Skyrocket, as shown by the specifications on Samsung's web site:



| | |
|---|---|
| receiving by the computer an inputted information descriptor from a user-input device; | The Samsung AT&T Galaxy S II Skyrocket performs the step of receiving by the computer an inputted information descriptor from a user-input device.<br><br>The Samsung AT&T Galaxy S II Skyrocket has a 4.5" Super AMOLED Plus screen. |

| Display | |
|---|---|
| Main Display Resolution | 800x480 pixels |
| Main Display Size | 4.5" |
| Main Display Technology | Super AMOLED™ Plus |

The Super AMOLED Plus screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard.

The Android Quick Search Box on the Samsung AT&T Galaxy S II Skyrocket receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:



Portions of the computer instructions to receive an information descriptor in the Samsung AT&T Galaxy S II Skyrocket may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein: | The AT&T Galaxy S II Skyrocket performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules.<br><br>The AT&T Galaxy S II Skyrocket comprises a plurality of heuristic modules.  The Search Settings panel for the Quick Search Box on the Samsung AT&T Galaxy S II Skyrocket, shown below, provides examples of a plurality of heuristic modules to which an information descriptor |

|  | can be provided by the AT&T Galaxy S II Skyrocket.  The AT&T Galaxy S II Skyrocket provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules.<br><br><br><br>In the example above, the AT&T Galaxy S II Skyrocket provides at least the Web and Contacts heuristic modules that are preselected by the AT&T Galaxy S II Skyrocket. |
|---|---|
| each heuristic module corresponds to a respective area of search and | The Samsung AT&T Galaxy S II Skyrocket performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein each |

heuristic module corresponds to a respective area of search.

The figure below shows an example of a plurality of heuristic modules and their respective areas of search.  For example, one heuristic is the Web heuristic module that corresponds to a search of Google Search suggestions on the Internet and locally stored bookmarks and web history, stored locally on the AT&T Galaxy S II Skyrocket's local storage media.  Another heuristic module is the Contacts heuristic module that corresponds to a search of the names of contacts stored locally on the AT&T Galaxy S II Skyrocket's local storage media.



| | |
|---|---|
| employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor, and | The Samsung AT&T Galaxy S II Skyrocket performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein each heuristic module employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor.<br><br><br><br>For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module indicated by the red rectangle is the Web heuristic module that corresponds to a search of Google |

| | |
|---|---|
| | Search suggestions on the Internet and locally stored of bookmarks and web history. Another heuristic module indicated by the blue rectangle is the People heuristic module that corresponds to a search of the names of contacts stored locally on the AT&T Galaxy S II Skyrocket.<br><br>Each heuristic module shown above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification:<br><br> "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)<br><br> "[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14)<br><br>Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Web heuristic module employs a search engine to locate Internet web pages which match the user input, and further maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The Contacts module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the computer; | The AT&T Galaxy S II Skyrocket performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein the search areas include storage media accessible by the AT&T Galaxy S II Skyrocket.<br><br>As described in the examples above, the default search areas include several areas that search storage media accessible by the AT&T Galaxy S II Skyrocket.  For example, the AT&T Galaxy |

| | |
|---|---|
| | S II Skyrocket provides heuristic modules that search browser bookmarks, web history, and people (contacts).  Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search box to let you search content on your phone, including apps, contacts, and browser history, as well as content from the web."[3] |
| searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search; | The AT&T Galaxy S II Skyrocket performs the step of searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search.<br><br>By way of example, on the Samsung AT&T Galaxy S II Skyrocket, when a user types a search request into the Quick Search Box, Android computer instructions in the SearchActivity class calls the getSuggestions() method of an instance of the SuggestionsProviderImpl class. (See Android Source Code at SearchActivity.java, SuggestionsProviderImpl.java.) This, in turn, creates an object called "receiver" to hold the query results from the different applications that respond to the search request, and calls the startQueries() method on a QueryTask object to dispatch the query to a plurality of search heuristics to locate information responsive to the request. (See Android Source Code at SuggestionsProviderImpl.java). The QueryTask object creates multiple parallel requests, in separate threads, to send the query simultaneously to a plurality of<br>heuristics. (See Android Source Code at QueryTask.java.) |
| providing at least one candidate item of information located by the heuristic modules as a result of said searching; | The AT&T Galaxy S II Skyrocket performs the step of providing at least one candidate item of information located by the heuristic modules as a result of said searching.<br><br>For example, in the image below, the AT&T Galaxy S II Skyrocket is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristic modules as a result of a search for the information descriptor "app": |

---

[3]  "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.



| | |
|---|---|
| and displaying by the computer a representation of said candidate item of information on a display device. | The AT&T Galaxy S II Skyrocket performs the step of displaying a representation of said candidate item of information on a display device.  For example, in the screen capture below, the AT&T Galaxy S II Skyrocket is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red box, the results from the bookmarks in the green box, and the results from the Contacts module in the blue box.  The representations appear as icons and/or explanatory text. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the AT&T Galaxy S II Skyrocket to show the results on the Super AMOLED Plus screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the AT&T Galaxy S II Skyrocket displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapter.java.

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung AT&T Galaxy S II Skyrocket |
|---|---|
| An apparatus for locating information in a network, comprising[4]: | To the extent the preamble of Claim 6 may be construed to be limiting, the Samsung AT&T Galaxy S II Skyrocket is an apparatus for locating information in a network.<br><br>For instance, the Samsung AT&T Galaxy S II Skyrocket includes a 1.5 GHz dual-core processor CPU, 16 GB of on-board memory, a 4.5" Super AMOLED Plus screen, 4G LTE and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network.<br><br> |

---

[4] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| CPU / Processor | |
| --- | --- |
| Processor Speed, Type | 1.5 GHz dual-core processor |

## Features of Your Phone

Your phone is lightweight, easy-to-use and offers many useful features. The following list outlines a few of the features included in your phone.

- 4G LTE network with 1.5 gigahertz dual core processor
- Android Gingerbread platform
- Touch screen provides quick response to a variety of in-phone menus and options including applications and seven home screens
- Ready access to the Internet
- Built-in Bluetooth and Wi-Fi technology
- Brilliant 4.5" wide-screen Super AMOLED™ Plus display
- 8 Megapixel camera and camcorder
- AT&T GPS Navigation functionality provides real-time navigation
- HSDPA 21 mbps high speed download capability
- Assisted GPS (TeleNav GPS Navigation)
- microSD card compatibility with up to 32GB expandable memory slot
- Sync and update social network applications

The Samsung AT&T Galaxy S II Skyrocket includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[5]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung AT&T

---

[5]  "Quick Search Box," Android Developers, http://developer.android.com/resources/articles/qsb.html, last accessed June 13, 2012.

Galaxy S II Skyrocket.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the AT&T Galaxy S II Skyrocket, and the Quick Search Box has located Google search suggestions correlating to the information identifier "app" from the internet, a computer network. The Google Search suggestions are identified by a red box below:



| | |
|---|---|
| an interface module configured to receive an inputted information descriptor from a user-input device; | The Samsung AT&T Galaxy S II Skyrocket has a 4.5" Super AMOLED Plus screen. |

| Display | |
|---|---|
| **Main Display Resolution** | 800x480 pixels |
| **Main Display Size** | 4.5" |
| **Main Display Technology** | Super AMOLED™ Plus |

The Super AMOLED Plus screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard.

The Android Quick Search Box on the Samsung AT&T Galaxy S II Skyrocket receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:



Portions of the computer instructions to receive an information descriptor in the Samsung AT&T Galaxy S II Skyrocket may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Samsung AT&T Galaxy S II Skyrocket includes a plurality of heuristic modules designed to search for information that corresponds to the received information descriptor. <br><br> The Search Settings panel for the Quick Search Box on the Samsung AT&T Galaxy S II Skyrocket, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the AT&T Galaxy S II Skyrocket.  The AT&T Galaxy S II Skyrocket provides the information descriptor to selected heuristic modules and enables the |

| | user to modify the default list of selected heuristic modules.<br><br><br><br>In the example above, the AT&T Galaxy S II Skyrocket provides at least the Web and Contacts heuristic modules that are preselected by the AT&T Galaxy S II Skyrocket. |
|---|---|
| each heuristic module corresponds to a respective area of search and employs a different, predetermined | The Samsung AT&T Galaxy S II Skyrocket comprises heuristic modules wherein each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area. |

heuristic algorithm corresponding to said respective area, and



For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module indicated by the red rectangle is the Web heuristic module that corresponds to a search of Google Search suggestions on the Internet and to a search of bookmarks and web history. Another heuristic module indicated by the blue rectangle is the People heuristic module that corresponds to a search of the names of contacts stored locally on the AT&T Galaxy S II Skyrocket.

| | Each heuristic module shown above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification: |
|---|---|
| | |

Each heuristic module shown above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification:

> "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 8, 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)

> "[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14)

Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Web heuristic module employs a search engine to locate Internet web pages which match the user input, and further maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The Contacts module searches the contents of files on the local storage volumes.

| the search areas include storage media accessible by the apparatus; and | The AT&T Galaxy S II Skyrocket's search areas include storage media accessible by the apparatus. |
|---|---|

The AT&T Galaxy S II Skyrocket's search areas include storage media accessible by the apparatus.

The AT&T Galaxy S II Skyrocket comprises heuristic modules whose search areas include storage media accessible by the AT&T Galaxy S II Skyrocket.

As described in the examples above, the default search areas include several areas that search storage media accessible by the AT&T Galaxy S II Skyrocket. For example, the AT&T Galaxy S II Skyrocket provides heuristic modules that search browser bookmarks, web history, and people (contacts). Moreover, as described on the Google Developers Blog, the Quick Search

| | |
|---|---|
| | Box provides "one single search box to let you search content on your phone, including apps, contacts, and browser history, as well as content from the web."[6]<br><br>Furthermore, according to the official description of the Google Search application in the Google Play application store, the application is "the fastest way to search the web and your phone."[7] |
| a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Samsung AT&T Galaxy S II Skyrocket comprises a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>The Samsung AT&T Galaxy S II Skyrocket has a 4.5" Super AMOLED Plus screen display device, as noted above. The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules. For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

---



| Claim 11 of U.S. Patent No. 8,086,604 | Infringement by Samsung AT&T Galaxy S II Skyrocket |
|---|---|
| A computer-readable medium[8] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung AT&T Galaxy S II Skyrocket includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  The Samsung AT&T Galaxy S II Skyrocket contains 16GB of internal computer memory, as indicated on the specifications on Samsung's web site:<br><br>**Memory**<br><br>Internal Memory — 16GB<br><br>External Memory/microSD™ Capacity — microSD™ card |
| on which a program executable by a processing unit is recorded, the program, when executed by the processing, controlling a computer to perform the steps of: | The Samsung AT&T Galaxy S II Skyrocket's internal memory has recorded on it programs executed by a processing unit.  Programs executable by the processing unit include computer instructions such as those comprised by the Quick Search Box application.  Portions of such instructions comprised by the Quick Search Box application may be found at packages/apps/QuickSearchBox/src/com/android/quicksearchbox/, among other places. |
| receiving by the computer an inputted information descriptor from a user-input device; | The AT&T Galaxy S II Skyrocket comprises a computer readable medium containing a program for receiving by the computer an inputted information descriptor from a user-input device.<br><br>The Samsung AT&T Galaxy S II Skyrocket has a 4.5" Super AMOLED Plus screen. |

---

[8] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| Display | |
|---|---|
| Main Display Resolution | 800x480 pixels |
| Main Display Size | 4.5" |
| Main Display Technology | Super AMOLED™ Plus |

The Super AMOLED Plus screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard.

The Android Quick Search Box on the Samsung AT&T Galaxy S II Skyrocket receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:



Portions of the computer instructions to receive an information descriptor in the Samsung AT&T Galaxy S II Skyrocket may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing the information descriptor received from the user-input device to a plurality of heuristic modules, wherein: | The Samsung AT&T Galaxy S II Skyrocket comprises a computer readable medium containing a program for providing the information descriptor received from the user-input device to a plurality of heuristic modules.<br><br>The AT&T Galaxy S II Skyrocket comprises a plurality of heuristic modules.  The Search Settings panel for the Quick Search Box on the Samsung AT&T Galaxy S II Skyrocket, shown |

below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the AT&T Galaxy S II Skyrocket.  The AT&T Galaxy S II Skyrocket provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules.



In the example above, the AT&T Galaxy S II Skyrocket provides at least the Web and Contacts heuristic modules that are preselected by the AT&T Galaxy S II Skyrocket.

31

| each heuristic module corresponds to a respective area of search and | The Samsung AT&T Galaxy S II Skyrocket comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein each heuristic module corresponds to a respective area of search.<br><br>The figure below shows an example of a plurality of heuristic modules and their respective areas of search.  For example, one heuristic is the Web heuristic module that corresponds to a search of Google Search suggestions on the Internet and of bookmarks and web history, stored locally on the AT&T Galaxy S II Skyrocket's local storage media.  Another heuristic module is the Contacts heuristic module that corresponds to a search of the names of contacts stored locally on the AT&T Galaxy S II Skyrocket's local storage media. |
|---|---|



| | |
|---|---|
| employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor, and | The Samsung AT&T Galaxy S II Skyrocket comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein each heuristic module employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor. |



For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module indicated by the red rectangle is the Web heuristic module that corresponds to a search of Google Search suggestions on the Internet and of bookmarks and web history. Another heuristic module indicated by the blue rectangle is the Contacts heuristic module that corresponds to a search of the names of contacts stored locally on the AT&T Galaxy S II Skyrocket.

| | |
|---|---|
| | Each heuristic module shown above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification:<br><br>"Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)<br><br>"[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14)<br><br>Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Web heuristic module employs a search engine to locate Internet web pages which match the user input, and further maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The Contacts module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the computer; | The AT&T Galaxy S II Skyrocket comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein the search areas include storage media accessible by the AT&T Galaxy S II Skyrocket.<br><br>As described in the examples above, the default search areas include several areas that search storage media accessible by the AT&T Galaxy S II Skyrocket.  For example, the AT&T Galaxy S II Skyrocket provides heuristic modules that search browser bookmarks, web history, and people (contacts).  Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search box to let you search content on your phone, including . . . |

| | |
|---|---|
| | contacts, and browser history, as well as content from the web."[9] |
| searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search; | The AT&T Galaxy S II Skyrocket comprises a computer readable medium containing a program for searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search.<br><br>By way of example, on the Samsung AT&T Galaxy S II Skyrocket, when a user types a search request into the Quick Search Box, Android computer instructions in the SearchActivity class calls the getSuggestions() method of an instance of the SuggestionsProviderImpl class. (See Android Source Code at SearchActivity.java, SuggestionsProviderImpl.java.) This, in turn, creates an object called "receiver" to hold the query results from the different applications that respond to the search request, and calls the startQueries() method on a QueryTask object to dispatch the query to a plurality of search heuristics to locate information responsive to the request. (See Android Source Code at SuggestionsProviderImpl.java). The QueryTask object creates multiple parallel requests, in separate threads, to send the query simultaneously to a plurality of<br>heuristics. (See Android Source Code at QueryTask.java.) |
| providing at least one candidate item of information located by the heuristic modules as a result of said searching; and | The AT&T Galaxy S II Skyrocket comprises a computer readable medium containing a program for providing at least one candidate item of information located by the heuristic modules as a result of said searching.<br><br>For example, in the image below, the AT&T Galaxy S II Skyrocket is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristic modules as a result of a search for the information descriptor "app": |



| | |
|---|---|
| displaying the at least one candidate item of information located by the plurality of heuristic modules on a display device. | The AT&T Galaxy S II Skyrocket comprises a computer readable medium containing a program for displaying at least one candidate item of information located by the plurality of heuristic modules on a display device.

For example, in the screen capture below, the AT&T Galaxy S II Skyrocket is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red box, the results from the Web module's search of bookmarks and web history in the green box, and the results from the Contacts module in the blue box.  The representations appear as icons and/or explanatory text. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the AT&T Galaxy S II Skyrocket to show the results on the Super AMOLED Plus screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the AT&T Galaxy S II Skyrocket displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapter.java.

| Claim 16 of U.S. Patent No. 8,086,604 | Infringement by Samsung AT&T Galaxy S II Skyrocket |
|---|---|
| The method of claim 1, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Samsung AT&T Galaxy S II Skyrocket performs the method of Claim 1, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.<br><br><br><br>For example, the Quick Search Box provides the information descriptor to heuristic modules corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search.  The figure above shows an example of a |

|  | plurality of heuristic modules and their respective areas of search. For instance, one heuristic module, indicated by the red rectangle, is the Web heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet and of bookmarks and web history. Another heuristic module, indicated by the blue rectangle, is the Contacts heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the AT&T Galaxy S II Skyrocket.<br><br>Each module is configured and designed to search the specific area based on the input information descriptor. |
|---|---|

| Claim 17 of U.S. Patent No. 8,086,604 | Infringement by Samsung AT&T Galaxy S II Skyrocket |
|---|---|
| The method of claim 1, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor. | The Samsung AT&T Galaxy S II Skyrocket performs the  method of Claim 1 wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor.<br><br>As shown below, as each letter of the information descriptor "app" is input into the AT&T Galaxy S II Skyrocket, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br><br><br>The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[10] |

10   "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung AT&T Galaxy S II Skyrocket |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The AT&T Galaxy S II Skyrocket is an apparatus of Claim 6 wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.  For example, the Quick Search Box provides the information descriptor to heuristic modules |

|  | corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search.  The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic module, indicated by the red rectangle, is the Web heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet and of bookmarks and web history. Another heuristic module, indicated by the blue rectangle, is the Contacts heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the AT&T Galaxy S II Skyrocket.<br><br>Each module is configured and designed to search the specific area based on the input information descriptor. |
|---|---|

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung AT&T Galaxy S II Skyrocket |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Samsung AT&T Galaxy S II Skyrocket is an apparatus of Claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the AT&T Galaxy S II Skyrocket, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br>  <br><br>The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[11] |

---

[11]   "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox

| Claim 20 of U.S. Patent No. 8,086,604 | Infringement by Samsung AT&T Galaxy S II Skyrocket |
|---|---|
| The computer readable medium of claim 11, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Samsung AT&T Galaxy S II Skyrocket comprises the computer readable medium of Claim 11, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.<br><br><br><br>For example, the Quick Search Box provides the information descriptor to heuristic modules corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search.  The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic |

|  | module, indicated by the red rectangle, is the Web heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet and to a search of bookmarks and web history. Another heuristic module, indicated by the blue rectangle, is the Contacts heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the AT&T Galaxy S II Skyrocket.<br><br>Each module is configured and designed to search the specific area based on the input information descriptor. |
| --- | --- |

| Claim 21 of U.S. Patent No. 8,086,604 | Infringement by Samsung AT&T Galaxy S II Skyrocket |
|---|---|
| The computer readable medium of claim 11, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor. | The Samsung AT&T Galaxy S II Skyrocket comprises the computer readable medium of Claim 11, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor.<br><br>As shown below, as each letter of the information descriptor "app" is input into the AT&T Galaxy S II Skyrocket, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br>  <br><br>The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[12] |

[12] "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox