| | |
|---|---|
| **From:** | Lum, Phillip K. |
| **Sent:** | Tuesday, August 07, 2012 8:54 PM |
| **To:** | Patrick Shields; 'Michael Fazio'; Charles K Verhoeven; Kevin Smith; Kevin Johnson; Victoria Maroulis |
| **Cc:** | Lo, Jason; Fedman, Emily L.; Rho, Jennifer; Hung, R.; Selwyn, Mark (Mark.Selwyn@wilmerhale.com); Clementine |
| **Subject:** | Apple v. Samsung (12-cv-630 CAND) |
| **Attachments:** | 2012-08-07 Fedman to Shields re APL Infringement Charts.pdf; Ex. 87 - '604 Infringment Contentions--Galaxy Tab 7.0.pdf; Ex. 93 - 721 Patent Infringement Claim Chart -  Sprint Galaxy SII Epic 4G Touch.pdf; Ex. 141 - '959 Infringement Contentions--Galaxy Nexus.pdf; Ex. 142 - '959 Infringement Contentions--Galaxy Tab 7.0.pdf |

Dear Mr. Shields,
Please see the attached.
Regards,
Phillip


**Philip  Lum**
IP Litigation Paralegal Coord.

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2667 • Fax +1 212.351.4035
PLum@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---