# Samsung Galaxy Note 10.1 Hits Stores August 16: $499 For 16GB, $549 For 32GB



**JORDAN CROOK**

Wednesday, August 15th, 2012



As expected (http://techcrunch.com/2012/02/26/samsung-announces-galaxy-note-10-1-and-projector-smartphone/) for quite a while (http://techcrunch.com/2012/02/15/evidence-of-a-samsung-galaxy-note-10-1-sprouts-up-all-over-the-place/) , Samsung has just announced pricing and availability for the Galaxy Note 10.1. As you may have guessed, it's a 10-inch WiFi tablet that includes the somewhat-pointless-but-perhaps-maybe-kind-of fun S-Pen, the same pressure-sensitive stylus you see with the Galaxy Note (http://techcrunch.com/2012/02/21/samsung-galaxy-note-review-who-do-you-think-you-are-mr-big-stuff/) .

Packing Android 4.0 Ice Cream Sandwich (with an update to Jelly Bean slotted for later this year), a 1.4 GHz quad-core processor, and 2GB of RAM, the Galaxy Note 10.1 will be available tomorrow (August 16) for $499 (16GB) or $549 (32GB).

To be a bit more specific about specs, the Galaxy Note 10.1 has a 10.1-inch 1280×800 TFT display, a 5-megapixel rear camera with autofocus and LED flash, and a 1.9-megapixel front-facing camera for video chat.

You'll also find support for up to 64GB memory cards, Bluetooth 4.0 and USB 2.0 access, but apparently an adapter for that is sold separately.

The Galaxy Note 10.1 will also feature a few of the features we've seen on the Galaxy S III, including video pop-up play, and a handful of great preloaded apps like Netflix, Dropbox, and Adobe Photoshop Touch.

If you're interested, head on over to Samsung's website (http://www.samsung.com/us/#latest-home) tomorrow and order yourself one.

On the fence: check out our in-depth review here (http://techcrunch.com/2012/08/15/samsung-galaxy-note-10-1-review) .

## You Might Also Like

- 1.  You Don't Need A Prototype To Raise A Seed Round Mike Hirshland

« PREVIOUS STORY

**Walmart, Target, 7-11 And Other Retailers Are Teaming Up On Mobile Wallet**

NEXT STORY »

**Samsung Galaxy Note 10.1 Review: So Close To Greatness**