UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff, | ) | MINUTE ORDER AND CASE |
| | ) | MANAGEMENT ORDER |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Clerk: Martha Parker Brown        Length of hearing: 25 minutes
Reporter: Summer Fisher

Plaintiff Attorneys: Harold McElhinny, Mark Lyon, Josh Krevitt, Allison Tucher, Richard Hung, Mark Selwyn
Defendant Attorneys: Patrick Shields, William Price, Victoria Maroulis, Kevin P.B. Johnson

An initial case management conference was held on May 2, 2012. A further case management conference is set for June 7, 2012, at 2:00 p.m., immediately following the hearing on Apple's motion for preliminary injunction. A subsequent further case management conference is also set for September 26, 2012, at 2:00 p.m.

The Court adopted the parties' joint proposals regarding discovery limitations and ordered the following:
Each side is limited to 50 interrogatories.
Each side is limited to 140 hours of total deposition time per side, with a 7-hour limit for each deposition, not including 30(b)(6) depositions. Expert and third-party depositions will not count toward this total. Each deposition shall count as at least 3.5 hours of deposition time, and depositions requiring an interpreter will count as half time.

By May 9, 2012, the parties will file stipulated agreements regarding: (1) preservation, collection, and production of ESI; (2) a protective order; (3) privilege logs; and (4) expert discovery.

The Court set the following case schedule:

1

Case No.: 12-cv-00630-LHK
CASE MANAGEMENT AND MINUTE ORDER

| Scheduled Event | Date |
|---|---|
| Initial Disclosures Due | May 16, 2012 |
| Disclosure of asserted claims and infringement contentions | June 15, 2012 |
| Invalidity contentions (Patent L.R. 3-3, 3-4) | August 10, 2012 |
| Proposed claim terms for construction (Patent L.R. 4-1) | August 31, 2012 |
| Deadline to Amend Pleadings | August 31, 2012 |
| Parties exchange preliminary claim constructions and identify supporting evidence and experts (Patent L.R. 4-2) | October 5, 2012 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | October 26, 2012 |
| Close of Claim Construction Discovery | December 14, 2012 |
| Opening Claim Construction Briefs | December 21, 2012 |
| Claim Construction Oppositions | January 25, 2013 |
| Claim Construction Replies | February 8, 2013 |
| *Markman* Tutorial | February 14, 2013 at noon (2 hours per side) |
| Claim Construction Hearing (max. 10 claim terms) | February 21, 2013 at 10:30 a.m. (2.5 hours per side) |
| Fact Discovery Cut Off | July 8, 2013 |
| Initial Expert Disclosures | July 26, 2013 |
| Rebuttal Expert Reports | August 16, 2013 |
| Close of Expert Discovery | August 30, 2013 |
| Last day to file dispositive motions | September 26, 2013 |
| Opposition briefs on dispositive motions | October 24, 2013 |
| Reply briefs on dispositive motions | November 14, 2013 |
| Hearing on dispositive motions | December 12, 2013 at 1:30 p.m. |
| Final Pretrial conference | March 5, 2014 at 2pm |
| Jury Trial | March 31, 2014 at 9am |
| Length of Trial | 12 days |

**IT IS SO ORDERED.**

Dated: May 2, 2012

LUCY H. KOH
United States District Judge

2

Case No.: 12-cv-00630-LHK
CASE MANAGEMENT AND MINUTE ORDER