# Exhibit 139

## Asserted Claims for Each Accused Instrumentality

| Device | '172 Patent | '604 Patent | '647 Patent | '721 Patent | '414 Patent | '502 Patent | '760 Patent | '959 Patent |
|---|---|---|---|---|---|---|---|---|
| Admire | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 8, 11, 14-17, 20, 22-24, 26 | 1, 3-5, 7-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Captivate Glide | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-4, 6-8, 10-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 8, 11, 14-17, 20, 22-24, 26 | 1, 3, 7-8, 10, 12-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Conquer 4G | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 8, 11, 14-17, 20, 22-24, 26 | 1, 3-5, 7-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Dart | ----- | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-4, 6-8, 10-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 8, 11, 14-17, 20, 22-24, 26 | 1-3, 7-8, 10, 12-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Exhibit II 4G | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-4, 6-8, 10-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 8, 11, 14-17, 20, 22-24, 26 | 1, 3, 7-8, 10, 12-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Galaxy Nexus | 2-6, 9-12, 17-21, 23- | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 4, 7-8, 11-15 | 1-2, 4, 6-7, 10-12, 14, | 8, 11, 14-17, 20, 22- | 1, 3-5, 7-13, 16-22 | 1-5, 9-12, 14-17, 19- |

| Device | '172 Patent | '604 Patent | '647 Patent | '721 Patent | '414 Patent | '502 Patent | '760 Patent | '959 Patent |
|---|---|---|---|---|---|---|---|---|
| | 25, 27-37 | | | | 16-17, 20-24, 26-28, 30-32 | 24, 26 | | 20, 22-25, 27-30, 32-33 |
| Galaxy Note | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | ----- | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1, 2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 3, 7-8, 10, 12-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Galaxy Player 4.0 | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | ----- | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 8, 11, 14-17, 20, 22-24, 26 | ----- | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Galaxy Player 5.0 | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | ----- | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 8, 11, 14-17, 20, 22-24, 26 | ----- | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Galaxy SII (AT&T) | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-4, 6-8, 10-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 8, 11, 14-17, 20, 22-24, 26 | 1, 3, 7-8, 10, 12-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Galaxy SII T-Mobile) | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-4, 6-8, 10-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 8, 11, 14-17, 20, 22-24, 26 | 1, 3, 7-8, 10, 12-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |

| Device | '172 Patent | '604 Patent | '647 Patent | '721 Patent | '414 Patent | '502 Patent | '760 Patent | '959 Patent |
|---|---|---|---|---|---|---|---|---|
| Galaxy SII Epic 4G Touch | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-4, 6-8, 10-12 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 8, 11, 14-17, 20, 22-24, 26 | 1, 3, 7-8, 10, 12-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Galaxy SII Skyrocket | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-4, 6-8, 10-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 8, 11, 14-17, 20, 22-24, 26 | 1, 3, 7-8, 10, 12-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Galaxy SIII | ----- | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | ----- | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 8, 11, 14-17, 20, 22-24, 26 | 1, 3-5, 7-13, 16-22 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Galaxy Tab 7.0 Plus | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1-2, 4, 7-8, 11-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 8, 11, 14-17, 20, 22-24, 26 | ----- | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Galaxy Tab 8.9 | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1-2, 4, 7-8, 11-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 8, 11, 14-17, 20, 22-24, 26 | ----- | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Illusion | ----- | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 4-5, 7-9, 11-15 | 1-2, 4, 6-7, 10-12, 14, | 8, 11, 14-17, 20, 22- | 1-3, 7-8, 10, 12-22 | 1-3, 5, 9-12, 14-17, |

3

| Device | '172 Patent | '604 Patent | '647 Patent | '721 Patent | '414 Patent | '502 Patent | '760 Patent | '959 Patent |
|---|---|---|---|---|---|---|---|---|
| | | | | | 16-17, 20-24, 26-28, 30-32 | 24, 26 | | 19-20, 22-25, 27-30, 32-33 |
| Stratosphere | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 4-5, 7-9, 11-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 8, 11, 14-17, 20, 22-24, 26 | 1-3, 7-8, 10, 12-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Transform Ultra | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-4, 6-8, 10-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 8, 11, 14-17, 20, 22-24, 26 | 1, 3-5, 7-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |

4