**INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY NOTE 10.1 (GT-N8013)**

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| 1.  A computer-based system for detecting structures in data and performing actions on detected structures, comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Galaxy Note 10.1 is a computer-based system for detecting structures in data and performing actions on detected structures, as explained below.  For example, the Samsung Galaxy Note 10.1 is an Android tablet computer with a 1.4 GHz quad-core processor, 16 or 32GB of internal memory, 2GB of RAM, and a 10.1'' WXGA (1280x800) TFT LCD touchscreen display.  (Samsung, Samsung Galaxy Note 10.1 Specifications, http://www.samsung.com/global/microsite /galaxynote/note_10.1/specifications.html?type=find).  (Samsung, Samsung Galaxy Note 10.1 Images, http://www.samsung.com/global/ microsite/galaxynote/note_10.1/images.html?type=find). |

---

[1]   Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| | The Samsung Galaxy Note 10.1 is equipped with the Android 4.0.4, Ice Cream Sandwich, operating system and comes with various pre-installed applications, including an Internet browser and Email and Contacts applications.  (*See* Samsung, Samsung Galaxy Note 10.1 Android Tablet User Manual, at 17, 41 (2012) [hereinafter "Galaxy Note 10.1 User Manual"]).<br><br>**Features**<br><br>• 10.1-inch WXGA (1280x800) TFT (PLS) LCD touch screen<br>• Android™ Version 4.0.4, Ice Cream Sandwich<br>• Wi-Fi, 1.4 GHz quad-core processor<br>• Full HTML Web Browser with Adobe® Flash® Technology<br><br>(*Id.*).<br><br>**Internet**: Access the Internet. A shortcut to Internet displays on the main Home screen by default. For more information, refer to *"Internet"* on page 83.<br><br>**Contacts**: Save and manage contact information for your friends and colleagues. For more information, refer to *"Contacts and Accounts"* on page 55.<br><br>(*Id.* at 42). |
| an input device for receiving data; | The Samsung Galaxy Note 10.1 includes an input device for receiving data.<br><br>For example, the Samsung Galaxy Note 10.1 includes hardware input devices such as a touchscreen display, wireless-internet adapters for receiving internet data, and memory.  (Galaxy Note 10.1 User Manual, at 17).  In particular, the Samsung Galaxy Note 10.1 includes a 10.1'' touchscreen that receives data that a user inputs.  (*See, e.g.*, *id.* at 17, 46-53).  The touchscreen allows the user to interact with applications running on the Samsung Galaxy Note 10.1.  (*See id.* at 24-25) ("Touch items to select or launch them.  For example: Touch the on-screen keyboard to enter characters or text.  Touch a menu item to select it.  Touch an application's icon to launch |

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---------|----------------------------------------------|
|         | the application."). |

One feature of the Samsung Galaxy Note 10.1, the "S Pen," allows the user to input data with a stylus.  (*See* Galaxy Note 10.1 User Manual, at 17, 26-28).  For example, the S Pen allows the user to input handwritten text that can be converted into editable text.  (*See generally id.* at 52-53).



(Samsung, Samsung Galaxy Note 10.1 Overview, http://www.samsung.com/us/mobile/galaxy-tab/GT-N8013EAYXAR; *see also* Samsung, Samsung Galaxy Note 10.1 Benefits, http://www.samsung.com/global/microsite/galaxynote/note_10.1/benefits.html?type=find).

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| | Additionally, the Samsung Galaxy Note 10.1 permits the user to enter text via an onscreen keyboard or via a voice input feature.  (*See, e.g.*, Galaxy Note 10.1 User Manual, at 18 ("Touch the on-screen keyboard to enter characters or text.")).  In particular, the Samsung Galaxy Note includes a Samsung keyboard ("a virtual QWERTY keyboard that allows you to enter text by touching keys on the screen") and Google voice typing ("use your voice to enter text using the Voice input feature").  (*Id.*).  The onscreen Samsung keyboard is shown in below.<br><br><br><br>(**Screenshot of Samsung Galaxy Note 10.1 Onscreen Samsung Keyboard**)<br><br>(*See also* Galaxy Note 10.1 User Manual, at 46-47). |

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| | ## Using the Samsung Keyboard<br><br>The Samsung keyboard is a custom virtual QWERTY keyboard, featuring predictive text. Input characters by touching the on-screen keys with your finger or use speech recognition.<br><br>(*Id.* at 47).<br><br>Further, the Samsung Galaxy Note 10.1 includes wireless-internet adapters for receiving internet data from wireless local area networks.  (*See* Galaxy Note 10.1 User Manual, at 17 (noting that the Galaxy Note 10.1 has "[b]uilt-in Wi-Fi technology (802.11 a/b/g/n)")).  These adapters allow the Samsung Galaxy Note 10.1 to receive data, such as webpages, that can be loaded in the Internet browser application.  (*See id.* at 83 ("Your device is equipped with a full HTML Browser that allows you to access the Internet."); *see also id.* at 137-39 ("Your device includes features to connect to the internet and to other devices by using Wi-Fi . . . .  Use your device's Wi-Fi feature to: Access the internet for browsing or to send and receive email.")). |
| an output device for presenting the data; | The Samsung Galaxy Note 10.1 includes an output device for presenting data.  For example, the Samsung Galaxy Note 10.1 includes a 10.1'' touchscreen display that presents data to the user. (*See* Galaxy Note 10.1 User Manual, at 17).<br><br>**Display**<br><br>| Display | 10.1" Display |<br>| Main Display Resolution | 1280 x 800 pixels |<br>| Main Display Technology | TFT |<br><br>(Samsung, Samsung Galaxy Note 10.1 Specifications, http://www.samsung.com/us/ mobile/galaxy-tab/GT-N8013EAYXAR-specs). |

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| |  |

*(Id.)*.

For example:

**Productivity**

Easily create and share notes and lists, or write directly on e-books.Boost your productivity at home, school or the office by watching videos or reading articles simultaneously with Multiscreen and S Note ™. Plus, you can write directly and highlight text on more than 150,000 e-textbooks

(Samsung, Samsung Galaxy Note 10.1 Features, http://www.samsung.com/us/mobile/galaxy-tab/GT-N8013EAYXAR-features).

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| a memory storing information including program routines including | The Samsung Galaxy Note 10.1 includes a memory storing information including program routines.<br><br>For example, the Samsung Galaxy Note 10.1 includes 2GB of random access memory ("RAM") and either 16GB or 32GB of internal memory for storage that stores information including program routines.  (*See* Samsung Galaxy Note 10.1 User Manual, at 17).<br><br><ul><li>2 GB RAM memory and 16GB or 32GB on-board memory, which is used for data storage and access</li></ul><br>(*Id.*; *see also* Samsung, Samsung Galaxy Note 16GB (Wi-Fi) 10.1 Specifications, http://www.samsung. com/us/mobile/galaxy-tab/GT-N8013EAYXAR-specs; Samsung, Samsung Galaxy Note 32GB (Wi-Fi) Specifications, http://www.samsung.com/us/mobile/galaxy-tab/GT-N8013EAVXAR-specs). |
| an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | The Samsung Galaxy Note 10.1 includes an analyzer server for detecting structures in the data and for linking actions to the detected structures.<br><br>For example, the Samsung Galaxy Note 10.1 includes an analyzer server that detects structures such as phone numbers, email addresses, and postal addresses in webpages.  In particular, the Internet browser application uses Android's CacheBuilder class,[2] which utilizes pattern recognition, such as regular expression processing, to transform structures in text to clickable links.  The analyzer server program routines for detecting structures in data comprise the FindPartialAddress(), FindPartialEmail(), FindPartialNumber(), and isFocusableText() methods of the CacheBuilder class.[3]<br><br>The BuildFrame() function of the CacheBuilder class calls the isFocusableText() function on a |

---

[2] CacheBuilder is a shared library that exists independently of the Internet browser application.

[3] The source code for the Android operating system and the applications available with Android can be found at http://source.android.com/source /downloading.html.  All references to source code are to files available from that site.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| | text node in webpage data on the Samsung Galaxy Note 10.1. The isFocusableText() function calls the FindPartialAddress(), FindPartialEMail(), and FindPartialNumbers() functions. Each of these latter functions analyzes the text of the text node and detects postal addresses, email addresses, and phone numbers, respectively. For example, as shown below, when a user navigates to a webpage containing an email address in the Internet browser application, the analyzer server detects that email address.  **(Screenshot of Samsung Galaxy Note 10.1 showing a detected structure, an email address, in web browsing data (red arrow added for emphasis))** |

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| | As a second example, when the user navigates to a webpage containing a phone number, the analyzer server detects that phone number.<br><br><br><br>**(Screenshot of Samsung Galaxy Note 10.1 showing detected structures, phone numbers, in web browsing data (red arrows added for emphasis))**<br><br>Although not shown above, the analyzer server similarly detects postal addresses. |

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| | The analyzer server links actions to detected structures.[4]  Specifically, the analyzer server's program routines for linking actions to the detected structures in webpages consist of the onCreateContextMenu() method of the BrowserActivity class, the onCreateContextMenu() method of the Controller class, the getHitTestResult() and hitTestResult()methods of the Webview class, and the setIntent() method of the MenuItemImpl class.[5]<br><br>Once a user long presses on a structure, the onCreateContextMenu() method in the BrowserActivity class is called, which in turn calls the onCreateContextMenu method in the Controller class.  The latter onCreateContextMenu method calls the getHitTestResult() method of the WebView class, which returns, among other things, the structure the user selected.<br><br>The onCreateContextMenu() method then adds Intent objects, based on the type of structure selected, to a context menu via a call to the setIntent() method on a MenuItem object.  The Intent object has two primary components: an action to be performed and the selected data to operate on.<br><br>Conceptually, an Intent object is a close match to what is displayed to the user in a pop-up menu of candidate linked actions: e.g., "Email Jdoe@work.com."  More specifically, its two most relevant fields are called "data" and "action."  (However, the term "action" in the context of the Intent field does not precisely correspond to the word "action" in the context of the '647 patent.)  The "data" field stores the value of the detected structure (e.g., the characters in the email address), with an extra set of "prefix" characters at the front such as "tel:" for a telephone number, or "mailto:" for an email address.  The "Call" or "Send email" component of the candidate action is captured through a combination of the Intent's "action" field plus the prefix at the front of the "data" field.<br><br>For example, the combination of an Intent object's "action" field being set to "Intent.ACTION_VIEW" and the prefix of its "data" field being set to "tel:" corresponds to |

---

[4]  To the extent claim 1 is construed to only require a single action linked to a particular structure, the Samsung Galaxy Note 10.1 infringes for at least the reasons described in this infringement claim chart.

[5]  Like CacheBuilder, the WebView and MenuItemImpl classes are shared libraries independent of the Internet browser application.

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
|  | launching the appropriate activity for the "Call …" candidate action.  Similarly, the combination of an Intent object's "action" field being set to "Intent.ACTION_VIEW" and the prefix of its "data" field being set to "mailto:" corresponds to launching the appropriate activity for the "Send email …" candidate action.<br><br>For example, as shown below, once a user long presses a detected email address on a webpage, the user is presented with a pop-up menu containing a candidate linked action.<br><br><br><br>**(Screenshot of Samsung Galaxy Note 10.1 showing candidate action ("Send email") linked to a detected and selected email address)** |

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| | Once a user selects a particular candidate action in the presented menu, the Intent object is passed to the startActivity() method, which performs the candidate action indicated by the Intent object. For example, if the user selects "Send email" from the menu shown above, the action processor for the Samsung Galaxy Note 10.1 performs the action, which ultimately results in launching the Email application, as shown below.<br><br><br><br>**(Screenshot of Samsung Galaxy Note 10.1 having a detected structure that is linked to a candidate action, upon selection of the "Send Email" option)** |

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---------|-----------------------------------------------|
| | As a second example, when a user long presses a detected phone number on a webpage, the user is presented with a pop-up menu containing candidate linked actions, as shown below.<br><br><br><br>**(Screenshot of Samsung Galaxy Note 10.1 showing candidate actions ("Add contact") linked to a detected and selected phone number)**<br><br>As described above, once a user selects a particular candidate action in the presented menu, the Intent object is passed to the startActivity() method, which performs the candidate action indicated by the Intent object.  If the user selects "Add contact" from the menu shown above, the action processor for the Samsung Galaxy Note 10.1 performs an action that ultimately launches |

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| | the Contacts application, as shown below.<br><br><br><br>(**Screenshot of Samsung Galaxy Note 10.1 having a detected structure that is linked to actions, upon selection of the "Add contact" option**)<br><br>Although not shown above, the action processor for the Samsung Galaxy Note 10.1 similarly performs the candidate actions for detected postal addresses related to web browsing data. |

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| a user interface enabling the selection of a detected structure and a linked action; and | The Samsung Galaxy Note 10.1 includes a user interface enabling the selection of a detected structure and a linked action.<br><br>For example, the Samsung Galaxy Note 10.1's user interface for the Internet browser application allows the user to select a detected structure like a phone number, email address, or postal address in web browsing data.  The Samsung Galaxy Note 10.1 user interface also enables the selection of a candidate linked action.<br><br>In particular, once the FindPartialAddress(), FindPartialEmail(), and/or FindPartialNumber() methods of the CacheBuilder class detect structures in the webpage, the BuildFrame() method of the CacheBuilder class enables the selection of those structures.<br><br>Once a user long presses the structure, by virtue of the creation of an associated ContextMenu for that structure, the user is presented with a pop-up menu of candidate actions.<br><br>For example, as shown below, the user can select email addresses detected on webpages in the Internet browser application.  The user interface then allows the user to select a candidate action linked to the selected email address. |

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| | <br><br>(Screenshot of the Samsung Galaxy Note 10.1 with a user interface enabling the selection of a detected structure (email address)) |

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
|  |  **(Screenshot of the Galaxy Note 10.1 with a user interface enabling the selection of a candidate linked action)** As a second example, as shown below, the user can select phone numbers detected on webpages in the Internet browser application.  The user interface then allows the user to select candidate actions linked to a detected phone number. |

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| |  (Screenshot of the Samsung Galaxy Note 10.1 with a user interface enabling the selection of detected structures (phone numbers) (red arrows added for emphasis)) |

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| | <br><br>**(Screenshot of the Samsung Galaxy Note 10.1 with a user interface enabling the selection of candidate linked actions)**<br><br>Although not shown above, the Samsung Galaxy Note 10.1 has a user interface that enables the selection of detected postal addresses and that enables the selection of candidate linked actions. |
| an action processor for performing the selected action linked to the selected structure; and | The Samsung Galaxy Note 10.1 includes an action processor for performing the selected action linked to the selected structure.<br><br>The action processor for each application described below is the startActivity() method of the Context class and, when needed, the resolveActivity() method of the Intent class.  Upon selection of a linked candidate action, the Internet browser application invokes the startActivity() method |

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---------|----------------------------------------------|
| | and passes it an Intent object that contains a description of the candidate action to perform and the detected structure value.  (*See* http://developer.android. com/reference/android /app/Activity.html; *see also* http://developer.android.com/guide /topics/fundamentals.html ("You can start an activity (or give it something new to do) by passing an Intent to startActivity() or startActivityForResult() (when you want the activity to return a result.")). |

The startActivity() method then launches the appropriate activity, which "is a single, focused thing that the user can do."  (*See* http://developer.android.com/reference /android/ app/Activity.html).  Activities are one of the "three . . . core components of an application" and are "activated through messages[] called Intents."  (*See* http://developer.android.com/guide /topics/intents/intents-filters.html).

Some Intent objects specify the activity to launch, while in other cases, the resolveActivity() method of the Intent class determines what activity should be launched.  (*See* http://developer.android.com/reference/android /content/Intent.html).

The combination of an Intent object's "action" field being set to "Intent.ACTION_VIEW" and the prefix of its "data" field being set to "tel:" corresponds to launching the appropriate activity for the "Call …" candidate action.  Similarly, the combination of an Intent object's "action" field being set to "Intent.ACTION_VIEW" and the prefix of its "data" field being set to "mailto:" corresponds to launching the appropriate activity for the "Send email …" candidate action.

The analyzer server associates detected structures, such as phone numbers or email addresses, with computer subroutines such as startActivity().  Those subroutines cause the tablet's central processing unit to perform a sequence of operations on the particular structures to which they are associated (*e.g.*, launching the dialer with the phone number filled in, launching the email composition window with the detected email address in the "To" field, etc.).

The sequence of operations includes the body of the startActivity() method in the ContextImpl class as well as the methods that it calls, the methods that they call, etc.  For example, the startActivity() method in the ContextImpl class calls the execStartActivity() method in the Instrumentation class (passing along the Intent object as the fifth input parameter), which in turn calls the startActivity() method in the Activity class (passing along the Intent object as the second input parameter), which in turn copies the detected structure value (among other things) from the

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| | Intent object into a Parcel object (called "data"), and passes this Parcel object as the second input parameter to the transact() method on the IBinder class (with "START_ACTIVITY_ TRANSACTION" as the first input parameter), thereby causing the Android operating system to launch the appropriate Activity with the detected structure as an input value.<br><br>The "association" exists because during the construction of the pop-up menu (a ContextMenu object) that is to be shown to the user to indicate the choices of candidate linked actions for the detected structures, the setIntent() method (in the MenuItemImpl class) is called with a customized Intent object that describes that particular candidate linked action and contains the value of the particular detected structure.<br><br>When the user later clicks on a particular choice of candidate action, the corresponding code and data is already in place such that the invoke() method in the MenuItemImpl class will necessarily call startActivity() with that specific Intent object as input, causing a sequence of operations to be performed on the detected structure.<br><br>For example, the Samsung Galaxy Note 10.1 includes an Email application.  Upon selection of the "Send email" option from the Internet browser in the user interface, the action processor performs the selected candidate action, which ultimately results in the launching of the email composition activity with the detected email address filled in as the "To" value.  As described above, the "Send email" candidate action is linked to the selected email address. |

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---------|---------------------------------------------|
|         | <br>**(Screenshot of the Samsung Galaxy Note 10.1 showing the result of the linked candidate action having been performed)**<br><br>As a second example, the Samsung Galaxy Note 10.1 includes a Contacts application.  Upon selection of the "Add contact" option from the Internet browser in the user interface, the action processor performs the selected candidate action, which ultimately results in the launching of the Contacts application.  As described above, the "Add contact" candidate action is linked to the selected phone number. |

| Claim 1 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| | <br>(**Screenshot of the Samsung Galaxy Note 10.1 showing the result of the linked candidate action having been performed**) |
| a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | The Samsung Galaxy Note 10.1 includes a processing unit coupled to the input device, the output device, and the memory for controlling the execution of program routines.  For example, the Samsung Galaxy Note 10.1 includes a 1.4 GHz quad-core processor coupled to input devices (a touchscreen and wireless-internet adapter), an output device (the 10.1'' touchscreen display), and memory (16GB or 32GB of internal storage).  (*See* Samsung Galaxy Note 10.1 User Guide, at 17).  The processing unit controls the execution of the program routines. |

| Claim 2 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| 2.  The system recited in claim 1, wherein the analyzer server stores detected structures in memory. | The Samsung Galaxy Note 10.1's analyzer server stores detected structures in memory.<br><br>As described above, after setIntent() is called, detected structures are stored in memory. |

| Claim 4 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| 4.  The system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. | The Samsung Galaxy Note 10.1's analyzer server includes grammars and a parser for detecting structures in the data.<br><br>For example, the FindPartialAddress, FindPartialEmail, and FindPartialNumber methods, which are used to detect structures in webpages, are parsers that are specific to the type of grammar for which they are searching. |

| Claim 6 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| 6.  The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting structures in the data. | The Samsung Galaxy Note 10.1's analyzer server includes a string library and fast string search function for detecting structures in data.<br><br>For example, within the FindPartialAddress() and FindPartialEmail() methods, there are various string libraries that are used for doing string matching (e.g., longStreetNames, longStateNames, longDomainNames).  These methods include code for performing a fast string search function that searches for these strings. |

| Claim 9 | Infringement by the Samsung Galaxy Note 10.1 |
|---------|----------------------------------------------|
| 9.  The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of linked actions. | The Samsung Galaxy Note 10.1 further comprises a user interface that enables selection of an action by causing the output device to display a pop-up menu of linked actions.  For example, when a user long presses on an email address on a webpage, the Samsung Galaxy Note 10.1 presents the user with a pop-up menu displaying a candidate linked action on its touch screen display.  The tablet's user interface enables the user to select a candidate action, for example, "Send email," from the pop-up menu.<br><br><br><br>**(Screenshot of the user interface of the Samsung Galaxy Note 10.1 enabling selection of a candidate action linked to an email address from a pop-up menu)**<br><br>As a second example, when a user long presses a detected phone number on a webpage, the |

| Claim 9 | Infringement by the Samsung Galaxy Note 10.1 |
|---|---|
| | Samsung Galaxy Note 10.1 presents the user with a different pop-up menu displaying candidate linked actions on its touch screen display.  The tablet's user interface enables the user to select a candidate action, for example, "Add contact," from the pop-up menu.<br><br><br><br>**(Screenshot of the user interface of the Samsung Galaxy Note 10.1 enabling selection of candidate actions linked to a phone number from a pop-up menu)**<br><br>Although not shown above, after a long press, the user interface for the Samsung Galaxy Note 10.1 similarly enables a user to select a candidate action linked to a detected postal address on a webpage. |