**Infringement by Samsung Captivate Glide of U.S. Patent No. 8,074,172**

| Claim 2 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 2.  A method comprising: at a portable electronic device with a touch screen display[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Captivate Glide performs a method at a portable electronic device with a touch screen display, as evidenced by the presence of a CPU, memory devices, and a display device.  Specifically, the Samsung Captivate Glide performs the claimed method for providing word recommendations, as shown below.  Samsung promotes the use of this method in the portion of the Samsung Captivate Glide's User Manual that instructs users on how to enter text.  (Samsung Captivate Glide User Manual at 47-52, *available at* http://downloadcenter.samsung.com/content/UM/201111/20111105040228799/ATT_SGH-i927_Captivate_Glide_English_User_Manual.pdf). <br><br> The Samsung Captivate Glide has a 1 GHz dual core processor.  *See* Captivate Glide, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs ("Specifications"). <br><br>  <br><br> The Samsung Captivate Glide also has memory as indicated in the Specifications and indicated below. <br><br>  |

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 2 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| | As shown below, and in the Specifications, the Samsung Captivate Glide's CPU is coupled to a 4.0 inch, 480 by 800 pixel color Super AMOLED touch screen display.  (*See id.*):<br><br> |

| Claim 2 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| in a first area of the touch screen display, displaying a current character string being input by a user with the keyboard; | The Samsung Captivate Glide displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Captivate Glide Messaging App, as the user the inputs the character string "messaf," the Samsung Captivate Glide displays "messaf" in a first area of the touch screen display (the rectangular-shaped area of the screen outlined in blue), which contains the text "This is a new messaf," as shown in the screenshot below:<br><br><br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 2 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| in a second area of the touch screen display separate from the first area, displaying the current character string or a portion thereof and a suggested replacement character string for the current character string | In a second area of the touch screen display, the current string and a suggested replacement string are displayed.<br><br><br><br>The second area is separate because it is below the text input area that comprises the first area and is differentiated by the gray border between the first and second areas of the display.<br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 2 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| replacing the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter, | The Samsung Captivate Glide replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message."  User selects "?" Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 2 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| replacing the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Captivate Glide replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br><br>User selects "message"<br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 2 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| keeping the current character string in the first area if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display. <br><br>  <br><br> User selects "messaf" <br><br> Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 3 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 3. The method of claim 2, | See claim chart for claim 2 |
| including adding a space after the current character string if the user performs the second gesture on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture on the current character string or the portion hereof displayed in the second area, the Captivate Glide keeps the current character string on the display and adds a space after the current character string in the first area. Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 4 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 4. The method of claim 2, | See claim chart for claim 2 |

| Claim 4 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| wherein the key on the keyboard associated with a delimiter is a space bar key. | If the user selects the key on the keyboard associated with the spacebar key, the Captivate Glide replaces the current character string in the first area with the suggested replacement character string.<br><br><br><br>User selects "spacebar"<br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 5 of the ’172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 5.  The method of claim 2, | See claim chart for claim 2. |
| wherein the delimiter is any of a plurality of predefined delimiters symbols. | The delimiters are any of a plurality of predefined delimiters symbols, including the period, question mark, comma, colon, semi-colon, and exclamation marks. |

| Claim 6 of the ’172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 6.  The method of claim 2, | See claim chart for claim 2. |
| wherein the keyboard is a soft keyboard that is part of the touch screen display. | As seen in the screenshot below, the keyboard is a soft keyboard that is part of the touch screen display.  |

| Claim 9 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 9.  The method of claim 2, further comprising: | See claim chart for claim 2 |
| in the second area of the touch screen display, displaying an alternative suggested replacement character string for the current character string; and | The Captivate Glide displays an alternative suggested  replacement character string for the current character string. For example, in the screenshot below, in addition to the suggested replacement string "message," the Captivate Glide displays an alternative suggested replacement character string "messages."  Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 9 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| replacing the current character string in the first area with the alternative suggested replacement character string if the user performs a predefined gesture on the alternative suggested replacement character string in the second area. | The Samsung Captivate Glide replaces the current character string in the first area with the alternative replacement character string if the user performs a third gesture on the alternative replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a third gesture of pressing on the alternative replacement string "messages" displayed in the second area, the current character string displayed in the first area is replaced by the alternative string.<br><br><br><br>User selects "messages"<br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 10 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 10. The method of claim 2, | See claim chart for claim 2 |
| further comprising adding the current character string to a dictionary in the device if the user performs the second gesture on the current character string displayed in the second area. | If the current character string selected by the user is not in the Captivate Glide's dictionary, the Captivate Glide allows the user to add the current character string into its dictionary.  Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 11 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 11. The method of claim 2, | See claim chart for claim 2 |
| wherein the first gesture includes one or more taps on the suggested replacement character string displayed in the second area. | To select the replacement character string in the second area, the user performs the gesture of a tap on the suggested replacement string displayed in the second area.  Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 12 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 12. The method of claim 2, | See claim chart for claim 2 |
| wherein the second gesture includes one or more taps on the current character string displayed in the second area. | To select the current character string in the second area, the user performs the gesture of a tap on the current character string displayed in the second area.  Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 17 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 17. The method of claim 2, | See claim chart for claim 2 |
| wherein the second area is between the first area and the keyboard. | As can be seen in the below screenshot, the second area is between the first area and the keyboard.<br><br><br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 18.  A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Captivate Glide provides a graphical user interface on a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device.<br><br>The Samsung Captivate Glide has a 1 GHz dual core processor.  *See* Captivate Glide, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs.<br><br>**CPU**<br><br>Processor Speed, Type  1GHz Dual-core Tegra™ 2 Processor<br><br>The Samsung Captivate Glide also has memory as indicated in the Specifications and indicated below.<br><br>**Memory**<br><br>Internal Memory  1GB RAM/1GB ROM/8GB<br><br>As shown below, and in the Specifications, the Samsung Captivate Glide's CPU is coupled to a 4.0 inch, 480 by 800 pixel color Super AMOLED touch screen display.  (*See id.*): |

| Claim 18 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| |  |

| Claim 18 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| first area of the touch screen display that displays a current character string being input by a user with the keyboard; | The Samsung Captivate Glide displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Captivate Glide Messaging App, as the user the inputs the character string "messaf," the Samsung Captivate Glide displays "messaf" in a first area of the touch screen display (the rectangular-shaped area of the screen outlined in blue), which contains the text "This is a new messaf," as shown in the screenshot below:<br><br><br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| in a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | In a second area of the touch screen display, the current string and a suggested replacement string are displayed.<br><br><br><br>The second area is separate because it is below the text input area that comprises the first area and is differentiated by the gray border between the first and second areas of the display.<br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| wherein; the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | The Samsung Captivate Glide replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message." <br><br>   <br><br> User selects "?" <br><br> Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Captivate Glide replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br><br>User selects "message"<br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| the current character string in the first area is kept if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.<br><br><br><br>User selects "messaf"<br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 19 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 19.  A portable electronic device comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Captivate Glide is a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device. The Samsung Captivate Glide has a 1 GHz dual core processor.  *See* Captivate Glide, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs ("Specifications"). |

**CPU**

| Processor Speed, Type | 1GHz Dual-core Tegra™ 2 Processor |
|---|---|

The Samsung Captivate Glide also has storage as indicated in the Specifications and indicated below.

**Memory**

| Internal Memory | 1GB RAM/1GB ROM/8GB |
|---|---|

| Claim 19 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
|  | As shown below, and in the Specifications, the Samsung Captivate Glide's CPU is coupled to a 4.0 inch, 480 by 800 pixel color Super AMOLED touch screen display.  (*See id.*):<br><br>**Display**<br><br>Main Display Resolution — 480x800 Pixels<br>Main Display Size — 4.0"<br>Main Display Technology — Super AMOLED™ |
| one or more processors; | The Samsung Captivate Glide comprises one or more processors.<br><br>The Samsung Captivate Glide has a 1 GHz dual core processor.  *See* Specifications.<br><br>**CPU**<br><br>Processor Speed, Type — 1GHz Dual-core Tegra™ 2 Processor |

| Claim 19 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| a touch screen display; | The Samsung Captivate Glide comprises a touch screen display.<br><br><br><br>For example, as shown in the photo above and as indicated in the Specifications, the Samsung Captivate Glide has a color Super AMOLED touch screen display. |

| Claim 19 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| memory; and one or more programs stored in the memory and configured to be executed by the one or more processors, one or more programs including: | The Samsung Captivate Glide comprises memory and one or more programs stored in the memory and configured to be executed by the one or more processors. <br><br> For example, the Samsung Captivate Glide has memory as indicated in the Specifications. <br><br>  <br><br> The Samsung Captivate Glide operates the Android operating system and applications that execute on that operating system.  *See* Captivate Glide, Features, *available at* http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-features. ("Features") |

| Claim 19 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| instructions for displaying, in a first area of the touch screen display, a current character string being input by a user with a keyboard; | The Samsung Captivate Glide comprises memory and one or more programs stored in the memory and configured to be executed by the one or more processors, one or more processors including instructions for displaying, in a first area of the touch screen display, a current character string being input by a user with a keyboard.<br><br>The Samsung Captivate Glide displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Captivate Glide Messaging App, as the user the inputs the character string "messaf," the Samsung Captivate Glide displays "messaf" in a first area of the touch screen display (the rectangular-shaped area of the screen outlined in blue), which contains the text "This is a new messaf," as shown in the screenshot below:<br><br><br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 19 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| instructions for displaying, in a second area of the touch screen display separate from the first area, current character string and a suggested replacement character string for the current character string; | The Samsung Captivate Glide contains instructions for displaying, in a second area of the touch screen display separate from the first area, the current character string and a suggested replacement character string for the current character string.  For example, in the screenshots below, the current character string "messaf" and the suggested string "message" are displayed in a second area of the touch screen display.<br><br><br><br>The second area is separate because it is below the text input area that comprises the first area and is differentiated by the gray border between the first and second areas of the display.<br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 19 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| instructions for replacing the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | The Samsung Captivate Glide contains instructions for replacing the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message." <br><br>   <br><br> User selects "?" <br><br><br> Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 19 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| instructions for replacing the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Captivate Glide contains instructions for replacing the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br><br>User selects "message"<br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 19 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| instructions for keeping the current character string in the first area if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | The Samsung Captivate Glide contains instructions for keeping the current character string in the first area if the user performs a second gesture on the current character string displayed in the second area.  For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.<br><br><br><br>User selects "messaf"<br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 20 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 20.  A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display cause the portable electronic device to: | To the extent that the preamble may be construed to be limiting, the Samsung Captivate Glide is a portable electronic device that includes a computer readable  storage that stores one or more programs, as evidenced by the presence of a CPU, memory devices, and a display device. <br><br> The Samsung Captivate Glide has a 1 GHz dual core processor.  *See* Captivate Glide, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs ("Specifications"). <br><br> **CPU** <br><br> | Processor Speed, Type | 1GHz Dual-core Tegra™ 2 Processor | <br><br> The Samsung Captivate Glide also has memory as indicated in the Specifications and indicated below. <br><br> **Memory** <br><br> | Internal Memory | 1GB RAM/1GB ROM/8GB | |

| Claim 20 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| | As shown below, and in the Specifications, the Samsung Captivate Glide's CPU is coupled to a 4.0 inch, 480 by 800 pixel color Super AMOLED touch screen display.  (*See id.*):<br><br><br><br>**Display**<br><br>**Main Display Resolution** — 480x800 Pixels<br>**Main Display Size** — 4.0"<br>**Main Display Technology** — Super AMOLED™ |

| Claim 20 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| in a first area of the touch screen display, display a current character string being input by a user with the keyboard; | The Samsung Captivate Glide includes a computer readable storage medium that stores one or more programs that causes the first area of the Captivate Glide touch screen to display a current character string being input by a user.  For example, in the Samsung Captivate Glide Messaging App, as the user the inputs the character string "messaf," the Samsung Captivate Glide displays "messaf" in a first area of the touch screen display (the rectangular-shaped area of the screen outlined in blue), which contains the text "This is a new messaf," as shown in the screenshot below:<br><br><br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 20 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| in a second area of the touch screen display separate from the first area, display the current character string or a portion thereof and a suggested replacement character string for the current character string | The Samsung Captivate Glide includes a computer readable storage medium that stores one or more programs that causes a second area of the Captivate Glide touch screen that is separate from the first area to display a current character string being input by a user or a portion thereof and a suggested replacement character string for the current character string.<br><br><br><br>The second area is separate because it is below the text input area that comprises the first area and is differentiated by the gray border between the first and second areas of the display.<br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 20 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| replace the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter, | The Samsung Captivate Glide includes a computer readable storage medium that stores one or more programs that causes the current character string in the first area to be replaced with the suggested replacement character string if the user selects a delimiter. For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message." <br><br>  <br><br> User selects "?" <br><br> Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 20 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| replace the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Captivate Glide includes a computer readable storage medium that stores one or more programs that causes the current character string in the first area to be replaced with the suggested replacement character string if the user performs a first gesture on the suggested replacement string.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br><br>User selects "message"<br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

36

| Claim 20 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| keep the current character string in the first area if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | The Samsung Captivate Glide includes a computer readable storage medium that stores one or more programs that causes the current character string in the first area to be kept if the user performs a second gesture on the current character string displayed in the second area. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.<br><br><br><br>User selects "messaf"<br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 21 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 21.  A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display cause the portable electronic device to perform a method comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Captivate Glide is a portable electronic device that includes a computer readable storage that stores one or more programs, as evidenced by the presence of a CPU, memory devices, and a display device.<br><br>The Samsung Captivate Glide has a 1 GHz dual core processor.  *See* Captivate Glide, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs ("Specifications").<br><br>| CPU | |<br>|---|---|<br>| Processor Speed, Type | 1GHz Dual-core Tegra™ 2 Processor |<br><br>The Samsung Captivate Glide also has storage as indicated in the Specifications and indicated below.<br><br>| Memory | |<br>|---|---|<br>| Internal Memory | 1GB RAM/1GB ROM/8GB | |

| Claim 21 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| | As shown below, and in the Specifications, the Samsung Captivate Glide's CPU is coupled to a 4.0 inch, 480 by 800 pixel color Super AMOLED touch screen display.  (*See id.*):<br><br> |

| Claim 21 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| receiving a plurality of user inputs of characters through the keyboard, and displaying on the display a current character string as input by the user, | The Samsung Captivate Glide includes a computer readable  storage medium that stores one or more programs for receiving user inputs through a keyboard and displaying the current character string.  In the screenshot below, the Samsung Captivate Glide displays the current character string "messaf" as input by the user through the keyboard.<br><br><br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 21 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| displaying a suggested replacement character string for the current character string; | The Samsung Captivate Glide includes a computer readable  storage medium that stores one or more programs for displaying a suggested replacement character string for the current string.  In the screenshot below, the Samsung Captivate Glide displays the suggested string "message" for the current character string "messaf." <br><br>  <br><br> Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |
| while both the current character string and the suggested replacement string | The Samsung Captivate Glide includes a computer readable  storage medium that stores one or more programs for receiving a further user input through a punctuation mark key of the keyboard while both the current character string and the suggested replacement string are displayed.  In the screenshot below, with both the current character string "messaf" and the suggested replacement string "message" displayed, the Samsung Captivate Glide receives a further user input through the question mark ("?") punctuation mark key on the keyboard. |

| Claim 21 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| are displayed, receiving a further user input through a punctuation mark key of the keyboard; and |  |

| Claim 21 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| in response to the further user input, replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark corresponding to the punctuation mark key through which the further user input was received. | The Samsung Captivate Glide includes a computer readable  storage medium that stores one or more programs for replacing the current character string with the suggested replacement character string, and appending the punctuation mark at the end of the suggested replacement string after the user selects the punctuation mark.  For example, in the screenshots below, after the user selects the question mark ("?") key, the Captivate Glide replaces the current character string displayed ("messaf") with the suggested replacement string ("message") and appends the question mark at the end of the suggested replacement string.<br><br><br><br>User selects "?"<br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 23 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 23. The computer readable storage medium of claim 21, | See claim chart for claim 21 |
| wherein the display is a touch screen display, and wherein the keyboard is a virtual keyboard displayed on the touch screen display. | The Captivate Glide display is a touch screen display, and the keyboard for the Captivate Glide is a virtual keyboard that is displayed on the touch screen display, as seen in the screenshot below:<br><br><br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 24 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 24.  The computer readable storage medium of claim 23, | See claim chart for claim 23. |
| wherein the virtual keyboard comprises a display that simultaneously displays a first plurality of virtual keys each associated with a respective letter of the alphabet, and a second plurality of virtual punctuation mark keys each corresponding to a respective punctuation mark. | The Samsung Captivate Glide simultaneously displays a first plurality of virtual keys each associated with a respective letter of the alphabet and a second plurality of virtual punctuation mark keys each corresponding to a respective punctuation mark when voice input is disabled.  When voice input is disabled, the keyboard on the Samsung Captivate Glide includes a comma to the left of the spacebar (instead of the microphone icon) in addition to the period to the right of the keyboard. |

| Claim 25 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 25.  The computer readable storage medium of claim 24, | See claim chart for claim 24. |
| wherein the plurality of virtual punctuation mark keys comprises a first virtual punctuation mark key corresponding to a comma and a second virtual punctuation mark key corresponding to a period. | With voice input disabled, the virtual punctuation mark keys that are simultaneously displayed with the full QWERTY keyboard on the Samsung Captivate Glide keyboard are those that are associated with a comma (located to the left of the spacebar) and a period (located to the right of the spacebar). |

| Claim 27 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 27.  A portable electronic device comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Captivate Glide is a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device. |

The Samsung Captivate Glide has a 1 GHz dual core processor.  *See* Captivate Glide, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs ("Specifications").

| CPU | |
|---|---|
| Processor Speed, Type | 1GHz Dual-core Tegra™ 2 Processor |

The Samsung Captivate Glide also has storage as indicated in the Specifications and indicated below.

| Memory | |
|---|---|
| Internal Memory | 1GB RAM/1GB ROM/8GB |

As shown below, and in the Specifications, the Samsung Captivate Glide's CPU is coupled to a 4.0 inch, 480 by 800 pixel color Super AMOLED touch screen display.  (*See id.*):

| Claim 27 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| |  |
| one or more processors; | The Samsung Captivate Glide comprises one or more processors. The Samsung Captivate Glide has a 1 GHz dual core processor.  *See* Specifications.  |

| Claim 27 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| a touch screen display; and | The Samsung Captivate Glide comprises a touch screen display.<br><br><br><br>For example, as shown in the photo above and as indicated in the Specifications, the Samsung Captivate Glide has a color Super AMOLED touch screen display. |

| Claim 27 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| computer readable memory comprising instructions that, when executed by the one or more processors, perform operations comprising: | The Samsung Captivate Glide comprises computer readable memory and one or more programs stored in the memory and configured to be executed by the one or more processors.<br><br>For example, the Samsung Captivate Glide has memory as indicated in the Specifications:<br><br><br><br>The Samsung Captivate Glide operates the Android operating system and applications that execute on that operating system.  *See* Captivate Glide, Features, *available at* http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-features.  ("Features") |

| Claim 27 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| receiving a plurality of user inputs of characters through the keyboard, and displaying a current character string as input by the user, | The Samsung Captivate Glide contains instructions for receiving user inputs through a keyboard and displaying the current character string.  In the screenshot below, the Samsung Captivate Glide displays the current character string "messaf" as input by the user through the keyboard.<br><br><br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 27 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| displaying a suggested replacement character string for the current character string; | The Samsung Captivate Glide contains instructions for displaying a suggested replacement character string for the current string.  In the screenshot below, the Samsung Captivate Glide displays the suggested string "message" for the current character string "messaf."<br><br><br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 27 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| while both the current character string and the suggested replacement string are displayed, receiving a further user input through a punctuation mark key of the keyboard, and | The Samsung Captivate Glide contains instructions for receiving a further user input through a punctuation mark key of the keyboard while both the current character string and the suggested replacement string are displayed.  In the screenshot below, with both the current character string "messaf" and the suggested replacement string "message" displayed, the Samsung Captivate Glide receives a further user input through the question mark ("?") punctuation mark key on the keyboard.<br><br><br><br>User selects "?"<br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 27 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| in response to the further user input, replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark corresponding to the punctuation mark through which the further user input was received. | The Samsung Captivate Glide contains instructions for replacing the current character string with the suggested replacement character string, and appending the punctuation mark at the end of the suggested replacement string after the user selects the punctuation mark.  For example, in the screenshots below, after the user selects the question mark ("?") key, the Captivate Glide replaces the current character string displayed ("messaf") with the suggested replacement string ("message") and appends the question mark at the end of the suggested replacement string.<br><br><br><br>User selects "?"<br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 28 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 28.  A portable electronic device, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Captivate Glide is a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device.<br><br>The Samsung Captivate Glide has a 1 GHz dual core processor.  *See* Captivate Glide, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs ("Specifications").<br><br>**CPU**<br><br>| Processor Speed, Type | 1GHz Dual-core Tegra™ 2 Processor |<br><br>The Samsung Captivate Glide also has storage as indicated in the Specifications and indicated below.<br><br>**Memory**<br><br>| Internal Memory | 1GB RAM/1GB ROM/8GB | |

| Claim 28 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| | As shown below, and in the Specifications, the Samsung Captivate Glide's CPU is coupled to a 4.0 inch, 480 by 800 pixel color Super AMOLED touch screen display.  (*See id.*):<br><br> |
| one or more processors; | The Samsung Captivate Glide comprises one or more processors.<br><br>The Samsung Captivate Glide has a 1 GHz dual core processor.  *See* Specifications.<br><br> |

| Claim 28 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| a display; | The Samsung Captivate Glide comprises a touch screen display.<br><br><br><br>For example, as shown in the photo above and as indicated in the Specifications, the Samsung Captivate Glide has a color Super AMOLED touch screen display. |
| a keyboard; and | The Samsung Captivate Glide includes multiple virtual keyboards, including the Android keyboard and the Swype keyboard. |

| Claim 28 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| computer readable memory comprising instructions that, when executed by the one or more processors, perform operations comprising: | The Samsung Captivate Glide has computer readable memory, as indicated in the Specifications.<br><br>The Samsung Captivate Glide operates the Android operating system and applications that execute on that operating system.  *See* Features.  As seen below, the Samsung Captivate Glide contains instructions that perform the operations described below. |
| receiving a plurality of user inputs of characters through the keyboard, and displaying on the display a current character string as input by the user, | The Samsung Captivate Glide can receive a plurality of user inputs of characters through its keyboard.  The Samsung Captivate Glide also displays a current character string as input by the user.  For example, if the user types "messaf" in the Messaging App, "messaf" is displayed.   Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |
| displaying on the display a suggested replacement character string for the current character string, and | The Samsung Captivate Glide displays a suggested replacement character string for the current character string.  Continuing the example from the element above, if the user types "messaf", the Samsung Captivate Glide will display a suggested replacement for "messaf", such as "message".  Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |
| receiving a further user input of a single touch, wherein the portable electronic device is configured to receive the further single user input to perform a selected character string function of a plurality of possible character string functions depending on where the further single user input is received, the plurality of possible character string functions comprising, | The Samsung Captivate Glide is configured to receive a further single user input to perform a selected character string function of a plurality of possible character string functions depending on where the further single user input is received. |

| Claim 28 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| replacing the current character string with the suggested replacement character string in response to a single user input at a first location, | The Samsung Captivate Glide replaces the current character string with the suggested replacement character string in response to a single user input at a first location.  Continuing the example from the element above, if the user taps on the area of the display that displays "message," the Samsung Captivate Glide will replace the current character string "messaf" with the suggested replacement character string "message".  Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |
| replacing the current character string with the suggested replacement character string in combination with a first punctuation mark in response to a single user input at a second location, the second location being a first punctuation mark key on the keyboard corresponding to the first punctuation mark, | The Samsung Captivate Glide replaces the current character string with the suggested replacement character string in combination with a first punctuation mark if the user gestures on a first punctuation mark located at a second location.  Continuing the example from the elements above, if the user selects the comma key, which is located to the left of the spacebar when voice input is disabled, the Samsung Captivate Glide replaces the current character string messaf with the suggested replacement "message" and appends the comma after "message".  Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |
| replacing the current character string with the suggested replacement character string in combination with a second punctuation mark in response to a single user input at a third location, the third location being a second punctuation mark key on the keyboard corresponding to the second punctuation mark, and | The Samsung Captivate Glide replaces the current character string with the suggested replacement character string in combination with a second punctuation mark if the user gestures on a different punctuation mark located at a third position.  Continuing the example from the elements above, if the user selects the period key, which is located to the right of the spacebar, the Samsung Captivate Glide replaces the current character string messaf with the suggested replacement "message" and appends the period after "message".  Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 28 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| accepting the current character string in response to a single user input at a fourth location. | The Samsung Captivate Glide accepts the current character string if the user taps on a fourth location of the display that displays the current character string.  Continuing the example from the elements above, if the user taps on the area of the display that shows "messaf", then the Samsung Captivate Glide will keep "messaf" instead of replacing it with the suggested replacement character string.  Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 29 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 29.  The portable electronic device of claim 28, | See claim chart for claim 28. |
| wherein the display is a touch screen display, and wherein the keyboard is a virtual keyboard displayed on the touch screen display. | The display of the Samsung Captivate Glide is a touch screen display, and the keyboard for the Samsung Captivate Glide is a virtual keyboard displayed on the touch screen display. |

| Claim 30 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 30.  The portable electronic device of claim 29, | See claim chart for claim 29. |
| wherein the virtual keyboard comprises a display that simultaneously displays a first plurality of virtual keys each associated with a respective letter of the alphabet, and a second plurality of virtual punctuation mark keys each corresponding to a respective punctuation mark. | The Samsung Captivate Glide simultaneously displays a first plurality of virtual keys each associated with a respective letter of the alphabet and a second plurality of virtual punctuation mark keys each corresponding to a respective punctuation mark.  For example, with voice input disabled, the Samsung Captivate Glide keyboard displays a comma to the left of the spacebar and a period to the right of the spacebar, in addition to a full QWERTY virtual keyboard. |

| Claim 31 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 31. The portable electronic device of claim 30, | See claim chart for claim 30. |
| wherein the first punctuation mark key is a virtual punctuation mark key corresponding to the first punctuation mark, and the second punctuation mark key is a virtual punctuation mark key corresponding to the second punctuation mark. | With voice input disabled, the first punctuation mark key is a virtual punctuation mark key that corresponds to the first punctuation mark, and the second punctuation mark key is a virtual punctuation mark key corresponding to the second punctuation mark. For example, the virtual punctuation mark key labeled with a period corresponds to a period, and the virtual punctuation mark key labeled with a comma corresponds to a comma. |

| Claim 32 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 32. A portable electronic device, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Captivate Glide is a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device.<br><br>The Samsung Captivate Glide has a 1 GHz dual core processor. *See* Captivate Glide, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs ("Specifications").<br><br><br><br>The Samsung Captivate Glide also has storage as indicated in the Specifications and indicated below.<br><br> |

| Claim 32 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| | As shown below, and in the Specifications, the Samsung Captivate Glide's CPU is coupled to a 4.0 inch, 480 by 800 pixel color Super AMOLED touch screen display.  (*See id.*):<br><br>**Display**<br><br>Main Display Resolution — 480x800 Pixels<br>Main Display Size — 4.0"<br>Main Display Technology — Super AMOLED™ |
| one or more processors | The Samsung Captivate Glide comprises one or more processors.<br><br>The Samsung Captivate Glide has a 1 GHz dual core processor. *See* Specifications.<br><br>**CPU**<br><br>Processor Speed, Type — 1GHz Dual-core Tegra™ 2 Processor |

| Claim 32 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| a touch screen display; and | The Samsung Captivate Glide comprises a touch screen display.<br><br><br><br>For example, as shown in the photo above and as indicated in the Specifications, the Samsung Captivate Glide has a color Super AMOLED touch screen display. |
| computer readable memory comprising instructions that, when executed by the one or more processors, perform operations comprising, | The Samsung Captivate Glide has computer readable memory, as indicated in the Specifications.<br><br>The Samsung Captivate Glide operates the Android operating system and applications that execute on that operating system. *See* Features.  As seen below, the Samsung Captivate Glide contains instructions that perform the operations described below. |

| Claim 32 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| receiving a plurality of user inputs of characters through a virtual keyboard that simultaneously displays a first plurality of virtual keys each associated with a respective single letter of the alphabet, and a second plurality of virtual punctuation mark keys each corresponding to a respective punctuation mark, | The Samsung Captivate Glide is capable of receiving a plurality of user inputs of characters through its virtual keyboard.  With voice input disabled, the Samsung Captivate Glide simultaneously displays a full virtual QWERTY keyboard and virtual punctuation mark keys. |
| displaying on the touch screen display a current character string as input by the user, | The Samsung Captivate Glide displays a current character string as input by the user.  For example, if the user types "messaf" in the Messaging App, "messaf" is displayed.  Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |
| displaying on the display a suggested replacement character string for the current character string, | The Samsung Captivate Glide displays a suggested replacement character string for the current character string.  Continuing the example from the element above, if the user types "messaf", the Samsung Captivate Glide will display a suggested replacement for "messaf", such as "message". Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |
| in response to a first user input at a first location, replacing the current character string with the suggested replacement character string, | The Samsung Captivate Glide replaces the current character string with the suggested replacement string in response to a first user input at a first location.  For example, if the user performs an input at the location of the touch screen displaying the suggested replacement character string, the Samsung Captivate Glide will replace the current character string with the suggested replacement string.  Continuing the example above, if the user taps on the area of the display displaying "message," the Samsung Captivate Glide will replace the current character string "messaf" with the suggested replacement string "message".Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 32 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| in response to a second user input at a virtual punctuation mark key corresponding to a first punctuation mark, replacing the current character string with the suggested replacement character string in combination with the first punctuation mark, and | The Samsung Captivate Glide replaces the current character string with the suggested replacement string  in combination with a first punctuation mark in response to a second user input at a virtual punctuation mark key corresponding to a first punctuation mark.  For example, if the user performs an input at the location of the touch screen displaying a period, the Samsung Captivate Glide will replace the current character string with the suggested replacement string and append a period to the end of the suggested replacement string.  Continuing the example above, if the user taps on the area of the display corresponding to a period, the Samsung Captivate Glide will replace the current character string "messaf" with the suggested replacement string "message" and append a period to the end of "message".  Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |
| in response to a third user input at a third location, accepting the current character string. | The Samsung Captivate Glide accepts the current character string if the user taps on a third location of the display that displays the current character string.  Continuing the example from the elements above, if the user taps on the area of the display that shows "messaf", then the Samsung Captivate Glide will keep "messaf" instead of replacing it with the suggested replacement character string.  Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 33 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 33.  A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the portable electronic device to perform a method comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Captivate Glide includes computer readable storage storing one or more programs that contain instructions to perform the method described below.<br><br>The Samsung Captivate Glide has storage, as indicated in the Specifications.<br><br>The Samsung Captivate Glide operates the Android operating system and applications that execute on that operating system.  *See* Features. |
| receiving a plurality of user character inputs through the touch screen display of the portable electronic device, wherein the user character inputs are received through a virtual keyboard displayed on the touch screen, wherein the virtual keyboard simultaneously displays a first plurality of virtual keys each associated with a respective single letter of the alphabet, and a second plurality of virtual punctuation mark keys; | The Samsung Captivate Glide is capable of receiving a plurality of user inputs of characters through its virtual keyboard.  With voice input disabled, the Samsung Captivate Glide simultaneously displays a full virtual QWERTY keyboard and virtual punctuation mark keys. |
| displaying on the touch display a current character string as input by a user; | The Samsung Captivate Glide displays a current character string as input by the user.  For example, if the user types "messaf" in the Messaging App, "messaf" is displayed.  Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 33 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| while displaying the current character string, also displaying a suggested replacement character string for the current character string, wherein at the time a suggested replacement character string is displayed, the portable electronic device is able to receive a plurality of possible user single touch inputs that will result in selection of the suggested replacement character string, and wherein said plurality of possible user single touch inputs includes actuation of one of the plurality of virtual punctuation mark keys; | While the current character string is displayed, the Samsung Captivate Glide also displays a suggested replacement character string for the current character string.  Continuing the example from the element above, if the user types "messaf", the Samsung Captivate Glide will simultaneously display a suggested replacement for "messaf", such as "message".  With both the current character string and a suggested replacement string displayed, the Samsung Captivate Glide is able to receive a plurality of user single touch points that will result in selection of the suggested replacement string, where said plurality of possible user single touch inputs includes selecting one of a plurality of virtual punctuation mark keys.  For example, to select the suggested replacement string, the user can perform a gesture on the suggested string itself, the comma key, or the period key, which are all simultaneously displayed with the current and suggested character strings when voice input is disabled.  Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |
| receiving a single touch user selection input through one of the plurality of the virtual punctuation mark key; and | The Samsung Captivate Glide can receive a single touch user selection input through one of the plurality of the virtual punctuation mark keys.  For example, the Samsung Captivate Glide can receive the input of a comma or a period, which, with voice input disabled, is simultaneously displayed with the QWERTY keyboard, the current character string, and the suggested replacement character string.  Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |
| in response to the single touch user selection input, replacing the current character set with the suggested replacement character set and adding at the end of said character set a punctuation mark corresponding to the virtual punctuation mark key through which the input was received. | The Samsung Captivate Glide, upon receiving an input of a punctuation mark key, replaces the current character string with the suggested replacement and adds the punctuation mark to the end of the suggested replacement character string.  Continuing the example in the elements above, if the user selects the comma, which is located to the left of the spacebar when voice input is disabled, the Samsung Captivate Glide will replace the current character string "messaf" with "message" and add a comma to the end of "message".  Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 34 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 34.  The computer readable storage medium of claim 33, | See claim chart for claim 33. |
| wherein the plurality of possible single touch user inputs that will result in selection of the suggested replacement character string includes inputs that are not associated with a virtual punctuation mark key. | In the Samsung Captivate Glide, to select the suggested replacement, the user can also tap on the area of the display that displays the suggested replacement string itself or tap on the spacebar key, in addition to selecting a virtual punctuation mark key. |

| Claim 35 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 35.  The computer readable storage medium of claim 34, | See claim chart for claim 34. |
| wherein the plurality of possible single touch user inputs that are not associated with a virtual punctuation mark key and that will result in selection of the suggested replacement character string comprises a single touch input through the space bar of the virtual keyboard. | In the Samsung Captivate Glide, to select the suggested replacement, the user can also tap on the space bar key, in addition to selecting a virtual punctuation mark key. |

| Claim 36 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 35.  The computer readable storage medium of claim 34, | See claim chart for claim 34. |
| wherein the plurality of possible single touch user inputs that are not associated with a virtual punctuation mark key and that will result in selection of the suggested replacement character string comprises a single touch input at the location of the displayed suggested replacement character set. | In the Samsung Captivate Glide, to select the suggested replacement, the user can also tap on the area of the display that displays the suggested replacement string itself. |

| Claim 37 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 37.  The computer readable storage medium of claim 33, | See claim chart for claim 34. |
| wherein the plurality of virtual punctuation mark keys comprises virtual punctuation mark keys respectively associated with a comma and a period. | With voice input disabled, the virtual punctuation mark keys that are simultaneously displayed with the full QWERTY keyboard are those that are associated with a comma (located to the left of the spacebar) and a period (located to the right of the spacebar). |