**Infringement by Samsung Stratosphere of U.S. Patent No. 8,074,172**

| Claim 2 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 2. A method comprising: at a portable electronic device with a touch screen display[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Stratosphere performs a method at a portable electronic device with a touch screen display, as evidenced by the presence of a CPU, memory devices, and a display device.  Specifically, the Samsung Stratosphere performs the claimed method for providing word recommendations, as shown below.  Samsung promotes the use of this method in the portion of the Samsung Stratosphere User Manual that instructs users on how to enter text.  (Samsung Stratosphere User Manual at 54-60, *available at* http://downloadcenter.samsung.com/content/UM/201111/20111108051117412/Verizon_Wireless_I405_Stratosphere_English_User_Manual.pdf). |
|  | The Samsung Stratosphere has a 1 GHz processor.  *See* Stratosphere, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SCH-I405ZWBVZW-specs ("Specifications"). |
|  | **CPU** |
|  | Processor Speed, Type — VIA CBP7.1 + CMC220(LTE) + AP (S5PC111, 1GHz) |
|  | The Samsung Stratosphere also has memory as indicated in the Specifications and indicated below. |
|  | **Memory** |
|  | Internal Memory — 4GB |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 2 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| | As shown below, and in the Specifications, the Samsung Stratosphere's CPU is coupled to a 4.0 inch, 800x480 pixel color Super AMOLED touch screen display.  (*See id.*):<br><br><br><br>**Display**<br><br>| Main Display Resolution | 800x480 Pixel |<br>| Main Display Size | 4.0" |<br>| Main Display Technology | Super AMOLED |<br>| Touch Screen | Yes | |

| Claim 2 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| in a first area of the touch screen display, displaying a current character string being input by a user with the keyboard; | The Samsung Stratosphere displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Stratosphere Messaging App, as the user the inputs the character string "messaf," the Samsung Stratosphere displays "messaf" in a first area of the touch screen display (the rectangular-shaped area of the screen outlined in green), which contains the text "This is a new messaf," as shown in the screenshot below:<br><br><br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 2 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| in a second area of the touch screen display separate from the first area, displaying the current character string or a portion thereof and a suggested replacement character string for the current character string | In a second area of the touch screen display, the current string and a suggested replacement string are displayed.<br><br><br><br>Current String<br>Suggested String<br>Second Area<br><br>The second area is separate because it is below the text input area that comprises the first area and is differentiated by the green border between the first and second areas of the display.<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 2 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| replacing the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter, | The Samsung Stratosphere replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message." <br><br>   <br><br> User selects "?" <br><br> Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

5

| Claim 2 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| replacing the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Stratosphere replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br><br>User selects "message"<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 2 of the '172 Patent | Infringement by Samsung Stratosphere |
| --- | --- |
| keeping the current character string in the first area if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.<br><br><br><br>User selects "messaf"<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 3 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 3. The method of claim 2, | See claim chart for claim 2 |
| including adding a space after the current character string if the user performs the second gesture on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture on the current character string or the portion hereof displayed in the second area, the Stratosphere keeps the current character string on the display and adds a space after the current character string in the first area. Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 4 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 4. The method of claim 2, | See claim chart for claim 2 |

| Claim 4 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| wherein the key on the keyboard associated with a delimiter is a space bar key. | If the user selects the key on the keyboard associated with the spacebar key, the Stratosphere replaces the current character string in the first area with the suggested replacement character string.<br><br><br><br>User selects "spacebar"<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 5 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 5.  The method of claim 2, | See claim chart for claim 2. |
| wherein the delimiter is any of a plurality of predefined delimiters symbols. | The delimiters are any of a plurality of predefined delimiters symbols, including the period, question mark, comma, colon, semi-colon, and exclamation marks. |

| Claim 6 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 6.  The method of claim 2, | See claim chart for claim 2. |
| wherein the keyboard is a soft keyboard that is part of the touch screen display. | As seen in the screenshot below, the keyboard is a soft keyboard that is part of the touch screen display.<br> |

| Claim 9 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 9. The method of claim 2, further comprising: | See claim chart for claim 2 |
| in the second area of the touch screen display, displaying an alternative suggested replacement character string for the current character string; and | The Stratosphere displays an alternative suggested replacement character string for the current character string. For example, in the screenshot below, in addition to the suggested replacement string "message," the Stratosphere displays an alternative suggested replacement character string "messages."<br><br><br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 9 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| replacing the current character string in the first area with the alternative suggested replacement character string if the user performs a predefined gesture on the alternative suggested replacement character string in the second area. | The Samsung Stratosphere replaces the current character string in the first area with the alternative replacement character string if the user performs a third gesture on the alternative replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a third gesture of pressing on the alternative replacement string "messages" displayed in the second area, the current character string displayed in the first area is replaced by the alternative string.<br><br><br><br>User selects "messages"<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 10 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 10. The method of claim 2, | See claim chart for claim 2 |
| further comprising adding the current character string to a dictionary in the device if the user performs the second gesture on the current character string displayed in the second area. | If the current character string selected by the user is not in the Stratosphere's dictionary, the Stratosphere allows the user to add the current character string into its dictionary.  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 11 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 11. The method of claim 2, | See claim chart for claim 2 |
| wherein the first gesture includes one or more taps on the suggested replacement character string displayed in the second area. | To select the replacement character string in the second area, the user performs the gesture of a tap on the suggested replacement string displayed in the second area.  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 12 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 12. The method of claim 2, | See claim chart for claim 2 |
| wherein the second gesture includes one or more taps on the current character string displayed in the second area. | To select the current character string in the second area, the user performs the gesture of a tap on the current character string displayed in the second area.  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 17 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 17. The method of claim 2, | See claim chart for claim 2 |
| wherein the second area is between the first area and the keyboard. | As can be seen in the below screenshot, the second area is between the first area and the keyboard.<br><br><br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 18.  A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Stratosphere provides a graphical user interface on a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device.<br><br>The Samsung Stratosphere has a 1 GHz processor.  *See* Stratosphere, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SCH-I405ZWBVZW-specs ("Specifications").<br><br>**CPU**<br><br>Processor Speed, Type — VIA CBP7.1 + CMC220(LTE) + AP (S5PC111, 1GHz)<br><br>The Samsung Stratosphere also has memory as indicated in the Specifications and indicated below.<br><br>**Memory**<br><br>Internal Memory — 4GB |

| Claim 18 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| | As shown below, and in the Specifications, the Samsung Stratosphere's CPU is coupled to a 4.0 inch, 800x480 pixel color Super AMOLED touch screen display.  (*See id.*): <br><br>  <br><br> **Display** <br><br> | Main Display Resolution | 800x480 Pixel | <br> | Main Display Size | 4.0" | <br> | Main Display Technology | Super AMOLED | <br> | Touch Screen | Yes | |

| Claim 18 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| | For further example, the Samsung Stratosphere provides a graphical user interface as shown and provides a virtual keyboard and a touch screen.<br><br>The virtual keyboard can be shown in the figure below:<br><br> |

| Claim 18 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| first area of the touch screen display that displays a current character string being input by a user with the keyboard; | The Samsung Stratosphere displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Stratosphere Messaging App, as the user the inputs the character string "messaf," the Samsung Stratosphere displays "messaf" in a first area of the touch screen display (the rectangular-shaped area of the screen outlined in green), which contains the text "This is a new messaf," as shown in the screenshot below:<br><br><br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| in a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | In a second area of the touch screen display, the current string and a suggested replacement string are displayed.<br><br><br><br>The second area is separate because it is below the text input area that comprises the first area and is differentiated by the green border between the first and second areas of the display.<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| wherein; the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | The Samsung Stratosphere replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message."  <p style="text-align:center;">User selects "?"</p> Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Stratosphere replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br><br>User selects "message"<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

21

| Claim 18 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| the current character string in the first area is kept if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.  User selects "messaf" Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 19 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 19.  A portable electronic device comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Stratosphere is a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device. |

The Samsung Stratosphere has a 1 GHz processor.  *See* Stratosphere, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SCH-I405ZWBVZW-specs ("Specifications")

| CPU | |
|---|---|
| Processor Speed, Type | VIA CBP7.1 + CMC220(LTE) + AP (S5PC111, 1GHz) |

The Samsung Stratosphere also has storage as indicated in the Specifications and indicated below.

| Memory | |
|---|---|
| Internal Memory | 4GB |

As shown below, and in the Specifications, the Samsung Stratosphere's CPU is coupled to a 4.0 inch, 800x480 pixel color Super AMOLED touch screen display.  (*See id.*):

| Display | |
|---|---|
| Main Display Resolution | 800x480 Pixel |
| Main Display Size | 4.0" |
| Main Display Technology | Super AMOLED |
| Touch Screen | Yes |

| Claim 19 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| one or more processors; | The Samsung Stratosphere comprises one or more processors. The Samsung Stratosphere has a 1 GHz processor. *See* Specifications:  |
| a touch screen display; | The Samsung Stratosphere comprises a touch screen display.  For example, as shown in the photo above and as indicated in the Specifications, the Samsung Stratosphere has a color Super AMOLED touch screen display. |

| Claim 19 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| memory; and one or more programs stored in the memory and configured to be executed by the one or more processors, one or more programs including: | The Samsung Stratosphere comprises memory and one or more programs stored in the memory and configured to be executed by the one or more processors.<br><br>For example, the Samsung Stratosphere has memory as indicated in the Specifications:<br><br>**Memory**<br><br>Internal Memory     4GB<br><br>The Samsung Stratosphere operates the Android operating system and applications that execute on that operating system.  *See* Stratosphere, Features, *available at* http://www.samsung.com/us/mobile/cell-phones/SCH-I405ZWBVZW-features ("Features"). |

| Claim 19 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| instructions for displaying, in a first area of the touch screen display, a current character string being input by a user with a keyboard; | The Samsung Stratosphere comprises memory and one or more programs stored in the memory and configured to be executed by the one or more processors, one or more processors including instructions for displaying, in a first area of the touch screen display, a current character string being input by a user with a keyboard.<br><br>The Samsung Stratosphere displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Stratosphere Messaging App, as the user the inputs the character string "messaf," the Samsung Stratosphere displays "messaf" in a first area of the touch screen display (the rectangular-shaped area of the screen outlined in green), which contains the text "This is a new messaf," as shown in the screenshot below:<br><br><br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 19 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| instructions for displaying, in a second area of the touch screen display separate from the first area, current character string and a suggested replacement character string for the current character string; | The Samsung Stratosphere contains instructions for displaying, in a second area of the touch screen display separate from the first area, the current character string and a suggested replacement character string for the current character string.  For example, in the screenshots below, the current character string "messaf" and the suggested string "message" are displayed in a second area of the touch screen display.<br><br><br><br>The second area is separate because it is below the text input area that comprises the first area and is differentiated by the green border between the first and second areas of the display.<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 19 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| instructions for replacing the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | The Samsung Stratosphere contains instructions for replacing the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message."   User selects "?" Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 19 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| instructions for replacing the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Stratosphere contains instructions for replacing the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br><br>User selects "message"<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 19 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| instructions for keeping the current character string in the first area if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | The Samsung Stratosphere contains instructions for keeping the current character string in the first area if the user performs a second gesture on the current character string displayed in the second area.  For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.<br><br><br>User selects "messaf"<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 20 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 20. A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display cause the portable electronic device to: | To the extent that the preamble may be construed to be limiting, the Samsung Stratosphere is a portable electronic device that includes a computer readable storage that stores one or more programs, as evidenced by the presence of a CPU, memory devices, and a display device. The Samsung Stratosphere has a 1 GHz processor. *See* Stratosphere, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SCH-I405ZWBVZW-specs ("Specifications"). <br><br> **CPU** <br> Processor Speed, Type — VIA CBP7.1 + CMC220(LTE) + AP (S5PC111, 1GHz) <br><br> The Samsung Stratosphere also has storage as indicated in the Specifications and indicated below. <br><br> **Memory** <br> Internal Memory — 4GB |

| Claim 20 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| | As shown below, and in the Specifications, the Samsung Stratosphere's CPU is coupled to a 4.0 inch, 800x480 pixel color Super AMOLED touch screen display.  (*See id.*):<br><br> |

| Claim 20 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| in a first area of the touch screen display, display a current character string being input by a user with the keyboard; | The Samsung Stratosphere includes a computer readable storage medium that stores one or more programs that causes the first area of the Stratosphere touch screen to display a current character string being input by a user.  For example, in the Samsung Stratosphere Messaging App, as the user the inputs the character string "messaf," the Samsung Stratosphere displays "messaf" in a first area of the touch screen display, which contains the text "This is a new messaf," as shown in the screenshot below:  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 20 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| in a second area of the touch screen display separate from the first area, display the current character string or a portion thereof and a suggested replacement character string for the current character string | The Samsung Stratosphere includes a computer readable storage medium that stores one or more programs that causes a second area of the Stratosphere touch screen that is separate from the first area to display a current character string being input by a user or a portion thereof and a suggested replacement character string for the current character string.  The second area is separate from the first area because it is located underneath the first area and differentiated by a different background color. Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 20 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| replace the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter, | The Samsung Stratosphere includes a computer readable storage medium that stores one or more programs that causes the current character string in the first area to be replaced with the suggested replacement character string if the user selects a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message." <br><br>   <br><br> User selects "?" <br><br> Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

35

| Claim 20 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| replace the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Stratosphere includes a computer readable storage medium that stores one or more programs that causes the current character string in the first area to be replaced with the suggested replacement character string if the user performs a first gesture on the suggested replacement string.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br><br>User selects "message"<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 20 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| keep the current character string in the first area if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | The Samsung Stratosphere includes a computer readable storage medium that stores one or more programs that causes the current character string in the first area to be kept if the user performs a second gesture on the current character string displayed in the second area.  For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.<br><br><br>User selects "messaf"<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 21 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 21.  A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display cause the portable electronic device to perform a method comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Stratosphere is a portable electronic device that includes a computer readable  storage that stores one or more programs , as evidenced by the presence of a CPU, memory devices, and a display device.<br><br>The Samsung Stratosphere has a 1 GHz processor.  *See* Stratosphere, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SCH-I405ZWBVZW-specs ("Specifications").<br><br>**CPU**<br><br>| Processor Speed, Type | VIA CBP7.1 + CMC220(LTE) + AP (S5PC111, 1GHz) |<br><br>The Samsung Stratosphere also has storage as indicated in the Specifications and indicated below.<br><br>**Memory**<br><br>| Internal Memory | 4GB | |

| Claim 21 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
|  | As shown below, and in the Specifications, the Samsung Stratosphere's CPU is coupled to a 4.0 inch, 800x480 pixel color Super AMOLED touch screen display.  (*See id.*):<br><br> |

| Claim 21 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| receiving a plurality of user inputs of characters through the keyboard, and displaying on the display a current character string as input by the user, | The Samsung Stratosphere includes a computer readable  storage medium that stores one or more programs for receiving user inputs through a keyboard and displaying the current character string.  In the screenshot below, the Samsung Stratosphere displays the current character string "messaf" as input by the user through the keyboard.<br><br><br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 21 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| displaying a suggested replacement character string for the current character string; | The Samsung Stratosphere includes a computer readable storage medium that stores one or more programs for displaying a suggested replacement character string for the current string. In the screenshot below, the Samsung Stratosphere displays the suggested string "message" for the current character string "messaf."<br><br><br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 21 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| while both the current character string and the suggested replacement string are displayed, receiving a further user input through a punctuation mark key of the keyboard; and | The Samsung Stratosphere includes a computer readable  storage medium that stores one or more programs for receiving a further user input through a punctuation mark key of the keyboard while both the current character string and the suggested replacement string are displayed.  In the screenshot below, with both the current character string "messaf" and the suggested replacement string "message" displayed, the Samsung Stratosphere receives a further user input through the question mark ("?") punctuation mark key on the keyboard.<br><br><br><br>User selects "?"<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 21 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| in response to the further user input, replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark corresponding to the punctuation mark key through which the further user input was received. | The Samsung Stratosphere includes a computer readable storage medium that stores one or more programs for replacing the current character string with the suggested replacement character string, and appending the punctuation mark at the end of the suggested replacement string after the user selects the punctuation mark. For example, in the screenshots below, after the user selects the question mark ("?") key, the Stratosphere replaces the current character string displayed ("messaf") with the suggested replacement string ("message") and appends the question mark at the end of the suggested replacement string.  User selects "?" <br><br> Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 23 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 23. The computer readable storage medium of claim 21, | See claim chart for claim 21 |
| wherein the display is a touch screen display, and wherein the keyboard is a virtual keyboard displayed on the touch screen display. | The Stratosphere display is a touch screen display, and the keyboard for the Stratosphere is a virtual keyboard that is displayed on the touch screen display, as seen in the screenshot below:  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 24 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 24.  The computer readable storage medium of claim 23, | See claim chart for claim 23. |
| wherein the virtual keyboard comprises a display that simultaneously displays a first plurality of virtual keys each associated with a respective letter of the alphabet, and a second plurality of virtual punctuation mark keys each corresponding to a respective punctuation mark. | The Samsung Stratosphere simultaneously displays a first plurality of virtual keys each associated with a respective letter of the alphabet and a second plurality of virtual punctuation mark keys each corresponding to a respective punctuation mark when voice input is disabled.  When voice input is disabled, the keyboard on the Samsung Stratosphere includes a comma to the left of the spacebar (instead of the microphone icon) in addition to the period to the right of the keyboard.  |

| Claim 25 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 25.  The computer readable storage medium of claim 24, | See claim chart for claim 24. |
| wherein the plurality of virtual punctuation mark keys comprises a first virtual punctuation mark key corresponding to a comma and a second virtual punctuation mark key corresponding to a period. | With voice input disabled, the virtual punctuation mark keys that are simultaneously displayed with the full QWERTY keyboard on the Samsung Stratosphere keyboard are those that are associated with a comma (located to the left of the spacebar) and a period (located to the right of the spacebar). |

| Claim 27 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 27.  A portable electronic device comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Stratosphere is a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device.<br><br>The Samsung Stratosphere has a 1 GHz processor.  *See* Stratosphere, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SCH-I405ZWBVZW-specs ("Specifications").<br><br><table><tr><td colspan="2">CPU</td></tr><tr><td>Processor Speed, Type</td><td>VIA CBP7.1 + CMC220(LTE) + AP (S5PC111, 1GHz)</td></tr></table><br>The Samsung Stratosphere also has storage as indicated in the Specifications and indicated below.<br><br><table><tr><td colspan="2">Memory</td></tr><tr><td>Internal Memory</td><td>4GB</td></tr></table> |

| Claim 27 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| | As shown below, and in the Specifications, the Samsung Stratosphere's CPU is coupled to a 4.0 inch, 800x480 pixel color Super AMOLED touch screen display.  (*See id.*):<br><br> |
| one or more processors; | The Samsung Stratosphere comprises one or more processors.<br><br>The Samsung Stratosphere has a 1 GHz processor.  *See* Specifications.<br><br> |

| Claim 27 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| a touch screen display; and | The Samsung Stratosphere comprises a touch screen display.<br><br><br><br>For example, as shown in the photo above and as indicated in the Specifications, the Samsung Stratosphere has a color Super AMOLED touch screen display. |
| computer readable memory comprising instructions that, when executed by the one or more processors, perform operations comprising: | The Samsung Stratosphere comprises computer readable memory and one or more programs stored in the memory and configured to be executed by the one or more processors.<br><br>For example, the Samsung Stratosphere has memory as indicated in the Specifications:<br><br><br><br>The Samsung Stratosphere operates the Android operating system and applications that execute on that operating system.  *See* Stratosphere, Features, *available at* http://www.samsung.com/us/mobile/cell-phones/SCH-I405ZWBVZW-features. |

| Claim 27 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| receiving a plurality of user inputs of characters through the keyboard, and displaying a current character string as input by the user, | The Samsung Stratosphere contains instructions for receiving user inputs through a keyboard and displaying the current character string.  In the screenshot below, the Samsung Stratosphere displays the current character string "messaf" as input by the user through the keyboard.<br><br><br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 27 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| displaying a suggested replacement character string for the current character string; | The Samsung Stratosphere contains instructions for displaying a suggested replacement character string for the current string.  In the screenshot below, the Samsung Stratosphere displays the suggested string "message" for the current character string "messaf."<br><br><br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 27 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| while both the current character string and the suggested replacement string are displayed, receiving a further user input through a punctuation mark key of the keyboard, and | The Samsung Stratosphere contains instructions for receiving a further user input through a punctuation mark key of the keyboard while both the current character string and the suggested replacement string are displayed.  In the screenshot below, with both the current character string "messaf" and the suggested replacement string "message" displayed, the Samsung Stratosphere receives a further user input through the question mark ("?") punctuation mark key on the keyboard.<br><br><br><br>User selects "?"<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 27 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| in response to the further user input, replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark corresponding to the punctuation mark through which the further user input was received. | The Samsung Stratosphere contains instructions for replacing the current character string with the suggested replacement character string, and appending the punctuation mark at the end of the suggested replacement string after the user selects the punctuation mark.  For example, in the screenshots below, after the user selects the question mark ("?") key, the Stratosphere replaces the current character string displayed ("messaf") with the suggested replacement string ("message") and appends the question mark at the end of the suggested replacement string.<br><br><br><br>User selects "?"<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 28 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 28.  A portable electronic device, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Stratosphere is a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device.<br><br>The Samsung Stratosphere has a 1 GHz processor.  *See* Stratosphere, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SCH-I405ZWBVZW-specs ("Specifications").<br><br>**CPU**<br><br>| Processor Speed, Type | VIA CBP7.1 + CMC220(LTE) + AP (S5PC111, 1GHz) |<br><br>The Samsung Stratosphere also has storage as indicated in the Specifications and indicated below.<br><br>**Memory**<br><br>| Internal Memory | 4GB |<br><br>As shown below, and in the Specifications, the Samsung Stratosphere's CPU is coupled to a 4.0 inch, 800x480 pixel color Super AMOLED touch screen display.  (*See id.*):<br><br>**Display**<br><br>| Main Display Resolution | 800x480 Pixel |<br>| Main Display Size | 4.0" |<br>| Main Display Technology | Super AMOLED |<br>| Touch Screen | Yes | |

| Claim 28 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| one or more processors; | The Samsung Stratosphere comprises one or more processors.<br><br>The Samsung Stratosphere has a 1 GHz processor.  *See* Specifications.<br><br>**CPU**<br><br>Processor Speed, Type — VIA CBP7.1 + CMC220(LTE) + AP (S5PC111, 1GHz) |
| a display; | The Samsung Stratosphere comprises a touch screen display.<br><br>**Display**<br><br>Main Display Resolution — 800x480 Pixel<br>Main Display Size — 4.0"<br>Main Display Technology — Super AMOLED<br>Touch Screen — Yes<br><br>For example, as shown in the photo above and as indicated in the Specifications, the Samsung Stratosphere has a color Super AMOLED touch screen display. |
| a keyboard; and | The Samsung Stratosphere includes a virtual keyboard. |
| computer readable memory comprising instructions that, when | The Samsung Stratosphere has computer readable memory, as indicated in the Specifications. |

54

| Claim 28 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| executed by the one or more processors, perform operations comprising: | The Samsung Stratosphere operates the Android operating system and applications that execute on that operating system. *See* Features.  As seen below, the Samsung Stratosphere contains instructions that perform the operations described below. |
| receiving a plurality of user inputs of characters through the keyboard, and displaying on the display a current character string as input by the user, | The Samsung Stratosphere can receive a plurality of user inputs of characters through its keyboard, and displaying on the display a current character string as input by the user.  For example, if the user types "messaf" in the Messaging App, "messaf" is displayed. Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |
| displaying on the display a suggested replacement character string for the current character string, and | The Samsung Stratosphere displays a suggested replacement character string for the current character string.  Continuing the example from the element above, if the user types "messaf", the Samsung Stratosphere will display a suggested replacement for "messaf", such as "message".  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |
| receiving a further user input of a single touch, wherein the portable electronic device is configured to receive the further single user input to perform a selected character string function of a plurality of possible character string functions depending on where the further single user input is received, the plurality of possible character string functions comprising, | The Samsung Stratosphere is configured to receive a further single user input to perform a selected character string function of a plurality of possible character string functions depending on where the further single user input is received. |
| replacing the current character string with the suggested replacement character string in response to a single user input at a first location, | The Samsung Stratosphere replaces the current character string with the suggested replacement character string in response to a single user input at a first location.  Continuing the example from the element above, if the user taps on the area of the display that displays "message," the Samsung Stratosphere will replace the current character string "messaf" with the suggested replacement character string "message".  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 28 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| replacing the current character string with the suggested replacement character string in combination with a first punctuation mark in response to a single user input at a second location, the second location being a first punctuation mark key on the keyboard corresponding to the first punctuation mark, | The Samsung Stratosphere replaces the current character string with the suggested replacement character string in combination with a first punctuation mark if the user gestures on a first punctuation mark located at a second location.  Continuing the example from the elements above, if the user selects the comma key, which is located to the left of the spacebar when voice input is disabled, the Samsung Stratosphere replaces the current character string messaf with the suggested replacement "message" and appends the comma after "message".  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |
| replacing the current character string with the suggested replacement character string in combination with a second punctuation mark in response to a single user input at a third location, the third location being a second punctuation mark key on the keyboard corresponding to the second punctuation mark, and | The Samsung Stratosphere replaces the current character string with the suggested replacement character string in combination with a second punctuation mark if the user gestures on a different punctuation mark located at a third position.  Continuing the example from the elements above, if the user selects the period key, which is located to the right of the spacebar, the Samsung Stratosphere replaces the current character string messaf with the suggested replacement "message" and appends the period after "message".  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |
| accepting the current character string in response to a single user input at a fourth location. | The Samsung Stratosphere accepts the current character string if the user taps on a fourth location of the display that displays the current character string.  Continuing the example from the elements above, if the user taps on the area of the display that shows "messaf", then the Samsung Stratosphere will keep "messaf" instead of replacing it with the suggested replacement character string.  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 29 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 29.  The portable electronic device of claim 28, | See claim chart for claim 28. |
| wherein the display is a touch screen display, and wherein the keyboard is a virtual keyboard displayed on the touch screen display. | The display of the Samsung Stratosphere is a touch screen display, and the keyboard for the Samsung Stratosphere is a virtual keyboard displayed on the touch screen display. |

56

| Claim 30 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 30.  The portable electronic device of claim 29, | See claim chart for claim 29. |
| wherein the virtual keyboard comprises a display that simultaneously displays a first plurality of virtual keys each associated with a respective letter of the alphabet, and a second plurality of virtual punctuation mark keys each corresponding to a respective punctuation mark. | The Samsung Stratosphere simultaneously displays a first plurality of virtual keys each associated with a respective letter of the alphabet and a second plurality of virtual punctuation mark keys each corresponding to a respective punctuation mark.  For example, with voice input disabled, the Samsung Stratosphere keyboard displays a comma to the left of the spacebar and a period to the right of the spacebar, in addition to a full QWERTY virtual keyboard. |

| Claim 31 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 31.  The portable electronic device of claim 30, | See claim chart for claim 30. |
| wherein the first punctuation mark key is a virtual punctuation mark key corresponding to the first punctuation mark, and the second punctuation mark key is a virtual punctuation mark key corresponding to the second punctuation mark. | With voice input disabled, the first punctuation mark key is a virtual punctuation mark key that corresponds to the first punctuation mark, and the second punctuation mark key is a virtual punctuation mark key corresponding to the second punctuation mark. For example, the virtual punctuation mark key labeled with a period corresponds to a period, and the virtual punctuation mark key labeled with a comma corresponds to a comma. |

| Claim 32 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 32.  A portable electronic device, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Stratosphere is a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device.<br><br>The Samsung Stratosphere has a 1 GHz processor.  *See* Stratosphere, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SCH-I405ZWBVZW-specs ("Specifications"). |

| CPU | |
|---|---|
| Processor Speed, Type | VIA CBP7.1 + CMC220(LTE) + AP (S5PC111, 1GHz) |

| Claim 32 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| | The Samsung Stratosphere also has storage as indicated in the Specifications and indicated below.<br><br>**Memory**<br><br>Internal Memory — 4GB<br><br>As shown below, and in the Specifications, the Samsung Stratosphere's CPU is coupled to a 4.0 inch, 800x480 pixel color Super AMOLED touch screen display.  (*See id.*):<br><br>**Display**<br><br>Main Display Resolution — 800x480 Pixel<br>Main Display Size — 4.0"<br>Main Display Technology — Super AMOLED<br>Touch Screen — Yes |
| one or more processors | The Samsung Stratosphere comprises one or more processors.<br><br>The Samsung Stratosphere has a 1 GHz processor.  *See* Specifications.<br><br>**CPU**<br><br>Processor Speed, Type — VIA CBP7.1 + CMC220(LTE) + AP (S5PC111, 1GHz) |

| Claim 32 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| a touch screen display; and | The Samsung Stratosphere comprises a touch screen display.<br><br><br><br>For example, as shown in the photo above and as indicated in the Specifications, the Samsung Stratosphere has a color Super AMOLED touch screen display. |
| computer readable memory comprising instructions that, when executed by the one or more processors, perform operations comprising, | The Samsung Stratosphere has computer readable memory, as indicated in the Specifications.<br><br>The Samsung Stratosphere operates the Android operating system and applications that execute on that operating system.  *See* Features.  As seen below, the Samsung Stratosphere contains instructions that perform the operations described below. |

| Claim 32 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| receiving a plurality of user inputs of characters through a virtual keyboard that simultaneously displays a first plurality of virtual keys each associated with a respective single letter of the alphabet, and a second plurality of virtual punctuation mark keys each corresponding to a respective punctuation mark, | The Samsung Stratosphere is capable of receiving a plurality of user inputs of characters through its virtual keyboard.  With voice input disabled, the Samsung Stratosphere simultaneously displays a full virtual QWERTY keyboard and virtual punctuation mark keys. |
| displaying on the touch screen display a current character string as input by the user, | The Samsung Stratosphere displays a current character string as input by the user.  For example, if the user types "messaf" in the Messaging App, "messaf" is displayed.  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |
| displaying on the display a suggested replacement character string for the current character string, | The Samsung Stratosphere displays a suggested replacement character string for the current character string.  Continuing the example from the element above, if the user types "messaf", the Samsung Stratosphere will display a suggested replacement for "messaf", such as "message".  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |
| in response to a first user input at a first location, replacing the current character string with the suggested replacement character string, | The Samsung Stratosphere replaces the current character string with the suggested replacement string in response to a first user input at a first location.  For example, if the user performs an input at the location of the touch screen displaying the suggested replacement character string, the Samsung Stratosphere will replace the current character string with the suggested replacement string.  Continuing the example above, if the user taps on the area of the display displaying "message," the Samsung Stratosphere will replace the current character string "messaf" with the suggested replacement string "message".  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 32 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| in response to a second user input at a virtual punctuation mark key corresponding to a first punctuation mark, replacing the current character string with the suggested replacement character string in combination with the first punctuation mark, and | The Samsung Stratosphere replaces the current character string with the suggested replacement string  in combination with a first punctuation mark in response to a second user input at a virtual punctuation mark key corresponding to a first punctuation mark. For example, if the user performs an input at the location of the touch screen displaying a period, the Samsung Stratosphere will replace the current character string with the suggested replacement string and append a period to the end of the suggested replacement string.  Continuing the example above, if the user taps on the area of the display corresponding to a period, the Samsung Stratosphere will replace the current character string "messaf" with the suggested replacement string "message" and append a period to the end of "message".  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |
| in response to a third user input at a third location, accepting the current character string. | The Samsung Stratosphere accepts the current character string if the user taps on a third location of the display that displays the current character string.  Continuing the example from the elements above, if the user taps on the area of the display that shows "messaf", then the Samsung Stratosphere will keep "messaf" instead of replacing it with the suggested replacement character string.  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 33 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 33.  A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the portable electronic device to perform a method comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Stratosphere includes computer readable storage storing one or more programs that contain instructions to perform the method described below.<br><br>The Samsung Stratosphere has storage, as indicated in the Specifications.<br><br>The Samsung Stratosphere operates the Android operating system and applications that execute on that operating system. *See* Features. |

| Claim 33 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| receiving a plurality of user character inputs through the touch screen display of the portable electronic device, wherein the user character inputs are received through a virtual keyboard displayed on the touch screen, wherein the virtual keyboard simultaneously displays a first plurality of virtual keys each associated with a respective single letter of the alphabet, and a second plurality of virtual punctuation mark keys; | The Samsung Stratosphere is capable of receiving a plurality of user inputs of characters through its virtual keyboard.  With voice input disabled, the Samsung Stratosphere simultaneously displays a full virtual QWERTY keyboard and virtual punctuation mark keys. |
| displaying on the touch display a current character string as input by a user; | The Samsung Stratosphere displays a current character string as input by the user.  For example, if the user types "messaf" in the Messaging App, "messaf" is displayed.  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |
| while displaying the current character string, also displaying a suggested replacement character string for the current character string, wherein at the time a suggested replacement character string is displayed, the portable electronic device is able to receive a plurality of possible user single touch inputs that will result in selection of the suggested replacement character string, and wherein said plurality of possible user single touch inputs includes actuation of one of the plurality of virtual punctuation mark keys; | While the current character string is displayed, the Samsung Stratosphere also displays a suggested replacement character string for the current character string.  Continuing the example from the element above, if the user types "messaf", the Samsung Stratosphere will simultaneously display a suggested replacement for "messaf", such as "message".  With both the current character string and a suggested replacement string displayed, the Samsung Stratosphere is able to receive a plurality of user single touch points that will result in selection of the suggested replacement string, where said plurality of possible user single touch inputs includes selecting one of a plurality of virtual punctuation mark keys.  For example, to select the suggested replacement string, the user can perform a gesture on the suggested string itself, the comma key, or the period key, which are all simultaneously displayed with the current and suggested character strings when voice input is disabled.  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 33 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| receiving a single touch user selection input through one of the plurality of the virtual punctuation mark key; and | The Samsung Stratosphere can receive a single touch user selection input through one of the plurality of the virtual punctuation mark keys.  For example, the Samsung Stratosphere can receive the input of a comma or a period, which, with voice input disabled, is simultaneously displayed with the QWERTY keyboard, the current character string, and the suggested replacement character string. |
| in response to the single touch user selection input, replacing the current character set with the suggested replacement character set and adding at the end of said character set a punctuation mark corresponding to the virtual punctuation mark key through which the input was received. | The Samsung Stratosphere, upon receiving an input of a punctuation mark key, replaces the current character string with the suggested replacement and adds the punctuation mark to the end of the suggested replacement character string.  Continuing the example in the elements above, if the user selects the comma, which is located to the left of the spacebar when voice input is disabled, the Samsung Stratosphere will replace the current character string "messaf" with "message" and add a comma to the end of "message".  Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |


| Claim 34 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 34.  The computer readable storage medium of claim 33, | See claim chart for claim 33. |
| wherein the plurality of possible single touch user inputs that will result in selection of the suggested replacement character string includes inputs that are not associated with a virtual punctuation mark key. | In the Samsung Stratosphere, to select the suggested replacement, the user can also tap on the area of the display that displays the suggested replacement string itself or tap on the spacebar key, in addition to selecting a virtual punctuation mark key. |


| Claim 35 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 35.  The computer readable storage medium of claim 34, | See claim chart for claim 34. |
| wherein the plurality of possible single touch user inputs that are not associated with a virtual punctuation mark key and that will result in selection of the suggested replacement character string comprises a single touch input through the space bar of the virtual keyboard. | In the Samsung Stratosphere, to select the suggested replacement, the user can also tap on the space bar key, in addition to selecting a virtual punctuation mark key. |

| Claim 36 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 35.  The computer readable storage medium of claim 34, | See claim chart for claim 34. |
| wherein the plurality of possible single touch user inputs that are not associated with a virtual punctuation mark key and that will result in selection of the suggested replacement character string comprises a single touch input at the location of the displayed suggested replacement character set. | In the Samsung Stratosphere, to select the suggested replacement, the user can also tap on the area of the display that displays the suggested replacement string itself. |

| Claim 37 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 37.  The computer readable storage medium of claim 33, | See claim chart for claim 34. |
| wherein the plurality of virtual punctuation mark keys comprises virtual punctuation mark keys respectively associated with a comma and a period. | With voice input disabled, the virtual punctuation mark keys that are simultaneously displayed with the full QWERTY keyboard are those that are associated with a comma (located to the left of the spacebar) and a period (located to the right of the spacebar). |