**Infringement by Samsung Transform Ultra of U.S. Patent No. 5,666,502**

| Claim 1 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| 1. A pen-based computing system, comprising:[1] | To the extent that the preamble may be construed to be limiting, the Samsung Transform Ultra is a pen-based computing system, as evidenced by the presence of a CPU, memory devices, a display device, and the capability to receive inputs from a stylus.<br><br>The Samsung Transform Ultra has a 1 GHz processor.  *See* Transform Ultra, Features, *available at* http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR-features ("Features").<br><br>The Samsung Transform Ultra runs on the Android operating system.  *Id.*<br><br>The Samsung Transform Ultra also includes a 3.5" HVGA touchscreen.  *Id.*<br><br>The Transform Ultra features a touchscreen capable of receiving inputs from the Galaxy Tab Conductive Stylus, which "simulates a finger touch, tap or swipe to provide a full touch screen environment without fingerprints or smudging."  (Galaxy Tab Conductive Stylus Features, *available at* http://www.samsung.com/us/mobile/cell-phones-accessories/ET-S100CBEGSTA-features). |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 1 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| an I/O display system including at least an input tablet and a display screen; | The Transform Ultra has an input/output display system that includes an input tablet and a display screen.  The Samsung Transform Ultra includes a 3.5" HVGA touchscreen.  (*See* Features).  This touchscreen is capable of receiving inputs from the Galaxy Tab Conductive Stylus, which "simulates a finger touch, tap or swipe to provide a full touch screen environment without fingerprints or smudging."  (Galaxy Tab Conductive Stylus Features, *available at* http://www.samsung.com/us/mobile/cell-phones-accessories/ET-S100CBEGSTA-features). |
| a memory system for storing program code and data; | The Transform Ultra also includes memory that stores program code and data, as evidenced by the presence of the Android operating system and associated applications on the Transform Ultra.  *See* Features. |
| a CPU for processing the program code in accordance with the data; and | The Samsung Transform Ultra has a 1 GHz processor.  *See* Features.  This processor processes the program code in accordance with the data stored in the memory system. |

| Claim 1 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| a plurality of history tables maintained within said memory system, each of said history tables corresponding to a different field class, | The Samsung Transform Ultra provides history tables maintained within its memory for each of a plurality of field classes.  A separate history table is provided for the Search YouTube field class, the Search Maps field class, and the Play Store field class, among others.  As shown below, the Samsung Transform Ultra displays a history list for the Search YouTube field class, the Search Maps field class, and the Play Store field class, which are associated with the Search YouTube history table, the Search Maps history table, and the Play Store history table, respectively.<br><br> |

| Claim 1 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| wherein when inputting data via the input tablet into a field of a form being displayed on said display screen, a list of choices is produced from said history table for the field class corresponding to the field and displayed on said display screen. | When data is being input using the input pen on a field being displayed on the screen, a list of choices is produced from the history table for the field class corresponding to the field and displayed on the display screen.  As shown in the screenshots below, when the user touches the area with the magnifying glass icon in the YouTube application, a history list containing choices from the history table associated with the Search YouTube field class is displayed on the screen.  Similarly, when the user touches the area with the magnifying glass icon in the Maps application, a history list containing choices from the history table associated with the Search Maps field class is displayed on the screen.  Also, when the user touches the area with the magnifying glass icon in the Play Store application, a history list containing choices from the history table associated with the Play Store field class is displayed on the screen.<br><br> |

| Claim 2 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| 2.  A pen-based computer system as recited in claim 1, | See claim chart for claim 1. |
| wherein each of said history tables stores historical information concerning usage of data values with respect [to] a different one of the field classes. | The history tables in the Transform Ultra store historical information concerning usage of data values with respect to each of the different field classes.  For example, the history table associated with the Search YouTube field class stores information regarding the most recently used data values for the Search YouTube field class.  Similarly, the history table associated with the Search Maps field class stores information regarding the most recently used data values for the Search Maps field class.  Also, the history table associated with the Play Store field class stores information regarding the most recently used data values for the Play Store field class.  The following screenshots show the history lists for the YouTube, Maps, and Play Store applications, respectively.  The lists show the most recently used data values for the respective applications, and are generated from history tables associated with each of the field classes.<br><br> |

| Claim 4 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| 4. A pen-based computer system as recited in claim 2, | See claim chart for claim 2. |
| wherein when a user selects one of the choices from the list of choices, the selected choice is input into said computer system and displayed in said display screen in the field of the form. | If a user selects one of the choices from the list of choices, the choice is input into said computer system and displayed in said display screen in the field of the form.  For example, in the YouTube application, if the user selects a choice from the Search YouTube history list, that choice is input into the Transform Ultra and displayed in the field of the Search YouTube form.  The first screenshot shows the Search YouTube history list, which displays previous searches for basketball dunks, horse racing, and hockey fights.  The second screenshot to the right shows the Transform Ultra display after the user selects "hockey fights" from that list.  As the screenshot demonstrates, "hockey fights" is entered into the Search YouTube field and displayed on the screen.<br> |

| Claim 4 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| | Similarly, in the Maps application, if the user selects a choice from the Search Maps history list, that choice is input into the Transform Ultra and displayed in the field of the Search Maps form.  The first screenshot shows the Search Maps history list, which displays previous searches for park, hotel, and coffee.  The second screenshot shows the Transform Ultra display after the user selects "coffee" from that list.  As the screenshot demonstrates, "coffee" is entered into the Search Maps field and displayed on the screen.<br><br> |

| Claim 4 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
|  | Also, in the Play Store application, if the user selects a choice from the Play Store history list, that choice is input into the Transform Ultra and displayed in the field of the Search Google Play form.  The first screenshot shows the Play Store history list, which displays previous searches for angry birds, mint, and bank of america.  The second screenshot shows the Transform Ultra display after the user selects "angry birds" from that list.  As the screenshot demonstrates, "angry birds" is entered into the Search Google Play field and displayed on the screen.<br><br> |

| Claim 5 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| 5. A pen-based computer system as recited in claim 2, | See claim chart for claim 2. |
| wherein said history table for the field class corresponding to the field is updated in accordance with a selected item. | The Transform Ultra updates the history table for the field class corresponding to the field in accordance with a selected item.  For example, in the YouTube application, after the user selects an item from the YouTube history list, the history list is updated so that the selected item is listed first in the history list.  The YouTube history list is generated from data contained in a history table associated with the Search YouTube field class.  The first screenshot shows the YouTube history list before the user selects "hockey fights."  The second screenshot shows the YouTube history list after the user selects "hockey fights."  As can be seen, "hockey fights" is listed first in the second screenshot, which reflects the updated YouTube history table.<br><br> |

| Claim 5 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
|  | Similarly, in the Maps application, after the user selects an item from the Maps history list, the history list is updated so that the selected item is listed first in the history list.  The Maps history list is generated from data contained in a history table associated with the Search Maps field class.  The first screenshot shows the Maps history list before the user selects "coffee."  The second screenshot shows the Maps history list after the user selects "coffee."  As can be seen, "coffee" is listed first in the second screenshot, which reflects the updated Maps history table.<br /> |

| Claim 5 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| | Also, in the Play Store application, after the user selects an item from the Play Store history list, the history list is updated so that the selected item is listed first in the history list.  The Play Store history list is generated from data contained in a history table associated with the Play Store field class.  The first screenshot shows the Play Store history list before the user selects "angry birds."  The second screenshot shows the Play Store history list after the user selects "angry birds."  As can be seen, "angry birds" is listed first in the second screenshot, which reflects the updated Play Store history table.<br><br> |

| Claim 8 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| 8. A graphical user interface, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Transform Ultra provides a graphical user interface on a portable computer, as evidenced by the presence of a CPU, an operating system, and a display device.<br><br>The Samsung Transform Ultra has a 1 GHz processor.  *See* Transform Ultra, Features, *available at* http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR-features ("Features").<br><br>The Samsung Transform Ultra runs on the Android operating system.  *Id.*<br><br>The Samsung Transform Ultra also includes a 3.5" HVGA touchscreen.  *Id.*<br><br> |

| Claim 8 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| a history list for each of a plurality of field classes; | The Samsung Transform Ultra provides a history list for each of a plurality of field classes.  As shown below, a separate history list is provided for the YouTube field class, the Maps field class and the Play Store field class, among others.  The history list for the YouTube App shows previous searches for "basketball dunks," " horse racing," and "hockey fights."  The history list for the Maps App shows previous searches for "park," "hotel," and "coffee."  The history list for the Play Store shows previous searches for "bank of america," "mint," and "angry birds."  Each application's history list is different.<br><br> |

| Claim 8 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| a form having at least one field requiring data input, the field being associated with one of the field classes; and | The Samsung Transform Ultra provides a form having at least one field requiring data input, the field being associated with one of the field classes.  For example, the YouTube app provides a Search YouTube field that requires data input.  The Search YouTube field is associated with the Search YouTube field class, as seen in the below screen capture.<br><br> |

| Claim 8 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| | In the Maps application, a form is provided in the graphical user interface that requires data input that is associated with the Search Maps field class.<br><br> |

| Claim 8 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| | In the Play Store application, a form that is associated with the Play Store field class requiring data input is displayed.<br> |

| Claim 8 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| a history list selector for selecting the history list for the field based on the field class associated with the field. | The Samsung Transform Ultra provides a history list selector that selects a history list for a field based on the field class associated with that field.  For example, in the YouTube app, the Transform Ultra selects and displays the history list for the Search YouTube field class.  In the screenshot below, the Search YouTube history list contains previous searches for basketball dunks, horse racing, and hockey fights.<br><br> |

| Claim 8 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| | In comparison, the Samsung Transform Ultra selects and displays the history list associated with the "Search Maps" field class in the Maps application.  As shown below, the Transform Ultra displays the history list for the Maps application, including recent searches for park, hotel, and coffee.<br><br> |

| Claim 8 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| | Similarly, the Samsung Transform Ultra selects and displays the history list associated with the Play Store field class in the Play Store application.  As shown below, the Transform Ultra displays the history list for the Play Store application, including recent searches for "bank of america," "mint," and "angry birds."  |

| Claim 11 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| 11. A method for inputting data into a computer system having a display screen associated therewith, said method comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Transform Ultra provides a method of inputting data into a computer system.  The Samsung Transform Ultra is a computer system that has a display screen, as evidenced by the presence of a CPU, an operating system, and a display device.<br><br>The Samsung Transform Ultra has a 1 GHz processor.  *See* Transform Ultra, Features, *available at* http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR-features ("Features").<br><br>The Samsung Transform Ultra runs on the Android operating system.  *Id.*<br><br>The Samsung Transform Ultra also includes a 3.5" HVGA touchscreen.  *Id.*<br><br><br><br>The Samsung Transform Ultra performs the claimed method, as set forth below.  Samsung encourages users of the Samsung Transform Ultra to perform this claimed method by highlighting applications capable of performing this method, such as the Maps, Play Store (previously known as the Market app), and YouTube apps, in the Samsung Transform Ultra User Guide.  (Samsung Transform Ultra User Guide at 73-78, 120-21 *available at* http://downloadcenter.samsung.com/content/UM/201111/20111102064955068/SPH-M930_User_Guide.pdf). |

| Claim 11 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| (a) displaying a form on the display screen of the computer system, the form having at least one field associated with a field class and requiring data entry by a user; | The Samsung Transform Ultra displays a form on the display screen of the device, the form having at least one field associated with a field class and requiring data entry by the user.  For example, the Transform Ultra provides a form in the YouTube application through which a user can input a term or terms to be searched.  The YouTube application form has at least one field requiring data input, namely the "Search YouTube" field that is associated with the Search YouTube field class.<br><br> |

| Claim 11 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Similarly, as seen in the screen shot below, the Maps application displays at least one field requiring data input, namely the "Search Maps" field that is associated with the Search Maps field class.<br><br> |

| Claim 11 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Also, as seen in the screen shot below, the Play Store application displays at least one field requiring data input, namely the "Search Google [Play]" field that is associated with the Play Store field class.<br><br> |

| Claim 11 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| (b) displaying a history list associated with the field class on the display screen on the computer system; | The Samsung Transform Ultra displays a history list associated with the field class on the display screen on the computer system.  For example, in the YouTube application, upon the user tapping in the search field, the Transform Ultra presents a history list associated with the Search YouTube field class on the display screen on the computer system.  As shown below, the Samsung Transform Ultra displays the history list for the Search YouTube field class.<br><br> |

| Claim 11 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Similarly, upon the user tapping the search field in the Maps application, the Transform Ultra displays a history list associated with the Search Maps field class.<br><br> |

| Claim 11 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Also, if the user taps the search field in the Play Store application, the Transform Ultra displays a history list associated with the Play Store field class.<br> |

| Claim 11 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| (c) determining whether the user has selected an item from the displayed history list; | The Samsung Transform Ultra determines whether the user selects one of the choices through the touch-sensitive interface.  For example, after the user selects "hockey fights" in the YouTube history list, the Transform Ultra determines that the user has selected the "hockey fights" item from the history list and runs the search for hockey fights, as shown below.<br> |

| Claim 11 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Similarly, after the user selects "coffee" in the Maps history list, the Transform Ultra determines that the user has selected "coffee" from the history list and runs the search for coffee, as shown below.<br><br> |

| Claim 11 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Also, after the user selects "angry birds" in the Play Store history list, the Transform Ultra determines that the user has selected "angry birds" from the history list and runs the search for angry birds, as shown below.<br><br> |

| Claim 11 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| (d) assigning a data value for the field to that of a data value associated with the selected item when said determining (c) determines that the user has selected an item; and | The Samsung Transform Ultra then assigns the data value for the "Search YouTube" field to be a data value associated with the selected item.  For example, after the user selects "hockey fights" from the YouTube history list, the Transform Ultra assigns "hockey fights" to the "Search YouTube" field class and executes the search.  The below screenshot shows the Transform Ultra display after the user selects "hockey fights" from the history list.<br><br> |

| Claim 11 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Similarly, after the user selects "coffee" from the Maps history list, the Transform Ultra assigns "coffee" to the "Search Maps" field class and executes the search.  The below screenshot shows the Transform Ultra display after the user selects "coffee" from the Maps history list.<br><br> |

| Claim 11 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Also, after the user selects "angry birds" from the Play Store history list, the Transform Ultra assigns "angry birds" to the Play Store field class and executes the search.  The below screenshot shows the Transform Ultra display after the user selects "angry birds" from the Play Store history list.<br><br> |

| Claim 11 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| (e) updating the history list in accordance with the selected item when said determining (c) determines that the user has selected an item. | The Samsung Transform Ultra then updates the history list to place the most recently entered search first in the history list.  As shown below, when the user returns to the "Search YouTube" field, the YouTube history list now lists "hockey fights" at the top of the history list.<br><br> |

| Claim 11 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
|  | Similarly, when the user returns to the "Search Maps" field, the Maps history list now lists "coffee" at the top of the history list.<br> |

| Claim 11 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
|  | Also, when the user returns to the Play Store field, the Play Store history list now lists "angry birds" at the top of the history list.<br><br> |

| Claim 13 of the '502 Patent | Infringement by the Samsung Transform Ultra |
|---|---|
| A method as recited in claim 11. | See claim chart for claim 11. |
| wherein the computer system is a pen-based computer system. | The Samsung Transform Ultra is a pen-based computer system.  The Transform Ultra features a touchscreen capable of receiving inputs from the Galaxy Tab Conductive Stylus, which "simulates a finger touch, tap or swipe to provide a full touch screen environment without fingerprints or smudging."  (Galaxy Tab Conductive Stylus Features, *available at* http://www.samsung.com/us/mobile/cell-phones-accessories/ET-S100CBEGSTA-features). |

| Claim 14 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| 14.  A method as recited in claim 11, | See claim chart for claim 11. |
| wherein the history list is a list of most recently used data values for the field class. | The Transform Ultra provides history lists of most recently used data values for the field class.  For example, in the screenshots below, the history lists for the YouTube, Maps, and Play Store applications display the most recently used data values.<br><br> |

| Claim 15 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| 15. A method as recited in claim 11 | See claim chart for claim 11 above. |
| wherein said method further comprises (f) inputting the data by some other means when said determining (c) determines that the user has not selected an item, and | The Samsung Transform Ultra allows the user to input data by some other means if the user chooses not to select an item from the history list.  Instead of choosing an item from the history list, the user can use the virtual keyboard to enter data manually.  The below screenshots show history lists for the YouTube, Maps, and Play Store field classes, respectively.<br><br> |

| Claim 15 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Instead of selecting an item from the history list, the user can input data by some other means: using the virtual keyboard, the user can manually enter data into the search field.  For example, the screenshots below show the Transform Ultra display after the user, instead of selecting an item from the YouTube history list, manually inputs the search term "bloopers" in the Search YouTube field and executes the search.<br><br>  |

| Claim 15 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Similarly, instead of choosing an item from the Maps history list, the user can also manually enter data into the Search Maps field using the virtual keyboard.  The screenshots below show the Transform Ultra display after a user manually inputs the term "diner" into the Maps search field and runs the search.<br><br> |

| Claim 15 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Also, instead of choosing an item from the Play Store history list, the user can also manually enter data into the Play Store field using the virtual keyboard.  The screenshots below show the Transform Ultra display after a user manually inputs the term "draw" into the Play Store search field and runs the search.<br><br> |

| Claim 15 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| wherein said updating (e) comprises: (e1) determining whether the data value already exists in the history list; and (e2) adding the data value to the history list if the data value is determined not to exist in the history list. | The Samsung Transform Ultra determines whether the data manually entered by the user already exists in the history list.  If the value does not exist in the history list, the Samsung Transform Ultra adds the value to the history list.  For example, after the user runs the search for "bloopers," which was not previously in the YouTube history list, the Transform Ultra adds "bloopers" to the YouTube history list, as seen in the screenshot below.<br><br> |

| Claim 15 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Similarly, after the user runs the search for "diner," which was not previously in the Maps history list, the Transform Ultra adds "diner" to the YouTube history list, as seen in the screenshot below.<br><br> |

| Claim 15 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Also, after the user runs the search for "draw," which was not previously in the Play Store history list, the Transform Ultra adds "draw" to the Play Store history list, as seen in the screenshot below.<br> |

| Claim 16 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| 16. A method for inputting data into a computer system having a display screen associated therewith, said method comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Transform Ultra provides a method of inputting data into a computer system.  The Samsung Transform Ultra is a computer system that has a display screen, as evidenced by the presence of a CPU, an operating system, and a display device.<br><br>The Samsung Transform Ultra has a 1 GHz processor.  *See* Transform Ultra, Features, *available at* http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR-features ("Features").<br><br>The Samsung Transform Ultra runs on the Android operating system.  *Id.*<br><br>The Samsung Transform Ultra also includes a 3.5" HVGA touchscreen.  *Id.*<br><br><br><br>The Samsung Transform Ultra performs the claimed method, as set forth below.  Samsung encourages users of the Samsung Transform Ultra to perform this claimed method by highlighting applications capable of performing this method, such as the Maps, Play Store (previously known as the Market app), and YouTube apps, in the Samsung Transform Ultra User Guide.  (Samsung Transform Ultra User Guide at 73-78, 120-21 *available at* http://downloadcenter.samsung.com/content/UM/201111/20111102064955068/SPH-M930_User_Guide.pdf). |

| Claim 16 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| (a) providing a history table for each of a plurality of field classes; | The Samsung Transform Ultra provides a history table for each of a plurality of field classes.  A separate history table is provided for the Search YouTube field class, the Search Maps field class, and the Play Store field class, among others.  As shown below, the Samsung Transform Ultra displays a history list for the Search YouTube field class, the Search Maps field class, and the Play Store field class, which are associated with the Search YouTube history table, the Search Maps history table, and the Play Store history table, respectively.<br> |

| Claim 16 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| (b) displaying a form on the display screen of the computer system, the form having at least one field associated with a field class and requiring data entry by a user; | The Samsung Transform Ultra displays a form on the display screen that has at least one field associated with a field class and requiring data entry by a user.  For example, the YouTube application displays a form that has at least one field requiring data entry by a user, namely, the "Search YouTube" field, which is associated with the Search YouTube field class.  Similarly, the Maps application displays a form that has at least one field requiring data entry by the user, namely, the "Search Maps" field, which is associated with the Search Maps field class.  Also, the Play Store application displays a form that has at least one field requiring data entry by the user, namely, the "Search Google Play" field, which is associated with the Play Store field class.  The below screenshots show the forms found in the YouTube, Maps, and Play Store apps, respectively.<br><br> |

| Claim 16 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| (c) producing a history list for the field on the display screen of the computer system based on the history table for the field class associated with the field; | The Samsung Transform Ultra produces a history list for the "Search YouTube" field, which is on the display screen of the computer, based on a history table for the YouTube field class.  Similarly, the Samsung Transform Ultra produces a history list for the "Search Maps" field, which is on the display screen, based on a history table for the Search Maps field class.  Also, the Samsung Transform Ultra produces a history list for the "Search Google Play" field, which is on the display screen, based on a history table for the Play Store field class. |

| Claim 16 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| (d) displaying the history list produced on the display screen of the computer system; | The Samsung Transform Ultra also displays the history list produced on its display screen.  The screenshots below show the Transform Ultra displaying the history lists produced for the Search YouTube, Search Maps, and Play Store fields, respectively.  These lists are displayed after a user selects the magnifying glass in each of the respective applications.<br><br> |

| Claim 16 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| (e) determining whether the user has selected an item from the displayed history list; | The Samsung Transform Ultra determines whether the user selects one of the choices through the touch-sensitive interface. For example, below, the phrase "hockey fights" was determined to be selected from the Search YouTube history list, the term "coffee" was determined to be selected from the Maps history list, and the phrase "angry birds" was determined to be selected from the Play Store history list.<br><br> |

| Claim 16 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| (f) assigning a data value for the field to that of a data value associated with the selected item when said determining (e) determines that the user has selected an item; and | The Samsung Transform Ultra then assigns the data value for the "Search YouTube," "Search Maps," and Play Store fields to be the data value associated with the selected item.  For example, after the user selects "hockey fights" from the YouTube history list, the Transform Ultra assigns "hockey fights" to the "Search YouTube" field class and executes the search.  Similarly, after the user selects "coffee," the Transform Ultra assigns "coffee" to the "Search Maps" field class and executes the search.  Also, after the user selects "angry birds" from the Play Store history list, the Transform Ultra assigns "angry birds" to the Play Store field class and executes the search.  The below screenshots show the Transform Ultra display after the user makes the above described selections.<br><br>   |

| Claim 16 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| (g) updating the history list in accordance with the selected item when said determining (e) determines that the user has selected an item. | The Samsung Transform Ultra then updates the history list to place the most recently entered search first in the history list.  For example, when the user returns to the YouTube search page and is prompted to input data for the "Search YouTube" field, the YouTube history list now lists "hockey fights" at the top of the history list.  Similarly, when the user returns to the Maps search page and is prompted to input data for the "Search Maps" field, the Maps history list now lists "coffee" at the top of the history list.  Also, when the user returns to the Play Store search page and is prompted to input data for the "Search Google Play" field, the history list now lists "angry birds" at the top of the history list.  The updated history lists are shown in the screenshots below.<br><br> |

| Claim 17 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| 17.  A method as recited in claim 16, | See claim chart for claim 16. |
| wherein the history table corresponding to each of the field classes includes a plurality of entries, each entry comprises a data value and usage information, | The Transform Ultra utilizes history tables that may contain a plurality of entries, where each entry comprises a data value and usage information.  For example, the screenshots below show history lists of the most recently used searches for the Search YouTube, Search Maps, and Play Store field classes.  This list is generated from a history table containing data values (such as "hockey fights" and "coffee") and usage information (most recently used information).<br><br> |

| Claim 17 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| wherein said producing (c) comprises: (c1) identifying the history table for the field class associated with the field; | The Transform Ultra identifies the history table for the field class associated with the field.  For example, in the below screenshot, the Transform Ultra identifies the history tables associated with the Search YouTube field class and displays the history list corresponding to that history table.<br><br> |

| Claim 17 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Similarly, in the below screenshot, the Transform Ultra identifies the history table associated with the Search Maps field class and displays the history list corresponding to that history table.<br><br> |

| Claim 17 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Also, in the screenshot below, the Transform Ultra identifies the history table associated with the Play Store field class and displays the history list corresponding to that history table.  |

| Claim 17 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| (c2) generating the items of the history list from the data values in the history table identified. | The Transform Ultra generates the items of the history list from the data values in the history table identified. For example, in the below screenshot, the Transform Ultra identifies the history table associated with the Search YouTube field class and generates the YouTube history list from the data values in that history table.<br><br> |

| Claim 17 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Similarly, in the below screenshot, the Transform Ultra identifies the history table associated with the Search Maps field class and generates the Maps history list from the data values in that history table.<br><br> |

| Claim 17 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Also, in the below screenshot, the Transform Ultra identifies the history table associated with the Play Store field class and generates the Play Store history list from the data values in that history table.<br> |

| Claim 20 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| 20.  A method as recited in claim 17, | See claim chart for claim 17 |
| wherein the data values within the history table correspond directly or indirectly to input values for the field. | The data values within the history table correspond directly or indirectly to input values for the field.  For example, the data values in the Search YouTube history table correspond directly or indirectly to the values listed in the YouTube search history list, which are input values for the Search YouTube field.  Similarly, the data values in the Search Maps history table correspond directly or indirectly to the values listed in the Maps history list, which are input values for the Search Maps field.  Also, the data values in the Play Store history table correspond directly or indirectly to the values listed in the Play Store history list, which are input values for the Play Store field. |

| Claim 22 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| 22.  A method as recited in claim 16, | See claim chart for claim 16. |
| wherein the history table contains the most recently used data values for the field class. | The Samsung Transform Ultra provides a history table that contains the most recently used data values for the field class.  The history lists displayed below for the Search YouTube, Search Maps, and Play Store fields display the most recently used data values for those fields.  The history lists displayed draw information from history tables, which contain the most recently used data values for the Search YouTube, Search Maps, and Play Store field classes, respectively.  |

| Claim 23 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| 23. A method as recited in claim 16 | See above claim chart. |
| wherein said method further comprises (h) inputting the data value by some other means when said determining (c) determines that the user has not selected an item, and | The Samsung Transform Ultra allows the user to input data by some other means if the user chooses not to select an item from the history list.  Instead of choosing an item from the history list, the user can use the virtual keyboard to enter data manually.  The below screenshots show history lists for the YouTube, Maps, and Play Store field classes, respectively.<br><br> |

| Claim 23 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Instead of selecting an item from the history list, the user can input data by some other means: using the virtual keyboard, the user can manually enter data into the search field.  For example, the screenshots below show the Transform Ultra display after the user, instead of selecting an item from the YouTube history list, manually inputs the search term "bloopers" in the Search YouTube field and executes the search.<br><br>  |

| Claim 23 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Similarly, instead of choosing an item from the Maps history list, the user can also manually enter data into the Search Maps field using the virtual keyboard.  The screenshots below show the Transform Ultra display after a user manually inputs the term "diner" into the Maps search field and runs the search.<br><br> |

| Claim 23 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Also, instead of choosing an item from the Play Store history list, the user can also manually enter data into the Play Store field using the virtual keyboard.  The screenshots below show the Transform Ultra display after a user manually inputs the term "draw" into the Play Store search field and runs the search.<br><br> |

| Claim 23 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| wherein said updating (g) comprises: (g1) determining whether the data value already exists in the history list; and (g2) adding the data value to the history table if the data value is determined not to exist in the history list. | The Samsung Transform Ultra determines whether the data manually entered by the user already exists in the history list.  If the value does not exist in the history list, the Samsung Transform Ultra adds the value to the history list.  For example, after the user runs the search for "bloopers," which was not previously in the YouTube history list, the Transform Ultra adds "bloopers" to the YouTube history list, as seen in the screenshot below.<br><br> |

| Claim 23 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Similarly, after the user runs the search for "diner," which was not previously in the Maps history list, the Transform Ultra adds "diner" to the YouTube history list, as seen in the screenshot below.<br><br> |

| Claim 23 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Also, after the user runs the search for "draw," which was not previously in the Play Store history list, the Transform Ultra adds "draw" to the Play Store history list, as seen in the screenshot below.<br><br> |

| Claim 24 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| 24. A method as recited in claim 23, wherein said updating (g) further comprises: | See claim chart for claim 23. |
| (g3) updating the usage information corresponding to the data value to reflect its recent usage. | The Transform Ultra updates the usage information corresponding to the data value to reflect its recent usage. For example, the below screenshots show the history list for the YouTube search field before and after running the search for "bloopers". As can be seen from the screenshot on the right, the "bloopers" search is first on the list. This reflects the fact that it was the most recently used data value in the Search YouTube field.<br><br> |

| Claim 24 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Similarly, the below screenshots show the history list for the Search Maps field before and after running the search for "diner."  As can be seen from the screenshot on the right, the "diner" search is first on the list.  This reflects the fact that it was the most recently used data value in the Search Maps field.<br><br> |

| Claim 24 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Also, the below screenshots show the history list for the Play Store field before and after running the search for "draw".  As can be seen from the screenshot on the right, the "draw" search is first on the list.  This reflects the fact that it was the most recently used data value in the Search YouTube field.  |

| Claim 26 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| 26. A computer readable medium containing program instructions for inputting data into a computer system having a display screen associated therewith, said computer readable medium comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Transform Ultra is a computer that includes memory containing programming instructions, as evidenced by the presence of a CPU, an operating system, and a display device. |

The Samsung Transform Ultra has a 1 GHz processor.  *See* Transform Ultra, Features, *available at* http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR-features ("Features").

The Samsung Transform Ultra runs on the Android operating system.  *Id.*

The Samsung Transform Ultra also includes a 3.5" HVGA touchscreen.  *Id.*



The Samsung Transform Ultra also includes computer readable media that contain instructions.  For example, the Transform Ultra comes pre-installed with a variety of applications that run on the Android operating system. *Id.*

71

| Claim 26 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| computer readable code devices for displaying a form on the display screen of the computer system, the form having at least one field associated with a field class and requiring data entry by a user; | The Samsung Transform Ultra includes computer readable code devices for displaying a form having at least one field requiring data input, the field being associated with one of the field classes.  For example, the Transform Ultra provides a form in the YouTube application through which a user can input a term or terms to be searched.  The YouTube application form has at least one field requiring data input, namely the "Search YouTube" field that is associated with the YouTube field class.<br><br> |

| Claim 26 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Similarly, as seen in the screen shot below, the Maps application displays at least one field requiring data input, namely the "Search Maps" field that is associated with the Search Maps field class.<br><br> |

| Claim 26 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Also, as seen in the screen shot below, the Play Store application displays at least one field requiring data input, namely the "Search Google [Play]" field that is associated with the Play Store field class.<br> |

| Claim 26 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| computer readable code devices for displaying a history list associated with the field class on the display screen on the computer system; | The Samsung Transform Ultra includes computer readable code devices for displaying a history list associated with the field class on the display screen on the computer system.  For example, in the YouTube application, upon the user tapping in the search field, the Transform Ultra presents a history list associated with the Search YouTube field class on the display screen on the computer system.  As shown below, the Samsung Transform Ultra displays the history list for the Search YouTube field class.<br> |

| Claim 26 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Similarly, upon the user tapping the search field in the Maps application, the Transform Ultra displays a history list associated with the Search Maps field class.<br><br> |

| Claim 26 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Also, if the user taps the search field in the Play Store application, the Transform Ultra displays a history list associated with the Play Store field class.<br><br> |

| Claim 26 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| computer readable code devices for determining whether the user has selected an item from the displayed history list; | The Samsung Transform Ultra includes computer readable code devices for determining whether the user selects one of the choices through the touch-sensitive interface. For example, after the user selects "hockey fights" in the YouTube history list, the Transform Ultra determines that the user has selected the "hockey fights" item from the history list and runs the search for hockey fights, as shown below.<br><br> |

| Claim 26 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Similarly, after the user selects "coffee" in the Maps history list, the Transform Ultra determines that the user has selected "coffee" from the history list and runs the search for coffee, as shown below.<br><br> |

| Claim 26 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
|  | Also, after the user selects "angry birds" in the Play Store history list, the Transform Ultra determines that the user has selected "angry birds" from the history list and runs the search for angry birds, as shown below.<br><br> |

| Claim 26 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| computer readable code devices for assigning a data value for the field to that of a data value associated with the selected item when said determining (c) determines that the user has selected an item; and | The Samsung Transform Ultra includes computer readable code devices for assigning the data value for the "Search YouTube" field to be a data value associated with the selected item.  For example, after the user selects "hockey fights" from the YouTube history list, the Transform Ultra assigns "hockey fights" to the "Search YouTube" field class and executes the search.  The below screenshot shows the Transform Ultra display after the user selects "hockey fights" from the history list.<br><br> |

| Claim 26 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Similarly, after the user selects "coffee" from the Maps history list, the Transform Ultra assigns "coffee" to the "Search Maps" field class and executes the search.  The below screenshot shows the Transform Ultra display after the user selects "coffee" from the Maps history list.<br><br> |

| Claim 26 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Also, after the user selects "angry birds" from the Play Store history list, the Transform Ultra assigns "angry birds" to the Play Store field class and executes the search.  The below screenshot shows the Transform Ultra display after the user selects "angry birds" from the Play Store history list.<br><br> |

| Claim 26 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| computer readable code devices for updating the history list in accordance with the selected item when said determining (c) determines that the user has selected an item. | The Samsung Transform Ultra includes computer readable code devices for updating the history list to place the most recently entered search first in the history list.  As shown below, when the user returns to the "Search YouTube" field, the YouTube history list now lists "hockey fights" at the top of the history list.  |

| Claim 26 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Similarly, when the user returns to the "Search Maps" field, the Maps history list now lists "coffee" at the top of the history list.<br><br> |

| Claim 26 of the '502 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Also, when the user returns to the Play Store field, the Play Store history list now lists "angry birds" at the top of the history list.<br><br> |