**INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE SAMSUNG GALAXY SII SKYROCKET (SGH-I727)**

| Claim 1 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| 1.  A method of unlocking a hand-held device, the device including a touch-sensitive display, the method comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Galaxy SII Skyrocket is a hand-held device including a touch-sensitive display.  Specifically, the Samsung Galaxy SII Skyrocket is a smartphone with a 4.5'' Super AMOLED Plus screen.  (*See* Samsung, Galaxy SII Skyrocket Android Smartphone, Features, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-features).  It weighs 4.66 oz. and measures 5.15'' (L) x 2.75'' (W) x 0.37'' (D).  (*Id.*).<br><br><br><br>(Samsung, Galaxy SII Skyrocket Android Smartphone, Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-gallery). |

---

[1] Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | **Display**<br><br>˙ Display Resolution: 800x480 pixels<br>˙ Display Size: 4.5"<br>˙ Display Technology: Super AMOLED™ Plus<br><br>(Samsung, Galaxy SII Skyrocket Android Smartphone, Features, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-features (last visited Apr. 20, 2012)).<br><br>As described below, the Samsung Galaxy SII Skyrocket performs the claimed method. Samsung promotes slide to unlock as a standard feature of the Galaxy SII Skyrocket.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Samsung Galaxy SII Skyrocket Mobile Phone User Manual, at 42-43, 48 (2011) [hereinafter "Galaxy SII Skyrocket User Guide"]).  According to the Galaxy SII Skyrocket User Guide, it has a touch screen that "provides quick responses to a variety of in-phone menus and options including applications and seven home screens." (*Id.* at 15).  A user interacts with the Galaxy SII Skyrocket's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or "sweeping," meaning "lightly drag[ging] your finger vertically or horizontally across the screen." (*See* Galaxy SII Skyrocket User Guide, at 28).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Galaxy SII Skyrocket detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.<br><br>For example, when the Samsung Galaxy SII Skyrocket receives a call, it displays the caller's phone number and an unlock image on an incoming call screen.  (*See* Galaxy SII Skyrocket User Guide, at 42).  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Galaxy SII Skyrocket's touchscreen, as shown below. (*Id.*).  The Samsung Galaxy SII Skyrocket detects contact with this unlock image as a user touches and slides the image to answer the call. (*Id.*). |

2

| Claim 1 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
|  | **Answering a Call**<br><br>When a call is received the phone rings and displays the caller's phone number, or name if stored in the Address Book.<br><br>1.   At the incoming call screen:<br><br>   •  Touch and slide 📞 to the right to answer the call.<br><br><br><br>**(Representation from Samsung Galaxy SII Skyrocket User Guide showing user touching and sliding the unlock icon to the right.  *Id.*)**<br><br>As a second example, when a locked Samsung Galaxy SII Skyrocket receives a text message through it Messaging application, it displays an unlock image on the home screen, as shown below. |

| Claim 1 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | <br><br>The unlock image, which is an orange icon containing a representation of the Messaging application, appears a predefined location at the right side of the Samsung Galaxy SII Skyrocket's locked touchscreen, as shown above.  The Samsung Galaxy SII Skyrocket detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone and view the text message. |

| Claim 1 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| |  **(Screenshots of the Samsung Galaxy SII Skyrocket detecting contact with the messaging unlock image (middle) as a user touches the image and slides it to the left)** As is shown in the middle screenshot above, when the Samsung Galaxy SII Skyrocket detects contact with the unlock image, it displays a white arrow on the left side of the locked home screen. As a third example, when the user misses an incoming call, the Samsung Galaxy SII Skyrocket displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Galaxy SII Skyrocket's touchscreen, as shown in the screenshot below. |

| Claim 1 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| |  (**Screenshot of the locked home screen for the Samsung Galaxy SII Skyrocket, displaying the missed call unlock image at a predefined location at the left side of the touchscreen**)<br><br>The Samsung Galaxy SII Skyrocket detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and view missed call information. |

| Claim 1 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | 

**(Screenshots of the Samsung Galaxy SII Skyrocket detecting a contact with the unlock image on the locked home screen (middle) as the user slides the unlock image to the right)**

As is shown in the middle screenshot above, when the Samsung Galaxy SII Skyrocket detects a contact with the red unlock image, an arrow appears in a predefined location at the right side of the screen. |
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the | The Samsung Galaxy SII Skyrocket continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.

Specifically, as the user touches and slides the unlock image on the incoming call screen, the |

| Claim 1 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | Samsung Galaxy SII Skyrocket continuously moves the unlock image from left to right on the touchscreen display while the user maintains contact with the screen.  (*See* Galaxy SII Skyrocket User Guide, at 42).<br><br><br><br>**(Representation from Galaxy SII Skyrocket User Guide showing user touching and sliding the unlock icon from left to right to unlock the phone.  *Id.*)**<br><br>Further, at the incoming call screen, the Samsung Galaxy SII Skyrocket's unlock image is a graphical object, namely a green icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.  (*See* Galaxy SII Skyrocket User Guide, at 42).<br><br><br><br>(*Id.*). |

| Claim 1 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the Galaxy SII Skyrocket continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below.<br><br><br><br>**(Screenshots of the Galaxy SII Skyrocket continuously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone)**<br><br>Further, at the locked home screen, the Galaxy SII Skyrocket's messaging unlock image is a graphical object, namely an orange icon containing the representation of a text message, that the user touches and then slides across the touchscreen to unlock the phone and view the new text message. |

| Claim 1 | Infringement by the Samsung Galaxy SII Skyrocket |
|---------|--------------------------------------------------|
| | **(Screenshot of the Samsung Galaxy SII Skyrocket's locked home screen with the messaging unlock image on the right)**<br><br>As a third example, as the user touches and slides the missed call unlock image on the locked home screen, the Samsung Galaxy SII Skyrocket continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 1 | Infringement by the Samsung Galaxy SII Skyrocket |
| --- | --- |
| |  **(Screenshots showing the Samsung Galaxy SII Skyrocket continuously moving the unlock image as a user slides it to the right to unlock the phone)** |

| Claim 1 | Infringement by the Samsung Galaxy SII Skyrocket |
|---------|--------------------------------------------------|
| | Further, the Samsung Galaxy Skyrocket's missed call unlock image is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone, as shown below.<br><br><br><br>**(Screenshot showing the missed call unlock image on the locked Samsung Galaxy SII Skyrocket home screen)** |

| Claim 1 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Galaxy SII Skyrocket unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.  Specifically, the Galaxy SII Skyrocket unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  (*See* Galaxy SII Skyrocket User Guide, at 42). <br><br>(**Representation of a user sliding the green unlock image from a first pre-defined location at the left side of the Galaxy SII Skyrocket touchscreen to the unlock region in order to unlock the phone to answer an incoming call.**  *See* Galaxy SII Skyrocket User Guide, at 42.)<br><br>After the user answers and then terminates the call, the Samsung Galaxy SII Skyrocket remains unlocked for the user to operate. |

| Claim 1 | Infringement by the Samsung Galaxy SII Skyrocket |
|---------|--------------------------------------------------|
|         | As a second example, the Samsung Galaxy SII Skyrocket unlocks and opens the messaging application when the user slides the orange messaging unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display, as shown below.<br><br><br><br>(**Screenshots of the Samsung Galaxy SII Skyrocket showing the messaging unlock image sliding to the left and the phone unlocking as image reaches the predefined unlock region**)<br><br>After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user. |

| Claim 1 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| |  (**Screenshot of the Galaxy SII Skyrocket after the user exits the Messaging application**) As a third example, the Samsung Galaxy SII Skyrocket unlocks to permit the user to view missed call information when the user slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow, as shown below. |

| Claim 1 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | <br><br>(**Screenshots of the Samsung Galaxy SII Skyrocket showing the unlock image sliding to the right as a user unlocks the phone to view missed call information**)<br><br>After the user unlocks the phone using the missed call unlock image, all applications on the phone are available to the user.  Thus, the phone is a in a user-interface unlock state. |

| Claim 1 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | <br><br>**(Screenshot of the Samsung Galaxy SII Skyrocket after the user exits the missed call log)** |

| Claim 3 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| 3.  The method of claim 1, wherein the moving comprises movement along a predefined channel from the first predefined location to the predefined unlock region. | The Samsung Galaxy SII Skyrocket comprises movement along a predefined channel from the first predefined location to the predefined unlock region.  As described herein, the Samsung Galaxy SII Skyrocket performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Galaxy SII Skyrocket User Guide, at 42-43, 48).<br><br>For example, to unlock the phone to answer an incoming call, the user moves the green |

| Claim 3 | Infringement by the Samsung Galaxy SII Skyrocket |
|---------|--------------------------------------------------|
| | incoming call unlock image from a predefined location at the left side of the screen along a predefined channel to the predefined unlock region on the right side of the Samsung Galaxy SII Skyrocket's screen.  The predefined channel is shown in green in the image below.<br><br><br><br>(**Representation of a user sliding the green unlock image from a first predefined location at the left side of the Galaxy SII Skyrocket touchscreen to the unlock region in order to unlock the phone to answer an incoming call.**  *See* Galaxy SII Skyrocket User Guide, at 42.)<br><br>As a second example, to unlock the phone to view a new text message, the user moves the orange messaging unlock image from a predefined location at the right side of the screen in a predefined channel to the predefined unlock region on the left side of the Samsung Galaxy SII Skyrocket's screen.  The predefined channel is highlighted in green in the screenshot below. |

| Claim 3 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | <br><br>(**Screenshot of the Samsung Galaxy SII Skyrocket with the predefined channel highlighted in green**)<br><br>As a third example, to unlock the phone to view missed call information, the user moves the red missed call unlock image from a predefined location at the left side of the screen in a predefined channel to the predefined unlock region on the right side of the Samsung Galaxy SII Skyrocket's screen.  The predefined channel is highlighted in green in the screenshot below. |

| Claim 3 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
|  | <br><br>**(Screenshot of the Samsung Galaxy SII Skyrocket with the predefined channel highlighted in green)** |

| Claim 4 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| 4.  The method of claim 1, further comprising displaying visual cues to communicate a direction of movement of the unlock image required to unlock the device. | The Samsung Galaxy SII Skyrocket displays visual cues to communicate a direction of movement of the unlock image required to unlock the device.  As described herein, the Samsung Galaxy SII Skyrocket performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Galaxy SII Skyrocket User Guide, at 42-43, 48).<br><br>For example, the Samsung Galaxy SII Skyrocket displays an arrow on the phone's green unlock |

| Claim 4 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | image on the incoming call screen.  (*See* Galaxy SII Skyrocket User Guide, at 42).  The arrow is a visual cue that directs the user to slide the image to the right to answer an incoming call.  (*Id.*). The presence of the arrow on the unlock image is shown below. <br><br> 1.  At the incoming call screen: <br><br> • Touch and slide 📞 to the right to answer the call. <br><br>  <br><br> (**Image from the Galaxy SII Skyrocket User Guide with the arrow circled in yellow.** *See id.*) <br><br> As a second example, the Samsung Galaxy SII Skyrocket displays an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message. The presence of the arrow on the unlock image is shown below. |

| Claim 4 | Infringement by the Samsung Galaxy SII Skyrocket |
|---------|--------------------------------------------------|
|  | <br><br>(**Screenshot of the Samsung Galaxy SII Skyrocket showing the presence of the arrow on the messaging unlock image**)<br><br>Moreover, when the Samsung Galaxy SII Skyrocket detects user contact with the orange messaging unlock image, it displays a second arrow in the predefined unlock region on the left side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 4 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | <br><br>(**Screenshot of the Samsung Galaxy SII Skyrocket as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement**)<br><br><br>As a third example, the Samsung Galaxy SII Skyrocket displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log.  The presence of the arrow on the unlock image is shown below. |

| Claim 4 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| |  |

(**Screenshot of the Galaxy SII Skyrocket showing the presence of the arrow on the missed call unlock image**)

Moreover, when the Samsung Galaxy SII Skyrocket detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement.

| Claim 4 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| |  (**Screenshot of the Samsung Galaxy SII Skyrocket as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement**) |

| Claim 6 | Infringement by the Galaxy SII Skyrocket |
|---|---|
| 6.  The method of claim 4, wherein said visual cues comprise an arrow indicating a general direction of movement. | The Samsung Galaxy SII Skyrocket displays a visual cue comprising an arrow indicating a general direction of movement.  As described herein, the Samsung Galaxy SII Skyrocket performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Galaxy SII Skyrocket User Guide, at 42-43, 48).

For example, the Galaxy SII Skyrocket displays an arrow on the phone's green unlock image on the incoming call screen.  (*See* Galaxy SII Skyrocket User Guide, at 42).  The arrow is a visual cue that directs the user to slide the image to the right to answer an incoming call.  (*Id.*).  The |

| Claim 6 | Infringement by the Galaxy SII Skyrocket |
|---|---|
| | presence of the arrow on the unlock image is shown below.<br><br>1. At the incoming call screen:<br><br>• Touch and slide 📞 to the right to answer the call.<br><br><br><br>(**Image from the Galaxy SII Skyrocket User Guide with the arrow circled in yellow.** *See id.*)<br><br>As a second example, the Samsung Galaxy SII Skyrocket displays an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message. The presence of the arrow on the unlock image is shown below. |

| Claim 6 | Infringement by the Galaxy SII Skyrocket |
|---------|------------------------------------------|
|         |  (**Screenshot of the Samsung Galaxy SII Skyrocket showing the presence of the arrow on the messaging unlock image**) Moreover, when the Samsung Galaxy SII Skyrocket detects user contact with the orange messaging unlock image, it displays a second arrow in the predefined unlock region on the left side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 6 | Infringement by the Galaxy SII Skyrocket |
|---|---|
| | <br><br>(**Screenshot of the Samsung Galaxy SII Skyrocket as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement**)<br><br>As a third example, the Samsung Galaxy SII Skyrocket displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log.  The presence of the arrow on the unlock image is shown below. |

| Claim 6 | Infringement by the Galaxy SII Skyrocket |
|---------|------------------------------------------|
|         | <br><br>(**Screenshot of the Galaxy SII Skyrocket showing the presence of the arrow on the missed call unlock image**)<br><br>Moreover, when the Samsung Galaxy SII Skyrocket detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 6 | Infringement by the Galaxy SII Skyrocket |
|---|---|
| | <br>(**Screenshot of the Samsung Galaxy SII Skyrocket as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement**) |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| 7.  A portable electronic device, comprising: | To the extent that the preamble of claim 7 may be construed to be limiting, the Galaxy SII Skyrocket is a portable electronic device.<br><br>Specifically, the Galaxy SII Skyrocket is a smartphone with a 4.5'' Super AMOLED Plus screen.  (*See* Samsung, Galaxy SII Skyrocket Android Smartphone, Features, http://www.samsung.com/ us/mobile/cell-phones/SGH-I727MSAATT-features).  It weighs 4.66 oz. and measures 5.15'' (L) x 2.75'' (W) x 0.37'' (D).  (*Id.*).  Further, the Galaxy SII Skyrocket is "powered by a rechargeable Li-ion battery."  (Galaxy SII Skyrocket User Guide, at 7).<br><br><br><br>(Samsung, Galaxy SII Skyrocket Android Smartphone, Gallery, http://www.samsung.com/ us/mobile/cell-phones/SGH-I727MSAATT-gallery). |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| a touch-sensitive display; | The Samsung Galaxy SII Skyrocket comprises a touch-sensitive display.  In particular, according to the Galaxy SII Skyrocket's User Guide, it has a touch screen that "provides quick responses to a variety of in-phone menus and options including applications and seven home screens."  (Galaxy SII Skyrocket User Manual, at 15).  A user interacts with the Samsung Galaxy SII Skyrocket's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or "sweeping," meaning "lightly drag[ging] your finger vertically or horizontally across the screen."  (*See* Galaxy SII Skyrocket User Guide, at 28).<br><br><br><br>(Galaxy SII Skyrocket User Guide, at 30).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.").|

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| memory; | The Samsung Galaxy SII Skyrocket comprises memory.  Specifically, the Samsung Galaxy SII Skyrocket has 16GB of internal memory and supports up to a 32GB microSD card.  (Samsung, Galaxy SII Skyrocket Android Smartphone, Features, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-features (last visited Apr. 20, 2012)).<br><br><br><br>(Samsung, Galaxy SII Skyrocket Android Smartphone, Specs, http://www.samsung.com/ us/mobile/cell-phones/SGH-I727MSAATT-specs). |
| one or more processors; | The Samsung Galaxy SII Skyrocket comprises one or more processers.  Specifically, the Samsung Galaxy SII Skyrocket has a 1.5 GHz dual-core processor.  (Samsung, Galaxy SII Skyrocket Android Smartphone, Specs, http://www.samsung.com/ us/mobile/cell-phones/SGH-I727MSAATT-specs).<br><br><br><br>(Samsung, Galaxy SII Skyrocket Android Smartphone, Features, http://www.samsung.com /us/mobile/cell-phones/SGH-I727MSAATT-features). |
| one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | The Samsung Galaxy SII Skyrocket comprises one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions.<br><br>The Samsung Galaxy SII Skyrocket contains, among other modules, a contact/motion module in its memory that is configured for execution by the Samsung Galaxy SII Skyrocket's |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
|  | processor.  This module allows the Samsung Galaxy SII Skyrocket to detect contact with the touchscreen.  The Samsung Galaxy SII Skyrocket discloses some of those contacts that the contact/motion module detects, as shown below.<br><br>**Tap**<br><br>Lightly touch items to select or launch them. For example:<br>• Tap the on screen keyboard to enter characters or text.<br>• Tap a menu item to select it.<br>• Tap an application's icon to launch the application.<br><br>**Touch and Hold**<br><br>Activate on-screen items by a touch and hold gesture. For example:<br>• Touch and hold a widget on the home screen to move it.<br>• Touch and hold on a field to display a pop-up menu of options.<br><br>**Sweep**<br><br>To sweep, lightly drag your finger vertically or horizontally across the screen. Use sweep when:<br>• Unlocking the screen<br>• Scrolling through the Home screen or a menu<br><br>(Galaxy SII Skyrocket User Manual, at 28). |
| to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image; | The Samsung Galaxy SII Skyrocket's one or more modules include instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image.  Specifically, when the Samsung Galaxy SII Skyrocket receives a call, it displays the caller's phone number and an unlock image on the incoming call screen.  (*See* Galaxy SII Skyrocket, at 42).  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Galaxy SII Skyrocket's touchscreen, as shown below.  (*Id.*).  The Samsung Galaxy SII Skyrocket detects contact with |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---------|--------------------------------------------------|
| | this unlock image as a user touches and slides the image to answer the call. (*Id.*). <br><br>  <br><br> **(Representation from Galaxy SII Skyrocket User Guide showing user touching unlock icon.** *Id.*) <br><br> As a second example, when a locked Samsung Galaxy SII Skyrocket receives a text message through it Messaging application, it displays an unlock image on the home screen, as shown below. |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---------|--------------------------------------------------|
|         | <br><br>The unlock image, which is an orange icon containing a representation of the Messaging application, appears a predefined location at the right side of the Samsung Galaxy SII Skyrocket's locked touchscreen, as shown above.  The Samsung Galaxy SII Skyrocket detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone and view the text message. |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| |  **(Screenshots of the Samsung Galaxy SII Skyrocket detecting contact with the messaging unlock image (middle) as a user touches the image and slides it to the left)** As is shown in the middle screenshot above, when the Samsung Galaxy SII Skyrocket detects contact with the unlock image, it displays a white arrow on the left side of the locked home screen. As a third example, when the user misses an incoming call, the Samsung Galaxy SII Skyrocket displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Galaxy SII Skyrocket's touchscreen, as shown in the screenshot below. |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---------|--------------------------------------------------|
| | <br><br>(**Screenshot of the locked home screen for the Samsung Galaxy SII Skyrocket, displaying the missed call unlock image at a predefined location at the left side of the touchscreen**)<br><br>The Samsung Galaxy SII Skyrocket detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and view missed call information. |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| |  **(Screenshots of the Samsung Galaxy SII Skyrocket detecting a contact with the unlock image on the locked home screen (middle) as the user slides the unlock image to the right)** As is shown in the middle screenshot above, when the Samsung Galaxy SII Skyrocket detects a contact with the red unlock image, an arrow appears in a predefined location at the right side of the screen. |
| to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock | The Samsung Galaxy SII Skyrocket's one or more modules include instructions to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device. Specifically, as the user touches and slides the unlock image on the incoming call screen, the |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---------|--------------------------------------------------|
| image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | Samsung Galaxy SII Skyrocket includes instructions to continuously move the unlock image from left to right on the touchscreen display provided the user maintains contact with the screen.  (*See* Galaxy SII Skyrocket User Manual, at 42).<br><br><br><br>(**Representation from Galaxy SII Skyrocket User Guide showing user touching and sliding the unlock icon from left to right to unlock the phone.**  *Id.*)<br><br>Further, at the incoming call screen, the Samsung Galaxy SII Skyrocket's unlock image is a graphical object, namely a green icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.  (*See* Galaxy SII Skyrocket User Guide, at 42).<br><br><br><br>(*Id.*). |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---------|--------------------------------------------------|
| | As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the Samsung Galaxy SII Skyrocket continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below.<br><br><br><br>  **(Screenshots of the Samsung Galaxy SII Skyrocket continuously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone)**<br><br>Further, at the locked home screen, the Samsung Galaxy SII Skyrocket's messaging unlock image is a graphical object, namely an orange icon containing the representation of a text message, that the user touches and then slides across the touchscreen to unlock the phone and view the new text message. |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| |  (**Screenshot of the Samsung Galaxy SII Skyrocket's locked home screen with the messaging unlock image on the right**) As a third example, as the user touches and slides the missed call unlock image on the locked home screen, the Samsung Galaxy SII Skyrocket continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | <br><br>**(Screenshots showing the Samsung Galaxy SII Skyrocket continuously moving the unlock image as a user slides it to the right to unlock the phone)** |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | Further, the Samsung Galaxy Skyrocket's missed call unlock image is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone, as shown below.<br><br><br><br>**(Screenshot showing the missed call unlock image on the locked Samsung Galaxy SII Skyrocket home screen)** |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | The Samsung Galaxy SII Skyrocket's one or more modules include instructions to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display.<br><br>Specifically, the Samsung Galaxy SII Skyrocket includes instructions to unlock the phone to permit the user to answer an incoming phone call.  When the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display, the phone unlocks to facilitate the call. (*See* Galaxy SII Skyrocket User Guide, at 42).<br><br><br><br>(**Representation of a user sliding the green unlock image from a first pre-defined location at the left side of the Galaxy SII Skyrocket touchscreen to the unlock region in order to unlock the phone to answer an incoming call.**  *See* Galaxy SII Skyrocket User Guide, at 42.) |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
|  | After the user answers and then terminates the call, the Galaxy SII Skyrocket remains unlocked for the user to operate.  Thus, the phone is a in a user-interface unlock state.<br><br>As a second example, the Galaxy SII Skyrocket unlocks and opens the messaging application when the user slides the orange messaging unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display, as shown below.<br><br><br><br>**(Screenshots of the Samsung Galaxy SII Skyrocket showing the messaging unlock image sliding to the left and the phone unlocking as image reaches the predefined unlock region)**<br><br>After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is a in a user-interface unlock state. |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
|  | <br><br>**(Screenshot of the Samsung Galaxy SII Skyrocket after the user exits the Messaging application)**<br><br>As a third example, the Samsung Galaxy SII Skyrocket unlocks to permit the user to view missed call information when the user slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | large white arrow, as shown below.<br><br><br><br>(**Screenshots of the Samsung Galaxy SII Skyrocket showing the unlock image sliding to the right as a user unlocks the phone to view missed call information**)<br><br>After the user unlocks the phone using the missed call unlock image, all applications on the phone are available to the user.  Thus, the phone is a in a user-interface unlock state. |

| Claim 7 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | <br><br>(**Screenshot of the Samsung Galaxy SII Skyrocket after the user exits the missed call log**) |

| Claim 8 | Infringement by the Galaxy SII Skyrocket |
|---|---|
| 8.  The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement. | The Samsung Galaxy SII Skyrocket's one or more modules further comprise instructions to display visual cues to communicate a direction of movement.  For example, the Samsung Galaxy SII Skyrocket displays an arrow on the phone's green unlock image on the incoming call screen.  (*See* Galaxy SII Skyrocket User Guide, at 42).  The arrow is a visual cue that directs the user to slide the image to the right to answer an incoming call.  (*Id.*).  The presence of the arrow on the unlock image is shown below.<br><br>**1.** At the incoming call screen:<br><br>• Touch and slide ☎ to the right to answer the call.<br><br><br><br>(**Image from the Galaxy SII Skyrocket User Guide with the arrow circled in yellow.** *See id.*)<br><br>As a second example, the Samsung Galaxy SII Skyrocket displays an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message. |

| Claim 8 | Infringement by the Galaxy SII Skyrocket |
|---|---|
| | The presence of the arrow on the unlock image is shown below.  **(Screenshot of the Samsung Galaxy SII Skyrocket showing the presence of the arrow on the messaging unlock image)** Moreover, when the Samsung Galaxy SII Skyrocket detects user contact with the orange messaging unlock image, it displays a second arrow in the predefined unlock region on the left side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 8 | Infringement by the Galaxy SII Skyrocket |
|---|---|
|  | <br><br>(**Screenshot of the Samsung Galaxy SII Skyrocket as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement**)<br><br>As a third example, the Samsung Galaxy SII Skyrocket displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log.  The presence of the arrow on the unlock image is shown below. |

| Claim 8 | Infringement by the Galaxy SII Skyrocket |
|---|---|
| |  **(Screenshot of the Samsung Galaxy SII Skyrocket showing the presence of the arrow on the missed call unlock image)**<br><br>Moreover, when the Samsung Galaxy SII Skyrocket detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 8 | Infringement by the Galaxy SII Skyrocket |
|---|---|
| | <br><br>(**Screenshot of the Samsung Galaxy SII Skyrocket as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement**) |

| Claim 10 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| 10.  The device of claim 8, wherein said visual cues comprise an arrow indicating a general direction of movement. | The Samsung Galaxy SII Skyrocket displays a visual cue comprising an arrow indicating a general direction of movement.  For example, the Samsung Galaxy SII Skyrocket displays an arrow on the phone's green unlock image on the incoming call screen.  (*See* Galaxy SII Skyrocket User Guide, at 42)  The arrow is a visual cue that directs the user to slide the image to the right to answer an incoming call.  (*Id.*).  The presence of the arrow on the unlock image is shown below. <br><br> **1.** At the incoming call screen: <br><br> • Touch and slide 📞 to the right to answer the call. <br><br>  <br><br> (**Image from the Galaxy SII Skyrocket User Guide with the arrow circled in yellow.**  *See id.*) <br><br> As a second example, the Samsung Galaxy SII Skyrocket displays an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message. |

55

| Claim 10 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Screenshot of the Samsung Galaxy SII Skyrocket showing the presence of the arrow on the messaging unlock image)**<br><br>Moreover, when the Samsung Galaxy SII Skyrocket detects user contact with the orange messaging unlock image, it displays a second arrow in the predefined unlock region on the left side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 10 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
|  | <br>**(Screenshot of the Samsung Galaxy SII Skyrocket as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement)**<br><br>As a third example, the Samsung Galaxy SII Skyrocket displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log.  The presence of the arrow on the unlock image is shown below. |

| Claim 10 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| |  **(Screenshot of the Samsung Galaxy SII Skyrocket showing the presence of the arrow on the missed call unlock image)** Moreover, when the Samsung Galaxy SII Skyrocket detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 10 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| |  (**Screenshot of the Samsung Galaxy SII Skyrocket as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement**) |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| 11. A portable electronic device comprising: | To the extent that the preamble of claim 11 may be construed to be limiting, the Galaxy SII Skyrocket is a portable electronic device. Specifically, the Samsung Galaxy SII Skyrocket is a smartphone with a 4.5'' Super AMOLED Plus screen. (*See* Samsung, Galaxy SII Skyrocket Android Smartphone, Features, http://www.samsung.com/ us/mobile/cell-phones/SGH-I727MSAATT-features). It weighs 4.66 oz. and measures 5.15'' (L) x 2.75'' (W) x 0.37'' (D). (*Id.*). Further, the Samsung Galaxy SII Skyrocket is "powered by a rechargeable Li-ion battery." (Galaxy SII Skyrocket User Guide, at 7).<br><br><br><br>(Samsung, Galaxy SII Skyrocket Android Smartphone, Gallery, http://www.samsung.com/ us/mobile/cell-phones/SGH-I727MSAATT-gallery). |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| a touch-sensitive display; | The Samsung Galaxy SII Skyrocket comprises a touch-sensitive display.  In particular, according to the Galaxy SII Skyrocket's User Guide, the phone has a touch screen that "provides quick responses to a variety of in-phone menus and options including applications and seven home screens."  (Galaxy SII Skyrocket User Manual, at 15).  A user interacts with the Samsung Galaxy SII Skyrocket's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or "sweeping," meaning "lightly drag[ging] your finger vertically or horizontally across the screen."  (*See* Galaxy SII Skyrocket User Guide, at 28).<br><br><br><br>(Galaxy SII Skyrocket User Guide, at 30).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.").|

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state; | The Samsung Galaxy SII Skyrocket comprises a means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state.  Specifically, when the Samsung Galaxy SII Skyrocket receives a call, it displays the caller's phone number and an unlock image on the incoming call screen.  (*See* Galaxy SII Skyrocket, at 42).  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Galaxy SII Skyrocket's touchscreen, as shown below.  (*Id.*).  The unlock image appears when the phone is in a user-interface lock state.<br><br><br><br>(**Representation from Samsung Galaxy SII Skyrocket User Guide showing user touching and sliding the unlock icon, which is initially displayed at a predefined location at the left side of the touchscreen display.**  *Id.*)<br><br>As a second example, when a locked Samsung Galaxy SII Skyrocket receives a text message |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
|  | through it Messaging application, it displays an unlock image on the home screen, as shown below.<br><br><br><br>**(Screenshot of the locked home screen for the Samsung Galaxy SII Skyrocket, displaying the messaging unlock image at a predefined location at the right side of the touchscreen)** |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
|  | As a third example, when the user misses an incoming call, the Samsung Galaxy SII Skyrocket displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Galaxy SII Skyrocket's touchscreen, as shown in the screenshot below.<br><br><br><br>**(Screenshot of the locked home screen for the Samsung Galaxy SII Skyrocket, displaying the missed call unlock image at a predefined location at the left side of the touchscreen)** |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| means for detecting contact with the touch-sensitive display; and | The Samsung Galaxy SII Skyrocket comprises a means for detecting contact with the touch-sensitive display.  In particular, the Samsung Galaxy SII Skyrocket detects contact with the unlock image on the incoming call screen as a user touches and slides the image to answer the call.  (*Id.*).<br><br><br><br>**(Representation from Galaxy SII Skyrocket User Guide showing user touching and sliding the unlock icon.** *Id.*) |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | As a second example, when a Samsung locked Galaxy SII Skyrocket receives a text message through it Messaging application, it displays an unlock image on the home screen, as shown below.  The unlock image, which is an orange icon containing a representation of the Messaging application, appears a predefined location at the right side of the Samsung Galaxy SII Skyrocket's locked touchscreen, as shown above.  The Samsung Galaxy SII Skyrocket detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone and view the text message.<br><br><br><br>**(Screenshots of the Samsung Galaxy SII Skyrocket detecting contact with the messaging unlock image (middle) as a user touches the image and slides it to the left)**<br><br>As is shown in the middle screenshot above, when the Samsung Galaxy SII Skyrocket detects contact with the unlock image, it displays a white arrow on the left side of the locked home screen. |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | As a third example, the Samsung Galaxy SII Skyrocket detects contact with the missed call unlock image as a user touches and then slides the image to the right to unlock the phone and view missed call information.<br><br><br><br>**(Screenshots of the Samsung Galaxy SII Skyrocket detecting a contact with the unlock image on the locked home screen (middle) as the user slides the unlock image to the right)**<br><br>As is shown in the middle screenshot above, when the Samsung Galaxy SII Skyrocket detects a contact with the red unlock image, an arrow appears in a predefined location at the right side of the screen. |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Galaxy SII Skyrocket comprises a means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>Specifically, as the user touches and slides the unlock image on the incoming call screen, the Samsung Galaxy SII Skyrocket continuously moves the unlock image from left to right on the touchscreen display while the user maintains contact with the screen.  (*See* Galaxy SII Skyrocket User Manual, at 42).<br><br> <br><br>**(Representation from Galaxy SII Skyrocket User Guide showing user touching and sliding the unlock icon from left to right to unlock the phone.  *Id.*)** |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
|  | Further, at the incoming call screen, the Samsung Galaxy SII Skyrocket's unlock image is a graphical object, namely a green icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.  (*See* Galaxy SII Skyrocket User Guide, at 42).<br><br><br><br>(*Id.*).<br><br>As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the Galaxy SII Skyrocket continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below.<br><br><br><br>**(Screenshots of the Samsung Galaxy SII Skyrocket continuously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone)** |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
|  | Further, at the locked home screen, the Samsung Galaxy SII Skyrocket's messaging unlock image is a graphical object, namely an orange icon containing the representation of a text message, that the user touches and then slides across the touchscreen to unlock the phone and view the new text message.<br><br><br><br>**(Screenshot of the Samsung Galaxy SII Skyrocket's locked home screen with the messaging unlock image on the right)** |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|----------|--------------------------------------------------|
| | As a third example, as the user touches and slides the missed call unlock image on the locked home screen, the Samsung Galaxy SII Skyrocket continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.  **(Screenshots showing the Samsung Galaxy SII Skyrocket continuously moving the unlock image as a user slides it to the right to unlock the phone)** |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
|  | Further, the Samsung Galaxy Skyrocket's missed call unlock image is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone, as shown below.<br><br><br><br>**(Screenshot showing the missed call unlock image on the locked Samsung Galaxy SII Skyrocket home screen)** |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| means for transitioning the device to a user-interface unlock state if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Galaxy SII Skyrocket comprises a means for transitioning the device to a user-interface unlock state if moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.  Specifically, the Samsung Galaxy SII Skyrocket unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  (*See* Galaxy SII Skyrocket User Guide, at 42).<br><br><br><br>(**Representation of a user sliding the green unlock image from a first pre-defined location at the left side of the Galaxy SII Skyrocket touchscreen to the unlock region in order to unlock the phone to answer an incoming call**.  Galaxy SII Skyrocket User Guide, at 42.)<br><br>The Samsung Galaxy SII Skyrocket's one or more modules include instructions to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | Specifically, the Samsung Galaxy SII Skyrocket includes instructions to unlock the phone to permit the user to answer an incoming phone call.  When the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display, the phone unlocks to facilitate the call. (*See* Galaxy SII Skyrocket User Guide, at 42). <br><br>  <br><br> (**Representation of a user sliding the green unlock image from a first pre-defined location at the left side of the Galaxy SII Skyrocket touchscreen to the unlock region in order to unlock the phone to answer an incoming call.**  *See* Galaxy SII Skyrocket User Guide, at 42.) <br><br> After the user answers and then terminates the call, the Samsung Galaxy SII Skyrocket remains unlocked for the user to operate.  Thus, the phone is a in a user-interface unlock state. |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|----------|--------------------------------------------------|
| | As a second example, the Samsung Galaxy SII Skyrocket unlocks and opens the messaging application when the user slides the orange messaging unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display, as shown below.<br><br><br><br>**(Screenshots of the Samsung Galaxy SII Skyrocket showing the messaging unlock image sliding to the left and the phone unlocking as image reaches the predefined unlock region)**<br><br>After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is a in a user-interface unlock state. |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| |  **(Screenshot of the Samsung Galaxy SII Skyrocket after the user exits the Messaging application)** As a third example, the Samsung Galaxy SII Skyrocket unlocks to permit the user to view missed call information when the user slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | large white arrow, as shown below.<br><br><br><br>**(Screenshots of the Samsung Galaxy SII Skyrocket showing the unlock image sliding to the right as a user unlocks the phone to view missed call information)**<br><br>After the user unlocks the phone using the missed call unlock image, all applications on the phone are available to the user.  Thus, the phone is a in a user-interface unlock state. |

| Claim 11 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
|  | <br>**(Screenshot of the Samsung Galaxy SII Skyrocket after the user exits the missed call log)** |

| Claim 12 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| 12.  A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch-sensitive display, cause the portable electronic device to perform a method comprising: | To the extent that the preamble of claim 12 may be construed to be limiting, the Samsung Galaxy SII Skyrocket comprises a computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by the Samsung Galaxy SII Skyrocket, which is a portable electronic device with a touch-sensitive display, cause the Samsung Galaxy SII Skyrocket to perform a method.<br><br>Specifically, the Samsung Galaxy SII Skyrocket is a smartphone with a 4.5'' Super AMOLED Plus screen.  (*See* Samsung, Galaxy SII Skyrocket Android Smartphone, Features, http://www.samsung.com/ us/mobile/cell-phones/SGH-I727MSAATT-features).  The Galaxy |

| Claim 12 | Infringement by the Samsung Galaxy SII Skyrocket |
|----------|--------------------------------------------------|
| | SII Skyrocket has a 1.5 GHz dual-core processor and 16GB of internal memory, and supports up to a 32GB microSD card. (*Id.*). Additionally, it features the Android 2.3.5, Gingerbread, operating system. (*See id.*).<br><br>**Get delicious Gingerbread with every phone.**<br><br>The Galaxy S II Skyrocket uses the state-of-the-art Android, 2.3.5 Gingerbread as your operating platform. It's fast, versatile, and extremely customizable. Plus you'll have access to over 250,000 apps on the Google Play™. Yummy.<br><br>(*Id.*).  It weighs 4.66 oz. and measures 5.15'' (L) x 2.75'' (W) x 0.37'' (D).  (*Id.*).  Further, the Samsung Galaxy SII Skyrocket is "powered by a rechargeable Li-ion battery."  (Galaxy SII Skyrocket User Guide, at 7).<br><br><br><br>(Samsung, Galaxy SII Skyrocket Android Smartphone, Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-gallery). |

| Claim 12 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
|  | Samsung promotes slide to unlock as a standard feature of the Samsung Galaxy SII Skyrocket. The user guide for the phone instructs users how to use the phone to perform a method to unlock the phone.  (*See, e.g.*, Samsung Galaxy SII Skyrocket User Guide, at 42-43, 48). According to the Galaxy SII Skyrocket's User Guide, the phone has a touch screen that "provides quick responses to a variety of in-phone menus and options including applications and seven home screens." (Galaxy SII Skyrocket User Manual, at 15).  For example, the Galaxy SII Skyrocket includes a program that, when executed by the phone, allows the user to unlock the phone to answer an incoming phone call.  (*Id.* at 42).  A user interacts with the Galaxy SII Skyrocket's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or "sweeping," meaning "lightly drag[ging] your finger vertically or horizontally across the screen." (*See* Galaxy SII Skyrocket User Guide, at 28). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Galaxy SII Skyrocket detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.<br><br>Specifically, when the Samsung Galaxy SII Skyrocket receives a call, it displays the caller's phone number and an unlock image on the incoming call screen.  (*See* Galaxy SII Skyrocket, at 42).  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Galaxy SII Skyrocket's touchscreen, as shown below.  (*Id.*).<br><br>The Samsung Galaxy SII Skyrocket detects contact with this unlock image as a user touches and slides the image to answer the call.  (*Id.*).<br><br> |

| Claim 12 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | (*Id.*)<br><br><br><br>(**Representation from Galaxy SII Skyrocket User Guide showing user touching and sliding the unlock image.** *Id.*)<br><br>As a second example, when a locked Samsung Galaxy SII Skyrocket receives a text message through it Messaging application, it displays an unlock image on the home screen, as shown below.  The unlock image, which is an orange icon containing a representation of the Messaging application, appears a predefined location at the right side of the Samsung Galaxy SII Skyrocket's locked touchscreen, as shown above.  The Samsung Galaxy SII Skyrocket detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone and view the text message. |

| Claim 12 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| |  **(Screenshots of the Samsung Galaxy SII Skyrocket detecting contact with the messaging unlock image (middle) as a user touches the image and slides it to the left)** <br><br> As is shown in the middle screenshot above, when the Samsung Galaxy SII Skyrocket detects contact with the unlock image, it displays a white arrow on the left side of the locked home screen. <br><br> As a third example, when the user misses an incoming call, the Samsung Galaxy SII Skyrocket displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Galaxy SII Skyrocket's touchscreen, as shown in the screenshot below. |

| Claim 12 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | <br><br>**(Screenshot of the locked home screen for the Samsung Galaxy SII Skyrocket, displaying the missed call unlock image at a predefined location at the left side of the touchscreen)**<br><br>The Samsung Galaxy SII Skyrocket detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and view missed call information. |

| Claim 12 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| |  **(Screenshots of the Samsung Galaxy SII Skyrocket detecting a contact with the unlock image on the locked home screen (middle) as the user slides the unlock image to the right)** As is shown in the middle screenshot above, when the Samsung Galaxy SII Skyrocket detects a contact with the red unlock image, an arrow appears in a predefined location at the right side of the screen. |
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, | The Samsung Galaxy SII Skyrocket continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device. Specifically, as the user touches and slides the unlock image on the incoming call screen, the Samsung Galaxy SII Skyrocket continuously moves the unlock image from left to right on the |

| Claim 12 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| interactive user-interface object with which a user interacts in order to unlock the device; and | touchscreen display provided the user maintains contact with the screen.  (*See* Galaxy SII Skyrocket User Manual, at 42).<br><br><br><br>(**Representation from Galaxy SII Skyrocket User Guide showing user touching and sliding the unlock icon from left to right to unlock the phone.  *Id.***)<br><br>Further, when a call is incoming, the Samsung Galaxy SII Skyrocket's unlock image is a graphical object, namely a green icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.  (*See* Galaxy SII Skyrocket User Guide, at 42).<br><br><br>(*Id.*). |

85

| Claim 12 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the Galaxy SII Skyrocket continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below.<br><br><br><br>(**Screenshots of the Samsung Galaxy SII Skyrocket continuously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone**)<br><br>Further, at the locked home screen, the Samsung Galaxy SII Skyrocket's messaging unlock image is a graphical object, namely an orange icon containing the representation of a text message, that the user touches and then slides across the touchscreen to unlock the phone and view the new text message. |

| Claim 12 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | <br><br>(**Screenshot of the Samsung Galaxy SII Skyrocket's locked home screen with the messaging unlock image on the right**)<br><br>As a third example, as the user touches and slides the missed call unlock image on the locked home screen, the Samsung Galaxy SII Skyrocket continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 12 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | 

**(Screenshots showing the Samsung Galaxy SII Skyrocket continuously moving the unlock image as a user slides it to the right to unlock the phone)**

Further, the Samsung Galaxy Skyrocket's missed call unlock image is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 12 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | <br><br>(**Screenshot showing the missed call unlock image on the locked Samsung Galaxy SII Skyrocket home screen**) |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Galaxy SII Skyrocket unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>Specifically, the Samsung Galaxy SII Skyrocket unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  (*See* Galaxy SII Skyrocket User Guide, at 42). |

| Claim 12 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | <br><br>(**Representation of a user sliding the green unlock image from a first pre-defined location at the left side of the Galaxy SII Skyrocket touchscreen to the unlock region in order to unlock the phone to answer an incoming call.** Galaxy SII Skyrocket User Guide, at 42.)<br><br>After the user unlocks the phone by sliding the green incoming call unlock image to the predefined unlock region, all applications on the phone are available to the user. Thus, the phone is a in a user-interface unlock state.<br><br>As a second example, the Samsung Galaxy SII Skyrocket unlocks and opens the messaging application when the user slides the orange messaging unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display, as shown below. |

| Claim 12 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | <br><br>**(Screenshots of the Samsung Galaxy SII Skyrocket showing the messaging unlock image sliding to the left and the phone unlocking as image reaches the predefined unlock region)**<br><br>After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is a in a user-interface unlock state. |

| Claim 12 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | <br><br>**(Screenshot of the Samsung Galaxy SII Skyrocket after the user exits the Messaging application)**<br><br>As a third example, the Samsung Galaxy SII Skyrocket unlocks to permit the user to view missed call information when the user slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region |

| Claim 12 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
|  | on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow, as shown below.<br><br><br><br>**(Screenshots of the Samsung Galaxy SII Skyrocket showing the unlock image sliding to the right as a user unlocks the phone to view missed call information)**<br><br>After the user unlocks the phone using the missed call unlock image, all applications on the phone are available to the user.  Thus, the phone is a in a user-interface unlock state. |

| Claim 12 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | <br><br>**(Screenshot of the Samsung Galaxy SII Skyrocket after the user exits the missed call log)** |

| Claim 13 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| 13.  The method of claim 1, wherein the unlock image is a single image. | The Samsung Galaxy SII Skyrocket unlock image is a single image. As described herein, the Samsung Galaxy SII Skyrocket performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Samsung Galaxy SII Skyrocket User Guide, at 42-43, 48 (2011)).<br><br>For example, when a call is incoming, the Samsung Galaxy SII Skyrocket displays an unlock image, which is a single, green icon containing the representation of a phone, that the user touches and then slides to unlock the phone to answer the call.  (*See* Galaxy SII Skyrocket User |

| Claim 13 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| | Manual, at 42).  The single unlock image is shown below.  This image is the only unlock image displayed on the incoming call screen.  The red decline call image below is not an unlock image as sliding it to the left does not unlock the phone.  Further, the incoming call unlock image is not displayed simultaneously with the missed call or messaging unlock images.<br><br><br><br><br><br>(Galaxy SII Skyrocket User Guide, at 42). |

| Claim 14 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| 14. The device of claim 7, wherein the unlock image is a single image. | The Samsung Galaxy SII Skyrocket unlock image is a single image. For example, when a call is incoming, the Galaxy SII Skyrocket displays an unlock image, which is a single, green icon containing the representation of a phone, that the user touches and then slides to unlock the phone to answer the call. (*See* Galaxy SII Skyrocket User Manual, at 42). The single unlock image is shown below. This image is the only unlock image displayed on the incoming call screen. The red decline call image below is not an unlock image as sliding it to the left does not unlock the phone. Further, the incoming call unlock image is not displayed simultaneously with the missed call or messaging unlock images.<br><br><br><br>(Galaxy SII Skyrocket User Guide, at 42). |

| Claim 15 | Infringement by the Samsung Galaxy SII Skyrocket |
|---|---|
| 15.  The computer readable storage medium of claim 12, wherein the unlock image is a single image. | The Galaxy SII Skyrocket unlock image is a single image.  For example, when a call is incoming, the Galaxy SII Skyrocket displays an unlock image, which is a single, green icon containing the representation of a phone, that the user touches and then slides to unlock the phone to answer the call.  (*See* Galaxy SII Skyrocket User Manual, at 42).  The single unlock image is shown below.  This image is the only unlock image displayed on the incoming call screen.  The red decline call image below is not an unlock image as sliding it to the left does not unlock the phone.  Further, the incoming call unlock image is not displayed simultaneously with the missed call or messaging unlock images.<br><br><br><br><br><br>(Galaxy SII Skyrocket User Guide, at 42). |