INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE AT&T SAMSUNG GALAXY SII (SGH-I777)

| Claim 1 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| 1.  A method of unlocking a hand-held device, the device including a touch-sensitive display, the method comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the AT&T Samsung Galaxy SII is a hand-held device including a touch-sensitive display.  Specifically, the AT&T Samsung Galaxy SII is an Android smartphone with a 4.27'' Super AMOLED Plus touch screen display.  (*See* Samsung, AT&T Samsung Galaxy SII, Specifications, http://www.samsung.com /us/mobile/cell-phones/SGH-I777ZKAATT-specs).  It weighs 4.3 oz. and measures 4.96'' (L) x 2.60'' (W) x 0.35'' (D).  (*Id.*).<br><br><br><br>(Samsung, AT&T Samsung Galaxy SII, Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-I777ZKAATT-gallery). |

---

[1]  Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the AT&T Samsung Galaxy SII |
|---------|---------------------------------------------|
| | <table><tr><td colspan="2">**Display**</td></tr><tr><td>**Main Display Resolution**</td><td>480x800 Pixel</td></tr><tr><td>**Main Display Size**</td><td>4.3"</td></tr><tr><td>**Main Display Technology**</td><td>Super AMOLED Plus</td></tr><tr><td>**Touch Screen**</td><td>Yes</td></tr></table><br>(Samsung, AT&T Samsung Galaxy SII Android Smartphone, Specifications, http://www.samsung. com /us/mobile/cell-phones/SGH-I777ZKAATT-specs).<br><br>As described below, the AT&T Samsung Galaxy SII performs the claimed method.  Samsung promotes slide to unlock as a standard feature of the phone.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Samsung Galaxy SII Mobile Phone User Manual, at 13, 27-28, 39-42 (2011) [hereinafter "AT&T Samsung Galaxy SII User Manual"]).  According to the AT&T Samsung Galaxy SII's User Manual, it has a touch screen that "provides quick response[s] to a variety of in-phone menus and options including applications and seven home screens."  (AT&T Samsung Galaxy SII User Manual, at 13).  A user interacts with the AT&T Samsung Galaxy SII's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or "sweeping," meaning "lightly drag[ging] your finger vertically or horizontally across the screen."  (*See* AT&T Samsung Galaxy SII User Manual, at 27).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The AT&T Samsung Galaxy SII detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.<br><br>Specifically, when the AT&T Samsung Galaxy SII receives a call, it displays the caller's phone |

| Claim 1 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | number and an unlock image on an incoming call screen. (*See* AT&T Samsung Galaxy SII User Manual, at 41). The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the AT&T Samsung Galaxy SII's touchscreen, as shown below. (*Id.*). The AT&T Samsung Galaxy SII detects contact with this unlock image as a user touches and slides the image to unlock the phone and answer the call. (*Id.*).<br><br>**Answering a Call**<br><br>When a call is received the phone rings and displays the caller's phone number, or name if stored in the Address Book.<br><br>1.  At the incoming call screen:<br><br>• Touch and slide 📞 to the right to answer the call.<br><br><br><br>**(Representation from AT&T Samsung Galaxy SII User Manual showing user touching and sliding the unlock icon to the right)** (*Id.*) |

3

| Claim 1 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
|  | As a second example, when a locked AT&T Samsung Galaxy SII receives a text message through its Messaging application, it displays an unlock image on the home screen, as shown in the screenshot below.<br><br>The unlock image, which is an orange icon containing the representation of the messaging application, appears at predefined location at the right side of the AT&T Samsung Galaxy SII's locked touchscreen, as shown above.  The AT&T Samsung Galaxy SII detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone and view the text message. |

| Claim 1 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
|  |  **(Screenshots showing the Galaxy SII detecting contact with the messaging unlock image (middle) and sliding the image to the left as the user slides her finger across the screen)**<br><br>As a third example, when the user misses an incoming call, the AT&T Samsung Galaxy SII displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Galaxy SII's touchscreen, as shown in the screenshot below. |

| Claim 1 | Infringement by the AT&T Samsung Galaxy SII |
|---------|----------------------------------------------|
|         | <br><br>(**Screenshot of the locked home screen for the Samsung Galaxy SII, displaying the missed call unlock image at a predefined location at the left side of the touchscreen**)<br><br>The Samsung Galaxy SII detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and view missed call information. |

| Claim 1 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  **(Screenshots of the AT&T Samsung Galaxy SII detecting a contact with the unlock image on the locked home screen (middle) as the user slides the unlock image to the right)** As is shown in the middle screenshot above, when the AT&T Samsung Galaxy SII detects a contact with the red unlock image, an arrow appears in a predefined location at the right side of the screen. |
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, | The AT&T Samsung Galaxy SII continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device. Specifically, as the user touches and slides the unlock image on the incoming call screen, the AT&T Samsung Galaxy SII continuously moves the unlock image from left to right on the |

| Claim 1 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| interactive user-interface object with which a user interacts in order to unlock the device; and | touchscreen display while the user maintains contact with the screen.  (*See* AT&T Samsung Galaxy SII User Manual, at 41).<br><br><br><br>(**Representation from AT&T Samsung Galaxy SII User Manual showing user touching and sliding the unlock icon from left to right to unlock the phone**) (*Id.*)<br><br>Further, at the incoming call screen, the AT&T Samsung Galaxy SII's unlock image is a graphical object, namely a green icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.  (*See* AT&T Samsung Galaxy SII User Manual, at 41).<br><br><br><br>(*Id.*).<br><br>As a second example, as the user touches and slides the messaging unlock image on the locked |

| Claim 1 | Infringement by the AT&T Samsung Galaxy SII |
|---------|---------------------------------------------|
| | home screen, the AT&T Samsung Galaxy SII continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below.<br><br><br><br>(**Screenshots of the AT&T Galaxy SII showing continuous movement of the unlock image from right to left as the user slides her finger across the screen towards the unlock region**)<br><br>Further, at the locked home screen, the AT&T Samsung Galaxy SII's messaging unlock image is a graphical object, namely an orange icon containing the representation of the messaging application, that the user touches and then slides across the touchscreen to unlock the phone and view the new text message. |

| Claim 1 | Infringement by the AT&T Samsung Galaxy SII |
|---------|---------------------------------------------|
|         | <br><br>**(Screenshot of the AT&T Samsung Galaxy SII's locked home screen with the messaging unlock image highlighted in red)**<br><br>As a third example, as the user touches and slides the missed call unlock image on the locked home screen, the AT&T Samsung Galaxy SII continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 1 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
|  | <br><br>**(Screenshots showing the AT&T Samsung Galaxy SII continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Further, the AT&T Samsung Galaxy SII's missed call unlock image is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 1 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  (**Screenshot showing the missed call unlock image on the locked AT&T Samsung Galaxy SII home screen**) |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The AT&T Samsung Galaxy SII unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.  For example, the AT&T Samsung Galaxy SII unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  (*See* AT&T Samsung Galaxy SII User Manual, at 41). |

| Claim 1 | Infringement by the AT&T Samsung Galaxy SII |
|---------|---------------------------------------------|
|  | <br><br>(**Representation of a user sliding the green unlock image from a first pre-defined location at the left side of the AT&T Samsung Galaxy SII touchscreen to the unlock region in order to unlock the phone to answer an incoming call**) (*See* AT&T Samsung Galaxy SII User Manual, at 41).<br><br>After the user answers and then terminates the call, the AT&T Samsung Galaxy SII remains unlocked for the user to operate.  Thus, the phone is in a user-interface unlock state.<br><br>As a second example, the AT&T Samsung Galaxy SII unlocks and opens the messaging application when the user slides the orange messaging unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display.  The unlock region is represented by a white arrow at the left side of the screen, shown below. |

13

| Claim 1 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  **(Screenshots showing the movement of the messaging unlock icon from the first predefined region to the second predefined unlock region, resulting in unlocking the phone)** <br><br> After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 1 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br>**(Screenshot of the unlocked AT&T Galaxy SII after the user has exited the Messaging application)**<br><br>As a third example, the AT&T Samsung Galaxy SII unlocks to permit the user to view missed call information when the user slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region |

| Claim 1 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow, as shown below.<br><br><br><br>**(Screenshots of the AT&T Samsung Galaxy SII showing the unlock image sliding to the right as a user unlocks the phone to view missed call information)**<br><br>After the user unlocks the phone using the missed call unlock image, all applications on the phone are available to the user.  Thus, the phone is a in a user-interface unlock state. |

| Claim 1 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br><br>(**Screenshot of the Samsung Galaxy SII after the user exits the missed call log**) |

| Claim 3 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| 3.  The method of claim 1, wherein the moving comprises movement along a predefined channel from the first predefined location to the predefined unlock region. | The AT&T Samsung Galaxy SII comprises movement along a predefined channel from the first predefined location to the predefined unlock region.  As described herein, the AT&T Samsung Galaxy SII performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, AT&T Samsung Galaxy SII User Manual, at 13, 27-28, 39-42 (2011)).<br><br>For example, to unlock the phone to answer an incoming call, the user moves the green incoming call unlock image from a predefined location at the left side of the screen along a predefined channel to the predefined unlock region on the right side of the AT&T Samsung Galaxy SII's screen.  The predefined channel is shown in green in the image below.<br><br><br><br>**(Representation of a user sliding the green unlock image from a first pre-defined location at the left side of the AT&T Samsung Galaxy SII touchscreen to the unlock region in order to unlock the phone to answer an incoming call)** (*See* AT&T Samsung Galaxy SII User Manual, at 41). |

| Claim 3 | Infringement by the AT&T Samsung Galaxy SII |
|---------|---------------------------------------------|
|         | As a second example, to unlock the phone to view a new text message, the user moves the orange messaging unlock image from a predefined location at the right side of the screen in a predefined channel to the predefined unlock region on the left side of the AT&T Samsung Galaxy SII's screen.  The predefined channel is highlighted in green in the screenshot below.<br><br><br><br>**(Screenshot of the AT&T Samsung Galaxy SII with the predefined channel highlighted in green)** |

| Claim 3 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | As a third example, to unlock the phone to view missed call information, the user moves the red missed call unlock image from a predefined location at the left side of the screen in a predefined channel to the predefined unlock region on the right side of the AT&T Samsung Galaxy SII's screen.  The predefined channel is highlighted in green in the screenshot below.<br><br><br><br>**(Screenshot of the AT&T Samsung Galaxy SII with the predefined channel highlighted in green)** |

| Claim 4 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| 4.  The method of claim 1, further comprising displaying visual cues to communicate a direction of movement of the unlock image required to unlock the device. | The AT&T Samsung Galaxy SII displays visual cues to communicate a direction of movement of the unlock image required to unlock the device.  As described herein, the AT&T Samsung Galaxy SII performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, AT&T Samsung Galaxy SII User Manual, at 13, 27-28, 39-42 (2011)).<br><br>For example, the AT&T Samsung Galaxy SII displays an arrow on the phone's green unlock image on the incoming call screen.  (*See* AT&T Samsung Galaxy SII User Manual, at 41).  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and answer an incoming call.  (*Id.*).  The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Image from the AT&T Samsung Galaxy SII User Manual with the arrow circled in yellow**)  (*See id.*) |

| Claim 4 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | As a second example, the AT&T Samsung Galaxy SII displays an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Screenshot from the AT&T Samsung Galaxy SII with the arrow on the messaging unlock image circled in yellow)**<br><br>Moreover, after the AT&T Samsung Galaxy SII detects contact with the messaging unlock image, it displays a white arrow on the left side of the screen, further guiding the user's movement. |

| Claim 4 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br>**(Screenshot of the AT&T Galaxy SII after a user contact with the unlock screen is detected, displaying a second arrow to guide the user's movement (arrow circled in yellow))**<br><br>As a third example, the AT&T Samsung Galaxy SII displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log.  The presence of the arrow on the unlock image is shown below. |

| Claim 4 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  **(Screenshot of the AT&T Galaxy SII showing the presence of the arrow on the missed call unlock image)** Moreover, when the AT&T Samsung Galaxy SII detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 4 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br><br>**(Screenshot of the AT&T Samsung Galaxy SII as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement)** |

| Claim 6 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| 6.  The method of claim 4, wherein said visual cues comprise an arrow indicating a general direction of movement. | The AT&T Samsung Galaxy SII displays a visual cue comprising an arrow indicating a general direction of movement.  As described herein, the AT&T Samsung Galaxy SII performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, AT&T Samsung Galaxy SII User Manual, at 13, 27-28, 39-42 (2011)).<br><br>For example, the unlock image on the AT&T Samsung Galaxy SII's incoming call screen includes an arrow that is a visual cue that directs the user to slide the unlock image to the right to unlock the phone and answer an incoming call.  (*See* AT&T Samsung Galaxy SII, at 41.)  The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Image from the AT&T Samsung Galaxy SII User Manual with the arrow circled in yellow**)  (*See id.*) |

| Claim 6 | Infringement by the AT&T Samsung Galaxy SII |
|---------|---------------------------------------------|
|         | As a second example, the messaging unlock image on the AT&T Samsung Galaxy SII's locked home screen includes an arrow that is a visual cue that directs the user to slide the unlock image to the left to unlock the phone and view a new text message.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Screenshot of the AT&T Samsung Galaxy SII with the arrow on the messaging unlock image circled in yellow)** |

| Claim 6 | Infringement by the AT&T Samsung Galaxy SII |
|---------|---------------------------------------------|
| | Moreover, after the AT&T Samsung Galaxy SII detects contact with the messaging unlock image, it displays a white arrow on the left side of the screen, further guiding the user's movement.<br><br><br><br>**(Screenshot of the AT&T Galaxy SII after a user contact with the unlock screen is detected, displaying a second arrow to guide the user's movement (arrow circled in yellow))**<br><br>As a third example, the AT&T Samsung Galaxy SII displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual |

| Claim 6 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
|  | cue that directs the user to slide the image to the right to unlock the phone and view the missed call log.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Screenshot of the AT&T Galaxy SII showing the presence of the arrow on the missed call unlock image**)<br><br>Moreover, when the AT&T Samsung Galaxy SII detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 6 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br><br>**(Screenshot of the AT&T Samsung Galaxy SII as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement)** |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| 7.  A portable electronic device, comprising: | To the extent that the preamble of claim 7 may be construed to be limiting, the AT&T Samsung Galaxy SII is a portable electronic device.<br><br>For example, the AT&T Samsung Galaxy SII is a smartphone with a 4.27'' Super AMOLED Plus screen.  (*See* Samsung, AT&T Samsung Galaxy SII Android Smartphone, Features, http://www.samsung.com/ us/mobile/cell-phones/SGH-I727MSAATT-features (last visited Apr. 20, 2012)).  It weighs 4.3 oz. and measures 4.96'' (L) x 2.60'' (W) x 0.35'' (D).  (*Id.*). Further, the AT&T Samsung Galaxy SII is "powered by a rechargeable Li-ion battery."  (AT&T Samsung Galaxy SII User Manual, at 8).<br><br><br><br>(Samsung, AT&T Samsung Galaxy SII, Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-I777ZKAATT-gallery). |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| a touch-sensitive display; | The AT&T Samsung Galaxy SII comprises a touch-sensitive display.  In particular, according to the AT&T Samsung Galaxy SII's User Manual, it has a touch screen that "provides quick responses to a variety of in-phone menus and options including applications and seven home screens."  (AT&T Samsung Galaxy SII User Manual, at 13).  A user interacts with the AT&T Samsung Galaxy SII's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or "sweeping," meaning "lightly drag[ging] your finger vertically or horizontally across the screen."  (*See* AT&T Samsung Galaxy SII User Manual, at 27).<br><br><br><br>(AT&T Samsung Galaxy SII User Manual, at 29).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---------|---------------------------------------------|
| memory; | The AT&T Samsung Galaxy SII comprises memory.  Specifically, the AT&T Samsung Galaxy SII has 16GB of internal memory and supports an external microSD card.  (Samsung, AT&T Samsung Galaxy SII Android Smartphone, Specs, http://www.samsung.com/us/mobile/cell-phones/SGH-I777ZKAATT-specs).  <br><br><br><br>(Samsung, AT&T Samsung Galaxy SII Android Smartphone, Specs, http://www.samsung.com/us/mobile/cell-phones/SGH-I777ZKAATT-specs). |
| one or more processors; | The AT&T Samsung Galaxy SII comprises one or more processers.  Specifically, the AT&T Samsung Galaxy SII has a 1.2 GHz dual-core processor.  (Samsung, AT&T Samsung Galaxy SII Android Smartphone, Specs, http://www.samsung.com/us/mobile/cell-phones/SGH-I777ZKAATT-specs).  <br><br>**A faster phone for speedier web browsing**<br>Inside the Galaxy S™ II, there's a dual core processor tirelessly keeping things moving. You'll have a full 1.2 GHz of computing power. The Galaxy S™ II keeps your movies moving. Games and apps run smoothly. Websites load almost instantly. And jaws drop even faster. As for network capability, it's specifically engineered to run on AT&T's state-of-the-art 4G network.<br><br>(Samsung, AT&T Samsung Galaxy SII Android Smartphone, Features, http://www.samsung.com/us/mobile/cell-phones/SGH-I777ZKAATT-features). |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | The AT&T Samsung Galaxy SII comprises one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions.<br><br>The AT&T Samsung Galaxy SII contains, among other modules, a contact/motion module in its memory that is configured for execution by the AT&T Samsung Galaxy SII's processor.  This module allows the AT&T Samsung Galaxy SII to detect contact with the touchscreen.  The AT&T Samsung Galaxy SII User Manual discloses some of those contacts that the contact/motion module detects, as show below.<br><br>**Tap**<br><br>Lightly touch items to select or launch them. For example:<br>• Tap the on screen keyboard to enter characters or text.<br>• Tap a menu item to select it.<br>• Tap an application's icon to launch the application.<br><br>**Touch and Hold**<br><br>Activate on-screen items by a touch and hold gesture. For example:<br>• Touch and hold a widget on the home screen to move it.<br>• Touch and hold on a field to display a pop-up menu of options.<br><br>**Sweep**<br><br>To sweep, lightly drag your finger vertically or horizontally across the screen. Use sweep when:<br>• Unlocking the screen<br>• Scrolling through the Home screen or a menu |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | **Panning**<br><br>To pan, touch and hold a selected icon, then move the device to the left or right to reposition it to another page. You must first activate Motion on your device. Use panning to:<br>• Move icons on your Home screens or Application Menus to another page.<br>(AT&T Samsung Galaxy SII User Manual, at 27-28). |
| to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image; | The AT&T Samsung Galaxy SII's one or more modules include instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image.  Specifically, when the AT&T Samsung Galaxy SII receives a call, it displays the caller's phone number and an unlock image on the incoming call screen.  (*See* AT&T Samsung Galaxy SII Manual, at 41).  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the AT&T Samsung Galaxy SII's touchscreen, as shown below.  (*Id.*).  The AT&T Samsung Galaxy SII detects contact with this unlock image as a user touches and slides the image to answer the call. (*Id.*).<br><br>**Answering a Call**<br><br>When a call is received the phone rings and displays the caller's phone number, or name if stored in the Address Book.<br><br>1.   At the incoming call screen:<br><br>• Touch and slide 📞 to the right to answer the call. |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---------|---------------------------------------------|
|         |  **(Representation from AT&T Samsung Galaxy SII User Manual showing user touching unlock icon)** (*Id.*) <br><br> As a second example, when the AT&T Samsung Galaxy SII receives a text message while in the locked state, it displays a messaging unlock image on the locked home screen, as shown in the screenshot below. |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---------|---------------------------------------------|
|         | <br><br>The unlock image, which is an orange icon containing the representation of the messaging application, appears at a predefined location on the right side of the AT&T Samsung Galaxy SII's touchscreen, as shown above.  The AT&T Samsung Galaxy SII detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone. |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---------|---------------------------------------------|
|         |  **(Screenshots showing the Galaxy SII detecting contact with the messaging unlock image (middle) and sliding the image to the left as the user slides her finger across the screen)**<br><br>As a third example, when the user misses an incoming call, the AT&T Samsung Galaxy SII displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Galaxy SII's touchscreen, as shown in the screenshot below. |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  **(Screenshot of the locked home screen for the Samsung Galaxy SII, displaying the missed call unlock image at a predefined location at the left side of the touchscreen)**<br><br>The AT&T Samsung Galaxy SII detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and view missed call information. |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  **(Screenshots of the AT&T Samsung Galaxy SII detecting a contact with the unlock image on the locked home screen (middle) as the user slides the unlock image to the right)** As is shown in the middle screenshot above, when the AT&T Samsung Galaxy SII detects a contact with the red unlock image, an arrow appears in a predefined location at the right side of the screen. |
| to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock | The AT&T Samsung Galaxy SII's one or more modules include instructions to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device. Specifically, as the user touches and slides the unlock image on the incoming call screen, the |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | AT&T Samsung Galaxy SII includes instructions to continuously move the unlock image from left to right on the touchscreen display provided the user maintains contact with the screen. (*See* AT&T Samsung Galaxy SII User Manual, at 41).<br><br><br><br>(**Representation from AT&T Samsung Galaxy SII User Manual showing user touching and sliding the unlock icon from left to right to unlock the phone**) (*Id.*)<br><br>Further, at the incoming call screen, the AT&T Samsung Galaxy SII's unlock image is a graphical object, namely a green icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone. (*See* AT&T Samsung Galaxy SII User Manual, at 41).<br><br><br><br>(*Id.*). |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the AT&T Samsung Galaxy SII includes instructions to continuously move the messaging unlock image from right to left on the touchscreen display provided the user maintains contact with the screen.<br><br><br><br>**(Screenshots of the AT&T Galaxy SII showing continuous movement of the unlock image from right to left as the user slides her finger across the screen towards the unlock region)**<br><br>As a third example, as the user touches and slides the missed call unlock image on the locked home screen, the AT&T Samsung Galaxy SII continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  **(Screenshots showing the AT&T Samsung Galaxy SII continuously moving the unlock image as a user slides it to the right to unlock the phone)** <br><br> Further, the AT& T Samsung Galaxy SII's missed call unlock image is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br>(**Screenshot showing the missed call unlock image on the locked AT&T Samsung Galaxy SII home screen**) |
| to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | The AT&T Samsung Galaxy SII's one or more modules include instructions to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display.<br><br>Specifically, the AT&T Samsung Galaxy SII includes instructions to unlock the phone to permit the user to answer an incoming phone call.  When the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display, the phone unlocks to facilitate the call.  (*See* AT&T Samsung Galaxy SII User Manual, at 41). |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  |

(**Representation of a user sliding the green unlock image from a first pre-defined location at the left side of the AT&T Samsung Galaxy SII touchscreen to the unlock region in order to unlock the phone to answer an incoming call**)  (AT&T Samsung Galaxy SII User Manual, at 41)

After the user answers and then terminates the call, all the applications on the phone are unlocked for the user to use.  Thus, the phone is in a user-interface unlock state.

As a second example, the AT&T Samsung Galaxy SII includes instructions to unlock the phone when the user slides the messaging unlock image across the touchscreen.  Specifically, when the user slides the orange messaging unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display, the phone unlocks to allow the user to read the new text message.

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---------|---------------------------------------------|
|  |  **(Screenshots showing the movement of the messaging unlock icon from the first predefined region to the second predefined unlock region, resulting in unlocking the phone)** After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---------|---------------------------------------------|
| |  **(Screenshot of the unlocked AT&T Galaxy SII after the user has exited the Messaging application)**<br><br>As a third example, the AT&T Samsung Galaxy SII unlocks to permit the user to view missed call information when the user slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | large white arrow, as shown below.<br><br><br><br>**(Screenshots of the AT&T Samsung Galaxy SII showing the unlock image sliding to the right as a user unlocks the phone to view missed call information**)<br><br>After the user unlocks the phone using the missed call unlock image, all applications on the phone are available to the user.  Thus, the phone is a in a user-interface unlock state. |

| Claim 7 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br>(**Screenshot of the Samsung Galaxy SII after the user exits the missed call log**) |

| Claim 8 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| 8. The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement. | The AT&T Samsung Galaxy SII's one or more modules further comprise instructions to display visual cues to communicate a direction of movement. In particular, the AT&T Samsung Galaxy SII includes instructions to display an arrow on the phone's green unlock image on the incoming call screen. (*See* AT&T Samsung Galaxy SII User Manual, at 41). The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and answer an incoming call. (*Id.*). The presence of the arrow on the unlock image is shown below. <br><br>  <br><br> (**Image from the AT&T Samsung Galaxy SII User Manual with the arrow circled in yellow**) (*See id.*) <br><br> As a second example, the AT&T Samsung Galaxy SII includes instructions to display an arrow on the phone's orange messaging unlock image on the locked home screen. The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and read the |

| Claim 8 | Infringement by the AT&T Samsung Galaxy SII |
|---------|---------------------------------------------|
| | new text message.  The presence of the arrow on the messaging unlock image is shown below.<br><br><br><br>**(Image from the AT&T Samsung Galaxy SII with the arrow on the messaging unlock image circled in yellow)**<br><br>Moreover, after the AT&T Samsung Galaxy SII detects contact with the messaging unlock image, it displays a white arrow on the left side of the screen, further guiding the user's movement. |

| Claim 8 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  **(Screenshot of the AT&T Galaxy SII after a user contact with the unlock screen is detected, displaying a second arrow to guide the user's movement (arrow circled in yellow))** As a third example, the AT&T Samsung Galaxy SII displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log.  The presence of the arrow on the unlock image is shown below. |

| Claim 8 | Infringement by the AT&T Samsung Galaxy SII |
|---------|---------------------------------------------|
|         |  **(Screenshot of the AT&T Galaxy SII showing the presence of the arrow on the missed call unlock image)** Moreover, when the AT&T Samsung Galaxy SII detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 8 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br>**(Screenshot of the AT&T Samsung Galaxy SII as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement)** |

| Claim 10 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| 10.  The device of claim 8, wherein said visual cues comprise an arrow indicating a general direction of movement. | The AT&T Samsung Galaxy SII displays a visual cue comprising an arrow indicating a general direction of movement.  For example, the unlock image on the AT&T Samsung Galaxy SII's incoming call screen includes an arrow that is a visual cue that directs the user to slide the image to the right to unlock the phone and answer an incoming call.  (*See* AT&T Samsung Galaxy SII, at 41).  The presence of the arrow on the unlock image is shown below. <br><br>  <br><br> (**Image from the AT&T Samsung Galaxy SII User Manual with the arrow circled in yellow**)  (*See id.*) <br><br> As a second example, the messaging unlock image on the AT&T Samsung Galaxy SII's locked home screen includes an arrow that is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message.  The presence of the arrow on the unlock image is shown below. |

| Claim 10 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  **(Screenshot from the AT&T Samsung Galaxy SII with the arrow on the messaging unlock image circled in yellow)**<br><br>Moreover, after the AT&T Samsung Galaxy SII detects contact with the messaging unlock image, it displays a white arrow on the left side of the screen, further guiding the user's movement. |

| Claim 10 | Infringement by the AT&T Samsung Galaxy SII |
|----------|---------------------------------------------|
| |  **(Screenshot of the AT&T Galaxy SII after a user contact with the unlock screen is detected, displaying a second arrow to guide the user's movement (arrow circled in yellow))** <br><br> As a third example, the AT&T Samsung Galaxy SII displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log.  The presence of the arrow on the unlock image is shown below. |

| Claim 10 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  (**Screenshot of the AT&T Galaxy SII showing the presence of the arrow on the missed call unlock image**) Moreover, when the AT&T Samsung Galaxy SII detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 10 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
|  |  (Screenshot of the AT&T Samsung Galaxy SII as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement) |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| 11.  A portable electronic device comprising: | To the extent that the preamble of claim 11 may be construed to be limiting, the AT&T Samsung Galaxy SII is a portable electronic device.  Specifically, the AT&T Samsung Galaxy SII is an Android smartphone with a 4.27'' Super AMOLED Plus touch screen display.  (*See* Samsung, AT&T Samsung Galaxy SII, Specifications, http://www.samsung.com /us/mobile/cell-phones/SGH-I777ZKAATT-specs).  It weighs 4.3 oz. and measures 4.96'' (L) x 2.60'' (W) x 0.35'' (D).  (*Id.*).  Further, the AT&T Samsung Galaxy SII is "powered by a rechargeable Li-ion battery."  (AT&T Samsung Galaxy SII User Manual, at 8).<br><br><br><br>(Samsung, AT&T Samsung Galaxy SII, Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-I777ZKAATT-gallery). |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| a touch-sensitive display; | The AT&T Samsung Galaxy SII comprises a touch-sensitive display. In particular, according to the AT&T Samsung Galaxy SII's User Manual, the phone has a touch screen that "provides quick responses to a variety of in-phone menus and options including applications and seven home screens." (AT&T Samsung Galaxy SII User Manual, at 13). A user interacts with the AT&T Samsung Galaxy SII's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or "sweeping," meaning "lightly drag[ging] your finger vertically or horizontally across the screen." (*See* AT&T Samsung Galaxy SII User Manual, at 27).<br><br><br><br>(AT&T Samsung Galaxy SII User Manual, at 29).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state; | The AT&T Samsung Galaxy SII comprises a means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state.  Specifically, when the AT&T Samsung Galaxy SII receives a call, it displays the caller's phone number and an unlock image on the incoming call screen.  (*See* AT&T Samsung Galaxy SII, at 41).  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the AT&T Samsung Galaxy SII's touchscreen, as shown below.  (*Id.*).  The unlock image appears when the phone is in a user-interface lock state.<br><br><br><br>(**Representation from AT&T Samsung Galaxy SII User Manual showing user touching and sliding the unlock icon, which is initially displayed at a predefined location at the left side of the touchscreen display**) (*Id.*)<br><br>As a second example, when the AT&T Samsung Galaxy SII receives a text message in a locked state, it displays a messaging unlock image on the home screen.  The unlock image, which is an orange icon containing a representation of the messaging application, appears at a predefined |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | location at the right side of the AT&T Samsung Galaxy SII's touchscreen, as shown below. The unlock image appears when the phone is in a user-interface lock state.<br><br><br><br>**(Screenshot of the AT&T Samsung Galaxy SII's locked home screen with the messaging unlock image highlighted in red)**<br><br>As a third example, when the user misses an incoming call, the AT&T Samsung Galaxy SII displays an unlock image on the locked home screen. The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Galaxy SII's touchscreen, as shown in the screenshot below. |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br>(**Screenshot of the locked home screen for the Samsung Galaxy SII, displaying the missed call unlock image at a predefined location at the left side of the touchscreen**) |
| means for detecting contact with the touch-sensitive display; and | The AT&T Samsung Galaxy SII comprises a means for detecting contact with the touch-sensitive display.  In particular, the AT&T Samsung Galaxy SII detects contact with the unlock image on the incoming call screen as a user touches and slides the image to unlock the phone and answer the call.  (*Id.*). |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|----------|---------------------------------------------|
|          | **Answering a Call** When a call is received the phone rings and displays the caller's phone number, or name if stored in the Address Book. 1. At the incoming call screen: • Touch and slide [icon] to the right to answer the call.  (**Representation from AT&T Samsung Galaxy SII User Manual showing user touching and sliding the unlock icon**) (*Id.*) As a second example, the AT&T Samsung Galaxy SII detects contact with the messaging unlock image on the locked home screen as a user touches and slides the image to the right to unlock the phone and view the new text message. |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  **(Screenshots showing the Galaxy SII detecting contact with the messaging unlock image (middle) and sliding the image to the left as the user slides her finger across the screen)** <br><br> As a third example, the Samsung Galaxy SII detects contact with the missed call unlock image as a user touches and then slides the image to the right to unlock the phone and view missed call information. |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  **(Screenshots of the AT&T Samsung Galaxy SII detecting a contact with the unlock image on the locked home screen (middle) as the user slides the unlock image to the right)** <br><br> As is shown in the middle screenshot above, when the AT&T Samsung Galaxy SII detects a contact with the red unlock image, an arrow appears in a predefined location at the right side of the screen. |
| means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the | The AT&T Samsung Galaxy SII comprises a means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.  For example, as the user touches and slides the unlock image on the incoming call screen, the AT&T Samsung Galaxy SII continuously moves the unlock image from left to right on the touchscreen display while the user maintains contact with the screen. |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | (*See* AT&T Samsung Galaxy SII User Manual, at 41).<br><br><br><br>(**Representation from AT&T Samsung Galaxy SII User Manual showing user touching and sliding the unlock icon from left to right to unlock the phone**)  (*Id.*)<br><br>Further, at the incoming call screen, the AT&T Samsung Galaxy SII's unlock image is a graphical object, namely a green icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.  (*See* AT&T Samsung Galaxy SII User Manual, at 41).<br><br><br><br>(*Id.*).<br><br>As a second example, as the user touches and slides the messaging unlock image on the locked |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | home screen, the AT&T Samsung Galaxy SII continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below.<br><br><br><br>**(Screenshots of the AT&T Galaxy SII showing continuous movement of the unlock image from right to left as the user slides her finger across the screen towards the unlock region)**<br><br>Further, at the locked home screen, the AT&T Samsung Galaxy SII's messaging unlock image is a graphical object, namely an orange icon containing a representation of the messaging application, that the user touches and then slides to unlock the phone. |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  **(Screenshot of the AT&T Samsung Galaxy SII's locked home screen with the messaging unlock image highlighted in red)** As a third example, as the user touches and slides the missed call unlock image on the locked home screen, the AT&T Samsung Galaxy SII continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  **(Screenshots showing the AT&T Samsung Galaxy SII continuously moving the unlock image as a user slides it to the right to unlock the phone)** Further, the AT&T Samsung Galaxy SII's missed call unlock image is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br><br>(**Screenshot showing the missed call unlock image on the locked AT&T Samsung Galaxy SII home screen**) |
| means for transitioning the device to a user-interface unlock state if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The AT&T Samsung Galaxy SII comprises a means for transitioning the device to a user-interface unlock state if moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.  Specifically, the AT&T Samsung Galaxy SII unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  (*See* AT&T Samsung Galaxy SII User Manual, at 41). |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  **(Representation of a user sliding the green unlock image from a first pre-defined location at the left side of the AT&T Samsung Galaxy SII touchscreen to the unlock region to unlock the phone to answer an incoming call)** (AT&T Samsung Galaxy SII User Manual, at 41).<br><br>After the user answers and then terminates the call, the AT&T Samsung Galaxy SII remains unlocked for the user to operate.  Thus, the device is in a user-interface unlock state.<br><br>As a second example, the AT&T Samsung Galaxy SII unlocks to allow a user to view a new text message when the user slides the orange unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display, as shown below. |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  **(Screenshots showing the movement of the messaging unlock icon from the first predefined region to the second predefined unlock region, resulting in unlocking the phone)** After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the device is in a user-interface unlock state. |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
|  | <br><br>**(Screenshot of the unlocked AT&T Galaxy SII after the user has exited the Messaging application)**<br><br>As a third example, the AT&T Samsung Galaxy SII unlocks to permit the user to view missed call information when the user slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow, as shown below.<br><br><br><br>**(Screenshots of the AT&T Samsung Galaxy SII showing the unlock image sliding to the right as a user unlocks the phone to view missed call information)**<br><br>After the user unlocks the phone using the missed call unlock image, all applications on the phone are available to the user.  Thus, the phone is a in a user-interface unlock state. |

| Claim 11 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br><br>(Screenshot of the Samsung Galaxy SII after the user exits the missed call log) |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| 12.  A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch-sensitive display, cause the portable electronic device to perform a method comprising: | To the extent that the preamble of claim 12 may be construed to be limiting, the AT&T Samsung Galaxy SII comprises a computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by the AT&T Samsung Galaxy SII, which is a portable electronic device with a touch-sensitive display, cause the AT&T Samsung Galaxy SII to perform a method.<br><br>For example, the AT&T Samsung Galaxy SII is a smartphone with a 4.27'' Super AMOLED Plus screen.  (*See* Samsung, AT&T Samsung Galaxy SII Android Smartphone, Specs, http://www.samsung.com/us/mobile/cell-phones/SGH-I777ZKAATT-specs).  The AT&T Samsung Galaxy SII has a 1.2 GHz dual-core processor and 16GB of internal memory, and supports an external microSD card.  (*Id.*).  Additionally, it features the Android 2.3.6, Gingerbread, operating system.  (*See id.*).<br><br><br><br>(*Id.*).<br><br>It weighs 4.3 oz. and measures 4.96'' (L) x 2.60'' (W) x 0.35'' (D).  (*Id.*). Further, the AT&T Samsung Galaxy SII is "powered by a rechargeable Li-ion battery."  (AT&T Samsung Galaxy SII User Manual, at 8). |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br>(Samsung, AT&T Samsung Galaxy SII, Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-I777ZKAATT-gallery).<br><br>Samsung promotes slide to unlock as a standard feature of the AT&T Samsung Galaxy SII. The user guide for the phone instructs users how to use the phone to perform a method to unlock the phone.  (*See, e.g.*, AT&T Samsung Galaxy SII User Manual, at 13, 27-28, 39-42 (2011)).  According to the AT&T Samsung Galaxy SII's User Manual, the phone has a touch screen that "provides quick responses to a variety of in-phone menus and options including applications and seven home screens."  (AT&T Samsung Galaxy SII User Manual, at 13).  For example, the AT&T Samsung Galaxy SII includes a program that, when executed by the phone, allows the user to unlock the phone to answer an incoming phone call.  (*Id.* at 41).  A user interacts with the AT&T Samsung Galaxy SII's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or "sweeping," meaning "lightly drag[ging] your finger vertically or horizontally across the screen."  (*See* AT&T Samsung Galaxy SII User Manual, at 27). |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The AT&T Samsung Galaxy SII detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.<br><br>Specifically, when the AT&T Samsung Galaxy SII receives a call, it displays the caller's phone number and an unlock image on the incoming call screen.  (*See* AT&T Samsung Galaxy SII, at 41).  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the AT&T Samsung Galaxy SII's touchscreen, as shown below.  (*Id.*).  The AT&T Samsung Galaxy SII detects contact with this unlock image as a user touches and slides the image to unlock the phone and answer the call.  (*Id.*).<br><br>**Answering a Call**<br><br>When a call is received the phone rings and displays the caller's phone number, or name if stored in the Address Book.<br><br>1.  At the incoming call screen:<br>    • Touch and slide 📞 to the right to answer the call.<br><br>(*Id.*) |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br><br>(**Representation from AT&T Samsung Galaxy SII User Manual showing user touching and sliding the unlock image**)  (*Id.*)<br><br>As a second example, when the AT&T Samsung Galaxy SII receives a text message in a locked state, it displays a messaging unlock image on the home screen.  The unlock image, which is an orange icon containing a representation of the messaging application, appears at a predefined location at the right side of the AT&T Samsung Galaxy SII's touchscreen, as shown below. |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br><br>**(Screenshot of the AT&T Samsung Galaxy SII's locked home screen with the messaging unlock image highlighted in red)**<br><br>The AT&T Samsung Galaxy SII detects contact with this unlock image as a user touches and slides the image to unlock the phone and view the text message. |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|----------|---------------------------------------------|
|  |  **(Screenshots showing the Galaxy SII detecting contact with the messaging unlock image (middle) and sliding the image to the left as the user slides her finger across the screen)**<br><br>As a third example, when the user misses an incoming call, the AT&T Samsung Galaxy SII displays an unlock image on the locked home screen. The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Galaxy SII's touchscreen, as shown in the screenshot below. |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br><br>(**Screenshot of the locked home screen for the Samsung Galaxy SII, displaying the missed call unlock image at a predefined location at the left side of the touchscreen**)<br><br>The Samsung Galaxy SII detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and view missed call information. |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
|  |  **(Screenshots of the AT& T Samsung Galaxy SII detecting a contact with the unlock image on the locked home screen (middle) as the user slides the unlock image to the right)**<br><br>As is shown in the middle screenshot above, when the AT&T Samsung Galaxy SII detects a contact with the red unlock image, an arrow appears in a predefined location at the right side of the screen. |
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, | The AT&T Samsung Galaxy SII continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>Specifically, as the user touches and slides the unlock image on the incoming call screen, the AT&T Samsung Galaxy SII continuously moves the unlock image from left to right on the |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| interactive user-interface object with which a user interacts in order to unlock the device; and | touchscreen display provided the user maintains contact with the screen.  (*See* AT&T Samsung Galaxy SII User Manual, at 41).<br><br><br><br>(**Representation from AT&T Samsung Galaxy SII User Manual showing user touching and sliding the unlock icon from left to right to unlock the phone**) (*Id.*)<br><br>Further, when a call is incoming, the AT&T Samsung Galaxy SII's unlock image is a graphical object, namely a green icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.  (*See* AT&T Samsung Galaxy SII User Manual, at 41).<br><br><br><br>(*Id.*). |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the AT&T Samsung Galaxy SII continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below.  **(Screenshots of the AT&T Galaxy SII showing continuous movement of the unlock image from right to left as the user slides her finger across the screen towards the unlock region** Further, at the locked home screen, the AT&T Samsung Galaxy SII's messaging unlock image is a graphical object, namely an orange icon containing a representation of the messaging application, that the user touches and then slides to unlock the phone. |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|----------|---------------------------------------------|
| | <br><br>**(Screenshot of the AT&T Samsung Galaxy SII's locked home screen with the messaging unlock image highlighted in red)**<br><br>As a third example, as the user touches and slides the missed call unlock image on the locked home screen, the AT&T Samsung Galaxy SII continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br><br>(**Screenshots showing the AT&T Samsung Galaxy SII continuously moving the unlock image as a user slides it to the right to unlock the phone**)<br><br>Further, the AT& T Samsung Galaxy SII's missed call unlock image is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |   **(Screenshot showing the missed call unlock image on the locked AT&T Samsung Galaxy SII home screen)** |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The AT&T Samsung Galaxy SII unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>Specifically, the AT&T Samsung Galaxy SII unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  (*See* AT&T Samsung Galaxy SII User Manual, at 41). |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br><br>(**Representation of a user sliding the green unlock image from a first pre-defined location at the left side of the AT&T Samsung Galaxy SII touchscreen to the unlock region in order to unlock the phone to answer an incoming call**)  (AT&T Samsung Galaxy SII User Manual, at 41).<br><br>After the user answers and then terminates the call, the AT&T Samsung Galaxy SII remains unlocked for the user to operate.  Thus, the device is in a user-interface unlock state.<br><br>As a second example, the AT&T Samsung Galaxy SII unlocks to allow a user to view a new text message when the user slides the orange unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display, as shown below. |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  **(Screenshots showing the movement of the messaging unlock icon from the first predefined region to the second predefined unlock region, resulting in unlocking the phone)**<br><br>After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the device is in a user interface unlock state. |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| |  **(Screenshot of the unlocked AT&T Galaxy SII after the user has exited the Messaging application)**<br><br>As a third example, the AT&T Samsung Galaxy SII unlocks to permit the user to view missed call information when the user slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|----------|---------------------------------------------|
|          | on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow, as shown below.<br><br><br><br>**(Screenshots of the AT&T Samsung Galaxy SII showing the unlock image sliding to the right as a user unlocks the phone to view missed call information)**<br><br>After the user unlocks the phone using the missed call unlock image, all applications on the phone are available to the user.  Thus, the phone is a in a user-interface unlock state. |

| Claim 12 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| | <br><br>(Screenshot of the Samsung Galaxy SII after the user exits the missed call log) |

| Claim 13 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| 13. The method of claim 1, wherein the unlock image is a single image. | The AT&T Samsung Galaxy SII unlock image is a single image.  As described herein, the AT&T Samsung Galaxy SII performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, AT&T Samsung Galaxy SII User Manual, at 13, 27-28, 39-42 (2011)).<br><br>For example, when a call is incoming, the AT&T Samsung Galaxy SII displays an unlock image, which is a single, green icon containing the representation of a phone, that the user touches and then slides to unlock the phone and answer the call.  (*See* AT&T Samsung Galaxy SII User Manual, at 41).  The single unlock image is shown below.  This image is the only unlock image displayed on the incoming call screen.  The red decline call image below is not an unlock image as sliding it to the left does not unlock the phone.  Further, the incoming call unlock image is not displayed simultaneously with the missed call or messaging unlock images.<br><br><br><br>(AT&T Samsung Galaxy SII User Manual, at 41). |

| Claim 14 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| 14. The device of claim 7, wherein the unlock image is a single image. | The AT&T Samsung Galaxy SII unlock image is a single image. For example, when a call is incoming, the AT&T Samsung Galaxy SII displays an unlock image, which is a single, green icon containing the representation of a phone, that the user touches and then slides to unlock the phone and answer the call. (*See* AT&T Samsung Galaxy SII User Manual, at 41). The single unlock image is shown below. This image is the only unlock image displayed on the incoming call screen. The red decline call image below is not an unlock image as sliding it to the left does not unlock the phone. Further, the incoming call unlock image is not displayed simultaneously with the missed call or messaging unlock images.<br><br><br><br>(AT&T Samsung Galaxy SII User Manual, at 41). |

| Claim 15 | Infringement by the AT&T Samsung Galaxy SII |
|---|---|
| 15.  The computer readable storage medium of claim 12, wherein the unlock image is a single image. | The AT&T Samsung Galaxy SII unlock image is a single image.  For example, when a call is incoming, the AT&T Samsung Galaxy SII displays an unlock image, which is a single, green icon containing the representation of a phone, that the user touches and then slides to unlock the phone and answer the call.  (*See* AT&T Samsung Galaxy SII User Manual, at 41).  The single unlock image is shown below.  This image is the only unlock image displayed on the incoming call screen.  The red decline call image below is not an unlock image as sliding it to the left does not unlock the phone.  Further, the incoming call unlock image is not displayed simultaneously with the missed call or messaging unlock images.<br><br><br><br>(AT&T Samsung Galaxy SII User Manual, at 41). |