**INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE T-MOBILE SAMSUNG GALAXY SII (SGH-T989)**

| Claim 1 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| 1.  A method of unlocking a hand-held device, the device including a touch-sensitive display, the method comprising[i]: | To the extent that the preamble of claim 1 may be construed to be limiting, the T-Mobile Samsung Galaxy SII is a hand-held device including a touch-sensitive display.  Specifically, the T-Mobile Samsung Galaxy SII is an Android smartphone with a 4.52'' Super AMOLED Plus touch screen display.  (*See* Samsung, T-Mobile Galaxy SII, Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T989ZWBTMB-specs).  It weighs 4.77 oz. and measures 5.11'' (L) x 2.71'' (W) x 0.37'' (D).  (*Id.*).<br><br>(Samsung, T-Mobile Galaxy SII Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-T989ZWBTMB-gallery). |

---

[i] Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | **Display** |
| | Main Display Resolution — 480x800 pixels |
| | Main Display Size — 4.52" |
| | Main Display Technology — Super AMOLED™ Plus |
| | (*Id.*). |
| | As described below, the T-Mobile Samsung Galaxy SII performs the claimed method. Samsung promotes slide to unlock as a standard feature of the T-Mobile Samsung Galaxy SII. The user guide for the phone instructs users how to perform the claimed method. (*See, e.g.*, Samsung, T-Mobile Galaxy SII Mobile Phone User Manual, at 34, 57, 74, 71, 208 (2011) [hereinafter "T-Mobile Galaxy SII User Manual"]). For example, according to the T-Mobile Samsung Galaxy SII's User Manual, it has a touch screen that allows the user to "navigate the features of [her] phone and enter characters." (T-Mobile Galaxy SII User Manual, at 34). A user interacts with the T-Mobile Galaxy SII's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding, meaning "quickly drag[ging] your finger vertically or horizontally across the screen." (*See* T-Mobile Galaxy SII User Manual, at 34). The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The T-Mobile Samsung Galaxy SII detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image. For example, when the T-Mobile Samsung Galaxy SII receives a call, it displays the caller's phone number and an unlock image on an incoming call screen. (*See* T-Mobile Samsung Galaxy SII User Manual, at 57). The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the T-Mobile |

| Claim 1 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | Samsung Galaxy SII's touchscreen, as shown below.  (*Id.*).  The T-Mobile Samsung Galaxy SII detects contact with this unlock image as a user touches and slides the image to unlock the phone and answer the call.  (*Id.*). <br><br> **Answering a Call** <br><br> When somebody calls you, the phone rings and displays the incoming call image. <br><br> The caller's phone number, picture, or name if stored in Contacts List, displays. <br><br> ▶ At the incoming call screen: <br><br> • Touch and slide [icon] to the right to answer the call. <br><br>  <br><br> (**Representation from T-Mobile Samsung Galaxy SII User Manual showing unlock image on the incoming call screen**) (*Id.*) |

3

| Claim 1 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
|  |  **(Screenshots of the T-Mobile Samsung Galaxy SII detecting a contact with the unlock image on the incoming call screen (middle) as the user slides the unlock image to the right)**<br><br>As is shown in the middle screenshot above, when the T-Mobile Samsung Galaxy SII detects a contact with the green unlock image, the red "decline call" image is removed from the screen.<br><br>As a second example, when a locked T-Mobile Samsung Galaxy SII receives a text message through its Messaging application, it displays an unlock image on the home screen, as shown in the screenshot below. |

| Claim 1 | Infringement by the T-Mobile Samsung Galaxy SII |
|---------|--------------------------------------------------|
|  | <br><br>**(Screenshot of the messaging unlock image on the locked touchscreen)**<br><br>The unlock image, which is an orange icon containing a representation of a text message, appears at predefined location at the right side of the T-Mobile Samsung Galaxy SII's locked touchscreen, as shown above.  (*See* T-Mobile Galaxy SII User Manual, at 15 (noting that "[b]y default, the device screen locks when the backlight turns off")).  The T-Mobile Samsung Galaxy SII detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone and view the text message. |

| Claim 1 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
|  |  **(Screenshots of the T-Mobile Galaxy SII detecting contact with the messaging unlock image (middle) as a user touches the image and slides it to the left)**<br><br>As is shown in the middle screenshot above, when the T-Mobile Galaxy SII detects contact with the unlock image, it displays a white arrow on the left side of the locked home screen.<br><br>As a third example, when the user misses an incoming call, the T-Mobile Samsung Galaxy SII displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the T-Mobile Samsung Galaxy SII's touchscreen, as shown in the image from the user manual below.  The T-Mobile Samsung Galaxy SII detects contact with this unlock image as a user touches and then slide the image to the right to unlock the phone and view missed call information. |

| Claim 1 | Infringement by the T-Mobile Samsung Galaxy SII |
|---------|--------------------------------------------------|
| | <br><br>(T-Mobile Samsung Galaxy SII User Manual, at 71).<br><br>When the T-Mobile Galaxy SII detects contact with the red unlock image, a large white arrow like that shown in the screenshot of the messaging unlock image appears in a predefined location at the right side of the screen. |

| Claim 1 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The T-Mobile Samsung Galaxy SII continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.  For example, as the user touches and slides the unlock image on the incoming call screen, the T-Mobile Samsung Galaxy SII continuously moves the unlock image from left to right on the touchscreen display while the user maintains contact with the screen.  (*See* T-Mobile Samsung Galaxy SII User Manual, at 57). <br><br>    <br><br> (**Screenshots showing the T-Mobile Samsung Galaxy SII continuously moving the unlock image as a user slides it to the right to unlock the phone**) <br><br> Further, at the incoming call screen, the T-Mobile Samsung Galaxy SII's unlock image is a graphical object, namely a green icon containing a representation of a phone, that the user |

| Claim 1 | Infringement by the T-Mobile Samsung Galaxy SII |
|---------|--------------------------------------------------|
|         | touches and then slides across the touchscreen to unlock the phone.  (*See* T-Mobile Samsung Galaxy SII User Manual, at 57).<br><br><br><br>(*Id.*).<br><br>As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the T-Mobile Samsung Galaxy SII continuously moves the unlock image from left to right on the touchscreen display while the user maintains contact with the screen, as shown below.<br><br><br><br>**(Screenshots of the T-Mobile Galaxy SII continuously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone**) |

| Claim 1 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | Further, at the locked home screen, the T-Mobile Samsung Galaxy SII's messaging unlock image is a graphical object, namely an orange icon containing the representation of a text message, that the user touches and then slides across the touchscreen to unlock the phone and view the new text message.<br><br><br><br>**(Screenshot of the T-Mobile Samsung Galaxy SII's locked home screen with the messaging unlock image highlighted in green)**<br><br>As a third example, as the user touches and then slides the missed call unlock image on the locked home screen, the T-Mobile Samsung Galaxy SII continuously moves the unlock image from the left to the right while the user maintains contact with the screen.  Further, the unlock image, as shown below, is a graphical, interactive user-interface object, namely a red icon |

| Claim 1 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.<br><br>**Viewing Missed Calls from Lock Screen**<br><br>When you are unable to answer a call for any reason and your screen is locked, the number of missed calls are displayed on the Lock screen immediately after a call is missed.<br><br>**To view a missed call immediately:**<br><br>1. Press [icon] to reactive the screen.<br><br>2. Touch and drag the button (with the number of missed calls on it) to the right. The Logs tab is then displayed.<br><br><br><br>(T-Mobile Samsung Galaxy SII User Manual, at 71). |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The T-Mobile Samsung Galaxy SII unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>For example, the T-Mobile Samsung Galaxy SII unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display. (*See* T-Mobile Samsung Galaxy SII User Manual, at 57). |

| Claim 1 | Infringement by the T-Mobile Samsung Galaxy SII |
|---------|--------------------------------------------------|
|         |  (**Representation of unlock image at first predefined location on a T-Mobile Samsung Galaxy SII**)  (*See* T-Mobile Samsung Galaxy SII User Manual, at 57). |

| Claim 1 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| |  **(Screenshots of the T-Mobile Galaxy SII showing the unlock image sliding to the right as a user accepts an incoming call and unlocks the phone)** <br><br> After the user answers and then terminates the call, the T-Mobile Samsung Galaxy SII remains unlocked for the user to operate.  Thus, the phone is in a user-interface unlock state. |

| Claim 1 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | <br><br>**(Screenshot of the T-Mobile Galaxy SII after the user ends the call)**<br><br>As a second example, the T-Mobile Samsung Galaxy SII unlocks and opens the Messaging application when the user slides the orange messaging unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display |

| Claim 1 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | <br><br>**(Screenshots of the T-Mobile Samsung Galaxy SII showing the messaging unlock image sliding to the left and the phone unlocking as image reaches the predefined unlock region)**<br><br>After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 1 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
|  | <br><br>**(Screenshot of the T-Mobile Galaxy SII after the user exits the Messaging Application)**<br><br>As a third example, the T-Mobile Samsung Galaxy SII unlocks to permit the user to view missed call information when the user touches and then slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow on the right side of the touchscreen display. |

| Claim 1 | Infringement by the T-Mobile Samsung Galaxy SII |
|---------|--------------------------------------------------|
| | *Viewing Missed Calls from Lock Screen*<br><br>When you are unable to answer a call for any reason and your screen is locked, the number of missed calls are displayed on the Lock screen immediately after a call is missed.<br><br>**To view a missed call immediately:**<br><br>1. Press ⊙⏻ to reactive the screen.<br><br>2. Touch and drag the button (with the number of missed calls on it) to the right.The Logs tab is then displayed.<br><br>(T-Mobile Samsung Galaxy SII User Manual, at 71).<br><br>After the user unlocks the phone using the missed call unlock image, all applications are phone are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 3 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| 3.  The method of claim 1, wherein the moving comprises movement along a predefined channel from the first predefined location to the predefined unlock region. | The T-Mobile Samsung Galaxy SII comprises movement along a predefined channel from the first predefined location to the predefined unlock region.  As described herein, the T-Mobile Samsung Galaxy SII performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, T-Mobile Samsung Galaxy SII User Manual, at 34, 57, 74, 71, 208).  For example, to unlock the phone to answer an incoming call, the user moves the green incoming call unlock image from a predefined location at the left side of the screen along a predefined channel to the predefined unlock region on the right side of the T-Mobile Samsung Galaxy SII's screen.  The predefined channel is outlined in red in the screenshot below.<br><br><br><br>**(Screenshot of the T-Mobile Samsung Galaxy SII with the predefined channel highlighted in red)** |

| Claim 3 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | As a second example, to unlock the phone to view a new text message, the user moves the orange messaging unlock image from a predefined location at the right side of the screen in a predefined channel to the predefined unlock region on the left side of the T-Mobile Samsung Galaxy SII's screen.  The predefined channel is highlighted in green in the screenshot below.<br><br><br><br>**(Screenshot of the T-Mobile Samsung Galaxy SII with the predefined channel highlighted in green)** |

| Claim 3 | Infringement by the T-Mobile Samsung Galaxy SII |
|---------|-------------------------------------------------|
| | As a third example, to unlock the phone to view missed call information, the user moves the red missed call unlock image from a predefined location at the left side of the screen along a predefined channel to the predefined unlock region on the right side of the T-Mobile Galaxy SII's screen.  The predefined channel is highlighted in green in the image below.<br><br><br><br>**(Image of the T-Mobile Samsung Galaxy SII with the predefined channel highlighted in green** (T-Mobile Samsung Galaxy SII User Manual, at 71)) |

| Claim 4 | Infringement by the T-Mobile Samsung Galaxy SII |
|---------|--------------------------------------------------|
| 4.  The method of claim 1, further comprising displaying visual cues to communicate a direction of movement of the unlock image required to unlock the device. | The T-Mobile Samsung Galaxy SII displays visual cues to communicate a direction of movement of the unlock image required to unlock the device.  As described herein, the T-Mobile Samsung Galaxy SII performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, T-Mobile Samsung Galaxy SII User Manual, at 34, 57, 74, 71, 208).<br><br>For example, the T-Mobile Samsung Galaxy SII displays an arrow on the phone's green unlock image on the incoming call screen.  (*See* T-Mobile Samsung Galaxy SII User Manual, at 57).  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and answer an incoming call.  (*Id.*).  The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Image from the T-Mobile Samsung Galaxy SII User Manual with the arrow circled in yellow**)  (*See id.*) |

| Claim 4 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | As a second example, the T-Mobile Samsung Galaxy SII displays an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message. The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Image from the T-Mobile Samsung Galaxy SII with the arrow on the messaging unlock image circled in yellow)** |

| Claim 4 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | Moreover, when the T-Mobile Samsung Galaxy SII detects user contact with the orange messaging unlock image, it displays a second arrow in the predefined unlock region on the left side of the display, providing the user with an additional visual cue regarding the direction of movement.<br><br><br><br>**(Screenshot of the T-Mobile Samsung Galaxy SII as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement)**<br><br>As a third example, the T-Mobile Samsung Galaxy SII displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below. The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log. |

| Claim 4 | Infringement by the T-Mobile Samsung Galaxy SII |
|---------|--------------------------------------------------|
|         | <br><br>(T-Mobile Samsung Galaxy SII User Manual, at 71).<br><br>Moreover, when the T-Mobile Samsung Galaxy SII detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 6 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| 6.  The method of claim 4, wherein said visual cues comprise an arrow indicating a general direction of movement. | The T-Mobile Samsung Galaxy SII displays a visual cue comprising an arrow indicating a general direction of movement.  As described herein, the T-Mobile Samsung Galaxy SII performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, T-Mobile Samsung Galaxy SII User Manual, at 34, 57, 74, 71, 208).<br><br>For example, the unlock image on the T-Mobile Samsung Galaxy SII's incoming call screen includes an arrow that is a visual cue that directs the user to slide the unlock image to the right to unlock the phone and answer an incoming call.  (*See* T-Mobile Samsung Galaxy SII User Manual, at 57.)  The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Image from the T-Mobile Samsung Galaxy SII User Manual with the arrow circled in yellow**)  (*See id.*) |

| Claim 6 | Infringement by the T-Mobile Samsung Galaxy SII |
|---------|------------------------------------------------|
| | As a second example, the T-Mobile Samsung Galaxy SII displays an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Image from the T-Mobile Samsung Galaxy SII with the arrow on the messaging unlock image circled in yellow**)<br><br>Moreover, when the T-Mobile Samsung Galaxy SII detects user contact with the orange messaging unlock image, it displays a second arrow in the predefined unlock region on the left |

| Claim 6 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | side of the display, providing the user with an additional visual cue regarding the direction of movement.<br><br><br><br>**(Screenshot of the T-Mobile Samsung Galaxy SII as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement)**<br><br>As a third example, the T-Mobile Samsung Galaxy SII displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log. |

| Claim 6 | Infringement by the T-Mobile Samsung Galaxy SII |
|---------|--------------------------------------------------|
|  | <br><br>(T-Mobile Samsung Galaxy SII User Manual, at 71).<br><br>Moreover, when the T-Mobile Samsung Galaxy SII detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 7 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| 7.  A portable electronic device, comprising: | To the extent that the preamble of claim 7 may be construed to be limiting, the T-Mobile Samsung Galaxy SII is a portable electronic device.<br><br>Specifically, the T-Mobile Samsung Galaxy SII is a smartphone with a 4.52'' Super AMOLED Plus screen.  (*See* Samsung, T-Mobile Samsung Galaxy SII Android Smartphone Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T989ZWBTMB-specs).  It weighs 4.77 oz. and measures 5.11'' (L) x 2.71'' (W) x 0.37'' (D).  (*Id.*).  It has a 1.5 GHz dual-core processor.  (*Id.*).  Further, the T-Mobile Samsung Galaxy SII is "powered by a rechargeable Li-ion battery."  (T-Mobile Samsung Galaxy SII User Manual, at 11).<br><br><br><br>(Samsung, T-Mobile Galaxy SII Gallery, http://www.samsung.com/us/mobile/cell-phones /SGH-T989ZWBTMB-gallery). |

| Claim 7 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| a touch-sensitive display; | Additionally, according to the T-Mobile Samsung Galaxy SII's User Manual, it has a touch screen that allows the user to "navigate the features of [her] phone and enter characters." (T-Mobile Galaxy SII User Manual, at 34). A user interacts with the T-Mobile Galaxy SII's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding, meaning "quickly drag[ging] your finger vertically or horizontally across the screen." (*See* T-Mobile Galaxy SII User Manual, at 34).  (T-Mobile Galaxy SII User Manual, at 34). The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art."). |
| memory; | The T-Mobile Samsung Galaxy SII comprises memory. Specifically, the T-Mobile Samsung Galaxy SII has 16GB of internal memory and supports an external microSD card. (Samsung, T-Mobile Galaxy SII Android Smartphone Specifications, http://www.samsung.com/us/ mobile/cell-phones/SGH-T989ZWBTMB-specs). |

| Claim 7 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | **Memory**<br><br>**Internal Memory** — 16GB<br><br>**External Memory/microSD™ Capacity** — MicroSD™ Card<br><br>(*Id.*). |
| one or more processors; | The T-Mobile Samsung Galaxy SII comprises one or more processers.  Specifically, the T-Mobile Samsung Galaxy SII has a 1.5 GHz dual-core processor.  (*Id.*).<br><br>**CPU / Processor**<br><br>**Processor Speed, Type** — 1.5 GHz, Dual Core (Qualcomm Snapdragon S3)<br><br>(Samsung, T-Mobile Samsung Galaxy SII Android Smartphone Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T989ZWBTMB-specs). |
| one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | The T-Mobile Samsung Galaxy SII comprises one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions.<br><br>The T-Mobile Samsung Galaxy SII contains, among other modules, a contact/motion module in its memory that is configured for execution by the T-Mobile Samsung Galaxy SII's processor.  This module allows the T-Mobile Samsung Galaxy SII to detect contact with the touchscreen.  The T-Mobile Samsung Galaxy SII User Manual discloses some of those contacts that the contact/motion module detects, as show below. |

| Claim 7 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | • **Tap**: Use a brief touch to select items on the display or to enter text on the virtual QWERTY keyboard. For example: touch an Application icon to open the application. A light touch works best.<br><br>• **Touch and hold**: Touch and hold an icon or key to open the available options, or to access a pop-up menu. For example: press and hold from the Home screen to access a menu of customization options.<br><br>• **Flick**: Move your finger in lighter, quicker strokes than swiping. This finger gesture is always used in a vertical motion, such as when flicking through contacts or a message list.<br><br>• **Swipe or slide**: Quickly drag your finger vertically or horizontally across the screen. This allows you to move the area of focus or to scroll through a list. For example: slide your finger left or right on the Home screen to scroll among the seven panels.<br><br>• **Drag**: Press and hold your finger with some pressure before you start to move it. Do not release your finger until you have reached the target position.<br><br>(T-Mobile Galaxy SII User Manual, at 34). |
| to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image; | The T-Mobile Samsung Galaxy SII's one or more modules include instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image.<br><br>Specifically, when the T-Mobile Samsung Galaxy SII receives a call, it displays the caller's phone number and an unlock image on the incoming call screen.  (*See* T-Mobile Samsung Galaxy SII User Manual, at 57).  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the T-Mobile Samsung Galaxy SII's touchscreen, as shown below.  (*Id.*).  The T-Mobile Samsung Galaxy SII detects contact with this unlock image as a user touches and slides the image to answer the call.  (*Id.*). |

| Claim 7 | Infringement by the T-Mobile Samsung Galaxy SII |
|---------|------------------------------------------------|
| | **Answering a Call**<br><br>When somebody calls you, the phone rings and displays the incoming call image.<br><br>The caller's phone number, picture, or name if stored in Contacts List, displays.<br><br>▶  At the incoming call screen:<br><br>  • Touch and slide [icon] to the right to answer the call.<br><br><br><br>(**Representation from T-Mobile Samsung Galaxy SII User Manual showing unlock image on the incoming call screen**) (*Id.*) |

| Claim 7 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| |  **(Screenshots of the T-Mobile Samsung Galaxy SII detecting a contact with the unlock image on the incoming call screen (middle) as the user slides the unlock image to the right)**<br><br>As a second example, when the T-Mobile Samsung Galaxy SII receives a text message while in the locked state, it displays a messaging unlock image on the locked home screen, as shown in the screenshot below. |

| Claim 7 | Infringement by the T-Mobile Samsung Galaxy SII |
|---------|-------------------------------------------------|
|         |  The unlock image, which is an orange icon containing the representation of a text message, appears at a predefined location on the right side of the T-Mobile Samsung Galaxy SII's touchscreen, as shown above.  The T-Mobile Samsung Galaxy SII detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone. |

| Claim 7 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | **(Screenshots of the T-Mobile Galaxy SII detecting contact with the messaging unlock image (middle) as a user touches the image and slides it to the left)**<br><br>As a third example, when the user misses an incoming call, the T-Mobile Samsung Galaxy SII displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the T-Mobile Samsung Galaxy SII's touchscreen, as shown in the image from the user manual below.  The T-Mobile Samsung Galaxy SII detects contact with this unlock image as a user touches and then slide the image to the right to unlock the phone and view missed call information. |

| Claim 7 | Infringement by the T-Mobile Samsung Galaxy SII |
|---------|-------------------------------------------------|
| |  **Viewing Missed Calls from Lock Screen**<br><br>When you are unable to answer a call for any reason and your screen is locked, the number of missed calls are displayed on the Lock screen immediately after a call is missed.<br><br>**To view a missed call immediately:**<br><br>1. Press ▣ to reactive the screen.<br><br>2. Touch and drag the button (with the number of missed calls on it) to the right.The Logs tab is then displayed.<br><br>(T-Mobile Samsung Galaxy SII User Manual, at 71).<br><br>When the T-Mobile Galaxy SII detects contact with the red unlock image, a large white arrow like that shown in the screenshot of the messaging unlock image appears in a predefined location at the right side of the screen. |

| Claim 7 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The T-Mobile Samsung Galaxy SII's one or more modules include instructions to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the unlock image on the incoming call screen, the T-Mobile Samsung Galaxy SII includes instructions to continuously move the unlock image from left to right on the touchscreen display provided the user maintains contact with the screen.  (*See* T-Mobile Galaxy SII User Manual, at 57).<br><br>  <br><br>(**Screenshots of showing the T-Mobile Samsung Galaxy SII continuously moving the unlock image as a user slides it to the right to unlock the phone**)<br><br>Specifically, at the incoming call screen, the T-Mobile Samsung Galaxy SII's unlock image is a |

| Claim 7 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | graphical object, namely a green icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.  (*See* T-Mobile Samsung Galaxy SII User Manual, at 57).<br><br>▶ At the incoming call screen:<br><br>• Touch and slide  to the right to answer the call.<br><br>(*Id.*).<br><br>As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the T-Mobile Samsung Galaxy SII includes instructions to continuously move the messaging unlock image from right to left on the touchscreen display provided the user maintains contact with the screen.<br><br><br><br>(**Screenshots of the T-Mobile Galaxy SII continuously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone**) |

| Claim 7 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | As a third example, as the user touches and then slides the missed call unlock image on the locked home screen, the T-Mobile Samsung Galaxy SII continuously moves the unlock image from the left to the right while the user maintains contact with the screen.  Further, the unlock image, as shown below, is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.<br><br><br><br>(T-Mobile Samsung Galaxy SII User Manual, at 71). |

| Claim 7 | Infringement by the T-Mobile Samsung Galaxy SII |
|---------|--------------------------------------------------|
| to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | The T-Mobile Samsung Galaxy SII's one or more modules include instructions to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display.<br><br>Specifically, the T-Mobile Samsung Galaxy SII includes instructions to unlock the phone to permit the user to answer an incoming phone call.  When the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display, the phone unlocks to facilitate the call. (*See* T-Mobile Samsung Galaxy SII User Manual, at 57).<br><br><br><br>**(Images of a user sliding the green unlock image from a first pre-defined location at the left side of the T-Mobile Samsung Galaxy SII touchscreen to the unlock region in order to unlock the phone to answer an incoming call)** |

| Claim 7 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | After the user answers and then terminates the call, all the applications on the phone are unlocked for the user to use.  Thus, the phone is in a user-interface unlock state.<br><br><br><br>**(Screenshot of the unlocked phone after the user terminates the call)**<br><br>As a second example, the T-Mobile Samsung Galaxy SII includes instructions to unlock the phone when the user slides the messaging unlock image across the touchscreen.  Specifically, when the user slides the orange messaging unlock image from its original location at the right |

| Claim 7 | Infringement by the T-Mobile Samsung Galaxy SII |
|---------|--------------------------------------------------|
|         | side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display, the phone unlocks to allow the user to read the new text message.  **(Screenshots of the T-Mobile Samsung Galaxy SII showing the messaging unlock image sliding to the left and the phone unlocking as image reaches the predefined unlock region)** After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 7 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | <br><br>**(Screenshot of the unlocked phone after the user exits the Messaging application)**<br><br>As a third example, the T-Mobile Samsung Galaxy SII unlocks to permit the user to view missed call information when the user touches and then slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow on the right side of the touchscreen display. |

| Claim 7 | Infringement by the T-Mobile Samsung Galaxy SII |
|---------|--------------------------------------------------|
| |  **Viewing Missed Calls from Lock Screen** When you are unable to answer a call for any reason and your screen is locked, the number of missed calls are displayed on the Lock screen immediately after a call is missed. **To view a missed call immediately:** 1. Press ⬚ to reactive the screen. 2. Touch and drag the button (with the number of missed calls on it) to the right. The Logs tab is then displayed. (T-Mobile Samsung Galaxy SII User Manual, at 71). After the user unlocks the phone using the missed call unlock image, all applications are phone are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 8 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| 8.  The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement. | The T-Mobile Samsung Galaxy SII's one or more modules further comprise instructions to display visual cues to communicate a direction of movement.  In particular, the T-Mobile Samsung Galaxy SII includes instructions to display an arrow on the phone's green unlock image on the incoming call screen.  (*See* T-Mobile Galaxy SII User Manual, at 57).  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and answer an incoming call.  (*Id.*).  The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Image from the T-Mobile Samsung Galaxy SII User Manual with the arrow circled in yellow**)  (*See id.*)<br><br>As a second example, the T-Mobile Samsung Galaxy SII includes instructions to display an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and read the new text message.  The presence of the arrow on the messaging unlock image is shown below. |

| Claim 8 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | <br><br>**(Image from the T-Mobile Samsung Galaxy SII with the arrow on the messaging unlock image circled in yellow)**<br><br>Moreover, when the T-Mobile Samsung Galaxy SII detects user contact with the orange messaging unlock image, it displays a second arrow in the predefined unlock region on the left side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 8 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| |  **(Screenshot of the T-Mobile Samsung Galaxy SII as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement)**<br><br>As a third example, the T-Mobile Samsung Galaxy SII includes instructions to display an arrow on the phone's red missed call unlock image on the locked home screen, as shown below. The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log. |

| Claim 8 | Infringement by the T-Mobile Samsung Galaxy SII |
|---------|--------------------------------------------------|
| |  |

(T-Mobile Samsung Galaxy SII User Manual, at 71).

Moreover, when the T-Mobile Samsung Galaxy SII detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement.

| Claim 10 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| 10.  The device of claim 8, wherein said visual cues comprise an arrow indicating a general direction of movement. | The T-Mobile Samsung Galaxy SII displays a visual cue comprising an arrow indicating a general direction of movement.  For example, the unlock image on the T-Mobile Samsung Galaxy SII's incoming call screen includes an arrow that is a visual cue that directs the user to slide the image to the right to unlock the phone and answer an incoming call.  (*See* T-Mobile Samsung Galaxy SII, at 57).  The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Image from the T-Mobile Samsung Galaxy SII User Manual with the arrow circled in yellow**)  (*See id.*)<br><br>As a second example, the T-Mobile Samsung Galaxy SII displays an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message.  The presence of the arrow on the unlock image is shown below. |

| Claim 10 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| |  (**Image from the T-Mobile Samsung Galaxy SII with the arrow on the messaging unlock image circled in yellow**) <br><br> Moreover, when the T-Mobile Samsung Galaxy SII detects user contact with the orange messaging unlock image, it displays a second arrow in the predefined unlock region on the left side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 10 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
|  | <br><br>**(Screenshot of the T-Mobile Samsung Galaxy SII as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement)**<br><br>As a third example, the T-Mobile Samsung Galaxy SII displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log. |

| Claim 10 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | <br><br>(T-Mobile Samsung Galaxy SII User Manual, at 71).<br><br>Moreover, when the T-Mobile Samsung Galaxy SII detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| 11.  A portable electronic device comprising: | To the extent that the preamble of claim 11 may be construed to be limiting, the T-Mobile Samsung Galaxy SII is a portable electronic device.  Specifically, the T-Mobile Samsung Galaxy SII is a smartphone with a 4.52'' Super AMOLED Plus screen.  (*See* Samsung, T-Mobile Samsung Galaxy SII Android Smartphone Specifications, http://www.samsung.com /us/mobile/cell-phones/SGH-T989ZWBTMB-specs).  It weighs 4.77 oz. and measures 5.11'' (L) x 2.71'' (W) x 0.37'' (D).  (*Id.*).  It has a 1.5 GHz dual-core processor.  (*Id.*).  Further, the T-Mobile Samsung Galaxy SII is "powered by a rechargeable Li-ion battery."  (T-Mobile Samsung Galaxy SII User Manual, at 11).<br><br><br><br>(Samsung, T-Mobile Galaxy SII Gallery, http://www.samsung.com/us/mobile/cell-phones /SGH-T989ZWBTMB-gallery). |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| a touch-sensitive display; | The T-MOBILE Samsung Galaxy SII comprises a touch-sensitive display.  According to the T-Mobile Samsung Galaxy SII's User Manual, it has a touch screen that allows the user to "navigate the features of [her] phone and enter characters."  (T-Mobile Galaxy SII User Manual, at 34).  A user interacts with the T-Mobile Galaxy SII's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding, meaning "quickly drag[ging] your finger vertically or horizontally across the screen."  (*See* T-Mobile Galaxy SII User Manual, at 34).<br><br><br><br>(T-Mobile Galaxy SII User Manual, at 34).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.").  |
| means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state; | The T-Mobile Samsung Galaxy SII comprises a means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state.  For example, when the T-Mobile Samsung Galaxy SII receives a call, it displays the caller's phone number and an unlock image on the incoming call screen.  (*See* T-Mobile Samsung Galaxy SII, at 57).  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the T-Mobile |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | Samsung Galaxy SII's touchscreen, as shown below.  (*Id.*).  The unlock image appears when the phone is in a user-interface lock state.<br><br><br><br>(**Representation from T-Mobile Samsung Galaxy SII User Manual showing unlock icon on the left side of the touchscreen display**)  (*Id.*)<br><br>As a second example, when the T-Mobile Samsung Galaxy SII receives a text message in a locked state, it displays a messaging unlock image on the home screen.  The unlock image, which is an orange icon containing a representation of a text message, appears at a predefined location at the right side of the T-Mobile Samsung Galaxy SII's touchscreen, as shown below.  The unlock image appears when the phone is in a user-interface lock state. |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | <br><br>**(Screenshot of the T-Mobile Samsung Galaxy SII's locked home screen with the messaging unlock image highlighted in green)**<br><br>As a third example, when the user misses an incoming call, the T-Mobile Samsung Galaxy SII displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the T-Mobile Samsung Galaxy SII's touchscreen, as shown in the image from the user manual below. |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| |  **Viewing Missed Calls from Lock Screen**<br><br>When you are unable to answer a call for any reason and your screen is locked, the number of missed calls are displayed on the Lock screen immediately after a call is missed.<br><br>**To view a missed call immediately:**<br><br>1. Press [button] to reactive the screen.<br><br>2. Touch and drag the button (with the number of missed calls on it) to the right.The Logs tab is then displayed.<br><br>(T-Mobile Samsung Galaxy SII User Manual, at 71). |
| means for detecting contact with the touch-sensitive display; and | The T-Mobile Samsung Galaxy SII comprises a means for detecting contact with the touch-sensitive display.  In particular, the T-Mobile Samsung Galaxy SII detects contact with the unlock image on the incoming call screen as a user touches and slides the image to unlock the phone and answer the call.  (*Id.*). |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | **Answering a Call**<br><br>When somebody calls you, the phone rings and displays the incoming call image.<br><br>The caller's phone number, picture, or name if stored in Contacts List, displays.<br><br>▶ At the incoming call screen:<br><br>• Touch and slide 📞▶ to the right to answer the call.<br><br><br><br>(**Representation from T-Mobile Samsung Galaxy SII User Manual showing unlock image on the incoming call screen**) (*Id.*) |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| |  **(Screenshots of the T-Mobile Samsung Galaxy SII detecting a contact with the unlock image on the incoming call screen (middle) as the user slides the unlock image to the right)**<br><br>As a second example, the T-Mobile Samsung Galaxy SII detects contact with the messaging unlock image on the locked home screen as a user touches and slides the image to the right to unlock the phone and view the new text message. |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| |  **(Screenshots of the T-Mobile Galaxy SII detecting contact with the messaging unlock image (middle) as a user touches the image and slides it to the left)** <br><br> As a third example, the T-Mobile Samsung Galaxy SII detects contact with the missed call unlock image as a user touches and then slide the image to the right to unlock the phone and view missed call information. |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | 

(T-Mobile Samsung Galaxy SII User Manual, at 71).

When the T-Mobile Galaxy SII detects contact with the red unlock image, a large white arrow like that shown in the screenshot of the messaging unlock image appears in a predefined location at the right side of the screen. |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The T-Mobile Samsung Galaxy SII comprises a means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.  For example, as the user touches and slides the unlock image on the incoming call screen, the T-Mobile Samsung Galaxy SII continuously moves the unlock image from left to right on the touchscreen display while the user maintains contact with the screen. (*See* T-Mobile Samsung Galaxy SII User Manual, at 57).<br><br><br><br>**(Screenshots of showing the T-Mobile Samsung Galaxy SII continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Further, at the incoming call screen, the T-Mobile Samsung Galaxy SII's unlock image is a graphical object, namely a green icon containing a representation of a phone, that the user |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | touches and then slides across the touchscreen to unlock the phone.  (*See* T-Mobile Samsung Galaxy SII User Manual, at 57).<br><br>► At the incoming call screen:<br><br>• Touch and slide 📞▶ to the right to answer the call.<br><br>(*Id.*).<br><br>As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the T-Mobile Samsung Galaxy SII continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below.<br><br><br><br>**(Screenshots of the T-Mobile Galaxy SII continuously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone)** |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | Further, at the locked home screen, the T-Mobile Samsung Galaxy SII's messaging unlock image is a graphical object, namely an orange icon containing a representation of a text message, that the user touches and then slides to unlock the phone.<br><br><br><br>**(Screenshot of the T-Mobile Samsung Galaxy SII's locked home screen with the messaging unlock image highlighted in green)**<br><br>As a third example, as the user touches and then slides the missed call unlock image on the locked home screen, the T-Mobile Samsung Galaxy SII continuously moves the unlock image |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | from the left to the right while the user maintains contact with the screen. Further, the unlock image, as shown below, is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.<br><br>**Viewing Missed Calls from Lock Screen**<br><br>When you are unable to answer a call for any reason and your screen is locked, the number of missed calls are displayed on the Lock screen immediately after a call is missed.<br><br>**To view a missed call immediately:**<br><br>1. Press [image] to reactive the screen.<br><br>2. Touch and drag the button (with the number of missed calls on it) to the right. The Logs tab is then displayed.<br><br><br><br>(T-Mobile Samsung Galaxy SII User Manual, at 71). |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| means for transitioning the device to a user-interface unlock state if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The T-Mobile Samsung Galaxy SII comprises a means for transitioning the device to a user-interface unlock state if moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.  Specifically, the T-Mobile Samsung Galaxy SII unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  (*See* T-Mobile Samsung Galaxy SII User Manual, at 57).<br><br>  <br><br>**(Image of a user sliding the green unlock image from a first pre-defined location at the left side of the T-Mobile Samsung Galaxy SII touchscreen to the unlock region in order to unlock the phone to answer an incoming call)**<br><br>After the user answers and then terminates the call, the T-MOBILE Samsung Galaxy SII |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | remains unlocked for the user to operate.  Thus, the phone is in a user-interface unlock state.<br><br><br><br>(**Screenshot of the unlocked phone after the user has terminated the call**)<br><br>As a second example, the T-Mobile Samsung Galaxy SII unlocks to allow a user to view a new text message when the user slides the orange unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display, as shown below. |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| |  **(Screenshots of the T-Mobile Samsung Galaxy SII showing the messaging unlock image sliding to the left and the phone unlocking as image reaches the predefined unlock region**) <br><br> After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is in user-interface unlock state. |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| |  **(Screenshot of the unlocked phone after the user has exited the Messaging application)**<br><br>As a third example, the T-Mobile Samsung Galaxy SII unlocks to permit the user to view missed call information when the user touches and then slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow on the right side of the touchscreen display. |

| Claim 11 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| |  |

(T-Mobile Samsung Galaxy SII User Manual, at 71).

After the user unlocks the phone using the missed call unlock image, all applications are phone are available to the user. Thus, the phone is in a user-interface unlock state.

| Claim 12 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| 12.  A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch-sensitive display, cause the portable electronic device to perform a method comprising: | To the extent that the preamble of claim 12 may be construed to be limiting, the T-Mobile Samsung Galaxy SII comprises a computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by the T-Mobile Samsung Galaxy SII, which is a portable electronic device with a touch-sensitive display, cause the T-Mobile Samsung Galaxy SII to perform a method.<br><br>Specifically, the T-Mobile Samsung Galaxy SII is a smartphone with a 4.52'' Super AMOLED Plus screen.  (*See* Samsung, T-Mobile Galaxy SII Android Smartphone Specifications, http://www.samsung.com /us/mobile/cell-phones/SGH-T989ZWBTMB-specs).  The T-Mobile Samsung Galaxy SII has a 1.5 GHz dual-core processor and 16GB of internal memory, and supports an external microSD card.  (*Id.*).  Additionally, it features the Android 2.3.6, Gingerbread, operating system.  (CITE to T-Mobile website).<br><br><br><br>(Samsung, T-Mobile Galaxy SII Android Smartphone Specifications, http://www.samsung.com /us/mobile/cell-phones/SGH-T989ZWBTMB-specs). It weighs 4.77 oz. and measures 5.11'' (L) x 2.71'' (W) x 0.37'' (D).  (*Id.*).<br><br>Further, the T-Mobile Samsung Galaxy SII is "powered by a rechargeable Li-ion battery."  (T-Mobile Galaxy SII User Manual, at 11). |

| Claim 12 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | <br><br>(Samsung, T-Mobile Galaxy SII Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-T989ZWBTMB-gallery).<br><br>Further, Samsung promotes slide to unlock as a standard feature of the T-Mobile Samsung Galaxy SII.  The user guide for the phone instructs users how to use the phone to perform a method to unlock the phone.  (*See, e.g.*, T-Mobile Samsung Galaxy SII User Manual, at 34, 57, 74, 71, 208).  According to the T-Mobile Samsung Galaxy SII's User Manual, it has a touch screen that allows the user to "navigate the features of [her] phone and enter characters."  (T-Mobile Galaxy SII User Manual, at 34).  A user interacts with the T-Mobile Galaxy SII's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding, meaning "quickly drag[ging] your finger vertically or horizontally across the screen."  (*See* T-Mobile Galaxy SII User Manual, at 34). |

| Claim 12 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The T-Mobile Samsung Galaxy SII detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.<br><br>For example, when the T-Mobile Samsung Galaxy SII receives a call, it displays the caller's phone number and an unlock image on the incoming call screen.  (*See* T-Mobile Samsung Galaxy SII, at 57).  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the T-Mobile Samsung Galaxy SII's touchscreen, as shown below.  (*Id.*).  The T-Mobile Samsung Galaxy SII detects contact with this unlock image as a user touches and slides the image to unlock the phone and answer the call.  (*Id.*).<br><br> |

| Claim 12 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | <br>(**Representation from T-Mobile Samsung Galaxy SII User Manual showing unlock image on the incoming call screen**) (*Id.*)<br><br>As a second example, when the T-Mobile Samsung Galaxy SII receives a text message in a locked state, it displays a messaging unlock image on the home screen.  The unlock image, which is an orange icon containing a representation of a text message, appears at a predefined location at the right side of the T-Mobile Samsung Galaxy SII's touchscreen, as shown below. |

| Claim 12 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| |  **(Screenshot of the T-Mobile Samsung Galaxy SII's locked home screen with the messaging unlock image highlighted in green)** The T-Mobile Samsung Galaxy SII detects contact with this unlock image as a user touches and slides the image to unlock the phone and view the text message. |

| Claim 12 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | <br><br>**(Screenshots of the T-Mobile Galaxy SII detecting contact with the messaging unlock image (middle) as a user touches the image and slides it to the left)**<br><br>As a third example, when the user misses an incoming call, the T-Mobile Samsung Galaxy SII displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the T-Mobile Samsung Galaxy SII's touchscreen, as shown in the image from the user manual below.  The T-Mobile Samsung Galaxy SII detects contact with this unlock image as a user touches and then slide the image to the right to unlock the phone and view missed call information. |

| Claim 12 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| |  (T-Mobile Samsung Galaxy SII User Manual, at 71).<br><br>When the T-Mobile Galaxy SII detects contact with the red unlock image, a large white arrow like that shown in the screenshot of the messaging unlock image appears in a predefined location at the right side of the screen. |

| Claim 12 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The T-Mobile Samsung Galaxy SII continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.  For example, as the user touches and slides the unlock image on the incoming call screen, the T-Mobile Samsung Galaxy SII continuously moves the unlock image from left to right on the touchscreen display provided the user maintains contact with the screen.  (*See* T-Mobile Galaxy SII User Manual, at 57).<br><br>  <br><br>(**Screenshots of showing the T-Mobile Samsung Galaxy SII continuously moving the unlock image as a user slides it to the right to unlock the phone**)<br><br>Further, when a call is incoming, the T-Mobile Samsung Galaxy SII's unlock image is a graphical object, namely a green icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.  (*See* T-Mobile Samsung |

| Claim 12 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
|  | Galaxy SII User Manual, at 57).<br><br><br><br>(*Id.*).<br><br>As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the T-Mobile Samsung Galaxy SII continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below.<br><br><br><br>**(Screenshots of the T-Mobile Galaxy SII continuously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone)** |

| Claim 12 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | Further, at the locked home screen, the T-Mobile Samsung Galaxy SII's messaging unlock image is a graphical object, namely an orange icon containing a representation of a text message, that the user touches and then slides to unlock the phone.  **(Screenshot of the T-Mobile Samsung Galaxy SII's locked home screen with the messaging unlock image highlighted in green)** As a third example, as the user touches and then slides the missed call unlock image on the locked home screen, the T-Mobile Samsung Galaxy SII continuously moves the unlock image from the left to the right while the user maintains contact with the screen.  Further, the unlock image, as shown below, is a graphical, interactive user-interface object, namely a red icon |

| Claim 12 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.<br><br><br><br>(T-Mobile Samsung Galaxy SII User Manual, at 71). |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The T-Mobile Samsung Galaxy SII unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>For example, the T-Mobile Samsung Galaxy SII unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  (*See* T-Mobile Samsung Galaxy SII User Manual, at 57). |

| Claim 12 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | <br><br>**(Images of a user sliding the green unlock image from a first pre-defined location at the left side of the T-Mobile Samsung Galaxy SII touchscreen to the unlock region in order to unlock the phone to answer an incoming call)**<br><br>After the user answers and then terminates the call, the T-Mobile Samsung Galaxy SII remains unlocked for the user to operate.  Thus, the phone is in a user-interface unlock state. |

| Claim 12 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | <br><br>**(Screenshot of the unlocked T-Mobile Galaxy SII after the user has terminated the call)**<br><br>As a second example, the T-Mobile Samsung Galaxy SII unlocks to allow a user to view a new text message when the user slides the orange unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display, as shown below. |

| Claim 12 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | <br><br>**(Screenshots of the T-Mobile Samsung Galaxy SII showing the messaging unlock image sliding to the left and the phone unlocking as image reaches the predefined unlock region)**<br><br>After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user. Thus, the phone is in a user-interface unlock state. |

| Claim 12 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | <br><br>**(Screenshot of the T-Mobile Galaxy SII after the user has exited the Messaging application)**<br><br>As a third example, the T-Mobile Samsung Galaxy SII unlocks to permit the user to view missed call information when the user touches and then slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow on the right side of the touchscreen display. |

| Claim 12 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
|  | <br><br>(T-Mobile Samsung Galaxy SII User Manual, at 71).<br><br>After the user unlocks the phone using the missed call unlock image, all applications are phone are available to the user.  Thus, the phone is in a user-interface unlock state. |

87

| Claim 13 | Infringement by the Samsung T-Mobile Samsung Galaxy SII |
|---|---|
| 13.  The method of claim 1, wherein the unlock image is a single image. | The T-Mobile Samsung Galaxy SII unlock image is a single image. As described herein, the T-Mobile Samsung Galaxy SII performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, T-Mobile Samsung Galaxy SII User Manual, at 34, 57, 74, 71, 208).<br><br>For example, when a call is incoming, the T-Mobile Samsung Galaxy SII displays an unlock image, which is a single, green icon containing the representation of a phone, that the user touches and then slides to unlock the phone and answer the call.  (*See* T-Mobile Samsung Galaxy SII User Manual, at 57).<br><br>The single unlock image is shown below.  This image is the only unlock image displayed on the incoming call screen.  The red decline call image, which appears on the screen with the green unlock image, is not an unlock image as sliding it to the left does not unlock the phone.  Further, the incoming call unlock image is not displayed simultaneously with the missed call or messaging unlock images.<br><br>▶ At the incoming call screen:<br><br>• Touch and slide  to the right to answer the call.<br><br>(T-Mobile Samsung Galaxy SII User Manual, at 57). |
| Claim 14 | Infringement by the T-Mobile Samsung Galaxy SII |
| 14.  The device of claim 7, wherein the unlock image is a single image. | The T-Mobile Samsung Galaxy SII unlock image is a single image.<br><br>For example, when a call is incoming, the T-Mobile Samsung Galaxy SII displays an unlock image, which is a single, green icon containing the representation of a phone, that the user touches and then slides to unlock the phone and answer the call.  (*See* T-Mobile Samsung Galaxy SII User Manual, at 57).<br><br>The single unlock image is shown below.  This image is the only unlock image displayed on the incoming call screen.  The red decline call image, which appears on the screen with the green unlock image, is not an unlock image as sliding it to the left does not unlock the phone.  Further, the incoming call unlock image is not displayed simultaneously with the missed call or |

| Claim 14 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| | messaging unlock images.<br><br>► At the incoming call screen:<br><br>• Touch and slide  to the right to answer the call.<br><br>(T-Mobile Samsung Galaxy SII User Manual, at 57). |

| Claim 15 | Infringement by the T-Mobile Samsung Galaxy SII |
|---|---|
| 15.  The computer readable storage medium of claim 12, wherein the unlock image is a single image. | The T-Mobile Samsung Galaxy SII unlock image is a single image.<br><br>For example, when a call is incoming, the T-Mobile Samsung Galaxy SII displays an unlock image, which is a single, green icon containing the representation of a phone, that the user touches and then slides to unlock the phone and answer the call.  (*See* T-Mobile Galaxy SII User Manual, at 57).<br><br>The single unlock image is shown below.  This image is the only unlock image displayed on the incoming call screen.  The red decline call image, which appears on the screen with the green unlock image, is not an unlock image as sliding it to the left does not unlock the phone.  Further, the incoming call unlock image is not displayed simultaneously with the missed call or messaging unlock images.<br><br>► At the incoming call screen:<br><br>• Touch and slide  to the right to answer the call.<br><br>(T-Mobile Samsung Galaxy SII User Manual, at 57). |