**INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE SAMSUNG CAPTIVATE GLIDE (SGH-I927)**

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| 1. A method of unlocking a hand-held device, the device including a touch-sensitive display, the method comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Captivate Glide is a hand-held device including a touch-sensitive display.  Specifically, the Samsung Captivate Glide is an Android smartphone with a 4.0'' Super AMOLED touch screen display.  (*See* Samsung, Samsung Captivate Glide, Specifications, http://www.samsung.com /us/mobile/cell-phones/SGH-I927ZKAATT-specs).  It weighs 5.2 oz. and measures 4.9'' (L) x 2.5'' (W) x 0.5'' (D).  (*See* AT&T, Samsung Captivate Glide Overview, http://www.wireless .att. com/cell-phone-service/cell-phone-details/index.jsp?device=Samsung +Captivate +(TM)+Glide+-+Black&q_sku=sku5410297#fbid=tMatsKL3j4H).    (Samsung, Samsung Captivate Glide, Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-gallery). |

[1] Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| | **Display**<br><br>**Main Display Resolution** — 480x800 Pixels<br>**Main Display Size** — 4.0"<br>**Main Display Technology** — Super AMOLED™<br><br>(Samsung, Samsung Captivate Glide Android Smartphone, Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs).<br><br>As described below, the Samsung Captivate Glide performs the claimed method.  Samsung promotes slide to unlock as a standard feature of the Captivate Glide.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Samsung, Captivate Glide Mobile Phone User Manual, at 13, 38-40, 44 (2011) [hereinafter "Samsung Captivate Glide User Guide"]).  According to the Samsung Captivate Glide's User Guide, it has a touch screen that "provides quick response[s] to a variety of in-phone menus and options including applications and seven home screens." (Samsung Captivate Glide User Guide, at 13).  A user interacts with the Samsung Captivate Glide's applications by, for example, tapping items on the touchscreen to select or launch them or touching and holding screen items to activate them. (*See* Samsung Captivate Glide User Guide, at 26).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Captivate Glide detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.<br><br>For example, when the Samsung Captivate Glide receives a call, it displays the caller's phone number and an unlock image on an incoming call screen.  (*See* Samsung Captivate Glide User Guide, at 38.  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Captivate Glide's |

2

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
|  | touchscreen, as shown below.  (*Id.*).  The Samsung Captivate Glide detects contact with this unlock image as a user touches and slides the image to unlock the phone and answer the call. (*Id.*).<br><br><br><br>(**Representation from Samsung Captivate Glide User Guide showing user touching and sliding the unlock icon to the right**)  (*Id.*)<br><br>As a second example, when a locked Samsung Captivate Glide receives a text message through its Messaging application, it displays an unlock image on the home screen, as shown in the screenshot below. |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
|  |  **(Screenshot of the locked Captivate Glide home screen displaying the messaging unlock image)** The unlock image, which is an orange icon containing the representation of the messaging application, appears at predefined location at the right side of the Samsung Captivate Glide's locked touchscreen, as shown above.  The Samsung Captivate Glide detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone and view the text message. |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  **(Screenshot of the Samsung Captivate Glide detecting contact with the messaging unlock image as a user slides it to the left to unlock the phone)** As is shown in the screenshot above, when the Samsung Captivate Glide detects contact with the unlock image, it displays a white arrow on the left side of the locked home screen. As a third example, when the user misses an incoming call, the Samsung Captivate Glide displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Captivate Glide's touchscreen, as shown in the screenshot below. |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---------|---------------------------------------------|
| |  **(Screenshot of the locked home screen for the Samsung Captivate Glide, displaying the missed call unlock image at a predefined location at the left side of the touchscreen)** The Samsung Captivate Glide detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and view missed call information. |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---------|---------------------------------------------|
|  | <br><br>**(Screenshots of the Samsung Captivate Glide detecting a contact with the unlock image on the locked home screen (middle) as the user slides the unlock image to the right)**<br><br>As is shown in the middle screenshot above, when the Samsung Captivate Glide detects a contact with the red unlock image, an arrow appears in a predefined location at the right side of the screen. |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Captivate Glide continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.  For example, as the user touches and slides the unlock image on the incoming call screen, the Samsung Captivate Glide continuously moves the unlock image from left to right on the touchscreen display while the user maintains contact with the screen.  (*See* Samsung Captivate Glide User Guide, at 38). <br><br>   <br><br> (**Representation from Samsung Captivate Glide User Guide showing user touching and sliding the unlock icon from left to right to unlock the phone**)  (*Id.*) <br><br> Further, at the incoming call screen, the Samsung Captivate Glide's unlock image is a graphical, interactive user-interface object, namely a green icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.  (*See* Samsung Captivate Glide User Guide, at 38). |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
|  |  |

*(Id.)*.

As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the Samsung Captivate Glide continuously moves the unlock image from left to right on the touchscreen display while the user maintains contact with the screen, as shown below.



**(Screenshots of the Samsung Captivate Glide, showing the unlock icon continuously moving across the screen as the user slides her finger from right to left)**

Further, at the locked home screen, the Samsung Captivate Glide's messaging unlock image is a graphical, interactive user-interface object, namely an orange icon containing the representation

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---------|---------------------------------------------|
| | of the messaging application, that the user touches and then slides across the touchscreen to unlock the phone and view the new text message.  **(Screenshot of the Samsung Captivate Glide's locked home screen with the messaging unlock image highlighted in red)** As a third example, as the user touches and slides the missed call unlock image on the locked home screen, the Samsung Captivate Glide continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>**(Screenshots showing the Samsung Captivate Glide continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Further, the Samsung Captivate Glide's missed call unlock image is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>**(Screenshot showing the missed call unlock image on the locked Samsung Captivate Glide home screen)** |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Captivate Glide unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.  For example, the Samsung Captivate Glide unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  (*See* Samsung Captivate Glide User Guide, at 38).   (**Representation of a user sliding the green unlock image from a first pre-defined location at the left side of the Samsung Captivate Glide touchscreen to the unlock region in order to unlock the phone to answer an incoming call**) (*See* Samsung Captivate Glide User Guide, at 38). After the user answers and then terminates the call, the Samsung Captivate Glide remains unlocked for the user to operate.  Thus, it is in a user-interface unlock state. |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---------|---------------------------------------------|
|         | As a second example, the Samsung Captivate Glide unlocks and opens the messaging application when the user slides the orange messaging unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display<br><br><br><br>After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, it is in a user-interface unlock state. |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---------|---------------------------------------------|
|         |  **(Screenshot of the unlocked Samsung Captivate Glide exits the Messaging application)** As a third example, the Samsung Captivate Glide unlocks to permit the user to view missed call information when the user slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow, as shown below. |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>**(Screenshots of the Samsung Captivate Glide showing the unlock image sliding to the right as a user unlocks the phone to view missed call information)**<br><br>After the user unlocks the phone using the missed call unlock image, all applications on the phone are available to the user.  Thus, the phone is a in a user-interface unlock state. |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---------|---------------------------------------------|
|         |  **(Screenshot of the Samsung Captivate Glide after the user exits the missed call log)** |

| Claim 3 | Infringement by the Samsung Captivate Glide |
|---|---|
| 3.  The method of claim 1, wherein the moving comprises movement along a predefined channel from the first predefined location to the predefined unlock region. | The Samsung Captivate Glide comprises movement along a predefined channel from the first predefined location to the predefined unlock region.  As described herein, the Samsung Captivate Glide performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Samsung Captivate Glide User Guide, at 38-40, 44).<br><br>For example, to unlock the phone to answer an incoming call, the user moves the green incoming call unlock image from a predefined location at the left side of the screen along a predefined channel to the predefined unlock region on the right side of the Samsung Captivate Glide's screen.  The predefined channel is shown in green in the image below.<br><br><br><br>(**Representation of a user sliding the green unlock image from a first pre-defined location at the left side of the Samsung Captivate Glide touchscreen to the unlock region in order to unlock the phone to answer an incoming call**)<br>(*See* Samsung Captivate Glide User Guide, at 38). |

| Claim 3 | Infringement by the Samsung Captivate Glide |
|---------|---------------------------------------------|
| | As a second example, to unlock the phone to view a new text message, the user moves the orange messaging unlock image from a predefined location at the right side of the screen in a predefined channel to the predefined unlock region on the left side of the Samsung Captivate Glide's screen.  The predefined channel is highlighted in green in the screenshot below.<br><br><br><br>**(Screenshot of the Samsung Captivate Glide with the predefined channel highlighted in green)**<br><br>As a third example, to unlock the phone to view missed call information, the user moves the red missed call unlock image from a predefined location at the left side of the screen in a predefined |

| Claim 3 | Infringement by the Samsung Captivate Glide |
|---------|---------------------------------------------|
|         | channel to the predefined unlock region on the right side of the Samsung Captivate Glide's screen.  The predefined channel is highlighted in green in the screenshot below.<br><br><br><br>**(Screenshot of the Samsung Captivate Glide with the predefined channel highlighted in green)** |

| Claim 4 | Infringement by the Samsung Captivate Glide |
|---|---|
| 4.  The method of claim 1, further comprising displaying visual cues to communicate a direction of movement of the unlock image required to unlock the device. | The Samsung Captivate Glide displays visual cues to communicate a direction of movement of the unlock image required to unlock the device.  As described herein, the Samsung Captivate Glide performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Samsung Captivate Glide User Guide, at 38-40, 44).<br><br>For example, the Samsung Captivate Glide displays an arrow on the phone's green unlock image on the incoming call screen.  (*See* Samsung Captivate Glide User Guide, at 38).  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and answer an incoming call.  (*Id.*).  The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Image from the Samsung Captivate Glide User Guide with the arrow circled in yellow**)<br>(*See id.*)<br><br>As a second example, the Samsung Captivate Glide displays an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the |

| Claim 4 | Infringement by the Samsung Captivate Glide |
|---------|---------------------------------------------|
|         | user to slide the image to the left to unlock the phone and view a new text message.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Image from the Samsung Captivate Glide with the arrow on the messaging unlock image circled in yellow)**<br><br>Moreover, when the Samsung Captivate Glide detects user contact with the orange messaging unlock image, it displays a second arrow in the predefined unlock region on the left side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 4 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  (**Screenshot of the Samsung Captivate Glide as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement**) As a third example, the Samsung Captivate Glide displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log. The presence of the arrow on the unlock image is shown below. |

| Claim 4 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>**(Screenshot of the Captivate Glide showing the presence of the arrow on the missed call unlock image)**<br><br>Moreover, when the Samsung Captivate Glide detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 4 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br>(Screenshot of the Samsung Captivate Glide as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement) |

| Claim 6 | Infringement by the Samsung Captivate Glide |
|---|---|
| 6.  The method of claim 4, wherein said visual cues comprise an arrow indicating a general direction of movement. | The Samsung Captivate Glide displays a visual cue comprising an arrow indicating a general direction of movement.  As described herein, the Samsung Captivate Glide performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Samsung Captivate Glide User Guide, at 38-40, 44).<br><br>For example, the unlock image on the Samsung Captivate Glide's incoming call screen includes an arrow that is a visual cue that directs the user to slide the unlock image to the right to unlock the phone and answer an incoming call.  (*See* Samsung Captivate Glide, at 38.)  The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Image from the Samsung Captivate Glide User Guide with the arrow circled in yellow**) (*See id.*) |

| Claim 6 | Infringement by the Samsung Captivate Glide |
|---|---|
| | As a second example, the messaging unlock image on the Samsung Captivate Glide's locked home screen includes an arrow that is a visual cue that directs the user to slide the unlock image to the left to unlock the phone and view a new text message.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Image from the Samsung Captivate Glide with the arrow on the messaging unlock image circled in yellow**)<br><br>The Samsung Captivate Glide displays visual cues to communicate a direction of movement of the unlock image required to unlock the device.  Specifically, the Samsung Captivate Glide displays an arrow on the phone's green unlock image on the incoming call screen.  (*See* |

| Claim 6 | Infringement by the Samsung Captivate Glide |
|---|---|
| | Samsung Captivate Glide User Guide, at 38).  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and answer an incoming call.  (*Id.*).  The presence of the arrow on the unlock image is shown below. <br><br>  <br><br> **(Image from the Samsung Captivate Glide User Guide with the arrow circled in yellow)** <br> (*See id.*) <br><br> As a second example, the Samsung Captivate Glide displays an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message.  The presence of the arrow on the unlock image is shown below. |

| Claim 6 | Infringement by the Samsung Captivate Glide |
|---------|---------------------------------------------|
| |  **(Image from the Samsung Captivate Glide with the arrow on the messaging unlock image circled in yellow)** <br><br> Moreover, when the Samsung Captivate Glide detects user contact with the orange messaging unlock image, it displays a second arrow in the predefined unlock region on the left side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 6 | Infringement by the Samsung Captivate Glide |
|---|---|
|  |  **(Screenshot of the Samsung Captivate Glide as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement)** As a third example, the Samsung Captivate Glide displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log. The presence of the arrow on the unlock image is shown below. |

| Claim 6 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>**(Screenshot of the Captivate Glide showing the presence of the arrow on the missed call unlock image)**<br><br>Moreover, when the Samsung Captivate Glide detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 6 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  **(Screenshot of the Samsung Captivate Glide as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement)** |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---|---|
| 7. A portable electronic device, comprising: | To the extent that the preamble of claim 7 may be construed to be limiting, the Samsung Captivate Glide is a portable electronic device.  Specifically, the Samsung Captivate Glide is a smartphone with a 4.27'' Super AMOLED Plus screen.  (*See* Samsung, Samsung Captivate Glide Android Smartphone, Features, http://www.samsung.com/ us/mobile/cell-phones/SGH-I727MSAATT-features).  It weighs 5.2 oz. and measures 4.9'' (L) x 2.5'' (W) x 0.5'' (D).  (*See* AT&T, Samsung Captivate Glide Overview, http://www.wireless .att. com/cell-phone-service/cell-phone-details/index.jsp?device=Samsung +Captivate +(TM)+Glide+-+Black&q_sku=sku541 0297#fbid=tMatsKL3j4H).  Further, the Samsung Captivate Glide is "powered by a rechargeable Li-ion battery."  (Samsung Captivate Glide User Guide, at 7). <br><br>  <br><br> (Samsung, Samsung Captivate Glide, Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-gallery). |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---------|---------------------------------------------|
| a touch-sensitive display; | The Samsung Captivate Glide comprises a touch-sensitive display.  For example, according to the Samsung Captivate Glide's User Guide, it has a touch screen that "provides quick response[s] to a variety of in-phone menus and options including applications and seven home screens."  (Samsung Captivate Glide User Guide, at 13).  A user interacts with the Samsung Captivate Glide's applications by, for example, tapping items on the touchscreen to select or launch them or touching and holding screen items to activate them.  (*See* Samsung Captivate Glide User Guide, at 26). <br><br>  <br><br> (Samsung Captivate Glide User Guide, at 26). <br><br> The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.").) |
| memory; | The Samsung Captivate Glide comprises memory.  For example, the Samsung Captivate Glide has 8GB of internal memory and supports an external microSD card.  (Samsung, Samsung Captivate Glide Android Smartphone, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs). |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br>(*Id.*). |
| one or more processors; | The Samsung Captivate Glide comprises one or more processers.  For example, the Samsung Captivate Glide has a 1.0 GHz dual-core processor.  (Samsung, Samsung Captivate Glide Android Smartphone, Specs, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs).<br><br><br><br>(Samsung, Samsung Captivate Glide Android Smartphone, Features, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-features). |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---|---|
| one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | The Samsung Captivate Glide comprises one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions.  For example, the Samsung Captivate Glide contains, among other modules, a contact/motion module in its memory that is configured for execution by the Samsung Captivate Glide's processor.  This module allows the Samsung Captivate Glide to detect contact with the touchscreen.  The Samsung Captivate Glide User Guide discloses some of those contacts that the contact/motion module detects, as shown below.<br><br>**Features of Your Phone**<br><br>Your phone is lightweight, easy-to-use and offers many useful features. The following list outlines a few of the features included in your phone.<br>• Touch screen provides quick response to a variety of in-phone menus and options including applications and seven home screens<br><br>(Samsung Captivate Glide User Guide, at 13).<br><br><br><br>(*Id.* at 26). |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---|---|
| to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image; | The Samsung Captivate Glide's one or more modules include instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image.<br><br>For example, when the Samsung Captivate Glide receives a call, it displays the caller's phone number and an unlock image on the incoming call screen.  (*See* Samsung Captivate Glide, at 38).  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Captivate Glide's touchscreen, as shown below.  (*Id.*).  The Samsung Captivate Glide detects contact with this unlock image as a user touches and slides the image to answer the call.  (*Id.*).<br><br> |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---------|---------------------------------------------|
|         | <br><br>(**Representation from Samsung Captivate Glide User Guide showing user touching unlock icon**) (*Id.*)<br><br>As a second example, when a locked Samsung Captivate Glide receives a text message through its Messaging application, it displays an unlock image on the home screen, as shown in the screenshot below. |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  **(Screenshot of the locked Captivate Glide home screen showing the messaging unlock image)** The unlock image, which is an orange icon containing the representation of the messaging application, appears at predefined location at the right side of the Samsung Captivate Glide's locked touchscreen, as shown above.  The Samsung Captivate Glide detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone and view the text message. |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---|---|
|  | <br><br>(**Screenshot of the Samsung Captivate Glide detecting contact with the messaging unlock image as a user slides it to the left to unlock the phone**)<br><br>As is shown in the screenshot above, when the Samsung Captivate Glide detects contact with the unlock image, it displays a white arrow on the left side of the locked home screen.<br><br>As a third example, when the user misses an incoming call, the Samsung Captivate Glide displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Captivate Glide's touchscreen, as shown in the screenshot below. |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>**(Screenshot of the locked home screen for the Samsung Captivate Glide, displaying the missed call unlock image at a predefined location at the left side of the touchscreen)**<br><br>The Samsung Captivate Glide detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and view missed call information. |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>**(Screenshots of the Samsung Captivate Glide detecting a contact with the unlock image on the locked home screen (middle) as the user slides the unlock image to the right)**<br><br>As is shown in the middle screenshot above, when the Samsung Captivate Glide detects a contact with the red unlock image, an arrow appears in a predefined location at the right side of the screen. |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---|---|
| to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Captivate Glide's one or more modules include instructions to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.  For example, as the user touches and slides the unlock image on the incoming call screen, the Samsung Captivate Glide includes instructions to continuously move the unlock image from left to right on the touchscreen display provided the user maintains contact with the screen.  (*See* Samsung Captivate Glide User Guide, at 38). <br><br>   <br><br> (**Representation from Samsung Captivate Glide User Guide showing user touching and sliding the unlock icon from left to right to unlock the phone**) (*Id.*) <br><br> Further, at the incoming call screen, the Samsung Captivate Glide's unlock image is a graphical, interactive user-interface object, namely a green icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.  (*See* |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---|---|
| | Samsung Captivate Glide User Guide, at 38).<br><br>1. **At the incoming call screen:**<br><br>• Touch and slide 📞 to the right to answer the call.<br><br>(*Id.*).<br><br>As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the Samsung Captivate Glide includes instructions to continuously move the messaging unlock image from right to left on the touchscreen display provided the user maintains contact with the screen.<br><br><br><br>**(Screenshots of the Samsung Captivate Glide, showing the unlock icon continuously moving across the screen as the user slides her finger from right to left)**<br><br>As a third example, as the user touches and slides the missed call unlock image on the locked |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---|---|
|  | home screen, the Samsung Captivate Glide continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br><br><br>**(Screenshots showing the Samsung Captivate Glide continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Further, the Samsung Captivate Glide's missed call unlock image is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  **(Screenshot showing the missed call unlock image on the locked Samsung Captivate Glide home screen)** |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---|---|
| to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | The Samsung Captivate Glide's one or more modules include instructions to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display.<br><br>For example, the Samsung Captivate Glide includes instructions to unlock the phone to permit the user to answer an incoming phone call.  When the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display, the phone unlocks to facilitate the call.  (*See* Samsung Captivate Glide User Guide, at 38).<br><br><br><br>(**Representation of a user sliding the green unlock image from a first pre-defined location at the left side of the Samsung Captivate Glide touchscreen to the unlock region in order to unlock the phone to answer an incoming call**)  (Samsung Captivate Glide User Guide, at 38) |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---------|---------------------------------------------|
| | After the user answers and then terminates the call, all the applications on the phone are unlocked for the user to use.  Thus, it is in a user-interface unlock state.<br><br>As a second example, the Samsung Captivate Glide includes instructions to unlock the phone when the user slides the messaging unlock image across the touchscreen.  Specifically, when the user slides the orange messaging unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display, the phone unlocks to allow the user to read the new text message.<br><br><br><br>After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, it is in a user-interface unlock state. |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---|---|
|  |  (**Screenshot of the unlocked Samsung Captivate Glide exits the Messaging application**) As a third example, the Samsung Captivate Glide unlocks to permit the user to view missed call information when the user slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow, as shown below. |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---|---|
|  |  **(Screenshots of the Samsung Captivate Glide showing the unlock image sliding to the right as a user unlocks the phone to view missed call information)** After the user unlocks the phone using the missed call unlock image, all applications on the phone are available to the user.  Thus, the phone is a in a user-interface unlock state. |

| Claim 7 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  **(Screenshot of the Samsung Captivate Glide after the user exits the missed call log)** |

| Claim 8 | Infringement by the Samsung Captivate Glide |
|---|---|
| 8.  The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement. | The Samsung Captivate Glide's one or more modules further comprise instructions to display visual cues to communicate a direction of movement.  In particular, the Samsung Captivate Glide includes instructions to display an arrow on the phone's green unlock image on the incoming call screen.  (*See* Samsung Captivate Glide User Guide, at 38).  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and answer an incoming call.  (*Id.*).  The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Image from the Samsung Captivate Glide User Guide with the arrow circled in yellow**)<br>(*See id.*)<br><br>As a second example, the Samsung Captivate Glide includes instructions to display an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and read the new text |

| Claim 8 | Infringement by the Samsung Captivate Glide |
|---------|---------------------------------------------|
| | message.  The presence of the arrow on the messaging unlock image is shown below.<br><br><br><br>(**Image from the Samsung Captivate Glide with the arrow on the messaging unlock image circled in yellow**)<br><br>The Samsung Captivate Glide displays visual cues to communicate a direction of movement of the unlock image required to unlock the device.  Specifically, the Samsung Captivate Glide displays an arrow on the phone's green unlock image on the incoming call screen.  (*See* Samsung Captivate Glide User Guide, at 38).  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and answer an incoming call.  (*Id.*).  The presence of the arrow on the unlock image is shown below. |

| Claim 8 | Infringement by the Samsung Captivate Glide |
|---|---|
| | 1. At the incoming call screen:<br><br>• Touch and slide 📞 to the right to answer the call.<br><br><br><br>(**Image from the Samsung Captivate Glide User Guide with the arrow circled in yellow**)<br>(*See id.*)<br><br>As a second example, the Samsung Captivate Glide displays an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message.  The presence of the arrow on the unlock image is shown below. |

| Claim 8 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br>**(Image from the Samsung Captivate Glide with the arrow on the messaging unlock image circled in yellow)**<br><br>Moreover, when the Samsung Captivate Glide detects user contact with the orange messaging unlock image, it displays a second arrow in the predefined unlock region on the left side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 8 | Infringement by the Samsung Captivate Glide |
|---|---|
|  |  **(Screenshot of the Samsung Captivate Glide as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement)** As a third example, the Samsung Captivate Glide displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log.  The presence of the arrow on the unlock image is shown below. |

| Claim 8 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  (Screenshot of the Captivate Glide showing the presence of the arrow on the missed call unlock image)<br><br>Moreover, when the Samsung Captivate Glide detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 8 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  **(Screenshot of the Samsung Captivate Glide as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement)** |

| Claim 10 | Infringement by the Samsung Captivate Glide |
|---|---|
| 10. The device of claim 8, wherein said visual cues comprise an arrow indicating a general direction of movement. | The Samsung Captivate Glide displays a visual cue comprising an arrow indicating a general direction of movement.  For example, the unlock image on the Samsung Captivate Glide's incoming call screen includes an arrow that is a visual cue that directs the user to slide the image to the right to unlock the phone and answer an incoming call.  (*See* Samsung Captivate Glide, at 38).  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Image from the Samsung Captivate Glide User Guide with the arrow circled in yellow)**<br>(*See id.*)<br><br>As a second example, the messaging unlock image on the Samsung Captivate Glide's locked home screen includes an arrow that is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message.  The presence of the arrow on the unlock image is shown below. |

| Claim 10 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>(**Image from the Samsung Captivate Glide with the arrow on the messaging unlock image circled in yellow**)<br><br>The Samsung Captivate Glide displays visual cues to communicate a direction of movement of the unlock image required to unlock the device.  Specifically, the Samsung Captivate Glide displays an arrow on the phone's green unlock image on the incoming call screen.  (*See* Samsung Captivate Glide User Guide, at 38).  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and answer an incoming call.  (*Id.*).  The presence of the arrow on the unlock image is shown below. |

| Claim 10 | Infringement by the Samsung Captivate Glide |
|---|---|
| | 1.  At the incoming call screen:<br><br>  • Touch and slide [icon] to the right to answer the call.<br><br><br><br>**(Image from the Samsung Captivate Glide User Guide with the arrow circled in yellow)**<br>(*See id.*)<br><br>As a second example, the Samsung Captivate Glide displays an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message.  The presence of the arrow on the unlock image is shown below. |

| Claim 10 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  (**Image from the Samsung Captivate Glide with the arrow on the messaging unlock image circled in yellow**) Moreover, when the Samsung Captivate Glide detects user contact with the orange messaging unlock image, it displays a second arrow in the predefined unlock region on the left side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 10 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>**(Screenshot of the Samsung Captivate Glide as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement)**<br><br>As a third example, the Samsung Captivate Glide displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log. The presence of the arrow on the unlock image is shown below. |

| Claim 10 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  (**Screenshot of the Captivate Glide showing the presence of the arrow on the missed call unlock image**) Moreover, when the Samsung Captivate Glide detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 10 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br>(Screenshot of the Samsung Captivate Glide as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement) |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|---|---|
| 11.  A portable electronic device comprising: | To the extent that the preamble of claim 11 may be construed to be limiting, the Samsung Captivate Glide is a portable electronic device.  Specifically, the Samsung Captivate Glide is an Android smartphone with a 4.27'' Super AMOLED Plus touch screen display.  (*See* Samsung, Samsung Captivate Glide, Specifications, http://www.samsung.com /us/mobile/cell-phones/SGH-I777ZKAATT-specs).  It weighs 5.2 oz. and measures 4.9'' (L) x 2.5'' (W) x 0.5'' (D).  (*See* AT&T, Samsung Captivate Glide Overview, http://www.wireless .att. com/cell-phone-service/cell-phone-details/index.jsp?device=Samsung +Captivate +(TM)+Glide+-+Black&q_sku=sku5410297#fbid=tMatsKL3j4H).  Further, the Samsung Captivate Glide is "powered by a rechargeable Li-ion battery."  (Samsung Captivate Glide User Guide, at 7). <br><br>  <br><br> (Samsung, Samsung Captivate Glide, Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-gallery). |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|---|---|
| a touch-sensitive display; | The Samsung Captivate Glide comprises a touch-sensitive display.  For example, according to the Samsung Captivate Glide's User Guide, it has a touch screen that "provides quick response[s] to a variety of in-phone menus and options including applications and seven home screens."  (Samsung Captivate Glide User Guide, at 13).  A user interacts with the Samsung Captivate Glide's applications by, for example, tapping items on the touchscreen to select or launch them or touching and holding screen items to activate them.  (*See* Samsung Captivate Glide User Guide, at 26).<br><br><br><br>(Samsung Captivate Glide User Guide, at 26).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state; | The Samsung Captivate Glide comprises a means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state.  Specifically, when the Samsung Captivate Glide receives a call, it displays the caller's phone number and an unlock image on the incoming call screen.  (*See* Samsung Captivate Glide, at 38.  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Captivate Glide's touchscreen, as shown below.  (*Id.*).  The unlock image appears when the phone is in a user- |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|---|---|
| | interface lock state.<br><br><br><br>**(Representation from Samsung Captivate Glide User Guide showing user touching and sliding the unlock icon, which is initially displayed at a predefined location at the left side of the touchscreen display)** (*Id.*)<br><br>As a second example, when the Samsung Captivate Glide receives a text message in a locked state, it displays a messaging unlock image on the home screen.  The unlock image, which is an orange icon containing a representation of the messaging application, appears at a predefined location at the right side of the Samsung Captivate Glide's touchscreen, as shown below.  The unlock image appears when the phone is in a user-interface lock state. |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  **(Screenshot of the Samsung Captivate Glide's locked home screen with the messaging unlock image highlighted in red)** As a third example, when the user misses an incoming call, the Samsung Captivate Glide displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Captivate Glide's touchscreen, as shown in the screenshot below. |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>**(Screenshot of the locked home screen for the Samsung Captivate Glide, displaying the missed call unlock image at a predefined location at the left side of the touchscreen)** |
| means for detecting contact with the touch-sensitive display; and | The Samsung Captivate Glide comprises a means for detecting contact with the touch-sensitive display.  For example, the Samsung Captivate Glide detects contact with the unlock image on the incoming call screen as a user touches and slides the image to unlock the phone and answer the call.  (*Id.*). |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|---|---|
| | **Answering a Call**<br><br>When a call is received the phone rings and displays the caller's phone number, or name if stored in the Address Book.<br><br>1.   At the incoming call screen:<br><br>• Touch and slide 📞 to the right to answer the call.<br><br><br><br>(**Representation from Samsung Captivate Glide User Guide showing user touching and sliding the unlock icon**) (*Id.*)<br><br>As a second example, the Samsung Captivate Glide detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone and view the text message. |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  **(Screenshot of the Samsung Captivate Glide detecting contact with the messaging unlock image as a user slides it to the left to unlock the phone)** As is shown in the screenshot above, when the Samsung Captivate Glide detects contact with the unlock image, it displays a white arrow on the left side of the locked home screen. As a third example, the Samsung Captivate Glide detects contact with the missed call unlock image as a user touches and then slides the image to the right to unlock the phone and view missed call information. |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>**(Screenshots of the Samsung Captivate Glide detecting a contact with the unlock image on the locked home screen (middle) as the user slides the unlock image to the right)**<br><br>As is shown in the middle screenshot above, when the Samsung Captivate Glide detects a contact with the red unlock image, an arrow appears in a predefined location at the right side of the screen. |
| means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch | The Samsung Captivate Glide comprises a means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.  For example, as the user touches and slides the unlock image on the incoming call screen, the Samsung Captivate Glide continuously moves the unlock image from |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|---|---|
| screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | left to right on the touchscreen display while the user maintains contact with the screen.  (*See* Samsung Captivate Glide User Guide, at 38).  (**Representation from Samsung Captivate Glide User Guide showing user touching and sliding the unlock icon from left to right to unlock the phone**)  (*Id.*) Further, at the incoming call screen, the Samsung Captivate Glide's unlock image is a graphical, interactive user-interface object, namely a green icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.  (*See* Samsung Captivate Glide User Guide, at 38).  (*Id.*). As a second example, as the user touches and slides the messaging unlock image on the locked |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|----------|---------------------------------------------|
| | home screen, the Samsung Captivate Glide continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below.<br><br><br><br>**(Screenshots of the Samsung Captivate Glide, showing the unlock icon continuously moving across the screen as the user slides her finger from right to left)**<br><br>Further, at the locked home screen, the Samsung Captivate Glide's messaging unlock image is a graphical, interactive user-interface object, namely an orange icon containing a representation of the messaging application, that the user touches and then slides to unlock the phone. |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>**(Screenshot of the Samsung Captivate Glide's locked home screen with the messaging unlock image highlighted in red)**<br><br>As a third example, as the user touches and slides the missed call unlock image on the locked home screen, the Samsung Captivate Glide continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>**(Screenshots showing the Samsung Captivate Glide continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Further, the Samsung Captivate Glide's missed call unlock image is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  **(Screenshot showing the missed call unlock image on the locked Samsung Captivate Glide home screen)** |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|---|---|
| means for transitioning the device to a user-interface unlock state if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Captivate Glide comprises a means for transitioning the device to a user-interface unlock state if moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.  For example, the Samsung Captivate Glide unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  (*See* Samsung Captivate Glide User Guide, at 38).<br><br><br><br>**(Representation of a user sliding the green unlock image from a first pre-defined location at the left side of the Samsung Captivate Glide touchscreen to the unlock region to unlock the phone to answer an incoming call**) (Samsung Captivate Glide User Guide, at 38).<br><br>After the user answers and then terminates the call, the Samsung Captivate Glide remains unlocked for the user to operate.  Thus, it is in a user-interface unlock state. |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|---|---|
| | As a second example, the Samsung Captivate Glide unlocks to allow a user to view a new text message when the user slides the orange unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display, as shown below.<br><br><br><br>After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, it is in a user-interface unlock-state. |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|---|---|
|  |  **(Screenshot of the unlocked Samsung Captivate Glide exits the Messaging application)** As a third example, the Samsung Captivate Glide unlocks to permit the user to view missed call information when the user slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|---|---|
| | side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow, as shown below.<br><br><br><br>**(Screenshots of the Samsung Captivate Glide showing the unlock image sliding to the right as a user unlocks the phone to view missed call information)**<br><br>After the user unlocks the phone using the missed call unlock image, all applications on the phone are available to the user.  Thus, the phone is a in a user-interface unlock state. |

| Claim 11 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>**(Screenshot of the Samsung Captivate Glide after the user exits the missed call log)** |

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
| 12.  A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch-sensitive display, cause the portable electronic device to perform a method comprising: | To the extent that the preamble of claim 12 may be construed to be limiting, the Samsung Captivate Glide comprises a computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by the Samsung Captivate Glide, which is a portable electronic device with a touch-sensitive display, cause the Samsung Captivate Glide to perform a method.<br><br>For example, the Samsung Captivate Glide is a smartphone with a 4.0'' Super AMOLED Plus screen.  (*See* Samsung, Samsung Captivate Glide Android Smartphone, Specs, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs).  The Samsung Captivate Glide has a 1.2 GHz dual-core processor and 8GB of internal memory, and supports an external microSD card.  (*Id.*).  Additionally, it features the Android 2.3.6, Gingerbread, operating system.  (*See id.*).<br><br><br><br>(*Id.*).<br><br>It weighs 5.2 oz. and measures 4.9'' (L) x 2.5'' (W) x 0.5'' (D).  (*See* AT&T, Samsung Captivate Glide Overview, http://www.wireless .att. com/cell-phone-service/cell-phone-details/index.jsp?device=Samsung +Captivate +(TM)+Glide+-+Black&q_sku=sku5 410297#fbid=tMatsKL3j4H).  Further, the Samsung Captivate Glide is "powered by a rechargeable Li-ion battery."  (Samsung Captivate Glide User Guide, at 7). |

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  (Samsung, Samsung Captivate Glide, Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-gallery).<br><br>Samsung promotes slide to unlock as a standard feature of the Samsung Captivate Glide.  The user guide for the phone instructs users how to use the phone to perform a method to unlock the phone.  (*See, e.g.*, Samsung Captivate Glide User Guide, at 38-40, 44).  For example, according to the Samsung Captivate Glide's User Guide, it has a touch screen that "provides quick response[s] to a variety of in-phone menus and options including applications and seven home screens."  (Samsung Captivate Glide User Guide, at 13).  A user interacts with the Samsung Captivate Glide's applications by, for example, tapping items on the touchscreen to select or launch them or touching and holding screen items to activate them.  (*See* Samsung Captivate Glide User Guide, at 26).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen |

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
| | display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Captivate Glide detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.<br><br>For example, when the Samsung Captivate Glide receives a call, it displays the caller's phone number and an unlock image on the incoming call screen.  (*See* Samsung Captivate Glide, at 38).  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Captivate Glide's touchscreen, as shown below.  (*Id.*).  The Samsung Captivate Glide detects contact with this unlock image as a user touches and slides the image to unlock the phone and answer the call.  (*Id.*).<br><br>**Answering a Call**<br><br>When a call is received the phone rings and displays the caller's phone number, or name if stored in the Address Book.<br><br>1.  At the incoming call screen:<br><br>• Touch and slide 📞 to the right to answer the call.<br><br>(*Id.*) |

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  (**Representation from Samsung Captivate Glide User Guide showing user touching and sliding the unlock image**) (*Id.*)<br><br>As a second example, when a locked Samsung Captivate Glide receives a text message through its Messaging application, it displays an unlock image on the home screen, as shown in the screenshot below. |

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>(**Screenshot of the locked Captivate Glide home screen showing the messaging unlock image**)<br><br>The unlock image, which is an orange icon containing the representation of the messaging application, appears at predefined location at the right side of the Samsung Captivate Glide's locked touchscreen, as shown above.  The Samsung Captivate Glide detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone and view the text message. |

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>(**Screenshot of the Samsung Captivate Glide detecting contact with the messaging unlock image as a user slides it to the left to unlock the phone**)<br><br>As is shown in the screenshot above, when the Samsung Captivate Glide detects contact with the unlock image, it displays a white arrow on the left side of the locked home screen.<br><br>As a third example, when the user misses an incoming call, the Samsung Captivate Glide displays an unlock image on the locked home screen. The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Captivate Glide's touchscreen, as shown in the screenshot below. |

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
|  | <br><br>**(Screenshot of the locked home screen for the Samsung Captivate Glide, displaying the missed call unlock image at a predefined location at the left side of the touchscreen)**<br><br>The Samsung Captivate Glide detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and view missed call information. |

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  **(Screenshots of the Samsung Captivate Glide detecting a contact with the unlock image on the locked home screen (middle) as the user slides the unlock image to the right)** As is shown in the middle screenshot above, when the Samsung Captivate Glide detects a contact with the red unlock image, an arrow appears in a predefined location at the right side of the screen. |

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Captivate Glide continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.  For example, as the user touches and slides the unlock image on the incoming call screen, the Samsung Captivate Glide continuously moves the unlock image from left to right on the touchscreen display provided the user maintains contact with the screen.  (*See* Samsung Captivate Glide User Guide, at 38). <br><br>   <br><br> **(Representation from Samsung Captivate Glide User Guide showing user touching and sliding the unlock icon from left to right to unlock the phone)**  (*Id.*) <br><br> Further, when a call is incoming, the Samsung Captivate Glide's unlock image is a graphical, interactive user-interface object, namely a green icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.  (*See* Samsung Captivate Glide User Guide, at 38). |

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
|  |  |

*(Id.).*

As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the Samsung Captivate Glide continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below.



**(Screenshots of the Samsung Captivate Glide, showing the unlock icon continuously moving across the screen as the user slides her finger from right to left)**

Further, at the locked home screen, the Samsung Captivate Glide's messaging unlock image is a graphical, interactive user-interface object, namely an orange icon containing a representation

93

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
| | of the messaging application, that the user touches and then slides to unlock the phone.<br><br><br><br>**(Screenshot of the Samsung Captivate Glide's locked home screen with the messaging unlock image highlighted in red)**<br><br>As a third example, as the user touches and slides the missed call unlock image on the locked home screen, the Samsung Captivate Glide continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>**(Screenshots showing the Samsung Captivate Glide continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Further, the Samsung Captivate Glide's missed call unlock image is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>**(Screenshot showing the missed call unlock image on the locked Samsung Captivate Glide home screen)** |

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Captivate Glide unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>For example, the Samsung Captivate Glide unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  (*See* Samsung Captivate Glide User Guide, at 38).<br><br><br><br>**(Representation of a user sliding the green unlock image from a first pre-defined location at the left side of the Samsung Captivate Glide touchscreen to the unlock region in order to unlock the phone to answer an incoming call)**  (Samsung Captivate Glide User Guide, at 38).<br><br>After the user answers and then terminates the call, the Samsung Captivate Glide remains unlocked for the user to operate.  Thus, it is in a user-interface unlock state. |

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
| | As a second example, the Samsung Captivate Glide unlocks to allow a user to view a new text message when the user slides the orange unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display, as shown below.<br><br><br><br>After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, it is in a user-interface unlock state. |

98

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>(**Screenshot of the unlocked Samsung Captivate Glide exits the Messaging application**)<br><br>As a third example, the Samsung Captivate Glide unlocks to permit the user to view missed call information when the user slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow, as shown below. |

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>(**Screenshots of the Samsung Captivate Glide showing the unlock image sliding to the right as a user unlocks the phone to view missed call information**)<br><br>After the user unlocks the phone using the missed call unlock image, all applications on the phone are available to the user.  Thus, the phone is a in a user-interface unlock state. |

| Claim 12 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  **(Screenshot of the Samsung Captivate Glide after the user exits the missed call log)** |

| Claim 13 | Infringement by the Samsung Captivate Glide |
|---|---|
| 13. The method of claim 1, wherein the unlock image is a single image. | The Samsung Captivate Glide unlock image is a single image. As described herein, the Samsung Captivate Glide performs the claimed method. The user guide for the phone instructs users how to perform the claimed method. (*See, e.g.*, Samsung Captivate Glide User Guide, at 38-40, 44). For example, when a call is incoming, the Samsung Captivate Glide displays an unlock image, which is a single, green icon containing the representation of a phone, that the user touches and then slides to unlock the phone and answer the call. (*See* Samsung Captivate Glide User Guide, at 38). The single unlock image is shown below. This image is the only unlock image displayed on the incoming call screen. The red decline call image below is not an unlock image as sliding it to the left does not unlock the phone. Further, the incoming call unlock image is not displayed simultaneously with the missed call or messaging unlock images.<br><br><br><br>(Samsung Captivate Glide User Guide, at 38). |

| Claim 14 | Infringement by the Samsung Captivate Glide |
|---|---|
| 14.  The device of claim 7, wherein the unlock image is a single image. | The Samsung Captivate Glide unlock image is a single image.  For example, when a call is incoming, the Samsung Captivate Glide displays an unlock image, which is a single, green icon containing the representation of a phone, that the user touches and then slides to unlock the phone and answer the call.  (*See* Samsung Captivate Glide User Guide, at 38).  The single unlock image is shown below.  This image is the only unlock image displayed on the incoming call screen.  The red decline call image below is not an unlock image as sliding it to the left does not unlock the phone.  Further, the incoming call unlock image is not displayed simultaneously with the missed call or messaging unlock images.<br><br><br><br>(Samsung Captivate Glide User Guide, at 38). |

| Claim 15 | Infringement by the Samsung Captivate Glide |
|---|---|
| 15.  The computer readable storage medium of claim 12, wherein the unlock image is a single image. | The Samsung Captivate Glide unlock image is a single image.  For example, when a call is incoming, the Samsung Captivate Glide displays an unlock image, which is a single, green icon containing the representation of a phone, that the user touches and then slides to unlock the phone and answer the call.  (*See* Samsung Captivate Glide User Guide, at 38).  The single unlock image is shown below.  This image is the only unlock image displayed on the incoming call screen.  The red decline call image below is not an unlock image as sliding it to the left does not unlock the phone.  Further, the incoming call unlock image is not displayed simultaneously with the missed call or messaging unlock images.<br><br><br><br>(Samsung Captivate Glide User Guide, at 38). |