<u>INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE SAMSUNG EXHIBIT II 4G (SGH-T679)</u>

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
| 1.  A method of unlocking a hand-held device, the device including a touch-sensitive display, the method comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Exhibit II 4G is a hand-held device including a touch-sensitive display.  Specifically, the Samsung Exhibit II 4G is an Android smartphone with a 3.7'' 16M TFT (480x800 pixel) touch screen display.  (*See* Samsung, Samsung Exhibit II 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T679DBBTMB-specs).  It weighs 4.0 oz. and measures 4.54'' (L) x 2.35'' (W) x 0.45'' (D).  (*Id.*).<br><br><br><br>(Samsung, Samsung Exhibit II 4G Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-T679DBBTMB-gallery). |

---

[1]  Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | 

(Samsung Exhibit II 4G Specifications, http://www.samsung.com /us/mobile/cell-phones/SGH-T679DBBTMB-specs).

As described below, the Samsung Exhibit II 4G performs the claimed method.  Samsung promotes slide to unlock as a standard feature of the phone.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Samsung, Exhibit II 4G Portable Quad-Band Mobile Phone User Manual, at 28-29, 50-51, 62, 173 (2011) [hereinafter "Exhibit II 4G User Manual"]).  According to the Samsung Exhibit II 4G's User Manual, it has a touch screen that allows the user to "navigate the features of [her] phone and enter characters." (Exhibit II User Manual, at 28).  A user interacts with the Samsung Exhibit II's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding, meaning "quickly drag[ging] your finger vertically or horizontally across the screen."  (*See* Exhibit II 4G User Manual, at 28-29).

 |

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | <br><br>(*Id.* at 29).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Exhibit II 4G detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.<br><br>For example, when the Samsung Exhibit II 4G receives a call, it displays the caller's phone number and an unlock image on an incoming call screen.  (*See* Exhibit II 4G User Manual, at 50-51).  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Exhibit II 4G's touchscreen, as shown below.  (*Id.*).  The Samsung Exhibit II 4G detects contact with this unlock image as a user touches and slides the image to unlock the phone and answer the call.  (*Id.*).<br><br> |

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---|---|
|  |  (**Representation from Samsung Exhibit II 4G User Manual showing unlock image on the incoming call screen**)  (*Id.*) |

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | <br>**(Screenshots showing the green unlock image on the incoming call screen and showing the Exhibit II detecting contact with the green unlock image as user touches the screen and slides)**<br><br>As a second example, when a locked Samsung Exhibit II 4G receives a text message through its Messaging application, it displays an unlock image on the home screen, as shown in the screenshot below. |

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| |  The unlock image, which is an orange icon containing a representation of a text message, appears at predefined location at the right side of the Samsung Exhibit II 4G's locked touchscreen, as shown above.  The Samsung Exhibit II 4G detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone and view the text message. |

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---|---|
|  | <br><br>(**Screenshots showing the Exhibit II 4G detecting contact with the messaging unlock image (middle) and sliding the image to the left as the user slides her finger across the screen**)<br><br>As a third example, when the user misses an incoming call, the Exhibit II 4G displays an unlock image on the locked home screen. The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Exhibit II 4G's touchscreen, as shown in the image from the user manual below. The Samsung Exhibit II 4G detects contact with this unlock image as a user touches and then slide the image to the right to unlock the phone and view missed call information. |

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
| | <br><br>(Exhibit II 4G User Manual, at 62).<br><br>When the Exhibit II 4G detects contact with the red missed call unlock image, a large white arrow like that show in the screenshot of the messaging unlock image appears in a predefined location at the right side of the touchscreen display. |

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Exhibit II 4G continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.  For example, as the user touches and slides the unlock image on the incoming call screen, the Exhibit II 4G continuously moves the unlock image from left to right on the touchscreen display while the user maintains contact with the screen.  (*See* Exhibit II 4G User Manual, at 50-51).<br><br><br><br>(**Screenshots of the Samsung Exhibit II 4G showing the screen as a user touches and slides the unlock icon from left to right to unlock the phone**)<br><br>Further, at the incoming call screen, the Samsung Exhibit II 4G's unlock image is a graphical, interactive user-interface object, namely a green icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.  (*See* Exhibit II 4G User Manual, at 50-51). |

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
|         |  |

(Within the table cell:)

► At the incoming call screen:

• Touch and slide [icon] to the right to answer the call.

(*Id.*).

As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the Samsung Exhibit II 4G continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below.

**(Screenshots of the Exhibit II 4G showing continuous movement of the unlock image from right to left as the user slides her finger across the screen towards the unlock region**

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
|  | Further, at the locked home screen, the Samsung Exhibit II 4G's messaging unlock image is a graphical, interactive user-interface object, namely an orange icon containing the representation of a text message, that the user touches and then slides across the touchscreen to unlock the phone and view the new text message.  **(Screenshot of the Samsung Exhibit II 4G's locked home screen with the messaging unlock image highlighted in green)** As a third example, as the user touches and then slides the missed call unlock image on the locked home screen, the T-Mobile Samsung Galaxy SII continuously moves the unlock image from the left to the right while the user maintains contact with the screen.  Further, the unlock image, as shown below, is a graphical, interactive user-interface object, namely a red icon |

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
| | containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.<br><br>**Viewing Missed Calls from Lock Screen**<br><br>When you are unable to answer a call for any reason and your screen is locked, the number of missed calls are displayed on the Lock screen immediately after a call is missed.<br><br>To view a missed call immediately:<br><br>1. Press ▬⊙ to reactive the screen.<br><br>2. Touch and drag the button (with the number of missed calls on it) to the right. The Logs tab is then displayed.<br><br>(Samsung Exhibit II 4G User Manual, at 62). |

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Exhibit II 4G unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>For example, the Samsung Exhibit II 4G unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  (*See* Exhibit II 4G User Manual, at 50-51.)<br><br><br><br>(**Representation of Unlock image at first predefined location on a Samsung Exhibit II 4G**)<br>(*See* Exhibit II 4G User Manual, at 50-51). |

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| |  **(Screenshots of the Exhibit II 4G as a user slides the green unlock image to the right until it reaches the unlock region on the right side of the phone and unlocks)** <br><br> After the user answers and then terminates the call, the Samsung Exhibit II 4G remains unlocked for the user to operate.  Thus, the phone is in a user-interface unlock state. |

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| |  **(Screenshot of the unlocked Exhibit II 4G after a user has answered and terminated the phone call)**<br><br>As a second example, the Samsung Exhibit II 4G unlocks and opens the messaging application when the user slides the orange messaging unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display |

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
|  | 

**(Screenshots showing the movement of the messaging unlock icon from the first predefined region to the second predefined unlock region, resulting in unlocking the phone)**

After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | <br><br>**(Screenshot of the unlocked Exhibit II 4G after the user has exited the Messaging application)**<br><br>As a third example, the Exhibit II 4G  unlocks to permit the user to view missed call information when the user touches and then slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow on the right side of the touchscreen display. |

| Claim 1 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
|  | <br><br>(Exhibit II 4G User Manual, at 62).<br><br>After the user unlocks the phone by sliding the red missed call unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 3 | Infringement by the Samsung Exhibit II 4G |
|---------|--------------------------------------------|
| 3.  The method of claim 1, wherein the moving comprises movement along a predefined channel from the first predefined location to the predefined unlock region. | The Exhibit II 4G comprises movement along a predefined channel from the first predefined location to the predefined unlock region.  As described herein, the Samsung Exhibit II 4G performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Exhibit II 4G User Manual, at 28-29, 50-51, 62, 173).<br><br>For example, to unlock the phone to answer an incoming call, the user moves the green incoming call unlock image from a predefined location at the left side of the screen along a predefined channel to the predefined unlock region on the right side of the Exhibit II 4G's screen.  The predefined channel is outlined in red in the screenshot below.<br><br><br><br>**(Screenshot of the T-Mobile Samsung Galaxy SII with the predefined channel highlighted in red**) |

| Claim 3 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
| | As a second example, to unlock the phone to view a new text message, the user moves the orange messaging unlock image from a predefined location at the right side of the screen in a predefined channel to the predefined unlock region on the left side of the Exhibit II 4G. The predefined channel is highlighted in green in the screenshot below.<br><br><br><br>**(Screenshot of the Exhibit II 4G with the predefined channel highlighted in yellow)** |

| Claim 3 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
| | As a third example, to unlock the phone to view missed call information, the user moves the red missed call unlock image from a predefined location at the left side of the screen along a predefined channel to the predefined unlock region on the right side of the Exhibit II 4G.  The predefined channel is highlighted in green in the image below.<br><br><br><br>**(Screenshot of the Samsung Exhibit II 4G with the predefined channel highlighted in green)** |

| Claim 4 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| 4.  The method of claim 1, further comprising displaying visual cues to communicate a direction of movement of the unlock image required to unlock the device. | The Samsung Exhibit II 4G displays visual cues to communicate a direction of movement of the unlock image required to unlock the device.  As described herein, the Samsung Exhibit II 4G performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Exhibit II 4G User Manual, at 28-29, 50-51, 62, 173).  For example, the Samsung Exhibit II 4G displays an arrow on the phone's green unlock image on the incoming call screen.  (*See* Exhibit II 4G User Manual, at 50-51).  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and answer an incoming call.  (*Id.*).  The presence of the arrow on the unlock image is shown below. <br><br>  <br><br>  <br><br> **(Screenshot of the Samsung Exhibit II 4G with the arrow circled in yellow**) |

| Claim 4 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | As a second example, the Samsung Exhibit II 4G displays an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Image from the Samsung Exhibit II 4G with the arrow on the messaging unlock image circled in yellow)** |

| Claim 4 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
|         | Moreover, after the Samsung Exhibit II 4G detects user contact with the messaging unlock image, it displays a white arrow on the left side of the screen, further guiding the user's movement. <br><br>  <br><br> **(Screenshot of the Samsung Exhibit II 4G after a user contact with the unlock screen is detected, displaying a second arrow to guide the user's movement (arrow circled in yellow))** <br><br> As a third example, the Samsung Exhibit II 4G displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that |

| Claim 4 | Infringement by the Samsung Exhibit II 4G |
|---------|--------------------------------------------|
| | directs the user to slide the image to the right to unlock the phone and view the missed call log.<br><br><br><br>(**Image of Exhibit II 4G showing presence of arrow (circled in yellow) on unlock image**)<br><br>(Exhibit II 4G User Manual, at 62).<br><br>Moreover, when the Exhibit II 4G detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 6 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| 6.  The method of claim 4, wherein said visual cues comprise an arrow indicating a general direction of movement. | The Samsung Exhibit II 4G displays a visual cue comprising an arrow indicating a general direction of movement.  As described herein, the Samsung Exhibit II 4G performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Exhibit II 4G User Manual, at 28-29, 50-51, 62, 173).  For example, the unlock image on the Samsung Exhibit II 4G's incoming call screen includes an arrow that is a visual cue that directs the user to slide the unlock image to the right to unlock the phone and answer an incoming call.  (*See* Exhibit II 4G, at 50-51).  The presence of the arrow on the unlock image is shown below.<br><br><br><br><br><br>(**Screenshot of the Samsung Exhibit II 4G with the arrow circled in yellow**)<br><br>As a second example, the messaging unlock image on the Samsung Exhibit II 4G's locked |

| Claim 6 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
| | home screen includes an arrow that is a visual cue that directs the user to slide the unlock image to the left to unlock the phone and view a new text message. The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Image from the Samsung Exhibit II 4G with the arrow on the messaging unlock image circled in yellow)**<br><br>Moreover, after the Samsung Exhibit II 4G detects user contact with the messaging unlock image, it displays a white arrow on the left side of the screen, further guiding the user's movement. |

| Claim 6 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
|         |  **(Screenshot of the Samsung Exhibit II 4G after a user contact with the unlock screen is detected, displaying a second arrow to guide the user's movement (arrow circled in yellow))**<br><br>As a third example, the Samsung Exhibit II 4G displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log. |

| Claim 6 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
|         |  **(Image of Exhibit II 4G showing presence of arrow (circled in yellow) on unlock image)** (Exhibit II 4G User Manual, at 62). Moreover, when the Exhibit II 4G detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| 7. A portable electronic device, comprising: | To the extent that the preamble of claim 7 may be construed to be limiting, the Samsung Exhibit II 4G is a portable electronic device.<br><br>Specifically, the Samsung Exhibit II 4G is an Android smartphone with a 3.7'' 16M TFT (480x800 pixel) touch screen display.  (*See* Samsung, Samsung Exhibit II 4G Specifications, http://www.samsung.com /us/mobile/cell-phones/SGH-T679DBBTMB-specs).  It weighs 4.0 oz. and measures 4.54'' (L) x 2.35'' (W) x 0.45'' (D).  (*Id.*).  It has a 1.0 GHz MSM8255 Qualcomm processor.  (*Id.*).  Further, the Samsung Exhibit II 4G is "powered by a rechargeable Li-ion battery."  (Samsung Exhibit II 4G User Manual, at 10).<br><br><br><br>(Samsung, Samsung Exhibit II 4G Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-T679DBBTMB-gallery). |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| a touch-sensitive display; | Additionally, according to the Samsung Exhibit II 4G's User Manual, it has a touch screen that allows the user to "navigate the features of [her] phone and enter characters."  (Exhibit II User Manual, at 28).  A user interacts with the Samsung Exhibit II's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding, meaning "quickly drag[ging] your finger vertically or horizontally across the screen."  (*See* Exhibit II User Manual, at 28-29).<br><br><br><br>(Exhibit II 4G User Manual, at 28).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| memory; | The Samsung Exhibit II 4G comprises memory.  Specifically, the Samsung Exhibit II 4G has 512MB of random access memory and 4GB of ROM and supports an external microSD card. (Samsung, Exhibit II 4G Android Smartphone Specifications, http://www.samsung.com /us/mobile/cell-phones/SGH-T679DBBTMB-specs). |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| |  (*Id.*). |
| one or more processors; | The Samsung Exhibit II 4G comprises one or more processers.  Specifically, the Samsung Exhibit II 4G has a 1.0 GHz MSM8255 Qualcomm processor.  (*Id.*).  (Samsung, Samsung Exhibit II 4G Android Smartphone Specifications, http://www.samsung. com /us/mobile/cell-phones/SGH-T679DBBTMB-specs). |
| one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | The Samsung Exhibit II 4G comprises one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions.  The Samsung Exhibit II 4G contains, among other modules, a contact/motion module in its memory that is configured for execution by the Samsung Exhibit II 4G's processor.  This module allows the Samsung Exhibit II 4G to detect contact with the touchscreen.  The Samsung Exhibit II 4G User Manual discloses some of those contacts that the contact/motion module detects, as shown below. |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
| | • **Tap**: Use a brief touch to select items on the display or to enter text on the virtual QWERTY keyboard. For example: touch an Application icon to open the application. A light touch works best.<br><br>• **Touch and hold**: Touch and hold an icon or key to open the available options, or to access a pop-up menu. For example: press and hold from the Home screen to access a menu of customization options.<br><br>• **Flick**: Move your finger in lighter, quicker strokes than swiping. This finger gesture is always used in a vertical motion, such as when flicking through contacts or a message list.<br><br>• **Swipe or slide**: Quickly drag your finger vertically or horizontally across the screen. This allows you to move the area of focus or to scroll through a list. For example: slide your finger left or right on the Home screen to scroll among the seven panels.<br><br>• **Drag**: Press and hold your finger with some pressure before you start to move it. Do not release your finger until you have reached the target position.<br><br>(Exhibit II 4G User Manual, at 29). |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image; | The Samsung Exhibit II 4G's one or more modules include instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image.<br><br>For example, when the Samsung Exhibit II 4G receives a call, it displays the caller's phone number and an unlock image on the incoming call screen.  (*See* Samsung Exhibit II 4G User Manual, at 50-51).<br><br>The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Exhibit II 4G's touchscreen, as shown below.  (*Id.*).  The Samsung Exhibit II 4G detects contact with this unlock image as a user touches and slides the image to answer the call.  (*Id.*).<br><br>**Answering a Call**<br><br>When somebody calls you, the phone rings and displays the incoming call image.<br><br>The caller's phone number, picture, or name if stored in Contacts List, displays.<br><br>▶   At the incoming call screen:<br><br>• Touch and slide 📞▸ to the right to answer the call. |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
|         | <br><br>(**Representation from Samsung Exhibit II 4G User Manual showing unlock image on the incoming call screen**) (*Id.*) |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | <br><br>**(Screenshots showing the green unlock image on the incoming call screen and showing the Exhibit II detecting contact with the green unlock image as user touches the screen and slides)**<br><br>As a second example, when the Samsung Exhibit II 4G receives a text message while in the locked state, it displays a messaging unlock image on the locked home screen, as shown in the screenshot below. |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | <br><br>The unlock image, which is an orange icon containing the representation of a text message, appears at a predefined location on the right side of the Samsung Exhibit II 4G's touchscreen, as shown above.  The Samsung Exhibit II 4G detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone. |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
| | <br><br>**(Screenshots showing the Exhibit II 4G detecting contact with the messaging unlock image (middle) and sliding the image to the left as the user slides her finger across the screen)**<br><br>As a third example, when the user misses an incoming call, the Exhibit II 4G displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Exhibit II 4G's touchscreen, as shown in the image from the user manual below.  The Samsung Exhibit II 4G detects contact with this unlock image as a user touches and then slide the image to the right to unlock the phone and view missed call information. |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
|  |  |

(Samsung Exhibit II 4G User Manual, at 62).

When the Exhibit II 4G detects contact with the red missed call unlock image, a large white arrow like that show in the screenshot of the messaging unlock image appears in a predefined location at the right side of the touchscreen display.

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Exhibit II 4G's one or more modules include instructions to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>Specifically, as the user touches and slides the unlock image on the incoming call screen, the Samsung Exhibit II 4G includes instructions to continuously move the unlock image from left to right on the touchscreen display provided the user maintains contact with the screen.  (*See* Samsung Exhibit II 4G User Manual, at 50-51).<br><br>  <br><br>(**Screenshots of the Samsung Exhibit II 4G showing the screen as a user touches and slides the unlock icon from left to right to unlock the phone**) (*Id.*)<br><br>Specifically, at the incoming call screen, the Samsung Exhibit II 4G's unlock image is a graphical, interactive user-interface object, namely a green icon containing a representation of a |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
| | phone, that the user touches and then slides across the touchscreen to unlock the phone.  (*See* Samsung Exhibit II 4G User Manual, at 50-51). <br><br> ▶ At the incoming call screen: <br><br> • Touch and slide [icon] to the right to answer the call. <br><br> (*Id.*). <br><br> As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the Samsung Exhibit II 4G includes instructions to continuously move the messaging unlock image from right to left on the touchscreen display provided the user maintains contact with the screen. <br><br>  <br><br> **(Screenshots of the Exhibit II 4G showing continuous movement of the unlock image from right to left as the user slides her finger across the screen towards the unlock region)** |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | As a third example, as the user touches and then slides the missed call unlock image on the locked home screen, the T-Mobile Samsung Galaxy SII continuously moves the unlock image from the left to the right while the user maintains contact with the screen.  Further, the unlock image, as shown below, is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---------|--------------------------------------------|
| | <br><br>(Samsung Exhibit II 4G User Manual, at 62). |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | The Samsung Exhibit II 4G's one or more modules include instructions to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display.<br><br>For example, the Samsung Exhibit II 4G includes instructions to unlock the phone to permit the user to answer an incoming phone call.  When the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display, the phone unlocks to facilitate the call.  (*See* Samsung Exhibit II 4G User Manual, at 50-51).<br><br><br><br>**(Screenshots of the Exhibit II 4G as a user slides the green unlock image to the right until it reaches the unlock region on the right side of the phone and unlocks)**<br><br>After the user answers and then terminates the call, all the applications on the phone are |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | unlocked for the user to use.  Thus, the phone is in a user-interface unlock state.<br><br><br><br>**(Screenshot of the unlocked Exhibit II 4G after a user has answered and terminated the phone call)**<br><br>As a second example, the Samsung Exhibit II 4G includes instructions to unlock the phone when the user slides the messaging unlock image across the touchscreen.  Specifically, when the user slides the orange messaging unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
|         | display, the phone unlocks to allow the user to read the new text message.  **(Screenshots showing the movement of the messaging unlock icon from the first predefined region to the second predefined unlock region, resulting in unlocking the phone)** <br><br> After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
|         | <br><br>**(Screenshot of the unlocked Exhibit II 4G after the user has exited the Messaging application)**<br><br>As a third example, the Exhibit II 4G  unlocks to permit the user to view missed call information when the user touches and then slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow on the right side of the touchscreen display. |

| Claim 7 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
| | <br><br>(Samsung Exhibit II 4G User Manual, at 62).<br><br>After the user unlocks the phone by sliding the red missed call unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 8 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| 8.  The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement. | The Samsung Exhibit II 4G's one or more modules further comprise instructions to display visual cues to communicate a direction of movement.  For example, the Samsung Exhibit II 4G includes instructions to display an arrow on the phone's green unlock image on the incoming call screen.  (*See* Exhibit II 4G User Manual, at 50-51).  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and answer an incoming call.  (*Id.*). The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Screenshot of the Samsung Exhibit II 4G with the arrow circled in yellow**)<br><br>As a second example, the Samsung Exhibit II 4G includes instructions to display an arrow on |

| Claim 8 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
|         | the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and read the new text message.  The presence of the arrow on the messaging unlock image is shown below.<br><br><br><br>(**Image from the Samsung Exhibit II 4G with the arrow on the messaging unlock image circled in yellow**)<br><br>Moreover, after the Samsung Exhibit II 4G detects user contact with the messaging unlock |

| Claim 8 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
|         | image, it displays a white arrow on the left side of the screen, further guiding the user's movement.  **(Screenshot of the Samsung Exhibit II 4G after a user contact with the unlock screen is detected, displaying a second arrow to guide the user's movement (arrow circled in yellow))** As a third example, the Samsung Exhibit II 4G displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log. |

| Claim 8 | Infringement by the Samsung Exhibit II 4G |
|---------|-------------------------------------------|
| |  **(Image of Exhibit II 4G showing presence of arrow (circled in yellow) on unlock image)** (Exhibit II 4G User Manual, at 62). Moreover, when the Exhibit II 4G detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 10 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| 10.  The device of claim 8, wherein said visual cues comprise an arrow indicating a general direction of movement. | The Samsung Exhibit II 4G displays a visual cue comprising an arrow indicating a general direction of movement.  For example, the unlock image on the Samsung Exhibit II 4G's incoming call screen includes an arrow that is a visual cue that directs the user to slide the image to the right to unlock the phone and answer an incoming call.  (*See* Samsung Exhibit II 4G, at 50-51).  The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Screenshot of the Samsung Exhibit II 4G with the arrow circled in yellow**) |

| Claim 10 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | As a second example, the messaging unlock image on the Samsung Exhibit II 4G's locked home screen includes an arrow that is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Image from the Samsung Exhibit II 4G with the arrow on the messaging unlock image circled in yellow)**<br><br>Moreover, after the Samsung Exhibit II 4G detects user contact with the messaging unlock image, it displays a white arrow on the left side of the screen, further guiding the user's |

| Claim 10 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | movement.  **(Screenshot of the Samsung Exhibit II 4G after a user contact with the unlock screen is detected, displaying a second arrow to guide the user's movement (arrow circled in yellow))** As a third example, the Samsung Exhibit II 4G displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below. The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log. |

| Claim 10 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| |  **(Image of Exhibit II 4G showing presence of arrow (circled in yellow) on unlock image)**<br><br>(Exhibit II 4G User Manual, at 62).<br><br>Moreover, when the Exhibit II 4G detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| 11.  A portable electronic device comprising: | To the extent that the preamble of claim 11 may be construed to be limiting, the Samsung Exhibit II 4G is a portable electronic device.  Specifically, the Samsung Exhibit II 4G is an Android smartphone with a 3.7'' 16M TFT (480x800 pixel) touch screen display.  (*See* Samsung, Samsung Exhibit II 4G Specifications, http://www.samsung.com /us/mobile/cell-phones/SGH-T679DBBTMB-specs).  It weighs 4.0 oz. and measures 4.54'' (L) x 2.35'' (W) x 0.45'' (D).  (*Id.*).   It has a 1 GHz MSM8255 Qualcomm processor.  (*Id.*).  Further, the Samsung Exhibit II 4G is "powered by a rechargeable Li-ion battery."  (Samsung Exhibit II 4G User Manual, at 10). <br><br>  <br><br> (Samsung, Samsung Exhibit II 4G Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-T679DBBTMB-gallery). |

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| a touch-sensitive display; | The Samsung Exhibit II 4G comprises a touch-sensitive display.  According to the Samsung Exhibit II 4G's User Manual, it has a touch screen that allows the user to "navigate the features of [her] phone and enter characters."  (Exhibit II 4G User Manual, at 28).  A user interacts with the Exhibit II 4G's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding, meaning "quickly drag[ging] your finger vertically or horizontally across the screen."  (*See* Exhibit II 4G User Manual, at 28).  (Exhibit II 4G User Manual, at 28).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state; | The Samsung Exhibit II 4G comprises a means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state.  Specifically, when the Samsung Exhibit II 4G receives a call, it displays the caller's phone number and an unlock image on the incoming call screen.  (*See* Samsung Exhibit II 4G User Manual, at 50-51).  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Exhibit II 4G's touchscreen, as shown below.  (*Id.*).  The unlock image appears when the phone is in a user- |

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | interface lock state.<br><br><br><br>(**Representation from Samsung Exhibit II 4G User Manual showing unlock icon on the left side of the touchscreen display**) (*Id.*)<br><br>As a second example, when the Samsung Exhibit II 4G receives a text message in a locked state, it displays a messaging unlock image on the home screen.  The unlock image, which is an orange icon containing a representation of a text message, appears at a predefined location at the right side of the Samsung Exhibit II 4G's touchscreen, as shown below.  The unlock image appears when the phone is in a user-interface lock state. |

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| |  **(Screenshot of the Samsung Exhibit II 4G's locked home screen with the messaging unlock image highlighted in green)**<br><br>As a third example, when the user misses an incoming call, the Exhibit II 4G displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung |

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | Exhibit II 4G's touchscreen, as shown in the image from the user manual below. |



**Viewing Missed Calls from Lock Screen**

When you are unable to answer a call for any reason and your screen is locked, the number of missed calls are displayed on the Lock screen immediately after a call is missed.

**To view a missed call immediately:**

1. Press ⬤ to reactive the screen.

2. Touch and drag the button (with the number of missed calls on it) to the right. The Logs tab is then displayed.

(Samsung Exhibit II 4G User Manual, at 62).

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| means for detecting contact with the touch-sensitive display; and | The Samsung Exhibit II 4G comprises a means for detecting contact with the touch-sensitive display.  In particular, the Samsung Exhibit II 4G detects contact with the unlock image on the incoming call screen as a user touches and slides the image to unlock the phone and answer the call.  (*Id.*).<br><br><br><br>(**Representation from Samsung Exhibit II 4G User Manual showing unlock image on the incoming call screen**) (*Id.*) |

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|---|---|
|  | <br><br>**(Screenshots showing the green unlock image on the incoming call screen and showing the Exhibit II detecting contact with the green unlock image as user touches the screen and slides)**<br><br>As a second example, the Samsung Exhibit II 4G detects contact with the messaging unlock image on the locked home screen as a user touches and slides the image to the right to unlock the phone and view the new text message. |

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|----------|-------------------------------------------|
| | <br><br>**(Screenshots showing the Exhibit II 4G detecting contact with the messaging unlock image (middle) and sliding the image to the left as the user slides her finger across the screen)**<br><br>As a third example, the Samsung Exhibit II 4G detects contact with the missed call unlock image as a user touches and then slide the image to the right to unlock the phone and view missed call information. |

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | 
(Samsung Exhibit II 4G User Manual, at 62).

When the Exhibit II 4G detects contact with the red missed call unlock image, a large white arrow like that show in the screenshot of the messaging unlock image appears in a predefined location at the right side of the touchscreen display. |

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Exhibit II 4G comprises a means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>Specifically, as the user touches and slides the unlock image on the incoming call screen, the Samsung Exhibit II 4G continuously moves the unlock image from left to right on the touchscreen display while the user maintains contact with the screen.  (*See* Samsung Exhibit II 4G User Manual, at 50-51).<br><br>  <br><br>(**Screenshots of the Samsung Exhibit II 4G showing the screen as a user touches and slides the unlock icon from left to right to unlock the phone**)<br><br>Further, at the incoming call screen, the Samsung Exhibit II 4G's unlock image is a graphical, |

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | interactive user-interface object, namely a green icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.  (*See* Samsung Exhibit II 4G User Manual, at 50-51).<br><br>**At the incoming call screen:**<br><br>• Touch and slide [icon] to the right to answer the call.<br><br>(*Id.*).  As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the Samsung Exhibit II 4G continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below.<br><br><br><br>**(Screenshots of the Exhibit II 4G showing continuous movement of the unlock image from right to left as the user slides her finger across the screen towards the unlock region)** |

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|---|---|
|  | Further, at the locked home screen, the Samsung Exhibit II 4G's messaging unlock image is a graphical, interactive user-interface object, namely an orange icon containing a representation of a text message, that the user touches and then slides to unlock the phone.<br><br><br><br>**(Screenshot of the Samsung Exhibit II 4G's locked home screen with the messaging unlock image highlighted in green)** |

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | As a third example, as the user touches and then slides the missed call unlock image on the locked home screen, the T-Mobile Samsung Galaxy SII continuously moves the unlock image from the left to the right while the user maintains contact with the screen.  Further, the unlock image, as shown below, is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone. <br><br>  <br><br> (Samsung Exhibit II 4G User Manual, at 62). |

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| means for transitioning the device to a user-interface unlock state if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Exhibit II 4G comprises a means for transitioning the device to a user-interface unlock state if moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.  Specifically, the Samsung Exhibit II 4G unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  (*See* Samsung Exhibit II 4G User Manual, at 50-51).<br><br>  <br><br>(**Screenshots of the Exhibit II 4G as a user slides the green unlock image to the right until it reaches the unlock region on the right side of the phone and unlocks**)<br><br>After the user answers and then terminates the call, the Samsung Exhibit II 4G remains unlocked for the user to operate.  Thus, the phone is in a user-interface unlock state. |

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|----------|--------------------------------------------|
|  | <br><br>**(Screenshot of the unlocked Exhibit II 4G after a user has answered and terminated the phone call)**<br><br>As a second example, the Samsung Exhibit II 4G unlocks to allow a user to view a new text message when the user slides the orange unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display, as shown below. |

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|----------|-------------------------------------------|
| | <br><br>**(Screenshots showing the movement of the messaging unlock icon from the first predefined region to the second predefined unlock region, resulting in unlocking the phone)**<br><br>After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, they phone is in a user-interface unlock state. |

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | <br><br>**(Screenshot of the unlocked Exhibit II 4G after the user has exited the Messaging application)**<br><br>As a third example, the Exhibit II 4G  unlocks to permit the user to view missed call information when the user touches and then slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow on the right side of the touchscreen display. |

| Claim 11 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | 

(Samsung Exhibit II 4G User Manual, at 62).

After the user unlocks the phone by sliding the red missed call unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 12 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| 12.  A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch-sensitive display, cause the portable electronic device to perform a method comprising: | To the extent that the preamble of claim 12 may be construed to be limiting, the Samsung Exhibit II 4G comprises a computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by the Samsung Exhibit II 4G, which is a portable electronic device with a touch-sensitive display, cause the Samsung Exhibit II 4G to perform a method.<br><br>For example, the Samsung Exhibit II 4G is a smartphone with a 3.7'' 16M TFT touchscreen display.  (*See* Samsung, Exhibit II 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T679DBBTMB-specs).  The Samsung Exhibit II 4G has a 1 GHz MSM8255 Qualcomm processor and 4GB of internal memory, and supports an external microSD card.  (*Id.*).  Additionally, it features the Android 2.3.5, Gingerbread, operating system.  (*Id.*).<br><br><br><br>(Samsung, Exhibit II 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T679DBBTMB-specs). It weighs 4.0 oz. and measures 4.54'' (L) x 2.35'' (W) x 0.45'' (D). (*Id.*).  Further, the Samsung Exhibit II 4G is "powered by a rechargeable Li-ion battery." (Exhibit II 4G User Manual, at 10). |

| Claim 12 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | <br><br>(Samsung, Samsung Exhibit II 4G Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-T679DBBTMB-gallery).<br><br>Samsung promotes slide to unlock as a standard feature of the Samsung Exhibit II 4G.  The user guide for the phone instructs users how to use the phone to perform a method to unlock the device.  (*See, e.g.*, Exhibit II 4G User Manual, at 28-29, 50-51, 62, 173).  According to the Samsung Exhibit II 4G's User Manual, it has a touch screen that allows the user to "navigate the features of [her] phone and enter characters."  (Exhibit II 4G User Manual, at 28).  A user interacts with the Exhibit II 4G's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding, meaning "quickly drag[ging] your finger vertically or horizontally across the screen."  (*See* Exhibit II 4G User Manual, at 28). |

| Claim 12 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Exhibit II 4G detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.<br><br>Specifically, when the Samsung Exhibit II 4G receives a call, it displays the caller's phone number and an unlock image on the incoming call screen.  (*See* Samsung Exhibit II 4G, at 50-51).  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Exhibit II 4G's touchscreen, as shown below.  (*Id.*).  The Samsung Exhibit II 4G detects contact with this unlock image as a user touches and slides the image to unlock the phone and answer the call.  (*Id.*).<br><br>**Answering a Call**<br><br>When somebody calls you, the phone rings and displays the incoming call image.<br><br>The caller's phone number, picture, or name if stored in Contacts List, displays.<br><br>▶   At the incoming call screen:<br><br>• Touch and slide 📞▶ to the right to answer the call. |

| Claim 12 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| |  (**Representation from Samsung Exhibit II 4G User Manual showing unlock image on the incoming call screen**) (*Id.*) As a second example, when the Samsung Exhibit II 4G receives a text message in a locked state, it displays a messaging unlock image on the home screen.  The unlock image, which is an orange icon containing a representation of a text message, appears at a predefined location at the right side of the Samsung Exhibit II 4G's touchscreen, as shown below. |

| Claim 12 | Infringement by the Samsung Exhibit II 4G |
|---|---|
|  |  **(Screenshot of the Samsung Exhibit II 4G's locked home screen with the messaging unlock image highlighted in green)** The Samsung Exhibit II 4G detects contact with this unlock image as a user touches and slides the image to unlock the phone and view the text message. |

| Claim 12 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | <br><br>**(Screenshots showing the Exhibit II 4G detecting contact with the messaging unlock image (middle) and sliding the image to the left as the user slides her finger across the screen)**<br><br>As a third example, when the user misses an incoming call, the Exhibit II 4G displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Exhibit II 4G's touchscreen, as shown in the image from the user manual below.  The Samsung Exhibit II 4G detects contact with this unlock image as a user touches and then slide the image to the right to unlock the phone and view missed call information. |

| Claim 12 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | ### Viewing Missed Calls from Lock Screen<br><br>When you are unable to answer a call for any reason and your screen is locked, the number of missed calls are displayed on the Lock screen immediately after a call is missed.<br><br>**To view a missed call immediately:**<br><br>1. Press [button] to reactive the screen.<br><br>2. Touch and drag the button (with the number of missed calls on it) to the right. The Logs tab is then displayed.<br><br>(Samsung Exhibit II 4G User Manual, at 62).<br><br>When the Exhibit II 4G detects contact with the red missed call unlock image, a large white arrow like that show in the screenshot of the messaging unlock image appears in a predefined location at the right side of the touchscreen display. |

| Claim 12 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Exhibit II 4G continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device. <br><br> For example, as the user touches and slides the unlock image on the incoming call screen, the Samsung Exhibit II 4G continuously moves the unlock image from left to right on the touchscreen display provided the user maintains contact with the screen.  (*See* Samsung Exhibit II 4G User Manual, at 50-51). <br><br>    <br><br> (**Screenshots of the Samsung Exhibit II 4G showing the screen as a user touches and slides the unlock icon from left to right to unlock the phone**) <br><br> Further, when a call is incoming, the Samsung Exhibit II 4G's unlock image is a graphical, interactive user-interface object, namely a green icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.  (*See* Samsung |

| Claim 12 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | Exhibit II 4G User Manual, at 50-51).<br><br><br><br>(*Id.*).<br><br>As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the Samsung Exhibit II 4G continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below.<br><br><br><br>**(Screenshots of the Exhibit II 4G showing continuous movement of the unlock image from right to left as the user slides her finger across the screen towards the unlock region**) |

| Claim 12 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | Further, at the locked home screen, the Samsung Exhibit II 4G's messaging unlock image is a graphical, interactive user-interface object, namely an orange icon containing a representation of a text message, that the user touches and then slides to unlock the phone. <br><br>  <br><br> **(Screenshot of the Samsung Exhibit II 4G's locked home screen with the messaging unlock image highlighted in green)** <br><br> As a third example, as the user touches and then slides the missed call unlock image on the locked home screen, the T-Mobile Samsung Galaxy SII continuously moves the unlock image from the left to the right while the user maintains contact with the screen.  Further, the unlock image, as shown below, is a graphical, interactive user-interface object, namely a red icon |

| Claim 12 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone.<br><br><br><br>(Samsung Exhibit II 4G User Manual, at 62). |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined | The Samsung Exhibit II 4G unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>Specifically, the Samsung Exhibit II 4G unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side |

| Claim 12 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| unlock region on the touch-sensitive display. | of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  (*See* Samsung Exhibit II 4G User Manual, at 50-51).<br><br><br><br>**(Screenshots of the Exhibit II 4G as a user slides the green unlock image to the right until it reaches the unlock region on the right side of the phone and unlocks)**<br><br>After the user answers and then terminates the call, the Samsung Exhibit II 4G remains unlocked for the user to operate.  Thus, the phone is in a user-interface unlock state. |

| Claim 12 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| | <br><br>**(Screenshot of the unlocked Exhibit II 4G after a user has answered and terminated the phone call)**<br><br>As a second example, the Samsung Exhibit II 4G unlocks to allow a user to view a new text message when the user slides the orange unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display, as shown below. |

| Claim 12 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| |  |

**(Screenshots showing the movement of the messaging unlock icon from the first predefined region to the second predefined unlock region, resulting in unlocking the phone)**

After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is in a user-interface unlock state.

| Claim 12 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| |  **(Screenshot of the unlocked Exhibit II 4G after the user has exited the Messaging application)** As a third example, the Exhibit II 4G  unlocks to permit the user to view missed call information when the user touches and then slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow on the right side of the touchscreen display. |

| Claim 12 | Infringement by the Samsung Exhibit II 4G |
|----------|-------------------------------------------|
| | 

**Viewing Missed Calls from Lock Screen**

When you are unable to answer a call for any reason and your screen is locked, the number of missed calls are displayed on the Lock screen immediately after a call is missed.

**To view a missed call immediately:**

1.  Press [⏻] to reactive the screen.

2.  Touch and drag the button (with the number of missed calls on it) to the right. The Logs tab is then displayed.

(Samsung Exhibit II 4G User Manual, at 62).

After the user unlocks the phone by sliding the red missed call unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 13 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| 13.  The method of claim 1, wherein the unlock image is a single image. | The Samsung Exhibit II 4G unlock image is a single image.  As described herein, the Samsung Exhibit II 4G performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Exhibit II 4G User Manual, at 28-29, 50-51, 62, 173).<br><br>For example, when a call is incoming, the Samsung Exhibit II 4G displays an unlock image, which is a single, green icon containing the representation of a phone, that the user touches and then slides to unlock the phone and answer the call.  (*See* Samsung Exhibit II 4G User Manual, at 50-51).<br><br>This single unlock image is shown below.  This image is the only unlock image displayed on the incoming call screen.  The red decline call image, which appears on the screen with the green unlock image, is not an unlock image as sliding it to the left does not unlock the phone.  Further, the incoming call unlock image is not displayed simultaneously with the missed call or messaging unlock images.<br><br><br><br>(Samsung Exhibit II 4G User Manual, at 50-51). |

| Claim 14 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| 14.  The device of claim 7, wherein the unlock image is a single image. | The Samsung Exhibit II 4G unlock image is a single image.  For example, when a call is incoming, the Samsung Exhibit II 4G displays an unlock image, which is a single, green icon containing the representation of a phone, that the user touches and then slides to unlock the phone and answer the call.  (*See* Samsung Exhibit II 4G User Manual, at 50-51).<br><br>This single unlock image is shown below.  This image is the only unlock image displayed on the incoming call screen.  The red decline call image, which appears on the screen with the green unlock image, is not an unlock image as sliding it to the left does not unlock the phone.  Further, the incoming call unlock image is not displayed simultaneously with the missed call or messaging unlock images.<br><br><br><br>(Exhibit II 4G User Manual, at 50-51). |

| Claim 15 | Infringement by the Samsung Exhibit II 4G |
|---|---|
| 15.  The computer readable storage medium of claim 12, wherein the unlock image is a single image. | The Samsung Exhibit II 4G unlock image is a single image.  For example, when a call is incoming, the Samsung Exhibit II 4G displays an unlock image, which is a single, green icon containing the representation of a phone, that the user touches and then slides to unlock the phone and answer the call.  (*See* Exhibit II 4G User Manual, at 50-51).<br><br>This single unlock image is shown below.  This image is the only unlock image displayed on the incoming call screen.  The red decline call image, which appears on the screen with the green unlock image, is not an unlock image as sliding it to the left does not unlock the phone.  Further, the incoming call unlock image is not displayed simultaneously with the missed call or messaging unlock images.<br><br>▶ At the incoming call screen:<br>   • Touch and slide  to the right to answer the call.<br><br>(Exhibit II 4G User Manual, at 50-51). |