**INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE SAMSUNG GALAXY SII EPIC 4G TOUCH (SPH-D710)**

| Claim 1 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| 1.  A method of unlocking a hand-held device, the device including a touch-sensitive display, the method comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Galaxy SII Epic 4G Touch is a hand-held device including a touch-sensitive display.  Specifically, the Samsung Galaxy SII Epic 4G Touch, which is available from Sprint, is an Android smartphone with a 4.52'' Super AMOLED Plus touch screen display.  (*See* Samsung, Galaxy SII Epic 4G Touch Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-specs).  It weighs 4.6 oz. and measures 5.11'' (L) x 2.74'' (W) x 0.38'' (D).  (*Id.*).<br><br><br><br>(Samsung, Galaxy SII Epic 4G Touch Gallery, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-gallery). |

---

[1]  Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the claim preamble is limiting.  Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---------|------------------------------------------------------|
| | **Display** |
| | Main Display Resolution — 800x480 Pixel |
| | Main Display Size — 4.52" |
| | Main Display Technology — Super AMOLED Plus |

(Samsung, Galaxy SII Epic 4G Touch Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-specs).

As described below, the Samsung Galaxy SII Epic 4G Touch performs the claimed method. Samsung promotes slide to unlock as a standard feature of the phone.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Samsung, Samsung Galaxy SII Epic 4G Touch User Guide, at 19-21, 34-35 (2011) [hereinafter "Epic 4G Touch User Guide"]).  According to the Samsung Galaxy SII Epic 4G Touch's User Guide, it has a touch screen that allows the user to "control actions through a variety of touch gestures" on the screen.  (Epic 4G Touch User Guide, at 19).  A user interacts with the Samsung Epic 4G Touch's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding, meaning "quickly drag[ging] your finger vertically or horizontally across the screen."  (*Id.* at 19-21).

## Touchscreen Navigation

Your device's touchscreen lets you control actions through a variety of touch gestures.

### Tap

When you want to type using the onscreen keyboard, select items onscreen such as application and settings icons, or press onscreen buttons, simply tap them with your finger.

### Touch and Hold

To open the available options for an item (for example, a contact or link in a Web page), touch and hold the item.

| Claim 1 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
|  | *Drag*<br>To drag, press and hold your finger with some pressure before you start to move your finger. While dragging, do not release your finger until you have reached the target position.<br><br>*Swipe or Slide*<br>To swipe or slide means to quickly drag your finger vertically or horizontally across the screen.<br><br>(Epic 4G Touch User Guide, at 19-21).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Galaxy SII Epic 4G Touch detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.<br><br>For example, when the user misses an incoming call, the Samsung Galaxy SII Epic 4G Touch displays an unlock image on the locked home screen. The unlock image, which is a red icon |

3

| Claim 1 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | containing the representation of a phone, appears at a predefined location at the left side of the Samsung Galaxy SII Epic 4G Touch's touchscreen, as shown in the screenshot below.<br><br><br><br>**(Screenshot of the locked home screen for the Samsung Galaxy SII Epic 4G Touch, displaying the missed call unlock image at a predefined location at the left side of the touchscreen)**<br><br>The Samsung Galaxy SII Epic 4G Touch detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and view missed call |

| Claim 1 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | information.<br><br><br><br>**(Screenshots of the Samsung Galaxy SII Epic 4G Touch detecting a contact with the unlock image on the locked home screen (middle) as the user slides the unlock image to the right)**<br><br>As is shown in the middle screenshot above, when the Samsung Galaxy SII Epic 4G Touch detects a contact with the red unlock image, an arrow appears in a predefined location at the right side of the screen.<br><br>As a second example, when a locked Samsung Galaxy SII Epic 4G Touch receives a text message through its Messaging application, it displays an unlock image on the home screen, as |

| Claim 1 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---------|-------------------------------------------------------|
|         | shown in the screenshot below.<br><br><br><br>**(Screenshot of the locked home screen for the Samsung Galaxy SII Epic 4G Touch, displaying the message unlock image at a predefined location at the right side of the touchscreen)**<br><br>The unlock image, which is an orange icon containing a representation of a text message, appears at a predefined location at the right side of the Samsung Galaxy SII Epic 4G Touch's locked touchscreen, as shown above.  The Samsung Galaxy SII Epic 4G Touch detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone and view the text message. |

| Claim 1 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| |  (**Screenshots of the Samsung Galaxy SII Epic 4G Touch detecting contact with the messaging unlock image (middle) as a user touches the image and slides it to the left**)<br><br>As is shown in the middle screenshot above, when the Samsung Epic 4G Touch detects contact with the unlock image, it displays a white arrow at a predefined location on the left side of the locked home screen. |
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object | The Samsung Galaxy SII Epic 4G Touch continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>Specifically, as the user touches and slides the missed call unlock image on the locked home screen, the Samsung Galaxy SII Epic 4G Touch continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 1 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| with which a user interacts in order to unlock the device; and |  **(Screenshots showing the Samsung Galaxy SII Epic 4G Touch continuously moving the unlock image as a user slides it to the right to unlock the phone)** Further, the Samsung Galaxy SII Epic 4G Touch's missed call unlock image is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 1 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---------|------------------------------------------------------|
|         |  **(Screenshot showing the missed call unlock image (highlighted in yellow) on the locked Samsung Galaxy SII Epic 4G Touch home screen)**<br><br>As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the Samsung Galaxy SII Epic 4G Touch continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below. |

| Claim 1 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---------|------------------------------------------------------|
|  | <br><br>**(Screenshots of the Samsung Galaxy SII Epic 4G Touch continously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone**)<br><br>Further, at the locked home screen, the Samsung Galaxy SII Epic 4G Touch's messaging unlock image is a graphical, interactive user-interface object, namely an orange icon containing the representation of a text message, that the user touches and then slides across the touchscreen to unlock the phone and view the new text message. |

| Claim 1 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | <br><br>**(Screenshot of the Samsung Galaxy SII Epic 4G Touch's locked home screen with the messaging unlock image highlighted in green)** |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Galaxy SII Epic 4G Touch unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>For example, the Samsung Galaxy SII Epic 4G Touch unlocks to permit the user to view missed call information when the user slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a |

| Claim 1 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---------|------------------------------------------------------|
|  | large white arrow, as shown below.<br><br><br><br>**(Screenshots of the Samsung Galaxy SII Epic 4G Touch showing the unlock image sliding to the right as a user unlocks the phone to view missed call information)**<br><br>After the user unlocks the phone using the missed call unlock image, all applications on the phone are available to the user.  Thus, the phone is a in a user-interface unlock state. |

| Claim 1 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
|  |  **(Screenshot of the Samsung Galaxy SII Epic 4G Touch after the user exits the missed call log)** As a second example, the Samsung Galaxy SII Epic 4G Touch unlocks and opens the messaging application when the user slides the orange messaging unlock image from its original, predefined location at the right side of the touch-sensitive display to a predefined |

| Claim 1 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---------|------------------------------------------------------|
| | unlock region on the left side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow, as shown below.<br><br><br><br>**(Screenshots of the Samsung Galaxy SII Epic 4G Touch showing the messaging unlock image sliding to the left and the phone unlocking as the image reaches the predefined unlock region)**<br><br>After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 1 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| |  **(Screenshot of the unlocked Samsung Galaxy SII Epic 4G Touch after the user exits the Messaging application)** |

| Claim 3 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---------|------------------------------------------------------|
| 3. The method of claim 1, wherein the moving comprises movement along a predefined channel from the first predefined location to the predefined unlock region. | The Samsung Galaxy SII Epic 4G Touch comprises movement along a predefined channel from the first predefined location to the predefined unlock region, as shown below.  As described below, the Samsung Galaxy SII Epic 4G Touch performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Epic 4G Touch User Guide, at 19-21, 34-35).<br><br>For example, to unlock the phone to view missed call information, the user moves the red missed call unlock image from a predefined location at the left side of the screen in a predefined channel to the predefined unlock region on the right side of the Samsung Galaxy SII Epic 4G Touch's screen.  The predefined channel is highlighted in green in the screenshots below.<br><br><br>**(Screenshots of the Samsung Epic 4G Touch with the predefined channel highlighted in green)** |

16

| Claim 3 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---------|------------------------------------------------------|
|         | As a second example, to unlock the phone to view a new text message, the user moves the orange messaging unlock image from a predefined location at the right side of the screen in a predefined channel to the predefined unlock region on the left side of the Samsung Galaxy SII Epic 4G Touch's screen.  The predefined channel is highlighted in green in the screenshots below.<br><br><br><br>**(Screenshots of the Samsung Epic 4G Touch with the predefined channel highlighted in green)** |

| Claim 4 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| 4.  The method of claim 1, further comprising displaying visual cues to communicate a direction of movement of the unlock image required to unlock the device. | The Samsung Galaxy SII Epic 4G Touch displays visual cues to communicate a direction of movement of the unlock image required to unlock the device, as shown below.  As described herein, the Samsung Galaxy SII Epic 4G Touch performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Epic 4G Touch User Guide, at 19-21, 34-35).<br><br>For example, the Samsung Galaxy SII Epic 4G Touch displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Screenshot of the Samsung Galaxy SII Epic 4G Touch missed call unlock image with the arrow circled in yellow)** |

| Claim 4 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | Moreover, when the Samsung Galaxy SII Epic 4G Touch detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement.<br><br><br><br>**(Screenshot of the Samsung Epic 4G Touch as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement (arrow in yellow))** |

| Claim 4 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | As a second example, the Samsung Galaxy SII Epic 4G Touch displays an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message.  The presence of the arrow on the unlock image is shown below. <br><br>  <br><br> **(Image from the Samsung Galaxy SII Epic 4G Touch with the arrow on the messaging unlock image circled in yellow)** <br><br> Moreover, when the Samsung Galaxy SII Epic 4G Touch detects user contact with the orange messaging unlock image, it displays a second arrow in the predefined unlock region on the left side of the display, providing the user with an additional visual cue regarding the direction of |

| Claim 4 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---------|------------------------------------------------------|
|  | movement.<br><br><br><br>**(Screenshot of the Samsung Epic 4G Touch as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement (arrow in yellow))** |

| Claim 6 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| 6.  The method of claim 4, wherein said visual cues comprise an arrow indicating a general direction of movement. | The Samsung Galaxy SII Epic 4G Touch displays a visual cue comprising an arrow indicating a general direction of movement, as shown below.  As described herein, the Samsung Galaxy SII Epic 4G Touch performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Epic 4G Touch User Guide, at 19-21, 34-35).<br><br>For example, the Samsung Galaxy SII Epic 4G Touch displays an arrow on the phone's red missed call unlock image on the locked home screen, as shown below.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call log.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Screenshot of the Samsung Epic Galaxy SII 4G Touch missed call unlock image with the arrow circled in yellow)** |

| Claim 6 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | Moreover, when the Samsung Galaxy SII Epic 4G Touch detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. <br><br>  <br><br> **(Screenshot of the Samsung Galaxy SII Epic 4G Touch as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement (arrow in yellow))** |

| Claim 6 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | As a second example, the Samsung Galaxy SII Epic 4G Touch displays an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Image from the Samsung Galaxy SII Epic 4G Touch with the arrow on the messaging unlock image circled in yellow)** |

| Claim 6 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
|  | Moreover, when the Samsung Galaxy SII Epic 4G Touch detects user contact with the orange messaging unlock image, it displays a second arrow in the predefined unlock region on the left side of the display, providing the user with an additional visual cue regarding the direction of movement.<br><br><br><br>**(Screenshot of the Samsung Epic 4G Touch as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement (arrow in yellow))** |

| Claim 7 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| 7.  A portable electronic device, comprising: | To the extent that the preamble of claim 7 may be construed to be limiting, the Samsung Galaxy SII Epic 4G Touch is a portable electronic device.  Specifically, the Samsung Galaxy SII Epic 4G Touch, which is available from Sprint, is an Android smartphone with a 4.52'' Super AMOLED Plus touch screen display.  (*See* Samsung, Galaxy SII Epic 4G Touch Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-specs).  It weighs 4.6 oz. and measures 5.11'' (L) x 2.74'' (W) x 0.38'' (D).  (*Id.*).  It has a 1.2 GHz dual-core Samsung Exnyos C210 processor.  (*Id.*).  Further, the Samsung Galaxy SII Epic 4G Touch is "equipped with a Lithium ion (Li-ion) battery."  (Epic 4G Touch User Guide, at 63).  (Samsung, Galaxy SII Epic 4G Touch Gallery, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-gallery). |

| Claim 7 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| a touch-sensitive display; | Additionally, according to the Samsung Galaxy SII Epic 4G Touch's User Guide, it has a touch screen that "displays all information needed to operate your device, such as the call status, the Contacts list, and the date and time [and] [a]lso provides one-touch access to all your features and applications."  (Epic 4G Touch User Guide, at 17).  A user interacts with Epic 4G Touch's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding, meaning "quickly drag[ging] your finger vertically or horizontally across the screen."  (*Id.* at 19-22).<br><br><br><br>(Epic 4G Touch User Guide, at 19-20). |

| Claim 7 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
|  | The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| memory; | The Samsung Galaxy SII Epic 4G Touch comprises memory.<br><br>Specifically, the Samsung Galaxy SII Epic 4G Touch has 16GB of internal memory and supports an external microSD card.  (Samsung, Epic 4G Touch Android Smartphone Specifications, http://www.samsung .com/us/mobile/cell-phones/SPH-D710ZKASPR-specs).<br><br><br><br>(*Id.*). |
| one or more processors; | The Samsung Galaxy SII Epic 4G Touch comprises one or more processers.<br><br>Specifically, the Samsung Galaxy SII Epic 4G Touch has a 1.2 GHz dual-core processor.  (*Id.*).<br><br><br><br>(Samsung, Samsung Galaxy SII Epic 4G Touch Android Smartphone Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-specs). |

| Claim 7 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | The Samsung Galaxy SII Epic 4G Touch comprises one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions.<br><br>The Samsung Galaxy SII Epic 4G Touch contains, among other modules, a contact/motion module in its memory that is configured for execution by the Samsung Galaxy SII Epic 4G Touch's processor.  This module allows the Samsung Galaxy SII Epic 4G Touch to detect contact with the touchscreen.  The Samsung Galaxy SII Epic 4G Touch User Guide discloses some of those contacts that the contact/motion module detects, as shown below.<br><br>**Touchscreen Navigation**<br>Your device's touchscreen lets you control actions through a variety of touch gestures.<br><br>**Tap**<br>When you want to type using the onscreen keyboard, select items onscreen such as application and settings icons, or press onscreen buttons, simply tap them with your finger.<br><br>**Touch and Hold**<br>To open the available options for an item (for example, a contact or link in a Web page), touch and hold the item.<br><br>**Drag**<br>To drag, press and hold your finger with some pressure before you start to move your finger. While dragging, do not release your finger until you have reached the target position. |

| Claim 7 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---------|------------------------------------------------------|
| | <br>**Swipe or Slide**<br>To swipe or slide means to quickly drag your finger vertically or horizontally across the screen.<br><br>(Epic 4G Touch User Guide, at 19-21). |
| to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image; | The Samsung Galaxy SII Epic 4G Touch's one or more modules include instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image.<br><br>Specifically, when the user misses an incoming call, the Samsung Galaxy SII Epic 4G Touch displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Galaxy SII Epic 4G Touch's touchscreen, as shown in the screenshot below. |

| Claim 7 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
|  | <br><br>**(Screenshot of the locked home screen for the Samsung Galaxy SII Epic 4G Touch, displaying the missed call unlock image at a predefined location at the left side of the touchscreen)**<br><br>The Samsung Galaxy SII Epic 4G Touch detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and view missed call information. |

| Claim 7 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---------|------------------------------------------------------|
|  | <br><br>**(Screenshots of the Samsung Epic 4G Touch detecting a contact with the unlock image on the locked home screen (middle) as the user slides the unlock image to the right)**<br><br>As is shown in the middle screenshot above, when the Samsung Galaxy SII Epic 4G Touch detects a contact with the red unlock image, an arrow appears in a predefined location at the right side of the screen.<br><br>As a second example, when a locked Samsung Galaxy SII Epic 4G Touch receives a text message through its Messaging application, it displays an unlock image on the home screen, as shown in the screenshot below. |

| Claim 7 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| |  **(Screenshot of the locked home screen for the Samsung Galaxy SII Epic 4G Touch, displaying the message unlock image at a predefined location at the right side of the touchscreen)** <br><br> The unlock image, which is an orange icon containing a representation of a text message, appears at predefined location at the right side of the Samsung Galaxy SII Epic 4G Touch's locked touchscreen, as shown above.  The Samsung Galaxy SII Epic 4G Touch detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone and view the text message. |

| Claim 7 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
|  |  (**Screenshots of the Samsung Galaxy SII Epic 4G Touch detecting contact with the messaging unlock image (middle) as a user touches the image and slides it to the left**) As is shown in the middle screenshot above, when the Samsung Epic 4G Touch detects contact with the unlock image, it displays a white arrow on the left side of the locked home screen. |
| to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a | The Samsung Galaxy SII Epic 4G Touch's one or more modules include instructions to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device. Specifically, as the user touches and slides the missed call unlock image on the locked home screen, the Samsung Galaxy SII Epic 4G Touch continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 7 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---------|------------------------------------------------------|
| user interacts in order to unlock the device; and | <br><br>**(Screenshots showing the Samsung Galaxy SII Epic 4G Touch continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Further, the Samsung Galaxy SII Epic 4G Touch's missed call unlock image is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 7 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
|  | <br><br>**(Screenshot showing the missed call unlock image (highlighted in yellow) on the locked Samsung Galaxy SII Epic 4G Touch home screen)**<br><br>As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the Samsung Galaxy SII Epic 4G Touch continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below. |

| Claim 7 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| |  **(Screenshots of the Samsung Galaxy SII Epic 4G Touch continously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone)**<br><br>Further, at the locked home screen, the Samsung Galaxy SII Epic 4G Touch's messaging unlock image is a graphical, interactive user-interface object, namely an orange icon containing the representation of a text message, that the user touches and then slides across the touchscreen to unlock the phone and view the new text message. |

| Claim 7 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---------|------------------------------------------------------|
|         | **(Screenshot of the Samsung Galaxy SII Epic 4G Touch's locked home screen with the messaging unlock image highlighted in green)** |

| Claim 7 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | The Samsung Galaxy SII Epic 4G Touch's one or more modules include instructions to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display.<br><br>Specifically, the Samsung Galaxy SII Epic 4G Touch includes instructions to unlock the phone to permit the user to view missed call information when the user slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow, as shown below.<br><br><br>(**Screenshots of the Samsung Galaxy SII Epic 4G Touch showing the unlock image sliding to the right as a unlocks the phone to view missed call information**)<br><br>After the user unlocks the phone using the missed call unlock image, all applications on the |

| Claim 7 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---------|------------------------------------------------------|
|         | phone are available to the user.  Thus, the phone is in a user-interface unlock state.<br><br><br><br>**(Screenshot of the Samsung Galaxy SII Epic 4G Touch after the user exits the missed call log)**<br><br>As a second example, the Samsung Galaxy SII Epic 4G Touch includes instructions to unlock and open the Messaging application when the user slides the orange messaging unlock image |

| Claim 7 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | from its original, predefined location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow, as shown below.<br><br><br><br>**(Screenshots of the Samsung Galaxy SII Epic 4G Touch showing the messaging unlock image sliding to the left and the phone unlocking as the image reaches the predefined unlock region)**<br><br>After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 7 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---------|------------------------------------------------------|
|         | <br><br>**(Screenshot of the unlocked Samsung Galaxy SII Epic 4G Touch after the user exits the Messaging application)** |

| Claim 8 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| 8.  The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement. | The Samsung Galaxy SII Epic 4G Touch's one or more modules further comprise instructions to display visual cues to communicate a direction of movement.  For example, the Samsung Galaxy SII Epic 4G Touch includes instructions to display an arrow on the phone's red missed call unlock image.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view missed call information.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Screenshot of the Samsung Galaxy SII Epic 4G Touch missed call unlock image with the arrow  circled in yellow)** |

| Claim 8 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | Moreover, when the Samsung Galaxy SII Epic 4G Touch detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement.<br><br><br><br>**(Screenshot of the Samsung Galaxy SII Epic 4G Touch as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement (arrow in yellow))** |

| Claim 8 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | As a second example, the Samsung Galaxy SII Epic 4G Touch includes instructions to display an arrow on the phone's orange messaging unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the left to unlock the phone and read the new text message.  The presence of the arrow on the messaging unlock image is shown below.<br><br><br><br>**(Image from the Samsung Galaxy SII Epic 4G Touch with the arrow on the messaging unlock image circled in yellow)** |

| Claim 8 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | Moreover, when the Samsung Galaxy SII Epic 4G Touch detects user contact with the orange messaging unlock image, it displays a second arrow in the predefined unlock region on the left side of the display, providing the user with an additional visual cue regarding the direction of movement.<br><br><br><br>**(Screenshot of the Samsung Galaxy SII Epic 4G Touch as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement (arrow in yellow))** |

46

| Claim 10 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| 10.  The device of claim 8, wherein said visual cues comprise an arrow indicating a general direction of movement. | The Samsung Galaxy SII Epic 4G Touch displays a visual cue comprising an arrow indicating a general direction of movement.  In particular, the Samsung Galaxy SII Epic 4G Touch includes instructions to display an arrow on the phone's red missed call unlock image.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone and view the missed call information.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Screenshot of the Samsung Galaxy SII Epic 4G Touch missed call unlock image with the arrow  circled in yellow)**<br><br>Moreover, when the Samsung Galaxy SII Epic 4G Touch detects user contact with the red unlock image, it displays a second arrow in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 10 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| |  **(Screenshot of the Samsung Galaxy SII Epic 4G Touch as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement (arrow in yellow))** As a second example, the messaging unlock image on the Samsung Galaxy SII Epic 4G Touch's locked home screen includes an arrow that is a visual cue that directs the user to slide the image to the left to unlock the phone and view a new text message. The presence of the arrow on the unlock image is shown below. |

| Claim 10 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
|  |  **(Image from the Samsung Galaxy SII Epic 4G Touch with the arrow on the messaging unlock image circled in yellow)** Moreover, when the Samsung Galaxy SII Epic 4G Touch detects user contact with the orange messaging unlock image, it displays a second arrow in the predefined unlock region on the left side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 10 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | <br>**(Screenshot of the Samsung Epic 4G Touch as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement (arrow in yellow))** |

| Claim 11 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| 11.  A portable electronic device comprising: | To the extent that the preamble of claim 11 may be construed to be limiting, the Samsung Galaxy SII Epic 4G Touch is a portable electronic device.  Specifically, the Samsung Galaxy SII Epic 4G Touch, which is available from Sprint, is an Android smartphone with a 4.52'' Super AMOLED Plus touch screen display.  (*See* Samsung, Galaxy SII Epic 4G Touch Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-specs).  It weighs 4.6 oz. and measures 5.11'' (L) x 2.74'' (W) x 0.38'' (D).  (*Id.*).   It has a 1.2 GHz dual-core Samsung Exnyos C210 processor.  (*Id.*).  Further, the Samsung Galaxy SII Epic 4G Touch is "equipped with a Lithium ion (Li-ion) battery."  (Epic 4G Touch User Guide, at 63). <br><br>  <br><br> (Samsung, Galaxy SII Epic 4G Touch Gallery, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-gallery). |

| Claim 11 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| a touch-sensitive display; | Additionally, according to the Samsung Galaxy SII Epic 4G Touch's User Guide, it has a touch screen that "displays all information needed to operate your device, such as the call status, the Contacts list, and the date and time [and] [a]lso provides one-touch access to all your features and applications."  (Epic 4G Touch User Guide, at 17).  A user interacts with Epic 4G Touch's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding, meaning "quickly drag[ging] your finger vertically or horizontally across the screen."  (*Id.* at 19-22).<br><br><br><br>(Epic 4G Touch User Guide, at 19-20). |

| Claim 11 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state; | The Samsung Galaxy SII Epic 4G Touch comprises a means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state.  Specifically, when the Samsung Galaxy SII Epic 4G Touch misses an incoming call, it displays a red unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Galaxy SII Epic 4G Touch's touchscreen, as shown below.  The unlock image appears when the phone is in a user-interface lock state.<br><br><br><br>**(Screenshot of the locked home screen for the Samsung Galaxy SII Epic 4G Touch, displaying the missed call unlock image at a predefined location at the left side of the touchscreen)** |

| Claim 11 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | As a second example, when the Samsung Galaxy SII Epic 4G Touch receives a text message in a locked state, it displays a messaging unlock image on the home screen.  The unlock image, which is an orange icon containing a representation of a text message, appears at a predefined location at the right side of the Samsung Galaxy SII Epic 4G Touch's touchscreen, as shown below.  The unlock image appears when the phone is in a user-interface lock state.<br><br><br><br>**(Screenshot of the Samsung Galaxy SII Epic 4G Touch's locked home screen with the messaging unlock image highlighted in green)** |

| Claim 11 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| means for detecting contact with the touch-sensitive display; and | The Samsung Galaxy SII Epic 4G Touch comprises a means for detecting contact with the touch-sensitive display.  Specifically, when the user misses an incoming call, the Samsung Galaxy SII Epic 4G Touch displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Galaxy SII Epic 4G Touch's touchscreen.  The Samsung Galaxy SII Epic 4G Touch detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and view missed call information.<br><br><br><br>**(Screenshots of the Samsung Galaxy SII Epic 4G Touch detecting a contact with the unlock image on the locked home screen (middle) as the user slides the unlock image to the right)**<br><br>As is shown in the middle screenshot above, when the Samsung Galaxy SII Epic 4G Touch |

| Claim 11 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | detects a contact with the red unlock image, an arrow appears in a predefined location at the right side of the screen.<br><br>As a second example, when a locked Samsung Galaxy SII Epic 4G Touch receives a text message through its Messaging application, it displays an unlock image on the home screen. The unlock image, which is an orange icon containing a representation of a text message, appears at predefined location at the right side of the Samsung Galaxy SII Epic 4G Touch's locked touchscreen, as shown above.  The Samsung Galaxy SII Epic 4G Touch detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone and view the text message.<br><br><br><br>(**Screenshots of the Samsung Galaxy SII Epic 4G Touch detecting contact with the messaging unlock image (middle) as a user touches the image and slides it to the left**) |

| Claim 11 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
|  | As is shown in the middle screenshot above, when the Epic 4G Touch detects contact with the unlock image, it displays a white arrow on the left side of the locked home screen. |
| means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Galaxy SII Epic 4G Touch comprises a means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>Specifically, as the user touches and slides the missed call unlock image on the locked home screen, the Samsung Galaxy SII Epic 4G Touch continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br><br><br>**(Screenshots showing the Samsung Galaxy SII Epic 4G Touch continuously moving the unlock image as a user slides it to the right to unlock the phone)** |

| Claim 11 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | Further, the Samsung Galaxy SII Epic 4G Touch's missed call unlock image is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone, as shown below.<br><br><br><br>**(Screenshot showing the missed call unlock image (highlighted in yellow) on the locked Samsung Galaxy SII Epic 4G Touch home screen)** |

| Claim 11 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the Samsung Galaxy SII Epic 4G Touch continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below.<br><br><br><br>**(Screenshots of the Samsung Galaxy SII Epic 4G Touch continuously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone)**<br><br>Further, at the locked home screen, the Samsung Galaxy SII Epic 4G Touch's messaging unlock image is a graphical, interactive user-interface object, namely an orange icon containing the representation of a text message, that the user touches and then slides across the touchscreen to unlock the phone and view the new text message. |

| Claim 11 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | <br><br>**(Screenshot of the Samsung Galaxy SII Epic 4G Touch's locked home screen with the messaging unlock image highlighted in green)** |

| Claim 11 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| means for transitioning the device to a user-interface unlock state if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Galaxy SII Epic 4G Touch comprises a means for transitioning the device to a user-interface unlock state if moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>Specifically, the Samsung Galaxy SII Epic 4G Touch unlocks to permit the user to view missed call information when the user slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow, as shown below.<br><br><br><br>**(Screenshots of the Samsung Galaxy SII Epic 4G Touch showing the unlock image sliding to the right as a user unlocks the phone to view missed call information)** |

| Claim 11 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | After the user unlocks the phone using the missed call unlock image, all applications on the phone are available to the user. In other words, the phone has transitioned to a user-interface unlock state.<br><br><br><br>**(Screenshot of the Samsung Galaxy SII Epic 4G Touch after the user exits the missed call log)** |

| Claim 11 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | As a second example, the Samsung Galaxy SII Epic 4G Touch unlocks and opens the Messaging application when the user slides the orange messaging unlock image from its original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display. The predefined unlock region is denoted by a large white arrow, as shown below.<br><br><br><br>**(Screenshots of the Samsung Galaxy SII Epic 4G Touch showing the messaging unlock image sliding to the left and the phone unlocking as the image reaches the predefined unlock region)**<br><br>After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user. In other words, the phone has transitioned to a user-interface unlock state, as shown below. |

| Claim 11 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| |  **(Screenshot of the unlocked Samsung Galaxy SII Epic 4G Touch after the user exits the Messaging application)** |

| Claim 12 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| 12.  A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch-sensitive display, cause the portable electronic device to perform a method comprising: | To the extent that the preamble of claim 12 may be construed to be limiting, the Samsung Galaxy SII Epic 4G Touch comprises a computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by the Samsung Galaxy SII Epic 4G Touch, which is a portable electronic device with a touch-sensitive display, cause the Samsung Galaxy SII Epic 4G Touch to perform a method.<br><br>Specifically, the Samsung Galaxy SII Epic 4G Touch, which is available from Sprint, is an Android smartphone with a 4.52'' Super AMOLED Plus touch screen display.  (*See* Samsung, Galaxy SII Epic 4G Touch Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-specs).  It weighs 4.6 oz. and measures 5.11'' (L) x 2.74'' (W) x 0.38'' (D).  (*Id.*).  It has a 1.2 GHz dual-core Samsung Exnyos C210 processor.  (*Id.*).  Further, the Samsung Galaxy SII Epic 4G Touch is "equipped with a Lithium ion (Li-ion) battery." (Epic 4G Touch User Guide, at 63).<br><br><br><br>(*See* Samsung, Galaxy SII Epic 4G Touch Specifications, http://www.samsung.com /us/mobile/cell-phones/SPH-D710ZKASPR-specs).<br><br>It is equipped with the Android 2.3, Gingerbread, operating system. (*Id.*). |

| Claim 12 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | <br><br>(Samsung, Galaxy SII Epic 4G Touch Gallery, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-gallery).<br><br>Samsung promotes slide to unlock as a standard feature of the Samsung Galaxy SII Epic 4G Touch.  The user guide for the phone instructs users how to use the phone to perform a method to unlock the phone.  (*See, e.g.*, Epic 4G Touch User Guide, at 19-21, 34-35).  According to the Samsung Galaxy SII Epic 4G Touch's User Guide, it has a touch screen that "displays all information needed to operate your device, such as the call status, the Contacts list, and the date and time [and] [a]lso provides one-touch access to all your features and applications."  (Epic 4G Touch User Guide, at 17).  A user interacts with the Samsung Epic 4G Touch's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding, meaning "quickly drag[ging] your finger vertically or horizontally across the screen."  (*Id.* at 19-22). |

| Claim 12 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | **Touchscreen Navigation**<br><br>Your device's touchscreen lets you control actions through a variety of touch gestures.<br><br>**Tap**<br>When you want to type using the onscreen keyboard, select items onscreen such as application and settings icons, or press onscreen buttons, simply tap them with your finger.<br><br><br><br>(Epic 4G Touch User Guide, at 19-20). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Galaxy SII Epic 4G Touch detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.  Specifically, when the user misses an incoming call, the Samsung Galaxy SII Epic 4G Touch displays an unlock image on the locked home screen.  The unlock image, which is a red icon containing the representation of a phone, appears at a predefined location at the left side of the Samsung Galaxy SII Epic 4G Touch's touchscreen, as shown in the screenshot below. |

| Claim 12 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| |  **(Screenshot of the locked home screen for the Samsung Galaxy SII Epic 4G Touch, displaying the missed call unlock image at a predefined location at the left side of the touchscreen)** The Samsung Galaxy SII Epic 4G Touch detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and view missed call information. |

| Claim 12 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| |  |

**(Screenshots of the Samsung Galaxy SII Epic 4G Touch detecting a contact with the unlock image on the locked home screen (middle) as the user slides the unlock image to the right)**

As is shown in the middle screenshot above, when the Samsung Galaxy SII Epic 4G Touch detects a contact with the red unlock image, an arrow appears in a predefined location at the right side of the screen.

As a second example, when a locked Samsung Galaxy SII Epic 4G Touch receives a text message through its Messaging application, it displays an unlock image on the home screen, as shown in the screenshot below.

| Claim 12 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
|  |  **(Screenshot of the locked home screen for the Samsung Galaxy SII Epic 4G Touch, displaying the message unlock image at a predefined location at the right side of the touchscreen)**<br><br>The unlock image, which is an orange icon containing a representation of a text message, appears at predefined location at the right side of the Samsung Galaxy SII Epic 4G Touch's locked touchscreen, as shown above.  The Samsung Galaxy SII Epic 4G Touch detects contact with this unlock image as a user touches and slides the image to the left to unlock the phone and view the text message. |

| Claim 12 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | <br><br>(**Screenshots of the Samsung Galaxy SII Epic 4G Touch detecting contact with the messaging unlock image (middle) as a user touches the image and slides it to the left**)<br><br>As is shown in the middle screenshot above, when the Epic 4G Touch detects contact with the unlock image, it displays a white arrow on the left side of the locked home screen. |
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Galaxy SII Epic 4G Touch continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>Specifically, as the user touches and slides the missed call unlock image on the locked home screen, the Samsung Galaxy SII Epic 4G Touch continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 12 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| |  **(Screenshots showing the Samsung Galaxy SII Epic 4G Touch continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Further, the Samsung Galaxy SII Epic 4G Touch's missed call unlock image is a graphical, interactive user-interface object, namely a red icon containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 12 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | <br><br>**(Screenshot showing the missed call unlock image (highlighted in yellow) on the locked Samsung Galaxy SII Epic 4G Touch home screen)**<br><br>As a second example, as the user touches and slides the messaging unlock image on the locked home screen, the Samsung Galaxy SII Epic 4G Touch continuously moves the unlock image from right to left on the touchscreen display while the user maintains contact with the screen, as shown below. |

| Claim 12 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| |  **(Screenshots of the Samsung Galaxy SII Epic 4G Touch continously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone**) <br><br> Further, at the locked home screen, the Samsung Galaxy SII Epic 4G Touch's messaging unlock image is a graphical, interactive user-interface object, namely an orange icon containing the representation of a text message, that the user touches and then slides across the touchscreen to unlock the phone and view the new text message. |

| Claim 12 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
|  | <br><br>**(Screenshot of the Samsung Galaxy SII Epic 4G Touch's locked home screen with the messaging unlock image highlighted in green)** |

| Claim 12 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Galaxy SII Epic 4G Touch unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>Specifically, the Samsung Galaxy SII Epic 4G Touch unlocks to permit the user to view missed call information when the user slides the red missed call unlock image from its original, predefined location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow, as shown below.<br><br><br><br>**(Screenshots of the Samsung Galaxy SII Epic 4G Touch showing the unlock image sliding to the right as a user unlocks the phone to view missed call information)**<br><br>After the user unlocks the phone using the missed call unlock image, all applications on the |

| Claim 12 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | phone are available to the user.  Thus, the phone is in a user-interface unlock state.<br><br><br><br>**(Screenshot of the Samsung Galaxy SII Epic 4G Touch after the user exits the missed call log)**<br><br>As a second example, the Samsung Galaxy SII Epic 4G Touch unlocks and opens the messaging application when the user slides the orange messaging unlock image from its |

| Claim 12 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | original location at the right side of the touch-sensitive display to a predefined unlock region on the left side of the touch-sensitive display.  The predefined unlock region is denoted by a large white arrow, as shown below.<br><br><br><br>**(Screenshots of the Samsung Galaxy SII Epic 4G Touch showing the messaging unlock image sliding to the left and the phone unlocking as the image reaches the predefined unlock region)**<br><br>After the user unlocks the phone by sliding the orange messaging unlock image to the predefined unlock region, all applications on the phone are available to the user.  Thus, the phone is in a user-interface unlock state, as shown below. |

| Claim 12 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | <br><br>(**Screenshot of the unlocked Samsung Epic 4G Touch after the user exits the Messaging application**) |

| Claim 13 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| 13.  The method of claim 1, wherein the unlock image is a single image. | The Samsung Galaxy SII Epic 4G Touch's unlock image is a single image, as shown below.  As described herein, the Samsung Galaxy SII Epic 4G Touch performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Epic 4G Touch User Guide, at 19-21, 34-35).<br><br>For example, to the extent that they do not appear on the touchscreen simultaneously, the Samsung Galaxy SII Epic 4G Touch's missed call unlock image and its messaging unlock image are single images, as shown below.  A user slides the missed call unlock image to the right or the messaging unlock image to the left to unlock the phone, as explained above.<br><br><br><br>**(Screenshot of Samsung Galaxy SII Epic 4G Touch single missed call unlock image)** |

| Claim 13 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
|  | <br>**(Screenshot of Samsung Galaxy SII Epic 4G Touch single messaging unlock image)** |

| Claim 14 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| 14.  The device of claim 7, wherein the unlock image is a single image. | The Samsung Galaxy SII Epic 4G Touch's unlock image is a single image, as shown below. For example, to the extent that they do not appear on the touchscreen simultaneously, the Samsung Galaxy SII Epic 4G Touch's missed call unlock image and its messaging unlock image are single images, as shown below.  A user slides the missed call unlock image to the right or the messaging unlock image to the left to unlock the phone, as explained above.  **(Screenshot of Samsung Galaxy SII Epic 4G Touch single missed call unlock image)** |

| Claim 14 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|----------|------------------------------------------------------|
|          | <br><br>**(Screenshot of Samsung Galaxy SII Epic 4G Touch single messaging unlock image)** |

| Claim 15 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| 15.  The computer readable storage medium of claim 12, wherein the unlock image is a single image. | The Samsung Galaxy SII Epic 4G Touch's unlock image is a single image, as shown below. For example, to the extent that they do not appear on the touchscreen simultaneously, the Samsung Galaxy SII Epic 4G Touch's missed call unlock image and its messaging unlock image are single images, as shown below.  A user slides the missed call unlock image to the right or the messaging unlock image to the left to unlock the phone, as explained above.<br><br><br><br>**(Screenshot of Samsung Galaxy SII Epic 4G Touch single missed call unlock image)** |

| Claim 15 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | <br><br>**(Screenshot of Samsung Galaxy SII Epic 4G Touch single messaging unlock image)** |