<u>INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE SAMSUNG ADMIRE (SCH-R720)</u>

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| 1.  A method of unlocking a hand-held device, the device including a touch-sensitive display, the method comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Admire is a hand-held device including a touch-sensitive display.  Specifically, the Samsung Admire, which is available from MetroPCS, is an Android smartphone with a 3.5'' HVGA TFT touch screen display.  (*See* Samsung, Admire Specifications, http://www.samsung.com /us/mobile/cell-phones/SCH-R720ZAAMTR-specs).  It weighs 4.14 oz. and measures 4.56'' (L) x 2.38'' (W) x 0.46'' (D).  (*Id.*).<br><br><br><br>(Samsung, Admire Gallery, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZA AMTR-gallery). |

[1] Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| | **Display**<br><br>| Main Display Resolution | 320x480 |<br>| Main Display Size | 3.5" |<br>| Main Display Technology | HVGA 262K TFT |<br>| Touch Screen | Yes |<br><br>(Samsung, Admire Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZAAMTR-specs).<br><br>As described below, the Samsung Admire performs the claimed method.  Samsung promotes slide to unlock as a standard feature of the Samsung Admire.  The user guide for the phone instructs users how to perform the claimed method.  (Samsung, Admire Portable Dual-Band Mobile Phone User Manual, at 12, 18-19, 26-27, 87 (2011) [hereinafter "Admire User Manual"]).  According to the Samsung Admire's User Guide, it has a touch screen that allows the user to navigate the device.  (Admire User Manual, at 18).  A user interacts with the Samsung Admire's applications by, for example, touching items on the touchscreen to select or launch them, touching and holding screen items to activate them, or sweeping, meaning "lightly drag[ging] your finger vertically or horizontally across the screen."  (*Id.* at 19).<br><br>**Touch**<br>Touch items to select or launch them. For example:<br>• Touch the on screen keyboard to enter characters or text.<br>• Touch a menu item to select it.<br>• Touch an application's icon to launch the application. |

| Claim 1 | Infringement by the Samsung Admire |
|---------|-------------------------------------|
| | **Touch and Hold**<br><br>Activate on-screen items by a touch and hold gesture. For example:<br>• Touch and hold a widget on the home screen to move it.<br>• Touch and hold on a field to display a pop-up menu of options.<br>**Sweep**<br>To sweep, lightly drag your finger vertically or horizontally across the screen. Use sweep when:<br>• Unlocking the screen<br>• Scrolling the Home screen or a menu<br>(*Id.*).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Admire detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.  For example, when the Admire's home screen is locked, it displays an unlock image at a predefined location at the left side of the touchscreen.  As is shown in the screenshot below, this unlock image is a padlock icon on a green background with a circle around it. |

| Claim 1 | Infringement by the Samsung Admire |
|---------|-----------------------------------|
| | <br><br>**(Screenshot of the locked home screen for the Samsung Admire, displaying the unlock image at a predefined location on the left side of the touchscreen display)**<br><br>The Samsung Admire detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone.  As is shown below, when the Admire detects contact with the unlock image, the circle containing a representation of the phone's volume on the right side of display disappears and a small green circle appears.  This small green circle corresponds to the predefined unlock region. |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| |  **(Screenshots of the Samsung Admire detecting a contact with the unlock image on the locked home screen)** As a second example, when the locked Samsung Admire receives a call, it displays the caller's phone number and an unlock image on an incoming call screen, as shown below.  The unlock |

| Claim 1 | Infringement by the Samsung Admire |
|---------|-----------------------------------|
|  | image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Admire's touchscreen, as shown below<br><br><br><br>**(Screenshot of incoming call screen for locked Samsung Admire)**<br><br>The Samsung Admire detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and answer the call.  As is shown below, when the Admire detects contact with the unlock image, the circle containing a representation of the reject call icon on the right side of display disappears and a small green circle appears.  This |

| Claim 1 | Infringement by the Samsung Admire |
|---------|-------------------------------------|
| | small green circle denotes the predefined unlock region.<br><br><br><br>**(Screenshot showing the Samsung Admire detecting contact with the incoming call unlock image)** |
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch | The Samsung Admire continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br>For example, as the user touches and slides the unlock image on the locked home screen, the |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | Samsung Admire continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br>  <br><br>**(Screenshots showing the Samsung Admire continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Moreover, the Samsung Admire's  unlock image is a graphical, interactive user-interface object, namely a padlock icon on a green background with a circle around it, as shown below, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
|  | <br><br>(**Screenshot showing the unlock image (highlighted in yellow) on the locked Samsung Admire home screen**)<br><br>As a second example, as the user touches and slides the green unlock image on the incoming call screen, the Samsung Admire continuously moves the unlock image from left to right on the |

| Claim 1 | Infringement by the Samsung Admire |
|---------|-------------------------------------|
| | touchscreen display while the user maintains contact with the screen, as shown below.<br><br><br><br>**(Screenshots showing the incoming call unlock image on the locked Samsung Admire incoming call screen)**<br><br>Further, at the incoming call screen, the Samsung Admire's unlock image is a graphical, interactive user-interface object, namely a green image containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| | <br><br>(**Screenshot showing the incoming call unlock image**) |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Admire unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.  For example, the Samsung Admire unlocks when the user slides the green unlock image from its original, predefined location at the left side of the touch screen to a predefined unlock region on the right side of the display.  The predefined unlock region is denoted by a small green circle, as shown below.  When the unlock image reaches this green circle, the phone unlocks and all applications on the phone are available to the user. |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| |  **(Screenshots of the Samsung Admire showing the unlock image sliding to the right as a user unlocks the phone)** As a second example, the Samsung Admire unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a green circle as shown below. |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| | <br>**(Screenshots of the Samsung Admire showing the incoming call unlock image sliding to the right and the phone unlocking as the image reaches the predefined unlock region)**<br><br>After the user answers and then terminates the call through the menu, the Samsung Admire remains unlocked for the user to operate.  Thus, it is in a user-interface unlock state. |

| Claim 3 | Infringement by the Samsung Admire |
|---|---|
| 3.  The method of claim 1, wherein the moving comprises movement along a predefined channel from the first predefined location to the predefined unlock region. | The Samsung Admire comprises movement along a predefined channel from the first predefined location to the predefined unlock region.  As described herein, the Samsung Admire performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See* Admire User Manual, at 12, 19, 26-27, 87). <br><br> To unlock the Samsung Admire, the user moves the green unlock image from a predefined location at the left side of the screen along a predefined channel to the predefined unlock region on the right side of the Samsung Admire's screen.  The predefined channel is highlighted in green in the screenshots below. <br><br>  <br> **(Screenshots of the Samsung Admire with the predefined channel highlighted in green)** |

| Claim 3 | Infringement by the Samsung Admire |
|---|---|
| | As a second example, to unlock the phone to answer an incoming call, the user moves the green incoming call unlock image from a predefined location at the left side of the screen along a predefined channel to the predefined unlock region on the right side of the Samsung Admire. The predefined channel is shown in green in the screenshot below.<br><br><br><br>**(Screenshot of the incoming call screen with the predefined channel highlighted in green)** |

| Claim 4 | Infringement by the Samsung Admire |
|---|---|
| 4.  The method of claim 1, further comprising displaying visual cues to communicate a direction of movement of the unlock image required to unlock the device. | The Samsung Admire displays visual cues to communicate a direction of movement of the unlock image required to unlock the device.  As described herein, the Samsung Admire performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See* Admire User Manual, at 12, 19, 26-27, 87).<br><br>The Samsung Admire displays an arrow on the phone's green unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Screenshot of the Samsung Admire unlock image with the arrow circled in yellow)** |

| Claim 4 | Infringement by the Samsung Admire |
|---------|-------------------------------------|
| | Moreover, when the Samsung Admire detects user contact with the green unlock image, it displays a small green circle in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement.  **(Screenshot of the Samsung Admire as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement (highlighted in red))** |

| Claim 4 | Infringement by the Samsung Admire |
|---|---|
| | As a second example, the Samsung Admire displays an arrow on the incoming call unlock image.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone.  The presence of the arrow on the unlock image is shown below.  Further, when the Samsung Admire detects contact with the incoming call unlock image, it displays a green circle in the predefined unlock region on the locked home screen, also shown below.  This green circle is a further visual cue directing the user's movement.  Third, the Samsung Admire provides textual direction as well, instructing the user to "Drag right to answer."  <br><br>  <br><br> **(Screenshot of the incoming call screen displaying the various visual cues for unlocking the phone)** |

| Claim 5 | Infringement by the Samsung Admire |
|---|---|
| 5.  The method of claim 4, wherein the visual cues comprise text. | The Samsung Admire displays visual cues comprising text to communicate a direction of movement of the unlock image required to unlock the device.  As described herein, the Samsung Admire performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See* Admire User Manual, at 12, 19, 26-27, 87).<br><br>For example, on the incoming call screen, the Samsung Admire displays a textual cue instructing the user to drag the incoming call unlock image to the right to answer the call and unlock the phone.<br><br><br>**(Screenshot of the incoming call screen displaying textual cues)** |

| Claim 6 | Infringement by the Samsung Admire |
|---|---|
| 6.  The method of claim 4, wherein said visual cues comprise an arrow indicating a general direction of movement. | The Samsung Admire displays visual cues comprising an arrow indicating a general direction of movement.  As described herein, the Samsung Admire performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See* Admire User Manual, at 12, 19, 26-27, 87).<br><br>For example, the Samsung Admire displays an arrow on the right side of the phone's green unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Screenshot of the Samsung Admire unlock image with the arrow circled in yellow)** |

| Claim 6 | Infringement by the Samsung Admire |
|---|---|
| | As a second example, the Samsung Admire displays an arrow on the incoming call unlock image.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Screenshot of incoming call unlock image highlighting the arrow)** |

| Claim 7 | Infringement by the Samsung Admire |
|---|---|
| 7.  A portable electronic device, comprising: | To the extent that the preamble of claim 7 may be construed to be limiting, the Samsung Admire is a portable electronic device.  Specifically, the Samsung Admire, which is available from MetroPCS, is an Android smartphone with a 3.5'' HVGA TFT touch screen display.  (*See* Samsung, Admire Specifications, http://www.samsung.com /us/mobile/cell-phones/SCH-R720ZAAMTR-specs).  It weighs 4.14 oz. and measures 4.56'' (L) x 2.38'' (W) x 0.46'' (D).  (*Id.*).  It has an 800 MHz processor.  (*Id.*).  Further, the Samsung Admire is "powered by a rechargeable, standard Li-Ion battery."  (Samsung Admire User Guide, at 5). <br><br>  <br><br> (Samsung, Admire Gallery, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZA AMTR-gallery). |

| Claim 7 | Infringement by the Samsung Admire |
|---|---|
| a touch-sensitive display; | The Samsung Admire comprises a touch-sensitive display. Specifically, according to the Samsung Admire's User Manual, it has a touch screen that allows the user to navigate the device. (Admire User Manual, at 18). A user interacts with the Samsung Admire's applications by, for example, touching items on the touchscreen to select or launch them, touching and holding screen items to activate them, or sweeping, meaning "lightly drag[ging] your finger vertically or horizontally across the screen." (*Id.* at 19). <br><br>**Touch**<br><br>Touch items to select or launch them. For example:<br>• Touch the on screen keyboard to enter characters or text.<br>• Touch a menu item to select it.<br>• Touch an application's icon to launch the application.<br><br>**Touch and Hold**<br><br>Activate on-screen items by a touch and hold gesture. For example:<br>• Touch and hold a widget on the home screen to move it.<br>• Touch and hold on a field to display a pop-up menu of options.<br><br>**Sweep**<br><br>To sweep, lightly drag your finger vertically or horizontally across the screen. Use sweep when:<br>• Unlocking the screen<br>• Scrolling the Home screen or a menu<br><br>(*Id.*).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |

| Claim 7 | Infringement by the Samsung Admire |
|---|---|
| memory; | The Samsung Admire comprises memory.<br><br>Specifically, the Samsung Admire has 196MB of internal memory and supports an external microSD card.  (Samsung, Admire Specifications, http://www.samsung.com /us/mobile/cell-phones/SCH-R720ZAAMTR-specs).<br><br>**Memory**<br><br>Internal Memory — 196MB<br><br>External Memory/microSD™ Capacity — microSD™ card<br><br>(*Id.*). |
| one or more processors; | The Samsung Admire comprises one or more processers.<br><br>Specifically, the Samsung Admire has an 800 MHz processor.  (*Id.*).<br><br>**CPU / Processor**<br><br>Processor Speed, Type — 800MHz<br><br>(Samsung, Admire Specifications, http://www.samsung.com /us/mobile/cell-phones/SCH-R720ZAAMTR-specs). |

| Claim 7 | Infringement by the Samsung Admire |
|---|---|
| one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | The Samsung Admire comprises one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions.<br><br>The Samsung Admire contains, among other modules, a contact/motion module in its memory that is configured for execution by the Samsung Admire's processor.  This module allows the Samsung Admire to detect contact with the touchscreen.  The Samsung Admire User Guide discloses some of those contacts that the contact/motion module detects, as shown below.<br><br>**Touch**<br><br>Touch items to select or launch them. For example:<br>• Touch the on screen keyboard to enter characters or text.<br>• Touch a menu item to select it.<br>• Touch an application's icon to launch the application.<br><br>**Touch and Hold**<br><br>Activate on-screen items by a touch and hold gesture. For example:<br>• Touch and hold a widget on the home screen to move it.<br>• Touch and hold on a field to display a pop-up menu of options.<br><br>**Sweep**<br><br>To sweep, lightly drag your finger vertically or horizontally across the screen. Use sweep when:<br>• Unlocking the screen<br>• Scrolling the Home screen or a menu<br><br>(Samsung Admire User Manual, at 19). |

| Claim 7 | Infringement by the Samsung Admire |
|---|---|
| to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image; | The Samsung Admire's one or more modules include instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image.<br><br>Specifically, the Samsung Admire includes instructions to, when the Admire's home screen is locked, display an unlock image at a predefined location at the left side of the touchscreen.  As is shown in the screenshot below, this unlock image is a padlock icon on a green background with a circle around it.<br><br><br><br>**(Screenshot of the locked home screen for the Samsung Admire, displaying the unlock image at a predefined location on the left side of the touchscreen display)**<br><br>Further, the Samsung Admire includes instructions to detect contact with this unlock image as a user touches and then slides the image to the right to unlock the phone.  As is shown below, |

| Claim 7 | Infringement by the Samsung Admire |
|---|---|
| | when the Admire detects contact with the unlock image, the circle containing a representation of the phone's volume on the right side of display disappears and a small green circle appears. This small green circle corresponds to the predefined unlock region.<br><br><br><br>**(Screenshots of the Samsung Admire detecting a contact with the unlock image on the locked home screen)**<br><br>As a second example, when the locked Samsung Admire receives a call, it displays the caller's phone number and an unlock image on an incoming call screen, as shown below.  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined |

| Claim 7 | Infringement by the Samsung Admire |
|---|---|
| | location at the left side of the Admire's touchscreen, as shown below  **(Screenshot of incoming call screen for locked Samsung Admire)** The Samsung Admire detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and answer the call.  As is shown below, when the Admire detects contact with the unlock image, the circle containing a representation of the reject call icon on the right side of display disappears and a small green circle appears.  This small green circle denotes the predefined unlock region. |

| Claim 7 | Infringement by the Samsung Admire |
|---------|-----------------------------------|
| | <br><br>**(Screenshot showing the Samsung Admire detecting contact with the incoming call unlock image)** |
| to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is | The Samsung Admire's one or more modules include instructions to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device. |

| Claim 7 | Infringement by the Samsung Admire |
|---|---|
| maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | Specifically, the Samsung Admire includes instructions that, as the user touches and slides the unlock image on the locked home screen, cause the Samsung Admire to continuously move the unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br>  <br><br>**(Screenshots showing the Samsung Admire continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Moreover, the Samsung Admire's  unlock image is a graphical, interactive user-interface object, namely a padlock icon on a green background with a circle around it, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 7 | Infringement by the Samsung Admire |
|---------|-------------------------------------|
| |  **(Screenshot showing the unlock image (highlighted in yellow) on the locked Samsung Admire home screen)** As a second example, as the user touches and slides the green unlock image on the incoming call screen, the Samsung Admire continuously moves the unlock image from left to right on the touchscreen display while the user maintains contact with the screen, as shown below. |

| Claim 7 | Infringement by the Samsung Admire |
|---|---|
| |  **(Screenshots showing the incoming call unlock image on the locked Samsung Admire incoming call screen)** Further, at the incoming call screen, the Samsung Admire's unlock image is a graphical, interactive user-interface object, namely a green image containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 7 | Infringement by the Samsung Admire |
|---|---|
| | <br><br>(**Screenshots of the Samsung Admire continuously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone**) |
| to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | The Samsung Admire's one or more modules include instructions to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display.<br><br>Specifically, the Samsung Admire's one or more modules include instructions to unlock when the user slides the green unlock image from its original, predefined location at the left side of the touch screen to a predefined unlock region on the right side of the display.  The predefined unlock region is denoted by a small green circle as shown below.  When the unlock image reaches the green circle, the phone unlocks and all applications on the phone are available to the user. |

| Claim 7 | Infringement by the Samsung Admire |
|---------|-------------------------------------|
| | <br>**(Screenshots of the Samsung Admire showing the unlock image sliding to the right as a user unlocks the phone)**<br><br><br><br>As a second example, the Samsung Admire unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side |

| Claim 7 | Infringement by the Samsung Admire |
|---|---|
| | of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a green circle as shown below.<br><br><br><br>**(Screenshots of the Samsung Admire showing the incoming call unlock image sliding to the right and the phone unlocking as the image reaches the predefined unlock region)**<br><br>After the user answers and then terminates the call through the Menu, the Samsung Admire remains unlocked for the user to operate.  Thus, it is in a user-interface unlock state. |

| Claim 8 | Infringement by the Samsung Admire |
|---|---|
| 8.  The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement. | The Samsung Admire's one or more modules further comprise instructions to display visual cues to communicate a direction of movement.  Specifically, the Samsung Admire's one or more modules include instructions to display an arrow on the phone's green unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone.  The presence of the arrow on the unlock image is shown below. <br><br>  <br><br> (**Screenshot of the Samsung Admire unlock image with the arrow circled in yellow**) <br><br> Moreover, when the Samsung Admire detects user contact with the green unlock image, it |

| Claim 8 | Infringement by the Samsung Admire |
|---------|-------------------------------------|
| | displays a small green circle in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement.<br><br><br><br>**(Screenshot of the Samsung Admire as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement (highlighted in red))**<br><br>As a second example, the Samsung Admire displays an arrow on the incoming call unlock image.  The arrow is a visual cue that directs the user to slide the image to the right to unlock |

| Claim 8 | Infringement by the Samsung Admire |
|---------|-------------------------------------|
| | the phone.  The presence of the arrow on the unlock image is shown below.  Further, when the Samsung Admire detects contact with the incoming call unlock image, it displays a green circle in the predefined unlock region on the locked home screen, also shown below.  This green circle is a further visual cue directing the user's movement.  Third, the Samsung Admire provides textual direction as well, instructing the user to "Drag right to answer." <br><br>  <br><br> **(Screenshot of the incoming call screen displaying the various visual cues for unlocking the phone)** |

| Claim 9 | Infringement by the Samsung Admire |
|---|---|
| 9.  The device of claim 8, wherein the visual cues comprise text. | The Samsung Admire displays visual cues comprising text to communicate a direction of movement of the unlock image required to unlock the device.  For example, on the incoming call screen, the Samsung Admire displays a textual cue instructing the user to drag the incoming call unlock image to the right to answer the call and unlock the phone.<br><br><br><br>**(Screenshot of the incoming call screen displaying textual cues)** |

| Claim 10 | Infringement by the Samsung Admire |
|---|---|
| 10.  The device of claim 8, wherein said visual cues comprise an arrow indicating a general direction of movement. | The Samsung Admire's one or more modules further comprise instructions to display visual cues to communicate a direction of movement, wherein said visual cues comprise an arrow indicating a general direction of movement.  For example, the Samsung Admire's one or more modules include instructions to display an arrow on the right side of the phone's green unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Screenshot of the Samsung Admire unlock image with the arrow circled in yellow**)<br><br>As a second example, the Samsung Admire displays an arrow on the incoming call unlock image.  The arrow is a visual cue that directs the user to slide the image to the right to unlock |

| Claim 10 | Infringement by the Samsung Admire |
|---|---|
|  | the phone.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Screenshot of incoming call unlock image highlighting the arrow)** |

| Claim 11 | Infringement by the Samsung Admire |
|---|---|
| 11.  A portable electronic device comprising: | To the extent that the preamble of claim 11 may be construed to be limiting, the Samsung Admire is a portable electronic device.  Specifically, the Samsung Admire, which is available from MetroPCS, is an Android smartphone with a 3.5'' HVGA TFT touch screen display.  (*See* Samsung, Admire Specifications, http://www.samsung.com /us/mobile/cell-phones/SCH-R720ZAAMTR-specs).  It weighs 4.14 oz. and measures 4.56'' (L) x 2.38'' (W) x 0.46'' (D). (*Id.*).  It has an 800 MHz processor.  (*Id.*).  Further, the Samsung Admire is "powered by a rechargeable, standard Li-Ion battery."  (Samsung Admire User Guide, at 5).<br><br><br><br>(Samsung, Admire Gallery, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZA AMTR-gallery). |

| Claim 11 | Infringement by the Samsung Admire |
|---|---|
| a touch-sensitive display; | The Samsung Admire comprises a touch-sensitive display.  Specifically, according to the Samsung Admire's User Manual, it has a touch screen that allows the user to navigate the device.  (Admire User Manual, at 18).  A user interacts with the Samsung Admire's applications by, for example, touching items on the touchscreen to select or launch them, touching and holding screen items to activate them, or sweeping, meaning "lightly drag[ging] your finger vertically or horizontally across the screen."  (*Id.* at 19).<br><br>**Touch**<br><br>Touch items to select or launch them. For example:<br>• Touch the on screen keyboard to enter characters or text.<br>• Touch a menu item to select it.<br>• Touch an application's icon to launch the application.<br><br>**Touch and Hold**<br><br>Activate on-screen items by a touch and hold gesture. For example:<br>• Touch and hold a widget on the home screen to move it.<br>• Touch and hold on a field to display a pop-up menu of options.<br><br>**Sweep**<br><br>To sweep, lightly drag your finger vertically or horizontally across the screen. Use sweep when:<br>• Unlocking the screen<br>• Scrolling the Home screen or a menu<br><br>(*Id.*).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |

| Claim 11 | Infringement by the Samsung Admire |
|---|---|
| means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state; | The Samsung Admire comprises a means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state. Specifically, when the Admire's home screen is locked, it displays an unlock image at a predefined location at the left side of the touchscreen.  "The default lock screen prevents accidental call dialing or activation of features or applications."  (Admire User Manual, at 87).  As is shown in the screenshot below, this unlock image is a padlock icon on a green background with a circle around it.<br><br><br><br>**(Screenshot of the locked home screen for the Samsung Admire, displaying the unlock image at a predefined location on the left side of the touchscreen display)**<br><br>As a second example, when the locked Samsung Admire receives a call, it displays the caller's |

44

| Claim 11 | Infringement by the Samsung Admire |
|---|---|
| | phone number and an unlock image on an incoming call screen, as shown below.  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Admire's touchscreen, as shown below<br><br><br><br>**(Screenshot of incoming call screen for locked Samsung Admire)** |

| Claim 11 | Infringement by the Samsung Admire |
|---|---|
| means for detecting contact with the touch-sensitive display; and | The Samsung Admire comprises a means for detecting contact with the touch-sensitive display. The Samsung Admire detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone.  As is shown below, when the Admire detects contact with the unlock image, the circle containing a representation of the phone's volume on the right side of display disappears and a small green circle appears.  This small green circle corresponds to the predefined unlock region.<br><br><br><br>**(Screenshot of the Samsung Admire detecting a contact with the unlock image on the locked home screen)**<br><br>The Samsung Admire detects contact with the incoming call unlock image as a user touches and then slides the image to the right to unlock the phone and answer the call.  As is shown below, |

| Claim 11 | Infringement by the Samsung Admire |
|----------|-------------------------------------|
| | when the Admire detects contact with the unlock image, the circle containing a representation of the reject call icon on the right side of display disappears and a small green circle appears. This small green circle denotes the predefined unlock region.<br><br><br><br>**(Screenshot showing the Samsung Admire detecting contact with the incoming call unlock image)** |

| Claim 11 | Infringement by the Samsung Admire |
|---|---|
| means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Admire comprises a means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the unlock image on the locked home screen, the Samsung Admire continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br><br><br>**(Screenshots showing the Samsung Admire continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Moreover, the Samsung Admire's  unlock image is a graphical, interactive user-interface object, namely a padlock icon on a green background with a circle around it, that the user touches and |

| Claim 11 | Infringement by the Samsung Admire |
|---|---|
| | then slides across the touchscreen to unlock the phone, as shown below.<br><br><br><br>**(Screenshot showing the unlock image (highlighted in yellow) on the locked Samsung Admire home screen)**<br><br>As a second example, as the user touches and slides the green unlock image on the incoming call screen, the Samsung Admire continuously moves the unlock image from left to right on the touchscreen display while the user maintains contact with the screen, as shown below. |

| Claim 11 | Infringement by the Samsung Admire |
|---|---|
| | <br><br>**(Screenshots showing the incoming call unlock image on the locked Samsung Admire incoming call screen)**<br><br>Further, at the incoming call screen, the Samsung Admire's unlock image is a graphical, interactive user-interface object, namely a green image containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 11 | Infringement by the Samsung Admire |
|---|---|
| | <br><br>(**Screenshots of the Samsung Admire continuously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone**) |
| means for transitioning the device to a user-interface unlock state if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Admire comprises a means for transitioning the device to a user-interface unlock state if moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>For example, the Samsung Admire unlocks when the user slides the green unlock image from its original, predefined location at the left side of the touch screen to a predefined unlock region on the right side of the display.  The predefined unlock region is denoted by a small green circle as shown below.  When the unlock image reaches the green circle, the phone unlocks and all |

| Claim 11 | Infringement by the Samsung Admire |
|---|---|
| | applications on the phone are available to the user.<br><br><br><br>**(Screenshots of the Samsung Admire showing the unlock image sliding to the right as a user unlocks the phone)**<br><br>As a second example, the Samsung Admire unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a green circle as shown below. |

| Claim 11 | Infringement by the Samsung Admire |
|---|---|
| | <br><br>**(Screenshots of the Samsung Admire showing the incoming call unlock image sliding to the right and the phone unlocking as the image reaches the predefined unlock region)**<br><br>After the user answers and then terminates the call through the Menu, the Samsung Admire remains unlocked for the user to operate.  Thus, it is in a user-interface unlock state. |
| **Claim 12** | **Infringement by the Samsung Admire** |
| 12.  A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch-sensitive display, cause the portable electronic device to perform a method comprising: | To the extent that the preamble of claim 12 may be construed to be limiting, the Samsung Admire comprises a computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by the Samsung Admire, which is a portable electronic device with a touch-sensitive display, cause the Samsung Admire to perform a method.<br><br>For example, the Samsung Admire, which is available from MetroPCS, is an Android smartphone with a 3.5'' HVGA TFT touch screen display.  (*See* Samsung, Admire Specifications, http://www.samsung.com /us/mobile/cell-phones/SCH-R720ZAAMTR-specs). |

| Claim 12 | Infringement by the Samsung Admire |
|---|---|
|  | It weighs 4.14 oz. and measures 4.56'' (L) x 2.38'' (W) x 0.46'' (D). (*Id.*). It has an 800 MHz processor. (*Id.*). Further, the Samsung Admire is "powered by a rechargeable, standard Li-Ion battery." (Samsung Admire User Guide, at 5).<br><br><br><br>(*See* Samsung, Admire Specifications, http://www.samsung.com /us/mobile/cell-phones/SPH-D710ZKASPR-specs.  It is equipped with the Android 2.3, Gingerbread, operating system. (*Id.*).<br><br><br><br>(Samsung, Admire Gallery, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZA AMTR-gallery). |

| Claim 12 | Infringement by the Samsung Admire |
|---|---|
| | Samsung promotes slide to unlock as a standard feature on the Samsung Admire.  The user guide for the phone instructs users how to use the phone to perform a method to unlock the phone.  (*See, e.g.*, Samsung Admire User Manual, at 12, 18-19, 26-27, 87). According to the Samsung Admire's User Manual, it has a touch screen that allows the user to navigate the device.  (Samsung Admire User Manual, at 18.  A user interacts with the Samsung Admire's applications by, for example, touching items on the touchscreen to select or launch them, touching and holding screen items to activate them, or sweeping, meaning "lightly drag[ging] your finger vertically or horizontally across the screen." (*Id.* at 19).

**Touch**

Touch items to select or launch them. For example:

• Touch the on screen keyboard to enter characters or text.

• Touch a menu item to select it.

• Touch an application's icon to launch the application.

**Touch and Hold**

Activate on-screen items by a touch and hold gesture. For example:

• Touch and hold a widget on the home screen to move it.

• Touch and hold on a field to display a pop-up menu of options.

**Sweep**

To sweep, lightly drag your finger vertically or horizontally across the screen. Use sweep when:

• Unlocking the screen

• Scrolling the Home screen or a menu

(*Id.*). |

| Claim 12 | Infringement by the Samsung Admire |
|---|---|
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Admire detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.  Specifically, when the Samsung Admire's home screen is locked, it displays an unlock image at a predefined location at the left side of the touchscreen.  As is shown in the screenshot below, this unlock image is a padlock icon on a green background with a circle around it.<br><br><br><br>**(Screenshot of the locked home screen for the Samsung Admire, displaying the unlock image at a predefined location on the left side of the touchscreen display)**<br><br>The Samsung Admire detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone.  As is shown below, when the Samsung Admire detects contact with the unlock image, the circle containing a representation of the phone's |

| Claim 12 | Infringement by the Samsung Admire |
|---|---|
| | volume on the right side of display disappears and a small green circle appears.  This small green circle corresponds to the predefined unlock region.<br><br><br><br>**(Screenshots of the Samsung Admire detecting a contact with the unlock image on the locked home screen)**<br><br>As a second example, when the locked Samsung Admire receives a call, it displays the caller's phone number and an unlock image on an incoming call screen, as shown below.  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Admire's touchscreen, as shown below |

| Claim 12 | Infringement by the Samsung Admire |
|---|---|
| |  **(Screenshot of incoming call screen for locked Samsung Admire)**<br><br>The Samsung Admire detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and answer the call.  As is shown below, when the Admire detects contact with the unlock image, the circle containing a representation of the reject call icon on the right side of display disappears and a small green circle appears.  This small green circle denotes the predefined unlock region. |

| Claim 12 | Infringement by the Samsung Admire |
|----------|-----------------------------------|
| | <br>**(Screenshot showing the Samsung Admire detecting contact with the incoming call unlock image)** |

| Claim 12 | Infringement by the Samsung Admire |
|---|---|
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Admire continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>Specifically, as the user touches and slides the unlock image on the locked home screen, the Samsung Admire continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br>  <br><br>**(Screenshots showing the Samsung Admire continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Moreover, the Samsung Admire's  unlock image is a graphical, interactive user-interface object, namely a padlock icon on a green background with a circle around it, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 12 | Infringement by the Samsung Admire |
|---|---|
| | <br><br>**(Screenshot showing the unlock image (highlighted in yellow) on the locked Samsung Admire home screen)**<br><br>As a second example, as the user touches and slides the green unlock image on the incoming call screen, the Samsung Admire continuously moves the unlock image from left to right on the touchscreen display while the user maintains contact with the screen, as shown below. |

| Claim 12 | Infringement by the Samsung Admire |
|---|---|
| | <br><br>**(Screenshots showing the incoming call unlock image on the locked Samsung Admire incoming call screen)**<br><br>Further, at the incoming call screen, the Samsung Admire's unlock image is a graphical, interactive user-interface object, namely a green image containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 12 | Infringement by the Samsung Admire |
|---|---|
| |  **(Screenshots of the Samsung Admire continuously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone)** |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Admire unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>Specifically, the Samsung Admire unlocks when the user slides the green unlock image from its original, predefined location at the left side of the touch screen to a predefined unlock region on the right side of the display.  The predefined unlock region is denoted by a small green circle as shown below.  When the unlock image reaches the green circle, the phone unlocks and all applications on the phone are available to the user. |

| Claim 12 | Infringement by the Samsung Admire |
|---|---|
| |  **(Screenshots of the Samsung Admire showing the unlock image sliding to the right as a user unlocks the phone)** As a second example, the Samsung Admire unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a green circle as shown below. |

| Claim 12 | Infringement by the Samsung Admire |
|----------|-------------------------------------|
| |  **(Screenshots of the Samsung Admire showing the incoming call unlock image sliding to the right and the phone unlocking as the image reaches the predefined unlock region)**<br><br>After the user answers and then terminates the call through the menu, the Samsung Admire remains unlocked for the user to operate.  Thus, it is in a user-interface unlock state. |

| Claim 13 | Infringement by the Samsung Admire |
|---|---|
| 13. The method of claim 1, wherein the unlock image is a single image. | The Samsung Admire's unlock image is a single image.  As described herein, the Samsung Admire performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See* Admire User Manual, at 12, 19, 26-27, 87).<br><br>For example, the Samsung Admire's unlock image is a single padlock icon on a green background with a circle around it, as is shown below.  A user slides this icon to the right to unlock the phone, as explained above.<br><br><br><br>**(Screenshot showing single Samsung Admire unlock image highlighted in yellow**)<br><br>As a second example, the Samsung Admire's incoming call unlock image is also a single |

| Claim 13 | Infringement by the Samsung Admire |
|---|---|
| | image, as shown below.  The incoming call unlock image and the general unlock image do not appear on the touchscreen simultaneously.  The red reject call image on the screen below is not an unlock image as sliding it to the left does not unlock the phone.<br><br> |

| Claim 14 | Infringement by the Samsung Admire |
|---|---|
| 14.  The device of claim 7, wherein the unlock image is a single image. | The Samsung Admire's unlock image is a single image.  In particular, the Samsung Admire's unlock image is a single padlock icon on a green background with a circle around it, as is shown below.  A user slides this icon to the right to unlock the phone, as explained above.<br><br><br><br>**(Screenshot showing single Samsung Admire unlock image highlighted in yellow)** |

| Claim 14 | Infringement by the Samsung Admire |
|---|---|
| | As a second example, the Samsung Admire's incoming call unlock image is also a single image, as shown below.  The incoming call unlock image and the general unlock image do not appear on the touchscreen simultaneously.  The red reject call image on the screen below is not an unlock image as sliding it to the left does not unlock the phone.<br><br> |

| Claim 15 | Infringement by the Samsung Admire |
|---|---|
| 15.  The computer readable storage medium of claim 12, wherein the unlock image is a single image. | The Samsung Admire's unlock image is a single image.  In particular, the Samsung Admire's unlock image is a single padlock icon on a green background with a circle around it, as is shown below.  A user slides this icon to the right to unlock the phone, as explained above.<br><br><br><br>**(Screenshot showing single Samsung Admire unlock image highlighted in yellow)**<br><br>As a second example, the Samsung Admire's incoming call unlock image is also a single |

| Claim 15 | Infringement by the Samsung Admire |
|----------|-------------------------------------|
| | image, as shown below.  The incoming call unlock image and the general unlock image do not appear on the touchscreen simultaneously.  The red reject call image on the screen below is not an unlock image as sliding it to the left does not unlock the phone.<br><br> |