INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE SAMSUNG CONQUER 4G (SPH-D600)

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| 1.  A method of unlocking a hand-held device, the device including a touch-sensitive display, the method comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Conquer 4G is a hand-held device including a touch-sensitive display.  Specifically, the Samsung Conquer 4G, which is available from Sprint, is an Android smartphone with a 3.5'' HVGA touch screen display.  (*See* Samsung, Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs).  It weighs 4.2 oz. and measures 4.57'' (L) x 2.38'' (W) x 0.46'' (D).  (*Id.*).<br><br><br><br>(Samsung, Conquer 4G Gallery, http://www.samsung.com/us/mobile/cell-phones/SPH- |

---

[1]  Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---------|----------------------------------------|
|  | D600ZKASPR-gallery).<br><br>**Display**<br><br>Main Display Resolution — 320x480<br>Main Display Size — 3.5"<br>Main Display Technology — HVGA 262K TFT<br>Touch Screen — Yes<br><br>(Samsung Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZAAMTR-specs).<br><br>As described below, the Samsung Conquer 4G performs the claimed method. Samsung promotes slide to unlock as a standard feature of the phone. The user guide for the phone instructs users how to perform the claimed method. (*See, e.g.*, Samsung, Conquer 4G User Guide, at 4, 6, 13, 26, 28-29, 32, 54-55, 75 (2011) [hereinafter "Conquer 4G User Guide"]). According to the Samsung Conquer 4G's User Guide, it has a touch screen display that "displays all the information needed to operate you device" and "provides one-touch access to all of your features and applications." (Conquer 4G User Guide, at 13). A user interacts with the Samsung Conquer 4G's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or sliding her finger vertically or horizontally across the screen. (*Id.* at 26, 29, 32).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (See '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). Further, the Conquer 4G User Manual explicitly states that the Conquer 4G is a touch-sensitive device: "The Conquer 4G is touch-sensitive, and this allows you to not only select an onscreen option with a single tap, but also scroll through long menu lists." (Conquer 4G User Guide, at 28). |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Conquer 4G detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.  For example, when the Conquer 4G's home screen is locked, it displays an unlock image at a predefined location at the left side of the touchscreen. As is shown in the screenshot below, this unlock image is a padlock icon on a green background with a circle around it.  **(Screenshot of the locked home screen for the Samsung Conquer 4G, displaying the unlock image at a predefined location on the left side of the touchscreen display)** The Samsung Conquer 4G detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone.  As is shown below, when the Conquer 4G detects contact with the unlock image, the circle containing a representation of the phone's |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| | volume on the right side of display disappears and a small green circle appears.  This small green circle corresponds to the predefined unlock region.<br><br><br><br>**(Screenshots of the Samsung Conquer 4G detecting a contact with the unlock image on the locked home screen)**<br><br>As a second example, when the locked Samsung Conquer 4G receives a call, it displays the caller's phone number and an unlock image on an incoming call screen, as shown below.  The |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---------|----------------------------------------|
| | unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Conquer 4G's touchscreen, as shown below<br><br><br><br>**(Screenshot of incoming call screen for locked Samsung Conquer 4G)**<br><br>The Samsung Conquer 4G detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and answer the call.  As is shown below, when the Conquer 4G detects contact with the unlock image, the circle containing a representation of the reject call icon on the right side of display disappears and a small green circle appears.  This small green circle denotes the predefined unlock region. |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| | <br><br>(**Screenshot showing the Samsung Conquer 4G detecting contact with the incoming call unlock image**) |
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Conquer 4G continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the unlock image on the locked home screen, the Samsung Conquer 4G continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| |  **(Screenshots showing the Samsung Conquer 4G continuously moving the unlock image as a user slides it to the right to unlock the phone)** <br><br> Moreover, the Samsung Conquer 4G's unlock image is a graphical, interactive user-interface object, namely a padlock icon on a green background with a circle around it, as shown below, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| |  **(Screenshot showing the unlock image (highlighted in yellow) on the locked Samsung Conquer 4G home screen)** |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---------|----------------------------------------|
|         | As a second example, as the user touches and slides the green unlock image on the incoming call screen, the Samsung Conquer 4G continuously moves the unlock image from left to right on the touchscreen display while the user maintains contact with the screen, as shown below.<br><br><br><br>**(Screenshots showing the incoming call unlock image on the locked Samsung Conquer incoming call screen)**<br><br>Further, at the incoming call screen, the Samsung Conquer 4G's unlock image is a graphical, interactive user-interface object, namely a green image containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| |  (**Screenshots of the Samsung Conquer 4G continuously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone**) |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Conquer 4G unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>For example, the Samsung Conquer 4G unlocks when the user slides the green unlock image from its original, predefined location at the left side of the touch screen to a predefined unlock region on the right side of the display.  The predefined unlock region is denoted by a small green circle, as shown below.  When the unlock image reaches this green circle, the phone unlocks and all applications on the phone are available to the user. |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| |  (**Screenshots of the Samsung Conquer 4G showing the unlock image sliding to the right as a user unlocks the phone**) As a second example, the Samsung Conquer 4G unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a green circle as shown below. |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
|  |  **(Screenshots of the Samsung Conquer 4G showing the incoming call unlock image sliding to the right and the phone unlocking as the image reaches the predefined unlock region)** After the user answers and then terminate the call, the Samsung Conquer 4G remains unlocked for the user to operate.  Thus, it is in a user-interface unlock state. |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| |  (Screenshot of the unlocked Samsung Conquer 4G after the user exits the phone application) |

| Claim 3 | Infringement by the Samsung Conquer 4G |
|---------|----------------------------------------|
| 3.  The method of claim 1, wherein the moving comprises movement along a predefined channel from the first predefined location to the predefined unlock region. | The Samsung Conquer 4G comprises movement along a predefined channel from the first predefined location to the predefined unlock region.  As described herein, the Samsung Conquer 4G performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Conquer 4G User Guide, at 4, 6, 13, 26, 28-29, 32, 54-55, 75). <br><br> To unlock the Samsung Conquer 4G, the user moves the green unlock image from a predefined location at the left side of the screen along a predefined channel to the predefined unlock region on the right side of the Samsung Conquer 4G's screen.  The predefined channel is highlighted in green in the screenshots below. <br><br> **(Screenshots of the Samsung Conquer 4G with the predefined channel highlighted in green)** |

14

| Claim 3 | Infringement by the Samsung Conquer 4G |
|---------|----------------------------------------|
| | As a second example, to unlock the phone to answer an incoming call, the user moves the green incoming call unlock image from a predefined location at the left side of the screen along a predefined channel to the predefined unlock region on the right side of the Samsung Conquer 4G.  The predefined channel is shown in green in the screenshot below.<br><br><br><br>**(Screenshot of the incoming call screen with the predefined channel highlighted in green)** |

| Claim 4 | Infringement by the Samsung Conquer 4G |
|---|---|
| 4.  The method of claim 1, further comprising displaying visual cues to communicate a direction of movement of the unlock image required to unlock the device. | The Samsung Conquer 4G displays visual cues to communicate a direction of movement of the unlock image required to unlock the device.  As described herein, the Samsung Conquer 4G performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Conquer 4G User Guide, at 4, 6, 13, 26, 28-29, 32, 54-55, 75).<br><br>The Samsung Conquer 4G displays an arrow on the phone's green unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Screenshot of the Samsung Conquer 4G unlock image with the arrow circled in yellow**) |

| Claim 4 | Infringement by the Samsung Conquer 4G |
|---|---|
| | Moreover, when the Samsung Conquer 4G detects user contact with the green unlock image, it displays a small green circle in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement.  **(Screenshot of the Samsung Conquer 4G as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement (highlighted in red))** As a second example, the Samsung Conquer 4G displays an arrow on the incoming call unlock image.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone.  The presence of the arrow on the unlock image is shown below.  Further, when the |

| Claim 4 | Infringement by the Samsung Conquer 4G |
|---------|----------------------------------------|
| | Samsung Conquer 4G detects contact with the incoming call unlock image, it displays a green circle in the predefined unlock region on the locked home screen, also shown below.  This green circle is a further visual cue directing the user's movement.  Third, the Samsung Conquer 4G provides textual direction as well, instructing the user to "Drag right to answer."<br><br><br><br>**(Screenshot of the incoming call screen displaying the various visual cues for unlocking the phone)** |

| Claim 5 | Infringement by the Samsung Conquer 4G |
|---|---|
| 5.  The method of claim 4, wherein the visual cues comprise text. | The Samsung Conquer 4G displays visual cues comprising text to communicate a direction of movement of the unlock image required to unlock the device, as shown below.  As described herein, the Samsung Conquer 4G performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Conquer 4G User Guide, at 4, 6, 13, 26, 28-29, 32, 54-55, 75).<br><br>On the incoming call screen, the Samsung Conquer 4G displays a textual cue instructing the user to drag the incoming call unlock image to the right to answer the call and unlock the phone.<br><br><br><br>**(Screenshot of the incoming call screen displaying textual cues)** |

| Claim 6 | Infringement by the Samsung Conquer 4G |
|---|---|
| 6.  The method of claim 4, wherein said visual cues comprise an arrow indicating a general direction of movement. | The Samsung Conquer 4G displays visual cues comprising an arrow indicating a general direction of movement, as shown below.  As described herein, the Samsung Conquer 4G performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Conquer 4G User Guide, at 4, 6, 13, 26, 28-29, 32, 54-55, 75).<br><br>The Samsung Conquer 4G displays an arrow on the right side of the phone's green unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Screenshot of the Samsung Conquer 4G unlock image with the arrow circled in yellow**) |

| Claim 6 | Infringement by the Samsung Conquer 4G |
|---|---|
|  | As a second example, the Samsung Conquer 4G displays an arrow on the incoming call unlock image.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Screenshot of incoming call unlock image highlighting the arrow)** |

| Claim 7 | Infringement by the Samsung Conquer 4G |
|---|---|
| 7.  A portable electronic device, comprising: | To the extent that the preamble of claim 7 may be construed to be limiting, the Samsung Conquer 4G is a portable electronic device.  Specifically, the Samsung Conquer 4G is an Android smartphone with a 3.5'' HVGA touch screen display.  (*See* Samsung, Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs).  It weighs 4.2 oz. and measures 4.57'' (L) x 2.38'' (W) x 0.46'' (D).  (*Id.*).  It has a 1.0 GHz processor.  (*Id.*).  Further, the Samsung Conquer 4G is equipped with a Lithium ion (Li-ion) battery.  (*Id.*).<br><br><br><br>(Samsung, Conquer 4G Gallery, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-gallery). |

| Claim 7 | Infringement by the Samsung Conquer 4G |
|---|---|
| a touch-sensitive display; | The Samsung Conquer 4G comprises a touch-sensitive display.  According to the Samsung Conquer 4G's User Guide, it has a touch screen display that "displays all the information needed to operate you device" and "provides one-touch access to all of your features and applications."  (Samsung, Conquer 4G User Guide, at 13 (2011) [hereinafter "Conquer 4G User Guide"]).  A user interacts with the Samsung Conquer 4G's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or sliding her finger vertically or horizontally across the screen.  (*Id.* at 26, 29, 32).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (See '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.").  Further, the Conquer 4G User Manual explicitly states that the Conquer 4G is a touch-sensitive device:  "The Conquer 4G is touch-sensitive, and this allows you to not only select an onscreen option with a single tap, but also scroll through long menu lists."  (Conquer 4G User Guide, at 28). |
| memory; | The Samsung Conquer 4G comprises memory.<br><br>Specifically, the Samsung Conquer 4G has 512MB of internal memory and supports an external microSD card.  (Samsung, Conquer 4G Specifications, http://www.samsung.com /us/mobile/cell-phones/SPH-D600ZKASPR-specs).<br><br><br><br>(*Id.*). |

| Claim 7 | Infringement by the Samsung Conquer 4G |
|---|---|
| one or more processors; | The Samsung Conquer 4G comprises one or more processers.<br><br>Specifically, the Samsung Conquer 4G has a 1 GHz MSM8655 processor.  (*Id.*).<br><br>**CPU / Processor**<br><br>Processor Speed, Type — 1GHz, MSM8655<br><br>(Samsung, Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs). |
| one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | The Samsung Conquer 4G comprises one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions.<br><br>The Samsung Conquer 4G contains, among other modules, a contact/motion module in its memory that is configured for execution by the Samsung Conquer 4G's processor.  This module allows the Samsung Conquer 4G to detect contact with the touchscreen.  The Samsung Conquer 4G User Guide discloses some of those contacts that the contact/motion module detects.  In particular, the Samsung Conquer 4G has a touch screen that "provides one-touch access to all of your features and applications."  (Conquer 4G User Guide, at 13).  A user interacts with the Samsung Conquer 4G's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or sliding her finger vertically or horizontally across the screen.  (*Id.* at 26, 29, 32).<br><br>Further, the Conquer 4G User Manual explicitly states that the Conquer 4G is a touch-sensitive device:  "The Conquer 4G is touch-sensitive, and this allows you to not only select an onscreen option with a single tap, but also scroll through long menu lists."  (Conquer 4G User Guide, at 28). |

| Claim 7 | Infringement by the Samsung Conquer 4G |
|---|---|
| to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image; | The Samsung Conquer 4G's one or more modules include instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image.<br><br>Specifically, the Samsung Conquer 4G includes instructions to, when the Conquer 4G's home screen is locked, display an unlock image at a predefined location at the left side of the touchscreen. As is shown in the screenshot below, this unlock image is a padlock icon on a green background with a circle around it.<br><br><br><br>**(Screenshot of the locked home screen for the Samsung Conquer 4G, displaying the unlock image at a predefined location on the left side of the touchscreen display)**<br><br>Further, the Samsung Conquer 4G includes instructions to detect contact with this unlock image as a user touches and then slides the image to the right to unlock the phone. As is shown below, when the Conquer 4G detects contact with the unlock image, the circle containing a representation of the phone's volume on the right side of display disappears and a small green |

25

| Claim 7 | Infringement by the Samsung Conquer 4G |
|---------|----------------------------------------|
| | circle appears.  This small green circle corresponds to the predefined unlock region.<br><br><br><br>**(Screenshots of the Samsung Conquer 4G detecting a contact with the unlock image on the locked home screen)**<br><br>As a second example, when the locked Samsung Conquer 4G receives a call, it displays the caller's phone number and an unlock image on an incoming call screen, as shown below.  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Conquer 4G's touchscreen, as shown below. |

| Claim 7 | Infringement by the Samsung Conquer 4G |
|---------|----------------------------------------|
| |  (**Screenshot of incoming call screen for locked Samsung Conquer 4G**) <br><br> The Samsung Conquer 4G detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and answer the call.  As is shown below, when the Conquer 4G detects contact with the unlock image, the circle containing a representation of the reject call icon on the right side of display disappears and a small green circle appears.  This small green circle denotes the predefined unlock region. |

| Claim 7 | Infringement by the Samsung Conquer 4G |
|---------|----------------------------------------|
| |  |
| | **(Screenshot showing the Samsung Conquer 4G detecting contact with the incoming call unlock image)** |
| to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Conquer 4G's one or more modules include instructions to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>Specifically, the Samsung Conquer 4G includes instructions that, as the user touches and slides the unlock image on the locked home screen, cause the Samsung Conquer 4G to continuously move the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 7 | Infringement by the Samsung Conquer 4G |
|---|---|
| |  **(Screenshots showing the Samsung Conquer 4G continuously moving the unlock image as a user slides it to the right to unlock the phone)** Moreover, the Samsung Conquer 4G's unlock image is a graphical, interactive user-interface object, namely a padlock icon on a green background with a circle around it, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 7 | Infringement by the Samsung Conquer 4G |
|---|---|
| | <br><br>**(Screenshot showing the unlock image (highlighted in yellow) on the locked Samsung Conquer 4G home screen)**<br><br>As a second example, as the user touches and slides the green unlock image on the incoming call screen, the Samsung Conquer 4G continuously moves the unlock image from left to right on the touchscreen display while the user maintains contact with the screen, as shown below. |

| Claim 7 | Infringement by the Samsung Conquer 4G |
|---|---|
| | <br><br>**(Screenshots showing the incoming call unlock image on the locked Samsung Conquer incoming call screen)**<br><br>Further, at the incoming call screen, the Samsung Conquer 4G's unlock image is a graphical, interactive user-interface object, namely a green image containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 7 | Infringement by the Samsung Conquer 4G |
|---|---|
| | <br><br>(**Screenshots of the Samsung Conquer 4G continuously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone**) |
| to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | The Samsung Conquer 4G's one or more modules include instructions to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display.<br><br>Specifically, the Samsung Conquer 4G's one or more modules include instructions to unlock when the user slides the green unlock image from its original, predefined location at the left side of the touch screen to a predefined unlock region on the right side of the display.  The predefined unlock region is denoted by a small green circle as shown below.  When the unlock image reaches the green circle, the phone unlocks and all applications on the phone are available to the user. |

| Claim 7 | Infringement by the Samsung Conquer 4G |
|---|---|
| |  (**Screenshots of the Samsung Conquer 4G showing the unlock image sliding to the right as a user unlocks the phone**) As a second example, the Samsung Conquer 4G unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a green circle as shown below. |

| Claim 7 | Infringement by the Samsung Conquer 4G |
|---------|----------------------------------------|
|  | 

**(Screenshots of the Samsung Conquer 4G showing the incoming call unlock image sliding to the right and the phone unlocking as the image reaches the predefined unlock region)**

After the user answers and then terminate the call, the Samsung Conquer 4G remains unlocked for the user to operate.  Thus, it is in a user-interface unlock state. |

| Claim 7 | Infringement by the Samsung Conquer 4G |
|---------|----------------------------------------|
|         | <br>(Screenshot of the unlocked Samsung Conquer 4G after the user exits the phone application) |

| Claim 8 | Infringement by the Samsung Conquer 4G |
|---|---|
| 8.  The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement. | The Samsung Conquer 4G's one or more modules further comprise instructions to display visual cues to communicate a direction of movement.  For example, the Samsung Conquer 4G's one or more modules include instructions to display an arrow on the phone's green unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Screenshot of the Samsung Conquer 4G unlock image with the arrow circled in yellow**)<br><br>Moreover, when the Samsung Conquer 4G detects user contact with the green unlock image, it displays a small green circle in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 8 | Infringement by the Samsung Conquer 4G |
|---|---|
|  |  (**Screenshot of the Samsung Conquer 4G as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement (highlighted in red)**) As a second example, the Samsung Conquer 4G displays an arrow on the incoming call unlock image.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone.  The presence of the arrow on the unlock image is shown below.  Further, when the Samsung Conquer 4G detects contact with the incoming call unlock image, it displays a green circle in the predefined unlock region on the locked home screen, also shown below.  This |

| Claim 8 | Infringement by the Samsung Conquer 4G |
|---------|----------------------------------------|
| | green circle is a further visual cue directing the user's movement.  Third, the Samsung Conquer 4G provides textual direction as well, instructing the user to "Drag right to answer." <br><br>  <br><br> **(Screenshot of the incoming call screen displaying the various visual cues for unlocking the phone)** |

| Claim 9 | Infringement by the Samsung Conquer 4G |
|---|---|
| 9.  The device of claim 8, wherein the visual cues comprise text. | The Samsung Conquer 4G displays visual cues comprising text to communicate a direction of movement of the unlock image required to unlock the device.  For example, on the incoming call screen, the Samsung Conquer 4G displays a textual cue instructing the user to drag the incoming call unlock image to the right to answer the call and unlock the phone.<br><br>![Screenshot of incoming call screen showing "Incoming call", the Android logo, phone number 703-980-2978, and "Drag right to answer" with a green phone icon]<br><br>**(Screenshot of the incoming call screen displaying textual cues)** |

| Claim 10 | Infringement by the Samsung Conquer 4G |
|---|---|
| 10.  The device of claim 8, wherein said visual cues comprise an arrow indicating a general direction of movement. | The Samsung Conquer 4G's one or more modules further comprise instructions to display visual cues to communicate a direction of movement, wherein said visual cues comprise an arrow indicating a general direction of movement.  For example, the Samsung Conquer 4G's one or more modules include instructions to display an arrow on the right side of the phone's green unlock image on the locked home screen.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Screenshot of the Samsung Conquer 4G unlock image with the arrow circled in yellow)**<br><br>As a second example, the Samsung Conquer 4G displays an arrow on the incoming call unlock |

| Claim 10 | Infringement by the Samsung Conquer 4G |
|---|---|
| | image.  The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone.  The presence of the arrow on the unlock image is shown below.<br><br><br><br>**(Screenshot of incoming call unlock image highlighting the arrow)** |

| Claim 11 | Infringement by the Samsung Conquer 4G |
|---|---|
| 11.  A portable electronic device comprising: | To the extent that the preamble of claim 11 may be construed to be limiting, the Samsung Conquer 4G is a portable electronic device.  Specifically, the Samsung Conquer 4G, which is available from Sprint, is an Android smartphone with a 3.5'' HVGA touch screen display.  (*See* Samsung, Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs).  It weighs 4.2 oz. and measures 4.57'' (L) x 2.38'' (W) x 0.46'' (D).  (*Id.*).  It has a 1 GHz processor.  (*Id.*).  Further, the Samsung Conquer 4G is powered by a rechargeable, standard Li-Ion battery.  (*Id.*).<br><br><br><br>(Samsung, Conquer 4G Gallery, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-gallery). |

| Claim 11 | Infringement by the Samsung Conquer 4G |
|---|---|
| a touch-sensitive display; | The Samsung Conquer 4G comprises a touch-sensitive display.<br><br>According to the Samsung Conquer 4G's User Guide, it has a touch screen display that "displays all the information needed to operate you device" and "provides one-touch access to all of your features and applications." (Conquer 4G User Guide, at 13). A user interacts with the Samsung Conquer 4G's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or sliding her finger vertically or horizontally across the screen. (*Id.* at 26, 29, 32).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (See '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). Further, the Conquer 4G User Manual explicitly states that the Conquer 4G is a touch-sensitive device: "The Conquer 4G is touch-sensitive, and this allows you to not only select an onscreen option with a single tap, but also scroll through long menu lists." (Conquer 4G User Guide, at 28). |
| means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state; | The Samsung Conquer 4G comprises a means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state. Specifically, when the Conquer 4G's home screen is locked, it displays an unlock image at a predefined location at the left side of the touchscreen. "The default lock screen prevents accidental call dialing or activation of features or applications." (Conquer 4G User Manual, at 87). As is shown in the screenshot below, this unlock image is a padlock icon on a green background with a circle around it. |

| Claim 11 | Infringement by the Samsung Conquer 4G |
|---|---|
|  | <br><br>**(Screenshot of the locked home screen for the Samsung Conquer 4G, displaying the unlock image at a predefined location on the left side of the touchscreen display)**<br><br>As a second example, when the locked Samsung Conquer 4G receives a call, it displays the caller's phone number and an unlock image on an incoming call screen, as shown below.  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Conquer 4G's touchscreen, as shown below. |

| Claim 11 | Infringement by the Samsung Conquer 4G |
|---|---|
| | <br><br>(**Screenshot of incoming call screen for locked Samsung Conquer 4G**) |
| means for detecting contact with the touch-sensitive display; and | The Samsung Conquer 4G comprises a means for detecting contact with the touch-sensitive display.<br><br>The Samsung Conquer 4G detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone.  As is shown below, when the Conquer 4G detects contact with the unlock image, the circle containing a representation of the phone's volume on the right side of display disappears and a small green circle appears.  This small green circle corresponds to the predefined unlock region. |

| Claim 11 | Infringement by the Samsung Conquer 4G |
|---|---|
| | <br><br>**(Screenshot of the Samsung Conquer 4G detecting a contact with the unlock image on the locked home screen)**<br><br>The Samsung Conquer 4G detects contact with the incoming call unlock image as a user touches and then slides the image to the right to unlock the phone and answer the call.  As is shown below, when the Conquer 4G detects contact with the unlock image, the circle containing a representation of the reject call icon on the right side of display disappears and a small green circle appears.  This small green circle denotes the predefined unlock region. |

| Claim 11 | Infringement by the Samsung Conquer 4G |
|---|---|
| | <br><br>**(Screenshot showing the Samsung Conquer 4G detecting contact with the incoming call unlock image)** |
| means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object | The Samsung Conquer 4G comprises a means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>Specifically, as the user touches and slides the unlock image on the locked home screen, the Samsung Conquer 4G continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 11 | Infringement by the Samsung Conquer 4G |
|---|---|
| with which a user interacts in order to unlock the device; and | <br><br>**(Screenshots showing the Samsung Conquer 4G continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Moreover, the Samsung Conquer 4G's unlock image is a graphical, interactive user-interface object, namely a padlock icon on a green background with a circle around it, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 11 | Infringement by the Samsung Conquer 4G |
|---|---|
| |  **(Screenshot showing the unlock image (highlighted in yellow) on the locked Samsung Conquer 4G home screen)** As a second example, as the user touches and slides the green unlock image on the incoming call screen, the Samsung Conquer 4G continuously moves the unlock image from left to right on the touchscreen display while the user maintains contact with the screen, as shown below. |

| Claim 11 | Infringement by the Samsung Conquer 4G |
|---|---|
| | <br><br>**(Screenshots showing the incoming call unlock image on the locked Samsung Conquer incoming call screen)**<br><br>Further, at the incoming call screen, the Samsung Conquer 4G's unlock image is a graphical, interactive user-interface object, namely a green image containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 11 | Infringement by the Samsung Conquer 4G |
|---|---|
| | <br><br>(**Screenshots of the Samsung Conquer 4G continuously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone**) |
| means for transitioning the device to a user-interface unlock state if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Conquer 4G comprises a means for transitioning the device to a user-interface unlock state if moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>Specifically, the Samsung Conquer 4G unlocks when the user slides the green unlock image from its original, predefined location at the left side of the touch screen to a predefined unlock region on the right side of the display.  The predefined unlock region is denoted by a small green circle as shown below.  When the unlock image reaches the green circle, the phone unlocks and all applications on the phone are available to the user. |

| Claim 11 | Infringement by the Samsung Conquer 4G |
|---|---|
|  |  (**Screenshots of the Samsung Conquer 4G showing the unlock image sliding to the right as a user unlocks the phone**) <br><br> As a second example, the Samsung Conquer 4G unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a green circle as shown below. |

| Claim 11 | Infringement by the Samsung Conquer 4G |
|---|---|
| |  **(Screenshots of the Samsung Conquer 4G showing the incoming call unlock image sliding to the right and the phone unlocking as the image reaches the predefined unlock region)**<br><br>After the user answers and then terminate the call, the Samsung Conquer 4G remains unlocked for the user to operate.  Thus, it is in a user-interface unlock state. |

| Claim 11 | Infringement by the Samsung Conquer 4G |
|----------|----------------------------------------|
|          | <br><br>**(Screenshot of the unlocked Samsung Conquer 4G after the user exits the phone application)** |

| Claim 12 | Infringement by the Samsung Conquer 4G |
|---|---|
| 12.  A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch-sensitive display, cause the portable electronic device to perform a method comprising: | To the extent that the preamble of claim 12 may be construed to be limiting, the Samsung Conquer 4G comprises a computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by the Samsung Conquer 4G, which is a portable electronic device with a touch-sensitive display, cause the Samsung Conquer 4G to perform a method.  Specifically, the Samsung Conquer 4G, which is available from Sprint, is an Android smartphone with a 3.5'' HVGA touch screen display.  (*See* Samsung, Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs).  It weighs 4.2 oz. and measures 4.57'' (L) x 2.38'' (W) x 0.46'' (D). (*Id.*).  It has a 1 GHz processor.  (*Id.*).  Further, the Samsung Conquer 4G is powered by a rechargeable, standard Li-Ion battery.  (*Id.*).<br><br> <br><br>(Samsung, Conquer 4G Gallery, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-gallery). |

| Claim 12 | Infringement by the Samsung Conquer 4G |
|---|---|
| | (Samsung, Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs).<br><br>It is equipped with the Android 2.3.4, Gingerbread, operating system. (*Id.*).<br><br>Samsung promotes slide to unlock as a standard feature of the Samsung Conquer 4G.  The user guide for the phone instructs users how to use the phone to perform a method to unlock the phone.  (*See, e.g.*, Conquer 4G User Guide, at 4, 6, 13, 26, 28-29, 32, 54-55, 75).  According to the Samsung Conquer 4G's User Guide, it has a touch screen display that "displays all the information needed to operate you device" and "provides one-touch access to all of your features and applications."  (Samsung Conquer 4G User Guide, at 13).  A user interacts with the Samsung Conquer 4G's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or sliding her finger vertically or horizontally across the screen.  (*Id.* at 26, 29, 32).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")).  Further, the Conquer 4G User Manual explicitly states that the Conquer 4G is a touch-sensitive device:  "The Conquer 4G is touch-sensitive, and this allows you to not only select an onscreen option with a single tap, but also scroll through long menu lists."  (Conquer 4G User Guide, at 28). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Conquer 4G detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.  Specifically, when the Samsung Conquer 4G's home screen is locked, it displays an unlock image at a predefined location at the left side of the touchscreen.  As is shown in the screenshot below, this unlock image is a padlock icon on a green background with a circle around it. |

| Claim 12 | Infringement by the Samsung Conquer 4G |
|---|---|
| | <br><br>**(Screenshot of the locked home screen for the Samsung Conquer 4G, displaying the unlock image at a predefined location on the left side of the touchscreen display)**<br><br>The Samsung Conquer 4G detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone.  As is shown below, when the Samsung Conquer 4G detects contact with the unlock image, the circle containing a representation of the phone's volume on the right side of display disappears and a small green circle appears.  This small green circle corresponds to the predefined unlock region. |

| Claim 12 | Infringement by the Samsung Conquer 4G |
|---|---|
|  |  |

**(Screenshots of the Samsung Conquer 4G detecting a contact with the unlock image on the locked home screen)**

As a second example, when the locked Samsung Conquer 4G receives a call, it displays the caller's phone number and an unlock image on an incoming call screen, as shown below.  The unlock image, which is a green icon containing the representation of a phone, appears at a predefined location at the left side of the Conquer 4G's touchscreen, as shown below.

| Claim 12 | Infringement by the Samsung Conquer 4G |
|---|---|
| | 

**(Screenshot of incoming call screen for locked Samsung Conquer 4G)**

The Samsung Conquer 4G detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone and answer the call.  As is shown below, when the Conquer 4G detects contact with the unlock image, the circle containing a representation of the reject call icon on the right side of display disappears and a small green circle appears.  This small green circle denotes the predefined unlock region. |

| Claim 12 | Infringement by the Samsung Conquer 4G |
|---|---|
| | <br><br>(**Screenshot showing the Samsung Conquer 4G detecting contact with the incoming call unlock image**) |
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Conquer 4G continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>Specifically, as the user touches and slides the unlock image on the locked home screen, the Samsung Conquer 4G continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 12 | Infringement by the Samsung Conquer 4G |
|---|---|
| |  **(Screenshots showing the Samsung Conquer 4G continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Moreover, the Samsung Conquer 4G's unlock image is a graphical, interactive user-interface object, namely a padlock icon on a green background with a circle around it, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 12 | Infringement by the Samsung Conquer 4G |
|---|---|
|  |  **(Screenshot showing the unlock image (highlighted in yellow) on the locked Samsung Conquer 4G home screen)** <br><br> As a second example, as the user touches and slides the green unlock image on the incoming |

| Claim 12 | Infringement by the Samsung Conquer 4G |
|---|---|
| | call screen, the Samsung Conquer 4G continuously moves the unlock image from left to right on the touchscreen display while the user maintains contact with the screen, as shown below.<br><br><br><br>**(Screenshots showing the incoming call unlock image on the locked Samsung Conquer incoming call screen)**<br><br>Further, at the incoming call screen, the Samsung Conquer 4G's unlock image is a graphical, interactive user-interface object, namely a green image containing a representation of a phone, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 12 | Infringement by the Samsung Conquer 4G |
|---|---|
| |  **(Screenshots of the Samsung Conquer 4G continuously moving the messaging unlock image across the screen as the user slides her finger to the left to unlock the phone)** |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Conquer 4G unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. Specifically, the Samsung Conquer 4G unlocks when the user slides the green unlock image from its original, predefined location at the left side of the touch screen to a predefined unlock region on the right side of the display. The predefined unlock region is denoted by a small green circle as shown below. When the unlock image reaches the green circle, the phone unlocks and all applications on the phone are available to the user. |

| Claim 12 | Infringement by the Samsung Conquer 4G |
|---|---|
| | <br>**(Screenshots of the Samsung Conquer 4G showing the unlock image sliding to the right as a user unlocks the phone)**<br><br>As a second example, the Samsung Conquer 4G unlocks to permit the user to answer an incoming phone call when the user slides the green unlock image from its original location at the left side of the touch-sensitive display to a predefined unlock region on the right side of the touch-sensitive display.  The predefined unlock region is denoted by a green circle as shown below. |

| Claim 12 | Infringement by the Samsung Conquer 4G |
|---|---|
| |  **(Screenshots of the Samsung Conquer 4G showing the incoming call unlock image sliding to the right and the phone unlocking as the image reaches the predefined unlock region)**<br><br>After the user answers and then terminate the call, the Samsung Conquer 4G remains unlocked for the user to operate.  Thus, it is in a user-interface unlock state. |

| Claim 12 | Infringement by the Samsung Conquer 4G |
|---|---|
|  |  (Screenshot of the unlocked Samsung Conquer 4G after the user exits the phone application) |

| Claim 13 | Infringement by the Samsung Conquer 4G |
|---|---|
| 13.  The method of claim 1, wherein the unlock image is a single image. | The Samsung Conquer 4G's unlock image is a single image, as shown below.  As described herein, the Samsung Conquer 4G performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Conquer 4G User Guide, at 4, 6, 13, 26, 28-29, 32, 54-55, 75).<br><br>The Samsung Conquer 4G's unlock image is padlock icon on a green background with a circle around it, as is shown below.  A user slides this icon to the right to unlock the phone, as explained above.<br><br><br><br>**(Screenshot showing single Samsung Conquer 4G unlock image highlighted in yellow)** |

68

| Claim 13 | Infringement by the Samsung Conquer 4G |
|----------|----------------------------------------|
| | As a second example, the Samsung Conquer 4G's incoming call unlock image is also a single image, as shown below.  The incoming call unlock image and the general unlock image do not appear on the touchscreen simultaneously.  The red reject call image on the screen below is not an unlock image as sliding it to the left does not unlock the phone.<br><br> |

| Claim 14 | Infringement by the Samsung Conquer 4G |
|---|---|
| 14.  The device of claim 7, wherein the unlock image is a single image. | The Samsung Conquer 4G's unlock image is a single image.  For example, the Samsung Conquer 4G's unlock image is padlock icon on a green background with a circle around it, as is shown below.  A user slides this icon to the right to unlock the phone, as explained above.<br><br><br><br>**(Screenshot showing single Samsung Conquer 4G unlock image highlighted in yellow)**<br><br>As a second example, the Samsung Conquer 4G's incoming call unlock image is also a single |

| Claim 14 | Infringement by the Samsung Conquer 4G |
|---|---|
| | image, as shown below.  The incoming call unlock image and the general unlock image do not appear on the touchscreen simultaneously.  The red reject call image on the screen below is not an unlock image as sliding it to the left does not unlock the phone.<br><br> |

| Claim 15 | Infringement by the Samsung Conquer 4G |
|---|---|
| 15.  The computer readable storage medium of claim 12, wherein the unlock image is a single image. | The Samsung Conquer 4G's unlock image is a single image.  For example, the Samsung Conquer 4G's unlock image is padlock icon on a green background with a circle around it, as is shown below.  A user slides this icon to the right to unlock the phone, as explained above.<br><br><br><br>**(Screenshot showing single Samsung Conquer 4G unlock image highlighted in yellow)** |

| Claim 15 | Infringement by the Samsung Conquer 4G |
|---|---|
| | As a second example, the Samsung Conquer 4G's incoming call unlock image is also a single image, as shown below.  The incoming call unlock image and the general unlock image do not appear on the touchscreen simultaneously.  The red reject call image on the screen below is not an unlock image as sliding it to the left does not unlock the phone.<br><br> |