**INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE SAMSUNG DART (SGH-T499)**

| Claim 1 | Infringement by the Samsung Dart |
| --- | --- |
| 1. A method of unlocking a hand-held device, the device including a touch-sensitive display, the method comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Dart is a hand-held device including a touch-sensitive display. Specifically, the Samsung Dart, which is available from T-Mobile, is an Android smartphone with a 3.14'' touch screen display. (*See* Samsung, Dart Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB-specs). It weighs 3.8 oz. and measures 4.09'' (L) x 2.39'' (W) x 0.48'' (D). (*Id.*).<br><br>(Samsung, Dart Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MAB TMB-gallery). |

[1] Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Dart |
|---|---|
| | **Display**<br><br>Main Display Size: 3.14" Display<br>Touch Screen: Touchscreen<br><br>(Samsung Dart Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB-specs).<br><br>As described below, the Samsung Dart performs the claimed method. Samsung promotes slide to unlock as a standard feature of the Samsung Dart. The user guide for the phone instructs users how to perform the claimed method. (*See*, *e.g.*, Samsung Dart Portable Quad-Band Mobile Phone User Manual, at 11, 24-25, 142 (2011) [hereinafter "Dart User Manual"]). According to the Samsung Dart's User Manual, it has a touch screen display and onscreen keyboard that allow the user to navigate the features of her phone and enter characters. (Dart User Manual, at 24). A user interacts with the Samsung Dart's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding, meaning quickly dragging a finger vertically or horizontally across the screen. (*Id.* at 25).<br><br>***Navigating Through the Screens***<br>The following terms describe the most common hardware and on-screen actions. |

| Claim 1 | Infringement by the Samsung Dart |
| --- | --- |
| | Press and hold Tap Touch and hold<br><br>• **Press and hold**: Pressing relates to use of the hardware keys and buttons to select or activate an item. For example: press the Navigation key to scroll through a menu. Some buttons and keys require you to press and hold them to activate a feature, for example, you press the Lock key to lock and unlock the phone.<br>• **Tap**: Use a brief touch to select items on the display or to enter text on the virtual QWERTY keyboard. For example: touch an Application icon to open the application. A light touch works best. |

| Claim 1 | Infringement by the Samsung Dart |
|---|---|
| | • **Touch and hold**: Touch and hold an icon or key to open the available options, or to access a pop-up menu. For example: press and hold from the Home screen to access a menu of customization options.<br>• **Swipe or slide**: Quickly drag your finger vertically or horizontally across the screen. This allows you to move the area of focus or to scroll through a list. For example: slide your finger left or right on the Home screen to scroll among the seven panels.<br>Swipe or slide and Drag<br>(*Id.*)<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (See '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |

| Claim 1 | Infringement by the Samsung Dart |
|---|---|
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Dart detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image. For example, when the Dart's home screen is locked, it displays an unlock image at a predefined location at the left side of the touchscreen. As is shown in the screenshot below, this unlock image is a padlock icon on a green background with a circle around it.<br><br>**(Screenshot of the locked home screen for the Samsung Dart, displaying the unlock image at a predefined location on the left side of the touchscreen display)**<br><br>The Samsung Dart detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone. As is shown below, when the Dart detects contact with the unlock image, the circle containing a representation of the phone's volume on the right side |

| Claim 1 | Infringement by the Samsung Dart |
|---|---|
| | of display disappears and a small green circle appears. This small green circle corresponds to the predefined unlock region.<br><br>**(Screenshots of the Samsung Dart detecting a contact with the unlock image on the locked home screen)** |
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, | The Samsung Dart continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the unlock image on the locked home screen, the Samsung Dart continuously moves the unlock image from left to right while the user maintains |

| Claim 1 | Infringement by the Samsung Dart |
|---|---|
| interactive user-interface object with which a user interacts in order to unlock the device; and | contact with the screen, as shown below.<br><br><br>(**Screenshots showing the Samsung Dart continuously moving the unlock image as a user slides it to the right to unlock the phone**)<br><br>Moreover, the Samsung Dart's unlock image is a graphical, interactive user-interface object, namely a padlock icon on a green background with a circle around it, as shown below, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 1 | Infringement by the Samsung Dart |
|---|---|
| | (**Screenshot showing the unlock image (highlighted in yellow) on the locked Samsung Dart home screen**) |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Dart unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>For example, the Samsung Dart unlocks when the user slides the green unlock image from its original, predefined location at the left side of the touch screen to a predefined unlock region on the right side of the display. The predefined unlock region is denoted by a small green circle, as shown below. When the unlock image reaches this green circle, the phone unlocks and all applications on the phone are available to the user. |

| Claim 1 | Infringement by the Samsung Dart |
|---|---|
| |   **(Screenshots of the Samsung Dart showing the unlock image sliding to the right as a user unlocks the phone)** |

| Claim 3 | Infringement by the Samsung Dart |
|---|---|
| 3. The method of claim 1, wherein the moving comprises movement along a predefined channel from the first predefined location to the predefined unlock region. | The Samsung Dart comprises movement along a predefined channel from the first predefined location to the predefined unlock region. As described herein, the Samsung Dart performs the claimed method. The user guide for the phone instructs users how to perform the claimed method. (*See, e.g.*, Dart User Manual, at 11, 24-25, 142).<br><br>For example, to unlock the Samsung Dart, the user moves the green unlock image from a predefined location at the left side of the screen along a predefined channel to the predefined unlock region on the right side of the Samsung Dart's screen. The predefined channel is highlighted in green in the screenshots below.<br><br>**(Screenshots of the Samsung Dart with the predefined channel highlighted in green)** |

| Claim 4 | Infringement by the Samsung Dart |
|---|---|
| 4. The method of claim 1, further comprising displaying visual cues to communicate a direction of movement of the unlock image required to unlock the device. | The Samsung Dart displays visual cues to communicate a direction of movement of the unlock image required to unlock the device. As described herein, the Samsung Dart performs the claimed method. The user guide for the phone instructs users how to perform the claimed method. (*See, e.g.*, Dart User Manual, at 11, 24-25, 142).<br><br>The Samsung Dart displays an arrow on the phone's green unlock image on the locked home screen. The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone. The presence of the arrow on the unlock image is shown below.<br><br>(**Screenshot of the Samsung Dart unlock image with the arrow circled in yellow**)<br><br>Moreover, when the Samsung Dart detects user contact with the green unlock image, it displays |

| Claim 4 | Infringement by the Samsung Dart |
|---|---|
| | a small green circle in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement.<br><br>**(Screenshot of the Samsung Dart as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement (highlighted in red))** |

| Claim 6 | Infringement by the Samsung Dart |
|---|---|
| 6. The method of claim 4, wherein said visual cues comprise an arrow indicating a general direction of movement. | The Samsung Dart displays visual cues comprising an arrow indicating a general direction of movement. As described herein, the Samsung Dart performs the claimed method. The user guide for the phone instructs users how to perform the claimed method. (*See, e.g.*, Dart User Manual, at 11, 24-25, 142).<br><br>For example, the Samsung Dart displays an arrow on the right side of the phone's green unlock image on the locked home screen. The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone. The presence of the arrow on the unlock image is shown below.<br><br>6:41 PM<br>T-Mobile<br>6:41 PM<br>Monday, June 4<br>Charging<br><br>(**Screenshot of the Samsung Dart unlock image with the arrow circled in yellow**) |

| Claim 7 | Infringement by the Samsung Dart |
|---|---|
| 7. A portable electronic device, comprising: | To the extent that the preamble of claim 7 may be construed to be limiting, the Samsung Dart is a portable electronic device. Specifically, the Samsung Dart, which is available from T-Mobile, is an Android smartphone with a 3.14'' touch screen display. (*See* Samsung, Dart Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB-specs). It weighs 3.8 oz. and measures 4.09'' (L) x 2.39'' (W) x 0.48'' (D). (*Id.*). Further, the Samsung Dart is powered by a rechargeable Lithium ion battery. (Samsung Dart User Manual, at 8). Further, the Dart is equipped with the Android 2.2, Froyo, operating system. (Samsung Dart Overview, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB).<br><br>(Samsung Dart Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB-gallery). |

| Claim 7 | Infringement by the Samsung Dart |
|---|---|
| a touch-sensitive display; | The Samsung Dart comprises a touch-sensitive display.<br><br>According to the Samsung Dart's User Manual, it has a touch screen display and onscreen keyboard that allow the user to navigate the features of her phone and enter characters. (Dart User Manual, at 24). A user interacts with the Samsung Dart's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding, meaning quickly dragging a finger vertically or horizontally across the screen. (*Id.* at 25).<br><br>Press and hold Tap Touch and hold |

| Claim 7 | Infringement by the Samsung Dart |
|---|---|
| | (*Id.* at 25).<br><br>The ’721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (See ’721 patent 1:25-26 (“Touch-sensitive displays (also known as ‘touch screens’ or ‘touchscreens’) are well known in the art.”)). |
| memory; | The Samsung Dart comprises memory.<br><br>Specifically, the Samsung Dart has internal memory, as shown in the screenshot below. |

| Claim 7 | Infringement by the Samsung Dart |
|---|---|
| | 3:30 PM<br>SD card and phone storage settings<br>Total space<br>1.85GB<br>Available space<br>1.85GB<br>Unmount SD card<br>Unmount SD card for safe removal<br>Format SD card<br>Format (erase) SD card<br>Internal phone storage<br>Available space<br>120MB<br><br>(**Screenshot of Samsung Dart showing available internal phone memory and SD card memory**) |
| one or more processors; | The Samsung Dart comprises one or more processers.<br><br>(*See* Samsung Dart Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB-specs; *see generally* Samsung Dart User Manual). |
| one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | The Samsung Dart comprises one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions.<br><br>The Samsung Dart contains, among other modules, a contact/motion module in its memory that is configured for execution by the Samsung Dart's processor. This module allows the Samsung Dart to detect contact with the touchscreen. The Samsung Dart User Manual discloses some of |

| Claim 7 | Infringement by the Samsung Dart |
| --- | --- |
| | those contacts that the contact/motion module detects, as shown below.<br><br>*Navigating Through the Screens*<br><br>The following terms describe the most common hardware and on-screen actions.<br><br>• **Touch and hold**: Touch and hold an icon or key to open the available options, or to access a pop-up menu. For example: press and hold from the Home screen to access a menu of customization options.<br><br>Press and hold Tap Touch and hold |

| Claim 7 | Infringement by the Samsung Dart |
| --- | --- |
| | • **Press and hold**: Pressing relates to use of the hardware keys and buttons to select or activate an item. For example: press the Navigation key to scroll through a menu. Some buttons and keys require you to press and hold them to activate a feature, for example, you press the Lock key to lock and unlock the phone.<br>• **Tap**: Use a brief touch to select items on the display or to enter text on the virtual QWERTY keyboard. For example: touch an Application icon to open the application. A light touch works best.<br>• **Swipe or slide**: Quickly drag your finger vertically or horizontally across the screen. This allows you to move the area of focus or to scroll through a list. For example: slide your finger left or right on the Home screen to scroll among the seven panels. |

| Claim 7 | Infringement by the Samsung Dart |
|---|---|
| | Swipe or slide and Drag<br>(Dart User Manual, at 25). |
| to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image; | The Samsung Dart's one or more modules include instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image.<br><br>For example, the Samsung Dart includes instructions to, when the Dart's home screen is locked, display an unlock image at a predefined location at the left side of the touchscreen. As is shown in the screenshot below, this unlock image is a padlock icon on a green background with a circle around it. |

| Claim 7 | Infringement by the Samsung Dart |
|---|---|
| | **(Screenshot of the locked home screen for the Samsung Dart, displaying the unlock image at a predefined location on the left side of the touchscreen display)**<br><br>Further, the Samsung Dart includes instructions to detect contact with this unlock image as a user touches and then slides the image to the right to unlock the phone. As is shown below, when the Dart detects contact with the unlock image, the circle containing a representation of the phone's volume on the right side of display disappears and a small green circle appears. This small green circle corresponds to the predefined unlock region. |

| Claim 7 | Infringement by the Samsung Dart |
|---|---|
| | T-Mobile 6:41 PM Monday, June 4 Charging ock<br><br>**(Screenshots of the Samsung Dart detecting a contact with the unlock image on the locked home screen)** |
| to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive | The Samsung Dart's one or more modules include instructions to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>Specifically, the Samsung Dart includes instructions that, as the user touches and slides the unlock image on the locked home screen, cause the Samsung Dart to continuously move the |

| Claim 7 | Infringement by the Samsung Dart |
|---|---|
| user-interface object with which a user interacts in order to unlock the device; and | unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br>**(Screenshots showing the Samsung Dart continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Moreover, the Samsung Dart's unlock image is a graphical, interactive user-interface object, namely a padlock icon on a green background with a circle around it, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 7 | Infringement by the Samsung Dart |
| --- | --- |
| | (**Screenshot showing the unlock image (highlighted in yellow) on the locked Samsung Dart home screen**) |
| to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | The Samsung Dart's one or more modules include instructions to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display.<br><br>Specifically, the Samsung Dart's one or more modules include instructions to unlock when the user slides the green unlock image from its original, predefined location at the left side of the touch screen to a predefined unlock region on the right side of the display. The predefined unlock region is denoted by a small green circle as shown below. When the unlock image |

| Claim 7 | Infringement by the Samsung Dart |
| --- | --- |
| | reaches the green circle, the phone unlocks and all applications on the phone are available to the user.<br><br>**(Screenshots of the Samsung Dart showing the unlock image sliding to the right as a user unlocks the phone)** |

| Claim 8 | Infringement by the Samsung Dart |
|---|---|
| 8. The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement. | The Samsung Dart's one or more modules further comprise instructions to display visual cues to communicate a direction of movement. For example, the Samsung Dart's one or more modules include instructions to display an arrow on the phone's green unlock image on the locked home screen. The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone. The presence of the arrow on the unlock image is shown below.<br><br>(**Screenshot of the Samsung Dart unlock image with the arrow circled in yellow**)<br><br>Moreover, when the Samsung Dart detects user contact with the green unlock image, it displays a small green circle in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement. |

| Claim 8 | Infringement by the Samsung Dart |
|---|---|
| |  |

**(Screenshot of the Samsung Dart as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement (highlighted in red))**

| Claim 10 | Infringement by the Samsung Dart |
|---|---|
| 10. The device of claim 8, wherein said visual cues comprise an arrow indicating a general direction of movement. | The Samsung Dart's one or more modules further comprise instructions to display visual cues to communicate a direction of movement, wherein said visual cues comprise an arrow indicating a general direction of movement. For example, the Samsung Dart's one or more modules include instructions to display an arrow on the right side of the phone's green unlock image on the locked home screen. The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone. The presence of the arrow on the unlock image is shown below.<br>6:41 PM T-Mobile 6:41 PM Monday, June 4 Charging<br>(**Screenshot of the Samsung Dart unlock image with the arrow circled in yellow**) |

| Claim 11 | Infringement by the Samsung Dart |
|---|---|
| 11. A portable electronic device comprising: | To the extent that the preamble of claim 11 may be construed to be limiting, the Samsung Dart is a portable electronic device. Specifically, the Samsung Dart, which is available from T-Mobile, is an Android smartphone with a 3.14'' touch screen display. (*See* Samsung, Dart Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB-specs). It weighs 3.8 oz. and measures 4.09'' (L) x 2.39'' (W) x 0.48'' (D). (*Id.*). It has a processor. (*See id.*). Further, the Samsung Dart is powered by a rechargeable, standard Li-Ion battery. (Samsung Dart User Manual, at 8).<br><br>(Samsung Dart Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB-gallery). |

| Claim 11 | Infringement by the Samsung Dart |
|---|---|
| a touch-sensitive display; | The Samsung Dart comprises a touch-sensitive display. According to the Samsung Dart's User Manual, it has a touch screen display and onscreen keyboard that allow the user to navigate the features of her phone and enter characters. (Samsung Dart User Manual, at 24). A user interacts with the Samsung Dart's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding, meaning quickly dragging a finger vertically or horizontally across the screen. (*Id.* at 25).<br><br>**Navigating Through the Screens**<br>The following terms describe the most common hardware and on-screen actions.<br><br>Press and hold Tap Touch and hold |

| Claim 11 | Infringement by the Samsung Dart |
|---|---|
| | • **Press and hold**: Pressing relates to use of the hardware keys and buttons to select or activate an item. For example: press the Navigation key to scroll through a menu. Some buttons and keys require you to press and hold them to activate a feature, for example, you press the Lock key to lock and unlock the phone.<br>• **Tap**: Use a brief touch to select items on the display or to enter text on the virtual QWERTY keyboard. For example: touch an Application icon to open the application. A light touch works best.<br>• **Touch and hold**: Touch and hold an icon or key to open the available options, or to access a pop-up menu. For example: press and hold from the Home screen to access a menu of customization options.<br>• **Swipe or slide**: Quickly drag your finger vertically or horizontally across the screen. This allows you to move the area of focus or to scroll through a list. For example: slide your finger left or right on the Home screen to scroll among the seven panels. |

| Claim 11 | Infringement by the Samsung Dart |
|---|---|
| | Swipe or slide and Drag<br><br>(*Id.*)<br><br>The ’721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (See ’721 patent 1:25-26 (“Touch-sensitive displays (also known as ‘touch screens’ or ‘touchscreens’) are well known in the art.”). |
| means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state; | The Samsung Dart comprises a means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state. Specifically, when the Dart’s home screen is locked, it displays an unlock image at a predefined location at the left side of the touchscreen. As is shown in the screenshot below, this unlock image is a padlock icon on a green background with a circle around it. |

| Claim 11 | Infringement by the Samsung Dart |
|---|---|
| | **(Screenshot of the locked home screen for the Samsung Dart, displaying the unlock image at a predefined location on the left side of the touchscreen display)** |
| means for detecting contact with the touch-sensitive display; and | The Samsung Dart comprises a means for detecting contact with the touch-sensitive display. The Samsung Dart detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone. As is shown below, when the Dart detects contact with the unlock image, the circle containing a representation of the phone's volume on the right side of display disappears and a small green circle appears. This small green circle corresponds to the predefined unlock region. |

| Claim 11 | Infringement by the Samsung Dart |
|---|---|
| |  **(Screenshot of the Samsung Dart detecting a contact with the unlock image on the locked home screen)** |
| means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Dart comprises a means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>Specifically, as the user touches and slides the unlock image on the locked home screen, the Samsung Dart continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 11 | Infringement by the Samsung Dart |
|---|---|
| |   **(Screenshots showing the Samsung Dart continuously moving the unlock image as a user slides it to the right to unlock the phone)** <br><br>Moreover, the Samsung Dart's unlock image is a graphical, interactive user-interface object, namely a padlock icon on a green background with a circle around it, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 11 | Infringement by the Samsung Dart |
| --- | --- |
| | (**Screenshot showing the unlock image (highlighted in yellow) on the locked Samsung Dart home screen**) |
| means for transitioning the device to a user-interface unlock state if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Dart comprises a means for transitioning the device to a user-interface unlock state if moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>Specifically, the Samsung Dart unlocks when the user slides the green unlock image from its original, predefined location at the left side of the touch screen to a predefined unlock region on the right side of the display. The predefined unlock region is denoted by a small green circle as shown below. When the unlock image reaches the green circle, the phone unlocks and all applications on the phone are available to the user. |

| Claim 11 | Infringement by the Samsung Dart |
| --- | --- |
| | <br>**(Screenshots of the Samsung Dart showing the unlock image sliding to the right as a user unlocks the phone)** |

| Claim 12 | Infringement by the Samsung Dart |
|---|---|
| 12. A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch-sensitive display, cause the portable electronic device to perform a method comprising: | To the extent that the preamble of claim 12 may be construed to be limiting, the Samsung Dart comprises a computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by the Samsung Dart, which is a portable electronic device with a touch-sensitive display, cause the Samsung Dart to perform a method. Specifically, the Samsung Dart, which is available from T-Mobile, is an Android smartphone with a 3.14'' touch screen display. (*See* Samsung, Dart Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB-specs). It weighs 3.8 oz. and measures 4.09'' (L) x 2.39'' (W) x 0.48'' (D). (*Id.*). It has a processor. (*Id.*). Further, the Samsung Dart is powered by a rechargeable, standard Li-Ion battery. (Dart User Manual, at 8).<br><br>(Samsung, Dart Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MAB TMB-gallery). |

| Claim 12 | Infringement by the Samsung Dart |
|---|---|
| | It is equipped with the Android 2.2, Froyo, operating system, as shown below.<br><br>**Android™ 2.2, Froyo, with Full Google Mobile™ Services Integration**<br>The Samsung Dart comes loaded with the crazy-popular Android operating system so you can shop the Google Play™ for over 200,000 apps, many of them free. But the Dart also has full Google Mobile Services built in, including Google Search, Google Navigation, Google Location Sharing, Email, IM and so much more. And it all works together seamlessly.<br><br>(Samsung Dart Overview, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB).<br><br>Samsung promotes slide to unlock as a standard feature of the Samsung Dart. The user guide for the phone instructs users how to use the phone to perform a method to unlock the phone. (*See*, *e.g.*, Dart User Manual, at 11, 24-25, 142). According to the Samsung Dart's User Manual, it has a touch screen display and onscreen keyboard that allow the user to navigate the features of her phone and enter characters. (Samsung Dart User Manual, at 24). A user interacts with the Samsung Dart's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding, meaning quickly dragging a finger vertically or horizontally across the screen. (*Id.* at 25).<br><br>***Navigating Through the Screens***<br>The following terms describe the most common hardware and on-screen actions. |

| Claim 12 | Infringement by the Samsung Dart |
|---|---|
| | Press and hold    Tap    Touch and hold<br><br>• **Press and hold**: Pressing relates to use of the hardware keys and buttons to select or activate an item. For example: press the Navigation key to scroll through a menu. Some buttons and keys require you to press and hold them to activate a feature, for example, you press the Lock key to lock and unlock the phone.<br>• **Tap**: Use a brief touch to select items on the display or to enter text on the virtual QWERTY keyboard. For example: touch an Application icon to open the application. A light touch works best. |

| Claim 12 | Infringement by the Samsung Dart |
| --- | --- |
| | • **Touch and hold**: Touch and hold an icon or key to open the available options, or to access a pop-up menu. For example: press and hold from the Home screen to access a menu of customization options.<br>• **Swipe or slide**: Quickly drag your finger vertically or horizontally across the screen. This allows you to move the area of focus or to scroll through a list. For example: slide your finger left or right on the Home screen to scroll among the seven panels.<br>Swipe or slide and Drag<br>(*Id.*)<br><br>The ’721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (See ’721 patent 1:25-26 (“Touch-sensitive displays (also known as ‘touch screens’ or ‘touchscreens’) are well known in the art.”)). |

| Claim 12 | Infringement by the Samsung Dart |
|---|---|
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Dart detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image. Specifically, when the Samsung Dart's home screen is locked, it displays an unlock image at a predefined location at the left side of the touchscreen. As is shown in the screenshot below, this unlock image is a padlock icon on a green background with a circle around it.<br><br>**(Screenshot of the locked home screen for the Samsung Dart, displaying the unlock image at a predefined location on the left side of the touchscreen display)**<br><br>The Samsung Dart detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone. As is shown below, when the Samsung Dart detects contact with the unlock image, the circle containing a representation of the phone's volume on |

| Claim 12 | Infringement by the Samsung Dart |
|---|---|
| | the right side of display disappears and a small green circle appears. This small green circle corresponds to the predefined unlock region.<br><br>**(Screenshots of the Samsung Dart detecting a contact with the unlock image on the locked home screen)** |
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order | The Samsung Dart continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>Specifically, as the user touches and slides the unlock image on the locked home screen, the Samsung Dart continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 12 | Infringement by the Samsung Dart |
|---|---|
| to unlock the device; and |  <br>**(Screenshots showing the Samsung Dart continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Moreover, the Samsung Dart's unlock image is a graphical, interactive user-interface object, namely a padlock icon on a green background with a circle around it, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 12 | Infringement by the Samsung Dart |
| --- | --- |
| | T-Mobile<br>6:41 PM<br>Monday, June 4<br>Charging<br><br>**(Screenshot showing the unlock image (highlighted in yellow) on the locked Samsung Dart home screen)** |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Dart unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>Specifically, the Samsung Dart unlocks when the user slides the green unlock image from its original, predefined location at the left side of the touch screen to a predefined unlock region on the right side of the display. The predefined unlock region is denoted by a small green circle as shown below. When the unlock image reaches the green circle, the phone unlocks and all applications on the phone are available to the user. |

| Claim 12 | Infringement by the Samsung Dart |
| --- | --- |
| |   (**Screenshots of the Samsung Dart showing the unlock image sliding to the right as a user unlocks the phone**) |

| Claim 13 | Infringement by the Samsung Dart |
|---|---|
| 13. The method of claim 1, wherein the unlock image is a single image. | The Samsung Dart's unlock image is a single image. As described herein, the Samsung Dart performs the claimed method. The user guide for the phone instructs users how to perform the claimed method. (*See, e.g.*, Dart User Manual, at 11, 24-25, 142).<br><br>For example, the Samsung Dart's unlock image is padlock icon on a green background with a circle around it, as is shown below. A user slides this icon to the right to unlock the phone, as explained above.<br><br>6:41 PM T-Mobile 6:41 PM Monday, June 4 Charging<br><br>(**Screenshot showing single Samsung Dart unlock image highlighted in yellow**) |

| Claim 14 | Infringement by the Samsung Dart |
|---|---|
| 14. The device of claim 7, wherein the unlock image is a single image. | The Samsung Dart's unlock image is a single image. For example, the Samsung Dart's unlock image is padlock icon on a green background with a circle around it, as is shown below. A user slides this icon to the right to unlock the phone, as explained above.<br><br>6:41 PM<br>T-Mobile<br>6:41 PM<br>Monday, June 4<br>Charging<br><br>(**Screenshot showing single Samsung Dart unlock image highlighted in yellow**) |

| Claim 15 | Infringement by the Samsung Dart |
|---|---|
| 15. The computer readable storage medium of claim 12, wherein the unlock image is a single image. | The Samsung Dart's unlock image is a single image. For example, the Samsung Dart's unlock image is padlock icon on a green background with a circle around it, as is shown below. A user slides this icon to the right to unlock the phone, as explained above. <br> **(Screenshot showing single Samsung Dart unlock image highlighted in yellow)** |