**INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE SAMSUNG TRANSFORM ULTRA (SPH-M930)**

| Claim 1 | Infringement by the Samsung Transform Ultra |
|---|---|
| 1. A method of unlocking a hand-held device, the device including a touch-sensitive display, the method comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Transform Ultra is a hand-held device including a touch-sensitive display. Specifically, the Samsung Transform Ultra is an Android smartphone, which is available from Sprint, with a 3.5'' HVGA TFT touch screen display. (*See* Samsung, Transform Ultra Specifications, http://www.samsung.com /us/mobile/cell-phones/SPH-M930ZKASPR-specs). It weighs 4.9 oz. and measures 4.57'' (L) x 2.40'' (W) x 0.55'' (D). (*Id.*). It has a 1 GHz Snapdragon processor. (*Id.*). (Samsung, Transform Ultra Gallery, http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR-gallery). |

[1] Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Transform Ultra |
|---|---|
| | **Display**<br>Main Display Size — 3.5" Display<br><br>(Samsung Transform Ultra Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR-specs).<br><br>As described below, the Samsung Transform Ultra performs the claimed method. Samsung promotes slide to unlock as a standard feature of the phone. The user guide for the phone instructs users how to perform the claimed method. (*See, e.g.*, Samsung, Transform Ultra User Guide, at 22-23, 32-33 (2011)). According to the Samsung Transform Ultra's User Guide, the "device's touchscreen lets you control actions through a variety of touch gestures." (Samsung Transform Ultra User Guide, at 22). A user interacts with the Samsung Transform Ultra's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to open them, or swiping/sliding, meaning quickly dragging a finger vertically or horizontally across the screen. (*Id.* at 22-23).<br><br>*Touchscreen Navigation*<br>Your device's touchscreen lets you control actions through a variety of touch gestures.<br><br>*Tap*<br>When you want to type using the onscreen keyboard, select items onscreen such as application and settings icons, or press onscreen buttons, simply tap them with your finger.<br><br>*Touch and Hold*<br>To open the available options for an item (for example, a contact or link in a Web page), touch and hold the item. |

| Claim 1 | Infringement by the Samsung Transform Ultra |
|---|---|
| | *Swipe or Slide*<br><br>To swipe or slide means to quickly drag your finger vertically or horizontally across the screen.<br><br>*Drag*<br><br>To drag, press and hold your finger with some pressure before you start to move your finger. While dragging, do not release your finger until you have reached the target position.<br><br>*Flick*<br><br>Flicking the screen is similar to swiping, except that you need to swipe your finger in light, quick strokes. This finger gesture is always in a vertical direction, such as when flicking the contacts or message list.<br>(*Id.*).<br><br>To unlock the screen, a user slides an unlock icon to a predefined unlock region on the right side of the touch screen display, as shown in the excerpt from the Transform Ultra User Manual below.<br>*Turn the Screen On and Unlock It*<br><br>1. To turn the screen on, press the **Power** button.<br><br>2. Drag to the right to unlock the screen.<br>(*Id.* at 22).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (See '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |

| Claim 1 | Infringement by the Samsung Transform Ultra |
|---|---|
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Transform Ultra detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image. For example, when the Transform Ultra's home screen is locked, it displays an unlock image at a predefined location at the left side of the touchscreen. As is shown in the screenshot below, this unlock image is a padlock icon on a green background with a circle around it.<br><br>3:01 PM<br>3:01 PM<br>Tuesday, June 12<br>Charging (1%)<br><br>**(Screenshot of the locked home screen for the Samsung Transform Ultra, displaying the unlock image at a predefined location on the left side of the touchscreen display)** |

| Claim 1 | Infringement by the Samsung Transform Ultra |
|---|---|
| | The Samsung Transform Ultra detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone. As is shown below, when the Transform Ultra detects contact with the unlock image, the circle containing a representation of the phone's volume on the right side of display disappears and a small green circle appears. This small green circle corresponds to the predefined unlock region.<br><br>3:02 PM<br>3:02 PM<br>Tuesday, June 12<br>Charging (1%)<br><br>**(Screenshots of the Samsung Transform Ultra detecting a contact with the unlock image on the locked home screen)** |

| Claim 1 | Infringement by the Samsung Transform Ultra |
|---|---|
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Transform Ultra continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the unlock image on the locked home screen, the Samsung Transform Ultra continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br><br><br><br>**(Screenshots showing the Samsung Transform Ultra continuously moving the unlock image as a user slides it to the right to unlock the phone)** |

| Claim 1 | Infringement by the Samsung Transform Ultra |
| --- | --- |
| | Moreover, the Samsung Transform Ultra's unlock image is a graphical, interactive user-interface object, namely a padlock icon on a green background with a circle around it, as shown below, that the user touches and then slides across the touchscreen to unlock the phone.<br><br>**(Screenshot showing the unlock image (highlighted in yellow) on the locked Samsung Transform Ultra home screen)** |

| Claim 1 | Infringement by the Samsung Transform Ultra |
|---|---|
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Transform Ultra unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. For example, the Samsung Transform Ultra unlocks when the user slides the green unlock image from its original, predefined location at the left side of the touch screen to a predefined unlock region on the right side of the display. The predefined unlock region is denoted by a small green circle, as shown below. When the unlock image reaches this green circle, the phone unlocks and all applications on the phone are available to the user.       (**Screenshots of the Samsung Transform Ultra showing the unlock image sliding to the right as a user unlocks the phone**) |

| Claim 3 | Infringement by the Samsung Transform Ultra |
| --- | --- |
| 3. The method of claim 1, wherein the moving comprises movement along a predefined channel from the first predefined location to the predefined unlock region. | The Samsung Transform Ultra comprises movement along a predefined channel from the first predefined location to the predefined unlock region, as shown below. As described herein, the Samsung Transform Ultra performs the claimed method. The user guide for the phone instructs users how to perform the claimed method. (*See, e.g.*, Samsung Transform Ultra User Guide, at 22-23, 32-33).<br><br>To unlock the Samsung Transform Ultra, the user moves the green unlock image from a predefined location at the left side of the screen along a predefined channel to the predefined unlock region on the right side of the Samsung Transform Ultra's screen. The predefined channel is highlighted in green in the screenshots below.<br><br>3:02 PM 3:02 PM Tuesday, June 12 Charging (1%) — 3:02 PM 3:02 PM Tuesday, June 12 Charging (1%) Unlock<br><br>(**Screenshots of the Samsung Transform Ultra with the predefined channel highlighted in green**) |

| Claim 4 | Infringement by the Samsung Transform Ultra |
|---|---|
| 4. The method of claim 1, further comprising displaying visual cues to communicate a direction of movement of the unlock image required to unlock the device. | The Samsung Transform Ultra displays visual cues to communicate a direction of movement of the unlock image required to unlock the device, as shown below. As described herein, the Samsung Transform Ultra performs the claimed method. The user guide for the phone instructs users how to perform the claimed method. (*See, e.g.*, Samsung Transform Ultra User Guide, at 22-23, 32-33).<br><br>The Samsung Transform Ultra displays an arrow on the phone's green unlock image on the locked home screen. The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone. The presence of the arrow on the unlock image is shown below.<br><br><br><br>(**Screenshot of the Samsung Transform Ultra unlock image with the arrow circled in yellow**) |

| Claim 4 | Infringement by the Samsung Transform Ultra |
|---|---|
| | Moreover, when the Samsung Transform Ultra detects user contact with the green unlock image, it displays a small green circle in the predefined unlock region on the right side of the display, providing the user with an additional visual cue regarding the direction of movement.<br>**(Screenshot of the Samsung Transform Ultra as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement (highlighted in red))** |

| Claim 6 | Infringement by the Samsung Transform Ultra |
|---|---|
| 6. The method of claim 4, wherein said visual cues comprise an arrow indicating a general direction of movement. | The Samsung Transform Ultra displays visual cues comprising an arrow indicating a general direction of movement, as shown below. As described herein, the Samsung Transform Ultra performs the claimed method. The user guide for the phone instructs users how to perform the claimed method. (*See, e.g.*, Samsung Transform Ultra User Guide, at 22-23, 32-33).<br><br>For example, the Samsung Transform Ultra displays an arrow on the right side of the phone's green unlock image on the locked home screen. The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone. The presence of the arrow on the unlock image is shown below.<br><br>3:01 PM<br>3:01 PM<br>Tuesday, June 12<br>Charging (1%)<br><br>**(Screenshot of the Samsung Transform Ultra unlock image with the arrow circled in yellow)** |

| Claim 7 | Infringement by the Samsung Transform Ultra |
|---|---|
| 7. A portable electronic device, comprising: | To the extent that the preamble of claim 7 may be construed to be limiting, the Samsung Transform Ultra is a portable electronic device. Specifically, the Samsung Transform Ultra is an Android smartphone, which is available from Sprint, with a 3.5'' HVGA TFT touch screen display. (*See* Samsung, Transform Ultra Specifications, http://www.samsung.com /us/mobile/cell-phones/SPH-M930ZKASPR-specs). It weighs 4.9 oz. and measures 4.57'' (L) x 2.40'' (W) x 0.55'' (D). (*Id.*). The Samsung Transform Ultra is powered by a rechargeable Lithium ion battery. (Samsung Transform Ultra User Guide, at 13). Further, the Transform Ultra is equipped with the Android 2.3, Gingerbread, operating system. (Samsung Transform Ultra Overview, http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR).<br>(Samsung, Transform Ultra Gallery, http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR-gallery). |

| Claim 7 | Infringement by the Samsung Transform Ultra |
|---|---|
| a touch-sensitive display; | The Samsung Transform Ultra comprises a touch-sensitive display.<br><br>For example, according to the Samsung Transform Ultra's User Guide, the "device's touchscreen lets you control actions through a variety of touch gestures." (Samsung Transform Ultra User Guide, at 22 (2011)). A user interacts with the Samsung Transform Ultra's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to open them, or swiping/sliding, meaning quickly dragging a finger vertically or horizontally across the screen. (*Id.* at 22-23).<br><br>**Touchscreen Navigation**<br>Your device's touchscreen lets you control actions through a variety of touch gestures.<br><br>*Tap*<br>When you want to type using the onscreen keyboard, select items onscreen such as application and settings icons, or press onscreen buttons, simply tap them with your finger.<br><br>*Touch and Hold*<br>To open the available options for an item (for example, a contact or link in a Web page), touch and hold the item.<br><br>*Swipe or Slide*<br>To swipe or slide means to quickly drag your finger vertically or horizontally across the screen. |

| Claim 7 | Infringement by the Samsung Transform Ultra |
|---|---|
| | *Drag*<br>To drag, press and hold your finger with some pressure before you start to move your finger. While dragging, do not release your finger until you have reached the target position.<br>*Flick*<br>Flicking the screen is similar to swiping, except that you need to swipe your finger in light, quick strokes. This finger gesture is always in a vertical direction, such as when flicking the contacts or message list.<br>(*Id.*).<br><br>To unlock the screen, a user slides an unlock icon to a predefined unlock region on the right side of the touch screen display, as shown in the excerpt from the Transform Ultra User Manual below.<br>*Turn the Screen On and Unlock It*<br>1. To turn the screen on, press the **Power** button.<br>2. Drag to the right to unlock the screen.<br>(*Id.* at 22).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (See '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |

| Claim 7 | Infringement by the Samsung Transform Ultra |
|---|---|
| memory; | The Samsung Transform Ultra comprises memory.<br><br>Specifically, the Samsung Transform Ultra has internal memory, as shown in the screenshot below, and is compatible with an SD card.<br><br> |
| one or more processors; | The Samsung Transform Ultra comprises one or more processers.<br><br>For example, the Samsung Transform Ultra features a 1 GHz Snapdragon processor, as shown below. (*Id.*). |

| Claim 7 | Infringement by the Samsung Transform Ultra |
|---|---|
| | **Process information with the speed of a Snapdragon.**<br>The Transform™ Ultra gives you a 1GHz Snapdragon processor. You'll have faster response time, smoother streaming and less buffering. Now when you're watching a movie, it keeps moving.<br><br>(Samsung, Transform Ultra Overview, http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR). |
| one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | The Samsung Transform Ultra comprises one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions.<br><br>The Samsung Transform Ultra contains, among other modules, a contact/motion module in its memory that is configured for execution by the Samsung Transform Ultra's processor. This module allows the Samsung Transform Ultra to detect contact with the touchscreen. The Samsung Transform Ultra User Guide discloses some of those contacts that the contact/motion module detects, as shown below.<br><br>*Touchscreen Navigation*<br>Your device's touchscreen lets you control actions through a variety of touch gestures.<br>*Tap*<br>When you want to type using the onscreen keyboard, select items onscreen such as application and settings icons, or press onscreen buttons, simply tap them with your finger.<br>*Touch and Hold*<br>To open the available options for an item (for example, a contact or link in a Web page), touch and hold the item. |

| Claim 7 | Infringement by the Samsung Transform Ultra |
|---|---|
| | *Swipe or Slide*<br><br>To swipe or slide means to quickly drag your finger vertically or horizontally across the screen.<br><br>*Drag*<br><br>To drag, press and hold your finger with some pressure before you start to move your finger. While dragging, do not release your finger until you have reached the target position.<br><br>*Flick*<br><br>Flicking the screen is similar to swiping, except that you need to swipe your finger in light, quick strokes. This finger gesture is always in a vertical direction, such as when flicking the contacts or message list.<br>(*Id.*).<br><br>To unlock the screen, a user slides an unlock icon to a predefined unlock region on the right side of the touch screen display, as shown in the excerpt from the Transform Ultra User Manual below.<br>*Turn the Screen On and Unlock It*<br><br>1. To turn the screen on, press the **Power** button.<br><br>2. Drag to the right to unlock the screen.<br>(*Id.* at 22). |
| to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image; | The Samsung Transform Ultra's one or more modules include instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image.<br><br>For example, the Samsung Transform Ultra includes instructions to, when the Transform Ultra's home screen is locked, display an unlock image at a predefined location at the left side of the touchscreen. As is shown in the screenshot below, this unlock image is a padlock icon on a |

| Claim 7 | Infringement by the Samsung Transform Ultra |
|---|---|
| | green background with a circle around it.<br><br>**(Screenshot of the locked home screen for the Samsung Transform Ultra, displaying the unlock image at a predefined location on the left side of the touchscreen display)**<br><br>Further, the Samsung Transform Ultra includes instructions to detect contact with this unlock image as a user touches and then slides the image to the right to unlock the phone. As is shown below, when the Transform Ultra detects contact with the unlock image, the circle containing a representation of the phone's volume on the right side of display disappears and a small green circle appears. This small green circle corresponds to the predefined unlock region. |

| Claim 7 | Infringement by the Samsung Transform Ultra |
|---|---|
| | **(Screenshots of the Samsung Transform Ultra detecting a contact with the unlock image on the locked home screen)** |
| to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Transform Ultra's one or more modules include instructions to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, the Samsung Transform Ultra includes instructions that, as the user touches and slides the unlock image on the locked home screen, cause the Samsung Transform Ultra to continuously move the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 7 | Infringement by the Samsung Transform Ultra |
|---|---|
| | <br>**(Screenshots showing the Samsung Transform Ultra continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Moreover, the Samsung Transform Ultra's unlock image is a graphical, interactive user-interface object, namely a padlock icon on a green background with a circle around it, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 7 | Infringement by the Samsung Transform Ultra |
|---|---|
| | **(Screenshot showing the unlock image (highlighted in yellow) on the locked Samsung Transform Ultra home screen)** |
| to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | The Samsung Transform Ultra's one or more modules include instructions to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display.<br><br>For example, the Samsung Transform Ultra's one or more modules include instructions to unlock when the user slides the green unlock image from its original, predefined location at the left side of the touch screen to a predefined unlock region on the right side of the display. The predefined |

| Claim 7 | Infringement by the Samsung Transform Ultra |
|---|---|
| | unlock region is denoted by a small green circle as shown below. When the unlock image reaches the green circle, the phone unlocks and all applications on the phone are available to the user.<br><br>3:02 PM 3:02 PM Tuesday, June 12 Charging (1%)<br>3:02 PM 3:02 PM Tuesday, June 12 Charging (1%) Unlock<br>3:02 PM Google Swipe side to side to see additional desktops Search Email Contacts Messaging Market<br><br>**(Screenshots of the Samsung Transform Ultra showing the unlock image sliding to the right as a user unlocks the phone)** |

| Claim 8 | Infringement by the Samsung Transform Ultra |
|---|---|
| 8. The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement. | The Samsung Transform Ultra's one or more modules further comprise instructions to display visual cues to communicate a direction of movement. For example, the Samsung Transform Ultra's one or more modules include instructions to display an arrow on the phone's green unlock image on the locked home screen. The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone. The presence of the arrow on the unlock image is shown below.<br>3:01 PM<br>3:01 PM<br>Tuesday, June 12<br>Charging (1%)<br>**(Screenshot of the Samsung Transform Ultra unlock image with the arrow circled in yellow)**<br>Moreover, when the Samsung Transform Ultra detects user contact with the green unlock image, it displays a small green circle in the predefined unlock region on the right side of the |

| Claim 8 | Infringement by the Samsung Transform Ultra |
|---|---|
| | display, providing the user with an additional visual cue regarding the direction of movement.<br><br>**(Screenshot of the Samsung Transform Ultra as it is detecting contact with the unlock image, displaying a second visual cue regarding direction of movement (highlighted in red))** |

| Claim 10 | Infringement by the Samsung Transform Ultra |
|---|---|
| 10. The device of claim 8, wherein said visual cues comprise an arrow indicating a general direction of movement. | The Samsung Transform Ultra's one or more modules further comprise instructions to display visual cues to communicate a direction of movement, wherein said visual cues comprise an arrow indicating a general direction of movement. For example, the Samsung Transform Ultra's one or more modules include instructions to display an arrow on the right side of the phone's green unlock image on the locked home screen. The arrow is a visual cue that directs the user to slide the image to the right to unlock the phone. The presence of the arrow on the unlock image is shown below.<br>3:01 PM<br>3:01 PM<br>Tuesday, June 12<br>Charging (1%)<br>**(Screenshot of the Samsung Transform Ultra unlock image with the arrow circled in yellow)** |

| Claim 11 | Infringement by the Samsung Transform Ultra |
|---|---|
| 11. A portable electronic device comprising: | To the extent that the preamble of claim 11 may be construed to be limiting, the Samsung Transform Ultra is a portable electronic device. Specifically, the Samsung Transform Ultra is an Android smartphone, which is available from Sprint, with a 3.5'' HVGA TFT touch screen display. (*See* Samsung, Transform Ultra Specifications, http://www.samsung.com /us/mobile/cell-phones/SPH-M930ZKASPR-specs). It weighs 4.9 oz. and measures 4.57'' (L) x 2.40'' (W) x 0.55'' (D). (*Id.*). It has 1 GHz Snapdragon processor. (*See* Samsung Transform Ultra Overview, http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR). Further, the Samsung Transform Ultra is powered by a rechargeable, standard Li-Ion battery. (Samsung Transform Ultra User Guide, at 13).<br>(Samsung, Transform Ultra Gallery, http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR-gallery). |

| Claim 11 | Infringement by the Samsung Transform Ultra |
|---|---|
| a touch-sensitive display; | The Samsung Transform Ultra comprises a touch-sensitive display. For example, according to the Samsung Transform Ultra's User Guide, the "device's touchscreen lets you control actions through a variety of touch gestures." (Samsung Transform Ultra User Guide, at 22 (2011)). A user interacts with the Samsung Transform Ultra's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to open them, or swiping/sliding, meaning quickly dragging a finger vertically or horizontally across the screen. (*Id.* at 22-23).<br><br>**Touchscreen Navigation**<br>Your device's touchscreen lets you control actions through a variety of touch gestures.<br><br>*Tap*<br>When you want to type using the onscreen keyboard, select items onscreen such as application and settings icons, or press onscreen buttons, simply tap them with your finger.<br><br>*Touch and Hold*<br>To open the available options for an item (for example, a contact or link in a Web page), touch and hold the item.<br><br>*Swipe or Slide*<br>To swipe or slide means to quickly drag your finger vertically or horizontally across the screen. |

| Claim 11 | Infringement by the Samsung Transform Ultra |
|---|---|
| | *Drag*<br><br>To drag, press and hold your finger with some pressure before you start to move your finger. While dragging, do not release your finger until you have reached the target position.<br><br>*Flick*<br><br>Flicking the screen is similar to swiping, except that you need to swipe your finger in light, quick strokes. This finger gesture is always in a vertical direction, such as when flicking the contacts or message list.<br>(*Id.*).<br><br>To unlock the screen, a user slides an unlock icon to a predefined unlock region on the right side of the touch screen display, as shown in the excerpt from the Transform Ultra User Manual below.<br>*Turn the Screen On and Unlock It*<br><br>1. To turn the screen on, press the **Power** button.<br><br>2. Drag to the right to unlock the screen.<br>(*Id.* at 22).<br><br>The ’721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (See ’721 patent 1:25-26 (“Touch-sensitive displays (also known as ‘touch screens’ or ‘touchscreens’) are well known in the art.”)). |

| Claim 11 | Infringement by the Samsung Transform Ultra |
|---|---|
| means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state; | The Samsung Transform Ultra comprises a means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state. Specifically, when the Transform Ultra's home screen is locked, it displays an unlock image at a predefined location at the left side of the touchscreen. As is shown in the screenshot below, this unlock image is a padlock icon on a green background with a circle around it.<br><br>3:01 PM<br>3:01 PM<br>Tuesday, June 12<br>Charging (1%)<br><br>**(Screenshot of the locked home screen for the Samsung Transform Ultra, displaying the unlock image at a predefined location on the left side of the touchscreen display)** |

| Claim 11 | Infringement by the Samsung Transform Ultra |
|---|---|
| means for detecting contact with the touch-sensitive display; and | The Samsung Transform Ultra comprises a means for detecting contact with the touch-sensitive display. For example, the Samsung Transform Ultra detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone. As is shown below, when the Transform Ultra detects contact with the unlock image, the circle containing a representation of the phone's volume on the right side of display disappears and a small green circle appears. This small green circle corresponds to the predefined unlock region.<br><br>**(Screenshot of the Samsung Transform Ultra detecting a contact with the unlock image on the locked home screen)** |

<table>
<tr><th>Claim 11</th><th>Infringement by the Samsung Transform Ultra</th></tr>
<tr><td>means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and</td><td>The Samsung Transform Ultra comprises a means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the unlock image on the locked home screen, the Samsung Transform Ultra continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br><br><br><br>(Screenshots showing the Samsung Transform Ultra continuously moving the unlock image as a user slides it to the right to unlock the phone)<br><br>Moreover, the Samsung Transform Ultra's unlock image is a graphical, interactive user-interface object, namely a padlock icon on a green background with a circle around it, that the user touches and then slides across the touchscreen to unlock the phone, as shown below.</td></tr>
</table>

| Claim 11 | Infringement by the Samsung Transform Ultra |
|---|---|
| | 3:01 PM<br>3:01 PM<br>Tuesday, June 12<br>Charging (1%)<br><br>**(Screenshot showing the unlock image (highlighted in yellow) on the locked Samsung Transform Ultra home screen)** |
| means for transitioning the device to a user-interface unlock state if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Transform Ultra comprises a means for transitioning the device to a user-interface unlock state if moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>Specifically, the Samsung Transform Ultra unlocks when the user slides the green unlock image from its original, predefined location at the left side of the touch screen to a predefined unlock region on the right side of the display. The predefined unlock region is denoted by a small green |

| Claim 11 | Infringement by the Samsung Transform Ultra |
|---|---|
| | circle as shown below. When the unlock image reaches the green circle, the phone unlocks and all applications on the phone are available to the user.<br><br>**(Screenshots of the Samsung Transform Ultra showing the unlock image sliding to the right as a user unlocks the phone)** |

| Claim 12 | Infringement by the Samsung Transform Ultra |
|---|---|
| 12. A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch-sensitive display, cause the portable electronic device to perform a method comprising: | To the extent that the preamble of claim 12 may be construed to be limiting, the Samsung Transform Ultra comprises a computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by the Samsung Transform Ultra, which is a portable electronic device with a touch-sensitive display, cause the Samsung Transform Ultra to perform a method. For example, the Samsung Transform Ultra is an Android smartphone, which is available from Sprint, with a 3.5'' HVGA TFT touch screen display. (*See* Samsung, Transform Ultra Specifications, http://www.samsung.com /us/mobile/cell-phones/SPH-M930ZKASPR-specs). It weighs 4.9 oz. and measures 4.57'' (L) x 2.40'' (W) x 0.55'' (D). (*Id.*). It has 1 GHz Snapdragon processor. (*See* Samsung Transform Ultra Overview, http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR). |

| Claim 12 | Infringement by the Samsung Transform Ultra |
|---|---|
| | Further, the Samsung Transform Ultra is powered by a rechargeable, standard Li-Ion battery. (Transform Ultra User Guide, at 13).<br><br>(Samsung, Transform Ultra Gallery, http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR-gallery).<br><br>It is equipped with the Android 2.3.6, Gingerbread, operating system, as shown in the screenshot below. |

| Claim 12 | Infringement by the Samsung Transform Ultra |
|---|---|
| | 4:43 PM<br>About phone<br>Legal information<br>Model number<br>SPH-M930<br>Android version<br>2.3.6<br>Baseband version<br>S:M930.02 x.FD11<br>Kernel version<br>2.6.35.7<br>Build number<br>GINGERBREAD.FD11<br>Hardware version<br><br>Samsung promotes slide to unlock as a standard feature of the Samsung Transform Ultra. The user guide for the phone instructs users how to use the phone to perform a method to unlock the phone. (*See, e.g.*, Samsung Transform Ultra User Guide, at 22-23, 32-33). According to the Samsung Transform Ultra's User Guide, the "device's touchscreen lets you control actions through a variety of touch gestures." (Samsung Transform Ultra User Guide, at 22 (2011)). A user interacts with the Samsung Transform Ultra's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to open them, or swiping/sliding, meaning quickly dragging a finger vertically or horizontally across the screen. (*Id.* at 22-23). |

| Claim 12 | Infringement by the Samsung Transform Ultra |
|---|---|
| | *Touchscreen Navigation*<br>Your device's touchscreen lets you control actions through a variety of touch gestures.<br>*Tap*<br>When you want to type using the onscreen keyboard, select items onscreen such as application and settings icons, or press onscreen buttons, simply tap them with your finger.<br>*Touch and Hold*<br>To open the available options for an item (for example, a contact or link in a Web page), touch and hold the item.<br>*Swipe or Slide*<br>To swipe or slide means to quickly drag your finger vertically or horizontally across the screen.<br>*Drag*<br>To drag, press and hold your finger with some pressure before you start to move your finger. While dragging, do not release your finger until you have reached the target position.<br>*Flick*<br>Flicking the screen is similar to swiping, except that you need to swipe your finger in light, quick strokes. This finger gesture is always in a vertical direction, such as when flicking the contacts or message list.<br>(*Id.*).<br><br>To unlock the screen, a user slides an unlock icon to a predefined unlock region on the right side of the touch screen display, as shown in the excerpt from the Transform Ultra User Manual below. |

| Claim 12 | Infringement by the Samsung Transform Ultra |
|---|---|
| | *Turn the Screen On and Unlock It*<br><br>1. To turn the screen on, press the **Power** button.<br><br>2. Drag [unlock icon] to the right to unlock the screen.<br>(*Id.* at 22).<br><br>The ’721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (See ’721 patent 1:25-26 (“Touch-sensitive displays (also known as ‘touch screens’ or ‘touchscreens’) are well known in the art.”)). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Transform Ultra detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.<br><br>For example, when the Samsung Transform Ultra’s home screen is locked, it displays an unlock image at a predefined location at the left side of the touchscreen. As is shown in the screenshot below, this unlock image is a padlock icon on a green background with a circle around it. |

| Claim 12 | Infringement by the Samsung Transform Ultra |
|---|---|
| | <br><br>**(Screenshot of the locked home screen for the Samsung Transform Ultra, displaying the unlock image at a predefined location on the left side of the touchscreen display)**<br><br>The Samsung Transform Ultra detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone.  As is shown below, when the Samsung Transform Ultra detects contact with the unlock image, the circle containing a representation of the phone's volume on the right side of display disappears and a small green circle appears.  This small green circle corresponds to the predefined unlock region. |

| Claim 12 | Infringement by the Samsung Transform Ultra |
|---|---|
| | (Screenshots of the Samsung Transform Ultra detecting a contact with the unlock image on the locked home screen) |
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Transform Ultra continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the unlock image on the locked home screen, the Samsung Transform Ultra continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 12 | Infringement by the Samsung Transform Ultra |
|---|---|
| | <br>(**Screenshots showing the Samsung Transform Ultra continuously moving the unlock image as a user slides it to the right to unlock the phone**)<br><br>Moreover, the Samsung Transform Ultra's unlock image is a graphical, interactive user-interface object, namely a padlock icon on a green background with a circle around it, that the user touches and then slides across the touchscreen to unlock the phone, as shown below. |

| Claim 12 | Infringement by the Samsung Transform Ultra |
|---|---|
| |  <br>(**Screenshot showing the unlock image (highlighted in yellow) on the locked Samsung Transform Ultra home screen**) |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Transform Ultra unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>For example, the Samsung Transform Ultra unlocks when the user slides the green unlock image from its original, predefined location at the left side of the touch screen to a predefined unlock region on the right side of the display. The predefined unlock region is denoted by a small green circle as shown below. When the unlock image reaches the green circle, the phone unlocks and |

| Claim 12 | Infringement by the Samsung Transform Ultra |
|---|---|
| | all applications on the phone are available to the user.<br><br>**(Screenshots of the Samsung Transform Ultra showing the unlock image sliding to the right as a user unlocks the phone)** |

| Claim 13 | Infringement by the Samsung Transform Ultra |
|---|---|
| 13. The method of claim 1, wherein the unlock image is a single image. | The Samsung Transform Ultra's unlock image is a single image, as shown below. As described herein, the Samsung Transform Ultra performs the claimed method. The user guide for the phone instructs users how to perform the claimed method. (*See, e.g.*, Samsung Transform Ultra User Guide, at 22-23, 32-33).<br><br>For example, the Samsung Transform Ultra's unlock image is padlock icon on a green background with a circle around it, as is shown below. A user slides this icon to the right to unlock the phone, as explained above.<br><br><br><br>**(Screenshot showing single Samsung Transform Ultra unlock image highlighted in yellow)** |

| Claim 14 | Infringement by the Samsung Transform Ultra |
|---|---|
| 14. The device of claim 7, wherein the unlock image is a single image. | The Samsung Transform Ultra's unlock image is a single image. In particular, the Samsung Transform Ultra's unlock image is padlock icon on a green background with a circle around it, as is shown below. A user slides this icon to the right to unlock the phone, as explained above.<br>3:01 PM 3:01 PM Tuesday, June 12 Charging (1%)<br>**(Screenshot showing single Samsung Transform Ultra unlock image highlighted in yellow)** |

| Claim 15 | Infringement by the Samsung Transform Ultra |
|---|---|
| 15. The computer readable storage medium of claim 12, wherein the unlock image is a single image. | The Samsung Transform Ultra's unlock image is a single image. In particular, the Samsung Transform Ultra's unlock image is padlock icon on a green background with a circle around it, as is shown below. A user slides this icon to the right to unlock the phone, as explained above.<br><br>**(Screenshot showing single Samsung Transform Ultra unlock image highlighted in yellow)** |