INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE SAMSUNG ILLUSION (SCH-I110)

| Claim 1 | Infringement by the Samsung Illusion |
|---|---|
| 1.  A method of unlocking a hand-held device, the device including a touch-sensitive display, the method comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Illusion is a hand-held device including a touch-sensitive display.  Specifically, the Samsung Illusion is an Android smartphone, which is available from Verizon, with a 3.5'' touch screen display.  (*See* Samsung, Illusion Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I110ZKAVZW-specs).  It weighs 4.2 oz. and measures 4.50'' (L) x 2.36'' (W) x 0.46'' (D).  (*Id.*).<br><br><br><br>(Samsung, Illusion Gallery, http://www.samsung.com/us/mobile/cell-phones/SCH-I110ZKAVZW-gallery). |

---

[1]  Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Illusion |
|---------|--------------------------------------|
| | **Display** |
| | Main Display Size — 3.5" Display |
| | (Samsung, Illusion Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I110ZKAVZW-specs). |
| | As described below, the Samsung Illusion performs the claimed method.  Samsung promotes slide to unlock as a standard feature of the Samsung Illusion.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Samsung, Illusion All Digital Android Smartphone User Manual, at 14, 19-20, 36, 114, 116 (2011) [hereinafter "Illusion User Manual"]).  According to the Samsung Illusion's User Guide, it has a touch screen that allows the user to navigate the device and responds "to a light touch from the pad of your finger." (Illusion User Manual, at 19).  A user interacts with the Samsung Illusion through a variety of finger gestures, including, for example, touching items on the touchscreen to select or launch them, touching and holding screen items to activate them, or flicking and sliding, meaning flicking or sliding "your finger vertically or horizontally across the screen."  (*Id.* at 20). |
| | *Finger Gestures* |
| | **Touch** |
| | Touch items to select or launch them. For example: |
| | • Touch the on screen keyboard to enter characters or text. |
| | • Touch an item to select it. |
| | • Touch an application's icon to launch the application. |

| Claim 1 | Infringement by the Samsung Illusion |
|---------|--------------------------------------|
|         | **Touch and Hold**<br><br>Activate onscreen items by a touch and hold gesture. For example:<br>• Touch and hold a widget on the home screen to move it.<br>• Touch and hold on a field to display a pop-up menu of options.<br><br>**Flick or drag**<br><br>Flick or slide your finger vertically or horizontally across the screen. For example:<br>• Unlocking the screen<br>• Scrolling the Home screen or a menu<br><br>**Pinch**<br><br>Using two fingers, make a pinch motion on the screen. For example:<br>• Pinch in to zoom in on pictures or screens.<br>• Pinch out to zoom out on pictures or screens.<br><br>(Illusion User Manual, at 20). |

| Claim 1 | Infringement by the Samsung Illusion |
|---|---|
| | **Unlocking the phone**<br><br>Unlock the phone using one of the default unlock screens, or for increased security, use a personal screen lock PIN, password, or pattern.<br><br>▶ Press the ⏻ **Power/Lock Key**, then touch and drag the puzzle piece to fit the empty space.<br><br>(Illusion User Manual, at 14).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Illusion detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.<br><br>For example, when the Illusion's home screen is locked, it contains an unlock image at a predefined location at the left side of the touchscreen.  As is shown in the screenshot below, this unlock image is a gray puzzle piece containing the representation of an unlocked padlock. |

| Claim 1 | Infringement by the Samsung Illusion |
|---------|--------------------------------------|
| |  **(Screenshot of the locked home screen for the Illusion, displaying the unlock image at a predefined location on the left side of the touchscreen display)** <br><br> The Samsung Illusion detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone.  In addition to the unlock image, a predefined unlock region appears on the locked home screen.  As is shown in the screenshot above, this predefined unlock region is a representation of a missing puzzle piece.  As is shown below, when the Samsung Illusion detects contact with the unlock image, the region representing the missing puzzle piece changes color from gray to blue and is outlined in white. |

| Claim 1 | Infringement by the Samsung Illusion |
|---------|--------------------------------------|
| | <br><br>**(Screenshot of the Samsung Illusion detecting a contact with the unlock image on the locked home screen)**<br><br>Additionally, when the Samsung Illusion is locked and the user receives a text message or misses a call, the Samsung Illusion displays messaging and missed call unlock images, respectively.  The messaging unlock image is a green puzzle piece containing a representation of the messaging application while the missed call unlock image is an orange puzzle piece containing a representation of a phone.  The Samsung Illusion detects contact with these unlock image as a user touches and then slides the images to the empty space.  Just as with the general unlock image, when the Samsung Illusion detects contact with these unlock images, the unlock region representing the missing puzzle piece changes from gray to multi-colored, reflecting the background image on the screen. |

| Claim 1 | Infringement by the Samsung Illusion |
|---|---|
|  | <br><br>**(Screenshot of the locked Samsung Illusion home screen showing the orange missed call unlock image and the green messaging unlock image)**<br><br>As a third example, when the locked Samsung Illusion receives an incoming call, it displays an incoming call unlock image on the incoming call screen. This unlock image is a green puzzle piece containing the representation of a phone, as shown below. The Samsung Illusion detects contact with this unlock image as the user touches and then slides the image to the empty puzzle piece at the bottom of the touch screen. |

| Claim 1 | Infringement by the Samsung Illusion |
|---|---|
| | <br><br>(**Screenshot of locked Samsung Illusion incoming call screen, showing the incoming call unlock image**) |
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Illusion continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the puzzle piece unlock image on the locked home screen, the Samsung Illusion continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 1 | Infringement by the Samsung Illusion |
|---|---|
| | <br><br>**(Screenshots showing the Samsung Illusion continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Further, the Samsung Illusion's unlock image is a graphical, interactive user-interface object, namely a gray puzzle piece containing the representation of an unlocked padlock, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 1 | Infringement by the Samsung Illusion |
|---------|--------------------------------------|
|         |  **(Screenshot showing the puzzle piece unlock image (highlighted in yellow) on the locked Samsung Illusion home screen)**<br><br>As a second example, as the user touches and slides the puzzle piece messaging unlock image or missed call unlock image on the locked home screen, the Samsung Illusion continuously moves the unlock image while the user maintains contact with the screen.  As shown below, these unlock images are graphical, interactive user-interface objects that the user touches and then slides to unlock the phone to either viewed a text message or view the missed call log. |

| Claim 1 | Infringement by the Samsung Illusion |
|---|---|
| |  As a third example, as the user touches and slides the incoming call unlock image on the incoming call screen, the Samsung Illusion continuously moves the unlock image while the user maintains contact with the screen.  As shown below, the incoming call unlock image is a graphical, interactive user-interface object that the user touches and then slides to unlock the phone to answer the incoming call. |

| Claim 1 | Infringement by the Samsung Illusion |
|---|---|
| |  |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Illusion unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.

For example, the Samsung Illusion unlocks when the user slides the puzzle piece unlock image from its original, predefined location at the left-side of the touch-sensitive display to the predefined unlock region on the right side of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides the puzzle piece unlock image into place, the phone unlocks and all applications are available to the user. |

| Claim 1 | Infringement by the Samsung Illusion |
|---|---|
| |  **(Screenshots of the Samsung Illusion showing the unlock image sliding to the right as a user unlocks the phone)**<br><br>As a second example, the Samsung Illusion unlocks when the user slides either the puzzle piece missed call unlock image or the messaging unlock image from its original, predefined location at top of the touch-sensitive display to the predefined unlock region on the right middle of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides either the messaging unlock image or missed call unlock image into place, the phone unlocks and all applications are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 1 | Infringement by the Samsung Illusion |
|---|---|
| | <br><br>As a third example, the Samsung Illusion unlocks when the user slides the incoming call unlock image from its original, predefined location at the middle center of the touch-sensitive display to the predefined unlock region on the bottom center of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides the unlock image into place, the phone unlocks and all applications are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 1 | Infringement by the Samsung Illusion |
|---------|--------------------------------------|
|         |  |

| Claim 2 | Infringement by the Samsung Illusion |
|---------|--------------------------------------|
| 2.  The method of claim 1, wherein the moving comprises movement along any desired path. | The Samsung Illusion's unlock images move along any desired path.  As described herein, the Samsung Illusion performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Illusion User Manual, at 14, 19-20, 36, 114, 116).<br><br>For example, the user may move the general puzzle piece unlock image, the missed call and messaging unlock images, and the incoming call unlock image along any desired path to unlock the phone, as long as the user fits the relevant unlock image into the corresponding empty puzzle piece unlock region. |

| Claim 4 | Infringement by the Samsung Illusion |
|---|---|
| 4.  The method of claim 1, further comprising displaying visual cues to communicate a direction of movement of the unlock image required to unlock the device. | The Samsung Illusion displays visual cues to communicate a direction of movement of the unlock image required to unlock the device.  As described herein, the Samsung Illusion performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Illusion User Manual, at 14, 19-20, 36, 114, 116).<br><br>For example, the Samsung Illusion's locked home screen displays a message, "Phone locked: Fit puzzle to unlock," as shown in the screenshot below.  This message is a visual cue directing the user to slide one of the various puzzle piece unlock images into the predefined unlock region to unlock the phone.<br><br><br><br>**(Screenshot of locked Samsung Illusion with textual cue highlighted in red**) |

| Claim 4 | Infringement by the Samsung Illusion |
|---|---|
| | As a second example, the Samsung Illusion's predefined unlock region is denoted by the representation of a missing puzzle piece.  This missing puzzle piece is a visual cue directing the user's movement of the unlock image.  The same is true for the predefined unlock region on the incoming call screen.<br><br><br><br>**(Screenshot of Samsung Illusion with predefined unlock region highlighted in red)** |

| Claim 5 | Infringement by the Samsung Illusion |
|---|---|
| 5.  The method of claim 4, wherein the visual cues comprise text. | The Samsung Illusion displays visual cues comprising text to communicate a direction of movement of the unlock image required to unlock the device.  As described herein, the Samsung Illusion performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Illusion User Manual, at 14, 19-20, 36, 114, 116).<br><br>For example, the Samsung Illusion's locked home screen displays a message, "Phone locked: Fit puzzle to unlock," as shown in the screenshot below.  This message is a visual cue directing the user to slide one of the various puzzle piece unlock images into the predefined unlock region to unlock the phone.<br><br><br><br>**(Screenshot of locked Samsung Illusion with textual cue highlighted in red)** |

| Claim 7 | Infringement by the Samsung Illusion |
|---|---|
| 7. A portable electronic device, comprising: | To the extent that the preamble of claim 7 may be construed to be limiting, the Samsung Illusion is a portable electronic device. Specifically, the Samsung Illusion is an Android smartphone, which is available from Verizon, with a 3.5'' touch screen display. (*See* Samsung, Illusion Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I110ZKAVZW-specs). It weighs 4.2 oz. and measures 4.50'' (L) x 2.36'' (W) x 0.46'' (D). (*Id.*). It has a 1.0 GHz processor. (*See* Samsung Illusion Overview, http://www.samsung.com/us/mobile/cell-phones/SCH-I110ZKAVZW). Further, it equipped with a rechargeable Lithium ion (Li-ion) battery. (Samsung Illusion User Manual, at 6).<br><br><br><br>(Samsung, Illusion Gallery, http://www.samsung.com/us/mobile/cell-phones/SCH-I110ZKAVZW-gallery).<br><br>Further, it runs Android 2.3, Gingerbread. (Samsung Illusion Overview, http://www.samsung.com/us/mobile/cell-phones/SCH-I110ZKAVZW). |

| Claim 7 | Infringement by the Samsung Illusion |
|---|---|
| | **It runs Android Gingerbread. Sweet.**<br><br>The Android 2.3, Gingerbread operating system is the perfect technology to organize your life while expressing your personality. Stay entertained with video, web browsing and gaming. Keep an organized schedule, stay connected and be more productive with an amazing array of Android apps – 250,000 apps and counting.<br><br>(*Id.*). |
| a touch-sensitive display; | The Samsung Illusion comprises a touch-sensitive display.  For example, according to the Samsung Illusion's User Guide, it has a touch screen that allows the user to navigate the device and responds "to a light touch from the pad of your finger."  (Samsung, Illusion All Digital Android Smartphone User Manual, at 19 (2011) [hereinafter "Illusion User Manual"]).  A user interacts with the Samsung Illusion through a variety of finger gestures, including, for example, touching items on the touchscreen to select or launch them, touching and holding screen items to activate them, or flicking and sliding, meaning flicking or sliding "your finger vertically or horizontally across the screen."  (*Id.* at 20).<br><br>**Finger Gestures**<br><br>**Touch**<br><br>Touch items to select or launch them. For example:<br><br>• Touch the on screen keyboard to enter characters or text.<br><br>• Touch an item to select it.<br><br>• Touch an application's icon to launch the application. |

| Claim 7 | Infringement by the Samsung Illusion |
|---|---|
| | **Touch and Hold**<br><br>Activate onscreen items by a touch and hold gesture. For example:<br>• Touch and hold a widget on the home screen to move it.<br>• Touch and hold on a field to display a pop-up menu of options.<br><br>**Flick or drag**<br><br>Flick or slide your finger vertically or horizontally across the screen. For example:<br>• Unlocking the screen<br>• Scrolling the Home screen or a menu<br><br>**Pinch**<br><br>Using two fingers, make a pinch motion on the screen. For example:<br>• Pinch in to zoom in on pictures or screens.<br>• Pinch out to zoom out on pictures or screens.<br><br>(Illusion User Manual, at 20). |

| Claim 7 | Infringement by the Samsung Illusion |
|---|---|
| | **Unlocking the phone**<br><br>Unlock the phone using one of the default unlock screens, or for increased security, use a personal screen lock PIN, password, or pattern.<br><br>▶ Press the ⏻ **Power/Lock Key**, then touch and drag the puzzle piece to fit the empty space.<br><br>(Illusion User Manual, at 14).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art."). |

| Claim 7 | Infringement by the Samsung Illusion |
|---|---|
| memory; | The Samsung Illusion comprises memory.  For example, the Samsung Illusion has internal memory and supports an external microSD card.<br><br><br><br>**(Screenshot of Samsung Illusion displaying available memory)** |
| one or more processors; | The Samsung Illusion comprises one or more processers.  For example, the Samsung Illusion has a 1.0 GHz processor.<br><br>**It's got plenty of power under the hood.**<br><br>You might think that such an affordable phone would cut corners when it comes to processing power. But your Illusion™ comes equipped with a full 1 GHz processor to keep all your apps, websites, games, and videos moving smoothly with little lagging, stalling or buffering.<br><br>(Samsung Illusion Features, http://www.samsung.com/us/mobile/cell-phones/SCH-I110Z KAVZW-features). |

| Claim 7 | Infringement by the Samsung Illusion |
|---|---|
| one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | The Samsung Illusion comprises one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions.<br><br>The Samsung Illusion contains, among other modules, a contact/motion module in its memory that is configured for execution by the Samsung Illusion's processor.  This module allows the Samsung Illusion to detect contact with the touchscreen.  The Samsung Illusion User Guide discloses some of those contacts that the contact/motion module detects, as shown below.<br><br>**Finger Gestures**<br><br>**Touch**<br><br>Touch items to select or launch them. For example:<br><br>• Touch the on screen keyboard to enter characters or text.<br><br>• Touch an item to select it.<br><br>• Touch an application's icon to launch the application.<br><br>**Touch and Hold**<br><br>Activate onscreen items by a touch and hold gesture. For example:<br><br>• Touch and hold a widget on the home screen to move it.<br><br>• Touch and hold on a field to display a pop-up menu of options. |

| Claim 7 | Infringement by the Samsung Illusion |
|---|---|
| | **Flick or drag**<br><br>Flick or slide your finger vertically or horizontally across the screen. For example:<br>• Unlocking the screen<br>• Scrolling the Home screen or a menu<br><br>**Pinch**<br><br>Using two fingers, make a pinch motion on the screen. For example:<br>• Pinch in to zoom in on pictures or screens.<br>• Pinch out to zoom out on pictures or screens.<br><br>(Illusion User Manual, at 20). |
| to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image; | The Samsung Illusion's one or more modules include instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image.<br><br>For example, when the Illusion's home screen is locked, it contains an unlock image at a predefined location at the left side of the touchscreen.  As is shown in the screenshot below, this unlock image is a gray puzzle piece containing the representation of an unlocked padlock. |

| Claim 7 | Infringement by the Samsung Illusion |
|---------|--------------------------------------|
| | <br><br>**(Screenshot of the locked home screen for the Illusion, displaying the unlock image at a predefined location on the left side of the touchscreen display)**<br><br>The Samsung Illusion detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone.  In addition to the unlock image, a predefined unlock region appears on the locked home screen.  As is shown in the screenshot above, this predefined unlock region is a representation of a missing puzzle piece.  As is shown below, when the Samsung Illusion detects contact with the unlock image, the region representing the missing puzzle piece changes color from gray to blue and is outlined in white. |

| Claim 7 | Infringement by the Samsung Illusion |
|---|---|
| | <br><br>**(Screenshots of the Samsung Illusion detecting a contact with the unlock image on the locked home screen)**<br><br>Additionally, when the Samsung Illusion is locked and the user receives a text message or misses a call, the Samsung Illusion displays messaging and missed call unlock images, respectively.  The messaging unlock image is a green puzzle piece containing a representation of the messaging application while the missed call unlock image is an orange puzzle piece containing a representation of a phone.  The Samsung Illusion detects contact with these unlock image as a user touches and then slides the images to the empty space.  Just as with the general unlock image, when the Samsung Illusion detects contact with these unlock images, the unlock region representing the missing puzzle piece changes from gray to multi-colored, reflecting the background image on the screen. |

| Claim 7 | Infringement by the Samsung Illusion |
|---|---|
| |  **(Screenshot of the locked Samsung Illusion home screen showing the orange missed call unlock image and the green messaging unlock image)** As a third example, when the locked Samsung Illusion receives an incoming call, it displays an incoming call unlock image on the incoming call screen. This unlock image is a green puzzle piece containing the representation of a phone, as shown below. The Samsung Illusion detects contact with this unlock image as the user touches and then slides the image to the empty puzzle |

| Claim 7 | Infringement by the Samsung Illusion |
|---|---|
| | piece at the bottom of the touch screen.<br><br><br><br>(**Screenshot of locked Samsung Illusion incoming call screen, showing the incoming call unlock image**) |
| to continuously move the unlock image on the touch-sensitive display in accordance with | The Samsung Illusion's one or more modules include instructions to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the |

| Claim 7 | Infringement by the Samsung Illusion |
|---|---|
| movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the puzzle piece unlock image on the locked home screen, the Samsung Illusion continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br>  <br><br>**(Screenshots showing the Samsung Illusion continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Further, the Samsung Illusion's unlock image is a graphical, interactive user-interface object, namely a gray puzzle piece containing the representation of an unlocked padlock, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 7 | Infringement by the Samsung Illusion |
|---------|--------------------------------------|
|         | <br><br>(**Screenshot showing the unlock puzzle piece unlock image (highlighted in yellow) on the locked Samsung Illusion home screen**)<br><br>As a second example, as the user touches and slides the puzzle piece messaging unlock image or missed call unlock image on the locked home screen, the Samsung Illusion continuously moves the unlock image while the user maintains contact with the screen.  As shown below, these unlock images are graphical, interactive user-interface objects that the user touches and then slides to unlock the phone to either viewed a text message or view the missed call log. |

| Claim 7 | Infringement by the Samsung Illusion |
|---------|--------------------------------------|
| | <br><br>As a third example, as the user touches and slides the incoming call unlock image on the incoming call screen, the Samsung Illusion continuously moves the unlock image while the user maintains contact with the screen.  As shown below, the incoming call unlock image is a graphical, interactive user-interface object that the user touches and then slides to unlock the phone to answer the incoming call. |

| Claim 7 | Infringement by the Samsung Illusion |
|---|---|
| |  |
| to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | The Samsung Illusion's one or more modules include instructions to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display.<br><br>For example, the Samsung Illusion unlocks when the user slides the puzzle piece unlock image from its original, predefined location at the left-side of the touch-sensitive display to the predefined unlock region on the right side of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides the puzzle piece unlock image into place, the phone unlocks and all applications are available to the user. |

| Claim 7 | Infringement by the Samsung Illusion |
|---|---|
| |  (Screenshots of the Samsung Illusion showing the unlock image sliding to the right as a user unlocks the phone)<br><br>As a second example, the Samsung Illusion unlocks when the user slides either the puzzle piece missed call unlock image or the messaging unlock image from its original, predefined location at top of the touch-sensitive display to the predefined unlock region on the right middle of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides either the messaging unlock image or missed call unlock image into place, the phone unlocks and all applications are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 7 | Infringement by the Samsung Illusion |
|---------|--------------------------------------|
| | <br><br>As a third example, the Samsung Illusion unlocks when the user slides the incoming call unlock image from its original, predefined location at the middle center of the touch-sensitive display to the predefined unlock region on the bottom center of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides the unlock image into place, the phone unlocks and all applications are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 7 | Infringement by the Samsung Illusion |
|---|---|
| |  |

| Claim 8 | Infringement by the Samsung Illusion |
|---|---|
| 8.  The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement. | The Samsung Illusion's one or more modules further comprise instructions to display visual cues to communicate a direction of movement.  For example, the Samsung Illusion's locked home screen displays a message, "Phone locked: Fit puzzle to unlock," as shown in the screenshot below.  This message is a visual cue directing the user to slide one of the various puzzle piece unlock images into the predefined unlock region to unlock the phone.<br><br><br><br>(**Screenshot of locked Samsung Illusion with textual cue highlighted in red**)<br><br>As a second example, the Samsung Illusion's predefined unlock region is denoted by the |

| Claim 8 | Infringement by the Samsung Illusion |
|---|---|
| | representation of a missing puzzle piece.  This missing puzzle piece is a visual cue directing the user's movement of the unlock image.  The same is true of the missing puzzle piece on the incoming call screen.<br><br><br><br>(**Screenshot of Samsung Illusion with predefined unlock region highlighted in red**) |

| Claim 9 | Infringement by the Samsung Illusion |
|---|---|
| 9.  The device of claim 8, wherein the visual cues comprise text. | The Samsung Illusion displays visual cues comprising text to communicate a direction of movement of the unlock image required to unlock the device.  For example, the Samsung Illusion's locked home screen displays a message, "Phone locked: Fit puzzle to unlock," as shown in the screenshot below.  This message is a visual cue directing the user to slide one of the various puzzle piece unlock images into the predefined unlock region to unlock the phone.<br><br><br><br>**(Screenshot of locked Samsung Illusion with textual cue highlighted in red)** |

39

| Claim 11 | Infringement by the Samsung Illusion |
|---|---|
| 11.  A portable electronic device comprising: | To the extent that the preamble of claim 11 may be construed to be limiting, the Samsung Illusion is a portable electronic device.  For example, the Samsung Illusion is an Android smartphone, which is available from Verizon, with a 3.5'' touch screen display.  (*See* Samsung, Illusion Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I110ZKAVZW-specs).  It weighs 4.2 oz. and measures 4.50'' (L) x 2.36'' (W) x 0.46'' (D).  (*Id.*).  It has a 1.0 GHz  processor.  (*See* Samsung Illusion Overview, http://www.samsung.com/us/mobile/cell-phones/SCH-I110ZKAVZW).  Further, it equipped with a rechargeable Lithium ion (Li-ion) battery.  (Samsung Illusion User Manual, at 6).<br><br><br><br>(Samsung, Illusion Gallery, http://www.samsung.com/us/mobile/cell-phones/SCH-I110ZKAVZW-gallery).<br><br>Further, it runs Android 2.3, Gingerbread.  (Samsung Illusion Overview, http://www.samsung. |

| Claim 11 | Infringement by the Samsung Illusion |
|---|---|
| | com/us/mobile/cell-phones/SCH-I110ZKAVZW).<br><br>**It runs Android Gingerbread. Sweet.**<br><br>The Android 2.3, Gingerbread operating system is the perfect technology to organize your life while expressing your personality. Stay entertained with video, web browsing and gaming. Keep an organized schedule, stay connected and be more productive with an amazing array of Android apps – 250,000 apps and counting.<br><br>(*Id.*). |
| a touch-sensitive display; | The Samsung Illusion comprises a touch-sensitive display.  For example, according to the Samsung Illusion's User Guide, it has a touch screen that allows the user to navigate the device and responds "to a light touch from the pad of your finger."  (Samsung, Illusion All Digital Android Smartphone User Manual, at 19 (2011) [hereinafter "Illusion User Manual"]).  A user interacts with the Samsung Illusion through a variety of finger gestures, including, for example, touching items on the touchscreen to select or launch them, touching and holding screen items to activate them, or flicking and sliding, meaning flicking or sliding "your finger vertically or horizontally across the screen."  (*Id.* at 20).<br><br>**Finger Gestures**<br><br>**Touch**<br><br>Touch items to select or launch them. For example:<br><br>• Touch the on screen keyboard to enter characters or text.<br><br>• Touch an item to select it.<br><br>• Touch an application's icon to launch the application. |

| Claim 11 | Infringement by the Samsung Illusion |
|---|---|
| | **Touch and Hold**<br><br>Activate onscreen items by a touch and hold gesture. For example:<br>• Touch and hold a widget on the home screen to move it.<br>• Touch and hold on a field to display a pop-up menu of options.<br><br>**Flick or drag**<br><br>Flick or slide your finger vertically or horizontally across the screen. For example:<br>• Unlocking the screen<br>• Scrolling the Home screen or a menu<br><br>**Pinch**<br><br>Using two fingers, make a pinch motion on the screen. For example:<br>• Pinch in to zoom in on pictures or screens.<br>• Pinch out to zoom out on pictures or screens.<br><br>(Illusion User Manual, at 20). |

| Claim 11 | Infringement by the Samsung Illusion |
|---|---|
| | **Unlocking the phone**<br><br>Unlock the phone using one of the default unlock screens, or for increased security, use a personal screen lock PIN, password, or pattern.<br><br>▶ Press the ⏻ **Power/Lock Key**, then touch and drag the puzzle piece to fit the empty space.<br><br>(Illusion User Manual, at 14).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state; | The Samsung Illusion comprises a means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state.<br><br>For example, when the Illusion's home screen is locked, it contains an unlock image at a predefined location at the left side of the touchscreen.  As is shown in the screenshot below, this unlock image is a gray puzzle piece containing the representation of an unlocked padlock. |

| Claim 11 | Infringement by the Samsung Illusion |
|---|---|
| |  |

**(Screenshot of the locked home screen for the Illusion, displaying the unlock image at a predefined location on the left side of the touchscreen display)**

Additionally, when the Samsung Illusion is locked and the user receives a text message or misses a call, the Samsung Illusion displays messaging and missed call unlock images, respectively.  The messaging unlock image is a green puzzle piece containing a representation of the messaging application while the missed call unlock image is an orange puzzle piece containing a representation of a phone.

| Claim 11 | Infringement by the Samsung Illusion |
|---|---|
| |  **(Screenshot of the locked Samsung Illusion home screen showing the orange missed call unlock image and the green messaging unlock image)**<br><br>As a third example, when the locked Samsung Illusion receives an incoming call, it displays an incoming call unlock image on the incoming call screen. This unlock image is a green puzzle piece containing the representation of a phone, as shown below. |

| Claim 11 | Infringement by the Samsung Illusion |
|---|---|
| |  (**Screenshot of locked Samsung Illusion incoming call screen, showing the incoming call unlock image**) |
| means for detecting contact with the touch-sensitive display; and | The Samsung Illusion comprises a means for detecting contact with the touch-sensitive display.<br><br>For example, the Samsung Illusion detects contact with the puzzle piece unlock image as a user touches and then slides the image to the right to unlock the phone.  In addition to the unlock image, a predefined unlock region appears on the locked home screen.  As is shown in the screenshot above, this predefined unlock region is a representation of a missing puzzle piece. As is shown below, when the Samsung Illusion detects contact with the unlock image, the |

| Claim 11 | Infringement by the Samsung Illusion |
|----------|--------------------------------------|
| | region representing the missing puzzle piece changes color from gray to blue and is outlined in white.<br><br><br><br>**(Screenshot of the Samsung Illusion detecting a contact with the unlock image on the locked home screen)**<br><br>As a second example, the Samsung Illusion detects contact with the messaging or missed call unlock image as a user touches then slides the images to the empty space. Just as with the general unlock image, when the Samsung Illusion detects contact with these unlock images, the unlock region representing the missing puzzle piece changes from gray to multi-colored, reflecting the background image on the screen. |

| Claim 11 | Infringement by the Samsung Illusion |
|---|---|
| |  **(Screenshot of the locked Samsung Illusion home screen showing the orange missed call unlock image and the green messaging unlock image)** As a third example, the Samsung Illusion detects contact with the incoming call unlock image as the user touches and then slides the image to the empty puzzle piece at the bottom of the touch screen. |

| Claim 11 | Infringement by the Samsung Illusion |
|---|---|
| |  (**Screenshot of locked Samsung Illusion incoming call screen, showing the incoming call unlock image**) |
| means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the | The Samsung Illusion comprises a means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the puzzle piece unlock image on the locked home |

| Claim 11 | Infringement by the Samsung Illusion |
|---|---|
| unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | screen, the Samsung Illusion continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br>  <br><br>**(Screenshots showing the Samsung Illusion continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Further, the Samsung Illusion's unlock image is a graphical, interactive user-interface object, namely a gray puzzle piece containing the representation of an unlocked padlock, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 11 | Infringement by the Samsung Illusion |
|---|---|
|  |  **(Screenshot showing the unlock puzzle piece unlock image (highlighted in yellow) on the locked Samsung Illusion home screen)**<br><br>As a second example, as the user touches and slides the puzzle piece messaging unlock image or missed call unlock image on the locked home screen, the Samsung Illusion continuously moves the unlock image while the user maintains contact with the screen.  As shown below, these unlock images are graphical, interactive user-interface objects that the user touches and then slides to unlock the phone to either viewed a text message or view the missed call log. |

| Claim 11 | Infringement by the Samsung Illusion |
|---|---|
| |  As a third example, as the user touches and slides the incoming call unlock image on the incoming call screen, the Samsung Illusion continuously moves the unlock image while the user maintains contact with the screen.  As shown below, the incoming call unlock image is a graphical, interactive user-interface object that the user touches and then slides to unlock the phone to answer the incoming call. |

| Claim 11 | Infringement by the Samsung Illusion |
|---|---|
| |  |
| means for transitioning the device to a user-interface unlock state if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Illusion comprises a means for transitioning the device to a user-interface unlock state if moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>For example, the Samsung Illusion unlocks when the user slides the puzzle piece unlock image from its original, predefined location at the left-side of the touch-sensitive display to the predefined unlock region on the right side of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides the puzzle piece unlock image into place, the phone unlocks and all applications are available to the user. |

| Claim 11 | Infringement by the Samsung Illusion |
|---|---|
|  |  (Screenshots of the Samsung Illusion showing the unlock image sliding to the right as a user unlocks the phone)<br><br>As a second example, the Samsung Illusion unlocks when the user slides either the puzzle piece missed call unlock image or the messaging unlock image from its original, predefined location at top of the touch-sensitive display to the predefined unlock region on the right middle of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides either the messaging unlock image or missed call unlock image into place, the phone unlocks and all applications are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 11 | Infringement by the Samsung Illusion |
|---|---|
| |  As a third example, the Samsung Illusion unlocks when the user slides the incoming call unlock image from its original, predefined location at the middle center of the touch-sensitive display to the predefined unlock region on the bottom center of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides the unlock image into place, the phone unlocks and all applications are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 11 | Infringement by the Samsung Illusion |
|---|---|
| |  |

| Claim 12 | Infringement by the Samsung Illusion |
|---|---|
| 12.  A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch-sensitive display, cause the portable electronic device to perform a method comprising: | To the extent that the preamble of claim 12 may be construed to be limiting, the Samsung Illusion comprises a computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by the Samsung Illusion, which is a portable electronic device with a touch-sensitive display, cause the Samsung Illusion to perform a method.<br><br>For example, the Samsung Illusion is an Android smartphone, which is available from Verizon, with a 3.5'' touch screen display.  (*See* Samsung, Illusion Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I110ZKAVZW-specs).<br><br><br><br>(Samsung, Illusion Gallery, http://www.samsung.com/us/mobile/cell-phones/SCH-I110ZKAVZW-gallery).<br><br>It weighs 4.2 oz. and measures 4.50'' (L) x 2.36'' (W) x 0.46'' (D).  (*Id.*).  It has a 1.0 GHz processor.  (*See* Samsung Illusion Overview, http://www.samsung.com/us/mobile/cell- |

| Claim 12 | Infringement by the Samsung Illusion |
|---|---|
| | phones/SCH-I110ZKAVZW).  Further, it equipped with a rechargeable Lithium ion (Li-ion) battery.  (Samsung Illusion User Manual, at 6). |

**It's got plenty of power under the hood.**

You might think that such an affordable phone would cut corners when it comes to processing power. But your Illusion™ comes equipped with a full 1 GHz processor to keep all your apps, websites, games, and videos moving smoothly with little lagging, stalling or buffering.

(*See* Samsung, Illusion Features, http://www.samsung.com/us/mobile/cell-phones/SCH-I110ZKAVZW-features).

Further, it runs Android 2.3, Gingerbread.  (Samsung Illusion Overview, http://www.samsung.com/us/mobile/cell-phones/SCH-I110ZKAVZW).

**It runs Android Gingerbread.  Sweet.**

The Android 2.3, Gingerbread operating system is the perfect technology to organize your life while expressing your personality. Stay entertained with video, web browsing and gaming. Keep an organized schedule, stay connected and be more productive with an amazing array of Android apps – 250,000 apps and counting.

(*Id.*).

Samsung promotes slide to unlock as a standard feature of the Samsung Illusion.  The user guide for the phone instructs users how to use the phone to perform a method to unlock the phone.  (*See, e.g.*, Illusion User Manual, at 14, 19-20, 36, 114, 116).  According to the Samsung Illusion's User Guide, it has a touch screen that allows the user to navigate the device and responds "to a light touch from the pad of your finger."  (Illusion User Manual, at 19).  A user interacts with the Samsung Illusion through a variety of finger gestures, including, for example, touching items on the touchscreen to select or launch them, touching and holding screen items

| Claim 12 | Infringement by the Samsung Illusion |
|---|---|
| | to activate them, or flicking and sliding, meaning flicking or sliding "your finger vertically or horizontally across the screen." (*Id.* at 20).<br><br>**Finger Gestures**<br><br>**Touch**<br><br>Touch items to select or launch them. For example:<br>• Touch the on screen keyboard to enter characters or text.<br>• Touch an item to select it.<br>• Touch an application's icon to launch the application.<br><br>**Touch and Hold**<br><br>Activate onscreen items by a touch and hold gesture. For example:<br>• Touch and hold a widget on the home screen to move it.<br>• Touch and hold on a field to display a pop-up menu of options. |

| Claim 12 | Infringement by the Samsung Illusion |
|---|---|
| | **Flick or drag**<br><br>Flick or slide your finger vertically or horizontally across the screen. For example:<br>• Unlocking the screen<br>• Scrolling the Home screen or a menu<br><br>**Pinch**<br><br>Using two fingers, make a pinch motion on the screen. For example:<br>• Pinch in to zoom in on pictures or screens.<br>• Pinch out to zoom out on pictures or screens.<br><br>(Illusion User Manual, at 20).<br><br>***Unlocking the phone***<br><br>Unlock the phone using one of the default unlock screens, or for increased security, use a personal screen lock PIN, password, or pattern.<br><br>▶ Press the ⏻ **Power/Lock Key**, then touch and drag the puzzle piece to fit the empty space.<br><br>(Illusion User Manual, at 14).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen |

| Claim 12 | Infringement by the Samsung Illusion |
|---|---|
| | display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Illusion detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.<br><br>For example, when the Illusion's home screen is locked, it contains an unlock image at a predefined location at the left side of the touchscreen.  As is shown in the screenshot below, this unlock image is a gray puzzle piece containing the representation of an unlocked padlock.<br><br><br><br>**(Screenshot of the locked home screen for the Illusion, displaying the unlock image at a predefined location on the left side of the touchscreen display)**<br><br>The Samsung Illusion detects contact with this unlock image as a user touches and then slides |

| Claim 12 | Infringement by the Samsung Illusion |
|---|---|
| | the image to the right to unlock the phone.  In addition to the unlock image, a predefined unlock region appears on the locked home screen.  As is shown in the screenshot above, this predefined unlock region is a representation of a missing puzzle piece.  As is shown below, when the Samsung Illusion detects contact with the unlock image, the region representing the missing puzzle piece changes color from gray to blue and is outlined in white.<br><br><br><br>**(Screenshot of the Samsung Illusion detecting a contact with the unlock image on the locked home screen)**<br><br>Additionally, when the Samsung Illusion is locked and the user receives a text message or |

| Claim 12 | Infringement by the Samsung Illusion |
|---|---|
| | misses a call, the Samsung Illusion displays messaging and missed call unlock images, respectively.  The messaging unlock image is a green puzzle piece containing a representation of the messaging application while the missed call unlock image is an orange puzzle piece containing a representation of a phone.  The Samsung Illusion detects contact with these unlock image as a user touches and then slides the images to the empty space.  Just as with the general unlock image, when the Samsung Illusion detects contact with these unlock images, the unlock region representing the missing puzzle piece changes from gray to multi-colored, reflecting the background image on the screen.<br><br><br><br>**(Screenshot of the locked Samsung Illusion home screen showing the orange missed call unlock image and the green messaging unlock image)**<br><br>As a third example, when the locked Samsung Illusion receives an incoming call, it displays an |

| Claim 12 | Infringement by the Samsung Illusion |
|---|---|
| | incoming call unlock image on the incoming call screen.  This unlock image is a green puzzle piece containing the representation of a phone, as shown below.  The Samsung Illusion detects contact with this unlock image as the user touches and then slides the image to the empty puzzle piece at the bottom of the touch screen.<br><br><br><br>**(Screenshot of locked Samsung Illusion incoming call screen, showing the incoming call unlock image)** |
| continuously moving the unlock image on the touch-sensitive display in accordance with | The Samsung Illusion continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with |

| Claim 12 | Infringement by the Samsung Illusion |
|---|---|
| movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the puzzle piece unlock image on the locked home screen, the Samsung Illusion continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br>  <br><br>**(Screenshots showing the Samsung Illusion continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Further, the Samsung Illusion's unlock image is a graphical, interactive user-interface object, namely a gray puzzle piece containing the representation of an unlocked padlock, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 12 | Infringement by the Samsung Illusion |
|---|---|
|  | <br><br>**(Screenshot showing the unlock puzzle piece unlock image (highlighted in yellow) on the locked Samsung Illusion home screen)**<br><br>As a second example, as the user touches and slides the puzzle piece messaging unlock image or missed call unlock image on the locked home screen, the Samsung Illusion continuously moves the unlock image while the user maintains contact with the screen.  As shown below, these unlock images are graphical, interactive user-interface objects that the user touches and then slides to unlock the phone to either viewed a text message or view the missed call log. |

| Claim 12 | Infringement by the Samsung Illusion |
|---|---|
| | <br><br>As a third example, as the user touches and slides the incoming call unlock image on the incoming call screen, the Samsung Illusion continuously moves the unlock image while the user maintains contact with the screen.  As shown below, the incoming call unlock image is a graphical, interactive user-interface object that the user touches and then slides to unlock the phone to answer the incoming call. |

| Claim 12 | Infringement by the Samsung Illusion |
|---|---|
| |  |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Illusion unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>For example, the Samsung Illusion unlocks when the user slides the puzzle piece unlock image from its original, predefined location at the left-side of the touch-sensitive display to the predefined unlock region on the right side of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides the puzzle piece unlock image into place, the phone unlocks and all applications are available to the user. |

| Claim 12 | Infringement by the Samsung Illusion |
|---|---|
| | <br><br>**(Screenshots of the Samsung Illusion showing the unlock image sliding to the right as a user unlocks the phone)**<br><br>As a second example, the Samsung Illusion unlocks when the user slides either the puzzle piece missed call unlock image or the messaging unlock image from its original, predefined location at top of the touch-sensitive display to the predefined unlock region on the right middle of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides either the messaging unlock image or missed call unlock image into place, the phone unlocks and all applications are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 12 | Infringement by the Samsung Illusion |
|---|---|
|  |  As a third example, the Samsung Illusion unlocks when the user slides the incoming call unlock image from its original, predefined location at the middle center of the touch-sensitive display to the predefined unlock region on the bottom center of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides the unlock image into place, the phone unlocks and all applications are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 12 | Infringement by the Samsung Illusion |
|---|---|
|  | |

| Claim 13 | Infringement by the Samsung Illusion |
|---|---|
| 13. The method of claim 1, wherein the unlock image is a single image. | The Samsung Illusion's unlock image is a single image. As described herein, the Samsung Illusion performs the claimed method. The user guide for the phone instructs users how to perform the claimed method. (*See, e.g.*, Illusion User Manual, at 14, 19-20, 36, 114, 116).<br><br>The Samsung Illusion's unlock image is a single gray puzzle piece containing the representation of an unlocked padlock, as shown below. A user slides this image to the right to unlock the phone, as explained above. The general unlock image infringes this claim when the user has not missed a call or received a text message while the phone is in a user-interface lock state.<br><br><br><br>**(Screenshot of Samsung Illusion single unlock image)** |

| Claim 13 | Infringement by the Samsung Illusion |
|---|---|
| | Further, the incoming call unlock image is a single image. It does not appear simultaneously with any of the other unlock images.<br><br> |

| Claim 14 | Infringement by the Samsung Illusion |
|---|---|
| 14.  The device of claim 7, wherein the unlock image is a single image. | The Samsung Illusion's unlock image is a single image.  For example, the Samsung Illusion's unlock image is a single gray puzzle piece containing the representation of an unlocked padlock, as shown below.  A user slides this image to the right to unlock the phone, as explained above.  The general unlock image infringes this claim when the user has not missed a call or received a text message while the phone is in a user-interface lock state.  **(Screenshot of Samsung Illusion single unlock image)** |

| Claim 14 | Infringement by the Samsung Illusion |
|----------|--------------------------------------|
|  | Further, the incoming call unlock image is a single image.  It does not appear simultaneously with any of the other unlock images.<br><br> |

| Claim 15 | Infringement by the Samsung Illusion |
|---|---|
| 15.  The computer readable storage medium of claim 12, wherein the unlock image is a single image. | The Samsung Illusion's unlock image is a single image.  For example, the Samsung Illusion's unlock image is a single gray puzzle piece containing the representation of an unlocked padlock, as shown below.  A user slides this image to the right to unlock the phone, as explained above.  The general unlock image infringes this claim when the user has not missed a call or received a text message while the phone is in a user-interface lock state.<br><br><br><br>(**Screenshot of Samsung Illusion single unlock image**)<br><br>Further, the incoming call unlock image is a single image.  It does not appear simultaneously |

| Claim 15 | Infringement by the Samsung Illusion |
|----------|--------------------------------------|
| | with any of the other unlock images.<br><br> |