**INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE SAMSUNG STRATOSPHERE (SCH-I405)**

| Claim 1 | Infringement by the Samsung Stratosphere |
|---|---|
| 1. A method of unlocking a hand-held device, the device including a touch-sensitive display, the method comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Stratosphere is a hand-held device including a touch-sensitive display.  For example, the Samsung Stratosphere is an Android smartphone, which is available from Verizon, with a 4.0'' Super AMOLED touch screen display.  (*See* Samsung, Stratosphere Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I405LKAVZW-specs).  It weighs 5.8 oz. and measures 4.96'' (L) x 2.54'' (W) x 0.55'' (D).  (*Id.*).<br><br><br><br>(Samsung, Stratosphere Gallery, http://www.samsung.com/us/mobile/cell-phones/SCH-I405LKAVZW-gallery). |

---

[1] Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Stratosphere |
|---------|-------------------------------------------|
|         | **Display** |
|         | | Main Display Resolution | 800x480 Pixel |<br>| Main Display Size | 4.0" |<br>| Main Display Technology | Super AMOLED |<br>| Touch Screen | Yes | |


| Claim 1 | Infringement by the Samsung Stratosphere |
|---------|-------------------------------------------|
|         | (see display table below) |

**Display**

| Main Display Resolution | 800x480 Pixel |
|-------------------------|---------------|
| Main Display Size | 4.0" |
| Main Display Technology | Super AMOLED |
| Touch Screen | Yes |

(Samsung Stratosphere Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I405LKAVZW-specs).

As described below, the Samsung Stratosphere performs the claimed method. Samsung promotes slide to unlock as a standard feature of the phone. The user guide for the phone instructs users how to perform the claimed method. (*See, e.g.*, Samsung, Stratosphere All Digital Android Smartphone User Manual, at 15, 21-22, 38-29, 120, 124 (2011) [hereinafter "Stratosphere User Manual"]). According to the Samsung Stratosphere's User Guide, it has a touch screen that allows the user to navigate the device and that responds "to a light touch from the pad of your finger." (Stratosphere User Manual, at 21). A user interacts with the Samsung Stratosphere through a variety of finger gestures, including, for example, touching items on the touchscreen to select or launch them, touching and holding screen items to activate them, or flicking and sliding "your finger vertically or horizontally across the screen." (*Id.* at 22).

*Finger Gestures*

**Touch**

Touch items to select or launch them. For example:

• Touch the on screen keyboard to enter characters or text.

• Touch an item to select it.

• Touch an application's icon to launch the application.

| Claim 1 | Infringement by the Samsung Stratosphere |
|---------|------------------------------------------|
| | **Touch and Hold**<br><br>Activate onscreen items by a touch and hold gesture. For example:<br>• Touch and hold a widget on the home screen to move it.<br>• Touch and hold on a field to display a pop-up menu of options.<br><br>**Flick or drag**<br><br>Flick or slide your finger vertically or horizontally across the screen. For example:<br>• Unlocking the screen<br>• Scrolling the Home screen or a menu<br><br>**Pinch**<br><br>Using two fingers, make a pinch motion on the screen. For example:<br>• Pinch in to zoom in on pictures or screens.<br>• Pinch out to zoom out on pictures or screens.<br><br>(Stratosphere User Manual, at 22).<br><br>***Unlocking the phone***<br><br>Unlock the phone using one of the default unlock screens, or for increased security, use a personal screen lock PIN, password, or pattern.<br><br>▶   Press the ⏻ **Power/Lock Key**, then touch and drag the puzzle piece to fit the empty space.<br><br>(Stratosphere User Manual, at 15).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen |

| Claim 1 | Infringement by the Samsung Stratosphere |
|---|---|
|  | display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Stratosphere detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.  For example, when the Stratosphere's home screen is locked, it contains an unlock image at a predefined location at the left side of the touchscreen.  As is shown in the screenshot below, this unlock image is a gray puzzle piece containing the representation of an unlocked padlock.  **(Screenshot of the locked home screen for the Stratosphere, displaying the unlock image at a predefined location on the left side of the touchscreen display)** |

| Claim 1 | Infringement by the Samsung Stratosphere |
|---|---|
| | The Samsung Stratosphere detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone.  In addition to the unlock image, a predefined unlock region appears on the locked home screen.  As is shown in the screenshot above, this predefined unlock region is a representation of a missing puzzle piece.  As is shown below, when the Samsung Stratosphere detects contact with the unlock image, the region representing the missing puzzle piece changes from gray to multi-colored, reflecting the background image on the screen.  Further, it is outlined in white.<br><br><br><br>**(Screenshot of the Samsung Stratosphere detecting a contact with the unlock image on the locked home screen)** |

| Claim 1 | Infringement by the Samsung Stratosphere |
|---|---|
| | Additionally, when the Samsung Stratosphere is locked and the user receives a text message or misses a call, the Samsung Stratosphere displays messaging and missed call unlock images, respectively.  The messaging unlock image is a green puzzle piece containing a representation of the messaging application while the missed call unlock image is an orange puzzle piece containing a representation of a phone.  The Samsung Stratosphere detects contact with these unlock image as a user touches and then slides the images to the empty space.  Just as with the general unlock image, when the Samsung Stratosphere detects contact with these unlock images, the unlock region representing the missing puzzle piece changes from gray to multi-colored, reflecting the background image on the screen.<br><br><br><br>**(Screenshot of the locked Samsung Stratosphere home screen showing the orange missed call unlock image and the green messaging unlock image)** |

| Claim 1 | Infringement by the Samsung Stratosphere |
|---|---|
| | As a third example, when the locked Samsung Stratosphere receives an incoming call, it displays an incoming call unlock image on the incoming call screen.  This unlock image is a green puzzle piece containing the representation of a phone, as shown below.  The Samsung Stratosphere detects contact with this unlock image as the user touches and then slides the image to the empty puzzle piece at the bottom of the touch screen.<br><br><br><br>**(Screenshot of locked Samsung Stratosphere incoming call screen, showing the incoming call unlock image)** |

| Claim 1 | Infringement by the Samsung Stratosphere |
|---|---|
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Stratosphere continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the puzzle piece unlock image on the locked home screen, the Samsung Stratosphere continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br>  <br><br>**(Screenshots showing the Samsung Stratosphere continuously moving the unlock image as a user slides it to the right to unlock the phone)** |

| Claim 1 | Infringement by the Samsung Stratosphere |
|---|---|
| | Further, the Samsung Stratosphere's unlock image is a graphical, interactive user-interface object, namely a gray puzzle piece containing the representation of an unlocked padlock, that the user touches and then slides across the touchscreen to unlock the phone.<br><br><br><br>**(Screenshot showing the puzzle piece unlock image (highlighted in yellow) on the locked Samsung Stratosphere home screen)** |

| Claim 1 | Infringement by the Samsung Stratosphere |
|---|---|
| | As a second example, as the user touches and slides the puzzle piece messaging unlock image or missed call unlock image on the locked home screen, the Samsung Stratosphere continuously moves the unlock image while the user maintains contact with the screen.  As shown below, these unlock images are graphical, interactive user-interface objects that the user touches and then slides to unlock the phone to either viewed a text message or view the missed call log.  As a third example, as the user touches and slides the incoming call unlock image on the incoming call screen, the Samsung Stratosphere continuously moves the unlock image while the user maintains contact with the screen.  As shown below, the incoming call unlock image is a |

| Claim 1 | Infringement by the Samsung Stratosphere |
|---|---|
|  | graphical, interactive user-interface object that the user touches and then slides to unlock the phone to answer the incoming call.<br><br> |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Stratosphere unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>For example, the Samsung Stratosphere unlocks when the user slides the puzzle piece unlock image from its original, predefined location at the left-side of the touch-sensitive display to the predefined unlock region on the right side of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides the puzzle piece unlock image into place, the phone unlocks and all applications are available to the user. |

| Claim 1 | Infringement by the Samsung Stratosphere |
|---|---|
|  |  (**Screenshots of the Samsung Stratosphere showing the unlock image sliding to the right as a user unlocks the phone**) <br><br> As a second example, the Samsung Stratosphere unlocks when the user slides either the puzzle piece missed call unlock image or the messaging unlock image from its original, predefined location at top of the touch-sensitive display to the predefined unlock region on the right middle of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides either the messaging unlock image or missed call unlock image into place, the phone unlocks and all applications are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 1 | Infringement by the Samsung Stratosphere |
|---|---|
| | <br><br>As a third example, the Samsung Stratosphere unlocks when the user slides the incoming call unlock image from its original, predefined location at the middle center of the touch-sensitive display to the predefined unlock region on the bottom center of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides the unlock image into place, the phone unlocks and all applications are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 1 | Infringement by the Samsung Stratosphere |
|---------|------------------------------------------|
|         |                      |

| Claim 2 | Infringement by the Samsung Stratosphere |
|---------|------------------------------------------|
| 2.  The method of claim 1, wherein the moving comprises movement along any desired path. | The Samsung Stratosphere's unlock images move along any desired path.  As described herein, the Samsung Stratosphere performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Stratosphere User Manual, at 15, 21-22, 38-29, 120, 124).  For example, the user may move the general puzzle piece unlock image, the missed call and messaging unlock images, and the incoming call unlock image along any desired path to unlock the phone, as long as the user fits the relevant unlock image into the corresponding empty puzzle piece unlock region. |

| Claim 4 | Infringement by the Samsung Stratosphere |
|---|---|
| 4.  The method of claim 1, further comprising displaying visual cues to communicate a direction of movement of the unlock image required to unlock the device. | The Samsung Stratosphere displays visual cues to communicate a direction of movement of the unlock image required to unlock the device.  As described herein, the Samsung Stratosphere performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Stratosphere User Manual, at 15, 21-22, 38-29, 120, 124).<br><br>For example, the Samsung Stratosphere's locked home screen displays a message, "Phone locked: Fit puzzle to unlock," as shown in the screenshot below.  This message is a visual cue directing the user to slide one of the various puzzle piece unlock images into the predefined unlock region to unlock the phone.<br><br><br><br>**(Screenshot of locked Samsung Stratosphere with textual cue highlighted in red**) |

| Claim 4 | Infringement by the Samsung Stratosphere |
|---------|-------------------------------------------|
| | As a second example, the Samsung Stratosphere's predefined unlock region is denoted by the representation of a missing puzzle piece. This missing puzzle piece is a visual cue directing the user's movement of the unlock image. The same is true for the predefined unlock region on the incoming call screen.<br><br><br><br>**(Screenshot of Samsung Stratosphere with predefined unlock region highlighted in red)** |

| Claim 5 | Infringement by the Samsung Stratosphere |
|---|---|
| 5.  The method of claim 4, wherein the visual cues comprise text. | The Samsung Stratosphere displays visual cues comprising text to communicate a direction of movement of the unlock image required to unlock the device.  As described herein, the Samsung Stratosphere performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Stratosphere User Manual, at 15, 21-22, 38-29, 120, 124).<br><br>For example, the Samsung Stratosphere's locked home screen displays a message, "Phone locked: Fit puzzle to unlock," as shown in the screenshot below.  This message is a visual cue directing the user to slide one of the various puzzle piece unlock images into the predefined unlock region to unlock the phone.<br><br><br><br>(**Screenshot of locked Samsung Stratosphere with textual cue highlighted in red**) |

| Claim 7 | Infringement by the Samsung Stratosphere |
|---------|------------------------------------------|
| 7.  A portable electronic device, comprising: | To the extent that the preamble of claim 7 may be construed to be limiting, the Samsung Stratosphere is a portable electronic device.  For example, the Samsung Stratosphere is an Android smartphone, which is available from Verizon, with a 4.0'' Super AMOLED touch screen display.  (*See* Samsung, Stratosphere Specifications, http://www.samsung.com /us/mobile/cell-phones/SCH-I405LKAVZW-specs).  It weighs 5.8 oz. and measures 4.96'' (L) x 2.54'' (W) x 0.55'' (D).  (*Id.*).   It has a 1GHz VIA CBP7.1 + CMC220 (LTE) processor. (*See id*).  Further, it equipped with a rechargeable Lithium ion (Li-ion) battery.  (Samsung Stratosphere User Manual, at 7).<br><br><br><br>(Samsung, Stratosphere Gallery, http://www.samsung.com/us/mobile/cell-phones/SCH-I405LKAVZW-gallery).<br><br><br>Further, it runs Android 2.3, Gingerbread. |

18

| Claim 7 | Infringement by the Samsung Stratosphere |
|---|---|
| | **Android 2.3 Gingerbread**<br><br>Android™ 2.3, Gingerbread keeps everything running smoothly, and gives you access to over 250,000 Google Play™ apps. It's the perfect system to help organize your life while you're on the go, and stay entertained while you're going. You have multiple apps such as IM, Messaging, Calendar and many more at your fingertips to help you to stay connected and on schedule.<br><br>(Samsung Stratosphere Features, http://www.samsung.com/us/mobile/cell-phones/SCH-I405LKAVZW-features). |
| a touch-sensitive display; | The Samsung Stratosphere comprises a touch-sensitive display.<br><br>For example, Additionally, according to the Samsung Stratosphere's User Guide, it has a touch screen that allows the user to navigate the device and that responds "to a light touch from the pad of your finger." (Stratosphere User Manual, at 21).  A user interacts with the Samsung Stratosphere through a variety of finger gestures, including, for example, touching items on the touchscreen to select or launch them, touching and holding screen items to activate them, or flicking and sliding "your finger vertically or horizontally across the screen."  (*Id.* at 22). |

| Claim 7 | Infringement by the Samsung Stratosphere |
|---------|-------------------------------------------|
|         | **Finger Gestures**<br><br>**Touch**<br><br>Touch items to select or launch them. For example:<br>• Touch the on screen keyboard to enter characters or text.<br>• Touch an item to select it.<br>• Touch an application's icon to launch the application.<br><br>**Touch and Hold**<br><br>Activate onscreen items by a touch and hold gesture. For example:<br>• Touch and hold a widget on the home screen to move it.<br>• Touch and hold on a field to display a pop-up menu of options.<br><br>**Flick or drag**<br><br>Flick or slide your finger vertically or horizontally across the screen. For example:<br>• Unlocking the screen<br>• Scrolling the Home screen or a menu<br><br>**Pinch**<br><br>Using two fingers, make a pinch motion on the screen. For example:<br>• Pinch in to zoom in on pictures or screens.<br>• Pinch out to zoom out on pictures or screens.<br><br>(Stratosphere User Manual, at 22). |

| Claim 7 | Infringement by the Samsung Stratosphere |
|---------|-------------------------------------------|
|  | <br><br>(Stratosphere User Manual, at 15).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| memory; | The Samsung Stratosphere comprises memory.  For example, the Samsung Stratosphere has 4GB of internal memory and supports an external microSD card.<br><br><br><br>(Samsung Stratosphere Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I405LKAVZW-specs). |

| Claim 7 | Infringement by the Samsung Stratosphere |
|---|---|
| one or more processors; | The Samsung Stratosphere comprises one or more processers.  For example, the Samsung Stratosphere has a1GHz VIA CBP7.1 + CMC220 (LTE) processor.  (*Id.*). |
| | CPU / Processor |
| | Processor Speed, Type — VIA CBP7.1 + CMC220(LTE) + AP (S5PC111, 1GHz) |
| | (Samsung Stratosphere Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I405LKAVZW-specs). |
| one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | The Samsung Stratosphere comprises one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions. |
| | The Samsung Stratosphere contains, among other modules, a contact/motion module in its memory that is configured for execution by the Samsung Stratosphere's processor.  This module allows the Samsung Stratosphere to detect contact with the touchscreen.  The Samsung Stratosphere User Guide discloses some of those contacts that the contact/motion module detects, as shown below. |
| | *Finger Gestures* |
| | **Touch** |
| | Touch items to select or launch them. For example: |
| | • Touch the on screen keyboard to enter characters or text. |
| | • Touch an item to select it. |
| | • Touch an application's icon to launch the application. |

| Claim 7 | Infringement by the Samsung Stratosphere |
|---|---|
| | **Touch and Hold**<br><br>Activate onscreen items by a touch and hold gesture. For example:<br>• Touch and hold a widget on the home screen to move it.<br>• Touch and hold on a field to display a pop-up menu of options.<br><br>**Flick or drag**<br><br>Flick or slide your finger vertically or horizontally across the screen. For example:<br>• Unlocking the screen<br>• Scrolling the Home screen or a menu<br><br>**Pinch**<br><br>Using two fingers, make a pinch motion on the screen. For example:<br>• Pinch in to zoom in on pictures or screens.<br>• Pinch out to zoom out on pictures or screens.<br><br>(Stratosphere User Manual, at 22).<br><br>**Unlocking the phone**<br><br>Unlock the phone using one of the default unlock screens, or for increased security, use a personal screen lock PIN, password, or pattern.<br><br>▶ Press the ⏻ **Power/Lock Key**, then touch and drag the puzzle piece to fit the empty space.<br><br>(Stratosphere User Manual, at 15). |

| Claim 7 | Infringement by the Samsung Stratosphere |
|---------|------------------------------------------|
| to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image; | The Samsung Stratosphere's one or more modules include instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image.<br><br>For example, when the Stratosphere's home screen is locked, it contains an unlock image at a predefined location at the left side of the touchscreen.  As is shown in the screenshot below, this unlock image is a gray puzzle piece containing the representation of an unlocked padlock.<br><br><br><br>**(Screenshot of the locked home screen for the Stratosphere, displaying the unlock image at a predefined location on the left side of the touchscreen display)**<br><br>The Samsung Stratosphere detects contact with this unlock image as a user touches and then |

| Claim 7 | Infringement by the Samsung Stratosphere |
|---|---|
| | slides the image to the right to unlock the phone.  In addition to the unlock image, a predefined unlock region appears on the locked home screen.  As is shown in the screenshot above, this predefined unlock region is a representation of a missing puzzle piece.  As is shown below, when the Samsung Stratosphere detects contact with the unlock image, the region representing the missing puzzle piece changes from gray to multi-colored, reflecting the background image on the screen.  Further, it is outlined in white.<br><br><br><br>**(Screenshots of the Samsung Stratosphere detecting a contact with the unlock image on the locked home screen)**<br><br>Additionally, when the Samsung Stratosphere is locked and the user receives a text message or misses a call, the Samsung Stratosphere displays messaging and missed call unlock images, |

| Claim 7 | Infringement by the Samsung Stratosphere |
|---|---|
| | respectively.  The messaging unlock image is a green puzzle piece containing a representation of the messaging application while the missed call unlock image is an orange puzzle piece containing a representation of a phone.  The Samsung Stratosphere detects contact with these unlock image as a user touches and then slides the images to the empty space.  Just as with the general unlock image, when the Samsung Stratosphere detects contact with these unlock images, the unlock region representing the missing puzzle piece changes from gray to multi-colored, reflecting the background image on the screen.  **(Screenshot of the locked Samsung Stratosphere home screen showing the orange missed call unlock image and the green messaging unlock image)** As a third example, when the locked Samsung Stratosphere receives an incoming call, it displays an incoming call unlock image on the incoming call screen.  This unlock image is a |

| Claim 7 | Infringement by the Samsung Stratosphere |
|---|---|
| | green puzzle piece containing the representation of a phone, as shown below.  The Samsung Stratosphere detects contact with this unlock image as the user touches and then slides the image to the empty puzzle piece at the bottom of the touch screen.  **(Screenshot of locked Samsung Stratosphere incoming call screen, showing the incoming call unlock image)** |

27

| Claim 7 | Infringement by the Samsung Stratosphere |
|---|---|
| to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Stratosphere's one or more modules include instructions to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the puzzle piece unlock image on the locked home screen, the Samsung Stratosphere continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br><br><br>**(Screenshots showing the Samsung Stratosphere continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Further, the Samsung Stratosphere's unlock image is a graphical, interactive user-interface |

| Claim 7 | Infringement by the Samsung Stratosphere |
|---|---|
| | object, namely a gray puzzle piece containing the representation of an unlocked padlock, that the user touches and then slides across the touchscreen to unlock the phone.<br><br><br><br>**(Screenshot showing the unlock puzzle piece unlock image (highlighted in yellow) on the locked Samsung Stratosphere home screen)**<br><br>As a second example, as the user touches and slides the puzzle piece messaging unlock image or missed call unlock image on the locked home screen, the Samsung Stratosphere continuously |

| Claim 7 | Infringement by the Samsung Stratosphere |
|---|---|
| | moves the unlock image while the user maintains contact with the screen.  As shown below, these unlock images are graphical, interactive user-interface objects that the user touches and then slides to unlock the phone to either viewed a text message or view the missed call log.<br><br><br><br>As a third example, as the user touches and slides the incoming call unlock image on the incoming call screen, the Samsung Stratosphere continuously moves the unlock image while the user maintains contact with the screen.  As shown below, the incoming call unlock image is a graphical, interactive user-interface object that the user touches and then slides to unlock the phone to answer the incoming call. |

| Claim 7 | Infringement by the Samsung Stratosphere |
|---------|-------------------------------------------|
| |  |
| to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | The Samsung Stratosphere's one or more modules include instructions to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display.<br><br>For example, the Samsung Stratosphere unlocks when the user slides the puzzle piece unlock image from its original, predefined location at the left-side of the touch-sensitive display to the predefined unlock region on the right side of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides the puzzle piece unlock image into place, the phone unlocks and all applications are available to the |

| Claim 7 | Infringement by the Samsung Stratosphere |
|---|---|
| | user.<br><br><br><br>**(Screenshots of the Samsung Stratosphere showing the unlock image sliding to the right as a user unlocks the phone)**<br><br>As a second example, the Samsung Stratosphere unlocks when the user slides either the puzzle piece missed call unlock image or the messaging unlock image from its original, predefined location at top of the touch-sensitive display to the predefined unlock region on the right middle of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides either the messaging unlock image or missed call unlock image into place, the phone unlocks and all applications are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 7 | Infringement by the Samsung Stratosphere |
|---|---|
| | <br><br>As a third example, the Samsung Stratosphere unlocks when the user slides the incoming call unlock image from its original, predefined location at the middle center of the touch-sensitive display to the predefined unlock region on the bottom center of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides the unlock image into place, the phone unlocks and all applications are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 7 | Infringement by the Samsung Stratosphere |
|---------|-------------------------------------------|
|         |                       |

| Claim 8 | Infringement by the Samsung Stratosphere |
|---------|-------------------------------------------|
| 8.  The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement. | The Samsung Stratosphere's one or more modules further comprise instructions to display visual cues to communicate a direction of movement.  For example, the Samsung Stratosphere's locked home screen displays a message, "Phone locked: Fit puzzle to unlock," as shown in the screenshot below.  This message is a visual cue directing the user to slide one of the various puzzle piece unlock images into the predefined unlock region to unlock the phone. |

| Claim 8 | Infringement by the Samsung Stratosphere |
|---|---|
| | <br><br>**(Screenshot of locked Samsung Stratosphere with textual cue highlighted in red)**<br><br>As a second example, the Samsung Stratosphere's predefined unlock region is denoted by the representation of a missing puzzle piece.  This missing puzzle piece is a visual cue directing the user's movement of the unlock image.  The same is true of the missing puzzle piece on the incoming call screen. |

| Claim 8 | Infringement by the Samsung Stratosphere |
|---|---|
| | <br>**(Screenshot of Samsung Stratosphere with predefined unlock region highlighted in red)** |

| Claim 9 | Infringement by the Samsung Stratosphere |
|---|---|
| 9. The device of claim 8, wherein the visual cues comprise text. | The Samsung Stratosphere displays visual cues comprising text to communicate a direction of movement of the unlock image required to unlock the device.  For example, the Samsung Stratosphere's locked home screen displays a message, "Phone locked: Fit puzzle to unlock," as shown in the screenshot below.  This message is a visual cue directing the user to slide one of the various puzzle piece unlock images into the predefined unlock region to unlock the phone.<br><br><br><br>**(Screenshot of locked Samsung Stratosphere with textual cue highlighted in red)** |

| Claim 11 | Infringement by the Samsung Stratosphere |
|---|---|
| 11.  A portable electronic device comprising: | To the extent that the preamble of claim 11 may be construed to be limiting, the Samsung Stratosphere is a portable electronic device.  For example, the Samsung Stratosphere is an Android smartphone, which is available from Verizon, with a 4.0'' Super AMOLED touch screen display.  (*See* Samsung, Stratosphere Specifications, http://www.samsung.com /us/mobile/cell-phones/SCH-I405LKAVZW-specs).  It weighs 5.8 oz. and measures 4.96'' (L) x 2.54'' (W) x 0.55'' (D).  (*Id.*).  It has a 1.0 GHz processor.  (*Id.*).  Further, it equipped with a rechargeable Lithium ion (Li-ion) battery.  (Samsung Stratosphere User Manual, at 7).<br><br><br><br>(Samsung, Stratosphere Gallery, http://www.samsung.com/us/mobile/cell-phones/SCH-I405LKAVZW-gallery).<br><br>Further, it runs Android 2.3, Gingerbread. |

| Claim 11 | Infringement by the Samsung Stratosphere |
|---|---|
| |  **Android 2.3 Gingerbread**<br><br>Android™ 2.3, Gingerbread keeps everything running smoothly, and gives you access to over 250,000 Google Play™ apps. It's the perfect system to help organize your life while you're on the go, and stay entertained while you're going. You have multiple apps such as IM, Messaging, Calendar and many more at your fingertips to help you to stay connected and on schedule.<br><br>(Samsung Stratosphere Features, http://www.samsung.com/us/mobile/cell-phones/SCH-I405LKAVZW-features). |
| a touch-sensitive display; | The Samsung Stratosphere comprises a touch-sensitive display.<br><br>Additionally, according to the Samsung Stratosphere's User Guide, it has a touch screen that allows the user to navigate the device and that responds "to a light touch from the pad of your finger." (Samsung Stratosphere User Manual, at 21). A user interacts with the Samsung Stratosphere through a variety of finger gestures, including, for example, touching items on the touchscreen to select or launch them, touching and holding screen items to activate them, or flicking and sliding "your finger vertically or horizontally across the screen." (*Id.* at 22). |

| Claim 11 | Infringement by the Samsung Stratosphere |
|---|---|
|  | **Finger Gestures**<br><br>**Touch**<br><br>Touch items to select or launch them. For example:<br>• Touch the on screen keyboard to enter characters or text.<br>• Touch an item to select it.<br>• Touch an application's icon to launch the application.<br><br>**Touch and Hold**<br><br>Activate onscreen items by a touch and hold gesture. For example:<br>• Touch and hold a widget on the home screen to move it.<br>• Touch and hold on a field to display a pop-up menu of options.<br><br>**Flick or drag**<br><br>Flick or slide your finger vertically or horizontally across the screen. For example:<br>• Unlocking the screen<br>• Scrolling the Home screen or a menu<br><br>**Pinch**<br><br>Using two fingers, make a pinch motion on the screen. For example:<br>• Pinch in to zoom in on pictures or screens.<br>• Pinch out to zoom out on pictures or screens.<br><br>(Stratosphere User Manual, at 22). |

| Claim 11 | Infringement by the Samsung Stratosphere |
|---|---|
| | **Unlocking the phone**<br><br>Unlock the phone using one of the default unlock screens, or for increased security, use a personal screen lock PIN, password, or pattern.<br><br>▶ Press the ⏻ **Power/Lock Key**, then touch and drag the puzzle piece to fit the empty space.<br><br>(Stratosphere User Manual, at 15).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state; | The Samsung Stratosphere comprises a means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state.<br><br>For example, when the Stratosphere's home screen is locked, it contains an unlock image at a predefined location at the left side of the touchscreen.  As is shown in the screenshot below, this unlock image is a gray puzzle piece containing the representation of an unlocked padlock. |

| Claim 11 | Infringement by the Samsung Stratosphere |
|---|---|
| |  <br><br> **(Screenshot of the locked home screen for the Stratosphere, displaying the unlock image at a predefined location on the left side of the touchscreen display)** <br><br> Additionally, when the Samsung Stratosphere is locked and the user receives a text message or misses a call, the Samsung Stratosphere displays messaging and missed call unlock images, respectively.  The messaging unlock image is a green puzzle piece containing a representation of the messaging application while the missed call unlock image is an orange puzzle piece containing a representation of a phone. |

| Claim 11 | Infringement by the Samsung Stratosphere |
|---|---|
| | <br><br>**(Screenshot of the locked Samsung Stratosphere home screen showing the orange missed call unlock image and the green messaging unlock image)**<br><br>As a third example, when the locked Samsung Stratosphere receives an incoming call, it displays an incoming call unlock image on the incoming call screen.  This unlock image is a green puzzle piece containing the representation of a phone, as shown below. . |

| Claim 11 | Infringement by the Samsung Stratosphere |
|---|---|
| | <br><br>(**Screenshot of locked Samsung Stratosphere incoming call screen, showing the incoming call unlock image**) |
| means for detecting contact with the touch-sensitive display; and | The Samsung Stratosphere comprises a means for detecting contact with the touch-sensitive display.<br><br>For example, the Samsung Stratosphere detects contact with the puzzle piece unlock image as a user touches and then slides the image to the right to unlock the phone.  In addition to the unlock image, a predefined unlock region appears on the locked home screen.  As is shown in the screenshot above, this predefined unlock region is a representation of a missing puzzle piece.  As is shown below, when the Samsung Stratosphere detects contact with the unlock image, the region representing the missing puzzle piece changes from gray to multi-colored, reflecting the background image on the screen.  Further, it is outlined in white. |

| Claim 11 | Infringement by the Samsung Stratosphere |
|---|---|
| | <br><br>**(Screenshot of the Samsung Stratosphere detecting a contact with the unlock image on the locked home screen)**<br><br>As a second example, the Samsung Stratosphere detects contact with the messaging or missed call unlock image as a user touches and then slides the images to the empty space.  Just as with the general unlock image, when the Samsung Stratosphere detects contact with these unlock images, the unlock region representing the missing puzzle piece changes from gray to multi-colored, reflecting the background image on the screen. |

| Claim 11 | Infringement by the Samsung Stratosphere |
|---|---|
|  |  **(Screenshot of the locked Samsung Stratosphere home screen showing the orange missed call unlock image and the green messaging unlock image)** As a third example, the Samsung Stratosphere detects contact with the incoming call unlock image as the user touches and then slides the image to the empty puzzle piece at the bottom of the touch screen . |

| Claim 11 | Infringement by the Samsung Stratosphere |
|---|---|
| |  **(Screenshot of locked Samsung Stratosphere incoming call screen, showing the incoming call unlock image)** |
| means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object | The Samsung Stratosphere comprises a means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the puzzle piece unlock image on the locked home screen, the Samsung Stratosphere continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below. |

| Claim 11 | Infringement by the Samsung Stratosphere |
|---|---|
| with which a user interacts in order to unlock the device; and | <br><br>**(Screenshots showing the Samsung Stratosphere continuously moving the unlock image as a user slides it to the right to unlock the phone)**<br><br>Further, the Samsung Stratosphere's unlock image is a graphical, interactive user-interface object, namely a gray puzzle piece containing the representation of an unlocked padlock, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 11 | Infringement by the Samsung Stratosphere |
|---|---|
| | <br><br>**(Screenshot showing the unlock puzzle piece unlock image (highlighted in yellow) on the locked Samsung Stratosphere home screen)**<br><br>As a second example, as the user touches and slides the puzzle piece messaging unlock image or missed call unlock image on the locked home screen, the Samsung Stratosphere continuously moves the unlock image while the user maintains contact with the screen.  As shown below, these unlock images are graphical, interactive user-interface objects that the user touches and then slides to unlock the phone to either viewed a text message or view the missed call log. |

| Claim 11 | Infringement by the Samsung Stratosphere |
|---|---|
| | <br><br>As a third example, as the user touches and slides the incoming call unlock image on the incoming call screen, the Samsung Stratosphere continuously moves the unlock image while the user maintains contact with the screen.  As shown below, the incoming call unlock image is a graphical, interactive user-interface object that the user touches and then slides to unlock the phone to answer the incoming call. |

| Claim 11 | Infringement by the Samsung Stratosphere |
|---|---|
| |  |
| means for transitioning the device to a user-interface unlock state if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Stratosphere comprises a means for transitioning the device to a user-interface unlock state if moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.  For example, the Samsung Stratosphere unlocks when the user slides the puzzle piece unlock image from its original, predefined location at the left-side of the touch-sensitive display to the predefined unlock region on the right side of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides the puzzle piece unlock image into place, the phone unlocks and all applications are available to the user. |

| Claim 11 | Infringement by the Samsung Stratosphere |
|---|---|
| | <br><br>(**Screenshots of the Samsung Stratosphere showing the unlock image sliding to the right as a user unlocks the phone**)<br><br>As a second example, the Samsung Stratosphere unlocks when the user slides either the puzzle piece missed call unlock image or the messaging unlock image from its original, predefined location at top of the touch-sensitive display to the predefined unlock region on the right middle of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides either the messaging unlock image or missed call unlock image into place, the phone unlocks and all applications are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 11 | Infringement by the Samsung Stratosphere |
|---|---|
| | <br><br>As a third example, the Samsung Stratosphere unlocks when the user slides the incoming call unlock image from its original, predefined location at the middle center of the touch-sensitive display to the predefined unlock region on the bottom center of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides the unlock image into place, the phone unlocks and all applications are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 11 | Infringement by the Samsung Stratosphere |
|---|---|
| |  |

| Claim 12 | Infringement by the Samsung Stratosphere |
|---|---|
| 12.  A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch-sensitive display, cause the portable electronic device to perform a method comprising: | To the extent that the preamble of claim 12 may be construed to be limiting, the Samsung Stratosphere comprises a computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by the Samsung Stratosphere, which is a portable electronic device with a touch-sensitive display, cause the Samsung Stratosphere to perform a method.<br><br>For example, the Samsung Stratosphere is an Android smartphone, which is available from Verizon, with a 4.0'' Super AMOLED touch screen display.  (*See* Samsung, Stratosphere Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I405LKAVZW-specs).  It weighs 5.8 oz. and measures 4.96'' (L) x 2.54'' (W) x 0.55'' (D).  (*Id.*).<br><br><br><br>(Samsung, Stratosphere Gallery, http://www.samsung.com/us/mobile/cell-phones/SCH-I405LKAVZW-gallery). |

| Claim 12 | Infringement by the Samsung Stratosphere |
|---|---|
| | Further, it equipped with a rechargeable Lithium ion (Li-ion) battery.  (Samsung Stratosphere User Manual, at 7).  And it has a 1.0 GHz processor.<br><br><br><br>(*See* Samsung, Stratosphere Specifications, http://www.samsung. com /us/mobile/cell-phones/SCH-I405LKAVZW-specs).<br><br>Further, it runs Android 2.3, Gingerbread.<br><br><br><br>(Samsung Stratosphere Features, http://www.samsung.com/us/mobile/cell-phones/SCH-I405LKAVZW-features).<br><br>Samsung promotes slide to unlock as a standard feature of the Samsung Stratosphere.  The user |

| Claim 12 | Infringement by the Samsung Stratosphere |
|---|---|
| | guide for the phone instructs users how to use the phone to perform a method to unlock the phone.  (*See, e.g.*, Stratosphere User Manual, at 15, 21-22, 38-29, 120, 124). According to the Samsung Stratosphere's User Guide, it has a touch screen that allows the user to navigate the device and that responds "to a light touch from the pad of your finger."  (Stratosphere User Manual, at 21).  A user interacts with the Samsung Stratosphere through a variety of finger gestures, including, for example, touching items on the touchscreen to select or launch them, touching and holding screen items to activate them, or flicking and sliding "your finger vertically or horizontally across the screen."  (*Id.* at 22). <br><br> **Finger Gestures** <br><br> **Touch** <br><br> Touch items to select or launch them. For example: <br> • Touch the on screen keyboard to enter characters or text. <br> • Touch an item to select it. <br> • Touch an application's icon to launch the application. <br><br> **Touch and Hold** <br><br> Activate onscreen items by a touch and hold gesture. For example: <br> • Touch and hold a widget on the home screen to move it. <br> • Touch and hold on a field to display a pop-up menu of options. <br><br> **Flick or drag** <br><br> Flick or slide your finger vertically or horizontally across the screen. For example: <br> • Unlocking the screen <br> • Scrolling the Home screen or a menu |

| Claim 12 | Infringement by the Samsung Stratosphere |
|---|---|
| | **Pinch**<br><br>Using two fingers, make a pinch motion on the screen. For example:<br>• Pinch in to zoom in on pictures or screens.<br>• Pinch out to zoom out on pictures or screens.<br><br>(Stratosphere User Manual, at 22).<br><br>**Unlocking the phone**<br><br>Unlock the phone using one of the default unlock screens, or for increased security, use a personal screen lock PIN, password, or pattern.<br><br>▶ Press the ⏻ **Power/Lock Key**, then touch and drag the puzzle piece to fit the empty space.<br><br>(Stratosphere User Manual, at 15).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Stratosphere detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.<br><br>For example, when the Stratosphere's home screen is locked, it contains an unlock image at a predefined location at the left side of the touchscreen. As is shown in the screenshot below, this unlock image is a gray puzzle piece containing the representation of an unlocked padlock. |

| Claim 12 | Infringement by the Samsung Stratosphere |
|---|---|
| |  **(Screenshot of the locked home screen for the Stratosphere, displaying the unlock image at a predefined location on the left side of the touchscreen display)**<br><br>The Samsung Stratosphere detects contact with this unlock image as a user touches and then slides the image to the right to unlock the phone.  In addition to the unlock image, a predefined unlock region appears on the locked home screen.  As is shown in the screenshot above, this predefined unlock region is a representation of a missing puzzle piece.  As is shown below, when the Samsung Stratosphere detects contact with the unlock image, the region representing |

| Claim 12 | Infringement by the Samsung Stratosphere |
|---|---|
| | the missing puzzle piece changes from gray to multi-colored, reflecting the background image on the screen.  Further, it is outlined in white.<br><br><br><br>**(Screenshot of the Samsung Stratosphere detecting a contact with the unlock image on the locked home screen)**<br><br>Additionally, when the Samsung Stratosphere is locked and the user receives a text message or misses a call, the Samsung Stratosphere displays messaging and missed call unlock images, respectively.  The messaging unlock image is a green puzzle piece containing a representation |

| Claim 12 | Infringement by the Samsung Stratosphere |
|---|---|
| | of the messaging application while the missed call unlock image is an orange puzzle piece containing a representation of a phone.  The Samsung Stratosphere detects contact with these unlock image as a user touches and then slides the images to the empty space.  Just as with the general unlock image, when the Samsung Stratosphere detects contact with these unlock images, the unlock region representing the missing puzzle piece changes from gray to multi-colored, reflecting the background image on the screen.<br><br><br><br>**(Screenshot of the locked Samsung Stratosphere home screen showing the orange missed call unlock image and the green messaging unlock image)**<br><br>As a third example, when the locked Samsung Stratosphere receives an incoming call, it displays an incoming call unlock image on the incoming call screen.  This unlock image is a |

61

| Claim 12 | Infringement by the Samsung Stratosphere |
|---|---|
| | green puzzle piece containing the representation of a phone, as shown below.  The Samsung Stratosphere detects contact with this unlock image as the user touches and then slides the image to the empty puzzle piece at the bottom of the touch screen.<br><br><br><br>**(Screenshot of locked Samsung Stratosphere incoming call screen, showing the incoming call unlock image)** |
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the | The Samsung Stratosphere continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the puzzle piece unlock image on the locked home |

| Claim 12 | Infringement by the Samsung Stratosphere |
|---|---|
| unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | screen, the Samsung Stratosphere continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br><br><br>(**Screenshots showing the Samsung Stratosphere continuously moving the unlock image as a user slides it to the right to unlock the phone**)<br><br>Further, the Samsung Stratosphere's unlock image is a graphical, interactive user-interface object, namely a gray puzzle piece containing the representation of an unlocked padlock, that the user touches and then slides across the touchscreen to unlock the phone. |

| Claim 12 | Infringement by the Samsung Stratosphere |
|---|---|
| |  **(Screenshot showing the unlock puzzle piece unlock image (highlighted in yellow) on the locked Samsung Stratosphere home screen)** As a second example, as the user touches and slides the puzzle piece messaging unlock image or missed call unlock image on the locked home screen, the Samsung Stratosphere continuously moves the unlock image while the user maintains contact with the screen.  As shown below, these unlock images are graphical, interactive user-interface objects that the user touches and then slides to unlock the phone to either viewed a text message or view the missed call log. |

| Claim 12 | Infringement by the Samsung Stratosphere |
|---|---|
| |  As a third example, as the user touches and slides the incoming call unlock image on the incoming call screen, the Samsung Stratosphere continuously moves the unlock image while the user maintains contact with the screen.  As shown below, the incoming call unlock image is a graphical, interactive user-interface object that the user touches and then slides to unlock the phone to answer the incoming call. |

| Claim 12 | Infringement by the Samsung Stratosphere |
|---|---|
| |  |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Stratosphere unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>For example, the Samsung Stratosphere unlocks when the user slides the puzzle piece unlock image from its original, predefined location at the left-side of the touch-sensitive display to the predefined unlock region on the right side of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides the puzzle piece unlock image into place, the phone unlocks and all applications are available to the user. |

| Claim 12 | Infringement by the Samsung Stratosphere |
|---|---|
| |  |

**(Screenshots of the Samsung Stratosphere showing the unlock image sliding to the right as a user unlocks the phone)**

As a second example, the Samsung Stratosphere unlocks when the user slides either the puzzle piece missed call unlock image or the messaging unlock image from its original, predefined location at top of the touch-sensitive display to the predefined unlock region on the right middle of the display. The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below. Once the user slides either the messaging unlock image or missed call unlock image into place, the phone unlocks and all applications are available to the user. Thus, the phone is in a user-interface unlock state.

| Claim 12 | Infringement by the Samsung Stratosphere |
|---|---|
| | <br><br>As a third example, the Samsung Stratosphere unlocks when the user slides the incoming call unlock image from its original, predefined location at the middle center of the touch-sensitive display to the predefined unlock region on the bottom center of the display.  The predefined unlock region is denoted by a representation of a missing puzzle piece, shown below.  Once the user slides the unlock image into place, the phone unlocks and all applications are available to the user.  Thus, the phone is in a user-interface unlock state. |

| Claim 12 | Infringement by the Samsung Stratosphere |
|---|---|
| |  |

| Claim 13 | Infringement by the Samsung Stratosphere |
|---|---|
| 13.  The method of claim 1, wherein the unlock image is a single image. | The Samsung Stratosphere's unlock image is a single image.  As described herein, the Samsung Stratosphere performs the claimed method.  The user guide for the phone instructs users how to perform the claimed method.  (*See, e.g.*, Stratosphere User Manual, at 15, 21-22, 38-29, 120, 124).<br><br>For example, the general unlock image is a single gray puzzle piece containing the representation of an unlocked padlock, as shown below.  A user slides this image to the right to unlock the phone, as explained above.  The general unlock image infringes this claim when the user has not missed a call or received a text message while the phone is in a user-interface lock state.<br><br><br><br>**(Screenshot of Samsung Stratosphere single unlock image (highlighted in yellow))** |

| Claim 13 | Infringement by the Samsung Stratosphere |
|---|---|
| | Further, the incoming call unlock image is a single image. It does not appear simultaneously with any of the other unlock images.<br><br> |

| Claim 14 | Infringement by the Samsung Stratosphere |
|---|---|
| 14.  The device of claim 7, wherein the unlock image is a single image. | The Samsung Stratosphere's unlock image is a single image.  For example, the unlock image is a single gray puzzle piece containing the representation of an unlocked padlock, as shown below.  A user slides this image to the right to unlock the phone, as explained above.  The general unlock image infringes this claim when the user has not missed a call or received a text message while the phone is in a user-interface lock state.<br><br><br><br>**(Screenshot of Samsung Stratosphere single unlock image (highlighted in yellow))** |

| Claim 14 | Infringement by the Samsung Stratosphere |
|---|---|
| | Further, the incoming call unlock image is a single image.  It does not appear simultaneously with any of the other unlock images.<br><br> |

| Claim 15 | Infringement by the Samsung Stratosphere |
|---|---|
| 15.  The computer readable storage medium of claim 12, wherein the unlock image is a single image. | The Samsung Stratosphere's unlock image is a single image.  For example, the unlock image is a single gray puzzle piece containing the representation of an unlocked padlock, as shown below.  A user slides this image to the right to unlock the phone, as explained above.  The general unlock image infringes this claim when the user has not missed a call or received a text message while the phone is in a user-interface lock state.<br><br><br><br>**(Screenshot of Samsung Stratosphere single unlock image (highlighted in yellow))**<br><br>Further, the incoming call unlock image is a single image.  It does not appear simultaneously with any of the other unlock images. |

| Claim 15 | Infringement by the Samsung Stratosphere |
|---|---|
| |  |