**INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE SAMSUNG GALAXY TAB 7.0 PLUS (GT-P6210MA)**

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---------|---------------------------------------------|
| 1.  A method of unlocking a hand-held device, the device including a touch-sensitive display, the method comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Galaxy Tab 7.0 is a hand-held device including a touch-sensitive display.  Specifically, the Samsung Galaxy Tab 7.0 is an Android tablet computer with a 7.0'' 1024x600 WSVGA TFT (PLS) touch screen display.  (*See* Samsung, Galaxy Tab 7.0 Specifications, http://www.samsung.com /us/mobile/galaxy-tab/GT-P6210MAYXAR-specs).  It weighs 12.1 oz. and measures 7.6'' (L) x 4.8'' (W) x 0.39'' (D).  (*Id.*).<br><br><br><br>(Samsung, Galaxy Tab 7.0 Galleryhttp://www.samsung.com/us/mobile/galaxy-tab/GT- |

---

[1] Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the claim preamble is limiting.  Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | P6210MAYXAR-gallery).<br><br>**Display**<br><br>| Display | 7" Display |<br>| Main Display Resolution | 1024 x 600 Pixel |<br>| Main Display Size | 7" Display |<br>| Main Display Technology | TFT |<br><br>(Samsung, Galaxy Tab 7.0 Specifications, http://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAYXAR-specs).<br><br>As described below, the Samsung Galaxy Tab 7.0 performs the claimed method.  Samsung promotes slide to unlock as a standard feature of the tablet.  The user guide for the tablet instructs users how to perform the claimed method.  (*See, e.g.*, Samsung, Galaxy Tab 7.0 Android Tablet User Manual, at 14, 24 (2011) [hereinafter "Galaxy Tab 7.0 User Manual"]).  According to the Samsung Galaxy Tab 7.0's User Guide, it has a touch screen that allows the user to navigate the device.  (Galaxy Tab 7.0 User Manual, at 24).  A user interacts with the Samsung Galaxy Tab 7.0's applications by, for example, touching items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding her "finger vertically or horizontally across the screen."  (*Id.*). |

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | ## Screen Navigation<br><br>### Touch<br><br>Touch items to select or launch them. For example:<br><br>• Touch the on-screen keyboard to enter characters or text.<br><br>• Touch a menu item to select it.<br><br>• Touch an application's icon to launch the application.<br><br>### Touch and Hold<br><br>Activate on-screen items. For example:<br><br>• Touch and hold a widget on the home screen to move it.<br><br>• Touch and hold on a field to display a pop-up menu of options.<br><br>### Swipe, Flick, or Slide<br><br>Swipe, flick, or slide your finger vertically or horizontally across the screen. For example:<br><br>• Unlocking the screen<br><br>• Scrolling the Home screens or a menu |

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | **Pinch**<br><br>Use two fingers, such as your index finger and thumb, to make an inward pinch motion on the screen, as if you are picking something up, or an outward motion by sweeping your fingers out. For example:<br><br>• Pinch a photo in Gallery to zoom in.<br><br>• Pinch a webpage to zoom in or out.<br><br>(Galaxy Tab 7.0 User Manual, at 24).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Galaxy Tab 7.0 detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.<br><br>For example, when the Galaxy Tab 7.0's home screen is locked and in landscape mode, it displays an unlock image at a predefined location at the right side of the touchscreen[2].  As is shown in the screenshot below, this unlock image is a white circle.  Prior to detecting user contact with this unlock image, the Samsung Galaxy Tab 7.0 displays a white padlock inside the circle. |

---

[2]  Analysis in this chart is based on the unlock screen of the Galaxy Tab 7.0 Plus viewed in landscape mode; however, the device infringes the '721 patent when held vertically as well.  When the Galaxy Tab 7.0 Plus is held vertically, the unlock image appears at the bottom center of the screen.  The remainder of the analysis is the same.

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| |  **(Screenshot of the locked home screen for the Galaxy Tab 7.0, displaying the unlock image at a predefined location on the right side of the touchscreen display)**<br><br>The Samsung Galaxy Tab 7.0 detects contact with this unlock image as a user touches and then slides the image to unlock the tablet.  As is shown below, when the Galaxy Tab 7.0 detects user contact with the unlock image, the image of the padlock disappears and a larger circle appears. This larger circle corresponds to the predefined unlock region. |

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---------|---------------------------------------------|
|         |  **(Screenshots of the Samsung Galaxy Tab 7.0 detecting a contact with the unlock image on the locked home screen)** <br><br> As the Galaxy Tab 7.0 User Manual indicates, the Galaxy Tab 7.0 unlocks when the user drags the unlock image to the edge of this larger circle. |

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | <br><br>(Galaxy Tab User Manual, at 14). |

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Galaxy Tab 7.0 continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the white unlock image towards the predefined unlock region on the locked Galaxy Tab 7.0 home screen, the tablet continuously moves the unlock image while the user maintains contact with the screen, as shown below.<br><br><br>**(Screenshot of the Galaxy Tab 7.0 as it is detecting contact with the unlock image)** |

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---------|---------------------------------------------|
|  |  **(Screenshot of the Galaxy Tab 7.0 continuously moving the unlock image as the user slides to the right towards the predefined unlock region)** |

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | <br><br>**(Screenshot showing the Samsung Galaxy Tab 7.0 continuously moving the unlock image as a user slides it to the right to unlock the tablet)**<br><br>Further, the Samsung Galaxy Tab 7.0's white unlock image is a graphical, interactive user-interface object, namely a white circle, as shown below, that the user touches and then slides across the touchscreen to unlock the tablet. |

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
|  |  **(Screenshot showing the white unlock image (highlighted in blue) on the locked Samsung Galaxy Tab 7.0 home screen)** |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Galaxy Tab 7.0 unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>For example, as the Galaxy Tab 7.0 User Manual indicates, the Galaxy Tab 7.0 unlocks when the user drags the white unlock image to the edge of the predefined unlock region, which is a large white circle displayed on the Galaxy Tab 7.0 touchscreen. |

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
|  |  |



(Galaxy Tab User Manual, at 14).

Accordingly, as shown in the series of screenshots below, the Galaxy Tab 7.0 unlocks if the white unlock image is moved from its original, predefined location on the touch screen to the predefined unlock region. As explained previously, the predefined unlock region is a large white

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
|  | circle.  The tablet unlocks when the user slides the white unlock image to the edge of the circle.<br><br> |

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---------|---------------------------------------------|
|         |  |

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---------|---------------------------------------------|
|  | <br><br>(**Screenshot of the unlocked Galaxy Tab 7.0**) |

| Claim 2 | Infringement by the Galaxy Tab 7.0 |
|---|---|
| 2.  The method of claim 1, wherein the moving comprises movement along any desired path. | The Samsung Galaxy Tab 7.0 permits the user to move the white unlock image from its original, predefined location on the touch screen display along any desired path to the edge of the predefined unlock region, which is a large white circle, as shown below.  As described herein, the Samsung Galaxy Tab 7.0 performs the claimed method.  The user guide for the tablet instructs users how to perform the claimed method.  (*See, e.g.*, Samsung Galaxy Tab 7.0 User Manual, at 14, 24). <br><br> **Unlocking the Device** <br><br> 1.  Press the **Power/Lock Key**. <br><br> 2.  Touch and drag the **Unlock** icon to the edge of the circle that appears, as shown. <br><br>  <br><br> The last screen you accessed displays. <br><br> (Galaxy Tab 7.0 User Manual, at 14). |

16

| Claim 4 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| 4.  The method of claim 1, further comprising displaying visual cues to communicate a direction of movement of the unlock image required to unlock the device. | The Samsung Galaxy Tab 7.0 displays visual cues to communicate a direction of movement of the unlock image required to unlock the device.  As described herein, the Samsung Galaxy Tab 7.0 performs the claimed method.  The user guide for the tablet instructs users how to perform the claimed method.  (*See, e.g.*, Samsung, Galaxy Tab 7.0 User Manual, at 14, 24).<br><br>For example, when the Samsung Galaxy Tab 7.0 detects contact with the white unlock image, it displays a large white circle that is associated with an image of an unlocked padlock.  This large white circle, which corresponds to the predefined unlock region, is a visual cue communicating to the user the direction of movement required to unlock the device.  The presence of the large white circle is shown in the screenshot below.<br><br><br><br>**(Screenshot of the Samsung Galaxy Tab 7.0 unlock image showing the large white circle corresponding to the predefined unlock region)** |

17

| Claim 7 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| 7.  A portable electronic device, comprising: | To the extent that the preamble of claim 7 may be construed to be limiting, the Samsung Galaxy Tab 7.0 is a portable electronic device.  Specifically, the Samsung Galaxy Tab 7.0 is an Android tablet computer with a 7.0'' 1024x600 WSVGA TFT (PLS) touch screen display.  (*See* Samsung, Galaxy Tab 7.0 Specifications, http://www.samsung.com /us/mobile/galaxy-tab/GT-P6210MAYXAR-specs).  It weighs 12.1 oz. and measures 7.6'' (L) x 4.8'' (W) x 0.39'' (D). (*Id.*).<br><br><br><br>(Samsung, Galaxy Tab 7.0 Galleryhttp://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAYXAR-gallery). |

| Claim 7 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
|  | Further, the Samsung Galaxy Tab 7.0 has a 4000mAh battery.  (Samsung Galaxy Tab 7.0 Features, http://www.samsung.com /us/mobile/galaxy-tab/GT-P6210MAYXAR-features).  And it features the Android 3.2, Honeycomb, operating system. <br><br>  <br><br> (Samsung Galaxy Tab 7.0 Features, http://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAYXAR-features). |
| a touch-sensitive display; | The Samsung Galaxy Tab 7.0 comprises a touch-sensitive display. <br><br> For example, according to the Samsung Galaxy Tab 7.0's User Guide, it has a touch screen that allows the user to navigate the device.  (Galaxy Tab 7.0 User Manual, at 24).  A user interacts with the Samsung Galaxy Tab 7.0's applications by, for example, touching items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding her "finger vertically or horizontally across the screen."  (*Id.*). |

| Claim 7 | Infringement by the Samsung Galaxy Tab 7.0 |
|---------|---------------------------------------------|
|         | ## Screen Navigation |
|         | ### Touch |
|         | Touch items to select or launch them. For example: |
|         | • Touch the on-screen keyboard to enter characters or text. |
|         | • Touch a menu item to select it. |
|         | • Touch an application's icon to launch the application. |
|         | ### Touch and Hold |
|         | Activate on-screen items. For example: |
|         | • Touch and hold a widget on the home screen to move it. |
|         | • Touch and hold on a field to display a pop-up menu of options. |
|         | ### Swipe, Flick, or Slide |
|         | Swipe, flick, or slide your finger vertically or horizontally across the screen. For example: |
|         | • Unlocking the screen |
|         | • Scrolling the Home screens or a menu |

| Claim 7 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | **Pinch**<br><br>Use two fingers, such as your index finger and thumb, to make an inward pinch motion on the screen, as if you are picking something up, or an outward motion by sweeping your fingers out. For example:<br><br>• Pinch a photo in Gallery to zoom in.<br>• Pinch a webpage to zoom in or out.<br><br>(Galaxy Tab 7.0 User Manual, at 24).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| memory; | The Samsung Galaxy Tab 7.0 comprises memory.  For example, the Samsung Galaxy Tab 7.0 has 16GB of internal memory and supports an external microSD card.<br><br>**Memory**<br><br>| Internal | 16GB |<br>| External | micro SD card slot supports up to 32GB |<br><br>(Samsung Galaxy Tab 7.0 Specifications, http://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAYXAR-specs). |

| Claim 7 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| one or more processors; | The Samsung Galaxy Tab 7.0 comprises one or more processers.<br><br>It has a 1.2 GHz dual-core Samsung Exnyos processor.  (*Id.*).<br><br>**CPU**<br><br>CPU      Samsung Exynos™ 2x1.2GHz<br><br>(Samsung Galaxy Tab 7.0 Android Smartphone Specifications, http://www.samsung.com /us/mobile/galaxy-tab/GT-P6210MAYXAR-specs). |
| one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | The Samsung Galaxy Tab 7.0 comprises one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions.<br><br>The Samsung Galaxy Tab 7.0 contains, among other modules, a contact/motion module in its memory that is configured for execution by the Samsung Galaxy Tab 7.0's processor.  This module allows the Samsung Galaxy Tab 7.0 to detect contact with the touchscreen.  The Samsung Galaxy Tab 7.0 User Guide discloses some of those contacts that the contact/motion module detects, as shown below.<br><br>**Screen Navigation**<br><br>**Touch**<br><br>Touch items to select or launch them. For example:<br><br>• Touch the on-screen keyboard to enter characters or text.<br><br>• Touch a menu item to select it.<br><br>• Touch an application's icon to launch the application. |

| Claim 7 | Infringement by the Samsung Galaxy Tab 7.0 |
|---------|--------------------------------------------|
|         | **Touch and Hold**<br><br>Activate on-screen items. For example:<br><br>• Touch and hold a widget on the home screen to move it.<br><br>• Touch and hold on a field to display a pop-up menu of options.<br><br>**Swipe, Flick, or Slide**<br><br>Swipe, flick, or slide your finger vertically or horizontally across the screen. For example:<br><br>• Unlocking the screen<br><br>• Scrolling the Home screens or a menu<br><br>**Pinch**<br><br>Use two fingers, such as your index finger and thumb, to make an inward pinch motion on the screen, as if you are picking something up, or an outward motion by sweeping your fingers out. For example:<br><br>• Pinch a photo in Gallery to zoom in.<br><br>• Pinch a webpage to zoom in or out.<br><br>(Galaxy Tab 7.0 User Manual, at 24). |

| Claim 7 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image; | The Samsung Galaxy Tab 7.0's one or more modules include instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image. <br><br> For example, when the Galaxy Tab 7.0's home screen is locked and in landscape mode, it displays an unlock image at a predefined location at the right side of the touchscreen.  As is shown in the screenshot below, this unlock image is a white circle.  Prior to detecting user contact with this unlock image, the Samsung Galaxy Tab 7.0 displays a white padlock inside the circle. <br><br>  <br><br> **(Screenshot of the locked home screen for the Galaxy Tab 7.0, displaying the unlock image at a predefined location on the right side of the touchscreen display)** |

| Claim 7 | Infringement by the Samsung Galaxy Tab 7.0 |
|---------|---------------------------------------------|
| | The Samsung Galaxy Tab 7.0 detects contact with this unlock image as a user touches and then slides the image to unlock the tablet.  As is shown below, when the Galaxy Tab 7.0 detects user contact with the unlock image, the image of the padlock disappears and a larger circle appears. This larger circle corresponds to the predefined unlock region.<br><br><br><br>**(Screenshots of the Samsung Galaxy Tab 7.0 detecting contact with the unlock image on the locked home screen)**<br><br>As the Galaxy Tab 7.0 User Manual indicates, the Galaxy Tab 7.0 unlocks when the user drags the unlock image to the edge of this larger circle. |

| Claim 7 | Infringement by the Samsung Galaxy Tab 7.0 |
|---------|---------------------------------------------|
| |  |

| Claim 7 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Galaxy Tab 7.0's one or more modules include instructions to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the white unlock image towards the predefined unlock region on the locked Galaxy Tab 7.0 home screen, the tablet continuously moves the unlock image while the user maintains contact with the screen, as shown below.<br><br><br>**(Screenshot of the Galaxy Tab 7.0 as it is detecting contact with the unlock image)** |

| Claim 7 | Infringement by the Samsung Galaxy Tab 7.0 |
|---------|---------------------------------------------|
|         | <br><br>**(Screenshot of the Galaxy Tab 7.0 continuously moving the unlock image as the user slides to the right towards the predefined unlock region)** |

| Claim 7 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| |  **(Screenshot showing the Samsung Galaxy Tab 7.0 continuously moving the unlock image as a user slides it to the right to unlock the tablet)**<br><br>Further, the Samsung Galaxy Tab 7.0's white unlock image is a graphical, interactive user-interface object, namely a white circle, as shown below, that the user touches and then slides across the touchscreen to unlock the tablet. |

| Claim 7 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| |  (**Screenshot showing the white unlock image (highlighted in blue) on the locked Samsung Galaxy Tab 7.0 home screen**) |
| to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | The Samsung Galaxy Tab 7.0's one or more modules include instructions to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. For example, as the Galaxy Tab 7.0 User Manual indicates, the Galaxy Tab 7.0 unlocks when the user drags the white unlock image to the edge of the predefined unlock region, which is a large white circle displayed on the Galaxy Tab 7.0 touchscreen. |

| Claim 7 | Infringement by the Samsung Galaxy Tab 7.0 |
|---------|---------------------------------------------|
|  | <br><br>(Galaxy Tab User Manual, at 14).<br><br>Accordingly, as shown in the series of screenshots below, the Galaxy Tab 7.0 unlocks if the white unlock image is moved from its original, predefined location on the touch screen to |

| Claim 7 | Infringement by the Samsung Galaxy Tab 7.0 |
|---------|-------------------------------------------|
|  | predefined unlock region.  As explained previously, the predefined unlock region is a large white circle.  The tablet unlocks when the user slides the white unlock image to the edge of the circle.<br><br> |

| Claim 7 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| |  |

| Claim 7 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
|  |  (Screenshot of unlocked Galaxy Tab 7.0) |

| Claim 8 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| 8.  The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement. | The Samsung Galaxy Tab 7.0's one or more modules further comprise instructions to display visual cues to communicate a direction of movement.  For example, when the Samsung Galaxy Tab 7.0 detects contact with the white unlock image, it displays a large white circle that is associated with an image of an unlocked padlock.  This large white circle, which corresponds to the predefined unlock region, is a visual cue communicating to the user the direction of movement required to unlock the device.  The presence of the large white circle is shown in the screenshot below.<br><br><br><br>**(Screenshot of the Samsung Galaxy Tab 7.0 unlock image showing the large white circle corresponding to the predefined unlock region)** |

35

| Claim 11 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| 11.  A portable electronic device comprising: | To the extent that the preamble of claim 11 may be construed to be limiting, the Samsung Galaxy Tab 7.0 is a portable electronic device.  Specifically, the Samsung Galaxy Tab 7.0 is an Android tablet computer with a 7.0'' 1024x600 WSVGA TFT (PLS) touch screen display.  (*See* Samsung, Galaxy Tab 7.0 Specifications, http://www.samsung.com /us/mobile/galaxy-tab/GT-P6210MAYXAR-specs).  It weighs 12.1 oz. and measures 7.6'' (L) x 4.8'' (W) x 0.39'' (D). (*Id.*).<br><br><br><br>(Samsung, Galaxy Tab 7.0 Galleryhttp://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAYXAR-gallery). |

| Claim 11 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | Further, the Samsung Galaxy Tab 7.0 has a 4000mAh battery.  (Samsung Galaxy Tab 7.0 Features, http://www.samsung.com /us/mobile/galaxy-tab/GT-P6210MAYXAR-features).  And it features the Android 3.2, Honeycomb, operating system.<br><br><br><br>(Samsung Galaxy Tab 7.0 Features, http://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAYXAR-features). |
| a touch-sensitive display; | The Samsung Galaxy Tab 7.0 comprises a touch-sensitive display.<br><br>For example, according to the Samsung Galaxy Tab 7.0's User Guide, it has a touch screen that allows the user to navigate the device.  (Galaxy Tab 7.0 User Manual, at 24).  A user interacts with the Samsung Galaxy Tab 7.0's applications by, for example, touching items on the touchscreen to select or launch them, touching and holding screen items to activate them, or swiping/sliding her "finger vertically or horizontally across the screen."  (*Id.*). |

| Claim 11 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | **Screen Navigation**<br><br>**Touch**<br><br>Touch items to select or launch them. For example:<br>• Touch the on-screen keyboard to enter characters or text.<br>• Touch a menu item to select it.<br>• Touch an application's icon to launch the application.<br><br>**Touch and Hold**<br><br>Activate on-screen items. For example:<br>• Touch and hold a widget on the home screen to move it.<br>• Touch and hold on a field to display a pop-up menu of options.<br><br>**Swipe, Flick, or Slide**<br><br>Swipe, flick, or slide your finger vertically or horizontally across the screen. For example:<br>• Unlocking the screen<br>• Scrolling the Home screens or a menu |

| Claim 11 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | **Pinch**<br><br>Use two fingers, such as your index finger and thumb, to make an inward pinch motion on the screen, as if you are picking something up, or an outward motion by sweeping your fingers out. For example:<br><br>• Pinch a photo in Gallery to zoom in.<br><br>• Pinch a webpage to zoom in or out.<br><br>(Galaxy Tab 7.0 User Manual, at 24).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display.  (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state; | The Samsung Galaxy Tab 7.0 comprises a means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state.<br><br>For example, when the Galaxy Tab 7.0's home screen is locked and in landscape mode, it displays an unlock image at a predefined location at the right side of the touchscreen.  As is shown in the screenshot below, this unlock image is a white circle.  Prior to detecting user contact with this unlock image, the Samsung Galaxy Tab 7.0 displays a white padlock inside the circle. |

| Claim 11 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| |  **(Screenshot of the locked home screen for the Galaxy Tab 7.0, displaying the unlock image at a predefined location on the right side of the touchscreen display)** |
| means for detecting contact with the touch-sensitive display; and | The Samsung Galaxy Tab 7.0 comprises a means for detecting contact with the touch-sensitive display.  For example, the Samsung Galaxy Tab 7.0 detects contact with the white unlock image as a user touches and then slides the image to unlock the tablet.  As is shown below, when the Galaxy Tab 7.0 detects user contact with the unlock image, the image of the padlock disappears and a larger circle appears.  This larger circle corresponds to the predefined unlock region. |

| Claim 11 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| |  **(Screenshots of the Samsung Galaxy Tab 7.0 detecting a contact with the unlock image on the locked home screen)** <br><br> As the Galaxy Tab 7.0 User Manual indicates, the Galaxy Tab 7.0 unlocks when the user drags the unlock image to the edge of this larger circle. |

| Claim 11 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| |  (Galaxy Tab 7.0 User Manual, at 14). |

| Claim 11 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Galaxy Tab 7.0 comprises a means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the white unlock image towards the predefined unlock region on the locked Galaxy Tab 7.0 home screen, the tablet continuously moves the unlock image while the user maintains contact with the screen, as shown below.<br><br><br>**(Screenshot of the Galaxy Tab 7.0 as it is detecting contact with the unlock image)** |

| Claim 11 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| |  **(Screenshot of the Galaxy Tab 7.0 continuously moving the unlock image as the user slides to the right towards the predefined unlock region)** |

| Claim 11 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | <br><br>**(Screenshot showing the Samsung Galaxy Tab 7.0 continuously moving the unlock image as a user slides it to the right to unlock the tablet)**<br><br>Further, the Samsung Galaxy Tab 7.0's white unlock image is a graphical, interactive user-interface object, namely a white circle, as shown below, that the user touches and then slides across the touchscreen to unlock the tablet. |

| Claim 11 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | <br>(**Screenshot showing the white unlock image (highlighted in blue) on the locked Samsung Galaxy Tab 7.0 home screen**) |
| means for transitioning the device to a user-interface unlock state if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Galaxy Tab 7.0 comprises a means for transitioning the device to a user-interface unlock state if moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>For example, as the Galaxy Tab 7.0 User Manual indicates, the Galaxy Tab 7.0 unlocks when the user drags the white unlock image to the edge of the predefined unlock region, which is a large white circle displayed on the Galaxy Tab 7.0 touchscreen. |

| Claim 11 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | <br><br>(Galaxy Tab 7.0 User Manual, at 14).<br><br>Accordingly, as shown in the series of screenshots below, the Galaxy Tab 7.0 unlocks if the white unlock image is moved from its original, predefined location on the touch screen to |

| Claim 11 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | predefined unlock region.  As explained previously, the predefined unlock region is a large white circle.  The tablet unlocks when the user slides the white unlock image to the edge of the circle.<br><br> |

| Claim 11 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| |  |

| Claim 11 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | <br><br>**(Screenshot of unlocked Galaxy Tab 7.0)** |

| Claim 12 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| 12.  A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch-sensitive display, cause the portable electronic device to perform a method comprising: | To the extent that the preamble of claim 12 may be construed to be limiting, the Samsung Galaxy Tab 7.0 comprises a computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by the Samsung Galaxy Tab 7.0, which is a portable electronic device with a touch-sensitive display, cause the Samsung Galaxy Tab 7.0 to perform a method.<br><br>For example, Specifically, the Samsung Galaxy Tab 7.0 is an Android tablet computer with a 7.0'' 1024x600 WSVGA TFT (PLS) touch screen display.  (*See* Samsung, Galaxy Tab 7.0 Specifications, http://www.samsung.com /us/mobile/galaxy-tab/GT-P6210MAYXAR-specs).  It weighs 12.1 oz. and measures 7.6'' (L) x 4.8'' (W) x 0.39'' (D).  (*Id.*).  It has a 1.2GHz processor and a 4000mAh battery.<br><br>**CPU**<br><br>CPU \| Samsung Exynos™ 2x1.2GHz<br><br>(Samsung Galaxy Tab 7.0 Specifications, http://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAYXAR-specs).<br><br>It is equipped with the Android 3.2, Honeycomb, operating system. (*Id.*).<br><br>**Operating System**<br><br>Operating System \| Android™ 3.2, Honeycomb |

| Claim 12 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | <br><br>(Samsung, Galaxy Tab 7.0 Gallery, http://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAYXAR-gallery).<br><br>Samsung promotes slide to unlock as a standard feature of the Galaxy Tab 7.0.  The user guide for the tablet instructs users how to use the tablet to perform a method to unlock the tablet.  (*See, e.g.*, Samsung Galaxy Tab 7.0 User Manual, at 14, 24). According to the Samsung Galaxy Tab 7.0's User Guide, it has a touch screen that allows the user to navigate the device.  (Galaxy Tab 7.0 User Manual, at 24).  A user interacts with the Samsung Galaxy Tab 7.0's applications by, for example, touching items on the touchscreen to select or launch them, touching and holding |

| Claim 12 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | screen items to activate them, or swiping/sliding her "finger vertically or horizontally across the screen." (*Id.*). |

## Screen Navigation

### Touch

Touch items to select or launch them. For example:

- Touch the on-screen keyboard to enter characters or text.
- Touch a menu item to select it.
- Touch an application's icon to launch the application.

### Touch and Hold

Activate on-screen items. For example:

- Touch and hold a widget on the home screen to move it.
- Touch and hold on a field to display a pop-up menu of options.

### Swipe, Flick, or Slide

Swipe, flick, or slide your finger vertically or horizontally across the screen. For example:

- Unlocking the screen
- Scrolling the Home screens or a menu

| Claim 12 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | **Pinch**<br><br>Use two fingers, such as your index finger and thumb, to make an inward pinch motion on the screen, as if you are picking something up, or an outward motion by sweeping your fingers out. For example:<br>• Pinch a photo in Gallery to zoom in.<br>• Pinch a webpage to zoom in or out.<br><br>(Galaxy Tab 7.0 User Manual, at 24).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (*See* '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Galaxy Tab 7.0 detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.<br><br>For example, when the Galaxy Tab 7.0's home screen is locked and in landscape mode, it displays an unlock image at a predefined location at the right side of the touchscreen. As is shown in the screenshot below, this unlock image is a white circle. Prior to detecting user contact with this unlock image, the Samsung Galaxy Tab 7.0 displays a white padlock inside the circle. |

| Claim 12 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
|  |  **(Screenshot of the locked home screen for the Galaxy Tab 7.0, displaying the unlock image at a predefined location on the right side of the touchscreen display)**<br><br>The Samsung Galaxy Tab 7.0 detects contact with this unlock image as a user touches and then slides the image to unlock the tablet.  As is shown below, when the Galaxy Tab 7.0 detects user contact with the unlock image, the image of the padlock disappears and a larger circle appears. This larger circle corresponds to the predefined unlock region. |

| Claim 12 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| |  **(Screenshots of the Samsung Galaxy Tab 7.0 detecting a contact with the unlock image on the locked home screen)** <br><br> As the Galaxy Tab 7.0 User Manual indicates, the Galaxy Tab 7.0 unlocks when the user drags the unlock image to the edge of this larger circle. |

| Claim 12 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | 

(Galaxy Tab User Manual, at 14). |

| Claim 12 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Galaxy Tab 7.0 continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the white unlock image towards the predefined unlock region on the locked Galaxy Tab 7.0 home screen, the tablet continuously moves the unlock image while the user maintains contact with the screen, as shown below.<br><br><br>**(Screenshot of the Galaxy Tab 7.0 as it is detecting contact with the unlock image)** |

| Claim 12 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | <br><br>**(Screenshot of the Galaxy Tab 7.0 continuously moving the unlock image as the user slides to the right towards the predefined unlock region)** |

| Claim 12 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | <br><br>**(Screenshot showing the Samsung Galaxy Tab 7.0 continuously moving the unlock image as a user slides it to the right to unlock the tablet)**<br><br>Further, the Samsung Galaxy Tab 7.0's white unlock image is a graphical, interactive user-interface object, namely a white circle, as shown below, that the user touches and then slides across the touchscreen to unlock the tablet. |

| Claim 12 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| |  **(Screenshot showing the white unlock image (highlighted in blue) on the locked Samsung Galaxy Tab 7.0 home screen)** |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Galaxy Tab 7.0 unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>For example, as the Galaxy Tab 7.0 User Manual indicates, the Galaxy Tab 7.0 unlocks when the user drags the white unlock image to the edge of the predefined unlock region, which is a large white circle displayed on the Galaxy Tab 7.0 touchscreen. |

| Claim 12 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | <br><br>(Galaxy Tab User Manual, at 14).<br><br>Accordingly, as shown in the series of screenshots below, the Galaxy Tab 7.0 unlocks if the white unlock image is moved from its original, predefined location on the touch screen to predefined unlock region.  As explained previously, the predefined unlock region is a large white |

| Claim 12 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
|  | circle.  The tablet unlocks when the user slides the white unlock image to the edge of the circle.<br><br> |

| Claim 12 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
|  |  |

| Claim 12 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| |  **(Screenshot of the unlocked Galaxy Tab 7.0)** |

| Claim 13 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| 13.  The method of claim 1, wherein the unlock image is a single image. | The Galaxy Tab 7.0's unlock image is a single image.  As described herein, the Samsung Galaxy Tab 7.0 performs the claimed method.  The user guide for the tablet instructs users how to perform the claimed method.  (*See, e.g.*, Samsung Galaxy Tab 7.0 User Manual, at 14, 24). For example, the Galaxy Tab 7.0's unlock image is a white circle that a user slides to a predefined unlock region, which is a larger white circle, to unlock the device, as shown below. This unlock image is a single image.<br><br><br><br>(Galaxy Tab 7.0 User Manual, at 14). |

| Claim 14 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| 14.  The device of claim 7, wherein the unlock image is a single image. | The Galaxy Tab 7.0's unlock image is a single image.  For example, the Galaxy Tab 7.0's unlock image is a white circle that a user slides to a predefined unlock region, which is a larger white circle, to unlock the device, as shown below.  This unlock image is a single image.  (Galaxy Tab 7.0 User Manual, at 14). |

| Claim 15 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| 15.  The computer readable storage medium of claim 12, wherein the unlock image is a single image. | The Galaxy Tab 7.0's unlock image is a single image.  For example, the Galaxy Tab 7.0's unlock image is a white circle that a user slides to a predefined unlock region, which is a larger white circle, to unlock the device, as shown below.  This unlock image is a single image.<br><br><br><br>(Galaxy Tab 7.0 User Manual, at 14). |