# INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE SAMSUNG GALAXY NEXUS[1]

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 1. A method of unlocking a hand-held device, the device including a touch-sensitive display, the method comprising[2]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Galaxy Nexus is a hand-held device including a touch-sensitive display. Specifically, the Samsung Galaxy Nexus is an Android smartphone with a 4.65'' HD Super AMOLED contoured touch screen display. (*See* Samsung, Galaxy Nexus Specifications, http://www.samsung.com /us/mobile/cell-phones/SCH-I515MSAVZW-specs). It weighs 5.1 oz. and measures 5.33'' (L) x 2.67'' (W) x 0.37'' (D). (*Id.*). (Google, Galaxy Nexus Gallery, http://www.google.com/nexus/#/gallery). |

[1] The Samsung Galaxy Nexus is currently available from Verizon, Sprint, and Google. Although the Specifications cited in the main text of this claim chart generally refer to the Galaxy Nexus available from Verizon, there is no difference in the functionality described in the charts in this document in the Galaxy Nexuses available from Sprint and Google. Accordingly, these charts also apply to the Sprint Galaxy Nexus and the Google (Unlocked) Galaxy Nexus. The specifications for the Sprint Galaxy Nexus are available at http://www.samsung.com/us/mobile/cell-phones/SPH-L700ZKASPR-specs. The specifications for the Galaxy Nexus available from Google can be found at https://play.google.com/store/devices /details/Galaxy_Nexus_HSPA?id=galaxy _nexus_hspa&hl=en.

[2] Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | **Display**<br><br>Main Display Resolution: 1280x720 pixels<br>Main Display Size: 4.65" Display<br>Main Display Technology: HD Super AMOLED™ contoured display<br><br>(Samsung Galaxy Nexus Specifications, http://www.samsung.com /us/mobile/cell-phones/SCH -I515MSAVZW-sp).<br><br>As described below, the Samsung Galaxy Nexus performs the claimed method. Samsung promotes slide to unlock as a standard feature of the phone. The user guide for the phone instructs users how to perform the claimed method. (*See, e.g.*, Galaxy Nexus User's Guide, at 9, 11, 99-100 (2011) [hereinafter "Samsung Galaxy Nexus User Guide"]). The Samsung Galaxy Nexus includes a touchscreen, which allows the user to manipulate, *inter alia*, applications and menus by touching the screen with her finger or a stylus. (*See* Samsung, Galaxy Nexus Android Smartphone Specs, http://www.samsung.com us/mobile/cell-phones/SCH-I515MSAVZW-specs). A user interacts with the Samsung Galaxy Nexus's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or sliding her finger vertically or horizontally across the screen. (Samsung Galaxy Nexus User Guide, at 9).<br><br>According to the Galaxy Nexus User's Guide, the Samsung Galaxy Nexus detects movements on the touch screen display and executes a variety of actions depending on the nature of the touch. For example, common gestures include: |

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | ▶ **Touch & hold**: Touch & hold an item on the screen by touching it and not lifting your finger until an action occurs.<br>▶ **Drag**: Touch & hold an item for a moment and then, without lifting your finger, move your finger on the screen until you reach the target position. For example, you can drag to reposition shortcuts on the Home screen.<br>▶ **Swipe or slide**: Quickly move your finger across the surface of the screen, without pausing when you first touch (so you don't drag something instead). For example, you can slide a Home screen left or right to view the other Home screens.<br>▶ **Double-tap**: Tap quickly twice on a webpage, map, or other screen to zoom. For example, double-tap a webpage in Browser to zoom in, and double-tap again to zoom out.<br>▶ **Pinch**: In some apps (such as Maps, Browser, and Gallery), you can zoom in and out by placing two fingers on the screen at once and pinching them together (to zoom out) or spreading them apart (to zoom in).<br>(Samsung Galaxy Nexus User Guide, at 9).<br><br>The ’721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (See ’721 patent 1:25-26 (“Touch-sensitive displays (also known as ‘touch screens’ or ‘touchscreens’) are well known in the art.”)). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Galaxy Nexus detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image.<br><br>For example, when locked, the Galaxy Nexus’s home screen contains an unlock image at a predefined location at the bottom center of the screen, as shown in the screenshot below. This unlock image is a white circle that, prior to user contact with the screen, surrounds the image of a locked padlock. |

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
| --- | --- |
| |  <br>**(Screenshot of the locked home screen for the Samsung Galaxy Nexus, displaying the unlock image at a predefined location at the bottom center of the touchscreen display)**<br><br>The Samsung Galaxy Nexus detects contact with this unlock image as a user touches and then slides the image away from its original, predefined location to unlock the phone. As is shown below, when the Galaxy Nexus detects contact with the unlock image, the image of an unlocked padlock appears on the right side of the touchscreen display. The unlocked padlocked is |

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
| --- | --- |
| | associated with a large white circle that surrounds the unlock image on the phone's display, as shown below. This unlocked padlock corresponds to a predefined unlock region.<br><br>**(Screenshot of the Samsung Galaxy Nexus detecting a contact with the unlock image on the locked home screen)** |

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Galaxy Nexus continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the unlock image toward the unlock region on the locked home screen, the Samsung Galaxy Nexus continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br><br><br><br>(**Screenshots showing the Samsung Galaxy Nexus continuously moving the unlock image as a user slides it to the right to unlock the phone**)<br><br>Moreover, the Samsung Galaxy Nexus's unlock image is a graphical, interactive user-interface |

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
| --- | --- |
| | object, namely a white circle that, prior to user contact with the screen, surrounds the image of a locked padlock. The user may interact with this icon to unlock the phone.<br>4:37<br>Thursday, June 14<br>Charging, 99%<br>Verizon Wireless<br>**(Screenshot showing the unlock image on the locked Samsung Galaxy Nexus home screen)** |

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Galaxy Nexus unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. For example, the Samsung Galaxy Nexus unlocks when the user slides the white unlock image from its original, predefined location at the bottom center of the touch screen to a predefined unlock region on the right side of the display. The predefined unlock region is denoted by the image of an unlocked padlocked, as shown below.<br><br>**(Screenshots of the Samsung Galaxy Nexus showing the unlock image sliding to the right as a user unlocks the phone)** |

| Claim 4 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 4. The method of claim 1, further comprising displaying visual cues to communicate a direction of movement of the unlock image required to unlock the device. | The Samsung Galaxy Nexus displays visual cues to communicate a direction of movement of the unlock image required to unlock the device, as shown below. As described herein, the Samsung Galaxy Nexus performs the claimed method. The user guide for the phone instructs users how to perform the claimed method. (*See, e.g.*, Samsung Galaxy Nexus User Guide, at 9, 11, 99-100). For example, when the locked Samsung Galaxy Nexus detects contact with the user's finger on the unlock image on the home screen, the image of an unlocked padlock appears on the right side of the screen. This image is a visual cue to the user that the unlock image should be moved to right to unlock the phone.<br><br>4:35 Thursday, June 14 Charging, 99% Verizon Wireless<br>4:37 Thursday, June 14 Charging, 99% Verizon Wireless<br><br>(**Screenshots of the Samsung Galaxy Nexus unlock image, displaying visual cues to direct the user's movement**)<br><br>Moreover, when the unlock image first appears on the unlock screen of the locked Samsung Galaxy Nexus, an animation of "chevrons" moving from the unlock image to the right of the screen plays, which is a visual cue communicating a direction of movement of the unlock image required to unlock the device. The chevrons are displayed in the screenshot above. |

| Claim 7 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 7. A portable electronic device, comprising: | To the extent that the preamble of claim 7 may be construed to be limiting, the Samsung Galaxy Nexus is a portable electronic device. Specifically, the Samsung Galaxy Nexus is an Android smartphone with a 4.65'' HD Super AMOLED contoured touch screen display. (*See* Samsung, Galaxy Nexus Specifications, http://www.samsung.com /us/mobile/cell-phones/SCH-I515MSAVZW-specs). It weighs 5.1 oz. and measures 5.33'' (L) x 2.67'' (W) x 0.37'' (D). (*Id.*). Further, the Samsung Galaxy Nexus is equipped with a Lithium ion (Li-ion) battery. (*Id.*).<br><br>(Google, Galaxy Nexus Gallery, http://www.google.com/nexus/#/gallery). |

| Claim 7 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| a touch-sensitive display; | The Samsung Galaxy Nexus comprises a touch-sensitive display. For example, the Samsung Galaxy Nexus includes a touchscreen, which allows the user to manipulate, *inter alia*, applications and menus by touching the screen with her finger or a stylus. (See Samsung, Galaxy Nexus Android Smartphone Specs, http://www.samsung.com us/mobile/cell-phones/SCH-I515MSAVZW-specs). A user interacts with the Samsung Galaxy Nexus's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or sliding her finger vertically or horizontally across the screen. (Samsung Galaxy Nexus User Guide, at 9).<br><br>According to the Galaxy Nexus User's Guide, the Samsung Galaxy Nexus detects movements on the touch screen display and executes a variety of actions depending on the nature of the touch. For example, common gestures include:<br>▶ **Touch & hold**: Touch & hold an item on the screen by touching it and not lifting your finger until an action occurs.<br>▶ **Drag**: Touch & hold an item for a moment and then, without lifting your finger, move your finger on the screen until you reach the target position. For example, you can drag to reposition shortcuts on the Home screen.<br>▶ **Swipe or slide**: Quickly move your finger across the surface of the screen, without pausing when you first touch (so you don't drag something instead). For example, you can slide a Home screen left or right to view the other Home screens.<br>▶ **Double-tap**: Tap quickly twice on a webpage, map, or other screen to zoom. For example, double-tap a webpage in Browser to zoom in, and double-tap again to zoom out.<br>▶ **Pinch**: In some apps (such as Maps, Browser, and Gallery), you can zoom in and out by placing two fingers on the screen at once and pinching them together (to zoom out) or spreading them apart (to zoom in).<br>(Samsung Galaxy Nexus User Guide, at 9).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (See '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |

| Claim 7 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| memory; | The Samsung Galaxy Nexus comprises memory.<br><br>Specifically, the Samsung Galaxy Nexus has 32GB of internal memory. (Samsung, Galaxy Nexus Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs).<br><br>Memory<br>Internal Memory — 32GB<br><br>(*Id.*). |
| one or more processors; | The Samsung Galaxy Nexus comprises one or more processers.<br><br>Specifically, the Samsung Galaxy Nexus has a 1.2 GHz dual-core processor. (*Id.*).<br><br>CPU / Processor<br>Processor Speed, Type — 1.2GHz Dual-Core Processor<br><br>(Samsung, Galaxy Nexus Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs). |
| one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | The Samsung Galaxy Nexus comprises one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions.<br><br>The Samsung Galaxy Nexus contains, among other modules, a contact/motion module in its memory that is configured for execution by the Samsung Galaxy Nexus's processor. This module allows the Samsung Galaxy Nexus to detect contact with the touchscreen. The Samsung Galaxy Nexus User Guide discloses some of those contacts that the contact/motion module detects, as shown below. |

| Claim 7 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | ▶ **Touch & hold:** Touch & hold an item on the screen by touching it and not lifting your finger until an action occurs.<br>▶ **Drag:** Touch & hold an item for a moment and then, without lifting your finger, move your finger on the screen until you reach the target position. For example, you can drag to reposition shortcuts on the Home screen.<br>▶ **Swipe or slide:** Quickly move your finger across the surface of the screen, without pausing when you first touch (so you don't drag something instead). For example, you can slide a Home screen left or right to view the other Home screens.<br>▶ **Double-tap:** Tap quickly twice on a webpage, map, or other screen to zoom. For example, double-tap a webpage in Browser to zoom in, and double-tap again to zoom out.<br>▶ **Pinch:** In some apps (such as Maps, Browser, and Gallery), you can zoom in and out by placing two fingers on the screen at once and pinching them together (to zoom out) or spreading them apart (to zoom in).<br>(Samsung Galaxy Nexus User Guide, at 9).<br><br>As an example of one of the Samsung Galaxy Nexus modules, instructions for a slide to unlock functionality within the Android 4.0's lock screen program include, but are not necessarily limited to, those contained in the file frameworks/base/core/java/com/ android/internal/widget/multiwaveview/MultiWaveView.java. This file contains a class named "MultiWaveView" that implements the various behaviors of the slide to unlock functionality. The comments from the Android 4.0 code describe the overall functionality of the MultiWaveView:<br><br>`/**`<br>` * A special widget containing a center and outer ring. Moving the center ring to the outer ring`<br>` * causes an event that can be caught by implementing OnTriggerListener.`<br>`*/` |

| Claim 7 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image; | The Samsung Galaxy Nexus's one or more modules include instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to the unlock image. For example, when locked, the Galaxy Nexus's home screen contains an unlock image at a predefined location at the bottom center of the screen, as shown in the screenshot below. This unlock image is a white circle that, prior to user contact with the screen, surrounds the image of a locked padlock.<br><br>4:35<br>Thursday, June 14<br>Charging, 99%<br>Verizon Wireless<br><br>**(Screenshot of the locked home screen for the Samsung Galaxy Nexus, displaying the unlock image at a predefined location at the bottom center of the touchscreen display)**<br><br>The Samsung Galaxy Nexus detects contact with this unlock image as a user touches and then slides the image away from its original, predefined location to unlock the phone. As is shown below, when the Galaxy Nexus detects contact with the unlock image, the image of an unlocked padlock appears on the right side of the touchscreen display. The unlocked padlocked is |

| Claim 7 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | associated with a large white circle that surrounds the unlock image on the phone's display, as shown below. This unlocked padlock corresponds to a predefined unlock region.<br><br>4:37 Thursday, June 14 Charging, 99% Verizon Wireless<br><br>**(Screenshot of the Samsung Galaxy Nexus detecting a contact with the unlock image on the locked home screen)**<br><br>The Samsung Galaxy Nexus's contact/motion module contains instructions including, but not necessarily limited to, those contained in MultiWaveView.java file, and more specifically within the methods onTouchEvent(), handleDown() and trySwitchToFirstTouchState() to detect contact with the unlock image on the touch-sensitive display. The method onTouchEvent() calls handleDown() when it receives a motion event that corresponds to a contact on the touch-sensitive display, which in turn calls trySwitchToFirstTouchState(). The trySwitchToFirstTouchState() method has instructions that determines whether a contact with the touch-sensitive display hits the unlock image. |

| Claim 7 | Infringement by the Samsung Galaxy Nexus |
| --- | --- |
| to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Galaxy Nexus's one or more modules include instructions to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the unlock image toward the unlock region on the locked home screen, the Samsung Galaxy Nexus continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br><br><br>(**Screenshots showing the Samsung Galaxy Nexus continuously moving the unlock image as a user slides it to the right to unlock the phone**) |

| Claim 7 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | Moreover, the Samsung Galaxy Nexus's unlock image is a graphical, interactive user-interface object, namely a white circle that, prior to user contact with the screen, surrounds the image of a locked padlock. The user may interact with this icon to unlock the phone.<br><br>**(Screenshot showing the unlock image on the locked Samsung Galaxy Nexus home screen)**<br><br>Instructions for tracking the movement of the detected contact and to in turn continuously move the unlock image are found in, but not necessarily limited to, the file MultiWaveView.java within the onTouchEvent() and handleMove() methods. The method onTouchEvent() calls handleMove() when it receives a motion event that corresponds to a movement of a contact on the touch-sensitive display. The method handleMove() tracks the movement of the detected contact and continuously moves the unlock image. |

<table>
<tr><th>Claim 7</th><th>Infringement by the Samsung Galaxy Nexus</th></tr>
<tr><td>to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display.</td><td>

The Samsung Galaxy Nexus's one or more modules include instructions to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display.

For example, the Samsung Galaxy Nexus unlocks when the user slides the white unlock image from its original, predefined location at the bottom center of the touch screen to a predefined unlock region on the right side of the display. The predefined unlock region is denoted by the image of an unlocked padlocked, as shown below.

**(Screenshots of the Samsung Galaxy Nexus showing the unlock image sliding to the right as a user unlocks the phone)**

</td></tr>
</table>

| Claim 7 | Infringement by the Samsung Galaxy Nexus |
| --- | --- |
| | The instructions for unlocking the Samsung Galaxy Nexus by sliding the unlock image to the unlock region on the right of the screen include, but are not necessarily limited to, that contained in the MultiWaveView.java file, which contains the following methods that are executed when the unlock image is moved to the predefined unlock.<br><br>The file frameworks/base/policy/src/com/android/internal/policy/impl/LockScreen.java contains code including, but not necessarily limited to, instructions for using the MultiWaveView class to unlock the screen. The class is called "LockScreen", which in turn has a class called "MultiWaveViewMethods" that determines what to do, including but not limited to when to unlock the Galaxy Nexus, when the unlock image is moved to the predetermined unlock region. In particular, the onTrigger() method specifies when and how to unlock the Galaxy Nexus. |

| Claim 8 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 8. The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement. | The Samsung Galaxy Nexus's one or more modules further comprise instructions to display visual cues to communicate a direction of movement. For example, when the locked Samsung Galaxy Nexus detects contact with the user's finger on the unlock image on the home screen, the image of an unlocked padlock appears on the right side of the screen. This image is a visual cue to the user that the unlock image should be moved to right to unlock the phone.<br><br>(**Screenshots of the Samsung Galaxy Nexus unlock image, displaying visual cues to direct the user's movement**)<br>Moreover, when the unlock image first appears on the unlock screen of the locked Samsung Galaxy Nexus, an animation of "chevrons" moving from the unlock image to the right of the screen plays, which is a visual cue communicating a direction of movement of the unlock image required to unlock the device. The chevrons are displayed in the screenshot above.<br>This animation is also replayed if the user touches the unlock image and releases the touch without moving the unlock image to the predetermined unlock region. The instructions for this animation is found in, but not necessarily limited to, the method startChevronAnimation() in the file MultiWaveView.java. |

| Claim 11 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 11. A portable electronic device comprising: | To the extent that the preamble of claim 11 may be construed to be limiting, the Samsung Galaxy Nexus is a portable electronic device. Specifically, the Samsung Galaxy Nexus is an Android smartphone with a 4.65'' HD Super AMOLED contoured touch screen display. (*See* Samsung, Galaxy Nexus Specifications, http://www.samsung.com /us/mobile/cell-phones/SCH-I515MSAVZW-specs). It weighs 5.1 oz. and measures 5.33'' (L) x 2.67'' (W) x 0.37'' (D). (*Id.*). Further, the Samsung Galaxy Nexus is equipped with a Lithium ion (Li-ion) battery. (*Id.*).<br><br>(Google, Galaxy Nexus Gallery, http://www.google.com/nexus/#/gallery). |

| Claim 11 | Infringement by the Samsung Galaxy Nexus |
| --- | --- |
| a touch-sensitive display; | The Samsung Galaxy Nexus comprises a touch-sensitive display.<br><br>For example, the Samsung Galaxy Nexus includes a touchscreen, which allows the user to manipulate, *inter alia*, applications and menus by touching the screen with her finger or a stylus. (*See* Samsung, Galaxy Nexus Android Smartphone Specs, http://www.samsung.com us/mobile/cell-phones/SCH-I515MSAVZW-specs). A user interacts with the Samsung Galaxy Nexus's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or sliding her finger vertically or horizontally across the screen. (Samsung Galaxy Nexus User Guide, at 9).<br><br>According to the Galaxy Nexus User's Guide, the Samsung Galaxy Nexus detects movements on the touch screen display and executes a variety of actions depending on the nature of the touch. For example, common gestures include:<br>▶ **Touch & hold**: Touch & hold an item on the screen by touching it and not lifting your finger until an action occurs.<br>▶ **Drag**: Touch & hold an item for a moment and then, without lifting your finger, move your finger on the screen until you reach the target position. For example, you can drag to reposition shortcuts on the Home screen.<br>▶ **Swipe or slide**: Quickly move your finger across the surface of the screen, without pausing when you first touch (so you don't drag something instead). For example, you can slide a Home screen left or right to view the other Home screens.<br>▶ **Double-tap**: Tap quickly twice on a webpage, map, or other screen to zoom. For example, double-tap a webpage in Browser to zoom in, and double-tap again to zoom out.<br>▶ **Pinch**: In some apps (such as Maps, Browser, and Gallery), you can zoom in and out by placing two fingers on the screen at once and pinching them together (to zoom out) or spreading them apart (to zoom in).<br>(Samsung Galaxy Nexus User Guide, at 9).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (See '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |

| Claim 11 | Infringement by the Samsung Galaxy Nexus |
| --- | --- |
| means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state; | The Samsung Galaxy Nexus comprises a means for displaying an unlock image at a first predefined location on the touch-sensitive display while the device is in a user-interface lock state. For example, when locked, the Galaxy Nexus's home screen contains an unlock image at a predefined location at the bottom center of the screen, as shown in the screenshot below. This unlock image is a white circle that, prior to user contact with the screen, surrounds the image of a locked padlock.<br><br>**(Screenshot of the locked home screen for the Samsung Galaxy Nexus, displaying the unlock image at a predefined location at the bottom center of the touchscreen display)** |

| Claim 11 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| means for detecting contact with the touch-sensitive display; and | The Samsung Galaxy Nexus comprises a means for detecting contact with the touch-sensitive display. For example, the Samsung Galaxy Nexus detects contact with the unlock image as a user touches and then slides the image away from its original, predefined location to unlock the phone. As is shown below, when the Galaxy Nexus detects contact with the unlock image, the image of an unlocked padlock appears on the right side of the touchscreen display. The unlocked padlocked is associated with a large white circle that surrounds the unlock image on the phone's display, as shown below. This unlocked padlock corresponds to a predefined unlock region.<br><br>4:37<br>Thursday, June 14<br>Charging, 99%<br>Verizon Wireless<br><br>**(Screenshot of the Samsung Galaxy Nexus detecting a contact with the unlock image on the locked home screen)** |

| Claim 11 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Galaxy Nexus comprises a means for continuously moving the unlock image on the touch-sensitive display in response to detecting the contact in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the unlock image toward the unlock region on the locked home screen, the Samsung Galaxy Nexus continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.<br><br><br><br>(**Screenshots showing the Samsung Galaxy Nexus continuously moving the unlock image as a user slides it to the right to unlock the phone**) |

| Claim 11 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | Moreover, the Samsung Galaxy Nexus's unlock image is a graphical, interactive user-interface object, namely a white circle that, prior to user contact with the screen, surrounds the image of a locked padlock. The user may interact with this icon to unlock the phone.<br><br>4:37<br>Thursday, June 14<br>Charging, 99%<br>Verizon Wireless<br><br>(**Screenshot showing the unlock image on the locked Samsung Galaxy Nexus home screen**) |

| Claim 11 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| means for transitioning the device to a user-interface unlock state if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Galaxy Nexus comprises a means for transitioning the device to a user-interface unlock state if moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. For example, the Samsung Galaxy Nexus unlocks when the user slides the white unlock image from its original, predefined location at the bottom center of the touch screen to a predefined unlock region on the right side of the display. Thus, the phone is in a user-interface unlock state. The predefined unlock region is denoted by the image of an unlocked padlocked, as shown below.       **(Screenshots of the Samsung Galaxy Nexus showing the unlock image sliding to the right as a user unlocks the phone)** |

| Claim 12 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 12. A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch-sensitive display, cause the portable electronic device to perform a method comprising: | To the extent that the preamble of claim 12 may be construed to be limiting, the Samsung Galaxy Nexus comprises a computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by the Samsung Galaxy Nexus, which is a portable electronic device with a touch-sensitive display, cause the Samsung Galaxy Nexus to perform a method. Specifically, the Samsung Galaxy Nexus is an Android smartphone with a 4.65'' HD Super AMOLED contoured touch screen display. (*See* Samsung, Galaxy Nexus Specifications, http://www.samsung.com /us/mobile/cell-phones/SCH-I515MSAVZW-specs). It weighs 5.1 oz. and measures 5.33'' (L) x 2.67'' (W) x 0.37'' (D). (*Id.*). Further, the Samsung Galaxy Nexus is equipped with a Lithium ion (Li-ion) battery. (*Id.*).   (Google, Galaxy Nexus Gallery, http://www.google.com/nexus/#/gallery). |

| Claim 12 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | **CPU / Processor**<br>**Processor Speed, Type** 1.2GHz Dual-Core Processor<br><br>(Samsung, Galaxy Nexus Specifications, http://www.samsung.com/us/mobile/cell-phones /SCH-I515MSAVZW-specs).<br><br>It is equipped with the Android 4.0, Ice Cream Sandwich, operating system. (*Id.*).<br><br>Samsung promotes slide to unlock as a standard feature of the Samsung Galaxy Nexus. The user guide for the phone instructs users how to use the phone to perform a method to unlock the phone. (*See, e.g.*, Samsung Galaxy Nexus User Guide, at 9, 11, 99-100).<br><br>Additionally, the Samsung Galaxy Nexus includes a touchscreen, which allows the user to manipulate, *inter alia*, applications and menus by touching the screen with her finger or a stylus. (See Samsung, Galaxy Nexus Android Smartphone Specs, http://www.samsung.com us/mobile/cell-phones/SCH-I515MSAVZW-specs). A user interacts with the Samsung Galaxy Nexus's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or sliding her finger vertically or horizontally across the screen. (Samsung Galaxy Nexus User Guide, at 9).<br><br>According to the Galaxy Nexus User's Guide, the Samsung Galaxy Nexus detects movements on the touch screen display and executes a variety of actions depending on the nature of the touch. For example, common gestures include: |

| Claim 12 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | ▶ **Touch & hold**: Touch & hold an item on the screen by touching it and not lifting your finger until an action occurs.<br>▶ **Drag**: Touch & hold an item for a moment and then, without lifting your finger, move your finger on the screen until you reach the target position. For example, you can drag to reposition shortcuts on the Home screen.<br>▶ **Swipe or slide**: Quickly move your finger across the surface of the screen, without pausing when you first touch (so you don't drag something instead). For example, you can slide a Home screen left or right to view the other Home screens.<br>▶ **Double-tap**: Tap quickly twice on a webpage, map, or other screen to zoom. For example, double-tap a webpage in Browser to zoom in, and double-tap again to zoom out.<br>▶ **Pinch**: In some apps (such as Maps, Browser, and Gallery), you can zoom in and out by placing two fingers on the screen at once and pinching them together (to zoom out) or spreading them apart (to zoom in).<br>(Samsung Galaxy Nexus User Guide, at 9).<br><br>The '721 specification makes clear that a touch-sensitive display is the same as a touchscreen display. (See '721 patent 1:25-26 ("Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art.")). |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Galaxy Nexus detects a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image. For example, when locked, the Galaxy Nexus's home screen contains an unlock image at a predefined location at the bottom center of the screen, as shown in the screenshot below. This unlock image is a white circle that, prior to user contact with the screen, surrounds the image of a locked padlock. |

| Claim 12 | Infringement by the Samsung Galaxy Nexus |
| --- | --- |
| | <br><br>**(Screenshot of the locked home screen for the Samsung Galaxy Nexus, displaying the unlock image at a predefined location at the bottom center of the touchscreen display)**<br><br>The Samsung Galaxy Nexus detects contact with this unlock image as a user touches and then slides the image away from its original, predefined location to unlock the phone. As is shown below, when the Galaxy Nexus detects contact with the unlock image, the image of an unlocked padlock appears on the right side of the touchscreen display. The unlocked padlocked is |

| Claim 12 | Infringement by the Samsung Galaxy Nexus |
| --- | --- |
| | associated with a large white circle that surrounds the unlock image on the phone's display, as shown below. This unlocked padlock corresponds to a predefined unlock region.<br><br>**(Screenshot of the Samsung Galaxy Nexus detecting a contact with the unlock image on the locked home screen)**<br><br>As an example of instructions contained in the Samsung Galaxy Nexus programs, instructions for a slide to unlock functionality within the Android 4.0's lock screen program are included in, but not necessarily limited to, those contained in the file frameworks/base/core/java/com/android/internal/widget/multiwaveview/MultiWaveView.java. This file contains a class named "MultiWaveView" that implements the various behaviors of the slide to unlock functionality. |

<table>
<tr><th>Claim 12</th><th>Infringement by the Samsung Galaxy Nexus</th></tr>
<tr><td></td><td>The comments from the Android 4.0 code describe the overall functionality of the MultiWaveView:<br><br><pre>/**
 * A special widget containing a center and outer ring. Moving the center
ring to the outer ring
 * causes an event that can be caught by implementing OnTriggerListener.
 */</pre><br>The Samsung Galaxy Nexus’s default setting is set such that the Galaxy Nexus’s home screen, when locked, contains an unlock image at a predefined location in the bottom center of the screen (as shown above).<br><br>The Samsung Galaxy Nexus’s programs contain instructions that allow the Galaxy Nexus to detect a user’s contact with the touch-sensitive display at the unlock image. The Samsung Galaxy Nexus’s programs contain instructions including, but not necessarily limited to, those contained in MultiWaveView.java file, and more specifically within the methods onTouchEvent(), handleDown() and trySwitchToFirstTouchState() to detect contact with the unlock image on the touch-sensitive display. The method onTouchEvent() calls handleDown() when it receives a motion event that corresponds to a contact on the touch-sensitive display, which in turn calls trySwitchToFirstTouchState(). The trySwitchToFirstTouchState() method has instructions that determines whether a contact with the touch-sensitive display hits the unlock image.</td></tr>
<tr><td>continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and</td><td>The Samsung Galaxy Nexus continuously moves the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device.<br><br>For example, as the user touches and slides the unlock image toward the unlock region on the locked home screen, the Samsung Galaxy Nexus continuously moves the unlock image from left to right while the user maintains contact with the screen, as shown below.</td></tr>
</table>

<table>
<tr><th>Claim 12</th><th>Infringement by the Samsung Galaxy Nexus</th></tr>
<tr><td></td><td>

(**Screenshots showing the Samsung Galaxy Nexus continuously moving the unlock image as a user slides it to the right to unlock the phone**)

Moreover, the Samsung Galaxy Nexus's unlock image is a graphical, interactive user-interface object, namely a white circle that, prior to user contact with the screen, surrounds the image of a locked padlock. The user may interact with this icon to unlock the phone.

</td></tr>
</table>

| Claim 12 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| |  <br>(**Screenshot showing the unlock image on the locked Samsung Galaxy Nexus home screen**)<br><br>Instructions for tracking the movement of the detected contact and to in turn continuously move the unlock image is found in, but not necessarily limited to, the file MultiWaveView.java within the onTouchEvent() and handleMove() methods. The method onTouchEvent() calls handleMove() when it receives a motion event that corresponds to a movement of a contact on the touch-sensitive display. The method handleMove() tracks the movement of the detected contact and continuously moves the unlock image. |

| Claim 12 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | The Samsung Galaxy Nexus unlocks if the user's moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display.<br><br>For example, the Samsung Galaxy Nexus unlocks when the user slides the white unlock image from its original, predefined location at the bottom center of the touch screen to a predefined unlock region on the right side of the display. The predefined unlock region is denoted by the image of an unlocked padlocked, as shown below.<br><br>**(Screenshots of the Samsung Galaxy Nexus showing the unlock image sliding to the right as a user unlocks the phone)**<br><br>The instructions for unlocking the Samsung Galaxy Nexus by sliding the unlock image to the unlock region on the right of the screen include, but are not necessarily limited to, that |

| Claim 12 | Infringement by the Samsung Galaxy Nexus |
| --- | --- |
| | contained in the MultiWaveView.java file, which contains the following methods that are executed when the unlock image is moved to the predefined unlock.<br><br>The file frameworks/base/policy/src/com/android/internal/policy/impl/LockScreen.java contains code including, but not necessarily limited to, instructions for using the MultiWaveView class to unlock the screen. The class is called "LockScreen", which in turn has a class called "MultiWaveViewMethods" that determines what to do, including but not limited to when to unlock the Galaxy Nexus, when the unlock image is moved to the predetermined unlock region. In particular, the onTrigger() method specifies when and how to unlock the Galaxy Nexus. |

| Claim 13 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 13. The method of claim 1, wherein the unlock image is a single image. | The Samsung Galaxy Nexus's unlock image is a single image, as shown below. As described herein, the Samsung Galaxy Nexus performs the claimed method. The user guide for the phone instructs users how to perform the claimed method. (*See, e.g.*, Samsung Galaxy Nexus User Guide, at 9, 11, 99-100).<br><br>The graphical unlock image that appears on the bottom-center of the Samsung Galaxy Nexus screen when the locked Galaxy Nexus detects the user's finger on the unlock image, is a single image, as shown in the screenshots below.<br><br>(**Screenshots showing the single Samsung Galaxy Nexus unlock image as a user touches and slides it to the right to unlock the phone**) |

| Claim 14 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 14. The device of claim 7, wherein the unlock image is a single image. | The Samsung Galaxy Nexus's unlock image is a single image. For example, the graphical unlock image that appears on the bottom-center of the Samsung Galaxy Nexus screen when the locked Galaxy Nexus detects the user's finger on the unlock image, is a single image, as shown in the screenshots below.<br><br>(**Screenshots showing the single Samsung Galaxy Nexus unlock image as a user touches and slides it to the right to unlock the phone**) |

| Claim 15 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 15. The computer readable storage medium of claim 12, wherein the unlock image is a single image. | The Samsung Galaxy Nexus's unlock image is a single image. For example, the graphical unlock image that appears on the bottom-center of the Samsung Galaxy Nexus screen when the locked Galaxy Nexus detects the user's finger on the unlock image, is a single image, as shown in the screenshots below.<br><br>(**Screenshots showing the single Samsung Galaxy Nexus unlock image as a user touches and slides it to the right to unlock the phone**) |