**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

**Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760**

| Claim 1 of U.S. Patent No. 8,014,760 | Samsung Galaxy S II Skyrocket Phones |
|---|---|
| A method, comprising: at a portable electronic device with a touch screen display[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy S II Skyrocket phone provides a method performed at a portable electronic device with a touch screen display. For example, the Samsung Galaxy S II Skyrocket is an Android smartphone with a 4.52" Super AMOLED Plus touch screen display.  (*See* Samsung Galaxy S II Skyrocket specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-specs).<br><br><br><br>The Samsung Galaxy S II Skyrocket enables performing the method set forth below.  The user guide for the Samsung Galaxy S II Skyrocket instructs users of the Samsung Galaxy S II |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| | Skyrocket how to perform the method using the Samsung Galaxy S II Skyrocket. (Samsung Galaxy S II Skyrocket User Manual at 43-45, *available at* http://downloadcenter.samsung.com/content/UM/201111/20111116010445720/ATT_i727_Skyrocket_English_User_Manual.pdf.) |
| displaying a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | The Samsung Galaxy S II Skyrocket phone displays a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list of interactive items comprising missed telephone calls. Each item in this list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number). |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| | |
|---|---|
| immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item; | The Samsung Galaxy S II Skyrocket phone, immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiates a return telephone call to a return telephone number associated with the respective user selected item.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone is displayed immediately in response to detecting when a user swipes with his finger the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call. |



PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including:

The Samsung Galaxy S II Skyrocket phone, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substitutes display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.

For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone is shown immediately in response to detecting when a user taps with his finger the name "Annie" of the first missed call entry. This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie".



**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a first contact object comprising a telephone number object having the return telephone number, and | The Samsung Galaxy S II Skyrocket phone's display of contact information includes a first contact object comprising a telephone number object having the return telephone number.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone displays the contact information for the missed caller "Annie" and includes a contact object having her return telephone number.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | The Samsung Galaxy S II Skyrocket phone's display of contact information includes a second contact object associated with a non-telephone communication modality for contacting the respective caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone displays the contact information for the missed caller "Annie" and includes a contact object with a white text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br> |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | The Samsung Galaxy S II Skyrocket phone, immediately in response to detecting user selection of the second contact object, initiates a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone is displayed immediately in response to detecting when a user selects the contact object with a white text bubble icon.  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| Claim 3 of U.S. Patent No. 8,014,760 | Samsung Galaxy S II Skyrocket Phones |
|---|---|
| The method of claim 1, wherein the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user. | The Samsung Galaxy S II Skyrocket phone's display of contact information includes a second contact object that is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user.<br><br>The Samsung Galaxy S II Skyrocket enables performing the method set forth below.  The user guide for the Samsung Galaxy S II Skyrocket instructs users of the Samsung Galaxy S II Skyrocket how to perform the method using the Samsung Galaxy S II Skyrocket. (Samsung Galaxy S II Skyrocket User Manual at 43-45.)<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone displays contact information for the missed caller "Annie" and includes an instant messaging object with a white text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



The following screenshot taken from a Samsung Galaxy S II Skyrocket phone is displayed when a user selects the contact object with a white text bubble icon.  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.  The screenshot further shows the preparation of an instant message to the number associated with "Annie," ready for text input by the user.

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| Claim 7 of U.S. Patent No. 8,014,760 | Samsung Galaxy S II Skyrocket Phones |
| --- | --- |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| The method of claim 1, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item. | The Samsung Galaxy S II Skyrocket phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item.<br><br>The Samsung Galaxy S II Skyrocket enables performing the method set forth below.  The user guide for the Samsung Galaxy S II Skyrocket instructs users of the Samsung Galaxy S II Skyrocket how to perform the method using the Samsung Galaxy S II Skyrocket. (Samsung Galaxy S II Skyrocket User Manual at 43-45.)<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the first item is identified by a red telephone icon. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| Claim 8 of U.S. Patent No. 8,014,760 | Samsung Galaxy S II Skyrocket Phones |
| --- | --- |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy S II Skyrocket phone contains a non-transitory computer readable storage medium storing one or more programs comprising instructions which it can execute.  For example, the Samsung Galaxy S II Skyrocket contains a computer readable storage medium including ROM and RAM, such as internal memory with a capacity of 16GB.  For example, the Samsung Galaxy S II Skyrocket stores and executes a version of the Android operating system and one or two applications.  (*See* Samsung Galaxy S II Skyrocket specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-specs). |
| display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | The Samsung Galaxy S II Skyrocket phone contains one or more programs that upon execution causes the device to display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.  For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list of interactive items comprising missed telephone calls.  Each item in this list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number). |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | | |
|---|---|---|
| |  | |
| immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item; | The Samsung Galaxy S II Skyrocket phone contains one or more programs that, immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, causes the device to initiate a return telephone call to a return telephone number associated with the respective user selected item.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone is displayed immediately in response to detecting when a user swipes with his finger the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call. | |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT



**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including:

The Samsung Galaxy S II Skyrocket phone contains one or more programs that, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, causes the device to completely substitute display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.

For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone is shown immediately in response to detecting when a user taps with his finger the name "Annie" of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie".



**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a first contact object comprising a telephone number object having the return telephone number, and | The Samsung Galaxy S II Skyrocket phone contains one or more programs that causes the device to display contact information with a first contact object comprising a telephone number object having the return telephone number.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone displays the contact information for the missed caller "Annie" and includes a contact object having her return telephone number.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | The Samsung Galaxy S II Skyrocket phone contains one or more programs that causes the device to display contact information with a second contact object associated with a non-telephone communication modality for contacting the respective caller. <br><br> For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone displays the contact information for the missed caller "Annie" and includes a contact object with a white text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS. <br><br>  |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | The Samsung Galaxy S II Skyrocket phone contains one or more programs that, immediately in response to detecting user selection of the second contact object, causes the device to initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone is displayed immediately in response to detecting when a user selects the contact object with a white text bubble icon.  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| Claim 10 of U.S. Patent No. 8,014,760 | Samsung Galaxy S II Skyrocket Phones |
|---|---|
| A portable electronic device with a touch screen display, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy S II Skyrocket phone is a portable electronic device with a touch screen display.  For example, the Samsung Galaxy S II Skyrocket is an Android smartphone with a 4.52" Super AMOLED Plus touch screen display.  (*See* Samsung Galaxy S II Skyrocket specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-specs). |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| memory; | The Samsung Galaxy S II Skyrocket phone contains a memory.  For example, the Samsung Galaxy S II Skyrocket contains a computer readable storage medium including ROM and RAM, such as internal memory with a capacity of 16GB.  (*See* Samsung Galaxy S II Skyrocket specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-specs). |
|---|---|
| one or more processors; and | The Samsung Galaxy S II Skyrocket phone contains one or more processors.  For example, the Samsung Galaxy S II Skyrocket contains a 1.5 GHz dual-core processor.  (*See* Samsung Galaxy S II Skyrocket specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-specs). |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | The Samsung Galaxy S II Skyrocket phone contains one or more programs stored in memory and configured for execution by the one or more processors.  For example, the Samsung Galaxy S II Skyrocket stores and executes a version of the Android operating system (for example, the Operating System Android version 2.3.5, Gingerbread) and one or more application programs.  (*See* Samsung Galaxy S II Skyrocket specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-specs). |
| displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions for displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list of interactive items comprising missed telephone calls.  Each item in this list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number). |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

<table>
<tr><td></td><td></td></tr>
</table>

| | |
|---|---|
| immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item; | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions for, in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, immediately initiating a return telephone call to a return telephone number associated with the respective user selected item.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone is displayed immediately in response to detecting when a user swipes with his finger the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| | |
|---|---|
| immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions for, in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, immediately completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.

For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone is shown immediately in response to detecting when a user taps with his finger the the name "Annie" of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie". |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| including: |  | |
| --- | --- | --- |
| a first contact object comprising a telephone number object having the return telephone number, and | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions for displaying contact information with a first contact object comprising a telephone number object having the return telephone number.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone displays the contact information for the missed caller "Annie" and includes a contact object having her return telephone number. | |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

<table>
<tr>
<td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and</td>
<td colspan="2">The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions for displaying contact information with a second contact object associated with a non-telephone communication modality for contacting the respective caller.

For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone displays the contact information for the missed caller "Annie" and includes a contact object with a white text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS.</td>
</tr>
</table>

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | | |
|---|---|---|
| |  | |
| immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions for, in response to detecting user selection of the second contact object, immediately initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.

For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone is displayed immediately in response to detecting when a user selects the contact object with a white text bubble icon.  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object. | |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| Claim 12 of U.S. Patent No. 8,014,760 | Samsung Galaxy S II Skyrocket Phones |
| --- | --- |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| A method performed at a portable electronic device with a touch screen display, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy S II Skyrocket phone provides a method performed at a portable electronic device with a touch screen display.  For example, the Samsung Galaxy S II Skyrocket is an Android smartphone with a 4.52" Super AMOLED Plus touch screen display.  (*See* Samsung Galaxy S II Skyrocket specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-specs).<br><br><br><br>The Samsung Galaxy S II Skyrocket enables performing the method set forth below.  The user guide for the Samsung Galaxy S II Skyrocket instructs users of the Samsung Galaxy S II Skyrocket how to perform the method using the Samsung Galaxy S II Skyrocket. (Samsung Galaxy S II Skyrocket User Manual at 43-45.) |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call, | The Samsung Galaxy S II Skyrocket phone practices the method of displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list on its touch screen display comprising a list of interactive displayed items associated with missed telephone calls.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | The Samsung Galaxy S II Skyrocket phone practices the method of displaying a list of interactive displayed items associated with missed telephone calls that are also associated with contact information and include a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list of interactive items associated with missed telephone calls and contact information.  Each item in this list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number).<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:<br><br>receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item, and | The Samsung Galaxy S II Skyrocket phone practices the method of receiving a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input initiates a return telephone call to a telephone number associated with that interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone is immediately displayed immediately in response to receiving a finger swipe on the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to the that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including: | The Samsung Galaxy S II Skyrocket phone practices the method of receiving a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to the that interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone is shown immediately in response to detecting when the device receives a finger tap input on the name "Annie" of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie".<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a first contact object comprising a telephone number associated with the caller, and | The Samsung Galaxy S II Skyrocket phone practices the method of displaying contact information with a first contact object comprising a telephone number associated with the caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone displays the contact information for the missed caller "Annie" and includes a contact object comprising a telephone number associated with the caller "Annie."<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Galaxy S II Skyrocket phone practices the method of displaying contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone displays the contact information for the missed caller "Annie" and includes a contact object with a white text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br> |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | The Samsung Galaxy S II Skyrocket phone practices the method of detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone is displayed immediately in response to detecting when a user selects the contact object with a white text bubble icon.  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| Claim 13 of U.S. Patent No. 8,014,760 | Samsung Galaxy S II Skyrocket Phones |
|---|---|
| The method of claim 12, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | The Samsung Galaxy S II Skyrocket phone practices the method of displaying a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item.<br><br>The Samsung Galaxy S II Skyrocket enables performing the method set forth below.  The user guide for the Samsung Galaxy S II Skyrocket instructs users of the Samsung Galaxy S II Skyrocket how to perform the method using the Samsung Galaxy S II Skyrocket. (Samsung Galaxy S II Skyrocket User Manual at 43-45.)<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the first item is identified by a red telephone icon. |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT



| Claim 16 of U.S. Patent No. 8,014,760 | Samsung Galaxy S II Skyrocket Phones |
| --- | --- |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| A method performed at a portable electronic device with a touch screen display, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy S II Skyrocket phone provides a method performed at a portable electronic device with a touch screen display.  For example, the Samsung Galaxy S II Skyrocket is an Android smartphone with a 4.52" Super AMOLED Plus touch screen display.  (*See* Samsung Galaxy S II Skyrocket specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-specs).<br><br><br><br>The Samsung Galaxy S II Skyrocket enables performing the method set forth below.  The user guide for the Samsung Galaxy S II Skyrocket instructs users of the Samsung Galaxy S II Skyrocket how to perform the method using the Samsung Galaxy S II Skyrocket.  (Samsung Galaxy S II Skyrocket User Manual at 43-45.) |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | The Samsung Galaxy S II Skyrocket phone practices the method of displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list of interactive displayed items associated with missed telephone calls and contact information stored in the device.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | The Samsung Galaxy S II Skyrocket phone practices the method of displaying a list of interactive displayed items associated with a missed telephone call and contact information comprised of a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.

For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list of interactive items associated with missed telephone calls and contact information. Each item in this list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number).

 |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item; | The Samsung Galaxy S II Skyrocket phone practices the method of detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone is displayed immediately in response to detecting a finger swipe on the silhouette icon associated with the missed caller "Annie" and shows the initiation of a return telephone call.<br><br> |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | The Samsung Galaxy S II Skyrocket phone practices the method of detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item. 

For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone is immediately displayed immediately in response to detecting a finger tap input on the name "Annie" of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie". |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| |  |
| a first contact object associated with a telephone number for contacting the caller, and | The Samsung Galaxy S II Skyrocket phone practices the method of displaying contact information with a first contact object associated with a telephone number for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone displays the contact information for the missed caller "Annie" and includes a contact object associated with a telephone number for contacting the caller "Annie." |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT



| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Galaxy S II Skyrocket phone practices the method of displaying contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone displays the contact information for the missed caller "Annie" and includes a contact object with a white text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS. |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT



| | |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | The Samsung Galaxy S II Skyrocket phone practices the method of, immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone is displayed immediately in response to detecting user selection of the contact object with a white text bubble icon.  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| Claim 17 of U.S. Patent No. 8,014,760 | Samsung Galaxy S II Skyrocket Phones |
| --- | --- |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| The method of claim 16, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | The Samsung Galaxy S II Skyrocket phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item.<br><br>The Samsung Galaxy S II Skyrocket enables performing the method set forth below.  The user guide for the Samsung Galaxy S II Skyrocket instructs users of the Samsung Galaxy S II Skyrocket how to perform the method using the Samsung Galaxy S II Skyrocket. (Samsung Galaxy S II Skyrocket User Manual at 43-45.)<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the first item is identified by a red telephone icon. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| Claim 18 of U.S. Patent No. 8,014,760 | Samsung Galaxy S II Skyrocket Phones |
|---|---|

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy S II Skyrocket phone is a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions.  For example, the Samsung Galaxy S II Skyrocket contains a computer readable storage medium including ROM and RAM, such as internal memory with a capacity of 16GB.  For example, the Samsung Galaxy S II Skyrocket stores and executes a version of the Android operating system and one or more application programs.  (*See* Samsung Galaxy S II Skyrocket specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-specs). |
| display a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call, wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and | The Samsung Galaxy S II Skyrocket phone contains one or more programs that causes the device to display a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and contact information stored in the device.

For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list of interactive displayed items associated with missed telephone calls and contact information stored in the device. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| | |
|---|---|
| wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | The Samsung Galaxy S II Skyrocket phone contains one or more programs that causes the device to display a list of interactive displayed items associated with missed telephone calls that are also associated with contact information and include a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list of interactive items associated with missed telephone calls and contact information. Each item in this list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number). |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| | |
|---|---|
| wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:<br><br>receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that | The Samsung Galaxy S II Skyrocket phone contains one or more programs that causes the device to receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone is displayed immediately in response to detecting a finger swipe on the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call. |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| interactive displayed item, and |  |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including: | The Samsung Galaxy S II Skyrocket phone contains one or more programs that causes the device to receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone is shown immediately in response to detecting when the device receives a finger tap input on the name "Annie" of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie".<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a first contact object comprising a telephone number associated with the caller, and | The Samsung Galaxy S II Skyrocket phone contains one or more programs that causes the device to display contact information with a first contact object comprising a telephone number associated with the caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone displays the contact information for the missed caller "Annie" and includes a contact object comprising a telephone number associated with the caller "Annie."<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Galaxy S II Skyrocket phone contains one or more programs that causes the device to display contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone displays the contact information for the missed caller "Annie" and includes a contact object with a white text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| detect a user tap input with the second contact object, and immediately in response to that input, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | The Samsung Galaxy S II Skyrocket phone contains one or more programs that causes the device to detect a user tap input with the second contact object, and immediately in response to that input, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone is displayed immediately in response to detecting when a user selects the contact object with a white text bubble icon.  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| Claim 19 of U.S. Patent No. 8,014,760 | Samsung Galaxy S II Skyrocket Phones |
|---|---|
| A portable electronic device with a touch screen display, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy S II Skyrocket phone is a portable electronic device with a touch screen display.  For example, the Samsung Galaxy S II Skyrocket is an Android smartphone with a 4.52" Super AMOLED Plus touch screen display.  (*See* Samsung Galaxy S II Skyrocket specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-specs).  |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| memory; | The Samsung Galaxy S II Skyrocket phone contains a memory.  For example, the Samsung Galaxy S II Skyrocket contains a computer readable storage medium including ROM and RAM, such as internal memory with a capacity of 16GB.  (*See* Samsung Galaxy S II Skyrocket specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-specs). |
| one or more processors; and | The Samsung Galaxy S II Skyrocket phone contains one or more processors.  For example, the Samsung Galaxy S II Skyrocket contains a 1.5 GHz dual-core processor.  (*See* Samsung Galaxy S II Skyrocket specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-specs). |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | The Samsung Galaxy S II Skyrocket phone contains one or more programs stored in the memory and configured for execution by the one or more processors.  For example, the Samsung Galaxy S II Skyrocket stores and executes a version of the Android operating system (for example, the Operating System Android version 2.3.5, Gingerbread) and one or more application programs.  (*See* Samsung Galaxy S II Skyrocket specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-specs). |
| displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions for displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list of interactive displayed items associated with missed telephone calls and contact information stored in the device. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| |  |
| wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions for displaying a list of interactive displayed items associated with missed telephone calls and contact information, wherein each item comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list of interactive items associated with missed telephone calls and contact information.  Each item in this list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number). |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| |  |
| detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item; | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions for detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.

For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone is displayed immediately in response to detecting a finger swipe on the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the

The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions for detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item.

For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone is displayed immediately in response to detecting a finger tap input on the name "Annie"of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie."

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| displayed contact information including a plurality of contact objects comprising: |  |
| a first contact object associated with a telephone number for contacting the caller, and | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions for displaying contact information with a first contact object comprising a telephone number associated with the caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone displays the contact information for the missed caller "Annie" and includes a contact object associated with a telephone number associated with the caller "Annie." |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| | | |
|---|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions for displaying contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone displays the contact information for the missed caller "Annie" and includes a contact object with a white text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS. | |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| | |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions for, in response to detecting user selection of the second contact object, immediately initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone is displayed immediately in response to detecting when a user selects the contact object with a white text bubble icon. The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| Claim 20 of U.S. Patent No. 8,014,760 | Samsung Galaxy S II Skyrocket Phones |
|---|---|

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| The device of claim 19, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions for displaying a list of interactive items associated with missed telephone calls, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the first item is identified by a red telephone icon.<br><br> |
| **Claim 21 of U.S. Patent No. 8,014,760** | **Samsung Galaxy S II Skyrocket Phones** |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy S II Skyrocket phone is a non-transitory computer readable storage medium storing one or more programs comprising instructions.  For example, the Samsung Galaxy S II Skyrocket contains a computer readable storage medium including ROM and RAM, such as internal memory with a capacity of 16GB.  For example, the Samsung Galaxy S II Skyrocket stores and executes a version of the Android operating system and one or more application programs.  (*See* Samsung Galaxy S II Skyrocket specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-specs). |
|---|---|
| display a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions that cause the device to display a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.

For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list of interactive displayed items associated with missed telephone calls and contact information stored in the device. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| | |
|---|---|
| wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions that causes the device to display a list of interactive displayed items associated with missed telephone calls and contact information, wherein each item comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list of interactive items associated with missed telephone calls and contact information. Each item in this list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number). |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT



| | |
|---|---|
| detect a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiate a telephone call to a telephone number associated with the first user selected interactive displayed item; | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions that causes the device to detect a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiate a telephone call to a telephone number associated with the first user selected interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone is displayed immediately in response to detecting a finger swipe on the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call. |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT



detect a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substitute display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact

The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions that causes the device to detect a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substitute display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item.

For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone is shown immediately in response to detecting a finger tap input on the name "Annie" of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie".

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| information including a plurality of contact objects comprising: |  |
| a first contact object associated with a telephone number for contacting the caller, and | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions that causes the device to display contact information with a first contact object comprising a telephone number associated with the caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone displays the contact information for the missed caller "Annie" and includes a contact object associated with a telephone number for contacting the caller "Annie." |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions that causes the device to display contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone displays the contact information for the missed caller "Annie" and includes a contact object with a white text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions that causes the device, in response to detecting user selection of the second contact object, immediately initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Galaxy S II Skyrocket phone is displayed immediately in response to detecting when a user selects the contact object with a white text bubble icon.  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| Claim 22 of U.S. Patent No. 8,014,760 | Samsung Galaxy S II Skyrocket Phones |
|---|---|
| The computer readable storage medium of claim 21, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | The Samsung Galaxy S II Skyrocket phone contains one or more programs with instructions that causes the device to display a list of interactive items associated with missed telephone calls, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Galaxy S II Skyrocket phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the first item is identified by a red telephone icon.<br><br> |