**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

**Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760**

| Claim 1 of U.S. Patent No. 8,014,760 | Samsung Illusion Phones |
|---|---|
| A method, comprising: at a portable electronic device with a touch screen display[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Illusion phone provides a method performed at a portable electronic device with a touch screen display. For example, the Samsung Illusion is an Android smartphone with a 3.5" 320 x 480 HVGA touch screen display.  (*See* Samsung Illusion specifications, http://www.verizonwireless.com/samsung-illusion.shtml).<br><br><br><br>The Samsung Illusion enables performing the method set forth below.  The user guide for the Samsung Illusion instructs users of the Samsung Illusion how to perform the method using the Samsung Illusion.  (Samsung Illusion User Manual at 36, 38-39, *available at* http://downloadcenter.samsung.com/content/UM/201111/20111118053218033/Verizon_Wi |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | reless_SCH-I110_Illusion_English_User_Manual.pdf.) |
|---|---|
| displaying a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | The Samsung Illusion phone displays a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive items comprising missed telephone calls.  Each item in this list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number).<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item; | The Samsung Illusion phone, immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiates a return telephone call to a return telephone number associated with the respective user selected item.<br><br>For example, the following screenshot taken on a Samsung Illusion phone is displayed immediately in response to detecting when a user swipes with his finger the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | The Samsung Illusion phone, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substitutes display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.<br><br>For example, the following screenshot taken from a Samsung Illusion phone is shown immediately in response to detecting when a user taps with his finger the name "Annie" of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie".<br><br> |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| a first contact object comprising a telephone number object having the return telephone number, and | The Samsung Illusion phone's display of contact information includes a first contact object comprising a telephone number object having the return telephone number.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object having her return telephone number.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | The Samsung Illusion phone's display of contact information includes a second contact object associated with a non-telephone communication modality for contacting the respective caller.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Send message" associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | The Samsung Illusion phone, immediately in response to detecting user selection of the second contact object, initiates a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Illusion phone is displayed immediately in response to detecting when a user selects the contact object labeled "Send message". The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br> |
| **Claim 2 of U.S. Patent No. 8,014,760** | **Samsung Illusion Phones** |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| The method of claim 1, wherein the second contact object is an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user. | The Samsung Illusion phone, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substitutes display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item.  The Samsung Illusion phone's display of contact information includes a second contact object that is an email contact object, wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user.<br><br>The Samsung Illusion enables performing the method set forth below.  The user guide for the Samsung Illusion instructs users of the Samsung Illusion how to perform the method using the Samsung Illusion.  (Samsung Illusion User Manual at 36, 38-39.)<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays contact information for the missed caller "Annie."  The display of contact information includes a second contact object labeled "Send email." |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



The following screenshot taken from a Samsung Illusion is displayed immediately in response to detecting when the user initiates communication via the non-telephonic communication modality corresponding to the "Send email" contact object.  The screenshot shows the preparation of an email message with email address associated with the "Send email" contact object, ready for text input by the user.

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| Claim 3 of U.S. Patent No. 8,014,760 | Samsung Illusion Phones |
| --- | --- |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| The method of claim 1, wherein the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user. | The Samsung Illusion phone's display of contact information includes a second contact object that is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user.<br><br>The Samsung Illusion enables performing the method set forth below.  The user guide for the Samsung Illusion instructs users of the Samsung Illusion how to perform the method using the Samsung Illusion.  (Samsung Illusion User Manual at 36, 38-39.)<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays contact information for the missed caller "Annie" and includes an instant messaging object labeled "Send message" associated with a non-telephonic communication modality for contacting her, specifically SMS. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



The following screenshot taken from a Samsung Illusion phone is displayed when a user selects the contact object labeled "Send message".  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.  The screenshot further shows the preparation of an instant message to the number associated with "Annie," ready for text input by the user.

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT



| Claim 7 of U.S. Patent No. 8,014,760 | Samsung Illusion Phones |
| --- | --- |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| The method of claim 1, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item. | The Samsung Illusion phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item.<br><br>The Samsung Illusion enables performing the method set forth below.  The user guide for the Samsung Illusion instructs users of the Samsung Illusion how to perform the method using the Samsung Illusion.  (Samsung Illusion User Manual at 36, 38-39.)<br><br>For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the first item is identified by a red telephone icon.<br><br> |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| Claim 8 of U.S. Patent No. 8,014,760 | Samsung Illusion Phones |
|---|---|
| A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent that the preamble may be construed to be limiting, the Samsung Illusion phone contains a non-transitory computer readable storage medium storing one or more programs comprising instructions which it can execute.  For example, the Samsung Illusion contains a computer readable storage medium including ROM and RAM, such as internal memory with a capacity of 2GB.  For example, the Samsung Illusion stores and executes a version of the Android operating system and one or two applications.  (*See* Samsung Illusion specifications, http://www.verizonwireless.com/samsung-illusion.shtml). |
| display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | The Samsung Illusion phone contains one or more programs that upon execution causes the device to display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive items comprising missed telephone calls.  Each item in this list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number). |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT



| | |
|---|---|
| immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item; | The Samsung Illusion phone contains one or more programs that, immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, causes the device to initiate a return telephone call to a return telephone number associated with the respective user selected item.<br><br>For example, the following screenshot taken on a Samsung Illusion phone is displayed immediately in response to detecting when a user swipes with his finger the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | The Samsung Illusion phone contains one or more programs that, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, causes the device to completely substitute display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.

For example, the following screenshot taken from a Samsung Illusion phone is shown immediately in response to detecting when a user taps with his finger the name "Annie" of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie".

 |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a first contact object comprising a telephone number object having the return telephone number, and | The Samsung Illusion phone contains one or more programs that causes the device to display contact information with a first contact object comprising a telephone number object having the return telephone number.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object having her return telephone number.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | The Samsung Illusion phone contains one or more programs that causes the device to display contact information with a second contact object associated with a non-telephone communication modality for contacting the respective caller.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Send message" associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | The Samsung Illusion phone contains one or more programs that, immediately in response to detecting user selection of the second contact object, causes the device to initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Illusion phone is displayed immediately in response to detecting when a user selects the contact object labeled "Send message". The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br> |
| **Claim 10 of U.S. Patent No. 8,014,760** | **Samsung Illusion Phones** |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| A portable electronic device with a touch screen display, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Illusion phone is a portable electronic device with a touch screen display.  For example, the Samsung Illusion is an Android smartphone with a 3.5" 320 x 480 HVGA touch screen display.  (*See* Samsung Illusion specifications, http://www.verizonwireless.com/samsung-illusion.shtml).  |
|---|---|

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| memory; | The Samsung Illusion phone contains a memory.  For example, the Samsung Illusion contains a computer readable storage medium including ROM and RAM, such as internal memory with a capacity of 2GB.  (*See* Samsung Illusion specifications, http://www.verizonwireless.com/samsung-illusion.shtml). |
|---|---|
| one or more processors; and | The Samsung Illusion phone contains one or more processors.  For example, the Samsung Illusion contains a one gigahertz processor.  (*See* Samsung Illusion specifications, http://www.verizonwireless.com/samsung-illusion.shtml). |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | The Samsung Illusion phone contains one or more programs stored in memory and configured for execution by the one or more processors.  For example, the Samsung Illusion stores and executes a version of the Android operating system (for example, the Operating System Android version 2.3, Gingerbread) and one or more application programs.  (*See* Samsung Illusion specifications, http://www.verizonwireless.com/samsung-illusion.shtml). |
| displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | The Samsung Illusion phone contains one or more programs with instructions for displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.

For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive items comprising missed telephone calls.  Each item in this list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number). |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| | |
|---|---|
| immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item; | The Samsung Illusion phone contains one or more programs with instructions for, in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, immediately initiating a return telephone call to a return telephone number associated with the respective user selected item.

For example, the following screenshot taken on a Samsung Illusion phone is displayed immediately in response to detecting when a user swipes with his finger the silhouette icon corresponding to the missed caller ''Annie'' and shows the initiation of a return telephone call. |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT



| immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | The Samsung Illusion phone contains one or more programs with instructions for, in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, immediately completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.<br><br>For example, the following screenshot taken from a Samsung Illusion phone is shown immediately in response to detecting when a user taps with his finger the the name "Annie" of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie". |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT



| | |
|---|---|
| a first contact object comprising a telephone number object having the return telephone number, and | The Samsung Illusion phone contains one or more programs with instructions for displaying contact information with a first contact object comprising a telephone number object having the return telephone number.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object having her return telephone number. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | The Samsung Illusion phone contains one or more programs with instructions for displaying contact information with a second contact object associated with a non-telephone communication modality for contacting the respective caller.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Send message" associated with a non-telephonic communication modality for contacting her, specifically SMS. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. |  |

The Samsung Illusion phone contains one or more programs with instructions for, in response to detecting user selection of the second contact object, immediately initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.

For example, the following screenshot taken from a Samsung Illusion phone is displayed immediately in response to detecting when a user selects the contact object labeled "Send message". The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT



| Claim 12 of U.S. Patent No. 8,014,760 | Samsung Illusion Phones |
|---|---|

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| A method performed at a portable electronic device with a touch screen display, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Illusion phone provides a method performed at a portable electronic device with a touch screen display.  For example, the Samsung Illusion is an Android smartphone with a 3.5" 320 x 480 HVGA touch screen display.  (*See* Samsung Illusion specifications, [http://www.verizonwireless.com/samsung-illusion.shtml](http://www.verizonwireless.com/samsung-illusion.shtml)).<br><br><br><br>The Samsung Illusion enables performing the method set forth below.  The user guide for the Samsung Illusion instructs users of the Samsung Illusion how to perform the method using the Samsung Illusion.  (Samsung Illusion User Manual at 36, 38-39.) |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call, | The Samsung Illusion phone practices the method of displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call. For example, the following screenshot taken on a Samsung Illusion phone displays a list on its touch screen display comprising a list of interactive displayed items associated with missed telephone calls.  |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | The Samsung Illusion phone practices the method of displaying a list of interactive displayed items associated with missed telephone calls that are also associated with contact information and include a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive items associated with missed telephone calls and contact information.  Each item in this list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number).<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:<br><br>receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item, and | The Samsung Illusion phone practices the method of receiving a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input initiates a return telephone call to a telephone number associated with that interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Illusion phone is immediately displayed immediately in response to receiving a finger swipe on the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to the that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including: | The Samsung Illusion phone practices the method of receiving a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to the that interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>For example, the following screenshot taken from a Samsung Illusion phone is shown immediately in response to detecting when the device receives a finger tap input on the name "Annie" of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie".<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a first contact object comprising a telephone number associated with the caller, and | The Samsung Illusion phone practices the method of displaying contact information with a first contact object comprising a telephone number associated with the caller.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object comprising a telephone number associated with the caller "Annie."<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Illusion phone practices the method of displaying contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Send message" associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | The Samsung Illusion phone practices the method of detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Illusion phone is displayed immediately in response to detecting when a user selects the contact object labeled "Send message". The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br> |
|---|---|
| **Claim 13 of U.S. Patent No. 8,014,760** | **Samsung Illusion Phones** |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| The method of claim 12, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | The Samsung Illusion phone practices the method of displaying a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item.<br><br>The Samsung Illusion enables performing the method set forth below.  The user guide for the Samsung Illusion instructs users of the Samsung Illusion how to perform the method using the Samsung Illusion.  (Samsung Illusion User Manual at 36, 38-39.)<br><br>For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the first item is identified by a red telephone icon.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| Claim 14 of U.S. Patent No. 8,014,760 | Samsung Illusion Phones |
|---|---|
| A portable electronic device, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Illusion phone is a portable electronic device with a touch screen display. For example, the Samsung Illusion is an Android smartphone with a 3.5" 320 x 480 HVGA touch screen display.  (*See* Samsung Illusion specifications, http://www.verizonwireless.com/samsung-illusion.shtml).<br><br> |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| one or more processors; | The Samsung Illusion phone contains one or more processors.  For example, the Samsung Illusion contains a one gigahertz processor.  (*See* Samsung Illusion specifications, http://www.verizonwireless.com/samsung-illusion.shtml). |
|---|---|
| a touch screen display; | The Samsung Illusion phone contains a touch screen display. For example, the Samsung Illusion is an Android smartphone with a 3.5" 320 x 480 HVGA touch screen display. (*See* Samsung Illusion specifications, http://www.verizonwireless.com/samsung-illusion.shtml). |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a computer readable storage medium containing instructions that when executed by the one or more processors perform operations in the portable electronic device, the instructions comprising: | The Samsung Illusion phone contains a computer readable storage medium containing instructions that when executed by the one or more processors perform operations in the portable electronic device.  For example, the Samsung Illusion contains a computer readable storage medium including ROM and RAM, such as internal memory with a capacity of 2GB.  For example, the Samsung Illusion stores and executes a version of the Android operating system and one or two applications.  (*See* Samsung Illusion specifications, http://www.verizonwireless.com/samsung-illusion.shtml). |
| instructions to display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call, | The Samsung Illusion phone contains instructions to display a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call.

For example, the following screenshot taken on a Samsung Illusion phone displays a list on its touch screen display comprising a list of interactive displayed items associated with missed telephone calls. |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
|  | |
| wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and wherein each interactive displayed item associated with a telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive | The Samsung Illusion phone contains instructions to display a list of interactive displayed items associated with missed telephone calls that are also associated with contact information and include a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive items associated with missed telephone calls and contact information.  Each item in this list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number). |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| displayed portion; |  |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| instructions to receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item; | The Samsung Illusion phone contains instructions to receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input initiates a return telephone call to a telephone number associated with that interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Illusion phone is displayed when a user swipes with his finger the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| instructions to receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects, the plurality of contact objects including: | The Samsung Illusion phone contains instructions to receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects.<br><br>For example, the following screenshot taken from a Samsung Illusion phone is shown immediately in response to detecting when the device receives a finger tap input on the name "Annie" of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie".<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a first contact object associated with initiating a telephone call to the caller, | The Samsung Illusion phone contains instructions to display contact information with a first contact object comprising a telephone number associated with the caller.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Call" associated with initiating a telephone call to "Annie."<br><br> |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| a second contact object associated with sending an email to the caller, and | The Samsung Illusion phone contains instructions to display contact information with a second contact object associated with sending an email to the caller.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Send email" associated with sending an email to "Annie."<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a third contact object associated with sending an instant message to the caller; and | The Samsung Illusion phone contains instructions to display contact information with a third contact object associated with sending an instant message to the caller.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Send message" associated with sending an instant message to "Annie."<br><br> |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| instructions to detect a finger tap input at any one contact object of the plurality of contact objects, and immediately in response to that input, to initiate a communication to the corresponding caller of the type corresponding to the contact object at which the input was detected. | The Samsung Illusion phone contains instructions to detect a finger tap input at any one contact object of the plurality of contact objects, and immediately in response to that input, to initiate a communication to the corresponding caller of the type corresponding to the contact object at which the input was detected.<br><br>For example, the following screenshot taken from a Samsung Illusion phone is immediately displayed when the phone detects a finger tap input at the contact object labeled "Call" and shows the initiation of a telephone call.<br><br><br><br>For example, the following screenshot taken from a Samsung Illusion phone is immediately displayed when the phone detects a finger tap input at the contact object labeled "Send message" and shows the initiation of a communication to the caller using SMS. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



For example, the following screenshot taken from a Samsung Illusion phone is immediately displayed when the phone detects a finger tap input at the contact object "Send email" and shows the initiation of a communication to the caller using email.

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT



| Claim 15 of U.S. Patent No. 8,014,760 | Samsung Illusion Phones |
|---|---|

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| The device of claim 14, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the item | The Samsung Illusion phone contains instructions to display a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the item.<br><br>For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the first item is identified by a red telephone icon.<br><br> |
|---|---|
| **Claim 16 of U.S. Patent No. 8,014,760** | **Samsung Illusion Phones** |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| A method performed at a portable electronic device with a touch screen display, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Illusion phone provides a method performed at a portable electronic device with a touch screen display.  For example, the Samsung Illusion is an Android smartphone with a 3.5" 320 x 480 HVGA touch screen display.  (*See* Samsung Illusion specifications, http://www.verizonwireless.com/samsung-illusion.shtml).<br><br><br><br>The Samsung Illusion enables performing the method set forth below.  The user guide for the Samsung Illusion instructs users of the Samsung Illusion how to perform the method using the Samsung Illusion.  (Samsung Illusion User Manual at 36, 38-39.) |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | The Samsung Illusion phone practices the method of displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive displayed items associated with missed telephone calls and contact information stored in the device.<br><br> |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | The Samsung Illusion phone practices the method of displaying a list of interactive displayed items associated with a missed telephone call and contact information comprised of a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive items associated with missed telephone calls and contact information.  Each item in this list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number).<br><br> |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item; | The Samsung Illusion phone practices the method of detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Illusion phone is displayed immediately in response to detecting a finger swipe on the silhouette icon associated with the missed caller "Annie" and shows the initiation of a return telephone call.<br><br> |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| detecting a finger tap input at a second user selected interactive display displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | The Samsung Illusion phone practices the method of detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item.<br><br>For example, the following screenshot taken from a Samsung Illusion phone is immediately displayed immediately in response to detecting a finger tap input on the name "Annie" of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie".<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| a first contact object associated with a telephone number for contacting the caller, and | The Samsung Illusion phone practices the method of displaying contact information with a first contact object associated with a telephone number for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object associated with a telephone number for contacting the caller "Annie."<br><br> |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Illusion phone practices the method of displaying contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Send message" associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | The Samsung Illusion phone practices the method of, immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Illusion phone is displayed immediately in response to detecting user selection of the contact object labeled "Send message".  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br> |
| **Claim 17 of U.S. Patent No. 8,014,760** | **Samsung Illusion Phones** |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| The method of claim 16, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | The Samsung Illusion phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item.<br><br>The Samsung Illusion enables performing the method set forth below.  The user guide for the Samsung Illusion instructs users of the Samsung Illusion how to perform the method using the Samsung Illusion.  (Samsung Illusion User Manual at 36, 38-39.)<br><br>For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the first item is identified by a red telephone icon.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| Claim 18 of U.S. Patent No. 8,014,760 | Samsung Illusion Phones |
|---|---|
| A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent that the preamble may be construed to be limiting, the Samsung Illusion phone is a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions.  For example, the Samsung Illusion contains a computer readable storage medium including ROM and RAM, such as internal memory with a capacity of 2GB.  For example, the Samsung Illusion stores and executes a version of the Android operating system and one or more application programs. (*See* Samsung Illusion specifications, http://www.verizonwireless.com/samsung-illusion.shtml). |
| display a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call, wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and | The Samsung Illusion phone contains one or more programs that causes the device to display a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and contact information stored in the device.<br><br>For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive displayed items associated with missed telephone calls and contact information stored in the device. |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT



| | |
|---|---|
| wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | The Samsung Illusion phone contains one or more programs that causes the device to display a list of interactive displayed items associated with missed telephone calls that are also associated with contact information and include a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive items associated with missed telephone calls and contact information. Each item in this list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number). |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| | |
|---|---|
| wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:<br><br>receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item, and | The Samsung Illusion phone contains one or more programs that causes the device to receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Illusion phone is displayed immediately in response to detecting a finger swipe on the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including: | The Samsung Illusion phone contains one or more programs that causes the device to receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>For example, the following screenshot taken from a Samsung Illusion phone is shown immediately in response to detecting when the device receives a finger tap input on the name "Annie" of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie".<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a first contact object comprising a telephone number associated with the caller, and | The Samsung Illusion phone contains one or more programs that causes the device to display contact information with a first contact object comprising a telephone number associated with the caller.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object comprising a telephone number associated with the caller "Annie."<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Illusion phone contains one or more programs that causes the device to display contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Send message" associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br> |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| detect a user tap input with the second contact object, and immediately in response to that input, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | The Samsung Illusion phone contains one or more programs that causes the device to detect a user tap input with the second contact object, and immediately in response to that input, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. <br><br> For example, the following screenshot taken from a Samsung Illusion phone is displayed immediately in response to detecting when a user selects the contact object labeled "Send message".  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object. <br><br>  |
| **Claim 19 of U.S. Patent No. 8,014,760** | **Samsung Illusion Phones** |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| A portable electronic device with a touch screen display, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Illusion phone is a portable electronic device with a touch screen display.  For example, the Samsung Illusion is an Android smartphone with a 3.5" 320 x 480 HVGA touch screen display.  (*See* Samsung Illusion specifications, http://www.verizonwireless.com/samsung-illusion.shtml).  |
| --- | --- |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| memory; | The Samsung Illusion phone contains a memory.  For example, the Samsung Illusion contains a computer readable storage medium including ROM and RAM, such as internal memory with a capacity of 2GB.  (*See* Samsung Illusion specifications, http://www.verizonwireless.com/samsung-illusion.shtml). |
|---|---|
| one or more processors; and | The Samsung Illusion phone contains one or more processors.  For example, the Samsung Illusion contains a one gigahertz processor.  (*See* Samsung Illusion specifications, http://www.verizonwireless.com/samsung-illusion.shtml). |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| | |
|---|---|
| one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | The Samsung Illusion phone contains one or more programs stored in the memory and configured for execution by the one or more processors.  For example, the Samsung Illusion stores and executes a version of the Android operating system (for example, the Operating System Android version 2.3, Gingerbread) and one or more application programs.  (*See* Samsung Illusion specifications, http://www.verizonwireless.com/samsung-illusion.shtml). |
| displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | The Samsung Illusion phone contains one or more programs with instructions for displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive displayed items associated with missed telephone calls and contact information stored in the device. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| | |
|---|---|
| wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | The Samsung Illusion phone contains one or more programs with instructions for displaying a list of interactive displayed items associated with missed telephone calls and contact information, wherein each item comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive items associated with missed telephone calls and contact information.  Each item in this list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number). |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT



| | |
|---|---|
| detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item; | The Samsung Illusion phone contains one or more programs with instructions for detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Illusion phone is displayed immediately in response to detecting a finger swipe on the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| | |
|---|---|
| detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the | The Samsung Illusion phone contains one or more programs with instructions for detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item.

For example, the following screenshot taken from a Samsung Illusion phone is displayed immediately in response to detecting a finger tap input on the name "Annie" of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie." |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | | |
|---|---|---|
| displayed contact information including a plurality of contact objects comprising: |  | |
| a first contact object associated with a telephone number for contacting the caller, and | The Samsung Illusion phone contains one or more programs with instructions for displaying contact information with a first contact object comprising a telephone number associated with the caller.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object associated with a telephone number associated with the caller "Annie." | |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT



| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Illusion phone contains one or more programs with instructions for displaying contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Send message" associated with a non-telephonic communication modality for contacting her, specifically SMS. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | <br><br>The Samsung Illusion phone contains one or more programs with instructions for, in response to detecting user selection of the second contact object, immediately initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Illusion phone is displayed immediately in response to detecting when a user selects the contact object labeled "Send message". The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object. |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT



| Claim 20 of U.S. Patent No. 8,014,760 | Samsung Illusion Phones |
|---|---|

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| The device of claim 19, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | The Samsung Illusion phone contains one or more programs with instructions for displaying a list of interactive items associated with missed telephone calls, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the first item is identified by a red telephone icon.<br><br> |
|---|---|
| **Claim 21 of U.S. Patent No. 8,014,760** | **Samsung Illusion Phones** |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent that the preamble may be construed to be limiting, the Samsung Illusion phone is a non-transitory computer readable storage medium storing one or more programs comprising instructions.  For example, the Samsung Illusion contains a computer readable storage medium including ROM and RAM, such as internal memory with a capacity of 2GB.  For example, the Samsung Illusion stores and executes a version of the Android operating system and one or more application programs.  (*See* Samsung Illusion specifications, http://www.verizonwireless.com/samsung-illusion.shtml). |
|---|---|
| display a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | The Samsung Illusion phone contains one or more programs with instructions that cause the device to display a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive displayed items associated with missed telephone calls and contact information stored in the device. |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| | |
|---|---|
| wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | The Samsung Illusion phone contains one or more programs with instructions that causes the device to display a list of interactive displayed items associated with missed telephone calls and contact information, wherein each item comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.

For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive items associated with missed telephone calls and contact information. Each item in this list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number). |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



| | |
|---|---|
| detect a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiate a telephone call to a telephone number associated with the first user selected interactive displayed item; | The Samsung Illusion phone contains one or more programs with instructions that causes the device to detect a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiate a telephone call to a telephone number associated with the first user selected interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Illusion phone is displayed immediately in response to detecting a finger swipe on the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call. |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT



| | |
|---|---|
| detect a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substitute display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact | The Samsung Illusion phone contains one or more programs with instructions that causes the device to detect a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substitute display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item.<br><br>For example, the following screenshot taken from a Samsung Illusion phone is shown immediately in response to detecting a finger tap input on the name "Annie" of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie". |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| information including a plurality of contact objects comprising: |  |
| a first contact object associated with a telephone number for contacting the caller, and | The Samsung Illusion phone contains one or more programs with instructions that causes the device to display contact information with a first contact object comprising a telephone number associated with the caller.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object associated with a telephone number for contacting the caller "Annie." |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**



**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Illusion phone contains one or more programs with instructions that causes the device to display contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Illusion phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Send message" associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br> |

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT

| immediately in response to detecting user selection of the second contact object, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | The Samsung Illusion phone contains one or more programs with instructions that causes the device, in response to detecting user selection of the second contact object, immediately initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Illusion phone is displayed immediately in response to detecting when a user selects the contact object labeled "Send message". The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br> |
| **Claim 22 of U.S. Patent No. 8,014,760** | **Samsung Illusion Phones** |

**PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT**

| | |
|---|---|
| The computer readable storage medium of claim 21, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | The Samsung Illusion phone contains one or more programs with instructions that causes the device to display a list of interactive items associated with missed telephone calls, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Illusion phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the first item is identified by a red telephone icon.<br><br> |