# INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY TAB 8.9 (GT-P7310 & SGH-I957)

| Claim 1 | Infringement by the Samsung Galaxy Tab 8.9 |
|---|---|
| 1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Galaxy Tab 8.9 is a computer-based system for detecting structures in data and performing actions on detected structures, as explained below. Specifically, the Samsung Galaxy Tab 8.9 is an Android tablet computer with a 1GHz or 1.5GHz dual core processor, 16GB or 32GB of internal memory, and an 8.9'' WXGA (1280x800) TFT touchscreen display. (*See* Samsung, Samsung Galaxy Tab 8.9 Overview, http://www.samsung.com/us/mobile/galaxy-tab/GT-P7310MAAXAR).[2] (Samsung, Samsung Galaxy Tab 8.9 Gallery, http://www.samsung.com/us/mobile/galaxy-tab/GT-P7310MAAXAR-gallery). |

[1] Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

[2] Citations to specifications and user manuals in this claim chart generally refer to the supporting documentation for the Wi-Fi version of the Samsung Galaxy Tab 8.9 (e.g., GT-P7310); however, the AT&T version of the Samsung Galaxy Tab 8.9 (SGH-I957) also infringes as described herein.

| Claim 1 | Infringement by the Samsung Galaxy Tab 8.9 |
|---|---|
| | The Samsung Galaxy Tab 8.9 is equipped with the Android 3, Honeycomb, operating system and comes with various pre-installed applications, including a web browser, an Email application, a Contacts application, and a Messaging application (AT&T version). (*See generally* Samsung Galaxy Tab 8.9 Overview, http://www.samsung.com /us/mobile/galaxy-tab/GT-P7310MAAXAR).<br>**Performs at a higher level. So you can, too.**<br>Surf the internet just like on a PC, and get the full enjoyment of Adobe® Flash® Player compatible sites, games, and videos. The Dual core 1GHz processor runs every function and app effortlessly. A full gig of ram gives you plenty of memory. The Tab's Android ™ 3.1, Honeycomb platform is the proven gold standard to perform the full range of Google services like optimized Gmail™ and Google Maps™.<br>(*Id.*).<br>**Browser**: Access the Internet. A shortcut to Browser appears on the Home screen by default. For more information, refer to *"Browser"* on page 62.<br>(Samsung, Galaxy Tab 8.9 Android Tablet User Manual, at 30-31 (2011) [hereinafter "Galaxy Tab 8.9 User Manual"]). |
| an input device for receiving data; | The Samsung Galaxy Tab 8.9 includes an input device for receiving data. For example, the Samsung Galaxy Tab 8.9 includes hardware input devices such as a touchscreen display, wireless-internet adapters for receiving internet data, and memory. (Samsung Galaxy Tab 8.9 Specifications, http://www.samsung.com/us/mobile/galaxy-tab/GT-P7310MAAXAR-specs).<br><br>In particular, the Samsung Galaxy Tab 8.9 includes an 8.9'' touchscreen that receives data that |

| Claim 1 | Infringement by the Samsung Galaxy Tab 8.9 |
|---|---|
| | the user inputs. (*See* Galaxy Tab 8.9 User Manual, at 17-18). The touchscreen allows the user to interact with applications running on the Samsung Galaxy Tab 8.9. (*See id.* at 18 ("Touch items to select or launch them. For example . . . [t]ouch an application's icon to launch the application.")).<br><br>Additionally, it permits the user to enter text via an onscreen keyboard. (*See* Galaxy Tab 8.9 User Manual, at 18 ("Touch the on-screen keyboard to enter characters or text.")). There are multiple available text input methods for the onscreen keyboard on the Samsung Galaxy Tab 8.9, including the Samsung keypad ("a virtual QWERTY keyboard that allows you to enter text by touching keys on the screen") and Swype ("a new text input method that allows you to enter words by gliding your finger over the virtual QWERTY keyboard, lifting your finger between words"). (*Id.* at 34). The onscreen keyboard is shown in below.<br><br>(**Screenshot of Samsung Galaxy Tab 8.9 Onscreen keyboard**) |

| Claim 1 | Infringement by the Samsung Galaxy Tab 8.9 |
|---|---|
| | (*See also* Galaxy Tab 8.9 User Manual, at 34-37).<br><br>Further, the Samsung Galaxy Tab 8.9 includes wireless-internet adapters for receiving internet data from wireless local area networks. (*See* Galaxy Tab 8.9 User Manual, at 12 (noting that the Galaxy Tab 8.9 has "built-in Wi-Fi technology (801.11 a/b/g/n)")). These adapters allow the Samsung Galaxy Tab 8.9 to receive data, such as webpages, that can be loaded in the Browser application. (*See id.* at 62 ("Your device is equipped with a full HTML Browser that allows you to access the internet.")). |
| an output device for presenting the data; | The Samsung Galaxy Tab 8.9 includes an output device for presenting data. For example, the Samsung Galaxy Tab 8.9 includes an 8.9'' touchscreen display that presents data to the user. (*See* Galaxy Tab 8.9 User Guide, at 12).<br><br>**Features**<br>• 8.9-inch WXGA PLS TFT LCD touch screen<br><br>(*Id.*).<br><br>**A screen so lifelike you'll want to touch it.**<br>The Tab's WXGA-TFT touchscreen redefines high resolution. Every image has amazing color, radiance, and clarity to capture all the detail of real life. The Tab's dimensions give it an aspect ratio that lets you see more of the original image, without cropping or black bars. Now when you watch a movie with $100 million in special effects, you get the full impact. When you read eBooks or emails, every letter of text is razor sharp. Video chatting is more like talking face-to-face. And when your finger touches the responsive screen, every function is smooth as silk.<br><br>(Samsung Galaxy Tab 8.9 Features, http://www.samsung.com/us/mobile/galaxy-tab/GT-P7310MAAXAR-features). |

| Claim 1 | Infringement by the Samsung Galaxy Tab 8.9 |
| --- | --- |
| a memory storing information including program routines including | The Samsung Galaxy Tab 8.9 includes a memory storing information including program routines.<br><br>For example, the Samsung Galaxy Tab 8.9 includes 1GB of random access memory ("RAM") and either 16GB or 32GB of internal memory for storage that stores information including program routines. (*See* Samsung Galaxy Tab 8.9 User Manual, at 12).<br><br>• 1GB RAM memory and 16GB or 32GB on-board memory, which is used for data storage and access<br><br>(*Id.*). |
| an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | The Samsung Galaxy Tab 8.9 includes an analyzer server for detecting structures in the data and for linking actions to the detected structures.[3]<br><br>For example, as shown below, when the user navigates to a webpage containing an email address in the Browser application, the analyzer server detects that email address. Although not shown below, the analyzer server similarly detects phone numbers and postal addresses. |

[3] The source code for Android version 3, Honeycomb, is not publicly available. But, as described in this claim chart, the Browser and Messaging (AT&T version) applications on the Samsung Galaxy Tab 8.9 function in the same way as the Internet browser and Messaging applications on devices running Gingerbread and/or Android 4.0, Ice Cream Sandwich. Thus, the Samsung Galaxy Tab 8.9 appears to infringe for the same reasons as described in the claim charts for devices running Gingerbread or Ice Cream Sandwich. That analysis is incorporated herein by reference.

| Claim 1 | Infringement by the Samsung Galaxy Tab 8.9 |
| --- | --- |
| | <br>(**Screenshot of Samsung Galaxy Tab 8.9 showing a detected structure, an email address, in web browsing data (arrow added for emphasis)**)<br><br>As a second example, the analyzer server detects email addresses, phone numbers, postal addresses, and web URLs in messages in the Messaging application of the Galaxy Tab 8.9 (AT&T version). |

| Claim 1 | Infringement by the Samsung Galaxy Tab 8.9 |
|---|---|
| | The analyzer server also links actions to detected structures.[4] For example, as shown below, once a user long presses a detected email address in a webpage in the Browser application, the user is presented with a pop-up menu containing a candidate linked action. |

**(Screenshot of Samsung Galaxy Tab 8.9 showing candidate action linked to a detected and selected email address)**

[4] To the extent that claim 1 is construed to only require a single action linked to a particular structure, the Galaxy Tab 8.9's Browser infringes as described in this chart.

| Claim 1 | Infringement by the Samsung Galaxy Tab 8.9 |
| --- | --- |
| | If the user selects the candidate action “Send email” from the menu shown above, the action processor for the Samsung Galaxy Tab 8.9 performs the selected candidate action, which ultimately results in the launching of the Email application.<br><br><br>(**Screenshot of Samsung Galaxy Tab 8.9 having a detected structure that is linked to a candidate action, upon selection of the “Send email” option**)<br><br>Although not shown above, the action processor for the Samsung Galaxy Tab 8.9 similarly performs the candidate actions for detected postal addresses and phone numbers in web browsing data. |

| Claim 1 | Infringement by the Samsung Galaxy Tab 8.9 |
|---|---|
| | As a second example, the analyzer server links actions to detected structures in messages in the Messaging application of the Samsung Galaxy Tab 8.9 (AT&T version).  Once a user presses a detected structure, e.g., an email address, in the message, the user is presented with a pop-up menu containing candidate linked actions.  For example, "Send email" or "Add [Contact]" for a detected email address in a message.  If the user selects the candidate action "Send email" from the pop-up menu, the action processor for the Samsung Galaxy Tab 8.9 performs the selected candidate action. |
| a user interface enabling the selection of a detected structure and a linked action; and | The Samsung Galaxy Tab 8.9 includes a user interface enabling the selection of a detected structure and a linked action.  For example, the Samsung Galaxy Tab 8.9's user interface for the Browser application allows the user to select a detected structure like a phone number, email address, or postal address.  The Samsung Galaxy Tab 8.9 user interface also enables the selection of a linked candidate action.<br><br>For example, as shown below, the user can select email addresses detected on webpages in the Browser application.  The user interface then allows the user to select a candidate action linked to the selected email address.  Although not shown below, the tablet's user interface also enables the selection of detected postal addresses and phone numbers and enables the selection of candidate actions linked to them. |

| Claim 1 | Infringement by the Samsung Galaxy Tab 8.9 |
|---|---|
| | <br>**(Screenshot of the Samsung Galaxy Tab 8.9 with a user interface enabling the selection of a detected structure (email address))** |

| Claim 1 | Infringement by the Samsung Galaxy Tab 8.9 |
|---|---|
| | <br><br>**(Screenshot of the Galaxy Tab 8.9 with a user interface enabling the selection of a candidate linked action)**<br><br>As a second example, the AT&T Samsung Galaxy Tab 8.9's user interface for the Messaging application allows the user to select a detected structure like an email address, phone number, postal address, or web URL. The user interface also enables the selection of candidate actions linked to such detected structures. |

| Claim 1 | Infringement by the Samsung Galaxy Tab 8.9 |
| --- | --- |
| an action processor for performing the selected action linked to the selected structure; and | The Samsung Galaxy Tab 8.9 includes an action processor for performing the selected action linked to the selected structure.<br><br>For example, the Samsung Galaxy Tab 8.9 includes an Email application. Upon selection of the "Send email" option from the Browser user interface, the action processor performs the selected candidate action, which ultimately results in the launching of the email composition activity with the detected email address filled in as the "To" value. As described herein, the "Send email" candidate action is linked to the selected email address.<br><br>(**Screenshot of the Samsung Galaxy Tab 8.9 showing the result of the candidate linked action having been performed**)<br><br>Although not shown above, the action processor similarly performs selected candidate actions associated with detected and selected phone numbers and postal addresses found in web data. |

| Claim 1 | Infringement by the Samsung Galaxy Tab 8.9 |
|---|---|
| | As a second example, the action processor for the Samsung Galaxy Tab 8.9 (AT&T version) performs selected actions linked to selected structures, e.g., email addresses, phone numbers, postal addresses, and web URLs, detected in messages in the Messaging application.  For example, as described above, the tablet's analyzer server links a "Send email" candidate action to an email address detected in the Messaging application.  Upon a user's selection of the "Send email" option from the Messaging application, the action processor performs the selected candidate action, which ultimately results in the launching of the email composition activity with the email address detected in the message filled in as the "To" value. |
| a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | The Samsung Galaxy Tab 8.9 includes a processing unit coupled to the input device, the output device, and the memory for controlling the execution of program routines.<br><br>For example, the Samsung Galaxy Tab 8.9 includes a 1GHz or 1.5GHz dual core processor coupled to input devices (a touchscreen and wireless-internet adapter), an output device (the 8.9'' touchscreen display), and memory (16GB or 32GB of internal storage).  (*See* Samsung Galaxy Tab User Guide, at 12).<br><br>The processing unit controls the execution of the program routines. |

| Claim 2 | Infringement by the Samsung Galaxy Tab 8.9 |
|---|---|
| 2. The system recited in claim 1, wherein the analyzer server stores detected structures in memory. | On information and belief, the Samsung Galaxy Tab 8.9's analyzer server stores detected structures in memory. The source code for Android version 3, Honeycomb, is not publicly available. But, as described above and below, the Browser and Messaging applications on the Samsung Galaxy Tab 8.9 function in the same way as on devices running Gingerbread and/or Android 4.0, Ice Cream Sandwich. Thus, the Samsung Galaxy Tab 8.9 appears to infringe for the same reasons as described in the claim charts for devices running Gingerbread or Ice Cream Sandwich. That analysis is incorporated herein by reference. |
| **Claim 4** | **Infringement by the Samsung Galaxy Tab 8.9** |
| 4. The system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. | On information and belief, the Samsung Galaxy Tab 8.9's analyzer server includes grammars and a parser for detecting structures in the data. The source code for Android version 3, Honeycomb, is not publicly available. But, as described above and below, the Browser and Messaging applications on the Samsung Galaxy Tab 8.9 function in the same way as on devices running Gingerbread and/or Android 4.0, Ice Cream Sandwich. Thus, the Samsung Galaxy Tab 8.9 appears to infringe for the same reasons as described in the claim charts for devices running Gingerbread or Ice Cream Sandwich. That analysis is incorporated herein by reference. |
| **Claim 6** | **Infringement by the Samsung Galaxy Tab 8.9** |
| 6. The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting structures in the data. | On information and belief, the Samsung Galaxy Tab 8.9's analyzer server includes a string library and fast string search function for detecting structures in data.<br><br>The source code for Android version 3, Honeycomb, is not publicly available. But, as described above and below, the Browser and Messaging applications on the Samsung Galaxy Tab 8.9 function in the same way as on devices running Gingerbread and/or Android 4.0, Ice Cream Sandwich. Thus, the Samsung Galaxy Tab 8.9 appears to infringe for the same reasons as described in the claim charts for devices running Gingerbread or Ice Cream Sandwich. That analysis is incorporated herein by reference. |

| Claim 8 | Infringement by the Samsung Galaxy Tab 8.9 |
| --- | --- |
| 8. The system recited in claim 1, wherein the user interface highlights detected structures. | The Samsung Galaxy Tab 8.9 further includes a user interface that highlights detected structures. For example, the user interface for the Messaging application of the Samsung Galaxy Tab 8.9 highlights detected structures, including email addresses, phone numbers, postal addresses, and web URLs, in blue. |

(**Screenshot of a detected email address highlighted in the Messaging application**)

| Claim 9 | Infringement by the Samsung Galaxy Tab 8.9 |
|---|---|
| 9. The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of linked actions. | The Samsung Galaxy Tab 8.9 further comprises a user interface that enables selection of an action by causing the output device to display a pop-up menu of linked actions. For example, when a user long presses on an email address on a webpage or presses on an email address in a message, the Samsung Galaxy Tab 8.9 presents the user with a pop-up menu displaying a candidate linked action or actions on its touchscreen display. The tablet's user interface enables the user to select a candidate action, for example, "Send email," from the pop-up menu.   **(Screenshot of the Browser user interface of the Samsung Galaxy Tab 8.9 enabling selection of a candidate action linked to an email address from a pop-up menu)** |