**INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY PLAYER 5.0 (YP-G70C)**

| Claim 1 | Infringement by the Samsung Galaxy Player 5.0 |
|---|---|
| 1.  A computer-based system for detecting structures in data and performing actions on detected structures, comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Galaxy Player 5.0 is a computer-based system for detecting structures in data and performing actions on detected structures, as explained below.  Specifically, the Samsung Galaxy Player 5.0 is an Android media player with a processor, 8GB of internal memory, and a 5.0'' LCD touchscreen display.  (Samsung, Samsung Galaxy Player 5.0 Specifications, http://www.samsung.com/us/mobile/mp3-players/YP-G70CWY/XAA-specs).<br><br><br><br>(Samsung, Samsung Galaxy Player 5.0 Gallery, http://www.samsung.com/us/mobile/mp3- |

---

[1]  Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Galaxy Player 5.0 |
|---|---|
| | players/YP-G70CWY/XAA-gallery).<br><br>The Samsung Galaxy Player 5.0 is equipped with the Android 2.3.5, Gingerbread, operating system and comes with various pre-installed applications, including a web browser, an Email application, and a Contacts application.  (*See* Samsung, Samsung Galaxy Player 5.0, Mobile Player User Manual, at 25-28 (2011) [hereinafter "Galaxy Player 5.0 User Manual"]).<br><br>**Internet**: Access the Internet. By default, a shortcut to Internet appears on each Home screen as a Primary Shortcut. For more information, refer to *"Internet"* on page 55.<br><br>(Galaxy Player 5.0 User Manual, at 26).<br><br>**Powered by Android™**<br>The Samsung Galaxy Player features Gingerbread, Google's Android 2.3.5 platform, bringing you great performance and speed for browsing Adobe® Flash® Player compatible websites. Fully integrated with services like Google Maps™ and YouTube™ you can search, view, and easily download any of the over 250,000 apps available in Android Market.<br><br>(Samsung, Samsung Galaxy Tab 5.0 Features, http://www.samsung.com/us/mobile/mp3-players/YP-G70CWY/XAA-features). |
| an input device for receiving data; | The Samsung Galaxy Player 5.0 includes an input device for receiving data.<br><br>For example, the Samsung Galaxy Player 5.0 includes hardware input devices such as a touchscreen display, wireless-internet adapters for receiving internet data, and memory.  (*See* Samsung, Samsung Galaxy Player 5.0 Specifications, http://www.samsung.com /us/mobile/mp3- |

| Claim 1 | Infringement by the Samsung Galaxy Player 5.0 |
|---|---|
| | players/YP-G70CWY/XAA-specs).<br><br>In particular, the Samsung Galaxy Player 5.0 includes a 5.0'' LCD touchscreen that receives data that the user inputs.  (*See* Galaxy Player 5.0 User Manual, at 12 (indicating that the Galaxy Player 5.0 has a "touch screen [that] provides quick response[s] to a variety of menus and options including applications and seven home screens")).<br><br>The touchscreen allows the user to interact with applications running on the Samsung Galaxy Player 5.0.  (*See id.* at 12).  Additionally, it permits the user to enter text via an onscreen keyboard.  (*See* Galaxy Player 5.0 User Manual, at 29).  There are several available text input methods for the onscreen keyboard on the Samsung Galaxy Player 5.0, including Swype ("a new text input method that allows you to enter words by gliding your finger over the virtual QWERTY keyboard") and the Samsung Keypad ("a virtual QWERTY keyboard that allows you to enter text by touching keys on the screen").  (*Id.* at 29).  The onscreen Swype keyboard is shown in below.<br><br><br><br>(**Screenshot of Samsung Galaxy Player 5.0 Onscreen Keyboard**)<br><br>(*See also* Galaxy Player 5.0 User Manual, at 29-32).<br><br>Further, the Samsung Galaxy Player 5.0 includes wireless-internet adapters for receiving internet data from wireless local area networks.  (*See* Galaxy Player 5.0 User Manual, at 12 (indicating |

| Claim 1 | Infringement by the Samsung Galaxy Player 5.0 |
|---|---|
| | that the Galaxy Player 5.0 has "[b]uilt-in Wi-Fi technology (802.11 b/g/n/a")).<br><br>These adapters allow the Samsung Galaxy Player 5.0 to receive data, such as webpages, that can be loaded in the Browser application.  (*See id.* at 55 ("Your device is equipped with a full HTML Browser that allows you to access the internet.").<br><br><br><br>(Samsung, Samsung Galaxy Player 5.0 Features, http://www.samsung.com/us/mobile/mp3-players/YP-G70CWY/XAA-features). |
| an output device for presenting the data; | The Samsung Galaxy Player 5.0 includes an output device for presenting data.  The Samsung Galaxy Player 5.0 includes a 5.0'' LCD, WVGA (800x480 pixel) touchscreen display that presents data to the user.<br><br><br><br>(Samsung, Samsung Galaxy Player 5.0 Specifications, http://www.samsung.com /us/mobile/mp3-players/YP-G70CWY/XAA-specs). |

| Claim 1 | Infringement by the Samsung Galaxy Player 5.0 |
|---|---|
| a memory storing information including program routines including | The Samsung Galaxy Player 5.0 includes a memory storing information including program routines.  Specifically, the Samsung Galaxy Player 5.0 includes 8GB of internal memory for storage that stores information including program routines.  (*Id.*).<br><br>**General**<br><br>Storage Type — Flash Memory<br>Memory Capacity — 8GB<br>SD MMC Expansion Slot — Up to 32GB microSD Card (not included)<br><br>(*Id.*). |
| an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | The Samsung Galaxy Player 5.0 includes an analyzer server for detecting structures in the data and for linking actions to the detected structures.<br><br>For example, the Samsung Galaxy Player 5.0 includes an analyzer server that detects structures in webpages such as phone numbers, email addresses, and postal addresses.  In particular, the Internet browser application uses Android's CacheBuilder class,[2] which utilizes pattern recognition, such as regular expression processing, to transform structures in text to clickable links.  The analyzer server program routines for detecting structures in data comprise the FindPartialAddress(), FindPartialEmail(), FindPartialNumber(), and isFocusableText() methods of the CacheBuilder class.[3]<br><br>The BuildFrame() function of the CacheBuilder class calls the isFocusableText() function on a text node in the webpage data on the Samsung Galaxy Player 5.0.  The isFocusableText() function calls the FindPartialAddress(), FindPartialEMail(), and FindPartialNumbers() functions. |

---

[2]  CacheBuilder is a shared library that exists independently of the Internet browser application.

[3]  The source code for the Android operating system and the applications available with Android can be found at http://source.android.com/ source /downloading.html.  All references to source code are to files available from that site.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

| Claim 1 | Infringement by the Samsung Galaxy Player 5.0 |
|---------|-----------------------------------------------|
|         | Each of these latter functions analyzes the text of the text node and detects postal addresses, email addresses, and phone numbers, respectively.<br><br>For example, as shown below, when a user navigates to a webpage containing an email address in the Internet browser application, the analyzer server detects that email addresses.  Although not shown below, the analyzer server similarly detects phone numbers and postal addresses on webpages.<br><br><br><br>**(Screenshot of Samsung Galaxy Player 5.0 showing a detected structure, an email address, in web browsing data as a user long presses it (player highlights the email address in green))** |

| Claim 1 | Infringement by the Samsung Galaxy Player 5.0 |
|---|---|
| | The analyzer server links actions to the detected structure.[4]  Specifically, the analyzer server's program routines for linking actions to the detected structures in webpages consist of the getHitTestResult() and hitTestResult()methods of the Webview class and the setIntent() method of the MenuItemImpl class, which are called by the onCreateContextMenu() method of the BrowserActivity class.[5]<br><br>Once a user long presses on a structure, the onCreateContextMenu() method in the BrowserActivity class is called, which in turn calls the getHitTestResult() method of the WebView class, which returns the structure the user selected.<br><br>The onCreateContextMenu() method then adds Intent objects, based on the type of structure selected, to a context menu via a call to the setIntent() method on a MenuItem object.  The Intent object has two primary components: an action to be performed and the selected data to operate on.<br><br>Conceptually, an Intent object is a close match to what is displayed to the user in a pop-up menu of candidate linked actions, e.g., "Send email."  More specifically, its two most relevant fields are called "data" and "action."  (However, the term "action" in the context of the Intent field does not precisely correspond to the word "action" in the context of the '647 patent.)  The "data" field stores the value of the detected structure, e.g., the characters in the email address, with an extra set of "prefix" characters at the front, such as "tel."  for a telephone number, or "mailto:" for an email address.  The "Send email" component of the candidate action is captured through a combination of the Intent object's "action" field plus the prefix at the front of the "data" field.<br><br>For example, the combination of an Intent object's "action" field being set to "Intent.ACTION_VIEW" and the prefix of its "data" field being set to "mailto:" corresponds to launching the appropriate activity for the "Send email" candidate action. |

---

[4]  To the extent that claim 1 is construed to only require a single action linked to a detected structure, the Samsung Galaxy Player 5.0 infringes as described herein.

[5]  Like CacheBuilder, the WebView and MenuItemImpl classes are shared libraries independent of the Internet browser application.

| Claim 1 | Infringement by the Samsung Galaxy Player 5.0 |
|---|---|
| | For example, as shown below, once a user long presses a detected email address on a webpage, the user is presented with a pop-up menu containing a candidate linked action.<br><br><br><br>**(Screenshot of Samsung Galaxy Player 5.0 showing candidate action linked to a detected and selected email address)**<br><br>Once a user selects a particular candidate action from the presented menu, the Intent object is passed to the startActivity() method, which performs the candidate action indicated by the Intent object.  For example, if the user selects "Send email" from the menu shown above, the action processor for the Samsung Galaxy Player 4.0 performs the selected candidate action, which ultimately results in launching the Email application. |

| Claim 1 | Infringement by the Samsung Galaxy Player 5.0 |
|---|---|
| | <br><br>**(Screenshot of Samsung Galaxy Player 5.0 having a detected structure that is linked to a candidate action, upon selection of the "Send email" option)** |
| a user interface enabling the selection of a detected structure and a linked action; and | The Samsung Galaxy Player 5.0 includes a user interface enabling the selection of a detected structure and a linked action.<br><br>For example, the Samsung Galaxy Player 5.0's user interface for the Internet browser application allows the user to select a detected structure like a phone number, email address, or postal address.  The Samsung Galaxy Player 5.0 user interface also enables the selection of a linked candidate action.  For example, as shown below, the user can select email addresses detected on webpages in the Internet browser application.  The user interface then allows the user to select a |

| Claim 1 | Infringement by the Samsung Galaxy Player 5.0 |
|---------|-----------------------------------------------|
| | candidate action linked to the email address.  Although not shown below, the player's user interface also enables the selection of detected postal addresses and phone numbers and enables the selection of candidate actions linked to them.  **(Screenshot of the Samsung Galaxy Player 5.0 with a user interface enabling the selection of a detected structure (email address))** |

| Claim 1 | Infringement by the Samsung Galaxy Player 5.0 |
|---|---|
| |  **(Screenshot of the Samsung Galaxy Player 4.0 with a user interface enabling the selection of a candidate linked action ("Send email"))** Once the FindPartialAddress(), FindPartialEmail(), and/or FindPartialNumber() methods of the CacheBuilder class detect structures in the webpage, the BuildFrame() method of the CacheBuilder class enables the selection of those structures by creating a variable of type HTMLAnchorElement for each such structure.  Every HTMLAnchorElement is selectable. The user interface program routines that enable the selection of a candidate linked action by displaying a context menu consist of the show() method of the MenuDialogHelper class and the AlertDialog class.  After the user performs a long-press on the detected structure, the View |

| Claim 1 | Infringement by the Samsung Galaxy Player 5.0 |
|---|---|
| | class's performLongClick() method calls its showContextMenu() method. (View.java; http://developer.android.com/reference/android/view/View.html).<br><br>The showContextMenu() method calls the showContextMenuForChild() method of the PhoneWindow.DecorView class, which calls the show() method of the ContextMenuBuilder.java. Once the onCreateContextMenu() method of the BrowserActivity class links candidate actions to the detected structure, the show() method of the ContextMenuBuilder class calls the show() method of the MenuDialogHelper class.<br><br>The show() method of the MenuDialogHelper class begins the process of displaying the context menu to the user by first creating an instance of the AlertDialog class MenuDialogHelper class, and then calling the show() method of the Dialog class.<br><br>The show() method of the Dialog class then "[s]tart[s] the dialog and display[s] it on [the] screen."  (*See* http://developer.android.com/reference/android/app/Dialog.html). |
| an action processor for performing the selected action linked to the selected structure; and | The Samsung Galaxy Player 5.0 includes an action processor for performing the selected action linked to the selected structure.<br><br>For example, the Samsung Galaxy Player 5.0 includes an Email application.  Upon selection of the "Send email" option from the Internet browser in the user interface, the action processor performs the selected candidate action, which ultimately results in the launching of the email composition activity with the detected email address filled in as the "To" value.  As described herein, the "Send email" candidate action is linked to the selected email address. |

| Claim 1 | Infringement by the Samsung Galaxy Player 5.0 |
|---|---|
| |  |

(**Screenshot of the Samsung Galaxy Player 5.0 showing the result of the candidate linked action having been performed**)

Although not shown above, the action processor for the Samsung Galaxy Player 4.0 similarly performs the candidate actions for detected postal addresses and phone numbers in web browsing data.

The action processor for each application is the startActivity() method of the Context class and, when needed, the resolveActivity() method of the Intent class.  Upon selection of a linked candidate action, the Internet browser application invokes the startActivity() method and passes it an Intent object that contains a description of the candidate action to perform and the detected

| Claim 1 | Infringement by the Samsung Galaxy Player 5.0 |
|---|---|
| | structure value.  (*See* http://developer.android.com /reference/android/app/Activity.html; *see also* http://developer.android.com/guide/ topics/fundamentals.html ("You can start an activity (or give it something new to do) by passing an Intent to startActivity() or startActivityForResult() (when you want the activity to return a result.")).<br><br>The startActivity() method launches the appropriate activity, which "is a single, focused thing that the user can do."  (*See* http://developer.android.com/reference /android/app/Activity.html). Activities are one of the "three . . . core components of an application" and are "activated through messages[] called Intents."  (*See* http://developer.android.com/guide/topics/intents/intents-filters.html).<br><br>Some Intent objects specify the activity to launch while, in other cases, the resolveActivity() method of the Intent class determines what activity should be launched. (*See* http://developer. android.com/ reference/android/ content/Intent.html).<br><br>In the case of the latter, the resolveActivity() method of the Intent class determines what activity should be launched.  (*Id.*).  For example, an Intent object containing the ACTION_VIEW action and an e-mail address display a menu allowing the user to select an application to use in order to send an e-mail to the detected e-mail address.  (*Id.*). |
| a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | The Samsung Galaxy Player 5.0 includes a processing unit coupled to the input device, the output device, and the memory for controlling the execution of program routines.<br><br>For example, the Samsung Galaxy Player 5.0 includes a processor coupled to input devices (a touchscreen and wireless-internet adapter), an output device (the 5.0'' touchscreen display), and memory.  (*See* Samsung, Samsung Galaxy Player 5.0 Specifications, http://www.samsung.com /us/mobile/mp3-players/YP-G70CWY/XAA-specs).<br><br>The processing unit controls the execution of the program routines. |

14

| Claim 2 | Infringement by the Samsung Galaxy Player 5.0 |
|---|---|
| 2.  The system recited in claim 1, wherein the analyzer server stores detected structures in memory. | The Samsung Galaxy Player 5.0's analyzer server stores detected structures in memory.<br><br>As described above, after setIntent() is called, detected structures are stored in memory. |
| **Claim 4** | **Infringement by the Samsung Galaxy Player 5.0** |
| 4.  The system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. | The Samsung Galaxy Player 5.0's analyzer server includes grammars and a parser for detecting structures in the data.<br><br>For example, the FindPartialAddress, FindPartialEmail, and FindPartialNumber methods, which are used to detect structures in webpages, are parsers that are specific to the type of grammar that they are searching for. |
| **Claim 6** | **Infringement by the Samsung Galaxy Player 5.0** |
| 6.  The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting structures in the data. | The Samsung Galaxy Player 5.0's analyzer server includes a string library and a fast string search function for detecting structures in the data.<br><br>For example, within the FindPartialAddress() and FindPartialEmail() methods, there are various string libraries that are used for doing string matching (e.g., longStreetNames, longStateNames, longDomainNames).  These methods include code for performing a fast string search function that searches for these strings. |

| Claim 8 | Infringement by the Samsung Galaxy Player 5.0 |
|---|---|
| 8.  The system recited in claim 1, wherein the user interface highlights the detected structures. | The Samsung Galaxy Player 5.0 further includes a user interface that highlights the detected structures.<br><br>For example, when a user long presses a detected email address in a webpage, the Samsung Galaxy Player 5.0 highlights the detected and selected structure in green.  Although not shown below, the player's user interface also highlights detected postal addresses and phone numbers as a user long presses them.<br><br><br><br>**(Screenshot of a detected email address highlighted in green in the Internet browser application)** |

| Claim 9 | Infringement by the Samsung Galaxy Player 5.0 |
|---|---|
| 9.  The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of linked actions. | The Samsung Galaxy Player 5.0 further comprises a user interface that enables selection of an action by causing the output device to display a pop-up menu of linked actions.  For example, when a user long presses on an email address on a webpage, the Samsung Galaxy Player 5.0 presents the user with a pop-up menu displaying a candidate linked action on its touchscreen display.  The player's user interface enables the user to select a candidate action, for example, "Send email."  **(Screenshot of the user interface of the Samsung Galaxy Player 5.0 enabling selection of a candidate action linked to an email address from a pop-up menu)** |