## INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY TAB 7.0 PLUS (GT-P6210)

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| 1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Galaxy Tab 7.0 is a computer-based system for detecting structures in data and performing actions on detected structures, as explained below. Specifically, the Samsung Galaxy Tab 7.0 is an Android tablet computer with a 1.2 GHz processor, 16 or 32GB of internal memory, and a 7.0'' 1024 x 600 TFT touchscreen display. (Samsung, Samsung Galaxy Tab 7.0 Specifications, http://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAAXAR-specs).<br>(Samsung Galaxy Tab 7.0 Gallery,http://www.samsung.com/us/mobile/galaxy-tab/GT- |

[1] Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | P6210MAAXAR-gallery<br><br>The Samsung Galaxy Tab 7.0 is equipped with the Android 3.2, Honeycomb, operating system and comes with various pre-installed applications, including a web browser and an email application. (Samsung Galaxy Tab 7.0 Features, http://www.samsung. com/us/mobile/galaxy-tab/GT-P6210MAAXAR-features).<br><br>**Android with a touch of TouchWiz®.**<br>Galaxy Tab 7.0 Plus runs on Android™ 3.2, Honeycomb, with access to over 250K apps on Android Market™. And it's running along with the latest version of Samsung's own TouchWiz. That means you'll have even more ways to customize your Tab and get to your favorite content. TouchWiz Live Panels gives you the live content you want right on your magazine-like home screen, including email, Websites and your social networks. The Mini Apps Tray keeps your everyday features close-at-hand and very handy. And the Notification Panel keeps you completely up-to-date.<br><br>(*Id.*). |
| an input device for receiving data; | The Samsung Galaxy Tab 7.0 includes an input device for receiving data. For example, the Samsung Galaxy Tab 7.0 includes hardware input devices such as a touchscreen display, wireless-internet adapters for receiving internet data, and memory. (*See* Samsung Galaxy Tab 7.0 Specifications, http://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAAXAR-specs).<br><br>In particular, the Samsung Galaxy Tab 7.0 includes a 7.0'' LCD touchscreen that receives data that the user inputs. (*See* Samsung Galaxy Tab 7.0 Specifications, http://www.samsung.com/us /mobile/galaxy-tab/GT-P6210MAAXAR-specs). The touchscreen allows the user to interact with applications running on the Samsung Galaxy Tab 7.0. |

<table>
<tr><th>Claim 1</th><th>Infringement by the Samsung Galaxy Tab 7.0</th></tr>
<tr><td></td><td>

| Form Factor | |
|---|---|
| Form Factor | Touchscreen Tablet |

(*Id.*) Additionally, it permits the user to enter text via an onscreen keyboard. (*See id.*)

Further, the Samsung Galaxy Tab 7.0 includes wireless-internet adapters for receiving internet data from wireless local area networks.

| Network | |
|---|---|
| Frequencies and Data Type | Wi-Fi Only |

(Samsung Galaxy Tab 7.0 Specifications, http://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAAXAR-specs). These adapters allow the Samsung Galaxy Tab 7.0 to receive data, such as webpages, that can be loaded in the Browser application. (*See id.*).
</td></tr>
<tr><td>an output device for presenting the data;</td><td>
The Samsung Galaxy Tab 7.0 includes an output device for presenting data. For example, the Samsung Galaxy Tab 7.0 includes a 7.0’’ LCD touchscreen display that presents data to the user.

| Display | |
|---|---|
| Display | 7" Display |
| Main Display Resolution | 1024 x 600 Pixel |
| Main Display Size | 7" Display |
| Main Display Technology | TFT |

(Samsung Galaxy Tab 7.0 Specifications, http://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAAXAR-specs).
</td></tr>
</table>

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| a memory storing information including program routines including | The Samsung Galaxy Tab 7.0 includes a memory storing information including program routines. Specifically, the Samsung Galaxy Tab 7.0 includes 16 or 32GB of internal memory for storage that stores information including program routines. (*See* Samsung Galaxy Tab 7.0 Specifications, http://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAAXAR-specs).<br><br>**Memory**<br>**Internal** 16GB<br>**External** micro SD card slot supports up to 32GB<br><br>(*Id.*). |
| an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | The Samsung Galaxy Tab 7.0 includes an analyzer server for detecting structures in the data and for linking actions to the detected structures.[2]<br><br>For example, as shown below, when the user navigates to a webpage containing an email address in the Browser application, the analyzer server detects that email address. Although not shown below, the analyzer server similarly detects phone numbers and postal addresses. |

[2] The source code for Android version 3, Honeycomb, is not publicly available. But, as described in this claim chart, the Browser application on the Samsung Galaxy Tab 7.0 functions in the same way as on devices running Gingerbread and Android 4.0, Ice Cream Sandwich. Thus, the Samsung Galaxy Tab 7.0 appears to infringe for the same reasons as described in the claim charts for devices running Gingerbread or Ice Cream Sandwich. That analysis is incorporated herein by reference.

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | <br><br>(**Screenshot of Samsung Galaxy Tab 7.0 showing a detected structure, an email address, in web browsing data (red arrow added for emphasis)**)<br><br>The analyzer server then links actions to detected structures.[3] For example, as shown below, once a user long presses a detected email address in a webpage, the user is presented with a pop-up menu containing a candidate linked action. |

[3] To the extent claim 1 is construed to only require a single action linked to a particular structure, the Galaxy Tab 7.0 infringes as described in this chart.

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| |   (**Screenshot of Samsung Galaxy Tab 7.0 showing candidate action linked to a detected and selected email address**)<br><br>If the user selects the candidate action "Send email" from the menu shown above, the action processor for the Samsung Galaxy Tab 7.0 performs the selected candidate action, which ultimately results in the launching of the Email application. |

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | <br>**(Screenshot of Samsung Galaxy Tab 7.0 having a detected structure that is linked to a candidate action, upon selection of the "Send email" option)**<br><br>Although not shown above, the action processor for the Samsung Galaxy Tab 8.9 similarly performs the candidate actions for detected postal addresses and phone numbers in web browsing data. |
| a user interface enabling the selection of a detected structure and a linked action; and | The Samsung Galaxy Tab 7.0 includes a user interface enabling the selection of a detected structure and a linked action.<br><br>For example, the Samsung Galaxy Tab 7.0's user interface for the Browser application allows the user to select a detected structure like a phone number, email address, or postal address. The |

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | Samsung Galaxy Tab 7.0 user interface also enables the selection of a linked candidate action.<br><br>For example, as shown below, the user can select email addresses detected on webpages in the Browser application. The user interface then allows the user to select a candidate action linked to the selected email address. Although not shown below, the tablet's user interface also enables the selection of detected postal addresses and phone numbers and enables the selection of candidate actions linked to them.<br><br>Apple - How to Co... James P. McHugh, ...<br>http://www.drjmchugh.com/Email%20me.html<br>*Qualifications and Limitations:*<br>Email is not for emergencies! If you are in a crisis, go to the nearest emergency room, and ask to speak to the on call psychiatrist.<br>The purpose of this method of communication is to respond to routine questions about scheduling, to resolve scheduling conflicts, to answer questions about my practice, and to handle other routine matters. I respond to emails no more often than once or twice per day.<br>I do not do counseling through email. I do not believe that effective therapy can be conducted in this way. Instead call me (or another licensed psychologist or social worker) to schedule an appointment, or set up an appointment in the Appointment Scheduler on the left.<br>*Click Here to Send Me a Message*<br>Or copy the following email address and paste it in your email editor. (Don't worry if the address appears different in your email editor - it's supposed to. It will still work.)<br>*drjmcomm@gmail.com*<br>1:32 PM<br><br>**(Screenshot of the Samsung Galaxy Tab 7.0 with a user interface enabling the selection of a detected structure (email address) (red arrow added for emphasis))** |

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | <br>**(Screenshot of the Galaxy Tab 7.0 with a user interface enabling the selection of a candidate linked action)** |
| an action processor for performing the selected action linked to the selected structure; and | The Samsung Galaxy Tab 7.0 includes an action processor for performing the selected action linked to the selected structure.<br><br>For example, the Samsung Galaxy Tab 8.9 includes an Email application.  Upon selection of the "Send email" option from the Browser in the user interface, the action processor performs the selected candidate action, which ultimately results in the launching of the email composition activity with the detected email address filled in as the "To" value.  As described herein, the "Send email" candidate action is linked to the selected email address. |

| Claim 1 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| | <br><br>**(Screenshot of the Samsung Galaxy Tab 7.0 showing the result of the candidate linked action having been performed)**<br>Although not shown above, the action processor similarly performs selected candidate actions associated with detected and selected phone numbers and postal addresses. |
| a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | The Samsung Galaxy Tab 7.0 includes a processing unit coupled to the input device, the output device, and the memory for controlling the execution of program routines. For example, the Samsung Galaxy Tab 7.0 includes a 1.2 GHz processor coupled to input devices (a touchscreen and wireless-internet adapter), an output device (the 7.0'' touchscreen display), and memory. (*See* Samsung Galaxy Tab 7.0 Specifications, http://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAAXAR-specs).<br><br>The processing unit controls the execution of the program routines. |

| Claim 2 | Infringement by the Samsung Galaxy Tab 7.0 |
|---|---|
| 2. The system recited in claim 1, wherein the analyzer server stores detected structures in memory. | On information and belief, the Samsung Galaxy Tab 7.0's analyzer server stores detected structures in memory. The source code for Android version 3, Honeycomb, is not publicly available. But, as described above and below, the Browser application on the Samsung Galaxy Tab 7.0 functions in the same way as on devices running Gingerbread and Android 4.0, Ice Cream Sandwich. Thus, the Samsung Galaxy Tab 7.0 appears to infringe for the same reasons as described in the claim charts for devices running Gingerbread or Ice Cream Sandwich. That analysis is incorporated herein by reference. |
| **Claim 4** | **Infringement by the Samsung Galaxy Tab 7.0** |
| 4. The system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. | On information and belief, the Samsung Galaxy Tab 7.0's analyzer server includes grammars and a parser for detecting structures in the data. The source code for Android version 3, Honeycomb, is not publicly available. But, as described above and below, the Browser application on the Samsung Galaxy Tab 7.0 functions in the same way as on devices running Gingerbread and Android 4.0, Ice Cream Sandwich. Thus, the Samsung Galaxy Tab 7.0 appears to infringe for the same reasons as described in the claim charts for devices running Gingerbread or Ice Cream Sandwich. That analysis is incorporated herein by reference. |
| **Claim 6** | **Infringement by the Samsung Galaxy Tab 7.0** |
| 6. The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting structures in the data. | On information and belief, the Samsung Galaxy Tab 7.0's analyzer server includes a string library and fast string search function for detecting structures in data.<br><br>The source code for Android version 3, Honeycomb, is not publicly available. But, as described above and below, the Browser application on the Samsung Galaxy Tab 7.0 functions in the same way as on devices running Gingerbread and Android 4.0, Ice Cream Sandwich. Thus, the Samsung Galaxy Tab 7.0 appears to infringe for the same reasons as described in the claim charts for devices running Gingerbread or Ice Cream Sandwich. That analysis is incorporated herein by reference. |

| Claim 9 | Infringement by the Samsung Galaxy Tab 7.0 |
| --- | --- |
| 9. The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of linked actions. | The Samsung Galaxy Tab 7.0 further comprises a user interface that enables selection of an action by causing the output device to display a pop-up menu of linked actions. For example, when a user long presses on an email address on a webpage, the Samsung Galaxy Tab 7.0 presents the user with a pop-up menu displaying a candidate linked action on its touchscreen display. The tablet's user interface enables the user to select a candidate action, for example, "Send email," from the pop-up menu.<br>Apple - How to Co... James P. McHugh, ...<br>http://www.drjmchugh.com/Email%20me.html<br>Qualifications and Limitations:<br>drjmcomm@gmail.com<br>Send email<br>Copy<br>Select text<br>Or copy the following email address and paste it in your email editor. (Don't worry if the address appears different in your email editor - it's supposed to. It will still work.)<br>drjmcomm@gmail.com<br>1:32 PM<br>**(Screenshot of the user interface of the Samsung Galaxy Tab 7.0 enabling selection of a candidate action linked to an email address from a pop-up menu)** |