# INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY SII EPIC 4G TOUCH (SPH-D710)

| Claim 1 | Infringement by the Galaxy SII Epic 4G Touch |
|---|---|
| 1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Galaxy SII Epic 4G Touch is a computer-based system for detecting structures in data and performing actions on detected structures, as explained below. Specifically, the Galaxy SII Epic 4G Touch is an Android smartphone, which is available from Sprint, with a 1.2GHz dual core Samsung Exnyos C210 processor, 16GB of internal memory, 1024MB of random access memory (RAM), and a 4.52'' Super AMOLED Plus touch screen display. (Galaxy SII Epic 4G Touch, Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-specs). (Samsung, Galaxy SII Epic 4G Touch Gallery, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-gallery). |

1 Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Galaxy SII Epic 4G Touch |
| --- | --- |
| | The Galaxy SII Epic 4G Touch is equipped with the Android 2.3.6, Gingerbread, operating system and comes with various pre-installed applications, including a web browser and a messaging application. (*See* Samsung, Galaxy SII Epic 4G Touch, Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-specs)<br><br>**Platform**<br>**Platform** — Android 2.3.6, Gingerbread<br><br>(Samsung, Galaxy SII Epic 4G Touch, Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-specs). |
| an input device for receiving data; | The Galaxy SII Epic 4G Touch includes an input device for receiving data. For example, the Galaxy SII Epic 4G Touch includes hardware input devices such as a touchscreen display, radios for receiving text messages, wireless-internet adapters for receiving internet data, and memory. (*See* Samsung, Galaxy SII Epic 4G Touch, Technical Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-specs).<br><br>In particular, the Galaxy SII Epic 4G Touch includes a touchscreen that receives data that the user inputs. (*See* Galaxy SII User Manual, at 19). The touchscreen allows the user to interact with applications running on the Galaxy SII Epic 4G Touch. (*See id.* at 19). Additionally, it permits the user to enter text via an onscreen keyboard. (*See* Galaxy SII Technical Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-specs).<br><br>Another input device included in the Galaxy SII Epic 4G Touch is a radio that enables the phone to communicate with cellular towers. |

| Claim 1 | Infringement by the Galaxy SII Epic 4G Touch |
|---|---|
| | **Network**<br>Frequencies and Data Type: 1900/800 mHz CDMA, 2.5 Ghz WiMAX<br>SAR value - Head (W/kg): SAR Value: Head 0.4 W/kg<br>SAR value - Body Worn (W/kg): SAR Value: Body 0.54 W/kg<br><br>(*Id.*).<br><br>Utilizing the radio, the Galaxy SII Epic 4G Touch can receive data from a network provider. (*See id.*). This data can then be used by, for example, the Email, Gmail, Messaging, and Browser applications on the phone.<br><br>**A faster phone on a 4G network**<br>The fastest, state-of-the-art networks are 4G, so naturally, the Epic™ 4G Touch is designed for speed. With 4G, every download, upload, app, game, connection and feature runs almost as fast as you can push the button.<br><br>(Samsung, Galaxy SII Epic 4G Touch, Features, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-features).<br><br>Further, the Galaxy SII Epic 4G Touch includes wireless-internet adapters for receiving internet data from wireless local area networks. (*See id.*). These adapters allow the Galaxy SII Epic 4G Touch to receive data, such as webpages, that can be loaded in the Browser application. |

<table>
<tr><th>Claim 1</th><th>Infringement by the Galaxy SII Epic 4G Touch</th></tr>
<tr><td>an output device for presenting the data;</td><td>The Galaxy SII Epic 4G Touch includes an output device for presenting data. As shown below, the Galaxy SII Epic 4G Touch includes a 4.52’’ Super AMOLED Plus touchscreen display that presents data to the user. (Samsung, Galaxy SII, Features, http://www.samsung.com/us/mobile /cell-phones/SPH-D710ZKASPR-features).<br><br>The brightest, most colorful screen<br>The Epic™ 4G Touch has a spacious 4.52" Super AMOLED™ Plus Screen that's preferred 2 to 1 in side by side tests with the current leading smartphone†. Notice we said "current," because when you see the deeper, richer color with unmatched detail and contrast, you're going to want your very own Epic™ 4G Touch. The secret is that the Super AMOLED™ Plus has the ability to deliver brilliant colors with the most contrast, providing a vivid and crisp viewing experience. It's a visual treat you won't get from other screens. You don't even have to be directly in front of it to see a perfect image, thanks to its superior viewing angle. It's the best. That's right. We said it. It's the best.<br>SAMSUNG<br>SUPER AMOLED<br>(Id.).</td></tr>
<tr><td>a memory storing information including program routines including</td><td>The Galaxy SII Epic 4G Touch includes a memory storing information including program routines. Specifically, the Galaxy SII Epic 4G Touch includes 16GB of internal memory for storage, that stores information including program routines. (Id.).</td></tr>
</table>

| Claim 1 | Infringement by the Galaxy SII Epic 4G Touch |
|---|---|
| | Memory<br>Internal Memory 16GB<br>External Memory/microSD™ Capacity 32GB<br>(Samsung Epic 4G Touch Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-specs). |
| an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | The Galaxy SII Epic 4G Touch includes an analyzer server for detecting structures in the data and for linking actions to the detected structures. For example, the Galaxy SII Epic 4G Touch includes an analyzer server that detects structures in webpages such as phone numbers, internet URLs, email addresses, and postal addresses in data. In particular, the Browser application uses Android's CacheBuilder class[2], which utilizes regular expression processing to transform structures in text to clickable links. The analyzer server program routines for detecting structures in data comprise the FindPartialAddress(), FindPartialEmail(), FindPartialNumber(), and isFocusableText() methods of the CacheBuilder class[3].<br><br>The BuildFrame() function of the CacheBuilder class calls the isFocusableText() function on each text node in the data on the Galaxy SII Epic 4G Touch. The isFocusableText() function then calls the FindPartialAddress(), FindPartialEMail(), and FindPartialNumbers() functions. Each of these latter functions analyzes the text of the text node and detects postal addresses, email addresses, and phone numbers, respectively.<br><br>For example, as shown below, when a user navigates to a webpage containing phone numbers in the Browser application, the analyzer server detects those phone numbers. Although not shown |

[2] CacheBuilder is a shared library that exists independently of the Browser application.

[3] "The source code for the Android operating system and the applications available with Android can be found at http://source.android.com/source/downloading.html. All references to source code are to files available from that site. Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality."

| Claim 1 | Infringement by the Galaxy SII Epic 4G Touch |
| --- | --- |
| | below, the analyzer server similarly detects web URLs, email addresses, and postal addresses on webpages.<br><br>(**Screenshot of Galaxy SII Epic 4G Touch showing a detected structure, a phone number, in web browsing data as a user is selecting it**)<br><br>The analyzer server then links actions to the detected structure. Specifically, the analyzer server's program routines for linking actions to the detected structures in webpages consist of the getHitTestResult() and hitTestResult()methods of the Webview class and the setIntent() method of the MenuItemImpl class, which are called by the onCreateContextMenu() method of |

| Claim 1 | Infringement by the Galaxy SII Epic 4G Touch |
| --- | --- |
| | the BrowserActivity class.[4]<br><br>After a user long presses on a structure, the onCreateContextMenu() method in the BrowserActivity class is called, which in turn calls the getHitTestResult() method of the WebView class, which returns the structure the user selected.<br><br>The onCreateContextMenu() method then adds Intent objects, based on the type of structure selected, to a context menu via a call to the setIntent() method on a MenuItem object. The Intent object has two primary components: an action to be performed and the selected data to operate on.<br><br>For example, when a user long presses on a phone number in a webpage in the Browser application, the onCreateContextMenu() method adds Intent objects that will, upon selection, open the dialer with the phone number, add it to the user's contacts, or copy the phone number. |

[4] Like CacheBuilder, the WebView and MenuItemImpl classes are shared libraries independent of the Browser application.

| Claim 1 | Infringement by the Galaxy SII Epic 4G Touch |
|---|---|
| | <br><br>(**Screenshot of Galaxy SII Epic 4G Touch showing actions linked to a detected and selected phone number**)<br><br>After a user selects a particular activity in the presented menu, the Intent object is passed to the startActivity() method, which launches the action indicated by the Intent object. For example, if the user selects “Dial” from the menu shown above, the action processor for the Galaxy SII Epic 4G Touch initiates the dialer. |

| Claim 1 | Infringement by the Galaxy SII Epic 4G Touch |
|---|---|
| | <br>(**Screenshot of Galaxy SII Epic 4G Touch having a detected structure that is linked to actions, upon selection of the "Dial" option**)<br><br>Although not shown above, the action processor for the phone initiates program routines for selected actions related to detected web URLs, email addresses, and postal addresses.<br><br>Additionally, the Galaxy SII Epic 4G Touch includes Android's "Linkify" functionality, which is used by the Messaging application. Android's Linkify functionality "take[s] a piece of text and a regular expression and turns all of the regex matches in the text into clickable links. This is particularly useful for matching things like email addresses, Internet URLs, etc. and making them actionable." (Android Developer Site at Linkify). |

| Claim 1 | Infringement by the Galaxy SII Epic 4G Touch |
| --- | --- |
| | For example, when the Galaxy SII Epic 4G Touch receives a message in its Messaging application that includes an email address, the Galaxy SII Epic 4G Touch detects that email address and links an action to it[5]. As shown below, the Galaxy SII Epic 4G Touch gives the user the option to use the Email or Gmail application to send an email to the detected email address.<br><br>**(Screenshots of a detected email address and linked actions)**<br><br>If the user selects "Email" from the menu, the action processor for the Galaxy SII Epic 4G Touch initiates the Email application. |

[5] To the extent that claim 1 is construed to only require linking one action to a detected structure, the Messaging application infringes as described herein.

| Claim 1 | Infringement by the Galaxy SII Epic 4G Touch |
|---|---|
| | <br><br>(**Screenshot of initiated Email application**)<br><br>The analyzer server program routines for detecting structures in a message presented by the Messaging application consist of the addLinks() method of the Linkify class, the Pattern class, and the Matcher class. (*See* http://developer.android.com/reference |

| Claim 1 | Infringement by the Galaxy SII Epic 4G Touch |
|---|---|
|  | /android/text/util/Linkify.html).  The Linkify class uses pre-written Pattern objects, each designed for a different type of structure, for detecting structures in data.  When called either directly or via a setText() method in the TextView class, the addLinks() methods of the Linkify class are passed a parameter that indicates what type of structures to detect.  (*See* http://developer.android.com/reference/android/text/util/Linkify.html).  The Linkify class has the ability to find and identify four types of structures: web URLs, email addresses, phone numbers, and postal addresses.  For each type of structure, with the exception of postal addresses, the addLinks() method calls the gatherLinks() method of the Linkify class, passing it a Pattern object.<br><br>For postal addresses, the addLinks() method calls the gatherMapLinks() method of the Linkify class.  The gatherMapLinks() method enters into a loop, calling the findAddress() method of the WebView class, which in turn calls the FindAddress() method of the WebViewCore class, which calls the FindAddress() method of the CacheBuilder class described above.<br><br>The analyzer server program routines for linking actions to detecting structures in a message presented by the Messaging application consist of the addCallAndContactMenuItems() method of the ComposeMessageActivity class and the setIntent() method of the MenuItemImpl class.  For a detected structure, the addCallAndContactMenuItems() method creates a new Intent object containing the detected structure and adds that Intent object into a to-be-displayed menu. The addCallAndContactMenuItems() method adds the Intent object to a menu by calling the setIntent() method of the MenuItemImpl class. |
| a user interface enabling the selection of a detected structure and a linked action; and | The Galaxy SII Epic 4G Touch includes a user interface enabling the selection of a detected structure and a linked action.  For example, the Galaxy SII Epic 4G Touch's user interface for the Browser and Messaging applications allows the user to select a detected structure like a phone number, internet URL, email address, or postal address.  The Galaxy SII Epic 4G Touch user interface also enables the selection of a linked action.<br><br>For example, as shown below, the user can select phone numbers detected on webpages in the Browser application.  The user interface then allows the user to select an action linked to the phone number.  Although not shown below, the user interface for the phone also enables the |

| Claim 1 | Infringement by the Galaxy SII Epic 4G Touch |
|---|---|
| | detection of web URLs, postal addresses, and email addresses. It also allows selection of linked actions. |

(**Screenshots of the Galaxy SII Epic 4G Touch with a user interface enabling the selection of a detected structure (phone number) and linked actions**)

Once the FindPartialAddress(), FindPartialEmail(), and/or FindPartialNumber() methods of the CacheBuilder class detect structures in the webpage, the BuildFrame() method of the CacheBuilder class enables the selection of those structures by creating a variable of type HTMLAnchorElement for each such structure. Every HTMLAnchorElement is selectable.

The user interface program routines that enable the selection of a linked action by displaying a context menu consist of the show() method of the MenuDialogHelper class and the AlertDialog class. After the user performs a long-press on the detected structure, the View class's

| Claim 1 | Infringement by the Galaxy SII Epic 4G Touch |
|---|---|
| | performLongClick() method calls its showContextMenu() method. View.java; http://developer.android.com/reference/android/view/View.html. The showContextMenu() method calls the showContextMenuForChild() method of the PhoneWindow.DecorView class, which calls the show() method of the ContextMenuBuilder.java. After the onCreateContextMenu() method of the BrowserActivity class links actions to the detected structure, the show() method of the ContextMenuBuilder class calls the show() method of the MenuDialogHelper class. The show() method of the MenuDialogHelper class begins the process of displaying the context menu to the user by first creating an instance of the AlertDialog class MenuDialogHelper class, and then calling the show() method of the Dialog class. The show() method of the Dialog class then "[s]tart[s] the dialog and display[s] it on [the] screen." http://developer.android.com/reference/android/app/Dialog.html.<br><br>By way of a second example, the user can also select email addresses appearing in the Messaging application user interface. The user interface then allows the user to select an action associated with the selected email address. Although not shown below, the user interface also allows the user to select web URLs and postal addresses. |

| Claim 1 | Infringement by the Galaxy SII Epic 4G Touch |
|---|---|
| | |

(**Screenshots of the Galaxy SII Epic 4G Touch with a user interface enabling the selection of a detected email address in the Messaging application and a user interface enabling the selection of actions linked to the email address**)

The applyLink() method of the Linkify class creates a URLSpan object over each detected structure. The URLSpan class extends the ClickableSpan class, which enables the user to select any piece of text associated with a URLSpan object. http://developer.android.com/reference/android/text/style/ClickableSpan.html. The MMS application further enables the selection of a linked action by displaying a context menu in much the same way as the Browser application. The show() method of the ContextMenuBuilder class is called after the user selects a detected structure. The addCallAndContactMenuItems() method of the ComposeMessageActivity class links actions to the detected structure, and the show() method of the ContextMenuBuilder class calls the show() method of the MenuDialogHelper class. Just as the Browser application, the show() method of the MenuDialogHelper class creates

| Claim 1 | Infringement by the Galaxy SII Epic 4G Touch |
|---|---|
| | an instance of the AlertDialog class and calls the show() method of the Dialog class. This method displays the AlertDialog object. |
| an action processor for performing the selected action linked to the selected structure; and | The Galaxy SII Epic 4G Touch includes an action processor for performing the selected action linked to the selected structure.<br><br>For example, the Galaxy SII Epic 4G Touch includes a phone application. Upon selection of the "Dial" option from the Browser in the user interface, the action processor performs the selected action, namely, it initiates the dialer. As described above, the "Dial" action is linked to the selected phone number.<br><br>11:03 AM<br>Keypad Logs Contacts Favorites<br>877-412-7753<br>Add to Contacts<br>1 2 ABC 3 DEF<br>4 GHI 5 JKL 6 MNO<br>7 PQRS 8 TUV 9 WXYZ<br>* P 0 + #<br><br>(**Screenshot of the Galaxy SII Epic 4G Touch showing the result of the linked action having been performed**)<br><br>Additionally, the Galaxy SII Epic 4G Touch includes an Email application. Upon selection of |

| Claim 1 | Infringement by the Galaxy SII Epic 4G Touch |
|---|---|
| | the "Email" option from the Messaging application in the user interface, the action processor performs the selected action, namely, it initiates the Email application.<br><br>(**Screenshot of the Galaxy SII Epic 4G Touch showing the result of the linked action having been performed**)<br><br>The action processor for each application is the startActivity() method of the Context class and, when needed, the resolveActivity() method of the Intent class. Upon selection of a linked action, the MMS application and the Browser application invoke the startActivity() method and |

| Claim 1 | Infringement by the Galaxy SII Epic 4G Touch |
|---|---|
| | pass it an Intent object that contains a description of the action to perform. http://developer.android.com/reference/android/app/Activity.html; http://developer.android.com/guide/topics/fundamentals.html ("You can start an activity (or give it something new to do) by passing an Intent to startActivity() or startActivityForResult() (when you want the activity to return a result."). The startActivity() method then launches the appropriate activity, which "is a single, focused thing that the user can do." http://developer.android.com/reference/android/app/Activity.html. Activities are one of the "three … core components of an application" and are "activated through messages[] called intents." http://developer.android.com/guide/topics/intents/intents-filters.html. Some Intent objects specify the Activity to launch while others specify an action to perform and the data on which to perform that action. (http://developer.android.com/reference /android/content/Intent.html). In the case of the latter, the resolveActivity() method of the Intent class determines what activity should be launched. *Id*. For example, an Intent object containing the ACTION_VIEW action and an e-mail address display a menu allowing the user to select an application to use in order to send an e-mail to the detected e-mail address. *Id*. For example, an Intent object containing the ACTION_VIEW action and a telephone number will cause startActivity() to "[d]isplay the phone dialer with the given number filled in." *Id*. |
| a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | The Galaxy SII Epic 4G Touch includes a processing unit coupled to the input device, the output device, and the memory for controlling the execution of program routines. For example, the Galaxy SII Epic 4G Touch includes a 1.2GHz dual-core processor coupled to input devices (a touchscreen and wireless-internet adapter), an output device (the 4.52'' Super AMOLED Plus screen display), and memory (16GB internal memory). (*See* Samsung, Galaxy SII Epic 4G Touch, Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-specs).<br><br>The processing unit controls the execution of the program routines. |

| Claim 2 | Infringement by the Samsung Galaxy SII Epic 4G Touch |
|---|---|
| 2.  The system recited in claim 1, wherein the analyzer server stores detected structures in memory. | The Samsung Galaxy SII Epic 4G Touch's analyzer server stores detected structures in memory.<br><br>As described above, when setIntent() is called, detected structures are stored in memory inside Intent objects. |
| **Claim 4** | **Infringement by the Samsung Galaxy SII Epic 4G Touch** |
| 4.  The system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. | The Samsung Galaxy SII Epic 4G Touch's analyzer server includes grammars and a parser for detecting structures in the data.<br><br>For example, the FindPartialAddress, FindPartialEmail, and FindPartialNumber methods, which are used to detect structures in webpages, are parsers that are specific to the type of grammar that they are searching for.  In addition, the Linkify class described above uses the Pattern class, which includes the compile() method which in turn uses grammars.  The Pattern and Matcher classes contain a parser for detecting structures in messages. |
| **Claim 6** | **Infringement by the Samsung Galaxy SII Epic 4G Touch** |
| 6.  The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting structures in the data. | The Samsung Galaxy SII Epic 4G Touch's analyzer server includes a string library and a fast string search function for detecting structures in the data.<br><br>For example, within the FindPartialAddress and FindPartialEmailmethods, there are various string libraries that are used for doing string matching (e.g., longStreetNames, longStateNames, longDomainNames).  These methods include code for performing a fast string search function that searches for these strings. |

| Claim 8 | Infringement by the Galaxy SII Epic 4G Touch |
|---|---|
| 8. The system recited in claim 1, wherein the user interface highlights the detected structures. | The Galaxy SII Epic 4G Touch further includes a user interface that highlights the detected structures. For example, when a user long presses on a phone number detected in a webpage in the Browser application, the phone number is highlighted in green, as shown below. Although not shown below, the phone's user interface also highlights detected postal addresses (long press), email addresses, and Web URLs.<br>11:03 AM<br>Customer Service<br>Apple Store Customer Service<br>To view the most up-to-date status and make changes to your Apple Online Store order, visit online Order Status. You can also contact Apple Store Customer Service at 1-800-676-2775 or visit online Help for more information.<br>North American Corporate Contacts<br>United States<br>Apple Enterprise Sales (877) 412-7753<br>Apple Government Sales (877) 412-7753<br>Apple Promotions/Rebates (877) 4-APL-PROMO (877-427-5776)<br>Apple Media Helpline (408) 974-2042<br>Apple Software Upgrade Center (888) 840-8433<br>Apple Store (Consumer and Education Individuals) (800) MY-APPLE (800-692-7753)<br>Apple Store (Education Institutions) (800) 800-2775<br>Apple Store (Small Business) (800) 854-3680<br>Reseller Referral (Resellers, Trainers, Consultants) (800) 538-9696<br>Canada<br>(**Screenshot of a detected phone number highlighted in green after a long press in the Browser application**) |

| Claim 8 | Infringement by the Galaxy SII Epic 4G Touch |
|---|---|
| | As a second example, when the Galaxy SII Epic 4G Touch receives a text in its Messaging application that contains an email address, the phone highlights that detected structure in blue, as shown below. Although not shown below, the phone's user interface also highlights web URLs.<br>11:21 AM<br>2023004604<br>You can email me at jdoe@work.com or call me at 877.412.7753.<br>11:20AM, Jun 7<br>Tap to enter message<br>**(Screenshot of detected email address highlighted in the Messaging application)** |

| Claim 9 | Infringement by the Samsung Epic 4G Touch |
|---|---|
| 9. The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of linked actions. | The Samsung Epic 4G Touch further comprises a user interface that enables selection of an action by causing the output device to display a pop-up menu of linked actions. For example, when a user long presses on a phone number on a webpage, the Samsung Epic 4G Touch presents the user with a pop-up menu of linked actions on its touch screen display. The phone's user interface enables the user to select one of the actions, for example, "Dial" or "Add contact," from the pop-up menu.<br><br>11:03 AM<br>Customer Service<br>Apple Store Customer Service<br>To view the most up-to-date status and make changes to your Apple Online Store order, visit online Order Status. You can also contact Apple Store Customer Service at 1-800-676-2775 or visit online Help for more information.<br>8774127753<br>Dial...<br>Add contact<br>Copy<br>Apple Store (Education Institutions)<br>(800) 800-2775<br>Apple Store (Small Business)<br>(800) 854-3680<br>Reseller Referral (Resellers, Trainers, Consultants)<br>(800) 538-9696<br>Canada<br><br>(**Screenshot of the user interface of the Samsung Epic 4G Touch enabling selection of an action linked to a phone number from a pop-up menu**)<br><br>As a second example, when a user long presses on a text message containing an email address |

| Claim 9 | Infringement by the Samsung Epic 4G Touch |
|---|---|
| | in the Messaging application, the Samsung Epic 4G Touch presents the user with a pop-up menu displaying an action linked to that email address on its touch screen display, as shown below. The phone's user interface enables the user to select a linked action, "mailto."<br><br>(**Screenshot of the user interface of the Samsung Epic 4G Touch enabling selection of an action linked to an email address from a pop-up menu**) |