# INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY NEXUS[1]

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising[2]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Galaxy Nexus is a computer-based system for detecting structures in data and performing actions on detected structures, as explained below. Specifically, the Samsung Galaxy Nexus is an Android smartphone with a 4.65'' HD Super AMOLED contoured touch screen display, a 1.2GHz dual-core processor, and 32GB of internal memory. (See Samsung, Galaxy Nexus Specifications, http://www.samsung.com /us/mobile/cell-phones/SCH-I515MSAVZW-specs). |

[1] The Samsung Galaxy Nexus is currently available from Verizon, Sprint, and Google. Although the Specifications cited in the main text of this claim chart generally refer to the Galaxy Nexus available from Verizon, there is no difference in the functionality described in the charts in this document in the Galaxy Nexuses available from Sprint and Google. Accordingly, these charts also apply to the Sprint Galaxy Nexus and the Google (Unlocked) Galaxy Nexus. The specifications for the Sprint Galaxy Nexus are available at http://www.samsung.com/us/mobile/cell-phones/SPH-L700ZKASPR-specs. The specifications for the Galaxy Nexus available from Google can be found at https://play.google.com/store/devices /details/Galaxy_Nexus_HSPA?id=galaxy _nexus_hspa&hl=en.

[2] Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | (Google, Galaxy Nexus Gallery, http://www.google.com/nexus/#/gallery).<br><br>The Samsung Galaxy Nexus is equipped with the Android 4.0, Ice Cream Sandwich, operating system and comes with various pre-installed applications, including a web browser, Email and Gmail applications, and a messaging application. (*See* Samsung Galaxy Nexus Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs).<br><br>**Platform**<br>**Platform** — Android™ 4.0, Ice Cream Sandwich<br><br>**CPU / Processor**<br>**Processor Speed, Type** — 1.2GHz Dual-Core Processor<br><br>(*Id.*) |
| an input device for receiving data; | The Samsung Galaxy Nexus includes an input device for receiving data. For example, the Samsung Galaxy Nexus includes hardware input devices such as a touchscreen, radios for receiving text messages, wireless-internet adapters for receiving internet data, and memory. (*See* Samsung Galaxy Nexus Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs).<br><br>In particular, the Samsung Galaxy Nexus includes a 4.65'' touchscreen that receives data that the user inputs. (*See* Samsung Galaxy Nexus User Guide, at 9). A user interacts with the Samsung Galaxy Nexus's applications by, for example, tapping items on the touchscreen to select or launch them, touching and holding screen items to activate them, or sliding her finger vertically or horizontally across the screen. (Samsung Galaxy Nexus User Guide, at 9).<br><br>According to the Galaxy Nexus User's Guide, the Samsung Galaxy Nexus detects movements on the touch screen display and executes a variety of actions depending on the nature of the touch. For example, common gestures include: |

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
| --- | --- |
| | ▶ **Touch & hold**: Touch & hold an item on the screen by touching it and not lifting your finger until an action occurs.<br>▶ **Drag**: Touch & hold an item for a moment and then, without lifting your finger, move your finger on the screen until you reach the target position. For example, you can drag to reposition shortcuts on the Home screen.<br>▶ **Swipe or slide**: Quickly move your finger across the surface of the screen, without pausing when you first touch (so you don't drag something instead). For example, you can slide a Home screen left or right to view the other Home screens.<br>▶ **Double-tap**: Tap quickly twice on a webpage, map, or other screen to zoom. For example, double-tap a webpage in Browser to zoom in, and double-tap again to zoom out.<br>▶ **Pinch**: In some apps (such as Maps, Browser, and Gallery), you can zoom in and out by placing two fingers on the screen at once and pinching them together (to zoom out) or spreading them apart (to zoom in).<br>(Samsung Galaxy Nexus User Guide, at 9).<br><br>Additionally, the Samsung Galaxy Nexus permits the user to enter text via an onscreen keyboard. (*See* Galaxy Nexus User Guide, at 53). |

<table>
<tr><th>Claim 1</th><th>Infringement by the Samsung Galaxy Nexus</th></tr>
<tr><td></td><td>You can enter text using the onscreen keyboard. Some apps open it automatically. In others, you open it by touching where you want to type.<br><br>Q W E R T Y U I O P<br>A S D F G H J K L<br>Z X C V B N M<br>?123<br><br>As you type, the keyboard displays suggestions above the top row of keys. To accept a suggestion, touch it.<br><br>(Galaxy Nexus User Guide, at 53).<br><br>Another input device included in the Samsung Galaxy Nexus is a radio that enables the phone to communicate with cellular towers.<br><br>Network<br>Frequencies and Data Type: CDMA/PCS/1xEVDO Rev. A: 800/1900 MHz,LTE: 700 MHz<br>Data Speed: LTE, EVDO Rev. A<br><br>(Samsung Galaxy Nexus Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs).</td></tr>
</table>

<table>
<tr><th>Claim 1</th><th>Infringement by the Samsung Galaxy Nexus</th></tr>
<tr><td></td><td>Utilizing the radio, the Samsung Galaxy Nexus can receive data from a network provider, e.g., AT&T. (See id.). This data can then be used by, for example, the Email, Gmail, Messaging, and Browser applications on the phone.<br><br>Further, the Samsung Galaxy Nexus includes wireless-internet adapters for receiving internet data from wireless local area networks.<br><br>Connectivity<br>• Bluetooth®; Bluetooth® Profiles, A2DP, AVCTP, AVRCP, GAVDP, HFP, HSP, OPP, PAN, PBAP, SPP ; Wi-Fi® ; Wi-Fi® Hotspot; HTML Browser<br><br>(Samsung Galaxy Nexus Features, http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-features).</td></tr>
<tr><td>an output device for presenting the data;</td><td>The Samsung Galaxy Nexus includes an output device for presenting data. For example, the Samsung Galaxy Nexus includes a 4.65’’ HD Super AMOLED countered touchscreen display that presents data to the user.<br><br><table><tr><th colspan="2">Display</th></tr><tr><td>Main Display Resolution</td><td>1280x720 pixels</td></tr><tr><td>Main Display Size</td><td>4.65" Display</td></tr><tr><td>Main Display Technology</td><td>HD Super AMOLED™ contoured display</td></tr></table><br>(Samsung Galaxy Nexus Specifications, http://www.samsung.com /us/mobile/cell-phones/SCH -I515MSAVZW-sp).</td></tr>
</table>

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| a memory storing information including program routines including | The Samsung Galaxy Nexus includes a memory storing information including program routines. For example, the Samsung Galaxy Nexus includes 32GB of internal memory that stores information including program routines.<br><br>**Memory**<br>Internal Memory 32GB<br><br>(*Id.*) |
| an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | The Samsung Galaxy Nexus includes an analyzer server for detecting structures in the data and for linking actions to the detected structures. Specifically, the Samsung Galaxy Nexus includes an analyzer server that detects structures such as phone numbers, internet URLs, email addresses, and postal addresses in webpages. In particular, the Browser application uses Android's CacheBuilder class[3], which utilizes regular expression processing to transform structures in text to clickable links. The analyzer server program routines for detecting structures in data comprise the FindPartialAddress(), FindPartialEmail(), FindPartialNumber(), and isFocusableText() methods of the CacheBuilder class[4].<br><br>The BuildFrame() function of the CacheBuilder class calls the isFocusableText() function on each text node in the data on the Samsung Galaxy Nexus. The isFocusableText() function then calls the FindPartialAddress(), FindPartialEMail(), and FindPartialNumbers() functions. Each of these latter functions analyzes the text of the text node and detects postal addresses, email addresses, and phone numbers, respectively. |

[3] CacheBuilder is a shared library that exists independently of the Browser application.

[4] The source code for the Android operating system and the applications available with Android can be found at http://source.android.com/source/downloading.html. All references to source code are to files available from that site. Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

<table>
<tr><th>Claim 1</th><th>Infringement by the Samsung Galaxy Nexus</th></tr>
<tr><td></td><td>
For example, as shown below, when a user navigates to a webpage containing phone numbers in the Browser application, the analyzer server detects those phone numbers. Although not shown below, the analyzer server similarly detects web URLs, email addresses, and postal addresses on webpages.

(**Screenshot of Samsung Galaxy Nexus showing a detected structure, a phone number, in web browsing data as a user is selecting it**)
</td></tr>
</table>

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | The analyzer server then links actions to the detected structure. Specifically, the analyzer server's program routines for linking actions to the detected structures in webpages consist of the onCreateContextMenu() method of the BrowserActivity class, the onCreateContextMenu() method of the Controller class, the getHitTestResult() and hitTestResult()methods of the Webview class, and the setIntent() method of the MenuItemImpl class.[5]<br><br>After a user long presses on a structure, the onCreateContextMenu() method in the BrowserActivity class is called, which in turn calls the onCreateContextMenu method in the Controller class. The latter onCreateContextMenu method first calls the getHitTestResult() method of the WebView class, which returns the structure the user selected.<br><br>The onCreateContextMenu() method then adds Intent objects, based on the type of structure selected, to a context menu via a call to the setIntent() method on a MenuItem object. The Intent object has two primary components: an action to be performed and the selected data to operate on.<br><br>For example, when a user long presses on a phone number in a webpage in the Browser application, the onCreateContextMenu() method adds Intent objects that will, upon selection, open the dialer with the phone number, add it to the user's contacts, or copy the phone number. |

[5] Like CacheBuilder, the WebView and MenuItemImpl classes are shared libraries independent of the Browser application.

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| |  **(Screenshot of Samsung Galaxy Nexus showing actions linked to a detected and selected phone number)** |

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | Although not shown above, actions are also linked to detected email addresses, web URLs, and postal addresses.<br><br>After a user selects a particular activity in the presented menu, the Intent object is passed to the startActivity() method, which launches the action indicated by the Intent object. For example, if the user selects "Dial" from the menu shown above, the action processor for the Samsung Galaxy Nexus initiates the phone application dialer.<br><br>(**Screenshot of the Samsung Galaxy Nexus having a detected structure that is linked to actions, upon selection of the "Dial" option**) |

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
| --- | --- |
| | Although not shown above, the action processor for the Samsung Galaxy Nexus initiates program routines for selected actions related to detected web URLs, email addresses, and postal addresses.<br><br>Additionally, the Samsung Galaxy Nexus includes Android's "Linkify" functionality in its Messaging application. Android's Linkify functionality "take[s] a piece of text and a regular expression and turns all of the regex matches in the text into clickable links. This is particularly useful for matching things like email addresses, Internet URLs, etc. and making them actionable." (Android Developer Site at Linkify).<br><br>In particular, when the Samsung Galaxy Nexus receives a message in its Messaging application that includes an email address, postal address, web URL, or phone number, the Samsung Galaxy Nexus detects those structures and links actions to them. As shown below, if the user presses the detected email, the Samsung Galaxy Nexus gives the user the option to send an email to the detected address[6]. |

[6] To the extent that claim 1 is construed to only require a single action linked to a detected structure, the Samsung Galaxy Nexus infringes as describe in this chart.

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| |  <br>**(Screenshots of a detected email address and linked actions)**<br><br>If the user selects "mailto" from the menu, the action processor for the Samsung Galaxy Nexus initiates the Email application. |

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| |   (**Screenshot of initiated Email application**)<br><br>The analyzer server program routines for detecting structures in a message presented by the Messaging application consist of the addLinks() method of the Linkify class, the Pattern class, and the Matcher class. (*See* http://developer.android.com/reference/android /text/util/Linkify.html). The Linkify class uses pre-written Pattern objects, each designed for a |

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
|  | different type of structure, for detecting structures in data.  When called either directly or via a setText() method in the TextView class, the addLinks() methods of the Linkify class are passed a parameter that indicates what type of structures to detect.  (*See* http://developer. android.com/reference/android/text/util/Linkify.html).  The Linkify class has the ability to find and identify four types of structures: web URLs, email addresses, phone numbers, and postal addresses.  For each type of structure, with the exception of postal addresses, the addLinks() method calls the gatherLinks() method of the Linkify class, passing it a Pattern object.<br><br>For postal addresses, the addLinks() method calls the gatherMapLinks() method of the Linkify class.  The gatherMapLinks() method enters into a loop, calling the findAddress() method of the WebView class, which in turn calls the FindAddress() method of the WebViewCore class, which calls the FindAddress() method of the CacheBuilder class described above.<br><br>The analyzer server program routines for linking actions to detecting structures in a message presented by the Messaging application consist of the addCallAndContactMenuItems() method of the ComposeMessageActivity class and the setIntent() method of the MenuItemImpl class.  For a detected structure, the addCallAndContactMenuItems() method creates a new Intent object containing the detected structure and adds that Intent object into a to-be-displayed menu. The addCallAndContactMenuItems() method adds the Intent object to a menu by calling the setIntent() method of the MenuItemImpl class. |
| a user interface enabling the selection of a detected structure and a linked action; and | The Samsung Galaxy Nexus includes a user interface enabling the selection of a detected structure and a linked action.  In particular, the Samsung Galaxy Nexus's user interface for the Browser and Messaging applications allows the user to select a detected structure like a phone number, web URL, email address, or postal address.  The Samsung Galaxy Nexus user interface also enables the selection of actions linked to those structures.<br><br>For example, as shown below, the user can select phone numbers detected on webpages in the Browser application.  The user interface then allows the user to select an action linked to the phone number.  Although not shown below, the Samsung Galaxy Nexus's user interface also enables the selection of detected email addresses, postal addresses, and web URLs and enables the selection of actions linked to those structures. |

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | <br><br><br>(**Screenshots of the Samsung Galaxy Nexus with a user interface enabling the selection of a detected structure (phone number) and selection of linked actions**)<br><br>Once the FindPartialAddress(), FindPartialEmail(), and/or FindPartialNumber() methods of the CacheBuilder class detect structures in the webpage, the BuildFrame() method of the CacheBuilder class enables the selection of those structures by creating a variable of type HTMLAnchorElement for each such structure. Every HTMLAnchorElement is selectable.<br><br>By way of a second example, the user can also select email addresses appearing in the |

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
| --- | --- |
| | Messaging application user interface. The user interface then allows the user to select an action associated with the selected email address. Although not shown below, the Samsung Galaxy Nexus's user interface also enables selection of postal addresses, phone numbers, and web URLs detected in the Messaging application. The user interface then enables the selection of actions linked to those structures.<br><br>**(Screenshots of the Samsung Galaxy Nexus with a user interface enabling the selection of a detected email address in the Messaging application and a user interface enabling the selection of actions linked to the email address)**<br><br>The applyLink() method of the Linkify class creates a URLSpan object over each detected structure. The URLSpan class extends the ClickableSpan class, which enables the user to select |

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | any piece of text associated with a URLSpan object. (http://developer.android.com/reference/android/text/style/ClickableSpan.html). The MMS application further enables the selection of a linked action by displaying a context menu in much the same way as the Browser application. The show() method of the ContextMenuBuilder class is called after the user selects a detected structure. The addCallAndContactMenuItems() method of the ComposeMessageActivity class links actions to the detected structure, and the show() method of the ContextMenuBuilder class calls the show() method of the MenuDialogHelper class. Just as the Browser application, the show() method of the MenuDialogHelper class creates an instance of the AlertDialog class and calls the show() method of the Dialog class. This method displays the AlertDialog object. |
| an action processor for performing the selected action linked to the selected structure; and | The Samsung Galaxy Nexus includes an action processor for performing the selected action linked to the selected structure. For example, the Samsung Galaxy Nexus includes a phone application. Upon selection of the “Dial” option from the Browser in the user interface, the action processor performs the selected action, namely, it initiates the dialer. As described above, the “Dial” action is linked to the selected phone number. |

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
| --- | --- |
| | <br>(**Screenshot of the Samsung Galaxy Nexus showing the result of the linked action having been performed**)<br><br>Second, the Samsung Galaxy Nexus includes an Email application. Upon selection of the "mailto" option from the Messaging application in the user interface, the action processor performs the selected action, namely, it initiates the Email application. |

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
| --- | --- |
| | <br>(**Screenshot of the Samsung Galaxy Nexus showing the result of the linked action having been performed**)<br><br>The action processor for each application is the startActivity() method of the Context class and, when needed, the resolveActivity() method of the Intent class. Upon selection of a linked action, the MMS application and the Browser application invoke the startActivity() method and pass it an Intent object that contains a description of the action to perform. (http://developer.android.com/reference/android /app/Activity.html; http://developer.android.com/guide /topics/fundamentals.html ("You can start an activity (or give it something new to do) by passing an Intent to startActivity() or startActivityForResult() (when you want the activity to return a |

| Claim 1 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | result.”). The startActivity() method then launches the appropriate activity, which “is a single, focused thing that the user can do.” (http://developer.android.com/reference /android/app/Activity.html. Activities are one of the “three … core components of an application” and are “activated through messages[] called intents.” http://developer.android.com/guide/topics/intents/intents-filters.html).<br><br>Some Intent objects specify the Activity to launch while others specify an action to perform and the data on which to perform that action. (http://developer.android.com/reference/android /content/Intent.html). In the case of the latter, the resolveActivity() method of the Intent class determines what activity should be launched. (*Id.*). For example, an Intent object containing the ACTION_VIEW action and an e-mail address display a menu allowing the user to select an application to use in order to send an e-mail to the detected e-mail address. (*Id.*) For example, an Intent object containing the ACTION_VIEW action and a telephone number will cause startActivity() to “[d]isplay the phone dialer with the given number filled in.” (*Id.*). |
| a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | The Samsung Galaxy Nexus includes a processing unit coupled to the input device, the output device, and the memory for controlling the execution of program routines. For example, the Samsung Galaxy Nexus includes a 1.2GHz dual-core processor coupled to input devices (a touchscreen and wireless-internet adapter), an output device (the 4.65’’ HD Super AMOLED contoured touchscreen display), and memory (32GB of internal memory). (*See* Samsung, Samsung Galaxy Nexus Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs).<br><br>The processing unit controls the execution of the program routines. |

| Claim 2 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 2. The system recited in claim 1, wherein the analyzer server stores detected structures in memory. | The Samsung Galaxy Nexus's analyzer server stores detected structures in memory.<br><br>As described above, when setIntent() is called, detected structures are stored in memory inside Intent objects. |

| Claim 4 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 4. The system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. | The Samsung Galaxy Nexus's analyzer server includes grammars and a parser for detecting structures in the data.<br><br>For example, the FindPartialAddress, FindPartialEmail, and FindPartialNumber methods, which are used to detect structures in webpages, are parsers that are specific to the type of grammar that they are searching for. In addition, the Linkify class described above uses the Pattern class, which includes the compile() method which in turn uses grammars. The Pattern and Matcher classes contain a parser for detecting structures in messages. |

| Claim 6 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 6. The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting structures in the data. | The Samsung Galaxy Nexus's analyzer server includes a string library and a fast string search function for detecting structures in the data.<br><br>For example, within the FindPartialAddress() and FindPartialEmail() methods, there are various string libraries that are used for doing string matching (e.g., longStreetNames, longStateNames, longDomainNames). These methods include code for performing a fast string search function that searches for these strings. |

| Claim 8 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 8. The system recited in claim 1, wherein the user interface highlights the detected structures. | The Samsung Galaxy Nexus further includes a user interface that highlights the detected structures. For example, when a user long presses on a phone number detected in a webpage in the Browser application, the phone number is highlighted in green, as shown below. Although not shown below, the Samsung Galaxy Nexus's user interface also highlights postal addresses, email addresses, and web URLs detected in the Browser application.<br><br>Customer Service<br>Apple Store Customer Service<br>To view the most up-to-date status and make changes t<br>Apple Online Store order, visit online Order Status. You c<br>also contact Apple Store Customer Service at 1-800-676<br>or visit online Help for more information.<br>North American Corporate Contacts<br>United States<br>Apple Enterprise Sales (877) 412-7753<br>Apple Government Sales (877) 412-7753<br>Apple Promotions/Rebates (877) 4-APL-PROMO (877-427-5776)<br>Apple Media Helpline (408) 974-2042<br>Apple Software Upgrade Center (888) 840-8433<br>Apple Store (Consumer and Education Individuals) (800) MY-APPLE (800-692-7753)<br>Apple Store (Education Institutions) (800) 800-2775<br>Apple Store (Small Business)<br><br>(**Screenshot of a detected phone number highlighted in green after a long press in the Browser application**)<br><br>As a second example, when the Samsung Galaxy Nexus receives a message in its Messaging |

| Claim 8 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | application that contains an email address or a phone number, the phone highlights those detected structures in blue, as shown below. Although not shown below, the Messaging application user interface also highlights in blue web URLs detected in text messages.   **(Screenshot of detected email address highlighted in the Messaging application)** |

| Claim 9 | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 9. The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of linked actions. | The Samsung Galaxy Nexus further comprises a user interface that enables selection of an action by causing the output device to display a pop-up menu of linked actions. For example, when a user long presses on a phone number on a webpage, the Samsung Galaxy Nexus presents the user with a pop-up menu of linked actions on its touch screen display. The phone's user interface enables the user to select one of the actions, for example, "Dial" or "Add contact," from the pop-up menu.<br><br>(**Screenshot of the user interface of the Samsung Galaxy Nexus enabling selection of an action linked to a phone number from a pop-up menu**) |

| Claim 9 | Infringement by the Samsung Galaxy Nexus |
| --- | --- |
| | As a second example, when a user presses on a detected email address in the Messaging application, the Samsung Galaxy Nexus presents the user with a pop-up menu displaying an action linked to that email address on its touch screen display, as shown below. The phone's user interface enables the user to select the linked action, namely "mailto." <br><br> (**Screenshot of the user interface of the Samsung Galaxy Nexus enabling selection of an action linked to an email address from a pop-up menu**) |