**Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Captivate Glide |
|---|---|
| A method for locating information in a computer system, comprising the steps of[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Captivate Glide performs a method for locating information in a computer system. <br><br> For instance, the Samsung Captivate Glide includes a 1 GHz dual core processor CPU, 1 GB of on-board memory, 4.0" Super AMOLED screen, UMTS/GSM/HSPA+21 and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a computer system. <br><br>  |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| Network | |
|---|---|
| Frequencies and Data Type | UMTS 850/1900/2100; GSM 850/900/1800/1900 |
| Data Speed | 4G HSPA+ 21 Mbps (Category 14) |
| SAR value - Head (W/kg) | SAR Value: Head 0.20 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 0.54 W/kg |

• Built-in Bluetooth and Wi-Fi technology

The Samsung Captivate Glide includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Captivate Glide.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Captivate Glide, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Quick Search Box as a standard feature of the Captivate Glide, as shown by the inclusion of the Google Search feature in the Captivate Glide user manual:

**Google Search**

The Google Search Bar provides you an on-screen Internet search engine powered by Google™. For more information, refer to *"Google Search Bar"* on page 24.

| inputting an information identifier; | The Samsung Captivate Glide performs the step of inputting an information identifier.<br><br>The Samsung Captivate Glide has a 4.0" Super AMOLED screen. |
| --- | --- |

| Display | |
| --- | --- |
| **Main Display Resolution** | 480x800 Pixels |
| **Main Display Size** | 4.0" |
| **Main Display Technology** | Super AMOLED™ |

The Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Captivate Glide receives an inputted information identifier from a user. In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Captivate Glide may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing said information identifier to a plurality of plug-in modules | The Captivate Glide performs the step of providing said information identifier to a plurality of plug-in modules.

For example, the Captivate Glide's Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Captivate Glide provides a plurality of pre-selected plug-in modules that include the Web and Contacts plug-in modules.  Users can select which modules to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected plug-in modules. |



| each using a different heuristic to locate information which matches said identifier; | The Captivate Glide performs the step of each using a different heuristic to locate information which matches said identifier. |
|---|---|



For example, as shown above, the Quick Search Box provides the Web and Contacts plug-in modules.  Each module shown in the example above uses a different heuristic to locate information which matches the inputted identifier. According to the '604 patent specification:

> "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)

| | |
|---|---|
| | "[T]he selected plug-in modules 221 . . . 22N receive the information identifier and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14) |
| providing at least one candidate item of information from said modules; | The Captivate Glide performs the step of providing at least one candidate item of information from said modules.<br><br>For example, in the image below, the Captivate Glide is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":<br><br> |
| and displaying a representation of | The Captivate Glide performs the step of displaying a representation of said candidate item of information. |

| | |
|---|---|
| said candidate item of information. | For example, in the screen capture below, the Captivate Glide is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the bookmarks and web history searches by the green rectangle, and the results from the Contacts module by the blue rectangle.  The representations appear as icons and/or explanatory text.<br><br><br><br>By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Captivate Glide to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Captivate Glide displays results |

| | can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapter.java. |
| --- | --- |

| Claim 2 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The method of claim 1 wherein said information identifier is input via an application program having a text input window. | The Samsung Captivate Glide performs the method of Claim 1 wherein said information identifier is input via an application program having a text input window.<br><br>The Quick Search Box application includes a text input window by means of which a user can input an information identifier.  In the image below, the user has input the information identifier "app" into the text input window at the top of the screen:<br><br> |

| Claim 3 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The method of claim 1 wherein said information identifier is input in by means of a dialog box displayed on a user interface. | The Samsung Captivate Glide performs the method of Claim 1 wherein said information identifier is input by means of a dialog box displayed on a user interface.<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Captivate Glide.<br><br><br><br>Google's developer blog also describes the Quick Search Box as "available right from your phone's home screen."[2] |

2   "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.

| Claim 5 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The method of claim 1 wherein said information identifier is one of a letter, a word, or a phrase. | The Samsung Captivate Glide performs the method of Claim 1 wherein said information identifier is one of a letter, a word, or a phrase.<br><br>In the image below, the information identifier provided to the Quick Search Box is the letter "a":<br><br><br><br>In the image below, the  information identifier provided to the Quick Search Box is the word "app": |



In the image below, the information identifier provided to the Quick Search Box is the phrase "apple support":



| Claim 9 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The method of claim 1 wherein one of said heuristics locates items of information on the basis of names of files. | The Samsung Captivate Glide performs the method of Claim1 wherein one of said heuristics locates items of information on the basis of names of files.<br><br>For example, Web maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider.java to initialize the database. Web and the associated heuristic therefore locate items of information on the basis of names of files. |

| Claim 10 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The method of claim 9 wherein another of said heuristics locates items of information on the basis of contents of files. | The Samsung Captivate Glide performs the of Claim 9 wherein another of said heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Captivate Glide's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 11 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The method of claim 9 wherein another of said heuristics locates items of information on the basis of most recently accessed items. | The Samsung Captivate Glide performs the method of Claim 9 wherein another of said heuristics locates items of information on the basis of most recently accessed items.<br><br>As described in the official description of the Google Search application, "Google Search will learn which items you click on most to make it even easier to get what you want quickly."[3]<br><br>For example, in the computer instructions below, the Contacts module creates a database query that includes references to the constants CURRENT_CONTACTS, RECENT_CONTACTS, and TIME_SINCE_LAST_CONTACTED, as shown in the file GlobalSearchSupport.java:<br><br>`// Current contacts - those contacted within the last 3 days (in seconds)`<br>`private static final long CURRENT_CONTACTS = 3 * 24 * 60 * 60;`<br><br>`// Recent contacts - those contacted within the last 30 days (in seconds)`<br>`private static final long RECENT_CONTACTS = 30 * 24 * 60 * 60;`<br><br>`private static final String TIME_SINCE_LAST_CONTACTED =`<br>`     "(strftime('%s', 'now') - contacts." + Contacts.LAST_TIME_CONTACTED`<br>`     + "/1000)";`<br><br>`/*`<br>` * See {@link ContactsProvider2#EMAIL_FILTER_SORT_ORDER} for the discussion of`<br>` * this sorting order.`<br>` */`<br>`private static final String SORT_ORDER =`<br>`     "(CASE WHEN contacts." + Contacts.STARRED + "=1 THEN 0 ELSE 1 END), "`<br>`     + "(CASE WHEN " + TIME_SINCE_LAST_CONTACTED + " < " + CURRENT_CONTACTS`<br>`     + " THEN 0 "`<br>`     + " WHEN " + TIME_SINCE_LAST_CONTACTED + " < " + RECENT_CONTACTS`<br>`     + " THEN 1 "`<br>`     + " ELSE 2 END)."`<br>`     + "contacts." + Contacts.TIMES_CONTACTED + " DESC, "`<br>`     + "contacts." + Contacts.DISPLAY_NAME_PRIMARY + ", "`<br>`     + "contacts." + Contacts._ID;`<br><br>As a further example, in the computer instructions below, the Web module ranks a plurality of results by using the DATE_LAST_VISITED constant, as shown in the file BrowserProvider.java:<br><br>`private static final String SUGGEST_ORDER_BY =`<br>`     TABLE_HISTORY + "." + History.DATE_LAST_VISITED + " DESC";` |

---

[3] "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox.

22

| Claim 12 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The method of claim 1 wherein one of said heuristics locates items of information that are stored locally on the computer system. | The Samsung Captivate Glide performs the method of Claim 1 wherein one of said heuristics locates items of information stored locally on the computer system.<br><br>As described above, the plug-in modules locate information that is stored locally on the computer system.  For example, the Contacts module locates information about a user's contacts that are stored locally on the Samsung Captivate Glide.<br><br>In the image below, for example, the plug-in modules have located a locally stored bookmark, indicated by the green rectangle, and a locally stored contact, indicated by the blue rectangle:<br><br> |

| Claim 14 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The method of claim 12 wherein another of said heuristics locates items of information that are stored on remote computer systems. | The Samsung Captivate Glide performs the method of Claim 12 wherein another of said heuristics locates items of information that are stored on remote computer systems.<br><br>For example, the Google plug-in module, indicated in the image below with a red rectangle, provides internet search suggestions from the search engine Google based on the user's inputted information identifier.<br><br>The Google plug-in module retrieves its suggestions from Google, a remote computer system.  The computer instructions found in the file GoogleSuggestClient.java call the mProvider.getsuggestions() method, which in turn calls the queryInternal() method, which uses the query() method to send an HTTP "get" request to a Google Suggests server and return the suggestion results to the quick search box.  (See source code at AbstractGoogleSource.java and GoogleSuggestClient.java.)<br><br>For example, in the image below, the Google Search suggestions, retrieved from the remote computer system, are highlighted with a red rectangle. |



| Claim 15 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The method of claim 14 wherein said other heuristic locates Internet web pages. | The Samsung Captivate Glide performs the method of Claim 14 wherein said other heuristic locates internet web pages.<br><br>For example, the Google Search suggestions retrieved by the Web plug-in module correspond to internet searches from Google that correspond with the inputted information identifier.  When the user selects one of the searches, the user is taken to the corresponding search on the Google web site to view the results of the search.  Thus, the Google module locates internet web pages corresponding to the various suggested searches matching the inputted information identifier.<br><br>For instance, For instance, the image below shows a sample result of selecting the Google search suggestion "apple" corresponding to the inputted information identifier "app."<br><br> |

| Claim 16 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The method of claim 14 wherein said other heuristic locates items of information that are stored on a wide-area network. | The Samsung Captivate Glide performs the method of Claim 14 wherein said other heuristic locates items of information that are stored on a wide-area network.<br><br>The Google Search suggestions retrieved by the Web plug-in module corresponds to information available on the internet, a wide-area network.  Specifically, the searches correspond to searches using Google that correspond with the inputted information identifier.  When the user selects one of the searches, the user is taken to the corresponding search on the Google web site to view the results of the search.  Thus, the Google module locates web pages, which are items of information stored on a wide-area network.<br><br>For instance, For instance, the image below shows a sample result of selecting the Google search suggestion "apple" corresponding to the inputted information identifier "app."<br><br> |

| Claim 17 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The method of claim 1 wherein said information identifier is provided in parallel to said modules, and | The Samsung Captivate Glide performs the method of Claim 1 wherein said information identifier is provided in parallel to said modules.<br><br>The Quick Search Box provides the inputted information identifier to the plug-in modules in parallel.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the plug-in modules in parallel. |
| further including the step of selecting candidate items of information provided by said modules for display in accordance with a global heuristic. | The Samsung Captivate Glide performs the step of selecting candidate items of information provided by said modules for display in accordance with a global heuristic.<br><br>As described in the official description of the Google Search application, "Google Search will learn which items you click on most to make it even easier to get what you want quickly."[4]<br><br>The Captivate Glide displays a representation of the candidate item of information.  In the screen capture below, the Captivate Glide is outputting representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Web module's search of bookmarks and web history by the green rectangle, and the results from the Contacts module by the blue rectangle. |

---

[4] "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox.



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Captivate Glide to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java. Further computer instructions indicating how the Captivate Glide displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 19 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| A method for locating information from a plurality of locations in a computer system, comprising the steps of[5]: | To the extent the preamble of Claim 19 may be construed to be limiting, the Samsung Captivate Glide performs a method for locating information from a plurality of locations in a computer system.<br><br>For instance, the Samsung Captivate Glide includes a 1 GHz dual core processor CPU, 1 GB of on-board memory, 4.0" Super AMOLED screen, UMTS/GSM/HSPA+21 and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information from a plurality of locations in a computer system.<br><br>**Memory**<table><tr><td>Internal Memory</td><td>1GB RAM/1GB ROM/8GB</td></tr><tr><td>External Memory/microSD™ Capacity</td><td>microSD™ card</td></tr></table>**Display**<table><tr><td>Main Display Resolution</td><td>480x800 Pixels</td></tr><tr><td>Main Display Size</td><td>4.0"</td></tr><tr><td>Main Display Technology</td><td>Super AMOLED™</td></tr></table>**CPU / Processor**<table><tr><td>Processor Speed, Type</td><td>1GHz Dual-core Tegra™ 2 Processor</td></tr></table> |

---

[5]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| Network | |
|---|---|
| Frequencies and Data Type | UMTS 850/1900/2100; GSM 850/900/1800/1900 |
| Data Speed | 4G HSPA+ 21 Mbps (Category 14) |
| SAR value - Head (W/kg) | SAR Value: Head 0.20 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 0.54 W/kg |

• Built-in Bluetooth and Wi-Fi technology

The Samsung Captivate Glide includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Captivate Glide.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Captivate Glide, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Quick Search Box as a standard feature of the Captivate Glide, as shown by the inclusion of the Google Search feature in the Captivate Glide user manual:

**Google Search**

The Google Search Bar provides you an on-screen Internet search engine powered by Google™. For more information, refer to *"Google Search Bar"* on page 24.

| inputting an information identifier; | The Samsung Captivate Glide performs the step of inputting an information identifier. |
| --- | --- |
| | The Samsung Captivate Glide has a 4.0" Super AMOLED screen. |

**Display**

| Main Display Resolution | 480x800 Pixels |
| --- | --- |
| Main Display Size | 4.0" |
| Main Display Technology | Super AMOLED™ |

The Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Captivate Glide receives an inputted information identifier from a user.  In the screenshot below, the information identifier "app" has been input:



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Captivate Glide may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing said information identifier to a plurality of heuristics | The Captivate Glide performs the step of providing said information identifier to a plurality of heuristics.<br><br>For example, the Captivate Glide's Quick Search Box provides a plurality of heuristics.  As shown |

| | |
|---|---|
| | below, the Search Settings panel for the Quick Search Box on the Samsung Captivate Glide provides a plurality of pre-selected heuristics such as the Web and Contacts heuristics.  Users can select which heuristics to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected heuristics.<br><br> |
| to locate information in a plurality of locations | The Captivate Glide's performs the step of locating information from a plurality of locations in a computer system. |



The Quick Search Box provides said information identifier to a plurality of heuristics, for example, to the Web and Contacts, to locate information in the plurality of locations.  An information identifier provided to Web, indicated by the red rectangle, locates information from Google Search suggestions on the Internet and from bookmarks and web history. An information identifier provided to Contacts, indicated by the blue rectangle, locates information from contacts stored locally on the Captivate Glide.

| which include the Internet and local storage media; | The locations searched by the Captivate Glide include the internet and local storage media. |
|---|---|

The figure below shows an example of a plurality of modules.  One module is the Web module that performs a search of Google Search suggestions on the Internet and of bookmarks and web history, stored locally on the Captivate Glide's local storage media.  Another module is the Contacts module that performs a search of the names of contacts stored locally on the Captivate Glide's local storage media.



| determining at least one candidate item of information based upon the plurality of heuristics; | The Samsung Captivate Glide performs the step of determining at least one candidate item based on the plurality of heuristics.

For example, in the image below, the Captivate Glide is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app": |
|---|---|



| and displaying a representation of said candidate item of information. | The Captivate Glide performs the step of displaying a representation of said candidate item of information.<br><br>For example, in the screen capture below, the Captivate Glide is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Web module's search of bookmarks and web history by the green rectangle, and the results from the Contacts module by the blue rectangle.  The representations appear as icons and/or explanatory text. |
|---|---|



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Captivate Glide to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java. Further computer instructions indicating how the Captivate Glide displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 20 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The method of claim 19, wherein the information identifier is applied separately to each heuristic. | The Samsung Captivate Glide performs the method of Claim 19 wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 22 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The method of claim 19 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Captivate Glide performs the method of Claim19 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, Web maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider.java to initialize the database. Web and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 23 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The method of claim 22 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Captivate Glide performs the method of Claim 9 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Captivate Glide's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| A computer readable medium[6] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Captivate Glide includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  The Samsung Captivate Glide contains 1GB of internal computer memory, as indicated on the specifications on Samsung's web site:<br><br><table><tr><td colspan="2"><b>Memory</b></td></tr><tr><td>Internal Memory</td><td>1GB RAM/1GB ROM/8GB</td></tr><tr><td>External Memory/microSD™ Capacity</td><td>microSD™ card</td></tr></table><br>The Samsung Captivate Glide, and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps.  For example, the Samsung Captivate Glide includes version 2.3 of the Android software platform, which includes such instructions, as set forth below. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Captivate Glide comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>The Captivate Glide includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."  The Quick Search Box is an application comprising program instructions.<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Captivate Glide. |

---

[6]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Captivate Glide, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



| receive an information identifier; | The Samsung Captivate Glide comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Samsung Captivate Glide has a 4.0" Super AMOLED screen. |
|---|---|

| Display | |
|---|---|
| Main Display Resolution | 480x800 Pixels |
| Main Display Size | 4.0" |
| Main Display Technology | Super AMOLED™ |

The Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Captivate Glide receives an inputted information identifier.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:



Portions of the computer instructions allowing the Quick Search Box to receive an information identifier in the Samsung Captivate Glide may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| provide said information identifier to a plurality of heuristics | The Samsung Captivate Glide comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.<br><br>For example, the Captivate Glide's Quick Search Box provides a plurality of heuristics.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Captivate Glide provides a plurality of heuristics to which an information identifier can be provided by the Captivate Glide.  The Captivate Glide provides the information descriptor to the heuristic modules and permits |

|  | the user to modify the default list of selected heuristics. |
|---|---|
|  |  As shown in the example above, the Captivate Glide provides at least the Web and Contacts heuristics that are preselected by the Captivate Glide. |
| to locate information in the plurality of locations | The Samsung Captivate Glide comprises a computer readable medium including instructions to locate information in the plurality of locations. |



For example, the Quick Search Box provides said information identifier to a plurality of heuristics such as to the Web and Contacts, to locate information in the plurality of locations.  An information identifier provided to Web, indicated by the red rectangle, locates information from Google Search suggestions on the Internet and also locates information from bookmarks and web history. An information identifier provided to Contacts, indicated by the blue rectangle, locates information from contacts stored locally on the Captivate Glide.

| which include the Internet and local storage media; | The locations searched by the Captivate Glide include the internet and local storage media.<br><br>The figure below shows an example of a plurality of modules.  One module is the Web module that performs a search of Google Search suggestions on the Internet and of bookmarks and web history, stored locally on the Captivate Glide's local storage media.  Another module is the Contacts module that performs a search of the names of contacts stored locally on the Captivate Glide's local storage media. |



| | |
|---|---|
| determine at least one candidate item of information based upon the plurality of heuristics; | The Samsung Captivate Glide comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics.<br><br>For example, in the image below, the Captivate Glide is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app": |



| and display a representation of said candidate item of information. | The Captivate Glide comprises a computer-readable medium that contains instructions to display a representation of said candidate item of information.<br><br>For example, in the screen capture below, the Captivate Glide is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Web module's search of bookmarks and web history by the green rectangle, and the results from the Contacts module by the blue rectangle.  The representations appear as icons and/or explanatory text. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Captivate Glide to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java. Further computer instructions indicating how the Captivate Glide displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapter.java.

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Captivate Glide comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Captivate Glide comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, Web maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider.java to initialize the database. Web and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 28 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The computer readable medium of claim 24 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Captivate Glide comprises computer readable media of Claim 24 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Captivate Glide's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 29 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| An apparatus that locates information from a plurality of locations within a computer system, comprising[7]: | To the extent the preamble of Claim 29 may be construed to be limiting, the Samsung Captivate Glide is an apparatus that locates information from a plurality of locations within a computer network.<br><br>For instance, the Samsung Captivate Glide includes a 1 GHz dual core processor CPU, 1 GB of on-board memory, 4.0" Super AMOLED screen, UMTS/GSM/HSPA+21 and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus that locates information from a plurality of locations within a computer network.<br><br>**Memory**<br><br>Internal Memory — 1GB RAM/1GB ROM/8GB<br>External Memory/microSD™ Capacity — microSD™ card<br><br>**Display**<br><br>Main Display Resolution — 480x800 Pixels<br>Main Display Size — 4.0"<br>Main Display Technology — Super AMOLED™<br><br>**CPU / Processor**<br><br>Processor Speed, Type — 1GHz Dual-core Tegra™ 2 Processor |

---

[7] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| Network | | |
|---|---|---|
| **Frequencies and Data Type** | UMTS 850/1900/2100; GSM 850/900/1800/1900 | |
| **Data Speed** | 4G HSPA+ 21 Mbps (Category 14) | |
| **SAR value - Head (W/kg)** | SAR Value: Head 0.20 W/kg | |
| **SAR value - Body Worn (W/kg)** | SAR Value: Body 0.54 W/kg | |

- Built-in Bluetooth and Wi-Fi technology

The Samsung Captivate Glide includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Captivate Glide.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Captivate Glide, and the Quick Search Box has located Google search suggestions correlating to the information identifier "app" from the internet, a computer network. The Google Search suggestions are identified by a red rectangle below:

| | |
|---|---|
| |  |
| means for inputting an information identifier; | The Samsung Captivate Glide comprises means for inputting an information identifier.<br><br>The Samsung Captivate Glide has a 4.0" Super AMOLED screen.<br><br>The Super AMOLED screen is a touchscreen which the user manipulates by touching displayed |

| | |
|---|---|
| | objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.<br><br>The Android Quick Search Box on the Samsung Captivate Glide receives an inputted information identifier from a user.  In the screenshot below, the user has inputted the information identifier "app" into the Quick Search Box:<br><br><br><br>Portions of the computer instructions allowing the user to input an information identifier in the Samsung Captivate Glide may be found in the QsbApplication class and in the com.android.quicksearchbox package. |
| means for providing said information identifier to a plurality of heuristics | The Captivate Glide comprises means for providing said information identifier to a plurality of heuristics.<br><br>For example, the Captivate Glide's Quick Search Box provides a plurality of heuristics.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Captivate Glide |

<table>
<tr>
<td></td>
<td>provides a plurality of pre-selected heuristics such as the Web and Contacts heuristics.  Users can select which heuristics to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected heuristics.

</td>
</tr>
<tr>
<td>to locate information in the plurality of locations</td>
<td>The Captivate Glide locates information from a plurality of locations.</td>
</tr>
</table>



For example, the Quick Search Box provides said information identifier to a plurality of heuristics such as to the Web and Contacts, to locate information in the plurality of locations. An information identifier provided to Web, as indicated by the red rectangle, locates information from Google Search suggestions on the Internet, and also locates information from bookmarks and web history. An information identifier provided to Contacts, indicated by the blue rectangle, locates information from contacts stored locally on the Captivate Glide.

| which comprise the Internet and local storage media; | The locations searched by the Captivate Glide include the internet and local storage media.<br><br>The figure below shows an example of a plurality of modules. One module is the Web module that performs a search of Google Search suggestions on the Internet and a search of bookmarks and web history, stored locally on the Captivate Glide's local storage media. Another module is the Contacts module that performs a search of the names of contacts stored locally on the Captivate Glide's local storage media. |



| means for determining at least one candidate item of information based upon the plurality of heuristics; | The Samsung Captivate Glide comprises means for determining at least one candidate item based on the plurality of heuristics.<br><br>For example, in the image below, the Captivate Glide is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app": |



| and means for displaying a representation of said candidate item of information. | The Captivate Glide comprises means for displaying a representation of said candidate item of information.<br><br>For example, in the screen capture below, the Captivate Glide is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Web module's search of bookmarks and web history by the green rectangle, and the results from the Contacts module by the blue rectangle.  The representations appear as icons and/or explanatory text. |
|---|---|



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Captivate Glide to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java. Further computer instructions indicating how the Captivate Glide displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapter.java.

| Claim 30 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The apparatus of claim 29, wherein the information identifier is applied separately to each heuristic. | The Samsung Captivate Glide is an apparatus of Claim 29 wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 32 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The apparatus of claim 29 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Captivate Glide is an apparatus of Claim 29 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, the Web module maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider.java to initialize the database. Web and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 33 of U.S. Patent No. 6,847,959 | Infringement by Samsung Captivate Glide |
|---|---|
| The apparatus of claim 29 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Captivate Glide is an apparatus of Claim 29 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Captivate Glide's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |