| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiffs,<br>　　v.<br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**NOTICE OF CORRECTIONS TO THE DECLARATION OF EMILY FEDMAN IN SUPPORT OF APPLE INC.'S MOTION FOR LEAVE TO AMEND ITS DISCLOSURE OF ASSERTED CLAIMS & INFRINGEMENT CONTENTIONS**<br><br>**<u>HEARING</u>:**<br>Date:　　November 6, 2012<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 5<br>Judge:　　Honorable Paul S. Grewal |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 5, 2012, Plaintiff Apple, Inc. ("Apple") filed its Motion for Leave to Amend its Disclosure of Asserted Claims & Infringement Contentions ("Motion").  The hearing on this Motion shall take place on November 6, 2012, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5 of the above-entitled court, located at United States District Court for the Northern District of California, Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113.

Concurrently with the Motion, Apple filed the Declaration of Emily Fedman in Support of the Motion.  Apple has since discovered two errors.  First, attached to the Declaration of Emily Fedman was Exhibit 9, a table summarizing which Samsung devices Apple accused of infringing particular claims of Apple's patents.  Attached hereto is a corrected Exhibit 9 to the Declaration of Emily Fedman which contains corrections for United States Patent No. 8,046,721 (the "'721 patent") and United States Patent No. 5,946,647 (the "'647 patent").  Specifically, and consistent with the claim charts served on October 5, 2012, Apple is correcting Exhibit 9 to reflect that Apple has accused the Illusion and the Stratosphere of infringing claim 2 of the '721 patent and that Apple has amended the '647 patent claim chart for the Galaxy Tab 7.0 Plus (Wi-Fi) to remove claim 8.

Second, attached as Exhibit 122 to the Declaration of Emily Fedman was an amended claim chart for the Galaxy Nexus' infringement of United States Patent No. 7,761,414 (the "'414 patent").  Apple's counsel removed an improper footnote that had been attached to the link to the website listing the Specifications for the Galaxy Nexus.  However, counsel failed to update the link itself.  The link on page 7 of the chart served on October 5, 2012, read, http://www.samsung.com/uk/support/model/GT-I9300MBDBTU-techspecs, but should instead read, http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs, as should every other reference to Specifications of the Galaxy Nexus throughout the '414 infringement chart.

Dated: October 9, 2012                                                                 GIBSON, DUNN & CRUTCHER LLP

By:   /s/ *H. Mark Lyon*
         H. Mark Lyon
         ***Attorney for Apple Inc.***

NOTICE OF CORRECTIONS TO THE
DECLARATION OF EMILY FEDMAN
12-cv-00630-LHK (PSG)                                            1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil 5 Local Rule 5.4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: October 9, 2012                                   /s/ *H. Mark Lyon*
                                                                           H. Mark Lyon