## Asserted Claims for Each Accused Instrumentality

| Device[1] | '172 Patent | '604 Patent | '647 Patent | '721 Patent | '414 Patent | '502 Patent | '760 Patent | '959 Patent |
|---|---|---|---|---|---|---|---|---|
| Admire (Metro PCS) | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 3-5, 7-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Captivate Glide (AT&T) | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-4, 6-8, 10-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 3, 7-8, 10, 12-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Conquer 4G (Sprint) | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 3-5, 7-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Dart (T-Mobile) | ----- | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-4, 6-8, 10-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1-3, 7-8, 10, 12-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Galaxy Exhibit 4G/Exhibit II 4G (T-Mobile) | 2-6, 9-12, 17-21, 23-25, 27- | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-4, 6-8, 10-15 | 1-2, 4, 6-7, 10-12, 14, 16- | 1-2, 4-5, 8, 11, 13-17, 20, | 1, 3, 7-8, 10, 12-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, |

---

[1] The indicated carriers and any unlocked version apply to the claim charts for each device whether or not the claim charts specify a particular carrier or an unlocked version.

| Device[1] | '172 Patent | '604 Patent | '647 Patent | '721 Patent | '414 Patent | '502 Patent | '760 Patent | '959 Patent |
|---|---|---|---|---|---|---|---|---|
| | 37 | | | | 17, 20-24, 26-28, 30-32 | 22-24, 26 | | 22-25, 27-30, 32-33 |
| Galaxy Nexus[2] (Sprint, Verizon, and unlocked) | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 4, 7-8, 11-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 3-5, 7-13, 16-22 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Galaxy Note (T-Mobile) | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | ----- | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1, 2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 3, 7-8, 10, 12-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Galaxy Note 10.1 | ----- | ----- | 1-2, 4, 6, 9 | ----- | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1, 2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | ----- | ----- |
| Galaxy Player 4.0 | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | ----- | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | ----- | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |

---

[2] The claim charts for the Galaxy Nexus includes both original operating system and, as applicable, updates to the Jelly Bean operating system.

| Device[1] | '172 Patent | '604 Patent | '647 Patent | '721 Patent | '414 Patent | '502 Patent | '760 Patent | '959 Patent |
|---|---|---|---|---|---|---|---|---|
| Galaxy Player 5.0 | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | ----- | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | ----- | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Galaxy SII (AT&T and T-Mobile) [3] | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-4, 6-8, 10-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 3, 7-8, 10, 12-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Galaxy SII Epic 4G Touch (Sprint) | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-4, 6-8, 10-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 3, 7-8, 10, 12-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Galaxy SII Skyrocket (AT&T) | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-4, 6-8, 10-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1, 3, 7-8, 10, 12-13, 16-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Galaxy SIII (AT&T, Sprint, T-Mobile, and Verizon) | ----- | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | ----- | 1-2, 4, 6-7, 10-12, 14, 16- | 1-2, 4-5, 8, 11, 13-17, 20, | 1, 3-5, 7-13, 16-22 | 1-5, 9-12, 14-17, 19-20, 22- |

---

[3] Please note that the claim charts for the Galaxy SII specify either AT&T or T-Mobile, but the charts apply equally for AT&T and T-Mobile.

| Device[1] | '172 Patent | '604 Patent | '647 Patent | '721 Patent | '414 Patent | '502 Patent | '760 Patent | '959 Patent |
|---|---|---|---|---|---|---|---|---|
| | | | | | 17, 20-24, 26-28, 30-32 | 22-24, 26 | | 25, 27-30, 32-33 |
| Galaxy Tab 7.0 Plus (WiFi) | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 9 | 1-2, 4, 7-8, 11-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | ----- | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Galaxy Tab 8.9 (AT&T and WiFi) | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1-2, 4, 7-8, 11-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | ----- | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Illusion (Verizon) | ----- | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1-2, 4-5, 7-9, 11-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1-3, 7-8, 10, 12-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Stratosphere (Verizon) | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1-2, 4-5, 7-9, 11-15 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1-3, 7-8, 10, 12-22 | 1-3, 5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 |
| Transform Ultra (Sprint and Boost Mobile) | 2-6, 9-12, 17-21, 23- | 1, 6, 11, 16-21 | 1-2, 4, 6, 8-9 | 1, 3-4, 6-8, 10-15 | 1-2, 4, 6-7, 10-12, | 1-2, 4-5, 8, 11, 13- | 1, 3-5, 7-13, 16-22 | 1-3, 5, 9-12, 14-17, |

4

| Device[1] | '172 Patent | '604 Patent | '647 Patent | '721 Patent | '414 Patent | '502 Patent | '760 Patent | '959 Patent |
|---|---|---|---|---|---|---|---|---|
|  | 25, 27-37 |  |  |  | 14, 16-17, 20-24, 26-28, 30-32 | 17, 20, 22-24, 26 |  | 19-20, 22-25, 27-30, 32-33 |