JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and Counterclaim-
Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a | Civil Action No. 12-CV-00630-LHK<br><br>**JURY TRIAL DEMANDED**<br><br>**APPLE INC.'S RESPONSE TO SAMSUNG'S MOTION FOR LEAVE TO SUPPLEMENT ITS INFRINGEMENT CONTENTIONS**<br><br>Date: November 6, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5<br>Judge: Honorable Paul S. Grewal |

| | |
|---|---|
| 1 | Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
| 2 | |
| 3 | |
| 4 | Counterclaim-Plaintiffs, |
| 5 | v. |
| 6 | APPLE INC., a California corporation, |
| 7 | Counterclaim-Defendant. |

On October 1, 2012, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC ("Samsung") moved for leave to amend its infringement contentions to add the iPhone 5 as an accused product. (Docket No. 267.) Samsung argues that good cause exists because the iPhone 5 was unreleased at the time the parties exchanged their original contentions. (*Id*. at 3.) Further, Samsung contends that Apple Inc. ("Apple") would not be prejudiced by the addition of the iPhone 5 because it "has the same functionality as the previously accused versions of the iPhone, so that proof of infringement of the patents-in-suit by the iPhone 5 is the same as for other Apple devices already accused of infringement in this litigation." (*Id.*)

On October 5, 2012, Apple filed a Motion for Leave to Amend its Disclosure of Asserted Claims & Infringement Contentions. In its motion, Apple seeks leave to amend its infringement contentions to include recently-released Samsung products and software operating systems.[1] (Dkt. No. 269 at 5.) Apple's proposed amendments would introduce no new infringement theories or asserted claims. (*Id.* at 5-6.)

Given that both parties are seeking the same relief, Apple does not oppose Samsung's motion for leave to the extent that both parties are granted leave to amend their infringement contentions to add the recently-released products.

---

[1] Apple also moved for leave to amend its infringement contentions to make minor clarifying changes to several charts and include information that was mistakenly omitted, but previously disclosed to Samsung. Dkt. No. 269 at 5.

- 2 -

Case No. 12-cv-00630-LHK
**APPLE INC.'S RESPONSE TO
SAMSUNG'S MOTION FOR LEAVE
TO SUPPLEMENT INVALIDITY CONTENTIONS**

| | |
|---|---|
| Dated: October 15, 2012 | /s/ Mark D. Selwyn |

Josh A. Krevitt (SBN 208552)
(*jkrevitt@gibsondunn.com*)
H. Mark Lyon (SBN 162061)
(*mlyon@gibsondunn.com*)
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Michael A. Jacobs (SBN 111664)
(*mjacobs@mofo.com*)
Richard S.J. Hung (SBN 197425)
(*rhung@mofo.com*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone: ( 415) 268-7000
Facsimile: (415) 268-7522

Mark D. Selwyn (SBN 244180)
(*mark.selwyn@wilmerhale.com*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(*william.lee@wilmerhale.com*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

Case No. 12-cv-00630-LHK
**APPLE INC.'S RESPONSE TO
SAMSUNG'S MOTION FOR LEAVE
TO SUPPLEMENT INVALIDITY CONTENTIONS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 15, 2012, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.  Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/  Mark D. Selwyn*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Mark D. Selwyn