John M. Caracappa (admitted *pro hac vice*)
**STEPTOE & JOHNSON LLP**
1330 Connecticut Ave., NW
Washington, DC  20036
Phone:  (202) 429-3000
Facsimile:  (202) 429-3902
Email: jcaracappa@steptoe.com

Michael R. Heimbold (SBN 173981)
**STEPTOE & JOHNSON LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Phone:  (310) 734-3200
Facsimile:  (310) 734-3300
Email: mheimbold@steptoe.com

Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.:   12-cv-00630-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants | |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Michael R. Heimbold hereby appears in this matter on behalf of Defendants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC and requests that all notices and/or papers filed or served in this matter be served on Defendants' counsel at the following address:

> Michael R. Heimbold (SBN 173981)
>
> STEPTOE & JOHNSON LLP
>
> 2121 Avenue of the Stars, Suite 2800
>
> Los Angeles, CA 90067
>
> Phone: (310) 734-3220
>
> Fax:  (310) 734-3300
>
> Email:  mheimbold@steptoe.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only all notices and papers, but also includes, without limitation, orders and notices of any pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

STEPTOE & JOHNSON LLP


By:   /s/  Michael R. Heimbold
    John M. Caracappa (admitted *pro hac vice*)
    Michael R. Heimbold (SBN 173981)

Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

---

1
NOTICE OF APPEARANCE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served via ECF on counsel for all parties in this case this day of October 16, 2012.

/s/ Michael R. Heimbold