1  John M. Caracappa (admitted *pro hac vice*)
   **STEPTOE & JOHNSON LLP**
2  1330 Connecticut Ave., NW
   Washington, DC  20036
3  Phone:  (202) 429-3000
   Facsimile:  (202) 429-3902
4  Email: jcaracappa@steptoe.com

5  Michael R. Heimbold (SBN 173981)
   Huan-Yi Lin (SBN 220304)
6  **STEPTOE & JOHNSON LLP**
   2121 Avenue of the Stars, Suite 2800
7  Los Angeles, CA 90067
   Phone:  (310) 734-3200
8  Facsimile:  (310) 734-3300
   Email: mheimbold@steptoe.com
9  Email: hlin@steptoe.com

10 Attorneys for Defendants SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS AMERICA,
11 INC., and SAMSUNG TELECOMMUNICATIONS
12 AMERICA, LLC

13                **UNITED STATES DISTRICT COURT**

14            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  APPLE, INC., a California corporation, | Case No.:   12-cv-00630-LHK |
| 17           Plaintiff, | **NOTICE OF APPEARANCE** |
| 18      vs. | |
| 19  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24           Defendants | |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Huan-Yi Lin hereby appears in this matter on behalf of Defendants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC (collectively "Samsung") and requests that all notices and/or papers filed or served in this matter be served on Samsung's counsel at the following address:

Huan-Yi Lin (SBN 220304)

STEPTOE & JOHNSON LLP

2121 Avenue of the Stars, Suite 2800

Los Angeles, CA 90067

Phone: (310) 734-3200

Fax: (310) 734-3300

Email: hlin@steptoe.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only all notices and papers, but also includes, without limitation, orders and notices of any pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

STEPTOE & JOHNSON LLP

By:  /s/ Huan-Yi Lin
   John M. Caracappa (admitted *pro hac vice*)
   Michael R. Heimbold (SBN 173981)
   Huan-Yi Lin (SBN 220304)

Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served via ECF on counsel for all parties in this case this day of October 16, 2012.

/s/ Huan-Yi Lin