| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | STEPTOE & JOHNSON, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com | John Caracappa (*pro hac vice*) jcaracappa@steptoe.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com | 1330 Connecticut Avenue, NW Washington, D.C. 20036 |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 | Telephone: (202) 429-6267 Facsimile: (202) 429-3902 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 | |

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL OF PATRICK M. SHIELDS AS COUNSEL OF RECORD** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a), the undersigned
3   requests that Patrick M. Shields of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"),
4   currently counsel of record for defendants and counterclaimants Samsung Electronics Co., Ltd.,
5   Samsung Electronics America, LLC, and Samsung Telecommunications America, LLC
6   (collectively, "Samsung"), be withdrawn as counsel in this case.

7   Other counsel of record from Quinn Emanuel and from Steptoe & Johnson, LLP will
8   continue to represent Samsung.   As such, withdrawal of Mr. Shields will cause no prejudice to
9   any party or delay in the case schedule.

11  DATED:   October 16, 2012           QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

                                        By */s/ Patrick M. Shields*
                                           Patrick M. Shields
                                           Attorney for Defendants and Counterclaimants
                                           SAMSUNG ELECTRONICS CO., LTD.,
                                           SAMSUNG ELECTRONICS AMERICA, INC.,
                                           and SAMSUNG TELECOMMUNICATIONS
                                           AMERICA, LLC