1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL OF PATRICK M. SHIELDS AS COUNSEL OF RECORD |

The Court having considered the request by Patrick M. Shields to withdraw as counsel of record for defendants and counterclaimants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, the request is hereby GRANTED.

IT IS SO ORDERED.

DATED:        Qevqdgt '39. '4234

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

02198.51981/5011529.1

Case No. 12-CV-00630-LHK
[PROPOSED] ORDER GRANTING WITHDRAWAL OF PATRICK M. SHIELDS