# EXHIBIT A

**Exhibit 69 – Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 1 of U.S. Patent No. 8,086,604 | Infringement by the Samsung Admire |
|---|---|
| A method for locating information in a network using a computer, comprising[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Admire performs a method for locating information in a network using a computer.<br><br>For instance, the Samsung Admire includes a 800 MHz processor CPU, 196 MB of on-board memory, a 3.5" TFT screen, CDMA/EVDO and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a network using a computer.<br><br> |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

**Exhibit 81 – Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 1 of U.S. Patent No. 8,086,604 | Infringement by the Samsung Admire |
|---|---|
| A method for locating information in a network using a computer, comprising[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Admire performs a method for locating information in a network using a computer. For instance, the Samsung Admire includes a 800 MHz processor CPU, 196 MB of on-board memory, a 3.5" TFT screen, CDMA/EVDO and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a network using a computer. |



---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

**Exhibit 70 – Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 1 of U.S. Patent No. 8,086,604 | Infringement by the Samsung AT&T Galaxy S II Skyrocket |
|---|---|
| A method for locating information in a network using a computer, comprising[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung AT&T Galaxy S II Skyrocket performs a method for locating information in a network using a computer. For instance, the Samsung AT&T Galaxy S II Skyrocket includes a 1.5 GHz dual-core processor CPU, 16 GB of on-board memory, a 4.5" Super AMOLED Plus screen, 4G LTE and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a network using a computer. |

**Memory**

| | |
|---|---|
| Internal Memory | 16GB |
| External Memory/microSD™ Capacity | microSD™ card |

**Display**

| | |
|---|---|
| Main Display Resolution | 800x480 pixels |
| Main Display Size | 4.5" |
| Main Display Technology | Super AMOLED™ Plus |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

**Exhibit 82 – Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 1 of U.S. Patent No. 8,086,604 | Infringement by the Samsung AT&T Galaxy S II Skyrocket |
|---|---|
| A method for locating information in a network using a computer, comprising[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung AT&T Galaxy S II Skyrocket performs a method for locating information in a network using a computer.<br><br>For instance, the Samsung AT&T Galaxy S II Skyrocket includes a 1.5 GHz dual-core processor CPU, 16 GB of on-board memory, a 4.5" Super AMOLED Plus screen, 4G LTE and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a network using a computer.<br><br>**Memory**<br>Internal Memory — 16GB<br>External Memory/microSD™ Capacity — microSD™ card<br><br>**Display**<br>Main Display Resolution — 800x480 pixels<br>Main Display Size — 4.5"<br>Main Display Technology — Super AMOLED™ Plus |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

**Exhibit 71 – Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 1 of U.S. Patent No. 8,086,604 | Infringement by the Samsung AT&T Galaxy S II |
|---|---|
| A method for locating information in a network using a computer, comprising[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung AT&T Galaxy S II performs a method for locating information in a network using a computer.<br><br>For instance, the Samsung AT&T Galaxy S II includes a 1.2 GHz dual-core processor CPU, 16 GB of on-board memory, a 4.3" Super AMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a network using a computer.<br><br> |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

**Exhibit 83 – Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 1 of U.S. Patent No. 8,086,604 | Infringement by the Samsung AT&T Galaxy S II |
|---|---|
| A method for locating information in a network using a computer, comprising[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung AT&T Galaxy S II performs a method for locating information in a network using a computer.<br><br>For instance, the Samsung AT&T Galaxy S II includes a 1.2 GHz dual-core processor CPU, 16 GB of on-board memory, a 4.3" Super AMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a network using a computer.<br><br>**CPU / Processor**<br>Processor Speed, Type — 1.2 GHz, Dual Core (Samsung Exnyos C210)<br><br>**Display**<br>Main Display Resolution — 480x800 Pixel<br>Main Display Size — 4.3"<br>Main Display Technology — Super AMOLED Plus<br>Touch Screen — Yes |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

# EXHIBIT B

**John McKee**

| | |
|---|---|
| **From:** | Wilkins, Angela [AWilkins@gibsondunn.com] |
| **Sent:** | Tuesday, June 19, 2012 2:46 AM |
| **To:** | Charles K Verhoeven; Kevin Smith; Kevin Johnson; Michael Fazio; Patrick Shields; Victoria Maroulis |
| **Cc:** | *** Apple/Samsung; Hung, R.; Clementine |
| **Subject:** | 12cv630 - Claim Chart Replacements - Exs. 98, 99, 129, 136 |

Counsel,

As part of Apple Inc.'s June 15, 2012 Disclosure of Asserted Claims and Infringement Contentions, we inadvertently uploaded to the FTP two versions of the '647 patent claim charts for each of the Galaxy Tab 8.9 and the Galaxy Tab 7.0 and therefore did not upload the '647 patent claim charts for the Galaxy Player 4.0 and the Galaxy Player 5.0.  The Galaxy Tab 8.9 charts were incorrectly uploaded as both Exhibits 129 and 135 and the Galaxy Tab 7.0 charts were uploaded as both Exhibits 136 and 137.  We have replaced Exhibits 129 and 136 on the FTP with the Galaxy Player 4.0 and Galaxy Player 5.0 charts, respectively.

We also inadvertently uploaded incorrect versions of the '721 patent claim charts for the Samsung Illusion (Exhibit 98) and the Samsung Stratosphere (Exhibit 99).  We have posted corrected versions of the charts to the FTP.  Please delete any copies of the original versions of Exhibits 98, 99, 129, and 136 immediately.

**FTP CREDENTIALS:**
**Host:** sftp.gibsondunn.com
**Username:** 03290-00026-iz

The password for the FTP site will be sent separately.

Please let me know if you have any questions.

**Angela  Wilkins**
Senior Paralegal

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Dallas, TX 75201-6912
Tel +1 214.698.3145 • Fax +1 214.571.2900
AWilkins@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

# EXHIBIT C

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-2933
Tel 415.393.8200
www.gibsondunn.com

Emily L. Fedman
Associate Attorney
Direct: +1 415.393.8269
Fax: +1 415.374.8499
EFedman@gmail.com

August 7, 2012

VIA E-MAIL

Patrick M. Shields
Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California  90017

Re:     Apple's Infringement Charts

Dear Patrick:

I have enclosed and updated version of Exhibit 93 from Apple's infringement contentions as well as infringement charts that were disclosed in our June 15, 2012 disclosures, but inadvertently left off our ftp site during delivery, Exhibits 87, 141 and 142.

Sincerely,

Emily L. Fedman

ELF/cjd
Attachments

# EXHIBIT D

**John McKee**

---

| | |
|---|---|
| **From:** | Rho, Jennifer [JRho@gibsondunn.com] |
| **Sent:** | Monday, October 01, 2012 6:48 PM |
| **To:** | Patrick Shields |
| **Cc:** | Lyon, H. Mark; Krevitt, Josh; Hung, R.; *** Apple/Samsung; Clementine; 'Mark Selwyn (Mark.Selwyn@wilmerhale.com)'; Michael Fazio; William Price |
| **Subject:** | RE: Apple v. Samsung, Case No. 12-cv-630-LHK |

Patrick,

Further pursuant to my email below, Apple has placed its proposed infringement contentions on the FTP site with these credentials, in the folder titled "Proposed Infringement Contentions."

**FTP CREDENTIALS:**
**Host:** sftp.gibsondunn.com
**Username:** 03290-00026-iz
**Password:** [will follow in next email]

We look forward to speaking with you about both motions to amend infringement contentions tomorrow during our meet and confer.

Best,
Jennifer

**Jennifer J. Rho**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7103 • Fax +1 213.229.6103
JRho@gibsondunn.com • www.gibsondunn.com

---

**From:** Rho, Jennifer
**Sent:** Monday, October 01, 2012 3:00 PM
**To:** Patrick Shields
**Cc:** Lyon, H. Mark; Krevitt, Josh; Hung, R.; *** Apple/Samsung; Clementine; 'Mark Selwyn (Mark.Selwyn@wilmerhale.com)'; Michael Fazio; William Price
**Subject:** RE: Apple v. Samsung, Case No. 12-cv-630-LHK

Patrick,

We have discussed internally regarding this motion, and would like to meet and confer with you tomorrow.  We are available after 4pm PT.

Additionally, we would like to discuss Apple's draft motion to amend infringement contentions.  The charts are being put on an FTP site, for which I will send the credentials shortly.

Thank you very much,
Jennifer

**Jennifer J. Rho**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7103 • Fax +1 213.229.6103
JRho@gibsondunn.com • www.gibsondunn.com

**From:** Patrick Shields [mailto:patrickshields@quinnemanuel.com]
**Sent:** Friday, September 28, 2012 1:48 PM
**To:** Rho, Jennifer
**Cc:** Lyon, H. Mark; Krevitt, Josh; Hung, R.; *** Apple/Samsung; Clementine; 'Mark Selwyn
(Mark.Selwyn@wilmerhale.com)'; Michael Fazio; William Price
**Subject:** RE: Apple v. Samsung, Case No. 12-cv-630-LHK

Jennifer,

Pursuant to our discussions last week, attached i am sending you Samsung's proposed supplemental infringement
contentions regarding the iPhone 5.  Samsung intends to file a motion pursuant to Patent Local Rule 3-6 to add these
contentions on Monday, October 1.  Please let us know by 3pm on Monday if Apple has a position on the motion.  If you
would like to discuss by phone between now and then, just let me know.


best regards,
patrick



**Patrick Shields**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213-443-3122 Direct
213.443.3000 Main Office Number
213.443.3100 Facsimile
patrickshields@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

# EXHIBIT E



Send a release

Become a member   Member sign in
For journalists   For bloggers
Global sites

**Search**                    Advanced Search

○ Products & Services   ○ News Releases

[                    ] →

Products & Services          Knowledge Center          Browse News Releases          Contact PR Newswire

See more news releases in Internet Technology | Household, Consumer & Cosmetics | Retail | Computer Electronics | Computer Hardware | Consumer Electronics |
Social Media | Mobile Entertainment | Telecommunications Equipment | Telecommunications Industry | New Products & Services

# Samsung GALAXY Note 10.1 Has Arrived

## Game-Changing Device Hits U.S. Store Shelves Tomorrow

    

NEW YORK, Aug. 15, 2012 /PRNewswire/ -- Samsung Electronics America Inc., a market leader
and award-winning innovator in consumer electronics, today announced its highly anticipated
GALAXY Note 10.1 for the U.S. market. The device will be available for purchase tomorrow - August
16th, 2012 - across the U.S. at authorized retailers.

(Photo: http://photos.prnewswire.com/prnh/20120815/NY57695 )

At a launch event in New York City, Samsung will be joined by fashion designer Zac Posen , who
has created looks for the most elite stars, and acclaimed writer, producer, director Baz Luhrmann ( William Shakespeare 's
Romeo+Juliet, Moulin Rouge and the forthcoming The Great Gatsby). Each will provide a window into their own creative process,
and how the GALAXY Note 10.1 will unleash new levels of inspiration in their work.

The GALAXY Note 10.1 extends the **GALAXY Note** category, building on the success of last year's worldwide hit smartphone –
and delivering the functionality and precision of a pen and paper by combining the S Pen with a 10.1-inch large display.

Adobe's premium creative application, **Photoshop® Touch** is preloaded and optimized for Samsung's S Pen to deliver
unprecedented precision and control.

The device also introduces the game changing **Multiscreen** feature, which allows users to actually operate two different apps
side-by-side, simultaneously, on the same screen.

Thanks to a 1.4GHz quad-core processor and 2 GB RAM, the GALAXY Note 10.1 can handle it all without missing a beat.

"Our goal with the Samsung GALAXY Note 10.1 was simple – redefine the tablet experience," said Tim Baxter , President,
Samsung Electronics America. "The S Pen offers both active content creation as well as passive content consumption, while the
Multiscreen capability finally enables true multitasking. For the user, the resulting experience is completely new and quite
unexpected."

**True Multitasking with Multiscreen Feature**

With GALAXY Note 10.1's **Multiscreen** feature, users can effortlessly utilize two different applications side-by-side simultaneously
for true and easy multitasking. Users can view Web pages or videos, or launch other applications while writing or sketching ideas
with the S Pen on the other half of the screen – no need to toggle back and forth between apps.

Further, users can even capture and crop images from an app on one side, and drag them to an app on the side – for enhanced
creativity and productivity.

Apps supported for Multiscreen are S Note, Internet Browser, Video Player, Email, Gallery and Polaris Office . The GALAXY Note
10.1 thus meets the increasing needs of a growing mobile workforce, from interfacing with customers to creative sharing.

The GALAXY Note 10.1 also offers the **Pop up Play** feature first introduced on the GALAXY S III Smartphone. With it, users can
play back videos in a floating window that can be overlaid anywhere on the screen, providing a "picture in picture" experience.
New for the GALAXY Note 10.1 is the ability to adjust the size of the video window.

In addition, GALAXY Note 10.1 offers a mini-apps tray that can launch a selection of mini-apps on top of others apps and freely
moves around the screen. These include Alarm, S Note, Music Player, Email, Calculator, World Clock.

**S Pen & S Note Make it Personal**

Featuring an advanced S Pen with 1,024 levels of sensitivity, GALAXY Note 10.1 is designed for natural and intuitive content
creation. The S Pen is embedded directly into a slot in the device and when removed, activates a taskbar with quick access to
optimized S Pen apps such as S Note, Adobe® Photoshop® Touch and Polaris Office.  Alternatively, users can easily set their
preferred application to be launched instantly.

**The S Note** application is a unique tool that gives users the ability to combine notes and sketches with other digital content in
ready-to-use templates. Shape Match converts hand-drawn shapes such as a square and lines into clean and perfect versions –
perfect for creating charts. Formula Match can actually solve formulas hand-written with the S Pen.

S Note is also integrated with knowledge search engines so that users can search for content, obtain information, and easily drag
and drop content onto S Notes without having to switch between screens.

## More by this Source

Samsung Brings the GALAXY Tab 2
Back to School with Student Edition
Bundle adding Keyboard Dock and
USB Adapter at no extra cost
Aug 17, 2012, 12:00 ET

View All News by this Source

## Featured Video

## Journalists and Bloggers



Visit **PR Newswire for
Journalists** for releases, photos,
ProfNet experts, and customized
feeds just for Media.

View and download archived
video content distributed by
MultiVu on **The Digital Center**.

## Adobe Photoshop Touch – Edit Photos Like Never Before

**Adobe® Photoshop® Touch**, normally a $9.99 purchase, is preloaded on the GALAXY Note 10.1. Further, since it is optimized for S Pen, users are able to control brush size and opacity by just adjusting the pressure of the pen on the screen.

"Samsung's GALAXY Note 10.1, with its pressure-sensitive S Pen, truly unleashes the power of Adobe Photoshop Touch and provides a great tool for creative expression," said Winston Hendrickson , vice president products, Creative Media Solutions, Adobe. "More than ever, people around the world want to create, wherever and whenever inspiration strikes. We look forward to seeing what they imagine with the S Pen and Photoshop Touch."

Users can also use popular Photoshop features such as layers, selection tools, adjustments, and filters to create mind-blowing images, or use the high quality GALAXY Note 10.1 camera to fill an area on a layer with the unique camera fill feature.

With Photoshop Touch, it's also a snap to add or remove people or objects from a photo, or blend two photos together.

To get users started quickly, in-depth step-by-step tutorials are provided to help users learn techniques the pros use for great-looking results.

Photoshop Touch is integrated with Adobe Creative Cloud providing users free access to powerful file syncing and sharing features and 2GB of storage space. Files can be synced to the Creative Cloud and opened in Photoshop on the desktop or laptop for further refinement.

## The Ultimate ebook Experience

Samsung is adding even more value through a range of partners.

Kno, a pioneer in education software, will offer its e-textbook platform preloaded on the GALAXY Note 10.1. With it, k-12 or higher education students can say goodbye to heavy backpacks filled with books and instead, download any of thousands of interactive textbooks. Even better, with the new Social Sharing feature announced today, they can utilize the S Pen to highlight and annotate the texts, and share those annotations with other students and teachers in the context of their book.

The popular **NOOK® free reading app** from **Barnes & Noble** will also be preloaded on the GALAXY Note 10.1 as well as a customized NOOK for Android™ Widget allowing quick and easy access to titles directly from the desktop.

A range of other partners are involved as well, delivering a complete solution.

To allow seamless collaboration with others, the GALAXY Note 10.1 offers a free two-year subscription to **Dropbox**, giving users 50 GB of storage space – a $100 value.*

**Samsung Smart Remote**, powered by **Peel**, utilizes the built-in IR emitter in the GALAXY Note 10.1 to transform the device into a sophisticated universal remote control that can control an entire home entertainment system and even recommend programs.

Finally, **Polaris Office** lets provides robust word processing, spreadsheet and presentation capabilities, while S Pen support makes it a snap to mark up and annotate documents.

## Superior Hardware Performance and Connectivity

GALAXY Note 10.1 is designed with advanced hardware technology, including a 1.4GHz quad-core processor and 2GB of internal RAM. Seamless multi-tasking, high-standard graphics, and blazing-fast performance without any lag are essential features of GALAXY Note 10.1. The device also includes a 5-megapixel main camera and a 1.9-megapixel front-facing camera.

The GALAXY Note 10.1 carries over several features first introduced with the hit GALAXY S III smartphone, making it an ideal companion tablet for owners of that devices. ShareShot which makes it a snap to automatically share photos in real time between the GALAXY Note 10.1 and the GALAXY S III.

**Smart Stay**, first introduced with the GALAXY S III, uses the camera in the GALAXY Note 10.1 to prevent the device from going into standby mode while it detects a user in front of the device.

Finally, with **AllShare® Play**, users can share content with a large group in real-time by connecting GALAXY Note 10.1 to Samsung HD TVs, phones, mobile tablets, laptops, and other consumer electronic devices on the same network. With **Group Cast**, users can also share and collaborate on documents, presentations, or images in real time, without loading the files separately.

## Available Aug 16th Across the U.S.

GALAXY Note 10.1 will be available beginning Aug 16th nationwide at partners including Best Buy, Amazon, Tiger Direct, HH Gregg, CDW, BrandSmart, Conn's and Fry's.

In a special promotion, Samsung will also be making the GALAXY Note 10.1 available at BBY's Union Square store in NYC beginning at noon EDT today, Aug 15th.

The device will be available in choice of white or dark gray, and in 16 GB or 32 GB memory configurations, for $499 or $549 SRP, respectively.

Available accessories include replacement S Pen, S Pen Holder Kit, Book Cover in Grey or White, Travel Charger, USB Connection Kit to allow usage of thumb drives or USB peripherals, HDMI adapter and Universal Desktop Dock.

For multimedia content and more detailed information, please visit www.samsungmobilepress.com.

## Samsung GALAXY Note 10.1 Product Specifications

| | |
|---|---|
| **Processor** | 1.4 GHz quad-core processor |
| **Display** | 255.8mm (10.1") WXGA(1280x800) LCD + Digitizer |
| **OS** | Android 4.0 (Ice Cream Sandwich) |
| **Camera** | Main(Rear): 5 Megapixel Auto Focus Camera with LED Flash<br>Sub(Front): 1.9 Megapixel VT Camera |

| Video | Codec: MPEG4, H.263, H.264, VC-1, DivX, WMV7, WMV8, WMV9, VP8 |
| | Format: 3GP(MP4), WMV(ASF), AVI, FLV, MKV, WebM |
| | Full HD(1080p) Playback & HD Recording |
| Audio | Codec: MP3, OGG, WMA, AAC, ACC+, eAAC+, AMR(NB,WB), MIDI, WAV, AC-3, Flac |
| | Music Player with SoundAlive |
| | 3.5mm Ear Jack |
| S Pen Optimized Features | S Pen Experience (S Note, S Planner) |
| | (* more S Pen optimized apps are available via Samsung Apps) |
| | Multiscreen |
| | Adobe® Photoshop® Touch |
| | Shape Match, Formula Match |
| | Polaris Office |
| | Kno |
| Sharing Features | Samsung AllShare Play / Samsung AllShare Cast / ShareShot |
| | Samsung Kies /Samsung Kies Air |
| Content Features & Services | Samsung TouchWiz / Samsung L!ve Panel |
| | Samsung Apps |
| | Samsung Hub |
| | - Music Hub / Game Hub / Media Hub |
| | Samsung S Suggest |
| | Samsung ChatOn mobile communication service |
| | Google Search, Google Maps, Gmail, Google Latitude |
| | Google Play Store, Google Play Books, Google Play Movies |
| | Google Plus, YouTube, Google Talk, Google Play Music |
| | Google Places, Google Navigation, Google Downloads |
| Enterprise Solutions | Exchange ActiveSync |
| | On-Device Encryption |
| | Cisco VPN (Virtual Private Network) |
| | Juniper Junos Pulse VPN |
| Connectivity | Bluetooth technology v 4.0 (Apt-X Codec support) |
| | USB 2.0 Host |
| | Wi-Fi 802.11 a/b/g/n (2.4 & 5 GHz), Wi-Fi Direct, Wi-Fi Channel Bonding |
| | mHL, 3.5mm, IR LED(Smart Remote: Universal Remote Control) |
| Sensor | Accelerometer, Digital compass, Light, Gyroscope |
| Memory | 16/32 GB User memory + 2GB (RAM) |
| | microSD (up to 32 GB) |
| Dimension | 262 x 180 x 8.9 mm, 597g |
| Battery | Standard battery, Li-ion 7,000mAh |

*All functionality, features, specifications and other product information provided in this document including, but not limited to, the benefits, design, pricing, components, performance, availability, and capabilities of the product are subject to change without notice or obligation.

*Android, Google, Android Beam, Google Search, Google Maps, Gmail, Google Latitude, Google Play Store, Google Play Books, Google Play Movies, Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads are trademarks of Google Inc.

*See www.dropbox.com/help/338 for terms and conditions of Dropbox offer.

Adobe and Photoshop are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries

**About Samsung Electronics America**

Headquartered in Ridgefield Park, NJ, Samsung Electronics America, Inc. (SEA), a wholly owned subsidiary of Samsung Electronics Co., Ltd., markets a broad range of award-winning, digital consumer electronics and home appliance products, including HDTVs, home theater systems, MP3 players, digital imaging products, refrigerators and washing machines. A recognized innovation leader in consumer electronics design and technology, Samsung is the HDTV market leader in the U.S. Please visit www.samsung.com for information.

SOURCE Samsung Electronics America Inc.

2            Next in Internet Technology News

**Custom Packages**

Browse our custom packages or build your own to meet your unique communications needs.

Start today.

**PR Newswire Membership**

Fill out a PR Newswire membership form or contact us at (888) 776-0942.

**Learn about PR Newswire services**

Request more information about PR Newswire products and services or call us at (888) 776-0942.

Site Preview          Close Site Preview          View FullScreen

NEWS   ABOUT SAMSUNG

SHOP PRODUCTS            BUSINESS SOLUTIONS            CONNECTED LIVING

MY ACCOUNT               SUPPORT

The Latest
TV & Video
Mobile
Photo
Computing
Home Appliances
The Ultimate
Viewing Experience



See the 75" ES9000 TV ›
The Next Big Thing
Meet the Galaxy Note II ›



---

About PR Newswire | Contact PR Newswire | PR Newswire's Terms of Use Apply | Careers | Privacy | Site Map | RSS Feeds | Blog
Copyright © 2012 PR Newswire Association LLC. All Rights Reserved.
A UBM plc company.
Dynamic Site Platform powered by Limelight Networks.

# EXHIBIT F

NEWS   ABOUT SAMSUNG

LOGIN   HELP WITH MY ORDER   CART (0)

Search

SHOP PRODUCTS        BUSINESS SOLUTIONS        CONNECTED LIVING

MY ACCOUNT           SUPPORT

You are here : Home > U.S. News Center

**Media Alerts**

SAMSUNG Mobile Unveils Premium Accessory Suite For Galaxy Tab™ 10.1

**Samsung Galaxy Tab 10.1, the world's thinnest mobile tablet, now supported by exclusive accessory portfolio offering convenient, portable solutions in docking, charging and convertibility; Available online at Samsung.com**



About Samsung
Welcome to Samsung

Corporate Profile
Investor Relations
Sustainability
Citizenship
Our Businesses
Global Procurement
Management
Careers

Media Contacts
U.S. News Center
Global News
Samsung Semiconductor News
Search All News





**DALLAS, June 21, 2011** — Samsung Telecommunications America (Samsung Mobile), the No.1 mobile phone provider in the United States1, today announced a line of premium accessories designed exclusively for the Android™ 3.1 **Honeycomb-powered Samsung Galaxy Tab™ 10.1**. The new set of accessories includes an array of docking, charging and convertibility options to provide users with an enhanced mobile experience for the latest in Android tablet computing.

**GALAXY TAB 10.1 KEY ACCESSORIES AVAILABLE NOW**

**Docking Solutions**
The Samsung Galaxy Tab 10.1 accessory portfolio includes several docking solutions for consumers to easily view their favorite movies, listen to music, or quickly empty their inbox on their Galaxy Tab. The Samsung Galaxy Tab 10.1 Multi-Media Dock provides desktop docking in landscape view, allowing users to charge their Galaxy Tab 10.1 while checking email, listening to music via the 3.5 mm stereo line-out port, or viewing their favorite photos in digital picture frame mode. With easy data sync to PC, pictures, videos, music, contacts, and calendar appointments sync smoothly from the Galaxy Tab 10.1 to a home computer. The Multi-Media Dock also includes HDMI pass through, allowing users to connect their docked Galaxy Tab 10.1 to Samsung's Galaxy Tab 10.1 HDMI Adapter (sold separately) to seamlessly transfer multimedia content to a home entertainment center.

With comfortable, soft-touch Android Hotkeys, convenient charging and audio line-out capabilities, the full-size Samsung Galaxy Tab 10.1 Keyboard Dock maximizes the Tab's features while keeping it securely stationed in the weighted, integrated charging and media dock. Meanwhile, the Android Hotkeys give you one touch access to key features like internet, e-mail, music and video controls.

**Protective Casing Options**
The Samsung Galaxy Tab 10.1 line of accessories also provides users multiple protective casing options, with two available now and a third option – the Samsung Galaxy Tab 10.1 Bluetooth Keyboard Case – available later this summer. The Galaxy Tab 10.1 Book Cover Case protects all corners and sides of the Galaxy Tab 10.1 against bumps and scratches while also converting into an easel stand with non-slip feet on the edges. When propped up as an easel stand, the Galaxy Tab 10.1 Book Cover Case holds the Tab higher to easily view multimedia content while standing up, or props it lower as a keyboard stand for owners to use the Galaxy Tab 10.1 touch-screen keyboard

without removing the Tab from its case. Made from premium material, the Galaxy Tab 10.1 Book Cover Case is durable, stylish and always maintains its shape.

Also available now is the Galaxy Tab 10.1 Leather Pouch for the perfect mix of portability and convenience. Made from soft leather, this black protective pouch snugly holds the Galaxy Tab 10.1 and fits easily in luggage or a briefcase, offering users a stylish protective carrying solution with no added weight or bulk.

**Adapters for Multimedia Solutions**
Samsung's popular movie and TV content service, known as Media Hub, has been redesigned with a new user interface for even faster content downloads and will be available on the Galaxy Tab 10.1 through a future software upgrade. The new version of Media Hub also includes an HD Extender, allowing users to play back Media Hub content on their television via Samsung's new HDMI Cable Adapter. This adapter also charges the Galaxy Tab and provides 1080p Video playback.

The Galaxy Tab 10.1 supports USB On-The-Go (OTG), a hardware solution that allows for several USB enhancements that go beyond data sync and charging. In addition to the ability to upload and share multimedia content between the Galaxy Tab 10.1 and other devices, the Galaxy Tab 10.1 USB Adapter utilizes the Tab's USB OTG support and allows seamless connectivity between the Tab 10.1 and USB accessory devices such as keyboards, mice, memory sticks, and other peripherals. After simply plugging the USB Adapter into the Galaxy Tab accessory port, owners are now able to use a keyboard, mouse, or memory stick directly with the Galaxy Tab 10.1 without having to load drivers.

**Additional Galaxy Tab 10.1 Accessories Available Now**
The Galaxy Tab 10.1 accessories lineup also includes a collection of charging and enhancement solutions universal to the entire Galaxy Tab portfolio. Whether at home or abroad, the USB 2A Travel Charger and USB 2A Car Charger allow users to stay powered up while on the go. Each includes a USB to 30 Pin Data Cable that can also be purchased separately.

Additionally, seamlessly interact with your Tab while leaving messy finger prints behind with the Galaxy Tab Conductive Stylus. Finished in attractive chrome and black and styled similar to a premium writing instrument, the Conductive Stylus simulates a finger touch, tap or swipe to provide a full touch screen environment without fingerprints or smudging. The Conductive Stylus is designed with a shirt pocket clip for convenient storage and portability.

Available later this summer, Galaxy Tab 10.1 users can enhance their accessory portfolio with additional solutions for content sharing and protection. The Galaxy Tab 10.1 Bluetooth Keyboard gives users a full-sized wireless keyboard in a super-thin design. The Galaxy Tab 10.1 Bluetooth Keyboard comes in a sleek black leather case that allows for easy tying at an adjustable angle, while the comfortable Android Hotkeys provide shortcuts to users' favorite Tab 10.1 features.

Also later this summer, users can transfer photos and videos directly from their digital camera to their Samsung Galaxy Tab 10.1 with the Samsung SD Card Adapter and USB connection kit. Put the Galaxy Tab 10.1 in digital picture frame mode, and users can easily view slideshows of their favorite photos on the Tab's brilliant 10.1-inch HD touchscreen display with WXGA 1280 x 800 resolution, delivering vibrant colors, crisp clarity, and smooth transitions.

For more information on retail availability and a complete list of accessories for the Samsung Galaxy Tab 10.1, visit **www.samsung.com**.

1Number one mobile phone provider in the U.S. claim for Samsung Mobile based upon reported shipment data, according to Strategy Analytics Q1 2011 U.S. Market Share Handset Shipments Reports.

**About Samsung Telecommunications America**
Samsung Telecommunications America, LLC, a Dallas-based subsidiary of Samsung Electronics Co., Ltd., researches, develops and markets wireless handsets and telecommunications products throughout North America. For more information, please visit www.samsung.com.

**About Samsung Electronics**
Samsung Electronics Co., Ltd. is a global leader in semiconductor, telecommunication, digital media and digital convergence technologies with 2008 consolidated sales of US$96 billion. Employing approximately 164,600 people in 179 offices across 61 countries, the company consists of seven independently operated business units: Visual Display, Mobile Communications, Telecommunication Systems, Digital Appliances, IT Solutions, Semiconductor and LCD. Recognized as one of the fastest growing global brands, Samsung Electronics is a leading producer of digital TVs, memory chips, mobile phones and TFT-LCDs. For more information, please visit **www.samsung.com**.

printer-friendly

List ›

| Who We Are | Shop | What We Make | | | | | How can we help you ? |
|---|---|---|---|---|---|---|---|
| About Samsung | Shopping Cart | **TV + Video** | **Mobile** | **Photo** | **Computing** | **Home Appliances** | Find product support |
| Careers | Order History | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Help with Your Order | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Refrigerators | Product recycling |
| News | Order Tracking | Home Theater Systems | Cell Phone Accessories | SD Cards | Tablet PCs | Microwaves | Get downloads |
| Investor Relations | | | Laptops | | Chromebook | Dishwashers | Owner benefits |
| | | | Chromebook | | Monitors | Ranges | Articles |
| | | | Media Players | | Printers | Vacuums | Shopping guides |
| | | | | | Memory & Storage | LED Lighting | Samsung Wireless Accessibility |
| | | | | | | | Contact us |

Search                                                🔍

Follow Us:  

Business    Apps    Privacy    Legal    Sitemap    RSS        USA / English

Copyright © 1995-2012 SAMSUNG All rights reserved.

# EXHIBIT G



NEWS    ABOUT SAMSUNG

LOGIN    HELP WITH MY ORDER    **CART (0)**

Search

SHOP PRODUCTS        BUSINESS SOLUTIONS        CONNECTED LIVING
MY ACCOUNT           SUPPORT

Home >  galaxy-tab-accessories  > Reviews >
Galaxy Tab™ Conductive Stylus



Tweet                    4        9        SHOP

ET-S100CBEG    $19.99        8 REVIEWS        OVERVIEW    FEATURES    SPECS    GALLERY    REVIEWS    SUPPORT





**4.6** out of 5

### Rating Breakdown          8 reviews

| | | |
|---|---|---|
| 5 stars | | 5 |
| 4 stars | | 3 |
| 3 stars | 0 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**7 out of 7 (100%)** customers would recommend this product to a friend.

### Like it? A lot?
### A little? Tell us.

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW

## 8 reviews

Sort by    Oldest



**ajhdflsts**

from **Indiana**

| | | |
|---|---|---|
| Features | ★★★★★ | 5 out of 5 |
| Performance | ★★★★★ | 5 out of 5 |
| Design | ★★★★★ | 5 out of 5 |
| Value | ★★★★★ | 5 out of 5 |

★★★★★ **5** out of 5

### For more than Tab

**I would recommend this to a friend!**

March 1, 2011

Took a chance that it would work with a Captivate (even though compatibilty check returned a "not compatible"). It works great, with or without a screen protector. And works great with SWYPE, too! Would like to see one styled exactly like this but smaller diameter for the Captivate. I'd purchase two or three!

**Pros:** Inexpensive, works well with captivate, does not look or feel "cheap"

**Cons:** slightly large for use with a smartphone

**Was this helpful?**



**jrodriguezq**

from **miami**

I have used this product for: **less than a month**

Expertise: **expert**

| | | |
|---|---|---|
| Features | ★★★★★ | 5 out of 5 |
| Performance | ★★★★★ | 5 out of 5 |

★★★★★ **5** out of 5

### Excellent stylus for Galaxy Tab 7 inch and others

**I would recommend this to a friend!**

April 27, 2011

I agree with the other reviewer, this stylus is perfect for using on the Galaxy Tab 7 inch; it's light weight, stylish, and response is really great with or without screen protector. Don't see any issue for using on GT 8.9 or 10.1 inch. But I don't believe it was intended for use on a smartphone. I ordered two stylus but only received one in the mail.

| Design | ★★★★★ 5 out of 5 |
| Value | ★★★★★ 5 out of 5 |

**Pros:** Inexpensive, Lightweight, response quality

**Cons:** only one color (black)

**Was this helpful?**

---



**Weirdowhisperer**

from **New York, NY**

I have used this product for: **less than a month**

Expertise: **intermediate**

# of SAMSUNG products I own: **3-5**

| Features | ★★★★★ 5 out of 5 |
| Performance | ★★★★★ 5 out of 5 |
| Design | ★★★★★ 5 out of 5 |
| Value | ★★★★☆ 4 out of 5 |

★★★★★ **5** out of 5

# Works great with swype!

August 23, 2011

This stylus is amazing. It works really well with the swype keyboard and is way better than the generic stylus they sell at Verizon.

**Pros:** smooth writing style

**Cons:** a little pricey

**Was this helpful?**

---



**Dragonstar**

from **Winston, OR**

| Features | ★★★★☆ 4 out of 5 |
| Performance | ★★★★★ 5 out of 5 |
| Design | ★★★★☆ 4 out of 5 |
| Value | ★★★★☆ 4 out of 5 |

★★★★☆ **4** out of 5

# No more fingerprints

**I would recommend this to a friend!**

January 6, 2012

So much better than using my fingers to do what I need to on my Galaxy Tab 10.1. I got tired of cleaning off the smudges, plus my meaty fingers would sometimes select the wrong letters from the touch-type keyboard. This is going to make my tab experience so much better.

**Pros:** Lightweight, carry in your pocket

**Cons:** price is a bit high

**Was this helpful?**

---

## Who We Are

About Samsung
Careers
Sustainability
News
Investor Relations

## Shop

Shopping Cart
Order History
Help with Your Order
Order Tracking

## What We Make

**TV + Video**
TVs
Blu-ray & DVD Players
Home Theater Systems

**Mobile**
Cell Phones
Tablets
Cell Phone Accessories
Laptops
Chromebook
Media Players

**Photo**
Cameras
Camcorders
SD Cards

**Computing**
Laptops
All-in-One PCs
Tablet PCs
Chromebook
Monitors
Printers
Memory & Storage

**Home Appliances**
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges
Vacuums

## How can we help you ?

Find product support
Register your product
Product recycling
Get downloads
Owner benefits
Articles
Shopping guides
Samsung Wireless Accessibility

LED Lighting

Follow Us:

Business    Apps    Privacy    Legal    Sitemap    RSS        USA / English        816k

Contact us

Search

Copyright © 1995-2012 SAMSUNG All rights reserved.

# EXHIBIT H



+You    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    More ⌄

**Google+**                                                                    [ Sign in ]

---

Kelvin Lomboy    Jul 10, 2012    *+2*
Finally, yes!!!

Chad Watson    Jul 10, 2012    *+1*
WAHOO!!

John Cassero    Jul 10, 2012    *+17*
ahhhhh, ahhhhhh fumbles for Gnex - careful, don' drop it...

Matthew Tsang    Jul 10, 2012    *+57*
Great, can't wait to roll out to my Nexus S as well ;)

Brady Johnson    Jul 10, 2012    *+1*
Awesome!!

darryl jackson    Jul 10, 2012 (edited)    *+19*
Will this update come through for my Nexus S 4G on Sprint?
"yes" would be the answer I'm looking for.
"no" would be the answer that would make me all sad face and stuff.

Scott Norcross    Jul 10, 2012    *+11*
Awesome! I've been running the jellybean leak since google I/o , and
downloaded an AOSP 4.1.1 rom for my galaxy nexus last night, and all
I have to say is JellyBean is great. Google nailed it with this update.

Brock Hatfield    Jul 10, 2012    *+32*
Sadly the beauty of Jelly Bean will be marred by the carriers loading all
their bloatware on the devices. As per usual.

JR Shepherd    Jul 10, 2012    *+3*
**sigh** still waiting on t-mobile to roll out the ICS update for SG2!

Eric Sinclair    Jul 10, 2012    *+18*
Why do I worry that it will be longer for those of us on yakjuxw.

Pesky pre-Play availability desires... Now they come home to roost.

Eichi Akimoto    Jul 10, 2012    *+10*
Great news! My Motorola Xoom WiFi is primed and ready for some
#JellyBean.

Ancyl S    Jul 10, 2012    *+1*
Nice! Lets get the roll out moving

Luis Flores    Jul 10, 2012    *+6*
YES! Can someone explain to me how they determine when updates
are rolled out to which devices? Is it done geographically? By serial
number?

Cody Russell    Jul 10, 2012 (edited)    *+24*
+Luis Flores It's determined by who **wants** it the most. So start wishing
upon that star, little dreamers! :)

Dave Keller    Jul 10, 2012    *+32*
Nexus S with JellyBean? Yes please.

Boris Prymost    Jul 10, 2012    *+11*
Awesome news! But now I will be checking for updates every 5
minutes... uuh... already checked twice :)

Raffaele Procentese    Jul 10, 2012
>widgets are magical

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    More ˅

Google+                                                                    Sign in

Joseph Lee    Jul 10, 2012    +26
Honestly Google Now blows Siri out of the water, great job!

Brock Hatfield    Jul 10, 2012    +6
I keep seeing folks in my stream hinting at JB running on Nexus S "very soon" so it sounds like it'll be happening.

James Patillo    Jul 10, 2012    +10
I'm sure Verizon will have it out on the GNex and Xoom in October...

Christopher Ramos    Jul 10, 2012    +17
omg! spamming my "Check now" button lol

Christian Carlsohn    Jul 10, 2012    +4
only us or worldwide?

Luis Flores    Jul 10, 2012
+Cody Russell Lol, if that were the case, I'd have a Nexus 7, Q, a new display for my Galaxy Nexus, and Jelly Bean.

Eichi Akimoto    Jul 10, 2012 (edited)
+Luis Flores I think they choose the devices based on which ones are ready for it. Google's Nexus devices (and the Motorola Xoom WiFi) are ready for OS updates sooner than others because the OS they come with aren't skinned by the Manufacturer (HTC's Sense, Samsung's TouchWiz, etc…).

Ali Altaf    Jul 10, 2012
Im out of the country and I hope that doesnt effect my update time!! Cant wait!

Richard Siebold    Jul 10, 2012    +1
verizon is looking at updating around christmas time as they think we're lucky to get it so it's really a present.

Cody Russell    Jul 10, 2012    +14
Is there a place we can just download it from and install manually, rather than waiting for the OTA update to tag us?

Nick Felker    Jul 10, 2012    +3
I'm psyched to get Jelly Bean on the Xoom. It's been a great product thus far.

Ibrahim Rivera    Jul 10, 2012    +3
toroplus?

Luis Flores    Jul 10, 2012    +3
+Eichi Akimoto Yeah, that part I understand. What isn't clear to me quite yet is within the Nexus devices for example, they don't ALL get it at once. With the last OTA update I got it three days after it was reported other people were getting it.

Pascal Bergmann    Jul 10, 2012    +1
Will the update also come to german Galaxy Nexus devices this month? =)

Thomas McGuire    Jul 10, 2012
Woohoo. Hope updated build to I/O (& the fixes'd that'd imply).

Luis Flores    Jul 10, 2012    +4
+Cody Russell I just checked https://developers.google.com/android /nexus/images and the image wasn't avaiilable yet.

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More

**Google+**                                                          Sign in

there the servers that host the software wouldn't be able to deliver to every one at once. So the network admins determine how/where to roll it out to make sure every one gets it in a timely manner and with out crashing the network. Unfortunately it seems like it's never ever your turn to go first.

**Jean Escalante**   Jul 10, 2012   *+11*
Wow. If only Bell Mobility would roll out the update. Man, sometimes living in Canada blows chunks.

**Balaal Ashraf**   Jul 10, 2012   *+2*
+Jan Knudsen Probably both, its for all HSPA+ devices

**Brock Hatfield**   Jul 10, 2012
+Renaud Lepage Didn't they state the middle of the month at Google I/O? Pretty sure thats what they said. It's middle-ish...

**Darnell T muzicman**   Jul 10, 2012   *+2*
I hope I'm a early batch to get this OTA.

**Peter Sinnott**   Jul 10, 2012   *+4*
I look forward to the reaction from UK Xoom owners. What with the UK Xoom still being on Honeycomb and all.

**Luigi Aversano**   Jul 10, 2012   *+24*
Hey +Verizon Wireless take note. We won't stay if you don't get your act together and release OTAs in a timely manner.

**Luis Flores**   Jul 10, 2012   *+1*
+Brock Hatfield Totally, if it's partially geographic, it sucks for me cuz there must be a only a handful of devices in Ecuador, so we must not be very high up in the priority list.  I know I'll be going into the Settings Menu very often until I get it!

**Gianluca Cogoli**   Jul 10, 2012
4.1.1?

**Luis Flores**   Jul 10, 2012 (edited)   *+1*
+Gianluca Cogoli Yes, I would guess so because the Nexus 7 given to developers are getting that one, and apparently Google is also using the release to circumvent the possible injunction as it moves up the courts.

**Jesse James Ettebe**   Jul 10, 2012   *+6*
I can't wait. I flashed my phone 2 weeks ago with 4.0.4, so I could get OTA from Google and not Samsung.

**Dale Martyn**   Jul 10, 2012   *+3*
Awesome, can't wait for the update on my UK G Nexus

**Steven Koskinen**   Jul 10, 2012   *+3*
What about my Nexus S?

**Gary Calpo**   Jul 10, 2012   *+1*
I wonder if it's any different from the I/O version I'm running now.

**Jack Clarke**   Jul 10, 2012   *+3*
Also waiting for it in my UK Nexus. :D

**Balaal Ashraf**   Jul 10, 2012
+Steven Koskinen Probably next week

**Jesse James Ettebe**   Jul 10, 2012   *+5*
+Jean Escalante You should really flash your phone. It isn't Bell fault

**+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More**

Google+    [                    ]    [        ]    Sign in

Reid Canavan  Jul 10, 2012 (edited)   *+3*
I wonder if this includes the Galaxy Nexus phones sold in Canada?

Luis Flores  Jul 10, 2012
Oh and thanks +Brock Hatfield !

Jesse James Ettebe  Jul 10, 2012   *+2*
+Reid Canavan probably not. Seeing most of the Galaxy Nexus phones
in Canada, are supposed to be updated from Samsung and not directly
from Google.

Josué David Díaz Blanco  Jul 10, 2012
waiting for takju Nexus :)

Luis Gallucci  Jul 10, 2012   *+2*
Esperando ansioso

Reid Canavan  Jul 10, 2012   *+3*
+Jesse James Ettebe I think I may have to rethink my position on
fastboot oem unlock!  I'll die of old age before Samsung releases the
update!

Brock Hatfield  Jul 10, 2012   *+9*
While I realize rooting and romming isn't for every one i highly advocate
it. It's really the only way to have your phone your way. I've got a
Verizon GNex and I've been running Jelly Bean for the past two days.
#justsayn

Graham Miao  Jul 10, 2012 (edited)   *+3*
Mine just got the 4.0.4 two days ago (should've got that two months
earlier?). People said it's because the software is maintained by
Samsung, so I don't expect to get the 4.1 this month.

Jesse James Ettebe  Jul 10, 2012   *+3*
+Reid Canavan Check out this
website... http://digitaligloo.wordpress.com/2012/04/20/guide-update-
your-galaxy-nexus-from-yakjuux-to-yakju-4-0-4-mac-os-x/ It helped me
flash my phone and it worked without issue.

Balaal Ashraf  Jul 10, 2012
+Graham Miao if you want 4.1.1 youll probably get it first with the Takju
and Yakju builds, those are directly controlled by Google. the others go
through Samsung or other carriers before being pushed to the devices

Tom Richardson  Jul 10, 2012   *+2*
Can't wait for it on my Nexus s!

mydo adel  Jul 10, 2012 (edited)   *+2*
I really hope it comes with a better battery performance for Samsung
galaxy nexus

Reid Canavan  Jul 10, 2012   *+2*
+Brock Hatfield I have to agree, I did this on the Xoom just to be sure I
got ICS.  Trying to resist the temptation and wait.. but with all the
goodies Jelly Bean has to offer......   ;)

Andrew Hansen  Jul 10, 2012
Is this 4.1 or 4.1.1??

Ralph Peralta  Jul 10, 2012
just got my Galaxy Nexus from Google last week, i better be one of the
early updates

mydo adel  Jul 10, 2012

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More

Google+                                        Sign in

Jesse James Ettebe   Jul 10, 2012
+Andrew Hansen It seems the Galaxy Nexus is getting the 4.1 and the Nexus 7 is already getting the 4.1.1 build. Not sure why :/

Balaal Ashraf   Jul 10, 2012 (edited)
+Andrew Hansen 4.1.1. 4.1 was the developers preview given out to Google I/O devices and the source code build which was released yesterday is 4.1.1 and JRO03C

Ryan Lestage   Jul 10, 2012   +2
+Derek Ross OTA coming!

That means soon we'll have the official STOCK 4.1

Andrew Hansen   Jul 10, 2012
Thanks +Jesse James Ettebe

Mawdo Jawo   Jul 10, 2012
shit my #Gnex is not here with me, c:\amSAD

Stephenson Delice   Jul 10, 2012
can't wait.

Dave Moehle   Jul 10, 2012   +1
Waiting on my 7!!!

John Kuntz   Jul 10, 2012   +2
I wish my Verizon LTE Galaxy Nexus would get this sometime soon...Will never happen though :(

Andrew Hansen   Jul 10, 2012
+Balaal Ashraf 4.1.1 was released to the AOSP source code. Did you get the official 4.1.1 OTA? OTA and AOSP are different.

Conor Coen   Jul 10, 2012
Very exciting

Jason Kruger   Jul 10, 2012   +2
What about Samsung Galaxy Tab 10.1 Google IO 2011 edition?  The red headed stepchild...

Gaurav Kumar   Jul 10, 2012
Awesome!!!

Matt Hirsch   Jul 10, 2012
+John Kuntz why do you think Verizon Nexus won't get jelly bean?

Alan Pierson   Jul 10, 2012   +15
Hurray! Thanks, Google. Very excited for Jelly Bean. The more I tap "Check now," the faster the update comes, right???

John Kuntz   Jul 10, 2012
+Matt Hirsch Oh I'm sure it will...just not anytime soon.

Anthony Cooke   Jul 10, 2012   +1
Gimme gimme gimme

Balaal Ashraf   Jul 10, 2012
+Andrew Hansen nope im waiting for it. i was just saying im sure it will be the same 4.1.1 build pushed through OTA to everyone

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ⌄

**Google+**   [_____]   [  ▭  ]   Sign in

**Mike Saver**   Jul 10, 2012   *+10*
Tell Verizon not to sit on this update for 6 months again

**Jonathan Hedström**   Jul 10, 2012
AWESOME!!!

**Jeremy DeBose**   Jul 10, 2012 (edited)   *+6*
Verizon will get it, but it'll most likely be in the 4th quarter of 2017 by the time +Android is starting over again at the beginning of the alphabet.

*I hate being pessimistic but Verizon does us like that.*

**Andrew Hansen**   Jul 10, 2012   *+1*
Can anyone was has gotten the OTA confirm what version number it is?

**Aram Chaparyan**   Jul 10, 2012   *+2*
Verizon?

**Sammy Harper**   Jul 10, 2012
Is it ever going to be possible to switch form Gingerbread to Jelly Bean?

**James Cowan**   Jul 10, 2012   *+3*
Wantz now please.

**Wayne Rushing**   Jul 10, 2012   *+1*
This is so Awesome!

**Jawan Smith**   Jul 10, 2012   *+3*
google just slap the carriers and manufacturers to push their updates by august and you will be my hero!

**Paul Jewkes**   Jul 10, 2012   *+8*
+Verizon Wireless / A Wireless Premium Retailer if you want us to remain customers...act NOW!

**Vladimir Casso**   Jul 10, 2012   *+3*
Awesome... checking for an update every minute!!!! Anxious!!

**Alex Joppie**   Jul 10, 2012   *+5*
Stupid phased roll outs. I'll spend all day pressing check now

**Paul Jewkes**   Jul 10, 2012
+Marty D'Arcy told you we wouldn't be getting it soon... ;)
But really Verizon better hurry up now.

**Jai Prasadh**   Jul 10, 2012   *+1*
Please give Motorola ATRIX 4g ICS and Jelly Bean! Hardware wise it is more than capable.

**Zhaojing Wang**   Jul 10, 2012
Well done

**Pablo Benzo**   Jul 10, 2012   *+3*
I love you Google/Android/Nexus !

**Andrew G**   Jul 10, 2012 (edited)
+Aram Chaparyan Yes for VZW. July 10, 2013. Seriously though it's for GSM (Yakju + Takju)



+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More

Google+                                                        Sign in

update soon?

Sam McCullough   Jul 10, 2012   +1
When will it be listed on the factory image page?

Claude Ndahayo   Jul 10, 2012   +1
I just don't see why Google Now was not made available as an App for all android 4.0 and above. This makes no sense at all.

Mathieu Méa   Jul 10, 2012   +2
Please, someone get the OTA link and post it here. #please

James Mason   Jul 10, 2012 (edited)   +1
I feel happy for tajku and yakju flavored maguro owners. I'm on toro, and may have to go the AOSP route if VZW takes as long as usual.

Joe Sanchez   Jul 10, 2012
Sweet!! Thanks

Marcellus Barbee   Jul 10, 2012   +4
Hurry up....this is worse than having to pee and being locked out of the bathroom for an hr.

Marcelino Romero   Jul 10, 2012
this update can make with Wi-fi?

Brandon Jackson   Jul 10, 2012   +1
What about nexus s

Dave Molina   Jul 10, 2012
so excited about this news! can't wait, and I too am constantly checking my phone for the update.

Martin Wideland   Jul 10, 2012
Comon sweden...

Curtis Cook   Jul 10, 2012   +12
I have a yakjuxw build GSM Galaxy Nexus, that just received 4.0.4 last week. I hope I get 4.1.1 a lot faster.

Thomas Tenkely   Jul 10, 2012   +1
Would love to know if/when any one running JRN84D received this update...

Chris Franzen   Jul 10, 2012
N7 got the update today! Just installed on mine

Balaal Ashraf   Jul 10, 2012   +7
http://android.clients.google.com/packages/ota/google_takju /edfff6d328f1.signed-takju-JRO03C-from-JRN84D.edfff6d3.zip

john edwards   Jul 10, 2012   +5
This is why I'm now Nexus Only!

Chester Moy   Jul 10, 2012   +2
/dreads
Nexus S here.. How many more days?!

Kevin Homan   Jul 10, 2012   +3
I really hope +Verizon Wireless is right around the corner.

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    More ⌄

Google+        [                    ]        [    ■    ]        Sign in

framework and deleted the cache and stopped the service. Then I went
back >Systemupdate and checked for an update. After about 1h I got
the update. And usually I am in germany but back then I was in Spain.
Perhaps somebody wanna try it out and can report here.

**Sam Sun**  Jul 10, 2012   *+1*
+JR Shepherd if you're tired of waiting you can manually install the
update through Kies. Follow the link for instructions

https://t-mobile.jive-mobile.com/#jive-
document?content=%2Fapi%2Fcore%2Fv1%2Fdocuments%2F3029

**Andreas Plesner**  Jul 10, 2012   *+8*
+Nexus Can we get the official statement: Is yakjuxw covered by this
announcement?

**Marco Duran**  Jul 10, 2012
Gah! This suspense is terrible!

**William Wang**  Jul 10, 2012
哪里可以下载OTA 安装包?

where could download the OTA Image from ICS 4.04?
thanks.

**Jerry Marshall**  Jul 10, 2012
Just got a Xoom WiFi, can't wait for this update!!

**Brian Miller**  Jul 10, 2012
Is it correct to assume the Xoom update will be for Wi-Fi only and not
immediately for 4G?

**Sam Xayarath**  Jul 10, 2012 (edited)   *+3*
At least Google has said up next for Jelly Bean is "all Galaxy Nexus". I
have hope for my Sprint GNex now.

**Chris Parker**  Jul 10, 2012   *+11*
Please don't emulate Apple and use words like "magical". That's a silly
way to describe a product.

**Neven Salom**  Jul 10, 2012
Can't wait for my Nexus 7. :)

**saif khan**  Jul 10, 2012
I need some help if anyone can help me out. I don't know what the
problem is but I've been trying to update my galaxy nexus HSPA+
version for a while but it won't work. I mean the update get downloaded
but it won't install on the phone. Thanks

**Jimmy Lou**  Jul 10, 2012
excellent

**Alexis Bleau**  Jul 10, 2012
I now know how a kid in a candy store must truly feel like... 0_o just the
thought of having Jelly Bean on my Nexus brings so much joy :D ... can't
wait!

**Dustin Wen**  Jul 10, 2012
Anyone get it yet?

**niv lichtman**  Jul 10, 2012
+saif khan are you with stock recovery?

**Alejandro Aparicio**  Jul 10, 2012   *+32*

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ▾

**Google**+     [ ]     [ 🔍 ]     Sign in

Randy Hoopes   Jul 10, 2012   *+1*
Iphone doesn't need stupid 4.1 whatever cause IOS6 will blow it away

Angel Villa   Jul 10, 2012   *+2*
Nexus S 9020t here...

Will Carlson   Jul 10, 2012
Spamming my check update button!  Anyone have a link?

Milton Carrera   Jul 10, 2012   *+3*
I have a galaxy nexus hspa+ yakju but i cant get jelly bean yet..why?

Terrance Knox   Jul 10, 2012
How do I force update? Check for updates doesn't work.

Balaal Ashraf   Jul 10, 2012   *+1*
+Alejandro Aparicio scroll upto my post i posted a link for the
update.zip from 4.1

Shaji Sarangadharan   Jul 10, 2012
Cool...I just got the jelly bean update. I am on jelly bean now on my
galaxy nexus.

Kevin Gray   Jul 10, 2012   *+1*
+JR Shepherd ICS is currently available for the S II. It's installed from a
pc through Kies mini. There area instructions on the T-Mobile website.

Stephen Vanderwarker   Jul 10, 2012   *+15*
+Randy Hoopes  GOT OUR SELVES A FAN BOY

Kevin Gray   Jul 10, 2012
Also, spamming the update button for the next few days. I can't wait for
the hotness!

rongmiao xie   Jul 10, 2012
不知道是今天白天还是晚上

Justin Smith   Jul 10, 2012   *+2*
I want my butter and jelly now.

Derek Ross   Jul 10, 2012   *+3*
I honestly hope that the VZW update is right around the corner. I feel
bad for the many, many that don't root/ROM that were left out in the
cold with 4.0.3 and 4.0.4. Hopefully, they receive 4.1.1 in a timely
manner. Plus, I'm sure us custom users would like the latest GPS, NFC
and Camera bins.

Sam Sun   Jul 10, 2012 (edited)
+Constantin Huber I'll try it. did you force stop or disable? My cache in
the framework is already cleared. Also do I need to clear the data?

Rolando Alvarado   Jul 10, 2012   *+1*
Awesome! Just got my GNexus yesterday.

Víctor Emmanuel Meruelos González   Jul 10, 2012
Ya viste +Oswald Satriani a ver si así te animas a actualizar

Chris Rowe   Jul 10, 2012   *+1*
Everyone complaining about carrier stalling...wtf are you doing on a
modified rom when you have a gnex? Get the gnex toolkit and free
yourself from all that shit

Daniel Tala   Jul 10, 2012



+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More

gu xinan   Jul 10, 2012   +1
waiting

铁彬   Jul 10, 2012
I'd like to now will Google update the Jelly bean version factory Images for Galaxy Nexus on the Google Developers website?

Jacob Geiser   Jul 10, 2012
How long does it take for your gnex to see the update?

Tre H   Jul 10, 2012
Where's the Verizon version???

Tyler Copeland   Jul 10, 2012
why cant i get it????!!!!! i keep checking for the update but it isnt working!!!!!!!!!!!! I WANT JELLY BEAN!!!!!!!!!!!!

randy rodriguez   Jul 10, 2012
My finger hurts for pressing the update button too many ti mes!

Tony Bombardo   Jul 10, 2012
Why would I be so stupid to buy the Verizon Xoom? Found out long after the fact that it wasn't even a GED...

Minh Dang-Nguyen   Jul 10, 2012
Yakju in Canada... noything yet :(

Jacob Geiser   Jul 10, 2012
Probably chip sets and vzw bitching. Wish my week old Gnex would get the update right now :-)

Jeffrey Kaput   Jul 10, 2012   +3
Please Verizon, don't hold it back :)

Michael Perry   Jul 10, 2012
Bring on the ROMage!! Thanks Android. You make phonein' phun.

Rafael Garay   Jul 10, 2012
Does this mean that Google will start shipping the Galaxy Nexus tomorrow? Ordered one on Sunday.

Manikanta Boggarapu   Jul 10, 2012
When will at&t publish this. I haven't got ics update yet.

Babu Madhikarmi   Jul 10, 2012   +2
I keep hitting Check for Update on my GSM Galaxy Nexus... can't wait.

Jordan Morello   Jul 10, 2012   +5
So is it gonna come to Canada anytime soon or be MIA like the 4.04 update?

Sahir Abbasi   Jul 10, 2012
Yessssss I can't wait!!!

Kerry Small   Jul 10, 2012   +1
Yes cant wait to get this on my Sprint Galaxy Nexus!

Richard Witt   Jul 10, 2012
now i just have to revert back to stock vs CM9 to get the update!

Rick Chen   Jul 10, 2012
真的嗎?太好了,不過我怎麼還沒收到OTA提示呢

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    More

**Google+**                                                                              Sign in

**Manny Brum**  Jul 10, 2012 (edited)  *+1*
So those of us with the Verizon LTE version should expect it by
September, right? According to some sources the Verizon GNex won't
see 4.1 until after the Xoom and Nexus S.

**andres barroeta**  Jul 10, 2012  *+4*
I just bought galaxy nexus unlocked today :) what a great news yessss
bye iPhone

**Shaun McLane**  Jul 10, 2012
Curious....I bought a GNex HSPA+ from the play store the day they
want on sale on there. Is that one of the devices receiving this update?
Or is it just the phones given out at I/O? I'm guessing I'm in the rollout,
but who knows.

**Humberto Cristobal**  Jul 10, 2012
Check update but nothing yet please please I've been waiting and
waiting lol. I'll keep hitting the button I waited this long I can wait a little
more

**Baron Crandall**  Jul 10, 2012
I'll switch back to my NS4G once you guys get it there.

**Yasak Dogra**  Jul 10, 2012  *+5*
Still running on 4.0.1
Google doesn't care about Canadian customers...
Samsung representatives don't answer  questions properly...

**Matthew Dowell**  Jul 10, 2012  *+2*
Checking now... 8:44pm central... no update... waiting... I think I better
do something to take my mind off the rollout. It's like +Santa Claus is
coming, and I know I'm going to get butter in my stocking!

**Vincent Winther**  Jul 10, 2012
Thanks +Nexus

**Mario Moreno II Valenzuela**  Jul 10, 2012 (edited)  *+1*
Come on wifi Xoom update! .... You are my only hope for JB cause I
doubt +Verizon Wireless will ever update any phone before my contract
ends in September and I know +MetroPCS will never get any JB
phones on their network and +Sprint is unlikely to update either.

**Rabid Rotty**  Jul 10, 2012  *+3*
For the GN it will be Takju build first then yakju, then every other GSM
build. Then the cdma/ late then the nexus s then zoom. Dollars to
donuts that's the roll out scheme.

**Mathieu Méa**  Jul 10, 2012  *+8*
http://android.clients.google.com/packages/ota/google_takju
/5c416e9cf57f.signed-takju-JRO03C-from-IMM76I.5c416e9c.zip

**Neng Lv**  Jul 10, 2012
Excellent!
Waiting for the update for my Galaxy Nexus!

**Alexander Wang**  Jul 10, 2012
+Nexus how abt other countries? i'm living in Singapore with an
unlocked GNexus. will it be on my phone soon?

**Pablo Santiago**  Jul 10, 2012  *+1*
My sprint galaxy nexus dosent find any updates :+

**Ahmad Kalban**  Jul 10, 2012  *+2*



**+You**   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ▾

Sign in

coordinated fashion but Google can not do this with their devices. I understand the breadth of devices and the custom skinning, but take only Nexus devices or Google signed devices (XOOM etc) and say these ones we control the updates just as Apple controls the IOS updates and we push them coordinated across all carriers with no delays. I don't understand how Google isn't able to get this kind of deal worked out.

 **Mike Hale**   Jul 10, 2012
I'll believe it when I see it on Verizon.

 **符程**   Jul 10, 2012
yakju？？？

 **Brad howe**   Jul 10, 2012   *+3*
When will the ota come to Canada?

 **Icaro Morse**   Jul 10, 2012   *+2*
Hope to get the update this time around. Until 2 weeks ago I still had Android 2.3 on my Nexus S. I had to download a .zip file from the internet and update manually. Really dumb for a device that is suppose to get the latest updates first.

 **Matthew Dowell**   Jul 10, 2012 (edited)   *+2*
Does anyone know of an app that will push the "Check Now" button on my Unlocked Galaxy Nexus HSPA+ device every 60 seconds? +Ben Clinard, you got to help me out here.

 **Vincent Costa**   Jul 10, 2012
Should I get a Nexus or the SIII?  I can't decide?  Please help. Gotta get a new phone. My Droid X is on its last legs.

 **Barclay Lucid**   Jul 10, 2012 (edited)
Apple has one phone and one tablet. Google Android has an astounding variety of phones, each smartphone specific to a particular carrier, each uniquely coded down to the bone -- and many of these Android phones are 4G requiring "testing" by the carriers.

 **Canal Onet**   Jul 10, 2012
C'est parti !

 **KyoKeun Park**   Jul 10, 2012   *+6*
Give us some jelly bean love to Canada! We've been stuck in 4.0.1 for ages :(

 **Ruffy D. Monki**   Jul 10, 2012
When will the ota come to Austria ?

 **Dan Rogers**   Jul 10, 2012   *+1*
Now, on to shipping me my Nexus 7...

 **Mayur Agarwal**   Jul 10, 2012 (edited)
If you haven't got the OTA update, then you can consider manually installing Android 4.1 Jelly Bean on your GSM Galaxy Nexus (works on takju and yakju) using CWM.

Guide link: http://webtrickz.com/guide-to-update-galaxy-nexus-running-android-4-0-4-to-android-4-1-jelly-bean-using-clockworkmod

 **John Blain**   Jul 10, 2012 (edited)   *+10*
I was on 4.0.1 on Virginmobile in Canada, I switched from Yakjuux to Yakju and instantly my phone was so much better.  I got all the updates from Google and I'm at 4.0.4 right now.  Mashing my update button looking for Jelly Bean now.

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ⌄

Google+     [ ]   [ ▭ ]   Sign in

**Nick Webster**  Jul 10, 2012  *+2*
Just keep hitting that Update now button!

**Jack Fetter**  Jul 10, 2012
Hell yes! I got my Galaxy Nexus on Monday. This phone is too awesome for me to contain.

**Mario Moreno II Valenzuela**  Jul 10, 2012
+Ryan Carroll the problem is Android is an open system that allows anyone to build a device. If google controlled every aspect of every android device then yes, they could update like Apple, but since they don't, they have to rely on the carriers and manifacturers to update.

**Humberto Cristobal**  Jul 10, 2012
Anyone get the update yet if yes where are you from?

**Nathan Frith**  Jul 10, 2012
w00t!

**Ryan Carroll**  Jul 10, 2012  *+4*
+Mario Moreno II Valenzuela I completely understand that, but only certain devices are "Nexus" devices, or "Developer" devices, why not tie those to a set of rules as far as software updates etc. use them as what they're supposed to be, devices that show what the platform can / should be. Similar to what Microsoft is trying to do with "Surface" tablets, using it as a cornerstone device that showboats what everything can be and makes everyone else try to go past them.

**Henrique Cardoso de Faria**  Jul 10, 2012
Hello guys. I'm from Brazil but I have a Yakju version. I'm really in doubt if I'll get or not this update. Does anyone now?

**Vindi Erriyawan**  Jul 10, 2012  *+8*
+Nexus Is it available for yakjuxw... please help I'm desperate for waiting this OTA

**Sahir Abbasi**  Jul 10, 2012  *+2*
Y can't they just let the updates happen like Google Chrome? Always up to date? No waiting?

**Timothy Wang**  Jul 10, 2012
this is cool

**Pan Ng**  Jul 10, 2012
When will Yakjuzs build get the update?

**Lionel Gonzalez**  Jul 10, 2012
+JR Shepherd ics has been officially out for the tmobile sg2 for some time now, but it's not an over the air update. You have to update it yourself thru Samsung kies.

**Manny Brum**  Jul 10, 2012  *+1*
+Sahir Abbasi Well for one I imagine everyone in a given area downloading a huge file all at the same time would be disastrous for the carrier.

**Chrono Tata**  Jul 10, 2012
Still waiting for this with bated breath on a yakju.

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    More ▾

Google+                                                                              Sign in

James Conigrave   Jul 10, 2012   +1
update,update,update,update; last checked 12:40:41:42:43:45:50
ffffuuuuuuuuuuuuuuuuuuuuuuuuuuuuuuuuuuuuuuuuuuuuuuu

Rob Cofiell   Jul 10, 2012
Let's go +VZW. Make up for the wait. Deliver the OTA by then end of
the month.

Mario Moreno II Valenzuela   Jul 10, 2012 (edited)
+Ryan Carroll I think the answer to that is that the manifacturers have
no pull. Apple said "Let us do this or we walk" the telcoms will bend
over for them for fear of loosing MILLIONS of dollars. If Samsung said
the same thing to Verizon, the reply they would get would be
"Remember how we effectively killed the Palm Pre, when the Droid was
released? Want us to do the same to the Galaxy?"

Hell even Google doesn't have the same pull as Apple has since Verizon
is effectively trying to kill G-Wallet and I'm pretty sure iPassport or
whatever they call it was unscathed.

Salomón Sfeir   Jul 10, 2012 (edited)
I have a GSM yakju Galaxy Nexus, and the update hasn't shown up yet!
What could be happening??

Sean Saubers   Jul 10, 2012 (edited)   +2
V 4.1.1 will be available via system auto update, at 12:01 A.M. for all
eastern time zone customers DOWNLOAD WILL BE IN BATCHES!

Albert Word   Jul 10, 2012
lol i can't wait to get my new phone. #google  your making money of
me. great investment.

Eric Thompson   Jul 10, 2012
I've had it for 2 weeks, its so amazing.

Raoul Hira   Jul 10, 2012
No update yet, don't have a laptop, the stupid Intel ssd died last week.
HP does not have replacement in stock

Adam Truelove   Jul 10, 2012
VERIZON!!!! !!!!!

Adam Weiss   Jul 10, 2012
Can't wait for it to hit my phone!

Kevin Lee   Jul 10, 2012
Good !

Sean Saubers   Jul 10, 2012 (edited)   +9
DONT WANNA WAIT? STEPS, AND FILE LINK IS HERE! OFFICIAL
JELLYBEAN SIGNED O.S.!!!!
For those unwilling to wait for OTA  the signed .zip from google is
availablefor the IMM76I builds of the Galaxy nexus HSPA+ GSM
VERSION Only:

http://android.clients.google.com/packages/ota/google_takju
/5c416e9cf57f.signed-takju-JRO03C-from-IMM76I.5c416e9c.zip

Q: how do i know if this file is right for my phone?
A: go to "about phone" go to bottom where it says "build number" if it
says "IMM76I" this file is for your device

Q: how do I install this?
A: your device must have root access, and have an unlocked
bootloader, AND clockwork recovery to proceed....if you have these;

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    More

**Google+**                                                                    Sign in

5) go back
6) select install .zip from sd card
7) select the file you just put at the root
8) select "yes" i want to install
9) let the phone flash everything
10) select reboot now, and wait for jellybean 4.1.1 to start up1

Its that easy folks!

**Daniel Bottomley**   Jul 10, 2012   *+1*
Anyone know if this will be coming to the UK SG Nexus at the same
time? Secondly what about UK Motorola Xoom 3G? I'm still awaiting
4.0.x update for that... :(

**Champ Santos**   Jul 10, 2012   *+4*
What build is the update available? Takju, yakju, yakjuxw or is it
available to all the builds?

**Lance Oreste**   Jul 10, 2012
I want my update

**Daniel J. De Jesús**   Jul 10, 2012
Where is it?

**Cody Russell**   Jul 10, 2012   *+2*
Why is it that when a new iOS comes out everyone can just download it
and install it immediately, but Nexus users have to be staggered by
device type and then further staggered over the course of a couple
weeks?

**Sean Saubers**   Jul 10, 2012
Man just flash the .zip above

**Humberto Cristobal**   Jul 10, 2012
I think I'm gonna drink some Nyquil maybe when I wake up it'll be here,
Or I'll be In hell lol

**Josh Leverette**   Jul 10, 2012
+Cody Russell The updates here are substantial, whereas in iOS the
updates are can rarely be qualified as substantial. In iOS 6, most
everything about the update is happening in userland, such as a new
maps app and improvements to Siri. This is one part of it.

**Ali Siddiqui**   Jul 10, 2012
I have the hspa+ version and have not recvd the notification. I just
checked through system settings and it also came back with no JB.: (

**Sean Saubers**   Jul 10, 2012
I had the developer preview from the I/o and it is quite an improvement
from ICS 4.0.4. You will all be impressed. No more lag at all!

**Sean Saubers**   Jul 10, 2012
Also, google now is very useful, just as SIRI is on apple devices.
Furthermore live wallpapers are no longer choppy but run at a smooth
60 frames per second! woo hoo

**Chris Rowe**   Jul 10, 2012   *+1*
+Cody Russell unfortunately even the nexus line isn't completely free
from fragmentation...and carrier interference.

**Alan Nudi**   Jul 10, 2012
great news! Thanks guys, can't wait!!

**Pablo Benavidez**   Jul 10, 2012

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ⌄

Google+                                                                    Sign in

Sean Saubers   Jul 10, 2012   *+1*
hspa is slow "4g" internet...its not really 4g just 3.5g

Sean Saubers   Jul 10, 2012
some networks dont have 4g yet...so they have HSPA

Dinidu Perera   Jul 10, 2012   *+3*
+darryl jackson Google has said that they won't be playing favorites
with the Nexus S this time. All GSM and CDMA models will be getting
Jelly Bean at the same time!

Ali Salim   Jul 10, 2012   *+1*
I love my Nexus S 4G, Last month Google sent me Ice Cream
Sandwich. This month they want to feed me Jellybean. And to think this
all started when Google made some Gingerbread.

Champ Santos   Jul 10, 2012   *+2*
But when new iOS updates are released Apple's server either crash
(resulting in the download not completing) or because of the sheer
amount of users downloading it the update takes a lifetime to finish. I'll
take the Google route and release the update in batches.

Trevor Sullivan   Jul 10, 2012 (edited)
Where is my pre-order of my Nexus 7? I'm starting to hear that retail
stores are going to be stocking it on July 12th, and I have heard
NOTHING from Google!

PLEASE communicate to your customers!

Allen X Hudson   Jul 10, 2012   *+2*
Someone please tell me when my sprint galaxy nexus will receive the
latest version of Android!!

Humberto Cristobal   Jul 10, 2012
Not for spriny

Humberto Cristobal   Jul 10, 2012
Sprint*


Sean Saubers   Jul 10, 2012   *+3*
Guys, this update is **AT THIS TIME** only available for nexus7 tablets,
and UNLOCKED GSM galaxy nexus handsets bought THROUGH
google play store....

Attn sprint and verizon subscribers!!
In order for you to receive the update it must be released from SPRINT
or VERIZON! Google cannot release an update directly to you because
of legal contract stuff...so the only people that can tell you when it ill be
available is....SPRINT and/or VERIZON

Sorry for the bad news....

Gerrell Blake   Jul 10, 2012   *+2*
+Pan Ng probably 3-4 months from now since that's how long it took to
get 4.0.4 on em..I like how phones that are all suppose to be first in line
to get updated really aren't any better then other android phones its
sad when you have to say first takju, then yakju, then ALL the other
nexuses when they should be all at the same time at least all the gsm
unlocked ones but they hide the truth from you which is your nexus isn't
REALLY a nexus

Sent from a GSM unlocked yakjuzs galaxy nexus that probably will
never see jelly bean...and please don't tell me bout flashing and rooting
because if I gotta flash and root to get a update then that defeats the
purpose of even getting a nexus because you have to do the same with



+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More

Google+                                                                    Sign in

on the ics 4.0 to 4.0.4 update Verizon has some make up work to do

Daniel Roca   Jul 11, 2012
+Sean Saubers it's 12:02am EST and still nothing.

victor colmenares   Jul 11, 2012
Cuando van a liberar la actualización para los Galaxy Nexus ?

Erik Vegas   Jul 11, 2012   +1
Got it!!!

Richard Creamer   Jul 11, 2012
I'm getting my JB N7 any day!

Henrique Cardoso de Faria   Jul 11, 2012
What? Has it gone out?

Sean Saubers   Jul 11, 2012
Well i said IT WILL BE RELEASED IN BATCHES....but if you insist....a
couple of people just got it....look up a couple posts...maybe not in your
exact area yet...but its comin dude..promise

Yasak Dogra   Jul 11, 2012   +6
Google fooled everyone when releasing galaxy nexus by saying that
phones will receive all the latest updates ota. Still stuck on 4.0.1 So
buggy.
KEEP YOUR PROMISES GOOGLE!!!!!

sougata bhattacharya   Jul 11, 2012   +4
+Nexus When will galaxy nexus with product name yakjuxw receive the
update.

Kevin Lee   Jul 11, 2012   +2
How do I update to 4.1.1 from yakju 4.0.4?

Ryan Dupuis   Jul 11, 2012   +7
Hey Google how many years will yakjuux (Canadian GN) be waiting for
this update. We are still on 4.0.2. Samsung being responsible for our
updates has totally detracted from the whole latest updates Galaxy
Nexus experience.

Yasak Dogra   Jul 11, 2012 (edited)
Lesson learnt: don't trust anyone except apple for updates and
customer service.

Sean Saubers   Jul 11, 2012   +3
Ha the OTA just kicked in for me!

Dustin Young   Jul 11, 2012
Patiently waiting on my nexus 7 and my Verizon gnex to get this
update.....although I do have an unlocked boot loader.......

Matthias Gattermeier   Jul 11, 2012
cant wait for the OTA!

Counsel Dew   Jul 11, 2012
Does Google have an opinion on the cause of or a solution for
http://code.google.com/p/android/issues/detail?id=24019?

Sean Saubers   Jul 11, 2012
If you have an unlocked bootloader there will be roms available for your
"toro" version device....just do some searching on XDA developer
forums

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ˅

**Google+**

Sign in



Can I hope for #JellyBean coming to my #SGS2.

**Amit Bhor**  Jul 11, 2012
So will the phones that already have the Google IO JB build receive an OTA update too?

**Sean Saubers**  Jul 11, 2012
Well that depends on whether you have a "deodexed build" or "odexed build" whicjh do you have?

**Rodolfo Segovia**  Jul 11, 2012  *+1*
Puta la wea quiero mi OTA 4.1.1 ya!.

**Monthre Kaentubtim**  Jul 11, 2012
I like nexus so much ^_____^

**Sean Saubers**  Jul 11, 2012
The deodexed version will not receive the OTA update. Only odexed builds of JRN84D will receive the update over the air. The reason is because deodexed ROMS have been modified to allow themeing which removes the ability to be updated over the air. Hope that helps!

You can always use a toolkit to flash the google factory image for ICS v 4.0.4. essentially bringing phone back to stock, and then wait for the OTA to reach your locale

**Sean Saubers**  Jul 11, 2012
The build of the official OTA is "JRo03c" not JRN84d....the JRN84d is the developer preview released 2 weeks or so ago

**Michael Newman**  Jul 11, 2012
Yee haw!

**Noah Villarreal**  Jul 11, 2012
Got my Nexus just in time!

**Daniel J. De Jesús**  Jul 11, 2012
It's 12:50am... So should I go to sleep or should I wait for the update?

**Sean Saubers**  Jul 11, 2012
Id sleep itll prompt you when its ready in your area

**Arvind Mohanram**  Jul 11, 2012
Please share if anybody already got the update yet

**杨杨阳**  Jul 11, 2012
oh,good

**Joe Fields**  Jul 11, 2012
Hopefully "Up next..." means only a few days for the Nexus S and not a few weeks. Either way, it is going to be awesome!

**Cyril Thomas**  Jul 11, 2012 (edited)
Woow I can't wait!

**Sebastián García**  Jul 11, 2012  *+3*
Google my body is ready!

**Martin Irwin**  Jul 11, 2012
Not out for Yakju 4.0.4 at the time of writing. Mashing update button throughout the afternoon...

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ⌄

# Google+

[                                        ]   [       ]   Sign in

asking... I'm not an expert, but I think its basically a type of data
transfer based on the legacy 3G infrastructure that allows for higher
speeds than 3G however not as high but comparable to 4G LTE, which
is a newer type of mobile data.
For an analogy... If 3G were DSL, HSPA+ would be like High Speed
Cable, and 4G LTE would be like Verison Fios, or Google Fiber.

**Alex Perez**   Jul 11, 2012
Since I will have to wait another 21 + days to get an official build. Looks
like I will be updating my Jelly Bean ROM tonight after all.

**Malhaar Kale**   Jul 11, 2012
I cant see any update on my device as of now :(

**Davide Rossi**   Jul 11, 2012
Good Morning to You BigG!!!

**sean parmenter**   Jul 11, 2012
Oh, cool! All I need is a GSM phone on a shitty carrier! +Verizon
Wireless won't send that our way, much less to a 2 year old phone. Still
waiting...

**Asuka Shin**   Jul 11, 2012   *+1*
Stills waiting 4the ota of nexus s maybe in hours? Maybe in days? So
exited!

**Ye Jin**   Jul 11, 2012
Awesome

**James Mason**   Jul 11, 2012
+John Blain, +Ryan Dupuis, +chunsheng zhang - Why didn't you flash
takju 4.0.4 instead of yakju 4.0.4? You would have the OTA already,
with the link above:

http://android.clients.google.com/packages/ota/google_takju
/5c416e9cf57f.signed-takju-JRO03C-from-IMM76I.5c416e9c.zip

**Andry Togarma Hermawan**   Jul 11, 2012
Just in time! Thanks Google!

**Cong Ma**   Jul 11, 2012
I can imagine a few screens damaged from excessive poking in the
following week ;)

**Martin Ongtangco**   Jul 11, 2012
when will the CDMA version update?

**Alois Zea**   Jul 11, 2012
看来还要等一阵子才能ota

**Vyacheslav Verbovy**   Jul 11, 2012
Niiiccccceeee!! Nexus 4ever))

**Wael Karram**   Jul 11, 2012 (edited)   *+5*
and what about HSPA+ Galaxy Nexus yakju (GT-I9250,aka the
international version)?

**Alexander Ivanov**   Jul 11, 2012   *+2*
My Russian Galaxy Nexus got 4.0.4 just last week. I afraid I will wait
for 4.1 some months.

**James King**   Jul 11, 2012
Here we go +Giles King



+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More

Sign in

Geraint Chow   Jul 11, 2012
Is it possible that we can download 4.1 image and flash it manually?

Alan Reid   Jul 11, 2012
Nice! Looking forward to the final version!

Ajay Ghawate Patil   Jul 11, 2012   +3
Can't wait for JB update for my +Nexus S.....

David S. de Lis   Jul 11, 2012 (edited)   +6
Well, the time has finally come! Will yakjuxw get this OTA as well, or do we have to wait for Samsung to release it?

Don Huang   Jul 11, 2012
Takju HSPA+ Nexus and nothing yet in Hawaii

Adrian Flasher   Jul 11, 2012
When will it come out on galaxy s 2?

Enrique Suárez   Jul 11, 2012   +1
Al the moment, ONLY TAKJU DEVICES CAN UPDATE.
yakju devices have to wait (don't know how much time)

Rupak Dey   Jul 11, 2012   +2
It's such a shame that Google/Samsung never sold the GNex **officially** in India.. Never understood this. Hopefully they will bring the next Nexus here. N7 is also a miss for us :(

Arnaud Masciotra   Jul 11, 2012
Good news ! But with JB and the new Google Voice Search, I am not able anymore to do an action like "Call Someone" "Send a Message", in French ? Do we have to wait Google Knowledge Graph in French ? When will it be available ?

Ifan John   Jul 11, 2012
Awesome i cant wait! though i hope flash wil still work. But i doubt it... Jelly!

Kenneth TSE   Jul 11, 2012   +4
Hong Kong Galaxy Nexus users just got the 4.0.4 updates from Samsung HK 10 days ago... They seems to be adding some customization (e.g. "Samsung IME") to the ROM which most users including me have never used. We are just having the delay for no value :-(

probably we need another 3 months delay to get this 4.1 on our devices bought from official resellers... We buy Nexus phones because we want the latest update and best support from Google but end up we only suffer huge delay...

Yes we can flash a pure Google ROM from Android Developer page but that void the warranty of our phone...

Can +Google or +Nexus do something to help us please?  =(
maybe request Samsung to give us a choice to opt out their customized ROM? Help please...!!!

Hadi Masihzadeh   Jul 11, 2012
thx very much google

Marcel Dost   Jul 11, 2012   +1
How do I know if I have a  HSPA+ version or not? I'm in the UK with O2!!! The update better comes fast xD , really excited about it!

Laurent Dinclaux   Jul 11, 2012



**+You    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    More**

**Google+**    |    |    [ ]    Sign in

Jan Horneck  Jul 11, 2012  +1
Any info when the Nexus S will be updated?

Leonard Leijenhorst  Jul 11, 2012
When does it roll out for HTC One V?

Gianluca Saroni  Jul 11, 2012  +3
when on Nexus S ?

Chong Tze Ai  Jul 11, 2012  +1
all galaxy nexus can be upgrade? i check on my phone no update any
news...

Stark Lee  Jul 11, 2012  +2
Nexus S When??

Jairo Ramirez  Jul 11, 2012
Thank you Google for this update, I'm loving Jelly Bean. Games run
much better now & OS is super smooth.

Kenneth Amby Thomassen  Jul 11, 2012  +1
Cant wait ! - Living here in Denmark and after the Google IO12 i have
search every day for an update :)

renz ydel  Jul 11, 2012
i envy +Jairo Ramirez. I hope we'll also get the JB OTA here in
Philippines. However i have my doubts as my GNexus were recently
updated to ICS 4.0.4 last week.

Kenneth Amby Thomassen  Jul 11, 2012
And 'Google Now' is perfekt for me ! (Just needed to say that!)

Carlos-Cristian Radan  Jul 11, 2012  +1
They started with takju not with yakju.

Matt Sokolinski  Jul 11, 2012
+Leonard Leijenhorst you have to ask HTC not Google ... I'd you buy
nexus than it wouldn't be an issue . I'm guessing you'll get your jelly
bean beginning next year or so knowing HTC.... look those
manufactures are just updating their phones to ICS and ICS was
announced last year ... what do you think now....

Matt Sokolinski  Jul 11, 2012
+Nexus I hope you fixed messaging widget .....

Jaiden Briones  Jul 11, 2012
I love it! Cant wait to get the update on my Gnex

Peter de Jonge  Jul 11, 2012
Is this worldwide? As in: Can I, as a Dutchman, expect this update to
hit my Galaxy Nexus anytime soon?

Humberto Cristobal  Jul 11, 2012
Woohoo I'm officially on jelly bean thanks to my bud +Sean Saubers

Simon Kämpf  Jul 11, 2012
My GNex is about to get fixed. Want it back! Want Jelly Bean!!

Gaetano Di Lauro  Jul 11, 2012  +1
Yeah! i'll wait the OTA for my Nexus S.. when it will comes to Italy?

Abdulrahman Kublan  Jul 11, 2012
Great news! I love my Galaxy Nexus!



+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ˅

Google+                                                                         Sign in

Sean Saubers   Jul 11, 2012
just go up and download the file yourself...oh my lord its not so
complicated. I put it there for you guys to use

Peter de Jonge   Jul 11, 2012   +1
+Sean Saubers I would love to, but keep in mind that not everyone has
their Nexus rooted.

Niklas Nilsson   Jul 11, 2012
When will it come to gsm?

Alexis Bronchart   Jul 11, 2012   +2
I'm waiting in belgium... but since I got the 4.0.4 update only a few days
ago I have no big hope to get 4.1 very soon :(

Stephan Schuster   Jul 11, 2012
My Nexus S is waiting... please come soon Jelly Bean :-)

Pankaj Pawar   Jul 11, 2012
When will I get this ota update in india. I have a galaxy nexus. Still
waiting?

Michal Galuch   Jul 11, 2012   +1
Wait for version to my Nexus S. Thanks Google :)

Sean Hattingh   Jul 11, 2012
Hey guys, who can I contact about support in South Africa?

David Garcia Alonso   Jul 11, 2012
Just waiting for it!

Luca Co   Jul 11, 2012
Thanks +Nexus I love You...

Erik Martino   Jul 11, 2012 (edited)
Where can I download the factory image for Galaxy Nexus? I can't wait
for the OTA to happen.

Alistair Sowerbutts   Jul 11, 2012
Can't wait to see what Google now recommends as an alternative route
for my (ten minute!) commute in the morning!

Olivério Graça   Jul 11, 2012
And what about other devices then Nexus? Will they get the new OS?

Xavi Ralita   Jul 11, 2012   +4
Waiting for the Nexus S OTA!!!

andrew mcdaniel   Jul 11, 2012
Verizon....the wait begins

Rui Paiva   Jul 11, 2012   +7
Will yakjuxw models get the update?

Andy Harrington   Jul 11, 2012   +1
Is this international? I'm in the UK and got Samsung Galaxy Nexus (with
Vodafone) will we be getting it Mid July too?

Khubaib Akram   Jul 11, 2012   +2
When does it roll out to Samsung Nexus S?

Francesco Frumento   Jul 11, 2012

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    More ⌄

**Google+**                                                              Sign in

not available in india yet :(

John Wilkinson    Jul 11, 2012
I can't wait for this to hit my GNex and Xoom here in the UK!! WOO!!

Jefferson Guillon    Jul 11, 2012
Anyone from the UK with VF Galaxy Nexus got JB update yet?

Dan McIsaac    Jul 11, 2012
Any word about Vancouver, Canada on Telus?

Doron Birman    Jul 11, 2012
I can't wait :)

Niclas Fagerholm    Jul 11, 2012 (edited)    +1
I'm in Sweden with a Galaxy Nexus GSM (build
IMM76K.I9250XWLD2), just got the 4.0.4 fairly recently. Guess I won't
be seeing the update today..

But here's hoping!
\*#*#2432546#*#* (\*#*#checkin#*#*)is the same as pressing the Check
now button ;)

Kiernan Moore    Jul 11, 2012
I haven't got it yet :(

Mayur Agarwal    Jul 11, 2012 (edited)    +1
Updating Galaxy Nexus to Android 4.1.1 Final (JRO03C) from 4.0.4
(IMM76I) or 4.1 (JRN84D) on Takju. http://goo.gl/3Bd92

Hope this guide comes handy! :)

Chris Rowe    Jul 11, 2012
+Nexus Any word on timing for Aus? also I've never had an OTA
update, is there any data/app losses in the process?

andres barroeta    Jul 11, 2012
Will yakjuxw models get the update? help :( i think i have to sell this
phone in buy direct from google shit

Simon Johansson    Jul 11, 2012
+andres barroeta Just oem unlock it and restore to yakju factory
images already.. there are plenty of guides on the interwebz for you.

Sultan Raja    Jul 11, 2012
Awesome.... waiting JB on my Galaxy Nexus... Thank you Google

Henrik Piotrowski    Jul 11, 2012    +2
When will the Samsung Build GNex be updated? I don't understand why
it takes so long... Does anyone know?

Mitchell Broner Squire    Jul 11, 2012
[just. give. me. **MORE**. GOOGLE.]

Yukchoi Cheung    Jul 11, 2012
when can i upgrade in hk?

Joshua Kairl    Jul 11, 2012
Google Now needs +AFL Scores

Tj Hannaran  Jul 11, 2012
+Nexus When can i expect to see the factory image by?

Ahmad Kalban  Jul 11, 2012  +1
is there any information for the rollout process? Like takju will be rolling out for three days, then start yakju for three days...etc. ?? how it plays it really??

Maciej Baron  Jul 11, 2012  +1
Is this a North America-centric announcement or are literally all eligible (HSPA+) phones getting the update? I'm from the UK.

Eric Zhu  Jul 11, 2012
Awesome recognize Accuracy.

Alexandros Ignatiou  Jul 11, 2012  +1
GSM 4.0.4 yet I get nothing when I check for updates...

Mikael Karlsson  Jul 11, 2012
Can't wait!

Eric Zhu  Jul 11, 2012
And the Robot Voice is more nature than Siri.

Maciej Baron  Jul 11, 2012
+Alexandros Ignatiou you shouldn't be surprised that there are no updates since they haven't announced the update for GSM phones yet, only HSPA+.

Rodd Clarkson  Jul 11, 2012
Can't wait for it to appear on my Nexus S.

Andre Santos  Jul 11, 2012
Is this update only for the states or do we get this in Europe as well?

Fernando Lopez III  Jul 11, 2012
"Your system is currently up to date." Last checked for update at 6:56am... 6:57am... 6:58am...7:03am... HURRY, I want my Galaxy Nexus to rock!

Eric MORAND  Jul 11, 2012
4.1 or 4.1.1 ?

Andy Harrington  Jul 11, 2012  +9
Why don't Google just give us dates? So they don't get thousands of people asking, and we aren't left guessing? Just a thought.

Henning Hoefer  Jul 11, 2012
Notice that the update from 4.1 to 4.1.1 doesn't contain a new radio image (still XXLF1). So the DHCP problem with certain WiFi routers isn't solved :-(

Mayur Agarwal  Jul 11, 2012  +3
Update: Good news, official Android 4.1.1 OTA Update is now available for YAKJU Galaxy Nexus too!

Updating Galaxy Nexus from Yakju 4.0.4 (IMM76I) to Android 4.1.1 (JRO03C) http://t.co/XHQokAxq

Jonas Van Dorpe  Jul 11, 2012  +3
+Maciej Baron hspa+/gsm version of gnex are the same phones : )



**+You**    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    More

Google+

Sign in

Morpheous    Jul 11, 2012
Good News

Andrej Vukic    Jul 11, 2012
Aaaaarrghh I can't wait any longer, hurry up :))

Michael D'Arro    Jul 11, 2012
WOW that's what I call the future of technology.... Awesome work Google!!

Jirka Daněk    Jul 11, 2012
OT: the commentary in the video reminded me of this: http://news.sciencemag.org/sciencenow/2011/12/vocal-fry-creeping-into-us-speec.html

Deviantartjr Henz    Jul 11, 2012    +8
when will the yakjuxw got the OTA update?

Bruno Markovic    Jul 11, 2012    +1
Aaaaaaa! I hope I get it soon. :)
* anxiously checks for updates once per 10 min *

Justin Smith    Jul 11, 2012    +2
I wish they wouldn't call widgets "magical." That's something silly I'd expect to hear out of Apple.

Bryan Morello    Jul 11, 2012
+JR Shepherd They released that weeks ago just not OTA but through kies.

Paul Tichonczuk    Jul 11, 2012    +3
So being in Canada, I'm still stuck on a bugy 4.0.2 release. I don't even have 4.0.4. I expect to get this update probably in a month or two unless I unlock bootloader, root and switch over to the "Google" build of the phone. So much for reference phone.

Campton Matthew    Jul 11, 2012    +3
lol i can see it now... apple brings you "widgets" (the ones that go on the screen,not in the notifications bar lol) then call it innovative... and we all yawn,and go about our daily lives * adds weather widget to screen* **resizes** -_- widgetgusta....

Kent Kerr    Jul 11, 2012
**hits update again** Come on phone! Lunch is on me if you JUST UPDATE.

-lives in Ohio. Come on, Ohio. Stop sucking...

David Betz    Jul 11, 2012
Update still does nothing (on yakju).

Meidimi H. Sokoto    Jul 11, 2012
cant wait......woop woop.

Ajinkya Pradhan    Jul 11, 2012
Hi, i got my galaxy nexus from US but now im using it in India, any idea when will it launch in india?

Samuel Rats    Jul 11, 2012
Will the factory image be available for download on https://developers.google.com/android/nexus/images ?

Zoltán Páll    Jul 11, 2012



**+You**  Search  Images  Maps  Play  YouTube  News  Gmail  Documents  Calendar  More ▾

Jarosław Ryll  Jul 11, 2012
A kiedy będzie dostępna w Polsce?

Christopher Hunter  Jul 11, 2012
Cool, can't wait to try it.

Andrea Pennisi  Jul 11, 2012  +6
The build on my galaxy nexus is yakjuxw, when release the 4.1 jelly bean?

Isaac Mutisya  Jul 11, 2012  +1
Well I'd say no company has come as close as Google has in chalenging the once commandeering Apple Inc. in the mobile business.

Jonas Van Dorpe  Jul 11, 2012  +2
+Zoltán Páll hspa+ and GSM galaxy nexus is the same phone.

lampujalan asbar  Jul 11, 2012
When will it available in malaysia

Raymond Regnier  Jul 11, 2012
In Virginia with GSM HSPA+ Takju.. no OTA yet :(

Zlatko Nakic  Jul 11, 2012
I know all of you are excited as much as I am, but has anyone actualy received the update. As far as I can see everyone are saying that they can't wait and nobody says if they actually got the update.

Jean Escalante  Jul 11, 2012
+Jesse James Ettebe Really? Because the Bell Mobility website generally shows when they are ready for a new update. Or at least in theory. I don't think I've seen updates for any phone.

Jesse James Ettebe  Jul 11, 2012
I just wonder how many Galaxy Nexus phones Google/Samsung sold. Seeing I dont remember the OTA taking this long.

Ryan Coyle  Jul 11, 2012
Is there a Google Nexus LTE phone yet? =)

Matt Sokolinski  Jul 11, 2012
+Nexus really guys messaging widget still force closes whole launcher when scrolled to the bottom and than top ...

Ivan Al-hilali  Jul 11, 2012
Ohh yeah!! Can't wait for my Galaxy Nexus gets it !!!!

Raymond Regnier  Jul 11, 2012
How about shipping the Nexus 7 today to all of us.

shrikant kunder  Jul 11, 2012
Hi everyone I'm from India n I have nexus s, will this updates work smooth in phone.

Nir Klinger  Jul 11, 2012
I think Google forgot nexus a

Matt Whitfield  Jul 11, 2012  +1
Hmm, I'm reading that as "the Nexus 7 will ship with Jelly Bean later this month." so... it's been more than a minute, time to check for the update again. :-)

Stewart Abel  Jul 11, 2012  +1



+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ˅

Google+

Sign in

Tedjo Haryotomo   Jul 11, 2012
Yakjuxw please

Alexander Reissig   Jul 11, 2012
+Nexus S needs some good loving
and fast:)

Sam Hosseini   Jul 11, 2012   +4
+Nexus do we actually need to press the update button to get this?
Judging from the comments you'd save a LOT of people a LOT of time
if you answer this question haha

Jeosef Sison   Jul 11, 2012   +2
SGS 1 and 2 users rage =)) Nexus S gets an update

Vladimir Casso   Jul 11, 2012   +4
Please somebody post if already receive the update..

Jonas Van Dorpe   Jul 11, 2012   +1
+Sam Hosseini It force checks immediately, rather than waiting for a
fixed interval.

Daniel Pardo   Jul 11, 2012   +1
Great, i just bought a Galaxy Nexus i can't wait to update it to JB.

Sam Hosseini   Jul 11, 2012
+Jonas Van Dorpe thanks Jonas. Any idea what the frequency of the
fixed interval is?

Marco Carrodano   Jul 11, 2012
can't wait to see it on my GSM one!

Marco Bollero   Jul 11, 2012
WOW!!!!

Annirudh Shanbhogue   Jul 11, 2012
+JR Shepherd u can check out slim ics at slimroms.com

Kevin Chen   Jul 11, 2012
yes, i am waitting jelly bean, and my nexus 7.

Jonas Van Dorpe   Jul 11, 2012
+Sam Hosseini not a clue...

Jason Hu   Jul 12, 2012 (edited)
I'm waiting for OTA update! Hope Jelly Bean coming soon! I have found
a way to get the OTA update. Read my post.

Pawel Ziółkowski   Jul 11, 2012
Y U No release OTA ? :)

Andy Müller   Jul 11, 2012   +2
Still waiting for the OTA but looking forward to it to get it soon! (Hope it
doesn't again take a few months ^^ )

Peyton Gurley   Jul 11, 2012   +9
I've pushed Check now 2000000000 times...

Jesse James Ettebe   Jul 11, 2012 (edited)   +1
Is there anyway to install the Nexus 4.1 image from Google without
using Clockwork?

Jason Couto   Jul 11, 2012   +1

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    More

Google+                                                                    Sign in



Jeremy Poitevin  Jul 11, 2012    +1
En attente de JB...

Jindřich Šnýdl  Jul 11, 2012    +1
Jelly Bean ?! Where are you ? :(

Afshin Rohani  Jul 11, 2012
Come to papa.

Zynon Putney  Jul 11, 2012    +2
Can you push my phone to the top of the OTA list?... :-) Can't wait!

Joannie Huang  Jul 11, 2012
yes, can't wait to download

Joshua Talley  Jul 11, 2012
Awesome! Can't wait!!!

Mike Nereson  Jul 11, 2012 (edited)
Erm. My ATT #NexusS doesn't even have #ICS yet. Am I missing
something here?

David Chen  Jul 11, 2012
Sounds good to me. As long Nexus gets it. Can't wait!

Jérémy Poitevin  Jul 11, 2012
+Brahim BELKHIR et le nexus S, faut pas l'oublier non plus ;o)

Marvin Tejada  Jul 11, 2012    +1
Google please put the pressure on Verizon to get it out to us sooner!!

Sergey R.  Jul 11, 2012
Жду с нетерпением!

Jakob Wångö  Jul 11, 2012
Dont really care when it comes out in Sweden fro the Nexus s.
I have root access and unlocked bootloader, so when i can se the OTA
hitting USA, when i can just flash it easy as a pancake:d

Todd Anthony  Jul 11, 2012    +2
ive been tasting the jelly bean for a minute now and its pretty sweet

Todd Anthony  Jul 11, 2012
+Marvin Tejada  thats up to verizon sadly....they kind of squatted on the
galaxy nexus big time , im sorry for that

Abhishek Chaudhary  Jul 11, 2012    +1
My Nexus S is waiting.

Camilo Alonso Espinoza Narvaez  Jul 11, 2012    +2
cuando llegara la actualización para galaxy nexus en chile?

gracias

Jindřich Šnýdl  Jul 11, 2012
+Todd Anthony You already have JB ?

Daniel Wasilewski  Jul 11, 2012    +1
Looming forward to a quick update for the LTE Nexus. Don't screw this
up Verizon!

Christopher Fatica  Jul 11, 2012
OTA update for the Verizon Galaxy Nexus by end of the month... I'll

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ⌄

Google+                                                              [Sign in]

**Rohit Mohan**  Jul 13, 2012 (edited)  *+12*
i heard that at first they are updating devices with 4.1.0 to 4.1.1 that is devices google gave out at the IO i bought a Takju from google play so hopefully our update should hit us with in a couple(PRAYING)..EDIT: DID anyone try forcing it with'#*#2432546#*#'  ??? my friend did it and it worked but not me.. guys try it out and  let us know.. Ok Guys Try this first Check in my dialing  '#*#2432546#*#' . then GO to Settings> Apps>click the tab called ALL> scroll down for "Google Services Framework " open it then clear the data and force close that service... then go back and search for the update in settings.. it will show that the last time u checked for an update was 1969 and will download the update forcefully.. it worked for me but you might have to do it a couple f time.. Have fun

**Виктор Тушенцов**  Jul 11, 2012  *+3*
Still waiting...

**Fiq Evo**  Jul 11, 2012  *+1*
Can't wait!!!

**Andrew Frizzell**  Jul 11, 2012  *+7*
Push the Sprint update out too!

**miguel bleau**  Jul 11, 2012  *+18*
Awaiting jb on my nexus s, I can't wait :)

**Andrew Norton**  Jul 11, 2012  *+9*
Has anyone in Ohio gotten the update yet? I'm still waiting.

**Jacob Geiser**  Jul 12, 2012  *+3*
Anyone in Minnesota gotten the update yet?

**Jaimin Bhatt**  Jul 26, 2012  *+1*
It's almost end of the month. When does the Verizon Galaxy Nexus get Jelly Bean +Nexus?

**Vincent Winther**  Jul 29, 2012
Can't wait for +Google Now on my galaxy +Nexus :)

**Travis Ramdial**  Jul 31, 2012  *+4*
So its almost August and I'm still waiting for my update. I have a Galaxy Nexus with Rogers in Canada. I hope I get this update soon.

**Jim Chambers**  Aug 4, 2012
It still needs some work but looks very promising... :-)

**Michael Grady**  Aug 23, 2012  *+2*
curious as to why it is so much longer for Sprint/Verizon versions take so long... either way work hard and have fun... can wait to see what you have... hopefully its better then what i got on my Xoom update...

You can see more of what Nexus shares on **their profile**.        Join Google+

©2012 Google - Terms - Map data © 2012 · Terms of Use · Content Policy · Privacy · English (United States) · Set region

# EXHIBIT I

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ⏷

| Search for topics | | Sign in | |

## Groups

Android Building ›

### 4.1.2 in AOSP    0

56 posts by 20 authors in Android Building

**Jean-Baptiste Queru**    Oct 9 (9 days ago)    Sign in to reply

We're releasing Android 4.1.2 to AOSP today, which is a minor update
on top of 4.1.1.

As a note to maintainers of community builds running on Nexus 7:
please update to 4.1.2 at the first opportunity. Future variants of
the grouper hardware will have a minor change in one of the components
(the power management chip) that will not be compatible with 4.1.1.

The build number is JZO54K, and the tag is android-4.1.2_r1.

Enjoy,
Conley and JBQ

--
Jean-Baptiste M. "JBQ" Queru
Technical Lead, Android Open Source Project, Google.

Questions sent directly to me that have no reason for being private
will likely get ignored or forwarded to a public forum with no further
warning.

| **Mirko Mahlberg**  Will it be rolled out to the Galaxy Nexus? Am Dienstag, 9. Oktober 2012 18:43:44 | Oct 9 (9 days ago) |
| **Artem Russakovskii**  Hey JBQ, Awesome news. Can you share some changes in 4.1.2 please? | Oct 9 (9 days ago) |
| **Jeff Felismino**  Will 4.1.2. be available for Galaxy Nexus? | Oct 9 (9 days ago) |
| **Jeremy Schulte**  Does this mean we will see a new factory image for Grouper soon? | Oct 9 (9 days ago) |
| **Jean-Baptiste Queru**  Availability of factory images will match the timing of the OTA to retail devices, | Oct 9 (9 days ago) |
| **Jean-Baptiste Queru**  This release contains the full git logs, as usual. JBQ On Tue, Oct 9, 2012 at | Oct 9 (9 days ago) |
| **Jean-Baptiste Queru**  I can't talk about future releases, sorry. JBQ | Oct 9 (9 days ago) |
| **JF Dionne**  Thanks for the update! But does that mean I bought my nexus 7 tablet too soon ? | Oct 9 (9 days ago) |
| **Jean-Baptiste Queru**  I'm sure someone will gather a full changelog from git once all the replication | Oct 9 (9 days ago) |
| **Jean-Baptiste Queru**  The new chip is functionally identical to the old one, but requires some | Oct 9 (9 days ago) |
| **rob0t**  any changes to address this problem? "Nexus 7 slow when less than 3GB free | Oct 9 (9 days ago) |
| **Paul Reioux**  Will kernel source follow soon?  (have been hitting F5 on the git :D ) | Oct 9 (9 days ago) |
| **Jean-Baptiste Queru**  No, there's no specific time frame for future releases. JBQ On Tue, Oct 9 | Oct 9 (9 days ago) |

# EXHIBIT J

# android
# open source project

| Home | Source | Compatibility | Tech Info | Community | About |

**Links**
- Project Philosophy
- People and Roles
- Getting Involved
- Compatibility
- Licensing Information

## Philosophy and Goals

Android is an open-source software stack for mobile phones and other devices.

### Origin and Goal

Android was originated by a group of companies known as the Open Handset Alliance, led by Google. Today, many companies -- both original members of the OHA and others -- have invested heavily in Android, typically in the form of allocating significant engineering resources to improve Android and bring Android devices to Market.

We created Android in response to our own experiences launching mobile apps. We wanted to make sure that there would always be an open platform available for carriers, OEMs, and developers to use to make their innovative ideas a reality. We wanted to make sure that there was no central point of failure, where one industry player could restrict or control the innovations of any other. The solution we chose was an open and open-source platform.

The goal of the Android Open Source Project is to create a successful real-world product that improves the mobile experience for end users.

### Governance Philosophy

The companies that have invested in Android have done so on its merits, because we believe that an open platform is necessary. Android is intentionally and explicitly an open-source -- as opposed to free software -- effort: a group of organizations with shared needs has pooled resources to collaborate on a single implementation of a shared product. The Android philosophy is pragmatic, first and foremost. The objective is a shared product that each contributor can tailor and customize.

Uncontrolled customization can, of course, lead to incompatible implementations. To prevent this, the AOSP also maintains the Android Compatibility Program, which spells out what it means to be "Android compatible", and what is required of device builders to achieve that status. Anyone can (and will!) use the Android source code for any purpose, and we welcome all such uses. However, in order to take part in the shared ecosystem of applications that we are building around Android, device builders must participate in the Compatibility Program.

Though Android consists of multiple sub-projects, this is strictly a project-management technique. We view and manage Android as a single, holistic software product, not a "distribution", specification, or collection of replaceable parts. Our intent is that device builders port Android to a device; they don't implement a specification or curate a distribution.

### How We Work

We know that quality does not come without hard work. Along with many

partners, Google has contributed full-time engineers, product managers, UI designers, Quality Assurance, and all the other roles required to bring modern devices to market. We roll the open source administration and maintenance into the larger product development cycle.

- At any given moment, there is a current latest release of the Android platform. This typically takes the form of a branch in the tree.

- Device builders and Contributors work with the current latest release, fixing bugs, launching new devices, experimenting with new features, and so on.

- In parallel, Google works internally on the next version of the Android platform and framework, working according to the product's needs and goals. We develop the next version of Android by working with a device partner on a flagship device whose specifications are chosen to push Android in the direction we believe it should go.

- When the "n+1"th version is ready, it will be published to the public source tree, and become the new latest release.

Privacy & Terms                                                                                     Go to Top