| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael L. Fazio (Bar No. 228601)<br>michaelfazio@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:   (213) 443-3000<br>Facsimile:    (213) 443-3100 | STEPTOE & JOHNSON, LLP<br>John Caracappa (*pro hac vice*)<br>jcaracappa@steptoe.com<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 429-6267<br>Facsimile: (202) 429-3902 |

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO SUPPLEMENT ITS INFRINGEMENT CONTENTIONS**<br><br>Date:     November 6, 2012<br>Time:    10:00 a.m.<br>Place:    Courtroom 5<br>Judge:   Honorable Paul S. Grewal |

## DECLARATION OF MICHAEL L. FAZIO

I, Michael L. Fazio, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as **Exhibit A** is a true and correct copy of a website on the Android Open Source Project titled "Philosophy and Goals", downloaded from http://source.android.com/about/philosophy.html on October 18, 2012.

3. Attached hereto as **Exhibit B** is a true and correct copy of an entry on the Google Groups message board titled "4.1.2 in AOSP" dated October 9, 2012, and downloaded from https://groups.google.com/forum/#!msg/android-building/2rkEoKMnhzU/3s-GgaU_NT0J on October 18, 2012.

4. Samsung filed its Motion For Leave To Supplement Its Infringement Contentions on October 1, 2012.  Four days later, on October 5, 2012, Apple filed its Motion For Leave To Amend Its Disclosure Of Asserted Claims & Infringement Contentions.  On October 15, 2012, Samsung proposed that "Samsung will agree that we will not oppose Apple's addition of the Note 10.1 if Apple does not oppose our addition of the iPhone 5."  Samsung's proposed agreement explicitly excluded "the operating systems (jelly bean and ios6)."  Attached hereto as **Exhibit C** is a true and correct copy of the email sent by my colleague, Patrick Shields, to Apple's counsel, dated October 15, 2012, which reduced this proposal to writing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 22, 2012.

                                        */s/   Michael L. Fazio*
                                          Michael L. Fazio