# EXHIBIT A

Android.com

# open source project

**Home**    **Source**    **Compatibility**    **Tech Info**    **Community**    **About**

**Links**

Project Philosophy
People and Roles
Getting Involved
Compatibility
Licensing Information

## Philosophy and Goals

Android is an open-source software stack for mobile phones and other devices.

### Origin and Goal

Android was originated by a group of companies known as the Open Handset Alliance, led by Google. Today, many companies -- both original members of the OHA and others -- have invested heavily in Android, typically in the form of allocating significant engineering resources to improve Android and bring Android devices to Market.

We created Android in response to our own experiences launching mobile apps. We wanted to make sure that there would always be an open platform available for carriers, OEMs, and developers to use to make their innovative ideas a reality. We wanted to make sure that there was no central point of failure, where one industry player could restrict or control the innovations of any other. The solution we chose was an open and open-source platform.

The goal of the Android Open Source Project is to create a successful real-world product that improves the mobile experience for end users.

### Governance Philosophy

The companies that have invested in Android have done so on its merits, because we believe that an open platform is necessary. Android is intentionally and explicitly an open-source -- as opposed to free software -- effort: a group of organizations with shared needs has pooled resources to collaborate on a single implementation of a shared product. The Android philosophy is pragmatic, first and foremost. The objective is a shared product that each contributor can tailor and customize.

Uncontrolled customization can, of course, lead to incompatible implementations. To prevent this, the AOSP also maintains the Android Compatibility Program, which spells out what it means to be "Android compatible", and what is required of device builders to achieve that status. Anyone can (and will!) use the Android source code for any purpose, and we welcome all such uses. However, in order to take part in the shared ecosystem of applications that we are building around Android, device builders must participate in the Compatibility Program.

Though Android consists of multiple sub-projects, this is strictly a project-management technique. We view and manage Android as a single, holistic software product, not a "distribution", specification, or collection of replaceable parts. Our intent is that device builders port Android to a device; they don't implement a specification or curate a distribution.

### How We Work

We know that quality does not come without hard work. Along with many

partners, Google has contributed full-time engineers, product managers, UI designers, Quality Assurance, and all the other roles required to bring modern devices to market. We roll the open source administration and maintenance into the larger product development cycle.

- At any given moment, there is a current latest release of the Android platform. This typically takes the form of a branch in the tree.

- Device builders and Contributors work with the current latest release, fixing bugs, launching new devices, experimenting with new features, and so on.

- In parallel, Google works internally on the next version of the Android platform and framework, working according to the product's needs and goals. We develop the next version of Android by working with a device partner on a flagship device whose specifications are chosen to push Android in the direction we believe it should go.

- When the "n+1"th version is ready, it will be published to the public source tree, and become the new latest release.

Privacy & Terms                                                                                                                          Go to Top

# EXHIBIT B

**+You**  Search  Images  Maps  Play  YouTube  News  Gmail  Documents  Calendar  More

Search for topics                                                                 Sign in

Groups

Android Building ›

### 4.1.2 in AOSP    0

56 posts by 20 authors in Android Building

---

**Jean-Baptiste Queru**                              Oct 9 (9 days ago)   Sign in to reply

We're releasing Android 4.1.2 to AOSP today, which is a minor update
on top of 4.1.1.

As a note to maintainers of community builds running on Nexus 7:
please update to 4.1.2 at the first opportunity. Future variants of
the grouper hardware will have a minor change in one of the components
(the power management chip) that will not be compatible with 4.1.1.

The build number is JZO54K, and the tag is android-4.1.2_r1.

Enjoy,
Conley and JBQ

--
Jean-Baptiste M. "JBQ" Queru
Technical Lead, Android Open Source Project, Google.

Questions sent directly to me that have no reason for being private
will likely get ignored or forwarded to a public forum with no further
warning.

---

| | | |
|---|---|---|
| **Mirko Mahlberg** | Will it be rolled out to the Galaxy Nexus? Am Dienstag, 9. Oktober 2012 18:43:44 | Oct 9 (9 days ago) |
| **Artem Russakovskii** | Hey JBQ, Awesome news. Can you share some changes in 4.1.2 please? | Oct 9 (9 days ago) |
| **Jeff Felismino** | Will 4.1.2. be available for Galaxy Nexus? | Oct 9 (9 days ago) |
| **Jeremy Schulte** | Does this mean we will see a new factory image for Grouper soon? | Oct 9 (9 days ago) |
| **Jean-Baptiste Queru** | Availability of factory images will match the timing of the OTA to retail devices, | Oct 9 (9 days ago) |
| **Jean-Baptiste Queru** | This release contains the full git logs, as usual. JBQ On Tue, Oct 9, 2012 at | Oct 9 (9 days ago) |
| **Jean-Baptiste Queru** | I can't talk about future releases, sorry. JBQ | Oct 9 (9 days ago) |
| **JF Dionne** | Thanks for the update! But does that mean I bought my nexus 7 tablet too soon ? | Oct 9 (9 days ago) |
| **Jean-Baptiste Queru** | I'm sure someone will gather a full changelog from git once all the replication | Oct 9 (9 days ago) |
| **Jean-Baptiste Queru** | The new chip is functionally identical to the old one, but requires some | Oct 9 (9 days ago) |
| **rob0t** | any changes to address this problem? "Nexus 7 slow when less than 3GB free | Oct 9 (9 days ago) |
| **Paul Reioux** | Will kernel source follow soon?  (have been hitting F5 on the git :D ) | Oct 9 (9 days ago) |
| **Jean-Baptiste Queru** | No, there's no specific time frame for future releases. JBQ On Tue, Oct 9, | Oct 9 (9 days ago) |

# EXHIBIT C

# John McKee

| | |
|---|---|
| **From:** | Patrick Shields |
| **Sent:** | Monday, October 15, 2012 11:14 PM |
| **To:** | JLo@gibsondunn.com |
| **Cc:** | Samsung@gibsondunn.com; Mark.Selwyn@wilmerhale.com; Elise.Miller@wilmerhale.com; peter.kolovos@wilmerhale.com; rhung@mofo.com; Michael.Silhasek@wilmerhale.com; Michael Fazio |
| **Subject:** | motions to amend |

Jason,

Regarding our discussion earlier today, Samsung will agree that we will not oppose Apple's addition of the Note 10.1 if Apple does not oppose our addition of the iPhone 5.  Samsung does not want to include the operating systems (jelly bean and ios6) in this agreement, as they believe we should evaluate products on a case by case basis.