**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

October 24, 2012

Michael A. Valek
Gibson, Dunn & Crutcher
2100 McKinney Avenue
Dallas, Texas 75201

SUBJECT:    Request for Payment of Docket Fee

Title:  **APPLE INC. -v- SAMSUNG ELECTRONICS CO.,LTD,ET.AL**
Case Number:    **CV 12-00630 LHK**

An application for admission of attorney Pro Hac Vice was e-filed with this Court on 10/19/2012 and the filing fee of $305.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk


by:  **/s/ Diane Miyashiro**
**Case Systems Administrator**