| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**DECLARATION OF JASON LO IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND ITS DISCLOSURE OF ASSERTED CLAIMS & INFRINGEMENT CONTENTIONS** |

DECLARATION OF JASON LO IN SUPPORT OF APPLE'S
REPLY IN SUPPORT OF APPLE'S MOT. FOR LEAVE
TO AMEND INFRINGEMENT CONTENTIONS
12-cv-00630-LHK (PSG)

I, Jason Lo, declare and state as follows:

1. I am partner at the law firm of Gibson, Dunn & Crutcher ("Gibson Dunn"), counsel of record in this action for Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I submit this declaration in support of Apple's Reply in Support of its Motion for Leave to Amend Its Disclosure of Asserted Claims and Infringement Contentions. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows.

2. Attached hereto as Exhibit A is a true and correct copy of an article titled Unlocked Galaxy Nexus Gets Android Jelly Bean Update, dated July 10, 2012, and downloaded from http://www.pcworld.com/article/259074/android_jelly_bean_update_released_for_the_unlocked_galaxy_nexus.html on October 25, 2012.

3. Attached hereto as Exhibit B is a true and correct copy of an article titled Sprint Galaxy Nexus Jelly Bean Update Remains in the Shadows, dated August 31, 2012, and downloaded from http://www.gottabemobile.com/2012/08/31/sprint-galaxy-nexus-jelly-bean-update-remains-in-the-shadows/ on October 25, 2012.

4. Attached hereto as Exhibit C is a true and correct copy of an article titled Verizon Galaxy Nexus Jelly Bean Update Hopefully Coming This Month, dated August 16, 2012, and downloaded from http://www.gottabemobile.com/2012/08/16/verizon-galaxy-nexus-jelly-bean-update-hopefully-coming-this-month/ on October 25, 2012.

5. Attached hereto as Exhibit D is a true and correct copy of an article titled Sprint updates Galaxy Nexus to Jelly Bean, Verizon continues to take its time, dated September 6, 2012, and downloaded from http://news.yahoo.com/sprint-updates-galaxy-nexus-jelly-bean-verizon-continues-002513132.html on October 25, 2012.

6. Attached hereto as Exhibit E is a true and correct copy of an article titled Verizon Galaxy Nexus finally lands Jelly Bean update, dated September 21, 2012, and downloaded from http://www.engadget.com/2012/09/21/verizon-galaxy-nexus-finally-lands-jelly-bean-update/ on October 25, 2012.

Executed on October 26, 2012 in Los Angeles, CA

By:  /s/Jason Lo
     Jason Lo