# Unlocked Galaxy Nexus Gets Android Jelly Bean Update

25
Like
62
Tweet
18

1
Share

By Armando Rodriguez (/author/Armando-Rodriguez), PCWorld     Jul 10, 2012 6:46 PM



Have a Samsung Galaxy Nexus (http://www.pcworld.com/article/246481/samsung_galaxy_nexus_review_sleek_and_speedy.html) that *isn't* running on Verizon or Sprint? Well good news! The update to Android Jelly Bean (http://www.pcworld.com/article/258493/google_android_jelly_bean_os_a_test_drive.html) has started rolling out and should be hitting your phone in the next couple of days. The update brings with it Google Now, new notifications, and a much more responsive interface thanks to Project Butter.

In the Google+ post (https://plus.google.com/u/0/112773496741623034196/posts/QLETQNekJ6D) that announced this exciting bit of news, Google also mentioned that the Motorola Xoom, Nexus S, and other Galaxy Nexus phones (it presumably meant those running on Sprint and Verizon), were the next devices in line to receive the upgrade to Jelly Bean. The company also stated that the Nexus 7, which is shipping later this month, would be running the latest Android operating system--something which it had already announced at Google I/O last June.

Unfortunately, outside of the Nexus 7 (http://www.pcworld.com/article/258772/google_nexus_7_tablet_review_solid_but_not_revolutionary.html), Google didn't give a timeframe for when we could expect the update to become available to those other phones (and tablet). Hopefully it's sooner rather than later, but at least for now more people can enjoy the benefits of owning a Google developer device.

## comments                                                                ADD YOURS

Sort by:    S | S          S | S

 **DarkOverDroid**
07/10/2012 06:31 PM PDT

This kinda of news makes me glad I traded in My Gnex for thRazr Maxx on Verizon. I would`nt be getting the JB update any time soon anyway. I think something should be done about the false advertisement of the Verizon version being a Nexus device, then after people purchase it, they say, oh well, ya know we can`t officially consider this a nexus nor can we officially support it because of verizons propriatory software that goes into cdma devices. I think a class action suit is in order for false advertisement. The cdma/lte Galaxy Nexus, is NOT a Nexus device. I don`t care what the back of the phone has inscribed on it. It`s complete B.S. There will never be a CDMA Nexus as long as Verizon keeps the Software google needs to develop with under their control.

recommend   3   | reply  | report abuse

  **mikedgolf40505**
07/10/2012 06:57 PM PDT



(http://www.pcworld.com/premiumcontent/superguide/bestairports.html)

## POPULAR PHONES

  Galaxy S III Marble White Smartphone - AT&T (1.5 GHz Dual-Core Processor,...         as low as **649.00**
(/product/pg/1011748056/detail)

iPhone 4S 16 GB Black Smartphone - AT&T         as low as **319.95**
(/product/pg/914200361/detail)

  Droid Razr Maxx Black Smartphone - Verizon Wireless (1.2 GHz Dual-Core...         as low as **699.00**
(/product/pg/957984972/detail)

  One X White Smartphone - AT&T         as low as **0.01**
(/product/pg/994613984/detail)

  Lumia 900 Cyan Smartphone - AT&T (1.4 GHz Processor, 512 MB RAM, 16 GB...         as low as **423.00**
(/product/pg/989107203/detail)

See more » (/product/pg/directory.html?&partnerCategory.pageId=327)

business software (http://0.r.msn.com/?ld=4v_uzx2TjDWwOoa4DudzH3qWcXHKqDkHKpeKJCCsVHx5kDZYY1b9ZLIY1f_ibpahDuPs8fnaQdpmaLx16BCGxxKrsQkhSYMV1kV4PxEWeyMgFDbscJtUNU9J_gQfR3MiSlUC-BuEvJAjliBTEqg5Fn7PXEGZweYZBrOuJ4bLIl8aYP46iUsdn5EAJgNVQJTF
RLA delivers distribution/manufacturing business software.
www.rla-assist.com (http://0.r.msn.com/?ld=4v_uzx2TjDWwOoa4DudzH3qWcXHKqDkHKpeKJCCsVHx5kDZYY1b9ZLIY1f_ibpahDuPs8fnaQdpmaLx16BCGxxKrsQkhSYMV1kV4PxEWeyMgFDbscJtUNU9J_gQfR3MiSlUC-BuEvJAjliBTEqg5Fn7PXEGZweYZBrOuJ4bLIl8aYP46iUsdn5EAJgNVQJTF

Computer Virus Software (http://0.r.msn.com/?ld=4vOk2XUgpCT7XSX0704e1TVJpR1Mwtv2c7e1qOIzyaBcjVZ0hgUU8D4VoHibDR-efxpMn8Qd2RaL1WHjKexuTVJqfTuGIFVw18iD2w6fZaLJA7x85RKSXzqV9ITU7Luy9v8RyrPHSDiV4xSaOC9uzR96cJJSsHKmOae7PBvCTr5uOHk-cdp595vIigElChX1p_Sc2THRplxzIDRet5vO_tL__PZOtq_SxKij4MX_lWRgvR8_mHZ2CsrM2S3oO0Nyo75waqdMKedgAMtnbn81VAlMgYuHh2ORd-j68OOR7BMUrRAmY3M9SSDUK1B7ohjowD_f-CZkC56j4AJS9ZZftO7XV2WNOT0)
Get Computer Virus Protection. Download Today.
http://zsecurity.com/ (http://0.r.msn.com/?ld=4vOk2XUgpCT7XSX0704e1TVJpR1Mwtv2c7e1qOIzyaBcjVZ0hgUU8D4VoHibDR-

I am still waiting on my Ice Cream Sandwich update to my Droid Bionic.

recommend | reply | report abuse

 **LiveBrianD**
07/10/2012 08:21 PM PDT

I'm glad I got the unlocked version of this phone rather than the Verizon one... 🙂

recommend [ 1 ] | reply | report abuse

 **sickpup**
07/11/2012 05:16 AM PDT

Since we just got the upgrade on the SGS2 for AT&T I doubt we will see this upgrade anytime soon unless it is pushed because of the lawsuits. Good thing my phone is root so I can install a custom ROM once it becomes available. I never have to wait for AT&T!

recommend | reply | report abuse

 **dcornibe**   EDITOR RECOMMENDED
07/11/2012 05:49 AM PDT

> **LiveBrianD said**
>
> I'm glad I got the unlocked version of this phone rather than the Verizon one... 🙂

Hmm, it's a hard choice for me, because I like the immediate updates of the unlocked G'Nex, but I really love the call quality of the Verizon network (_crystal clear_ from in-store tests I've done -- NO ONE else has that kind of call quality from what I've heard, literally). I REALLY wish I could have the best of both worlds and get an unlocked CDMA/LTE phone to work on Verizon.

recommend [ 1 ] | reply | report abuse

 **CLFatica**
07/11/2012 09:38 AM PDT

> **dcornibe said**
>
>> **LiveBrianD said**
>>
>> I'm glad I got the unlocked version of this phone rather than the Verizon one... 🙂
>
> Hmm, it's a hard choice for me, because I like the immediate updates of the unlocked G'Nex, but I really love the call quality of the Verizon network (_crystal clear_ from in-store tests I've done -- NO ONE else has that kind of call quality from what I've heard, literally). I REALLY wish I could have the best of both worlds and get an unlocked CDMA/LTE phone to work on Verizon.

I'm with you on that. But the only way to have the best of both worlds is to take matters into your own hands and unlock your phone and flash the updates yourself. I'd be shocked if Verizon pushed an OTA update with Jelly Bean in the next 3 months. How long did it take them to push out 4.04, which was a minor update?

recommend | reply | report abuse

 **Jimster480**
07/11/2012 01:12 PM PDT

yea but jelly bean isnt going to have any flash support so......

recommend | reply | report abuse

Small Business Software (http://18817.r.msn.com/?ld=4vkHZJSx2VTScULJdnBnTKuU2CS4DbPbVtVJDF668rbKHZq29XdGwTjH23UedseJn95edXbXRzdQ5aSQzcUpSaDmrSUSLbD2IF2CFqXtCAxAlX04aLVNVQJTBDmXBCWvaXS2rF1jbQpU2cQJmNzPSfnEjNuQTWY3F_D
Flexible, Quick & Easy to Use. No Monthly Fees. Download Demo!
www.abs-usa.com (http://18817.r.msn.com/?ld=4vkHZJSx2VTScULJdnBnTKuU2CS4DbPbVtVJDF668rbKHZq29XdGwTjH23UedseJn95edXbXRzdQ5aSQzcUpSaDmrSUSLbD2IF2CFqXtCAxAlX04aLVNVQJTBDmXBCWvaXS2rF1jbQpU2cQJmNzPSfnEjNuQTWY3F_D

Free AntiVirus Download (http://331745.r.msn.com/?ld=4vCNg6VzA3UMu1yuT4WCIlEUHr92PVAAMyGB7W84suhakgT48ah_GHy4sN6z6syQ1MHk7dRtJq-Ox9vlspAqwywW7TCyuPjZzmQ5AMEkgViIWbazyl4elg3DyGcd2OIqteVvcT5-D-9ECZjcz09pkp-HxfY_JJOv9atKfKCtNguvk_ViiqLAcosWfbC_g)
100% Free. Latest Full Version. Download Now!
freeze.com/Moon-AntiVirus (http://331745.r.msn.com/?ld=4vCNg6VzA3UMu1yuT4WCIlEUHr92PVAAMyGB7W84suhakgT48ah_GHy4sN6z6syQ1MHk7dRtJq-Ox9vlspAqwywW7TCyuPjZzmQ5AMEkgViIWbazyl4elg3DyGcd2OIqteVvcT5-D-9ECZjcz09pkp-HxfY_JJOv9atKfKCtNguvk_ViiqLAcosWfbC_g)

**Subscribe to the Best of PCWorld Newsletter -**

[ Enter e-mail ]

See All Newsletters » (/newsletters/index)


**Meredo**
07/11/2012 07:02 PM PDT

> **Jimster480 said**
>
> yea but jelly bean isnt going to have any flash support so......

Who needs flash anymore... Even Adobe is betting on HTML5 now.

recommend | reply | report abuse


**LiveBrianD**
07/11/2012 08:13 PM PDT

> **dcornibe said**
>
> Hmm, it's a hard choice for me, because I like the immediate updates of the unlocked G'Nex, but I really love the call quality of the Verizon network (_crystal clear_ from in-store tests I've done -- NO ONE else has that kind of call quality from what I've heard, literally). I REALLY wish I could have the best of both worlds and get an unlocked CDMA/LTE phone to work on Verizon.

Interesting - with my dumbphone, Verizon's call quality isn't great or anything. (no different than any other phone, VOIP excluded)

recommend | reply | report abuse


**PeterdeBretteville**
07/13/2012 06:04 PM PDT

No JB yet in USA...

recommend | reply | report abuse


**RenatoEmanuelDysangco**
07/15/2012 01:23 AM PDT

if the OTA hasn't been pushed yet, u can force your G-Nex HSPA *to manually retrieve the 140MB* file.

perform a factory reset. after the reboot, skip the Google account sign-in prompt. connect the device to a WLAN. access the device settings panel and manually check for system updates. Jelly Bean v4.1.1 should appear for download.

ICS was a HUGE improvement (puts gingerbread to shame), but Jelly Bean raises the bar waaaay up. it's that good.

recommend | reply | report abuse

## ADD YOUR COMMENT

Please login or register to comment

## RELATED STORIES

**Android 4.1 Jelly Bean Heads to HTC One: An Update Roundup**


**Google I/O 2012 Keynote Overview: Nexus 7 Tablet, Android 4.1, Nexus Q**

(/article/259569/android_4_1_jelly_bean_updates_announced.html) (/article/258630/htc_droid_incredible_4g_lte_review.html) (/article/258415/google_i_o_keynote_overview.html)

**Get the world's most secure mobile password manager & storage device (http://ad.doubleclick.net/clk;263412551;63770597;m?https://www.mylok.com/)**
Get the world's most secure mobile password manager & storage device

**New! Vipre Internet Security 2013. (http://ad.doubleclick.net/clk;264035631;28159734;i?http://www.vipreantivirus.com/promos/VIPRE2013/?utm_source=PCWorld&utm_medium=cpd&utm_campaign=VIPRE-2013&cmp=25)**
Download your free trial now.

**You can innovate while HP ProLiant Gen8 servers do the rest. (http://ad.doubleclick.net/clk;260881282;28159734;p?http://ad.doubleclick.net/clk;261060486;84785798;c)**

**Lighter, Faster, Free. (http://ad.doubleclick.net/clk;263678280;28159734;u?http://www.roboscan.com/home/home_main.aspx)**
Using award winning software, Roboscan gives users full protection, without the concern for latency

**GFI VIPRE Business (http://ad.doubleclick.net/clk;264363326;28159734;n?http://www.pcworld.com/partner/gfivipre/ProtectYourBusinessWithout)**
Learn how to keep your business PCs secure without slowing them down

**Giada's i53 the newest powerful performance in book-sized Mini PC (http://ad.doubleclick.net/clk;259449497;28159734;f?http://www.giadatech.com)**
A compact Green PC with Ivy Bridge CPU, high performance GPU and great connectivity for office and home application.