

   





Gotta Be Mobile » Mobile » Sprint Galaxy Nexus Jelly Bean Update Remains in the Shadows



# Sprint Galaxy Nexus Jelly Bean Update Remains in the Shadows

Adam Mills — 08/31/2012



While Verizon Galaxy Nexus owners got treated to a nice Jelly Bean update leak earlier this week, the Sprint Galaxy Nexus is still without any trace of its Android 4.1 update as we move into September.

Most of the attention thus far has been given to the older of the two Galaxy Nexus smartphones which, of course, is the Verizon Galaxy Nexus, a device that originally launched with Android 4.0 Ice Cream Sandwich back in December of 2011.

The Sprint Galaxy Nexus launched in April of this year by comparison.

**Read:** Verizon Galaxy Nexus Jelly Bean Update Leak Now Easier to Install.

Case 5:12-cv-00630-LHK   Document 288-3   Filed 10/26/12   Page 2 of 9



The Sprint Galaxy Nexus remains on Ice Cream Sandwich.

However, just because the device launched four months later doesn't mean that it wasn't included in Google's initial announcement for the Jelly Bean roll out. It was, right alongside the Verizon Galaxy Nexus and Nexus S, a variant of which Sprint carries called the Nexus S 4G.

The Nexus S 4G has yet to receive its Jelly Bean update either and unfortunately, like the Sprint Galaxy Nexus, it has yet to see any sort of Android 4.1 update leak out either.

So while it's clear that Verizon is testing out Jelly Bean on its Galaxy Nexus, Sprint owners of both the Galaxy Nexus and Nexus S 4G are completely in the dark and without any sort of software, test build or not, to try pre-roll out.



While much of the blame for slow Android updates goes to Verizon, Sprint is not quick to release major upgrades either.

With the Samsung Galaxy S II Android 4.0 Ice Cream Sandwich update, Sprint lagged way behind T-Mobile and AT&T in getting its device updated to ICS. And unfortunately, like Verizon, Sprint also has a habit of keeping its Android development progress under wraps which leaves major Android updates, like the ones for the Galaxy Nexus and Nexus S 4G, in the shadows.

**Read:** 7 Exciting Jelly Bean Features (Video).

Hopefully, Verizon put a bit of pressure on Sprint with the leaked Galaxy Nexus Jelly Bean test build and hopefully, the Sprint Galaxy Nexus gets its own leak in the coming days.

It would go a long way with owners, of this we have little doubt.

## You might like:



**Verizon Galaxy S III Getting First Update Soon**



**This is How Apple Knows You Dropped Your i Phone in Water**



**Why You Shouldn't Wait for the iPhone 5**



**Office for iPad: 5 Alternatives for the iPad**

[?]

**Share this Article:**  Email    Twitter 4    Facebook 1    1    Reddit



**Adam Mills**

Posts    Website

Adam is an editor based in San Francisco, California who loves his iPhone 5, iPad third-generation and Samsung Galaxy Nexus. He's also becoming intrigued with Windows Phone. You can follow him on Twitter or on Google+. You can reach him by email at adam@notebooks.com.

Case 5:12-cv-00630-LHK   Document 288-3   Filed 10/26/12   Page 5 of 9

Amazon May Announce Two...                                              HTC Admits It Will Miss...

## 5 responses to *Sprint Galaxy Nexus Jelly Bean Update Remains in the Shadows*



**John Carbone (@johncarbone)** *08/31/2012 at 9:42 pm*

Horrible. These providers need to do a better job at getting these updates out there. They just don't care because you already have the phone and the contract. They're more concerned with getting new users. Maybe if they were quick to get updates out there they'd might get more new users (and keep happy their current users).

Reply



**Berani** *09/02/2012 at 1:56 am*

I thought the point of the galaxy nexus was that it was supposed to get updates first from Google. That's one of the reasons I got it.

Reply



**paddy** *09/02/2012 at 12:48 pm*

ya, we all thought so!! dupped again i guess!!??

Reply



**Lunita Rock-forz** *09/02/2012 at 5:33 pm*

Maaan!! I cancelled a prepaid cell phone service to get this stupid phone because of all the

"features" it claimed and I'm STILL waiting for the 4G service in my area! All I get from the rep's is that its coming down by areas .. Wtf!? is it on its way on a turtle or a snail!?? I'm super upset with SPRINT service!! Of course I'm under a stupid contract so S.O.L to us huh!?!?

Reply



**Gerhard** *09/05/2012 at 10:58 am*

Sprint rumored to send out Jelly Bean updates to Galaxy Nexus and Nexus S this week.

http://www.androidcentral.com/sprints-galaxy-nexus-nexus-s-may-be-line-jelly-bean-week

Reply

# Leave a Reply

Enter your comment here...

Search



iPhone 5



iPhone 5 Cases



**GottaBeMobile.com** on Facebook

Like

3,740 people like **GottaBeMobile.com**.

Satwant   Sangleng   Thomas   James   Anne

Shelton   Chan   Steven   Karla   B Chandan

Facebook social plugin



**Recent**


**Verizon Galaxy Note 2 Release Date Looks Good for November 29th**
*10/25/2012*


**Why You Should Pre-Order the iPad mini**
*10/25/2012*


**Apple Internet Radio Rumored To Launch In Early 2013**
*10/25/2012*

loading