





Gotta Be Mobile » Editorials » Verizon Galaxy Nexus Jelly Bean Update Hopefully Coming This Month



# Verizon Galaxy Nexus Jelly Bean Update Hopefully Coming This Month

Adam Mills — 08/16/2012



With the Samsung Galaxy S III Android 4.1 Jelly Bean update looking very possible for an August 29th roll out, we're hoping that the Verizon Galaxy Nexus doesn't tarnish the Nexus name more than it already has by getting its Android 4.1 Jelly Bean update after the Galaxy S III roll out begins.

August 29th is currently the day that is heavily rumored to be the roll out date for the Galaxy S III Android 4.1 Jelly Bean update. That date is backed up by the fact that the official Galaxy S III Android 4.1 update has leaked to the surface already.

The 29th, of course, is the same day that Samsung plans on releasing the Samsung Galaxy Note 2, another device that may or may not have Android 4.1 Jelly Bean on board.


Let's hope the Galaxy S III Jelly Bean rumors are false.

Read: Samsung Galaxy S III Jelly Bean Update Leaks, Download It Now.

Assuming this is true, one would believe that the Galaxy Nexus powers that be, this includes Google, Verizon and Sprint, would make sure that their Galaxy Nexus device was not beaten to the punch by a non-Nexus smartphone.

That would be a problem.

One of the main selling points of the yearly Nexus smartphone has been quick updates. Nexus devices are always at the head of the pack when it comes to getting major Android updates. Again, it's one of the main reasons that people opt for a Nexus smartphone over phones like the Galaxy S III. They want their upgrade quick.

Google seemingly confirmed that the Sprint and Verizon Galaxy Nexus devices would be among the first to get Android 4.1 Jelly Bean, something that seemed to be confirmed by the fact that the Nexus S, Motorola Xoom, and Galaxy Nexus HSPA+, which were listed among the Galaxy Nexus devices, all received their upgrades to Android 4.1 Jelly Bean.

Read: Samsung Galaxy S III Jelly Bean Update Rolling Out in August?



That being said, it would dilute the Nexus name if the Galaxy S III got its Android 4.1 Jelly Bean update before the Galaxy Nexus got its upgrade. It would also be remarkably stupid as it would stand to further infuriate Verizon Galaxy Nexus owners, owners that are generally Android enthusiasts, who already had to wait an extremely long time for the device's first bug fix update.

A slap in the face like this could further alienate the people that Google needs to please the most.

So, I am hoping for a couple of different scenarios here.

- The Verizon and Sprint Galaxy Nexus updates roll out sometime before August 29th.
- The Samsung Galaxy S III August 29th date comes and goes without an update (sorry, Galaxy S III owners).

It's my hope that one of those two scenarios goes down, otherwise, I'll be weary of ever again buying a Nexus device, at least one attached to a specific carrier.

You might like:

   

Should I Upgrade My 3rd Gen iPad to a 4th Gen iPad

Why I Regret Buying the 16GB New iPad

Sprint 4G LTE Coverage Map Leaks

Samsung Galaxy Nexus 2 Alleged Sample Images Leak

[?]



Share this Article:   Email   Twitter 9   Facebook 7   19   Reddit

Adam Mills

Posts    Website

Adam is an editor based in San Francisco, California who loves his iPhone 5, iPad third-generation and Samsung Galaxy Nexus. He's also becoming intrigued with Windows Phone. You can follow him on

  Twitter or on Google+. You can reach him by email at adam@notebooks.com.



Instagram 3.0 Adds Photo...                                                                New Nokia Leak Is Likely...

## 24 responses to *Verizon Galaxy Nexus Jelly Bean Update Hopefully Coming This Month*

 **MannyLegacy** *08/16/2012 at 3:36 pm*

…….I'm hoping the same Adam,…….I'm hoping the same………

Reply

 **Peter Maranci** *08/16/2012 at 4:00 pm*

You mean "wary", not "weary".

Personally I'm holding a grudge against Verizon, not Google. From now on I'll buy my phones directly from Google, and remain happily contract-free. Verizon sucks!

Reply

 **NOLATechy** *08/17/2012 at 8:10 am*

I completely AGREE! I switched from AT&T to Verizon a year ago and was told by Verizon that the SGN would recieve updates directly from Google because it is a "pure

Google" phone. Of course, that was a complete bold-faced LIE! I wasn't too happy with AT&T's signals, but at least AT&T was never outright DISHONEST with me. Also I've heard that AT&T has major increases in number of towers and increased HSPA+ capabilities and many of my friends say their signals have increase dramatically. Granted HSPA+ isn't as fast at LTE, but it also doesn't suck the power from the battery like a vacumme the way LTE does. I am giving Verizon until the end of September to give me Jelly Bean. If I don't have it by then, I'll GLADLY pay out my contract, buy a "pure Google" SGN directly from Google and go back to AT&T!

Reply



**Craig** *08/16/2012 at 4:30 pm*

Are CDMA SIIIs supposed to updated at the same time as the GSM SIIIs? Is this update coming from Samsung directly? It seems like Sprint/Verizon SIII owners would be in the same boat as Nexus owners on those carriers…But, yeah, I hope I get my Nexus gets updated first.

Reply



**Andrew Rico Vasquez** *08/16/2012 at 5:00 pm*

I too have a Samsung Galaxy Nexus on Sprint and I'm hoping to get J.B on my device as well. But I'll be damned if the SGSIII gets it first, cause I'll leave Sprint so fast they won't know what hit em. Also anything Sprint says is a fat ass lie.

Reply



**Scott** *08/16/2012 at 6:32 pm*

I hope so too. I Just bought my Galaxy Nexus in July. I passed on the EVO 4G LTE and SIII. One of my reasons was the sprint logo at boot and the bloatware. I wanted the Google freedom and development. Then find the original ROM image is not available for my phone so i passed on rooting and unlocking it. I too will bite the bullet, ETF the thing and go no contract with a GSM Nexus model. All the android sources and XDA has enlightened me to what I should have really bought. The promises just get a little more vague everyday from Sprint. LTE 4G really? 2014? maybe? We didn't we even get Wimax in my neck of the woods. You always find the truth after you made your choice.

Reply



**Andrew** *08/16/2012 at 10:27 pm*

I found the original 4.0.4 room files for my VZW GNEX.

Reply

**CJ** *08/16/2012 at 7:21 pm*



What difference would it make if the GS III roll-out began this month? That would be to the unlocked model and the Verizon variant would still be on ICS until they approve the Jelly Bean update. And I can pretty much guarantee that that would mean it wouldn't hit the phone for at least a month after the unlocked version. The GNex will get it's update before that and I would bet money on that!

Reply



**John** *08/17/2012 at 7:24 am*

Adam, I share your enthusiasm for the idea of Jelly Bean on the Verizon Galaxy Nexus, but have to tell you that in many ways your ability to leverage news about other device owners getting that update into blog posts about whether we will also get it is a lot like feeding a crowd of five thousand with five loaves of bread and two fish.

Reply



**Dustin** *08/17/2012 at 10:22 am*

I have both a Verizon Galaxy Nexus and an unlocked Galaxy Nexus purchased directly from Google with a T-Mobile SIM card. The T-Mobile GN has updated to 4.1.1 and wow does it look good… The VZW GN is running 4.0.4. What a shame…

Reply



**jason** *08/17/2012 at 11:30 am*

If galaxy s 3 gets the update before us I swear I will boycott android and will be switching to apple

Reply



**Peter** *08/17/2012 at 12:20 pm*

Why? It's your carrier that will be to blame, not Google. The Nexuses that GOOGLE is selling are getting their updates promptly. It's the carriers that are blocking the updates and being total *&^#*s.

And if you don't like being screwed by your carrier, what makes you think that your carrier plus Apple will treat you better? The answer is to free yourself from the carriers and their two-year contracts, NOT to enslave yourself to Apple as well!

Reply



**Lemmy C** *08/18/2012 at 10:26 am*

Because Apple doesn't let the carriers push it around, at all. For better or worse, Apple really does control what happens on your iPhone, and can tell the carriers to bug off.

Reply



**Matt** *08/19/2012 at 12:41 pm*

Then why does the iPhone 4S show 4G on AT&T when it doesn't have LTE? Because Apple caved to a carrier demand.

Reply



**bluesrocket** *08/17/2012 at 5:12 pm*

Google has a piece of blame here. They should have maintained control of updates like apple. The were poor negotiators.

Reply



**Peter** *08/17/2012 at 7:30 pm*

Fair enough! Still, Apple has screwed their customers often enough that I'm not interested in switching. And so far, I haven't heard anyone who bought their phone from Google complaining about it. Everyone who has it seems to love Jellybean! Which is why I'm pissed at Verizon for withholding it.

Reply



**James Ferguson** *08/17/2012 at 10:17 pm*

Verizon says Samsung withholding the update, not them.

Reply



**Zytomat** *08/18/2012 at 8:10 am*

Samsung has nothing to do with the updates with the Verizon Galaxy Nexus. It's Google and Verizon. Google finished the update. Verizon wants to do extra carrier testing (and they refuse to give out their reasoning for this). Samsung has nothing to do with the updates on this phone.

Reply



**Bill** *08/18/2012 at 11:50 am*

Yeah they do, Samsung is the manufactuer of the phone, you better believe they got something to do with making the phone operate with the new OS update. Ive called Verizon out on this and they did a 3 way call with Samsung on this very subject, It has to do with the chipsets and locked CDMA vs unlocked GSM. The same thing will happen when samsung rolls out jelly bean for the GS3 you watch

Reply



**Bill** *08/17/2012 at 10:39 pm*

I promise if any phone is released or updated to jelly bean before my gnex. I will have purchased my last samsung phone

Reply



**Eric** *08/18/2012 at 5:43 am*

Oh, if the GS3 gets its update before my Sprint GNex its over for me and sprint's relationship and most likely Android. To those of you saying that its not Google's fault you need to understand that they should not let sprint or Verizon sell this device under the same name but have theirs treated differently, especially when it was sold to us under the same premise as the GSM version as far as getting timely updates. This is a debacle to say the least. I'm not even happy that the GS3 is getting their update so closely as the Gnex. Its as if they jumped right on the GS3 getting it, but weren't as concerned about the GNEX which is supposed to get it way before any other device. Just because they launched the GS3 right before jellybeans release date is not our fault. They just didn't want all those upset GS3 customers so they started scrambling to get the GS3 updated to jellybean asap. It also goes to show you if they really want to satisfy their customers and get things done timely that they can. Sounds to me like Google and Samsung should have had better communication going on in the first place. This is exactly why Apple has a better reputation than Android. android is very sloppy with getting their updates and that is sad. Me having a Gnex and still not having jellybean has left a bad taste in my mouth!!

Reply



**theNewDanger** *08/18/2012 at 1:55 pm*

Never ever buying a device again that I the paying customer do not have the choice of accessing and updating my device with the most recent OS from the OS developer without having to root or jailbreak. I have reactivated my iPhone 4 in light of all that Verizon has done to undermine the AOSP spirit of the Galaxy Nexus. If Airfire ever catches fire and stays out of the way of OS development and deliver direct to the end user, they will be my carrier in the very near future.

Reply



**Regbs** *08/19/2012 at 8:55 am*

Agreed. Google's let fragmentation out of hand. There's nothing stopping Google from providing updates to rooted CDMA users. Props to them for leaking GSM builds; I have my JB 4.1.1.
Google really needs to kick ass at Motorola and I kill motoblur or make easy non-root solutions available to non-techies. Put your foot down or make go-arounds re carriers who want to make new contracts a condition for software updates. VZW was Apple's first choice.

Apple saw VZW would ruin the iPhone; Apple stuck to its guns. Google's made half-assed attempts to fix fragmentation. It needs to man up and be more insistent. VZW's solid on service but a disaster recovery ruining phones. Apple called its bluff; Google can do the same with premium devices, at least with Motorola.

Reply



**Jay** *08/22/2012 at 12:20 pm*

The main solution of this fiasco, Google should take over. By starting their own phone carrier (Google wireless). Eliminate all carriers from the equations and sell your own GNex phone .Then we're all be happy.

Reply

## Leave a Reply

Enter your comment here...

Search










| Recent |
|---|

 **Verizon Galaxy Note 2 Release Date Looks Good for November 29th**
*10/25/2012*

 **Why You Should Pre-Order the iPad mini**
*10/25/2012*

 **Apple Internet Radio Rumored To Launch In Early 2013**
*10/25/2012*



loading