# YAHOO! NEWS

**Discover Yahoo! With Your Friends**
Explore news, videos, and much more based on what your friends are reading and watching. Publish your own activity and retain full control.    [Login with Facebook]

## Sprint updates Galaxy Nexus to Jelly Bean, Verizon continues to take its time

By Dan Graziano | BGR News – Thu, Sep 6, 2012

Nearly three months after Google (GOOG) announced Jelly Bean, Sprint (S) on Thursday finally updated the Galaxy Nexus smartphone to the latest version of Android. The update includes the normal benefits of Jelly Bean such as Google Now, offline voice dictation and the Project Butter user interface, however it will also remove Flash support. "Adobe will not be certifying the Adobe Flash Player for Android Mobile devices that either release with or update to Android 4.1," Sprint said in its update notes. "Devices that upgraded from Android 4.0 to Android 4.1, may exhibit unpredictable behavior, as it is not certified for use with Android 4.1. Adobe recommends uninstalling Flash Player on devices which have been upgraded to Android 4.1." Verizon Wireless (VZ) is now the only carrier that has not updated the Galaxy Nexus to the latest version of Android.

Read
Related stories
Verizon, Sprint still mum on when Galaxy Nexus will get Jelly Bean
Google Now can now be ported to Ice Cream Sandwich
Sprint confident about the future of Windows Phone 8

**Get more from BGR.com**: Follow us on Twitter, Facebook

Copyright © 2012 Yahoo! Inc. All rights reserved.   | Yahoo! - ABC News Network |   /

