



| MAIL | You might also like: Engadget HD, Engadget Mobile and More |

SAMSUNG GALAXY    IPHONE 5    NOKIA LUMIA    AMAZON KINDLES    NEXUS 7    ENGADGET DISTRO

FILED UNDER  *Cellphones*, *Software*

# Verizon Galaxy Nexus finally lands Jelly Bean update

By Terrence O'Brien  posted Sep 21st 2012 11:26AM



As Alton Brown is fond of saying, "your patience will be rewarded." Today, those of you with Verizon-branded Galaxy Nexus handsets (at least those that didn't run out and download an unofficial Jelly Bean) are finally getting your reward. Android version 4.1.1 (better known as JRO03O among the hack happy) is being pushed out OTA to Big Red customers, complete with the preemptive magic of Google Now in tow. If you haven't seen an alert yet, head to the About Phone section in your settings, and tap System Updates. Having recently been welcomed back to the AOSP fold, we'd have hoped for an update sooner, but it's still among the first wave of handsets to move to the latest version of Android. Now if only this would restore Google Wallet functionality. (Hey, a guy can dream can't he?) The complete announcement from Verizon awaits after the break.

578

264    282    0    0    5

Android 4.1, android 4.1.1, Android4.1, Android4.1.1, galaxy nexus, GalaxyNexus, google, Jelly Bean, JellyBean, jro03o, mobilepostcross, update, updates, upgrade, verizon galaxy nexus, VerizonGalaxyNexus

powered by

ADVERTISEMENT

FEATURED   BREAKING


Hands-on with MSI's S20 Slidebook Windows 8 convertible Ultrabook (update: video)
*57 minutes ago*


New York Times for Windows 8 hands-on (video)
*2 hours ago*


Moog's LEV-96 sensoriactuator prototype wields touch control of 96 simultaneous harmonics, we go eyes-on (video)
*4 hours ago*


ASUS PadFone 2 review: two times is a charm for this phone-in-tablet combo
*5 hours ago*


Samsung Galaxy Note II for Verizon hands-on
*1 day ago*



**Samsung Galaxy Nexus**
16GB / GSM, 32GB / Verizon LTE, 32GB / Sprint LTE

BUY FROM $374

KEY SPECS · REVIEWS • 267 · PRICES

Displaying prices for model: **16GB / GSM-Black**

amazon.com   $374.99 + tax & shipping   BUY NOW

Google **Android 4.1**

### Sponsored Links

**Weird Loophole in California**
(OCT 2012): If you pay for car insurance you better read this...
www.ConsumerFinanceDaily.com

**New Policy in California**
[OCT 2012]: Drivers w/ no DUIs eligible for up to 50% off...
TheFinanceAuthority.com

**Microsoft® Windows Azure**
Discover Microsoft® Windows Azure. Sign Up for a Free 90-...
www.windowsazure.com

Buy a link here

blog comments powered by DISQUS

A look back on popular stories from today in a specific year.

**In the year 2011**

Sprint issues OTA fix for HTC Android handset vulnerability
0 comments

**In the year 2010**

Jolicloud prepping a netbook of its own
0 comments

**In the year 2009**

Ukraine war memorial given eternal LED torch, cell antenna
98 comments

**In the year 2008**

Hop-on promises Android phone at CES, cookies, rainbows
0 comments

**In the year 2007**

Leopard pre-orders shipping, blowout coverage commencing
71 comments

## ON TWITTER

Trending posts from Engadget on Twitter, updated hourly.

teamANDROID -->> RT Samsung makes $7.4 billion in Q3 operating profits, surpasses expectations -   262

Hands-on with MSI's S20 Slidebook Windows 8 convertible Ultrabook   202



| JOYSTIQ | TUAW | TECHCRUNCH | HUFFPOST TECH |
|---|---|---|---|
| Star Citizen surpasses $2 million funding goal | New s.me shutters its iPhone and iPad apps | Cars That Fly *And* Float: Explaining Apple's Q4 And Beyond | THE W8 IS OVER |
| Ninja Gaiden 3: Razor's Edge to offer free DLC characters | Mac Game of the Week: Cthulhu Saves the World is the best version of a great RPG | Strategy Analytics: iPad's Loss Is Android's Gain In Tablets In An A Lackluster Quarter Of 25M Units Shipped | What Was Microsoft Trying To Prove By Unveiling Surface A 2nd Time? |
| Mass Effect film script in the hands of 'Rescue Me' assistant editor | Squarespace introduces Squarespace Note | Yahoo! Is Testing Out New Logo Ideas, Still Isn't Dropping The ! | 9 Window s 8 Devices That Beg For Your Touch |

| TECH | DESIGN | NEWS | LIFESTYLE | ENVIRONMENTAL | ENTERTAINMENT |
|---|---|---|---|---|---|
| gdgt | FFFFOUND! | HuffPost Politics | Lifehacker | Inhabitat | Massively |
| Slashdot | Core77 | The Daily Beast | HuffPost Women | Good | The Onion |
| MAKE | Popcorn Show er | Huffington Post | StyleList | Autoblog Green | i09 |
| Technology Review | MoCo Loco | Taxes | Automotive | HuffPost Green | HuffPost Celebrity |
| Ars Technica | Design*Sponge | Stock Quotes | Gadling | | Spinner |
| TechMeme | The Sartorialist | DJIA | | | Moviefone |
| Phone Scoop | | | | | |

| LATEST NEWS | HUBS | GALLERIES | VIDEO | PODCASTS | TOPICS | REVIEWS

© 2012 AOL Inc. All rights Reserved.   Privacy Policy | Terms of Use | Trademarks | AOL A-Z HELP | Advertise With Us