```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611012729
Cashier ID: macicg
Transaction Date: 10/29/2012
Payer Name: Gibson, Dunn and Crutcher LLP

PRO HAC VICE
  For: Michael A. Valek
  Case/Party: D-CAN-5-12-AT-PROHAC-001
  Amount:        $305.00

PAPER CHECK CONVERSION
  Check/Money Order Num: 40681
  Amt Tendered: $305.00

Total Due:       $305.00
Total Tendered: $305.00
Change Amt:       $0.00

5:12-CV-00630-LHK


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

2100 McKinney Avenue
Dallas, TX 75201-6912
Tel 214.698.3100
www.gibsondunn.com

Kristi L. Caplan
Direct: +1 214.698.3323
KCaplan@gibsondunn.com

Client: 03290-00026

October 25, 2012

Clerk of the Court
United States District Court
Northern District of California
280 South First Street
San Jose, California 95113

Re:  Request for Payment of Docket Fee
     *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*
     Case No. CV 12-00630 LHK

Dear Clerk:

Enclosed is check number 40681 in the amount of $305.00. This check is sent to satisfy this Court's Request for Payment of Docket Fee, dated October 24, 2012, document 287, in connection with the application for admission, *pro hac vice*, for attorney Michael A. Valek, e-filed October 19, 2012.

Sincerely,

[signature]

Kristi L. Caplan
Legal Secretary to Michael A. Valek

KLC
Enclosure

101392838.1