| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael L. Fazio (Bar. No. 228601)<br>michaelfazio@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100 | STEPTOE & JOHNSON, LLP<br>John Caracappa (*pro hac vice*)<br>jcaracappa@steptoe.com<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 429-6267<br>Facsimile: (202) 429-3902 |

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**NOTICE OF APPEARANCE** |

1    PLEASE TAKE NOTICE that Kevin P.B. Johnson, an attorney with the firm of Quinn

2 Emanuel Urquhart & Sullivan, LLP and admitted to practice before this Court, and whose contact

3 information appears below, hereby enters an appearance as an additional attorney of record for

4 Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

5 Telecommunications America, LLC.

6    Kevin P.B. Johnson (Bar No. 177129)
     Quinn Emanuel Urquhart & Sullivan, LLP
7    555 Twin Dolphin Drive, 5th Floor
     Redwood Shores, California 94065
8    Telephone: (650) 801-5000
     Facsimile: (650) 801-5100
9    kevinjohnson@quinnemanuel.com

10

11 DATED: November 1, 2012          QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP
12

13

14                                  By: */s/ Kevin P.B. Johnson*
                                        Kevin P.B. Johnson
15                                      Attorneys for Defendants Samsung Electronics
                                        Co., Ltd., Samsung Electronics America, Inc., and
16                                      Samsung Telecommunications America, LLC

17

18

19

20

21

22

23

24

25

26

27

28