| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | STEPTOE & JOHNSON, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) | John Caracappa (*pro hac vice*) |
|   | charlesverhoeven@quinnemanuel.com | jcaracappa@steptoe.com |
| 3 | Kevin A. Smith (Bar No. 250814) | 1330 Connecticut Avenue, NW |
|   | kevinsmith@quinnemanuel.com | Washington, D.C. 20036 |
| 4 | 50 California Street, 22nd Floor | Telephone: (202) 429-6267 |
|   | San Francisco, California 94111 | Facsimile: (202) 429-3902 |
| 5 | Telephone: (415) 875-6600 | |
|   | Facsimile: (415) 875-6700 | |

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar. No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   PLEASE TAKE NOTICE that Todd M. Briggs, an attorney with the firm of Quinn

2 Emanuel Urquhart & Sullivan, LLP and admitted to practice before this Court, and whose contact

3 information appears below, hereby enters an appearance as an additional attorney of record for

4 Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

5 Telecommunications America, LLC.

6    Todd M. Briggs (Bar No. 209282)
     Quinn Emanuel Urquhart & Sullivan, LLP
7    555 Twin Dolphin Drive, 5th Floor
     Redwood Shores, California 94065
8    Telephone: (650) 801-5000
     Facsimile: (650) 801-5100
9    toddbriggs@quinnemanuel.com

11  DATED: November 1, 2012           QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

14                                    By: */s/ Todd M. Briggs*
                                          Todd M. Briggs
15                                        Attorneys for Defendants Samsung Electronics
                                          Co., Ltd., Samsung Electronics America, Inc., and
16                                        Samsung Telecommunications America, LLC