# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: November 6, 2012                    Time in Court: [12:13 to 12:35 (22 minutes)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Irene Rodriguez

---

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: CV12-00630 LHK (PSG)
Plaintiff Attorney(s) present: Jason Lo and Mark Selwyn
Defendant Attorney(s) present: Victoria Maroulis and Todd Briggs

---

### PROCEEDINGS:
**1.) Defendant's Motion for Leave to Supplement Its Infringement Contentions (Doc. 267)**
**2.) Plaintiff's Motion for Leave to Amend Its Disclosure of Asserted Claims and Infringement Contentions (Doc. 269)**

Counsel present oral arguments.
The Court takes matters under submission; written order after hearing to be issued.

///