1  [Counsel Listed On Signature Page]

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>              Counterclaim-Plaintiffs,<br>       v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PATENT LOCAL RULE DISCLOSURES** |

The parties, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action (the "Litigation") against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the parties" and individually each a "Party") on February 8, 2012;

WHEREAS, on May 2, 2012, the Court entered a Minute Order and Case Management Order (Dkt. 160);

WHEREAS, pursuant to the August 25, 2012 stipulation (Dkt. 258), the deadline for the parties to exchange proposed claim terms for construction was extended to September 21, 2012; the deadline for the parties to exchange claim constructions and identifying supporting evidence and experts was extended to October 26, 2012; and the deadline for the parties to submit a Joint Claim Construction and Prehearing Statement to the Court was extended to November 9, 2012;

WHEREAS, the parties exchanged lists of proposed claim terms for construction on September 21, 2012;

WHEREAS, the parties subsequently met and conferred and reached agreement concerning an efficient approach to claim construction intended to reduce unnecessary burden on the parties and the Court while preserving the ability to construe additional terms if necessary;

WHEREAS, on October 24, 2012, pursuant to the parties' proposed approach, the parties exchanged a narrowed list of 9 terms from each side for proposed constructions;

WHEREAS, on October 26, 2012, the parties exchanged proposed constructions for the 18 selected terms, without intrinsic or extrinsic evidence.  These constructions were agreed by the parties to be preliminary constructions with the parties agreeing that each may have an opportunity to refine their constructions, consistent with the Patent Local Rules;

WHEREAS, on November 1, 2012, the parties held a meet and confer concerning the 18 terms to see if agreement could be reached on any terms;

1  WHEREAS, in order to reduce the total number of terms to 10, on November 2, 2012, each side identified 5 terms from its list of 9 terms provided on October 26, 2012 that it wants the Court to construe;

WHEREAS, on November 7, 2012, the parties provided to the opposing party the intrinsic and non-expert extrinsic evidence supporting the 10 terms for construction by the Court.

WHEREAS, the Minute Order and Case Management Order (Dkt. 160) sets forth a briefing schedule that provides for twenty-five (25) page opening claim construction briefs on the parties own patents being due on December 21, 2012, twenty-five (25) page rebuttal claim construction briefs being due on January 25, 2013, and fifteen (15) page reply claim construction briefs due on February 8, 2013; and

WHEREAS, the parties have met and conferred to develop a claim construction process that results in two briefs per party rather than three, completes the briefing earlier than the briefing schedule set forth in the Minute Order and Case Management Order and provides for the same volume of briefing for the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

1. On November 9, 2012, the parties will file a Joint Claim Construction and Prehearing Statement with the 5 terms selected by each side, including proposed constructions, intrinsic evidence, and non-expert extrinsic evidence.

2. On or before November 30, 2012, the parties will notify the opposing party whether it intends to submit an expert declaration with its opening claim construction brief on any of the 10 terms selected for claim construction, along with an identification of which of the 10 terms such expert testimony will be provided.

3. Each party may file an opening claim construction brief covering all 10 terms on or before December 21, 2012 and may use forty (40) pages

4. If a party identifies an intention to use an expert declaration on a claim term by the deadline set in paragraph 2 above, that expert declaration on the identified terms will be served with the offering party's opening claim construction brief.

5. By January 15, 2013, any expert declaration in rebuttal to the opposing party's opening claim construction brief and opening expert declaration must be served.

6. By January 26, 2013, each party must offer each expert that provided an expert declaration on claim construction issues for deposition by the opposing party.

7. By February 1, 2013, each party must file its responsive claim construction brief covering all ten terms and may use twenty-five (25) pages.

8. No party may file a reply brief or any additional supporting material without leave of court for good cause shown.

9. By reaching this agreement, the parties do not waive and expressly reserve their rights to seek construction of additional terms identified in their September 21, 2012 identification of claim terms in the future should the need arise including any terms a party contends should be governed by 35 U.S.C. § 112(6).

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: November 9, 2012 | Respectfully submitted, |
| */s/ H. Mark Lyon* | */s/ Todd Briggs (with permission)* |
| Josh A. Krevitt<br>H. Mark Lyon<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | Charles K. Verhoeven<br>Kevin A. Smith<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| Michael A. Jacobs<br>Richard S.J. Hung<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105<br>Telephone: ( 415) 268-7000<br>Facsimile: (415) 268-7522 | Kevin P.B. Johnson<br>Victoria F. Maroulis<br>Todd Briggs<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| Mark D. Selwyn<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 | William C. Price<br>Michael L. Fazio<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100 |
| William F. Lee<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 | John Caracappa<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 429-6267<br>Facsimile: (202) 429-3902 |
| *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.* | *Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2012      By: _____
                                         Honorable Lucy H. Koh
                                         United States District Judge

## ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Todd Briggs has concurred in this filing.

Dated: November 9, 2012                                             */s/ H. Mark Lyon*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.4, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: November 9, 2012                                             */s/   H. Mark Lyon*