[COUNSEL LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | CASE NO. 5:12-cv-00630-LHK (PSG)<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3**<br><br><u>**Claim Construction Hearing:**</u><br><br>Date:　　February 21, 2013<br>Time:　　10:30 a.m.<br>Place:　　Courtroom 8, 4th Floor<br>Judge:　　Hon. Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | |

1  Pursuant to Northern District of California Patent Local Rule 4-3 and the Court's Case Management Order, D.I. 160, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") submit this Joint Claim Construction and Prehearing Statement.

Attached hereto as Exhibit A is a table setting forth the ten claim terms that the parties request be construed by the Court, as well as the intrinsic and non-expert extrinsic evidence on which the parties currently intend to rely in support of their own proposed constructions or in opposition to the other party's proposed constructions.

Though the parties have only identified ten disputed terms here, pursuant to the Court's Case Management Order, the parties stand ready to provide additional information or briefing at the Court's convenience. The parties have not agreed on any claim constructions, and their dispute extends to more than the ten terms proposed here.

As set forth in the Case Management Order, the parties expect that the Claim Construction Hearing will last for five hours, or two and a half hours for each party.

At the present time, the parties do not presently anticipate calling any witnesses at the Claim Construction Hearing, but reserve the right to amend this Prehearing Statement, particularly in the event that a party provides notice of its intent to submit an expert declaration with a claim construction brief.

Dated: November 9, 2012

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com

| | |
|---|---|
| 1 | RICHARD S.J. HUNG (CA SBN 197425) |
| 2 | rhung@mofo.com |
|   | MORRISON & FOERSTER LLP |
| 3 | 425 Market Street |
|   | San Francisco, California 94105-2482 |
| 4 | Telephone: (415) 268-7000 |
|   | Facsimile: (415) 268-7522 |
| 5 | |
| 6 | WILLIAM F. LEE (*pro hac vice*) |
|   | William.lee@wilmerhale.com |
| 7 | WILMER CUTLER PICKERING |
|   | HALE AND DORR LLP |
| 8 | 60 State Street |
|   | Boston, Massachusetts 02109 |
| 9 | Telephone: (617) 526-6000 |
|   | Facsimile: (617) 526-5000 |
| 10 | |
| 11 | MARK D. SELWYN (CA SBN 244180) |
|    | mark.selwyn@wilmerhale.com |
| 12 | WILMER CUTLER PICKERING |
|    | HALE AND DORR LLP |
| 13 | 950 Page Mill Road |
|    | Palo Alto, CA 94304 |
| 14 | Telephone: (650) 858-6000 |
|    | Facsimile: (650) 858-6100 |
| 15 | |

By:  /s/   H. Mark Lyon

H. Mark Lyon
*Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.*

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com

Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
Todd Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902


By:   */s/   Todd Briggs (with permission)*

Todd Briggs
*Attorney for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONSAMERICA, LLC*

Gibson, Dunn & Crutcher LLP

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
CASE NO. 5:12-CV-00630-LHK (PSG)

**ATTESTATION OF E-FILED SIGNATURES**

  I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Joint Claim Construction and Prehearing Statement.  In compliance with General Order 45.X.B, I hereby attest that Todd Briggs has concurred in this filing.

Dated: November 9, 2012              /s/ __H. Mark Lyon_____

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.4, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: November 9, 2012              /s/ __H. Mark Lyon_____