UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**ORDER DENYING JOINT STIPULATION AND PROPOSED ORDER REGARDING PATENT LOCAL RULE DISCLOSURES** |

1

Case No.: 12-CV-00630-LHK (PSG)
ORDER DENYING JOINT STIPULATION AND PROPOSED ORDER
REGARDING PATENT LOCAL RULE DISCLOSURES

Plaintiff Apple, Inc. filed this action on February 8, 2012, against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC.  ECF No. 1.  On May 2, 2012, the Court entered a Minute Order and Case Management Order in which it set a briefing schedule that provides for twenty-five (25) page opening claim construction briefs that must be filed by December 21, 2012, twenty-five (25) page rebuttal claim construction briefs that must be filed by January 25, 2013, and fifteen (15) page reply claim construction briefs that must be filed by February 8, 2013.  *See* ECF No. 160.

On November 9, 2012, the parties submitted a Joint Stipulation and Proposed Order Regarding Patent Local Rule Disclosures, in which the parties now seek to amend the claim construction process in a manner that "results in two briefs per party rather than three . . . and provides for the same volume of briefing for the Court."  ECF No. 299, at 2.  Specifically, the parties seek to file an opening claim construction brief that may use forty (40) pages and a responsive claim construction brief that may use twenty-five (25) pages.  *Id*. at 2–3.  In the stipulation, the parties further agree that "[n]o party may file a reply brief or any additional supporting material without leave of court for good cause shown."  *Id*. at 3.

While the Court appreciates the parties' cooperation in this instance to reach a stipulation, the Court finds that two forty (40) page opening briefs are excessive.  Moreover, the Court benefits from reply briefs and does not want to hear each party's reply arguments for the first time during the claim construction hearing.  Unfortunately, what is more likely to occur in this case is that, regardless of the stipulation, each party will file a reply brief with a motion for leave to file such a brief for good cause shown.  The Court will then have to review each reply brief anyway to determine whether good cause has been shown and whether leave should be granted.  The unnecessary proliferation of motions and additional pages of claim construction briefing are unwarranted.  The Court believes that sixty-five (65) pages of briefing should be sufficient to construe ten claim terms; certainly one hundred and thirty (130) pages should be more than sufficient for this case.  Therefore, the page limitations for the claim construction briefing will continue to be governed by the Civil Local Rules.

2
Case No.: 12-CV-00630-LHK (PSG)
ORDER DENYING JOINT STIPULATION AND PROPOSED ORDER
REGARDING PATENT LOCAL RULE DISCLOSURES

Accordingly, the Court DENIES the parties' Joint Stipulation and Proposed Order Regarding Patent Local Rule Disclosures.

**IT IS SO ORDERED.**

Dated: November 12, 2012

_____
LUCY H. KOH
United States District Judge