QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

STEPTOE & JOHNSON, LLP
John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT INFRINGEMENT CONTENTIONS** |

02198.51981/5063233.1

# DECLARATION OF TODD BRIGGS

I, Todd Briggs, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Samsung Defendants' Disclosure of Asserted Claims and Infringement Contentions, served pursuant to Patent Local Rules 3-1 and 3-2 on June 15, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of Exhibit C to Samsung Defendants' Disclosure of Asserted Claims and Infringement Contentions.

4. Attached hereto as Exhibit 3 is a true and correct copy of Exhibit I to Samsung Defendants' Disclosure of Asserted Claims and Infringement Contentions.

5. Attached hereto as Exhibit 4 is a true and correct copy of a October 22, 2012, letter from Michael Silhasek, counsel for Apple, to Michael Fazio, counsel for Samsung.

6. Attached hereto as Exhibit 5 is a true and correct copy of an Apple press release entitled "Apple Introduces New iPod Touch & iPod Nano," dated September 12, 2012, and downloaded November 19, 2012, from http://www.apple.com/pr/library/2012/09/12Apple-Introduces-New-iPod-touch-iPod-nano.html.

7. Attached hereto as Exhibit 6 is a true and correct copy of a news article from GigaOm, entitled "Apple's New iPod Touch Starts Shipping," dated October 9, 2012. The article indicates that the iPod Touch 5th Generation began shipping on or about October 9, 2012.

8. Samsung pre-ordered the iPod Touch 5th Generation and received it on October 15, 2012. Samsung immediately investigated the device to determine if it practiced Samsung's patents-in-suit.

9. Attached hereto as Exhibit 7 is a true and correct copy of an Apple press release entitled "Apple Introduces iPad mini," dated October 23, 2012, and downloaded on November 19, 2012, from http://www.apple.com/pr/library/2012/10/23Apple-Introduces-iPad-mini.html. This press release also announces the release of the iPad 4.

10. Samsung obtained the iPad 4 and iPad mini (wi-fi only versions) on their release date of November 2, 2012. Samsung further obtained the 4G-enabled iPad 4 and iPad mini on their release date of November 16, 2012. In each case, Samsung immediately investigated the devices to determine if they practiced Samsung's patents-in-suit.

11. On November 19, 2012, Samsung notified Apple of the amendments it intended to make to its infringement contentions. Attached hereto as Exhibit 8 is a true and correct copy of a November 19 email from Todd Briggs, counsel for Samsung, to Mark Selwyn and Peter Kolovos, counsel for Apple, serving Samsung Defendants' Second Amended Disclosure of Asserted Claims and Infringement Contentions. Samsung requested Apple indicate whether it would stipulate to service of the amended contentions.

12. On November 21, 2012, Apple replied to Samsung and indicated it would not yet take a position on whether to stipulate to service. Attached hereto as Exhibit 9 is a true and correct copy of Apple's reply, a November 21 email from Peter Kolovos to Todd Briggs.

13. Attached hereto as Exhibit 10 is a true and correct copy of Samsung Defendants' Second Amended Disclosure of Asserted Claims and Infringement Contentions and Exhibits A through I thereto, as were served on Apple by email on November 19.

14. The claims asserted for each patent in Exhibit 10 are unchanged from the claims asserted in Samsung's original Patent L.R. 3-1 and 3-2 disclosures, served on June 15, 2012, and its Amended Disclosure of Asserted Claims and Infringement Contentions, filed on October 1, 2012.

15. Attached hereto as Exhibit 11 is a true and correct excerpt from the November 6, 2012, hearing in this case before Judge Grewal.

1    I declare under penalty of perjury under the laws of the United States of America that the
2 foregoing is true and correct.
3    Executed on November 21, 2012, at Redwood Shores, California.

4                                   By  /s/ *Todd Briggs*
5                                   Todd Briggs