# EXHIBIT 1

| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | STEPTOE & JOHNSON, LLP John Caracappa (*pro hac vice*) |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com | jcaracappa@steptoe.com 1330 Connecticut Avenue, NW |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com | Washington, D.C. 20036 Telephone: (202) 429-6267 |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 | Facsimile: (202) 429-3902 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 | |
| 6 | | |
| 7 | Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY)) | |
| 8 | kevinjohnson@quinnemanuel.com Victoria F. Maroulis (Bar No. 202603) | |
| 9 | victoriamaroulis@quinnemanuel.com 555 Twin Dolphin Drive, 5th Floor | |
| 10 | Redwood Shores, California 94065 Telephone: (650) 801-5000 | |
| | Facsimile: (650) 801-5100 | |
| 11 | | |
| 12 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com | |
| 13 | Patrick M. Shields (Bar No. 204739) patrickshields@quinnemanuel.com | |
| 14 | 865 South Figueroa Street, 10th Floor Los Angeles, California  90017-2543 | |
| 15 | Telephone:  (213) 443-3000 Facsimile:  (213) 443-3100 | |
| 16 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, | |
| 17 | INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | |
| 18 | | |
| 19 | UNITED STATES DISTRICT COURT | |
| 20 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION | |
| 21 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| 22 | Plaintiff, | **SAMSUNG DEFENDANTS' DISCLOSURE OF ASSERTED CLAIMS** |
| 23 | vs. | **AND INFRINGEMENT CONTENTIONS** |
| 24 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **[PATENT L.R. 3-1, 3-2]** |
| 25 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 26 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 27 | Defendants. | |
| 28 | | |

02198.51981/4775348.2 02198.51855/4336803.1

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") submits this Disclosure of Asserted Claims and Infringement Contentions pursuant to Patent Local Rules 3-1 and 3-2 for U.S. Patent Nos. 7,756,087, 7,551,596, 7,672,470, 7,577,757, 7,232,058, 6,292,179, 6,226,449, and 5,579,239 ("Samsung patents").

**I.    IDENTIFICATION OF INFRINGED CLAIMS AND ACCUSED PRODUCTS [PATENT L.R. 3-1(a)-(d)]**

Samsung provides the information required by Patent Local Rule 3-1 subsections (a), (b), (c), and (d) in the following exhibits:

| | |
|---|---|
| **Exhibit A** | U.S. Patent No. 7,756,087 |
| **Exhibit B** | U.S. Patent No. 7,551,596 |
| **Exhibit C** | U.S. Patent No. 7,672,470 |
| **Exhibit D** | U.S. Patent No. 7,577,757 |
| **Exhibit E** | U.S. Patent No. 7,232,058 |
| **Exhibit F** | U.S. Patent No. 6,292,179 |
| **Exhibit G** | U.S. Patent No. 6,226,449 |
| **Exhibit H** | U.S. Patent No. 5,579,239 |

The infringement contentions set forth in Exhibits A-H are exemplary and not exhaustive.

Apple infringes the Samsung patents under 35 U.S.C. § 271(a), (b) and/or (c).  Samsung further accuses any other Apple products that Apple is currently developing, making and using including but not limited any newer but unreleased versions of the accused products that have been recently announced by Apple.  Accordingly, Samsung reserves its right to supplement this disclosure to include any additional Apple products it identifies through discovery and its continuing investigation.  Samsung further reserves the right to supplement its disclosure to include any additional information it learns about the accused Apple products through discovery (which is at its earliest stages) and its continuing investigation.

## II. LITERAL INFRINGEMENT AND DOCTRINE OF EQUIVALENTS [PATENT L.R. 3-1(e)]

The accused Apple products literally infringe the asserted claims of the Samsung patents. To the extent that any element or limitation of the asserted claims is not found to have literal correspondence in the accused Apple products, the accused Apple products infringe under the doctrine of equivalents.

## III. PRIORITY DATES [PATENT L.R. 3-1(f)]

The asserted claims of the Samsung patents are entitled to at least the priority dates listed on the face of each patent or identified in the prosecution histories of each patent.  Samsung's investigation is continuing and reserves the right to establish earlier priority and invention dates for the asserted claims in the Samsung patents.

## IV. PRODUCTS PRACTICING THE CLAIMED INVENTIONS [PATENT L.R. 3-1(g)]

**Exhibit I** discloses exemplary Samsung products that practice the claimed inventions of the Samsung patents.

## V. APPLE'S WILLFUL INFRINGEMENT [PATENT L.R. 3-1(h)]

Before initiating this lawsuit, Apple was aware that its products infringed many Samsung patents, including patents Samsung has asserted against Apple in this action.  Despite this knowledge, Apple continued to infringe Samsung's patents and continued to act in an objectively reckless manner.  Apple has willfully infringed at least U.S. Patent Nos. 7,756,087 and U.S. Patent No. 6,292,179 since at least September 2010 when Samsung informed Apple of its infringement.

## VI. DOCUMENT PRODUCTION ACCOMPANYING DISCLOSURE [PATENT L.R. 3-2]

Documents relating to Patent L.R. 3-2(a) are being produced concurrently herewith bearing bates numbers SAMNDCA630-00828589 - SAMNDCA630-00829265.

Documents relating to Patent L.R. 3-2(b) are being produced concurrently herewith bearing bates numbers SAMNDCA630-00829266 - SAMNDCA630-00832499.

1   Documents relating to Patent L.R. 3-2(c) are being produced concurrently herewith bearing
2   bates numbers SAMNDCA630-00832500 - SAMNDCA630-00835458.
3   Documents relating to Patent L.R. 3-2(d) are being produced concurrently herewith
4   bearing bates numbers SAMNDCA630-00835358 - SAMNDCA630-00835493.
5   Documents relating to Patent L.R. 3-2(e) have been previously produced bearing bates
6   numbers SAMNDCA00009434 - SAMNDCA00011027; SAMNDCA00011050 –
7   SAMNDCA00019356.   Samsung will also make available for inspection Samsung devices that
8   practice the Samsung patents.
9
10  DATED:  June 15, 2012                QUINN EMANUEL URQUHART & SULLIVAN LLP
11
12                                         By /s/  Patrick M. Shields
                                              Patrick M. Shields
13                                            Attorneys for Defendants
                                              SAMSUNG ELECTRONICS CO., LTD.,
14                                            SAMSUNG ELECTRONICS AMERICA, INC. and
                                              SAMSUNG TELECOMMUNICATIONS
15                                            AMERICA, LLC