# EXHIBIT 3

# EXHIBIT I

## SAMSUNG'S PATENT L.R. 3-1(G) DISCLOSURES

02198.51981/4809042.2

**Samsung Products Practicing Asserted Claims**

| U.S. Pat. No. 5,579,239 | | |
|---|---|---|
| *Device* | *Model* | *Claims* |
| Galaxy Tab | SCH-I800 | 15 |
| Acclaim | SCH-R880 | 15 |
| Captivate | SGH-I897 | 15 |
| Continuum | SCH-I400 | 15 |
| Droid Charge | SCH-I510 | 15 |
| Epic 4G | SPH-D700 | 15 |
| Exhibit 4G | SGH-T759 | 15 |
| Fascinate | SGH-T959 | 15 |
| Galaxy Ace | SPH-I325 | 15 |
| Galaxy Prevail | SPH-M820 | 15 |
| Galaxy S 4G | SCH-I500 | 15 |
| Gem | SCH-I100 | 15 |
| Indulge | SCH-R915 | 15 |
| Infuse 4G | SCH-I997 | 15 |
| Intercept | SPH-M910 | 15 |
| Mesmerize | SCH-I500 | 15 |
| Nexus S | SPH-D720 | 15 |

2

| Replenish | SPH-M580 | 15 |
|---|---|---|
| Showcase Galaxy S | SCH-I500 | 15 |
| Sidekick | SGH-T839 | 15 |
| Vibrant | SGH-T959 | 15 |

| Device (Project name) | Model | U.S. Pat. No. 7,551,596 Claims | U.S. Pat. No. 7,756,087 Claims |
|---|---|---|---|
| Viper | SCH-I110 (VZW) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16, 34,35,39,40 |
| Aegis | SCH-I405 (VZW) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16, 34,35,39,40 |
| P8-VzW | SCH-I815 (VZW) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16, 34,35,39,40 |
| Stealth-V | SCH-I510 (VZW) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16, 34,35,39,40 |
| Gaudi | SPH-D710 (SPR) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16, 34,35,39,40 |
| Vino-E | SPH-M820 (BST) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16, 34,35,39,40 |
| Chief_MTR | SCH-R920 (MTR) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16, 34,35,39,40 |
| Tikal | SCH-R930 (USC) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16, 34,35,39,40 |
| Gaudi_USCC | SCH-R760U (USC) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16, 34,35,39,40 |

3

| | | | |
|---|---|---|---|
| Venturi | YP-G70<br>(Global) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16,<br>34,35,39,40 |
| Espresso7 | GT-P3113<br>(XAR) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16,<br>34,35,39,40 |
| Espresso10 | GT-P5113<br>(XAR) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16,<br>34,35,39,40 |
| Geim | SGH-I827<br>(ATT) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16,<br>34,35,39,40 |
| Vital2_SPR | SPH-M930<br>(SPR) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16,<br>34,35,39,40 |
| Vital2_BST | SPH-M930<br>(BST) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16,<br>34,35,39,40 |
| GIO_ACG | SCH-R680(ACG) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16,<br>34,35,39,40 |
| GIO_USC | SCH-R680<br>(USC) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16,<br>34,35,39,40 |
| Rookie_ACG | SCH-R720<br>(ACG) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16,<br>34,35,39,40 |
| Rookie_MTR | SCH-R720<br>(MTR) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16,<br>34,35,39,40 |
| P4_GalaxyTab10.1 | SCH-I905U<br>(USC) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16,<br>34,35,39,40 |
| Viper1 | SCH-S720C<br>(TFN) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16,<br>34,35,39,40 |
| Midas Verizon | SCH-I535<br>(VZW) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16,<br>34,35,39,40 |
| Jasper | SCH-I200<br>(VZW) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16,<br>34,35,39,40 |
| Espresso Tab 7" | SCH-I705<br>(VZW) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16,<br>34,35,39,40 |
| Gogh | SPH-L300<br>(SPR) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16,<br>34,35,39,40 |

4

| Midas Sprint | SPH-L710 (SPR) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16, 34,35,39,40 |
| Aegis-Lte | SCH-I405U (USC) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16, 34,35,39,40 |
| Gaudi NA CDMA | SCH-R760X (ACG) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16, 34,35,39,40 |
| Tikal-M | SCH-R940 (MTR) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16, 34,35,39,40 |
| Trebon-Lte | SCH-R820 (MTR) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16, 34,35,39,40 |
| Atlas | SCH-S950C (TFN) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16, 34,35,39,40 |
| Note10  TAB | GT-N8013 (XAR) | 1,4,6,13,16,18 | 1,2,6,7,8, 9,10,14,15,16, 34,35,39,40 |

| U.S. Pat. No. 7,672,470 | |
| --- | --- |
| *Model* | *Claims* |
| UN19D4000NDXZA | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16 |
| UN22D5000NDXZA | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16 |
| LN19D450G1DXZA | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16 |
| LN22D450G1DXZA | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16 |

02198.51981/4809042.2