# EXHIBIT 5

# Apple Introduces New iPod touch & iPod nano

World's Most Popular Music Players Reinvented With Ultra-Thin Designs & Amazing New Features

SAN FRANCISCO—September 12, 2012—Apple® today introduced the new lineup of the world's most popular music players including the incredible all-new iPod touch® and reinvented iPod nano®. The new iPod touch is the thinnest iPod touch ever and features a brilliant 4-inch Retina™ display; a 5 megapixel iSight® camera with 1080p HD video recording; Apple's A5 chip; Siri®, the intelligent assistant; and iOS 6, the world's most advanced mobile operating system. The new iPod touch comes in a gorgeous new ultra-thin and light anodized aluminum design, and for the first time ever, iPod touch comes in five vibrant colors. The new iPod nano is the thinnest iPod® ever featuring a 2.5-inch Multi-Touch™ display; convenient navigation buttons; built-in Bluetooth for wireless listening; and the new iPod nano comes in seven gorgeous new colors.

"With over 350 million sold, iPod is the world's most popular and beloved music player," said Philip Schiller, Apple's senior vice president of Worldwide Marketing. "Music lovers may have a difficult time deciding between the reinvented iPod nano, the thinnest iPod ever, and the all-new iPod touch with its stunning 4-inch Retina display, 5 megapixel iSight camera and ultra-thin design—both in beautiful new colors."

The new iPod touch has been redesigned with a brilliant 4-inch Retina display in an ultra-thin and light anodized aluminum body—the thinnest iPod touch ever at just 6 mm thin and weighing just 88 grams. With Apple's dual-core A5 chip inside, iPod touch delivers up to twice the processing power and up to seven times faster graphics than the fourth generation iPod touch, all while maintaining incredible battery life of up to 40 hours of music playback and up to eight hours of video playback.* And, for the first time ever, iPod touch is available in five vibrant colors.

The new iPod touch includes a 5 megapixel iSight camera with autofocus, support for 1080p video recording with video image stabilization, face detection and an LED flash, and the new panorama feature that lets you capture gorgeous panoramic photos by simply moving the camera across a scene. Every new iPod touch comes with a color-matched iPod touch loop, a clever and convenient wrist strap you can use while taking photos, recording video and playing games.

The new iPod touch comes with iOS 6, the world's most advanced mobile operating system with over 200 features, and for the first time, features Siri, the intelligent assistant that helps you get things done just by asking. Siri arrives on the new iPod touch with support for more languages, easy access to sports scores, restaurant recommendations and movie listings.** The new iPod touch also includes: built-in Facebook integration with ability to post directly from Siri; Shared Photo Streams via iCloud®; and other key iOS features like iMessage™, FaceTime®, Mail and Game Center. Now you can wirelessly display your iPod touch screen right on your HDTV with AirPlay® Mirroring, allowing you to stream photos, videos, music, apps and play games on your big screen TV.***

The reinvented iPod nano is the thinnest iPod ever, at just 5 mm, and features the largest display ever built into an iPod nano, allowing you to enjoy more of your music, photos and widescreen videos. The new iPod nano features a 2.5-inch Multi-Touch display to make navigating your music even easier; a home button to quickly get back to your home screen; and convenient buttons to easily control volume and quickly play, pause or change songs without looking. The new iPod nano gives music lovers built-in Bluetooth for wireless listening with Bluetooth-enabled headphones, speakers and cars. At 30 hours, the

## Download iPod touch images



iPod touch
Download (zip)



iPod touch
Download (zip)



iPod touch
Download (zip)



iPod touch
Download (zip)

## Download iPod nano images



iPod nano
Download (zip)

new iPod nano offers the longest music playback of any iPod nano so you can enjoy your playlists* and FM radio even longer. With built-in fitness features including a pedometer and support for Nike+, iPod nano users will be ready to take their music walking, running or anywhere they like. The new iPod nano comes in seven gorgeous new colors with fun color-matched wallpapers.

With the App Store℠ on iPod touch, users have access to the world's largest and best collection of over 700,000 apps, including over 175,000 game and entertainment titles. Customers also have the iTunes Store® at their fingertips, giving them instant access to the world's largest catalog of over 26 million songs, 190,000 TV episodes, 45,000 movies and 1.5 million books to purchase and download directly to their iPod touch.

Both iPod touch and iPod nano come with the new Lightning™ connector that is smaller, smarter and more durable than the previous connector. The all-digital Lightning connector features an adaptive interface that uses only the signals that each accessory requires, and it's reversible so you can instantly connect to your accessories. The Lightning-to-30-pin Adapter is also available to connect iPod touch and iPod nano to legacy 30-pin accessories.****

iPod touch and iPod nano also come with the new Apple EarPods™ featuring a breakthrough design for a more natural fit, increased durability and an incredible acoustic quality typically reserved for higher-end earphones.

Pricing & Availability
Pre-orders for the new iPod touch in pink, yellow, blue, white & silver, black & slate begin September 14 through the Apple Online Store (www.apple.com) for a suggested price of $299 (US) for the 32GB model and $399 for the 64GB model. The new iPod touch will be available in October through the Apple Online Store (www.apple.com), Apple's retail stores and Apple Authorized Resellers. The fourth generation iPod touch is available in black and white for $199 (US) in a 16GB model and $249 (US) in a 32GB model through the Apple Online Store (www.apple.com), Apple's retail stores and Apple Authorized Resellers. iPod touch requires a Mac with a USB 2.0 or USB 3.0 port, Mac OS X v10.6.8 or later and iTunes 10.7 or later; or a Windows PC with a USB 2.0 port and Windows 7, Windows Vista or Windows XP Home or Professional (Service Pack 3) or later and iTunes 10.7 or later. An Apple ID is required for some iPod touch features. iOS 6 will also be available as a free software update for iPod touch (fourth generation) customers allowing them to experience the amazing new features including Facebook-enabled apps like Photos; Shared Photo Streams via iCloud; and Passbook®, the simplest way to get all your passes in one place.

iPod nano will be available in October in pink, yellow, blue, green, purple, silver and slate for a suggested price of $149 (US) in a 16GB model through the Apple Online Store (www.apple.com), Apple's retail stores and Apple Authorized Resellers. iPod shuffle® is available today in pink, yellow, blue, green, purple, silver and slate for a suggested price of $49 (US) in a 2GB model through the Apple Online Store (www.apple.com), Apple's retail stores and Apple Authorized Resellers. iPod shuffle requires a Mac® with a USB 2.0, Mac OS® X v10.6.8 or later and iTunes® 10.7 or later; or a Windows PC with a USB 2.0 port and Windows 7, Vista or Windows XP Home or Professional (Service Pack 3) or later and iTunes 10.7 or later. iPod nano requires a Mac with a USB 2.0 or USB 3.0 port, Mac OS X v10.6.8 or later and iTunes 10.7 or later; or a Windows PC with a USB 2.0 port and Windows 7, Vista or Windows XP Home or Professional (Service Pack 3) or later and iTunes 10.7 or later.

(PRODUCT) RED models of iPod shuffle, iPod nano and iPod touch are available through the Apple Online Store (www.apple.com) and Apple's retail stores.

* Battery life depends on device settings, usage and other factors. Actual results vary.
** Not all features are supported in all countries.
*** AirPlay Mirroring is only supported on the fifth generation iPod touch.
**** Sold separately.

Apple designs Macs, the best personal computers in the world, along with OS X, iLife, iWork and professional software. Apple leads the digital music revolution with its iPods and iTunes online store. Apple has reinvented the mobile phone with its revolutionary


iPod nano
Download (zip)


iPod nano
Download (zip)

iPhone and App Store, and is defining the future of mobile media and computing devices with iPad.

**Press Contacts**:
Tom Neumayr
Apple
tneumayr@apple.com
(408) 974-1972

Jennifer Ramsay
Apple
ramsay@apple.com
(408) 862-2239

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPod touch, iPod nano, Retina, iSight, Siri, iPod, Multi-Touch, iCloud, iMessage, FaceTime, AirPlay, App Store, iTunes Store, Lightning, EarPods, Passbook, iPod shuffle and iTunes are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

Apple Media Helpline   (408) 974-2042   media.help@apple.com

Press Info    Apple Introduces New iPod touch & iPod nano

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.    Apple Info | Site Map | Hot News | RSS Feeds | Contact Us

Copyright © 2012 Apple Inc. All rights reserved.    Terms of Use | Privacy Policy