# EXHIBIT 6

News    Events    paidContent     Research    Jobs

# GIGAOM

HOME | **APPLE** | CLEANTECH | CLOUD | DATA | EUROPE | MOBILE | VIDEO

Oct 9, 2012 - 4:35AM PT

# Apple's new iPod touch starts shipping

ADVERTISEMENT

BY Kevin C. Tofel

4 Comments



Apple has been fairly quiet on the iPod touch release date, providing only a vague October time frame. As of Tuesday, the device is shipping from China, with delivery expected by mid-month. Perhaps using the same screen as the new iPhone has been the holdup?

**RELATED**

Samsung keeps smartphone sales crown, Nokia drops from top 5

Samsung may have lost a patent dispute with Apple but it's looking like a smart investment: The...

The hidden costs of Apple's mobile transition

The refresh of the entire mobile lineup and most of the Mac lineup and Apple's decision to...

Apple reports $36B in revenue, sells 27M iPhones, 14M iPads

While revenue was in line with expectations, earnings per share were slightly off: Financial analysts had been...

SEE MORE RELATED STORIES FOR:

apple / ios / iphone / ipod touch

Some who ordered Apple's new iPod touch when it was announced last month are waking up to good news: Apple started to ship the new iPod on Tuesday. The fifth-generation iPod never had a clear release or ship date as Apple uncharacteristically provided the vague "October" time frame for availability. On my own shipment notification, Apple says the new iPod touch will arrive at my house on Oct. 15 as it makes its way from China via FedEx.



In addition to not providing a detailed release date for the iPod touch, Apple hasn't explained the reason for the lack of specificity. Given that the iPod touch uses the exact same display as the new iPhone 5, it's possible that supply of that component is constrained between two popular devices. In fact, the newest iPod touch is more like its iPhone counterpart than any iPod touch before it.

For that very reason, I decided to flirt with an iPod on the side while having a serious relationship with my Android phones. At $299, the iPod touch provides much of the iPhone experience — Siri, Bluetooth 4.0, faster Wi-Fi and the 4-inch Retina Display — but without the monthly bill for cellular and mobile broadband connectivity.

ADVERTISEMENT

**1414 READERS RIGHT NOW**

 Just commented on:
This week in cleantech: next-gen batteries and the importance of design

 Any word if HBOGO will be coming to the PS3?

 Just commented on:
Cord Cutters: Our review of Vizio's Co-Star Google TV box

 Better off keeping your roku xs player. The vizio co star has hardly...

 Just commented on:
Ebook Bestsellers Breakdown: October 26, 2012

 I love it when self pub make the list its like the American...

**SUBSCRIBER CONTENT**

## Related research and analysis from GigaOM Pro

. Tablet market to hit over 377 million units by 2016 - 02/22/2012
. 2012: Data, spectrum and the race to LTE - 12/29/2011
. Connected world: the consumer technology revolution - 11/10/2011

What is this?

 **4 Comments**





**winstuff**
Tuesday, October 9 2012

Will we find that the upgrade to the Touch has some relationship with the spex and pricing on the new iPad Mini? It will be interesting to see how Apple niches the Mini in the iOS line up.

Reply / Share



**Mick Hamblen**
Wednesday, October 10 2012

My iPod Touch is also due on the 15th…

Reply / Share



**Lindsworth Horatio Deer**
Wednesday, October 10 2012

Finally the Apple iPhone 5 is here!!! Apple is now using SHARP Corporation of Japans Screen Technology. SHARP Corp of Japan is developing a new 5″ 1080p Screen. So does that mean the Apple iPhone 6 (or 5S) will be sporting, QUAD Core, 12.1 Megapixel camera and a 5″ Screen? Check this article which suggests that it may be so

http://bit.ly/UQWzq3

Reply / Share



**Rizwan**
Wednesday, October 10 2012

Please read this interesting article & do comment it,

Final Verdict Straight From Users: iPhone 5 vs Galaxy S3
http://www.worldlazythinkers.co.cc/2012/10/final-verdit-straight-from-users-iphone.html

Thank You!
Reply / Share

**Displaying 4 of 4 comments.**

ADVERTISEMENT


ADVERTISEMENT


## MOST POPULAR IN APPLE

. Hands-on with the brand new, thin and stunning iMac — 10/23/2012
. Apple's iPad mini: A $329 tablet you can hold in one hand — 10/23/2012
. Poll: Buying an iPad mini, even if you have an iPad? — 10/23/2012
. And then there were two: what to expect from Apple's iPad mini event — 10/22/2012
. Samsung will stop making iPhone, iPad screens for Apple — 10/22/2012

### STAY ON TOP OF APPLE NEWS IN YOUR INBOX

Get a daily roundup of news and analysis about everything Apple (see a sample):   subscribe

    
**EVENTS**   **PRO RESEARCH**   **GIGAOM TV**

PRIVACY POLICY   TERMS OF SERVICE   ABOUT   EDITORIAL TEAM   MEDIA KIT   CONTACT

GIGAOM
© GIGAOM

POWERED BY WORDPRESS.COM VIP

