# EXHIBIT 7

Apple - Press Info - Apple Introduces iPad mini

| | Store | Mac | iPod | iPhone | iPad | iTunes | Support | |

## Apple Press Info

Press Releases          Product Images & Info          Apple Leadership

# Apple Introduces iPad mini

Unveils New Fourth Generation iPad with Retina Display, Faster A6X Chip, FaceTime HD Camera & Ultrafast Wireless

SAN JOSE, California—October 23, 2012—Apple® today introduced iPad® mini, a completely new iPad design that is 23 percent thinner and 53 percent lighter than the third generation iPad. The new iPad mini features a stunning 7.9-inch Multi-Touch™ display, FaceTime® HD and iSight® cameras, ultrafast wireless performance[1] and an incredible 10 hours of battery life[2]—every inch an iPad, yet in a revolutionary design you can hold in one hand. Apple today also announced the fourth generation iPad featuring a gorgeous 9.7-inch Retina™ display, new Apple-designed A6X chip, FaceTime HD camera and ultrafast wireless performance. Both iPad mini and fourth generation iPad come with iOS 6, the world's most advanced mobile operating system with over 200 new features.

"iPad mini is every inch an iPad. With its gorgeous 7.9-inch display, iPad mini features the same number of pixels as the original iPad and iPad 2, so you can run more than 275,000 apps designed specifically for iPad," said Philip Schiller, Apple's senior vice president of Worldwide Marketing. "iPad mini is as thin as a pencil and as light as a pad of paper, yet packs a fast A5 chip, FaceTime HD and 5 megapixel iSight cameras and ultrafast wireless—all while delivering up to 10 hours of battery life."

iPad mini comes in a beautiful new aluminum and glass design that is just 7.2 mm thin and weighs only 0.68 pounds. The 7.9-inch Multi-Touch display delivers the same iPad experience users have come to expect, in a design that has 35 percent more screen real estate than 7-inch tablets and up to an astonishing 67 percent more usable viewing area when browsing the web. The dual-core A5 chip delivers responsive graphics and a fast, fluid Multi-Touch experience, while still providing all-day battery life.

iPad mini features a front-facing FaceTime HD camera and a 5 megapixel iSight camera on the back with advanced optics for taking sharp still pictures and recording full 1080p HD video. The iSight camera includes video image stabilization and both cameras feature backside illumination to let users capture great pictures in low light. iPad mini also allows easy sharing of photos with friends and family using iCloud's Shared Photo Streams.

iPad mini features dual-band 802.11n Wi-Fi support for speeds up to 150 Mbps,[3] which is twice the Wi-Fi performance compared to previous iPad models. iPad mini is available in Wi-Fi + Cellular models which are world-ready with built-in support for ultrafast wireless standards, including LTE[1] and DC-HSDPA, so you can browse, download and stream content fast from wherever you are. iPad mini data plans will be available with no contract so you can simply sign up and activate service directly from your iPad.[4] The Personal Hotspot feature means you can share a fast cellular data connection via Wi-Fi, Bluetooth or USB with up to five other devices such as MacBook® Pro, iPod touch® or another iPad.[5]

The new fourth generation iPad features the amazing 9.7-inch Retina display and includes a new Apple-designed A6X chip that delivers up to twice the CPU performance and up to twice the graphics performance of the A5X chip, all while delivering an incredible 10 hours of battery life in the same thin and light iPad design. Other new features include a FaceTime HD camera, twice the Wi-Fi performance when compared to previous iPad models and support for additional LTE carriers worldwide.[6]

iPad mini and fourth generation iPad both feature support for the Lightning™ connector that is smaller, smarter and more durable than the 30-pin connector. Lightning connector accessories are available to support cameras, SD cards and VGA or HDMI digital video.[7] Existing iPad Smart Covers and the iPad Smart Case are compatible with fourth generation iPad, and new polyurethane Smart Covers custom-designed for iPad mini are available in

## Download iPad mini images


iPad mini
Download (zip)


iPad mini
Download (zip)


iPad mini
Download (zip)

## Download iPad images


iPad
Download (zip)

pink, green, blue, light gray, dark gray and (PRODUCT) RED for $39.

iPad runs over 700,000 apps available on the App Store℠, including more than 275,000 apps designed specifically for iPad, from a wide range of categories including books, games, business, news, sports, health, reference and travel. iPad also supports the more than 5,000 newspapers and magazines offered in Newsstand and the more than 1.5 million books available on the iBookstore℠. The iTunes Store® puts the world's most popular online music, TV and movie store at your fingertips with a catalog of over 26 million songs, over 190,000 TV episodes and over 45,000 films. The new iBooks® app for iPad lets users read ebooks in over 40 languages. iBooks also lets users experience an entirely new kind of ebook that's dynamic, engaging and truly interactive. Ebooks created with Apple's new iBooks Author offer gorgeous, fullscreen ebooks with interactive animations, diagrams, photos, videos, custom fonts, mathematical expressions and much more.

### Pricing & Availability

iPad mini with Wi-Fi models will be available in black & slate or white & silver on Friday, November 2, for a suggested retail price of $329 (US) for the 16GB model, $429 (US) for the 32GB model and $529 (US) for the 64GB model. The fourth generation iPad with Wi-Fi models will also be available on Friday, November 2, in black or white for a suggested retail price of $499 (US) for the 16GB model, $599 (US) for the 32GB model and $699 (US) for the 64GB model. iPad mini and the fourth generation iPad will be sold through the Apple Online Store (www.apple.com), Apple's retail stores, and select Apple Authorized Resellers in the US, Australia, Austria, Belgium, Bulgaria, Canada, Czech Republic, Denmark, Finland, France, Germany, Hong Kong, Hungary, Iceland, Ireland, Italy, Japan, Korea, Liechtenstein, Luxembourg, Netherlands, New Zealand, Norway, Poland, Portugal, Puerto Rico, Romania, Slovakia, Slovenia, Singapore, Spain, Sweden, Switzerland and the UK.

iPad mini with Wi-Fi + Cellular and fourth generation iPad with Wi-Fi + Cellular will start shipping a couple of weeks after the Wi-Fi models, beginning in the US on AT&T, Sprint and Verizon. iPad mini with Wi-Fi + Cellular will be offered for a suggested retail price of $459 (US) for the 16GB model, $559 (US) for the 32GB model and $659 (US) for the 64GB model. Fourth generation iPad with Wi-Fi + Cellular for AT&T, Sprint and Verizon will be offered for a suggested retail price of $629 (US) for the 16GB model, $729 (US) for the 32GB model and $829 (US) for the 64GB model. Additionally, iPad 2 is available at $399 (US) for the 16GB Wi-Fi model and just $529 (US) for the 16GB Wi-Fi + 3G model where they are sold now.

Customers can begin pre-ordering all models of iPad mini and all models of the fourth generation iPad on Friday, October 26 through the Apple Online Store in the US, Australia, Austria, Belgium, Canada, Czech Republic, Denmark, Finland, France, Germany, Hong Kong, Ireland, Italy, Japan, Korea, Luxembourg, Netherlands, New Zealand, Norway, Poland, Portugal, Singapore, Spain, Sweden, Switzerland and the UK.

[1]LTE is available through select carriers. Network speeds are dependent on carrier networks. Check with your carrier for details.
[2]Battery life depends on device settings, usage and other factors. Actual results vary.
[3]Based on theoretical speeds, actual speeds may vary.
[4]Only available on some carriers.
[5]Personal Hotspot requires supporting data plan. Customers should check with their carrier for availability.
[6]LTE is available through select carriers.
[7]Sold separately.

Apple designs Macs, the best personal computers in the world, along with OS X, iLife, iWork and professional software. Apple leads the digital music revolution with its iPods and iTunes online store. Apple has reinvented the mobile phone with its revolutionary iPhone and App Store, and is defining the future of mobile media and computing devices with iPad.

Press Contacts:
Trudy Muller
Apple
tmuller@apple.com
(408) 862-7426

Natalie Kerris
Apple
nat@apple.com
(408) 974-6877

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPad, Multi-touch, FaceTime, iSight, Retina, MacBook, iPod touch, Lightning, App Store, iBookstore, iTunes Store and iBooks are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

Apple Media Helpline   (408) 974-2042   media.help@apple.com

Press Info      Apple Introduces iPad mini

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.         Apple Info    |    Site Map    |    Hot News    |    RSS Feeds    |    Contact Us    |

Copyright © 2012 Apple Inc. All rights reserved.      Terms of Use    |    Privacy Policy