# EXHIBIT 8

## Scott Florance

| | |
|---|---|
| **From:** | Todd Briggs |
| **Sent:** | Monday, November 19, 2012 7:35 PM |
| **To:** | Selwyn, Mark; 'Peter Kolovos' |
| **Cc:** | WH Apple Samsung NDCal II Service; mlyon@gibsondunn.com; jkrevitt@gibsondunn.com; jrho@gibsondunn.com; MReiter@gibsondunn.com; bburoker@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance |
| **Subject:** | Apple v. Samsung, Case No. 12-CV-630 -- Samsung's Second Amended Infringement Contentions |
| **Attachments:** | Samsung's Second Amended Infringement Contention Disclosures.zip |

Mark and Peter:

Pursuant to Judge Grewal's November 15 Order, please find attached Samsung's proposed second amended infringement contentions. Docket No. 302, 11/15/2012 Order at 12 ("Given the early stage of this litigation and the reasoning of this order, the court notes that Apple should think twice before opposing similar amendments reflecting other newly-released products — e.g. the iPad 4 and iPad mini — that Samsung may propose in the near future. Any amended contentions shall be served no later than November 23, 2012.").

Samsung's proposed second amended infringement contentions differ from Samsung's previous contentions in the following ways:

- Includes the iPod Touch 5th Generation, released in mid-October;
- Includes the iPad 4th Generation, released on November 2 (wi-fi only) and November 16 (w/4G);
- Includes the iPad mini, released on November 2 (wi-fi only) and November 16 (w/4G);
- Seeks clarification that the iPod Touch (4th Generation and earlier) is included among the accused products for the '470 patent (Exhibit C), or leave to amend to add them; and
- Corrects a typographical error in Samsung's Patent L.R. 3-1(g) disclosure related to the identification of Samsung products that practice the '470 patent (Exhibit I).

Please let us know by noon on Wednesday, November 21 if Apple will stipulate to the service of Samsung's amended contentions. If Apple will not stipulate, Samsung intends to file a motion pursuant to Patent Local Rule 3-6 for leave to amend its contentions on Wednesday.

Best Regards,

**Todd Briggs**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5020 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
toddbriggs@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any

review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.