# EXHIBIT 11

1                     UNITED STATES DISTRICT COURT
2                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION
3

4        APPLE, INC.,

5               PLAINTIFF,              CASE NO.
                                        CV-12-0630-LHK-PSG
6          VS.
                                        SAN JOSE, CALIFORNIA
7    SAMSUNG ELECTRONICS COMPANY
     LIMITED, ET AL.,                   NOVEMBER 6, 2012
8
                DEFENDANTS.
9

10
                      TRANSCRIPT OF PROCEEDINGS
11               BEFORE THE HONORABLE PAUL S. GREWAL
                 UNITED STATES DISTRICT MAGISTRATE JUDGE
12

13                      A-P-P-E-A-R-A-N-C-E-S

14
         FOR THE PLAINTIFF:    GIBSON, DUNN & CRUTCHER
15                             BY:   JASON C. LO
                               333 SOUTH GRAND AVENUE
16                             LOS ANGELES, CALIFORNIA 90071

17                             WILMER, CUTLER, PICKERING, HALE & DORR
                               BY:  MARK D. SELWYN
18                             950 PAGE MILL ROAD
                               PALO ALTO, CALIFORNIA 94304
19
         FOR THE DEFENDANTS:   QUINN, EMANUEL, URQUHART & SULLIVAN
20                             BY:   VICTORIA F. MAROULIS
                                     TODD M. BRIGGS
21                             555 TWIN DOLPHIN DRIVE, SUITE 560
                               REDWOOD SHORES, CALIFORNIA 94065
22

23       OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, CRR
                                    CERTIFICATE NUMBER 8074
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
         TRANSCRIPT PRODUCED WITH COMPUTER.

| | |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                    NOVEMBER 6, 2012. |
| 2 | P R O C E E D I N G S |
| 12:14PM  3 | (COURT CONVENED.) |
| 12:14PM  4 | THE CLERK:  YES, YOUR HONOR.  APPLE VERSUS SAMSUNG, |
| 12:14PM  5 | CV-12-0630. |
| 12:14PM  6 | MATTER ON FOR DEFENDANT'S MOTION FOR LEAVE TO SUPPLEMENT |
| 12:14PM  7 | ITS INFRINGEMENT CONTENTIONS AND PLAINTIFF'S MOTION FOR LEAVE |
| 12:14PM  8 | TO AMEND ITS DISCLOSURE OF ASSERTED CLAIMS. |
| 12:14PM  9 | MS. MAROULIS:  GOOD MORNING, YOUR HONOR.  VICTORIA |
| 12:14PM 10 | MAROULIS FROM QUINN EMANUEL AND WITH ME MY PARTNER, TODD |
| 12:14PM 11 | BRIGGS, COUNSEL FOR SAMSUNG. |
| 12:14PM 12 | THE COURT:  GOOD AFTERNOON.  I SHOULD SAY WELCOME |
| 12:14PM 13 | BACK. |
| 12:14PM 14 | MR. LO:  GOOD MORNING, YOUR HONOR.  JASON LO FROM |
| 12:14PM 15 | GIBSON, DUNN & CRUTCHER ON BEHALF OF APPLE. |
| 12:14PM 16 | MR. SELWYN:  AND GOOD AFTERNOON, YOUR HONOR.  MARK |
| 12:14PM 17 | SELWYN FROM WILMER HALE ON BEHALF OF APPLE. |
| 12:14PM 18 | THE COURT:  AFTERNOON.  WELCOME BACK I SHOULD SAY AS |
| 12:14PM 19 | WELL.  I HAVE BOTH MOTIONS BEFORE ME, AND I WANTED TO START |
| 12:14PM 20 | WITH SAMSUNG'S MOTION TO ADD THE IPHONE 5. |
| 12:14PM 21 | AND I'M EAGER TO HEAR FROM YOU, MS. MAROULIS, OR ANY OF |
| 12:14PM 22 | YOUR COLLEAGUES.  I'LL PUT OUT THE INITIAL QUESTION, THOUGH. |
| 12:15PM 23 | IS EVERYBODY BASICALLY IN AGREEMENT THAT THE IPHONE 5 SHOULD BE |
| 12:15PM 24 | IN SUBJECT TO A HORSE TRADE OR A REVOLUTION OF APPLE'S |
| 12:15PM 25 | AMENDMENTS? |

12:30PM 1      SO THOSE ARE THE BASIC ARGUMENTS AND RESPONSES TO THAT.

12:30PM 2      NOW, I DON'T KNOW IF YOUR HONOR IS GOING TO LET ME SPEAK

12:30PM 3 MORE TO OUR MOTION.

12:30PM 4      THE COURT:  YES, OF COURSE.  I DIDN'T MEAN TO

12:30PM 5 PRECLUDE YOU.

12:30PM 6      MS. MAROULIS:  DO YOU WANT ME TO HANDLE IT NOW?

12:30PM 7      THE COURT:  YES.

12:30PM 8      MS. MAROULIS:  OUR MOTION IS VERY SIMPLE.  IT SEEKS

12:30PM 9 TO ADD ONE PRODUCT AND WE EXERCISE DILIGENCE.  WE BASICALLY

12:30PM 10 SERVED AMENDED CONTENTIONS ON APPLE WITHIN ONE WEEK OF IPHONE 5

12:31PM 11 BEING AVAILABLE IN THE STORES.

12:31PM 12      IN THEIR OPPOSITION THEY DON'T OPPOSE THIS ON THE MERITS,

12:31PM 13 BUT THEY SAY IT SHOULD BE.  WE DISAGREE WITH THAT, BUT THERE IS

12:31PM 14 PARITY AS OUR OPPOSING THEM AND ADDING NEW SAMSUNG PRODUCTS IN

12:31PM 15 THE PAPERS.

12:31PM 16      FINALLY, I DO WANT TO POINT OUT TO YOUR HONOR THAT LAST

12:31PM 17 WEEK OR A COUPLE OF WEEKS AGO APPLE CAME UP WITH SOME NEW

12:31PM 18 PRODUCTS, AND WE'RE CURRENTLY LOOKING AT THEM AND EVALUATING

12:31PM 19 THEM AND I WOULD BE REMISS NOT TO POINT THAT OUT.

12:31PM 20      THE COURT:  I HAD A FEELING IT MIGHT BE COMING, BUT

12:31PM 21 I APPRECIATE YOUR CANDOR.

12:31PM 22      MS. MAROULIS:  WE WANT TO MAKE SURE YOUR HONOR IS ON

12:31PM 23 NOTICE OF THAT AND OBVIOUSLY WE'RE FIRST AT THE GATE AND APPLE

12:31PM 24 CAN SEE IF IT CAN BE RESOLVED BY APPLE AND IF NOT WE'LL SEEK

12:31PM 25 ANOTHER MOTION, BUT THAT'S NOT HAPPENED YET.