JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF JASON LO IN SUPPORT OF APPLE INC.'S MOTION FOR LEAVE TO AMEND ITS DISCLOSURE OF ASSERTED CLAIMS & INFRINGEMENT CONTENTIONS** |

| | |
|---|---|
| 1 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Counterclaim-Plaintiffs, v. |
| 6 | APPLE INC., a California corporation, |
| 7 | Counterclaim-Defendant. |

I, Jason Lo, declare and state as follows:

1. I am partner at the law firm of Gibson, Dunn & Crutcher ("Gibson Dunn"), counsel of record in this action for Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I submit this declaration in support of Apple's Motion for Leave to Amend Its Disclosure of Asserted Claims and Infringement Contentions ("Infringement Contentions"). Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows.

2. Apple seeks to amend its Infringement Contentions to add (1) the Samsung Galaxy S III running the new Android Jelly Bean operating system, (2) the Samsung Galaxy Note II, (3) Samsung Galaxy Tab 8.9 Wifi, (4) the Samsung Galaxy Tab 2 10.1, (5) the Samsung Rugby Pro, and (6) the Samsung Galaxy S III Mini. The infringement charts for the Galaxy S III, the Galaxy Note II, and the Galaxy S III Mini were served on Samsung on November 21, 2012. As to the Galaxy Tab 8.9 Wifi, Galaxy S III Mini, Rugby Pro, and the Galaxy Tab 2 10.1, Apple seeks leave to serve supplemental charts (if any) on Samsung by November 30, 2012.

3. Apple also Apple seeks leave to amend its Infringement Contentions to make minor, corrective changes to the cover document of the Infringement Contentions. Apple seeks to correct a Bates number in Apple's Patent Local Rule 3-2 Document Production and Accompanying Disclosures for U.S. Patent No. 5,666,502. The Bates number in the Patent Local Rule 3-2(d) section currently reads APLNDC630-0000056171-56172, and should instead read APLNDC630-0000171927-0000171928. Apple seeks to fix a typo in the priority date in the Patent Local Rule 3-1(f) – Priority Dates section of the Infringement Contentions cover document for U.S. Patent No. 8,086,604, which currently reads January 5, 2002, and should instead read January 5, 2000. Apple also seeks to correct the carrier designation in the Patent Local Rule 3-1(b) – Accused Instrumentalities section of the Infringement Contentions cover document for the Galaxy Note, which currently reads Galaxy Note (T-Mobile), and should instead read Galaxy Note (AT&T).

4. Attached hereto as Exhibits 1-A and 1-B is Apple's Second Amended Infringement Contentions cover document, which includes the minor corrective changes described in paragraph 3. The infringement charts for the Galaxy S III, the Galaxy Note II, and the Galaxy S III Mini are

1  attached as exhibits C-14 through C-25 to the Second Amended Infringement Contentions cover
2  document.[1]

3  5.  Attached hereto as Exhibit 2 is a true and correct copy of an article titled Jelly Bean
4  update start seeding to the US Galaxy S III, dated October 25, 2012, and downloaded from
5  http://www.gsmarena.com/sprint_releases_jelly_bean_update_for_galaxy_s_iii-news-4997.php on
6  November 22, 2012.

7  6.  Attached hereto as Exhibit 3 is a true and correct copy of an article titled T-Mobile
8  releases Jelly Bean for the Galaxy S III, dated November 14, 2012, and downloaded from
9  http://www.gsmarena.com/tmobile_releases_jelly_bean_for_the_galaxy_s_iii-news-5081.php on
10 November 22, 2012.

11 7.  Attached hereto as Exhibit 4 is a true and correct copy of an article titled Samsung
12 Galaxy Note 2 Release Dates: AT&T Launches Today; Verizon On 11/27, dated November 9, 2012,
13 and downloaded from http://www.latinospost.com/articles/6685/20121109/samsung-galaxy-note-2-
14 release-dates-t.htm on November 22, 2012.

15 8.  Attached hereto as Exhibit 5 is a true and correct copy of an article titled The Samsung
16 Galaxy Tab 8.9 gets its ICS update at long last, dated November 22, 2012, and downloaded from
17 http://blog.gsmarena.com/at-long-last-the-samsung-galaxy-tab-8-9-gets-its-ics-update/ on November
18 23, 2012.

19 9.  Attached hereto as Exhibit 6 is a true and correct copy of an article titled AT&T to
20 offer Samsung GALAXY Tab 2 10.1 on November 9th, dated November 5, 2012, and downloaded
21 from http://www.phonearena.com/news/AT-T-to-offer-Samsung-GALAXY-Tab-2-10.1-on-
22 November-9th_id36291 on November 23, 2012.

23 10. Attached hereto as Exhibit 7 is a true and correct copy of an article titled Samsung
24 Galaxy Tab 2 10.1 lands at Verizon Wireless, dated November 21, 2012, and downloaded from

---

[1] Exhibits C-1 through C-13 to the Second Amended Infringement Contentions cover document are claim charts for the Galaxy Nexus running on the Jelly Bean operating system and the claim charts for the Galaxy S III which were updated from references to the UK version of device to references for the US version of the device.  Apple served these claim charts on Samsung on November 21, 2012 pursuant to this Court's November 15, 2012 Order Granting Plaintiff's Motion to Amend its Disclosure of Asserted Claims & Infringement Contentions; and Granting Defendant's Motion to Amend its Infringement Contentions (Dkt. 302).  These charts are not attached hereto as those amendments are not part of this current motion for leave to amend Apple's Infringement Contentions.

http://www.slashgear.com/samsung-galaxy-tab-2-10-1-lands-at-verizon-wireless-21257990/ on November 23, 2012.

11. Attached hereto as Exhibit 8 is a true and correct copy of an article titled Unlocked Samsung Galaxy S III Mini on Sale at Amazon, dated November 20, 2012, and downloaded from http://www.pcmag.com/article2/0,2817,2412339,00.asp on November 22, 2012.

12. Attached hereto as Exhibit 9 is a true and correct copy of a Samsung press release titled SAMSUNG Mobile to Begin Jelly Bean Update with TouchWiz Enhancements for Galaxy S III Smartphones in the U.S., dated October 17, 2012, and downloaded from http://www.samsung.com/us/news/newsRead.do?news_seq=20295 on November 23, 2012.

13. The T-Mobile Samsung Galaxy S III device in the possession of Apple's counsel was updated to Jelly Bean on November 16, 2012, two days after the Jelly Bean release for the T-Mobile Galaxy S III was announced. Although the Jelly Bean update for the Sprint Galaxy S III was announced in late October, the Sprint Galaxy S III in the possession of Apple's counsel did not receive an over the air update. Apple's counsel had to force an update to the Sprint Galaxy S III on November 20, 2012.

14. After the Galaxy S III devices in the possession of Apple's counsel updated to the Jelly Bean operating system, Apple's counsel immediately began the process of investigating these devices to determine whether the same Samsung devices on the new operating system infringe any of the eight asserted patents.

15. As to the Galaxy Tab 8.9 Wifi, Rugby Pro, and the Galaxy Tab 2 10.1, Apple is currently trying to update or obtain the software and/or devices for all applicable carriers. Upon information and belief, these devices infringe the asserted patents in the same manner as the already-accused Samsung devices.

16. Attached hereto as Exhibit 10 is a true and correct copy of an article titled Galaxy S III Mini Hits The UK On November 8, dated November 1, 2012, and downloaded from http://www.webpronews.com/galaxy-s-iii-mini-hits-the-uk-on-november-8-2012-11 on November 23, 2012.

17. Attached hereto as Exhibit 11 is a true and correct copy of an FAQ from the Samsung website titled Cell Phones: Will my Samsung device receive an update to Android 4.1 Jelly Bean?, downloaded from http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_id=FAQ00050212&fm_seq=55187 on November 22, 2012. This document states "Samsung is in close communication with both Google and our carrier partners to upgrade devices to Android 4.1 Jelly Bean as quickly and as smoothly as possible."

18. Attached hereto as Exhibit 12 is a true and correct copy of an FAQ from the Samsung website titled Cell Phones: Will my Samsung device receive an update to Android 4.0 Ice Cream Sandwich (ICS)?, downloaded from http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_id=FAQ00046726&fm_seq=49755 on November 23, 2012. This document states "Samsung is in close communication with both Google and our carrier partners to upgrade devices to Android 4.0 Ice Cream Sandwich as quickly and as smoothly as possible."

19. Attached hereto as Exhibit 13 is a true and correct copy of an article titled Samsung Galaxy S3 gets Android Jelly Bean, dated September 24, 2012, and downloaded from http://www.zdnet.com/samsung-galaxy-s3-gets-android-jelly-bean-7000004703/ on November 22, 2012.

20. Attached hereto as Exhibit 14 is a true and correct copy of an article titled TouchWiz-enhanced Jelly Bean update for US Galaxy SIII coming soon, dated October 17, 2012, and downloaded from http://www.techradar.com/news/phone-and-communications/mobile-phones/touchwiz-enhanced-jelly-bean-update-for-us-galaxy-siii-coming-soon-1105101 on November 22, 2012.

21. Attached hereto as Exhibit 15 is a true and correct copy of an article titled Samsung Galaxy Note 2 price drop, Android Jelly Bean 4.1.2 update leaks, dated November 20, 2012, and downloaded from http://www.popherald.com/20121120_galaxy_note_2_price_jelly_bean_new_software-20964 on November 22, 2012.

22. On November 19, 2012, Samsung emailed proposed amendments to Samsung's infringement contentions, including the "iPod Touch 5th Generation." Attached hereto as Exhibit 16 is a true and correct copy of the email from Samsung regarding proposed amendments to Samsung's infringement contentions.

23. Attached hereto as Exhibit 17 is a true and correct copy of an article titled Fifth-gen iPod touch and nano now in the mail (update: limited release), dated October 9, 2012, and downloaded from http://www.engadget.com/2012/10/09/fifth-gen-ipod-touch-and-nano-now-in-stores-and-in-the-mail/ on November 21, 2012.

24. In the claim chart for infringement by the Galaxy S III running on Jelly Bean of U.S. Patent No. 5,666,502, the only substantive changes were switching screenshots to illustrate the method of infringement on the Galaxy S III running the Jelly Bean operating system as opposed to screenshots of the Galaxy S II running the Ice Cream Sandwich operating system.

25. The claim chart for infringement by the Galaxy Note II of U.S. Patent No. 5,666,502 was created by using a previously-served claim chart that was edited to update the specifications for the Galaxy Note II (such as processor speed and screen resolution) and to switch the screenshots so that the screenshots would illustrate the method of infringement on the Galaxy Note II, rather than on a different device.

26. Attached hereto as Exhibit 18 is a true and correct copy of an article titled Samsung Galaxy Rugby Pro toughens up AT&T for $100, dated October 19, 2012, and downloaded from http://www.engadget.com/2012/10/09/fifth-gen-ipod-touch-and-nano-now-in-stores-and-in-the-mail/ on November 22, 2012.http://reviews.cnet.com/8301-19736_7-57536232-251/samsung-galaxy-rugby-pro-toughens-up-at-t-for-$100/ on November 23, 2012.

27. On November 23, 2012, Samsung emailed Apple regarding Apple's proposed infringement charts for the Galaxy S III, the Galaxy Note II, and the Galaxy S III Mini, stating that Samsung had "not had an opportunity to fully review these charts and provide you with our position." Attached hereto as Exhibit 19 is a true and correct copy of the email from Samsung regarding proposed amendments to Samsung's infringement contentions.

1    Executed on November 23, 2012 in Los Angeles, CA

3                                         By:    /s/Jason Lo
                                                  Jason Lo