# EXHIBIT 1-B

# EXHIBIT C-19

**Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760**

| Claim 1 of U.S. Patent No. 8,014,760 | Samsung Galaxy Note II Phones |
|---|---|
| A method, comprising: at a portable electronic device with a touch screen display[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Note II phone provides a method performed at a portable electronic device with a touch screen display.  For example, the Samsung Galaxy Note II is an Android smartphone with a 5.5" HD Super AMOLED touch screen display.  (*See* Samsung Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find).<br><br><br><br>The Samsung Galaxy Note II enables performing the method set forth below.  The user guide for the Samsung Galaxy Note II instructs users of the Samsung Galaxy Note II how to perform the method using the Samsung Galaxy Note II.  (Samsung Galaxy Note II User |

---

[1]  Apple's inclusion of citations related to any claim preamble in ther claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| | Manual at 50, 53-55, *available at* http://downloadcenter.samsung.com/content/UM/201211/20121113045847060/ATT_i317_Galaxy_Note_II_English_User_Manual_LJ2_F5.pdf.) |
|---|---|
| displaying a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | The Samsung Galaxy Note II phone displays a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive items comprising missed telephone calls.  Each item in ther list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number). |

2



immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item;

The Samsung Galaxy Note II phone, immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiates a return telephone call to a return telephone number associated with the respective user selected item.

For example, the following screenshot taken on a Samsung Galaxy Note II phone is displayed immediately in response to detecting when a user swipes with her finger the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call.



immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including:

The Samsung Galaxy Note II phone, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substitutes display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.

For example, the following screenshot taken from a Samsung Galaxy Note II phone is shown immediately in response to detecting when a user taps with her finger the name "Annie" of the first missed call entry.  Ther screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie".



| a first contact object comprising a telephone number object having the return telephone number, and | The Samsung Galaxy Note II phone's display of contact information includes a first contact object comprising a telephone number object having the return telephone number.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone displays the contact information for the missed caller "Annie" and includes a contact object comprising her return telephone number.<br><br> |

| a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | The Samsung Galaxy Note II phone's display of contact information includes a second contact object associated with a non-telephone communication modality for contacting the respective caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone displays the contact information for the missed caller "Annie" and includes a contact object with a yellow text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br> |
|---|---|

| | |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | The Samsung Galaxy Note II phone, immediately in response to detecting user selection of the second contact object, initiates a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone is displayed immediately in response to detecting when a user selects the contact object with a yellow text bubble icon.  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br> |

| Claim 3 of U.S. Patent No. 8,014,760 | Samsung Galaxy Note II Phones |
|---|---|
| The method of claim 1, wherein the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user. | The Samsung Galaxy Note II phone's display of contact information includes a second contact object that is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user.

The Samsung Galaxy Note II enables performing the method set forth below.  The user guide for the Samsung Galaxy Note II instructs users of the Samsung Galaxy Note II how to perform the method using the Samsung Galaxy Note II.  (Samsung Galaxy Note II User Manual at 50, 53-55.)

For example, the following screenshot taken from a Samsung Galaxy Note II phone displays contact information for the missed caller "Annie" and includes an instant messaging object with a yellow text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS. |



The following screenshot taken from a Samsung Galaxy Note II phone is displayed when a user selects the contact object with a yellow text bubble icon.  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.  The screenshot further shows the preparation of an instant message to the number associated with "Annie," ready for text input by the user.



| Claim 4 of U.S. Patent No. 8,014,760 | Samsung Galaxy Note II Phones |
|---|---|

| The method of claim 1, wherein a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls. | The Samsung Galaxy Note II phone displays a list of interactive items comprising missed telephone calls, wherein a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls. |
|---|---|
| | The Samsung Galaxy Note II enables performing the method set forth below.  The user guide for the Samsung Galaxy Note II instructs users of the Samsung Galaxy Note II how to perform the method using the Samsung Galaxy Note II.  (Samsung Galaxy Note II User Manual at 50, 53-55.) |
| | For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive items comprising missed telephone calls, wherein one of the items corresponds to two consecutive missed telephone calls from "Annie." |



| Claim 5 of U.S. Patent No. 8,014,760 | Samsung Galaxy Note II Phones |
| --- | --- |

| The method of claim 1, including, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | The Samsung Galaxy Note II phone, while displaying a list of interactive items comprising missed telephone calls, displays within a respective single item in the list a number indicating a plurality of consecutive missed telephone calls. The Samsung Galaxy Note II enables performing the method set forth below.  The user guide for the Samsung Galaxy Note II instructs users of the Samsung Galaxy Note II how to perform the method using the Samsung Galaxy Note II.  (Samsung Galaxy Note II User Manual at 50, 53-55.) For example, the following screenshot taken on a Samsung Galaxy Note II phone displays within a single item in a list of missed telephone calls a number indicating two consecutive missed telephone calls from "Annie." |



| Claim 7 of U.S. Patent No. 8,014,760 | Samsung Galaxy Note II Phones |
| --- | --- |

| The method of claim 1, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item. | The Samsung Galaxy Note II phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item. |
|---|---|
| | The Samsung Galaxy Note II enables performing the method set forth below.  The user guide for the Samsung Galaxy Note II instructs users of the Samsung Galaxy Note II how to perform the method using the Samsung Galaxy Note II.  (Samsung Galaxy Note II User Manual at 50, 53-55.) |
| | For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of each item is identified by an icon consisting of a red telephone. |

| | |
|---|---|
|  | |
| **Claim 8 of U.S. Patent No. 8,014,760** | **Samsung Galaxy Note II Phones** |

| A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Note II phone contains a non-transitory computer readable storage medium storing one or more programs comprising instructions which it can execute.  For example, the Samsung Galaxy Note II contains a computer readable storage medium including ROM and RAM, such as internal memory with a capacity of 16, 32 or 64GB.  For example, the Samsung Galaxy Note II stores and executes a version of the Android operating system and one or two applications.  (*See* Samsung Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find). |
|---|---|
| display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | The Samsung Galaxy Note II phone contains one or more programs that upon execution causes the device to display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.

For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive items comprising missed telephone calls.  Each item in ther list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number). |



immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item;

The Samsung Galaxy Note II phone contains one or more programs that, immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, causes the device to initiate a return telephone call to a return telephone number associated with the respective user selected item.

For example, the following screenshot taken on a Samsung Galaxy Note II phone is displayed immediately in response to detecting when a user swipes with her finger the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call.



| | |
|---|---|
| immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | The Samsung Galaxy Note II phone contains one or more programs that, immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, causes the device to completely substitute display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone is shown immediately in response to detecting when a user taps with her finger the name "Annie" of the first missed call entry.  Ther screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie". |

21



| | |
|---|---|
| a first contact object comprising a telephone number object having the return telephone number, and | The Samsung Galaxy Note II phone contains one or more programs that causes the device to display contact information with a first contact object comprising a telephone number object having the return telephone number.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone displays the contact information for the missed caller "Annie" and includes a contact object comprising a telephone number object having her return telephone number.<br><br> |

| a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | The Samsung Galaxy Note II phone contains one or more programs that causes the device to display contact information with a second contact object associated with a non-telephone communication modality for contacting the respective caller. |
|---|---|

The Samsung Galaxy Note II phone contains one or more programs that causes the device to display contact information with a second contact object associated with a non-telephone communication modality for contacting the respective caller.

For example, the following screenshot taken from a Samsung Galaxy Note II phone displays the contact information for the missed caller "Annie" and includes a contact object with a yellow text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS.



24

immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.

The Samsung Galaxy Note II phone contains one or more programs that, immediately in response to detecting user selection of the second contact object, causes the device to initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.

For example, the following screenshot taken from a Samsung Galaxy Note II phone is displayed immediately in response to detecting when a user selects the contact object with a yellow text bubble icon.  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.



| Claim 9 of U.S. Patent No. 8,014,760 | Samsung Galaxy Note II Phones |
|---|---|
| The computer readable storage medium of claim 8, including instructions that cause the device to, while displaying the list of interactive items comprising missed telephone calls, display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | The Samsung Galaxy Note II phone contains one or more programs that, while displaying a list of interactive items comprising missed telephone calls, causes the device to display within a respective single item in the list a number indicating a plurality of consecutive missed telephone calls.<br><br>For example, the following screenshot taken on a Samsung Galaxy Note II phone displays within a single item in a list of missed telephone calls a number indicating two consecutive missed telephone calls from "Annie."<br><br> |

| Claim 10 of U.S. Patent No. 8,014,760 | Samsung Galaxy Note II Phones |
|---|---|
| A portable electronic device with a touch screen display, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Note II phone is a portable electronic device with a touch screen display.  For example, the Samsung Galaxy Note II is an Android smartphone with a 5.5" HD Super AMOLED touch screen display.  (*See* Samsung Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find).  |

| memory; | The Samsung Galaxy Note II phone contains a memory.  For example, the Samsung Galaxy Note II contains an Internal memory with a capacity of 16, 32 or 64GB.  (*See* Samsung Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find). |
| --- | --- |
| one or more processors; and | The Samsung Galaxy Note II phone contains one or more processors.  For example, the Samsung Galaxy Note II contains a 1.6 GHz Quad Core Application processor.  (*See* Samsung Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find). |

| one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | The Samsung Galaxy Note II phone contains one or more programs stored in memory and configured for execution by the one or more processors.  For example, the Samsung Galaxy Note II stores and executes a version of the Android operating system (for example, the Operating System Android 4.1 (Jelly Bean)).  (*See* Samsung Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find). |
|---|---|
| displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | The Samsung Galaxy Note II phone contains one or more programs with instructions for displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive items comprising missed telephone calls.  Each item in ther list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number). |

29



immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item;

The Samsung Galaxy Note II phone contains one or more programs with instructions for, in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, immediately initiating a return telephone call to a return telephone number associated with the respective user selected item.

For example, the following screenshot taken on a Samsung Galaxy Note II phone is displayed immediately in response to detecting when a user swipes with her finger the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call.



| | |
|---|---|
| immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | The Samsung Galaxy Note II phone contains one or more programs with instructions for, in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, immediately completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone is shown immediately in response to detecting when a user taps with her finger the name "Annie" of the first missed call entry.  Ther screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie". |



| | |
|---|---|
| a first contact object comprising a telephone number object having the return telephone number, and | The Samsung Galaxy Note II phone contains one or more programs with instructions for displaying contact information with a first contact object comprising a telephone number object having the return telephone number.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone displays the contact information for the missed caller "Annie" and includes a contact object comprising a telephone number object having her return telephone number.<br><br> |

| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | The Samsung Galaxy Note II phone contains one or more programs with instructions for displaying contact information with a second contact object associated with a non-telephone communication modality for contacting the respective caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone displays the contact information for the missed caller "Annie" and includes a contact object with a yellow text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br> |

| | |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | The Samsung Galaxy Note II phone contains one or more programs with instructions for, in response to detecting user selection of the second contact object, immediately initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone is displayed immediately in response to detecting when a user selects the contact object with a yellow text bubble icon.  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br> |

| Claim 11 of U.S. Patent No. 8,014,760 | Samsung Galaxy Note II Phones |
|---|---|
| The device of claim 10, including instructions for, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | The Samsung Galaxy Note II phone contains one or more programs with instructions for, while displaying a list of interactive items comprising missed telephone calls, displaying within a respective single item in the list a number indicating a plurality of consecutive missed telephone calls.<br><br>For example, the following screenshot taken on a Samsung Galaxy Note II phone displays within a single item in a list of missed telephone calls a number indicating two consecutive missed telephone calls from "Annie."<br><br> |

| Claim 12 of U.S. Patent No. 8,014,760 | Samsung Galaxy Note II Phones |
|---|---|
| A method performed at a portable electronic device with a touch screen display, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Note II phone provides a method performed at a portable electronic device with a touch screen display.  For example, the Samsung Galaxy Note II is an Android smartphone with a 5.5" HD Super AMOLED touch screen display.  (*See* Samsung Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find).  The Samsung Galaxy Note II enables performing the method set forth below.  The user guide for the Samsung Galaxy Note II instructs users of the Samsung Galaxy Note II how to perform the method using the Samsung Galaxy Note II.  (Samsung Galaxy Note II User Manual at 50, 53-55.) |

| displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call, | The Samsung Galaxy Note II phone practices the method of displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call.<br><br>For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list on its touch screen display comprising a list of interactive displayed items associated with missed telephone calls.<br><br> |

wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

The Samsung Galaxy Note II phone practices the method of displaying a list of interactive displayed items associated with missed telephone calls that are also associated with contact information and include a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.

For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive items comprising missed telephone calls.  Each item in ther list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number).



| | |
|---|---|
| wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:<br><br>receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item, and | The Samsung Galaxy Note II phone practices the method of receiving a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input initiates a return telephone call to a telephone number associated with that interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Galaxy Note II phone is displayed immediately in response to detecting when a user swipes with her finger the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call.<br><br> |

| | |
|---|---|
| receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to the that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including: | The Samsung Galaxy Note II phone practices the method of receiving a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to the that interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone is shown immediately in response to detecting when a user taps with her finger the name "Annie" of the first missed call entry.  Ther screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie".<br><br> |

42

| a first contact object comprising a telephone number associated with the caller, and | The Samsung Galaxy Note II phone practices the method of displaying contact information with a first contact object comprising a telephone number associated with the caller. |
|---|---|
| | For example, the following screenshot taken from a Samsung Galaxy Note II phone displays the contact information for the missed caller "Annie" and includes a contact object comprising her return telephone number.<br><br> |

| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Galaxy Note II phone practices the method of displaying contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone displays the contact information for the missed caller "Annie" and includes a contact object with a yellow text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br> |

44

| detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | The Samsung Galaxy Note II phone practices the method of detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

For example, the following screenshot taken from a Samsung Galaxy Note II phone is displayed immediately in response to detecting when a user selects the contact object with a yellow text bubble icon.  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.

 |

45

| Claim 13 of U.S. Patent No. 8,014,760 | Samsung Galaxy Note II Phones |
|---|---|
| The method of claim 12, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | The Samsung Galaxy Note II phone practices the method of displaying a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item.

The Samsung Galaxy Note II enables performing the method set forth below.  The user guide for the Samsung Galaxy Note II instructs users of the Samsung Galaxy Note II how to perform the method using the Samsung Galaxy Note II.  (Samsung Galaxy Note II User Manual at 50, 53-55.)

For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of each item is identified by an icon consisting of a red telephone. |



| Claim 16 of U.S. Patent No. 8,014,760 | Samsung Galaxy Note II Phones |
|---|---|

| A method performed at a portable electronic device with a touch screen display, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Note II phone provides a method performed at a portable electronic device with a touch screen display.  For example, the Samsung Galaxy Note II is an Android smartphone with a 5.5" HD Super AMOLED touch screen display.  (*See* Samsung Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find).  The Samsung Galaxy Note II enables performing the method set forth below.  The user guide for the Samsung Galaxy Note II instructs users of the Samsung Galaxy Note II how to perform the method using the Samsung Galaxy Note II.  (Samsung Galaxy Note II User Manual at 50, 53-55.) |

48

displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and

The Samsung Galaxy Note II phone practices the method of displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.

For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive displayed items associated with missed telephone calls and contact information stored in the device.



| wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | The Samsung Galaxy Note II phone practices the method of displaying a list of interactive displayed items associated with a missed telephone call and contact information comprised of a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive items comprising missed telephone calls.  Each item in ther list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number).<br><br> |

| | |
|---|---|
| detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item; | The Samsung Galaxy Note II phone practices the method of detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Galaxy Note II phone is displayed immediately in response to detecting when a user swipes with her finger the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call.<br><br> |

| | |
|---|---|
| detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | The Samsung Galaxy Note II phone practices the method of detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item. <br><br> For example, the following screenshot taken from a Samsung Galaxy Note II phone is shown immediately in response to detecting when a user taps with her finger the name "Annie" of the first missed call entry.  Ther screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie". |



| a first contact object associated with a telephone number for contacting the caller, and | The Samsung Galaxy Note II phone practices the method of displaying contact information with a first contact object associated with a telephone number for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone displays the contact information for the missed caller "Annie" and includes a contact object associated with her return telephone number.<br><br> |

| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Galaxy Note II phone practices the method of displaying contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller. |
|---|---|
| | For example, the following screenshot taken from a Samsung Galaxy Note II phone displays the contact information for the missed caller "Annie" and includes a contact object with a yellow text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS. |
| |  |

immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

The Samsung Galaxy Note II phone practices the method of, immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

For example, the following screenshot taken from a Samsung Galaxy Note II phone is displayed immediately in response to detecting user selection of the contact object with a yellow text bubble icon. The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.



| Claim 17 of U.S. Patent No. 8,014,760 | Samsung Galaxy Note II Phones |
|---|---|
| The method of claim 16, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | The Samsung Galaxy Note II phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item.<br><br>The Samsung Galaxy Note II enables performing the method set forth below.  The user guide for the Samsung Galaxy Note II instructs users of the Samsung Galaxy Note II how to perform the method using the Samsung Galaxy Note II.  (Samsung Galaxy Note II User Manual at 50, 53-55.)<br><br>For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive items comprising missed telephone calls, wherein the second interactive displayed portion of each item is identified by an icon consisting of a red telephone. |



| Claim 18 of U.S. Patent No. 8,014,760 | Samsung Galaxy Note II Phones |
|---|---|

| A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Note II phone is a non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions.  For example, the Samsung Galaxy Note II contains a computer readable storage medium including ROM and RAM, such as internal memory with a capacity of 16, 32 or 64GB.  For example, the Samsung Galaxy Note II stores and executes a version of the Android operating system and one or more application programs.  (*See* Samsung Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find). |
|---|---|
| display a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call, wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and | The Samsung Galaxy Note II phone contains one or more programs that causes the device to display a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and contact information stored in the device.

For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive displayed items associated with missed telephone calls and contact information stored in the device. |



| wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | The Samsung Galaxy Note II phone contains one or more programs that causes the device to display a list of interactive displayed items associated with missed telephone calls that are also associated with contact information and include a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive items comprising missed telephone calls.  Each item in ther list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number).<br><br> |

| | |
|---|---|
| wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:<br><br>receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item, and | The Samsung Galaxy Note II phone contains one or more programs that causes the device to receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Galaxy Note II phone is displayed immediately in response to detecting when a user swipes with her finger the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call.<br><br> |

| | |
|---|---|
| receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including: | The Samsung Galaxy Note II phone contains one or more programs that causes the device to receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone is shown immediately in response to detecting when a user taps with her finger the name "Annie" of the first missed call entry.  Ther screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie". |



| | |
|---|---|
| a first contact object comprising a telephone number associated with the caller, and | The Samsung Galaxy Note II phone contains one or more programs that causes the device to display contact information with a first contact object comprising a telephone number associated with the caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone displays the contact information for the missed caller "Annie" and includes a contact object comprising her return telephone number.<br><br> |

| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Galaxy Note II phone contains one or more programs that causes the device to display contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone displays the contact information for the missed caller "Annie" and includes a contact object with a yellow text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br> |

| | |
|---|---|
| detect a user tap input with the second contact object, and immediately in response to that input, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | The Samsung Galaxy Note II phone contains one or more programs that causes the device to detect a user tap input with the second contact object, and immediately in response to that input, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone is displayed immediately in response to detecting when a user selects the contact object with a yellow text bubble icon.  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br> |

67

| Claim 19 of U.S. Patent No. 8,014,760 | Samsung Galaxy Note II Phones |
|---|---|
| A portable electronic device with a touch screen display, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Note II phone is a portable electronic device with a touch screen display.  For example, the Samsung Galaxy Note II is an Android smartphone with a 5.5" HD Super AMOLED touch screen display.  (*See* Samsung Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find).<br><br> |

| memory; | The Samsung Galaxy Note II phone contains a memory.  For example, the Samsung Galaxy Note II contains an Internal memory with a capacity of 16, 32 or 64GB.  (*See* Samsung Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find). |
|---|---|
| one or more processors; and | The Samsung Galaxy Note II phone contains one or more processors.  For example, the Samsung Galaxy Note II contains a 1.6 GHz Quad Core Application processor.  (*See* Samsung Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find). |

| | |
|---|---|
| one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | The Samsung Galaxy Note II phone contains one or more programs stored in the memory and configured for execution by the one or more processors.  For example, the Samsung Galaxy Note II stores and executes a version of the Android operating system (for example, the Operating System Android 4.1 (Jelly Bean)) and one or more application programs.  (*See* Samsung Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find). |
| displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | The Samsung Galaxy Note II phone contains one or more programs with instructions for displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive displayed items associated with missed telephone calls and contact information stored in the device. |



wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

The Samsung Galaxy Note II phone contains one or more programs with instructions for displaying a list of interactive displayed items associated with missed telephone calls and contact information, wherein each item comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.

For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive items comprising missed telephone calls.  Each item in ther list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number).



detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item;

The Samsung Galaxy Note II phone contains one or more programs with instructions for detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.

For example, the following screenshot taken on a Samsung Galaxy Note II phone is displayed immediately in response to detecting when a user swipes with her finger the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call.



| | |
|---|---|
| detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | The Samsung Galaxy Note II phone contains one or more programs with instructions for detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone is shown immediately in response to detecting when a user taps with her finger the name "Annie" of the first missed call entry.  The screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie". |



| a first contact object associated with a telephone number for contacting the caller, and | The Samsung Galaxy Note II phone contains one or more programs with instructions for displaying contact information with a first contact object comprising a telephone number associated with the caller. For example, the following screenshot taken from a Samsung Galaxy Note II phone displays the contact information for the missed caller "Annie" and includes a contact object associated with her return telephone number.  |
|---|---|

| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Galaxy Note II phone contains one or more programs with instructions for displaying contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone displays the contact information for the missed caller "Annie" and includes a contact object with a yellow text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br> |

| | |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | The Samsung Galaxy Note II phone contains one or more programs with instructions for, in response to detecting user selection of the second contact object, immediately initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. <br><br> For example, the following screenshot taken from a Samsung Galaxy Note II phone is displayed immediately in response to detecting when a user selects the contact object with a yellow text bubble icon.  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object. <br><br>  |

| Claim 20 of U.S. Patent No. 8,014,760 | Samsung Galaxy Note II Phones |
|---|---|
| The device of claim 19, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | The Samsung Galaxy Note II phone contains one or more programs with instructions for displaying a list of interactive items associated with missed telephone calls, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. <br><br> For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive items associated with missed telephone calls, wherein the second interactive displayed portion of each item is identified by an icon consisting of a red telephone. |



| Claim 21 of U.S. Patent No. 8,014,760 | Samsung Galaxy Note II Phones |
|---|---|

| | |
|---|---|
| A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Note II phone is a non-transitory computer readable storage medium storing one or more programs comprising instructions.  For example, the Samsung Galaxy Note II contains a computer readable storage medium including ROM and RAM, such as internal memory with a capacity of 16, 32 or 64GB.  For example, the Samsung Galaxy Note II stores and executes a version of the Android operating system and one or more application programs. (*See* Samsung Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find). |
| display a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | The Samsung Galaxy Note II phone contains one or more programs with instructions that cause the device to display a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.

For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive displayed items associated with missed telephone calls and contact information stored in the device. |



wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

The Samsung Galaxy Note II phone contains one or more programs with instructions that causes the device to display a list of interactive displayed items associated with missed telephone calls and contact information, wherein each item comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.

For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive items comprising missed telephone calls. Each item in the list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number).



detect a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiate a telephone call to a telephone number associated with the first user selected interactive displayed item;

The Samsung Galaxy Note II phone contains one or more programs with instructions that causes the device to detect a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiate a telephone call to a telephone number associated with the first user selected interactive displayed item.

For example, the following screenshot taken on a Samsung Galaxy Note II phone is displayed immediately in response to detecting when a user swipes with her finger the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call.



| | |
|---|---|
| detect a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substitute display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | The Samsung Galaxy Note II phone contains one or more programs with instructions that causes the device to detect a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substitute display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item.<br><br>For example, the following screenshot taken from a Samsung Galaxy Note II phone is shown immediately in response to detecting when a user taps with her finger the name "Annie" of the first missed call entry.  The screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie". |



| a first contact object associated with a telephone number for contacting the caller, and | The Samsung Galaxy Note II phone contains one or more programs with instructions that causes the device to display contact information with a first contact object comprising a telephone number associated with the caller. For example, the following screenshot taken from a Samsung Galaxy Note II phone displays the contact information for the missed caller "Annie" and includes a contact object associated with her return telephone number.  |
|---|---|

87

| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Galaxy Note II phone contains one or more programs with instructions that causes the device to display contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller. <br><br> For example, the following screenshot taken from a Samsung Galaxy Note II phone displays the contact information for the missed caller "Annie" and includes a contact object with a yellow text bubble icon associated with a non-telephonic communication modality for contacting her, specifically SMS. <br><br>  |

| | |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | The Samsung Galaxy Note II phone contains one or more programs with instructions that causes the device, in response to detecting user selection of the second contact object, immediately initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

For example, the following screenshot taken from a Samsung Galaxy Note II phone is displayed immediately in response to detecting when a user selects the contact object with a yellow text bubble icon.  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.

 |

| Claim 22 of U.S. Patent No. 8,014,760 | Samsung Galaxy Note II Phones |
|---|---|
| The computer readable storage medium of claim 21, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item. | The Samsung Galaxy Note II phone contains one or more programs with instructions that causes the device to display a list of interactive items associated with missed telephone calls, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Galaxy Note II phone displays a list of interactive items associated with missed telephone calls, wherein the second interactive displayed portion of each item is identified by an icon consisting of a red telephone. |



# EXHIBIT C-20

**Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 1 of U.S. Patent No. 8,086,604 | Infringement by the Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| A method for locating information in a network using a computer, comprising[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy S III[2] running Android Jelly Bean performs a method for locating information using a computer.<br><br>For instance, the Samsung Galaxy S III[3] includes a 1.5 GHz CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 4.0 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a network using a computer. |

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[2] All references herein to the Samsung Galaxy S III include the Samsung Galaxy S III Mini, which, on information and belief, operates for relevant purposes like the Samsung Galaxy S III running Android Jelly Bean and which will be officially released in the U.S. in the near future and which has recently begun to be sold in the U.S.

[3] Citations to specifications in these claim charts are generally to the T-Mobile Galaxy SIII specifications on Samsung's website. However, upon information and belief, the functionality accused in these charts does not vary across carriers.

**Dimension**

- 136.6 x 70.6 x 8.6 mm.
- 133g

**Display**

- 4.8 inch HD Super AMOLED (1280x720) display

**Network/Bearer and Wireless Connectivity**

- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**

- 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)

**Colour**

- Pebble Blue and Marble White

**Services and Applications**

- S Beam, Buddy photo share, Share shot.
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom, Face slide show
- Direct call, Smart alert, Tap to top, Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo. Recording snapshot. HDR.

**OS**

- Android 4.0 (Ice Cream Sandwich)

**Battery**

- 2,100 mAh

**Connectivity**

- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**

- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)

**Camera**

- Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI

**Sensors**

- Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer

**Google™ Mobile Services**

- Google Search, Google Maps, Gmail, Google Latitude
- Google Play Store, Google Play Books, Google Play Movies
- Google Plus, YouTube, Google Talk, Google Places, Google Navigation. Google Downloads

(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.) The Samsung Galaxy S III includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[4]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.

---

[4]   "Quick Search Box," Android Developers, http://developer.android.com/resources/articles/qsb.html, last accessed June 13, 2012.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Search feature as a standard feature of the Galaxy S III, as shown on its website below:



Samsung also encourages the use of the feature through the inclusion of the feature in the Galaxy S III user's manual:

## Home Screen

The Home screen is the starting point for using the applications on your phone. There are initially seven available panels, each populated with default shortcuts or applications. You can customize each of these panels.



- **Google search** is an on-screen Internet search engine powered by Google™. Tap to access the Voice Actions feature where you can verbally enter a search term and initiate an online search.

  – Tap [icon] **(Voice Actions)** to launch the function from within this Google widget.

| | |
|---|---|
| | (Samsung Galaxy SIII User Manual, available at http://downloadcenter.samsung.com/content/UM/201211/20121108061646423/T-Mobile_T999_Galaxy_S_III_English_User_Manual_UVLH2_F7.pdf) |
| receiving by the computer an inputted information descriptor from a user-input device; | The Samsung Galaxy S III running Android Jelly Bean performs the step of receiving by the computer an inputted information descriptor from a user-input device.<br><br>The Samsung Galaxy S III has a 4.8" sAMOLED screen.<br><br><br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)The sAMOLED screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard. |

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:



Portions of the computer instructions to receive an information descriptor in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package.

9

| providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein: | The Galaxy S III running Android Jelly Bean performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules.<br><br>The Galaxy S III comprises a plurality of heuristic modules.  The Search Settings panel for the Quick Search Box on the Samsung Galaxy S III, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the Galaxy S III.  For example, the Galaxy S III provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules.<br><br> |

| | In the example above, the Galaxy S III provides at least the Google Search Suggestions[5], Browser and Contacts heuristic modules, as shown above. |
|---|---|
| each heuristic module corresponds to a respective area of search and | The Samsung Galaxy S III running Android Jelly Bean performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein each heuristic module corresponds to a respective area of search.<br><br>The figure below shows an example of a plurality of heuristic modules and their respective areas of search.  For example, one heuristic is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet.  Another heuristic module is the Browser heuristic module that corresponds to a search of bookmarks and web history, stored locally on the Galaxy S III's local storage media.  Another heuristic module is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy S III's local storage media. |

---

[5] In the alternative, the Google module combined with the Google search suggestions server with which it communicates is equivalent to a heuristic module in that it matches the function, way, and result of the heuristic module, and is not substantially different from a heuristic module



| employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor, and | The Samsung Galaxy S III running Android Jelly Bean performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein each heuristic module employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor. |
| --- | --- |



For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet. Another heuristic module is the Browser heuristic module that corresponds to a search of bookmarks and web history. Another heuristic module is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy S III.

The heuristic modules described shown above each employ a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification:

| | |
|---|---|
| | "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)<br><br>"[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14)<br><br>Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Google heuristic module employs a search engine to locate Internet web pages which match the user input. The Browser module maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The People module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the computer; | The Galaxy S III running Android Jelly Bean performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein the search areas include storage media accessible by the Galaxy S III.<br><br>As described in the examples above, the default search areas include several areas that search storage media accessible by the Galaxy S III.  For example, the Galaxy S III provides heuristic modules that search browser bookmarks, web history, and people (contacts).  Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search box to let you search content on your phone, including apps, contacts, and browser history, as well as content from the web."[6] |

---

[6]  "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.

| | |
|---|---|
| searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search; | The Galaxy S III running Android Jelly Bean performs the step of searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search.<br><br>By way of example, on the Samsung Galaxy S III, when a user types a search request into the Quick Search Box, Android computer instructions in the SearchActivity class calls the getSuggestions() method of an instance of the SuggestionsProviderImpl class. (See Android Source Code at SearchActivity.java, SuggestionsProviderImpl.java.) This, in turn, creates an object called "receiver" to hold the query results from the different applications that respond to the search request, and calls the startQueries() method on a QueryTask object to dispatch the query to a plurality of search heuristics to locate information responsive to the request. (See Android Source Code at SuggestionsProviderImpl.java). The QueryTask object creates multiple parallel requests, in separate threads, to send the query simultaneously to a plurality of heuristics. (See Android Source Code at QueryTask.java.) |
| providing at least one candidate item of information located by the heuristic modules as a result of said searching; | The Galaxy S III running Android Jelly Bean performs the step of providing at least one candidate item of information located by the heuristic modules as a result of said searching.<br><br>For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristic modules as a result of a search for the information descriptor "app": |



| and displaying by the computer a representation of said candidate item of information on a display device. | The Galaxy S III running Android Jelly Bean performs the step of displaying a representation of said candidate item of information on a display device.  For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items. |
| --- | --- |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java. Further computer instructions indicating how the Galaxy S III displays results can be found in

| | the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java. |
|---|---|

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| An apparatus for locating information in a network, comprising[7]: | To the extent the preamble of Claim 6 may be construed to be limiting, the Samsung Galaxy S III running Android Jelly Bean is an apparatus for locating information in a network.<br><br>For instance, the Samsung Galaxy S III includes a 1.5 GHz processor CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising  the Jelly Bean version 4 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network. |

---

[7] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| Dimension | Services and Applications | Audio and Video |
|---|---|---|
| • 136.6 x 70.6 x 8.6 mm. <br> • 133g | • S Beam, Buddy photo share, Share shot. <br> • AllShare Play, AllShare Cast (available soon) <br> • Smart stay, Social tag, Group tag, Face zoom, Face slide show | • Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC +, WMA, OGG, FLAC, AC-3, apt-X <br> • Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p) |
| **Display** | • Direct call, Smart alert, Tap to top, Camera quick access | |
| • 4.8 inch HD Super AMOLED (1280x720) display | • Pop up play <br> • S Voice | **Camera** |
| **Network/Bearer and Wireless Connectivity** | • Burst shot & Best photo, Recording snapshot, HDR | • Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI <br> • Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI |
| • 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz <br> • 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz <br> • 4G (Dependent on market) | **OS** <br><br> • Android 4.0 (Ice Cream Sandwich) | **Sensors** <br><br> • Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer |
| **Memory** | **Battery** <br><br> • 2,100 mAh | **Google™ Mobile Services** |
| • 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB) | **Connectivity** | • Google Search, Google Maps, Gmail, Google Latitude <br> • Google Play Store, Google Play Books, Google Play Movies |
| **Colour** | • WiFi a/b/g/n, WiFi HT40 <br> • GPS/GLONASS <br> • NFC <br> • Bluetooth® 4.0(LE) | • Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads |
| • Pebble Blue and Marble White | | |

(*See* Specifications, Galaxy S III,
http://www.samsung.com/global/galaxys3/specifications.html.)The Samsung Galaxy S III
includes the Android Quick Search Box, which is a "powerful, system-wide search framework"
that "allows users to quickly and easily find what they're looking for, both on their devices and
on the web."[8]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google")
forms part of the default user interface available from the home screen on the Samsung Galaxy S
III.

---

[8]   "Quick Search Box," Android Developers, http://developer.android.com/resources/articles/qsb.html, last accessed June 13, 2012.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located Google search suggestions correlating to the information identifier "app" from the internet, a computer network:



| | |
|---|---|
| an interface module configured to receive an inputted information descriptor from a user-input device; | The Samsung Galaxy S III running Android Jelly Bean has a 4.8" sAMOLED screen. |

**Dimension**

- 136.6 x 70.6 x 8.6 mm.
- 133g

**Display**

- 4.8 inch HD Super AMOLED
  (1280x720) display

**Network/Bearer and
Wireless Connectivity**

- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 /
  1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 /
  1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**

- 16/ 32GB User memory (64GB available
  soon) + microSD slot (up to 64GB)

**Colour**

- Pebble Blue and Marble White

**Services and Applications**

- S Beam, Buddy photo share, Share shot.
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom,
  Face slide show
- Direct call, Smart alert; Tap to top,
  Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo. Recording snapshot.
  HDR

**OS**

- Android 4.0 (Ice Cream Sandwich)

**Battery**

- 2,100 mAh

**Connectivity**

- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**

- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC
  +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11,
  VC-1, VP8, WMV7/8, Sorenson Spark Recording &
  Playback: Full HD (1080p)

**Camera**

- Main(Rear): 8 Mega pixel Auto Focus camera with
  Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording
  @30fps with Zero Shutter Lag, BSI

**Sensors**

- Accelerometer, RGB light, Digital compass,
  Proximity, Gyro, Barometer

**Google™ Mobile Services**

- Google Search, Google Maps, Gmail, Google
  Latitude
- Google Play Store, Google Play Books, Google Play
  Movies
- Google Plus, YouTube, Google Talk, Google Places,
  Google Navigation, Google Downloads

(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)

The sAMOLED screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:



Portions of the computer instructions to receive an information descriptor in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Samsung Galaxy S III running Android Jelly Bean includes a plurality of heuristic modules designed to search for information that corresponds to the received information descriptor.<br><br>The Search Settings panel for the Quick Search Box on the Samsung Galaxy S III, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be |
|---|---|

|  | provided by the Galaxy S III.  The Galaxy S III provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules.<br><br><br><br>In the example above, the Galaxy S III provides at least the Google Search Suggestions[9], Browser and Contacts heuristic modules that are preselected by the Galaxy S III. |
|---|---|
| each heuristic module corresponds to a respective area of search and | The Samsung Galaxy S III running Android Jelly Bean comprises heuristic modules wherein each heuristic module corresponds to a respective area of search and employs a different, |

---

[9] In the alternative, the Google module combined with the Google search suggestions server with which it communicates is equivalent to a heuristic module in that it matches the function, way, and result of the heuristic module, and is not substantially different from a heuristic module

| | |
|---|---|
| employs a different, predetermined heuristic algorithm corresponding to said respective area, and | predetermined heuristic algorithm corresponding to said respective area.<br><br><br><br>For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet. Another heuristic module is the Browser heuristic module that corresponds to a search of bookmarks and web history. Another heuristic module is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy S III.<br><br>The heuristic modules described above each employ a different, predetermined heuristic |

| | algorithm corresponding to the respective area of search. According to the '604 patent specification: |
|---|---|
| | "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 8, 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23) |
| | "[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14) |
| | Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Google heuristic module employs a search engine to locate Internet web pages which match the user input. The Browser module maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The People module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the apparatus; and | The Galaxy S III running Android Jelly Bean's search areas include storage media accessible by the apparatus. <br><br> The Galaxy S III comprises heuristic modules whose search areas include storage media accessible by the Galaxy S III. <br><br> As described in the examples above, the default search areas include several areas that search storage media accessible by the Galaxy S III.  For example, the Galaxy S III provides heuristic modules that search browser bookmarks, web history, and people (contacts).  Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search |

| | box to let you search content on your phone, including apps, contacts, and browser history, as well as content from the web."[10]<br><br>Furthermore, according to the official description of the Google Search application in the Google Play application store, the application is "the fastest way to search the web and your phone."[11] |
|---|---|
| a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Samsung Galaxy S III running Android Jelly Bean comprises a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>The Samsung Galaxy S III has a 4.8" sAMOLED screen display device, as noted above. The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules. For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

---

[10]  "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.

[11]  "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox



| Claim 11 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| A computer-readable medium[12] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy S III running Android Jelly Bean includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  The Samsung Galaxy S III contains 16GB of internal computer memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.) |
| on which a program executable by | The Samsung Galaxy S III running Android Jelly Bean's internal memory has recorded on it |

---

[12]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| a processing unit is recorded, the program, when executed by the processing, controlling a computer to perform the steps of: | programs executed by a processing unit.  Programs executable by the processing unit include computer instructions such as those comprised by the Quick Search Box application.  Portions of such instructions comprised by the Quick Search Box application may be found at packages/apps/QuickSearchBox/src/com/android/quicksearchbox/, among other places. |
|---|---|
| receiving by the computer an inputted information descriptor from a user-input device; | The Galaxy S III running Android Jelly Bean comprises a computer readable medium containing a program for receiving by the computer an inputted information descriptor from a user-input device.<br><br>The Samsung Galaxy S III has a 4.8" sAMOLED screen.<br><br><br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)<br><br>The sAMOLED screen, a user-input device, is a touchscreen which the user manipulates by |

touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:



| | Portions of the computer instructions to receive an information descriptor in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package. |
| --- | --- |
| providing the information descriptor received from the user-input device to a plurality of heuristic modules, wherein: | The Samsung Galaxy S III running Android Jelly Bean comprises a computer readable medium containing a program for providing the information descriptor received from the user-input device to a plurality of heuristic modules.<br><br>The Galaxy S III comprises a plurality of heuristic modules.  The Search Settings panel for the Quick Search Box on the Samsung Galaxy S III, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the Galaxy S III.  For example, the Galaxy S III provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules. |



|  | In the example above, the Galaxy S III provides at least the Google Search Suggestions[13], Browser and Contacts heuristic modules as shown above. |
|---|---|
| each heuristic module corresponds to a respective area of search and | The Samsung Galaxy S III running Android Jelly Bean comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein each heuristic module corresponds to a respective area of search. |

---

[13] In the alternative, the Google module combined with the Google search suggestions server with which it communicates is equivalent to a heuristic module in that it matches the function, way, and result of the heuristic module, and is not substantially different from a heuristic module

| | The figure below shows an example of a plurality of heuristic modules and their respective areas of search.  For example, one heuristic is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet.  Another heuristic module is the Browser heuristic module that corresponds to a search of bookmarks and web history, stored locally on the Galaxy S III's local storage media.  Another heuristic module is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy S III's local storage media. |
|---|---|
| |  |
| employs a different, predetermined heuristic algorithm corresponding | The Samsung Galaxy S III running Android Jelly Bean comprises a computer readable medium containing a program for providing the information descriptor received from the user input |

| | |
|---|---|
| to said respective area to search the area for information that corresponds to the received information descriptor, and | device to a plurality of heuristic modules wherein each heuristic module employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor.<br><br><br><br>For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet. Another heuristic module is the Browser heuristic module that corresponds to a search of bookmarks and web history. Another heuristic module is the People heuristic module that |

| | corresponds to a search of the names of contacts stored locally on the Galaxy S III. |
|---|---|
| | The heuristic modules described above each employ a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification: |
| | "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23) |
| | "[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14) |
| | Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Google heuristic module employs a search engine to locate Internet web pages which match the user input. The Browser module maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The People module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the computer; | The Galaxy S III running Android Jelly Bean comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein the search areas include storage media accessible by the Galaxy S III. |
| | As described in the examples above, the default search areas include several areas that search storage media accessible by the Galaxy S III.  For example, the Galaxy S III provides heuristic |

| | modules that search browser bookmarks, web history, and people (contacts).  Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search box to let you search content on your phone, including . . . contacts, and browser history, as well as content from the web."[14] |
|---|---|
| searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search; | The Galaxy S III running Android Jelly Bean comprises a computer readable medium containing a program for searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search.<br><br>By way of example, on the Samsung Galaxy S III, when a user types a search request into the Quick Search Box, Android computer instructions in the SearchActivity class calls the getSuggestions() method of an instance of the SuggestionsProviderImpl class. (See Android Source Code at SearchActivity.java, SuggestionsProviderImpl.java.) This, in turn, creates an object called "receiver" to hold the query results from the different applications that respond to the search request, and calls the startQueries() method on a QueryTask object to dispatch the query to a plurality of search heuristics to locate information responsive to the request. (See Android Source Code at SuggestionsProviderImpl.java). The QueryTask object creates multiple parallel requests, in separate threads, to send the query simultaneously to a plurality of heuristics. (See Android Source Code at QueryTask.java.) |
| providing at least one candidate item of information located by the heuristic modules as a result of said searching; and | The Galaxy S III running Android Jelly Bean comprises a computer readable medium containing a program for providing at least one candidate item of information located by the heuristic modules as a result of said searching.<br><br>For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristic modules as a result of a search for the information descriptor "app": |

---

[14]  "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.



| displaying the at least one candidate item of information located by the plurality of heuristic modules on a display device. | The Galaxy S III running Android Jelly Bean comprises a computer readable medium containing a program for displaying at least one candidate item of information located by the plurality of heuristic modules on a display device.<br><br>For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items. |
| --- | --- |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java. Further computer instructions indicating how the Galaxy S III displays results can be found in

| | the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java. |
| --- | --- |

| **Claim 16 of U.S. Patent No. 8,086,604** | **Infringement by Samsung Galaxy S III running Android Jelly Bean** |
| --- | --- |
| The method of claim 1, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 1, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. |



For example, the Quick Search Box provides the information descriptor to heuristic modules corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search.  The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic module is the Google heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet. Another heuristic module is the Browser heuristic module, which uses heuristic algorithms particularized to a search of bookmarks and

| | web history. Another heuristic module is the People heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the Galaxy S III. |
| --- | --- |
| | Each module is configured and designed to search the specific area based on the input information descriptor. |

| Claim 17 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 1, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 1 wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy S III, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br> |

| | The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[15] |
|---|---|

---

[15]  "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Galaxy S III running Android Jelly Bean is an apparatus of Claim 6 wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.<br><br><br><br>For example, the Quick Search Box provides the information descriptor to heuristic modules corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic module is the Google heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet. Another heuristic module is the Browser heuristic |

| | module, which uses heuristic algorithms particularized to a search of bookmarks and web history. Another heuristic module is the People heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the Galaxy S III.<br><br>Each module is configured and designed to search the specific area based on the input information descriptor. |
|---|---|

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Samsung Galaxy S III running Android Jelly Bean is an apparatus of Claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. .<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy S III, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br> |

| | The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[16] |
| --- | --- |

| Claim 20 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
| --- | --- |
| The computer readable medium of claim 11, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Samsung Galaxy S III running Android Jelly Bean comprises the computer readable medium of Claim 11, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.<br><br> |

---

[16] "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox

|  | For example, the Quick Search Box provides the information descriptor to heuristic modules corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search.  The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic module is the Google heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet. Another heuristic module is the Browser heuristic module, which uses heuristic algorithms particularized to a search of bookmarks and web history. Another heuristic module is the People heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the Galaxy S III.<br><br>Each module is configured and designed to search the specific area based on the input information descriptor. |
|--|--|

| Claim 21 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The computer readable medium of claim 11, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor. | The Samsung Galaxy S III running Android Jelly Bean comprises the computer readable medium of Claim 11, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy S III, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br> |

| | The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[17] |

---

[17] "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox

EXHIBIT C-21

**Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 1 of U.S. Patent No. 8,086,604 | Infringement by the Samsung Galaxy Note II |
|---|---|
| A method for locating information in a network using a computer, comprising[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy Note II performs a method for locating information using a computer.<br><br>For instance, the Samsung Galaxy Note II[2] includes a 1.6 GHz quad-core processor CPU, 16GB, 32GB, or 64GB of on-board memory, a 5.5" HD Super AMOLED screen, HSPA+/LTE and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Jelly Bean version of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a network using a computer. |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[2] Citations to specifications in these claim charts are generally to the T-Mobile Galaxy Note II specifications on Samsung's website. However, upon information and belief, the functionality accused in these charts does not vary across carriers.



(*See* Samsung, Galaxy Note II Specifications,
http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find.)

The Samsung Galaxy Note II includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[3]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy Note II.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.

---

[3] "Quick Search Box," Android Developers, http://developer.android.com/resources/articles/qsb.html, last accessed June 13, 2012.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Note II, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Quick Search Box as a standard feature of the Galaxy Note II, as shown by the inclusion of the Google Search feature in the Galaxy Note II user manual:

• **Google search** is an on-screen Internet search engine powered by Google™. Tap to access either the Voice Actions feature or Google Now™.

  – Tap [icon] (**Voice Actions**) to launch these functions from within this Google widget.

(Galaxy Note II User Manual, http://downloadcenter.samsung.com/content/UM/201211/20121108062653016/T-Mobile_T889_Galaxy_Note_II_English_User_Manual_UVLJ1_F8.pdf)

| | |
|---|---|
| receiving by the computer an inputted information descriptor from a user-input device; | The Samsung Galaxy Note II performs the step of receiving by the computer an inputted information descriptor from a user-input device.<br><br>The Samsung Galaxy Note II has a 5.5" Super AMOLED screen. |



(*See* Samsung, Galaxy Note II Specifications,
http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find.)

The Super AMOLED screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy Note II receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:



Portions of the computer instructions to receive an information descriptor in the Samsung Galaxy Note II may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| | |
|---|---|
| providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein: | The Galaxy Note II performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules.<br><br>The Galaxy Note II comprises a plurality of heuristic modules.  The Search Settings panel for the Quick Search Box on the Samsung Galaxy Note II, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the Galaxy Note II.  For example, the Galaxy Note II provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules.<br><br><br><br>The Galaxy Note II provides at least the Google Search Suggestions, Browser and People |

| | heuristic modules, as shown above. |
|---|---|
| each heuristic module corresponds to a respective area of search and | The Samsung Galaxy Note II performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein each heuristic module corresponds to a respective area of search.<br><br>The figure below shows an example of a plurality of heuristic modules and their respective areas of search.  For example, one heuristic is the Google heuristic module[4] that corresponds to a search of Google Search suggestions on the Internet.  Another heuristic module is the Browser heuristic module that corresponds to a search of bookmarks and web history, stored locally on the Galaxy Note II's local storage media.  Another heuristic module is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy Note II's local storage media. |

---

[4]   In the alternative, the Google module combined with the Google search suggestions server with which it communicates is equivalent to a heuristic module in that it matches the function, way, and result of the heuristic module, and is not substantially different from a heuristic module



| employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor, and | The Samsung Galaxy Note II performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein each heuristic module employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor. |
|---|---|



For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet. Another heuristic module is the Browser heuristic module that corresponds to a search of bookmarks and web history. Another heuristic module is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy Note II.

The heuristic modules described above each employ a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification:

| | |
|---|---|
| | "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)<br><br>"[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14)<br><br>Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Google heuristic module employs a search engine to locate Internet web pages which match the user input. The Browser module maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The People module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the computer; | The Galaxy Note II  performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein the search areas include storage media accessible by the Galaxy Note II.<br><br>As described in the examples above, the default search areas include several areas that search storage media accessible by the Galaxy Note II.  For example, the Galaxy Note II provides heuristic modules that search browser bookmarks, web history, and people (contacts).  Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search box to let you search content on your phone, including apps, contacts, and browser history, as well as content from the web."[5] |

---

[5]  "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.

| | |
|---|---|
| searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search; | The Galaxy Note II  performs the step of searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search.<br><br>By way of example, on the Samsung Galaxy Note II, when a user types a search request into the Quick Search Box, Android computer instructions in the SearchActivity class calls the getSuggestions() method of an instance of the SuggestionsProviderImpl class. (See Android Source Code at SearchActivity.java, SuggestionsProviderImpl.java.) This, in turn, creates an object called "receiver" to hold the query results from the different applications that respond to the search request, and calls the startQueries() method on a QueryTask object to dispatch the query to a plurality of search heuristics to locate information responsive to the request. (See Android Source Code at SuggestionsProviderImpl.java). The QueryTask object creates multiple parallel requests, in separate threads, to send the query simultaneously to a plurality of heuristics. (See Android Source Code at QueryTask.java.) |
| providing at least one candidate item of information located by the heuristic modules as a result of said searching; | The Galaxy Note II performs the step of providing at least one candidate item of information located by the heuristic modules as a result of said searching.<br><br>For example, in the image below, the Galaxy Note II is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristic modules as a result of a search for the information descriptor "app": |

14



| and displaying by the computer a representation of said candidate item of information on a display device. | The Galaxy Note II performs the step of displaying a representation of said candidate item of information on a display device.  For example, in the screen capture below, the Galaxy Note II is displaying representations of the candidate items. |
|---|---|



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Note II to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy Note II displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Note II |
|---|---|
| An apparatus for locating information in a network, comprising[6]: | To the extent the preamble of Claim 6 may be construed to be limiting, the Samsung Galaxy Note II is an apparatus for locating information in a network. <br><br> For instance, the Samsung Galaxy Note II includes a 1.6 GHz quad-core processor CPU, 16GB, 32GB, or 64GB of on-board memory, a 5.5" HD Super AMOLED screen, HSPA+/LTE and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Jelly Bean version of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a network using a computer. |

---

[6] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.



(*See* Samsung, Galaxy Note II Specifications,
http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find.)

The Samsung Galaxy Note II includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[7]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy Note II.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.

---

[7] "Quick Search Box," Android Developers, http://developer.android.com/resources/articles/qsb.html, last accessed June 13, 2012.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Note II, and the Quick Search Box has located Google search suggestions correlating to the information identifier "app" from the internet, a computer network.



| | |
|---|---|
| an interface module configured to receive an inputted information descriptor from a user-input device; | The Samsung Galaxy Note II has a 5.5" Super AMOLED screen. |



(*See* Samsung, Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find.)

The Super AMOLED screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy Note II receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:



Portions of the computer instructions to receive an information descriptor in the Samsung Galaxy Note II may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Samsung Galaxy Note II includes a plurality of heuristic modules designed to search for information that corresponds to the received information descriptor. |
|---|---|
| | The Search Settings panel for the Quick Search Box on the Samsung Galaxy Note II, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the Galaxy Note II.  The Galaxy Note II provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules.<br><br> |

| | |
|---|---|
| | The Galaxy Note II provides at least the Google Search Suggestions[8], Browser and People heuristic modules that are preselected by the Galaxy Note II, as shown above. |
| each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | The Samsung Galaxy Note II comprises heuristic modules wherein each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area.<br><br><br><br>For example, in the image above, the Quick Search Box provides heuristic modules |

[8]   In the alternative, the Google module combined with the Google search suggestions server with which it communicates is equivalent to a heuristic module in that it matches the function, way, and result of the heuristic module, and is not substantially different from a heuristic module.

|  | corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet. Another heuristic module is the Browser heuristic module that corresponds to a search of bookmarks and web history. Another heuristic module  is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy Note II.<br><br>The heuristic modules described above each employ a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the'604 patent specification:<br><br>"Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)<br><br>"[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14)<br><br>Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Google heuristic module employs a search engine to locate Internet web pages which match the user input. The Browser module maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The People module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the apparatus; | The Galaxy Note II search areas include storage media accessible by the apparatus. |

27

| and | The Galaxy Note II comprises heuristic modules whose search areas include storage media accessible by the Galaxy Note II. |
| --- | --- |
| | As described in the examples above, the default search areas include several areas that search storage media accessible by the Galaxy Note II.  For example, the Galaxy Note II provides heuristic modules that search browser bookmarks, web history, and people (contacts).  Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search box to let you search content on your phone, including apps, contacts, and browser history, as well as content from the web."[9] |
| | Furthermore, according to the official description of the Google Search application in the Google Play application store, the application is "the fastest way to search the web and your phone."[10] |
| a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Samsung Galaxy Note II comprises a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. |
| | The Samsung Galaxy Note II has a 4.65" Super AMOLED screen display device, as noted above. The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules. For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

---

[9]  "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.

[10]  "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox



| Claim 11 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Note II |
|---|---|
| A computer-readable medium[11] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy Note II includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  The Samsung Galaxy Note II contains 16GB, 32GB, or 64GB of internal computer memory, as indicated on the specifications on Samsung's web site: |

---

[11]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.



(*See* Samsung, Galaxy Note II Specifications,
http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find.)

| on which a program executable by a processing unit is recorded, the program, when executed by the processing, controlling a computer to perform the steps of: | The Samsung Galaxy Note II internal memory has recorded on it programs executed by a processing unit.  Programs executable by the processing unit include computer instructions such as those comprised by the Quick Search Box application.  Portions of such instructions comprised by the Quick Search Box application may be found at packages/apps/QuickSearchBox/src/com/android/quicksearchbox/, among other places. |
|---|---|
| receiving by the computer an inputted information descriptor from a user-input device; | The Galaxy Note II comprises a computer readable medium containing a program for receiving by the computer an inputted information descriptor from a user-input device.  The Samsung Galaxy Note II has a 5.5" Super AMOLED screen. |



(*See* Samsung, Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find.)

The Super AMOLED screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy Note II receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:



Portions of the computer instructions to receive an information descriptor in the Samsung Galaxy Note II may be found in the QsbApplication class and in the com.android.quicksearchbox package.

34

| | |
|---|---|
| providing the information descriptor received from the user-input device to a plurality of heuristic modules, wherein: | The Samsung Galaxy Note II comprises a computer readable medium containing a program for providing the information descriptor received from the user-input device to a plurality of heuristic modules.<br><br>The Galaxy Note II comprises a plurality of heuristic modules.  The Search Settings panel for the Quick Search Box on the Samsung Galaxy Note II, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the Galaxy Note II.  For example, the Galaxy Note II provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules.<br><br> |

| | |
|---|---|
| | In the example above, the Galaxy Note II provides at least the Google[12], Browser and People heuristic modules as shown above. |
| each heuristic module corresponds to a respective area of search and | The Samsung Galaxy Note II comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein each heuristic module corresponds to a respective area of search.<br><br>The figure below shows an example of a plurality of heuristic modules and their respective areas of search.  For example, one heuristic is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet.  Another heuristic module is the Browser heuristic module that corresponds to a search of bookmarks and web history, stored locally on the Galaxy Note II's local storage media.  Another heuristic module is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy Note II's local storage media. |

---

[12]   In the alternative, the Google module combined with the Google search suggestions server with which it communicates is equivalent to a heuristic module in that it matches the function, way, and result of the heuristic module, and is not substantially different from a heuristic module



| | |
|---|---|
| employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor, and | The Samsung Galaxy Note II comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein each heuristic module employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor. |



For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet. Another heuristic module indicated is the Browser heuristic module that corresponds to a search of bookmarks and web history. Another heuristic module is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy Note II.

The heuristic modules described above each employ adifferent, predetermined heuristic algorithm corresponding to the respective area of search. According to the'604 patent specification:

| | |
|---|---|
| | "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)<br><br>"[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14)<br><br>Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Google heuristic module employs a search engine to locate Internet web pages which match the user input. The Browser module maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The People module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the computer; | The Galaxy Note II  comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein the search areas include storage media accessible by the Galaxy Note II.<br><br>As described in the examples above, the default search areas include several areas that search storage media accessible by the Galaxy Note II.  For example, the Galaxy Note II provides heuristic modules that search browser bookmarks, web history, and people (contacts).  Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search box to let you search content on your phone, including . . . contacts, and browser history, as well as content from the web."[13] |

---

[13] "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.

| | |
|---|---|
| searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search; | The Galaxy Note II comprises a computer readable medium containing a program for searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search.<br><br>By way of example, on the Samsung Galaxy Note II, when a user types a search request into the Quick Search Box, Android computer instructions in the SearchActivity class calls the getSuggestions() method of an instance of the SuggestionsProviderImpl class. (See Android Source Code at SearchActivity.java, SuggestionsProviderImpl.java.) This, in turn, creates an object called "receiver" to hold the query results from the different applications that respond to the search request, and calls the startQueries() method on a QueryTask object to dispatch the query to a plurality of search heuristics to locate information responsive to the request. (See Android Source Code at SuggestionsProviderImpl.java). The QueryTask object creates multiple parallel requests, in separate threads, to send the query simultaneously to a plurality of heuristics. (See Android Source Code at QueryTask.java.) |
| providing at least one candidate item of information located by the heuristic modules as a result of said searching; and | The Galaxy Note II comprises a computer readable medium containing a program for providing at least one candidate item of information located by the heuristic modules as a result of said searching.<br><br>For example, in the image below, the Galaxy Note II is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, located by the heuristic modules as a result of a search for the information descriptor "app": |



| | |
|---|---|
| displaying the at least one candidate item of information located by the plurality of heuristic modules on a display device. | The Galaxy Note II comprises a computer readable medium containing a program for displaying at least one candidate item of information located by the plurality of heuristic modules on a display device.<br><br>For example, in the screen capture below, the Galaxy Note II is displaying representations of the candidate items. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Note II to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy Note II displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 16 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Note II |
|---|---|
| The method of claim 1, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Samsung Galaxy Note II  performs the method of Claim 1, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.<br><br><br><br>For example, the Quick Search Box provides the information descriptor to heuristic modules corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search.  The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic module is the Google heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet. Another heuristic module is the Browser |

| | heuristic module, which uses heuristic algorithms particularized to a search of bookmarks and web history. Another heuristic module is the People heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the Galaxy Note II.<br><br>Each module is configured and designed to search the specific area based on the input information descriptor. |
| --- | --- |

| Claim 17 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Note II |
|---|---|
| The method of claim 1, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor. | The Samsung Galaxy Note II performs the method of Claim 1 wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy Note II, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br>   |

| | The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[14] |
|---|---|

---

[14] "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Note II |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Galaxy Note II is an apparatus of Claim 6 wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.<br><br><br><br>For example, the Quick Search Box provides the information descriptor to heuristic modules corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search.  The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic moduleis the Google heuristic module , which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet. Another heuristic module is the Browser heuristic |

| | module, which uses heuristic algorithms particularized to a search of bookmarks and web history. Another heuristic module  is the People heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the Galaxy Note II.<br><br>Each module is configured and designed to search the specific area based on the input information descriptor. |
| --- | --- |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Note II |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Samsung Galaxy Note II is an apparatus of Claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.  . <br><br> As shown below, as each letter of the information descriptor "app" is input into the Galaxy Note II, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor: <br><br>    |

| | The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[15] |
|---|---|

---

[15] "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox

| Claim 20 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy Note II |
|---|---|
| The computer readable medium of claim 11, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Samsung Galaxy Note II comprises the computer readable medium of Claim 11, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.<br><br><br><br>For example, the Quick Search Box provides the information descriptor to heuristic modules corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search.  The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic module  is the Google heuristic module , which uses heuristic algorithms particularized to a |

| | search of Google Search suggestions on the Internet. Another heuristic module  is the Browser heuristic module, which uses heuristic algorithms particularized to a search of bookmarks and web history. Another heuristic module  is the People heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the Galaxy Note II.<br><br>Each module is configured and designed to search the specific area based on the input information descriptor. |

| Claim 21 of U.S. Patent No. 8,086,604 | Infringement by the Samsung Galaxy Note II |
|---|---|
| The computer readable medium of claim 11, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor. | The Samsung Galaxy Note II comprises the computer readable medium of Claim 11, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy Note II, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br>   |

| | The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[16] |
|---|---|

---

[16] "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox

EXHIBIT C-22

**Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| A method for locating information in a computer system, comprising the steps of[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy S III[2] running Android Jelly Bean performs a method for locating information in a computer system.<br><br>For instance, the Samsung Galaxy S III[3] includes a 1.5 GHz processor CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Jelly Bean Version of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a computer system. |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[2] All references herein to the Samsung Galaxy S III include the Samsung Galaxy S III Mini, which, on information and belief, operates for relevant purposes like the Samsung Galaxy S III running Android Jelly Bean and which will be officially released in the U.S. in the near future and which has recently begun to be sold in the U.S.

[3] Citations to specifications in these claim charts are generally to the T-Mobile Galaxy SIII specifications on Samsung's website.  However, upon information and belief, the functionality accused in these charts does not vary across carriers.

**Dimension**

- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**

- 4.8 inch HD Super AMOLED
  (1280x720) display

**Network/Bearer and Wireless Connectivity**

- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 /
  1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 /
  1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**

- 16/ 32GB User memory (64GB available
  soon) + microSD slot (up to 64GB)

**Colour**

- Pebble Blue and Marble White

**Services and Applications**

- S Beam, Buddy photo share, Share shot
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom,
  Face slide show
- Direct call, Smart alert, Tap to top,
  Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot,
  HDR

**OS**

- Android 4.0 (Ice Cream Sandwich)

**Battery**

- 2,100 mAh

**Connectivity**

- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**

- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC
  +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11,
  VC-1, VP8, WMV7/8, Sorenson Spark Recording &
  Playback: Full HD (1080p)

**Camera**

- Main(Rear): 8 Mega pixel Auto Focus camera with
  Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording
  @30fps with Zero Shutter Lag, BSI

**Sensors**

- Accelerometer, RGB light, Digital compass,
  Proximity, Gyro, Barometer

**Google™ Mobile Services**

- Google Search, Google Maps, Gmail, Google
  Latitude
- Google Play Store, Google Play Books, Google Play
  Movies
- Google Plus, YouTube, Google Talk, Google Places,
  Google Navigation, Google Downloads

(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)

The Samsung Galaxy S III includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Search feature as a standard feature of the Galaxy S III, as shown on its website below:



(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)

Samsung also encourages the use of the feature through the inclusion of the feature in the Galaxy S III user's manual:

## Home Screen

The Home screen is the starting point for using the
applications on your phone. There are initially seven
available panels, each populated with default shortcuts or
applications. You can customize each of these panels.



- **Google search** is an on-screen Internet search engine powered
  by Google™. Tap to access the Voice Actions feature where you
  can verbally enter a search term and initiate an online search.

  – Tap  (**Voice Actions**) to launch the function from within
    this Google widget.

(Samsung Galaxy SIII User Manual, available at
http://downloadcenter.samsung.com/content/UM/201211/20121116063950185/T-
Mobile_T999_Galaxy_S_III_English_User_Manual_Jelly_Bean_UVLJA_F6.pdf)

| inputting an information identifier; | The Samsung Galaxy S III running Android Jelly Bean performs the step of inputting an information identifier. |
|---|---|

The Samsung Galaxy S III has a 4.8" sAMOLED screen.



**Dimension**
- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**
- 4.8 inch HD Super AMOLED (1280x720) display

**Network/Bearer and Wireless Connectivity**
- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**
- 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)

**Colour**
- Pebble Blue and Marble White

**Services and Applications**
- S Beam, Buddy photo share, Share shot
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom, Face slide show
- Direct call, Smart alert, Tap to top, Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot, HDR

**OS**
- Android 4.0 (Ice Cream Sandwich)

**Battery**
- 2,100 mAh

**Connectivity**
- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**
- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)

**Camera**
- Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI

**Sensors**
- Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer

**Google™ Mobile Services**
- Google Search, Google Maps, Gmail, Google Latitude
- Google Play Store, Google Play Books, Google Play Movies
- Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads

The sAMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing said information identifier to a plurality of plug-in modules | The Samsung Galaxy S III running Android Jelly Bean performs the step of providing said information identifier to a plurality of plug-in modules.

For example, the Galaxy S III's Quick Search Box provides a plurality of plug-in modules.  As shown below, the |

| | Search Settings panel for the Quick Search Box on the Samsung Galaxy S III provides a plurality of plug-in modules that include the Google[4], Browser, and Contacts plug-in modules. Users can select which modules to enable or disable (or plug-in or plug-out). The Quick Search Box provides the inputted information identifier to plug-in modules.<br><br> |
|---|---|
| each using a different heuristic to locate information which matches said identifier; | The Samsung Galaxy S III running Android Jelly Bean performs the step of each using a different heuristic to locate information which matches said identifier. |

[4] In the alternative, the Google module combined with the Google search suggestions server with which it communicates is equivalent to a plug-in module in that it matches the function, way, and result of the plug-in module, and is not substantially different from a plug-in module.



For example, as shown above, the Quick Search Box provides the Google, Browser, and Contacts plug-in modules. These plug-in modules each use a different heuristic to locate information which matches the inputted identifier. According to the '604 patent specification:

"Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)

"[T]he selected plug-in modules 221 . . . 22N receive the information identifier and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . .

11

| | 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14) |
|---|---|
| providing at least one candidate item of information from said modules; | The Galaxy S III running Android Jelly Bean performs the step of providing at least one candidate item of information from said modules.<br><br>For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":<br><br> |
| and displaying a | The Samsung Galaxy S III running Android Jelly Bean performs the step of displaying a representation of said |

12

| representation of said candidate item of information. | candidate item of information. |
|---|---|

For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items to the screen.



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java.  Further

13

|  | computer instructions indicating how the Galaxy S III displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java. |
|---|---|

| Claim 2 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 1 wherein said information identifier is input via an application program having a text input window. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 1 wherein said information identifier is input via an application program having a text input window.<br><br>The Quick Search Box application includes a text input window by means of which a user can input an information identifier.  In the image below, the user has input the information identifier "app" into the text input window at the top of the screen:<br><br> |

15

| Claim 3 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 1 wherein said information identifier is input in by means of a dialog box displayed on a user interface. | The Samsung Galaxy S III performs the method of Claim 1 wherein said information identifier is input by means of a dialog box displayed on a user interface.<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.<br><br><br><br>Google's developer blog also describes the Quick Search Box as "available right from your phone's home screen."[5] |

[5] "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.

| Claim 4 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 1 wherein said information identifier is vocally entered by a user. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 1 wherein said information identifiers are vocally entered by a user.<br><br>The image below shows the result of initiating a voice search using the Quick Search Box on the home screen of the Galaxy S III by tapping the microphone icon on the Quick Search Box.  The resulting screen prompts the user to "Speak Now."<br><br> |

| Claim 5 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 1 wherein said information identifier is one of a letter, a word, or a phrase. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 1 wherein said information identifier is one of a letter, a word, or a phrase.<br><br>In the image below, the information identifier provided to the Quick Search Box is the letter "a":<br><br><br><br>In the image below, the information identifier provided to the Quick Search Box is the word "app": |



In the image below, the information identifier provided to the Quick Search Box is the phrase "apple support":



| Claim 9 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 1 wherein one of said heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim1 wherein one of said heuristics locates items of information on the basis of names of files.<br><br>For example, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locate items of information on the basis of names of files. |

| Claim 10 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 9 wherein another of said heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 9 wherein another of said heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy S III's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 12 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 1 wherein one of said heuristics locates items of information that are stored locally on the computer system. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 1 wherein one of said heuristics locates items of information stored locally on the computer system.<br><br>As described above, the plug-in modules locate information that is stored locally on the computer system.  For example, the Contacts module locates information about a user's contacts that are stored locally on the Samsung Galaxy S III.<br><br>In the image below, for example, the plug-in modules have located a locally stored bookmark, and a locally stored contact: |



| Claim 14 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 12 wherein another of said heuristics locates items of information that are stored on remote computer systems. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 12 wherein another of said heuristics locates items of information that are stored on remote computer systems.<br><br>For example, the Google plug-in module provides internet search suggestions from the search engine Google based on the user's inputted information identifier.<br><br>The Google plug-in module retrieves its suggestions from Google, a remote computer system.  The computer instructions found in the file GoogleSuggestClient.java call the |

mProvider.getsuggestions() method, which in turn calls the queryInternal() method, which uses the query() method to send an HTTP "get" request to a Google Suggests server and return the suggestion results to the quick search box.  (See source code at AbstractGoogleSource.java and GoogleSuggestClient.java.)

For example, in the image below, the Google Search suggestions, retrieved from the remote computer system.

| Claim 15 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 14 wherein said other heuristic locates Internet web pages. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 14 wherein said other heuristic locates internet web pages.<br><br>For example, the Google Search suggestions retrieved by the Google plug-in module correspond to internet searches from Google that correspond with the inputted information identifier.  When the user selects one of the searches, the user is taken to the corresponding search on the Google web site to view the results of the search.  Thus, the Google module locates internet web pages corresponding to the various suggested searches matching the inputted information identifier.<br><br>For instance, the image below shows a sample result of selecting the Google search suggestion "apple" corresponding to the inputted information identifier "app."<br><br> |

| Claim 16 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 14 wherein said other heuristic locates items of information that are stored on a wide-area network. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 14 wherein said other heuristic locates items of information that are stored on a wide-area network.<br><br>The Google Search suggestions retrieved by the Google plug-in module corresponds to information available on the internet, a wide-area network.  Specifically, the searches correspond to searches using Google that correspond with the inputted information identifier.  When the user selects one of the searches, the user is taken to the corresponding search on the Google web site to view the results of the search.  Thus, the Google module locates web pages, which are items of information stored on a wide-area network.<br><br>For instance, the image below shows a sample result of selecting the Google search suggestion "apple" corresponding to the inputted information identifier "app."<br><br> |

| Claim 17 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 1 wherein said information identifier is provided in parallel to said modules, and | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 1 wherein said information identifier is provided in parallel to said modules.<br><br>The Quick Search Box provides the inputted information identifier to the plug-in modules in parallel.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the plug-in modules in parallel. |
| further including the step of selecting candidate items of information provided by said modules for display in accordance with a global heuristic. | The Samsung Galaxy S III running Android Jelly Bean performs the step of selecting candidate items of information provided by said modules for display in accordance with a global heuristic.<br><br>As described in the official description of the Google Search application, "Google Search will learn which items you click on most to make it even easier to get what you want quickly."[6]<br><br>The Galaxy S III displays a representation of the candidate item of information.  In the screen capture below, the Galaxy S III is outputting representations of the candidate items to the screen including representations of the Google Search results, the results from the Browser module, and the results from the Contacts module. |

---

[6] "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox.



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy S III displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 19 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| A method for locating information from a plurality of locations in a computer system, comprising the steps of[7]: | To the extent the preamble of Claim 19 may be construed to be limiting, the Samsung Galaxy S III performs a method for locating information from a plurality of locations in a computer system.<br><br>For instance, the Samsung Galaxy S III includes a 1.5 GHz processor CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising  the Jelly Bean version of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information from a plurality of locations in a computer system.<br><br><br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)<br><br>The Samsung Galaxy S III includes the Android Quick Search Box, which is a "powerful, system- |

---

[7]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Search feature as a standard feature of the Galaxy S III, as shown on its website below:



(*See* Specifications, Galaxy S III,
http://www.samsung.com/global/galaxys3/specifications.html.)Samsung also encourages the use of
the feature through the inclusion of the feature in the Galaxy S III user's manual:



## Home Screen

The Home screen is the starting point for using the applications on your phone. There are initially seven available panels, each populated with default shortcuts or applications. You can customize each of these panels.

- **Google search** is an on-screen Internet search engine powered by Google™. Tap to access the Voice Actions feature where you can verbally enter a search term and initiate an online search.

  – Tap (**Voice Actions**) to launch the function from within this Google widget.

(Samsung Galaxy SIII User Manual, available at http://downloadcenter.samsung.com/content/UM/201211/20121116063950185/T-Mobile_T999_Galaxy_S_III_English_User_Manual_Jelly_Bean_UVLJA_F6.pdf)

| | |
|---|---|
| inputting an information identifier; | The Samsung Galaxy S III running Android Jelly Bean performs the step of inputting an |

information identifier.

The Samsung Galaxy S III has a 4.8" sAMOLED screen.



(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.) The sAMOLED screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information identifier from a user.  In the screenshot below, the information identifier "app" has been input:

35



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing said information identifier to a plurality of heuristics | The Galaxy S III running Android Jelly Bean performs the step of providing said information identifier to a plurality of heuristics.<br><br>For example, the Galaxy S III's Quick Search Box provides a plurality of heuristics.  As shown |
|---|---|

| | below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy S III provides a plurality of pre-selected heuristics such as the Google[8], Browser, and Contacts heuristics.  Users can select which heuristics to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected heuristics.<br><br> |
|---|---|
| to locate information in a plurality of locations | The Galaxy S III's performs the step of locating information from a plurality of locations in a computer system. |

[8] In the alternative, the Google heuristic combined with the Google search suggestions server with which it communicates is equivalent to a heuristic in that it matches the function, way, and result of the heuristic, and is not substantially different from a heuristic.



For example, the Quick Search Box provides said information identifier to a plurality of heuristics such as to the Google, Browser, and Contacts, to locate information in the plurality of locations.  An information identifier provided to Google, indicated by the red rectangle, locates information from Google Search suggestions on the Internet. An information identifier provided to Browser locates information from bookmarks and web history. An information identifier provided to Contacts locates information from contacts stored locally on the Galaxy S III.

| which include the Internet and local storage media; | The locations searched by the Galaxy S III running Android Jelly Bean include the internet and local storage media. |
| | The figure below shows an example of a plurality of heuristics.  One heuristic is Google that performs a search of Google Search suggestions on the Internet.  Another heuristic is Browser that performs a search of bookmarks and web history, stored locally on the Galaxy S III's local storage media.  Another is Contacts that performs a search of the names of contacts stored locally on the |

| | |
|---|---|
| | Galaxy S III's local storage media.<br> |
| determining at least one candidate item of information based upon the plurality of heuristics; | The Samsung Galaxy S III running Android Jelly Bean performs the step of determining at least one candidate item based on the plurality of heuristics.<br><br>For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app": |



| and displaying a representation of said candidate item of information. | The Galaxy S III running Android Jelly Bean performs the step of displaying a representation of said candidate item of information.

For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items to the screen. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy S III displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 20 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 19, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S III performs the method of Claim 19 wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 22 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 19 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim19 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 23 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 22 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 22 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy S III's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| A computer readable medium[9] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy S III includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  The Samsung Galaxy S III contains 16GB of internal computer memory, as indicated on the specifications on Samsung's web site:<br><br>Dimension<br>• 136.6 x 70.6 x 8.6 mm<br>• 133g<br><br>Display<br>• 4.8 inch HD Super AMOLED (1280x720) display<br><br>Network/Bearer and Wireless Connectivity<br>• 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz<br>• 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz<br>• 4G (Dependent on market)<br><br>Memory<br>• 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)<br><br>Colour<br>• Pebble Blue and Marble White<br><br>Services and Applications<br>• S Beam, Buddy photo share, Share shot.<br>• AllShare Play, AllShare Cast (available soon)<br>• Smart stay, Social tag, Group tag, Face zoom, Face slide show<br>• Direct call, Smart alert, Tap to top, Camera quick access<br>• Pop up play<br>• S Voice<br>• Burst shot & Best photo, Recording snapshot, HDR<br><br>OS<br>• Android 4.0 (Ice Cream Sandwich)<br><br>Battery<br>• 2,100 mAh<br><br>Connectivity<br>• WiFi a/b/g/n; WiFi HT40<br>• GPS/GLONASS<br>• NFC<br>• Bluetooth® 4.0(LE)<br><br>Audio and Video<br>• Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC+, WMA, OGG, FLAC, AC-3, apt-X<br>• Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)<br><br>Camera<br>• Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI<br>• Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI<br><br>Sensors<br>• Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer<br><br>Google™ Mobile Services<br>• Google Search, Google Maps, Gmail, Google Latitude<br>• Google Play Store, Google Play Books, Google Play Movies<br>• Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads<br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.) The Samsung Galaxy S III, and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps.  For example, the Samsung Galaxy S III includes version 4.0 of the Android software platform, which includes such instructions, as set forth below. |
| for locating information from a plurality of | The Samsung Galaxy S III running Android Jelly Bean comprises a computer readable medium for |

[9] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| locations containing program instructions to: | locating information from a plurality of locations containing program instructions. |
| --- | --- |
|  | The Galaxy S III includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."  The Quick Search Box is an application comprising program instructions.<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.<br><br><br><br>The figure below shows the screen when the user taps the Quick Search Box on the home screen. |



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



| | |
|---|---|
| receive an information identifier; | The Samsung Galaxy S III running Android Jelly Bean comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Samsung Galaxy S III has a 4.8" sAMOLED screen. |

**Dimension**

- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**

- 4.8 inch HD Super AMOLED (1280x720) display

**Network/Bearer and Wireless Connectivity**

- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**

- 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)

**Colour**

- Pebble Blue and Marble White

**Services and Applications**

- S Beam, Buddy photo share, Share shot
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom, Face slide show
- Direct call, Smart alert, Tap to top, Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot, HDR

**OS**

- Android 4.0 (Ice Cream Sandwich)

**Battery**

- 2,100 mAh

**Connectivity**

- WiFi a/b/g/n; WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**

- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)

**Camera**

- Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI

**Sensors**

- Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer

**Google™ Mobile Services**

- Google Search, Google Maps, Gmail, Google Latitude
- Google Play Store, Google Play Books, Google Play Movies
- Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads

(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.) The sAMOLED screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information identifier.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:



Portions of the computer instructions allowing the Quick Search Box to receive an information identifier in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| provide said information identifier to a plurality of heuristics | The Samsung Galaxy S III running Android Jelly Bean comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.

For example, the Galaxy S III's Quick Search Box provides a plurality of heuristics.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy S III provides a |

| | plurality of heuristics to which an information identifier is provided by the Galaxy S III.  The Galaxy S III provides the information descriptor to the heuristics and permits the user to modify the default list of selected heuristics.<br><br><br><br>As shown in the example above, the Galaxy S III provides at least the Google[10], Browser, and Contacts heuristics that are preselected by the Galaxy S III. |
| --- | --- |
| to locate information in the plurality of locations | The Samsung Galaxy S III running Android Jelly Bean comprises a computer readable medium including instructions to locate information in the plurality of locations. |

---

[10] In the alternative, the Google heuristic combined with the Google search suggestions server with which it communicates is equivalent to a heuristic in that it matches the function, way, and result of the heuristic, and is not substantially different from a heuristic



For example, the Quick Search Box provides said information identifier to a plurality of heuristics such as to the Google, Browser, and Contacts, to locate information in the plurality of locations.  An information identifier provided to Google, locates information from Google Search suggestions on the Internet. An information identifier provided to Browser locates information from bookmarks and web history. An information identifier provided to Contacts locates information from contacts stored locally on the Galaxy S III.

| which include the Internet and local storage media; | The locations searched by the Galaxy S III running Android Jelly Bean include the internet and local storage media.<br><br>The figure below shows an example of a plurality of heuristics.  One is Google that performs a search of Google Search suggestions on the Internet.  Another is Browser that performs a search of bookmarks and web history, stored locally on the Galaxy S III's local storage media.  Another is People that performs a search of the names of contacts stored locally on the Galaxy S III's local |
|---|---|

| | storage media. |
| --- | --- |
| |  |
| determine at least one candidate item of information based upon the plurality of heuristics; | The Samsung Galaxy S III running Android Jelly Bean comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics.<br><br>For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app": |

53



| and display a representation of said candidate item of information. | The Galaxy S III running Android Jelly Bean comprises a computer-readable medium that contains instructions to display a representation of said candidate item of information.<br><br>For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items to the screen. |
| --- | --- |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy S III displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S III running Android Jelly Bean comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S III running Android Jelly Bean comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 28 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The computer readable medium of claim 24 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy S III running Android Jelly Bean comprises computer readable media of Claim 24 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy S III's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 29 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| An apparatus that locates information from a plurality of locations within a computer system, comprising[11]: | To the extent the preamble of Claim 29 may be construed to be limiting, the Samsung Galaxy S III running Android Jelly Bean is an apparatus that locates information from a plurality of locations within a computer network.<br><br>For instance, the Samsung Galaxy S III includes a 1.5 GHz processor CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 4.0 of the Android operating system, along with various pre-installed applications and therefore is an apparatus that locates information from a plurality of locations within a computer network.<br><br><br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)The Samsung Galaxy S III includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows |

---

[11]   Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located Google search suggestions correlating to the information identifier "app" from the internet, a computer network:



| means for inputting an information identifier; | The Samsung Galaxy S III running Android Jelly Bean comprises means for inputting an information identifier.<br><br>The Samsung Galaxy S III has a 4.8" sAMOLED screen. |

**Dimension**

- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**

- 4.8 inch HD Super AMOLED (1280x720) display

**Network/Bearer and Wireless Connectivity**

- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**

- 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)

**Colour**

- Pebble Blue and Marble White

**Services and Applications**

- S Beam, Buddy photo share, Share shot.
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom, Face slide show
- Direct call, Smart alert, Tap to top, Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot, HDR

**OS**

- Android 4.0 (Ice Cream Sandwich)

**Battery**

- 2,100 mAh

**Connectivity**

- WiFi a/b/g/n; WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**

- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)

**Camera**

- Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI

**Sensors**

- Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer

**Google™ Mobile Services**

- Google Search, Google Maps, Gmail, Google Latitude
- Google Play Store, Google Play Books, Google Play Movies
- Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads

The sAMOLED screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information identifier from a user.  In the screenshot below, the user has inputted the information identifier "app" into the Quick Search Box:



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| means for providing said information identifier to a plurality of heuristics | The Galaxy S III running Android Jelly Bean comprises means for providing said information identifier to a plurality of heuristics.

For example, the Galaxy S III's Quick Search Box provides a plurality of heuristics.  As shown |

<table>
<tr>
<td></td>
<td>below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy S III provides a plurality of pre-selected heuristics that include the Google[12], Browser, and Contacts heuristics. Users can select which heuristics to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected heuristics.

</td>
</tr>
<tr>
<td>to locate information in the plurality of locations</td>
<td>The Galaxy S III running Android Jelly Bean locates information from a plurality of locations.</td>
</tr>
</table>

---

[12] In the alternative, the Google heuristic combined with the Google search suggestions server with which it communicates is equivalent to a heuristic in that it matches the function, way, and result of the heuristic, and is not substantially different from a heuristic



For example, the Quick Search Box provides said information identifier to a plurality of heuristic such as to the Google, Browser, and Contacts, to locate information in the plurality of locations. An information identifier provided to Google Search locates suggestions from Google Search suggestions on the Internet. An information identifier provided to Browser locates information from bookmarks and web history. An information identifier provided to Contacts locates information from contacts stored locally on the Galaxy S III.

| which comprise the Internet and local storage media; | The locations searched by the Galaxy S III running Android Jelly Bean include the internet and local storage media.

The figure below shows an example of a plurality of heuristics. One is Google that performs a search of Google Search suggestions on the Internet. Another is Browser that performs a search of bookmarks and web history, stored locally on the Galaxy S III's local storage media. Another is People that performs a search of the names of contacts stored locally on the Galaxy S III's local |

| | storage media. |
|---|---|
| |  |
| means for determining at least one candidate item of information based upon the plurality of heuristics; | The Samsung Galaxy S III running Android Jelly Bean comprises means for determining at least one candidate item based on the plurality of heuristics. |
| | For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app": |

67



| | |
|---|---|
| and means for displaying a representation of said candidate item of information. | The Galaxy S III running Android Jelly Bean comprises means for displaying a representation of said candidate item of information.

For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items to the screen. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy S III displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 30 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The apparatus of claim 29, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S III running Android Jelly Bean is an apparatus of Claim 29 wherein the information identifier is applied separately to each heuristic.

For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 32 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The apparatus of claim 29 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S III running Android Jelly Bean is an apparatus of Claim 29 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 33 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean running Android Jelly Bean |
|---|---|
| The apparatus of claim 29 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy S III running Android Jelly Bean is an apparatus of Claim 29 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy S III's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

EXHIBIT C-23

**Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy Note II |
|---|---|
| A method for locating information in a computer system, comprising the steps of[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy Note II performs a method for locating information in a computer system.<br><br>For instance, the Samsung Galaxy Note II[2] includes a 1.6 GHz quad-core processor CPU, 16GB, 32GB, or 64GB of on-board memory, a 5.5" HD Super AMOLED screen, HSPA+/LTE and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Jelly Bean version of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a computer system. |

---

[1]   Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[2]   Citations to specifications in these claim charts are generally to the T-Mobile Galaxy Note II specifications on Samsung's website.  However, upon information and belief, the functionality accused in these charts does not vary across carriers.

# *Specifications*

**Network**
- 3G: HSPA+21Mbps
  (HSDPA 21Mbps / HSUPA 5.76Mbps)
- 4G LTE: 100Mbps / 50Mbps

**Processor**
- 1.6 GHz quad-core processor

**OS**
- Android 4.1 (Jelly Bean)



**Display**
- 140.9 mm (5.5") HD Super AMOLED (1,280 x 720)



**Dimension**
- 80.5 x 151.1 x 9.4 mm, 180g



**Battery**
- Standard battery, Li-ion 3,100mAh

**Memory**
- 16/32/64GB User memory + 2GB (RAM)
- microSD slot (up to 64GB)

**S Pen Optimized Features**
- S Pen Experience
  - S Note, S Planner, Email with hand-writing integration
  - S Pen Keeper
  - Quick Command, Easy Clip, Photo Note, Paper Artist
  - Shape Match, Formula Match



**1 Step tasking / Multitasking features**
- Air View
- Popup Note, Popup Video
- Page Buddy / Tag Buddy / Word Buddy



**Connectivity / Sharing Features**
- Bluetooth® v 4.0 (Apt-X Codec support) LE
- USB 2.0 Host
- WiFi 802.11 a/b/g/n (2.4 & 5 GHz), Wi-Fi HT40
- Wi-Fi Direct
- NFC
- S Beam
- Samsung AllShare Play & Control
- Samsung AllShare Cast (WiFi Display)
  - Mirroring & Extention
- Samsung AllShare Framework

**Other**
- Samsung TouchWiz / Samsung Live Panel
- Samsung Kies /Samsung Kies Air
- Samsung ChatOn mobile communication service
- Smart Stay, Direct clia, Screen Recorder, Quick Glance
- Samsung ChatOn mobile communication service
- Samsung S Suggest

**Camera**
- Main (Rear): 8 Megapixel Auto Focus Camera with LED Flash, BSI
- Sub (Front) : 1.9 Megapixel VT Camera, BSI
- Best Photo, Best Face, Low light shot

 

**Video**
- Codec: MPEG4, H.263, H.264, VC-1, DivX, WMV7, WMV8, WMV9, VP8
- Format: 3GP(MP4), WMV(ASF), AVI, FLV, MKV, WebM
- Full HD(1080p) Playback & Recording

**Audio**
- Codec: MP3, OGG, WMA, AAC, ACC+, eAAC+, AMR(NB,WB), MIDI, WAV, AC-3, Flac
- Music Player with SoundAlive
- 3.5mm Ear Jack

**Content / Services**
- Samsung Apps
- Samsung Hub
  - Game Hub
  - Media Hub (US only)
- Learning Hub / Music Hub / Video Hub
  ※ The availability of each Samsung Hubs may differ by country

**Sensor**
- Accelerometer, RGB Light, Digital Compass, Proximity, Gyro, Barometer

**GPS**
- A-GPS
- Glonass

**Enterprise Solutions**
- On Device Encryption (H/W)
- Microsoft Exchange ActiveSync
- VPN(F5, Cisco, Juniper)
- MDM(Sybase Afaria, Mobileiron, SOTI, Good)
- CCX
- VMware MVP

*Some specifications may vary by country

(*See* Samsung, Galaxy Note II Specifications,
http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find.)

The Samsung Galaxy Note II includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[3]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy Note II.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.

---

[3] "Quick Search Box," Android Developers, http://developer.android.com/resources/articles/qsb.html, last accessed June 13, 2012.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Note II, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Quick Search Box as a standard feature of the Galaxy Note II, as shown by the inclusion of the Google Search feature in the Galaxy Note II user manual:

- **Google search** is an on-screen Internet search engine powered by Google™. Tap to access either the Voice Actions feature or Google Now™.

  – Tap (**Voice Actions**) to launch these functions from within this Google widget.

Galaxy Note II User Manual,
http://downloadcenter.samsung.com/content/UM/201211/20121108062653016/T-Mobile_T889_Galaxy_Note_II_English_User_Manual_UVLJ1_F8.pdf

| inputting an information identifier; | The Samsung Galaxy Note II performs the step of inputting an information identifier. |
|---|---|
| | The Samsung Galaxy Note II has a 5.5" HD Super AMOLED screen. |
| |  |
| | (*See* Samsung, Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find.) |
| | The Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard. |
| | The Android Quick Search Box on the Samsung Galaxy Note II receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box: |



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy Note II may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing said information identifier to a plurality of plug-in modules | The Galaxy Note II performs the step of providing said information identifier to a plurality of plug-in modules.

For example, the Galaxy Note II's Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy Note II provides a plurality of plug-in modules that include the Google[4], Browser, and Contacts plug-in modules.  Users can select which modules to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to plug-in modules. |

---

[4] In the alternative, the Google module combined with the Google search suggestions server with which it communicates is equivalent to a plug-in module in that it matches the function, way, and result of the plug-in module, and is not substantially different from a plug-in module.



| each using a different heuristic to locate information which matches said identifier; | The Galaxy Note II performs the step of each using a different heuristic to locate information which matches said identifier. |
| --- | --- |



For example, the Quick Search Box provides the Google, Browser, and Contacts plug-in modules.  These plug-in modules each use a different heuristic to locate information which matches the inputted identifier. According to the '604 patent specification:

> "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)

> "[T]he selected plug-in modules 221 . . . 22N receive the information identifier and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14)

| providing at least one candidate item of information from said modules; | The Galaxy Note II performs the step of providing at least one candidate item of information from said modules.<br><br>For example, in the image below, the Galaxy Note II is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":<br><br> |
|---|---|
| and displaying a representation of said candidate item of information. | The Galaxy Note II running Android Jelly Beanperforms the step of displaying a representation of said candidate item of information.<br><br>For example, in the screen capture below, the Galaxy Note II is displaying representations of the candidate items to the screen. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Note II to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy Note II displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 2 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II |
|---|---|
| The method of claim 1 wherein said information identifier is input via an application program having a text input window. | The Samsung Galaxy Note II performs the method of Claim 1 wherein said information identifier is input via an application program having a text input window.<br><br>The Quick Search Box application includes a text input window by means of which a user can input an information identifier.  In the image below, the user has input the information identifier "app" into the text input window at the top of the screen:<br><br> |

| Claim 3 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Android Jelly Bean |
|---|---|
| The method of claim 1 wherein said information identifier is input in by means of a dialog box displayed on a user interface. | The Samsung Galaxy Note II performs the method of Claim 1 wherein said information identifier is input by means of a dialog box displayed on a user interface.<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy Note |

II.



Google's developer blog also describes the Quick Search Box as "available right from your phone's home screen."[5]

---

[5] "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.

| Claim 4 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Android Jelly Bean |
|---|---|
| The method of claim 1 wherein said information identifier is vocally entered by a user. | The Samsung Galaxy Note II performs the method of Claim 1 wherein said information identifiers are vocally entered by a user.<br><br>As explained in the Galaxy Note II user manual, the Voice Search feature allows a user to vocally enter an information identifier.  The information identifier then triggers a search through the Quick Search Box:<br><br>&bull; **Google search** is an on-screen Internet search engine powered by Google™. Tap to access either the Voice Actions feature or Google Now™.<br><br>&ndash; Tap   (**Voice Actions**) to launch these functions from within this Google widget.<br><br>Galaxy Note II User Manual, http://downloadcenter.samsung.com/content/UM/201211/20121108062653016/T-Mobile_T889_Galaxy_Note_II_English_User_Manual_UVLJ1_F8.pdf<br><br>The image below shows the result of initiating a voice search using the Quick Search Box on the home screen of the Galaxy Note II by tapping the microphone icon on the Quick Search Box.  The resulting screen prompts the user to "Speak Now." |



| Claim 5 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II |
|---|---|
| The method of claim 1 wherein said information identifier is one of a letter, a word, or a phrase. | The Samsung Galaxy Note II performs the method of Claim 1 wherein said information identifier is one of a letter, a word, or a phrase.<br><br>In the image below, the information identifier provided to the Quick Search Box is the letter "a":<br><br><br><br>In the image below, the  information identifier provided to the Quick Search Box is the word "app": |



In the image below, the information identifier provided to the Quick Search Box is the phrase "apple support":



| Claim 9 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II |
|---|---|
| The method of claim 1 wherein one of said heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Note II performs the method of Claim1 wherein one of said heuristics locates items of information on the basis of names of files.<br><br>For example, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locate items of information on the basis of names of files. |

| Claim 10 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II |
|---|---|
| The method of claim 9 wherein another of said heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy Note II performs the method of Claim 9 wherein another of said heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy Note II's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 12 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Jelly Bean |
|---|---|
| The method of claim 1 wherein one of said heuristics locates items of information that are stored locally on the computer system. | The Samsung Galaxy Note II running Jelly Bean performs the method of Claim 1 wherein one of said heuristics locates items of information stored locally on the computer system.<br><br>As described above, the plug-in modules locate information that is stored locally on the computer system.  For example, the Contacts module locates information about a user's contacts that are stored locally on the Samsung Galaxy Note II.<br><br>In the image below, for example, the plug-in modules have located a locally stored bookmark and a locally stored contact:<br><br> |

| Claim 14 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Jelly Bean |
|---|---|
| The method of claim 12 wherein another of said heuristics locates items of information that are stored on remote computer systems. | The Samsung Galaxy Note II running Jelly Bean performs the method of Claim 12 wherein another of said heuristics locates items of information that are stored on remote computer systems.<br><br>For example, the Google plug-in module provides internet search suggestions from the search engine Google based on the user's inputted information identifier.<br><br>The Google plug-in module retrieves its suggestions from Google, a remote computer system.  The computer instructions found in the file GoogleSuggestClient.java call the mProvider.getsuggestions() method, which in turn calls the queryInternal() method, which uses the query() method to send an HTTP "get" request to a Google Suggests server and return the suggestion results to the quick search box.  (See source code at AbstractGoogleSource.java and GoogleSuggestClient.java.)<br><br>For example, in the image below, the Google Search suggestions, retrieved from the remote computer system. |



| Claim 15 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Android Jelly Bean |
|---|---|
| The method of claim 14 wherein said other heuristic locates Internet web pages. | The Samsung Galaxy Note II performs the method of Claim 14 wherein said other heuristic locates internet web pages.<br><br>For example, the Google Search suggestions retrieved by the Google plug-in module correspond to internet searches from Google that correspond with the inputted information identifier.  When the user selects one of the searches, the user is taken to the corresponding search on the Google web site to view the results of the search.  Thus, the Google module locates internet web pages corresponding to the various suggested searches matching the inputted information identifier.<br><br>For instance, For instance, the image below shows a sample result of selecting the Google search suggestion "apple" corresponding to the inputted information identifier "app." |



| Claim 16 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Android Jelly Bean |
|---|---|
| The method of claim 14 wherein said other heuristic locates items of information that are stored on a wide-area network. | The Samsung Galaxy Note II performs the method of Claim 14 wherein said other heuristic locates items of information that are stored on a wide-area network.<br><br>The Google Search suggestions retrieved by the Google plug-in module corresponds to information available on the internet, a wide-area network.  Specifically, the searches correspond to searches using Google that correspond with the inputted information identifier.  When the user selects one of the searches, the user is taken to the corresponding search on the Google web site to view the results of the search.  Thus, the Google module locates web pages, which are items of information stored on a wide-area network.<br><br>For instance, For instance, tth image below shows a sample result of selecting the Google search suggestion "apple" corresponding to the inputted information identifier "app." |



| Claim 17 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Android Jelly Bean |
|---|---|
| The method of claim 1 wherein said information identifier is provided in parallel to said modules, and | The Samsung Galaxy Note II performs the method of Claim 1 wherein said information identifier is provided in parallel to said modules.<br><br>The Quick Search Box provides the inputted information identifier to the plug-in modules in parallel.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the plug-in modules in parallel. |

| | |
|---|---|
| further including the step of selecting candidate items of information provided by said modules for display in accordance with a global heuristic. | The Samsung Galaxy Note II performs the step of selecting candidate items of information provided by said modules for display in accordance with a global heuristic.<br><br>As described in the official description of the Google Search application, "Google Search will learn which items you click on most to make it even easier to get what you want quickly."[6]<br><br>The Galaxy Note II displays a representation of the candidate item of information.  In the screen capture below, the Galaxy Note II is outputting representations of the candidate items to the screen., including representations of the Google Search results, the results from the Browser module, and the results from the Contacts module.<br><br><br><br>By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the |

[6]  "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox.

| | showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Note II to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java. Further computer instructions indicating how the Galaxy Note II displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java. |
| --- | --- |

| Claim 19 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Android Jelly Bean |
|---|---|
| A method for locating information from a plurality of locations in a computer system, comprising the steps of[7]: | To the extent the preamble of Claim 19 may be construed to be limiting, the Samsung Galaxy Note II performs a method for locating information from a plurality of locations in a computer system.<br><br>For instance, the Samsung Galaxy Note II includes a 1.6 GHz quad-core processor CPU, 16GB, 32GB, or 64GB of on-board memory, a 5.5" HD Super AMOLED screen, HSPA+/LTE and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Jelly Bean version of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a computer system. |

---

[7] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

## Specifications

**Network**
- 3G: HSPA+21Mbps
  (HSDPA 21Mbps / HSUPA 5.76Mbps)
- 4G LTE: 100Mbps / 50Mbps

**Processor**
- 1.6 GHz quad-core processor

**OS**
- Android 4.1 (Jelly Bean)

**Display**
- 140.9 mm (5.5") HD Super AMOLED (1,280 x 720)

**Dimension**
- 80.5 x 151.1 x 9.4 mm, 180g

**Battery**
- Standard battery, Li-ion 3,100mAh

**Memory**
- 16/32/64GB User memory + 2GB (RAM)
- microSD slot (up to 64GB)

**S Pen Optimized Features**
- S Pen Experience
  - S Note, S Planner, Email with hand-writing integration
  - S Pen Keeper
  - Quick Command, Easy Clip, Photo Note, Paper Artist
  - Shape Match, Formula Match

**1 Step tasking / Multitasking features**
- Air View
- Popup Note, Popup Video
- Page Buddy / Tag Buddy / Word Buddy

**Connectivity / Sharing Features**
- Bluetooth® v 4.0 (Apt-X Codec support) LE
- USB 2.0 Host
- WiFi 802.11 a/b/g/n (2.4 & 5 GHz), Wi-Fi HT40
- Wi-Fi Direct
- NFC
- S Beam
- Samsung AllShare Play & Control
- Samsung AllShare Cast (WiFi Display)
  - Mirroring & Extention
- Samsung AllShare Framework

**Other**
- Samsung TouchWiz / Samsung Live Panel
- Samsung Kies /Samsung Kies Air
- Samsung ChatON mobile communication service
- Smart Stay, Direct diaa, Screen Recorder, Quick Glance
- Samsung ChatON mobile communication service
- Samsung S Suggest

**Camera**
- Main (Rear) : 8 Megapixel Auto Focus Camera with LED Flash, BSI
- Sub (Front) : 1.9 Megapixel VT Camera, BSI
- Best Photo, Best Face, Low light shot

**Video**
- Codec: MPEG4, H.263, H.264, VC-1, DivX, WMV7, WMV8, WMV9, VP8
- Format: 3GP(MP4), WMV(ASF), AVI, FLV, MKV, WebM
- Full HD(1080p) Playback & Recording

**Audio**
- Codec: MP3, OGG, WMA, AAC, ACC+, eAAC+, AMR(NB,WB), MIDI, WAV, AC-3, Flac
- Music Player with SoundAlive
- 3.5mm Ear Jack

**Content / Services**
- Samsung Apps
- Samsung Hub
  - Game Hub
  - Media Hub (US only)
  - Learning Hub / Music Hub / Video Hub
  ※ The availability of each Samsung Hubs may differ by country

**Sensor**
- Accelerometer, RGB Light, Digital Compass, Proximity, Gyro, Barometer

**GPS**
- A-GPS
- Glonass

**Enterprise Solutions**
- On Device Encryption (H/W)
- Microsoft Exchange ActiveSync
- VPN(F5, Cisco, Juniper)
- MDM(Sybase Afaria, Mobileiron, SOTI, Good)
- CCX
- VMware MVP

*Some specifications may vary by country

(*See* Samsung, Galaxy Note II Specifications,
http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find.)

The Samsung Galaxy Note II includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy Note II.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.

32



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Note II, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Quick Search Box as a standard feature of the Galaxy Note II, as shown by the inclusion of the Google Search feature in the Galaxy Note II user manual:

- **Google search** is an on-screen Internet search engine powered by Google™. Tap to access either the Voice Actions feature or Google Now™.
  - Tap ⬚ (**Voice Actions**) to launch these functions from within this Google widget.

Galaxy Note II User Manual, http://downloadcenter.samsung.com/content/UM/201211/20121108062653016/T-Mobile_T889_Galaxy_Note_II_English_User_Manual_UVLJ1_F8.pdf

| | |
|---|---|
| inputting an information identifier; | The Samsung Galaxy Note II performs the step of inputting an information identifier. |

The Samsung Galaxy Note II has a 5.5" HD Super AMOLED screen.



(*See* Samsung, Galaxy Note II Specifications, http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find.)

The Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy Note II receives an inputted information identifier from a user.  In the screenshot below, the information identifier "app" has been input:



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy Note II may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing said information identifier to a plurality of heuristics | The Galaxy Note II performs the step of providing said information identifier to a plurality of heuristics.

For example, the Galaxy Note II's Quick Search Box provides a plurality of heuristics.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy Note II provides a plurality of pre-selected heuristics that include the Google[8], Browser, and Contacts heuristics.  Users can select which heuristics to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected heuristics. |

---

[8] In the alternative, the Google heuristic combined with the Google search suggestions server with which it communicates is equivalent to a heuristic in that it matches the function, way, and result of the heuristic, and is not substantially different from a heuristic.



| | |
|---|---|
| to locate information in a plurality of locations | The Galaxy Note II running Android Jelly Bean performs the step of locating information from a plurality of locations in a computer system. |



The Quick Search Box provides said information identifier to a plurality of heuristics, for example, to the Google, Browser, and Contacts, to locate information in the plurality of locations. An information identifier provided to Google locates information from Google Search suggestions on the Internet. An information identifier provided to Browser locates information from bookmarks and web history. An information identifier provided to Contacts locates information from contacts stored locally on the Galaxy Note II.

| which include the Internet and local storage media; | The locations searched by the Galaxy Note II include the internet and local storage media.<br><br>The figure below shows an example of a plurality of heuristics.  One is Google that performs a search of Google Search suggestions on the Internet.  Another is Browser that performs a search of bookmarks and web history, stored locally on the Galaxy Note II's local storage media.  Another is People that performs a search of the names of contacts stored locally on the Galaxy Note II's local storage media. |
| --- | --- |



| | |
|---|---|
| determining at least one candidate item of information based upon the plurality of heuristics; | The Samsung Galaxy Note II performs the step of determining at least one candidate item based on the plurality of heuristics.<br><br>For example, in the image below, the Galaxy Note II is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app": |



| and displaying a representation of said candidate item of information. | The Galaxy Note II performs the step of displaying a representation of said candidate item of information. |
|---|---|
| | For example, in the screen capture below, the Galaxy Note II is displaying representations of the candidate items to the screen. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Note II to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java. Further computer instructions indicating how the Galaxy Note II displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 20 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Android Jelly Bean |
|---|---|
| The method of claim 19, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Note II performs the method of Claim 19 wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 22 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Android Jelly Bean |
|---|---|
| The method of claim 19 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Note II performs the method of Claim19 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 23 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Android Jelly Bean |
|---|---|
| The method of claim 22 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy Note II performs the method of Claim 22 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy Note II's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Android Jelly Bean |
|---|---|
| A computer readable medium[9] | To the extent the preamble of Claim 24 may be construed to be limiting, the Samsung Galaxy Note II includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  The Samsung Galaxy Note II contains 16GB, 32GB, or 64GB of internal computer memory, as indicated on the specifications on Samsung's web site: |

---

[9]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

## Specifications

**Network**
- 3G: HSPA+21Mbps
  (HSDPA 21Mbps / HSUPA 5.76Mbps)
- 4G LTE: 100Mbps / 50Mbps

**Processor**
- 1.6 GHz quad-core processor

**OS**
- Android 4.1 (Jelly Bean)

**Display**
- 140.9 mm (5.5") HD Super AMOLED (1,280 x 720)

**Dimension**
- 80.5 x 151.1 x 9.4 mm, 180g

**Battery**
- Standard battery, Li-ion 3,100mAh

**Memory**
- 16/32/64GB User memory + 2GB (RAM)
- microSD slot (up to 64GB)

**S Pen Optimized Features**
- S Pen Experience
  - S Note, S Planner, Email with hand-writing
    integration
  - S Pen Keeper
  - Quick Command, Easy Clip, Photo Note,
    Paper Artist
  - Shape Match, Formula Match

**1 Step tasking / Multitasking features**
- Air View
- Popup Note, Popup Video
- Page Buddy / Tag Buddy / Word Buddy

**Connectivity / Sharing Features**
- Bluetooth® v 4.0 (Apt-X Codec support) LE
- USB 2.0 Host
- WiFi 802.11 a/b/g/n (2.4 & 5 GHz), Wi-Fi HT40
- Wi-Fi Direct
- NFC
- S Beam
- Samsung AllShare Play & Control
- Samsung AllShare Cast (WiFi Display)
  - Mirroring & Extention
- Samsung AllShare Framework

**Other**
- Samsung TouchWiz / Samsung Live Panel
- Samsung Kies /Samsung Kies Air
- Samsung ChatON mobile communication service
- Smart Stay, Direct clee, Screen Recorder,
  Quick Glance
- Samsung ChatON mobile communication service
- Samsung S Suggest

**Camera**
- Main (Rear) : 8 Megapixel Auto Focus Camera
  with LED Flash, BSI
- Sub (Front) : 1.9 Megapixel VT Camera, BSI
- Best Photo, Best Face, Low light shot

**Video**
- Codec: MPEG4, H.263, H.264, VC-1, DivX, WMV7,
  WMV8, WMV9, VP8
- Format: 3GP(MP4), WMV(ASF), AVI, FLV, MKV,
  WebM
- Full HD(1080p) Playback & Recording

**Audio**
- Codec: MP3, OGG, WMA, AAC, ACC+, eAAC+,
  AMR(NB,WB), MIDI, WAV, AC-3, Flac
- Music Player with SoundAlive
- 3.5mm Ear Jack

**Content / Services**
- Samsung Apps
- Samsung Hub
  - Game Hub
  - Media Hub (US only)
  - Learning Hub / Music Hub / Video Hub
  ※ The availability of each Samsung Hubs may
    differ by country

**Sensor**
- Accelerometer, RGB Light, Digital Compass,
  Proximity, Gyro, Barometer

**GPS**
- A-GPS
- Glonass

**Enterprise Solutions**
- On Device Encryption (H/W)
- Microsoft Exchange ActiveSync
- VPN(F5, Cisco, Juniper)
- MDM(Sybase Afaria, MobileIron, SOTI, Good)
- CCX
- VMware MVP

*Some specifications may vary by country

(*See* Samsung, Galaxy Note II Specifications,
http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find.)

46

| | The Samsung Galaxy Note II, and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps. For example, the Samsung Galaxy Note II includes version 4.0 of the Android software platform, which includes such instructions, as set forth below. |
| --- | --- |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy Note II comprises a computer readable medium for locating information from a plurality of locations containing program instructions. |
| | The Galaxy Note II includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web." The Quick Search Box is an application comprising program instructions. |
| | As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy Note II. |



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Note II, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



| | |
|---|---|
| receive an information identifier; | The Samsung Galaxy Note II comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Samsung Galaxy Note II has a 5.5" HD Super AMOLED screen. |



(*See* Samsung, Galaxy Note II Specifications,
http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find.)

The Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy Note II receives an inputted information identifier.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:



Portions of the computer instructions allowing the Quick Search Box to receive an information identifier in the Samsung Galaxy Note II may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| provide said information identifier to a plurality of heuristics | The Samsung Galaxy Note II comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.<br><br>For example, the Galaxy Note II's Quick Search Box provides a plurality of heuristics.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy Note II provides a plurality of heuristics to which an information identifier can be provided by the Galaxy Note II. The Galaxy Note II provides the information descriptor to the heuristics and permits the user to modify the default list of selected heuristics. |
| --- | --- |



As shown in the example above, the Galaxy Note II provides at least the Google[10], Browser, and Contacts heuristics that are preselected by the Galaxy Note II.

| to locate information in the plurality of locations | The Samsung Galaxy Note II comprises a computer readable medium including instructions to locate information in the plurality of locations. |

---

[10] In the alternative, the Google heuristic combined with the Google search suggestions server with which it communicates is equivalent to a heuristic in that it matches the function, way, and result of the heuristic, and is not substantially different from a heuristic.



The Quick Search Box provides said information identifier to a plurality of heuristics, for example, to the Google, Browser, and Contacts, to locate information in the plurality of locations.  An information identifier provided to Google locates information from Google Search suggestions on the Internet. An information identifier provided to Browser locates information from bookmarks and web history. An information identifier provided to Contacts, locates information from contacts stored locally on the Galaxy Note II.

| which include the Internet and local storage media; | The locations searched by the Galaxy Note II include the internet and local storage media.<br><br>The figure below shows an example of a plurality of heuristics.  One is Google that performs a search of Google Search suggestions on the Internet.  Another is Browser that performs a search of bookmarks and web history, stored locally on the Galaxy Note II's local storage media.  Another is People that performs a search of the names of contacts stored locally on the Galaxy Note II's local storage media. |
| --- | --- |



| determine at least one candidate item of information based upon the plurality of heuristics; | The Samsung Galaxy Note II comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics. |
| | For example, in the image below, the Galaxy Note II is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app": |



| and display a representation of said candidate item of information. | The Galaxy Note II comprises a computer-readable medium that contains instructions to display a representation of said candidate item of information.<br><br>For example, in the screen capture below, the Galaxy Note II is displaying representations of the candidate items to the screen. |
|---|---|



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Note II to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java. Further computer instructions indicating how the Galaxy Note II displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Android Jelly Bean |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Note II comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Android Jelly Bean |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Note II comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 28 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Android Jelly Bean |
|---|---|
| The computer readable medium of claim 24 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy Note II comprises computer readable media of Claim 24 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy Note II's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 29 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Android Jelly Bean |
|---|---|
| An apparatus that locates information from a plurality of locations within a computer system, comprising[11]: | To the extent the preamble of Claim 29 may be construed to be limiting, the Samsung Galaxy Note II is an apparatus that locates information from a plurality of locations within a computer network.<br><br>For instance, the Samsung Galaxy Note II includes a 1.6 GHz quad-core processor CPU, 16GB, 32GB, or 64GB of on-board memory, a 5.5" HD Super AMOLED screen, HSPA+/LTE and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Jelly Bean version of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a computer system. |

---

[11] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

## Specifications

**Network**
- 3G: HSPA+21Mbps
  (HSDPA 21Mbps / HSUPA 5.76Mbps)
- 4G LTE: 100Mbps / 50Mbps

**Processor**
- 1.6 GHz quad-core processor

**OS**
- Android 4.1 (Jelly Bean)

**Display**
- 140.9 mm (5.5") HD Super AMOLED (1,280 x 720)

**Dimension**
- 80.5 x 151.1 x 9.4 mm, 180g

**Battery**
- Standard battery, Li-ion 3,100mAh

**Memory**
- 16/32/64GB User memory + 2GB (RAM)
- microSD slot (up to 64GB)

**S Pen Optimized Features**
- S Pen Experience
  - S Note, S Planner, Email with hand-writing integration
  - S Pen Keeper
  - Quick Command, Easy Clip, Photo Note, Paper Artist
  - Shape Match, Formula Match

**1 Step tasking / Multitasking features**
- Air View
- Popup Note, Popup Video
- Page Buddy / Tag Buddy / Word Buddy

**Connectivity / Sharing Features**
- Bluetooth® v 4.0 (Apt-X Codec support) LE
- USB 2.0 Host
- WiFi 802.11 a/b/g/n (2.4 & 5 GHz), Wi-Fi HT40
- Wi-Fi Direct
- NFC
- S Beam
- Samsung AllShare Play & Control
- Samsung AllShare Cast (WiFi Display)
  - Mirroring & Extention
- Samsung AllShare Framework

**Other**
- Samsung TouchWiz / Samsung Live Panel
- Samsung Kies /Samsung Kies Air
- Samsung ChatON mobile communication service
- Smart Stay, Direct class, Screen Recorder, Quick Glance
- Samsung ChatON mobile communication service
- Samsung S Suggest

**Camera**
- Main (Rear) : 8 Megapixel Auto Focus Camera with LED Flash, BSI
- Sub (Front) : 1.9 Megapixel VT Camera, BSI
- Best Photo, Best Face, Low light shot

**Video**
- Codec: MPEG4, H.263, H.264, VC-1, DivX, WMV7, WMV8, WMV9, VP8
- Format: 3GP(MP4), WMV(ASF), AVI, FLV, MKV, WebM
- Full HD(1080p) Playback & Recording

**Audio**
- Codec: MP3, OGG, WMA, AAC, ACC+, eAAC+, AMR(NB,WB), MIDI, WAV, AC-3, Flac
- Music Player with SoundAlive
- 3.5mm Ear Jack

**Content / Services**
- Samsung Apps
- Samsung Hub
  - Game Hub
  - Media Hub (US only)
  - Learning Hub / Music Hub / Video Hub
  ※ The availability of each Samsung Hubs may differ by country

**Sensor**
- Accelerometer, RGB Light, Digital Compass, Proximity, Gyro, Barometer

**GPS**
- A-GPS
- Glonass

**Enterprise Solutions**
- On Device Encryption (H/W)
- Microsoft Exchange ActiveSync
- VPN(F5, Cisco, Juniper)
- MDM(Sybase Afaria, MobileIron, SOTI, Good)
- CCX
- VMware MVP

*Some specifications may vary by country

(*See* Samsung, Galaxy Note II Specifications,
http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find.)

The Samsung Galaxy Note II includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy Note II.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Note II, and the Quick Search Box has located Google search suggestions correlating to the information identifier "app" from the internet, a computer network:



| | |
|---|---|
| means for inputting an information identifier; | The Samsung Galaxy Note II comprises means for inputting an information identifier.<br><br>The Samsung Galaxy Note II has a 5.5" HD Super AMOLED screen. |

(*See* Samsung, Galaxy Note II Specifications,
http://www.samsung.com/global/microsite/galaxynote/note2/spec.html?type=find.)

The Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy Note II receives an inputted information identifier from a user.  In the screenshot below, the user has inputted the information identifier "app" into the Quick Search Box:



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy Note II may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| means for providing said information identifier to a plurality of heuristics | The Galaxy Note II  running Android Jelly Bean comprises means for providing said information identifier to a plurality of heuristics.

For example, the Galaxy Note II's Quick Search Box provides a plurality of heuristics.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy Note II provides a plurality of pre-selected heuristics that include the Google[12], Browser, and Contacts heuristics.  Users can select which heuristics to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected heuristics.

 |
| to locate information in the plurality of locations | The Galaxy Note II locates information from a plurality of locations. |

---

[12] In the alternative, the Google heuristic combined with the Google search suggestions server with which it communicates is equivalent to a heuristic in that it matches the function, way, and result of the heuristic, and is not substantially different from a heuristic.



The Quick Search Box provides said information identifier to a plurality of heuristics, for example, to the Google, Browser, and Contacts, to locate information in the plurality of locations.  An information identifier provided to Google locates information from Google Search suggestions on the Internet. An information identifier provided to Browser locates information from bookmarks and web history. An information identifier provided to Contacts locates information from contacts stored locally on the Galaxy Note II.

| which comprise the Internet and local storage media; | The locations searched by the Galaxy Note II include the internet and local storage media.<br><br>The figure below shows an example of a plurality of heuristics.  One is Google that performs a search of Google Search suggestions on the Internet.  Another is Browser that performs a search of bookmarks and web history, stored locally on the Galaxy Note II's local storage media.  Another is People that performs a search of the names of contacts stored locally on the Galaxy Note II's local storage media. |
| --- | --- |



| | |
|---|---|
| means for determining at least one candidate item of information based upon the plurality of heuristics; | The Samsung Galaxy Note II comprises means for determining at least one candidate item based on the plurality of heuristics.<br><br>For example, in the image below, the Galaxy Note II is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app": |



| and means for displaying a representation of said candidate item of information. | The Galaxy Note II comprises means for displaying a representation of said candidate item of information.<br><br>For example, in the screen capture below, the Galaxy Note II is displaying representations of the candidate items to the screen. |
| --- | --- |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Note II to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java. Further computer instructions indicating how the Galaxy Note II displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 30 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Android Jelly Bean |
|---|---|
| The apparatus of claim 29, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Note II is an apparatus of Claim 29 wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 32 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Android Jelly Bean |
|---|---|
| The apparatus of claim 29 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Note II is an apparatus of Claim 29 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 33 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Note II running Android Jelly Bean |
|---|---|
| The apparatus of claim 29 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy Note II is an apparatus of Claim 29 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy Note II's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

EXHIBIT C-24

INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY SIII

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| 1.  A computer-based system for detecting structures in data and performing actions on detected structures, comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Galaxy SIII[2] is a computer-based system for detecting structures in data and performing actions on detected structures, as explained below.  For example, the Samsung Galaxy SIII is an Android smartphone with a 1.5 GHz dual-core processor, 16GB of internal memory, and a 4.8'' HD Super AMOLED touchscreen display.  (Samsung, Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T999RWATMB-specs).[3] <br><br>  <br><br> (Samsung, Samsung Galaxy SIII Gallery, http://www.samsung.com/global/galaxys3/gallery.html). |

---

[1]  Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

[2]  All references herein to the Samsung Galaxy S III include the Samsung Galaxy S III Mini, which, on information and belief, operates for relevant purposes like the Samsung Galaxy S III running Android Jelly Bean and which will be officially released in the U.S. in the near future and which has recently begun to be sold in the U.S.

[3]  Citations to specifications in this claim chart are generally to the T-Mobile Galaxy SIII specifications on Samsung's website.  However, upon information and belief, the functionality accused in this chart does not vary across carriers.

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
|  |  (Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T999RWATMB-specs). The Samsung Galaxy SIII is equipped with the Android Jelly Bean operating system and comes with various pre-installed applications, including a web browser and Messaging (or MMS) application.  (Samsung, Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T999RWATMB-specs). |

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | <br><br>(**Image of Samsung Galaxy SIII showing preinstalled applications, including Browser and Messaging**) |
| an input device for receiving data; | The Samsung Galaxy SIII includes an input device for receiving data.  For example, the Samsung Galaxy SIII includes hardware input devices such as a touchscreen, radios for receiving text messages, wireless-internet adapters for receiving internet data, and memory.  (*See* Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T999RWATMB-specs; *see, e.g.*, Samsung Galaxy SIII User Manual at 26-27, 93-105, 253-274 (2012)).<br><br> |

3

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| | <br><br>Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T999RWATMB-specs).<br><br>In particular, the Samsung Galaxy SIII includes a 4.8'' HD Super AMOLED touchscreen display that receives data that the user inputs.  (*See* Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T999RWATMB-specs). The touchscreen allows the user to interact with applications running on the Samsung Galaxy SIII.  Additionally, the Samsung Galaxy SIII permits the user to enter text via an onscreen keyboard.  (*See* Samsung Galaxy SIII User Manual at 93-105).<br><br>Another input device included in the Samsung Galaxy SIII is a radio that enables the phone to communicate with cellular towers.  (*See* Samsung Galaxy SIII User Manual, at 17, 26-27, 33.<br><br>Utilizing the radio, the Samsung Galaxy SIII can receive data from a network provider.  (*See id.*). This data can then be used by, for example, the Messaging and Browser applications on the phone.<br>Further, the Samsung Galaxy SIII includes wireless-internet adapters for receiving internet data from wireless local area networks.  (*See* Samsung Galaxy SIII User Manual at 26-27, 253-274 (indicating that the Samsung Galaxy SIII has built-in Bluetooth and Wi-Fi technology); *see also* Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T999RWATMB-specs). |

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | **Connectivity**<br><br>* Bluetooth®; Bluetooth® Profiles, A2DP, AVRCP, HID, HFP, PBAP, HSP, OPP, SPP; Wi-Fi® ; Wi-Fi® Hotspot; HTML Browser; Flash®; GPS<br><br>(Samsung Galaxy SIII Features, http://www.samsung.com/us/mobile/cell-phones/SGH-T999RWATMB-features).<br><br>These adapters allow the Samsung Galaxy SIII to receive data, such as webpages, that can be loaded in the Internet application.  (*See* Samsung Galaxy SIII User Manual at 253-274). |
| an output device for presenting the data; | The Samsung Galaxy SIII includes an output device for presenting data.  For example, the Samsung Galaxy SIII includes a 4.8'' HD Super AMOLED touchscreen display that presents data to the user.<br><br>**Display**<br><br>Main Display Resolution — 1280 x 720 Pixel<br>Main Display Size — 4.8"<br>Main Display Technology — HD Super AMOLED™<br><br>(Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T999RWATMB-specs). |
| a memory storing information including program routines including | The Samsung Galaxy SIII includes a memory storing information including program routines. For example, the Samsung Galaxy SIII includes 16GB of internal memory that stores information including program routines.  (Samsung Galaxy SIII Specifications, |

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | http://www.samsung.com/us/mobile/cell-phones/SGH-T999RWATMB-specs).<br><br><br><br>(*Id.*). |
| an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | The Samsung Galaxy SIII includes an analyzer server for detecting structures in the data and for linking actions to the detected structures.  Specifically, the Samsung Galaxy SIII includes an analyzer server that detects structures such as phone numbers, internet URLs, email addresses, and postal addresses in webpages.  In particular, the Browser application uses Android's ContentDetector class[4] and its child classes (AddressDetector and PhoneEmailDetector), which utilize regular expression processing to detect structures in text.  The analyzer server program routines for detecting structures in data comprise the methods in the AddressDetector and PhoneEmailDetector classes (including the FindContent() methods in both of those classes along with the other methods that they call, including FindPartialNumber() and FindPartialEmail in the case of the PhoneEmailDetector class), the FindTappedContent() and FindContentRange() methods of the ContentDector class, the methods of the AndroidHitTestResult class (including the searchContentDetectors() method), the HitTest() routine defined in WebViewCore.cpp, and the hitTestAtPoint() method of the WebViewCore class[5]. |

---

[4]  ContentDetector is a shared library that exists independently of the Browser application.

[5]  The source code for the Android operating system and the applications available with Android can be found at http://source.android.com/source/downloading.html.  All references to source code are to files available from that site.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | The HitTest() routine in WebViewCore.cpp calls the hitTestAtPoint() method of the WebViewCore class which in turn calls the searchContentDetectors() method of the AndroidHitTestResult class for touch points in the data on the Samsung Galaxy SIII.  The searchContentDetectors() method in the AndroidHitTestResult class then calls the FindTappedContent() method on instances of AddressDetector and PhoneEmailDetector classes, where FindTappedContent() is defined in the parent class ContentDetector.  FindTappedContent() then calls the FindContentRange() method (also defined in the parent class ContentDetector), which in turn calls the FindContent() method on the corresponding child class of the object instance (either AddressDetector or PhoneEmailDetector).  For the PhoneEmailDetector class, the FindContent() method calls the FindPartialNumber() and FindPartialEmail() functions which analyze the text to detect phone numbers and email addresses, respectively.  For the AddressDetector class, the FindContent() method analyzes the text to detect postal addresses.<br><br>For example, as shown below, when a user navigates to a webpage containing phone numbers in the Browser application, the analyzer server detects those phone numbers.  Although not shown below, the analyzer server similarly detects email addresses and postal addresses on webpages. |

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
|  |  |

**(Screenshot of Samsung Galaxy SIII showing a detected structure, a phone number, in web browsing data as a user is selecting it)**

The analyzer server then links actions to the detected structure.  Specifically, the analyzer server's program routines for linking actions to the detected structures in webpages consist of the onCreateContextMenu() method of the BrowserActivity class, the onCreateContextMenu()

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | method of the Controller class, the getHitTestResult() method of the WebView class, and the setIntent() method of the MenuItemImpl class.[6] <br><br> After a user long presses on a structure, the onCreateContextMenu() method in the BrowserActivity class is called, which in turn calls the onCreateContextMenu method in the Controller class.  The latter onCreateContextMenu method first calls the getHitTestResult() method of the WebView class, which returns the structure the user selected. <br><br> The onCreateContextMenu() method then adds Intent objects, based on the type of structure selected, to a context menu via a call to the setIntent() method on a MenuItem object.  The Intent object has two primary components: an action to be performed and the selected data to operate on. <br><br> For example, when a user long presses on a phone number in a webpage in the Browser application, the onCreateContextMenu() method adds Intent objects that will, upon selection, open the dialer with the phone number, add it to the user's contacts, or copy the phone number. |

---

[6]  Like ContentDetector, the WebView and MenuItemImpl classes are shared libraries independent of the Browser application.

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| |  **(Screenshot of Samsung Galaxy SIII showing actions linked to a detected and selected phone number)** Although not shown above, actions are also linked to detected email addresses and postal addresses. After a user selects a particular activity in the presented menu, the Intent object is passed to the |

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| | startActivity() method, which launches the action indicated by the Intent object.  For example, if the user selects "Dial" from the menu shown above, the action processor for the Samsung Galaxy SIII initiates the phone application dialer.<br><br><br><br>**(Screenshot of Samsung Galaxy SIII having a detected structure that is linked to actions, upon selection of the "Dial" option)**<br><br>Although not shown above, the action processor for the Samsung Galaxy SIII initiates program routines for selected actions related to detected email addresses and postal addresses. |

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | Additionally, the Samsung Galaxy SIII includes Android's "Linkify" functionality in its Messaging application.  Android's Linkify functionality "take[s] a piece of text and a regular expression and turns all of the regex matches in the text into clickable links.  This is particularly useful for matching things like email addresses, Internet URLs, etc. and making them actionable." (Android Developer Site at Linkify).<br><br>In particular, when the Samsung Galaxy SIII receives a message in its Messaging application that includes an email address, postal address, or phone number, the Samsung Galaxy SIII detects those structures and links actions to them.  As shown below, if the user presses the detected email, the Samsung Galaxy SIII gives the user the option to send an email to the detected address. |

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| |  (Screenshots of a detected email address and linked actions) <br><br> If the user selects "Send Email" from the menu, the action processor for the Samsung Galaxy SIII initiates the Email application. |

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
|  |  **(Screenshot of initiated Email application)**<br><br>The analyzer server program routines for detecting structures in a message presented by the Messaging application consist of the addLinks() method of the Linkify class, the Pattern class, and the Matcher class.  *See* http://developer.android.com/reference/android/text/util/Linkify.html. The Linkify class uses pre-written Pattern objects, each designed for a different type of structure, |

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | for detecting structures in data.  When called either directly or via a setText() method in the TextView class, the addLinks() methods of the Linkify class are passed a parameter that indicates what type of structures to detect.  (*See* http://developer.android.com/reference /android/text/util/Linkify.html).  The Linkify class has the ability to find and identify four types of structures: web URLs, email addresses, phone numbers, and postal addresses.  For each type of structure, with the exception of postal addresses, the addLinks() method calls the gatherLinks() method of the Linkify class, passing it a Pattern object.<br><br>For postal addresses, the addLinks() method calls the gatherMapLinks() method of the Linkify class.  The gatherMapLinks() method enters into a loop, calling the findAddress() method of the WebView class, which in turn calls the FindAddress() method of the WebViewCore class, which calls the FindContent() method of the AddressDetector class described above.<br><br>The analyzer server program routines for linking actions to detecting structures in a message presented by the Messaging application consist of the addCallAndContactMenuItems() method of the ComposeMessageActivity class and the setIntent() method of the MenuItemImpl class.  For a detected structure, the addCallAndContactMenuItems() method creates a new Intent object containing the detected structure and adds that Intent object into a to-be-displayed menu. The addCallAndContactMenuItems() method adds the Intent object to a menu by calling the setIntent() method of the MenuItemImpl class. |
| a user interface enabling the selection of a detected structure and a linked action; and | The Samsung Galaxy SIII includes a user interface enabling the selection of a detected structure and a linked action.  For example, the Samsung Galaxy SIII's user interface for the Browser and Messaging applications allows the user to select a detected structure like a phone number, web URL, email address, or postal address.  The Samsung Galaxy SIII user interface also enables the selection of actions linked to those structures.<br><br>For example, as shown below, the user can select phone numbers detected on webpages in the Browser application.  The user interface then allows the user to select an action linked to the phone number.  Although not shown below, the Samsung Galaxy SIII's user interface also enables the selection of detected email addresses and postal addresses, and enables the selection of actions linked to those structures. |

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| |  |
| | **(Screenshots of the Samsung Galaxy SIII with a user interface enabling the selection of a detected structure (phone number) and selection of linked actions)** |
| | Once the FindContent() methods of the AddressDetector and PhoneEmailDetector classes detect structures in the webpage, the HitTest() routine in WebViewCore.cpp calls the createJavaObject() method of the AndroidHitTestResult class to construct a Java object of type WebKitHitTest that contains the result of structure detection and which is passed back through the Java Native Interface and stored in the mInitialHitTestResult instance variable in the WebViewClassic class. The onCreateContextMenu() method of the Controller class (which is invoked by the onCreateContextMenu() method of the BrowserActivity class) calls the getHitTestResult() |

16

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
|  | method of the (Java) WebView class to retrieve this structure detection result for the selected structure.  The onCreateContextMenu() method of the Controller class then uses this structure detection result to create a menu of linked actions for the selected structure (via the setIntent() method of the MenuItemImpl class) to be displayed to the user.  The show() method of the MenuDialogHelper class creates an instance of the AlertDialog class and calls the show() method of the Dialog class.  This method displays the AlertDialog object.<br><br>Second, the user can also select email addresses appearing in the Messaging application user interface.  The user interface then allows the user to select an action associated with the selected email address.  Although not shown below, the Samsung Galaxy SIII's user interface also enables selection of postal addresses, phone numbers, and web URLs detected in the Messaging application.  The user interface then enables the selection of actions linked to those structures. |

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| |  (Screenshots of the Samsung Galaxy SIII with a user interface enabling the selection of a detected email address in the Messaging application and a user interface enabling the selection of actions linked to the email address) <br><br> The applyLink() method of the Linkify class creates a URLSpan object over each detected structure.  The URLSpan class extends the ClickableSpan class, which enables the user to select any piece of text associated with a URLSpan object. http://developer.android.com/reference/android/text/style/ClickableSpan.html.  The Messaging application further enables the selection of a linked action by displaying a context menu in much the same way as the Browser application.  The show() method of the ContextMenuBuilder class |

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
|  | is called after the user selects a detected structure.  The addCallAndContactMenuItems() method of the ComposeMessageActivity class links actions to the detected structure, and the show() method of the ContextMenuBuilder class calls the show() method of the MenuDialogHelper class. Just as in the Browser application, the show() method of the MenuDialogHelper class creates an instance of the AlertDialog class and calls the show() method of the Dialog class.  This method displays the AlertDialog object. |
| an action processor for performing the selected action linked to the selected structure; and | The Samsung Galaxy SIII includes an action processor for performing the selected action linked to the selected structure.  For example, the Samsung Galaxy SIII includes a phone application. Upon selection of the "Dial" option from the Browser in the user interface, the action processor performs the selected action, namely, it initiates the dialer.  As described above, the "Dial" action is linked to the selected phone number. |

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
|  |  **(Screenshot of the Samsung Galaxy SIII showing the result of the linked action having been performed)** Second, the Samsung Galaxy SIII includes an Email application.  Upon selection of the "Send email" option from the Messaging application in the user interface, the action processor performs the selected action, namely, it initiates the Email application. |

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| |  **(Screenshot of the Samsung Galaxy SIII showing the result of the linked action having been performed)**<br><br>The action processor for each application is the startActivity() method of the Context class and, when needed, the resolveActivity() method of the Intent class.  Upon selection of a linked action, the Messaging application and the Browser application invoke the startActivity() method and pass it an Intent object that contains a description of the action to perform.<br>http://developer.android.com/reference/android/app/Activity.html;<br>http://developer.android.com/guide/topics/fundamentals.html ("You can start an activity (or give |

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | it something new to do) by passing an Intent to startActivity() or startActivityForResult() (when you want the activity to return a result.").  The startActivity() method then launches the appropriate activity, which "is a single, focused thing that the user can do." http://developer.android.com/reference/android/app/Activity.html.  Activities are one of the "three … core components of an application" and are "activated through messages[] called intents."  http://developer.android.com/guide/topics/intents/intents-filters.html.  Some Intent objects specify the Activity to launch while others specify an action to perform and the data on which to perform that action.  http://developer.android.com/reference/android/content/Intent.html. In the case of the latter, the resolveActivity() method of the Intent class determines what activity should be launched.  *Id*.  For example, an Intent object containing the ACTION_VIEW action and an e-mail address display a menu allowing the user to select an application to use in order to send an e-mail to the detected e-mail address  *Id*.  For example, an Intent object containing the ACTION_VIEW action and a telephone number will cause startActivity() to "[d]isplay the phone dialer with the given number filled in."  *Id*. |
| a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | The Samsung Galaxy SIII includes a processing unit coupled to the input device, the output device, and the memory for controlling the execution of program routines.  For example, the Samsung Galaxy SIII includes a 1.5GHz dual-core processor coupled to input devices (a touchscreen and wireless-internet adapter), an output device (the 4.8'' HD Super AMOLED touchscreen display), and memory (16 GB of internal memory).  (*See* Samsung Galaxy SIII Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T999RWATMB-specs).<br><br>**CPU / Processor**<br><br>| Processor Speed, Type | 1.5 GHz dual core |<br><br>**Form Factor**<br><br>| Form Factor | Bar, Touchscreen | |

| Claim 1 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | **Display** |
| | | Main Display Resolution | 1280 x 720 Pixel | |
| | | Main Display Size | 4.8" | |
| | | Main Display Technology | HD Super AMOLED™ | |
| | **Memory** |
| | | Internal Memory | RAM (2GB), ROM (16GB) | |
| | | External Memory/microSD™ Capacity | Up to 64GB microSD | |
| | The processing unit controls the execution of the program routines. |

| Claim 2 | Infringement by the Samsung Galaxy SIII |
|---|---|
| 2.  The system recited in claim 1, wherein the analyzer server stores detected structures in memory. | The Samsung Galaxy SIII's analyzer server stores detected structures in memory.<br><br>As described above, when setIntent() is called, detected structures are stored in memory inside Intent objects.  In addition, as also described above, detected structures for the Browser are stored in memory inside the mInitialHitTestResult instance variable (which is of type WebKitHitTest) in the WebViewClassic class. |

| Claim 4 | Infringement by the Samsung Galaxy SIII |
|---|---|
| 4.  The system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. | The Samsung Galaxy SIII's analyzer server includes grammars and a parser for detecting structures in the data.<br><br>For example, the FindContent() method of the AddressDetector class and the FindPartialEmail() and FindPartialNumber() routines called by the FindContent() method of the PhoneEmailDetector class (which are used to detect structures in webpages) are parsers that are specific to the type of grammar that they are searching for.  In addition, the Linkify class described above uses the Pattern class, which includes the compile() method which in turn uses grammars.  The Pattern and Matcher classes contain a parser for detecting structures in Messages. |

| Claim 6 | Infringement by the Samsung Galaxy SIII |
|---|---|
| 6.  The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting structures in the data. | The Samsung Galaxy SIII's analyzer server includes a string library and a fast string search function for detecting structures in the data.<br><br>For example, within the FindContent() method of the AddressDetector class and the FindPartialEmail() routine that is called by the FindContent() method of the PhoneEmailDetector class, there are various string libraries that are used for doing string matching (e.g., rawStreetSuffixes, state_names, longDomainNames).  These methods include code for performing a fast string search function that searches for these strings. |

| Claim 8 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
| 8.  The system recited in claim 1, wherein the user interface highlights the detected structures. | The Samsung Galaxy SIII further includes a user interface that highlights the detected structures.  For example, the Samsung Galaxy SIII's user interface highlights email addresses detected in the Browser application.

As a second example, when the Samsung Galaxy SIII receives a text in its Messaging application that contains an email address or a phone number, the phone highlights those detected structures in blue, as shown below.  Although not shown below, the Messaging application user interface also highlights in blue web URLs and postal addresses detected in text messages. |

25

| Claim 8 | Infringement by the Samsung Galaxy SIII |
|---------|------------------------------------------|
|         |  **(Screenshot of detected email address highlighted in the Messaging application)** |

| Claim 9 | Infringement by the Samsung Galaxy SIII |
|---|---|
| 9.  The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of linked actions. | The Samsung Galaxy SIII further comprises a user interface that enables selection of an action by causing the output device to display a pop-up menu of linked actions.  For example, when a user long presses on a phone number on a webpage, the Samsung Galaxy SIII presents the user with a pop-up menu of linked actions on its touch screen display.  The phone's user interface enables the user to select one of the actions, for example, "Dial" or "Add contact," from the pop-up menu.<br><br><br><br>**(Screenshot of the user interface of the Samsung Galaxy SIII enabling selection of an action linked to a phone number from a pop-up menu)** |

| Claim 9 | Infringement by the Samsung Galaxy SIII |
|---|---|
| | As a second example, when a user presses on a detected email address in the Messaging application, the Samsung Galaxy SIII presents the user with a pop-up menu of actions linked to that email address on its touch screen display, as shown below.  The phone's user interface enables the user to select one of the linked actions, for example, "send email" or "add to contacts," from the presented pop-up menu. <br><br>  <br><br> **(Screenshot of the user interface of the Samsung Galaxy SIII enabling selection of an action linked to an email address from a pop-up menu)** |

EXHIBIT C-25

**INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY NOTE II**

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---------|---------------------------------------------|
| 1.  A computer-based system for detecting structures in data and performing actions on detected structures, comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Galaxy Note II is a computer-based system for detecting structures in data and performing actions on detected structures, as explained below.  For example, the Samsung Galaxy Note II is an Android smartphone with a 1.6GHz quad-core processor, 16GB of internal memory, and a 5.5'' HD Super AMOLED touchscreen display.  (Samsung, Samsung Galaxy Note II Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T889TSATMB-specs).[2]<br><br><br><br>(Samsung, Samsung Galaxy Note II Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-T889TSATMB-gallery). |

---

[1]  Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

[2]  Citations to specifications in this claim chart are generally to the T-Mobile Galaxy Note II specifications on Samsung's website.  However, upon information and belief, the functionality accused in this chart does not vary across carriers.

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---|---|
| | **CPU / Processor**<br><br>Processor Speed, Type — Exynos™ 1.6GHz Quad-core<br><br>**Memory**<br><br>Internal Memory — 16GB<br><br>External Memory/microSD™ Capacity — Up to 64 GB<br><br>(Samsung Galaxy Note II Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T889TSATMB-specs).<br><br>The Samsung Galaxy Note II is equipped with the Android operating system and comes with various pre-installed applications, including a web browser and Messaging (or MMS) application. (Samsung, Samsung Galaxy Note II Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T889TSATMB-specs). |

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---------|---------------------------------------------|
| | <br>**(Image of Samsung Galaxy Note II showing preinstalled applications, including Browser and Messaging)** |
| an input device for receiving data; | The Samsung Galaxy Note II includes an input device for receiving data.  For example, the Samsung Galaxy Note II includes hardware input devices such as a touchscreen, radios for receiving text messages, wireless-internet adapters for receiving internet data, and memory.  (*See* Samsung Galaxy Note II Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T889TSATMB-specs; Samsung Galaxy Note II User Manual at 27-28).<br><br><br><br>Samsung Galaxy Note II Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T889TSATMB-specs).<br><br>In particular, the Samsung Galaxy Note II includes a 5.5'' HD Super AMOLED touchscreen |

3

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---|---|
|  | display that receives data that the user inputs.  (*See* Samsung Galaxy Note II Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T889TSATMB-specs). The touchscreen allows the user to interact with applications running on the Samsung Galaxy Note II. Additionally, the Samsung Galaxy Note II permits the user to enter text via an onscreen keyboard.  (*See* Samsung Galaxy Note II User Manual at 104-116).<br><br>Another input device included in the Samsung Galaxy Note II is a radio that enables the phone to communicate with cellular towers.  (*See* Samsung Galaxy Note II User Manual, at 27-28, 34).<br><br>Utilizing the radio, the Samsung Galaxy Note II can receive data from a network provider.  (*See id.*).  This data can then be used by, for example, the Messaging and Browser applications on the phone.<br><br>Further, the Samsung Galaxy Note II includes wireless-internet adapters for receiving internet data from wireless local area networks.  (*See* Samsung Galaxy Note II User Manual at 27-28, 269-281 (indicating that the Samsung Galaxy Note II has built-in Bluetooth and Wi-Fi technology); *see also* Samsung Galaxy Note II Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T889TSATMB-specs).<br><br><br><br>(Samsung Galaxy Note II Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T889TSATMB-specs).<br><br>These adapters allow the Samsung Galaxy Note II to receive data, such as webpages, that can be loaded in the Internet application.  (*See* Samsung Galaxy Note II User Manual at 269-281). |
| an output device for presenting the data; | The Samsung Galaxy Note II includes an output device for presenting data.  For example, the Samsung Galaxy Note II includes a 5.5'' HD Super AMOLED touchscreen display that presents data to the user. |

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---|---|
| | **Display** <br><br> Main Display Resolution: 1280 x 720 <br><br> Main Display Size: 5.5" <br><br> Main Display Technology: HD Super AMOLED™ <br><br> (Samsung Galaxy Note II Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T889TSATMB-specs). |
| a memory storing information including program routines including | The Samsung Galaxy Note II includes a memory storing information including program routines. For example, the Samsung Galaxy Note II includes 16GB of internal memory that stores information including program routines.  (Samsung Galaxy Note II Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T889TSATMB-specs). <br><br> **Memory** <br><br> Internal Memory: 16GB <br><br> External Memory/microSD™ Capacity: Up to 64 GB <br><br> (*Id.*). |
| an analyzer server for detecting structures in the data, and for | The Samsung Galaxy Note II includes an analyzer server for detecting structures in the data and for linking actions to the detected structures.  Specifically, the Samsung Galaxy Note II includes |

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---|---|
| linking actions to the detected structures; | an analyzer server that detects structures such as phone numbers, internet URLs, email addresses, and postal addresses in webpages.  In particular, the Browser application uses Android's ContentDetector class[3] and its child classes (AddressDetector and PhoneEmailDetector), which utilize regular expression processing to detect structures in text.  The analyzer server program routines for detecting structures in data comprise the methods in the AddressDetector and PhoneEmailDetector classes (including the FindContent() methods in both of those classes along with the other methods that they call, including FindPartialNumber() and FindPartialEmail in the case of the PhoneEmailDetector class), the FindTappedContent() and FindContentRange() methods of the ContentDector class, the methods of the AndroidHitTestResult class (including the searchContentDetectors() method), the HitTest() routine defined in WebViewCore.cpp, and the hitTestAtPoint() method of the WebViewCore class[4]. <br><br> The HitTest() routine in WebViewCore.cpp calls the hitTestAtPoint() method of the WebViewCore class which in turn calls the searchContentDetectors() method of the AndroidHitTestResult class for touch points in the data on the Samsung Galaxy Note II.  The searchContentDetectors() method in the AndroidHitTestResult class then calls the FindTappedContent() method on instances of AddressDetector and PhoneEmailDetector classes, where FindTappedContent() is defined in the parent class ContentDetector.  FindTappedContent() then calls the FindContentRange() method (also defined in the parent class ContentDetector), which in turn calls the FindContent() method on the corresponding child class of the object instance (either AddressDetector or PhoneEmailDetector).  For the PhoneEmailDetector class, the FindContent() method calls the FindPartialNumber() and FindPartialEmail() functions which analyze the text to detect phone numbers and email addresses, respectively.  For the AddressDetector class, the FindContent() method analyzes the text to detect postal addresses. <br><br> For example, as shown below, when a user navigates to a webpage containing phone numbers in the Browser application, the analyzer server detects those phone numbers.  Although not shown |

---

[3]   ContentDetector is a shared library that exists independently of the Browser application.

[4]   The source code for the Android operating system and the applications available with Android can be found at http://source.android.com/source/downloading.html.  All references to source code are to files available from that site.  Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---|---|
| | below, the analyzer server similarly detects email addresses and postal addresses on webpages. <br><br>  <br><br> **(Screenshot of Samsung Galaxy Note II showing a detected structure, a phone number, in web browsing data as a user is selecting it)** <br><br> The analyzer server then links actions to the detected structure.  Specifically, the analyzer server's program routines for linking actions to the detected structures in webpages consist of the onCreateContextMenu() method of the BrowserActivity class, the onCreateContextMenu() |

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---|---|
| | method of the Controller class, the getHitTestResult() method of the WebView class, and the setIntent() method of the MenuItemImpl class.[5]<br><br>After a user long presses on a structure, the onCreateContextMenu() method in the BrowserActivity class is called, which in turn calls the onCreateContextMenu method in the Controller class.  The latter onCreateContextMenu method first calls the getHitTestResult() method of the WebView class, which returns the structure the user selected.<br><br>The onCreateContextMenu() method then adds Intent objects, based on the type of structure selected, to a context menu via a call to the setIntent() method on a MenuItem object.  The Intent object has two primary components: an action to be performed and the selected data to operate on.<br><br>For example, when a user long presses on a phone number in a webpage in the Browser application, the onCreateContextMenu() method adds Intent objects that will, upon selection, open the dialer with the phone number, add it to the user's contacts, or copy the phone number. |

---

[5]   Like ContentDetector, the WebView and MenuItemImpl classes are shared libraries independent of the Browser application.

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---------|---------------------------------------------|
| | <br><br>**(Screenshot of Samsung Galaxy Note II showing actions linked to a detected and selected phone number)**<br><br>Although not shown above, actions are also linked to detected email addresses and postal addresses.<br><br>After a user selects a particular activity in the presented menu, the Intent object is passed to the |

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---------|---------------------------------------------|
| | startActivity() method, which launches the action indicated by the Intent object.  For example, if the user selects "Dial" from the menu shown above, the action processor for the Samsung Galaxy Note II initiates the phone application dialer.<br><br><br><br>**(Screenshot of Samsung Galaxy Note II having a detected structure that is linked to actions, upon selection of the "Dial" option)**<br><br>Although not shown above, the action processor for the Samsung Galaxy Note II initiates program routines for selected actions related to detected email addresses and postal addresses. |

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---|---|
| | Additionally, the Samsung Galaxy Note II includes Android's "Linkify" functionality in its Messaging application.  Android's Linkify functionality "take[s] a piece of text and a regular expression and turns all of the regex matches in the text into clickable links.  This is particularly useful for matching things like email addresses, Internet URLs, etc. and making them actionable." (Android Developer Site at Linkify). <br><br> In particular, when the Samsung Galaxy Note II receives a message in its Messaging application that includes an email address, postal address, or phone number, the Samsung Galaxy Note II detects those structures and links actions to them.  As shown below, if the user presses the detected email, the Samsung Galaxy Note II gives the user the option to send an email to the detected address. |

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---|---|
|  |  (Screenshots of a detected email address and linked actions) <br><br> If the user selects "Send Email" from the menu, the action processor for the Samsung Galaxy Note II initiates the Email application. |

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---------|---------------------------------------------|
| | <br><br>**(Screenshot of initiated Email application)**<br><br>The analyzer server program routines for detecting structures in a message presented by the Messaging application consist of the addLinks() method of the Linkify class, the Pattern class, and the Matcher class.  *See* http://developer.android.com/reference/android/text/util/Linkify.html.  The Linkify class uses pre-written Pattern objects, each designed for a different type of structure, for detecting structures in data.  When called either directly or via a setText() method in the |

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---|---|
| | TextView class, the addLinks() methods of the Linkify class are passed a parameter that indicates what type of structures to detect.  (*See* http://developer.android.com/reference /android/text/util/Linkify.html).  The Linkify class has the ability to find and identify four types of structures: web URLs, email addresses, phone numbers, and postal addresses.  For each type of structure, with the exception of postal addresses, the addLinks() method calls the gatherLinks() method of the Linkify class, passing it a Pattern object.<br><br>For postal addresses, the addLinks() method calls the gatherMapLinks() method of the Linkify class.  The gatherMapLinks() method enters into a loop, calling the findAddress() method of the WebView class, which in turn calls the FindAddress() method of the WebViewCore class, which calls the FindContent() method of the AddressDetector class described above.<br><br>The analyzer server program routines for linking actions to detecting structures in a message presented by the Messaging application consist of the addCallAndContactMenuItems() method of the ComposeMessageActivity class and the setIntent() method of the MenuItemImpl class.  For a detected structure, the addCallAndContactMenuItems() method creates a new Intent object containing the detected structure and adds that Intent object into a to-be-displayed menu. The addCallAndContactMenuItems() method adds the Intent object to a menu by calling the setIntent() method of the MenuItemImpl class. |
| a user interface enabling the selection of a detected structure and a linked action; and | The Samsung Galaxy Note II includes a user interface enabling the selection of a detected structure and a linked action.  For example, the Samsung Galaxy Note II's user interface for the Browser and Messaging applications allows the user to select a detected structure like a phone number, web URL, email address, or postal address.  The Samsung Galaxy Note II user interface also enables the selection of actions linked to those structures.<br><br>For example, as shown below, the user can select phone numbers detected on webpages in the Browser application.  The user interface then allows the user to select an action linked to the phone number.  Although not shown below, the Samsung Galaxy Note II's user interface also enables the selection of detected email addresses and postal addresses, and enables the selection of actions linked to those structures. |

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---------|---------------------------------------------|
|  |  **(Screenshots of the Samsung Galaxy Note II with a user interface enabling the selection of a detected structure (phone number) and selection of linked actions)**<br><br>Once the FindContent() methods of the AddressDetector and PhoneEmailDetector classes detect structures in the webpage, the HitTest() routine in WebViewCore.cpp calls the createJavaObject() method of the AndroidHitTestResult class to construct a Java object of type WebKitHitTest that contains the result of structure detection and which is passed back through the Java Native Interface and stored in the mInitialHitTestResult instance variable in the WebViewClassic class. The onCreateContextMenu() method of the Controller class (which is invoked by the onCreateContextMenu() method of the BrowserActivity class) calls the getHitTestResult() |

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---|---|
| | method of the (Java) WebView class to retrieve this structure detection result for the selected structure.  The onCreateContextMenu() method of the Controller class then uses this structure detection result to create a menu of linked actions for the selected structure (via the setIntent() method of the MenuItemImpl class) to be displayed to the user.  The show() method of the MenuDialogHelper class creates an instance of the AlertDialog class and calls the show() method of the Dialog class.  This method displays the AlertDialog object.<br><br>Second, the user can also select email addresses appearing in the Messaging application user interface.  The user interface then allows the user to select an action associated with the selected email address.  Although not shown below, the Samsung Galaxy Note II's user interface also enables selection of postal addresses, phone numbers, and web URLs detected in the Messaging application.  The user interface then enables the selection of actions linked to those structures. |

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---------|---------------------------------------------|
| | <br><br>**(Screenshots of the Samsung Galaxy Note II with a user interface enabling the selection of a detected email address in the Messaging application and a user interface enabling the selection of actions linked to the email address)**<br><br>The applyLink() method of the Linkify class creates a URLSpan object over each detected structure.  The URLSpan class extends the ClickableSpan class, which enables the user to select any piece of text associated with a URLSpan object. http://developer.android.com/reference/android/text/style/ClickableSpan.html.  The Messaging application further enables the selection of a linked action by displaying a context menu in much the same way as the Browser application.  The show() method of the ContextMenuBuilder class |

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---|---|
| | is called after the user selects a detected structure.  The addCallAndContactMenuItems() method of the ComposeMessageActivity class links actions to the detected structure, and the show() method of the ContextMenuBuilder class calls the show() method of the MenuDialogHelper class. Just as in the Browser application, the show() method of the MenuDialogHelper class creates an instance of the AlertDialog class and calls the show() method of the Dialog class.  This method displays the AlertDialog object. |
| an action processor for performing the selected action linked to the selected structure; and | The Samsung Galaxy Note II includes an action processor for performing the selected action linked to the selected structure.  For example, the Samsung Galaxy Note II includes a phone application.  Upon selection of the "Dial" option from the Browser in the user interface, the action processor performs the selected action, namely, it initiates the dialer.  As described above, the "Dial" action is linked to the selected phone number. |

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---------|---------------------------------------------|
|  | <br><br>**(Screenshot of the Samsung Galaxy Note II showing the result of the linked action having been performed**)<br><br>Second, the Samsung Galaxy Note II includes an Email application.  Upon selection of the "Send email" option from the Messaging application in the user interface, the action processor performs the selected action, namely, it initiates the Email application. |

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---|---|
|  | <br><br>**(Screenshot of the Samsung Galaxy Note II showing the result of the linked action having been performed)**<br><br>The action processor for each application is the startActivity() method of the Context class and, when needed, the resolveActivity() method of the Intent class.  Upon selection of a linked action, the Messaging application and the Browser application invoke the startActivity() method and pass it an Intent object that contains a description of the action to perform. |

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---|---|
| | http://developer.android.com/reference/android/app/Activity.html; http://developer.android.com/guide/topics/fundamentals.html ("You can start an activity (or give it something new to do) by passing an Intent to startActivity() or startActivityForResult() (when you want the activity to return a result.").  The startActivity() method then launches the appropriate activity, which "is a single, focused thing that the user can do." http://developer.android.com/reference/android/app/Activity.html.  Activities are one of the "three … core components of an application" and are "activated through messages[] called intents."  http://developer.android.com/guide/topics/intents/intents-filters.html.  Some Intent objects specify the Activity to launch while others specify an action to perform and the data on which to perform that action.  http://developer.android.com/reference/android/content/Intent.html. In the case of the latter, the resolveActivity() method of the Intent class determines what activity should be launched.  *Id.*  For example, an Intent object containing the ACTION_VIEW action and an e-mail address display a menu allowing the user to select an application to use in order to send an e-mail to the detected e-mail address  *Id.*  For example, an Intent object containing the ACTION_VIEW action and a telephone number will cause startActivity() to "[d]isplay the phone dialer with the given number filled in."  *Id.* |
| a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | The Samsung Galaxy Note II includes a processing unit coupled to the input device, the output device, and the memory for controlling the execution of program routines.  For example, the Samsung Galaxy Note II includes a 1.6GHz quad-core processor coupled to input devices (a touchscreen and wireless-internet adapter), an output device (the 5.5'' HD Super AMOLED touchscreen display), and memory (16 GB of internal memory).  (*See* Samsung Galaxy Note II Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T889TSATMB-specs).  |

| Claim 1 | Infringement by the Samsung Galaxy Note II |
|---------|---------------------------------------------|
|  | **Form Factor** |
|  | Form Factor — Bar, Touch Screen |
|  | **Display** |
|  | Main Display Resolution — 1280 x 720 |
|  | Main Display Size — 5.5" |
|  | Main Display Technology — HD Super AMOLED™ |
|  | **Memory** |
|  | Internal Memory — 16GB |
|  | External Memory/microSD™ Capacity — Up to 64 GB |
|  | The processing unit controls the execution of the program routines. |

| Claim 2 | Infringement by the Samsung Galaxy Note II |
|---|---|
| 2.  The system recited in claim 1, wherein the analyzer server stores detected structures in memory. | The Samsung Galaxy Note II's analyzer server stores detected structures in memory.<br><br>As described above, when setIntent() is called, detected structures are stored in memory inside Intent objects.  In addition, as also described above, detected structures for the Browser are stored in memory inside the mInitialHitTestResult instance variable (which is of type WebKitHitTest) in the WebViewClassic class. |

| Claim 4 | Infringement by the Samsung Galaxy Note II |
|---|---|
| 4.  The system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. | The Samsung Galaxy Note II's analyzer server includes grammars and a parser for detecting structures in the data.<br><br>For example, the FindContent() method of the AddressDetector class and the FindPartialEmail() and FindPartialNumber() routines called by the FindContent() method of the PhoneEmailDetector class (which are used to detect structures in webpages) are parsers that are specific to the type of grammar that they are searching for.  In addition, the Linkify class described above uses the Pattern class, which includes the compile() method which in turn uses grammars.  The Pattern and Matcher classes contain a parser for detecting structures in Messages. |

| Claim 6 | Infringement by the Samsung Galaxy Note II |
|---|---|
| 6.  The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting structures in the data. | The Samsung Galaxy Note II's analyzer server includes a string library and a fast string search function for detecting structures in the data.<br><br>For example, within the FindContent() method of the AddressDetector class and the FindPartialEmail() routine that is called by the FindContent() method of the PhoneEmailDetector class, there are various string libraries that are used for doing string matching (e.g., rawStreetSuffixes, state_names, longDomainNames).  These methods include code for performing a fast string search function that searches for these strings. |

| Claim 8 | Infringement by the Samsung Galaxy Note II |
|---|---|
| 8.  The system recited in claim 1, wherein the user interface highlights the detected structures. | The Samsung Galaxy Note II further includes a user interface that highlights the detected structures.  For example, when a user long presses on a phone number detected in a webpage in the Browser application, the phone number is highlighted, as shown below.  Although not shown below, the Samsung Galaxy Nexus's user interface also highlights other detected structures, such as email addresses, in the Browser application. <br><br> . <br><br>  <br><br> **(Screenshot of a detected phone number highlighted after a long press** |

| Claim 8 | Infringement by the Samsung Galaxy Note II |
|---------|---------------------------------------------|
| | **in the Browser application**) <br><br> As a second example, when the Samsung Galaxy Note II receives a text in its Messaging application that contains an email address or a phone number, the phone highlights those detected structures in blue, as shown below.  Although not shown below, the Messaging application user interface also highlights in blue web URLs and postal addresses detected in text messages. <br><br>  <br><br> **(Screenshot of detected email address highlighted in the Messaging application)** |

| Claim 9 | Infringement by the Samsung Galaxy Note II |
|---|---|
| 9.  The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of linked actions. | The Samsung Galaxy Note II further comprises a user interface that enables selection of an action by causing the output device to display a pop-up menu of linked actions.  For example, when a user long presses on a phone number on a webpage, the Samsung Galaxy Note II presents the user with a pop-up menu of linked actions on its touch screen display.  The phone's user interface enables the user to select one of the actions, for example, "Dial" or "Add contact," from the pop-up menu. <br><br>  <br><br> (**Screenshot of the user interface of the Samsung Galaxy Note II enabling selection of an action linked to a phone number from a pop-up menu**) <br><br> As a second example, when a user presses on a detected email address in the Messaging |

| Claim 9 | Infringement by the Samsung Galaxy Note II |
|---------|---------------------------------------------|
| | application, the Samsung Galaxy Note II presents the user with a pop-up menu of actions linked to that email address on its touch screen display, as shown below.  The phone's user interface enables the user to select one of the linked actions, for example, "send email" or "add to contacts," from the presented pop-up menu.  **(Screenshot of the user interface of the Samsung Galaxy Note II enabling selection of an action linked to an email address from a pop-up menu)** |