# EXHIBIT 2

NEWS

# Jelly Bean update start seeding to the US Galaxy S III

25 October, 2012 | Comments (86) | Post your comment

Tags: **Sprint**, **Samsung**, **Android**, **Touch UI**

Sprint is releasing the Android 4.1.1 Jelly Bean update to its Galaxy S III as we speak. The update is carried out over the air to consumers and each device that receives it will download it automatically.

Users will get Project Butter for a buttery-smooth UI, Google Now, expandable and actionable notifications in the Notification Area, the improved widget placing on any icon-ridden homescreen and lots of improvement and tweaks.

Galaxy S III owners in Europe have already received their Jelly Bean updates and now it's time for those in US to get the same treatment. Updates for the other carriers should come in the following weeks, or dare we say, days.

We've got a dedicated review of Jelly Bean on the Galaxy S III, which you should totally check out.

Source | Via

## MOST POPULAR

**Samsung I9300 Galaxy S III**

**Samsung Galaxy Note II N7100**

**Nokia N8**

**LG Nexus 4 E960**

**Samsung Galaxy S Duos S7562**

**Samsung Galaxy Ace S5830**

**Apple iPhone 5**

**Samsung I9100 Galaxy S II**

**Samsung Galaxy Y S5360**

**HTC DROID DNA**

**Sony Xperia U**

**Apple iPhone 4S**

**Nokia Lumia 920**

**Sony Xperia S**

**Nokia Asha 311**

## JELLY BEAN UPDATE START SEEDING TO THE US GALAXY S III - READER COMMENTS

**Blackspur**

Hi! Anyone in Malaysia have recieve JB? This website confirm it. http://www.youmobile.org/blogs/entry/Galaxy-S3-J ellyBean-CRS I try via Kies as well as via WiFi but no update available except this word "Access to the software upd...

2012-10-31 05:34 PQVa Reply

**khalid**

I have received the Jelly Bean update on my Galaxy S III here in Egypt

2012-10-29 16:01 fv$} Reply

**james paul c pua**

i already have received the jellybean update here in the philippines.. just as what they said as soon as u opened the wi-fi it automatically download the update package .. hope you guys also got your updates.. s3 is better smartphone over iphone 5..

2012-10-29 13:00 t7yW Reply

Read all comments Post your comment

Total reader comments: **86**

## LATEST NEWS

- Official photos of the HTC Deluxe DLX surface, confirm color options
- Huawei Ascend W1 stars in a video, to cost less than $200
- Nexus 4 available at Carphone Warehouse, costs dearly
- Our voting system gets its long-awaited overhaul

more news

## LATEST REVIEWS

- HTC DROID DNA review: Champion genes
- Microsoft Surface review: Ripples of change
- LG Optimus G for AT&T and Sprint review: Double impact

more reviews



