# EXHIBIT 3

TIP US    FACEBOOK    TWITTER    GOOGLE+    RSS    LOG IN    SIGN UP

HOME   NEWS   REVIEWS   BLOG   TOOLS   COMPARE   GLOSSARY   FAQ   CONTACT US    Search




NEWS

# T-Mobile releases Jelly Bean for the Galaxy S III

14 November, 2012 | Comments (28) | Post your comment

Tags: Samsung, Android, Touch UI

T-Mobile is the second US carrier to unleash Android 4.1 Jelly Bean to its Galaxy S III customers. Last month Sprint started seeding the Jelly Bean update to the Galaxy S III units on its network.



The update is available OTA or from Samsung's Kies software. Users who are rooted and don't want to wait can download the update from here and then manually flash it on their devices.

The Galaxy S III will receive Project Butter for a smoother, more fluid UI performance, the improved notifications, "freestyle widgets" that automatically reorder your homescreen content before they are placed and more.

Here's a video by Samsung showcasing the various improvements. Below it is a video dedicated to the improvements and novelties in TouchWiz itself.



Now with T-Mobile on the bandwagon it seems AT&T and Verizon are lagging behind, something their customers are very vocal about in their respectful forums.

Source | Via

#### T-MOBILE RELEASES JELLY BEAN FOR THE GALAXY S III - READER COMMENTS

**amit**

is jellybean update is available for samsung galaxy S Dues

| 2012-11-19 08:32 | v$BM | Reply |

**kps**

is jellybean update is available in India..? if not then, for how much timewe have to wait to get it on my GS3?

| 2012-11-17 03:52 | t}Ml | Reply |

**saad**

i love t-mobile

| 2012-11-16 09:26 | fJDr | Reply |

[ Read all comments ]   [ Post your comment ]   Total reader comments: **28**