# EXHIBIT 4

Case 5:12-cv-00630-LHK   Document 306-6   Filed 11/23/12   Page 2 of 6

# LATINOS POST

MAKE

VIDEO | U.S. | POLITICS | WORLD | BUSINESS | SPORTS | ENTERTAINMENT | TECH | LIFE&S



**US**
Thanksgiving Day Parade in NY Lifts Spirits in Wake of Sandy



**US**
5 Easy Last-Minute Thanksgiving Recipes: Quick and Simple Dishes That Will Still Impress Your Guests



**Entertainment**
Thanksgiving D Parade NYC: Performers Set Carly Rae Jeps Rida, Karmin, and The Wanted (VIDEOS)



## Samsung Galaxy Note 2 Release Dates: AT&T Launches Today; Verizon On 11/27

2 Comments          Tweet   Share   0   Share **26**

By Keerthi Chandrashekar | First Posted: Nov 09, 2012 09:47 AM EST

Tags    samsung ,   galaxy note 2 ,   at&t ,   verizon ,   T-Mobile ,   Sprint ,   U.S. Cellular



*(Photo : Latinos Post Screenshot)*

Today, November 9, marks another milestone for Samsung Galaxy Note 2 fans in the United States. Carrier AT&T will begin selling the Galaxy Note 2 today, leaving just one carrier that has yet to start shipping their Galaxy Note 2s - Verizon.

AT&T is offering both the Titanium Gray and Marble White Galaxy Note 2 for $299.99 with a two-year contract. Pre-orders began late last month, but customers who didn't purchase one ahead of time can start checking their local AT&T retailers for stock.

Carrier Verizon has been a bit more lax in their Galaxy Note 2 launch, proclaiming a November 27 release date. That's more than two weeks away, and after Black Friday, but Verizon customers can rest easy knowing that their Galaxy Note 2s will be taking advantage of the most robust LTE network in the United States. Verizon is also selling the Galaxy Note 2 for $299.99 with a standard two-year contract.

Carriers Sprint, T-Mobile, and U.S. Cellular all have had the Galaxy Note 2 available for purchase before November even began. T-Mobile released its Galaxy Note 2 on launch day, October 24, while Sprint followed on October 25, and U.S. Cellular on October 26.

Both Sprint and U.S. Cellular offer the Galaxy Note 2 for $299.99 with a two-year contract. T-Mobile sells the phablet for $369.99 after a $50 mail-in rebate (meaning you will pay $419.99 at the time of purchase), but the good news is that the T-Mobile Galaxy Note 2 is already equipped to take advantage of T-Mobile's upcoming LTE network in 2013. If you're a T-Mobile customer, you can pick one up for cheaper through a third-party retailer.














The Samsung Galaxy Note 2 is arguably the most powerful handset to hit the United States, sporting a 1.6GHz quad-core processor, LTE capabilities, Android Jelly Bean, and an impressive 8-megapixel rear-facing camera. With a 5.55-inch HD Super AMOLED display and the S Pen stylus, the handset isn't for everyone (especially those with small pockets), but as consumers are increasingly adopting larger screen sizes, this handset is sure to do well, already selling over three million units since its international launch.

**Like Us on Facebook**    Like  9.3k

**AT&T® Official Site**
$50 Unlimited Plan w/ No Contract Surf the Web, Talk & Text All Day!
att.com/prepaid
AdChoices

(VID

© 2012 Latinos Post. All rights reserved. Do not reproduce without permission.

Get the Most Popular Latinospost Stories in a Weekly Newsletter    Subscribe

2 Comments    Tweet   Share    Share **26**

ADVERTISE HERE



Do you Have Enough Energy to Workout?



## PHOTO GALLERY



Oprah Winfrey Tweets About Microsoft Surface From An Apple iPad; Lack Of Surface Twitter App Could Be Bad News For Microsoft



Samsung Galaxy S3 To Receive A Dual SIM Variant Next Month



Android 5.0 Key Lime Pie Spotted On A Possible Sony Nexus Smartphone



Playstation 4 Rumors: Backward Compatibility 'Difficult' Says UK Developer



iPad Mini Review: First Hand Experience with the Camera, Touchscreen, and Wi-Fi



Nokia Lumia 920 Price Cut to $49.99 from $99.99 for Black Friday 2012 Weekend in AT&T Retailers (VIDEO)

Join the Conversation

**Like**

### Add New Comment

Login



Please wait…

**Showing 2 comments**

Sort by popular now


**Modris Reinbergs**

Why is the Samsung S3 available by carriers on contract in 32GB but the Note 2, a more powerful phone, only in 16GB? It doesn't compute. The 64GB version is not even mentioned.

1 week ago    1 Like                                                                                          Like   Reply


**DC_Guy**

I wondered the same thing but I went ahead and bought a 64GB SD card because I don't want to wait for the higher internal memory versions to be released.

1 week ago    in reply to Modris Reinbergs                                                                    Like   Reply

✉ Subscribe by email    🔊 RSS

Trackback URL   http://disqus.com/forums/l