# EXHIBIT 5

GSMArena.com Blog GSMArena.com

- Blog Home
- Mobile version
- Battery tests
- Featured
- About us
- Tip us
- Contact us

Blog search  Go

Tip us Facebook Twitter Google+ RSS

**Posted in:** Android, Tablets

# The Samsung Galaxy Tab 8.9 gets its ICS update at long last

November 22nd, 2012, 21:42 **by** Chavis 23 comments

Samsung is finally reseeding the Ice Cream Sandwich update for the Galaxy Tab 8.9. The Galaxy Tab 8.9 didn't gain much traction though I have always considered this screen size to provide the best combination of portability and big-screen user experience.



Back in July, Samsung started seeding an Ice Cream Sandwich update to most of its tablets. The Samsung Galaxy Tab 8.9 was on the list but the update for it was stopped in its tracks due to some pending issues.

Now, we hear, the updates are seeding again. But seriously? An Ice Cream Sandwich update in the end of December?

You would expect that Samsung would at least have the decency to jump straight to Jelly Bean now that even the cheaper Galaxy Tab 2 7.0 got a hold of it.

Worst of all, the update isn't yet available to all markets. *SamMobile.com* already has it ready for download for anyone interested, but it's best that you wait for the official update for your device to come via KIES or OTA. It should be any day now. Here's hoping.

Source

**Share:**

- Share on Twitter
- Share on Facebook
- Share on Google+
    0
- **Share**
- Share on LinkedIn
-

**Related posts:**

- Samsung has started pushing out Android 4.0.4 to Galaxy Tab 10.1
- Samsung Galaxy Tab 8.9 gets Android 4.0 update in the US
- Ice Cream Sandwich update is seeding to Samsung Galaxy Tab tablets
- Samsung fixes the problems with the Android 3.2 update for the Galaxy Tab 10.1, releases it again
- The hard-reset Galaxy S III exploit is already fixed, says Samsung

## Comments

DISQUS

**Featured**

- We take the HTC DROID DNA camera for a spin, come back with still and video samples
- Nokia Lumia 820 drops by the office, shoots a Cinemapraph
- HTC Droid DNA battery life tested, here's how the smartphone beast scored
- HTC DROID DNA Snapdragon S4 Pro chipset performance examined in detail
- 'Wreck-It Ralph' for iOS and Android game review

**Categories**

- **Mobile phones**
- **Mobile software**
- **Mobile computers**
- **Rumors**
- **Fun stuff**
- **Various**
- **Android**
- **Desktop software**
- **Featured**
- **Misc gadgets**
- **Gaming**
- **Digital cameras**
- **Tablets**
- **iOS**
- **Desktop computers**
- **Windows Phone**
- **GSMArena com**
- **Online Services**
- **Mobile Services**
- **Symbian**
- **Battery tests**
- **BlackBerry**
- **Social Networks**
- **Web Browsers**
- **Portable Players**
- **Network Operators**
- **CDMA**
- **Windows**
- **webOS**

**Our readers recommend**

Facebook social plugin

# GSMArena.com

Home  News  Reviews  Blog  Compare  Coverage  Glossary  FAQ  Links  RSS feed  Facebook  Twitter

© 2000-2012 GSMArena.com  Mobile version  Contact us  Advertising  Privacy  Terms of Use