# EXHIBIT 6

PhoneArena is looking for new authors to write app reviews and articles for either Android or iOS.

You can do this either full or part time and is open to authors Worldwide; click to read more

| Site Search | ALL |

**HOME**  **PHONES**  **TABLETS**  **NEWS**  **REVIEWS**  **PLANS**  **DISCUSSIONS**

Home › News › AT&T to offer Samsung GALAXY Tab 2 10.1 on November 9th

# AT&T to offer Samsung GALAXY Tab 2 10.1 on November 9th

*Posted:* 05 Nov 2012, 13:00, by Alan F.

*Categories:* AT&T    Samsung    Android    Tablets    Release dates       Bookmark

Share:    Discuss  6    Tweet    0



The other day, we told you that Sprint would offer the Samsung GALAXY Tab 2 10.1 on November 11th. AT&T plans on beating its competitor to the market **by two days** as it has announced on Monday that it will have the Samsung GALAXY Tab 2 10.1 available on November 9th, priced at $499.99. That is $50 less than the price that Sprint is selling the tablet for.



The Samsung GALAXY Tab 2 10.1

In addition, AT&T is offering a deal for those who purchase any Samsung Galaxy smartphone, such as the Samsung Galaxy S III or the Samsung Galaxy S II, with a two-year contract. Make that purchase and AT&T will take **$100 off the price** of any Samsung connected device like the Samsung GALAXY Tab 2 10.1 or the Windows 8 powered Samsung ATIV smart PC, which is also launching from AT&T on November 9th.

For $10 a month more, AT&T customers can add the Samsung GALAXY Tab 2 10.1, with its LTE connectivity, to a Mobile Share plan, or you choose one of the carrier's existing individual or family data plans. Besides AT&T stores, the device will also be available online on November 9th.

source: AT&T

Press Release

Share: | **Discuss**  **6**  | Tweet  0 |



**PREV NEWS**
New math: Apple spends $23 more than Amazon to build its "mini" tablet, 05 Nov

**NEXT NEWS**
Official trailer for Angry Birds Star Wars hits the web
05 Nov

## **RELATED** PHONES

### Samsung Galaxy Tab 2 10.1"

**Specifications** | **News** (2) | Review | User Reviews

**Discussions** (0) | **Photos** | Size it | 360° | Manual

**RELATED NEWS (GALAXY TAB 2 10.1")**



AT&T announces three new Samsung devices and the Son of phablet



## 6 Comments                                      **Follow**

Post Comment      View options



1. **kingof7676** *posted on* 05 Nov 2012, 13:46   **3**

Who cares about the galaxy tab. I want to know when I can get the lumia 920



5. **g2a5b0e** *posted on* 05 Nov 2012, 17:04   **2**

If you don't care about the new Galaxy Tab, why are you commenting on this page? I'm sure there are multiple Lumia 920 articles you can express your excitement on.



2. **Kronic** *posted on* 05 Nov 2012, 13:59   **4**   **2**

No ones gonna buy this. There are better tablets available.



3. **_Bone_** *posted on* 05 Nov 2012, 14:02   **3**   **1**

Isn't the Tab 2 already out for a little over $300?



6. **Ravail** *posted on* 05 Nov 2012, 20:08

yep, Best Buy has them for $350



4. **Non_Sequitur** *posted on* 05 Nov 2012, 15:42   **1**

God, this thing sucks.
I used it the other day at OfficeMax and it wasn't even usable. No apps running in the background. It was so laggy. Ugh.
It gives Android tablets a bad name.


Want to comment? Please login or register.

# INTERESTING STORIES



|  | Home | Discussions | Affiliates: Speed Guide, iPhone accessories, Cell Phone |
|---|---|---|---|
|  | Manufacturers | Plans | Accessories, Mobile Burn |
|  | Carriers | Videos |  |
|  | News |  |  |
|  | Reviews |  | Links . About Us . Advertise . Contact Us . Database |

All content (phone reviews, news, specs, info), design and layouts are Copyright 2001-2012 phoneArena.com. All rights reserved. Reproduction in whole or in part or in any form or medium without written permission is prohibited!
Privacy . Terms of use