# EXHIBIT 7



# SlashGear

Feeding Your Gadget and Tech Obsessions
Tip Us
SlashGear JP

Submit Query

- Happy Thanksgiving 2012 from SlashGear! 

- Samsung Galaxy Camera hands-on and unboxing 

- DROID DNA Wireless Charging Dock hands-on 

- DROID DNA by HTC hands-on 

- NASCAR FanVision Controller hands-on 

- T-Mobile HTC One S MAO edition hands-on 

- FanVision displays NASCAR live event action over local network UHF 

- Nokia Lumia 920 vs HTC Windows Phone 8X smartphone war 

- Home
- Reviews
- Columns
- Archive
- Videos
- GALLERY
- Tegra Phones / Tablets

SG on Facebook  SG on Google+
Trending   Galaxy Note II  Microsoft Surface  iPad mini  iPhone 5   Hubs   Apple  Android  Microsoft

# Samsung Galaxy Tab 2 10.1 lands at Verizon Wireless

**Eric Abent**, Nov 21st 2012  Discuss [1]





**Rate This**

1    2

On the lookout for a new Android tablet to add to your collection? If you are, you might be pleased to know that the Samsung Galaxy Tab 2 10.1 launched at Verizon today, complete with 4G LTE capabilities. 4G LTE is going to be the major selling point of the Verizon Galaxy Tab 2 10.1, since everything else about the slate will be mostly the same.



Of course, it will also come with a few Verizon apps pre-installed, but other than those and 4G LTE capabilities, you're getting the same tablet we reviewed earlier this year. That means you get a 1280×800 10.1-inch screen, a dual-core TI OMAP 4 processor clocked at 1.0GHz, 1GB of RAM, and Ice Cream Sandwich out of the box. You've also got 16GB of internal storage at your disposal, but that can be expanded through the use of the microSD slot the Galaxy Tab 2 10.1 comes equipped with.

So no, you're not getting the most powerful tablet in the Galaxy Tab 2 10.1, but it should still be able to get the job done. That being said, don't expect it to be all that cheap – Verizon is offering it at $499. That price, when coupled with the less-than-stellar hardware, might prove to be a deterrent for some folks, but we have a feeling that there are some out there who have had their eye on a Galaxy Tab 2 10.1 nonetheless.

You can also opt to sign up for Verizon's Share Everything plan when you buy a Galaxy Tab 2 10.1, and you'll need to sign up for some kind of data plan if you want to take advantage of that 4G LTE functionality. Verizon opened up pre-orders for the device today, and said that it will begin shipping the devices on November 26 (next Monday). Are you planning to pick up a Galaxy Tab 2 10.1 from Verizon?

**Story Timeline**

- Galaxy Tab 2 10.1 for the USA brings the $400 tablet to Samsung
- Samsung Galaxy Tab 2 10.1 delayed for quad-core upgrade [UPDATE: Samsung denies]
- Galaxy Tab 2 10.1 finalized and up for pre-order
- Samsung Galaxy Tab 2 10.1 Review
- Samsung Galaxy Tab 2 10.1 vs iPad = no contest
- Samsung Galaxy Note 2 and Galaxy Tab 2 10.1 land at AT&T

[via Android Community]

### BlackBerry® Bold™ 9900

Get more of the speed, style and performance you love. Learn more.
BlackBerry.com

AdChoices ▷

**POPULAR STORIES TODAY:**

- Apple Black Friday deals keep you out of harm's way
- Samsung 8-core big.LITTLE chip due 2013 (but don't expect it in the GS4)
- Australian man sets world record with 135-hour Black Ops II marathon
- Australian scientists undiscover small Pacific island

**Tags:**

4G LTE, Samsung, tablets, Verizon



SUBSCRIBE VIA **RSS** OR **EMAIL** | READ **2,152** TIMES

## Must Read Bits & Bytes



- HTC and Apple must provide Samsung with settlement information
- Jolla's Sailfish spills its MeeGo-reborn secrets: Carrier & chip deals inked



- HP: Autonomy overinflated its accounts and we have to foot the $8.8bn bill





- Windows 1.0 turns 27 years old today

- Microsoft's Google Glass rival tech tips AR for live events



# More Must Read Bits & Bytes »

<:nav id=global-nav>
**1 comment**

0 Stars

Leave a message...

**Discussion** ▼ | **Community** |

<:section id=conversation data-role="main">
**Jim** hi • 2 days ago
−

Verizon = POS nothing more nothing less. Well maybe Apple is less, it's a race to the bottom!

- 0 ^ 0 ⌄   You must sign in to down-vote this post.
- •
- Reply
- •
- Share ›

<:section style="DISPLAY: none" id=community data-role="main">
**Top Discussions on SlashGear**          **Top Commenters**

   

# REVIEWS

- DROID DNA Review 
- Nexus 10 Review 
- Nexus 4 Review 
- iPad Review (4th Gen): Big tablet, Bigger speed 
- iPad mini Review: Apple aims for the everyman 
- Barnes & Noble Nook HD Review 
- AERIAL7 TANK DIY over-ear headphones Review 
- Squrl for iOS Review 

- Microsoft Sculpt Comfort Keyboard Review 

More Reviews »



## Columns

- Does Apple Inspire Greatness In Other Companies?
  Don Reisinger
- Sales Mean Nothing: Call of Duty Has Gone Stale
  Don Reisinger
- The iPad mini won me over (and Star Trek is to blame)
  Chris Davies
- Why Does the Music Industry Seem to Hate Fairness?
  Don Reisinger
- It should've been the HTC Nexus DNA
  Chris Davies

More Columns »

- **LATEST STORIES**

- Mobile shopping hits all-time high on Thanksgiving 

- First UK Wii U launch event attendees get free games 

- T-Mobile Nexus 4 sold out in just a couple hours 

- Thanksgiving was Instagram's biggest day ever 

- Barnes & Noble Nook HD Review 







**iPad mini or Nexus 7?**

- ○ iPad mini for me!
- ○ I'd prefer a Nexus 7
- ○ I'll get both - best of both worlds!
- ○ Neither, a different tablet
- ○ I don't want a tablet

**Vote**     View Results

- **RECENT COMMENTS**

 Harry Eaton

Apparently they offered him a full...

Microsoft sued over the Surface's storage capacity · 2 minutes ago

 timmy

Is that it? Is basically my original...

Baldur's Gate Enhanced Edition hits hard in new gameplay trailer · 5 minutes ago

-  KDubsT

Okay I'm excited, but I got so...

SimCity 5 previewed and detailed · 36 minutes ago

-  Andrej Vogel

I live in germany but I sill haven´t...

Nokia Lumia 920 sells out in Germany · 1 hour ago

-  Sink

Refurb units already?? Have that many...

AT&T offering iPhone 5 refurbished starting at $99 · 1 hour ago



**SITE**
**SOCIAL & FEEDS**
**POPULAR TOPICS**
SlashGear Android App
SlashGear iPhone App
SlashGear iPad App
About
Advertise
Contact
Privacy Policy
Terms of Use

© 2006-2012 SlashGear, All Rights Reserved.
[Google+](#)
[Facebook](#)
[Twitter](#)
[Technorati](#)
[RSS Feed](#)
[Smartphone](#)
[Tablet](#)
[Laptop](#)
[Desktop](#)
[Gaming](#)
[Storage](#)
[Computing](#)
[Science](#)
[Apps](#)
[Television](#)