# EXHIBIT 8

| LAPTOPS | DESKTOPS | TABLETS | PHONES | SOFTWARE | CAMERAS |

**Top Searches**   Online Backup  •  Windows 8  •  Android  •  iPad

**Trending**   iPhone 5  •  CDMA vs GSM  •  Win 8  •  Sports Headphones

**Samsung Galaxy S® III | Samsung.com/GalaxySIII**
Samsung.com/GalaxySIII    Explore the New Galaxy S® III from Samsung. Now Available!

Home    Product Guides    Cell Phones    Unlocked Samsung Galaxy S III Mini on Sale at Amazon

# Unlocked Samsung Galaxy S III Mini on Sale at Amazon


By Angela Moscaritolo    November 20, 2012 09:52am EST    12 Comments



When Samsung unveiled the Galaxy S III mini back in October, it was unclear whether the device would hit U.S. store shelves. But now, the Galaxy S III's little brother is available for purchase in the U.S.

Amazon has quietly begun selling an unlocked version of the Galaxy S III mini starting at $409.95, as TechCrunch first noticed. If that price seems steep, remember that the benefit of paying the higher upfront cost for an unlocked version is that you won't be locked into to a lengthy carrier contract.

The handset works with AT&T and T-Mobile's networks. But if you're looking to get one through Amazon, you better act fast, as it looks like supplies are quite limited. As of Tuesday morning, there were only 11 left in stock.

The Samsung Galaxy S III mini sports a 4-inch Super AMOLED display with a WVGA resolution of 800-by-480 pixels. It runs the latest version of Google's mobile operating system, Android 4.1 Jelly Bean, and has a dual-core 1GHz chip.

The mini comes with 1GB of RAM, and either 8GB or 16GB of internal storage, expandable up to 32GB via microSD. The phone sports a 5-megapixel rear-facing camera as well as a VGA-resolution camera on the front. Other specs include Wi-Fi, Bluetooth 4.0, HSPA, NFC for mobile payments and Android Beam, and a 1,500 mAh battery.

The phone looks similar to the Galaxy S III but in a smaller body, measuring in at 4.8 x 0.4 x 2.5 inches and weighing 3.2 ounces. Spec-wise, the mini is a bit of a downgrade from its big brother. The flagship Galaxy S III boasts a higher-resolution display, better camera, and support for super-fast 4G LTE networks.

*For more from Angela, follow her on Twitter @amoscaritolo.*

**Top Searches**   Online Backup   Windows 8   Android   iPad

Back to top

**GET OUR TOP STORIES**  JOHNDOE@EMAIL.COM  

Subscribing to a newsletter, constitutes acceptance of our Terms of Use and Privacy Policy.

## We Recommend

- 10 Best Pre-Black Friday Deals
- The Best Unlocked Phones
- 10 Sites You Have to Check Every Day
- The 12 Best Android Tablet Apps
- The Best LTE Phones
- Budget-Friendly Tablets for School

## From Around The Web

- 5 Reasons to Have a Smartphone at Your Next Job Interview *Verizon*
- Nokia updates Windows Phone 8 public transport app *PC World*
- What Texts Should You Never Send to Your Girlfriend? *ChaCha*
- 10 Best Android Apps of 2012…So Far *The Recapp*
- Incredible Footage from GoPro's Hottest New Camera  *GoPro*
- Alibaba: Will it be the new Facebook? *Business Without Borders*

[what's this]

**Ads by Google**

### Nexus 7 from Google
Thin, light, and more portable with mobile data. Shop now from $199.
**play.google.com**

## Comments

**Add New Comment**

Post as …

Showing 10 of 12 comments

Sort by  Oldest first        ✉ Subscribe by email    📶 Subscribe by RSS

**Winston Smith**   2 days ago

whats the point of a Galaxy Mini? Samsung needs to stop with these ridiculous phones.

Like   Reply

**Paul Malone**   2 days ago   in reply to Winston Smith

Yeah, because what appeals to you should appeal to everyone else all the time.

spiral spiral and 16 more liked this   Like   Reply

**Kotto**   2 days ago   in reply to Winston Smith

Options are good for the consumer. At a lower price with fewer features, I am sure there are many people out there who are interested, including myself. Unlike one company out there that makes one product and sells at outrageous prices!

spiral spiral and 5 more liked this   Like   Reply

**Funk Hue**   1 day ago   in reply to Winston Smith

Sounds of an Applefanboy who wishes Apple would make more then one phone model, so how does that koolaid taste now days?

2 people liked this.   Like   Reply

**Winston Smith**   1 day ago   in reply to Funk Hue

You sound like a prepubescent troll that has nothing better to do that fan flames. FYI I own a Galaxy S3.

Like   Reply

 **yahoo-RQKDEVXVXMSLVN36V3Z6NBT4QM**   2 days ago

the new google phone nexus 4 is much better than this and cost 100 dollars less

Jack Yao and 12 more liked this | Like | Reply

 **PHYPPZ ♪ BEATZ ♪**   1 day ago   in reply to yahoo-RQKDEVXVXMSLVN36V3Z6NBT4QM

Exactly what I was thinking

Mike Dennison and 2 more liked this | Like | Reply

**J Jones**   1 day ago   in reply to yahoo-RQKDEVXVXMSLVN36V3Z6NBT4QM

Actually Nexus 4 is about twice as much right now.
Shame on Google for only making about a dozen of them. You couldn't get one 10 minutes after they went on sale, constant errors during checkout, now they're auctioning for $1000, and the closest I've seen to an estimated restock date is 13 Dec.
I agree with you... just pissed I couldn't see for myself before the holidays.

Like | Reply

 **yahoo-RQKDEVXVXMSLVN36V3Z6NBT4QM**   2 days ago

the google phone nexus 4 is much better phone than this one, and is 100 dollars cheaper

Mike Dennison and 4 more liked this | Like | Reply

 **Greaseman**  Top 50   2 days ago

Amazon is selling it for $460 and it is out of stock. The $409 price is from a third party seller listing it on Amazon.
Anyway, the SIII Mini is one fugly phone.

Mike Dennison and 1 more liked this | Like | Reply

Load more comments

blog comments powered by **DISQUS**

**Sponsors**                                                                 ADVERTISEMENT

**ALL**

Weight Watchers Online For Men: A customized online system for men. Go!

SAVE 50% on all NEW Webroot SecureAnywhere 2013 Products. Limited Time Only!

Lose Like a Man: See how Charles Barkley is losing with Weight Watchers. Learn More!

Stunning clarity. Blazing speed. Thrilling power. New Nokia Lumia 920.

Verizon has the Smartphones & Tablets your small business needs to succeed

Cisco named a leader in Gartner UC Magic Quadrant. Learn More

WebEx Meetings - Unlimited online meetings with up to 3 people - free!

Got tech issues? McAfee Techmasters™ is here to help. Get started now >

Meet the Ultrabook™ that's Built for Business and Engineered for Security. Learn more

The new Business Smart™ All-in-One Inkjet Series from Brother

10% longer battery life. 50% larger hard drive. 100% Toughbook.

Unified communications webcast-Cisco or Microsoft? See survey results.

WD My Net Routers. Accelerate your entertainment. Learn more at WD.com

Be productive all day, every day with Panasonic Toughbook® computers.

Trend Micro makes it easy to safeguard your digital life. Free Trial!

Xerox color printers and all-in-ones as low as $249. Shop Xerox Direct

Billions of Devices. One Intelligent Network.

Test Drive T-Mobile's® Nationwide 4G Network

Get the world's most secure mobile password manager & storage device

Epson WorkForce® Pro—Run your business at full speed for less

Canon P-215 mobile scanner. Road-ready. Briefcase-worthy.