# EXHIBIT 9

NEWS   ABOUT SAMSUNG

**SHOP PRODUCTS**  **BUSINESS SOLUTIONS**  **CONNECTED LIVING**

You are here : Home > U.S. News Center

**Media Alerts**

SAMSUNG Mobile to Begin Jelly Bean Update with TouchWiz&reg; Enhancemer
III Smartphones in the U.S.
on Oct 17, 2012

**Available in the coming months, the Galaxy S III update offers the latest An
new camera, video and customization enhancements; and access to ESPN'
app with custom AllShare® integration**



**DALLAS — October 17, 2012** — Samsung Telecommunications America, LLC (
– the No.1 mobile phone provider in the United States and a subsidiary of Samsu

Co., Ltd., the No. 1 smartphone provider worldwide[1]–continues its commitment to bringing the latest innovation to market with the rollout of Android 4.1, Jelly Bean, the latest version of the world's most popular smartphone operating system, to all Galaxy S III smartphones in the U.S. in the coming months.

The update will be made available both over the air and as a download via Kies, Samsung's content sync and software update solution. The specific timing and update method will be announced by each carrier partner, AT&T, Sprint, T-Mobile, Verizon Wireless and U.S. Cellular.

Galaxy S III owners will receive the Jelly Bean update as well as a host of new and enhanced TouchWiz features, making it a faster, richer and more responsive device experience. Samsung's best-selling flagship smartphone just got even better.

Samsung refined and enhanced the Galaxy S III experience by adding new capabilities to the camera, video and user interface, including:

- Camera Enhancements:
  - New live camera and camcorder filters offer a range of new ways to spark your creativity.Warm vintage, cold vintage, black and white, sepia, color highlights(blue, green, red/yellow), and many more are selectable from the main camera screen.
  - Pause and resume while recording videoallows users to string together multiple captured video clips from a party, birthday or sporting event into a single file with no post editing required.
  - Low light photo modetakes advantage of Galaxy S III's best-in-class High Dynamic Range (HDR) capabilities and offers an optimized mode for low light and indoor photos.
- Pop Up Play Update: Users can now easily resize or pausethe Pop Up Playpicture-in-picture videowindow, taking full advantage of the Galaxy S III's powerful processor and large 4.8-inch screen.
- Easy Mode:Easy Mode is a simplified user experience option for first-time smartphone owners, providing large home screen widgets that focus on the device essentials. The Easy widgets include both 4x2 and 4x4 arrangements of favorite contacts, favorite apps, favorite settings, clock and alarm.
- Blocking Mode:Galaxy S III owners can disable incoming calls, notifications, alarms and LED indicators for a designated period of time.
- Improved Usability: Users now have multiple keyboard options with the addition of the Swype® keyboard.

Android 4.1 Jelly Bean offers users a smoother, faster and more fluid experience with expanded feature functionality, including:

- Google Now™:Google Now givesusers the right information at the right time, like how much traffic to expect before leaving work, when the next train is scheduled toarrive at the subway station or the score of a favorite team's current game –conveniently delivered as notifications. Additionally, Google Now provides powerful voice assistant functionality across a range of domains, including weather, maps, navigation, search, image search, flight status and more. Google Now can conveniently be launched from the lock screen shortcut or by a long press on the menu button from any screen.
- Rich Notifications:Notifications can now expand and shrink with a pinch to showthe right amount of information a user needs. Notifications have been enhancedso action can be taken without having to launch the app first – like sharing a screenshot directly from the notification.

- Automatic Widget Adjustment:Customizing the home screen is easier than ever before. Users can simply place anew icon or widget on the screen, and existingicons will move out of the way to make space.When widgets are too big, they automatically resize to fit on the screen.

In addition to the operating system update, Samsung and ESPN worked together to integrate AllShare® technology into ESPN's popular ScoreCenter® application. This means Galaxy S III owners will now be ableto wirelessly push on-demand ESPN global sports coverage and highlights from the ESPN ScoreCenter app to their Samsung SMART TV™. When on the same Wi-Fi network as a Samsung SMART TV, a sharing icon will appearwithin the ScoreCentervideo player which allows users to seamlessly push what they are watching to the TV.TheScoreCenter app with AllShare integration is available today for download through S Suggest™on all U.S. Galaxy S III devices.

With the Jelly Bean update, the Galaxy S III willalso add support for some exciting new accessory experiences.

- AllShare® Cast Wireless Hub:The AllShare Cast Wireless Hub accessory allows users to wirelessly mirror their phone screen to any HDTV or HDMI® display. Whether it's sharing pictures, browsing the Web,playing games, streaming music, watching videos or projecting business presentations,users can control the action on the big screen wirelessly from their smartphone. AllShare Cast Wireless Hub even supports licensed content playbackof premium TV and movies.
- NFC One Touch Pairing Support:Galaxy S III can now pair with supporting NFC Bluetooth® accessories in a single touch. The Samsung Galaxy HM3300 Bluetooth headsetwill be the first Samsung portfolio accessory to support this functionality (available in the near future),allowing users to pair their headset by touching it to the back of their device.

*1 Samsung Mobile is the No. 1 mobile phone provider in the United States based upon reported shipment data, according to Strategy Analytics, North America Handset Vendor Marketshare, Q2 2012. Samsung Electronics Company is the No. 1 smartphone provider worldwide based upon reported shipment data, according to Strategy Analytics Global Smartphone Vendor Market Share by Region: Q2 2012.*

*Samsung, Galaxy, TouchWiz, S Suggest, AllShare and Smart TV are trademarks of Samsung Electronics Co., Ltd. Android, Google Now, and other marksare trademarks of Google Inc. Other company names, product names and marks mentioned herein are property of their respective owners and may be trademarks or registered trademarks.*

### About Samsung Telecommunications America
Samsung Telecommunications America, LLC, (Samsung Mobile) a Dallas-based subsidiary of Samsung Electronics Co., Ltd., researches, develops and markets wireless handsets, wireless infrastructure and other telecommunications products throughout North America. For more information, please visit www.samsung.com.

### About Samsung Electronics Co., Ltd.
Samsung Electronics Co., Ltd. is a global leader in semiconductor, telecommunication, digital media and digital convergence technologies with 2011 consolidated sales of US$143.1 billion. Employing approximately 206,000 people in 197 offices across 72 countries, the company operates two separate organizations to coordinate its nine independent business units: Digital Media & Communications, comprising Visual Display, Mobile Communications, Telecommunication Systems, Digital Appliances, IT Solutions, and Digital Imaging; and Device Solutions, consisting of Memory, System LSI and LED. Recognized for its industry-leading performance across a range of economic, environmental and social criteria, Samsung

Electronics was named the world's most sustainable technology company in the 2011 Dow Jones Sustainability Index. For more information, please visit www.samsung.com.



printer-friendly

**previous**  Introducing the New SAMSUNG Chromebook

**next**  SAMSUNG'S Windows 8 PC Lineup Now Available For Pre-Order; in Stores October 26

List

### Who We Are
About Samsung
Careers
Sustainability
News
Investor Relations

### Shop
Shopping Cart
Order History
Help with Your Order
Order Tracking

### What We Make

**TV + Video**
TVs
Blu-ray & DVD Players
Home Theater Systems

**Mobile**
Cell Phones
Tablets
Cell Phone Accessories
Laptops
Chromebook
Media Players

**Photo**
Cameras
Camcorders
SD Cards

**Computing**
Laptops
All-in-One PCs
Tablet PCs
Chromebook
Monitors
Printers
Memory & Storage

Ho
Ap
Wa
Ref
Mic
Dis
Ra
Vac
LEI

Follow Us:

Business   Apps   Privacy   Legal   Sitemap   RSS   USA / English