# EXHIBIT 10

 Galaxy S III Mini Hits The UK On November 8 | WebProNews Page 1 of 7

Learn what your competition is doing in real-time

Web

/ Life
Follow
HOME
TECH
SEARCH
SOCIAL
BUSINESS
DEVELOPER
GA

TRENDING: CELEBRITY DEATH GOOGLE SEO BRYCE COURTENAY STEVE CASE TED TALKS DEBORAH

The Cyber Monday Marketer's Mini-Guide
Cut Through the
Cyber Monday Noise!
Get to the top of search engines with PRWeb's Cyber Monday Marketer's Guide
PRW
Online Visibility f
Download the

# Galaxy S III Mini Hits The UK November 8

By **Zach Walton** · November 1, 2012 · **1 Comment**

## Get the WebProNews Newsletter:

ENTER YOUR EMAIL AD

Like 4 3 Tweet 12 1 Share 2

Samsung has found incredible success with the Galaxy S III. Even Apple's best attempts at routing Samsung with patent lawsuits only served to increase sales of the Android device. Now Samsung is almost ready to move into phase two of its master plan – release a smaller version of its most popular handset at a more affordable price.

Samsung announced today that the Galaxy S III Mini will be coming to the UK on November 8. There's still no word yet on a US release, but the wait shouldn't be that much longer. Samsung also neglected to mention a price for the handset despite it launching next week.

Sh
Re
Th
Law
thir

"Our latest addition to the Galaxy portfolio, the Galaxy S III Mini brings the high performance, intuitive ease-of-use and nature-inspired design of the Galaxy S III in a new elegant yet compact

http://www.webpronews.com/galaxy-s-iii-mini-hits-the-uk-on-november-8-2012-11 11/23/2012

 Learn what your competition is doing in real-time

f...n. Following the massive success and popularity of the Galaxy S III and all its features, we are confident customers will enjoy the Galaxy SIII Mini when it hits the shelves on the 8th November."

The Samsung Galaxy S III Mini isn't exactly like its bigger brother. Samsung had to make some sacrifices to bring the size and price down. As its name suggests, the S III Mini features a 4-inch display that's powered by a relatively weaker 1GHz dual-core processor. The phone is also only available in 8GB and 16GB varieties.

In good news, the phone will come equipped with Jelly Bean right out of the gate. Galaxy S III owners are still waiting for their update, unless they're with Sprint. The device will also give users a free 50GB Dropbox account for two years to make up for the loss in internal storage.

The mini craze is just getting started with the iPad Mini and Galaxy S III Mini both expected to do solid business this holiday season. If both devices end up being a success, will we see more Mini devices flood the market? I'm in favor of the iPhone Mini – an iPhone in the body of a iPod Nano. It would be hilariously brilliant.

**RELATED ITEMS** ANDROID 4.1 GALAXY S III GALAXY S III MINI JELLY BEAN SAMSUNG

**About Zach Walton**
Zach Walton is a Writer for WebProNews. He specializes in gaming and technology. Follow him on Twitter, StumbleUpon, Pinterest, and Google+ +Zach Walton
View all posts by Zach Walton →

**RELATED ARTICLES:**

## Here's All The New Jelly Bean Features Coming To The Galaxy S III

We've known for a while that Samsung is working with carriers to get Galaxy S III owners the Jelly Bean upgrade sooner rather than later. In fact, Sprint has already pushed out the upgrade on its net...

## Samsung Galaxy Camera Launches In US On November 16

The Galaxy Camera, Samsung's attempt at merging the Android OS with a high-end digital camera, was announced for AT&T back in early October. Since then, the device has launched in the UK, but there w...

We
Go
To
End
Go
De
4.2
Oth
Fo
Pri
Kic
it

No
A I
Fin
aga
3D
A I
Obj

Learn what your competition is doing in real-time

## Samsung Has Sold 30 Million Galaxy S IIIs

Samsung today announced that it has sold 30 million units of its flagship Android smartphone, the Galaxy S III. The smartphone was released 150 days ago in Europe. This isn't quite an Apple-level ...

**Top Rated White Papers and Resources**

Track time, log expenses & invoice clients in record time - Free trial

## THERE IS *1* COMMENT. ADD YOURS.

**Computer Repair**
November 1, 2012 at 4:59 pm
Reply

After the craze on the big phones, now back again to MINI.

## WHAT DO *YOU* THINK? *RESPOND.*

Your email address will not be published. Required fields are marked *

Name
*

Email
*

Website

Comment

*You may use these HTML tags and attributes:* `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

Post Comment

Web
Vi
Pri
It's

Kid
iCl
Jus
last

Bl
NT
An
ent
lost

Kh
Is
No
lea
An

Hu
U I
It fe
fea

Jo
He
Da
"Sc

Eri
An
He
we

Ob
Ki

The actual conversation was not detailed

Learn what your competition is doing in real-time

2 Comments

NEXT AR

**You Don't Have a New Facebook Profile; It's a Scam**

Click with caution

**oogle Is Taking On pple's Airplay (Obviously)**

We should soon start seeing more on this front from Android

1 Comment

Learn what your competition is doing in real-time

RANK HIGHER

Try us out, RISK FREE

Web

**Google Snags a New Self-Driving Car Safety Chief**

It's former NHTSA Deputy Director Ron Medford

**Android 4.2 Suffers From A Plethora Of Bugs**

You might want to hold off on updating

7 Comments

**Google Play Music Expands In Europe**

Adds 5.5 million tracks in 35 countries

**Firefox For Android 17 Now Available**

Adds support for ARMv6 devices

**Limited Edition Deck Creates Windows Solitaire IRL**

And it can be yours for $20

**HP ElitePad Chosen to Fly on Emirates Airlines**

A Windows 8 business tablet for flight crews

**Gmail Launches In Cherokee (GWY)**

Gmail is now in 57 languages

2 Comments

Keep Your iPhone 5 Warm With A 3D Printed Sweater
Learn what your competition is doing in real-time
It won Shapeways' 3D printing design contest
1 Comment

Advertisement







WebProNews Videos | Advertise | About Us | Newsletter | Archive | News Feeds | Terms & Conditions | Contact Us

Learn what your competition is doing in real-time

Webl

WebProNews is an iEntry Network ® publication - © 1998-2012 All Rights Reserved.

**WebProNews**

WebProNews is your comprehensive resource for news, information, and tips related to online business.

**DevWebPro**

DevWebPro is dedicated to bringing you the best developer information on the net.

**LinkNotify**

A clean, easy way to see all the links your Facebook friends share, without all the noise about what they're eating, doing or watching on TV.

**PRtracking**

A free automa checking serv

**Company**
Corporate
Advertising
Sitemap
Newsletters
Privacy Policy
About Us
Contact Us

**iEntry Network**
Web Developers
IT Managers
Small Business Owners
eBusiness Management
Software
Gamers

**Advertising**
Why Advertise?
Who's Advertising?
Testimonials
Newsletter Samples
Ad Specs
Contact

**Get to know us**

iEntry Network, Web media serv your pathway to professionals, s ecommerce ent professionals, ir Web-savvy mec

© 2012 iEntry N