# EXHIBIT 11

**FAQs**　　　　　　　　　　　　　　　　　　　　　　　Print ｜　Email ｜　Close

Product: Mobile > Cell Phones

---

**Cell Phones: Will my Samsung device receive an update to Android 4.1 Jelly Bean?**

### Android 4.1 (Jelly Bean)



Samsung is in close communication with both Google and our carrier partners to upgrade devices to Android 4.1 Jelly Bean as quickly and as smoothly as possible. Specific models that will receive the Jelly Bean update include the following devices. Other specifics for the Jelly Bean update in the U.S. have not been announced.

**All About Android 4.1, Jelly Bean**

This list may be altered as updates are confirmed or released.

#### Sprint

| | |
|---|---|
| **Galaxy Nexus** (SPH-L700) | **Jelly Bean Update is available!** |
| **Nexus S 4G** (SPH-D720) | **Jelly Bean Update is available!** |
| **Samsung Galaxy S® III** (SPH-L710) | **Jelly Bean Update is available!** |

#### AT&T™

| | |
|---|---|
| **Samsung Galaxy S® III** (SGH-i747) | **Coming Soon!** |

#### Verizon Wireless

| | |
|---|---|
| **Galaxy Nexus** (SCH-I515) | **Jelly Bean Update is available!** |
| **Samsung Galaxy S® III** (SCH-I535) | **Coming Soon!** |

#### T-Mobile

| | |
|---|---|
| **Samsung Galaxy S® III** (SGH-T999) | **Jelly Bean Update is available!** |

**U.S. Cellular®**

**Samsung Galaxy S® III** (SCH-R530) **Coming Soon!**

Content Feedback

**Q1: How satisfied were you with this content?**

○     ○     ○     ○
      ○

Very Satisfied    Satisfied    Somewhat Satisfied    Dissatisfied    Very Dissatisfied

**Q2: Tell us what you think. What could we have done to answer your question better.**

Type your response here.

SUBMIT