# EXHIBIT 12

# FAQs                                          **Print** | **Email** | **Close**

Product: Mobile > Cell Phones

---

## Cell Phones: Will my Samsung device receive an update to Android 4.0 Ice Cream Sandwich (ICS)?

### Android 4.0 (Ice Cream Sandwich)



Samsung is in close communication with both Google and our carrier partners to upgrade devices to Android 4 smoothly as possible. Specific models that will receive the ICS update include the following devices. Other spe announced.

This list may be altered as updates are confirmed or released.

| AT&T | Galaxy S II (SGH-i777) **ICS Update is Available!** |
|---|---|
| | Galaxy S II Skyrocket (SGH-i727) **ICS Update is Available!** |
| | Galaxy Note (SGH-i717) **ICS Update is Available!** |
| | Captivate Glide (SGH-i927 )**ICS Update is Available!** |
| | Galaxy Exhilarate™ (SGH-i577) **ICS Update is Available!** |
| | Galaxy Tab 8.9 (SGH-i957) |

| **Sprint** | Nexus S 4G (SPH-d720) **ICS Update is Available!**<br><br>Galaxy S II (SPH-d710) **ICS Update is Available!** |
|---|---|

| **Verizon** | Galaxy Tab 10.1 (SCH-i905) **ICS Update is Available!**<br><br>Galaxy Tab 7.7 (SCH-i815) |
|---|---|

| **Wi-Fi** | Galaxy Tab 7.0 Plus Wi-Fi (P6210)<br><br>Galaxy Tab 8.9 Wi-Fi (P7310)<br><br>Galaxy Tab 10.1 Wi-Fi (P7510) |
|---|---|

| **T-Mobile** | Samsung Galaxy S II (SGH-t989) **ICS Update is Available!**<br><br>Samsung Galaxy S Blaze 4G (SGH-t769) **ICS Update is Available!**<br><br>Samsung Galaxy Tab 7.0 Plus (SGH-t869) **ICS Update is Available!**<br><br>Samsung Galaxy Tab 10.1 (SGH-t859) **ICS Update is Available!** |
|---|---|

Content Feedback

**Q1: How satisfied were you with this content?**

| ○ | ○ | ○ | ○ | ○ |
|---|---|---|---|---|
| Very Satisfied | Satisfied | Somewhat Satisfied | Dissatisfied | Very Dissatisfied |

**Q2: Tell us what you think. What could we have done to answer your question better.**

Type your response here.

SUBMIT

# Need more help?

Try the related content below.

## FAQs

**Why did my Android Market app change to the Google Play Store icon?**

---

# Didn't find what you were looking for?

## Contact Us

**Twitter Support**

**Facebook Support**

**Google Plus Support**