# EXHIBIT 13

*Search ZDNet*

Log In | Join ZDNet 

- 
- White Papers
- Hot Topics
- Downloads
- Reviews
- Newsletters

- US Edition
    - ZDNet.com is available in the following editions:
    - Asia
    - Australia
    - Europe
    - United Kingdom
    - United States
    - ZDNet around the globe:
    - ZDNet Benelux
    - ZDNet China
    - ZDNet France
    - ZDNet Germany
    - ZDNet Korea
    - ZDNet Japan
    - ZDNet Netherlands

Topics
- Intel
- Windows
- iPad
- Cloud
- Networking
- Tablets
- Techlines
- Smartphones
- All Writers

Log In
- Log In
- Join ZDNet

# Samsung Galaxy S3 gets Android Jelly Bean

Summary: The rollout of Android 4.1 to the flagship S III handset has begun, with customers in Poland and elsewhere in eastern Europe being the first to benefit.



By David Meyer | September 24, 2012 -- 09:37 GMT (02:37 PDT)

Follow @superglaze

Samsung has begun rolling out the Android 'Jelly Bean' 4.1 update for its flagship Galaxy S III handset, beginning in eastern Europe.



The Samsung Galaxy S III is getting Android Jelly Bean. Image: Jessica Dolcourt/CNET News
Early on Monday morning, the first forum reports emerged (http://forum.xda-developers.com/showthread.php?t=1902493) of the update becoming available in Poland, through Samsung's Kies synchronisation software. Other eastern European countries such as Romania also seem to be getting the update, according to the SamMobile blog, which broke the news (http://www.sammobile.com/2012/09/24/samsung-start-galaxy-s-iii-jelly-bean-update/) .

The manufacturer had previously predicted (http://www.zdnet.com/samsung-galaxy-s-iii-to-get-jelly-bean-upgrade-in-october-7000004119/) the Jelly Bean update would come out in October, so the release is early.

The Galaxy S III is the most prominent Android handset at the moment, and Samsung the leading Android manufacturer. Jelly Bean comes to the phone with Samsung customisations, but its biggest addition is that of the Google Now (http://www.zdnet.com/android-jelly-bean-4-1-launches-with-its-sights-set-on-siri-and-developers-3040155455/) personal assistant feature.

According to SamMobile, other enhancements in the customised version include better performance, multiple homescreen modes, a new notifications bar — Jelly Bean allows for rich notifications — and a resizeable pop-out video player window.

*Topics:* *Android*, *Mobility*, *Samsung*



## About David Meyer

David Meyer is a freelance technology journalist. He fell into journalism when he realised his musical career wouldn't pay the bills. David's main focus is on communications, as well as internet technologies, regulation and mobile devices.

   Contact

*Kick off your day with ZDNet's daily email newsletter. It's the freshest tech news and opinion, served hot. Get it.*

## Talkback

**33** comments

**Log in** or **register** *to join the discussion*

- **S III and J Bean**

  Thanks for the info but most of us don't love in Lower Sloblovia for goodness sake. How about telling us when it arrives in the USA!?

  
  nexusgalaxy
  24 September, 2012 11:10
  Reply   Vote

  - **Re: S III and J Bean**

    As far as mobile phones are concerned, the USA IS Lower Slobbovia.

    
    ldo17
    24 September, 2012 11:53
    Reply   3 Votes

    - **S III and J Bean**

      LOL, right you are!

      
      nexusgalaxy

24 September, 2012 13:34
Reply   Vote

- **As far as mobile phones are concerned, the USA IS Lower Slobbovia.**

    And Canada is Lower, Lower Slobbovia....

    

    orr@...
    26 September, 2012 20:18
    Reply   Vote

- **Stop waiting for someone to do your job**

    Its not his job to tell you when it reaches you. Its your job to figure that out on your own. You guys crack me up expecting someone to do the work for you. Go to XDA and get it now. Oh Yeah, you're to scared to do it yourself, but you want someone else to do your homework. Its no wonder American's behind on most everything. We've turned into a nation of followers. Stop playing follow the leader and go get it yourself. Its already available here in the US.

    

    andrej770
    24 September, 2012 14:01
    Reply   1 Vote

    - **Bad logic**

        Users should not have to jump through hoops to update their phone.

        

        Michael Alan Goff
        24 September, 2012 14:51
        Reply   2 Votes

        - **You bought the phone as is just like you did your car**

            Stop expecting someone to come chasing behind you to find ways to update your phone. Its your device. You state you want to be able to to do with it as you please, then do so and stop waiting for someone else to give you permission. You have to jump through hoops to update your car, think likewise about your phone. Stop being a follower. If you want to update your phone, go buy a new one. We've gotten so use to people "giving" us stuff and "providing" for us that we forgot how to be leaders even in our own homes. If you want it, go get it..Period.

            

            andrej770
            24 September, 2012 15:59
            Reply   Vote

            - **Bad analogy**

                If something goes wrong with a car, a design flaw, there is a chance that the car maker will get sued. If I get hacked on my Android Phone, due to a flaw in Android, who gets to suffer the wrath of the legal system? Nobody. Why? Because software isn't like a physical product, it doesn't have to have any real standard when it is released.

                Thank you for the bad analogy, though.



Michael Alan Goff
24 September, 2012 16:31
Reply    1 Vote

- ### No, it's a great analogy

    Your car gets recalls for safety features that ultimately protect your security while using the car. Your phone gets patches for security that ultimately protect your security while using the phone.

    But essentially you get the initial car. It doesn't change without you investing money, i.e. you don't get a free after-market stereo - you pay for it, you don't get a free after-market bug shield - you pay for it. Of course, you can buy the car with these options already installed, but you pay for that as well.

    Essentially you pay for extras on your phone. The apps (that aren't free apps) you pay for, you pay for a microSD card to expand the memory (well, if you don't have an iPhone that is), etc. And again you can get these "extras" but you will pay for them.

    And using your hacked example, what happens if you get hacked on your iPhone? Same thing as if you're hacked on your Android phone or your Windows phone or your Symbian phone or your webOS phone. And please don't talk about any of these OS's being harder/easier to hack into - all phones are hackable.

    

    benched42
    25 September, 2012 15:06
    Reply    Vote

- ### mmmkay

    Don't need a memory card with a galaxy s3, it has 32gb of memory. And people don't want to hack or root their phones, it voids the warranty. U cant root a car, so u can't void the warranty on it. If u void the warranty n fry ur phone, ur fucked. Some of us don't have an unlimited income and don't skip paying bills to buy the newest gadget. I saved and used birthday money from my husband's grandparents, so I can't afford to root my phone n void the warranty. And insurance won't cover it either if u brick it. It covers accidents. I know about insurance, I sell it. It doesn't cover stupidity…..

    

    Michelle Sinnett Lewis
    26 September, 2012 00:55
    Reply    Vote

- ### andrej770

    Andrej770 sounds very angry about nothing. He's probably in his trailer beating his dog right now. I was going to say wife, but no chance this guy is married. He spends all day trying to beat down others.

    

    sdiddydaddy@…

24 September, 2012 16:49
Reply　1 Vote

- ### Thanks, geek with attitude

  Here's the deal, Andrej: while I'm a programmer with 35 years experience, I'd prefer not to take the chance bricking my $500 phone by rooting it just to get Jelly Bean a few days or weeks earlier. XDA? Who? Trustworthy? Do I know these guys? No, I don't. For all know, they could be fronting Al Qaeda and planning on launching cyber attacks via zombied phones.

  Yeah, I'll do that, kid, right away.

  
  Brook Monroe
  24 September, 2012 22:45
  Reply　Vote

- ### DON'T insult ANYONE FROM XDA

  You may have that attitude towards the hardworking guys at XDA, but they're taking their OWN time away from anything that they might need doing to work towards helping people like you. So don't insult them, claiming that all they're doing is hacking your phones to use them as a 'zombie' network.

  I've used XDA. I've never heard of one complaint about viruses or infections from a custom ROM or otherwise. Its a stable, very popular, and quite safe solution to upgrading any Android device.

  They're awesome! Don't diss em ;)

  
  Walkop
  25 September, 2012 04:25
  Reply　Vote

- ### XDA

  Well said, Walkop. I've used other open source projects (Cyanogenmod) to turn my HP TouchPad (with few apps and no chance at some very useful apps) into an Android tablet running ICS that I use every day for a variety of tasks.

  
  benched42
  25 September, 2012 15:16
  Reply　Vote

- ### Well, Brook

  If you don't know XDA your could learn about them. And you could see they promote open source. And since you are a programmer with 35 years of experience you could go through the code XDA publishes and find the "fronting Al Qaeda and planning on launching cyber attacks via zombied phones" code and remove it if you wished. Unless you aren't a programmer at all.

  
  benched42
  25 September, 2012 15:10

Reply   Vote

- **Wow, two people said they're okay**

  That's all I need, I'm going to trust people with something that voids my warranty over what two people from the internet say.

  
  Michael Alan Goff
  25 September, 2012 21:22
  Reply   Vote

### Re: S III and J Bean

This is sad but true. That's it...I'm moving to Lower Slobovia. Not only do they have nice weather but they also have JB for S III!


Derodicus
24 September, 2012 13:04
Reply   Vote

### Phone Launches...

Why do most phone launches hit Europe first? They are the first one to get updates too. Any reason?


mikes_phone_and_tab
24 September, 2012 13:33
Reply   Vote

- **Update hitting Europe first vs US**

  @mikes_phone_and_tab

  I believe it is mostly due to US only be a small percentage of users vs the rest of the world.... Europe has more users using Samsung phones than the US. So it goes without saying that they would cater to the bigger group first.

  
  AODfan
  24 September, 2012 13:47
  Reply   2 Votes

- **That is an easy question to answer**

  Look at the Apple vs Samsung court decision in the US vs the rest of the world. The US is an extremely hostile place for non Apple companies to do business in. We suffer because of it. Sad but true.

  
  toddbottom3
  24 September, 2012 14:10
  Reply   2 Votes

- 1

- 2
- Next

*Related Stories*

- 
  Nexus 4 preorders begin in UK - but not from Google

- 
  Samsung Galaxy S3 mini goes on sale in the UK

- 
  60 percent of iPhones now running iOS 6: report

- 
  Google should worry less about iOS and more about Windows 8 tablets

*The best of ZDNet, delivered*

## ZDNet Newsletters

Get the best of ZDNet delivered straight to your inbox

Enter your email address

☑ **ZDNet Must Read News Alerts - US:** Major news is breaking. Are you ready? This newsletter has only the most important tech news nothing else.

Subscribe Now

-
-
-
-
-
-
-

Case 5:12-cv-00630-LHK   Document 307-8   Filed 11/23/12   Page 10 of 12

*Sponsored Links*

### BYOD Guide from Forrester
View Free Forrester Report on BYOD and mobile device management
Absolute.com

### Cloud Computing Info
Join CIO Thought Leadership Forum. The Latest News In Enterprise Tech.
www.enterprisecioforum.com

*Facebook Activity*

*Events Calendar*



*White Papers, Webcasts, & Resources*

- ### Protecting Android Applications

    Learn the value of secure code signing practices for building more secure Android apps as well as how these certificates play a key role in helping developers enhance the safety of their applications, their users, and their reputations.

- ### Fix Computer Issues Fast with GoToAssist Remote Support by Citrix

    Citrix GoToAssist lets you quickly access customers' machines online, so you can use your expertise to fix a technical problem instantly. The GoToAssist platform offers tools that enable IT professionals to easily support people and manage technology.

- ### Avoid these Mistakes that Compromise Cooling Performance

    Avoid the mistakes that are commonly made when installing cooling systems and racks in data centers and network rooms. Discover how a few unintentional errors create hot spots, decrease efficiency, and reduce cooling capacity.

# Featured Articles



### UK space investment to rocket



### HP Black Friday 2012 deals launched on Windows 8 desktops and laptops



### Google Nexus 4 review



### Business dilemma: Windows RT tablet or iPad?

## Around ZDNet

- Topics
- Broadband Speed Test
- Events Calendar
- Meet the Team
- About ZDNet
- Site Map

## Services

- Log In | Join ZDNet
- Membership
- Newsletters
- RSS Feeds
- ZDNet Mobile
- Site Assistance

© 2012 CBS Interactive. All rights reserved. Privacy Policy | Cookies | Ad Choice | Terms of Use

*Visit other CBS Interactive sites*

Select Site