# EXHIBIT 14

Mobile version(http://m.techradar.com)

Mags(http://www.myfavouritemagazines.co.uk)
Newsletter(/news/world-of-tech/join-techradar--653096)
RSS Feeds(/rsstoolkit)

Follow @

Search

(/)
Home(/)
Reviews(/reviews)
Videos(/videos)
Offers(/storefront)
Phones(/news/phone-and-communications/mobile-phones)
TVs(/news/television)
Cameras(/news/photography-video-capture/cameras)
Tablets(/news/mobile-computing/tablets)
Computing(/news/computing)
Car Tech(/news/car-tech)
More
Components(/news/computing-components)
AV(/news/audio-visual)
Laptops(/news/mobile-computing/laptops)
News(/news)

Trending
iPad mini(/reviews/pc-mac/tablets/ipad-mini-1096514/review)   iPad 4(/reviews/pc-mac/tablets/new-ipad-4-1106634/
iPhone 5(/reviews/phones/mobile-phones/iphone-5-1096004/review)   Kindle Fire HD(/reviews/pc-mac/tablets/amazo
Nexus 4(/reviews/phones/mobile-phones/google-nexus-4-1108999/review)   Nexus 10(/reviews/pc-mac/tablets/goog
Microsoft Surface(/reviews/pc-mac/tablets/microsoft-surface-tablet-1085839/review)
Windows 8(/reviews/pc-mac/software/operating-systems/windows-8-1093002/review)

970/250;0/0/0;;~okv=;tile=1;sz=970x250;pos=1;kw=samsung;kw=galaxysiii;kw=android4.1;kw (http://ad2.doubleclick.net/click;h=v8/3d35/0/0/%2a/v;44306;0;0;7

Home(/)
News by technology(/news)
Phone and communications(/news/phone-and-communications)
Mobile phones(/news/phone-and-communications/mobile-phones)
TouchWiz-enhanced Jelly Bean update for US Galaxy SIII coming soon

# TouchWiz-enhanced Jelly Bean update for US Galaxy SIII coming soon

### Available 'in the coming months'

By JR Bookwalter (/author?searchTerm=JR Bookwalter)October 17th 2012

Comments
Tweet(http://twitter.com/share)



SIII and Jelly Bean, together at last

**Related stories**

- **Samsung Galaxy S3 Jelly Bean update filmed by user(/news/phone-and-communications/mobile-phones/samsung-galaxy-s3-jelly-bean-update-filmed-by-user-1092360)**
- **Jelly Bean for Samsung Galaxy S3 preview version leaks(/news/phone-and-communications/mobile-phones/jelly-bean-for-samsung-galaxy-s3-preview-version-leaks-1093017)**
- **New photo might show Samsung Galaxy Premier(/news/phone-and-communications/mobile-phones/new-photo-might-show-samsung-galaxy-premier-1107815)**

Would you like some **Jelly Bean(/reviews/pc-mac/software/operating-systems/android-4-1-jelly-bean-1087230/review)** with your TouchWiz? If you have a **Galaxy SIII(/reviews/phones/mobile-phones/samsung-galaxy-s3-1078667/review)** handset bought in the U.S., Samsung will soon update your device on all supported carriers.

Through a press release, Samsung Mobile's USA division confirmed Wednesday its "commitment to bringing the latest innovation to market" with the announcement of an Android 4.1 "Jelly Bean" update for its SIII smartphones sold in the country.

The update will come to all U.S. carriers currently offering the Samsung Galaxy S III, with "specific timing and update method" to be determined by partners AT&T, Sprint, T-Mobile, Verizon Wireless and U.S. Cellular.

## Update ahoy!

Samsung is playing coy about exactly when the Jelly Bean update will start rolling out, stating only that it will be "available in the coming months."

When Jelly Bean finally starts dropping, it will be available both over the air as well as for download on Samsung's Kies content sync and software update solution.

In addition to "a host of new and enhanced TouchWiz features," Android 4.1 brings a number of other welcome enhancements for U.S. Galaxy SIII owners.

The changes include camera enhancements such as new live filters, the ability to pause and resume video recordings, low light photo mode and a "Pop Up Play" update to easily resize or pause the picture-in-picture playback window.

First-time smartphone owners should also welcome Samsung's new "Easy Mode," offering a simplified user experience, along with the ability to disable incoming calls, notifications, alarms and LED indicators when needed.

Samsung's Android 4.1 Jelly Bean update will also include all of Google's built-in functionality, including Google Now, richer notifications and automatic widget adjustment.

Via **Engadget(http://www.engadget.com/2012/10/17/samsung-jelly-bean/)**

# Get the TechRadar weekly newsletter

Get the hottest tech stories of the week, plus the most popular reviews delivered straight to your inbox.

More info(/news/world-of-tech/join-techradar--653096)

Learn more(/news/world-of-tech/techradar-kicks-off-its-redesign-beta-1059726)

**Tags**

Samsung(/tag/samsung)
Galaxy SIII(/tag/galaxy siii)
Android 4.1(/tag/android 4.1)
Jelly Bean(/tag/jelly bean)
updates(/tag/updates)
TouchWiz(/tag/touchwiz)
Android(/tag/android)
Pop Up Play(/tag/pop up play)

Easy Mode(/tag/easy mode)
Kies(/tag/kies)
AT&T(/tag/at&t)
Sprint(/tag/sprint)
T-Mobile(/tag/t-mobile)
Verizon Wireless(/tag/verizon wireless)
U.S. Cellular(/tag/u.s. cellular)
enhancements(/tag/enhancements)
flagship(/tag/flagship)
smartphones(/tag/smartphones)

See more mobile phones news(/news/phone-and-communications/mobile-phones)   Comments
Tweet(http://twitter.com/share)

**From around the web:**






Samsung Galaxy S4 to feature 13MP camera to match 4.99-inch HD display (http://www.uswitch.com/mobiles/news/2012/11/samsung_galaxy_s4_to_feature_13mp_camera/) *(uSwitch)* (http://www.uswitch.com/mobiles/news/2012/11/samsung_galaxy_s4_to_feature_13mp_camera/)

PlayStation game review: 'Insanely feature-filled bag of creative, imaginative choices' (http://www.insidegamingdaily.com/2012/11/06/little-big-planet-karting-review/) (http://www.insidegamingdaily.com/2012/11/06/little-big-planet-karting-review/)

The Hottest Olympic Gold Medalists of London 2012 (http://www.zimbio.com/Hottest+Olympic+Medalists+2012/feed/Dsh-shA4q-t/Winner+Winner) (http://www.zimbio.com/Hottest+Olympic+Medalists+2012/feed/Dsh-shA4q-t/Winner+Winner)

10 Reasons No One Regrets Upgrading to a Smartphone (http://youreguide.vzw.com/a-no-one-regrets-first-smartphone-verizon-data-plans/) (http://youreguide.vzw.com/a-no-one-regrets-first-smartphone-verizon-data-plans/)

[What's this?]

---

Ads by Google(http://www.google.com/url?ct=abg&q=https://www.google.com/adsense/support/bin/request.py%3Fcontact%3Dabg_afc%26url%3Dhttp://www.techradar.com/news/phone-and-communications/mobile-phones/touchwiz-enhanced-jelly-bean-update-for-us-galaxy-siii-coming-soon-1105101%26gl%3DUS%26hl%3Den%26client%3Dca-pub-1417235232628100%26ai0%3DC2Ocu54muUPXxG-aPlALks4CoBsXX8qwCvf_vzzS5-Kr1KhABIPnyIg1Q1tDc8P3_____AWDJ3uiGyKOQGaABs-zB_wPIAQGoAwGqBN4BT9AauzurrogQTy-cBammJdDiNFliMDwEOGluLdegNwMMa1B3Yu4uLMupilYZ6rjTpRUrHGpdtFQH8gnqsGOme1JDyQRXkJQhyWaz_0Z_-8KAUU1s5ApbL9KfFp9q-ZUDEvhj1_mOJD3faT6egSo2iQxBRq20QFmgwU_DrLBxbx8GE1ARDEFf2vtPjpT5d2hKyo60D1Ku6c3eLFs7ModdhtNrTUs4UF-w)

**Barracuda Backup Service**
(http://googleads.g.doubleclick.net/aclk?sa=l&ai=C2Ocu54muUPXxG-aPlALks4CoBsXX8qwCvf_vzzS5-Kr1KhABIPnyIg1Q1tDc8P3_____AWDJ3uiGyKOQGaABs-zB_wPIAQGoAwGqBN4BT9AauzurrogQTy-cBammJdDiNFliMDwEOGluLdegNwMMa1B3Yu4uLMupilYZ6rjTpRUrHGpdtFQH8gnqsGOme1JDyQRXkJQhyWaz_0Z_-8KAUU1s5ApbL9KfFp9q-ZUDEvhj1_mOJD3faT6egSo2iQxBRq20QFmgwU_DrLBxbx8GE1ARDEFf2vtPjpT5d2hKyo60D1Ku6c3eLFs7ModdhtNrTUs4UF-pub-1417235232628100&adurl=http://www.barracudanetworks.com/ns/products/backup_overview.php%

3F%26a%3Dgoogle-na_PlacementNA_BarracudaBackup)Hybrid Onsite+Offsite Data Storage. $25/Month/100GB. Free Evaluation! www.barracudanetworks.com(http://googleads.g.doubleclick.net/aclk?sa=l&ai=C2Ocu54muUPXxG-aPlALks4CoBsXX8qwCvf_vzzS5-Kr1KhABIPnylg1Q1tDc8P3_____AWDJ3uiGyKOQGaABs-zB_wPIAQGoAwGqBN4BT9AauzurrogQTy-cBammJdDiNFliMDwEOGluLdegNwMMa1B3Yu4uLMupilYZ6rjTpRUrHGpdtFQH8gnqsGOme1JDyQRXkJQhyWaz_0Z_-8KAUU1s5ApbL9KfFp9q-ZUDEvhj1_mOJD3faT6egSo2iQxBRq20QFmgwU_DrLBxbx8GE1ARDEFf2vtPjpT5d2hKyo60D1Ku6c3eLFs7ModdhtNrTUs4UF-pub-1417235232628100&adurl=http://www.barracudanetworks.com/ns/products/backup_overview.php%3F%26a%3Dgoogle-na_PlacementNA_BarracudaBackup)

**Popular in**

### Add your comment

Type your comment here. | submit

You need to log in or join to add comments.

By submitting this form you agree to our Terms of Use (http://www.futurenet.com/futureonline/termsandconditions.asp) and so are legally responsible for anything you submit. DO NOT submit anything which may violate the Terms of Use (http://www.futurenet.com/futureonline/termsandconditions.asp) or another person\'s rights including copyrighted or offensive materials.

## 0 comments

No comments

**LATEST**   **TOP STORIES**   **MOST DISCUSSED**

**LG confesses reason behind 4G snub in Nexus 4**

(/news/phone-and-communications/mobile-phones/lg-confesses-reason-behind-4g-snub-in-nex

**70 best free iPhone apps 2012**

(/news/phone-and-communications/mobile-phones/70-best-free-iphone-apps-2012-663484)

**Jelly Bean starts rolling out to Samsung Galaxy Tab 2**

(/news/phone-and-communications/mobile-phones/jelly-bean-starts-rolling-out-to-samsung-gala

**Get ready for a brand new weekly iPad magazine for tech lovers**

(/news/computing/apple/get-ready-for-a-brand-new-weekly-ipad-magazine-for-tech-lovers-1114

**Confusion reigns over HTC 8S release date**

(/news/phone-and-communications/mobile-phones/confusion-reigns-over-htc-8s-release-date-1

**Samsung awarded right to see Apple, HTC settlement**

(/news/phone-and-communications/mobile-phones/samsung-awarded-right-to-see-apple-htc-se

**Analyst predicts all-in-one Apple TV will launch next November**

(/news/television/hdtv/analyst-predicts-all-in-one-apple-tv-will-launch-next-november-1114455)

**iPhone 5S release date, news and rumours**

(/news/phone-and-communications/mobile-phones/iphone-5s-release-date-news-and-rumours-

**Android 5.0 Key Lime Pie release date, news and rumours**

(/news/phone-and-communications/mobile-phones/android-5-0-key-lime-pie-release-date-news

**70 best free iPhone apps 2012**

(/news/phone-and-communications/mobile-phones/70-best-free-iphone-apps-2012-663484)

**Samsung Galaxy S4: what we want to see**

(/news/phone-and-communications/mobile-phones/samsung-galaxy-s4-what-we-want-to-see-1(

**Eight-core Samsung Galaxy S4 on horizon?**

(/news/phone-and-communications/mobile-phones/eight-core-samsung-galaxy-s4-on-horizon-1

**60 best free Android apps 2012**

(/news/phone-and-communications/mobile-phones/60-best-free-android-apps-2012-687252)

**50 best free Android games 2012**

(/news/phone-and-communications/mobile-phones/50-best-free-android-games-2012-687718)

**iPhone 5 review**

(/reviews/phones/mobile-phones/iphone-5-1096004/review)

**Samsung Galaxy S3 mini review**

(/reviews/phones/mobile-phones/samsung-galaxy-s3-mini-1108587/review)

**ZTE Kis review**

(/reviews/phones/mobile-phones/zte-kis-1112153/review)

**Nokia Here review**

(/reviews/pc-mac/software/nokia-here-1112912/review)

**Sony Xperia J review**

(/reviews/phones/mobile-phones/sony-xperia-j-1093684/review)

**Nokia Lumia 820 review**

(/reviews/phones/mobile-phones/nokia-lumia-820-1094951/review)



A D V E R T I S E M E N T

## You might also like...

### Samsung Galaxy SIII review



The Samsung Galaxy SIII - a phone worthy of the hype

(/reviews/phones/mobile-phones/samsung-galaxy-s3-1078667/review)

## Mobile phone reviews(/reviews/phones/mobile-phones)

**LATEST**   **TOP RATED**   **MOST READ**

### Sony Xperia J review

**Monthly deals £7 - £31**



(/reviews/phones/mobile-phones/sony-xperia-j-1093684/review)
Mobile phones(/reviews/phones/mobile-phones)

**Nokia Lumia 820 review**

**Monthly deals £14 - £37**



(/reviews/phones/mobile-phones/nokia-lumia-820-1094951/review)
Mobile phones(/reviews/phones/mobile-phones)

**iPhone 5 review**

Recommended award

**Monthly deals £22 - £56**



(/reviews/phones/mobile-phones/iphone-5-1096004/review)
Mobile phones(/reviews/phones/mobile-phones)

**ZTE Kis review**

**Price £60**



(/reviews/phones/mobile-phones/zte-kis-1112153/review)
Mobile phones(/reviews/phones/mobile-phones)

**Hands on: Samsung Galaxy S3 mini review**

Is smaller always more beautiful?



(/reviews/phones/mobile-phones/samsung-galaxy-s3-mini-1108587/review)
Mobile phones(/reviews/phones/mobile-phones)

### Nokia Lumia 920 review

**Monthly deals £21 - £36**



(/reviews/phones/mobile-phones/nokia-lumia-920-1094960/review)
Mobile phones(/reviews/phones/mobile-phones)

### Google Nexus 4 review

Recommended award

**Monthly deals £14 - £36**



(/reviews/phones/mobile-phones/google-nexus-4-1108999/review)
Mobile phones(/reviews/phones/mobile-phones)

### HTC Windows Phone 8X review

**Monthly deals £21 - £41**



(/reviews/phones/mobile-phones/htc-windows-phone-8x-1098439/review)
Mobile phones(/reviews/phones/mobile-phones)

**iPhone 5 review**

Recommended award

**Monthly deals £22 - £56**



(/reviews/phones/mobile-phones/iphone-5-1096004/review)
Mobile phones(/reviews/phones/mobile-phones)

**Google Nexus 4 review**

Recommended award

**Monthly deals £14 - £36**



(/reviews/phones/mobile-phones/google-nexus-4-1108999/review)
Mobile phones(/reviews/phones/mobile-phones)

**HTC One X+ review**

Recommended award

**Monthly deals £14 - £38**



(/reviews/phones/mobile-phones/htc-one-x-1101086/review)
Mobile phones(/reviews/phones/mobile-phones)

**Samsung Galaxy Note 2 review**

Recommended award

**Monthly deals £11 - £37**



(/reviews/phones/mobile-phones/samsung-galaxy-note-2-1093688/review)
Mobile phones(/reviews/phones/mobile-phones)

### Samsung Galaxy S3 review

Recommended award

**Monthly deals £10 - £36**



(/reviews/phones/mobile-phones/samsung-galaxy-s3-1078667/review)
Mobile phones(/reviews/phones/mobile-phones)

### HTC One X review

**Monthly deals £16 - £38**



(/reviews/phones/mobile-phones/htc-one-x-1069319/review)
Mobile phones(/reviews/phones/mobile-phones)

### Samsung Galaxy S2 review

**Monthly deals £7 - £26**



(/reviews/phones/mobile-phones/samsung-galaxy-s2-930907/review)
Mobile phones(/reviews/phones/mobile-phones)

### LG Optimus 4X HD review

**Monthly deals £16 - £37**



(/reviews/phones/mobile-phones/lg-optimus-4x-hd-1088582/review)
Mobile phones(/reviews/phones/mobile-phones)

### Google Nexus 4 review

**Monthly deals £14 - £36**



(/reviews/phones/mobile-phones/google-nexus-4-1108999/review)
Mobile phones(/reviews/phones/mobile-phones)

### Samsung Galaxy Note review

**Monthly deals £10 - £66**



(/reviews/phones/mobile-phones/samsung-galaxy-note-1039199/review)
Mobile phones(/reviews/phones/mobile-phones)

**Nokia Lumia 920 review**

**Monthly deals £21 - £36**



(/reviews/phones/mobile-phones/nokia-lumia-920-1094960/review)
Mobile phones(/reviews/phones/mobile-phones)

**HTC Desire X review**

**Monthly deals £10 - £29**



(/reviews/phones/mobile-phones/htc-desire-x-1093689/review)
Mobile phones(/reviews/phones/mobile-phones)

**Nokia Lumia 820 review**

**Monthly deals £14 - £37**



(/reviews/phones/mobile-phones/nokia-lumia-820-1094951/review)
Mobile phones(/reviews/phones/mobile-phones)

**Browse our reviews by category**

All(/reviews/categories-all)
Audio Visual(/news/audio-visual)
Cameras(/news/photography-video-capture/cameras)
Components(/news/computing-components)
Computing(/news/computing)
Mobile phones(/news/phone-and-communications/mobile-phones)
Tablets(/news/mobile-computing/tablets)

Televisions(/news/television)

Reviews guarantee(/news/world-of-tech/techradars-reviews-gua



ADVERTISEMENT



ADVERTISEMENT

### Join us on Facebook

#### More from TechRadar

iPad mini(/reviews/pc-mac/tablets/ipad-mini-1096514/review)
iPhone 5(/reviews/phones/mobile-phones/iphone-5-1096004/review)
iPad 4(/reviews/pc-mac/tablets/new-ipad-4-1106634/review)
iPhone 4S(/reviews/phones/mobile-phones/apple-iphone-4s-16gb-1031754/review)
Samsung Galaxy S3(/reviews/phones/mobile-phones/samsung-galaxy-s3-1078667/review)
Samsung Galaxy Ace 2(/reviews/phones/mobile-phones/samsung-galaxy-ace-2-1089571/reviev
Galaxy Note 2(/reviews/phones/mobile-phones/samsung-galaxy-note-2-1093688/review)
HTC One X(/reviews/phones/mobile-phones/htc-one-x-1069319/review)
Kindle Fire HD review(/reviews/pc-mac/tablets/amazon-kindle-fire-hd-1095316/review)

Nexus 4 (/reviews/phones/mobile-phones/google-nexus-4-1108999/review)
Nexus 7 review(/reviews/pc-mac/tablets/google-nexus-7-tablet-1087040/review)
Nexus 10 (/reviews/pc-mac/tablets/google-nexus-10-1109003/review)
Nokia Lumia 920(/reviews/phones/mobile-phones/nokia-lumia-920-1094960/review)
Microsoft Surface (/reviews/pc-mac/tablets/microsoft-surface-1085839/review)
Windows 8 tablets (/news/mobile-computing/tablets/windows-8-tablets-release-date-specs-and
Best Ultrabook(/news/mobile-computing/laptops/best-ultrabook-16-top-thin-and-lights-for-2012-
Best mobile phones(/news/phone-and-communications/mobile-phones/20-best-mobile-phones-
Windows 8(/reviews/pc-mac/software/operating-systems/windows-8-1093002/review)

[                                    ] **Search**

## Reviews

Browse all(/reviews)

Mobile phones(/reviews/phones/mobile-phones)

TVs(/reviews/audio-visual/televisions/plasma-and-lcd-tvs)

Tablets(/reviews/pc-mac/tablets)

Digital cameras(/reviews/cameras-and-camcorders/cameras)

Laptops(/reviews/pc-mac/laptops-portable-pcs/laptops-and-netbooks)

## Buyer's guides

Mobile phones(/news/phone-and-communications/mobile-phones/20-best-mobile-phones-in-the-world-today-645440)

TVs(/news/television/hdtv/best-tv-2012-what-tv-should-you-buy-this-year--709255)

Tablets(/news/mobile-computing/tablets/10-best-tablet-pcs-in-the-world-today-1079603)

iPhone apps(/news/computing/apple/top-50-best-free-iphone-apps-2012-663484)

Cameras(/news/photography-video-capture/cameras/best-compact-camera-2012-27-reviewed-963985)

Laptops(/news/mobile-computing/laptops/top-laptops-the-20-best-laptops-in-the-world-706673)

## Videos

All videos(/videos)

Mobile phones(/videos/mobiles/all)

TVs(/videos/tvs/all)

Tablets(/videos/tablets/all)

Cameras(/videos/cameras/all)

Laptops(/videos/laptops/all)

## Services

All news(/news)

Facebook(http://www.facebook.com/TechRadar)

Twitter(http://twitter.com/techradar)

YouTube(http://www.youtube.com/techradar)

Newsletter(/news/world-of-tech/join-techradar--653096)

RSS(/rsstoolkit)

# TechRadar

About us(/about)
Contact us(/contact)
Sitemap(/sitemap)
Accessibility(/accessibility)

## Awards

Hitwise: UK's biggest IT Media site 2010

(http://www.techradar.com/news/internet/techradar-wins-top-experian-hitwise-award-937381)

| SELECT REGION | United Kingdom(/) | United States(/) | Australia(/) |

(http://www.

Future is AOP and PPA Consumer Digital Publisher of the Year.
TechRadar is part of Future plc, an international media group and leading digital publisher. We produce content across five core a

| Technology | Entertainment | Music | Creative |
|---|---|---|---|
| T3(http://www.t3.com/) | CVG(http://www.computer: | Classic Rock(http://www.cl | Digital Camera World(ht |
| Mac\|Life(http://www.maclife | PC Gamer(http://www.pcga | MusicRadar(http://www.mu | Mollie Makes(http://www |
| Gizmodo UK(http://www.gi: | GamesRadar(http://www.g | Guitarist(http://www.musicr | Photography Week(http: |
| More...(http://www.futurepl | Total Film(http://www.totalf | Metal Hammer(http://www. | The Simple Things(http: |
| | More...(http://www.futurepl | More...(http://www.futurepl | More...(http://www.future |

About Future(http://www.futureplc.com/about/) | Jobs(http://www.yourfuturejob.com/) | PR(http://www.futureplc.com/news/) |

Advertising(http://www.futureplc.com/what-we-do/advertising-solutions/) | Digital Future(http://advertising.digitalfuture.com/) |

Privacy Policy(http://www.futureplc.com/privacy-policy/) | Cookies Policy(http://www.futureplc.com/cookies-policy/) |

Terms & Conditions(http://www.futureplc.com/terms-and-conditions/) | Subscriptions(http://www.myfavouritemagazines.co.uk/)

Investor Relations(http://www.futureplc.com/investors/) | Contact Future(http://www.futureplc.com/contact/) |

© Future US, Inc. 4000 Shoreline Court, Suite 400, South San Francisco, California, 94080.