# EXHIBIT 15



Pop Herald Technology News

- | Home |
- | About Us |
- | Contact Us |
- | Privacy Policy |



# Samsung Galaxy Note 2 price drop, Android Jelly Bean 4.1.2 update leaks





| This news article is posted under Tags: Android Jelly Bean, Samsung Galaxy Note 2. |

**November 20, 2012, 12:05 P.M., Tuesday, New York local time —** *Whilst owners the Samsung Galaxy S3 are enjoying the 'buttery smooth' goodness of Android Jellybean, the famous Galaxy Note 2 phablet is yet to experience*



## *the first version of Google's latest open-source operating system.*

The release of the Samsung Galaxy Note 2 or Note II update, the official Jellybean 4.1.2, is still imminent but a newly leaked test firmware of Samsung's second phablet can give users a glimpse of how the TouchWiz-laden Android 4.1 Jellybean will look and feel.

The update is said to feature the standard features provided by the Android 4.1.2 alongside Samsung's own bells and whistles such as new additions in the notification toggles, the multi-view functionality and brightness slider of the notification bar can now be disabled by the user, a much improved browser, an upgraded keyboard and some cosmetic changes as well.

One of the most interesting thing about the new firmware is the interesting Ink Effect found on the lock screen which can be seen on the video below:



While the ink effect is indeed cool, we're pretty sure that its novelty will probably wear if in just a short period of time since it basically does nothing other than imitate what would happen when a drop of ink falls into a pool of water, besides, the most important thing about the upcoming firmware is the new features and stability improvements that the Android 4.1.2 will bring to the Samsung Galaxy Note 2, all those effects are basically just consolation prizes.

Have we mentioned that AT&T has just dropped prices of its version of the Samsung Galaxy Note 2?

Yup, in preparation for Black Friday, the country's second largest network provider has slashed $50 off the Galaxy Note 2′s price tag (Amazon Wireless) which ultimately brings it down to just $249 along with a two-year agreement.

The Galaxy Note 2 is still listed as $300 on AT&T's official website along with other US carriers so better head on over to Amazon Wireless before stocks of the conspicuous tablet run dry.

The Samsung Galaxy Note 2 is powered by a quad-core processor, 2GB RAM and offers 16 or 32GB of on-board storage depending on model. In United States, the Samsung Galaxy Note 2 is equipped with LTE or Long Term Evolution, except for the T-Mobile USA variant which offers HSPA+ only.

The Samsung Galaxy Note 2 is considered as a "phablet" because it features a large 5.5-inch Super AMOLED HD touchscreen display and ships with a stylus pen. However, experts believe that the Samsung Galaxy Note 2 is the device that replaced the Samsung Galaxy S3 for the so-called "flagship" title.

2   4   1   submit

Like   Tweet   Share

**Related Content**



**Samsung Galaxy S3 Jelly Bean, T-Mobile overtakes Verizon, AT&T**

**Samsung Galaxy S3 Jelly Bean: Sprint the first to update, Verizon, AT&T others wait**

**Samsung Galaxy S® III**

Explore the New Galaxy S® III from Samsung. Now Available!

Samsung.com/GalaxySIII

AdChoices

Article Written By: Kevin Go | One of the contributors for PopHerald.com. He's an Android lover, Windows PC user and a fan of both the PlayStation and Xbox consoles. Email him, or follow him on Google+. |

# The Latest Entries



**Samsung Galaxy S3 with Jelly Bean, HTC One X Plus join the Black Friday craze**



**Nexus 4 sold out already, from Google Play Store to T-Mobile USA**

Follow Us!



**Google Nexus 7 vs Amazon Kindle Fire HD: Black Friday edition**



**Nexus 4 8GB of Google Play Store not so bad after all, price includes free "cloud"**





 Latest Smartphones, Tablets, Internet, Social Media, Search Engines News.

© Copyright 2012. Powered by WordPress.
Premium WordPress Themes by FrogsThemes.com.
Find us on Twitter and Facebook.