# EXHIBIT 17




Menu

- Reviews
- Events
- Podcasts
- Buyers Guides
- Features
- Videos
- Galleries
- Topics

HD Mobile Alt Announcements Cameras Cellphones Desktops Displays Gaming GPS Handhelds Home Entertainment Networking Peripherals Podcasts Robots Portable Audio/Video Science Software Storage Tablets Transportation We ASUS AT&T Canon Dell Facebook Google HP HTC Intel Lenovo LG Microsoft Nikon Nintendo Nokia NVIDIA RIM Sa

about us   subsc

# Fifth-gen iPod touch and nano now in the mail (update: limited release)

By **Terrence O'Brien** posted Oct 9th, 2012 at 9:14 AM  1

SITES WE LIKE

| TECH | DESIGN | NEWS | LIFESTYLE | ENVIRON |
|---|---|---|---|---|
| gdgt | FFFFOUND! | HuffPost Politics | Lifehacker | Inhabita |
| Slashdot | Core77 | The Daily Beast | HuffPost Women | Good |
| MAKE | Popcorn Shower | Huffington Post | Stylelist | Autoblo |
| Technology Review | MoCo Loco | Taxes | Automotive | Huffpos |



If you've been waiting impatiently to get your hands on the latest cellular radio-less iOS device, we've got good news. The fifth gen iPod touch with its elongated screen and colorful backplate is available today in some Apple stores across the globe across the country. And, if you preordered the slinky aluminum and glass media player, it should already be in the mail. The latest edition of the nano, which is becoming more and more like its larger sibling the touch every day, is also popping up on shelves. The seventh generation of the tiny player, complete with multi touch screen and 16GB of storage, is cropping in Apple stores for $149 starting today. Let us know in the comments if you decided to pick up either device.

Tags: apple, apple ipod touch, AppleIpodTouch, available, fifth generation ipod touch, FifthGenerationIpodTouch, in store, InStore, ios, ipod, ipod touch, IpodTouch, now shipping, NowShipping, personal media player, PersonalMediaPlayer, pmp



**Apple iPod touch 5th-gen**
**32GB** , 64GB

powered by

BUY FROM **$299**

**PRICES**

Displaying prices for model: 32GB-Blue

$299.00
+ tax & shipping

Apple Store

BUY NOW

Login below to leave a comment:

## Add New Comment

Powered by DISQUS

Type your comment here.

POST AS …

### Showing 1-50 of 642 comments

Sort by Newest first    ✉ Subscribe by email    📡 Subscribe by RSS
Real-time updating is **paused**. (Resume)

Real-time updating is **enabled**.



*Daniel Tiberius*   *1 month ago*

Yeah they didn't have the Nano at the Annapolis, MD store yesterday and didn't know when it was coming.  I wanted to play with one :(

REPORT
+
REPLY

*DSM*   *1 month ago*

The new look have quite ressemlance with lumia's http://akibatech31.wordpress.c... i don't if i'm the only one or is it !?!  It's wiered but a friend asked me if the red color is the Lday Gaga version... while i'm watchin Letterman show with LG "Not LG but Lady Gaga" that's quite wiered  !?!

REPORT
+ 1
REPLY



*Squeaks*   *1 month ago*

I'll take this over that Samsung player anyday. Lol, That Samsung player is plain stupid

REPORT
+ 12
REPLY

*Derrick Davis*  1 month ago  in reply to Squeaks

How?

REPORT
+
REPLY

*addmony*  1 month ago

It's the colours of these things I'm finding odd. There's a salmon pink & an olive green they say is yellow. I'll be surprised if that hook & strap thing stays for the 6TH gen version.

REPORT
+
REPLY

*Matt Schwade*  1 month ago

You have no idea about service on a Bugatti. And to compare Bugatti to Apple - haha fail.

REPORT
+
REPLY

*Matt Schwade*  1 month ago

Thanks fanboy.

REPORT
+
REPLY

*Matt Schwade*  1 month ago

299 for this? Apple really like screwing their fans haha.

REPORT
+ 2
REPLY

*SicMX*  1 month ago  in reply to Matt Schwade

You think you can price products better than Apple management?

Pricing products is a complicated task when looking at their profit margins AND sales AND customer satisfaction levels, it is crystal clear that Apple knows what they are doing.

If the devices sell it means they are worth $299 to the buyer. Pretty basic stuff here.

REPORT
+ 14
REPLY

*csasdr*  1 month ago

Nothing new here, incremental upgrade, no innovations, no new features, overpriced, and most importantly, no iSheep sleep in the streets for this. Fail.

REPORT
+ 1
REPLY

*stylohaku*  1 month ago

Ugly devices is ugly..the screen ratio was weird.

REPORT
+ 3
REPLY

**csasdr**  *1 month ago*  *in reply to stylohaku*

These things are for iSheep who cannot afford the iphone.

REPORT
+ 1
REPLY

**stylohaku**  *1 month ago*  *in reply to csasdr*

but does isheep really fall for this even they could afford iphone? That is just amazing.

REPORT
+ 1
REPLY

**csasdr**  *1 month ago*  *in reply to stylohaku*

They will. Because the IOS cannot do multitasking. So the only way they can do multitasking is to buy multiple devices. That's smart.

(Edited by author 1 month ago)

REPORT
+ 3
REPLY

**SicMX**  *1 month ago*  *in reply to csasdr*

Wow, Fandroids have hit a new low. Maybe give Android a rest for a bit and try a phone which will give you less grief.

REPORT
+ 4
REPLY

**MrXiro**  *1 month ago*  *in reply to SicMX*

I do agree the host post a tiny bit though... the white iPod with colored backs are not good looking at all. They look like cheap Chinese knock offs. The black and white models look good. I think the colored backs would have looked better with a black face.

REPORT
+ 1

**MrXiro**  *1 month ago*  *in reply to SicMX*

actually csasdr is just a bit of a tool. There are logical fandroids and there are stark raving nitwits. csasdr is clearly the latter.

REPORT
+ 5

*Just_Another_Engadget_User*  *1 month ago*

I thought it was cool until I remembered the $299 starting price for the iPod Touch.

REPORT
+ 3
REPLY

*poseidon5213*  *1 month ago*

with $299.99 i could buy a nexus 7 16gb and spend 50$ on apps without taxes of course

REPORT
+ 3
REPLY

*Vanadiumdroid*  *1 month ago*  *in reply to poseidon5213*

REPORT
+ 6
REPLY

> But an iPod and a Nexus are different devices, for one hundred more you can get an iPad 2....　There are many things that cost 299, I don´t see why all the abstract comparisons.



**poseidon5213**　*1 month ago*　*in reply to Vanadiumdroid*

Why would I want a iPad 2??

(Edited by author 1 month ago)

REPORT
**+ 4**
REPLY



**Vanadiumdroid**　*1 month ago*　*in reply to poseidon5213*

I don´t know, maybe you don´t want one.　Maybe someone else doesn´t want a Nexus 7.　I for one have an iPad New Gen, and want neither the Nexus nor the Ipad 2.　I also don´t want an iPod, because my phone works well enough.

My cousin likes his HTC One, but has an iPod for running, and for music in his home, it is sole music device, and doesn´t like having all his music on his phone.　Whatever his reasons may be, they are valid.

The point is, the Nexus 7 is for who wants it, the Ipad 2 and NG are for who wants them, the Galaxy Music thingy is for who wants it, as is the iPod.　There are many devices that are within the same price range, but serve different purposes, and satisfy different needs or preferences.　Thus. the arguments of why buy an iPod when you can buy a Nexus, or a month worth of groceries doesn´t hold water.

(Edited by author 1 month ago)

REPORT
**+ 13**
REPLY



**poseidon5213**　*1 month ago*　*in reply to Vanadiumdroid*

299.99 is not enough to buy a month of groceries in my house

REPORT
**+ 3**
REPLY



**Vanadiumdroid**　*1 month ago*　*in reply to poseidon5213*

HAHA, ok fine, a week then..

REPORT
**+**



**poseidon5213**　*1 month ago*　*in reply to Vanadiumdroid*

Maybe two weeks but that's only when everybody is not acting like a hungry hungry hippo

REPORT
**+ 3**



**Ihatethis78**　*1 month ago*

I can't believe the Engadget staff can monitor and delete posts on this forum but they can't fix their own false story thats been up all day long. I know people make mistakes but damn at least fix them for future readers.

REPORT
**+ 5**
REPLY

**Emmerson N**  *1 month ago*  *in reply to Ihatethis78*   REPORT + REPLY

what story?

**Ihatethis78**  *1 month ago*  *in reply to Emmerson N*   REPORT + REPLY

What story?? Umm maybe the one were posting under. But I see they Kinda updated it finally. One more thing, the white face plate thing is kind of stupid and butt ugly. What would compell them to get that lazy as to not match the color and stick with white on all of them. That's why black is the only logical chooise

**YD862**  *1 month ago*   REPORT +1 REPLY

You would think that with the advances in technology that we have had since the first ipod touch came out that the price would be cheaper.

**tdubose91**  *1 month ago*  *in reply to YD862*   REPORT + REPLY

it is cheaper, wasn't the original touch 399 for 8GB?

**cdnrailfan**  *1 month ago*  *in reply to tdubose91*   REPORT + REPLY

close, 299.......

**Shebli Mehrazarin**  *1 month ago*   REPORT +2 REPLY

I'm so surprised this post hasn't been updated to indicate that it is FALSE. I called the beverly center apple store in LA and they said that not only had they not received any shipments, but that they were not LEGALLY allowed to tell me when they would be available. Clearly the release in Japan today was mistaken as a nation wide release here in the states (the iPod in the picture is even in Japanese)....just how such a huge mistake could be made and not corrected many hours later is really beyond me.

(Edited by author 1 month ago)

**kyguy5488**  *1 month ago*  *in reply to Shebli Mehrazarin*   REPORT + REPLY

i thought that they would launch these next to the supposed "ipad mini" You would think this would be something that Engadget would check into more.

**dicobalt**  *1 month ago*   REPORT + REPLY

Wow it's an iPhone touch.

*Sniggih Smalls*    *1 month ago*

... Who Cares???

**REPORT**
**+ 2**
**REPLY**

*JimDarple*    *1 month ago*    in reply to Sniggih Smalls

You do.
Enough to comment on a story that you say you don't care about...

**REPORT**
**+ 21**
**REPLY**

*csasdr*    *1 month ago*    in reply to JimDarple

Same for you when you troll in every Android article every day

**REPORT**
**+**
**REPLY**

*JimDarple*    *1 month ago*    in reply to csasdr

Are you, of all people, really going there?

**REPORT**
**+**
**REPLY**

*MrXiro*    *1 month ago*    in reply to csasdr

heh... finally had time to read through these... Talk about a pot calling a kettle black.

**REPORT**
**+ 2**
**REPLY**

*Lamar Taylor*    *1 month ago*

This story is bogus and completely made up. I am standing in an apple store right now in Beverly Hills and they have nothing. The staff even tells me they are not getting any shipments today or tomorrow.

I'd like to know where this info came from.

**REPORT**
**+ 2**
**REPLY**

*t1m_co*    *1 month ago*

Good size, but not feeling it to be honest.

**REPORT**
**+**
**REPLY**

*theexman*    *1 month ago*

So where does the rumored 7" iPad mini fit within this price structure?

**REPORT**
**+ 1**
**REPLY**

*hon honstein*    *1 month ago*    in reply to theexman

It will likely be $400 and they will claim it is equal to the ipad 2 but just smaller or some shit like that.

**REPORT**
**+**
**REPLY**

**Lostabroad** *1 month ago*

I don't know if it's the Asian characters on the screen or the cheap looking combination of white and candy apple red, but this looks like a knock-off of an Apple product. Steve Jobs never would have let that color combination hit production during his watch.

REPORT
**+ 4**
REPLY

**JimDarple** *1 month ago* *in reply to Lostabroad*

I know.
Make the color consistent on the entire product.

REPORT
**+**
REPLY

**csasdr** *1 month ago*

Only fools buy these.

REPORT
**+ 2**
REPLY

**Swissdude** *1 month ago* *in reply to csasdr*

If you say so... it takes a fool to recognize fool...right?

REPORT
**+ 1**
REPLY

**djgooner** *1 month ago*

i think the real problem is in the fact that the 2 year old ipod touch is still 200 dollars. and there is no 200 option in the new 5th gen ipod

REPORT
**+ 2**
REPLY

**Benjamin Rodriguez** *1 month ago*

A refreshing design at least

REPORT
**+ 2**
REPLY

**patstar5** *1 month ago*

Thinking of getting an android or windows phone and sell my iPhone 4S. Then I can get one of these to use for music and apps that I bought for 4s.

REPORT
**+ 4**
REPLY

1   2   …   13   Next

| Ars Technica | Design*Sponge | Stock Quotes | Gadling | Spinne |
| TechMeme | The Sartorialist | DJIA | | Moviefo |
| Phone Scoop | | | | |

about us    subscribe via rss    like engadget on facebook    @engadget on twitter      Esp

### JOYSTIQ

Dust 514 dev diary and screens dig into closed beta's vehicular warfare

FIFA 13 Wii U walks onto the pitch with an instructional video

US kids want an iPad more than a Wii U for the holidays, Nielsen finds

### TUAW

Appsterdam's Mike Lee returns with Lemurs Chemistry: Water game for iOS

Peter Molyneux looks to crowdfunding for 'Godus' on iOS

Daily iPhone App: Motley Blocks is a new line-drawing puzzle game from Square Enix

### TECHCRUNCH

Oatmeal Studios Responds To The Oatmeal Lawsuit: "We Are Simply Trying To Protect Our Name"

Surprise: Facebook Stock Up 28% In Past Month, Highest Since July

Google Maps Is Now Giving Out Prof Badges To The Most Helpful Community Members

© 2012 AOL Inc.All rights reserved.   Privacy Policy   Terms of Use