# EXHIBIT 18

[CNET](#)
[Reviews](#)

Search CNET

[2012 Holiday Gift Guide](#)

- [Home](#)
- *You are here:* [Reviews](#)

## Top Categories

## More Categories

  - [Car Tech](#)
  - [Cell Phones](#)
  - [Desktops](#)
  - [Digital Cameras](#)
  - [Home Audio](#)
  - [Laptops](#)
  - [Printers](#)
  - [Tablets](#)
  - [Televisions](#)
  - [Forums](#)
  - [Appliances](#)
  - [Camcorders](#)
  - [Cell Phone Accessories](#)
  - [Components](#)
  - [E-book Readers](#)
  - [Games & Gear](#)
  - [GPS](#)
  - [Hard Drives & Storage](#)
  - [Headphones](#)
  - [Home Video](#)
  - [Internet Access](#)
  - [Monitors](#)
  - [MP3 Players](#)
  - [Networking & Wi-Fi](#)
  - [Peripherals](#)
  - [Software](#)
  - [Web Hosting](#)
- [News](#)
  - [Latest News](#)
  - [Mobile](#)
  - [Startups](#)
  - [Cutting Edge](#)
  - [Internet & Media](#)
  - [Security & Privacy](#)
  - [Business Tech](#)

- ◦ Crave
- ◦ Apple
- ◦ Microsoft
- ◦ Politics & Law
- ◦ Tech Culture
- ◦ Blogs
- ◦ Video
- ◦ Photos
- ◦ RSS
- Download
  - ◦ Windows Software
  - ◦ Mac Software
  - ◦ iOS Apps
  - ◦ Android Apps
  - ◦ The Download Blog
- CNET TV
  - ◦ Most Popular
  - ◦ New Releases
  - ◦ Products
  - ◦ Tech Shows
  - ◦ How To
  - ◦ Car Tech
  - ◦ Cell Phones
  - ◦ Tablets
  - ◦ Always On
  - ◦ Apple Byte
  - ◦ CNET Conversations
  - ◦ CNET On Cars
  - ◦ CNET Top 5
  - ◦ CNET Update
  - ◦ Rumor Has It
  - ◦ The 404
- How To
  - ◦ Computers
  - ◦ Home Theater
  - ◦ Photography
  - ◦ Privacy
  - ◦ Security
  - ◦ Smartphones
  - ◦ Tablets
  - ◦ Web
- Deals
  - ◦ Today's Deals
  - ◦ Members-only Deals
  - ◦ Coupon Codes
  - ◦ Marketplace Blog
- Log In | Join
  - ◦ Facebook Timeline options
  - ◦ Log In
  - ◦ Join CNET
  - ◦ Sign in with

CNET Reviews

# Samsung Galaxy Rugby Pro toughens up AT&T for $100

The rugged Samsung Galaxy Rugby Pro goes on sale October 21, ready to fight off the elements.

by Jessica DolcourtOctober 19, 2012 10:35 AM PDT

**Bring on the abuse for the Galaxy Rugby Pro**

Samsung's rough 'n' ready Galaxy Rugby Pro is ready to rumble starting Sunday.

The Rugby Pro may be equipped to ward off the elements, like fog, dust, shock, salt, temperature, and fumbling 2-year-olds, but it also promises to be quite the accomplished smartphone. It runs Android 4.0 Ice Cream Sandwich, cruises the LTE fast lane, and has a 4-inch WVGA Super AMOLED display.

You'll also find a 5-megapixel camera with 720p HD video capture and push-to-talk.

**DON'T MISS**

   

It's Oatmeal vs. Oatmeal in a new trademark suit
CNET

Back to cellphone basics: Buying a non-smartphone
CNET

Where Does Your Water Come From?
Nature.org

AT&T Plan For Boost To Pension Fund Cheers Union
Investors.com

about these links

## Don't Miss



Buyer beware: Black Friday smartphone deals not so hot

Mobile



Apple turns iTunes up to 11: Software at a crossroads

Apple



Top tech deals on Black Friday (pictures)

Slideshow



[Kindle Fire HD 8.9: The best one yet](#)

Review

## Featured Posts



[NASA's not sharing a 'historic' find on Mars... yet](#)

Crave



[Leahy scuttles his warrantless e-mail surveillance bill](#)

Politics and Law



[Why Jakob Nielsen's Windows 8 critique is old-school thinking](#)

Microsoft



[Semi-Automatic Gmail Assistant gadget sends rude replies](#)

Crave



[Apple turns iTunes up to 11: Software at a crossroads](#)

Apple

## Most Popular

[NASA's not sharing a 'historic' find on Mars... yet](#)

2kFacebook Likes

- [Leahy scuttles his warrantless e-mail surveillance bill](#)

693Tweets

- [Senate bill rewrite lets feds read your e-mail without warrants](#)

955Google Plus Shares

- 4033 comments
  [The Cheapskate Fifth-Anniversary Giveaway Spectacular, Round Three](#)

4kComments

# Connect With CNET

- image

  **Facebook**

  Like Us

- image

  **Twitter**

  Follow Us

- image

  **Google** +

  Add Us

- [image](#)

  [**RSS**](#)

  [Subscribe](#)

- [image](#)

**Mobile**

Download Now

- image

**Newsletters**

Subscribe Now

# Holiday Gift Guide

Black Friday Deals



The holiday shopping frenzy is upon us. Let us help you navigate the chaos.

Find the best deals

@CBS Interactive. All rights reserved.
CNET

- 
- 
- 

close

- © CBS Interactive Inc. All rights reserved.
- Privacy Policy
- Ad Choice
- Terms of Use
- Mobile User Agreement
- Visit other CBS Interactive sites:

- Top Brands:
- Samsung
  ◦ Televisions

- ◦ Mobile Phones
- ◦ Blu-Ray & Home Theater
- ◦ Notebooks
- ◦ Monitors & Printers
- ◦ Cameras & Camcorders

- Reviews
- All Reviews
- Camcorders
- Car Tech
- Cell Phones
- Digital Cameras
- GPS
- Laptops
- TVs

- News
- All News
- Business Tech
- Crave
- Cutting Edge
- Green Tech
- Security
- Wireless

- Downloads
- Add Your Software
- All Downloads
- Mac
- Mobile
- Software Deals
- Webware
- Windows

- CNET TV
- All Videos
- Always On
- Apple Byte
- Most Popular
- CNET Top 5
- CNET Update
- Prizefight

- More
- About CBS Interactive
- About CNET
- CNET Deals
- CNET Forums
- CNET Mobile
- CNET Site Map
- Corrections

- [Help Center](#)
- [Permissions](#)

- Follow us via...
- [Facebook](#)
- [Twitter](#)
- [Google+](#)
- [YouTube](#)
- [LinkedIn](#)
- [Tumblr](#)
- [Pinterest](#)
- [Newsletters](#)
- [RSS](#)