# EXHIBIT 19

| | |
|---|---|
| **Subject:** | RE: Apple v. Samsung, Case No. 12-CV-630 -- Apple's Second Amended Infringement Contentions |
| **Date:** | Friday, November 23, 2012 3:16:50 PM Pacific Standard Time |
| **From:** | Todd Briggs |
| **To:** | Buroker, Brian M., 'Selwyn, Mark', 'Peter Kolovos' |
| **CC:** | 'WH Apple Samsung NDCal II Service', Lyon, H. Mark, Krevitt, Josh, Rho, Jennifer, Reiter, Mark, Michael Fazio, Victoria Maroulis, Scott Florance |

Brian,

Given that you sent us Apple's proposed amended infringement contentions on the afternoon before the Thanksgiving holiday and asked for a response the day after the holiday, we have not had an opportunity to fully review these charts and provide you with our position. If you nonetheless decide to file a motion today, we will respond in due course.

-Todd

---

**From:** Buroker, Brian M. [mailto:BBuroker@gibsondunn.com]
**Sent:** Wednesday, November 21, 2012 1:34 PM
**To:** Todd Briggs; Selwyn, Mark; 'Peter Kolovos'
**Cc:** WH Apple Samsung NDCal II Service; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Apple's Second Amended Infringement Contentions

The password for the ftp site:

@ppl3_S2ms&ng

**Brian M. Buroker**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8541 • Mobile +1 703.927.2129
BBuroker@gibsondunn.com • www.gibsondunn.com

---

**From:** Buroker, Brian M.
**Sent:** Wednesday, November 21, 2012 4:33 PM
**To:** 'Todd Briggs'; Selwyn, Mark; 'Peter Kolovos'
**Cc:** WH Apple Samsung NDCal II Service; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance
**Subject:** Apple v. Samsung, Case No. 12-CV-630 -- Apple's Second Amended Infringement Contentions

Dear Todd:

I am enclosing below FTP instructions to access updated infringement contentions.

Specifically, we are enclosing, per Judge Grawal's November 15 Order, the following:

1. Amended contentions for the Galaxy S III running on Ice Cream Sandwich including corrections for

   differences between the UK version of the S III and the version released in the United States.
2. Infringement contentions for the Galaxy Nexus running on Jelly Bean.

In addition, we are serving the following updated contentions per the Court's order to serve such information by November 23, 2012.  As you did yesterday, we are asking for your consent to these following additional amended contentions.  Given the Court's  deadline, Apple intends to file a motion pursuant to Patent Local Rule 3-6 for leave to amend its contentions on Friday, assuming you may not have time to get back to us over the holiday to give us your consent.  We certainly would appreciate your consent, but understand that the Thanksgiving holiday makes that difficult.

The new infringement contentions include:
3. Infringement contentions for the Galaxy S III running on Jelly Bean.  We understand the Jelly Bean update to have been released to the public beginning on October 25, 2012, and most recently on November 14, 2012 (with respect to T-Mobile].
4. Infringement contentions for the Galaxy S III mini (these are combined with the Galaxy S III Jelly Bean charts) and for the Samsung Note 2.  We understand that the former device will be officially released in the U.S. in the near future and which has recently begun to be sold in the U.S, and that the latter device was released in the United States beginning on October 24, 2012.
5. Minor edits to the cover document to Apple's first amended infringement contentions.  Specifically, Apple seeks to correct the Bates number for the '502 patent assignment, and to fix a typo in the priority date for the '604 patent, and correct a carrier designation for the Galaxy Note.

**FTP INFO:**
**Host:** sftp.gibsondunn.com
**Username:** 03290-00026-iz

Thank you,
Brian


**Brian M. Buroker**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8541 • Mobile +1 703.927.2129
BBuroker@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.