1  Daryl M. Crone (Bar No. 209610)
   daryl@cronehawxhurst.com
2  CRONE HAWXHURST LLP
   10880 Wilshire Boulevard, Suite 1150
3  Los Angeles, California 90024
   Telephone:  (310) 893-5150
4  Facsimile:   (310) 893-5195

5  Attorneys for
   SAMSUNG ELECTRONICS CO., LTD.,
6  SAMSUNG ELECTRONICS AMERICA, INC.,
   and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

{00055631.DOC - v1}

CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

Case No. 12-cv-00630-LHK
NOTICE OF APPEARANCE

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Daryl M. Crone, an attorney with the firm of Crone Hawxhurst LLP and admitted to practice before this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC:

> Daryl M. Crone
> daryl@cronehawxhurst.com
> CRONE HAWXHURST LLP
> 10880 Wilshire Blvd., Ste. 1150
> Los Angeles, CA 90024
> Telephone:  (310) 893-5150
> Facsimile:  (310) 893-5195

Respectfully submitted,

DATED:  December 3, 2012        CRONE HAWXHURST LLP

By____/s/ Daryl M. Crone_____
Daryl M. Crone
Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC