**[Counsel Listed on Signature Page]**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| v. | Civil Action No. 12-CV-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE PARTIES' TIME TO RESPOND TO PENDING MOTIONS FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

- 1 -

Case No. 12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO PENDING MOTIONS FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

- 2 -

1  WHEREAS, on November 21, 2012, Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively
3  referred to as "Samsung") moved for leave to amend its infringement contentions (Docket No.
4  304 ("Samsung's Motion for Leave"));

5  WHEREAS, on November 23, 2012, Apple Inc. ("Apple") moved for leave to amend its
6  infringement contentions (Docket No. 306 ("Apple's Motion for Leave"));

7  WHEREAS, Apple's current deadline to respond to Samsung's Motion for Leave is
8  December 5, 2012;

9  WHEREAS, Samsung's current deadline to respond to Apple's Motion for Leave is
10 December 7, 2012;

11 WHEREAS, the parties are engaged in discussions to resolve the pending Motions for
12 Leave absent Court intervention;

13 WHEREAS, on December 4, 2012, the parties' counsel agreed to extend by one week
14 their respective deadlines to respond to the pending Motions for Leave, to afford the parties
15 additional time to try to resolve these motions; and

16 WHEREAS, this stipulation and the corresponding extension of time will not require
17 altering any other deadline presently on calendar in this matter.

18 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties
19 that:

20 (a) the time for Apple to respond to Samsung's Motion for Leave shall be extended to
21 December 12, 2012, and

22 (b) the deadline for Samsung to respond to Apple's Motion for Leave shall be
23 extended to December 14, 2012.

- 2 -

Case No. 12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO PENDING MOTIONS FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

Dated:  December 5, 2012        WILMER CUTLER PICKERING
                                    HALE AND DORR LLP

                                By:     /s/ Mark D. Selwyn
                                        Mark D. Selwyn
                                        *Attorneys for Plaintiff and
                                        Counterclaim-Defendant APPLE, INC.*

Dated: December 5, 2012         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                By:     /s/ Todd M. Briggs
                                        Todd M. Briggs
                                        *Attorneys for Defendants and
                                        Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO.,
                                        LTD. SAMSUNG ELECTRONICS AMERICA, INC., and
                                        SAMSUNG TELECOMMUNICATIONS AMERICA, LLC*

- 3 -

Case No. 12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO PENDING MOTIONS FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____       By: _____
                                   Honorable Paul S. Grewal

- 4 -

Case No. 12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO PENDING MOTIONS FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

**ATTESTATION**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Todd M. Briggs has concurred in this filing.

Dated:  December 5, 2012					By:	__/s/ Mark D. Selwyn_____
								Mark D. Selwyn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 5, 2012, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1. Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

							__/s/ Mark D. Selwyn_____
							Mark D. Selwyn

- 5 -

Case No. 12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO PENDING MOTIONS FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS