UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>          Counterclaim-Plaintiffs,<br>   v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant | |

The parties filed a joint case management statement on December 5, 2012. ECF No. 319. In that statement, the parties expressed some disagreement about the conduct of depositions using

1

Case No.: 12-CV-00630-LHK (PSG)
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

an interpreter.  Consistent with the Court's May 5, 2012 Order, ECF No. 160, each deposition is limited to 7 hours, but depositions requiring an interpreter count as half time.  Accordingly, a deposition with an interpreter may last up to 14 hours over two days.  If a party wishes to schedule a two-day deposition due to the use of an interpreter, advance notice to the opposing party is required.  If the parties have disputes about specific depositions that they are unable to resolve, motions should be directed to Magistrate Judge Grewal.

The case schedule remains as set.  The case management conference scheduled for December 12, 2012 is hereby continued to March 27, 2013 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: December 11, 2012

_____
LUCY H. KOH
United States District Judge

2
Case No.: 12-CV-00630-LHK (PSG)
ORDER CONTINUING CASE MANAGEMENT CONFERENCE