**[Counsel Listed on Signature Page]**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| v. | Civil Action No. 12-CV-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING THE PARTIES' TIME TO RESPOND TO PENDING MOTIONS FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

- 1 -

Case No. 12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME TO RESPOND
TO PENDING MOTIONS FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

1   WHEREAS, on November 21, 2012, Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively
3  referred to as "Samsung") moved for leave to amend its infringement contentions (Docket No.
4  304 ("Samsung's Motion for Leave"));

5   WHEREAS, on November 23, 2012, Apple Inc. ("Apple") moved for leave to amend its
6  infringement contentions (Docket No. 306 ("Apple's Motion for Leave"));

7   WHEREAS, Apple's original deadline to respond to Samsung's Motion for Leave was
8  December 5, 2012;

9   WHEREAS, Samsung's original deadline to respond to Apple's Motion for Leave was
10 December 7, 2012;

11  WHEREAS, on December 5, 2012, in order to afford the parties additional time to try to
12 resolve these motions, the parties filed a stipulation to extend the time for Apple to respond to
13 Samsung's Motion for Leave to December 12, 2012, and the deadline for Samsung to respond to
14 Apple's Motion for Leave to December 14, 2012 (Docket No. 318);

15  WHEREAS, the parties are still engaged in discussions to resolve the pending Motions
16 for Leave; and

17  WHEREAS, this stipulation and the corresponding extension of time will not require
18 altering any other deadline presently on calendar in this matter.

19  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties
20 that:

21  (a)  the time for Apple to respond to Samsung's Motion for Leave shall be extended to
22 December 19, 2012, and

23  (b)  the deadline for Samsung to respond to Apple's Motion for Leave shall be
24 extended to December 21, 2012.

1  Dated:  December 12, 2012  WILMER CUTLER PICKERING
2                                HALE AND DORR LLP

3                               By:    /s/ Mark D. Selwyn
                                       Mark D. Selwyn
4                                      *Attorneys for Plaintiff and
                                       Counterclaim-Defendant APPLE, INC.*

5

6  Dated: December 12, 2012    QUINN EMANUEL URQUHART & SULLIVAN, LLP

7                               By:    /s/ Todd M. Briggs
                                       Todd M. Briggs
8                                      *Attorneys for Defendants and
                                       Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO.,
9                                      LTD. SAMSUNG ELECTRONICS AMERICA, INC., and
                                       SAMSUNG TELECOMMUNICATIONS AMERICA, LLC*

- 3 -

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____         By: _____
                                           Honorable Paul S. Grewal

- 4 -

Case No. 12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME TO RESPOND
TO PENDING MOTIONS FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

**ATTESTATION**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Todd M. Briggs has concurred in this filing.

Dated:  December 12, 2012         By:     */s/ Mark D. Selwyn*
                                                 Mark D. Selwyn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 12, 2012, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

*/s/ Mark D. Selwyn*
Mark D. Selwyn

- 5 -

Case No. 12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME TO RESPOND
TO PENDING MOTIONS FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS