1
2
3
4
5
6
7

8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                   SAN JOSE DIVISION
11

| | |
|---|---|
| 12  APPLE INC., | Case No. 12-cv-00630-LHK (PSG) |
| 13            Plaintiff, | **STIPULATED AMENDMENT TO THE PROTECTIVE ORDER REGARDING INTEL CODE PRODUCTION** |
| 14      v. | |
| 15  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 18            Defendants. | |
| 19  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 23            Counterclaim-Plaintiffs, | |
| 24      v. | |
| 25  APPLE, INC. a California corporation, | |
| 26            Counterclaim-Defendant. | |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-plaintiffs Samsung Electronics Co. Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America LLC (collectively "Samsung") (collectively referred to herein as the "Parties") have sought production of documents, testimony or information reflecting confidential and proprietary information from non-party Intel Corporation ("Intel"). The Court adopted a Protective Order proposed by Samsung in its Order of January 30, 2012 (the "Protective Order"). Intel has requested protections for its confidential information that are not provided in the Protective Order, and the Parties have agreed to provide these protections, as reflected in this Stipulated Amendment to the Protective Order Regarding Intel Code Production ("Amendment to the Protective Order"):

1. As a further restriction under Section 6(b) of the Protective Order, the scope of the prosecution bar extends to "the subject matter of the patents-in-suit or wireless modem hardware and protocol software for implementation of physical or data link layers in devices for mobile telephony" for anyone who receives one or more items designated as "INTEL CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE."

2. As a further restriction under Section 11(j) of the Protective Order, Intel will, upon request, deliver three (3) sets of printed documents to each office of the outside counsel of the Receiving Party identified by the Receiving Party. The Receiving Party may not make any additional paper copies of any portions of the Source Code received from Intel, not including copies attached to court filings or used at depositions.

3. As a further restriction under Section 11(k) of the Protective Order, printed source code identified as "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" must be kept at all times at an office of the Receiving Party's Outside Counsel.

4. As an additional restriction under Sections 12(a) and 12(b) of the Protective Order, prior to receiving any material marked as "INTEL CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" the Person must be disclosed to Intel pursuant to the provisions of Sections 12(a) and

12(b).

5. As an additional restriction under Section 12(c) of the Protective Order, "good cause" includes failure of the Person to make a full and complete disclosure under Section 12(a).

6. As an additional restriction under Section 12(d) of the Protective Order, prior to receiving any material marked as "INTEL CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE," the Person must execute a copy of the "Agreement to Be Bound by Protective Orders" (Exhibit B hereto) and serve it on all Parties and Intel.

7. As an additional restriction under section 15 of the Protective Order, the parties must make a good faith effort to provide Intel with 48 hours advance notice prior to filing any material marked as "INTEL CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" with the Court, but if advance notice is not given, the parties must promptly notify Intel after filing any material marked as "INTEL CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" with the Court, but in any event the notice must be given within 48 hours after filing of any material marked as "INTEL CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" with the Court. The parties must also make a good faith effort to provide Intel with 48 hours advance notice of any motion requesting sealing of documents marked as "INTEL CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE," but if advance notice is not given, the parties must promptly notify Intel after filing any motion requesting sealing of documents marked as "INTEL CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" with the Court, but in any event the notice must be given within 48 hours after filing of any material marked as "INTEL CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" with the Court.

**STIPULATED AND AGREED:**

Dated: November ____, 2012

Respectfully submitted,

*(signature)*

William F. Lee
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Harold J. McElhinny
Michael A. Jacobs
Richard S.J. Hung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Counsel for Plaintiff and Counterclaim-Defendant Apple Inc.*

Charles K. Verhoeven
QUINN EMANUEL URQUHART
  & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600

Victoria Maroulis
QUINN EMANUEL URQUHART
  & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5066

Diane C. Hutnyan
QUINN EMANUEL URQUHART
  & SULLIVAN LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

*Counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC*

**IT IS SO ORDERED.**

Date: _____

_____
UNITED STATES MAGISTRATE JUDGE

**STIPULATED AND AGREED:**

Dated: November ____, 2012

Respectfully submitted,

*/s/ W.F. Lee*

| | |
|---|---|
| William F. Lee<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>Mark D. Selwyn<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Harold J. McElhinny<br>Michael A. Jacobs<br>Richard S.J. Hung<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>*Counsel for Plaintiff and Counterclaim-Defendant Apple Inc.* | Charles K. Verhoeven<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br><br>Victoria Maroulis<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5066<br><br>Diane C. Hutnyan<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br><br>*Counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC* |

**IT IS SO ORDERED.**

Date: _____

_____
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT B

## Agreement to Be Bound by Protective Orders

I, _____, acknowledge and declare that I have received a copy of the Protective Order and the Amendment to the Protective Order Regarding Intel Code Production ("Orders") in *Apple, Inc. v. Samsung Electronics Co., Ltd. et al.*, U.S. District Court for the Northern District of California Civil Action No 12-cv-00630-LHK. Having read and understood the terms of both Orders, I agree to be bound by the terms of the Orders and consent to the jurisdiction of the District Court for the purpose of any proceeding to enforce the terms of the Orders.

Name of individual: _____

Present occupation/job description: _____

_____

_____

Name of Company or Firm: _____

Address: _____

Dated: _____

_____
[Signature]