1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

| | |
|---|---|
| 12   APPLE INC., | Case No. 12-cv-00630-LHK (PSG) |
| 13            Plaintiff, | **STIPULATED AMENDMENT TO THE PROTECTIVE ORDER REGARDING INTEL CODE PRODUCTION** |
| 14      v. | |

15   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean corporation; SAMSUNG
16   ELECTRONICS AMERICA, INC., a New
     York corporation; and SAMSUNG
17   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
18
                        Defendants.
19
     SAMSUNG ELECTRONICS CO., LTD.,
20   a Korean corporation; SAMSUNG
     ELECTRONICS AMERICA, INC., a New
21   York corporation; and SAMSUNG
     TELECOMMUNICATIONS AMERICA,
22   LLC, a Delaware limited liability company,

23                      Counterclaim-
                        Plaintiffs,
24
          v.
25
     APPLE, INC. a California corporation,
26
                        Counterclaim-
27                      Defendant.

28

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-plaintiffs Samsung Electronics Co. Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America LLC (collectively "Samsung") (collectively referred to herein as the "Parties") have sought production of documents, testimony or information reflecting confidential and proprietary information from non-party Intel Corporation ("Intel"). The Court adopted a Protective Order proposed by Samsung in its Order of January 30, 2012 (the "Protective Order"). Intel has requested protections for its confidential information that are not provided in the Protective Order, and the Parties have agreed to provide these protections, as reflected in this Stipulated Amendment to the Protective Order Regarding Intel Code Production ("Amendment to the Protective Order"):

1. As a further restriction under Section 6(b) of the Protective Order, the scope of the prosecution bar extends to "the subject matter of the patents-in-suit or wireless modem hardware and protocol software for implementation of physical or data link layers in devices for mobile telephony" for anyone who receives one or more items designated as "INTEL CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE."

2. As a further restriction under Section 11(j) of the Protective Order, Intel will, upon request, deliver three (3) sets of printed documents to each office of the outside counsel of the Receiving Party identified by the Receiving Party. The Receiving Party may not make any additional paper copies of any portions of the Source Code received from Intel, not including copies attached to court filings or used at depositions.

3. As a further restriction under Section 11(k) of the Protective Order, printed source code identified as "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" must be kept at all times at an office of the Receiving Party's Outside Counsel.

4. As an additional restriction under Sections 12(a) and 12(b) of the Protective Order, prior to receiving any material marked as "INTEL CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" the Person must be disclosed to Intel pursuant to the provisions of Sections 12(a) and

1    12(b).

2       5. As an additional restriction under Section 12(c) of the Protective Order, "good cause"

3  includes failure of the Person to make a full and complete disclosure under Section 12(a).

4       6. As an additional restriction under Section 12(d) of the Protective Order, prior to

5  receiving any material marked as "INTEL CONFIDENTIAL – ATTORNEYS' EYES ONLY" or

6  "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE," the

7  Person must execute a copy of the "Agreement to Be Bound by Protective Orders" (Exhibit B

8  hereto) and serve it on all Parties and Intel.

9       7. As an additional restriction under section 15 of the Protective Order, the parties must

10  make a good faith effort to provide Intel with 48 hours advance notice prior to filing any material

11  marked as "INTEL CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "INTEL

12  CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" with the

13  Court, but if advance notice is not given, the parties must promptly notify Intel after filing any

14  material marked as "INTEL CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "INTEL

15  CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" with the

16  Court, but in any event the notice must be given within 48 hours after filing of any material

17  marked as "INTEL CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "INTEL

18  CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" with the

19  Court.  The parties must also make a good faith effort to provide Intel with 48 hours advance

20  notice of any motion requesting sealing of documents marked as "INTEL CONFIDENTIAL –

21  ATTORNEYS' EYES ONLY" or "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS'

22  EYES ONLY – SOURCE CODE," but if advance notice is not given, the parties must promptly

23  notify Intel after filing any motion requesting sealing of documents marked as "INTEL

24  CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "INTEL CONFIDENTIAL – OUTSIDE

25  ATTORNEYS' EYES ONLY – SOURCE CODE" with the Court, but in any event the notice

26  must be given within 48 hours after filing of any material marked as "INTEL CONFIDENTIAL –

27  ATTORNEYS' EYES ONLY" or "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS'

28  EYES ONLY – SOURCE CODE" with the Court.

AMENDMENT TO THE PROTECTIVE ORDER
REGARDING INTEL CODE PRODUCTION
Case No. 12-cv-00630-LHK (PSG)

1

2   **STIPULATED AND AGREED:**

3

4   Dated:  November ____, 2012                  Respectfully submitted,

5

6   William F. Lee                               Charles K. Verhoeven
    WILMER CUTLER PICKERING                      QUINN EMANUEL URQUHART
7      HALE AND DORR LLP                            & SULLIVAN LLP
    60 State Street                              50 California Street, 22nd Floor
8   Boston, Massachusetts  02109                 San Francisco, California  94111
    Telephone:  (617) 526-6000                   Telephone:  (415) 875-6600
9   Facsimile:  (617) 526-5000

10  Mark D. Selwyn                               Victoria Maroulis
    WILMER CUTLER PICKERING                      QUINN EMANUEL URQUHART
11     HALE AND DORR LLP                            & SULLIVAN LLP
    950 Page Mill Road                           555 Twin Dolphin Drive, 5th Floor
12  Palo Alto, California  94304                 Redwood Shores, California  94065
    Telephone:  (650) 858-6000                   Telephone:  (650) 801-5066
13  Facsimile:  (650) 858-6100

14  Harold J. McElhinny                          Diane C. Hutnyan
    Michael A. Jacobs                            QUINN EMANUEL URQUHART
15  Richard S.J. Hung                              & SULLIVAN LLP
    MORRISON & FOERSTER LLP                      865 S. Figueroa St., 10th Floor
16  425 Market Street                            Los Angeles, California  90017
    San Francisco, California  94105             Telephone:  (213) 443-3000
17  Telephone:  (415) 268-7000
    Facsimile:  (415) 268-7522
18                                               *Counsel for Samsung Electronics Co., Ltd.,*
    *Counsel  for  Plaintiff  and  Counterclaim-*   *Samsung Electronics America, Inc., and*
19  *Defendant Apple Inc.*                       *Samsung Telecommunications America, LLC*

20

21

22  **IT IS SO ORDERED.**

23

24  Date: _____       _____
25                                     UNITED STATES MAGISTRATE JUDGE

26

27

28

1

2 **STIPULATED AND AGREED:**

3

4   Dated: November ____, 2012                      Respectfully submitted,

5                                                    _V.F. Mern_

6   _____                        Charles K. Verhoeven
    William F. Lee                                   QUINN EMANUEL URQUHART
7   WILMER CUTLER PICKERING                            & SULLIVAN LLP
      HALE AND DORR LLP                              50 California Street, 22nd Floor
8   60 State Street                                  San Francisco, California  94111
    Boston, Massachusetts  02109                     Telephone:  (415) 875-6600
9   Telephone:  (617) 526-6000
    Facsimile:  (617) 526-5000
10                                                    Victoria Maroulis
    Mark D. Selwyn                                   QUINN EMANUEL URQUHART
11  WILMER CUTLER PICKERING                            & SULLIVAN LLP
      HALE AND DORR LLP                              555 Twin Dolphin Drive, 5th Floor
12  950 Page Mill Road                               Redwood Shores, California  94065
    Palo Alto, California  94304                     Telephone:  (650) 801-5066
13  Telephone:  (650) 858-6000
    Facsimile:  (650) 858-6100
14                                                    Diane C. Hutnyan
    Harold J. McElhinny                              QUINN EMANUEL URQUHART
15  Michael A. Jacobs                                  & SULLIVAN LLP
    Richard S.J. Hung                                865 S. Figueroa St., 10th Floor
16  MORRISON & FOERSTER LLP                          Los Angeles, California  90017
    425 Market Street                                Telephone:  (213) 443-3000
17  San Francisco, California  94105
    Telephone:  (415) 268-7000
18  Facsimile:  (415) 268-7522                       *Counsel for Samsung Electronics Co., Ltd.,*
                                                     *Samsung Electronics America, Inc., and*
19  *Counsel for Plaintiff and Counterclaim-*        *Samsung Telecommunications America, LLC*
    *Defendant Apple Inc.*

20

21

22 **IT IS SO ORDERED.**

23

24  Date: December 17, 2012                          _Paul S. Grewal_

25                                                    UNITED STATES MAGISTRATE JUDGE

26

27

28

                                                          AMENDMENT TO THE PROTECTIVE ORDER
                                                          REGARDING INTEL CODE PRODUCTION
                                -4-                       Case No. 12-cv-00630-LHK (PSG)

1

2

**EXHIBIT B**

3

**Agreement to Be Bound by Protective Orders**

4

I, _____, acknowledge and declare that I have

5

received a copy of the Protective Order and the Amendment to the Protective Order Regarding

6

Intel Code Production ("Orders") in *Apple, Inc. v. Samsung Electronics Co., Ltd. et al.*, U.S.

7

District Court for the Northern District of California Civil Action No 12-cv-00630-LHK.  Having

8

read and understood the terms of both Orders, I agree to be bound by the terms of the Orders and

9

consent to the jurisdiction of the District Court for the purpose of any proceeding to enforce the

10

terms of the Orders.

11

12

Name of individual: _____

13

Present occupation/job description: _____

14

_____

15

_____

16

Name of Company or Firm: _____

17

Address: _____

18

19

Dated: _____

20

21

_____

22

[Signature]

23

24

25

26

27

28