JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Civil Action No. 12-CV-00630-LHK<br><br>**JURY TRIAL DEMANDED**<br><br>**DECLARATION OF MARK SELWYN IN SUPPORT OF APPLE INC.'S RESPONSE TO SAMSUNG'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS** |

1  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG
2  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG
3  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
4
5  Counterclaim-Plaintiffs,
6  v.
7  APPLE INC., a California corporation,
   Counterclaim-Defendant.
8

9  I, Mark Selwyn, declare as follows:

10  1. I am partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP
11  ("WilmerHale"), counsel for Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple"). I am
12  licensed to practice law in the State of California. I submit this declaration in support of Apple's
13  Response to Samsung's Motion for Leave to Amend and Supplement Its Infringement
14  Contentions. Unless otherwise indicated, I have personal knowledge of the matters set forth
15  below. If called as a witness, I could and would testify competently as follows.

16  2. Attached hereto as Exhibit 1 is a true and correct copy of Exhibit H to Samsung
17  Defendants' Disclosure of Asserted Claims and Infringement Contentions.

18  3. Attached hereto as Exhibit 2 is a true and correct copy of Exhibit H to Samsung
19  Defendants' Amended Disclosure of Asserted Claims and Infringement Contentions.

20  4. Attached hereto as Exhibit 3 is a true and correct copy of Exhibit E to Samsung
21  Defendants' Disclosure of Asserted Claims and Infringement Contentions.

22  5. Attached hereto as Exhibit 4 is a true and correct copy of Exhibit E to Samsung
23  Defendants' Amended Disclosure of Asserted Claims and Infringement Contentions.

24  6. Attached hereto as Exhibit 5 is a true and correct copy of Exhibit G to Samsung
25  Defendants' Disclosure of Asserted Claims and Infringement Contentions.

26  7. Attached hereto as Exhibit 6 is a true and correct copy of Exhibit D to Samsung
27  Defendants' Disclosure of Asserted Claims and Infringement Contentions.

28

1      8.     Attached hereto as Exhibit 7 is a true and correct copy of Exhibit F to Samsung
2 Defendants' Disclosure of Asserted Claims and Infringement Contentions.

3      9.     Attached hereto as Exhibit 8 is a true and correct copy of Exhibit F to Samsung
4 Defendants' Amended Disclosure of Asserted Claims and Infringement Contentions.

5      10.    Attached hereto as Exhibit 9 is a true and correct copy of Exhibit C to Samsung
6 Defendants' Disclosure of Asserted Claims and Infringement Contentions.

7      11.    Attached hereto as Exhibit 10 is a true and correct copy of Exhibit C to Samsung
8 Defendants' Amended Disclosure of Asserted Claims and Infringement Contentions.

9      I declare under penalty of perjury under the laws of the United States of America that the
10 foregoing is true and correct.

11     Executed on December 19, 2012 in Palo Alto, California.

                                    By:    /s/ Mark D. Selwyn
                                           Mark D. Selwyn