# Exhibit 2

# EXHIBIT H

# SAMSUNG'S AMENDED PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 5,579,239

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 1. An apparatus for transmission of data, comprising: | Apple directly infringes this claim through testing and use of the claimed apparatus for transmitting data by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed apparatus that are found in the iPhone 5, iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim.[1] |
| a mobile remote unit including: | The iPhone 5 is a mobile remote unit ("Mobile Remote Unit"). |
| a.) means for capturing, digitizing, and compressing at least one composite signal; | The Mobile Remote Unit has a means for capturing, digitizing and compressing a composite signal into a digital file.  On information and belief, the iPhone 5 uses a CMOS Image Sensor that converts an optical image into an electronic analog signal, and then uses an A/D converter that converts the analog signal into a digital signal. The iPhone 5's CMOS Image Sensor is depicted below:  **(iPhone 5's CMOS Sensor, http://www.ifixit.com/Teardown/iPhone-5-Teardown/10525/4, viewed 09/25/2012)** |

---

[1]   In its original infringement contentions served on June 15, 2012, Samsung alleged that the iPhone (4 and 4S), iPod Touch (4th generation), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, and PCs with iTunes were collectively the "Accused Devices" that have been used by Apple and its customers to create an apparatus that infringe claims 1-7 of the '239 patent.  Of those, the previously accused devices that now run on the newly released iOS 6.0 (the same operating system that ships with the iPhone 5) operate in substantially the same way as described herein.

http://www.ifixit.com/Teardown/iPhone-5-Teardown/10525/4http://www.ifixit.com/Teardown/iPhone-5-Teardown/10525/4The iPhone 5's A6 processor with a graphical processing unit (GPU) captures the digital composite signal and uses a video encoder that utilizes at least the H.264 and MPEG-4 standards for compressing the digital signal into a compressed digital file.[2]

For example, the iPhone 5's A6 processor is depicted below:



**(A6 Processor, http://www.ifixit.com/Teardown/Apple-A6-Teardown/10528/2, viewed 09/25/2012)**

According to Apple's website, the iPhone 5 capture video in HD format at up to 30 frames per second:

---

[2] The previously accused devices have an A4 and A5 processors which operate in substantially the same manner as the iPhone 5's A6 processor.

Camera, Photos, and Video

8-megapixel iSight camera

Panorama

Video recording, HD (1080p) up to 30 frames per second with audio

FaceTime HD camera with 1.2MP photos and HD video (720p) up to 30 frames per second

Autofocus

Tap to focus video or still images

Face detection in video or still images

LED flash

Improved video stabilization

Photo and video geotagging





(**http://www.apple.com/iphone/specs.html**, **viewed 09/25/2012**)

Apple's website  further describes that the iPhone 5 supports numerous video compression standards:

Video formats supported: H.264 video up to 1080p, 30 frames per second, High Profile level 4.1 with AAC-LC audio up to 160 Kbps, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; MPEG-4 video up to 2.5 Mbps, 640 by 480 pixels, 30 frames per second, Simple Profile with AAC-LC audio up to 160 Kbps per channel, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; Motion JPEG (M-JPEG) up to 35 Mbps, 1280 by 720 pixels, 30 frames per second, audio in ulaw, PCM stereo audio in .avi file format

(**http://www.apple.com/iphone/specs.html**, **viewed 09/25/2012**)

The iPhone 5's User Guide describes using the iPhone 5's Facetime Camera and app for capturing, digitizing, and compressing at least one composite signal.



**(iPhone User Guide for iOS 6 Software, pg. 7)**

## FaceTime

With iPhone 4 or later, you can make a video call to someone with a Mac or other iOS device that supports FaceTime. The FaceTime camera lets you talk face-to-face; switch to the iSight camera on the back to share what you see around you.

*Note:* On iPhone 3GS or iPhone 4, you need a Wi-Fi connection to the Internet. On iPhone 4S or later, you can also make FaceTime calls over a cellular data connection. Cellular data charges may apply. To turn off FaceTime using cellular data, go to Settings > General > Cellular.

**Make a FaceTime call:** In Contacts, choose a name, tap FaceTime, then tap the phone number or email address that the person uses for FaceTime.

To call someone who has an iPhone 4 or later, you can start by making a voice call, then tap FaceTime.



Drag your image to any corner.

Mute (you can hear and see; the caller can see but not hear).

Switch cameras.

*Note:* With FaceTime, your phone number is displayed even if caller ID is blocked or turned off.

**Use Siri or Voice Control:** Press and hold the Home button ☐, then say "FaceTime," followed by the name of the person to call.

**Set FaceTime options:** Go to Settings > FaceTime to:

• Turn FaceTime on or off

• Specify your Apple ID or an email address for receiving FaceTime calls

**(iPhone User Guide for iOS 6, pg. 47)**

| | |
|---|---|
| b.) means for storing said composite signal; | The Mobile Remote Unit has a means for storing the composite signal, such as a NAND flash module or RAM. |
| c.) means for transmitting said composite signal; | On information and belief, the iPhone 5 has at least one of two types of computer interfaces for transmitting composite signals to a host unit.[3]  First, the iPhone 5 has a baseband chip for transmitting the compressed composite signal across cellular frequencies.  Second, the iPhone 5 also has a wireless chip for transmitting the compressed composite signal across Wi-Fi frequencies.<br><br>A user can transmit videos from a iPhone 5 to a host unit over a cellular frequency using Apple's software components that are pre-loaded on the iPhone 5 as described in more detail below with respect to claim 15.  For example, a user can email or message a video to any third party, or directly send the video for uploading to YouTube, over a cellular frequency as depicted here:<br><br> |

---

[3]   Some of the previously identified accused devices, i.e. iPod Touch, only have a wireless chip for transmitting the compressed composite signal across Wi-Fi frequencies.

A user can also transmit videos from a iPhone 5 to a host unit over WiFi by using Apple's iTunes software.  As described in the iPhone User's Guide, for example, Syncing With iTunes allows a user to transmit a copy of videos stored on the Mobile Remote Unit to a host unit:

## Syncing with iTunes

Syncing with iTunes copies information from your computer to iPhone, and vice versa. You can sync by connecting iPhone to your computer, or you can set up iTunes to sync wirelessly with Wi-Fi. You can set iTunes to sync music, photos, videos, podcasts, apps, and more. For information about syncing iPhone with your computer, open iTunes, then choose iTunes Help from the Help menu.

Set up wireless iTunes syncing:  Connect iPhone to your computer. In iTunes on the computer, select your iPhone (under Devices), click Summary, then turn on "Sync over Wi-Fi connection."

When Wi-Fi syncing is turned on, iPhone syncs every day. iPhone must be connected to a power source, iPhone and your computer must both be on the same wireless network, and iTunes must be open on your computer. For more information, see iTunes Wi-Fi Sync on page 136.

**( iPhoneUser Guide For iOS 6 Software, pg. 16)**

Additionally, a user can transmit video from a iPhone 5 to a host unit over either a cellular frequency or a Wi-Fi signal using Apple's FaceTime app, which is preloaded on the iPhone 5.

## FaceTime

With iPhone 4 or later, you can make a video call to someone with a Mac or other iOS device that supports FaceTime. The FaceTime camera lets you talk face-to-face; switch to the iSight camera on the back to share what you see around you.

*Note:* On iPhone 3GS or iPhone 4, you need a Wi-Fi connection to the Internet. On iPhone 4S or later, you can also make FaceTime calls over a cellular data connection. Cellular data charges may apply. To turn off FaceTime using cellular data, go to Settings > General > Cellular.

**Make a FaceTime call:** In Contacts, choose a name, tap FaceTime, then tap the phone number or email address that the person uses for FaceTime.

To call someone who has an iPhone 4 or later, you can start by making a voice call, then tap FaceTime.



Drag your image to any corner.

Mute (you can hear and see; the caller can see but not hear).

Switch cameras.

*Note:* With FaceTime, your phone number is displayed even if caller ID is blocked or turned off.

**Use Siri or Voice Control:** Press and hold the Home button ▢, then say "FaceTime," followed by the name of the person to call.

**Set FaceTime options:** Go to Settings > FaceTime to:

- Turn FaceTime on or off
- Specify your Apple ID or an email address for receiving FaceTime calls

**(iPhone User Guide for iOS 6, pg. 47)**

| a host unit including: | Apple's computers (i.e., iMac, MacBook Air, MacBook Pro, Mac Mini and Mac Pro) and non-Apple PCs with iTunes are each host units.<br><br>Additionally, Facetime allows the iPhone 5 to act as a host computer. For example, Apple informs its customers:<br><br>**Now your smile goes even further.**<br><br>FaceTime for Mac makes it possible to talk, smile, and laugh with anyone on an iPad 2, iPhone 4, iPod touch, or Mac from your Mac. So you can catch up, hang out, joke around, and stay in touch with just a click. Sure, it's great to hear a voice. But it's even better to see the face that goes with it.<br><br>(http://www.apple.com/mac/facetime/, viewed 09/26/2012) |
|---|---|
| a.) means for receiving at least one composite signal transmitted by the remote unit; | On information and belief, Apple's computers and non-Apple PCs each have a computer interface(s) for receiving a composite signal transmitted by the remote unit either over cellular or Wi-Fi frequencies.<br><br>Apple's software, as described below, works in conjunction with that computer interface(s) to allow a host computer unit to receive information from an iPhone 5. |

## Syncing with iTunes

Syncing with iTunes copies information from your computer to iPhone, and vice versa. You can sync by connecting iPhone to your computer, or you can set up iTunes to sync wirelessly with Wi-Fi. You can set iTunes to sync music, photos, videos, podcasts, apps, and more. For information about syncing iPhone with your computer, open iTunes, then choose iTunes Help from the Help menu.

Set up wireless iTunes syncing:  Connect iPhone to your computer. In iTunes on the computer, select your iPhone (under Devices), click Summary, then turn on "Sync over Wi-Fi connection."

When Wi-Fi syncing is turned on, iPhone syncs every day. iPhone must be connected to a power source, iPhone and your computer must both be on the same wireless network, and iTunes must be open on your computer. For more information, see iTunes Wi-Fi Sync on page 136.

**( iPhone User Guide For iOS 6 Software, pg. 16)**

## FaceTime

With iPhone 4 or later, you can make a video call to someone with a Mac or other iOS device that supports FaceTime. The FaceTime camera lets you talk face-to-face; switch to the iSight camera on the back to share what you see around you.

*Note:* On iPhone 3GS or iPhone 4, you need a Wi-Fi connection to the Internet. On iPhone 4S or later, you can also make FaceTime calls over a cellular data connection. Cellular data charges may apply. To turn off FaceTime using cellular data, go to Settings > General > Cellular.

**Make a FaceTime call:** In Contacts, choose a name, tap FaceTime, then tap the phone number or email address that the person uses for FaceTime.

To call someone who has an iPhone 4 or later, you can start by making a voice call, then tap FaceTime.



Drag your image to any corner.

Mute (you can hear and see; the caller can see but not hear).

Switch cameras.

*Note:* With FaceTime, your phone number is displayed even if caller ID is blocked or turned off.

**Use Siri or Voice Control:** Press and hold the Home button ⬜, then say "FaceTime," followed by the name of the person to call.

**Set FaceTime options:** Go to Settings > FaceTime to:

• Turn FaceTime on or off
• Specify your Apple ID or an email address for receiving FaceTime calls

**(iPhone User Guide for iOS 6, pg. 47)**

| a playback unit including: | On information and belief, the iPhone 5, Apple's computers, and non-Apple PCs each have a playback unit for playing the composite signal and displaying it to the user. |
|---|---|
| a.) means for exchanging data with said host unit; | On information and belief, the iPhone 5, Apple's computers and non-Apple PCs each have a circuit for exchanging the data received by the host computer's interface with the  playback unit.  Apple's software, such as Quicktime and Facetime, works in conjunction with that computer interface(s) and the circuit to allow a host unit to receive data from an iPhone 5 and transmit it to playback unit for playback unit. |
| b.) means for storing the composite signal received by the host unit; | The iPhone 5, Apple's computers and non-Apple PCs each have a hard or NAND flash module for storing the composite signal that is received by the host unit's interface from an iPhone 5  and then exchanged with the playback unit. For example, composite signals that are received by the host unit via email, messaging or Syncing with iTunes are transmitted to the playback unit and stored on the computer's hard or NAND flash module. Further, composite signals that are received by the host unit for the Facetime app are stored in a memory buffer, either the playback unit's hard drive or NAND flash module. |
| c.) means for decompressing said composite signal. | On information and belief, the iPhone 5, Apple's computers and non-Apple PC computers each have a graphical processing unit such as a video card, including a video decoder, for decompressing the compressed composite signal for playback.   Further, on information and belief, Apple's software, including Facetime, decompresses the composite signal.<br><br>For example, The iPhone 5 has an A6 processor with a graphical processing unit (GPU) that captures the digital composite signal and uses a video encoder that utilizes at least the H.264 and MPEG-4  standards for compressing the digital signal into a compressed digital file.[4]  The iPhone 5's A6 processor is depicted below: |

---

[4]   The previously accused devices have an A4 and A5 processors which operate in substantially the same manner as the iPhone 5's A6 processor.



**(A6 Processor, http://www.ifixit.com/Teardown/Apple-A6-Teardown/10528/2, viewed 09/25/2012)**

| | |
|---|---|
| 2. An apparatus according to claim 1 wherein the host unit and the playback unit are combined in a single computer. | Apple directly infringes this claim through testing and use of the claimed apparatus for transmitting data by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed apparatus that are found in the Accused Devices  to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim.

On information and belief, Apple's computers (iMac, MacBook Air, MacBook Pro, Mac Mini and Mac Pro) and non-Apple PC computers have both the host unit and the playback unit within the same single computer.

Additionally, as Apple informs users on its website, Facetime allows the iPhone and Apple's computers to act as a host and playback unit. |



**Now your smile goes even further.**

FaceTime for Mac makes it possible to talk, smile, and laugh with anyone on an iPad 2, iPhone 4, iPod touch, or Mac from your Mac. So you can catch up, hang out, joke around, and stay in touch with just a click. Sure, it's great to hear a voice. But it's even better to see the face that goes with it.

(**http://www.apple.com/mac/facetime/,** viewed 09/26/2012)

| | |
|---|---|
| 3. An apparatus according to claim 1 wherein the composite signal is transmitted over telephone lines, cellular, radio or other telemetric frequencies. | Apple directly infringes this claim through testing and use of the claimed apparatus for transmitting data by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed apparatus that are found in the Accused Devices to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim.<br><br>The iPhone 5 can transmit composite signals to a host computer over cellular and other radio frequencies, including Wi-Fi frequencies. |
| 4. An apparatus according to claim 3 further including means for splitting and organizing the digitized, compressed audio and/or video signal prior to transmission. | Apple directly infringes this claim through testing and use of the claimed apparatus for transmitting data by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed apparatus that are found in the Accused Devices to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim.<br><br>On information and belief, the iPhone 5 has software that splits and organizes the digitized, compressed audio and/or video signal prior to transmission to the host unit. |
| 5. An apparatus | Apple directly infringes this claim through testing and use of the claimed apparatus for transmitting data by and |

| according to claim 1 wherein the means for capturing, digitizing, and compressing said composite signal includes a video capture device installed in said remote unit to capture said composite signal in real time. | at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed apparatus that are found in the Accused Devices  to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim.

The  iPhone 5 has a video capture device capture to the composite signal in real time.  The iPhone 5 has an A6 processor with a graphical processing unit (GPU) that captures the digital composite signal and uses a video encoder that utilizes at least the H.264 and MPEG-4  standards for compressing the digital signal into a compressed digital file.

For example, the  iPhone 5's A6 processor is depicted below:



**(A6 Processor, http://www.ifixit.com/Teardown/Apple-A6-Teardown/10528/2, viewed 09/25/2012)**

According to Apple's website, the iPhone 5 captures video in HD format at up to 30 frames per second: |

| | |
|---|---|
| | Camera, Photos, and Video<br><br>8-megapixel iSight camera<br><br>Panorama<br><br>Video recording, HD (1080p) up to 30 frames per second with audio<br><br>FaceTime HD camera with 1.2MP photos and HD video (720p) up to 30 frames per second<br><br>Autofocus<br><br>Tap to focus video or still images<br><br>Face detection in video or still images<br><br>LED flash<br><br>Improved video stabilization<br><br>Photo and video geotagging<br><br>(**http://www.apple.com/iphone/specs.html**, viewed 09/25/2012)<br><br>Apple's website further describe that the iPhone 5 supports numerous video compression standards:<br><br>Video formats supported: H.264 video up to 1080p, 30 frames per second, High Profile level 4.1 with AAC-LC audio up to 160 Kbps, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; MPEG-4 video up to 2.5 Mbps, 640 by 480 pixels, 30 frames per second, Simple Profile with AAC-LC audio up to 160 Kbps per channel, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; Motion JPEG (M-JPEG) up to 35 Mbps, 1280 by 720 pixels, 30 frames per second, audio in ulaw, PCM stereo audio in .avi file format<br><br>(**http://www.apple.com/iphone/specs.html**, viewed 09/25/2012) |
| 6. An apparatus according to claim 5 wherein the means for capturing, compressing and digitizing said | Apple directly infringes this claim through testing and use of the claimed apparatus for transmitting data by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed apparatus that are found in the Accused Devices to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim. |

| Composite signal includes an audio capture device installed in said remote unit. | The iPhone 5 has an audio capture device with a codec for capturing audio signals.  For example,  the iPhone 5 has the Apple 338S01077 that is made by Cirrus. (http://www.ifixit.com/Teardown/iPhone-5-Teardown/10525/3, viewed 09/25/2012)<br><br>According to Apple's website, the iPhone 5 captures audio while recording video:<br><br>**Camera, Photos, and Video**<br><br>8-megapixel iSight camera<br><br>Panorama<br><br>Video recording, HD (1080p) up to 30 frames per second with audio<br><br>FaceTime HD camera with 1.2MP photos and HD video (720p) up to 30 frames per second<br><br>Autofocus<br><br>Tap to focus video or still images<br><br>Face detection in video or still images<br><br>LED flash<br><br>Improved video stabilization<br><br>Photo and video geotagging<br><br><br><br>**(http://www.apple.com/iphone/specs.html, viewed 09/25/2012)**<br><br><br>As described in the iPhone User's Guide, audio is also captured by the Voice Memo feature:<br><br>**At a glance**<br>Voice Memos lets you use iPhone as a portable recording device using the built-in microphone, iPhone or Bluetooth headset mic, or supported external microphone.<br><br>**( iPhoneUser Guide For iOS 6 Software, pg. 109)** |

| | |
|---|---|
| | These voice memos can also be transmitted from a iPhone 5 to a host unit by email, message or Syncing With iTunes. |
| 7. An apparatus according to claim 3 wherein the means for transmitting the composite signal includes: at least one interface installed in conjunction with said remote unit; a cellular telephone connected to each said interface. | Apple directly infringes this claim through testing and use of the claimed apparatus for transmitting data by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed apparatus that are found in the Accused Devices  to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim.<br><br>Apple informs its customers that the iPhone 5's baseband processor allows it to interface with multiple cellular networks.<br><br>Cellular and Wireless<br><br>· GSM model A1428*: UMTS/HSPA+/DC–HSDPA (850, 900, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz); LTE (Bands 4 and 17)<br><br>· CDMA model A1429*: CDMA EV–DO Rev. A and Rev. B (800, 1900, 2100 MHz); UMTS/HSPA+/DC–HSDPA (850, 900, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz); LTE (Bands 1, 3, 5, 13, 25)<br><br>· GSM model A1429*: UMTS/HSPA+/DC–HSDPA (850, 900, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz); LTE (Bands 1, 3, 5)<br><br>· 802.11a/b/g/n Wi-Fi (802.11n 2.4GHz and 5GHz)<br><br>· Bluetooth 4.0 wireless technology<br><br>(http://www.apple.com/iphone/specs.html, viewed 09/25/2012) |
| 15. An apparatus for transmission of data, | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPhone 5 (the "Accused Device") that comprises an apparatus for transmission of data.[6] |

---

[6]   In its original infringement contentions served on June 15, 2012, Samsung alleged that the iPhone (4 and 4S) and iPad (all Generations) were collectively the "Accused Devices" that have been used by Apple and its customers to create systems that infringe claims 15-17 of the '239 patent.  Of those, the previously accused devices that now run on the newly released iOS 6.0 (the same operating system that ships with the iPhone 5) operate in substantially the same way as described herein.

| comprising: | |
|---|---|
| a computer including a video capture module to capture and compress video in real time; | The Accused Device comprises a computer that includes a video capture module to capture and compress video in real time.  The iPhone 5 has a CMOS Image Sensor that converts an optical image into an electronic analog signal, and then uses an A/D converter that converts the analog signal into a digital signal.  For example, the iPhone 5's CMOS Image Sensor is  depicted below:<br><br><br><br>**(iPhone 5's CMOS Sensor, http://www.ifixit.com/Teardown/iPhone-5-Teardown/10525/4, viewed 09/25/2012)**<br><br>The iPhone 5 has an A6 processor with a graphical processing unit (GPU) for capturing from the iPhone's camera and uses a video encoder for compressing the digital signal into a compressed digital file in real time according to one of three compression standards:  H.264, MPEG-4 and Motion JPEG (M-JPEG).[7]<br><br>For example, the iPhone 5's A6 processor is depicted below: |

---

[7]   The previously accused devices have an A4 and A5 processors which operate in substantially the same manner as the iPhone 5's A6 processor.



**(A6 Processor, http://www.ifixit.com/Teardown/Apple-A6-Teardown/10528/2, viewed 09/25/2012)**

According to Apple's website, the iPhone 5 capture video in HD format at up to 30 frames per second:

Camera, Photos, and Video

8-megapixel iSight camera

Panorama

Video recording, HD (1080p) up to 30 frames per second with audio

FaceTime HD camera with 1.2MP photos and HD video (720p) up to 30 frames per second

Autofocus

Tap to focus video or still images

Face detection in video or still images

LED flash

Improved video stabilization

Photo and video geotagging





**(http://www.apple.com/iphone/specs.html, viewed 09/25/2012)**

Apple's website  further describe that the iPhone 5 supports numerous video compression standards:

Video formats supported: H.264 video up to 1080p, 30 frames per second, High Profile level 4.1 with AAC–LC audio up to 160 Kbps, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; MPEG–4 video up to 2.5 Mbps, 640 by 480 pixels, 30 frames per second, Simple Profile with AAC–LC audio up to 160 Kbps per channel, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; Motion JPEG (M–JPEG) up to 35 Mbps, 1280 by 720 pixels, 30 frames per second, audio in ulaw, PCM stereo audio in .avi file format

(**http://www.apple.com/iphone/specs.html**, **viewed 09/25/2012**)

The iPhone 5's User Guide describes using the iPhone 5's Facetime Camera and app for capturing, digitizing, and compressing at least one composite signal.



**(iPhone User Guide for iOS 6 Software, pg. 7)**

## FaceTime

With iPhone 4 or later, you can make a video call to someone with a Mac or other iOS device that supports FaceTime. The FaceTime camera lets you talk face-to-face; switch to the iSight camera on the back to share what you see around you.

*Note:* On iPhone 3GS or iPhone 4, you need a Wi-Fi connection to the Internet. On iPhone 4S or later, you can also make FaceTime calls over a cellular data connection. Cellular data charges may apply. To turn off FaceTime using cellular data, go to Settings > General > Cellular.

**Make a FaceTime call:** In Contacts, choose a name, tap FaceTime, then tap the phone number or email address that the person uses for FaceTime.

To call someone who has an iPhone 4 or later, you can start by making a voice call, then tap FaceTime.



Drag your image to any corner.

Mute (you can hear and see; the caller can see but not hear).

Switch cameras.

*Note:* With FaceTime, your phone number is displayed even if caller ID is blocked or turned off.

**Use Siri or Voice Control:** Press and hold the Home button ▢, then say "FaceTime," followed by the name of the person to call.

**Set FaceTime options:** Go to Settings > FaceTime to:

- Turn FaceTime on or off
- Specify your Apple ID or an email address for receiving FaceTime calls

**(iPhone User Guide for iOS 6, pg. 47)**

| | |
|---|---|
| means for transmission of said captured video over a cellular frequency. | The Accused Device allows for the transmission of a captured video over a cellular frequency in a variety of ways.   The Photos application that is pre-loaded on the Accused Device provides the user with three ways (email, messages, and sending to YouTube) to share a captured video with another person over a cellular frequency. As explained by Apple:<br><br>**Now playing everywhere.**<br><br>It's premiere time. You can shoot video right in the Messages app and send it through iMessage or as an MMS. Or attach it to an email. Or post it on Facebook or YouTube. With AirPlay and Apple TV, you can show your movies to a large audience on your HDTV.\*<br><br>After a video is captured by an Accused Device, it can be accessed through the Photos application as shown below: |



When a user clicks on the icon in the bottom left hand corner of the screen, three options for transmitting the video are displayed:



Upon selection of  the "Email Video" option, the Accused Device displays this screen that depicts the video being processed by the Accused Device for attachment to an email:



Upon selection of  the "Message" option, the Accused Device display this screen:



Upon selection of the "Send to YouTube" option, the Accused Device displays this screen:



On information and belief, the Accused Device has at least one cellular antenna and supporting hardware and software, including a baseband chip, for transmitting the captured video over a cellular frequency. For example, on information and belief, the iPhone 5 includes a baseband processor that supports multiple cellular communication networks.  The iPhone 5's specifications indicate the networks that are available to a user:

| Cellular and Wireless | · GSM model A1428*: UMTS/HSPA+/DC−HSDPA (850, 900, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz); LTE (Bands 4 and 17) |
| | · CDMA model A1429*: CDMA EV-DO Rev. A and Rev. B (800, 1900, 2100 MHz); UMTS/HSPA+/DC−HSDPA (850, 900, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz); LTE (Bands 1, 3, 5, 13, 25) |
| | · GSM model A1429*: UMTS/HSPA+/DC−HSDPA (850, 900, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz); LTE (Bands 1, 3, 5) |
| | · 802.11a/b/g/n Wi-Fi (802.11n 2.4GHz and 5GHz) |
| | · Bluetooth 4.0 wireless technology |

(**http://www.apple.com/iphone/specs.html**, **viewed 09/25/ 2012**)

The iPhone User Guide shows the status icons that indicate what networks are available for use by the phone at a given time:

| Status icon | | What it means |
|---|---|---|
| ◢ | Cell signal* | Shows whether you're in range of the cellular network and can make and receive calls. The more bars, the stronger the signal. If there's no signal, the bars are replaced with "No service." |
| ✈ | Airplane mode | Shows that airplane mode is on—you cannot use the phone, access the Internet, or use Bluetooth® devices. Non-wireless features are available. See Airplane mode on page 130. |
| LTE | LTE | Shows that your carrier's LTE network is available, and iPhone can connect to the Internet over that network. (iPhone 5. Not available in all areas.) See Cellular on page 135. |
| 4G | UMTS | Shows that your carrier's 4G UMTS (GSM) network is available, and iPhone can connect to the Internet over that network. (iPhone 4S or later. Not available in all areas.) See Cellular on page 135. |
| 3G | UMTS/EV-DO | Shows that your carrier's 3G UMTS (GSM) or EV-DO (CDMA) network is available, and iPhone can connect to the Internet over that network. See Cellular on page 135. |
| E | EDGE | Shows that your carrier's EDGE (GSM) network is available, and iPhone can connect to the Internet over that network. See Cellular on page 135. |

(iPhone User Guide for iOS 6 Software, pg. 10)

Facetime also allows users to make a video call over cellular frequencies:

## FaceTime

With iPhone 4 or later, you can make a video call to someone with a Mac or other iOS device that supports FaceTime. The FaceTime camera lets you talk face-to-face; switch to the iSight camera on the back to share what you see around you.

*Note:* On iPhone 3GS or iPhone 4, you need a Wi-Fi connection to the Internet. On iPhone 4S or later, you can also make FaceTime calls over a cellular data connection. Cellular data charges may apply. To turn off FaceTime using cellular data, go to Settings > General > Cellular.

**Make a FaceTime call:** In Contacts, choose a name, tap FaceTime, then tap the phone number or email address that the person uses for FaceTime.

To call someone who has an iPhone 4 or later, you can start by making a voice call, then tap FaceTime.



Drag your image to any corner.

Mute (you can hear and see; the caller can see but not hear).

Switch cameras.

*Note:* With FaceTime, your phone number is displayed even if caller ID is blocked or turned off.

**Use Siri or Voice Control:** Press and hold the Home button ☐, then say "FaceTime," followed by the name of the person to call.

**Set FaceTime options:** Go to Settings > FaceTime to:

• Turn FaceTime on or off

• Specify your Apple ID or an email address for receiving FaceTime calls

| | (iPhone User Guide for iOS 6, pg. 47) |
|---|---|
| 16. The apparatus of claim 15 wherein the means for transmission of said captured video over a cellular frequency includes; | Apple infringes this claim by selling the Accused Device that each comprises an apparatus for transmission of captured video over a cellular frequency. |
| at least two interfaces operating in conjunction with said computer; | On information and belief, the Accused Device has at least two interfaces for transmission of captured video over a cellular frequency.  The Accused Device has a baseband processor that supports multiple cellular communication networks.<br><br>Cellular and Wireless<br><br>· GSM model A1428*: UMTS/HSPA+/DC-HSDPA (850, 900, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz); LTE (Bands 4 and 17)<br><br>· CDMA model A1429*: CDMA EV-DO Rev. A and Rev. B (800, 1900, 2100 MHz); UMTS/HSPA+/DC-HSDPA (850, 900, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz); LTE (Bands 1, 3, 5, 13, 25)<br><br>· GSM model A1429*: UMTS/HSPA+/DC-HSDPA (850, 900, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz); LTE (Bands 1, 3, 5)<br><br>· 802.11a/b/g/n Wi-Fi (802.11n 2.4GHz and 5GHz)<br><br>· Bluetooth 4.0 wireless technology<br><br>(http://www.apple.com/iphone/specs.html, viewed 09/25/ 2012) |
| a cellular telephone connected to each said interface. | The Accused Device is a cell phone that is connected to each interface.  For example, the iPhone 5 is a world phone that is both a CDMA cellular telephone connected to a CDMA interface and a GSM telephone connected to a GSM interface. |
| 17. The apparatus of claim 16 further including means for splitting the captured | On information and belief, the Accused Device has software that splits the captured video into pieces for transmission through the multiple interfaces described above with respect to claim 16. |

| video into pieces for transmission through said interfaces. | |
|---|---|