# Exhibit 3

# EXHIBIT E

# SAMSUNG'S PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 7,232,058

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 1. A data displaying apparatus comprising: | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPhone (4 and 4S), iPod Touch (4th Gen.), and iPad (all Generations) (collectively the "Accused Devices") that each comprise a data displaying apparatus. |
| a user input unit for outputting a data-display request signal if there is a data-display request from a user; | Each Accused Device has a touchscreen and a home button that are user input units.  On information and belief, the touchscreen firmware that operates and is pre-loaded on the Accused Device outputs a data-display request signal if there is a data-display request from a user.  The home button on the Accused Device outputs a data-display request signal upon being pressed by the user. |
| a memory unit for storing a plurality of data and a plurality of identification information corresponding to said plurality of data; | Each Accused Device has a memory unit comprised of  internal flash memory and dynamic random access memory for storing a plurality of data and a plurality of identification information corresponding to such data (including icons, folder names, file names, and pictures). |
| a display unit for displaying the plurality of data; | Each Accused Device has a screen for displaying the plurality of data. |
| and a controller for controlling said display unit to display the plurality of identification information if said data display request signal is inputted by the user, | Each Accused Device has a controller that controls the display unit to display a plurality of identification information upon request by the user.  For example, the Accused Devices run using an A4 or A5 processor that each includes a graphical processor unit that is a specialized electronic circuit designed to rapidly manipulate and alter memory in such a way so as to accelerate the building of images in a frame buffer intended for output to a display.  The Accused Devices store and display many types of identification information.  For example, when a user presses the home button on an Accused Device, a plurality of icons and/or folders of icons is displayed:[1] |

---

[1]   Screen images show the operation of the Accused Devices on an iPhone running iOS 5.1.1 unless otherwise noted.



In another example, when a uses touches a folder of icons (i.e., a plurality of identification information), the icons contained within that folder are displayed:



In a further example, when a user touches the "Notes" icon, a list of the user's Notes (i.e., a plurality of identification information) is displayed:



Due to the larger screen size of the iPad in relation to the iPhone, the iPad displays the list of notes on the left side of the screen with the contents of the selected note displayed on the right side.  The below iPad screenshot indicates that the second note has been selected, and depicts the first note being lifted to reveal the second note.  This functionality is present on all of the Accused Devices, but is most readily apparent on the iPad.



In another example, when a when a user opens an inbox in the "Mail" application, a list of the user's email  (i.e., a plurality of identification information) is displayed as shown in this screenshot from an

iPod Touch:



On the iPad, the list of emails is displayed on the left side of the screen with the contents of the selected email displayed on the right side. The below iPad screenshot indicates that the second email has been selected for display:



| | |
|---|---|
| display data corresponding to specific identification information via a first layer if the specific identification information is selected from among the plurality of identification information, | Each Accused Device has a controller that controls the display unit to display data corresponding to a specific identification information (a particular icon, folder, file name or picture) when selected by a user.<br><br>For example, when a user selects a particular note from the list of "Notes", the Accused Devices display that note (i.e., data corresponding to specific identification information) via a first layer:<br><br><br><br>In another example, when a user selects an email, the Accused Devices display that email (i.e., data corresponding to specific identification information) via a first layer: |



| | |
|---|---|
| and display a specific area of the specific information in an enlarged form via a second layer if the specific area is selected from the specific identification information of the first layer. | Each of the Accused Devices allows for the use of a magnifying glass in text fields in certain applications that are pre-loaded by Apple on the Accused Devices, including Safari, Notes, Calendar, Mail and Contacts.<br><br>As described in the iPhone User Guide for iOS 5.1 software: |

### Editing text

The touchscreen makes it easy to change text you've entered. An onscreen magnifying glass helps you position the insertion point right where you need it. Grab points let you quickly select more or less text. You can also cut, copy, and paste text and photos within apps, or across apps.

**Position the insertion point:** Touch and hold to bring up the magnifying glass, then drag to position the insertion point.



**Select text:** Tap the insertion point to display the selection buttons.

In the "Notes" application, as displayed below for example, upon selection of the word "you" by the user using its finger on the touchscreen, the Accused Devices display that specific area in an enlarged form via a second layer:



In the "Mail" application, as displayed below for example, upon selection of the word "expressed" by the user using its finger on the touchscreen, the Accused Devices display that specific area in an enlarged form via a second layer:



| 4. The data displaying apparatus as set forth in claim 1, wherein each of said | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPhone (4 and 4S), iPod Touch (4th Gen.), and iPad (all Generations) (collectively the "Accused Devices") that each comprise a data displaying apparatus. |
| --- | --- |

| plurality of identification information is a file name. | Each of the Accused Devices stores and displays a plurality of identification information as file names. For example, in the Messages application, the identification information is the name of the message file. In another example, in the Mail application, the identification information is the subject matter name of the email file. |
|---|---|
| 9. A data displaying method comprising: | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPhone 4, iPhone 4S, iPod Touch (4th Gen.), and iPad (all Generations) (collectively the "Accused Devices") that perform each and every step of this claim. Apple also indirectly infringes this claim by offering to sell and selling the Accused Devices that perform the claimed methods to customers and by encouraging and aiding those customers to use those products in a manner that meets each and every step of this claim. |
| displaying a plurality of identification information corresponding respectively to a plurality of data if a data-display request signal is inputted by a user; | The Accused Devices display a plurality of identification information (including icons, folder names, file names, and pictures) if a data-display request signal is inputted by a user.<br><br>For example, when a user presses the home button on an Accused Device, the Accused Devices display a plurality of icons and/or folders of icons:<br><br><br><br>In another example, when a uses touches a folder of icons (i.e., a plurality of identification information), the Accused Device displays the icons contained within that folder: |



In a further example, when a user touches the "Notes" icon, for example, the iPhone displays a list of the user's Notes (i.e., a plurality of identification information):



Due to the larger screen size of the iPad in relation to the iPhone, the iPad displays the list of notes on the left side of the screen with the contents of the selected note displayed on the right side.  The below iPad screenshot indicates that the second note has been selected, and depicts the first note being lifted to reveal the second note.  This functionality is present on all of the Accused Devices, but is most readily apparent on the iPad.



In another example, when a when a user opens an inbox in the "Mail" application, a list of the user's email  (i.e., a plurality of identification information) is displayed as shown in this screenshot from an iPod Touch:



On the iPad, the list of emails is displayed on the left side of the screen with the contents of the selected email displayed on the right side.  The below iPad screenshot indicates that the second email

| | |
|---|---|
| | has been selected for display:<br><br> |
| displaying specific data corresponding to a specific one of the plurality of identification information via a first layer if the specific identification information is selected from the plurality of identification information; | Each Accused Device displays specific data corresponding to a specific one of the plurality of identification information (a particular icon, folder, file name or picture) that is selected by a user.<br><br>For example, when a user selects a particular note from the list of "Notes", the Accused Device displays that note via a first layer:<br><br> |

For example, when a user selects a particular note from the list of "Notes", the Accused Devices display that note (i.e., data corresponding to specific identification information) via a first layer:



In another example, when a user selects an email, the Accused Device displays that email (i.e., data corresponding to specific identification information) via a first layer:



| | |
|---|---|
| and enlarging and displaying a specific area of the specific data of the first layer via a second layer if the specific area is selected from the specific data displayed via the first layer, wherein the second layer enlarges the specific area. | Each of the Accused Devices allows for the use of a magnifying glass inside the text fields in certain applications that are pre-loaded by Apple on the Accused Devices, including Safari, Notes, Calendar, Mail and Contacts.<br><br>As described in the iPhone User Guide for iOS 5.1 software:<br><br>**Editing text**<br>The touchscreen makes it easy to change text you've entered. An onscreen magnifying glass helps you position the insertion point right where you need it. Grab points let you quickly select more or less text. You can also cut, copy, and paste text and photos within apps, or across apps.<br><br>**Position the insertion point:** Touch and hold to bring up the magnifying glass, then drag to position the insertion point.<br><br><br><br>**Select text:** Tap the insertion point to display the selection buttons.<br><br>In the "Notes" application, as displayed below for example, upon selection of the word "you" by the user using its finger on the touchscreen, the Accused Devices display that specific area in an enlarged form via a second layer: |



In the "Mail" application, as displayed below for example, upon selection of the word "expressed" by the user using its finger on the touchscreen, the Accused Devices display that specific area in an enlarged form via a second layer:



| 12. The data displaying method as set forth in claim 9, wherein | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPhone 4, iPhone 4S, iPod Touch (4th Gen.), and iPad (all Generations) (collectively the "Accused Devices") |
|---|---|

| | |
|---|---|
| each of the plurality of identification information is a file name. | that perform each and every step of this claim. Apple also indirectly infringes this claim by offering to sell and selling the Accused Devices that perform the claimed methods to customers and by encouraging and aiding those customers to use those products in a manner that meets each and every step of this claim.<br><br>Each of the Accused Devices stores and displays a plurality of identification information as file names.  For example, in the Messages application, the identification information is the name of the message file.  In another example, in the Mail application, the identification information is the subject matter name of the email file. |
| 17. A data displaying apparatus comprising: | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPhone (4 and 4S), iPod Touch (4th Gen.), and iPad (all Generations) (collectively the "Accused Devices") that each comprise a data displaying apparatus. |
| a user input unit for outputting a data-display request signal if there is a data display request from a user; | Each Accused Device has a touchscreen and a home button that are user input units.  On information and belief, the touchscreen firmware that operates and is pre-loaded on the Accused Device outputs a data-display request signal if there is a data-display request from a user.  The home button on the Accused Device outputs a data-display request signal upon being pressed by the user. |
| a memory unit for storing a plurality of data and a plurality of identification information corresponding to said plurality of data; | Each Accused Device has a memory unit comprised of  internal flash memory and dynamic random access memory for storing a plurality of data and a plurality of identification information corresponding to such data (including icons, folder names, file names, and pictures). |
| a display unit for displaying the plurality of data; | Each Accused Device has a screen for displaying the plurality of data. |
| and a controller for controlling said display unit in response to the data-display request by the user to display the plurality of identification information, | Each Accused Device has a controller that controls the display unit to display a plurality of identification information upon request by the user.  For example, the Accused Devices run using an A4 or A5 processor that each includes a graphical processor unit that is a specialized electronic circuit designed to rapidly manipulate and alter memory in such a way so as to accelerate the building of images in a frame buffer intended for output to a display.  The Accused Devices store and display many types of identification information.  For example, when a user presses the home button on an |

Accused Device, a plurality of icons and/or folders of icons is displayed:



In another example, when a uses touches a folder of icons (i.e., a plurality of identification information), <u>the icons contained within that folder</u> are displayed:



In a further example, when a user touches the "Notes" icon, a list of the user's Notes (i.e., a plurality of identification information) is displayed:



Due to the larger screen size of the iPad in relation to the iPhone, the iPad displays the list of notes on the left side of the screen with the contents of the selected note displayed on the right side.  The below iPad screenshot indicates that the second note has been selected, and depicts the first note being lifted to reveal the second note.  This functionality is present on all of the Accused Devices, but is most readily apparent on the iPad.



In another example, when a when a user opens an inbox in the "Mail" application, a list of the user's email  (i.e., a plurality of identification information) is displayed as shown in this screenshot from an

iPod Touch:



On the iPad, the list of emails is displayed on the left side of the screen with the contents of the selected email displayed on the right side.  The below iPad screenshot indicates that the second email has been selected for display:



| said display unit further displaying data corresponding to specific identification information via a first layer if the specific identification information is selected from among the plurality of identification information, | Each Accused Device has a controller that controls the display unit to display data corresponding to a specific identification information (a particular icon, folder, file name or picture) when selected by a user.<br><br>For example, when a user selects a particular note from the list of "Notes", the Accused Devices display that note (i.e., data corresponding to specific identification information) via a first layer:<br><br><br><br>In another example, when a user selects an email, the Accused Devices display that email (i.e., data corresponding to specific identification information) via a first layer: |



| | |
|---|---|
| and displaying a specific area of the specific information in an enlarged form via a second layer if the specific area is selected from the specific identification information of the first layer. | Each of the Accused Devices allows for the use of a magnifying glass in text fields in certain applications that are pre-loaded by Apple on the Accused Devices, including Safari, Notes, Calendar, Mail and Contacts.<br><br>As described in the iPhone User Guide for iOS 5.1 software: |

## Editing text

The touchscreen makes it easy to change text you've entered. An onscreen magnifying glass helps you position the insertion point right where you need it. Grab points let you quickly select more or less text. You can also cut, copy, and paste text and photos within apps, or across apps.

**Position the insertion point:** Touch and hold to bring up the magnifying glass, then drag to position the insertion point.



**Select text:** Tap the insertion point to display the selection buttons.

In the "Notes" application, as displayed below for example, upon selection of the word "you" by the user using its finger on the touchscreen, the Accused Devices display that specific area in an enlarged form via a second layer:



In the "Mail" application, as displayed below for example, upon selection of the word "expressed" by the user using its finger on the touchscreen, the Accused Devices display that specific area in an enlarged form via a second layer:

