# Exhibit 6

# EXHIBIT D

## SAMSUNG'S PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 7,577,757

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 1. A system for synchronizing devices in a multimedia environmental, the system comprising: | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees. Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the iPhone (all generations), iPod Touch (all generations), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, Apple TV, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim. |
| at least one central storage and interface device, wherein audio, video, or photographic data, including content information and content management information, relating to at least one user, are stored in digital form; and | Apple's Mac Products, including the iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, and Apple TV (collectively the "Central Devices"), are central storage and interface devices, wherein audio, video, or photographic data, including content information and content management information, relating to the user, are stored in digital form.<br><br>Apple's iCloud service, including its iTunes Match service that works with iCloud, is also a central storage and interface device, wherein audio, video, or photographic data, including content information and content management information, relating to the user, are stored in digital form. As described by Apple on its website, Apple's iCloud is a central storage service that "automatically and securely stores" a user's multimedia content and allows access to it "from whichever device you happen to be using": |

> **Your content. On all your devices.**
>
> iCloud is so much more than a hard drive in the sky. It makes it quick and effortless to access just about everything on the devices you use every day. iCloud automatically and securely stores your content so it's always available to your iPhone, iPad, iPod touch, Mac, or PC. It gives you access to your music, movies, apps, latest photos, and more from whichever device you happen to be using. And it keeps your email, contacts, and calendars up to date across all your devices. No syncing required. No management required. In fact, no anything required. iCloud does it all for you.

As described on Apple's website, iTunes Match is a service that allows a user to store all of its music in iCloud so that the user can access, listen, and download that music anytime and anywhere on an iPhone (3GS or later), iPad (all generations), iPod Touch (3rd or 4th generations), Mac, or a PC that runs iTunes.

| | |
|---|---|
| | **How iTunes Match works.**<br><br>iTunes determines which songs in your collection are available in the iTunes Store. Any music with a match is automatically added to iCloud for you to listen to anytime, on any device. Since there are more than 20 million songs in the iTunes Store, chances are your music is already in iCloud. And for the few songs that aren't, iTunes uploads what it can't match (which is much faster than uploading your entire music library). Even better, all the music iTunes matches plays back from iCloud at 256-Kbps AAC DRM-free quality — even if your original copy was of lower quality.<br><br>Once your music is in iCloud, you can stream it to any of your devices. Just browse the complete list of all your music stored in the cloud. To listen to a song, tap the iCloud icon next to it and your song starts playing. You can store up to 25,000 songs in iCloud (more if songs are purchased from the iTunes Store), but only what you want to play is stored on your device. So you have immediate access to a huge music library without taking up storage space.<br><br>Non-Apple PC computers, including desktops and laptops, that run Apple's iTunes software are further examples of central storage and interface devices, wherein audio, video, or photographic data, including content information and content management information, relating to the user, are stored in digital form. |
| and at least one zone, each zone | Apple's iPhone, iPod Touch, iPad, the iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro and Apple TV devices (collectively the "Zone Devices")  are storage and interface devices that a user can use in a specific zone |

| | |
|---|---|
| having at least one zone specific storage and interface device capable of storing or interfacing with information stored in the central storage and interface device, wherein audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface device and the central storage and interface device, are updated in relation to the zone specific storage and interface devices and the central storage and interface device, whereby the at least one user can be situated in any | and are capable of storing or interfacing with information stored in a central storage and interface device. Apple's software that is pre-loaded on a Zone Device allows the user of a Zone Device to store or interface with the user's audio, video, or photographic information stored on a Central Device. Apple's software also allows the audio, video, or photographic information contained within a Zone Device and a Central Device to be updated in relation to each other. As a result, Apple's software allows the user to be situated in one zone and to access all of the user's audio, video, or photographic information stored on the Zone Device or on the Central Device.<br><br>The iPhone User Guide (for iOS 5.1 software), for example, describe the variety of ways information can be exchanged between a Central Device and a Zone Device using Apple's software:<br><br>**Managing content on your iOS devices**<br>You can transfer information and files between your iOS devices and computers using either iCloud or iTunes.<br><br>- *iCloud* stores content such as music, photos, and more, and wirelessly pushes it to your other iOS devices and computers, keeping everything up to date. See "iCloud" below.<br>- *iTunes* syncs music, video, photos, and more between your computer and iPhone. Changes you make on one device are copied to the other when you sync. You can also use iTunes to copy a file to iPhone for use with an app, or to copy a document you've created on iPhone to your computer. See "Syncing with iTunes" on page 18.<br><br>You can use iCloud or iTunes, or both, depending on your needs. For example, you can use iCloud Photo Stream to automatically get photos you take on iPhone to your other devices, and use iTunes to sync photo albums from your computer to iPhone.<br><br>*Note:* You should not sync items on the Info pane of iTunes (such as contacts, calendars, and notes) and also use iCloud to keep that information up to date on your devices. Otherwise, duplicated data may result.<br><br>**iCloud**<br><br>As described above, Apple's iCloud service allows a user to store, interface with and access all of the user's multimedia information stored on iCloud from a Zone Device. For example, any of the user's songs stored in iCloud can be streamed or downloaded, over Wi-Fi or a cellular network, to an iOS device or a computer running iTunes. Updates resulting from new music purchases or changes to the user's existing multimedia library are |

| | |
|---|---|
| one of the zones and access the audio, video, or photographic information related to the at least one user. | automatically downloaded to all Zone Devices over Wi-Fi or a cellular network.   As described on Apple's website:<br><br>**New purchases. Automatically everywhere.**<br>iCloud can automatically download new music purchases to all your devices over Wi-Fi — or over a cellular network if you choose. Which means you can buy a song from iTunes on your iPad at home, and find it waiting for you on your iPhone during your morning commute. All without having to sync.[1]<br><br>**Your past purchases. Available on all your devices.**<br>Now you can download music, movies, and TV shows you've previously purchased to all your devices. When you buy from iTunes, iCloud stores your purchase history. So you can see what you've bought — no matter which device you bought it on. You can access your purchase history from the iTunes Store on your iPhone, iPad, iPod touch, Mac, PC, or Apple TV. And since you already own the songs, albums, movies, or TV shows in your purchase history, you can tap to download them to any of your devices.[1]<br><br>The iPhone User Guide, for example, provides instructions to a user for setting up an iCloud account and using its functionality: |

| | |
|---|---|
| Sign in or create an iCloud account: | In Settings, tap iCloud. |
| Enable or disable iCloud services | Go to Settings > iCloud. |
| Enable iCloud backup | Go to Settings > iCloud > Storage & Backup. |
| Find your iPhone | Visit www.icloud.com, sign in with your Apple ID, then choose Find My iPhone.<br><br>*Important*: On your iPhone, Find My iPhone must be turned on in Settings > iCloud in order for iPhone to be located. |
| Purchase additional iCloud storage | Go to Settings > iCloud > Storage & Backup, then tap Manage Storage. For information about purchasing iCloud storage, go to help.apple.com/icloud. |
| View and download previous iTunes Store purchases | Go to iTunes, then tap Purchased. |
| View and download previous App Store purchases | Go to App Store, tap Updates, then tap Purchased. |
| View and download previous iBookstore purchases | Go to iBooks, tap Store, then tap Purchased. |
| Turn on Automatic Downloads for music, apps, or books | Go to Settings > Store. |

**Photo Stream**

Similarly, Photo Stream allows a user to take a photo on a Zone Device or a non-Apple device with a digital camera and that photo will automatically appear on the Central Device and all other Zone Devices.

Because certain Zone Devices have limited memory, Apple designed Photo Stream to allow the Central Device to be the "master photo library."   As further described on Apple's website:

|  | **Master photo library. On your Mac or PC.**<br>Keeping a complete set of your photos on your Mac is as simple as turning on Photo Stream in iPhoto or Aperture. Every new photo you take appears in a Photo Stream album just as it does on your iPhone, iPad, and iPod touch. But since your Mac has more storage than your iOS device, it automatically imports every picture from your Photo Stream into your photo library so you can edit, delete, and share the ones you want. Want to get the photos you've taken on your point-and-shoot or DSLR camera into your Photo Stream to view on all your other devices? The photos you import to your library from a camera or SD card are automatically uploaded to your Photo Stream. If you have a PC, you can auto-import and upload pictures, too. Just turn on Photo Stream, grab a camera, and start shooting.<br><br>Apple instructs a user on how to use its Photo Stream software, for example, in the iPhone User's Guide: |

> **Photo Stream**
>
> With Photo Stream—a feature of iCloud—photos you take on iPhone are automatically uploaded to iCloud and pushed to all your other devices that have Photo Stream enabled. Photos uploaded to iCloud from your other devices and computers are pushed to your Photo Stream album on iPhone. See "iCloud" on page 16.
>
> **Turn on Photo Stream:** Go to Settings > iCloud > Photo Stream.
>
> New photos you've taken are uploaded to your Photo Stream when you leave the Camera app and iPhone is connected to the Internet via Wi-Fi. Any other photos added to your Camera Roll—including photos downloaded from email and text messages, images saved from web pages, and screenshots—are also uploaded to your Photo Stream and pushed to your other devices. Photo Stream can share up to 1000 of your most recent photos across your iOS devices. Your computers can keep all your Photo Stream photos permanently.
>
> | | |
> |---|---|
> | Save photos to iPhone from Photo Stream | In your Photo Stream album, tap 📷, select the photos you want to save, then tap Save. |
> | Delete a photo from iCloud | In your Photo Stream album, select the photo, then tap 🗑. |
> | Delete multiple photos from iCloud | In your Photo Stream album, tap 📷, select the photos you want to delete, then tap Delete. |

Apple also provides software that allows a user's Zone Device to store or interface with the user's multimedia content on a Central Device even if the user does not have an iCloud account.

**Syncing With iTunes**

First, a user can sync music, photos and video between a Zone Device and a Central Device using iTunes. As described in the iPhone User's Guide:

> **Syncing with iTunes**
>
> Syncing with iTunes copies information from your computer to iPhone, and vice versa. You can sync by connecting iPhone to your computer using the Dock Connector to USB Cable, or you can set up iTunes to sync wirelessly using Wi-Fi. You can set iTunes to sync music, photos, video, podcasts, apps, and more. For information about syncing iPhone with a computer, open iTunes, then select iTunes Help from the Help menu.
>
> **Set up wireless iTunes syncing:** Connect iPhone to your computer using the Dock Connector to USB Cable. In iTunes, turn on "Sync over Wi-Fi connection" in the device's Summary pane.
>
> When Wi-Fi syncing is turned on, iPhone syncs automatically every day. iPhone must be connected to a power source, both iPhone and your computer must be on the same wireless network, and iTunes must be open on your computer. For more information, see "iTunes Wi-Fi Sync" on page 164.
>
> **Home Sharing**
>
> Second, Apple's Home Sharing software allows a user with a second desktop or laptop computer (e.g, iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro or PC) to operate it as a zone specific storage and interface device that is capable of storing or interfacing with multimedia information stored on a Central Device.  As described on Apple's website, Home Sharing allows a user to share the user's "iTunes media libraries between up to 5 computers in your household."



## Understanding Home Sharing

**Summary**

Home Sharing in iTunes is designed to let you easily share your iTunes media libraries between up to five computers in your household. You can also use Home Sharing to play your iTunes content on your iOS devices and Apple TV (2nd generation) if they are connected to your home Wi-Fi network.

less

**Products Affected**

Apple TV (2nd generation), iPad, iPhone, iPod touch, iTunes 10, iTunes 9

Home Sharing also allows iOS devices (such as the iPad, iPhone and iPod touch) and Apple TV (2nd Generation) to interface with a Central Device by playing its iTunes content. The iPhone User's Guide, for example, instructs a user how to interface with the user's iTunes library on the user's Mac or PC:

| | |
|---|---|
| | **Home Sharing**<br>Home Sharing lets you play music, movies, and TV shows on iPhone from the iTunes library on your Mac or PC. iPhone and your computer must be on the same Wi-Fi network. On your computer, iTunes must be open, with Home Sharing turned on and logged in using the same Apple ID as Home Sharing on iPhone.<br><br>*Note:* Home Sharing requires iTunes 10.2 or later, available at www.itunes.com/download. Bonus content, such as digital booklets and iTunes Extras, can't be shared.<br><br>**Play music from your iTunes library on iPhone:**<br>1  In iTunes on your computer, choose Advanced > Turn On Home Sharing.<br>2  Log in, then click Create Home Share.<br>3  On iPhone, go to Settings > Music, then log in to Home Sharing using the same Apple ID and password.<br>4  In Music, tap More, then tap Shared and choose your computer's library.<br><br>Return to content on iPhone         Tap Shared and choose My iPhone. |
| 2. The system of claim 1, further comprising a local area network (LAN) coupled to at least one zone specific storage and interface device with the central storage and interface device, wherein the | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the iPhone (all generations), iPod Touch (all generations), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, Apple TV, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim.<br><br>Apple's software allows a user to couple a Zone Device to a Central Device using a local area network, either by a hardwired connection or wirelessly.  For example, as described by the iPhone User's Guide, a user can sync with iTunes by connecting an iPhone (i.e., one zone specific storage device) with a Mac (i.e., the central storage and interface device) using a hardwired connection (i.e., a Dock Connector to USB Cable) or wirelessly using Wi-Fi. |

| | |
|---|---|
| interconnections within the LAN is hardwired or wireless. | **Syncing with iTunes**<br>Syncing with iTunes copies information from your computer to iPhone, and vice versa. You can sync by connecting iPhone to your computer using the Dock Connector to USB Cable, or you can set up iTunes to sync wirelessly using Wi-Fi. You can set iTunes to sync music, photos, video, podcasts, apps, and more. For information about syncing iPhone with a computer, open iTunes, then select iTunes Help from the Help menu.<br><br>Similarly, Apple's iCloud service allows a user to couple a Zone Device to the iCloud server (i.,e., the Central Device) using Wi-Fi<br><br><br>**New purchases. Automatically everywhere.**<br>iCloud can automatically download new music purchases to all your devices over Wi-Fi — or over a cellular network if you choose. Which means you can buy a song from iTunes on your iPad at home, and find it waiting for you on your iPhone during your morning commute. All without having to sync.[1]<br><br>**Your past purchases. Available on all your devices.**<br>Now you can download music, movies, and TV shows you've previously purchased to all your devices. When you buy from iTunes, iCloud stores your purchase history. So you can see what you've bought — no matter which device you bought it on. You can access your purchase history from the iTunes Store on your iPhone, iPad, iPod touch, Mac, PC, or Apple TV. And since you already own the songs, albums, movies, or TV shows in your purchase history, you can tap to download them to any of your devices.[1]<br><br>Indeed, all of the Apple software components described above with respect to claim 1 allow a Zone Device to couple to a Central Device wirelessly using Wi-Fi. |
| 3. The system of | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a |

| | |
|---|---|
| claim 1, further comprising a wide area network (WAN) coupling at least one zone specific storage and interface device with the central storage and interface device. | multimedia environment by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the iPhone (all generations), iPod Touch (all generations), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, Apple TV, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim.<br><br>For example, Apple's iCloud service allows a user to couple a Zone Device to the iCloud server (i.,e., the Central Device) using a wide area network (i.e., the Internet over cellular network ).  As further described on Apple's website:<br><br>**New purchases. Automatically everywhere.**<br>iCloud can automatically download new music purchases to all your devices over Wi-Fi — or over a cellular network if you choose. Which means you can buy a song from iTunes on your iPad at home, and find it waiting for you on your iPhone during your morning commute. All without having to sync.¹<br><br>**Your past purchases. Available on all your devices.**<br>Now you can download music, movies, and TV shows you've previously purchased to all your devices. When you buy from iTunes, iCloud stores your purchase history. So you can see what you've bought — no matter which device you bought it on. You can access your purchase history from the iTunes Store on your iPhone, iPad, iPod touch, Mac, PC, or Apple TV. And since you already own the songs, albums, movies, or TV shows in your purchase history, you can tap to download them to any of your devices.¹ |
| 4. The system of claim 1, further comprising a set of zone specific output devices | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the iPhone (all generations), iPod Touch (all generations), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, Apple TV, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those |

| | |
|---|---|
| coupled to each of the zone specific storage and interface device, wherein audio, video, and photographic information is outputted, thereby the at least one user is disposed to have substantially identical content information and content management information displayed and manipulated in anyone of the zones. | customers to use the products in a manner that meets each and every step of this claim.<br><br>Each of the Zone Devices have zone specific output devices that are coupled to the Zone Device itself, including but not limited to displays and speakers for outputting audio, video, and photographic information. By utilizing the Apple software components described above, with Apple's encouragement and direction, the user has substantially identical content information and content management information available to display and manipulate in any of the devices in any zone. |
| 5. The system of claim 1, further comprising an output device coupled to the at least one central storage and interface, wherein audio, video, or photographic information is | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees. Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the iPhone (all generations), iPod Touch (all generations), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, Apple TV, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim.<br><br>Apple's iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, and Apple TV devices, as well as non-Apple PCs with iTunes (collectively the "Central Devices"), each have an output device that are coupled to the Central Device itself, including but not limited to displays and speakers for outputting audio, video, and photographic information. |

| | |
|---|---|
| outputted. | |
| 11. The system of claim 1, wherein the central storage and interface device is capable of converting analog information into digital form. | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the iPhone (all generations), iPod Touch (all generations), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, Apple TV, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim.<br><br>Apple's iMac, MacBook Air, MacBook Pro, Mac Mini, and Mac Pro, as well as non-Apple PCs with iTunes (collectively the "Central Devices")  are capable of converting analog information into a digital form.  For example, the microphone jack on Apple's computers can be used to convert analog information inputted from vinyl record players, cassette players and microphones into a digital form.  In another example, the digital camera on Apple's computers can be used to convert analog imafe information into digital form.  On information and belief, Apple's iCloud service is also capable of converting analog information into digital form. |
| 12. The system of claim 1, wherein the zone specific storage and interface device is disposed to be coupled to a personal computer (PC). | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the iPhone (all generations), iPod Touch (all generations), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, Apple TV, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim.<br><br>The Zone Devices are disposed to be coupled to a Central Device, both a computer and Apple's iCloud service, by LAN and WAN as described with respect to claims 3, 4, 14 and 15.  The iPhone, iPad,and iPod Touch are also disposed to be coupled directly to a personal computer (PC) via a USB cable.  The iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, and Apple TV are also disposed to be coupled to other personal computers via at least ethernet and USB cables. |
| 14. The system of claim 1 wherein the central storage and interlace device is disposed | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the iPhone (all generations), iPod Touch (all generations), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, Apple TV, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those |

| | |
|---|---|
| to be coupled to a wireless mobile device via LAN. | customers to use the products in a manner that meets each and every step of this claim.<br><br>See Claim 4. The iPhone, iPad, and iPod Touch are each wireless mobile devices that can be coupled to a Central Device via LAN (i.e., a hardwired connection or Wi-Fi). |
| 15. The system of claim 1, wherein the central storage and interface device is disposed to be coupled to a wireless mobile device via WAN. | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees. Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the iPhone (all generations), iPod Touch (all generations), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, Apple TV, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim.<br><br>See Claim 3. The iPhone, iPad, and iPod Touch are each wireless mobile devices that can be coupled to a Central Device via WAN (i.e., the Internet). |