# Exhibit 7

# EXHIBIT F

## SAMSUNG'S PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 6,292,179

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 1. A software keyboard system using a touch screen, comprising:<br><br>[a] a screen displaying a keyboard image; | Each of Apple's Accused Devices[1] is a software keyboard system that uses a touch screen. *See* SAMNDCA630-00835494 – 540; s*ee, e.g.,*<br><br>iPhone 4S technical specifications available at http://www.apple.com/iphone/specs.html:<br><br>Display<br>· Retina display<br>· 3.5–inch (diagonal) widescreen Multi-Touch display<br>· 960–by–640–pixel resolution at 326 ppi<br>· 800:1 contrast ratio (typical)<br>· 500 cd/m2 max brightness (typical)<br>· Fingerprint-resistant oleophobic coating on front and back<br>· Support for display of multiple languages and characters simultaneously |

---

[1]  "Accused Devices" refers to all Apple products that implement a touchscreen keyboard as described herein, including all models of iPhone, iPad and iPod Touch.

**Keyboard Support**

English (U.S.), English (UK), Chinese – Simplified (Handwriting, Pinyin, Stroke), Chinese – Traditional (Handwriting, Pinyin, Zhuyin, Cangjie, Stroke), French, French (Canadian), French (Switzerland), German (Germany), German (Switzerland), Italian, Japanese (Romaji, Kana), Korean, Spanish, Arabic, Bulgarian, Catalan, Cherokee, Croatian, Czech, Danish, Dutch, Emoji, Estonian, Finnish, Flemish, Greek, Hawaiian, Hebrew, Hindi, Hungarian, Icelandic, Indonesian, Latvian, Lithuanian, Macedonian, Malay, Norwegian, Polish, Portuguese, Portuguese (Brazil), Romanian, Russian, Serbian (Cyrillic/Latin), Slovak, Swedish, Thai, Tibetan, Turkish, Ukrainian, Vietnamese

The Accused Devices display a keyboard image, such as the Japanese (Kana) keyboard:

| | |
|---|---|
| |  |
| 1[b] a touch panel on said screen, generating a coordinate value in accordance with a position pressed by a stylus; | Each of Apple's Accused Devices comprises a touch panel on said screen, generating a coordinate value in accordance with a position pressed by a stylus.  For example, the iPhone 4S includes a multi-touch screen panel and associated circuitry.  The associated circuitry includes, for example, a touch screen controller chip that generates a coordinate value according to where the screen is touched (pressed) by, for example, the user's finger (stylus).<br><br>Sample iPhone 4S touch screen controller chip: |

| | |
|---|---|
| 1[c] a converter receiving said coordinate value and outputting a digital value; | Each of Apple's Accused Devices comprises a converter receiving said coordinate value and outputting a digital value.  *See* 1[b].  A digital value is necessary for processing by the accused device's digital circuitry. |
| 1[d] a memory storing:<br><br>names of keys forming said keyboard image, | Each of Apple's Accused Devices comprises a memory. *See, e.g.,*<br><br>iPhone 4S technical specifications: |

| for each of said keys, a plurality of respective key codes, and<br><br>for each of said key codes, corresponding screen and direction range information; | Capacity₁  [ 16GB ]        [ 32GB ]        [ 64GB ]<br><br>The Accused Devices also include processors with internal memory and access to RAM.  For example, the iPhone 4S includes an A5 processor:<br><br><br><br>The Accused Devices store in memory the names of keys forming a keyboard image.  Some keys are assigned a plurality of respective key codes, which are also stored in memory.  For example, the Japanese (Kana) numeric input keyboard assigns a plurality of key codes (5, +, x and ÷) to the key labeled "5": |



The key codes assigned to the "5" key are enlarged when the key is pressed and held:



The iPad also assigns a plurality of key codes to certain keys in the Japanese (Kana) keyboard:



| | |
|---|---|
| | The Accused Devices store in memory, for each of said key codes, corresponding screen and direction range information, as shown below.  For example, other keyboards such as the Chinese (Stroke) keyboards assign different key codes to the same keys, and the different codes and keyboards are stored in memory and accessed as needed. |
| 1[e] a controller controlling said display of said keyboard image, | Each of Apple's Accused Devices comprise a controller controlling said display of said keyboard image, receiving said digital value for a trace of said stylus, and determining the position and direction of said trace. For example, the iPhone 4S includes a processor and associated chips and circuitry to control the display and |

| | |
|---|---|
| receiving said digital value for a trace of said stylus, and determining the position and direction of said trace; | process input from the touch screen.  *See, e.g.,* 1[b-d].<br><br>When a user slides a finger (stylus) on, for example, a numeric key in the Japanese (Kana) keyboard, the iPhone 4S controller receives a digital value corresponding to the user's inputted trace and determines the position and direction of the trace.  This is evident because, as shown below, the controller selects a key input based on the position and direction of the trace. |
| 1[f] wherein said controller selects one of said key codes based on said position and on said direction of said trace, and | Each Accused Device's controller selects a key code based on the position and direction of a trace.  For example, when a user slides a finger on top of the "5" key in the numeric Japanese (Kana) keyboard, one of the key codes assigned to the "5" key is selected.<br><br>Sliding the finger to the left results in selecting and inputting the "+" key code:<br><br> |

Sliding the finger to the right results in selecting and inputting the "÷" key code:



Sliding the finger in the up direction results in selecting and inputting the "x" key code:

| | |
|---|---|
| |  |
| 1[g] wherein said controller controls said screen to display, in said keyboard image, an image of said generated key code for a predetermined time after said controller selects said one of said key codes, and then to restore said image of said generated key code | Each Accused Device's controller controls said screen to display, in said keyboard image, an image of said generated key code for a predetermined time after said controller selects said one of said key codes, and then to restore said image of said generated key code to its original state.

For example, when the finger touches the "5" key from right to left, the "+" key code is selected.  The selected key code is displayed for a predetermined amount of time: |

to its original state.



After the predetermined amount of time has passed, the keyboard image is restored to its original state:



| | |
|---|---|
| 3. The software keyboard system of claim 1, wherein said controller controls said screen to enlarge only said generated key code. | Each of Apple's Accused Devices comprises the software keyboard system of claim 1, wherein said controller controls said screen to enlarge only said generated key code.  For example, when a finger traces an upward path starting in the "5" key area of the numeric Japanese (Kana) keyboard, the controller selects the "x" key code, and enlarges an image of only that key code.  *See* claim 1; *see e.g.*,

Sliding the finger in the up direction results in selecting and inputting the "x" key code, an image of which is enlarged: |

| | |
|---|---|
| |  |
| 4. The software keyboard system of claim 1, wherein said memory further comprises:<br><br>[a] key code tables, each corresponding to one of said keys, storing said corresponding screen and direction range information of said | Each of Apple's Accused Devices comprises the software keyboard system of claim 1, wherein said memory also stores key code tables, each corresponding to one of said keys, storing said corresponding screen and direction range information of said plurality of respective key codes.  This is evident because the information required to match key codes with corresponding trace gestures must be stored in memory.  *See* claim 1. |

| | |
|---|---|
| plurality of respective key codes, and | |
| 4[b] a key information table storing said names of keys and address information indicating, for each of said keys, the corresponding one of said key code tables. | Each of Apple's Accused Devices comprises the software keyboard system of claim 1, wherein said memory also stores a key information table storing said names of keys and address information indicating, for each of said keys, the corresponding one of said key code tables.  Such information must be stored in memory to allow the Accused Device to look-up the appropriate key code corresponding to a particular trace in a specific key area.  *See* claim 1. |
| 5. The software keyboard system of claim 1, wherein said direction range information is different for each of said plurality of respective key codes of one of said keys. | Each of Apple's Accused Devices comprises the software keyboard system of claim 1, wherein said direction range information is different for each of said plurality of respective key codes of one of said keys.  For example, each key code of the "5" is assigned to a different direction range; "÷" is right, "+" is left, etc.  *See* claim 1[f]; *see generally* claim 1. |
| 6. The software keyboard system of claim 5, wherein the direction range information of the key code includes a minimum value and a maximum value of said trace direction of said stylus. | Each of Apple's Accused Devices comprises the software keyboard system of claim 5, wherein the direction range information of the key code includes a minimum value and a maximum value of said trace direction of said stylus.  For example, each key code of the "5" key in the numeric Japanese (Kana) keyboard is assigned to a different direction range with a minimum and a maximum value.  If, for example, a trace is directed upward it will be outside the direction range assigned to the "÷" or "+" key codes, but will be in the range of the "x" key code.  *See* claim 1[f]; *see generally* claims 1, 5. |
| 7. A method for | Each of Apple's Accused Devices performs a method for recognizing key codes, in a software keyboard |

| recognizing key codes, in a software keyboard system using a touch panel, comprising the steps of:<br><br>(a) displaying an image of a keyboard including keys with a plurality of key codes; | system using a touch panel.  *See* claim 1.<br><br>Each Accused Device performs the step of displaying an image of a keyboard including keys with a plurality of key codes.  *See* claim 1[a, d].<br><br>Apple infringes this claim, and the dependent claims identified herein, because it has performed each and every claimed step, including but not limited to testing and use by its employees or agents. Apple also infringes the asserted claims by selling Accused Devices to customers and encouraging those customers to use the products in a manner that meets each and every step of the claims. |
|---|---|
| 7(b) obtaining the trace of a stylus; | Each Accused Device performs the step of obtaining the trace of a stylus.  *See* claim 1[e]. |
| 7(c) determining a key area in which the trace of the stylus is drawn; | Each Accused Device performs the step of determining a key area in which the trace of the stylus is drawn. *See* claim 1[e-f]. |
| 7(d) obtaining a direction of the trace drawn on the determined key area; | Each Accused Device performs the step of obtaining a direction of the trace drawn on the determined key area.  *See* claim 1[e-f]. |
| 7(e) searching key code information in accordance with the key area and the trace direction to generate a selected key code of the plurality of key codes of | Each Accused Device performs the step of searching key code information in accordance with the key area and the trace direction to generate a selected key code of the plurality of key codes of the key area.  *See* claim 1[e-f]. |

| | |
|---|---|
| the key area; and | |
| 7(f) displaying on the image of the keyboard an image of the key code generated by step (e) to be distinguished from the others of the plurality of key codes, and then restoring the image to its original state. | Each Accused Device performs the step of displaying on the image of the keyboard an image of the key code generated by step (e) to distinguish it from the other available key codes, and then restoring the image to its original state.  *See* claim 1[g]. |
| 8. The method of claim 7, wherein the step (b) of obtaining the trace of the stylus, comprises the steps of:<br><br>(b1) obtaining a coordinate value of a start point of the trace;<br><br>(b2) obtaining a coordinate value in which the stylus contacts the touch panel, after a predetermined time; and<br><br>(b3) determining whether the point obtained in the step (b2) | Each Accused Device performs the method of claim 7, wherein the step (b) of obtaining the trace of the stylus also comprises the step of obtaining a coordinate value of a start point of the trace.  This information is necessary to determine whether the trace begins within a specific key area (such as the area on the screen corresponding to the "5" key) and to determine the direction of the trace.  *See* claim 1[f]; *see generally* claim 7.<br><br>Furthermore, each Accused Device performs the step of obtaining a coordinate value in which the stylus contacts the touch panel, after a predetermined time.  For example, if the "5" key in the numeric Japanese (Kana) keyboard is touched in the same location for a predetermine period of time, the iPhone 4S displays the image below: |

| | |
|---|---|
| is an end point, thereby obtaining the end point of the trace. |  |
| | Similarly, each Accused Device performs the step of determining whether the point obtained in the step (b2) is an end point, thereby obtaining the end point of the trace.  For example, if instead of continuously touching the "5" key in the same location as described above the user slides the finger within the predetermined time, the Accused Device determines that a trace endpoint has been input and generates a key code corresponding to the trace direction.  *See* claim 1[f]. |
| 10. The method of claim 7, wherein step (c) includes checking whether a part of coordinate values of the trace drawn by the stylus | Each Accused Device performs the method of claim 7, wherein step (c) includes checking whether a part of coordinate values of the trace drawn by the stylus is within the range defined as a key area.  For example, if no part of a trace is within the coordinate values of the "5" key in the numeric Japanese (Kana) keyboard, none of the key codes assigned to that key will be selected.  *See* claims 1, 7. |

| | |
|---|---|
| is within the range defined as a key area. | |
| 11. A method for recognizing key codes, in a software keyboard system using a touch panel, comprising the steps of:<br><br>(a) displaying an image of a keyboard including keys with a plurality of key codes; | Each Accused Device performs the claimed method for recognizing key codes, in a software keyboard system using a touch panel.  Each Accused Device performs the step of displaying an image of a keyboard including keys with a plurality of key codes.  *See* claim 1[a-c].<br><br>Apple infringes this claim because it has performed each and every step of this claim, including but not limited to testing and use by its employees or agents. Apple also infringes this claim by selling Accused Devices to customers and encouraging those customers to use the products in a manner that meets each and every step of this claim. |
| (b) obtaining the trace of a stylus; | Each Accused Device performs the step of obtaining the trace of a stylus.  The trace is necessary, for example, to determine which key code to select.  *See* claims 1, 7. |
| (c) determining a key area in which the trace of the stylus is drawn; | Each Accused Device performs the step of determining a key area in which the trace of the stylus is drawn. The key area information is necessary to determine which key code to select.  For example, the key codes assigned to the "5" key area in the numeric Japanese (Kana) keyboard are different from the key codes assigned to other keys.  *See* claims 1, 7; *see also*:<br><br>iPhone 4S numeric Japanese (Kana) keyboard: |



| | |
|---|---|
| (d) obtaining a direction of the trace drawn on the determined key area; and | Each Accused Device performs the step of obtaining a direction of the trace drawn on the determined key area.  This information is necessary to determine the correct key code that corresponds to each trace, because the different key codes are associated with different trace directions (e.g., up, left, right, etc.).  *See* claim 1[f]; *see generally* claims 1, 7. |
| (e) searching key code information in accordance with the key | Each Accused Device performs the step of searching key code information in accordance with the key area and the trace direction to generate a selected key code of the plurality of key codes of the key area.  This information is used to determine the correct key code that corresponds to each trace, because the different |

| | |
|---|---|
| area and the trace direction to generate a selected key code of the plurality of key codes of the key area, | key codes are associated with different trace directions (e.g., up, left, right, etc.) in each key area.  *See* claim 1[f]; *see generally* claims 1, 7. |
| wherein said step (d) comprises the steps of:<br><br>(d1) obtaining a vector composed of coordinate values of a start point and an end point of the stylus trace;<br><br>(d2) calculating the magnitude of the obtained vector;<br><br>(d3) comparing the magnitude of the vector with the magnitude of a reference vector; and<br><br>(d4) determining a trace direction to be zero when the vector magnitude is smaller than the magnitude of the reference vector, and | Each Accused Device performs step (d), wherein the step comprises obtaining a vector composed of coordinate values of a start point and an end point of the stylus trace.  The start and end coordinate values are necessary to determine, for example, whether a trace begins within a specific key area.  *See* claim 1[f]; *see generally* claims 1, 7.<br><br>Each Accused Device performs step (d), wherein the step comprises calculating the magnitude of the obtained vector, comparing the magnitude of the vector with the magnitude of a reference vector, and determining a trace direction to be zero when the vector magnitude is smaller than the magnitude of the reference vector, and obtaining the trace direction by calculating an angle between the vector and a reference line when the magnitude of the vector is larger than the magnitude of the reference vector.  For example, if the user slides the finger only a very small distance within the area of the "5" key in the numeric Japanese (Kana) keyboard, the Accused Device disregards the trace and interprets the touch as if the user had just pressed and held the "5" key: |

obtaining the trace direction by calculating an angle between the vector and a reference line when the magnitude of the vector is larger than the magnitude of the reference vector.



The Accused Devices make this determination by comparing the magnitude of the small trace to a reference magnitude of a reference vector.  If the magnitude of an inputted trace is larger than that of the reference vector, the trace is used to identify a key code.  In that case the Accused Devices calculate the direction of the inputted trace by obtaining an angle between the inputted trace and a reference line.  For example, at a certain angle the trace direction will be determined to be "left" and the "+" keycode will be selected.  A different angle from the reference line will correspond, for example, to the "right" direction and the "÷" key code will be selected.  *See* claim 1[f].