# Exhibit 8

# EXHIBIT F

# SAMSUNG'S AMENDED PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 6,292,179

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 1. A software keyboard system using a touch screen, comprising:<br><br>[a] a screen displaying a keyboard image; | The iPhone 5 is a software keyboard system that uses a touch screen. *See, e.g.,*<br><br>iPhone 5 technical specifications available at http://www.apple.com/iphone/specs.html:<br><br>Display<br><br>Retina display<br>4-inch (diagonal) widescreen Multi-Touch display<br>1136-by-640-pixel resolution at 326 ppi<br>800:1 contrast ratio (typical)<br>500 cd/m2 max brightness (typical)<br>Fingerprint-resistant oleophobic coating on front<br>Support for display of multiple languages and characters simultaneously<br><br>**Keyboard Support**<br><br>English (U.S.), English (UK), Chinese – Simplified (Handwriting, Pinyin, Stroke), Chinese – Traditional (Handwriting, Pinyin, Zhuyin, Cangjie, Stroke), French, French (Canadian), French (Switzerland), German (Germany), German (Switzerland), Italian, Japanese (Romaji, Kana), Korean, Spanish, Arabic, Bulgarian, Catalan, Cherokee, Croatian, Czech, Danish, Dutch, Emoji, Estonian, Finnish, Flemish, Greek, Hawaiian, Hebrew, Hindi, Hungarian, Icelandic, Indonesian, Latvian, Lithuanian, Macedonian, Malay, Norwegian, Polish, Portuguese, Portuguese (Brazil), Romanian, Russian, Serbian (Cyrillic/Latin), Slovak, Swedish, Thai, Tibetan, Turkish, Ukrainian, Vietnamese |

| | The iPhone 5 displays a keyboard image, such as the Japanese (Kana) keyboard[1]: |
|---|---|

---

[1]   Screen images show the operation of the iPhone 5 running iOS 6.0 unless otherwise noted.  Previously accused devices (as identified in Samsung's original infringement contentions that were served on June 15, 2012) that also run on iOS 6.0 operate in substantially the same way.



| | |
|---|---|
| 1[b] a touch panel on said screen, generating a | The iPhone 5 comprises a touch panel on said screen, generating a coordinate value in accordance with a position pressed by a stylus.  For example, the iPhone 5 includes a multi-touch screen panel and associated circuitry.  The associated circuitry includes, for example, a touch screen controller chip that generates a coordinate value according |

| coordinate value in accordance with a position pressed by a stylus; | to where the screen is touched (pressed) by, for example, the user's finger (stylus). Sample iPhone 5 touch screen controller chip, from teardown available at http://www.ifixit.com/Teardown/iPhone-5-Teardown/10525/3:  |
| --- | --- |
| 1[c] a converter receiving said coordinate value and outputting a digital value; | The iPhone 5 comprises a converter receiving said coordinate value and outputting a digital value.  *See* 1[b].  A digital value is necessary for processing by the iPhone's digital circuitry. |
| 1[d] a memory storing: names of keys forming said keyboard image, | The iPhone 5 comprises a memory. *See, e.g.,* iPhone 5 technical specifications available at http://www.apple.com/iphone/specs.html: |

| Capacity[1] | 16GB | 32GB | 64GB |
| --- | --- | --- | --- |

for each of said keys, a plurality of respective key codes, and

for each of said key codes, corresponding screen and direction range information;

The iPhone 5 also include a processor with internal memory and access to RAM.  For example, the iPhone 5 includes an A6 processor. *See, e.g.,*

iPhone 5 features list available at http://www.apple.com/iphone/features/:

# A6 chip.
## Performance and graphics up to twice as fast.
## With battery life to spare.

**Faster CPU performance.**
With the new A6 chip, just about everything you do on iPhone 5 is noticeably faster — up to twice as fast compared with the A5 chip. So apps launch, web pages load, and email attachments appear almost instantly.



The iPhone 5 stores in memory the names of keys forming a keyboard image.  Some keys are a assigned a plurality of respective key codes, which are also stored in memory.  For example, the Japanese (Kana) numeric input keyboard assigns a plurality of key codes (5, +, x and ÷) to the key labeled "5":



The key codes assigned to the "5" key are enlarged when the key is pressed and held:



The iPhone 5 stores in memory, for each of said key codes, corresponding screen and direction range information, as shown below.  For example, other keyboards such as the Chinese (Stroke) keyboards assign different key codes to the same keys, and the different codes and keyboards are stored in memory and accessed as needed.

| 1[e] a controller controlling said display of said keyboard image, receiving said digital value for a trace of said stylus, and determining the position and direction of said trace; | The iPhone 5 comprises a controller controlling said display of said keyboard image, receiving said digital value for a trace of said stylus, and determining the position and direction of said trace.  For example, the iPhone 5 includes a processor and associated chips and circuitry to control the display and process input from the touch screen.  *See, e.g.,* 1[b-d].<br><br>When a user slides a finger (stylus) on, for example, a numeric key in the Japanese (Kana) keyboard, the iPhone 5 controller receives a digital value corresponding to the user's inputted trace and determines the position and direction of the trace.  This is evident because, as shown below, the controller selects a key input based on the position and direction of the trace. |
|---|---|
| 1[f] wherein said controller selects one of said key codes based on said position and on said direction of said trace, and | The iPhone 5's controller selects a key code based on the position and direction of a trace.  For example, when a user slides a finger on top of the "5" key in the numeric Japanese (Kana) keyboard, one of the key codes assigned to the "5" key is selected.<br><br>Sliding the finger to the left results in selecting and inputting the "+" key code: |



Sliding the finger to the right results in selecting and inputting the "÷" key code:



Sliding the finger in the up direction results in selecting and inputting the "x" key code:



| 1[g] wherein said controller controls said screen to display, in said keyboard image, an image of said generated key | The iPhone 5's controller controls said screen to display, in said keyboard image, an image of said generated key code for a predetermined time after said controller selects said one of said key codes, and then to restore said image of said generated key code to its original state. |
| --- | --- |
| | For example, when the finger touches the "5" key from right to left, the "+" key code is selected. The selected key code is displayed for a predetermined amount of time: |

code for a predetermined time after said controller selects said one of said key codes, and then to restore said image of said generated key code to its original state.



After the predetermined amount of time has passed, the keyboard image is restored to its original state:



| | |
|---|---|
| 3. The software keyboard system of claim 1, wherein said controller controls said | The iPhone 5 comprises the software keyboard system of claim 1, wherein said controller controls said screen to enlarge only said generated key code.  For example, when a finger traces an upward path starting in the "5" key area of the numeric Japanese (Kana) keyboard, the controller selects the "x" key code, and enlarges an image of only that key code.  *See* claim 1; *see e.g.*, |
| | Sliding the finger in the up direction results in selecting and inputting the "x" key code, an image of which is enlarged: |

| | |
|---|---|
| screen to enlarge only said generated key code. |  |
| 4. The software keyboard system of claim 1, wherein said memory further comprises: | The iPhone 5 comprises the software keyboard system of claim 1, wherein said memory also stores key code tables, each corresponding to one of said keys, storing said corresponding screen and direction range information of said plurality of respective key codes.  This is evident because the information required to match key codes with corresponding trace gestures must be stored in memory.  *See* claim 1. |

| | |
|---|---|
| [a] key code tables, each corresponding to one of said keys, storing said corresponding screen and direction range information of said plurality of respective key codes, and | |
| 4[b] a key information table storing said names of keys and address information indicating, for each of said keys, the corresponding one of said key code tables. | The iPhone 5 comprises the software keyboard system of claim 1, wherein said memory also stores a key information table storing said names of keys and address information indicating, for each of said keys, the corresponding one of said key code tables.  Such information must be stored in memory to allow the iPhone to look-up the appropriate key code corresponding to a particular trace in a specific key area.  *See* claim 1. |
| 5. The software keyboard system of claim | The iPhone 5 comprises the software keyboard system of claim 1, wherein said direction range information is different for each of said plurality of respective key codes of one of said keys.  For example, each key code of the "5" is assigned to a different direction range; "÷" is right, "+" is left, etc.  *See* claim 1[f]; *see generally* claim 1. |

| | |
|---|---|
| 1, wherein said direction range information is different for each of said plurality of respective key codes of one of said keys. | |
| 6. The software keyboard system of claim 5, wherein the direction range information of the key code includes a minimum value and a maximum value of said trace direction of said stylus. | The iPhone 5 comprises the software keyboard system of claim 5, wherein the direction range information of the key code includes a minimum value and a maximum value of said trace direction of said stylus. For example, each key code of the "5" key in the numeric Japanese (Kana) keyboard is assigned to a different direction range with a minimum and a maximum value. If, for example, a trace is directed upward it will be outside the direction range assigned to the "÷" or "+" key codes, but will be in the range of the "x" key code. *See* claim 1[f]; *see generally* claims 1, 5. |
| 7. A method for recognizing key codes, in a software keyboard system using a touch panel, comprising the steps of: | The iPhone 5 performs a method for recognizing key codes, in a software keyboard system using a touch panel. *See* claim 1.<br><br>The iPhone 5 performs the step of displaying an image of a keyboard including keys with a plurality of key codes. *See* claim 1[a, d].<br><br>Apple infringes this claim, and the dependent claims identified herein, because it has performed each and every claimed step, including but not limited to testing and use by its employees or agents. Apple also infringes the asserted claims by selling the iPhone to customers and encouraging those customers to use the products in a manner that meets each and every step of the claims. |

| | |
|---|---|
| (a) displaying an image of a keyboard including keys with a plurality of key codes; | |
| 7(b) obtaining the trace of a stylus; | The iPhone 5 performs the step of obtaining the trace of a stylus.  *See* claim 1[e]. |
| 7(c) determining a key area in which the trace of the stylus is drawn; | The iPhone 5 performs the step of determining a key area in which the trace of the stylus is drawn.  *See* claim 1[e-f]. |
| 7(d) obtaining a direction of the trace drawn on the determined key area; | The iPhone 5 performs the step of obtaining a direction of the trace drawn on the determined key area.  *See* claim 1[e-f]. |
| 7(e) searching key code information in accordance with the key area and the trace direction to | The iPhone 5 performs the step of searching key code information in accordance with the key area and the trace direction to generate a selected key code of the plurality of key codes of the key area.  *See* claim 1[e-f]. |

| | |
|---|---|
| generate a selected key code of the plurality of key codes of the key area; and | |
| 7(f) displaying on the image of the keyboard an image of the key code generated by step (e) to be distinguished from the others of the plurality of key codes, and then restoring the image to its original state. | The iPhone 5 performs the step of displaying on the image of the keyboard an image of the key code generated by step (e) to distinguish it from the other available key codes, and then restoring the image to its original state.  *See* claim 1[g]. |
| 8. The method of claim 7, wherein the step (b) of obtaining the trace of the stylus, comprises the steps of:<br><br>(b1) obtaining a | The iPhone 5 performs the method of claim 7, wherein the step (b) of obtaining the trace of the stylus also comprises the step of obtaining a coordinate value of a start point of the trace.  This information is necessary to determine whether the trace begins within a specific key area (such as the area on the screen corresponding to the "5" key) and to determine the direction of the trace.  *See* claim 1[f]; *see generally* claim 7.<br><br>Furthermore, the iPhone 5 performs the step of obtaining a coordinate value in which the stylus contacts the touch panel, after a predetermined time.  For example, if the "5" key in the numeric Japanese (Kana) keyboard is touched in the same location for a predetermine period of time, the iPhone 5 displays the image below: |

| | |
|---|---|
| coordinate value of a start point of the trace;<br><br>(b2) obtaining a coordinate value in which the stylus contacts the touch panel, after a predetermined time; and<br><br>(b3) determining whether the point obtained in the step (b2) is an end point, thereby obtaining the end point of the trace. |  |
| | Similarly, the iPhone 5 performs the step of determining whether the point obtained in the step (b2) is an end point, thereby obtaining the end point of the trace. For example, if instead of continuously touching the "5" key in the same location as described above the user slides the finger within the predetermined time, the iPhone determines that a trace endpoint has been input and generates a key code corresponding to the trace direction. *See* claim 1[f]. |
| 10. The method | The iPhone 5 performs the method of claim 7, wherein step (c) includes checking whether a part of coordinate values |

| | |
|---|---|
| of claim 7, wherein step (c) includes checking whether a part of coordinate values of the trace drawn by the stylus is within the range defined as a key area. | of the trace drawn by the stylus is within the range defined as a key area.  For example, if no part of a trace is within the coordinate values of the "5" key in the numeric Japanese (Kana) keyboard, none of the key codes assigned to that key will be selected.  *See* claims 1, 7. |
| 11. A method for recognizing key codes, in a software keyboard system using a touch panel, comprising the steps of:<br><br>(a) displaying an image of a keyboard including keys with a plurality of key codes; | The iPhone 5 performs the claimed method for recognizing key codes, in a software keyboard system using a touch panel.  The iPhone 5 performs the step of displaying an image of a keyboard including keys with a plurality of key codes.  *See* claim 1[a-c].<br><br>Apple infringes this claim because it has performed each and every step of this claim, including but not limited to testing and use by its employees or agents. Apple also infringes this claim by selling the iPhone to customers and encouraging those customers to use the products in a manner that meets each and every step of this claim. |
| (b) obtaining the trace of a stylus; | The iPhone 5 performs the step of obtaining the trace of a stylus.  The trace is necessary, for example, to determine which key code to select.  *See* claims 1, 7. |

| | |
|---|---|
| | |
| (c) determining a key area in which the trace of the stylus is drawn; | The iPhone 5 performs the step of determining a key area in which the trace of the stylus is drawn.  The key area information is necessary to determine which key code to select.  For example, the key codes assigned to the "5" key area in the numeric Japanese (Kana) keyboard are different from the key codes assigned to other keys.  *See* claims 1, 7; *see also*:<br><br>iPhone 5 numeric Japanese (Kana) keyboard: |



| | |
|---|---|
| (d) obtaining a direction of the trace drawn on the determined key area; and | The iPhone 5 performs the step of obtaining a direction of the trace drawn on the determined key area.  This information is necessary to determine the correct key code that corresponds to each trace, because the different key codes are associated with different trace directions (e.g., up, left, right, etc.).  *See* claim 1[f]; *see generally* claims 1, 7. |

| | |
|---|---|
| (e) searching key code information in accordance with the key area and the trace direction to generate a selected key code of the plurality of key codes of the key area, | The iPhone 5 performs the step of searching key code information in accordance with the key area and the trace direction to generate a selected key code of the plurality of key codes of the key area.  This information is used to determine the correct key code that corresponds to each trace, because the different key codes are associated with different trace directions (e.g., up, left, right, etc.) in each key area.  *See* claim 1[f]; *see generally* claims 1, 7. |
| wherein said step (d) comprises the steps of: | The iPhone 5 performs step (d), wherein the step comprises obtaining a vector composed of coordinate values of a start point and an end point of the stylus trace.  The start and end coordinate values are necessary to determine, for example, whether a trace begins within a specific key area.  *See* claim 1[f]; *see generally* claims 1, 7. |
| (d1) obtaining a vector composed of coordinate values of a start point and an end point of the | The iPhone 5 performs step (d), wherein the step comprises calculating the magnitude of the obtained vector, comparing the magnitude of the vector with the magnitude of a reference vector, and determining a trace direction to be zero when the vector magnitude is smaller than the magnitude of the reference vector, and obtaining the trace direction by calculating an angle between the vector and a reference line when the magnitude of the vector is larger than the magnitude of the reference vector.  For example, if the user slides the finger only a very small distance within the area of the "5" key in the numeric Japanese (Kana) keyboard, the iPhone disregards the trace and |

stylus trace;

(d2) calculating the magnitude of the obtained vector;

(d3) comparing the magnitude of the vector with the magnitude of a reference vector; and

(d4) determining a trace direction to be zero when the vector magnitude is smaller than the magnitude of the reference vector, and obtaining the trace direction by calculating an angle between the vector and a reference line when the magnitude of

interprets the touch as if the user had just pressed and held the "5" key:



The iPhone 5 make this determination by comparing the magnitude of the small trace to a reference magnitude of a reference vector.  If the magnitude of an inputted trace is larger than that of the reference vector, the trace is used to identify a key code.  In that case The iPhone 5 calculate the direction of the inputted trace by obtaining an angle between the inputted trace and a reference line.  For example, at a certain angle the trace direction will be determined to be "left" and the "+" keycode will be selected.  A different angle from the reference line will correspond, for

| | |
|---|---|
| the vector is larger than the magnitude of the reference vector. | example, to the "right" direction and the "÷" key code will be selected.  *See* claim 1[f]. |