# Exhibit 9

# EXHIBIT C

# SAMSUNG'S PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 7,672,470

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 7. An audio/visual (A/V) device which processes an audio signal for an external audio reproduction unit, the A/V device comprising: | Each of Apple's Accused Devices[1] is an audio/visual (A/V) device which processes an audio signal for an external audio reproduction unit.  Each accused device includes an audio output port for connecting an external audio reproduction unit, such as headphones or external speakers.  *See, e.g.,*<br><br>iPhone 4S technical specifications available at http://www.apple.com/iphone/specs.html:<br><br><br><br>iPhone 4 technical specifications available at http://support.apple.com/kb/SP587: |

[1]   "Accused Devices" refers to all Apple products including a built-in speaker and an external audio output port, including, without limitation, all models of iPhone, iPad, Mac, MacBook and iMac.

**Connectors and input/output**

- 30-pin dock connector
- 3.5-mm stereo headphone minijack
- Built-in speaker

New iPad technical specifications available at http://www.apple.com/ipad/specs/:

| Input and Output | · 30-pin dock connector port<br>· 3.5-mm stereo headphone minijack<br>· Built-in speaker<br>· Microphone | · 30-pin dock connector port<br>· 3.5-mm stereo headphone minijack<br>· Built-in speaker<br>· Microphone<br>· Micro-SIM card tray |
| --- | --- | --- |

iPad 2 technical specifications available at http://support.apple.com/kb/SP622:

| Input/Output | ■ 30-pin dock connector port<br>■ 3.5-mm stereo headphone minijack<br>■ Built-in speaker<br>■ Microphone | ■ 30-pin dock connector port<br>■ 3.5-mm stereo headphone minijack<br>■ Built-in speaker<br>■ Micro-SIM card tray (Wi-Fi + 3G model)<br>■ Microphone |
| --- | --- | --- |

iPad technical specifications available at http://support.apple.com/kb/SP647:

| Input and Output | ■ 30-pin dock connector port<br>■ 3.5-mm stereo headphone minijack<br>■ Built-in speaker<br>■ Microphone | ■ 30-pin dock connector port<br>■ 3.5-mm stereo headphone minijack<br>■ Built-in speaker<br>■ Microphone<br>■ Micro-SIM card tray |

iMac technical specifications available at http://www.apple.com/imac/specs.html:

| Audio<br><br>Built-in stereo speakers, built-in microphone, and headphone minijack. | ■ Built-in stereo speakers<br>■ Two internal 20-watt high-efficiency amplifiers<br>■ Headphone/optical digital audio output (minijack)<br>■ Audio line in/optical digital audio input (minijack)<br>■ Built-in microphone<br>■ Support for Apple iPhone headset with microphone |  |

MacBook Air technical specifications available at http://www.apple.com/macbookair/specs.html:

| Audio | • Stereo speakers<br>• Omnidirectional microphone<br>• Headphone port<br>• Support for Apple iPhone headset with remote and microphone |  |

MacBook Pro technical specifications available at http://www.apple.com/macbook-pro/specs/:

Audio
- Stereo speakers
- Dual microphones
- Headphone port
  - Support for Apple iPhone headset with remote and microphone
  - Support for audio line out

Mac mini technical specifications available at http://www.apple.com/macmini/specs.html:

Audio
- Audio line in minijack (digital/analog)
- Audio line out/headphone minijack (digital/analog)
- HDMI port supports multichannel audio output
- Support for Apple iPhone headset with microphone
- Built-in speaker

Mac Pro technical specifications available at http://www.apple.com/macpro/specs.html:

## Connections and audio

Four FireWire 800 ports (two on front panel, two on back panel)

Five USB 2.0 ports (two on front panel, three on back panel)

Two USB 2.0 ports on included keyboard

Front–panel headphone minijack and internal speaker

Optical digital audio input and output TOSLINK ports

Analog stereo line–level input and output minijacks

Multichannel audio through Mini DisplayPort

| 7[a] a speaker operable to output the audio signal; | Each Accused Device comprises an internal speaker operable to output an audio signal.  *See* above; *see also, e.g.,* |
| | When no external reproduction unit is connected, the iPhone 4S plays music through its built-in speakers. |



iPhone 4S Music Application when playing a song through the speakers:



iPhone 4S home screen, while device continues to play song started in Music Application through speakers:



| | |
|---|---|
| 7[b] an audio output port, which is connectable to an external audio reproduction unit and operable to output the audio signal to the external audio reproduction unit; | Each Accused Device comprises an audio output port, which is connectable to an external audio reproduction unit and operable to output the audio signal to the external audio reproduction unit.  *See* above; *see also, e.g.,*<br><br>iPhone 4S audio output port for headphones: |



iPhone 4S with headphones connected to audio output port:



As shown below, when headphones are connected to the audio output port, the Accused Devices play music through the headphones.  When headphones are not connected, the Accused Devices play music through the built-in speakers.

| 7[c] an audio signal processing unit operable to process the audio signal and output the processed audio signal to one of the speaker and the audio output port; | Each Accused Device comprises an audio signal processing unit operable to process the audio signal and output the processed audio signal to one of the speaker and the audio output port.  For example, each device includes an audio codec chip, and associated hardware and/or software, to process audio and selectively output it to an internal speaker or an external audio port.  *See, e.g.,*<br><br>iPhone 4S audio codec chip: |
| --- | --- |



As shown below, when headphones are connected to the audio output port, the Accused Devices automatically play music through the headphones.  When headphones are not connected, the Accused Devices play music through the built-in speakers.

| 7[d] a display screen operable to display one of a first On-screen Display (OSD) window, which indicates that the external audio reproduction unit is connected to the audio output port, | Each Accused Device comprises a display screen operable to display a first On-screen Display (OSD) window, which indicates that the external audio reproduction unit is connected to the audio output port.<br><br>For example, when headphones are connected and a volume control command is received the iPhone 4S displays a "headphones" volume control window. |
|---|---|



| 7[e] and a second OSD window, which indicates that the external audio reproduction unit is not connected to the audio output port; | Each Accused Device comprises a display screen operable to display a second OSD window, which indicates that the external audio reproduction unit is not connected to the audio output port.<br><br>For example, when headphones are not connected and a volume control command is received the iPhone 4S displays the following speaker volume control window. |
| --- | --- |

| | |
|---|---|
| |  |
| 7[f] and a control unit which is operable to receive an input command and which controls the audio signal processing unit and the display screen, wherein if the control unit receives the input command and the external audio | Each Accused Device comprises a control unit which is operable to receive an input command and which controls the audio signal processing unit and the display screen, wherein if the control unit receives the input command and the external audio reproduction unit is connected to the audio output port, the control unit controls the display screen to automatically display the first OSD window, and wherein if the control unit receives the input command and the external audio reproduction unit is not connected to the audio output port, the control unit controls the display screen to automatically display the second OSD window.<br><br>For example, the iPhone 4S comprises a processor, a touchscreen, and associated circuitry and software. These components receive an input command, such as the command to increase volume, when the user presses the corresponding button on the phone or touches a corresponding area of the touchscreen. |

| reproduction unit is connected to the audio output port, the control unit controls the display screen to automatically display the first OSD window, and wherein if the control unit receives the input command and the external audio reproduction unit is not connected to the audio output port, the control unit controls the display screen to automatically display the second OSD window. | iPhone 4S volume control buttons:<br><br><br><br>If headphones are connected to the audio output port, the phone displays the volume control window corresponding to the headphones volume level. |
| --- | --- |



If headphones are not connected to the audio output port, the phone displays the volume control window corresponding to the speaker volume level.



The iPhone 4S Music application also displays a different touch sensitive volume control bar depending on whether headphones are connected.  When headphones are connected the displayed bar corresponds to the headphones volume level.  When headphones are not connected the displayed bar corresponds to the speaker volume level.



| | |
|---|---|
| 8. The A/V device according to claim 7,<br><br>8[a] wherein if the control unit receives the input command and the external audio reproduction unit is connected to the audio | Each Accused Device is an A/V device according to claim 7, wherein if the control unit receives the input command and the external audio reproduction unit is connected to the audio output port, the control unit further controls the audio signal processing unit to automatically output the processed audio signal to the audio output port. *See* claim 7.<br><br>For example, when the iPhone 4S detects that headphones are connected it automatically outputs the audio signal to the audio output port. Similarly, when the headphones are connected and the iPhone 4S receives a command to increase or decrease the volume, it automatically outputs the audio signal to the audio output port. |

| | |
|---|---|
| output port, the control unit further controls the audio signal processing unit to automatically output the processed audio signal to the audio output port, |  |
| 8[b] and wherein if the control unit receives the input command and the external audio reproduction unit is not connected to the audio output port, the control unit further controls the audio signal processing unit to automatically output the processed audio signal to the speaker. | Each Accused Device is an A/V device according to claim 7, wherein if the control unit receives the input command and the external audio reproduction unit is not connected to the audio output port, the control unit further controls the audio signal processing unit to automatically output the processed audio signal to the speaker.  *See* claim 7. <br><br> For example, when the iPhone 4S detects that headphones are not connected it automatically outputs the audio signal to the built-in speakers.  Similarly, when the headphones are not connected and the iPhone 4S receives a command to increase or decrease the volume, it automatically outputs the audio signal to the built-in speakers. |

| | |
|---|---|
| |  |
| 9. The A/V device according to claim 7, wherein the external audio reproduction unit includes one of headphones and an external speaker. | Each Accused Device is an A/V device according to claim 7, wherein the external audio reproduction unit includes one of headphones and an external speaker. *See* claim 7.<br><br>For example, the iPhone 4S is sold with a set of headphones.  In addition, other headphones or external speakers may be connected to the iPhone 4S audio output port. |

| 10. The A/V device according to claim 7, wherein the input command includes volume control command. | Each Accused Device is an A/V device according to claim 7, wherein the input command includes volume control command. *See* claim 7.<br><br>For example, the iPhone 4S includes volume control buttons, and displays volume control user interface elements in, for example, the Music application. *See* claim 7[f]. |
|---|---|
| 11. The A/V device according to claim 10, wherein the first OSD window displays previously stored volume level of external audio reproduction unit | Each Accused Device is an A/V device according to claim 10, wherein the first OSD window displays previously stored volume level of external audio reproduction unit and the second OSD window displays previously stored volume level of the speaker. *See* claim 10.<br><br>For example, the headphones volume control window displays a volume bar indicating the previously stored volume level for headphones (audio output port). |

and the second OSD window displays previously stored volume level of the speaker.



Similarly, the built-in speakers volume control window displays a volume bar indicating the previously stored volume level for the speakers.

<table>
<tr><td></td><td></td></tr>
</table>

| | |
|---|---|
| 12. A method for controlling an audio/visual (A/V) device having an audio output port, speaker and a display screen, wherein the A/V device processes an audio signal for an external audio reproduction unit, the method comprising: | Apple's Accused Devices perform the claimed method for controlling an audio/visual (A/V) device having an audio output port, speaker and a display screen, wherein the A/V device processes an audio signal for an external audio reproduction unit. *See* claim 7.<br><br>Apple infringes this claim and the dependent claims identified herein because it has performed each and every step of the claims, including but not limited to testing and use by its employees or agents. Apple also infringes this claim by selling Accused Devices to customers and encouraging those customers to use the products in a manner that meets each and every step of this claim. |
| 12[a] determining | Apple's Accused Devices perform the step of  determining whether the external audio reproduction unit is |

| whether the external audio reproduction unit is connected to the audio output port of the A/V device; | connected to the audio output port of the A/V device.  This is evident because, for example, each Accused Device automatically outputs sound through headphones when headphones are connected.  *See* claim 7. |
|---|---|
| 12[b] receiving a input command; | Apple's Accused Devices perform the step of receiving an input command.  For example, each device receives a volume control command.  *See* claim 7(f). |
| 12[c] if the external audio reproduction unit is connected to the audio output port of the A/V device, automatically displaying on the display screen a first OSD window indicating that the external audio reproduction unit is connected to the audio output port; | Apple's Accused Devices meet this claim element because if the external audio reproduction unit is connected to the audio output port of the A/V device, each device automatically displays on the display screen a first OSD window indicating that the external audio reproduction unit is connected to the audio output port.  For example, a volume control window is displayed corresponding to the headphone volume level.  *See* claim 7(f). |
| 12[d] and if the external audio reproduction unit is not connected to the audio output port, automatically displaying on the display screen a | Apple's Accused Devices meet this claim element because if the external audio reproduction unit is not connected to the audio output port, each device automatically displays on the display screen a second OSD window indicating that the external audio reproduction unit is not connected to the audio output port.  For example, a volume control window is displayed corresponding to the speaker volume level when headphones are not connected.  *See* claim 7(f). |

| | |
|---|---|
| second OSD window indicating that the external audio reproduction unit is not connected to the audio output port. | |
| 13. The method according to claim 12,<br><br>13[a] wherein if the external audio reproduction unit is connected to the audio output port of the A/V device, the method further comprises automatically outputting the processed audio signal to the audio output port, | Apple's Accused Devices perform the method of claim 12, wherein if the external audio reproduction unit is connected to the audio output port of the A/V device, the method further comprises automatically outputting the processed audio signal to the audio output port. *See* claim 8[a]. |
| 13[b] and wherein if the external audio reproduction unit is not connected to the audio output port, the method further comprises automatically outputting the processed audio signal to the speaker. | Apple's Accused Devices meet this claim element because if the external audio reproduction unit is not connected to the audio output port, each device automatically outputs the processed audio signal to the speaker. *See* claim 8[b]. |
| 14. The method according to claim 12, wherein the external audio reproduction unit | Apple's Accused Devices perform the method of claim 12, wherein the external audio reproduction unit includes one of headphones and an external speaker. *See* claim 9. |

| | |
|---|---|
| includes one of headphones and an external speaker. | |
| 15. The method according to claim 12, wherein the input command includes volume control command. | Apple's Accused Devices perform the method of claim 12, wherein the input command includes volume control command. *See* claim 10. |
| 16. The method according to claim 15, wherein the first OSD window displays previously stored volume level of external audio reproduction unit and the second OSD window displays previously stored volume level of the speaker. | Apple's Accused Devices perform the method of claim 15, wherein the first OSD window displays previously stored volume level of external audio reproduction unit and the second OSD window displays previously stored volume level of the speaker.. *See* claim 11. |