# Exhibit 10

# EXHIBIT C

**SAMSUNG'S AMENDED PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 7,672,470**

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 7. An audio/visual (A/V) device which processes an audio signal for an external audio reproduction unit, the A/V device comprising: | The iPhone 5 is an audio/visual (A/V) device which processes an audio signal for an external audio reproduction unit. The iPhone 5 includes an audio output port for connecting an external audio reproduction unit, such as headphones or external speakers. *See, e.g.,* <br><br> iPhone 5 technical specifications available at http://www.apple.com/iphone/specs.html: <br><br>  |
| 7[a] a speaker operable to output the audio signal; | The iPhone 5 comprises an internal speaker operable to output an audio signal. *See* above; *see also, e.g.,* <br><br> When no external reproduction unit is connected, the iPhone 5 plays music through its built-in speaker. |



iPhone 5 Music Application when playing a song through the speakers[1]:

[1] Screen images show the operation of the iPhone 5 running iOS 6.0 unless otherwise noted.  Previously accused devices (as identified in Samsung's original infringement contentions that were served on June 15, 2012) that also run on iOS 6.0 operate in substantially the same way.



iPhone 5 home screen, while device continues to play song started in Music Application through speakers:

| | |
|---|---|
| |  |
| 7[b] an audio output port, which is connectable to an external audio reproduction | The iPhone 5 comprises an audio output port, which is connectable to an external audio reproduction unit and operable to output the audio signal to the external audio reproduction unit.  *See* above; *see also, e.g.,*<br><br>iPhone 5 audio output port for headphones (headphone minijack): |

| | |
|---|---|
| unit and operable to output the audio signal to the external audio reproduction unit; | <br><br>As shown below, when headphones are connected to the audio output port, the iPhone 5 plays music through the headphones.  When headphones are not connected, the iPhone 5 plays music through the built-in speakers. |
| 7[c] an audio signal processing unit operable to process the audio signal and output the processed audio signal to one of the speaker and the audio output port; | The iPhone 5 comprises an audio signal processing unit operable to process the audio signal and output the processed audio signal to one of the speaker and the audio output port.  For example, each device includes an audio codec chip, and associated hardware and/or software, to process audio and selectively output it to an internal speaker or an external audio port.  *See, e.g.,*<br><br>iPhone 5 audio codec chip from teardown available at http://www.ifixit.com/Teardown/iPhone-5-Teardown/10525/3: |



|  | As shown below, when headphones are connected to the audio output port, the iPhone 5 automatically plays music through the headphones.  When headphones are not connected, the iPhone 5 plays music through the built-in speakers. |
|---|---|
| 7[d] a display screen operable to display one of a first On-screen Display | The iPhone 5 comprises a display screen operable to display a first On-screen Display (OSD) window, which indicates that the external audio reproduction unit is connected to the audio output port.<br><br>For example, when headphones are connected and a volume control command is received the iPhone 5 displays a "headphones" volume control window. |

| | |
|---|---|
| (OSD) window, which indicates that the external audio reproduction unit is connected to the audio output port, |  |
| 7[e] and a second OSD window, which indicates that | The iPhone 5 comprises a display screen operable to display a second OSD window, which indicates that the external audio reproduction unit is not connected to the audio output port.<br><br>For example, when headphones are not connected and a volume control command is received the iPhone 5 displays the |

| | |
|---|---|
| the external audio reproduction unit is not connected to the audio output port; | following speaker volume control window.<br><br> |
| 7[f] and a control unit which is operable to | The iPhone 5 comprises a control unit which is operable to receive an input command and which controls the audio signal processing unit and the display screen, wherein if the control unit receives the input command and the external audio reproduction unit is connected to the audio output port, the control unit controls the display screen to automatically display the first OSD window, and wherein if the control unit receives the input command and the |

| | |
|---|---|
| receive an input command and which controls the audio signal processing unit and the display screen, wherein if the control unit receives the input command and the external audio reproduction unit is connected to the audio output port, the control unit controls the display screen to automatically display the first OSD window, and wherein if the control | external audio reproduction unit is not connected to the audio output port, the control unit controls the display screen to automatically display the second OSD window.<br><br>For example, the iPhone 5 comprises a processor, a touchscreen, and associated circuitry and software.  These components receive an input command, such as the command to increase volume, when the user presses the corresponding button on the phone or touches a corresponding area of the touchscreen.<br><br>iPhone 5 volume control buttons:<br><br><br><br>If headphones are connected to the audio output port, the phone displays the volume control window corresponding to the headphones volume level. |

unit receives the input command and the external audio reproduction unit is not connected to the audio output port, the control unit controls the display screen to automatically display the second OSD window.



If headphones are not connected to the audio output port, the phone displays the volume control window corresponding to the speaker volume level.



The iPhone 5 Music application also displays a different touch sensitive volume control bar depending on whether headphones are connected.  When headphones are connected the displayed bar corresponds to the headphones volume level.  When headphones are not connected the displayed bar corresponds to the speaker volume level.



| 8. The A/V device according to claim 7,<br><br>8[a] wherein if the control unit receives the input command and the external | The iPhone 5 is an A/V device according to claim 7, wherein if the control unit receives the input command and the external audio reproduction unit is connected to the audio output port, the control unit further controls the audio signal processing unit to automatically output the processed audio signal to the audio output port.  *See* claim 7.<br><br>For example, when the iPhone 5 detects that headphones are connected it automatically outputs the audio signal to the audio output port.  Similarly, when the headphones are connected and the iPhone 5 receives a command to increase or decrease the volume, it automatically outputs the audio signal to the audio output port. |
| --- | --- |

| | |
|---|---|
| audio reproduction unit is connected to the audio output port, the control unit further controls the audio signal processing unit to automatically output the processed audio signal to the audio output port, |  |
| 8[b] and wherein if the control unit receives the input command and the external audio reproduction | The iPhone 5 is an A/V device according to claim 7, wherein if the control unit receives the input command and the external audio reproduction unit is not connected to the audio output port, the control unit further controls the audio signal processing unit to automatically output the processed audio signal to the speaker. *See* claim 7.<br><br>For example, when the iPhone 5 detects that headphones are not connected it automatically outputs the audio signal to the built-in speakers. Similarly, when the headphones are not connected and the iPhone 5 receives a command to increase or decrease the volume, it automatically outputs the audio signal to the built-in speakers. |

| | |
|---|---|
| unit is not connected to the audio output port, the control unit further controls the audio signal processing unit to automatically output the processed audio signal to the speaker. |  |
| 9. The A/V device according to claim 7, wherein the external audio reproduction unit includes one of | The iPhone 5 is an A/V device according to claim 7, wherein the external audio reproduction unit includes one of headphones and an external speaker. *See* claim 7.<br><br>For example, the iPhone 5 is sold with a set of headphones.  In addition, other headphones or external speakers may be connected to the iPhone 5 audio output port.  *See, e.g.,*<br><br>iPhone 5 technical specifications available at http://www.apple.com/iphone/specs.html: |

| headphones and an external speaker. | Headphones<br><br>Headphones | Apple EarPods with Remote and Mic<br><br>Storage and travel case |  |
|---|---|---|---|
| 10. The A/V device according to claim 7, wherein the input command includes volume control command. | The iPhone 5 is an A/V device according to claim 7, wherein the input command includes volume control command. *See* claim 7.<br><br>For example, the iPhone 5 includes volume control buttons, and displays volume control user interface elements in, for example, the Music application. *See* claim 7[f]. | | |
| 11. The A/V device according to claim 10, wherein the first OSD window displays previously stored | The iPhone 5 is an A/V device according to claim 10, wherein the first OSD window displays previously stored volume level of external audio reproduction unit and the second OSD window displays previously stored volume level of the speaker. *See* claim 10.<br><br>For example, the headphones volume control window displays a volume bar indicating the previously stored volume level for headphones (audio output port). | | |

volume level of external audio reproduction unit and the second OSD window displays previously stored volume level of the speaker.



Similarly, the built-in speakers volume control window displays a volume bar indicating the previously stored volume level for the speakers.

| | |
|---|---|
|  | |
| 12. A method for controlling an audio/visual (A/V) device having an audio output port, speaker and a display | The iPhone 5 performs the claimed method for controlling an audio/visual (A/V) device having an audio output port, speaker and a display screen, wherein the A/V device processes an audio signal for an external audio reproduction unit. *See* claim 7.

Apple infringes this claim and the dependent claims identified herein because it has performed each and every step of the claims, including but not limited to testing and use by its employees or agents. Apple also infringes this claim by selling The iPhone 5 to customers and encouraging those customers to use the products in a manner that meets each and every step of this claim. |

| | |
|---|---|
| screen, wherein the A/V device processes an audio signal for an external audio reproduction unit, the method comprising: | |
| 12[a] determining whether the external audio reproduction unit is connected to the audio output port of the A/V device; | The iPhone 5 performs the step of  determining whether the external audio reproduction unit is connected to the audio output port of the A/V device.  This is evident because, for example, the iPhone 5 automatically outputs sound through headphones when headphones are connected.  *See* claim 7. |
| 12[b] receiving a input | The iPhone 5 performs the step of receiving an input command.  For example, the iPhone receives a volume control command.  *See* claim 7(f). |

| | |
|---|---|
| command; | |
| 12[c] if the external audio reproduction unit is connected to the audio output port of the A/V device, automatically displaying on the display screen a first OSD window indicating that the external audio reproduction unit is connected to the audio output port; | The iPhone 5 meets this claim element because if the external audio reproduction unit is connected to the audio output port of the A/V device, each device automatically displays on the display screen a first OSD window indicating that the external audio reproduction unit is connected to the audio output port.  For example, a volume control window is displayed corresponding to the headphone volume level.  *See* claim 7(f). |
| 12[d] and if the external audio | The iPhone 5 meets this claim element because if the external audio reproduction unit is not connected to the audio output port, each device automatically displays on the display screen a second OSD window indicating that the external audio reproduction unit is not connected to the audio output port.  For example, a volume control window is displayed |

| | |
|---|---|
| reproduction unit is not connected to the audio output port, automatically displaying on the display screen a second OSD window indicating that the external audio reproduction unit is not connected to the audio output port. | corresponding to the speaker volume level when headphones are not connected.  *See* claim 7(f). |
| 13. The method according to claim 12,<br><br>13[a] wherein if the external audio reproduction unit is connected to the audio | The iPhone 5 performs the method of claim 12, wherein if the external audio reproduction unit is connected to the audio output port of the A/V device, the method further comprises automatically outputting the processed audio signal to the audio output port.  *See* claim 8[a]. |

| | |
|---|---|
| output port of the A/V device, the method further comprises automatically outputting the processed audio signal to the audio output port, | |
| 13[b] and wherein if the external audio reproduction unit is not connected to the audio output port, the method further comprises automatically outputting the processed audio signal to the speaker. | The iPhone 5 meets this claim element because if the external audio reproduction unit is not connected to the audio output port, each device automatically outputs the processed audio signal to the speaker.  *See* claim 8[b]. |
| 14. The method according to | The iPhone 5 performs the method of claim 12, wherein the external audio reproduction unit includes one of headphones and an external speaker. *See* claim 9. |

| | |
|---|---|
| claim 12, wherein the external audio reproduction unit includes one of headphones and an external speaker. | |
| 15. The method according to claim 12, wherein the input command includes volume control command. | The iPhone 5 performs the method of claim 12, wherein the input command includes volume control command. *See* claim 10. |
| 16. The method according to claim 15, wherein the first OSD window displays previously stored volume level | The iPhone 5 performs the method of claim 15, wherein the first OSD window displays previously stored volume level of external audio reproduction unit and the second OSD window displays previously stored volume level of the speaker.. *See* claim 11. |

| of external audio reproduction unit and the second OSD window displays previously stored volume level of the speaker. | |
| --- | --- |