JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiffs,<br>    v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF JENNIFER RHO IN SUPPORT OF APPLE INC.'S OPENING CLAIM CONSTRUCTION BRIEF PURSUANT TO PATENT LOCAL RULE 4-5**<br><br>**Claim Construction Hearing:**<br><br>Date:    February 21, 2013<br>Time:    10:30 a.m.<br>Place:    Courtroom 8, 4th Floor<br>Judge:    Hon. Lucy H. Koh |

1       I, Jennifer Rho, declare and state as follows:

2       1.      I am an associate attorney with the law firm of Gibson, Dunn & Crutcher ("Gibson
3  Dunn"), counsel of record in this action for Plaintiff and Counterclaim Defendant Apple Inc.
4  ("Apple").  I am licensed to practice law in the State of California.  I submit this declaration in
5  support of Apple's Opening Claim Construction Brief Pursuant to Patent Local Rule 4-5.  Unless
6  otherwise indicated, I have personal knowledge of the matters set forth below.  If called as a witness,
7  I could and would testify competently as follows.

8       2.      Attached as Exhibit A is a true and correct copy of United States Patent No.
9  5,666,502, titled Graphical User Interface Using Historical Lists with Field Classes, issued on
10 September 9, 1997 to Capps.

11      3.      Attached as Exhibit B is a true and correct copy of United States Patent No. 5,946,647
12 titled System and Method fort Performing an Action on a Structure in Computer-Generated Data,
13 issued on August 31, 1999 to Miller et al.

14      4.      Attached as Exhibit C is a true and correct copy of United States Patent No. 7.761.414
15 titled Asynchronous Data Synchronization Amongst Devices, issued on July 20, 2010 to Freedman.

16      5.      Attached as Exhibit D is a true and correct copy of United States Patent No. 8,014,760
17 titled Missed Telephone Call Management for a Portable Multifunction Device, issued on
18 September 6, 2011 to Forstall et al.

19      6.      Attached as Exhibit E is a true and correct copy of the January 28, 1998 Office Action
20 from the prosecution history for United States Patent Application No. 09/595,267, issued as U.S.
21 Patent No. 5,946,647.

22      7.      Attached as Exhibit F is a true and correct copy of the April 28, 1998 Response of
23 Applicants to the January 28, 1998 office action, from the prosecution history for United States
24 Patent Application No. 09/595,267, issued as U.S. Patent No. 5,946,647.

25      8.      Attached as Exhibit G is a true and correct copy of the February 10, 2011 Declaration
26 Under 37 C.F.R. § 1.131 from the patent prosecution file for reexamination no. 90/011,287 of U.S.
27 Patent No. 5,946,647.

28

9. Attached as Exhibit H is page 1108 from The IEEE Standard Dictionary of Electrical and Electronics Terms, 6th Ed. (1996), containing the definition for the word "thread."

10. Attached as Exhibit I is a true and correct copy of page 138 from the Wiley Electrical and Electronics Engineering Dictionary (2004), containing the definition of the word "concurrent execution."

11. Attached as Exhibit J is pages 27-29 from Andrew S. Tannenbaum, Modern Operating Systems, Prentice Hall (1992).

12. Attached as Exhibit K is a true and correct copy of pages 196-197 from The IEEE Standard Dictionary of Electrical and Electronics Terms, 6th Ed. (1996), containing the definition for the word "concurrent."

13. Attached as Exhibit L is a true and correct copy of a webpage from the Merriam-Webster dictionary (www.merriam-webster.com/dictionary/substitute?show=0&t=1352334502), containing the definition for the word "substitute."

14. Attached as Exhibit M is a true and correct copy of a webpage form the American Heritage Dictionary (www.ahdictionary.com/word/search.html?q=substitute&submit.x=0&submit.y=0), containing the definition for the word "substitute."

15. Attached as Exhibit N is the June 1, 2011 Notice of Allowability from the prosecution history for United States Patent Application 11,769,694, issued as U.S. Patent No. 8,014,760.

Executed this 21st day of December, 2012 in Los Angeles, CA.

By:  /s/ Jennifer Rho
     Jennifer Rho

## ATTESTATION OF E-FILED SIGNATURE

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45, I hereby attest that Jennifer Rho has concurred in this filing.

Dated: December 21, 2012               By:   */s/ H. Mark Lyon*
                                              H. Mark Lyon