# EXHIBIT G

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re Application of: | MILLER, James et al. | Group Art Unit: | 3992 |
| Patent No. | 5,946,647 | | |
| Control No.: | 90/011,287 | Confirmation No. | 9354 |
| Reexam Filed: | 10/15/2010 | Examiner: | STEELMAN, Mary |

For:     SYSTEM AND METHOD FOR
        PERFORMING AN ACTION ON A
        STRUCTURE IN COMPUTER-GENERATED
        DATA

Mail Stop Ex Parte Reexam
Central Reexamination Unit
Commissioner for Patents
Unites States Patent & Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

**DECLARATION UNDER 37 C.F.R. § 1.131**

Dear Sir:

The undersigned hereby declares the following:

1.  I, Chi-Hsin Chang, a registered patent attorney (Registration No.: 52,717) am in-house patent counsel to Apple Inc., the sole owner of U.S. Patent No. 5,946,647 ("the '647 patent") and the inventions claimed therein.  The inventors named on the '647 patent are James R. Miller, Thomas Bonura, Bonnie Nardi and David Wright. I have reviewed the Exhibits referenced herein and make this Declaration, on information and belief, in reliance on the Exhibits, for Apple Inc.

Reexamination Control No. 90/011,287
U.S. Patent No. 5,946,647
Page -2-

2.  On December 10, 2010, *ex parte* reexamination was Ordered by the U.S. Patent and Trademark Office for claims 1-24, i.e., all of the claims, of the '647 patent.

3.  On December 10, 2010, the U.S. Patent and Trademark Office issued a non-final Office action ("Office action") rejecting each of claims 1-24 of the '647 patent.

4.  All of the rejections stated in the December 10, 2010 Office action relied on U.S. Patent No. 5,859,636 ("the '636 patent").

5.  The '636 patent issued to Milind S. Pandit on January 12, 1999 from an application filed on December 27, 1995.

6.  The purpose of this Declaration is to establish an invention date for the invention claimed in claims 1-5, 8-10, 13-18, and 20-22 of the '647 patent that is sufficiently early to predate the '636 patent and thereby overcome that patent as prior art to the '647 patent claims. Specifically, this Declaration demonstrates that on information and belief, in reliance on the Exhibits, the invention recited in claims 1-5, 8-10, 13-18, and 20-22 of the '647 patent was reduced to practice prior to December 27, 1995, the filing date of the '636 patent relied on in the Office action as the § 102(e) effective date of the '636 patent in the rejections of claims 1-5, 8-10, 13-18, and 20-22 of the '647 patent.

7.  On information and belief, the invention claimed in claims 1-5, 8-10, 13-18, and 20-22 of the '647 patent was reduced to practice before December 27, 1995 as part of a program known as "LiveDoc." Screen images either from or related to the LiveDoc ver.0.7 computer program are attached hereto as Exhibits B-1 through B-6, and these images, where appropriate, are mapped to the limitations of the claims of the '647 patent in Exhibit A. Exhibit B-1 shows a directory of a folder entitled LiveDoc that includes the self extracting archive named "LiveDoc 0.7.sea" dated before December 27, 1995. Exhibit B-2 displays "Demo text" in a folder entitled "LiveDoc v.0.7" from the self extracting archive shown in Exhibit B-1. Exhibit B-3 shows LiveDoc v.0.7 having found and identified structures in the Demo text. Exhibit B-4 shows a pop-up menu that has appeared in response to a user selecting the detected email domain using LiveDoc v.0.7. The pop-up menu displays selectable actions related to the email domain. Exhibit B-5 shows a pop-up menu that has appeared in response to a user selecting the detected URL using LiveDoc v.0.7. The pop-up

menu displays selectable actions related to the URL.  Exhibit B-6 shows a pop-up menu that has appeared in response to a user selecting the detected file path using LiveDoc v.0.7.  The pop-up menu displays selectable actions related to the file path.  Collectively, Exhibits B-1 through B-6 provide evidence of the reduction to practice of the invention claimed in claims 1-5, 8-10, 13-18, and 20-22 of the '647 patent before December 27, 1995.

8.   B-7 is an email having a redacted date before December 27, 1995 from one of the inventors of the '647 patent, James Miller. The email discusses the implementations of structure detectors, including the operation and features of a LiveDoc implementation of the claimed invention.  The contents of this email are mapped to the limitations of the claims of the '647 patent in Exhibit A.  The email attached at Exhibit B-7 describes that LiveDoc grabs text currently visible in an application window and passes it to the Structure Detector engine.  It further discusses that identified structures are highlighted in the document, and further that a mouse down operation over one of the highlighted structures produces a pop-up menu containing actions relevant to the selected structure.  It is further discussed that the selection of one of the actions causes the action to be fired.  Exhibit B-7 provides evidence of the reduction to practice of the invention claimed in claims 1-5, 8-10, 13-18, and 20-22 of the '647 patent before December 27, 1995.

10.  An email having a redacted date before December 27, 1995 from one of the inventors, David Wright, with the subject "Finally – working code!" is attached hereto as Exhibit B-8. The contents of this email are mapped to the limitations of the claims of the '647 patent at Exhibit A. The email attached at Exhibit B-8 discusses using Structure Detectors to highlight structures found within the text.  The email further describes that a user can click on the highlighted structure and a pop-up menu appears displaying choices of actions.  Exhibit B-8 provides evidence of the reduction to practice of the invention claimed in claims 1-5, 8-10, 13-18, and 20-22 of the '647 patent before December 27, 1995.

11.  All statements made herein of my personal knowledge are true and all statements made on information and belief are believed to be true.

Reexamination Control No. 90/011,287
U.S. Patent No. 5,946,647
Page -4-

12. I make the above statements with the knowledge that under 18 U.S.C. § 1001, willful false statements and the like, so made, are punishable by fine or imprisonment, or both, and that such willful false statements may jeopardize the validity of any associated patent application or patent issued thereon.

*********************

Executed this 10th day of February 2011 at Cupertino, California.

Chi-Hsin Chang for Apple Inc.

APLNDC630-0000136260

# Exhibit - A

APLNDC630-0000136261

Claim Chart for US Patent 5946647

| Claim Language | Evidence Supporting Reduction to Practice |
|---|---|
| Claim 1 | |
| 1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system. LiveDoc is a computer program that runs on a computer system for detecting structures in data and performing actions on detected structures.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. LiveDoc is a computer program that runs on a computer system for detecting structures in data and performing actions on detected structures.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application.  It elaborates that the code can use structure detectors to highlight structures found in text and that when a user clicks on one of the structures that a pop-up menu appears displaying choice of actions. |
| an input device for receiving data; | Exhibits B-1 through B-6 are screen shots of a LiveDoc implementation of the invention running on a computer system, which included an input device for receiving data.<br><br>Exhibit B-7 and B-8 are emails referring to working implementations of structure detectors that detect structures in an application window.  Exhibits B-7 and B-8 are emails referring to computer programs that are executed on computer systems, which include an input device for receiving data. |
| an output device for presenting the data; | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system.  The screen which was used to display the screen shots is an example of an output device.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention.  It references visible text in the application window on a computer system.  The display used in presenting the visible text is an example of an output device. |

| | Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. It further discusses user interface elements that would be displayed on an output device. |
|---|---|
| a memory storing information including program routines including | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which included a memory. Each of the screen shots also shows the LiveDoc application folder that includes program routines, which are stored in a memory.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It is a software program including program routines, which must be stored in memory.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. It is a software program including program routines, which must be stored in memory. |
| an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which is able to detect structures in the data. Exhibit B-1 shows the application folder. Exhibit B-3 shows the results of the analysis performed by LiveDoc, i.e., structures detected in data. Exhibits B-4 through B-6 show that actions have been linked to those structures.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It references a structure detector engine, and references the fact that the implementation recognizes structures. It also references a pop-up menu containing actions relevant to the detected structures.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. It elaborates that the code can use structure detectors to highlight structures, and that when a user clicks on one of the structures, a pop-up menu appears displaying choice of actions. |

APLNDC630-0000136263

| | |
|---|---|
| a user interface enabling the selection of a detected structure and a linked action; and | Exhibits B-3 through B-6 are screen shots of the user interface of LiveDoc, an implementation of the invention wherein the detected structures are enabled for selection by a user.  Exhibits B-4 – B-6 show a pop-up menu of linked actions that are enabled for user selection, which appears after a user has selected a detected structure.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention.  It references a user interface for accepting a mouse-down over a highlighted region that produces a pop-up menu containing actions relevant to the selected structure.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application.  It elaborates that the code causes structure detectors to highlight structures found in text and that a user can click on one of the highlighted structures and a pop-up menu appears displaying choices of actions. |
| an action processor for performing the selected action linked to the selected structure; and | Exhibits B-4 through B-6 show a pop-up menu of linked actions that can be selected by a user.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention.  It references that when a user picks an action from a pop-up menu of actions relevant to a selected structure, the corresponding action is fired.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application.  It discusses that a user can click on one of the highlighted structures and a pop-up menu appears displaying choices of actions. |
| a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system.  A computer system has a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention.  LiveDoc is a computer program that runs on a |

APLNDC630-0000136264

| | computer system. A computer system has a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application.  The code runs on a computer system. A computer systems has a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. |
|---|---|
| Claim 2 | |
| 2. The system recited in claim 1, wherein the analyzer server stores detected structures in the memory. | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which included a memory. It is a software program that must be stored in memory and utilizes memory when executed.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It is a software program that must be stored in memory and utilizes memory when executed.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. It describes a software program that must be stored in memory and utilizes memory when executed. |
| Claim 3 | |
| 3. The system recited in claim 1, wherein the input device receives the data from an application running concurrently, and wherein the program routines stored in memory further comprise an application program interface for communicating with the application. | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system.  In the screen shots LiveDoc is seen working on the text program.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention.  It refers to a background process that grabs text from an application and discusses the Live Doc API (is called from the application).<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. |
| Claim 4 | |
| 4. The system recited in claim 1, wherein the analyzer server includes | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running |

| grammars and a parser for detecting structures in the data. | on a computer system, which is able to detect structures in the data.  Exhibit B-3 shows the results of the analysis performed by LiveDoc, i.e., structures detected in data.<br><br>Exhibit B-7 is an email referring to a working version of the LiveDoc implementation of the invention.  It refers to a structure detector and identified structures, and a parser.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application.  It elaborates that the code can use structure detectors to highlight structures found in text and that when a user clicks on one of the structures that a pop-up menu appears displaying choice of actions. |
| Claim 5 | |
| 5. The system recited in claim 4, wherein the analyzer server includes actions associated with each of the grammars, and wherein the analyzer server links to a detected structure the actions associated with the grammar which detects that structure. | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which is able to detect structures in the data.  Exhibit B-1 shows the application folder.  Exhibit B-3 shows the results of the analysis performed by LiveDoc, i.e., structures detected in data.  Exhibits B-4 – B-6 show that actions have been linked to those structures.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention.  It references a structure detector engine, and references the fact that the implementation recognizes structures.  It also references a pop-up menu containing actions relevant to the detected structures.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application.  It elaborates that the code can use structure detectors to highlight structures, and that when a user clicks on one of the structures, a pop-up menu appears displaying choice of actions. |
| Claim 6 | |
| 6. The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting string structures in | |

| | |
|---|---|
| the data. | |
| Claim 7 | |
| 7. The system recited in claim 6, wherein the analyzer server includes actions associated with each of the strings, and wherein the analyzer server links to a detected structure the actions associated with the grammar which detects that string structure. | |
| Claim 8 | |
| 8. The system recited in claim 1, wherein the user interface highlights detected structures. | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system. Exhibits B-3 though B-6 illustrate detected structures highlighted by the user interface.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention.  It refers to structures that are highlighted in place, in the document.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application.  It elaborates that the code can use structure detectors to highlight structures found in text. |
| Claim 9 | |
| 9. The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions. | Exhibits B-4 through B-6 show that the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention.  It references a user interface for accepting a mouse-down over a highlighted region that produces a pop-up menu containing actions relevant to the selected structure.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application.  It elaborates that the code causes structure detectors to highlight structures found in text and that a user can click on one of the highlighted structures and a pop-up menu appears displaying choices of actions. |

| Claim 10 | |
|---|---|
| 10. The system recited in claim 1, wherein the programs stored in the memory further comprise an application running concurrently that causes the output device to present the data received by the input device, and an application program interface that provides interrupts and communicates with the application. | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system.  In the screen shots LiveDoc is seen working on the text program.

Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention.  It refers to a background process that grabs text from an application and passes it to the structure detector engine and discusses the Live Doc API (is called from the application).

Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. |
| Claim 11 | |
| 11. The system recited in claim 1, wherein the user interface enables the selection of a detected structure and a linked action using sound activation. | |
| Claim 12 | |
| 12. The system recited in claim 1, wherein a first one of the actions may invoke a second one of the actions. | |
| Claim 13 | |
| 13. A program storage medium storing a computer program for causing a computer to perform the steps of: | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system.  Exhibit B-1 shows the LiveDoc application stored on a program storage medium for causing a computer to perform steps.

Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. LiveDoc is a computer program stored on a program storage medium for causing a computer to perform steps.

Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. The working code is stored on a program storage medium for causing a computer to perform steps. |
| receiving computer data; | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which included an input |

| | device for receiving data.<br><br>Exhibit B-7 and B-8 are emails referring to working implementations of structure detectors that detect structures in an application window.  Exhibits B-7 and B-8 are emails referring to computer programs that are executed on computer systems, which include an input device for receiving data. |
|---|---|
| detecting a structure in the data; | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which detects structures in data. Exhibit B-3 shows the structures detected in data.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention.  It discusses that structures are identified in the data.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application.  It elaborates that the code finds structures within the text. |
| linking at least one action to the detected structure; | Exhibits B-4 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which show that actions have been linked to detected structures.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It references a pop-up menu containing actions relevant to the detected structures.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application.  It elaborates that when a user clicks on one of the highlighted structures that a pop-up menu appears displaying choice of linked actions. |
| enabling selection of the structure and a linked action; and | Exhibits B-3 through B-6 are screen shots of the user interface of a LiveDoc implementation of the invention wherein the detected structures are enabled for selection by a user.  Exhibits B-4 – B-6 show a pop-up menu of linked actions that are enabled for user selection, which appears after a user has selected a detected structure. |

| | |
|---|---|
| | Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It references a user interface for accepting a mouse-down over a highlighted region that produces a pop-up menu containing actions relevant to the selected structure.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. It elaborates that the code causes structure detectors to highlight structures found in text and that a user can click on one of the highlighted structures and a pop-up menu appears displaying choices of actions. |
| executing the selected action linked to the selected structure. | Exhibits B-4 through B-6 are screen shots of the user interface of a LiveDoc implementation of the invention that show a pop-up menu of linked actions that can be selected by a user.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It references that when a user picks an action from a pop-up menu of actions relevant to a selected structure, the corresponding action is fired.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. It discusses that a user can click on one of the highlighted structures and a pop-up menu appears displaying choices of actions. |
| Claim 14 | |
| 14. In a computer having a memory storing actions, a system for causing the computer to perform an action on a structure identified in computer data, comprising: | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system having a memory storing actions. The computer system is caused to perform an action on a structure identified in computer data.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. Live Docs is an computer program that runs on a computer system having a memory storing actions. The computer system is caused to perform an action on a structure identified in computer data..<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text |

| | application on a computer having a memory storing actions. The computer system is caused to perform an action on a structure identified in computer data. |
|---|---|
| means for receiving computer data; | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which included an input device for receiving data.<br><br>Exhibit B-7 and B-8 are emails referring to working implementations of structure detectors that detect structures in an application window. Exhibits B-7 and B-8 are emails referring to computer programs that are executed on computer systems, which include an input device for receiving data. |
| means for detecting a structure in the data; | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which detects structures in data. Exhibit B-3 shows the structures detected in data.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It references a structure detector engine, and that structures are identified in the data.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. It elaborates that the code can use structure detectors to highlight structures within the text. |
| means for linking at least one action to the detected structure; | Exhibits B-4 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which show that actions have been linked to detected structures.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It references a pop-up menu containing actions relevant to the detected structures.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. It elaborates that when a user clicks on one of the highlighted structures that a pop-up menu appears displaying choice of linked actions. |

APLNDC630-0000136271

| | |
|---|---|
| means for selecting the structure and a linked action; and | Exhibits B-3 through B-6 are screen shots of the user interface of LiveDoc, an implementation of the invention wherein the detected structures are enabled for selection by a user.  Exhibits B-4 – B-6 show a pop-up menu of linked actions that are enabled for user selection, which appears after a user has selected a detected structure.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention.  It references a user interface for accepting a mouse-down over a highlighted region that produces a pop-up menu containing actions relevant to the selected structure.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application.  It elaborates that the code causes structure detectors to highlight structures found in text and that a user can click on one of the highlighted structures and a pop-up menu appears displaying choices of actions. |
| means for executing the selected action linked to the selected structure. | Exhibits B-4 through B-6 are screen shots of the user interface of LiveDoc, an implementation of the invention that show a pop-up menu of linked actions that can be selected by a user.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention.  It references that when a user picks an action from a pop-up menu of actions relevant to a selected structure, the corresponding action is fired.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application.  It discusses that a user can click on one of the highlighted structures and a pop-up menu appears displaying choices of actions. |
| Claim 15 | |
| 15. In a computer having a memory storing actions, a method for causing the computer to perform an action on a structure identified in computer data, comprising the steps of: | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system.  Exhibit B-1 shows the LiveDoc application on a computer having a memory storing actions for causing the computer to perform an action on a structure identified in computer data. |

| | Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. Live Docs is a computer application on a computer having a memory storing actions for causing the computer to perform an action on a structure identified in computer data.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application on a computer having a memory storing actions for causing the computer to perform an action on a structure identified in computer data. |
|---|---|
| receiving computer data; | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which included an input device for receiving data.<br><br>Exhibit B-7 and B-8 are emails referring to working implementations of structure detectors that detect structures in an application window. Exhibits B-7 and B-8 are emails referring to computer programs that are executed on computer systems, which include an input device for receiving data. |
| detecting a structure in the data; | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which detects structures in data. Exhibit B-3 shows the structures detected in data.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It discusses that structures are identified in the data.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. It elaborates that the code finds structures within the text. |
| linking at least one action to the detected structure; | Exhibits B-4 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which show that actions have been linked to detected structures.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It references a pop-up menu containing actions relevant |

| | |
|---|---|
| | to the detected structures.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. It elaborates that when a user clicks on one of the highlighted structures that a pop-up menu appears displaying choice of linked actions. |
| enabling selection of the structure and a linked action; and | Exhibits B-3 through B-6 are screen shots of the user interface of LiveDoc, an implementation of the invention wherein the detected structures are enabled for selection by a user. Exhibits B-4 – B-6 show a pop-up menu of linked actions that are enabled for user selection, which appears after a user has selected a detected structure.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It references a user interface for accepting a mouse-down over a highlighted region that produces a pop-up menu containing actions relevant to the selected structure.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. It elaborates that the code causes structure detectors to highlight structures found in text and that a user can click on one of the highlighted structures and a pop-up menu appears displaying choices of actions. |
| executing the selected action linked to the selected structure. | Exhibits B-4 through B-6 are screen shots of the user interface of LiveDoc, an implementation of the invention that show a pop-up menu of linked actions that can be selected by a user.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It references that when a user picks an action from a pop-up menu of actions relevant to a selected structure, the corresponding action is fired.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. It discusses that a user can click on one of the highlighted structures and a pop-up menu appears displaying choices of actions. |
| Claim 16 | |

APLNDC630-0000136274

| | |
|---|---|
| 16. The method recited in claim 15, wherein the computer data is received from the application running concurrently. | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system.  In the screen shots LiveDoc is seen working on the text program.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention.  It refers to a background process that grabs text from an application and discusses the Live Doc API (is called from the application).<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. |
| Claim 17 | |
| 17. The method recited in claim 15, wherein the memory contains grammars, and wherein the step of detecting a structure further comprises the steps of retrieving a grammar and parsing the data based on the grammar. | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which is able to detect structures in the data.  Exhibit B-3 shows the results of the analysis performed by LiveDoc, i.e., structures detected in data.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention.  It refers to a structure detector and identified structures, and a parser.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application.  It elaborates that the code can use structure detectors to highlight structures found in text and that when a user clicks on one of the structures that a pop-up menu appears displaying choice of actions. |
| Claim 18 | |
| 18. The method recited in claim 17, wherein the grammar is associated with a particular action, and wherein the step of linking at least one action to the detected structure includes the step of linking the particular action to the detected structure. | E Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which is able to detect structures in the data.  Exhibit B-1 shows the application folder.  Exhibit B-3 shows the results of the analysis performed by LiveDoc, i.e., structures detected in data.  Exhibits B-4 through B-6 show that actions have been linked to those structures.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention.  It |

APLNDC630-0000136275

|  | references a structure detector engine, and references the fact that the implementation recognizes structures. It also references a pop-up menu containing actions relevant to the detected structures.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. It elaborates that the code can use structure detectors to highlight structures, and that when a user clicks on one of the structures, a pop-up menu appears displaying choice of actions. |
|---|---|
| **Claim 19** |  |
| 19. The method recited in claim 15, wherein the memory contains strings, and wherein the step of detecting a structure further comprises the steps of retrieving a string from the memory and scanning the data to identify the string. |  |
| **Claim 20** |  |
| 20. The method recited in claim 15, further comprising after the step of detecting a structure, the step of highlighting the detected structure. | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system. Exhibits B-3 though B-6 illustrate detected structures highlighted by the user interface.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It refers to structures that are highlighted in place, in the document.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. It elaborates that the code can use structure detectors to highlight structures found in text. |
| **Claim 21** |  |
| 21. The method recited in claim 15, further comprising, after the step of linking at least one action to the detected structure, the step of displaying and enabling selection of an action for performance on the detected structure. | Exhibits B-4 through B-6 show that the user interface enables selection of an action by causing the output device to display a pop-up menu of the linked actions.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It references a user interface for accepting a mouse-down over a highlighted region that produces a pop- |

APLNDC630-0000136276

|  | up menu containing actions relevant to the selected structure.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application.  It elaborates that the code causes structure detectors to highlight structures found in text and that a user can click on one of the highlighted structures and a pop-up menu appears displaying choices of actions. |
|---|---|
| **Claim 22** | |
| 22. A computer-based method for causing a computer to identify, select and perform an action on a structure in computer data received from a concurrently running application, said application presenting the computer data to the user, the method comprising the steps of: | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system.  Exhibit B-1 shows the LiveDoc application for causing a computer to identify, select and perform an action on a structure in computer data received from a concurrently running application, said application presenting the computer data to the user.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention.  LiveDoc is a computer program for causing a computer to identify, select and perform an action on a structure in computer data received from a concurrently running application, said application presenting the computer data to the user.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. The working code is for causing a computer to identify, select and perform an action on a structure in computer data received from a concurrently running application, said application presenting the computer data to the user. |
| receiving computer data from the application; | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which included an input device for receiving data.<br><br>Exhibit B-7 and B-8 are emails referring to working implementations of structure detectors that detect structures in an application window.  Exhibits B-7 and B-8 are emails referring to computer programs that are executed on computer systems, which include an input device for receiving data. |

APLNDC630-0000136277

| | |
|---|---|
| detecting a structure in the computer data; | Exhibits B-1 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which detects structures in data. Exhibit B-3 shows the structures detected in data.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It discusses that structures are identified in the data.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. It elaborates that the code finds structures within the text. |
| linking at least one action to the detected structure; | Exhibits B-4 through B-6 are screen shots of LiveDoc, an implementation of the invention running on a computer system, which show that actions have been linked to detected structures.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It references a pop-up menu containing actions relevant to the detected structures.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. It elaborates that when a user clicks on one of the highlighted structures that a pop-up menu appears displaying choice of linked actions. |
| communicating with the application to determine the location of the detected structure as presented by the application, to enable selection of the detected structure and a linked action, and to determine if the detected structure and a linked action have been selected; and | Exhibits B-3 through B-6 are screen shots of the user interface wherein the detected structures are enabled for selection by a user. Exhibits B-4 through B-6 show a pop-up menu of linked actions that are enabled for user selection, which appears after a user has selected a detected structure.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It references a user interface for accepting a mouse-down over a highlighted region that produces a pop-up menu containing actions relevant to the selected structure.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text |

| | application. It elaborates that the code can use structure detectors to highlight structures found in text and that when a user clicks on one of the structures that a pop-up menu appears displaying choice of actions. |
|---|---|
| performing a selected action linked to the detected pattern. | Exhibits B-4 through B-6 are screen shots of the user interface of LiveDoc, an implementation of the invention that show a pop-up menu of linked actions that can be selected by a user.<br><br>Exhibit B-7 is an email referring to a working version of a LiveDoc implementation of the invention. It references that when a user picks an action from a pop-up menu of actions relevant to a selected structure, the corresponding action is fired.<br><br>Exhibit B-8 is an email referring to working code of a structure detector working on text in the Simple Text application. It discusses that a user can click on one of the highlighted structures and a pop-up menu appears displaying choices of actions. |
| Claim 23 | |
| 23. The method recited in claim 15, wherein the step of enabling uses sound activation. | |
| Claim 24 | |
| 24. The method recited in claim 15, wherein a first one of the actions may invoke a second one of the actions. | |

APLNDC630-0000136279

# Exhibit B-1

APLNDC630-0000136280



**File   Edit   View   Window   Special   Help**

LiveDoc

7 items, zero K available

| Name | Date Modified |
|------|---------------|
| Final Live Doc app | ████████ 8:10 PM |
| LD/SD tasks | ████████████, 12:56 PM |
| LiveDoc 0.5 | ████████, 6:06 PM |
| LiveDoc 0.6 | ████████, 6:07 PM |
| LiveDoc 0.7.sea | ██████, 10:55 PM |
| Old LiveDoc (████) | ████████, 7:26 PM |
| SuperCard demo stuff | ██████████, 3:00 PM |

APLNDC630-0000136281

Exhibit B-2

APLNDC630-0000136282

 🍎 File  Edit  View  Window  Special  Help                                   8:32 AM  📟 Finder

Demo text

You can find more information about Apple Computer at http://www.apple.com/default.html
or by asking  spindler@apple.com. Also, log into atg.apple.com, see what's new in
AOL:Finance, browse around in mirror.apple.com, and pick up the file
ftp://mirror.apple.com/mirrors/Info-Mac.Archive/comm/change-signature-100-as.hqx.
It might also be fun to check the latest on rec.humor.funny and see if structure detectors are
working properly.



# Exhibit B-3

APLNDC630-0000136284



APLNDC630-0000136285

Exhibit B-4

APLNDC630-0000136286



APLNDC630-0000136287

Exhibit B-5

APLNDC630-0000136288



APLNDC630-0000136289

# Exhibit B-6

APLNDC630-0000136290



File Edit Font Size Style Sound Help
8:34 AM
LiveSimpleText[redacted]
Demo text
You can find more information about Apple Computer at
http://www.apple.com/default.html or by asking spindler@apple.com. Also, log into
atg.apple.com, see what's new in AOL:Finance, browse around in mirror.apple.com, and pick
up the file
ftp://mirror.apple.com/mirrors/Info-Mac.Archive/comm/change-signature-100-as.hqx.
It might also be fun to check
.funny and see if structure detectors are
working properly.
Retrieve this file...
Browse host...
Mail thing to...
Miller-00001154
untitled
untitled 2
LiveDoc v. 0.7
7 items, 3.78 GB available
Read me!
LiveSimpleText[redacted]
Demo text
SD Background 68K
SD Background PPC
Structure Detectors 3.1
Put in Preferences
Mail

# Exhibit B-7

APLNDC630-0000136292



Jim Miller ████████████ nd structure detectors                          1

X-Sender: jmiller@atg.apple.com
Mime-Version: 1.0
Date:
To: razel1f@applelink.apple.com, stern@applelink.apple.com
From: jmiller@apple.com (Jim Miller)
Subject: MDC and structure detectors
Cc: jmiller, nardi@taurus.apple.com, dave_wright@quickmail.apple.com,
    bonura@taurus.apple.com, paulien@applelink.apple.com,
    mith@applelink.apple.com, faith@applelink.apple.com

Cordell and Mark --

Following up on my meeting with Paulien and Cordell, enclosed is a summary
of the possible interfaces to Structure Detectors.  Let's get together when
I (and others) are back in town, and start to work through these issues. ████ A
few notes:

    * This discussion focuses on what we're calling "atomic structures"
-- e-mail addresses, URLs, and the like -- ██████████████████████████ .
may come up with "composite structures" -- meeting/calendar announcements,
address book info, and the like.  We should think about whether those need
to be factored into our decision process at this time.

    * I've also focused primarily on the two interfaces we've built so
far: ████████████████ and LiveDoc.  Some others, ████████████████
are being prototyped, and we can fold those in as appropriate.

    * If/when other folks see other pluses or minuses, or think of
other styles of interfaces to Structure Detectors, please speak up!  I've
tried to cover all the issues we've talked about within the project, but
some may have slipped my mind.

    * I believe that Mark is the only one of us who hasn't seen a demo
of this stuff; Tom told me that he'd try to arrange one for next week,
since a lot of these points are more understandable once you've seen this
stuff

                                   In any case, thanks for your help on
all of this.

Jim

ps: The outline below looked a lot nicer in ClarisWorks.... :-[

Printed for jmiller@apple.com (Jim Miller)                               1

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

MILLER00000845

APLNDC630-0000136293



**(2) LIVEDOC**

DEFINITION:
    A background process grabs the text currently visible in the application/document window and passes it to the Structure Detector engine.
    The user holds down a command/option-type key or key combination (or does some other transitory thing).
    While that key is held down, the identified structures are highlighted in place, in the document.
    A mouse-down over one of the highlighted regions produces a pop-up menu containing actions relevant to the selected structure; picking one causes the corresponding action to be fired.

PLUSES:
    Clear visual indication of what structures have been recognized by the system
    Unambiguous visual indication of what action the user wants to have carried out on a structure.

MINUSES:
    Modification of the application is needed: the LiveDoc API has to be called by the application.
    Is there undesirable screen clutter from the (albeit temporary) highlighting of the structures?
    Command/option key or key combination must be reserved for this purpose (use the 'helium key' combination from Maxwell?)
    Holding down the special key and selecting a structure's menu item with the mouse makes this a two-handed interface.
    Parser speed is important; we don't want users to have to wait a long time for relevant structures to be found and highlighted.

**(3) OTHER RELATED** (but not prototyped) DESIGNS

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

MILLER00000846

APLNDC630-0000136294

# Exhibit B-8

APLNDC630-0000136295

| | |
|---|---|
| **From:** | Dave Wright <dave_wright@bbcomm.apple.com> |
| **Sent:** | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (GMT) |
| **To:** | Branimir Boguraev <bkb@apple.com>; bruce_horn@bbcomm.apple.com; Eric Hulteen <hulteen@apple.com>; James Miller <jmiller@taurus.apple.com>; Bonnie Nardi <nardi@taurus.apple.com>; Jeremy_Sandmel.ATG#u#SPEECH@bbcomm.apple.com; Bob Strong <strong@apple.com>; Tom_Bonura.GATEWAY@bbcomm.apple.com |
| **Subject:** | Finally - working code! |

Reply to:   Finally - working code!

Hey all,

We have a version of ▇▇▇▇'s stuff working with my stuff. For those of you who don't know what our "stuff" is, we have a version of Simple Text running that uses Structure Detectors to hilite structures found within the text. The user can then click on one of the hilited structures and a pop-up menu appears displaying choices of actions. It all tied together without too much fuss, actually. So, score! You can come by my office to see it.

Thanks,

Dave

**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER**

MILLER00000096

APLNDC630-0000136296