# EXHIBIT I

# WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY

**Steven M. Kaplan**
**Lexicographer**



**IEEE PRESS**



A JOHN WILEY & SONS, INC., PUBLICATION

APLNDC630-C00000006

Copyright © 2004 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by
any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted
under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written
permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the
Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-646-
8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed
to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-
6011, fax (201) 748-6008.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in
preparing this book, they make no representation or warranties with respect to the accuracy or
completeness of the contents of this book and specifically disclaim any implied warranties of
merchantability or fitness for a particular purpose. No warranty may be created or extended by sales
representatives or written sales materials. The advice and strategies contained herein may not be suitable
for your situation. You should consult with a professional where appropriate. Neither the publisher nor
author shall be liable for any loss of profit or any other commercial damages, including but not limited to
special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department
within the U.S. at 877-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print, however,
may not be available in electronic format.

*Library of Congress Cataloging-in-Publication Data is available.*

Kaplan, Steven M.

Wiley Electrical and Electronics Engineering Dictionary

ISBN 0-471-40224-9

Printed in the United States of America.

10 9 8 7 6 5 4 3 2

APLNDC630-C00000007

computerized axial tomography scanner  Same as CT scanner. Its acronym is CAT scanner.

computerized numerical control  Same as computer numerical control.

computerized tomography  Same as computed tomography. Its abbreviation is CT.

computerized tomography scan  Same as computed tomography. Its abbreviation is CT scan.

computerized tomography scanner  Same as CT scanner.

computing machine  Same as computer.

computing platform  A specific hardware and software configuration, including the operating system. When a program or hardware device will only function properly with a particular platform, it is called platform-dependent, while those which can work across multiple platforms are called platform-independent. Also called computer platform, or platform.

computing power  A measure of the processing power of a computer. May be quantified, for instance, in terms of the floating-point operations per second, or FLOPS, it can perform. For example, a given supercomputer may be able to exceed a speed of 35 teraflops. Also called computer power.

comsat  Abbreviation of communications satellite.

COMSEC  Abbreviation of communications security.

concatenate  To link together, as in a chain. May apply, for instance, to the linking of transmission channels end-to-end, or to connecting pieces of optical-fiber. Also called catenate.

concatenation  A linking together, as in a chain. Also called catenation.

concave  Having a surface, side, or boundary that curves inward, such as the inner surface of a sphere. This contrasts with convex, which has a surface or boundary that curves outward.

concave lens  A lens which is thinner at the center than the edges. Such a lens causes parallel rays of light passing through it to bend away from one another. This contrasts with a convex lens, which is thicker at the center than the edges

concavo-convex  1. Concave on one side or surface and convex on the other. Also called convexo-concave (1). 2. Having a curvature greater on the concave side than on the convex side.

concavo-convex lens  1. A lens with one concave surface and one convex surface. Also called convexo-concave lens (1). 2. A lens with one concave surface and one convex surface, and whose concave surface has a greater curvature.

concentration cell  A cell in which the electrodes are each immersed in a solution with a different concentration of the same salt of a metal. The electromotive force produced will depend on the metal and the concentrations of the solutions.

concentrator  1. A device, such as a multiplexer, which combines multiple communications channels or signals. 2. A device which provides a communications path that links many lower-speed channels to one or more higher-speed channels. A benefit of this arrangement is that it accommodates multiple-user connectivity with a reduced amount of circuit use. 3. A device which utilizes optical elements to increase the amount of light, especially sunlight, incident upon a photovoltaic cell or panel.

concentric cable  Same as coaxial cable.

concentric line  Same as coaxial cable.

concentric windings  Two or more windings, in which the core is surrounded by one winding, which is enclosed by the next winding, and so on. Used, for instance, in a transformer.

conceptual schema  A detailed model of the overall structure of a database. This model does not factor in considerations such as how the information is stored or accessed. Also called logical schema.

concrete class  In object-oriented programming, a class within which objects may be created. This contrasts with an abstract class, in which no objects may be created.

concurrency  1. The simultaneous, or nearly simultaneous, accessing of the CPU by multiple computer operations. 2. The ability of a computer to properly handle multiple tasks. 3. The proper handling of multiple tasks by a computer.

concurrent  1. Occurring or functioning at the same time, or in a parallel manner. 2. Pertaining to concurrent execution.

concurrent execution  Also called concurrent operation, concurrent processing, or parallel execution. 1. The simultaneous execution of multiple computer operations by the CPU. Since microprocessors can work so quickly, it seems simultaneous, even though each operation is usually executed in sequence. 2. The simultaneous execution of multiple computer operations by multiple CPUs. Such processors are usually linked by high-speed channels. Also called multiprocessing.

concurrent operation  Same as concurrent execution.

concurrent processing  Same as concurrent execution.

concurrent program execution  The simultaneous running of multiple computer programs.

condenser  1. A device which changes a gas into a liquid or a solid. 2. A system of mirrors and/or lenses which collects light from a source, then directs it onto a surface. Used, for instance, in a microscope. 3. A nearly obsolete term for capacitor.

condenser antenna  Same as capacitor antenna.

condenser loudspeaker  Same as capacitor speaker.

condenser microphone  Same as capacitor microphone.

condenser speaker  Same as capacitor speaker.

condition code  A series of bits that identify a given status, which depends on previous operations. May be used, for instance, to communicate the current state of a device.

conditional  Subject to a given circumstance or state. For instance, a conditional branch.

conditional branch  In a computer program, an instruction that switches the CPU to another location in memory when a given condition is met. For example, if the result of a calculation has a specific result. Also called conditional jump, or conditional transfer.

conditional jump  Same as conditional branch.

conditional stability  For a given component, circuit, device, piece of equipment, or system, stability which is obtained only when a given parameter, such as the amplitude of its input signal, is within specified limits. Also called limited stability.

conditional statement  In a computer program, a statement that is executed when a given condition is met.

conditional transfer  Same as conditional branch.

conditioned circuit  A telephone circuit which is modified so as to carry a digital data signal, instead of an analog voice signal. Such circuits feature noise-filtering components.

conditioning  1. The modifying of devices or equipment, so as to make them compatible with other devices or equipment. Used, for instance, to match certain performance parameters. 2. In telephony, the modifying of twisted pair wire so it can carry a digital data signal. Also called line conditioning (1). 3. The modification of a communications line so as to improve performance. Also called line conditioning (2).

conductance  A measure of the ability of a component, circuit, device, or system to conduct electricity. In a circuit with no reactance it is the reciprocal of resistance. It is the real part

APLNDC630-C00000008