# EXHIBIT J

# Modern Operating Systems

**Andrew S. Tanenbaum**

ase 5:12-cv-00630-LHK   Document 333-11   Filed 12/21/12   Page 3 of 7

# MODERN OPERATING SYSTEMS

## ANDREW S. TANENBAUM

*Vrije Universiteit*
*Amsterdam, The Netherlands*



**PRENTICE HALL**
UPPER SADDLE RIVER, NJ 07458

```
Tanenbaum, Andrew S.
   Modern operating systems / Andrew S. Tanenbaum.
     p.   cm.
   Includes bibliographical references and index.
   ISBN 0-13-588187-0
   1. Operating systems (Computers)    I. Title.
  QA76.76.O63T359   1992
  005.4'3--dc20
                                                       91-45010
                                                           CIP
```

Acquisitions editor: Tom McElwee
Production supervisor: Bayani Mendoza de Leon
Cover designer: Bruce Kenselaar
Prepress buyer: Linda Behrens
Manufacturing buyer: Dave Dickey
Supplements editor: Alice Dworkin
Interior designer: Andrew S. Tanenbaum



© 1992 by Prentice Hall, Inc.
A Simon & Schuster Company
Upper Saddle River, New Jersey 07458

The author and publisher of this book have used their best efforts in preparing this book. These efforts include the development, research, and testing of the theories and programs to determine their effectiveness. The author and publisher make no warranty of any kind, expressed or implied, with regard to these programs or the documentation contained in this book. The author and publisher shall not be liable in any event for incidental or consequential damages in connection with, or arising out of, the furnishing, performance, or use of these programs.

All rights reserved. No part of this book may be
reproduced, in any form or by any means,
without permission in writing from the publisher.

Printed in the United States of America
20 19 18 17 16 15 14 13 12 11

ISBN 0-13-588187-0

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana. S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Simon & Schuster Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*

**TRADEMARK INFORMATION**

IBM PC is a registered trademark of International Business Machines Corporation.
UNIX is a registered trademark of AT&T (Bell Laboratories.).
PDP 11 and VAX are registered trademarks of Digital Equipment Corporation.
MS-DOS is a trademark of Microsoft Corporation.
Atari is a trademark of Atari Corporation.
SPARC is a trademark of Sun Microsystems.
Macintosh is a trademark of Apple Computer, Inc.
Intel is a registered trademark of Intel Corporation.

# 2

# PROCESSES

We are now about to embark on a detailed study of how operating systems are designed and constructed. The most central concept in any operating system is the *process*: an abstraction of a running program. Everything else hinges on this concept, and it is important that the operating system designer (and student) know what a process is as early as possible. In this chapter we will sometimes use UNIX as an example, as it has a simple, but powerful, method for managing processes.

## 2.1. INTRODUCTION TO PROCESSES

All modern computers can do several things at the same time. While running a user program, a computer can also be reading from a disk and printing on a terminal or printer. In a multiprogramming system, the CPU also switches from program to program, running each for tens or hundreds of milliseconds. While, strictly speaking, at any instant of time, the CPU is running only one program, in the course of 1 second, it may work on several programs, thus giving the users the illusion of parallelism. Sometimes people speak of **pseudoparallelism** to mean this rapid switching back and forth of the CPU between programs, to contrast it with the true hardware parallelism of the CPU computing while one or more I/O devices are running. Keeping track of multiple, parallel activities is hard to do. Therefore, operating system designers over the years have evolved a model that makes parallelism easier to deal with. That model is the subject of this chapter.

27

### 2.1.1. The Process Model

In this model, all the runnable software on the computer, often including the operating system, is organized into a number of **sequential processes**, or just **processes** for short. A process is just an executing program, including the current values of the program counter, registers, and variables. Conceptually, each process has its own virtual CPU. In reality, of course, the real CPU switches back and forth from process to process, but to understand the system, it is much easier to think about a collection of processes running in (pseudo) parallel, than to try to keep track of how the CPU switches from program to program. This rapid switching back and forth is called **multiprogramming**, as we saw in the previous chapter. In Fig. 2-1(a) we see a computer multiprogramming four programs in memory.

In Fig. 2-1(b) we see how this is abstracted into four processes, each with its own flow of control (i.e., its own program counter), and each one running independent of the other ones. In Fig. 2-1(c) we see that viewed over a long enough time interval, all the processes have made progress, but at any given instant only one process is actually running.



Fig. 2-1. (a) Multiprogramming of four programs. (b) Conceptual model of four independent, sequential processes. (c) Only one program is active at any instant.

With the CPU switching back and forth among the processes, the rate at which a process performs its computation will not be uniform, and probably not even reproducible if the same processes are run again. Thus, processes must not be programmed with built-in assumptions about timing. Consider, for example, an I/O process that starts a magnetic tape in motion, executes an idle loop 1000 times to let the tape get up to speed, and then issues a command to read the first record. If the CPU decides to switch to another process during the idle loop, the tape process might not run again until after the first record was already past the read head. When a process has critical real-time requirements like this, that is, certain events absolutely must occur within a specified number of milliseconds, special measures must be taken to ensure that they do occur. Normally, however, most processes are not affected by the underlying multiprogramming of the CPU or the relative speeds of different processes.

The difference between a process and a program is subtle, but crucial. An

analogy may help make this point clearer. Consider a culinary-minded computer scientist who is baking a birthday cake for his daughter. He has a birthday cake recipe and a kitchen well-stocked with the necessary input: flour, eggs, sugar, extract of vanilla and so on. In this analogy, the recipe is the program (i.e., an algorithm expressed in some suitable notation), the computer scientist is the processor (CPU), and the cake ingredients are the input data. The process is the activity consisting of our baker reading the recipe, fetching the ingredients, and baking the cake.

Now imagine that the computer scientist's son comes running in crying, saying that he has been stung by a bee. The computer scientist records where he was in the recipe (the state of the current process is saved), gets out a first aid book, and begins following the directions in it. Here we see the processor being switched from one process (baking) to a higher priority process (administering medical care), each having a different program (recipe vs. first aid book). When the bee sting has been taken care of, the computer scientist goes back to his cake, continuing at the point where he left off.

The key idea here is that a process is an activity of some kind. It has a program, input, output, and a state. A single processor may be shared among several processes, with some scheduling algorithm being used to determine when to stop work on one process and service a different one.

### Process Hierarchies

Operating systems that support the process concept must provide some way to create all the processes needed. In very simple systems, or in systems designed for running only a single application, it may be possible to have all the processes that will ever be needed be present when the system comes up. In most systems, however, some way is needed to create and destroy processes as needed during operation.

In UNIX, processes are created by the FORK system call, which creates an identical copy of the calling process. After the FORK call, the parent continues running, in parallel with the child. The parent can then fork off more children, so at any instant it may have several executing children. The children can also execute FORK, so it is possible to get a whole tree of processes, arbitrarily deep.

In MS-DOS a system call exists to load a specified binary file into memory and execute it as a child process. In contrast to UNIX, in MS-DOS this call suspends the parent until the child has finished execution, so the parent and child do not run in parallel.

### Process States

Although each process is an independent entity, with its own program counter and internal state, processes often need to interact with other processes. One process may generate some output that another process uses as input. In the shell command

```
cat chapter1 chapter2 chapter3 | grep tree
```

the first process, running *cat*, concatenates and outputs three files. The second