# EXHIBIT K

IEEE Std 100-1996

# The IEEE Standard Dictionary of Electrical and Electronics Terms

## Sixth Edition

**Standards Coordinating Committee 10, Terms and Definitions**
**Jane Radatz, Chair**

This standard is one of a number of information technology dictionaries being developed by standards organizations accredited by the American National Standards Institute. This dictionary was developed under the sponsorship of voluntary standards organizations, using a consensus-based process.

ISBN 1-55937-833-6



APLNDC630-C00000003

**concentric resonator (laser maser)** A beam resonator comprising a pair of spherical mirrors having the same axis of rotational symmetry and positioned so that their centers of curvature coincide on this axis.    (LEO)  586-1980w

**concentric winding (rotating machinery)** A winding in which the two coil sides of each coil of a phase belt, or of a pole of a field winding, are symmetrically located so as to be equidistant from a common axis. *See also:* asynchronous machine.
(PE) [9]

**concentric windings (power and distribution transformers)** (of a transformer) An arrangement of transformer windings where the primary and secondary windings, and the tertiary winding, if any, are located in radial progression about a common core.    (PE)  C57.12.80-1978r

**concept phase (software)** The period of time in the software development cycle during which the user needs are described and evaluated through documentation (for example, statement of needs, advance planning report, project initiation memo, feasibility studies, system definition, documentation, regulations, procedures, or policies relevant to the project).
(C/SE)  1012-1986r, 610.12-1990, 982.1-1988, 982.2-1988

**conceptual data definition language** A data definition language used to describe the format layout and contents of all data stored in a database, the result of which is a conceptual schema. *Note:* May also include authorization levels and validation procedures.    (C)  610.5-1990

**conceptual design** The process of developing a conceptual schema for a database.    (C)  610.5-1990

**conceptual model** *See:* conceptual schema.

**conceptual record** A record within a conceptual view.
(C)  610.5-1990

**conceptual schema (A)** A description of the format and layout of the entire data contents of a database. *Note:* The schema is written using a conceptual data definition language. It may include authorization levels and validation procedures. **(B)** The comprehensive, logical description of the information environment in which an enterprise exists, free of both the physical structure and application systems considerations. *Synonyms:* conceptual model; enterprise view. *Contrast:* external view; internal schema.    (C)  610.5-1990

**conceptual view** The format and layout of the entire data content of a database, as described in a conceptual schema. *Note:* There may be many external views of a database, but only one conceptual view.    (C)  610.5-1990

**concrete** A class, instances of which are permitted either by direct instantiation or the instantiation of its concrete subclasses.    (C/PA)  1224.1-1993

**concrete class (1)** An OM class of which instances are permitted.
(C/PA)  1224.2-1993, 1326.2-1993, 1327.2-1993, 1328.2-1993

**(2)** A class, instances of which are permitted either by direct instantiation or the instantiation of its concrete subclasses.
(C/PA)  1224-1993, 1238.1-1994, 1327-1993, 1328-1993

**concrete model** A model in which at least one component represented is a tangible object; for example, a physical replica of a building.    (C)  610.3-1989

**concrete pole structures** Structures consisting of one or more concrete poles. Other members of the structure may be reinforced concrete or other materials (i.e., wood, steel, aluminum). These structures are prefabricated, as opposed to being cast-in-place. Concrete pole structures may be manufactured in a variety of ways. A few examples are: Hollow or solid members; Different cross-sectional shape (i.e., round or square); Spun or statically cast (see figure below); Pretensioned, posttensioned, or nontensioned reinforcing steele); and Single-piece or multipiece poles. Combination of the above may be used to achieve the desired results (see figure below).    (PE/T&D)  1025-1993

**concrete quantity** *See:* physical quantity.

**concrete-tight fitting (for conduit)** A fitting so constructed that embedment in freshly mixed concrete will not result in the entrance of cement into the fitting.    (EEC) [113]

**concurrency** The process of multiple users accessing and manipulating a data item simultaneously, with the data-base management system linking the transaction of each user so that the access appears to be sequential.    (PE)  1150-1991

**concurrent (software)** Pertaining to the occurrence of two or more activities within the same interval of time, achieved either by interleaving the activities or by simultaneous execu-



STATIC CAST CONCRETE POLE          SPUN CAST CONCRETE POLE

various concrete pole sections

**of the entire data con-**
ceptual schema. *Note:*
f a database, but only
(C)   610.5-1990
e permitted either by
n of its concrete sub-
(C/PA)   1224.1-1993
ich instances are per-

2-1993, 1327.2-1993,
1328.2-1993
nitted either by direct
concrete subclasses.
327-1993, 1328-1993
t one component rep-
le, a physical replica
(C)   610.3-1989
isting of one data
tructure may be rein-
, wood, steel, alumi-
, as opposed to being
t may be manufactured
are: Hollow or solid
ape (i.e., round or
gure below); Preten-
reinforcing steele);
Combination of the
ed results (see figure
/T&D)   1025-1993

g so constructed that
ill not result in the
(EEC)   [113]
s accessing and ma-
with the data-base
tion of each user so
(PE)   1150-1991
ccurrence of two or
f time, achieved ei-
imultaneous execu-

**POLE**

↑

WALL
THICKNESS

PRESTRESSING
STRAND

tion. *Synonym:* parallel. *Contrast:* simultaneous.
(C)   610.12-1990

**concurrent bus operation** In dual bus systems, "concurrent bus operation capable" describes buses capable of conducting simultaneous unrelated bus transactions. "Non-concurrent bus operation capable" describes buses capable of conducting a transaction on only one bus at a time.
(BA/C)   14536-1995

**concurrent execution** Functions that suspend the execution of the calling thread shall not cause the execution of other threads to be indefinitely suspended.
(C/PA)   9945-1-1996

**concurrent processes (software)** Processes that may execute in parallel on multiple processors or asynchronously on a single processor. Concurrent processes may interact with each other, and one process may suspend execution pending receipt of information from another process or the occurence of an external event. *See also:* execution; sequential processes.
(C/SE)   729-1983s

**concurrent reorganization (data management)** Database reorganization in which users have access to the reorganized portion of the database while one or more reorganization processes are modifying other portions of the database.
(C)   610.5-1990

**condensed-mercury temperature (mercury-vapor tube)** The temperature measured on the outside of the tube envelope in the region where the mercury is condensing in a glass tube or at a designated point on a metal tube. *See also:* gas tube.
(ED)   [45]

**condenser** *See:* capacitor; fuse condenser.

**condenser antenna** *See:* capacitor antenna.

**condenser box** *See:* subdivided capacitor.

**condenser bushing** *See:* capacitor bushing.

**condenser loudspeaker** *See:* electrostatic loudspeaker.

**condenser microphone** *See:* electrostatic microphone.

**condition (1) (modeling and simulation)** The values assumed at a given instant by the variables in a system, model, or simulation. *See also:* boundary condition; final condition; initial condition; state.
(C)   610.3-1989
**(2) (data management)** *See also:* atomic condition; item condition; record condition.
(C)   610.5-1990
**(3)** *See also:* initial condition.
(C)

**condition adverse to quality** An all-inclusive term used in reference to any of the following: failures, malfunctions, deficiencies, defective items and non-conformances. A significant condition adverse to quality is one which, if uncorrected, could have a serious effect on safety, quality, or operability.
(NI/PE)   [124], N42.23-1995

**conditional branch*** *See:* conditional jump.
* Deprecated.

**conditional branch instruction** A branch instruction that specifies conditions and, if those conditions are met, changes the program flow to a new location. *See also:* branch instruction; conditional jump instruction.
(C)   610.10-1994

**condition code register** A flag register used to hold the status bits used to decide conditional branches. *Note:* These bits generally include: zero, negative, and overflow.
(C)   610.10-1994

**conditional control structure** A programming control structure that allows alternative flow of control in a program depending upon the fulfillment of specified conditions, for example, case, if. . .then. . .else. . .. *See also:* case; control structure; flow of control; program.
(C/SE)   729-1983s

**conditional control transfer instruction** *See:* conditional jump instruction.

**conditional event** A sequentially dependent event that will occur only if some other event has already taken place. *See also:* time-dependent event.
(C)   610.3-1989

**conditional feature** A feature or behavior referred to in a POSIX standard that need not be present on all conforming implementations.
(C/PA)   13210-1994, 2003.1-1992

**conditional implication** *See:* implication.

**conditional jump (1)** To cause, or an instruction that causes, the proper one of two (or more) addresses to be used in obtaining the next instruction, depending upon some property of one or more numerical expressions or other conditions. *Synonym:* branch. *See also:* jump.
(C)   162-1963w
**(2) (software)** A jump that takes place only when specified conditions are met. *Contrast:* unconditional jump.
(C)   610.12-1990

**conditional jump instruction** A jump instruction that specifies conditions and, if those conditions are met, changes program flow to a new location. *Contrast:* unconditional jump instruction. *See also:* conditional branch instruction.
(C)   610.10-1994

**conditional transfer instruction** *See:* conditional jump instruction.

**condition code** *See:* status code.

**conditioning (1)** The addition of equipment to or selection of communication facilities to provide the performance characteristics required for certain types of data transmission.
(COM/LM)   168-1956w
**(2) (replacement parts for Class 1E equipment in nuclear power generating stations)** Any additional work or process imposed upon a part that makes it different from nominally similar parts. *Note:* Conditioning may include calibration, adjustment, tuning, selection testing, "burn-in," heat treatment, machining, and similar processes. For example, if several parts are selected to test one that displays a special characteristic, the selected part is conditioned because it then displays a characteristic that makes it unique from parts with the same nominal description.
(PE)   934-1987r
**(3)** In telecommunication, a means to improve the performance of a line by reducing distortion and amplifying weak signals. For example, in telecommunication, line conditioning will bring attenuation, impedance, and delay characteristics to within set limits. *Synonym:* line conditioning. *See also:* C conditioning; D conditioning.
(C)   610.7-1995

**conditioning stimulus (medical electronics)** A stimulus of given configuration applied to a tissue before a test stimulus.
(EMB)   [47]

**condition variable (1)** A synchronization object that allows a thread to suspend execution, repeatedly, until some associated predicate becomes true. A thread whose execution is suspended on a condition variable is said to be *blocked on the* condition variable.
(C/PA)   9945-1-1996
**(2)** A synchronization object which allows a task to become blocked, until it is unblocked by some event. The unblocking may occur spontaneously, or as a result of a timeout or another task performing a "signal" operation on the condition variable. In use, condition variables are always associated with mutexes.
(C/PA)   1003.5b-1995

**conductance (A)** That physical property of an element, device, branch, network or system, that is the factor by which the mean square voltage must be multiplied to give the corresponding power lost by dissipation as heat or as other permanent radiation or loss of electromagnetic energy from the circuit. **(B)** The real part of admittance. *Note:* (A) and (B) are not equivalent but are supplementary. In any case where confusion may arise, specify the definition being used.
(IM)   [40]

**conductance, electrode** *See:* electrode conductance.

**conductance for rectification (electron tube)** The quotient of (A) the electrode alternating current of low frequency by (B) the in-phase component of the electrode alternating voltage of low frequency, a high frequency sinusoidal voltage being applied to the same or another electrode and all other electrode voltages being maintained constant. *See also:* rectification factor.
(ED)   [45]

**conductance relay** A mho relay for which the center of the operating characteristic on the *R-X* diagram is on the *R*-axis. *Note:* The equation that describes such a characteristic is

$$Z - K \cos\theta$$