

# EXHIBIT L




m-w.com

Quizzes & Games | Word of the Day | Video | New Words | My Favorites

substitute



Quiz

**Test Your Vocabulary**
Take Our 10-Question Quiz

# substitute

Save ⭐   Popularity

5 ENTRIES FOUND:

| substitute |
| substitute broker |
| substitute fiber |

¹sub·sti·tute      *noun*   \ˈsab-stə-ˌtüt, -ˌtyüt\

### Definition of SUBSTITUTE

Like

: a person or thing that takes the place or function of another

— substitute *adjective*

🔲 See **substitute** defined for English-language learners »
   See **substitute** defined for kids »

### Examples of SUBSTITUTE

<you'll be getting a substitute until your regular teacher is feeling better>

<if you like, you can use nuts as a substitute for coconut in that recipe>

### Origin of SUBSTITUTE

Middle English, from Anglo-French substitut, from Latin substitutus, past participle of substituere to put in place of,

from sub- + statuere to set up, place — more at STATUTE

First Known Use: 15th century

### Related to SUBSTITUTE

Synonyms: backup, cover, designated hitter, fill-in, locum tenens, pinch hitter, relief, replacement, reserve, stand-in, sub

[+] more

### Rhymes with SUBSTITUTE

absolute, Aleut, arrowroot, Asyût, attribute, autoroute, bandicoot, bathing suit, birthday suit, bitterroot, bodysuit, boilersuit, bumbers...

[+] more

²substitute      *verb*

---

MORE QUIZZES


**Name That Thing**
Take our visual vocab quiz
**Test Your Knowledge »**


**Spell It**
The commonly misspelled words quiz
**Hear It, Spell It »**


**True or False?**
A quick quiz about stuff worth knowing
**Take It Now »**


**Ten More Ways to Improve a Conversation**
Simple But Intelligent Word Choices, Vol. 2


**Our Most Popular Tweets About Words**
The Origin of "Nerd" & More

STAY CONNECTED


**Get Our Free Apps**
Voice Search, Favorites, Word of the Day, and More
**iPhone** | **iPad** | **Android** | **More**

 
**Join Us on FB & Twitter**
Get the Word of the Day and More
**Facebook** | **Twitter**

**APLNDC630-C00000009**

substitut·ed    substitut·ing

Definition of SUBSTITUTE

transitive verb

1   a : to put or use in the place of another

    b : to introduce (an atom or group) as a substituent; also :
    to alter (as a compound) by introduction of a substituent <a
    substituted benzene ring>

2   : to take the place of : REPLACE

intransitive verb

    : to serve as a substitute

    See substitute defined for English-language learners »

Examples of SUBSTITUTE

    One of our teachers is sick, so we need someone to
    substitute.

    They substituted real candles with electric ones.

First Known Use of SUBSTITUTE

    circa 1594

Related to SUBSTITUTE

    Synonyms: commute, exchange, shift, change, swap,
    switch, trade

    [+] more

Learn More About SUBSTITUTE

    Thesaurus: All synonyms and antonyms for "substitute"
    Spanish-English Dictionary: Translation of "substitute"

Browse

    Next Word in the Dictionary: substitute broker
    Previous Word in the Dictionary: substitutable
    All Words Near: substitute

❝ Seen & Heard ❞

What made you want to look up substitute? Please tell us where
you read or heard it (including the quote, if possible).

| 6 comments | Add a comment |
|---|---|



Yadagiri Surenderrao · Gandhi Medical College, Hyderabad
I want an equivalent word for this.
Reply · Like · Follow Post · February 4 at 6:44pm



Janine Aubrey Baguio · BSA Student at Saint Columban College
♥♥♥
Reply · Like · Follow Post · September 29, 2011 at 6:43am



Allan Brown
I wanted to see if there was information on the phrase "to be
substituted for". For example, "The pineapple can be substituted for
peaches" was used in a recipe to mean peaches can replace the
pineapple that was called for. In which case, I would have expected it
to be phrased as "Peaches can be substituted for the pineapple".
Reply · Like · Follow Post · August 16, 2011 at 7:10am

APLNDC630-C00000010