QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

STEPTOE & JOHNSON, LLP
John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S PARTIAL OPPOSITION TO APPLE INC.'S NOVEMBER 23, 2012 MOTION FOR LEAVE TO AMEND ITS DISCLOSURE OF ASSERTED CLAIMS & INFRINGEMENT CONTENTIONS**<br><br>Date:  January 8, 2012<br>Time:  10:00 a.m.<br>Place: Courtroom 5<br>Judge: Honorable Paul S. Grewal |

## I.    INTRODUCTION

In its November 23 Motion for Leave to Amend its Disclosure of Asserted Claims & Infringement Contentions, Apple seeks to test the limits the Court set for amending contentions. Rather than serving all of its amended contentions by November 23, as required by the Court, Apple served only a portion of its new contentions on that day and waited until November 30, an additional week, to serve ten additional claim charts. Nevertheless, Samsung has sought to compromise with Apple and to alleviate any additional burden on the Court by reaching a global resolution with respect to amendment of the parties' infringement contentions. Samsung only asked that it be allowed to amend its contentions with two additional claim charts that it informed Apple it would be serving on December 3 and that it served on December 17. However, Apple has rebuffed Samsung's multiple efforts to reach a global resolution, even hours before this filing.

Apple's motion seeks leave to add six additional Samsung products. Samsung does not oppose Apple's request to amend contentions where it has complied with the Court's directive. However, to the extent Apple did not comply with the Court's directive, as it failed to do with a significant portion of its latest infringement contentions, Samsung opposes Apple's motion. Specifically, Samsung does not oppose Apple's motion to the extent that it seeks leave to include claim charts for (1) the Galaxy S III running the Jelly Bean version of Android and the (2) the Galaxy Note II. These charts were served within the time limits set by the Court. However, Apple also seeks leave to add (1) the Galaxy Tab 8.9 Wifi running the Ice Cream Sandwich version of Android, (2) the Galaxy Tab 2 10.1 running the Ice Cream Sandwich version of Android, and (3) the Rugby Pro, for which Apple did not serve its claim charts for those products until November 30, after the November 23 date identified by the Court.

Samsung also opposes Apple's motion to the extent it includes the Galaxy S III Mini. This product has not been released in the United States by Samsung and is not subject to the United States Patent laws. Apple concedes as much in its recent filing. *See* Dkt. 306 at 2. Samsung understands that Apple has agreed to withdraw its request to amend its contentions to include the Galaxy S III Mini. If Apple does not withdraw the portion of its motion concerning the Galaxy S III Mini, Samsung opposes that portion of Apple's motion. Finally, Samsung does not oppose

1    Apple's request for leave to "make minor corrective edits to the cover document for the

2    Infringement Contentions."  Dkt. 306 at 1.

3    **II.     FACTS**

4         Apple commenced this action on February 8, 2012.  Dkt. 1.  In its original Complaint,

5    Apple named 17 Samsung products, including 13 smartphones, two media players, and two

6    tablets.  *Id.* at ¶ 16.  On May 2, 2012, the Court set a June 15, 2012 deadline for service of Patent

7    Local Rule 3-1 infringement contentions.  Dkt. 160.  Apple served its infringement contentions on

8    June 15, 2012.

9         On October 1, 2012, Samsung filed a Motion for Leave to Supplement its Infringement

10   Contentions to add the then newly-released iPhone 5.  Dkt. 267.  On October 5, 2012, Apple filed

11   a Motion for Leave to Amend its Disclosure of Asserted Claims and Infringement Contentions

12   seeking leave to add, *inter alia*, products and operating systems released after Apple's original

13   contentions.  Dkt. 269.  The Court heard argument on those motions on November 6, 2012.

14   During oral argument, Samsung's counsel informed the Court that Samsung was reviewing and

15   evaluating additional newly released Apple products.   Declaration of Todd Briggs ("Briggs

16   Decl.") Ex. A at 15:16-25.  In contrast, Apple's counsel informed the Court that Apple did not

17   think any additional products should be added after that November 6, 2012 hearing.  Specifically,

18   during the hearing Apple's counsel stated:

19        MR. LO:  [I]n fact, barring further guidance from this court, ***our view would be now that
          the claim construction is underway, we don't think it would be appropriate to continue to***
20        ***add additional products as well.***

21   Briggs Decl. Ex. A at 6:2-5.

22        On November 15, 2012, the Court issued an Order granting both parties' motions to amend

23   in their entirety.  Dkt. 302.  In that Order, the Court stated: "Given the early stage of this litigation

24   and the reasoning of this order, the court notes that Apple should think twice before opposing

25   similar amendments reflecting other newly-released products — e.g. the iPad 4 and iPad mini —

26   that Samsung may propose in the near future. Any amended contentions shall be served no later

27

28

than November 23, 2012." Dkt. 302 at 12.  In its Motion, Apple interpreted the Court's statement as follows:

> On November 15, 2012, this Court ordered that amended infringement contentions shall be served no later than November 23, 2012. (Order at 12.) This Court also contemplated that amendments reflecting other newly-released products might be allowed, noting that this litigation is in an early stage. (*See id.*)

Dkt. 306 at 3.

On November 21, 2012, Samsung filed a motion for leave to amend its infringement contentions to allege infringement against the newly-released fifth generation iPod Touch, fourth generation iPad and iPad Mini products and to correct certain typographical errors.  Dkt. 304.

On November 23, 2012, Apple filed its motion for leave to amend its infringement contentions to allege infringement against (1) the Galaxy S III running the Jelly Bean version of Android, (2) the Galaxy Note II, (3) the Galaxy Tab 8.9 Wifi running the Ice Cream Sandwich version of Android, (4) the Galaxy Tab 2 10.1 running the Ice Cream Sandwich version of Android, (5) the Rugby Pro, and (6) the Galaxy S III Mini.  Dkt. 306.  At that time, Apple had served claim charts for only (1) the Galaxy S III running the Jelly Bean version of Android, and (2) the Galaxy Note II.  Apple's motion states that, Apple was "in the process of conducting its investigation of the Galaxy Tab 8.9 Wifi, the Rugby Pro, as well as the Galaxy Tab 2 10.1 running on Ice Cream Sandwich" when it filed the motion.  Dkt. 306 at 2.  Apple served ten new claim charts setting forth its contentions concerning those three devices on November 30, 2012.   Briggs Decl. Ex B at 2.

With respect to the Galaxy S III Mini, Apple conceded in its Motion that Samsung "has yet to officially release" the Galaxy S III Mini in the United States.  Dkt. 306 at 2.  Apple's only basis for its assertion that the Galaxy S III Mini is "now offered for sale in the United States" was an article entitled "Unlocked Samsung Galaxy S III Mini on Sale at Amazon."  Dkt. 307-3 at 4.  A cursory review of the Amazon website reveals that a very limited number of Galaxy S III minis are being sold through Amazon without warranties.  Briggs Decl. Ex C.

1    In addition, Apple did not provide any claim charts specific to the Galaxy S III Mini.

2 Instead, Apple attempts to fold the Galaxy S III Mini into its allegations concerning the S III

3 product, noting in a footnote that "[a]ll references herein to the Samsung Galaxy S III include the

4 Samsung Galaxy S III Mini, which, *on information and belief*, operates for relevant purposes like

5 the Samsung Galaxy S III running Android Jelly Bean and which will be officially released in the

6 U.S. in the near future and which has recently begun to be sold in the U.S." Dkt. 306-2 at 5 of

7 494, n. 1 (emphasis added).[1]  It is apparent from Apple's assertions made on "information and

8 belief" and Apple's failure to represent that it has obtained a Galaxy S III Mini that Apple did not

9 even analyze the Galaxy S III Mini before trying to sweep it into its infringement contentions.

10    On December 3, 2012, Samsung proposed a compromise in an effort to resolve the issues

11 raised by both parties' pending requests to amend infringement contentions, consistent with the

12 Court's statement that "Apple should think twice before opposing similar amendments reflecting

13 other newly-released products – e.g. the iPad 4 and iPad mini – that Samsung may propose in the

14 near future" (Dkt. 302 at 12).  *See* Briggs Decl. Ex. D.  Samsung's compromise proposal included

15 that Samsung would not oppose Apple's motion to the extent it sought to add contentions

16 concerning (1) the Galaxy S III running the Jelly Bean version of Android, (2) the Galaxy Note II,

17 (3) the Galaxy Tab 8.9 Wifi running the Ice Cream Sandwich version of Android, (4) the Galaxy

18 Tab 2 10.1 running the Ice Cream Sandwich version of Android, and (5) the Rugby Pro if Apple

19 would (1) withdraw its attempt to add the Galaxy S III Mini; (2) not oppose Samsung's then-

20 pending motion (Dkt. 304) to amend its infringement contentions; and (3) not oppose Samsung's

21 proposed motion to amend its contentions to add two additional claim charts concerning

22 infringement of Samsung's Patent Nos. 5,579,239 and 7,577,757 by newly released versions of

23 certain Mac computer products.[2]  Briggs Decl. Ex. D.  The parties met and conferred about the

24

25    [1]  The same footnote appears in Apple's claim charts concerning the Galaxy S III.  *See, e.g.,*

26 306-2 at 10 of 494, n. 1.
     [2]  On December 17, 2012, Samsung served Apple with its proposed new claim charts

27 concerning the '239 and '757 patents.  Briggs Decl. Ex. E.  The new charts for the '239 and '757
   patents set forth in detail Samsung's infringement contentions concerning the newly released

28    (footnote continued)

1    proposed amended contentions and sought two extensions of the deadline to oppose the pending

2    motions to amend to continue those discussions.  Dkts. 318, 325.  As of December 19, the parties

3    had not reached complete agreement, and Apple filed a response to Samsung's motion stating that

4    Apple "does not oppose Samsung's Motion for leave on the assumption that Samsung will

5    likewise not oppose Apple's pending motion to amend its infringement contentions . . . ."  Dkt.

6    330 at 2.  Apple's response does not address the fact that the Galaxy S III Mini has not been

7    released in the United States.  Nor does it address Samsung's request to Apple concerning

8    Samsung's '239 and '757 patents.  *See id.*

9           Samsung has continued to make efforts to resolve all of the parties' disputes with

10   respect to infringement contentions to the present day, but Apple has rebuffed Samsung's efforts,

11   claiming it need more time to review Samsung's recent claim charts.  Briggs Decl. Ex. G.  On

12   December 21, the date of the present filing, Samsung again sought full resolution of the issues

13   before the Court, or else a further extension of time within which to reach agreement with Apple.

14   Apple once again rejected Samsung's efforts, leaving Samsung with no choice but to file the

15   present opposition.  Briggs. Decl. Ex. G.

16   **III.    ARGUMENT**

17          **A.    Apple's Motion Should Be Denied With Respect To The Galaxy S III Mini**

18          Apple's request to add contentions concerning the Galaxy S III Mini should be denied.

19   Apple concedes the Galaxy S III Mini has not been released in the United States.  *See* Dkt. 306 at

20   3-4.  During negotiations over the parties' infringement contentions, Apple agreed it would

21   withdraw its infringement allegations with respect to the Galaxy S III Mini so long as Samsung

22   did not mention such withdrawal if Apple later seeks leave to add the Galaxy S III Mini to this

23   case.  Briggs Decl. Ex. F.  Moreover, because Apple has failed to adduce any evidence that

24   Samsung is making, using, selling, offering to sell or importing the Galaxy SIII Mini in the United

25

26

27   versions certain Apple products that had already been accused of infringing these patents, the
     MacBook Pro, Mac Mini and iMac.  The new charts do not present any new theories of
     infringement.

28

-5-              Case No. 12-CV-00630-LHK (PSG)

1    States—which it is not—there is no basis to allege infringement of that product.  *See* 35 U.S.C. §

2    271.  Consequently, any attempt to add the Galaxy S III Mini to this case should be denied.

3         **B.**    **Apple's Motion Should Be Denied With To The Claim Charts It Served After**

4              **November 23, 2012**

5         In the November 15, 2012 Order on the parties' first set of motions to amend their

6    infringement contentions, this Court instructed that "[g]iven the early stage of this litigation and

7    the reasoning of this order, the court notes that Apple should think twice before opposing similar

8    amendments reflecting other newly-released products — e.g. the iPad 4 and iPad mini — that

9    Samsung may propose in the near future" and ordered that "[a]ny amended contentions shall be

10   served no later than November 23, 2012."  Dkt. 302 at 12.  In its Motion, Apple interpreted the

11   Court's statements to contemplate "that amendments reflecting other newly-released products

12   might be allowed."  Dkt. 306 at 3.  Apple thus delayed service of its amended contentions until

13   November 30.  If the Court intended that any proposed new infringement contentions be served by

14   November 23, Apple's contentions are untimely and leave to amend as to the Galaxy Tab 8.9

15   Wifi, Rugby Pro, and Galaxy Tab 2 10.1 running on Ice Cream Sandwich should be denied.

16        If Apple's interpretation of the Court's Order is correct, and if Apple is allowed to amend

17   its contentions to add allegations concerning the Galaxy Tab 8.9 Wifi, the Rugby Pro, and the

18   Galaxy Tab 2 10.1 running on Ice Cream Sandwich, Samsung respectfully requests that the Court

19   grant Samsung's request to serve two additional claim charts.[3]

20        **C.**    **Proposed Amendments that Samsung Does Not Oppose**

21        As noted above, Samsung is only conditionally opposing certain of Apple's proposed

22   amendments and is not opposing certain other proposed amendments.  In particular, Samsung does

23   not oppose Apple's motion to the extent that it seeks to add contentions concerning the Galaxy S

24

25        [3]  Specifically, as discussed above, Samsung seeks to add contentions relating to the

26   infringement of Samsung's '239 and '757 patents by newer versions of Apple's Mac computers.
     Apple contends that it is still reviewing these charts.  If Apple refuses to allow amendment with

27   these charts, Samsung intends to file a motion for leave to amend its contentions to include these
     charts.

28

02198.51981/5108000.3

-6-                                     Case No. 12-CV-00630-LHK (PSG)

SAMSUNG'S OPP. TO APPLE'S NOV. 23 MOT. FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

1    III running the Jelly Bean version of Android and the Galaxy Note II, for which Apple served

2    claim charts on November 21, 2012.  Samsung also does not oppose Apple's motion to the extent

3    that Apple seeks leave to "make minor corrective edits to the cover document for the Infringement

4    Contentions."

5    **IV.    CONCLUSION**

6          For the foregoing reasons, Samsung respectfully requests that the deny Apple's motion to

7    the extent Apple it include the Galaxy S III Mini and to the extent it include any claim charts

8    served after November 23.

9

10   DATED: December 21, 2012              QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
11

12

13                                        By */s/ Victoria F. Maroulis*
                                             Charles K. Verhoeven
14                                           Kevin P.B. Johnson
                                             Victoria F. Maroulis
15                                           William C. Price
                                             Michael L. Fazio
16
                                             John Caracappa (*pro hac vice*)
17                                           STEPTOE & JOHNSON, LLP
                                             1330 Connecticut Avenue, NW
18                                           Washington, D.C. 20036
                                             Telephone: (202) 429-6267
19                                           Facsimile: (202) 429-3902
20
                                             Attorneys for
21                                           SAMSUNG ELECTRONICS CO., LTD.,
                                             SAMSUNG ELECTRONICS AMERICA, INC.,
22                                           and SAMSUNG TELECOMMUNICATIONS
                                             AMERICA, LLC
23

24

25

26

27

28