QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF TODD M. BRIGGS IN SUPPORT OF SAMSUNG'S PARTIAL OPPOSITION TO APPLE INC.'S NOVEMBER 23, 2012 MOTION FOR LEAVE TO AMEND ITS DISCLOSURE OF ASSERTED CLAIMS & INFRINGEMENT CONTENTIONS**<br><br>Date:    January 8, 2012<br>Time:   10:00 a.m.<br>Place:   Courtroom 5<br>Judge:  Honorable Paul S. Grewal |

<u>DECLARATION OF TODD M. BRIGGS</u>

I, Todd M. Briggs, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit A are true and correct excerpts from the transcript of the November 6, 2012 hearing before the Honorable Paul S. Grewal in this matter.

3. Attached hereto as Exhibit B is a true and correct copy of Apple Inc.'s Third Amended Disclosure of Asserted Claims & Infringement Contentions, without exhibits.

4. Attached hereto as Exhibit C is a true and correct copy of a letter dated December 3, 2012 to Brian M. Buroker.

5. Attached hereto as Exhibit D is a true and correct copy of an e-mail message dated December 17, 2012 from Todd Briggs to Mark Selwyn, without attachments.  This e-mail attached Samsung's amended infringement contentions as to U.S. Patent Nos. 5,579,239 and 7,577,757.

6. Attached hereto as Exhibit E is a true and correct copy of an e-mail message dated December 18, 2012 to Brian M. Buroker and Peter Kolovos with an attached e-mail of December 15, 2012 from Brian M. Buroker.

7. Attached hereto as Exhibit F is a true and correct copy of an email string relating to Samsung's efforts to resolve the parties' pending motions for leave to amend their infringement contentions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1   Executed on December 21, 2012, at Redwood Shores, California.

2   By /s/ *Todd Briggs*

3   Todd Briggs

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Todd Briggs has concurred in this filing.

*/s/   Victoria Maroulis*
Victoria Maroulis