# EXHIBIT A

```
 1                  UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF CALIFORNIA
                       SAN JOSE DIVISION
 3

 4       APPLE, INC.,

 5              PLAINTIFF,            CASE NO.
                                     CV-12-0630-LHK-PSG
 6          VS.
                                     SAN JOSE, CALIFORNIA
 7       SAMSUNG ELECTRONICS COMPANY
         LIMITED, ET AL.,            NOVEMBER 6, 2012
 8
                 DEFENDANTS.
 9

10
                    TRANSCRIPT OF PROCEEDINGS
11             BEFORE THE HONORABLE PAUL S. GREWAL
              UNITED STATES DISTRICT MAGISTRATE JUDGE
12

13                   A-P-P-E-A-R-A-N-C-E-S

14

15       FOR THE PLAINTIFF:    GIBSON, DUNN & CRUTCHER
                               BY:   JASON C. LO
16                             333 SOUTH GRAND AVENUE
                               LOS ANGELES, CALIFORNIA 90071
17
                               WILMER, CUTLER, PICKERING, HALE & DORR
                               BY:  MARK D. SELWYN
18                             950 PAGE MILL ROAD
                               PALO ALTO, CALIFORNIA 94304
19
         FOR THE DEFENDANTS:   QUINN, EMANUEL, URQUHART & SULLIVAN
20                             BY:   VICTORIA F. MAROULIS
                                     TODD M. BRIGGS
21                             555 TWIN DOLPHIN DRIVE, SUITE 560
                               REDWOOD SHORES, CALIFORNIA 94065
22

23       OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, CRR
                                    CERTIFICATE NUMBER 8074
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
         TRANSCRIPT PRODUCED WITH COMPUTER.
```

12:17PM  1    "SWAPPED OUT," ARE YOU LOOKING TO KEEP THE UK VERSION IN THIS

12:17PM  2    CASE OR IS EVERYBODY IN AGREEMENT THAT WHAT WE'RE TALKING ABOUT

12:17PM  3    HERE IS THE U.S. VERSION RELEASED IN JUNE?

12:17PM  4         MR. LO:  THE U.S. VERSION THAT WAS RELEASED, YES.

12:17PM  5         THE COURT:  SO IT WAS ORIGINALLY DISCLOSED, YOU WERE

12:17PM  6    USING VISUALS OF THE UK PHONE EVEN THOUGH YOU WERE ACTUALLY

12:17PM  7    ACCUSING THE U.S.?

12:17PM  8         MR. LO:  YOU'RE CORRECT, YOUR HONOR.

12:17PM  9         THE COURT:  IN ANY EVENT, IT APPEARS THAT THERE'S NO

12:17PM 10    DISAGREEMENT FROM SAMSUNG ON THAT, ALTHOUGH MS. MAROULIS OR HER

12:17PM 11    COLLEAGUE WILL CORRECT ME IF I'M WRONG.

12:17PM 12         SO LET'S TURN TO THE SO-CALLED "JELLY BEAN" PHONES.

12:18PM 13         MR. LO:  YES.

12:18PM 14         THE COURT:  AND I WAS A BIT CONFUSED AS TO WHETHER

12:18PM 15    OR NOT, AND PERHAPS SAMSUNG WAS AS WELL, APPLE IS LOOKING TO

12:18PM 16    ADD OR ACCUSE EVERY PHONE THAT USES THE JELLY BEAN OPERATING

12:18PM 17    SYSTEM THAT SAMSUNG USES OR JUST THE NEXUS, FOR EXAMPLE.

12:18PM 18         MR. LO:  APPLE IS SEEKING TO ADD AT THIS POINT ONLY

12:18PM 19    THE PHONES THAT ALREADY HAVE THE JELLY BEAN AVAILABLE TO IT AND

12:18PM 20    THAT'S SIMPLY ONE PHONE AND THAT'S THE GALAXY NEXUS AND THERE

12:18PM 21    ARE DIFFERENT VARIANTS OF THAT SAME PHONE FOR DIFFERENT

12:18PM 22    CARRIERS.

12:18PM 23         BUT, FOR EXAMPLE, THERE HAVE BEEN ANNOUNCEMENTS THAT JELLY

12:18PM 24    BEAN MAY BE RELEASED FOR THE GALAXY -- FOR THE SAMSUNG S3, AND

12:18PM 25    THAT'S NOT BEEN RELEASED YET, AND WE DO NOT CONTEND THAT THAT

| | | |
|---|---|---|
| 12:18PM | 1 | COMES AUTOMATICALLY AS PART OF THIS MOTION AND THAT'S NOT A |
| 12:18PM | 2 | REQUEST WE ARE SEEKING, AND, IN FACT, BARRING FURTHER GUIDANCE |
| 12:18PM | 3 | FROM THIS COURT, OUR VIEW WOULD BE NOW THAT THE CLAIM |
| 12:18PM | 4 | CONSTRUCTION IS UNDERWAY, WE DON'T THINK IT WOULD BE |
| 12:18PM | 5 | APPROPRIATE TO CONTINUE TO ADD ADDITIONAL PRODUCTS AS WELL. |
| 12:18PM | 6 | THE COURT:  JUST SO I'M CLEAR, MR. LO, IF YOU GOT, |
| 12:18PM | 7 | ON THIS POINT ANYWAY, EVERYTHING THAT YOU WANTED FROM ME TODAY, |
| 12:18PM | 8 | THE GALAXY NEXUS PHONE WOULD BE IN, BUT THERE WOULD BE NO OTHER |
| 12:19PM | 9 | PHONES ADDED AS A RESULT OF MY ORDER THAT CONTAIN THE JELLY |
| 12:19PM | 10 | BEAN OPERATING SYSTEM FOR THE SIMPLE FACT THAT THERE ARE NO |
| 12:19PM | 11 | OTHER SAMSUNG PHONES IN THE U.S. USING THAT? |
| 12:19PM | 12 | MR. LO:  THAT WOULD BE CORRECT, YES. |
| 12:19PM | 13 | THE COURT:  SO AS TO THE NEXT CATEGORY OF |
| 12:19PM | 14 | AMENDMENTS, AS I UNDERSTAND IT, WOULD BE THE PROPOSED |
| 12:19PM | 15 | AMENDMENTS WHERE YOU'RE LOOKING TO ADD LANGUAGE AND EXEMPLARY |
| 12:19PM | 16 | LANGUAGE AND I DON'T UNDERSTAND SAMSUNG TO BE OPPOSING THOSE |
| 12:19PM | 17 | AMENDMENTS BASED ON THEIR PAPERS ANYWAY. |
| 12:19PM | 18 | SO UNLESS SAMSUNG TELLS ME DIFFERENTLY, I THINK WE CAN |
| 12:19PM | 19 | MOVE ON.  AND I'LL GIVE YOU A CHANCE TO RESPOND IF THEY TELL ME |
| 12:19PM | 20 | DIFFERENTLY. |
| 12:19PM | 21 | MR. LO:  THANK YOU, YOUR HONOR. |
| 12:19PM | 22 | THE COURT:  THE THIRD CATEGORY CONCERNS WHAT I THINK |
| 12:19PM | 23 | APPLE SAID WAS MISTAKENLY OMITTED CHARTS AND CLAIMS AND SO |
| 12:19PM | 24 | FORTH AND HERE, AGAIN, THERE ARE CERTAIN CLAIMS AND CHARTS |
| 12:19PM | 25 | WHICH I DO NOT UNDERSTAND TO BE OPPOSED BY SAMSUNG, AND I'LL |

12:30PM  1      SO THOSE ARE THE BASIC ARGUMENTS AND RESPONSES TO THAT.

12:30PM  2      NOW, I DON'T KNOW IF YOUR HONOR IS GOING TO LET ME SPEAK

12:30PM  3  MORE TO OUR MOTION.

12:30PM  4      THE COURT:  YES, OF COURSE.  I DIDN'T MEAN TO

12:30PM  5  PRECLUDE YOU.

12:30PM  6      MS. MAROULIS:  DO YOU WANT ME TO HANDLE IT NOW?

12:30PM  7      THE COURT:  YES.

12:30PM  8      MS. MAROULIS:  OUR MOTION IS VERY SIMPLE.  IT SEEKS

12:30PM  9  TO ADD ONE PRODUCT AND WE EXERCISE DILIGENCE.  WE BASICALLY

12:30PM  10 SERVED AMENDED CONTENTIONS ON APPLE WITHIN ONE WEEK OF IPHONE 5

12:31PM  11 BEING AVAILABLE IN THE STORES.

12:31PM  12     IN THEIR OPPOSITION THEY DON'T OPPOSE THIS ON THE MERITS,

12:31PM  13 BUT THEY SAY IT SHOULD BE.  WE DISAGREE WITH THAT, BUT THERE IS

12:31PM  14 PARITY AS OUR OPPOSING THEM AND ADDING NEW SAMSUNG PRODUCTS IN

12:31PM  15 THE PAPERS.

12:31PM  16     FINALLY, I DO WANT TO POINT OUT TO YOUR HONOR THAT LAST

12:31PM  17 WEEK OR A COUPLE OF WEEKS AGO APPLE CAME UP WITH SOME NEW

12:31PM  18 PRODUCTS, AND WE'RE CURRENTLY LOOKING AT THEM AND EVALUATING

12:31PM  19 THEM AND I WOULD BE REMISS NOT TO POINT THAT OUT.

12:31PM  20     THE COURT:  I HAD A FEELING IT MIGHT BE COMING, BUT

12:31PM  21 I APPRECIATE YOUR CANDOR.

12:31PM  22     MS. MAROULIS:  WE WANT TO MAKE SURE YOUR HONOR IS ON

12:31PM  23 NOTICE OF THAT AND OBVIOUSLY WE'RE FIRST AT THE GATE AND APPLE

12:31PM  24 CAN SEE IF IT CAN BE RESOLVED BY APPLE AND IF NOT WE'LL SEEK

12:31PM  25 ANOTHER MOTION, BUT THAT'S NOT HAPPENED YET.

12:31PM  1     THE COURT:  CAN YOU HELP ME, MS. MAROULIS, AND I'LL

12:31PM  2  GIVE MR. LO A CHANCE TO WEIGH IN AS WELL.  I SHOULD KNOW THIS

12:31PM  3  BUT I DON'T OFF THE TOP OF MY HEAD.

12:31PM  4     IF THE COURT WERE INCLINED TO, LET'S SAY, DENY ALL MOTIONS

12:31PM  5  AND SAY NONE OF THESE PRODUCTS ARE COMING IN AND IT'S TOO LATE

12:32PM  6  AND JUDGE KOH NEEDS THIS CASE READY, BLAH, BLAH, WOULD THE

12:32PM  7  PRACTICABLE EFFECT OF THAT BE THAT EACH SIDE COULD THEN BRING

12:32PM  8  ESSENTIALLY NEW SUITES AND SUE THEM IN SEPARATE MATTERS OR HOW

12:32PM  9  WOULD --

12:32PM  10     MS. MAROULIS:  YOUR HONOR, THAT WOULD BE THE

12:32PM  11  PRACTICABLE EFFECT AND I WOULD SUBMIT THAT THAT WOULD NOT BE

12:32PM  12  SUFFICIENT BECAUSE THIS COURT -- IT WOULD BE BETTER TO ADD THE

12:32PM  13  PRODUCTS THAT JUST CAME OUT WHILE CONSTRUCTION IS STILL GOING

12:32PM  14  ON AND DISCOVERY IS AT THE EARLY STATES AND DOES NOT CLOSE

12:32PM  15  UNTIL JULY OF NEXT YEAR.

12:32PM  16     THE COURT:  AND I REALIZE I'M BRINGING THIS ON YOU

12:32PM  17  SO I WON'T HOLD YOU TO THIS, BUT YOU WOULD NOT AT ALL BE

12:32PM  18  CONCERNED THAT THERE WOULD BE SOME TYPE OF ESTOPPEL EFFECT

12:32PM  19  EITHER AS TO SAMSUNG OR APPLE THAT WOULD PRECLUDE THEM FROM

12:32PM  20  PURSUING NEW PRODUCTS IN SEPARATE CASES?

12:32PM  21     MS. MAROULIS:  IF THEY ADDED HERE?

12:32PM  22     THE COURT:  IF I WERE TO SAY NO.  IF I WERE TO -- IN

12:32PM  23  OTHER WORDS, I MAY JUST BE MISSING AN OBVIOUS ELEMENT OF THE

12:32PM  24  DOCTRINE, BUT ONE CONCERN I HAVE IS THAT IF I WERE TO DENY

12:33PM  25  EITHER SAMSUNG OR APPLE THE OPPORTUNITY IN THIS CASE TO PURSUE