# EXHIBIT C

quinn emanuel trial lawyers | silicon valley
555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5020**

WRITER'S INTERNET ADDRESS
**toddbriggs@quinnemanuel.com**

December 3, 2012

**VIA ELECTRONIC MAIL**

Brian M. Buroker, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Re:   Apple Inc. v. Samsung Elecs. Co., Ltd., et al.,
      United States District Court, Northern District of California, No. 12-cv-630-LHK

Dear Brian:

I write regarding the parties' pending motions for leave to amend their respective infringement contentions to add newly accused products.  As you know, Judge Grewal admonished Apple to "think twice" before opposing additional amendments by Samsung for newly released Apple products.  Consistent with the spirit of that statement, Samsung proposes the following in an effort to resolve these motions by stipulation, subject to Judge Grewal's approval:

- Apple will not oppose Samsung's motion for leave to amend its infringement contentions to add the (1) iPod Touch 5; (2) iPad Mini; and (3) iPad 4 in the manner set forth in the claim charts that accompany that motion;

- Apple will not oppose Samsung's motion to clarify that its original contentions properly allege infringement of U.S. Patent No. 7,672,470 by three prior generations of the iPod Touch;

- Apple will not oppose Samsung's motion for leave to correct two typographical errors in

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000 FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000 FAX +49 40 89728 7100

its Patent Local Rule 3-1(g) contentions;

- Samsung will not oppose Apple's motion for leave to amend its infringement contentions to add the (1) Galaxy S III running Jelly Bean; (2) Galaxy Note II; (3) Galaxy Tab 8.9 Wi-Fi running Ice Cream Sandwich; (4) Galaxy Tab 2 10.1 running Ice Cream Sandwich; and (5) Samsung Rugby Pro in the manner set forth in the claim charts that accompany that motion for product categories (1)–(2), and the claim charts that Apple served on Samsung Friday for product categories (3)–(5);

- Apple agrees to withdraw the Galaxy S III Mini from its motion for leave to amend its infringement contentions based on Samsung's representation that it has not released that product in the United States and any future plans to do so are currently unknown; and

- Apple agrees not to oppose a motion Samsung intends to file seeking leave to amend its infringement contentions to add Apple's newly released versions of the Mac mini, MacBook Pro, iMac and iTunes.

Please let us know by the close of business tomorrow, December 4, 2012 whether Apple will agree to such a stipulation.

Very truly yours,

*[signature: Todd Briggs]*

Todd M. Briggs