# EXHIBIT D

**Alex Baxter**

| | |
|---|---|
| **From:** | Todd Briggs |
| **Sent:** | Monday, December 17, 2012 4:59 PM |
| **To:** | Todd Briggs; 'Selwyn, Mark' |
| **Cc:** | Richard Erwine; 'Lyon, H. Mark'; 'Krevitt, Josh'; 'Rho, Jennifer'; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; '*** Apple/Samsung'; Patrick Curran; 'Buroker, Brian M.'; Kolovos, Peter |
| **Subject:** | RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions |
| **Attachments:** | Exhibit H - Third Amended Infringement Contentions Chart (_239) (Mac computers).pdf; Exhibit D - Third Amended Infringement Contentions Chart (_757) (Mac Computers).pdf |

Mark,

I have attached the proposed supplemental infringement charts for the '239 and '757 patents.  We will not be providing a supplemental chart for the '470 patent.  Please review and let us know if you have any questions.

Todd

---

**From:** Todd Briggs
**Sent:** Monday, December 17, 2012 10:30 AM
**To:** Selwyn, Mark
**Cc:** Richard Erwine; 'Lyon, H. Mark'; 'Krevitt, Josh'; 'Rho, Jennifer'; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; '*** Apple/Samsung'; Patrick Curran; 'Buroker, Brian M.'; Kolovos, Peter
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Mark,

We anticipate sending these later today.  Thanks for your patience.

Todd

---

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Saturday, December 15, 2012 5:32 AM
**To:** Todd Briggs
**Cc:** Richard Erwine; 'Lyon, H. Mark'; 'Krevitt, Josh'; 'Rho, Jennifer'; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; '*** Apple/Samsung'; Patrick Curran; 'Buroker, Brian M.'; Kolovos, Peter
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Todd:

I don't think we have received from you a copy of Samsung's proposed claim charts for the '470, '239, and '757 patents. It will take us some time to review and consider them, so please advise when you expect to send them.

Thanks.

Mark

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Tuesday, December 11, 2012 11:52 AM

1

**To:** 'Buroker, Brian M.'; Kolovos, Peter
**Cc:** Richard Erwine; 'Lyon, H. Mark'; 'Krevitt, Josh'; 'Rho, Jennifer'; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; Selwyn, Mark; '*** Apple/Samsung'; Patrick Curran
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Brian,

We checked with our client on Apple's invalidity contention proposal.  Samsung agrees that both sides will exchange their amended invalidity contentions on or before Friday (12/14) of this week.  We also agree with your proposal to discuss those amendments the following week (we propose no later than Wednesday 12/19) to try and reach agreement on some or all of the amendments.  If we can't agree on everything, we'll set a mutual briefing schedule, as Mr. Selwyn suggested.  Please let us know if you have answers from your client on the other topics we discussed yesterday, including the Samsung Mini or an extension on the briefs currently due this week.  We are working to send you our proposed claim charts for the '470, '239 and '757 patents later today, but may not be able to send them until tomorrow.

Todd

---

**From:** Buroker, Brian M. [mailto:BBuroker@gibsondunn.com]
**Sent:** Monday, December 10, 2012 12:14 PM
**To:** Todd Briggs; 'Kolovos, Peter'
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

1-877-492-4011

202-955-8541.

Thanks,
Brian


**Brian M. Buroker**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8541 • Mobile +1 703.927.2129
BBuroker@gibsondunn.com • www.gibsondunn.com

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Monday, December 10, 2012 2:58 PM
**To:** Buroker, Brian M.; 'Kolovos, Peter'
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Brian,

That works.  What number should we call?

Todd

**From:** Buroker, Brian M. [mailto:BBuroker@gibsondunn.com]
**Sent:** Monday, December 10, 2012 7:39 AM
**To:** Todd Briggs; 'Kolovos, Peter'
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Todd,

We are free at 3:30 Pacific today – does that work?

Thanks,
Brian

**Brian M. Buroker**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8541 • Mobile +1 703.927.2129
BBuroker@gibsondunn.com • www.gibsondunn.com

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Monday, December 10, 2012 12:16 AM
**To:** 'Kolovos, Peter'
**Cc:** Richard Erwine; Buroker, Brian M.; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Peter/Brian,

Do you have time to discuss the parties' pending infringement contention motions tomorrow (Monday) at 2 PM Pacific?

Thanks, Todd

**From:** Kolovos, Peter [mailto:Peter.Kolovos@wilmerhale.com]
**Sent:** Wednesday, December 05, 2012 12:10 PM
**To:** Todd Briggs
**Cc:** Richard Erwine; bburoker@gibsondunn.com; mlyon@gibsondunn.com; jkrevitt@gibsondunn.com; jrho@gibsondunn.com; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; Selwyn, Mark; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Thanks Todd, we will get it filed.

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Wednesday, December 05, 2012 3:07 PM
**To:** Kolovos, Peter
**Cc:** Richard Erwine; bburoker@gibsondunn.com; mlyon@gibsondunn.com; jkrevitt@gibsondunn.com; jrho@gibsondunn.com; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung

NDCal II Service; Selwyn, Mark; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Peter,

This looks fine.  You have our permission to file.

Todd

---

**From:** Kolovos, Peter [mailto:Peter.Kolovos@wilmerhale.com]
**Sent:** Wednesday, December 05, 2012 8:58 AM
**To:** Todd Briggs
**Cc:** Richard Erwine; bburoker@gibsondunn.com; mlyon@gibsondunn.com; jkrevitt@gibsondunn.com; jrho@gibsondunn.com; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; Selwyn, Mark; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Thanks Todd.  A draft stipulation is attached.

Please let us know if you have any comments, or whether we have permission to sign your name and get this on file.

-- Peter

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Tuesday, December 04, 2012 8:53 PM
**To:** Kolovos, Peter
**Cc:** Richard Erwine; bburoker@gibsondunn.com; mlyon@gibsondunn.com; jkrevitt@gibsondunn.com; jrho@gibsondunn.com; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; Selwyn, Mark; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Peter,

We agree to a one-week extension for the parties' pending infringement contention motions.  Please send us a proposed stipulation.

-Todd

---

**From:** Kolovos, Peter [mailto:Peter.Kolovos@wilmerhale.com]
**Sent:** Tuesday, December 04, 2012 5:30 PM
**To:** Todd Briggs
**Cc:** Richard Erwine; bburoker@gibsondunn.com; mlyon@gibsondunn.com; jkrevitt@gibsondunn.com; jrho@gibsondunn.com; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; Selwyn, Mark; *** Apple/Samsung
**Subject:** Re: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Todd,

I write to follow-up on the voice mail I left for you earlier this afternoon.  We suggest that the parties stipulate to extend the deadlines for the responses to the pending Samsung and Apple motions to amend infringement contentions by one

week to afford us time to see if we can reach an agreement along the lines set forth in your letter, as well as an agreement on amendments to both parties' invalidity contentions.  Please let us know if this is acceptable to Samsung.  If so, we can draft a proposed stipulation for your review.


-- Peter



On Dec 4, 2012, at 4:15 PM, "Todd Briggs" <toddbriggs@quinnemanuel.com> wrote:

> Brian,
>
> Do you have a few minutes to discuss the attached letter at 5:30 Eastern today?
>
> Todd
>
> **From:** Richard Erwine
> **Sent:** Monday, December 03, 2012 8:29 PM
> **To:** 'bburoker@gibsondunn.com';
> **Cc:** 'mlyon@gibsondunn.com'; 'jkrevitt@gibsondunn.com'; 'jrho@gibsondunn.com';
> 'MReiter@gibsondunn.com'; Michael Fazio; Victoria Maroulis; Scott Florance; 'Kolovos, Peter'; 'WH Apple
> Samsung NDCal II Service'; 'Mark D. Selwyn'; '*** Apple/Samsung'
> **Subject:** Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement
> Contentions
>
> Please see the attached letter.
>
> Richard W. Erwine
> Quinn Emanuel Urquhart & Sullivan, LLP
> 51 Madison Avenue, 29th Floor
> New York, NY 10010
> Direct: (212) 849-7135
> Main Fax:  (212) 849-7100
> E-mail:  richarderwine@quinnemanuel.com
> Web:  www.quinnemanuel.com
> PRIVILEGED & CONFIDENTIAL

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.