# EXHIBIT E

|           |                                                                                                                                                                                                                                                                                                      |
|-----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| From:     | Todd Briggs                                                                                                                                                                                                                                                                                          |
| To:       | "Buroker, Brian M."; "Kolovos, Peter"                                                                                                                                                                                                                                                                |
| Cc:       | Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; "WH Apple Samsung NDCal II Service"; "Selwyn, Mark"; *** Apple/Samsung; Patrick Curran |
| Subject:  | RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions                                                                                                                                                                                               |
| Date:     | Tuesday, December 18, 2012 9:22:35 AM                                                                                                                                                                                                                                                                |

Brian,

Samsung is agreeable to your proposal subject to the following clarifications. First, if Samsung begins selling the Galaxy S III Mini in the U.S. and Apple moves for leave to add that product to this case, Samsung can oppose such a motion and argue that the proposed amendment is untimely. However, in doing so, Samsung will not be able to rely on the fact that Apple previously asserted infringement by the SIII Mini and then withdrew that assertion. Second, the agreement should state that any future plans to release the Galaxy SIII in the United States are currently unknown. Please confirm these clarifications to Apple's proposal are acceptable.

Best Regards, Todd

**From:** Buroker, Brian M. [mailto:BBuroker@gibsondunn.com]
**Sent:** Saturday, December 15, 2012 5:30 AM
**To:** Todd Briggs; 'Kolovos, Peter'
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung; Patrick Curran
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Dear Todd,

As part of the overall agreement related to the amended infringement contentions, Apple would agree to amend its infringement contentions to remove reference to the SIII Mini on the condition that Samsung would not use the fact that we have withdrawn that product now as the basis (in whole or in part) for any argument that Apple should not be permitted to later add the SIII Mini to this case. We believe we provided sufficient infringement contentions to Samsung for the SIII Mini in November of 2012 and are agreeing to withdraw it only on the representation that Samsung has no present intention to launch the SIII Mini in the United States. We are not in favor of setting a specific deadline for adding new products, although we recognize such a deadline is looming given the advancing stage of claim construction and other case proceedings. We believe that any such decision should be made on a case by case basis.

Thank you,
Brian

Brian M. Buroker

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8541 • Mobile +1 703.927.2129
BBuroker@gibsondunn.com • www.gibsondunn.com

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Tuesday, December 11, 2012 2:52 PM
**To:** Buroker, Brian M.; 'Kolovos, Peter'
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung; Patrick Curran
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Brian,

We checked with our client on Apple's invalidity contention proposal. Samsung agrees that both sides will exchange their amended invalidity contentions on or before Friday (12/14) of this week. We also agree with your proposal to discuss those amendments the following week (we propose no later than Wednesday 12/19) to try and reach agreement on some or all of the amendments. If we can't agree on everything, we'll set a mutual briefing schedule, as Mr. Selwyn suggested. Please let us know if you have answers from your client on the other topics we discussed yesterday, including the Samsung Mini or an extension on the briefs currently due this week. We are working to send you our proposed claim charts for the '470, '239 and '757 patents later today, but may not be able to send them until tomorrow.

Todd

---

**From:** Buroker, Brian M. [mailto:BBuroker@gibsondunn.com]
**Sent:** Monday, December 10, 2012 12:14 PM
**To:** Todd Briggs; 'Kolovos, Peter'
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

1-877-492-4011

202-955-8541.

Thanks,
Brian

**Brian M. Buroker**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8541 • Mobile +1 703.927.2129
BBuroker@gibsondunn.com • www.gibsondunn.com

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Monday, December 10, 2012 2:58 PM
**To:** Buroker, Brian M.; 'Kolovos, Peter'
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Brian,

That works.  What number should we call?

Todd

---

**From:** Buroker, Brian M. [mailto:BBuroker@gibsondunn.com]
**Sent:** Monday, December 10, 2012 7:39 AM
**To:** Todd Briggs; 'Kolovos, Peter'
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Todd,

We are free at 3:30 Pacific today – does that work?

Thanks,
Brian

**Brian M. Buroker**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8541 • Mobile +1 703.927.2129
BBuroker@gibsondunn.com • www.gibsondunn.com

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Monday, December 10, 2012 12:16 AM
**To:** 'Kolovos, Peter'
**Cc:** Richard Erwine; Buroker, Brian M.; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael

Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Peter/Brian,

Do you have time to discuss the parties' pending infringement contention motions tomorrow (Monday) at 2 PM Pacific?

Thanks, Todd

---

**From:** Kolovos, Peter [mailto:Peter.Kolovos@wilmerhale.com]
**Sent:** Wednesday, December 05, 2012 12:10 PM
**To:** Todd Briggs
**Cc:** Richard Erwine; bburoker@gibsondunn.com; mlyon@gibsondunn.com; jkrevitt@gibsondunn.com; jrho@gibsondunn.com; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; Selwyn, Mark; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Thanks Todd, we will get it filed.

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Wednesday, December 05, 2012 3:07 PM
**To:** Kolovos, Peter
**Cc:** Richard Erwine; bburoker@gibsondunn.com; mlyon@gibsondunn.com; jkrevitt@gibsondunn.com; jrho@gibsondunn.com; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; Selwyn, Mark; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Peter,

This looks fine.  You have our permission to file.

Todd

---

**From:** Kolovos, Peter [mailto:Peter.Kolovos@wilmerhale.com]
**Sent:** Wednesday, December 05, 2012 8:58 AM
**To:** Todd Briggs
**Cc:** Richard Erwine; bburoker@gibsondunn.com; mlyon@gibsondunn.com; jkrevitt@gibsondunn.com; jrho@gibsondunn.com; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; Selwyn, Mark; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Thanks Todd.  A draft stipulation is attached.

Please let us know if you have any comments, or whether we have permission to sign your name and get this on file.

-- Peter

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Tuesday, December 04, 2012 8:53 PM
**To:** Kolovos, Peter
**Cc:** Richard Erwine; bburoker@gibsondunn.com; mlyon@gibsondunn.com; jkrevitt@gibsondunn.com; jrho@gibsondunn.com; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; Selwyn, Mark; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Peter,

We agree to a one-week extension for the parties' pending infringement contention motions.  Please send us a proposed stipulation.

-Todd

---

**From:** Kolovos, Peter [mailto:Peter.Kolovos@wilmerhale.com]
**Sent:** Tuesday, December 04, 2012 5:30 PM
**To:** Todd Briggs
**Cc:** Richard Erwine; bburoker@gibsondunn.com; mlyon@gibsondunn.com; jkrevitt@gibsondunn.com; jrho@gibsondunn.com; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; Selwyn, Mark; *** Apple/Samsung
**Subject:** Re: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Todd,

I write to follow-up on the voice mail I left for you earlier this afternoon.  We suggest that the parties stipulate to extend the deadlines for the responses to the pending Samsung and Apple motions to amend infringement contentions by one week to afford us time to see if we can reach an agreement along the lines set forth in your letter, as well as an agreement on amendments to both parties' invalidity contentions.  Please let us know if this is acceptable to Samsung.  If so, we can draft a proposed stipulation for your review.

-- Peter

On Dec 4, 2012, at 4:15 PM, "Todd Briggs" <toddbriggs@quinnemanuel.com> wrote:

> Brian,

Do you have a few minutes to discuss the attached letter at 5:30 Eastern today?

Todd

**From:** Richard Erwine
**Sent:** Monday, December 03, 2012 8:29 PM
**To:** 'bburoker@gibsondunn.com'
**Cc:** 'mlyon@gibsondunn.com'; 'jkrevitt@gibsondunn.com'; 'jrho@gibsondunn.com'; 'MReiter@gibsondunn.com'; Michael Fazio; Victoria Maroulis; Scott Florance; 'Kolovos, Peter'; 'WH Apple Samsung NDCal II Service'; 'Mark D. Selwyn'; '*** Apple/Samsung'
**Subject:** Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Please see the attached letter.

Richard W. Erwine
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 29th Floor
New York, NY 10010
Direct: (212) 849-7135
Main Fax:  (212) 849-7100
E-mail:  richarderwine@quinnemanuel.com
Web:  www.quinnemanuel.com
PRIVILEGED & CONFIDENTIAL

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.