# EXHIBIT F

| | |
|---|---|
| **From:** | Selwyn, Mark |
| **To:** | Todd Briggs; "Buroker, Brian M."; Kolovos, Peter |
| **Cc:** | Richard Erwine; "Lyon, H. Mark"; "Krevitt, Josh"; "Rho, Jennifer"; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; "*** Apple/Samsung"; Patrick Curran |
| **Subject:** | RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions |
| **Date:** | Friday, December 21, 2012 2:07:51 PM |

Todd:

Given that (1) the parties have already extended the time for response twice, (2) Apple filed its response to Samsung's pending motion to amend on Wednesday per the parties' prior agreement, and (3) there is no basis for Samsung to oppose Apple's pending motion to amend, Samsung should proceed to file its response today per the parties' prior agreement.

To address your other concern:  Apple will not argue that Samsung delayed in seeking leave to add the new '239 and '757 charts to its infringement contentions (which were sent to Apple on Monday, December 17) based on the time taken by Apple to review those charts and inform Samsung of Apple's position on a third motion to amend by Samsung.

Mark

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Friday, December 21, 2012 9:44 AM
**To:** Selwyn, Mark; 'Buroker, Brian M.'; Kolovos, Peter
**Cc:** Richard Erwine; 'Lyon, H. Mark'; 'Krevitt, Josh'; 'Rho, Jennifer'; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; '*** Apple/Samsung'; Patrick Curran
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Mark,

As you know, Samsung's opposition to Apple's motion to amend its infringement contentions is due today.  We believe that the parties can reach a global agreement on all outstanding infringement contention issues and should not burden Judge Grewal with any further substantive filings.  The final issue that needs to be resolved is the addition of the new '757 and '239 charts.  We understand that Apple simply needs more time to review these charts.

To allow for this and to prevent any further burden on the Court, we propose the following:  The parties file a stipulation today that extends Samsung's opposition deadline by one more week.  As part of this stipulation, Apple agrees that it will not argue that Samsung delayed in seeking leave to add the '239 and '757 charts to its infringement contentions by seeking this extension in the event Apple does not agree to allow Samsung to amend its contentions with those charts.

Please let us know by 2 pm Pacific today if Apple agrees to this stipulation.

Thanks, Todd

---

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Thursday, December 20, 2012 4:56 PM
**To:** Todd Briggs; 'Buroker, Brian M.'; Kolovos, Peter
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; *** Apple/Samsung; Patrick Curran
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Todd:

The new charts are not the subject of Samsung's pending motion to amend infringement contentions, which we already have indicated to the Court that we do not oppose. Are you asking whether Apple will oppose a new, third motion to amend by Samsung to add them? If that is your question, I do not expect to have an answer this afternoon because we are still reviewing the charts.

Mark

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Thursday, December 20, 2012 11:31 AM
**To:** Todd Briggs; 'Buroker, Brian M.'; Kolovos, Peter
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; Selwyn, Mark; *** Apple/Samsung; Patrick Curran
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Mark,

We are reaching out again to see if the parties' can resolve the pending infringement contention motions without further filings and motion practice. It appears that the only outstanding issue is whether Apple will agree to allow Samsung to amend its contentions with the new charts for the '757 and '239 patents. Can you let us know this afternoon if Apple will agree? If Apple does not agree, we will have no choice but to raise this with the Court and would prefer not to do so in light of Judge Grewal's prior statement to Apple on this subject.

Todd

**From:** Todd Briggs
**Sent:** Wednesday, December 19, 2012 8:35 PM
**To:** Buroker, Brian M.; 'Kolovos, Peter'
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung; Patrick Curran
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Mark,

I am following up on our call from this afternoon.  During the call, you proposed that the parties file a stipulation that resolves all of the issues raised the parties' pending motions to amend their infringement contentions.  However, with respect to the new claim charts for the '757 and '239 patents were raised in my December 3 letter and served on Monday of this week, you stated that Apple needed more time to complete its review of those charts.

Consistent with my December 3 letter and Judge Grewal's statement that Apple "think twice" before opposing additional amendments by Samsung for newly released Apple products, we believe that all of the present issues with respect to the parties' infringement contentions should be resolved at the same time.  As such, we cannot agree to your proposal from this afternoon.  If Apple needs more time to review the '757 and '239 charts, we are agreeable to filing another short extension of time this evening to allow for a complete resolution of the parties present infringement contention issues.  Note that the new charts for the '757 and '239 patents simply clarify that newer models of Apple computers that were previously accused of infringement are part of the case.

Please let us know how you would like to proceed.

Todd

---

**From:** Buroker, Brian M. [mailto:BBuroker@gibsondunn.com]
**Sent:** Wednesday, December 19, 2012 7:20 AM
**To:** Todd Briggs; 'Kolovos, Peter'
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung; Patrick Curran
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

4 p.m. Pacific works for us today.

We can use my dial-in

1-877-492-4011

202-955-8541.

Thank you,
Brian


**Brian M. Buroker**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8541 • Mobile +1 703.927.2129
BBuroker@gibsondunn.com • www.gibsondunn.com

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Wednesday, December 19, 2012 12:03 AM
**To:** Buroker, Brian M.; 'Kolovos, Peter'
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung; Patrick Curran
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Brian,

Last week we proposed discussing the parties' proposed amendments to their invalidity contentions tomorrow (Wednesday 12/19).  We are available tomorrow at 11 am or 4 pm Pacific.  Please let us know if either time works for you and if not please propose an alternative time.

Thanks, Todd

---

**From:** Buroker, Brian M. [mailto:BBuroker@gibsondunn.com]
**Sent:** Saturday, December 15, 2012 5:30 AM
**To:** Todd Briggs; 'Kolovos, Peter'
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung; Patrick Curran
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Dear Todd,

As part of the overall agreement related to the amended infringement contentions, Apple would agree to amend its infringement contentions to remove reference to the SIII Mini on the condition that Samsung would not use the fact that we have withdrawn that product now as the basis (in whole or in part) for any argument that Apple should not be permitted to later add the SIII Mini to this case.  We believe we provided sufficient infringement contentions to Samsung for the SIII Mini

in November of 2012 and are agreeing to withdraw it only on the representation that Samsung has no present intention to launch the SIII Mini in the United States.   We are not in favor of setting a specific deadline for adding new products, although we recognize such a deadline is looming given the advancing stage of claim construction and other case proceedings.  We believe that any such decision should be made on a case by case basis.

Thank you,
Brian


**Brian M. Buroker**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8541 • Mobile +1 703.927.2129
BBuroker@gibsondunn.com • www.gibsondunn.com

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Tuesday, December 11, 2012 2:52 PM
**To:** Buroker, Brian M.; 'Kolovos, Peter'
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung; Patrick Curran
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Brian,

We checked with our client on Apple's invalidity contention proposal.  Samsung agrees that both sides will exchange their amended invalidity contentions on or before Friday (12/14) of this week.  We also agree with your proposal to discuss those amendments the following week (we propose no later than Wednesday 12/19) to try and reach agreement on some or all of the amendments.  If we can't agree on everything, we'll set a mutual briefing schedule, as Mr. Selwyn suggested.  Please let us know if you have answers from your client on the other topics we discussed yesterday, including the Samsung Mini or an extension on the briefs currently due this week.  We are working to send you our proposed claim charts for the '470, '239 and '757 patents later today, but may not be able to send them until tomorrow.

Todd

---

**From:** Buroker, Brian M. [mailto:BBuroker@gibsondunn.com]
**Sent:** Monday, December 10, 2012 12:14 PM
**To:** Todd Briggs; 'Kolovos, Peter'
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria

Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

1-877-492-4011

202-955-8541.

Thanks,
Brian

**Brian M. Buroker**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8541 • Mobile +1 703.927.2129
BBuroker@gibsondunn.com • www.gibsondunn.com

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Monday, December 10, 2012 2:58 PM
**To:** Buroker, Brian M.; 'Kolovos, Peter'
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Brian,

That works.  What number should we call?

Todd

---

**From:** Buroker, Brian M. [mailto:BBuroker@gibsondunn.com]
**Sent:** Monday, December 10, 2012 7:39 AM
**To:** Todd Briggs; 'Kolovos, Peter'
**Cc:** Richard Erwine; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Todd,
         We are free at 3:30 Pacific today – does that work?

Thanks,
Brian

**Brian M. Buroker**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8541 • Mobile +1 703.927.2129
BBuroker@gibsondunn.com • www.gibsondunn.com

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Monday, December 10, 2012 12:16 AM
**To:** 'Kolovos, Peter'
**Cc:** Richard Erwine; Buroker, Brian M.; Lyon, H. Mark; Krevitt, Josh; Rho, Jennifer; Reiter, Mark; Michael Fazio; Victoria Maroulis; Scott Florance; 'WH Apple Samsung NDCal II Service'; 'Selwyn, Mark'; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Peter/Brian,

Do you have time to discuss the parties' pending infringement contention motions tomorrow (Monday) at 2 PM Pacific?

Thanks, Todd

---

**From:** Kolovos, Peter [mailto:Peter.Kolovos@wilmerhale.com]
**Sent:** Wednesday, December 05, 2012 12:10 PM
**To:** Todd Briggs
**Cc:** Richard Erwine; bburoker@gibsondunn.com; mlyon@gibsondunn.com; jkrevitt@gibsondunn.com; jrho@gibsondunn.com; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; Selwyn, Mark; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Thanks Todd, we will get it filed.

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Wednesday, December 05, 2012 3:07 PM
**To:** Kolovos, Peter
**Cc:** Richard Erwine; bburoker@gibsondunn.com; mlyon@gibsondunn.com; jkrevitt@gibsondunn.com; jrho@gibsondunn.com; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; Selwyn, Mark; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Peter,

This looks fine.  You have our permission to file.

Todd

---

**From:** Kolovos, Peter [mailto:Peter.Kolovos@wilmerhale.com]
**Sent:** Wednesday, December 05, 2012 8:58 AM

**To:** Todd Briggs
**Cc:** Richard Erwine; bburoker@gibsondunn.com; mlyon@gibsondunn.com; jkrevitt@gibsondunn.com; jrho@gibsondunn.com; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; Selwyn, Mark; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Thanks Todd.  A draft stipulation is attached.

Please let us know if you have any comments, or whether we have permission to sign your name and get this on file.

-- Peter

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Tuesday, December 04, 2012 8:53 PM
**To:** Kolovos, Peter
**Cc:** Richard Erwine; bburoker@gibsondunn.com; mlyon@gibsondunn.com; jkrevitt@gibsondunn.com; jrho@gibsondunn.com; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; Selwyn, Mark; *** Apple/Samsung
**Subject:** RE: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Peter,

We agree to a one-week extension for the parties' pending infringement contention motions.  Please send us a proposed stipulation.

-Todd

---

**From:** Kolovos, Peter [mailto:Peter.Kolovos@wilmerhale.com]
**Sent:** Tuesday, December 04, 2012 5:30 PM
**To:** Todd Briggs
**Cc:** Richard Erwine; bburoker@gibsondunn.com; mlyon@gibsondunn.com; jkrevitt@gibsondunn.com; jrho@gibsondunn.com; MReiter@gibsondunn.com; Michael Fazio; Victoria Maroulis; Scott Florance; WH Apple Samsung NDCal II Service; Selwyn, Mark; *** Apple/Samsung
**Subject:** Re: Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions

Todd,

I write to follow-up on the voice mail I left for you earlier this afternoon.  We suggest that the parties stipulate to extend the deadlines for the responses to the pending Samsung and Apple motions to amend infringement contentions by one week to afford us time to see if we can reach an agreement along the lines set forth in your letter, as well as an agreement on amendments to both parties' invalidity contentions.  Please let us know if this is acceptable to Samsung.  If so, we can draft a proposed stipulation for your review.

-- Peter

On Dec 4, 2012, at 4:15 PM, "Todd Briggs" <toddbriggs@quinnemanuel.com> wrote:

> Brian,
>
> Do you have a few minutes to discuss the attached letter at 5:30 Eastern today?
>
> Todd
>
> ---
>
> **From:** Richard Erwine
> **Sent:** Monday, December 03, 2012 8:29 PM
> **To:** 'bburoker@gibsondunn.com'
> **Cc:** 'mlyon@gibsondunn.com'; 'jkrevitt@gibsondunn.com'; 'jrho@gibsondunn.com'; 'MReiter@gibsondunn.com'; Michael Fazio; Victoria Maroulis; Scott Florance; 'Kolovos, Peter'; 'WH Apple Samsung NDCal II Service'; 'Mark D. Selwyn'; '*** Apple/Samsung'
> **Subject:** Apple v. Samsung, Case No. 12-CV-630 -- Correspondence Concerning Amended Infringement Contentions
>
> Please see the attached letter.
>
> Richard W. Erwine
> Quinn Emanuel Urquhart & Sullivan, LLP
> 51 Madison Avenue, 29th Floor
> New York, NY 10010
> Direct: (212) 849-7135
> Main Fax:  (212) 849-7100
> E-mail:  richarderwine@quinnemanuel.com
> Web:  www.quinnemanuel.com
> PRIVILEGED & CONFIDENTIAL

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.