QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF TODD M. BRIGGS IN SUPPORT OF SAMSUNG'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Date:     February 21, 2013<br>Time:    10:30 a.m.<br>Place:    Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

## DECLARATION OF TODD M. BRIGGS

I, Todd M. Briggs, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 7,756,087.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from STAN GIBILSCO, THE ILLUSTRATED DICTIONARY OF ELECTRONICS (7th ed. 1997).

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from BRYAN PFAFFENBERGER, WEBSTER'S NEW WORLD DICTIONARY OF COMPUTER TERMS (10th ed. 2003).

5. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 7,577,757.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from John Sciacca, *Sound All Around*, Sound & Vision, July/August 2001.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from Bose Corporation, *The Bose Lifestyle 11 Music System Overview* (Rev. 1, 1994).

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from DANNY BRIERE AND PAT HURLEY, HOME THEATER FOR DUMMIES (2003).

9. Attached hereto as Exhibit H is a true and correct copy of U.S. Patent No. 5,579,239.

10. Attached hereto as Exhibit I is a true and correct copy of the February 2, 1996 Response to Office Action for U.S. Patent No. 5,579,239.

1    I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3    Executed on December 21, 2012, at Redwood Shores, California.

By  /s/ *Todd Briggs*

Todd Briggs

1 **GENERAL ORDER ATTESTATION**

2    I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the
3 foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the
4 electronic filing of this document has been obtained from Todd Briggs.

5

6                                                         */s/ Victoria Maroulis*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28