# EXHIBIT B

Case 5:12-cv-00630-LHK   Document 335-3   Filed 12/21/12   Page 2 of 5

**OVER 100,000 COPIES SOLD**

# THE ILLUSTRATED DICTIONARY OF ELECTRONICS

## SEVENTH EDITION

## STAN GIBILISCO



Case 5:12-cv-00630-LHK   Document 335-3   Filed 12/21/12   Page 3 of 5

# The Illustrated Dictionary of Electronics

Seventh Edition

*Stan Gibilisco*
*Editor-in-Chief*

**McGraw-Hill**
New York  San Francisco  Washington, D.C.  Auckland  Bogotá
Caracas  Lisbon  London  Madrid  Mexico City  Milan
Montreal  New Delhi  San Juan  Singapore
Sydney  Tokyo  Toronto

**Library of Congress Cataloging-in-Publication Data**

Gibilisco, Stan.
    The illustrated dictionary of electronics / Stan Gibilisco.—7th ed.
    p.   cm.
  ISBN 0-07-024186-4 (pbk.)
    1. Electronics—Dictionaries.  I. Title.
  TK7804.G497  1997
  621.381'03—dc21                             97-9081
                                                      CIP

# McGraw-Hill
### *A Division of The McGraw-Hill Companies* 

Copyright © 1997 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0    FGR/FGR    9 0 2 1 0 9 8 7

ISBN 0-07-024186-4

The sponsoring editor for this book was Scott Grillo, and the production supervisor was Pamela Pelton. It was set in Bookman by Lisa Mellott through the services of Barry E. Brown (Broker—Editing, Design and Production).

Printed and bound by Quebecor/Fairfield.

McGraw-Hill books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. For more information, please write to the Director of Special Sales, McGraw-Hill, 11 West 19th Street, New York, NY 10011. Or contact your local bookstore.

Information contained in this work has been obtained by The McGraw-Hill Companies, Inc. ("McGraw-Hill") from sources believed to be reliable. However, neither McGraw-Hill nor its authors guarantees the accuracy or completeness of any information published herein and neither McGraw-Hill nor its authors shall be responsible for any errors, omissions, or damages arising out of use of this information. This work is published with the understanding that McGraw-Hill and its authors are supplying information but are not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought.

 This book is printed on acid-free paper.



**N**   **1.** Symbol for NUMBER. **2.** Symbol for NITROGEN. **3.** Abbreviation for NEWTON. **4.** Abbreviation of NUMBER (also, No.). **5.** Symbol for the set of natural (counting) numbers (0, 1, 2, 3, ...).

**n**   **1.** Abbreviation of prefix NANO-. **2.** Symbol for NUMBER. **3.** Symbol for a term (e.g., a multiplier) having an assigned value. **4.** Symbol for part of an expression or operator (as in $2n$, $n-1$, $n^2$, etc.). **5.** Symbol for INDEX OF REFRACTION. **6.** Symbol for amount of substance (unit, mole).

**NA**   **1.** Abbreviation of *not available* (as on a specifications sheet). **2.** Abbreviation of *not applicable*.

**$N_A$**   Symbol for AVOGADRO'S CONSTANT.

**Na**   Symbol for SODIUM.

**nA**   Abbreviation of NANOAMPERE.

**NAB**   Abbreviation of NATIONAL ASSOCIATION OF BROADCASTERS.

**NAB curve**   In audio-frequency operations, the standard magnetic tape playback equalization curve developed by the National Association of Broadcasters (NAB).

**NAE**   Abbreviation of *National Academy of Engineering*.

**NAND circuit**   Also called *NOT-AND circuit*. A binary digital circuit whose output is high (logic 1) if any of the input signals are low (logic 0); the output is low only when all the inputs are high. The performance of the NAND circuit is the inverse of that of the AND circuit.

**NAND gate**   A gate that performs the function of a NAND circuit.

**nano-**   Abbreviation, n. A prefix meaning billionth(s) (i.e., $10^{-9}$).

**nanoampere**   Abbreviation, nA. A unit of current; 1 nA equals $10^{-9}$ ampere.

**nanofarad**   Abbreviation, nF. A unit of capacitance; 1 nF equals $10^{-9}$ farad.



**NAND circuit**

**nanohenry**   Abbreviation, nH. A unit of low inductance; 1 nH equals $10^{-9}$ henry.

**nanometer**   Abbreviation, nm. A unit of short wavelength or displacement; 1 nm equals $10^{-9}$ meter.

**nanosecond**   Abbreviation, ns. A time interval of $10^{-9}$ second.

**nanotechnology**   The design and construction of superminiature electronic and electromechanical devices. For example, microscopic, computer-controlled robots might someday be used as programmable antibodies to fight infectious diseases, or to build integrated circuits, atom by atom.

**nanovolt**   Abbreviation, nV. A unit of low voltage; 1 nV equals $10^{-9}$ volt.

**nanovoltmeter**   A sensitive voltmeter for measuring potential in the nanovolt range.

**nanowatt**   Abbreviation, nW. A unit of low power; 1 nW equals $10^{-9}$ watt.

Case 5:12-cv-00630-LHK   Document 335-3   Filed 12/21/12   Page 5 of 5