# EXHIBIT C

# Webster's New World™

# Computer Dictionary

## TENTH EDITION

*The Best Computer Dictionary Anywhere*

Revised and updated

Contains extensive coverage of Internet and multimedia terms

Over 4,750 words, phrases, abbreviations, and acronyms

**BRYAN PFAFFENBERGER**

**WE DEFINE YOUR WORLD™**

Case 5:12-cv-00630-LHK   Document 335-4   Filed 12/21/12   Page 3 of 5

# Webster's New World™

# Computer Dictionary

## 10th Edition

By Bryan Pfaffenberger, Ph.D.



Wiley Publishing, Inc.

Webster's New World™ Computer Dictionary, 10th Edition

Copyright © 2003 by Wiley Publishing, Inc., Indianapolis, Indiana

Published by Wiley Publishing, Inc., Indianapolis, Indiana

Published simultaneously in Canada

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8700. Requests to the Publisher for permission should be addressed to the Legal Department, Wiley Publishing, Inc., 10475 Crosspoint Blvd., Indianapolis, IN 46256, (317) 572-3447, fax (317) 572-4447, E-mail: permcoordinator@wiley.com.

Trademarks: Wiley, the Wiley Publishing logo, Webster's New World, and the Webster's New World logo are trademarks or registered trademarks of Wiley Publishing, Inc., in the United States and other countries, and may not be used without written permission. All other trademarks are the property of their respective owners. Wiley Publishing, Inc., is not associated with any product or vendor mentioned in this book.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services or to obtain technical support please contact our Customer Care Department within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

Library of Congress Cataloging-in-Publication Data is available from the publisher.

ISBN 0-7645-2478-X

Manufactured in the United States of America

5  4  3



**n**  Common mathematical variable for expressing an indeterminate number of items.

**nagware**  Derogatory term for shareware that is programmed to "nag" unregistered users to pay the program's registration fee. Common techniques include presenting a dialog box that increasingly delays the program's execution after it is launched, attention-grabbing reminders, and advertising. After the registration fee is paid, the "nagging" stops. See *shareware*.

**naive user**  A user with little or no previous experience with any type of computer system. See *end user, power user*.

**name conflict**  An error that occurs when two system or network resources have the same name or identification number. For example, a type of name conflict called an IP conflict occurs when the same IP address is given to both. See *IP conflict*.

**name server**  In an Internet-connected local area network (LAN), a computer that provides the domain name system (DNS)—that is, the translation between alphabetical domain names and numerical IP addresses. To establish a connection with an Internet service provider, one needs to know the IP address of the name server.

**namespace**  Within a defined zone (such as a program or a network protocol), a collection of names in which all names are unique and cannot be confused with each other. For example, the uniform resource locator (URL) standard creates a namespace in which it is possible to indicate unambiguously the precise location of a computer resourced on the Internet.

**nano-**  A metric prefix indicating one-billionth.

**nanometer (nm)**  A measurement equal to one-billionth of a meter. A sugar molecule is about one nanometer in diameter.

**nanosecond (ns)**  A unit of time equal to one-billionth of a second. Far beyond the range of human perception, nanoseconds are relevant to computers. An advertisement for 80 ns RAM chips, for example, means that the RAM chips respond to the central processing unit (CPU) within 80 nanoseconds. See *millisecond (ms)*.

**nanotechnology  1.**  In semiconductor technology, the use of fabrication techniques that operate on a level of up to two orders of magnitude smaller than today's technology, which operates on the submicron level. **2.**  A branch of engineering, also called molecular manufacturing, which hopes to develop tiny, self-replicating machines that are capable of manipulating atoms and molecules.

**Napster**  Free software that enabled Internet users to share MP3 and other music files on the Internet. Napster was purchased by Bertelsmann AG, and converted into a business. An action in a U.S. Federal court, brought by the leading recording companies, forced Napster to exclude copyrighted material proactively from its systems; subsequently, the company entered bankruptcy, and Bertelsmann closed it down. See *copyright, Digital Millennium Copyright Act (DMCA), Gnutella, MP3*.

**NAT**  Acronym for Network Address Translation. An Internet protocol that enables local area network administrators to use a special, internal set of IP addresses for local computers. These addresses enable local workstations to communicate with each other as well as with the external Internet. See *IP address, IP masquerading*.

**National Center for Supercomputing Applications (NCSA)**  A supercomputer research center, affiliated with the