# EXHIBIT E

# SOUND & VISION

HOME THEATER • AUDIO • VIDEO • MULTIMEDIA • MOVIES • MUSIC

www.soundandvisionmag.com

## COOL GEAR

### 10 HOT Portables!
DVD, MP3 & More

### Super Audio CD Goes Surround

### We Recommend 5 Home Theater Rigs

### How to Get Music Into Every Room

### Reviewed
DVD Players from Yamaha & Pioneer
RCA UltimateTV
Paradigm & PSB Speaker Systems
Princeton HDTV

JULY/AUGUST 2001   US $3.99   CANADA $4.99   UK £2.95

SAN FRANCISCO PUBLIC LIBRARY

#BXBDHMY********** FIRM 94102
#0100LSPER97 7#302600     IJ
SAN FRANCISCO PUB LIB    MAY 02
PERIODICALS PROC DPT    MBLK
100 LARKIN ST           #0181
SAN FRANCISCO   CA  94102-4705



**Titanium, TriVector, Terrific!**

From their titanium drivers to the unique, TriVector™ design of their surround speakers, our "T" series will thrill you. Come see these tantalizing systems at your local Atlantic Technology dealer today. One of them is bound to fit you to a "tee."

System T90 pictured

**Atlantic Technology**
INNOVATIVE HOME THEATER

343 Vanderbilt Avenue   Norwood MA 02062
(781)762-6300   www.atlantictechnology.com

# SOUND & VISION
HOME THEATER • AUDIO • VIDEO • MULTIMEDIA • MOVIES • MUSIC

**Editor in Chief** BOB ANKOSKO
**Art Director** LAURA SUTCLIFFE
**Executive Editor** BRIAN C. FENTON
**Managing Editor** DAVID STEIN
**Features Editor** MICHAEL GAUGHN
**Technical Editor** DAVID RANADA
**Technology Editor** MICHAEL ANTONOFF
**Senior Reviews Editor** AL GRIFFIN
**Entertainment Editor** KEN RICHARDSON
**Movie Reviews Editor** JOSEF KREBS
**Assistant Managing Editor** PETER PACHAL
**Associate Art Director** MARIA RAMOS
**Database Manager** SANTIAGO PIZZINI
**Editorial Coordinator** JAE SEGARRA

**Contributing Technical Editors** DANIEL KUMIN, IAN G. MASTERS, TOM NOUSAINE, KEN C. POHLMANN

**Editor at Large** JULIAN HIRSCH

**Senior Contributors** William Livingstone, Michael Riggs, Robert Ripps
**Contributors** Billy Altman, Rad Bennett, Gordon Brockhouse, Francis Davis, Rebecca Day, Laura Evenson, Will Friedwald, Bryan Harrell (Tokyo), Marc Horowitz, Ken Korman, Mike Mettler, Brett Milano, Andrew Nash, Mel Neuhaus, Parke Puterbaugh, Teri Scaduto, Sol Louis Siegel, Steve Simels, Rich Warren, Richard C. Walls

**Editorial offices:** 1633 Broadway, New York, NY 10019; 212-767-6000; e-mail, soundandvision@hfmmag.com

**Vice President, Group Publisher**
TONY CATALANO

**CONSUMER ELECTRONICS GROUP ADVERTISING**
**National Advertising Director**
Angela Stolfi, 212-767-6032
**Regional VP/Ad Director, West Coast**
Bob Meth, 323-954-4831
**Regional Account Managers**
Paul Smith, 212-767-6077
Gabrielle DiFolco, 212-767-6063
Brian Masamoto, 323-954-4857
**Director of Marketing**
Rob Sabin, 212-767-6027
**Promotions Manager**
Anika A. Williams, 212-767-6758
**Assistant to the Publisher** Breana Murphy
**Operations Manager/Ad Coordinator** Linda Neuweiler
**Sales Assistants** Christine Guiyab, Auxy Herrera
**Classified Advertising** 800-445-6066

**Production Director** Michael Esposito
**Production Manager** Lorraine Conaty
**Production Assistant** Christine Collins
**VP, Group General Manager** Winsford Belle
**General Manager** Sal Del Giudice
**Business Manager** Anthony Celebrano
**Senior Director, Subscription Promotion** Mira Soto
**Newsstand Sales Director** Megan Jenkins
**Senior Director, Circulation Services** Rocco P. Chiappetta

**Circulation:** Curtis Circulation Co., 730 River Rd., New Milford, NJ 07646
**Subscription information** 850-682-7654; hachette@neodata.com

**HACHETTE INTERNATIONAL**
**VP, Global Advertising,** Aude de Rose, 212-767-6369

HFM
Hachette Filipacchi Magazines


The Audit Bureau

**Sound & Vision** is published by Hachette Filipacchi Magazines, Inc.
**Corporate offices:** 1633 Broadway, New York, NY 10019; 212-767-6000

MPA

Chairman: Daniel Filipacchi • President and CEO: Jack Kliger
Senior Executive VP and Editorial Director: Jean-Louis Ginibre
Executive Vice President and COO: John Fennell
Senior VP, CFO, and Treasurer: John T. O'Connor
Senior VP, Director, Group Publishing/Corporate Sales: Nicholas J. Matarazzo
Senior VP, Group Publishing Directors: John J. Miller, Carl Portale
Senior VP, General Counsel: Catherine R. Flickinger
Senior VP, Manufacturing and Distribution: Anthony R. Romano
Senior VP, Brand Development: David J. Fishman
VP, Circulation: David W. Leckey • VP, Corporate Communications: Anne Lattimore Janas
VP, Corporate Marketing: Barbara Hertz Friedman
VP, Human Resources: Michele Daly • VP, Chief Information Officer: John Bobay

## CUSTOM INSTALLATION BASICS

# Sound All Around

Finding the right way to add multiroom audio to your home

by John Sciacca



ILLUSTRATION BY JACK GALLAGHER

**L**et's see a show of hands. How many of you out there have wished you could take the sound from your stereo or home theater system and send it to another room in the house — maybe *every* room in the house? I thought so. But you probably haven't acted on your impulse because you were worried about the trouble and expense. Let me tell you a little story.

I'm the lead system designer for a company that does everything from simple two-room audio systems to whole-house A/V installations. We recently had a customer who wanted to route music beyond his listening room but didn't know how sophisticated a system he would need. We recommended one that could send different music to three different parts of the house. Since only three people were living in the house, though, he wasn't sure he needed three independent zones.

Well, after living with the system for a year, he came back and told us that his whole family was not only listening to *more* music, but also a greater variety of music because it was so easy! With keypad controllers in every room, music is always right at their fingertips. So, instead of Britney and N'Sync, his kids are exploring James Brown, Elvis, and Vivaldi thanks to the CDs loaded in the family's 101-disc changer. If that isn't a good enough argument for multiroom audio, I don't know what is.

Just about anyone who lives in more than one room — and I expect that includes everybody reading this — would probably find some advantage to having multiroom audio. But there are a few questions you should ask yourself before you plan a system: ▶

off because you don't want any audio in that room. If you already have a CD player, main speakers, and a stereo receiver with A/B speaker outputs to work with, this system will cost you as little as $200 or less for the second set of speakers and a few bucks for the wire.

Even a system this simple can pose a big challenge for the inexperienced DIYer: installing the speaker wires. Sure, you could just run them along the baseboards, across entranceways, or under the carpets, but that could pose a tripping hazard — even a fire hazard. If you live in an old house and can't string the wires through the attic or the basement, do yourself a favor and hire a custom installer to run them for you. And think twice before breaching your walls to install a pair of in-wall or on-wall speakers — you're probably better off leaving that to a pro. (For more on the joys and perils of installing your own in-walls, see "The Setup," November 2000.)

If you want to send sound to *more* than two additional rooms, you're going to need a speaker selector. (Don't — repeat: *Do not* — even think about adding any additional speakers by twisting their wires together and cramming them into your receiver or amp's speaker outputs. That's a great way to fry the output stages.) Speaker selectors evenly distribute the power to several pairs of speakers and provide the amplifier with a constant, manageable impedance that will keep it from killing itself. But even with a speaker selector, you'll want to make sure you select a rugged receiver or amplifier to drive it. One



Rotel's RMZ-955 is an example of a multisource controller/amplifier that can send 25 watts per channel to speaker pairs in four different areas of your home.

that's UL listed down to at least a 4-ohm load (preferably 2 ohms) will have no problem driving whatever you feed it. Denon's DRA-685 ($499) and Rotel's RX-975 ($699) stereo receivers are more than up for the job. (You'll still be sending the same source at the same volume to all the rooms, though.) Many companies make speaker selectors, including Niles, Monster Cable, Phoenix Gold, and Sonance. Basic, four-pair selectors start at about $100, while a ten-pair selector can go for as much as $700.

### Next Stop . . . the Multi Zone

You might be thinking, "Sure, having music all around the house sounds great, but I don't want to have to listen to what my wife is listening to." For you, we have the next level of control: multizone.

With a multizone system, you divide your home into areas that can each play a different source. Each zone can contain as many rooms or speakers as your electronics can sustain. The simplest and most common way to set up such a system is to use a multiroom/multisource receiver, which lets one person watch a DVD in the living room with the full glory of 5.1-channel sound while someone else peacefully enjoys a CD (or tape or radio) in the bedroom. You can find this feature on many digital surround receivers that sell for around $1,000 or more, such as Yamaha's RX-V100 (reviewed in February/March) or Pioneer's VSX-39TX (reviewed in January). Your receiver might already have this capability — check the manual.

With more elaborate systems, you divide your home into as few as three zones or as many as twenty or more. The big advantage of these systems is that you don't have to have radios, boomboxes, and mini-systems scattered all over the house. Think about the possibilities: you can be out in the garage listening to Dick Vitale calling the plays while your wife tunes into Casey Kasem in the kitchen and your teenager plays the latest Top 40 album in his bedroom. But these more sophisticated systems can cost big bucks. A basic three-zone system, installed by a professional (we're rapidly moving beyond the capabilities of the average DIYer), will cost you at about $6,500 for source components, controllers, wire, and labor, while a state-of-the-art six-zone baby can easily run tens of thousands.

Multizone systems are described by the number of zones and sources they can handle. A three-zone/six-source system, for instance, can send audio from six different sources (any combination of CD and DVD players, tuners, digital satellite systems, VCRs, hard-disk recorders, and so on) to three different areas. (These systems can also be set up to distribute video as well — a topic we plan to cover in a future article.) Complete multizone systems are available from companies like Audio Design Associates (ADA), Crestron, Elan, Niles, Rotel, Russound, and Sonance.

A multizone controller or preamplifier, which typically costs from about $1,000 to $10,000, is the heart and soul of a system. Make sure you know what peripherals (such as keypads and touch panels) are available for it and that it supports all of the options you want (such as relays for automatic operation of your lighting and

### THE RIGHT MAN FOR THE JOB

Before you go running down to the local RadioShack to pick up a spool of speaker wire, you might want to ask yourself a couple of questions. Is saving a few hundred dollars in installation costs worth the risk of having a system that doesn't do what you really want it to? Do you know all of the building codes in your area that govern pulling wiring through walls in a house?

If you're building a new house, you might be thinking of having the contractor do the multiroom audio installation for you. Surely his electrician can pull a couple of extra wires for a music system. Wire is wire, right? Wrong! Your project will most likely use at least four different types of wire, and the wrong wire is as good as no wire at all. Builders are great at building your home, but they're rarely audio experts (and you shouldn't expect them to be). Besides, a contractor isn't likely to know how to prewire your house so you can slowly add to your system as the money becomes available.

Never fear! There are professionals who can help you through all stages of the project, from initial system design through prewiring to final installation. The best way to find a pro is through referrals from friends who've had systems installed or by contacting the Custom Electronic Design & Installation Association, or CEDIA (800-669-5329). The organization's Web site (www.cedia.org) has a database that will help you find a certified installer in your area.     — *J.S.*