# EXHIBIT F

# THE BOSE®

# LIFESTYLE® 11

# MUSIC SYSTEM



# OVERVIEW



## Safety Information

**WARNING**

To reduce the risk of fire or electric shock, do not expose this system to rain or moisture.

**CAUTION**

Do not remove the covers of your Lifestyle® music center or powered speaker systems. There are no user-serviceable parts inside. Refer servicing to authorized service personnel.

The CAUTION marks shown on this page are located on your Lifestyle® music system.

  

The lightning flash with arrowhead symbol, within an equilateral triangle, is intended to alert the user to the presence of uninsulated dangerous voltage within the system enclosure that may be of sufficient magnitude to constitute a risk of electric shock.

The exclamation point within an equilateral triangle, as marked on the system, is intended to alert the user to the presence of important operating and maintenance instructions in this owner's guide.

### CAUTION

RISK OF ELECTRICAL SHOCK — DO NOT OPEN.

TO PREVENT ELECTRICAL SHOCK, DO NOT REMOVE COVER. NO USER-SERVICEABLE PARTS INSIDE. REFER SERVICING TO QUALIFIED PERSONNEL.

TO PREVENT FIRE OR SHOCK HAZARD, DO NOT EXPOSE THIS UNIT TO RAIN OR MOISTURE.

### AVIS

RISQUE DE CHOC ÉLECTRIQUE — NE PAS OUVRIR.

AFIN DE PRÉVENIR UN CHOC ÉLECTRIQUE NE PAS ENLEVER LE COUVERCLE ARRIÈRE. IL NE SE TROUVE À L'INTÉRIEUR AUCUNE PIÈCE POUVANT ÊTRE RÉPARÉE PAR L'USAGER. S'ADRESSER À UN RÉPARATEUR COMPÉTENT.

CAUTION: TO PREVENT ELECTRIC SHOCK, MATCH WIDE BLADE OF PLUG ON POWER PACK TO WIDE SLOT, FULLY INSERT.

ATTENTION: POUR ÉVITER LES CHOCS ÉLECTRIQUES, INTRODUIRE LA LAME LA PLUS LARGE DE LA FICHE DANS LA BORNE CORRESPONDANTE DE LA PRISE ET POUSSER JUSQU'AU FOND.

**OTHER IMPORTANT SAFETY INFORMATION**

Refer to the product-specific safety information in each of the enclosed owner's guides.

2

## Contents

Safety Information ............................................................2
Getting Started ...............................................................3
    Before you begin .......................................................3
    Unpacking your system ..............................................3
    Lifestyle® music system placement considerations ..........3
    Connecting the Acoustimass®-5 speaker system ............3
    Connecting the Lifestyle® music center antennas ............4
    Setting up the remote controls .....................................4
    Connecting other components .....................................4
    Setting up the second listening area ............................5
    Using two listening areas ...........................................5
Basic Operation .............................................................6
    The music center display ............................................6
    The music center controls ..........................................6
    Operating remote controls .........................................6
    The RC-11 (black) remote control ...............................6
    The RC-5 (white) remote control .................................7
    Listening to the radio ................................................7
    Listening to a CD .....................................................7
    Programming the CD player ........................................7
Advanced Features .........................................................8
    Getting better sound .................................................8
    Changing house codes ..............................................8
    Maintaining your Lifestyle® music system .....................8
Customer Service ...........................................................8

# Setting up the second listening area

## ● Connecting the Lifestyle® powered speaker system to the music center

For complete information on these speakers, consult the *Lifestyle® powered speaker system owner's manual.*

1. If your music system is on, press OFF to shut down. Leave a CD in the CD player to play music in the new listening area.

2. Insert the red plug at the end of the extension cable into the ZONE 2 R (right) OUTPUT jack on the back of the Lifestyle® music center. Insert the black plug into the ZONE 2 OUTPUT jack for the L (left) channel.

### Setting up the speakers

1. Take the extension speakers, the white speaker cord, and the white remote control to your second listening area.

2. Place the LEFT and RIGHT speakers (as labeled on the back) on the left and right sides of your room, respectively.

### Connecting the speakers to each other

1. Connect the speakers to each other with the white speaker cord, matching the red-ringed wire (+) to the red jack and the other to the black (–) jack. To make the connection, push each terminal tab down, then insert the end of the appropriate wire into the hole. Release the tab to secure the wire.

## ● 2. Insert the red and black plugs from the L (left) speaker audio input cable into the corresponding red and black jacks on the free end of the 50-foot (15 m) extension cable.



## Figure 4

Complete Lifestyle® powered speaker system hookup.

---

### Finishing the speaker setup

1. Turn the volume control on the left speaker counterclockwise to its lowest position.

2. Plug the power cord from the left speaker into a convenient power outlet.

3. Set the volume control to the two o'clock position.

Your Lifestyle® powered speakers are now ready to play. Press the CD button on the white remote control. Enjoy music in your second listening area.

# Using two listening areas

Using proprietary electronic circuitry designed by Bose®, the Lifestyle® 11 music system offers you the opportunity to direct sound from one or two sound sources to two different listening areas simultaneously. Each listening area, whether a room or a group of rooms (including outdoor areas), is referred to as a zone. For further discussion of listening areas, see *the Lifestyle® music center owner's manual.*

## How zones work

- The signals to the two zones are separate outputs from the music center.
- Any available sound source can be directed to either zone.
- Zones 1 and 2 can each play a different sound source at the same time.
- Only one CD or one radio station can be played at a time.

## Zone displays

- When zone 1 is in use, the music center display shows zone 1 information.
- If zone 2 is selected, the display shows zone 2 information for 15 seconds, then reverts to the zone 1 display.
- When only zone 2 is in use, the display shows zone 2 information.

## Controlling the zones

- The zones are controlled independently by commands from either the music center or the remote control.
- Check the position of the black remote control ZONE switch before you select a sound source or turn off a zone. The white remote is preset to control zone 2.

## Control priority

- Both zones can listen to the same source, but the zone that first selects the source controls the source for the current listening session.
- To gain control of the sound source from the other zone, change the zone switch setting on the remote control or the music center to the zone that has control of the sound source.
- To transfer control of the sound source to the other zone, select another source for the original zone or turn it off.