# EXHIBIT G

A complete guide for setting up a top-notch home theater system

# Home Theater FOR DUMMIES

Breaks down home theater design into simple steps

A Reference for the Rest of Us!

FREE eTips at dummies.com

**Danny Briere**
**Pat Hurley**
Authors of Smart Homes For Dummies, 2nd Edition

APL630DEF-WH-A0000005414

**Home Theater For Dummies®**
Published by
**Wiley Publishing, Inc.**
909 Third Avenue
New York, NY 10022
www.wiley.com

Copyright © 2003 by Wiley Publishing, Inc., Indianapolis, Indiana

Published by Wiley Publishing, Inc., Indianapolis, Indiana

Published simultaneously in Canada

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8700. Requests to the Publisher for permission should be addressed to the Legal Department, Wiley Publishing, Inc., 10475 Crosspoint Blvd., Indianapolis, IN 46256, (317) 572-3447, fax (317) 572-4447, e-mail: permcoordinator@wiley.com.

**Trademarks:** Wiley, the Wiley Publishing logo, For Dummies, the Dummies Man logo, A Reference for the Rest of Us!, The Dummies Way, Dummies Daily, The Fun and Easy Way, Dummies.com and related trade dress are trademarks or registered trademarks of Wiley Publishing, Inc., in the United States and other countries, and may not be used without written permission. All other trademarks are the property of their respective owners. Wiley Publishing, Inc., is not associated with any product or vendor mentioned in this book.

**LIMIT OF LIABILITY/DISCLAIMER OF WARRANTY: WHILE THE PUBLISHER AND AUTHOR HAVE USED THEIR BEST EFFORTS IN PREPARING THIS BOOK, THEY MAKE NO REPRESENTATIONS OR WARRANTIES WITH RESPECT TO THE ACCURACY OR COMPLETENESS OF THE CONTENTS OF THIS BOOK AND SPECIFICALLY DISCLAIM ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NO WARRANTY MAY BE CREATED OR EXTENDED BY SALES REPRESENTATIVES OR WRITTEN SALES MATERIALS. THE ADVICE AND STRATEGIES CONTAINED HEREIN MAY NOT BE SUITABLE FOR YOUR SITUATION. YOU SHOULD CONSULT WITH A PROFESSIONAL WHERE APPROPRIATE. NEITHER THE PUBLISHER NOR AUTHOR SHALL BE LIABLE FOR ANY LOSS OF PROFIT OR ANY OTHER COMMERCIAL DAMAGES, INCLUDING BUT NOT LIMITED TO SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR OTHER DAMAGES. FULFILLMENT OF EACH COUPON OFFER IS THE SOLE RESPONSIBILITY OF THE OFFEROR.**

For general information on our other products and services or to obtain technical support, please contact our Customer Care Department within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993, or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

Library of Congress Control Number: 2002114820

ISBN: 0-7645-1801-1

Manufactured in the United States of America

10  9  8  7  6  5  4  3

1B/SW/QT/QT/IN

 is a trademark of Wiley Publishing, Inc.

The best solution to this problem is to design the room so that you have an enclosed equipment-and-connection area where you can put the equipment that you don't need to physically access to watch a program or listen to something — such as special equipment needed for whole-home audio and video systems. Your equipment and connection area could be a well-ventilated closet, if one is available. We've even seen really sophisticated setups with a false wall behind the TV and equipment racks to allow access to the backs of all of the gear (or that have pull-out shelves that give you easy access to the back, as well). If you have space for a rack, you can probably store a lot of your active componentry there, too.

If you can't find a separate space for your gear, you can at least make your environment neater and more professional-looking by hiding some of the wiring in the walls or in fake molding, and making the local connections available via wall outlets. You can use short cables to connect these outlets to the equipment itself. In this fashion, you don't have lumpy wires traveling under the rugs and wires that little children can easily grab.

## Zoning inside your home

When most people think about a home theater, they think within a pretty confined box — the place where the home theater is going to be. And certainly, that's the predominant focus of this book.

However, a major theme that we'll hammer at (until you agree with us) is that you should spend a little extra money and be a little smarter in your planning so that you can access this great asset elsewhere around the house.

Creating *zones* around your house is a great way to extend your audio asset. When you go to buy your receiver or amplifier, the concept of *multizone* is going to come up. A multizone system allows you to access different sources and send them to independent outputs simultaneously. For example, your kids could be watching *Rugrats* in the living room, and you could be listening to *Dunne Roman* (`www.dunneroman.com`) in the kitchen. How cool is that!

We don't go into a lot of detail on this here; we cover it extensively in Chapter 17. But we want to mention it up front for the following reasons:

APL630DEF-WH-A0000005456

> channels). Power ratings should state how many speakers are actually being driven when the system is tested. Preferably, all channels are driven simultaneously at the stated power. Some systems give power ratings in *stereo* mode (with only the front left and right speakers driven), which means that the power with all speakers being driven is less than the stated amount.

### Determining how much receiver power you need

How much power do you need in your receiver? Well, we're going to weasel out by saying, "It depends." Which speakers you choose plays a key role here. Different speakers have different *sensitivities*, a measure of how loud they are given a certain amount of power. (The standard measure for this is how many decibels they produce with 1 watt of power at 1 meter's distance from the speaker.) A more sensitive speaker requires less amplification to reach the same volume level.

You also need to consider the size of your home theater and how loudly you plan on playing your movies and music. If you want to create permanent hearing loss, or if you have a room the size of the Taj Mahal, you might need a receiver that can pump out 150 watts per channel. If you have relatively sensitive speakers, a moderate sized home theater, and don't plan on testing the thickness of your window glass with really loud music, then a receiver with 70 watts per channel (or less) might do the trick. We think that receivers with about 100 watts per channel (honestly measured) will do the trick in just about any home theater.



Amplifiers (whether separate or in a receiver) make their power using transistors. (In the old days, amplifiers used vacuum tubes, and some really expensive high end amps still use tubes because some audio enthusiasts prefer their sound.) Inexpensive receivers use an IC (integrated circuit), which provides the power-generating transistors for several audio channels on a single chip. Better receivers have *discrete* amplifier output transistors — separate transistors for each channel. Typically, you get more power and better sound from a discrete design.

## Zoning out to the rest of the house

Many home theater receivers — particularly when you start hitting about $1,000 or higher in price — include a *multizone* functionality. This lets your receiver not only control your home theater, but also provide music to other rooms in your house. A multizone receiver is a good way to get started down the whole home theater path.

APL630DEF-WH-A0000005552

ld state how many speakers are
e system is tested. Preferably, all
ously at the stated power. Some
*stereo* mode (with only the front
, which means that the power
is less than the stated amount.

### power you need

our receiver? Well, we're going
s." Which speakers you choose
akers have different *sensitivities,*
en a certain amount of power.
ow many decibels they produce
istance from the speaker.) A
s amplification to reach the

of your home theater and how
ovies and music. If you want to
f you have a room the size of
ceiver that can pump out 150
ively sensitive speakers, a mod-
t plan on testing the thickness of
music, then a receiver with 70
o the trick. We think that
channel (honestly measured)
ome theater.

a receiver) make their power
amplifiers used vacuum tubes,
d amps still use tubes because
r sound.) Inexpensive receivers
h provides the power-generating
els on a single chip. Better
tput transistors — separate
ally, you get more power and
1.

### st of the house

rticularly when you start hitting
iclude a *multizone* functionality.
itrol your home theater, but also
ur house. A multizone receiver
he whole home theater path.

The simplest multizone receivers have a pair of stereo audio outputs (not speaker connectors or amplifier channels, just outputs). These outputs enable you to run an audio cable to another room and connect to a separate amplifier and speakers in that room (or to a pair of *active* speakers that have a built-in amplifier). The key feature to look for here is that this second zone is truly a second zone. That is to say, the receiver lets you send a *different* audio source to the second room, not just the one you are playing in the home theater. So the kids can listen to Barney the dinosaur sing, "I love you," in the den, while you watch *Memento* in the home theater.

As you get into more sophisticated systems, you can find receivers with extra built-in amplifiers (so you don't need an amp in the extra room), and with extra zones (so you can send different audio sources to a third or fourth room). You may even find multizone A/V receivers that send out a composite video signal. With this signal, you can watch the video from a home theater video source elsewhere in the home.

In Chapter 17, we get into more detail about sharing home theater sources throughout the home. If you want to get really sophisticated with a true "every room in the house" system, you might need some more gear (which we discuss in that chapter).

## Having fun with DSPs and decoders

Another key responsibility of the A/V receiver is to decode surround sound formats in your audio and video programming, so that sound can be sent to those six or more speakers in your theater. Two kinds of chips in the receiver handle all this digital magic: the DSP and the DAC.

### Digital Signal Processors

The DSP (or Digital Signal Processor) is the brains of the decoding process. It's a chip that handles all the *steering* of surround sound, sending the right musical signals to the right channels. The DSP also can provide its own soundfield enhancements (though some people hate them and wouldn't use the term *enhancement* to describe them!). These enhancements are called *DSP Modes,* which are modifications to the signal to create delays in the sound. The delays can make your home theater sound like something else — for example, a cathedral or a smoky jazzy club (you have to provide your own smoke).

One feature that DSPs enable (and that we love!) is the ability to *dynamically compress* music and, more importantly, movie soundtracks. Dynamic compression makes the louds less loud and also

APL630DEF-WH-A0000005553