QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA);
2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC., and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

STEPTOE & JOHNSON, LLP
John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**NOTICE OF APPEARANCE** |

1        PLEASE TAKE NOTICE that Lance Yang, an attorney with the firm of Quinn Emanuel

2   Urquhart & Sullivan, LLP and admitted to practice before this Court, and whose contact

3   information appears below, hereby enters an appearance as an additional attorney of record for

4   Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

5   Telecommunications America, LLC.

6        Lance Yang (Bar. No. 260705)
         Quinn Emanuel Urquhart & Sullivan, LLP
7        865 S. Figueroa Street, 10th Floor
         Los Angeles, CA 90017
8        Telephone: 213-443-3000
         Facsimile: 213-443-3100
9        lanceyang@quinnemanuel.com

10

11  DATED: January 2, 2013                  QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
12

13

14                                    By: */s/ Lance Yang*
                                          Lance Yang
15                                        Attorneys for Defendants Samsung Electronics
                                          Co., Ltd., Samsung Electronics America, Inc., and
16                                        Samsung Telecommunications America, LLC

17

18

19

20

21

22

23

24

25

26

27

28