Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.

        Plaintiff(s),

   v.

SAMSUNG ELECTRONICS CO.,
LTD. et al.

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No: 12cv00630-LHK

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Nathan Hamstra , an active member in good standing of the bar of Illinois , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Samsung Electronics Co., Ltd. et al in the above-entitled action. My local co-counsel in this case is Charles K. Verhoeven , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 500 West Madison Street, Suite 2450<br>Chicago, IL 60661 | 50 California Street, 22nd Floor<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(312) 705-7417 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 875-6301 |
| MY EMAIL ADDRESS OF RECORD:<br>nathanhamstra@quinnemanuel.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>charlesverhoeven@quinnemanuel.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6286325 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  January 2, 2013

          Nathan Hamstra
            APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nathan Hamstra is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

           UNITED STATES DISTRICT/MAGISTRATE JUDGE

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Nathaniel Andrew Hamstra

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 2005 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, December 20, 2012.

*Carolyn Taft Grosboll*
Clerk