1

2   [COUNSEL LISTED ON SIGNATURE PAGES]

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11   APPLE INC., a California corporation,          CASE NO. 5:12-cv-00630-LHK (PSG)

12                   Plaintiff,                     **STIPULATION AND [PROPOSED] ORDER
                                                    REGARDING CONTINUATION OF
13        v.                                        JANUARY 8, 2013 HEARING**

14   SAMSUNG ELECTRONICS CO., LTD., a
     Korean corporation; SAMSUNG
15   ELECTRONICS AMERICA, INC., a New York
     corporation; and SAMSUNG
16   TELECOMMUNICATIONS AMERICA, LLC, a
     Delaware limited liability company,
17
                     Defendants.
18

19   SAMSUNG ELECTRONICS CO., LTD., a
     Korean corporation; SAMSUNG
20   ELECTRONICS AMERICA, INC., a New York
     corporation, and SAMSUNG
21   TELECOMMUNICATIONS AMERICA, LLC, a
     Delaware limited liability company,
22
                     Counterclaim-Plaintiffs,
23
          v.
24
     APPLE INC., a California corporation,
25
                     Counterclaim-Defendant.
26

27

28

Gibson, Dunn &
Crutcher LLP
     STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUATION OF JANUARY 8, 2013 HEARING
     CASE NO. 5:12-CV-00630-LHK (PSG)

1

2      WHEREAS, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and

3   Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and

4   Samsung Telecommunications America, LLC (collectively, "Samsung") each moved for leave to

5   amend their infringement contentions, on November 21, 2012 and November 23, 2012, *see* D.I. 304,

6   306) (the "Motions for Leave");

7      WHEREAS, a hearing regarding the Motions for Leave is set for January 8, 2013;

8      WHEREAS, the parties are continuing their discussions to resolve the pending Motions for

9   Leave, for ultimate presentation to the Court, and believe additional time will help in potentially

10  reaching agreement; and

11     WHEREAS, on January 3, 2013, the parties' counsel agreed that a one-week continuation of

12  the January 8, 2013 hearing may afford the parties with the additional time needed to resolve the

13  Motions for Leave.

14     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

15     The parties respectfully request a one-week continuation of the January 8, 2013 hearing set

16  regarding the parties' Motions for Leave, to January 15, 2013, or the earliest hearing date thereafter.

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUATION OF JANUARY 8, 2013 HEARING
CASE NO. 5:12-CV-00630-LHK (PSG)

1

2    Dated:  January 3, 2013

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100


By:  */s/ H. Mark Lyon*


H. Mark Lyon
Attorney for APPLE INC.

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUATION OF JANUARY 8, 2013 HEARING
CASE NO. 5:12-CV-00630-LHK (PSG)

1

2

3

4

5

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

6

7

8

9

10

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

11

12

13

14

15

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

16

17

18

19

John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

20

21

22

23

24

25

By:   */s/ Victoria F. Maroulis*
       Charles K. Verhoeven
       Kevin P.B. Johnson
       Victoria F. Maroulis
       William C. Price
       Attorneys for SAMSUNG ELECTRONICS
       CO., LTD., SAMSUNG ELECTRONICS
       AMERICA, INC., and SAMSUNG
       TELECOMMUNICATIONS AMERICA, LLC

26

27

28

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUATION OF JANUARY 8, 2013 HEARING
CASE NO. 5:12-CV-00630-LHK (PSG)

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Joint Stipulation and Proposed Order.  In compliance with General Order 45.X.B, I hereby attest that Victoria Maroulis has concurred in this filing.


Dated: January 3, 2013                                      By:   */s/ H. Mark Lyon*

                                                                         H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: January 3, 2013                    By:    */s/ H. Mark Lyon*

                                              H. Mark Lyon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 5:12-cv-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER REGARDING CONTINUATION OF JANUARY 8, 2013 HEARING** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

Gibson, Dunn &
Crutcher LLP

1

2   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The hearing set regarding Docket Nos.

3   304 and 306 is hereby continued to January 15, 2013.

4

5   Dated: _____, 2013              By: _____
                                                           HONORABLE PAUL S. GREWAL
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUATION OF JANUARY 8, 2013 HEARING
CASE NO. 5:12-CV-00630-LHK (PSG)