QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

STEPTOE & JOHNSON, LLP
John Caracappa (pro hac vice)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED INVALIDITY CONTENTIONS** |

1          Pursuant to Local Rule 7-1 and Patent Local Rule 3-6, it is hereby stipulated by and
2   between Samsung Electronics Corporation, Ltd., Samsung Telecommunications America, LLC.,
3   and Samsung Electronics America, Inc., (collectively, "Samsung") and Apple Inc. ("Apple") that
4   both parties should be allowed to amend their initial Invalidity Contentions as set forth in
5   Samsung's proposed First Amended Invalidity Contentions (attached as Exhibit A, without
6   exhibits) and Apple's First Amended Invalidity Contentions (attached as Exhibit B, without
7   exhibits).  In support, the parties state as follows:
8          WHEREAS, on August 10, 2012, the parties served their Patent Local Rule 3-3 Invalidity
9   Contentions;
10         WHEREAS, since that date various events have transpired that could not have been known
11  to the parties before the deadline for initial Invalidity Contentions, and on the basis of which both
12  parties have recently discovered material, prior art, despite earlier diligent search;
13         WHEREAS, the parties diligently prepared and exchanged proposed amended Invalidity
14  Contentions on a rolling basis beginning on November 21, 2012 and up through December 27,
15  2012;
16         WHEREAS, the parties agree that there has been no unreasonable delay in seeking to
17  amend because they have been diligently working towards agreed-upon amendments and
18  exchanging revised contentions as new facts have been discovered;
19         WHEREAS, the parties agree that there is good cause for leave to amend under Patent
20  Local Rule 3-6, given that the parties agree they have acted diligently in identifying new evidence
21  and in seeking to amend their contentions, and that the parties agree the proposed amendments
22  would not cause undue prejudice;
23         NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
24  parties that they should be granted leave to amend their Invalidity Contentions as set forth in
25  Exhibits A and B.
26
27
28

1  **IT IS SO STIPULATED.**

3  Dated: January 4, 2013               GIBSON, DUNN, & CRUTCHER LLP

5                                       By:   /s/ Mark Selwyn

6                                       Mark Selwyn
                                        Attorney for APPLE INC.

9  Dated: January 4, 2013               QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

12                                      By   /s/ Victoria F. Maroulis

13                                      Victoria F. Maroulis
                                        Attorney for SAMSUNG ELECTRONICS CO.,
14                                      LTD., SAMSUNG ELECTRONICS AMERICA,
                                        INC., and SAMSUNG
15                                      TELECOMMUNICATIONS AMERICA, LLC

18                                      *** *** ***

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21  Dated:                              By:

22                                      Honorable Paul S. Grewal
                                        United States Magistrate Judge

-3-
STIPULATION AND [PROPOSED] ORDER RE AMENDED INVALIDITY CONTENTIONS

## ATTESTATION

I, Jacob K. Danziger, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis and Mark Selwyn have concurred in this filing.

Dated: January 4, 2013                By   */s/ Jacob K. Danziger*

                                       Jacob K. Danziger

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 4, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

Dated: January 4, 2013                By   */s/ Jacob K. Danziger*

                                       Jacob K. Danziger