| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael L. Fazio (Bar No. 228601)<br>michaelfazio@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100 | STEPTOE & JOHNSON, LLP<br>John Caracappa (*pro hac vice*)<br>jcaracappa@steptoe.com<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 429-6267<br>Facsimile: (202) 429-3902 |

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**NOTICE OF APPEARANCE** |

1  PLEASE TAKE NOTICE that Rebecca A. Bers, an attorney with the firm of Quinn
2  Emanuel Urquhart & Sullivan, LLP and admitted to practice before this Court, and whose contact
3  information appears below, hereby enters an appearance as an additional attorney of record for
4  Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
5  Telecommunications America, LLC.

6  Rebecca A. Bers (Bar. No. 287111)
   Quinn Emanuel Urquhart & Sullivan, LLP
7  50 California St., 22nd Floor
   San Francisco, CA 94111
8  Telephone: 415-875-6600
   Facsimile: 415-875-6700
9  rebeccabers@quinnemanuel.com

11 DATED: January 10, 2013            QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

14                                     By: */s/ Rebecca A. Bers*
                                          Rebecca A. Bers
15                                        Attorneys for Defendants Samsung Electronics
                                          Co., Ltd., Samsung Electronics America, Inc., and
16                                        Samsung Telecommunications America, LLC

-2-   Case No. 12-CV-00630-LHK
NOTICE OF APPEARANCE