1  **[Counsel Listed On Signature Page]**

6  UNITED STATES DISTRICT COURT

7  NORTHERN DISTRICT OF CALIFORNIA

8  SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTIONS TO AMEND INFRINGEMENT CONTENTIONS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant | |

The parties, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action (the "Litigation") against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the parties" and individually each a "Party") on February 8, 2012;

WHEREAS, on May 2, 2012, the Court entered a Minute Order and Case Management Order (Dkt. 160);

WHEREAS, on June 15, 2012, the parties served infringement contentions pursuant to Patent Local Rule 3-1;

WHEREAS, on October 1, 2012, Samsung moved for leave to amend its infringement contentions to assert infringement by the iPhone 5 (Dkt. 267), and on October 5, 2012, Apple moved for leave to amend its infringement contentions to assert infringement by the Galaxy Note 10.1, among other changes (Dkt. 269);

WHEREAS, on November 15, 2012, the Court granted Samsung's and Apple's motions for leave to amend infringement contentions (Dkt. 302);

WHEREAS, on November 19, 2012, Samsung served amended infringement contentions asserting infringement by the iPod touch (5th Generation), iPad (4th Generation), and the iPad mini, among other changes, and on November 21, 2012, moved for leave to so amend its contentions (Dkt. 304);

WHEREAS, on November 23, 2012, Apple moved for leave to amend its infringement contentions to assert infringement against (1) the Galaxy S III running the Android Jelly Bean operating system, (2) the Galaxy Note II, (3) the Galaxy Tab 8.9 running Ice Cream Sandwich, (4) the Galaxy Tab 2 10.1, (5) the Rugby Pro, and (6) the Galaxy S III Mini, and to correct typographical errors (Dkt. 306);

1  WHEREAS, Samsung represents that it is not making, using, selling, offering to sell or
2 importing the Galaxy S III Mini into the United States, has not done so in the past, and that there
3 are no immediate plans to release the Galaxy S III Mini in the United States;

4  WHEREAS, the parties have met and conferred to reach agreement regarding their
5 respective motions to amend their infringement contentions.

6  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties as
7 follows:

8  1. Apple does not oppose the relief sought by Samsung in its motion for leave to
9 amend infringement contentions (Dkt. 304) and Samsung may amend its infringement contentions
10 accordingly.

11  2. Apple withdraws from its motion for leave to amend infringement contentions
12 (Dkt. 306) its request to assert infringement against the Galaxy S III Mini.  This withdrawal is
13 without prejudice to Apple's right to move to assert infringement against the Galaxy S III Mini
14 should Samsung make, use, sell, offer to sell, or import the Galaxy S III Mini into the United
15 States.

16  3. Samsung does not oppose the remaining relief sought by Apple in its motion for
17 leave to amend infringement contentions (Dkt. 306) and Apple may amend its infringement
18 contentions accordingly.

19  **IT IS SO STIPULATED.**

Dated: January 15, 2013                                Respectfully submitted,

*/s/ H. Mark Lyon [[with permission]]*                 */s/ Todd Briggs [[with permission]]*

| | |
|---|---|
| Josh A. Krevitt | Charles K. Verhoeven |
| H. Mark Lyon | Kevin A. Smith |
| GIBSON, DUNN & CRUTCHER LLP | QUINN EMANUEL URQUHART |
| 1881 Page Mill Road | & SULLIVAN, LLP |
| Palo Alto, California 94304-1211 | 50 California Street, 22nd Floor |
| Telephone: (650) 849-5300 | San Francisco, California 94111 |
| Facsimile: (650) 849-5333 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| Michael A. Jacobs | Kevin P.B. Johnson |
| Richard S.J. Hung | Victoria F. Maroulis |
| MORRISON & FOERSTER LLP | Todd Briggs |
| 425 Market Street | QUINN EMANUEL URQUHART |
| San Francisco, California 94105 | & SULLIVAN, LLP |
| Telephone: ( 415) 268-7000 | 555 Twin Dolphin Drive, 5th Floor |
| Facsimile: (415) 268-7522 | Redwood Shores, California 94065 |
| | Telephone: (650) 801-5000 |
| | Facsimile: (650) 801-5100 |
| Mark D. Selwyn | William C. Price |
| WILMER CUTLER PICKERING HALE | Michael L. Fazio |
| AND DORR LLP | QUINN EMANUEL URQUHART |
| 950 Page Mill Road | & SULLIVAN, LLP |
| Palo Alto, California 94304 | 865 South Figueroa Street, 10th Floor |
| Telephone: (650) 858-6000 | Los Angeles, California 90017-2543 |
| Facsimile: (650) 858-6100 | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| William F. Lee | John Caracappa |
| WILMER CUTLER PICKERING HALE | STEPTOE & JOHNSON, LLP |
| AND DORR LLP | 1330 Connecticut Avenue, NW |
| 60 State Street | Washington, D.C. 20036 |
| Boston, Massachusetts 02109 | Telephone: (202) 429-6267 |
| Telephone: (617) 526-6000 | Facsimile: (202) 429-3902 |
| Facsimile: (617) 526-5000 | *Attorneys for Samsung Electronics Co., Ltd.,* |
| *Attorneys for Plaintiff and* | *Samsung Electronics America, Inc., and* |
| *Counterclaim-Defendant Apple Inc.* | *Samsung Telecommunications America, LLC* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January ___, 2013     By: _____
                                 Honorable Paul S. Grewal
                                 United States Magistrate Judge

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that H. Mark Lyon and Todd Briggs have concurred in this filing.

Dated: January 15, 2013                                         */s/ Victoria F. Maroulis*
                                                                                 Victoria F. Maroulis

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.4, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: January 15, 2013                                         */s/ Victoria F. Maroulis*
                                                                                 Victoria F. Maroulis