[Counsel Listed On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | 12-cv-00630 LHK<br>CASE NO. <s>11-cv-01846-LHK</s><br><br>**JOINT STIPULATION AND [<s>PROPOSED</s>] ORDER REGARDING MOTIONS TO AMEND INFRINGEMENT CONTENTIONS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>  Counterclaim-Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant | |

The parties, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action (the "Litigation") against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the parties" and individually each a "Party") on February 8, 2012;

WHEREAS, on May 2, 2012, the Court entered a Minute Order and Case Management Order (Dkt. 160);

WHEREAS, on June 15, 2012, the parties served infringement contentions pursuant to Patent Local Rule 3-1;

WHEREAS, on October 1, 2012, Samsung moved for leave to amend its infringement contentions to assert infringement by the iPhone 5 (Dkt. 267), and on October 5, 2012, Apple moved for leave to amend its infringement contentions to assert infringement by the Galaxy Note 10.1, among other changes (Dkt. 269);

WHEREAS, on November 15, 2012, the Court granted Samsung's and Apple's motions for leave to amend infringement contentions (Dkt. 302);

WHEREAS, on November 19, 2012, Samsung served amended infringement contentions asserting infringement by the iPod touch (5th Generation), iPad (4th Generation), and the iPad mini, among other changes, and on November 21, 2012, moved for leave to so amend its contentions (Dkt. 304);

WHEREAS, on November 23, 2012, Apple moved for leave to amend its infringement contentions to assert infringement against (1) the Galaxy S III running the Android Jelly Bean operating system, (2) the Galaxy Note II, (3) the Galaxy Tab 8.9 running Ice Cream Sandwich, (4) the Galaxy Tab 2 10.1, (5) the Rugby Pro, and (6) the Galaxy S III Mini, and to correct typographical errors (Dkt. 306);

-1-

12-cv-00630 LHK
Case No. 11-cv-01846-LHK
JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING MOTIONS TO AMEND INFRINGEMENT CONTENTIONS

1  WHEREAS, Samsung represents that it is not making, using, selling, offering to sell or
2  importing the Galaxy S III Mini into the United States, has not done so in the past, and that there
3  are no immediate plans to release the Galaxy S III Mini in the United States;

4  WHEREAS, the parties have met and conferred to reach agreement regarding their
5  respective motions to amend their infringement contentions.

6  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties as
7  follows:

8  1.  Apple does not oppose the relief sought by Samsung in its motion for leave to
9  amend infringement contentions (Dkt. 304) and Samsung may amend its infringement contentions
10  accordingly.

11  2.  Apple withdraws from its motion for leave to amend infringement contentions
12  (Dkt. 306) its request to assert infringement against the Galaxy S III Mini.  This withdrawal is
13  without prejudice to Apple's right to move to assert infringement against the Galaxy S III Mini
14  should Samsung make, use, sell, offer to sell, or import the Galaxy S III Mini into the United
15  States.

16  3.  Samsung does not oppose the remaining relief sought by Apple in its motion for
17  leave to amend infringement contentions (Dkt. 306) and Apple may amend its infringement
18  contentions accordingly.

19  **IT IS SO STIPULATED.**

20
21
22
23
24
25
26
27
28

-2-

12-cv-00630 LHK
Case No. ~~11-cv-01846-LHK~~
JOINT STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING MOTIONS TO AMEND INFRINGEMENT CONTENTIONS

1

2  Dated: January 15, 2013                              Respectfully submitted,

3

4     */s/ H. Mark Lyon [[with permission]]*              */s/ Todd Briggs [[with permission]]*

5  Josh A. Krevitt                                       Charles K. Verhoeven
   H. Mark Lyon                                          Kevin A. Smith
6  GIBSON, DUNN & CRUTCHER LLP                           QUINN EMANUEL URQUHART
   1881 Page Mill Road                                   & SULLIVAN, LLP
7  Palo Alto, California 94304-1211                      50 California Street, 22nd Floor
   Telephone: (650) 849-5300                             San Francisco, California 94111
8  Facsimile: (650) 849-5333                             Telephone: (415) 875-6600
                                                         Facsimile: (415) 875-6700
9

10 Michael A. Jacobs                                     Kevin P.B. Johnson
   Richard S.J. Hung                                     Victoria F. Maroulis
11 MORRISON & FOERSTER LLP                               Todd Briggs
   425 Market Street                                     QUINN EMANUEL URQUHART
12 San Francisco, California 94105                       & SULLIVAN, LLP
   Telephone: ( 415) 268-7000                            555 Twin Dolphin Drive, 5th Floor
13 Facsimile: (415) 268-7522                             Redwood Shores, California 94065
                                                         Telephone: (650) 801-5000
14                                                       Facsimile: (650) 801-5100

15
   Mark D. Selwyn                                        William C. Price
16 WILMER CUTLER PICKERING HALE                          Michael L. Fazio
   AND DORR LLP                                          QUINN EMANUEL URQUHART
17 950 Page Mill Road                                    & SULLIVAN, LLP
   Palo Alto, California 94304                           865 South Figueroa Street, 10th Floor
18 Telephone: (650) 858-6000                             Los Angeles, California 90017-2543
19 Facsimile: (650) 858-6100                             Telephone: (213) 443-3000
                                                         Facsimile: (213) 443-3100
20
   William F. Lee                                        John Caracappa
21 WILMER CUTLER PICKERING HALE                          STEPTOE & JOHNSON, LLP
   AND DORR LLP                                          1330 Connecticut Avenue, NW
22 60 State Street                                       Washington, D.C. 20036
   Boston, Massachusetts 02109                           Telephone: (202) 429-6267
23 Telephone: (617) 526-6000                             Facsimile: (202) 429-3902
24 Facsimile: (617) 526-5000                             *Attorneys for Samsung Electronics Co., Ltd.,*
   *Attorneys for Plaintiff and*                         *Samsung Electronics America, Inc., and*
25 *Counterclaim-Defendant Apple Inc.*                   *Samsung Telecommunications America, LLC*

26

27

28

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 16, 2013        By: _____
                                    Honorable Paul S. Grewal
                                    United States Magistrate Judge

-4-

12-cv-00630 LHK
Case No. 11-cv-01846-LHK
JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING MOTIONS TO AMEND INFRINGEMENT CONTENTIONS

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that H. Mark Lyon and Todd Briggs have concurred in this filing.

Dated: January 15, 2013                               _____/s/ Victoria F. Maroulis_____
                                                                              Victoria F. Maroulis

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.4, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: January 15, 2013                               _____/s/ Victoria F. Maroulis_____
                                                                              Victoria F. Maroulis

-5-

12-cv-00630 LHK
Case No. ~~11-cv-01846-LHK~~
JOINT STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING MOTIONS TO AMEND INFRINGEMENT CONTENTIONS