1  JOSH A. KREVITT (CA SBN 208552)        WILLIAM F. LEE (pro hac vice)
   jkrevitt@gibsondunn.com                william.lee@wilmerhale.com
2  H. MARK LYON (CA SBN 162061)           WILMER CUTLER PICKERING
   mlyon@gibsondunn.com                   HALE AND DORR LLP
3  GIBSON, DUNN & CRUTCHER LLP            60 State Street
   1881 Page Mill Road                    Boston, MA 02109
4  Palo Alto, CA  94304-1211              Telephone: (617) 526-6000
   Telephone:     (650) 849-5300          Facsimile: (617) 526-5000
5  Facsimile: (650) 849-5333

6  MICHAEL A. JACOBS (CA SBN 111664)      MARK D. SELWYN (CA SBN 244180)
   mjacobs@mofo.com                       mark.selwyn@wilmerhale.com
7  RICHARD S.J. HUNG (CA SBN 197425)      WILMER CUTLER PICKERING
   rhung@mofo.com                         HALE AND DORR LLP
8  MORRISON & FOERSTER LLP                950 Page Mill Road
   425 Market Street                      Palo Alto, CA 94304
9  San Francisco, CA  94105-2482          Telephone: (650) 858-6000
   Telephone: (415) 268-7000              Facsimile: (650) 858-6100
10 Facsimile: (415) 268-7522

11 Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.

12                      UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
13                          SAN JOSE DIVISION

14 | APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK (PSG) |

15 | Plaintiff, | |
   | | DECLARATION OF PETER J. KOLOVOS |
16 | v. | IN SUPPORT OF APPLE INC.'S |
   | | RESPONSIVE CLAIM CONSTRUCTION |
17 | SAMSUNG ELECTRONICS CO., LTD., a | BRIEF PURSUANT TO PATENT LOCAL |
   | Korean corporation; SAMSUNG ELECTRONICS | RULE 4-5 |
18 | AMERICA, INC., a New York corporation; and | |
   | SAMSUNG TELECOMMUNICATIONS | |
19 | AMERICA, LLC, a Delaware limited liability | |
   | company, | |
20 | Defendants. | |

21 | SAMSUNG ELECTRONICS CO., LTD., a | |
   | Korean corporation; SAMSUNG ELECTRONICS | |
22 | AMERICA, INC., a New York corporation; and | |
   | SAMSUNG TELECOMMUNICATIONS | |
23 | AMERICA, LLC, a Delaware limited liability | |
   | company, | |
24 | Counterclaim-Plaintiffs, | |

25 | v. | |

26 | APPLE INC., a California corporation, | |
   | Counterclaim-Defendant. | |

27

28

1    I, Peter J. Kolovos, declare as follows:

2        1.      I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel

3    for Apple Inc. ("Apple") in the above-referenced litigation.  I am licensed to practice law in the

4    Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action.  I am familiar

5    with the facts set forth herein, and, if called as a witness, I could and would testify competently to

6    those facts.

7        2.      Attached as **Exhibit 1** is a true and correct copy of the ARQ ZONE User Manual,

8    V0.8 by ReQuest Multimedia.

9        3.      Attached as **Exhibit 2** is a true and correct copy of excerpts from the 2003 edition of

10   *Practical Home Theater: A Guide to Video and Audio Systems* by Mark Fleischmann.

11       4.      Attached as **Exhibit 3** is a true and correct copy of an excerpt from *Home Theater for*

12   *Dummies* by Danny Briere and Pat Hurley.

13       5.      Attached as **Exhibit 4** is a true and correct copy of an Office Action by the United

14   States Patent and Trademark Office dated August 2, 1995 from the file history of United States Patent

15   No. 5,579,239.

16       6.      Attached as **Exhibit 5** is a true and correct copy of "Amendment and Response to the

17   Office Action Dated August 2, 1995" from the file history of United States Patent No. 5,579,239.

18       7.      Attached as **Exhibit 6** is a true and correct copy of "Affidavit Under 37 CFR §1.131"

19   from the file history of United States Patent No. 5,579,239.

20

21   Dated:  January 25, 2013                          */s/ Peter J. Kolovos*
                                                           Peter J. Kolovos

22

23

24

25

26

27

28

1

**GENERAL ORDER 45 ATTESTATION**

2

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this

3

declaration.  In compliance with General Order 45(X)(B), I hereby attest that Peter J. Kolovos has

4

concurred in this filing.

5

6

Dated:  January 25, 2013                                  */s/ Mark. D. Selwyn*
                                                                              Mark D. Selwyn

7

8

9

**CERTIFICATE OF SERVICE**

10

I hereby certify that a true and correct copy of the above and foregoing document has been

11

served on January 25, 2013 to all counsel of record who are deemed to have consented to electronic

12

service via the Court's CM/ECF system per Civil Local Rule 5.4.

13

14

Dated:  January 25, 2013                                  */s/ Mark. D. Selwyn*
                                                                              Mark D. Selwyn

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 12-cv-00630-LHK (PSG)                  -3-            Declaration of Peter J. Kolovos