# EXHIBIT 1

# ARQ ZONE



## User Manual V0.8

**ReQuest**
MULTIMEDIA

CARTERNDCA630-00000008

**ARQ ZONE** User Manual v0.8

## Initial Requirements:
There are some initial requirements for setting up a zone unit.
- ARQ PRO unit (any size HD)
- 1.5.0 (or higher) Firmware update (CD ROM format) for ARQ PRO unit (included with ZONE)
- USB keyboard (not necessary but nice)
- IR "Dinky Link" receiver (not necessary but nice)
- **Monitor** (VGA or TV) (strongly recommended)
- **PC** running Hyperterminal
- Networking Equipment (Router or Switch)

## What's included with ARQ ZONE:
- Audio
- Composite + S-Video TV
- Ethernet Patch Cable         (Grey)       (ARQ->Hub)
- Ethernet Crossover Cable     (Red)        (ARQ -> PC)
- Serial Female-to-Female Configuration Cable
- Serial RS-232 Female-to-Male Home Automation Control cable
- Power cable
- Feet
- Removable Hard Drive keys (important to keep these with ARQ ZONE)

## Getting Started:
There are a couple different ways to set up an ARQ ZONE:
1. Front serial port
   - **Chapter 1:** Configure network and Netsync settings by connecting a PC to the ARQ ZONE using the included serial cable.
2. USB Keyboard + Monitor
   - **Chapter 2:** Navigate through our user interface to set up the ARQ ZONE. Requires a USB Keyboard.
3. IR Remote + Monitor
   - **Chapter 3:** Navigate through user interface using IR remote. Requires a Xantech "Dinky Link" IR receiver.
4. Configure Netsync Setting with Monitor – **Chapter 4**
5. Using Netsync – **Chapter 5**
6. Removable Hard Drive Usage – **Chapter 6**
7. Hardware Connections – **Chapter 7**

ReQuest Multimedia

CARTERNDCA630-00000009

**ARQ ZONE** User Manual v0.8

## Differences in AudioReQuest Pro and ARQ Zone

The AudioReQuest Pro is the main unit to encode, organize, and edit your music collection. The ARQ Zone is a modular, scalable add-on to the AudioReQuest Pro that synchronizes not only the music, but also any playlists, edits, and deletions. This enables you to make any changes and playlists once and have it applied for every ARQ Zone. In addition it prevents any confusion of having different ARQ Zones containing inconsistent song and playlist information. Below is a list of changes between the AudioReQuest Pro server and the ARQ Zone:

   a. No CD Drive
   b. No encoding or Line-In Recording
   c. No playlist creation or editing
   d. No song, artist, album editing or deleting
   e. No Network Sharing
   f. No Parallel Connection
   g. No PC Transfer (PC Remote does work)
   h. No LCD

## References

Please refer to www.request.com/linto/dealerdocs.html for the latest documents.

For general playback, navigation, and usage of an AudioReQuest:
**AudioReQuest Pro User Manual**

For installation in a home network, integrating with control systems, and control protocols:
**AudioReQuest Installation Guides**

*Copyright © 2001 ReQuest, Inc. All rights reserved. Printed in the USA.*
*REQ-20011014-01—00050*

*ReQuest, ReQuest Multimedia, ReQuest Multimedia logo, AudioReQuest Pro, ARQ Zone, Netsync, AudioReQuest, AudioReQuest logo, and Digital Music System are trademarks of ReQuest, Inc. 1999,2000, 2001. All rights reserved. ReQuest Inc., 435 2nd Ave, Troy, NY 12182.*

# ARQ ZONE User Manual v0.8

## Chapter 1: Network Configuration

# Using a laptop/PC (if there is no Monitor or TV available)

**NOTE**: *When any setting are changed, logoff the terminal, wait 10 seconds and cycle the power on the ARQ Zone.*

**Connecting a laptop/PC to the front configuration port of the ARQ Zone**

      i. Remove the front plate of the ARQ Zone by unscrewing the fastners.
     ii. Connect to the configuration port of the ARQ Zone using the supplied female-to-female serial cable to an available COM port on your computer.
    iii. Run a terminal program, such as Hyper Terminal included in Windows. With Hyper Terminal, start a new connection called ARQ and hit enter.



    iv. Change the "Connect Using" to "Direct to ComX" where X is the COM port you connected the serial cable to your computer.



ReQuest Multimedia

CARTERNDCA630-00000011

**ARQ ZONE** User Manual v0.8

v. Set the Port settings with the following configuration:
1. 1200 baud
2. 8 Data Bits
3. Parity: None
4. Stop bits: 1
5. Flow Control: None



vi. Type in "login", and a menu is displayed.



ReQuest Multimedia

**ARQ ZONE** User Manual v0.8

**Setting up Ethernet Networking -** Press 1 to get to the Network Settings Menu

### 1. Enable Network
Press 1 on the Network Settings Menu. Press 0 to disable, 1 to enable. By default the network is Enabled.

### 2. Set Zone IP Address



#### a. DHCP (Automatic IP)
If you have a DHCP server in a gateway/router, you may want to automatically set an IP by enabling DHCP. If you use a TCP/IP control system such as Crestron or AMX, you need to enter a static IP address and Subnet Mask to control each ARQ Zone.
To enable DHCP – Press 5 on the Network Settings menu and 1 to enable. It will automatically enter an IP address and subnet mask if there is a DHCP server available.

#### b. Static IP:
1. Enter static IP Address – Enter the IP address in xxx.xxx.xxx.xxx (e.g. 192.168.1.100) Press escape to cancel.
2. Enter Subnet Mask Address – Enter the IP address in xxx.xxx.xxx.xxx (e.g. 255.255.255.0) Press escape to cancel.

ReQuest Multimedia

CARTERNDCA630-00000013

**ARQ ZONE** User Manual v0.8

### 3. Set the "Master" Pro IP Address

You will need to enter the Master Pro IP, which is the IP address of the main AudioReQuest Pro that holds the music and playlist collection. To find the Master Pro IP address, go to the main AudioReQuest Pro's Menu, Settings, Network Configuration and write down the IP address. Note: It is highly recommended to use a static IP address for the AudioReQuest Pro in order for ARQ Zones to maintain their link with the Pro.

On the ARQ Zone's Network Setting Menu, hit 4 and then enter the IP address in xxx.xxx.xxx.xxx (e.g. 192.168.1.25) Press escape to cancel.



Network Settings on the main AudioReQuest Pro

### 4. Enter ARQ Name

Enter a unique name for each Zone such as Bedroom, Bob, ZoneOne, etc.

ReQuest Multimedia

**ARQ ZONE** User Manual v0.8

Setting up Netsync - Press 2 on the Main Menu to get to the SYNC Settings Menu



**Auto** – Pressing 1 the ARQ Zone will use the settings set on the AudioReQuest Pro. (See Sync Settings on the AudioReQuest Pro).

**Backup** – Press 2. Synchronization initiated by the ARQ Zone with an Interval of days. ARQ Zones can be set up to be a dedicated backup system. To set the interval, enter the number of days between intervals and then enter.

**No Automatic Sync** – Press 3 to turn off automatic synching to the Pro.

**Set TV Mode** – Press 3 on the Main Menu. Set between NTSC (US and Japan) and PAL (Europe) modes. By default it is set to NTSC.

**Get Setting** – Press 8 on the Main Menu to get current settings.]



ReQuest Multimedia

**ARQ ZONE** User Manual v0.8

## Chapter 2: Network Configuration
### Using a Video Screen and USB Keyboard

1. Press F3 on the keyboard to go to the menu.
2. Go to Settings->Ethernet
3. If you have a DHCP server in a gateway/router, you may want to automatically set an IP by enabling DHCP. Re-enter the Network configuration screen to see the IP Address that was assigned to the Zone. If you use a TCP/IP control system such as Crestron or AMX, you need to enter a static IP address and Subnet Mask to control each ARQ Zone.
4. For static IP addresses, enter the IP address, Subnet Mask, and Master Pro IP address using the Home/End keys to increment/decrement the value by 10 and Page Up/Page Down to increment/decrement the value by 1. Each IP address has 4 numbers.
5. You will need to enter the Master Pro IP, which is the IP address of the main AudioReQuest Pro that holds the music and playlist collection. To find the Master Pro IP address, go to Menu, Settings, and Network Configuration on the Pro and write down the IP address.
6. Enter a name for the Zone, such as AudioReQuest1, Zone 1 or Living Room, etc.



Zone GUI Network Configuration

ReQuest Multimedia

CARTERNDCA630-00000016

**ARQ ZONE** User Manual v0.8

## Chapter 3: Network Configuration
Using a Video Screen and IR

1. Attach an IR receiver (Xantech Dinky Link) to the unit's mini-jack in the rear.
2. Use the ARQ Pro remote control.
3. Go to Settings/Ethernet
4. Enter the IP address, Subnet Mask, and Master Pro IP address using the Volume buttons to increment/decrement the value by 10 and Jump buttons to increment/decrement the value by 1.  Each IP address has 4 numbers.
5. Enter a name for the Zone, such as Zone 1 or Living Room.

## Chapter 4: Netsync Configuration
Using a Video Screen

**NetSync Settings on the AudioReQuest Pro (Using Video Screen)**

To enable syncing on an AudioReQuest Pro to any number of ARQ Zones, go to Menu, and then Netsync settings.  Enable Zone Synch Settings by pressing Enter over the check box. Press right, and enter the Synch Interval time using the Volume buttons on the remote (Home/End on the keyboard) to increment/decrement the value by 10 and Jump (Page Up/Down on the keyboard) buttons to increment/decrement the value by 1.

Note: The Master Sync settings (Pro-to-Pro Synching) do not function at this time and will be implemented with a future software update.



ReQuest Multimedia

CARTERNDCA630-00000017

**ARQ ZONE**  User Manual v0.8

**NetSync Setting on the ARQ Zone (Using Video Screen)**
Go to Menu, Netsync Settings, and then Sync Settings.

**Auto** - By default it will use the settings set on the AudioReQuest Pro. (See Sync Settings on the AudioReQuest Pro).

**Backup** – Synchronization initiated by the ARQ Zone with an Interval of days.  ARQ Zones can be set up to be a dedicated backup system.  To set the interval, press right, and enter the Synch Interval time using the Volume buttons on the remote (Home/End on the keyboard) to increment/decrement the value by 10 and Jump (Page Up/Down on the keyboard) buttons to increment/decrement the value by 1.

**No Automatic Sync** – Turns off automatic synching to the Pro.



ReQuest Multimedia

CARTERNDCA630-00000018

**ARQ ZONE**  User Manual v0.8

## Chapter 5: Netsync

Netsync is the process where every ARQ Zone synchronizes the entire music collection, playlists, edits, additions, and deletions from the AudioReQuest Pro to be stored on its local removable hard drive. This allows the ARQ Zone to be a completely independent source with its own discrete audio, GUI, and control interface. There are two ways to initiate a Netsync, either manually from the Zone or automatically based on an interval from the main AudioReQuest Pro.

**Begin Sync Now (Manual Sync)**
Go to Menu, Netsync Setting, and then Begin Sync Now to initiate a Netsync now.

**Automatic Sync**
If the ARQ Zone is configured for Automatic Syncing, then all the Zones will initiate a Netsync at the interval specified on the AudioReQuest Pro.

**What Happens in a NetSync**

**NOTE:** *Netsync slows down to* **10%** *while music is playing on the ARQ Zone. It is recommended for the initial and large Netsyncs to stop the music on the ARQ Zone.*

1. **First NetSync to a new Pro**
   a) Synch status displayed on TV
   b) Synch Status LED on the front panel changes to red.
   c) Music on the Zone that is not on the Pro is deleted.
   d) Music and Playlists from the Pro are copied on the Zone.
   e) When completed, the Status LED changes to green.
2. **Incremental Synchs**
   a) Synch Status LED on the front panel changes to red.
   b) Deleted Songs on Pro gets deleted on Zone.
   c) New songs on the Pro gets added.
   d) Changes in Playlists and song info edits get passed.

**Multiple Zones**
The AudioReQuest Netsync system is a scalable system that allows any number of ARQ Zones to connect to an AudioReQuest Pro. Note only one ARQ Zone synchronizes with a Pro at a time. If a manual synch is initiated through an ARQ Zone while the Pro is synching with another ARQ Zone, then an error message will be displayed.

**ARQ ZONE**  User Manual v0.8

## Chapter 6: Using the Removable Hard Drive

The ARQ Zone has its own hard drive, which is removable. This can be used to bring music to other locations that are not accessible to Netsync and the Internet. Also in the event of a hard drive failure, the drive can be easily replaced and then the unit will resynchronize from the AudioReQuest Pro. In addition, if the music collection grows to fill the hard drive capacity, the drive can be upgraded as higher capacities become available.



a. To remove the hard drive, first remove the front panel of the ARQ Zone by unscrewing the front latches with your fingers.
b. Turn off the system with the power button on the right side.
c. Using the supplied key, unlock the drive bay.
d. Remove the drive.
e. To replace the drive, slide in the drive until it clicks into place.
f. Using the supplied key, lock the drive bay.
g. Power up the system.

If the replacement drive is new or from a different AudioReQuest Pro master and the system is set for automatic synching, then it will perform a Netsync with the AudioReQuest Pro on its own.

# ARQ ZONE User Manual v0.8

## Chapter 7 – Hardware Connections



### a) Back Panel

- 110V/220V, 50/60 Hz Power Connector
- Stereo Analog Audio Outputs
- Composite TV Out
- USB
- VGA Output
- Digital Audio Optical Toshlink Output
- S-Video TV Out
- RJ-45 10/100 Mb/s Ethernet
- RS-232 Serial Port
- Digital Audio Coaxial Output
- IR Input 2.5 mm Jack

### b) Front Panel

- Power LED
- USB Keyboard port
- Hard Drive Bay keylock
- Power Switch
- Status LED
- Configuration Port
- Hard Drive Power LED
- Reset Button
- Removable Hard Drive Bay
- Hard Drive Status LED



ReQuest Multimedia

CARTERNDCA630-00000021