# EXHIBIT 2



APL630DEF-WH-A0000005744

# Practical Home Theater

## A Guide to Video and Audio Systems

### 2003 EDITION

by Mark Fleischmann

APL630DEF-WH-A0000005745

© 2002 Mark Fleischmann. All rights reserved.

No part of this book may be reproduced, stored in a retrieval system, or transmitted by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the author.

ISBN: 0-7596-6422-6 (electronic)
ISBN: 0-7596-6423-4 (softcover)
ISBN: 0-7596-6424-2 (hardcover)

This book is printed on acid free paper.

1stBooks – rev. 09/20/02

APL630DEF-WH-A0000005746

there's a stereo audio output as well, possibly labeled "tape loop" (see below). Most receivers provide more of these than you'll need, but if you've got a rack full of legacy formats, make sure you have enough.

Most receivers convert signals entering through their analog inputs to digital. If you're plugging in a CD player or other digital device, that means the signal goes through the CD player's digital-to-analog converter, then through the receiver's analog-to-digital converter. In this situation, use a digital connection between CD player and receiver to bypass those unnecessary D/A and A/D stages – you'll get cleaner sound.

A few of the very best receivers do not digitize analog signals in this manner. Such receivers will sound better with any device that has a good-sounding analog output (including better-than-average CD players).

If you listen a lot to the radio, your receiver may well have **AM/FM** antenna inputs, but they lead to a barebones chip-based tuner that won't be sensitive enough to pull in far-off stations. You might either add an outboard AM/FM tuner to your system or graduate to surround separates including a good tuner/preamp. Anything lacking AM/FM and phono capability is classified as an **integrated amplifier** or something other than a receiver.

Many receivers provide two sets of **speaker outputs** labeled **A** and **B** for the front left and right channels. The B set parallels the A set; either may be used for a stereo speaker set or as part of a surround set. **Binding post** terminals provides a more secure and better-sounding connection than **wire clips**.

Higher-end receivers and pre-pros may have **multi-room** (or **multi-zone**) **outputs** – basically a second set of stereo speaker-level outputs to feed a system in another room. High-end pre-pros may even have **multi-room/multi-source outputs,** which can process two different sound sources for two rooms. One family member could sit in the livingroom watching a DVD while another sits in a nearby bedroom listening to a CD.

The **subwoofer** output, called **LFE** (low frequency effects) in Dolby Digital, is usually a single RCA-type jack. The sub may have stereo inputs, but feeding just one of them is fine – the sub doesn't need a stereo signal. (The other method of connecting a sub is to go from the front left/right speaker outputs, through the sub's speaker-level ins and outs, to the speakers. This will make use of the sub's **high pass** filter – in other words, the sub strip will out the low sounds for its own use and send the rest of the signal to the main speakers.)

A receiver's **headphone output** will usually be the **1/4-inch** type that accepts what used to be called a phone plug (visualize an early 20th

77

APL630DEF-WH-A0000005833

**DTS (Digital Theater Systems):** Alternative encode/decode format for surround sound in home theaters and movie theaters. Used on some DVD and CD releases. Competitor of Dolby Digital.

**DVI-HDCP:** Digital Video Interface with High-Definition Copy Protection, heavily supported by Hollywood, and one of two copy-prevention schemes used in a limited number of DTVs and set-top boxes.

**F-connector:** Plug found at the tips of the RF cables used for cable TV and other video delivery sources.

**Fixed output:** An audio output whose signal cannot be adjusted by the volume control. The opposite of *variable*.

**Front-panel inputs:** Jacks located on front of TV or other product, convenient for camcorder or videogame connections.

**IEEE 1394:** Generic designation for the high-speed digital connector known under such proprietary names as Apple's *FireWire* and Sony's *iLink*. Named for the Institute of Electrical and Electronics Engineers, which originated it, plus the document that contains its specifications. *DTV Link* is an IEEE 1394 interface with DTCP copy-prevention features.

**Impedance:** The load that a speaker presents to the amplifier – in other words, its resistance to current. *Nominal impedance* is the specified number, though in practice impedance varies with the signal, and routinely drops below that number. *Characteristic impedance* relates to cables.

**Line level:** The standard range of signal voltages used by DVD players, VCRs, CD players, and many other home theater system components.

**Monitor output:** On surround receiver or preamp-processor, a component video, S-video, or composite video output feeding a video display.

**MTS:** Multi-channel Television Sound, the official name of the standard for stereo television broadcasting, invented by Zenith. Usually includes dbx noise reduction and always accompanies SAP (Second Audio Program).

**Multi-room:** Audio system serving more than one room. Also called *multi-zone*.

167

APL630DEF-WH-A0000005923