# EXHIBIT 3

A complete guide for setting up a top-notch home theater system

# Home Theater FOR DUMMIES

Breaks down home theater design into simple steps

A Reference for the Rest of Us!

FREE eTips at dummies.com

**Danny Briere**
**Pat Hurley**
Authors of Smart Homes For Dummies, 2nd Edition

APL630DEF-WH-A0000005414



# Home Theater FOR DUMMIES

by Danny Briere and Pat Hurley



Wiley Publishing, Inc.

APL630DEF-WH-A0000005417

**Home Theater For Dummies®**

Published by
**Wiley Publishing, Inc.**
909 Third Avenue
New York, NY 10022
www.wiley.com

Copyright © 2003 by Wiley Publishing, Inc., Indianapolis, Indiana

Published by Wiley Publishing, Inc., Indianapolis, Indiana

Published simultaneously in Canada

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8700. Requests to the Publisher for permission should be addressed to the Legal Department, Wiley Publishing, Inc., 10475 Crosspoint Blvd., Indianapolis, IN 46256, (317) 572-3447, fax (317) 572-4447, e-mail: permcoordinator@wiley.com.

**Trademarks:** Wiley, the Wiley Publishing logo, For Dummies, the Dummies Man logo, A Reference for the Rest of Us!, The Dummies Way, Dummies Daily, The Fun and Easy Way, Dummies.com and related trade dress are trademarks or registered trademarks of Wiley Publishing, Inc., in the United States and other countries, and may not be used without written permission. All other trademarks are the property of their respective owners. Wiley Publishing, Inc., is not associated with any product or vendor mentioned in this book.

**LIMIT OF LIABILITY/DISCLAIMER OF WARRANTY: WHILE THE PUBLISHER AND AUTHOR HAVE USED THEIR BEST EFFORTS IN PREPARING THIS BOOK, THEY MAKE NO REPRESENTATIONS OR WARRANTIES WITH RESPECT TO THE ACCURACY OR COMPLETENESS OF THE CONTENTS OF THIS BOOK AND SPECIFICALLY DISCLAIM ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NO WARRANTY MAY BE CREATED OR EXTENDED BY SALES REPRESENTATIVES OR WRITTEN SALES MATERIALS. THE ADVICE AND STRATEGIES CONTAINED HEREIN MAY NOT BE SUITABLE FOR YOUR SITUATION. YOU SHOULD CONSULT WITH A PROFESSIONAL WHERE APPROPRIATE. NEITHER THE PUBLISHER NOR AUTHOR SHALL BE LIABLE FOR ANY LOSS OF PROFIT OR ANY OTHER COMMERCIAL DAMAGES, INCLUDING BUT NOT LIMITED TO SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR OTHER DAMAGES. FULFILLMENT OF EACH COUPON OFFER IS THE SOLE RESPONSIBILITY OF THE OFFEROR.**

For general information on our other products and services or to obtain technical support, please contact our Customer Care Department within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993, or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

Library of Congress Control Number: 2002114820

ISBN: 0-7645-1801-1

Manufactured in the United States of America

10  9  8  7  6  5  4  3

1B/SW/QT/QT/IN

 is a trademark of Wiley Publishing, Inc.

ld state how many speakers are
e system is tested. Preferably, all
ously at the stated power. Some
stereo mode (with only the front
, which means that the power
is less than the stated amount.

### power you need

our receiver? Well, we're going
s." Which speakers you choose
akers have different *sensitivities,*
en a certain amount of power.
ow many decibels they produce
istance from the speaker.) A
s amplification to reach the

of your home theater and how
vies and music. If you want to
f you have a room the size of
eiver that can pump out 150
ively sensitive speakers, a mod-
t plan on testing the thickness of
music, then a receiver with 70
o the trick. We think that
channel (honestly measured)
ome theater.

a receiver) make their power
amplifiers used vacuum tubes,
l amps still use tubes because
r sound.) Inexpensive receivers
h provides the power-generating
els on a single chip. Better
tput transistors — separate
ally, you get more power and
1.

### st of the house

rticularly when you start hitting
clude a *multizone* functionality.
trol your home theater, but also
ur house. A multizone receiver
he whole home theater path.

The simplest multizone receivers have a pair of stereo audio outputs (not speaker connectors or amplifier channels, just outputs). These outputs enable you to run an audio cable to another room and connect to a separate amplifier and speakers in that room (or to a pair of *active* speakers that have a built-in amplifier). The key feature to look for here is that this second zone is truly a second zone. That is to say, the receiver lets you send a *different* audio source to the second room, not just the one you are playing in the home theater. So the kids can listen to Barney the dinosaur sing, "I love you," in the den, while you watch *Memento* in the home theater.

As you get into more sophisticated systems, you can find receivers with extra built-in amplifiers (so you don't need an amp in the extra room), and with extra zones (so you can send different audio sources to a third or fourth room). You may even find multizone A/V receivers that send out a composite video signal. With this signal, you can watch the video from a home theater video source elsewhere in the home.

In Chapter 17, we get into more detail about sharing home theater sources throughout the home. If you want to get really sophisticated with a true "every room in the house" system, you might need some more gear (which we discuss in that chapter).

## Having fun with DSPs and decoders

Another key responsibility of the A/V receiver is to decode surround sound formats in your audio and video programming, so that sound can be sent to those six or more speakers in your theater. Two kinds of chips in the receiver handle all this digital magic: the DSP and the DAC.

### Digital Signal Processors

The DSP (or Digital Signal Processor) is the brains of the decoding process. It's a chip that handles all the *steering* of surround sound, sending the right musical signals to the right channels. The DSP also can provide its own soundfield enhancements (though some people hate them and wouldn't use the term *enhancement* to describe them!). These enhancements are called *DSP Modes,* which are modifications to the signal to create delays in the sound. The delays can make your home theater sound like something else — for example, a cathedral or a smoky jazzy club (you have to provide your own smoke).

One feature that DSPs enable (and that we love!) is the ability to *dynamically compress* music and, more importantly, movie soundtracks. Dynamic compression makes the louds less loud and also

APL630DEF-WH-A0000005553