# EXHIBIT 6

02-02-1996 02:33PM FRC CATALANO,ZINGERMAN&ASSOC. TO 2517057 P.02

#7
M.F
2-28-96

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

MITCHAEL C. FREEMAN ET AL

Serial No: 08/198,130

Filed: 02/16/94

For: REMOTE VIDEO TRANSMISSION SYSTEM

Group No: 2414

Examiner: P. Assouad

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO: COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231, ON THE DATE SHOWN.

Date: FEB 2, 1996

Ruth A. Griffith

Commissioner of Patents and Trademarks
Washington, D.C. 20231

Dear Sir:

**AFFIDAVIT UNDER 37 CFR §1.131**

State of Oklahoma    )
                     ) ss.
County of Tulsa      )

We, Mitchael C. Freeman, Richard C. Freeman, Chad Boss, and Michael H. Freeman, being duly sworn, depose and state.

1   We are the co-inventors of claims 1-15 of the patent application identified above.

2   Prior to April 8, 1993, we conceived the idea of an apparatus that, among other things, captures, digitizes, and compresses a high resolution, full motion composite signal; splitting the resultant data file; and transmitting it via telemetric frequencies to a host location for subsequent use.

3   An illustrated description of our invention (copy attached hereto as Exhibit "A") was provided to KFOR-TV in Oklahoma City, Oklahoma prior to April 8, 1993.

02-02-1996 02:34PM   FRC   CATALANO, ZINGERMAN&ASSOC.   TO   2517057   P.03

4. A live demonstration of the invention described in Exhibit "A" was made to KFOR-TV in Oklahoma City, Oklahoma prior to April 8, 1993.

5. Two units which embodied our invention were purchased by KFOR-TV from our licensee Fonet, Inc. and shipped prior to April 8, 1993 as evidenced by KFOR-TV purchase order dated April 5, 1993 (attached hereto as Exhibit "B").

6. An August 16, 1993 article from Electronic Media (Exhibit "C") reports Melissa Klinzing of KFOR-TV as stating, "I took over in March (1993) and at that point Mike said it was perfected and we needed to buy it... we cut a deal and that was that. It's been phenomenal."

7. Also, an article from the May 3, 1994 edition of the Tulsa World (Exhibit "D") describes our invention and its usage by KFOR-TV since April 1993. ("FirstLook Video is being used by television stations across the nation and Canada. KFOR-TV in Oklahoma City has been using the system since last April" [1993]/

FURTHER AFFIANTS SAY NOT.

_____
Mitchael C. Freeman

_____
Richard C. Freeman

_____
Chad Boss

_____
Michael H. Freeman

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 2nd DAY OF February, 1996.

_____
Notary Public
Comm Expires: 12/28/97

SAMNDCA630-00832591

02-02-1996 02:34PM   FR[  CATALANO,ZINGERMAN&ASSOC.   TO        2517057   P.04

## GENERAL DESCRIPTION OF CELLULAR VIDEO TRANSMISSION SYSTEM



The PVII Host/Playback Video unit with NTSC output consists of:

(i) two FONET Host units (PCs) with software
(ii) one monitor
(iii) two or more modems
(iv) two or more dedicated telephone lines

The Remote Video Compression unit consists of:

(i) two or more cellular transceivers with interface
(ii) two or more cellular antennas
(iii) one 9" SVGA monitor
(iv) one 1000 watt DC to AC converter
(v) one camera interface
(vi) one FONET Video System with software

Exhibit "A"

SAMNDCA630-00832592

```
02-22-1996 02:35PM   FRC  CATALANO,ZINGERMAN&ASSOC.   TO        2517057   P.05
KFC    Oklahoma City  TEL-No.4054786205              Apr. 5,93  7:31 P.01
```

**STRONG**
**KFOR·TV**
800 E Britton Rd
P.O. Box 14068
Oklahoma City, OK 73113

PURCHASE ORDER  №  012594

| Vendor | Ship to |
|---|---|
| FONET, Ide. | KFOR-TV |
| 2504 N. Hemlock | 444 E. Britton Rd |
| Broken Arrow, OK 74102 | OKC, OK 73113 |

Date: 4/7/93    Ship via: Best Way    Freight: Prepaid

| Qty | Model / Catalog No. / Description | Account No | Unit Price | Extension |
|---|---|---|---|---|
| 1. 2 | Fonet units (initially) | | | |
| 2. | [2 units later] to include | | | |
| 3. | software, computers, | | | |
| 4. | monitors, cellphones, | | | |
| 5. | modems, inverters, uninterrupted | | | |
| 6. | power source, and on-site | | | |
| 7. | training | | | |
| 8. | | | | |
| 9. | | | | |
| 10. 2 | units later (@ new ??) | | | |

Confirming phone order to: Dick Freeman    on 4/5/93

Received By: _____    Approved By: _____

Exhibit "B"

ELECTRONIC MEDIA *August 16, 1993*

16 **TECHNOLOGY**

# First Video allows risky close-ups of twisters

By DANA BLANKENHORN
Special to ELECTRONIC MEDIA

There may be no tougher shot for a TV news operation than live, or near-live, footage of a tornado on the march.

But while covering a tornado can be risky, in markets such as Oklahoma City, getting a shot of a fast-moving tornado may mean the difference between winning or losing in the ratings.

NBC affiliate KFOR-TV in Oklahoma City has seen the cost of failure, according to news director Melissa Klinzing.

"May is our biggest month for weather, and we traditionally lose the May book," Ms. Klinzing says.

But not this year. By using digital compression, cellular modems, a satellite that can fix the position of a truck within 30 feet, and some brave photographers, KFOR had its strongest May book in years, thanks to its new First Video system.

The First Video system takes teamwork, Ms. Klinzing says. The camera operator has to work closely with the storm chaser to get within a half-mile of the storm and shoot a tape out the window.

The tape is digitized and compressed while the truck is moving.

Then, using two cellular phones with modems, the files are transmitted to the station.

"The computer sits in the front seat. It's about the same size as an airline carry-on, but with a TV monitor," Ms. Klinzing says. "Just plug the camera into the unit, and you can edit the tape frame-by-frame with a mouse. Then transmit it with the cellular system."

After the tape is reassembled from the files and rushed to broadcast, the field team can use the phones to offer live commentary on the storm and where it's heading.

PC Designs of Broken Arrow, Okla., sold KFOR the First Video system, which was designed by its FoNet unit.

According to PC Designs President Dick Freeman, "Each file is different," and phone line conditions can vary, too.

"Using the twin cellular modems, we've sent files as fast as 25,000 bits per second, as slow as 1,200 bits per second," Mr. Freeman says.

The average 15-second file takes two to three minutes to transmit, he says.

Mr. Freeman, whose company's biggest contract to date has been selling computers to California's prison system, is now showing First Video to cellular operators around the country for use in insurance, police work, medicine and other fields.

The files themselves are not typical TV fare, either. They may be as slow as 12 frames per second in black and white.

(Continued on Page 24)

## First Video allows tornado close-ups

(Continued from Page 16)

But their impact can be dramatic, when combined with a live voice from the truck and a system called NewsTracker 4.

NewsTracker 4 is a satellite-based global positioning system, Ms. Klinzing says.

Geographic data is matched with a road map that can pinpoint the truck's location within 30 feet.

"We can say a tornado was on the ground four minutes ago, and say our guys are driving down the road. [Camera operator] Chuck Musgrove can then report live from the truck as the tape plays," using the same cellular phone used to send the tape, Ms. Klinzing says.

But the system is good for more than just chasing tornadoes, she adds.

"We've got it in St. Louis now," she says. "Everyone's fighting for satellite time, so I sent First Video to St. Louis. For two shows it gave us a real good view of the flood, without waiting for satellite time."

Another time, the First Video crew came upon a 15-car accident while it was chasing a storm.

"A farmer had been burning a field and the wind shifted, causing the accident," she says. "We beat the competition by at least two hours on that story."

Ms. Klinzing is quick to disclaim credit for the technology.

Meteorologist Mike Morgan, a technology expert, gets credit for knowing what was possible, while former news director Mark Toney, now at WBBM-TV in Chicago, told Mr. Morgan to look into it.

"I took over in March, and at that point Mike said it was perfected and we needed to buy it," Ms. Klinzing says. "We cut a deal and that was it. It's been phenomenal."#



FoNet™ Presents



1ST LOOK VIDEO™

Contents of this packet, excluding excerpts from *Electronic Media*, the *Tulsa World*, the *Hawaii Star-Bulletin*, *Broadcasting* and *Cable TV/Fax*, and *Communicator* are © 1993, 1994, 1995 FoNet, Inc.

EXHIBIT "C"

SAMNDCA630-00832594

# KOTV Buys Portable Video System

Martin Mitchell
orld Staff Writer

KOTV Channel 6 has acquired innovative system capable of nding complete motion video d audio images via cellular one lines.

FirstLook Video, marketed by C Designs in Broken Arrow, is a volutionary system that allows otographers in the field to intantly send news footage back to e station without the use of miowave technology.

"We are very excited about this cause we can now do what no her system in the Tulsa market in do right now," said KOTV ews Director David Duitch. "We e excited because we feel Jim iles has one more way to alert ewers about the dangerous orms that are approaching."

While KOTV will rely heavily n the system to chase storms, uitch said station personnel will be limited by their imagination" in regards to utilizing the nit.

Duitch said the station should ave the system on-line this eek.

The portable unit — weighing ess than 30 pounds and about the ize of an airline carry-on case — igitizes and compresses the tape efore transmitting the images to ne station through two or more ellular phone lines.

The data then is reassembled nd footage is ready to air in a natter of minutes.

"We found television stations in ompetitive markets were looking for a way to get audio and voice images back to the station quickly," said PC Design Chairman and CEO Richard Freeman. "A majority of our sales have come within the past 60 days."

FirstLook Video is being used by television stations across the nation and Canada. KFOR-TV in Oklahoma City has been using the system since last April.

FirstLook Video allows photographers to capture and send high-resolution, full-motion video that normally would require use of a microwave-satellite truck.

In those fast-breaking situations where a microwave truck isn't in the area, such as automobile accidents, fires or natural disasters, the FirstLook Video system proves an invaluable tool in today's competitive electronic media market," Freeman said.

"It can be used anywhere there is a power source, like a cigarette lighter or boat generator," Freeman said.

Photographers can also edit footage while in the field. The system is capable of storing eight different clips of varying lengths in its database, all of which can be quickly retrieved and edited.

The unit's user friendly menu saves files by using the still image from the first frame of each file. This, Freeman said, allows the user to quickly find the correct footage to edit and transmit to the host unit at the station.

While obvious uses would include disasters and violent weather, Chad Boss, PC Design vice president, said one station in Wisconsin utilized FirstLook to provide updates on high school football games in the area.

"We traveled to three different football games, transmitting the signal from each game on the way to the next," Boss said. "The station would then provide updates between programs."

Freeman believes PC Designs' innovative system is not limited to broadcast media.

The company is working with hospitals in Texas on installing the FirstLook system in emergency vehicles.

Field personnel could film the injured individual and transmit images to the hospital. This would allow medical personnel to better understand the severity of injuries before patients arrive, Freeman said.

The insurance and automobile industry have also shown interest in the system, Freeman added.



World file p

The FirstLook Video unit transmits images to a television station via cellular phone.

Tuesday, May 3, 1994

**TULSA WORLD**

# BUSINESS

EXHIBIT "D"

SAMNDCA630-00832595