QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF VICTORIA MAROULIS IN SUPPORT OF SAMSUNG'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |

02198.51981/5145492.2

Case No. 12-CV-00630-LHK (PSG)
DECLARATION OF VICTORIA MAROULIS IN SUPPORT OF
SAMSUNG'S RESPONSIVE CLAIM CONSTRUCTION BRIEF

<u>DECLARATION OF VICTORIA MAROULIS</u>

I, Victoria Maroulis, declare as follows:

1.     I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.     Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 5,666,502.

3.     Attached hereto as Exhibit 2 are true and correct excerpts from the file history to U.S. Patent No. 5,666,502.

4.     Attached hereto as Exhibit 3 are true and correct excerpts from the deposition of Stephen Capps, taken on December 7, 2012.

5.     Attached hereto as Exhibit 4 are true and correct screen captured images from the videotaped deposition of Stephen Capps, which depict Mr. Capps using the "Find" application in a version of Windows 95.

6.     Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 5,671,446.

7.     Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent No. 5,946,647.

8.     Attached hereto as Exhibit 7 are true and correct excerpts from the file history to U.S. Patent No. 5,946,647.

9.     Attached hereto as Exhibit 8 is a true and correct copy of the claim construction Order, Docket No. 671, issued in *Apple Inc. v. Motorola, Inc.*, No. 11-cv-8540 (N.D. Ill. March 19, 2012).

10.     Attached hereto as Exhibit 9 is a true and correct copy of U.S. Patent No. 7,761,414.

1       11.     Attached hereto as Exhibit 10 are true and correct excerpts from the file history to

2  U.S. Patent No. 7,761,414.

3       12.     Attached hereto as Exhibit 11 is a true and correct copy of the Wikipedia webpage

4  "Athlon 64 X2," http://en.wikipedia.org/wiki/Athlon_64_x2/, downloaded January 24, 2013.

5       13.     Attached hereto as Exhibit 12 are true and correct excerpts from MCGRAW-HILL

6  DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS (6th Ed. 2003).

7       14.     Attached hereto as Exhibit 13 are true and correct excerpts from OXFORD

8  AMERICAN DICTIONARY AND THESAURUS: WITH LANGUAGE GUIDE (Am. Ed. 2003).

9       15.     Attached hereto as Exhibit 14 is a true and correct copy of U.S. Patent No.

10  8,014,760.

11      16.     Attached hereto as Exhibit 15 are true and correct excerpts from the file history to

12  U.S. Patent No. 8,014,760.

13      17.     Attached hereto as Exhibit 16 is a true and correct copy of U.S. Patent No.

14  7,289,614.

15      18.     Attached hereto as Exhibit 17 is a true and correct copy of U.S. Patent Application

16  No. 2006/0281449.

17      19.     Attached hereto as Exhibit 18 is a true and correct copy of U.S. Patent No.

18  7,680,513.

19      20.     Attached hereto as Exhibit 19 is a true and correct copy of U.S. Patent No.

20  6,593,949.

21      21.     Attached hereto as Exhibit 20 is a true and correct copy of the Affidavit of

22  Christopher Butler, with page numbers 20-1 through 20-39 added for clarity.

23      I declare under penalty of perjury that the foregoing is true and correct.  Executed on

24  January 25, 2013, at Redwood Shores, California.

25                                  By   /s/ Victoria F. Maroulis

26                                  Victoria F. Maroulis

27

28

DECLARATION OF VICTORIA MAROULIS IN SUPPORT OF
SAMSUNG'S RESPONSIVE CLAIM CONSTRUCTION BRIEF