# EXHIBIT 3

```
                                                              Page 1
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4   APPLE INC., a California
     Corporation,
 5                                      No. 12-CV-00630-LHK
                    Plaintiff,
 6   vs.
 7   SAMSUNG ELECTRONICS CO., LTD,
     a Korean business entity; SAMSUNG
 8   ELECTRONICS AMERICA, INC., a
     New York corporation; SAMSUNG
 9   TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability company,
10
                    Defendants.
11
     _____/
12
13
14
15            ** ATTORNEYS' EYES ONLY **
16            DEPOSITION OF STEPHEN CAPPS
17               Palo Alto, California
18             Friday, December 7, 2012
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 55402
```

Attorneys' Eyes Only

Page 161

1    THE VIDEOGRAPHER: Off the record,
2    2:04 p.m.
3    (Pause in proceedings.)
4    THE VIDEOGRAPHER: We are back on
5    the record at 2:05 p.m.
6 BY MR. CURRAN:
7    Q.  Mr. Capps, we are about to use
8 Windows '95, and you'll be operating the
9 computer, I'll be asking you some questions about
10 the machine.
11    A.  Okay.
12    Q.  Can you go to the start menu, and
13 to find, and to files or folders.
14    A.  (Witness complies.)
15    Q.  And do you see the application of
16 the title "find all files"?
17    A.  I see a window named "find all
18 files."
19    Q.  And that window, would you call
20 that a combo box?
21    MR. LO: Objection. Vague.
22    THE WITNESS: I believe there's
23    two combo box. I'm not a great Windows
24    programmer, but I believe there's two
25    combo boxes on here.

Attorneys' Eyes Only

Page 162

1  Q. And one of the combo boxes is
2  labeled "named"?
3  A. Yes.
4  Q. What is a combo box?
5  A. Again, I'm not a Windows
6  programmer, but I believe it was a text field
7  entry box that also had a menu option.
8  Q. And what were combo boxes used
9  for?
10         MR. LO: Objection. Calls for
11         speculation.
12         THE WITNESS: I do not -- you
13         know, I don't know what people generally
14         use them for. Like I said, if you wanted
15         to have text entry or a list of things to
16         enter, if I recall, that's what combo
17         boxes are used for.
18  Q. And had you seen combo boxes by
19  August of 1995 or used them to track inputs?
20  A. I never had used Windows by that
21  point. So.
22  Q. So when you filed for your patent
23  in August of '95, you hadn't seen this yet,
24  correct?
25  A. Yes. That's correct.

1    Q.    Can you press the arrow next to
2    "named," the arrow in the combo box in the field
3    "named"?
4    A.    (Witness complies.)
5    Q.    What did you see there?
6    A.    From this side of the table, I can
7    see words.  I can't tell you what the words are.
8    Looks like there's a blank entry, and there's
9    calc, config, Windows, DOS and paint.
10   Q.    Can I ask you to input a string,
11   whatever you would like, into that "named" box,
12   and then hit return.  What are we typing here?
13   A.    "Sys config."
14   Q.    So we are typing "sys config" and
15   hitting return.  Can we now choose find now?
16   A.    Choose -- oh.
17   Q.    Or hit return?
18   A.    (Witness complies.)
19   Q.    Okay.  So we ran a search there
20   for "sys config"?
21   A.    Uh-huh.
22   Q.    Now, can you click on the arrow
23   again for that combo box in the "named" field?
24   A.    (Witness complies.)
25   Q.    Does the string "sys config" now

Case 5:12-cv-00630-LHK   Document 352-4   Filed 01/25/13   Page 6 of 8

Attorneys' Eyes Only

Page 164

1  appear in that combo box?
2       A.   No.
3       Q.   Does the string "sys config" now
4  appear in the list associated with that combo
5  box?
6       A.   Oh, I see.  It was selected.  I
7  didn't see it, sorry.  It appears in the list and
8  in the box.
9       Q.   So is this list in this combo box
10 a list of historical entries into the "named"
11 field?
12           MR. LO:  Objection.  Calls for a
13      legal conclusion.  Vague, lacks
14      foundation, too.
15           THE WITNESS:  I believe it's a
16      history of what's been typed in that
17      field.
18      Q.   And could you try selecting or
19 typing one of the entries that appears in this
20 list already at a low position, like DOS?
21      A.   (Witness complies.)
22      Q.   So we are going to search for
23 "paint" here.  Can you search for "paint"?
24      A.   (Witness complies.)
25      Q.   And after we search for "paint,"

Page 165

1  if you pull down the list for this combo box,
2  does the word "paint" now appear at the top of
3  the list?
4       A.   Yes.
5       Q.   Does this list of files that we
6  have searched for appear to be ordered in the
7  most recently used order?
8            MR. LO:  Objection.  Incomplete
9       hypothetical, calls for speculation.
10           THE WITNESS:  The first two items
11      are, we saw how they were created; the
12      bottom four, including the blank -- the
13      bottom five, if you include the blank,
14      excuse me, I don't have any idea about.
15      Q.   Before you typed the word "paint,"
16 the word "paint" appeared toward the bottom of
17 the list; true?
18      A.   Yes.
19      Q.   And then after you typed in the
20 word "paint" into that field and entered it into
21 the field, the list entry for the word "paint"
22 moved to the top of the list; true?
23      A.   Yes.
24      Q.   So how is this functionality we
25 just looked at different from what you considered

Attorneys' Eyes Only

Attorneys' Eyes Only

Page 166

1  to be your invention in the 502 patent?
2           MR. LO:  Objection.  Lacks
3      foundation.  Calls for speculation.  He's
4      already testified he hasn't read the
5      patent recently.
6           THE WITNESS:  There is no
7      indication here that if I went into a
8      different program, that I would get the
9      same list.  There's no indication that
10     I've classified this as anything.  And I
11     would say those are the big differences.
12     Q.   And those are things that you
13 considered aspects of your invention in the 502
14 patent; true?
15          MR. LO:  Same objections.
16          THE WITNESS:  Yes, I believe those
17     are the differences that I see here.
18          MR. CURRAN:  Thank you,
19     Mr. Capps.  Why don't we go off the
20     record.
21          THE VIDEOGRAPHER:  Off the record,
22     2:12 p.m.
23          (Pause in proceedings.)
24          THE VIDEOGRAPHER:  Back on the
25     record at 2:13 p.m.