# EXHIBIT 4



2







5

