# EXHIBIT 12

# McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Sixth Edition

McGraw-Hill

New York   Chicago   San Francisco
Lisbon   London   Madrid   Mexico City
Milan   New Delhi   San Juan   Seoul   Singapore   Sydney   Toronto

SAMNDCA630-XX0209929

Case 5:12-cv-00630-LHK   Document 352-13   Filed 01/25/13   Page 3 of 4

On the cover: Representation of a fullerene molecule with a noble gas atom trapped inside. At the Permian-Triassic sedimentary boundary the noble gases helium and argon have been found trapped inside fullerenes. They exhibit isotope ratios quite similar to those found in meteorites, suggesting that a fireball meteorite or asteroid exploded when it hit the Earth, causing major changes in the environment. *(Image copyright © Dr. Luann Becker. Reproduced with permission.)*

Over the six editions of the Dictionary, material has been drawn from the following references: G. M. Garrity et al., *Taxonomic Outline of the Procaryotes*, Release 2, Springer-Verlag, January 2002; D. W. Linzey, *Vertebrate Biology*, McGraw-Hill, 2001; J. A. Pechenik, *Biology of the Invertebrates*, 4th ed., McGraw-Hill, 2000; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, Department of Defense, 1967; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, National Aeronautics and Space Administration, 1965; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *ADP Glossary*, Department of the Navy, NAVSO P-3097; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Sixth Edition**

Copyright © 2003, 1994, 1989, 1984, 1978, 1976, 1974 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

2 3 4 5 6 7 8 9 0    DOW/DOW    0 8 7 6 5 4 3

ISBN 0-07-042313-X

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms--6th ed.
   p.   cm.
   ISBN 0-07-042313-X (alk. paper)
   1. Science--Dictionaries.  2. Technology--Dictionaries.  I. Title: Dictionary of scientific and technical terms.

Q123.M15   2002
503--dc21
                                                       2002026436

SAMNDCA630-XX0209930

**concrete bridge** [CIV ENG] A bridge constructed of prestressed or reinforced concrete. { 'käŋ,krēt 'brij }

**concrete bucket** [ENG] A container with movable gates at the bottom that is attached to power cranes or cables to transport concrete. { 'käŋ,krēt ,bək·ət }

**concrete buggy** [ENG] A cart which carries up to 6 cubic feet (0.17 cubic meter) of concrete from the mixer or hopper to the forms. Also known as buggy; concrete cart. { 'käŋ,krēt ,bəg·ē }

**concrete caisson sinking** [CIV ENG] A shaft-sinking method similar to caisson sinking except that reinforced concrete rings are used and an airtight working chamber is not adopted. { 'käŋ,krēt 'kā,sän ,siŋk·iŋ }

**concrete cart** See concrete buggy. { 'käŋ,krēt ,kärt }

**concrete chute** [ENG] A long metal trough with rounded bottom and open ends used for conveying concrete to a lower elevation. { 'käŋ,krēt ,shüt }

**concrete column** [CIV ENG] A vertical structural member made of reinforced or unreinforced concrete. { 'käŋ,krēt 'käl·əm }

**concrete dam** [CIV ENG] A dam that is built of concrete. { 'käŋ,krēt 'dam }

**concrete finish** [MATER] The texture or smoothness on the surface of hardened concrete. { 'käŋ,krēt 'fin·ish }

**concrete form oil** [MATER] Nonviscous, neutral mineral oil used on wooden or metal forms to allow easy removal from set concrete. { 'käŋ,krēt ,form ,oil }

**concrete hardener** [MATER] An admixture such as calcium chloride, sodium chloride, or sodium hydroxide that hastens or decreases the hydration rate of cementing material; the concrete takes less time to set and has earlier higher strength. { 'käŋ,krēt ,härd·ən·ər }

**concrete masonry** [MATER] Building units composed of block, brick, or tile laid by masons. { 'käŋ,krēt 'mās·ən·rē }

**concrete mixer** [MECH ENG] A machine with a rotating drum in which the components of concrete are mixed. { 'käŋ,krēt ,mik·sər }

**concrete nail** [DES ENG] A hardened-steel nail that has a flat countersunk head and a tapered point and is used for nailing various materials to concrete or masonry. { 'käŋ,krēt 'nāl }

**concrete pile** [CIV ENG] A reinforced pile made of concrete, either precast and driven into the ground, or cast in place in a hole bored into the ground. { 'käŋ,krēt 'pīl }

**concrete pipe** [CIV ENG] A porous pipe made of concrete and used principally for subsoil drainage; diameters over 15 inches (38 centimeters) are usually reinforced. { 'käŋ,krēt 'pīp }

**concrete pump** [MECH ENG] A device which drives concrete to the placing position through a pipeline of 6-inch (15-centimeter) diameter or more, using a special type of reciprocating pump. { 'käŋ,krēt ,pəmp }

**concrete retarder** [MATER] A material added to concrete that decreases the hydration rate of cement, thereby increasing the setting time and decreasing the strengthening rate during the early age. { 'käŋ,krēt ri'tärd·ər }

**concrete slab** [CIV ENG] A flat, reinforced-concrete structural member, relatively sizable in length and width, but shallow in depth; used for floors, roofs, and bridge decks. { 'käŋ,krēt 'slab }

**concrete steel** [MET] Steel used in reinforced concrete, which should comply with standard specifications for prestressed concrete. { 'käŋ,krēt ,stēl }

**concrete thinking** [PSYCH] Mental processes characterized by literalness and the tendency to be bound to the most immediate and obvious sense impressions, as well as by a lack of generalization and abstraction. { 'käŋ,krēt 'thiŋk·iŋ }

**concrete vibrator** [MECH ENG] Vibrating device used to achieve proper consolidation of concrete; the three types are internal, surface, and form vibrators. { 'käŋ,krēt ,vī,brād·ər }

**concretion** [GEOL] A hard, compact mass of mineral matter in the pores of sedimentary or fragmental volcanic rock; represents a concentration of a minor constituent of the enclosing rock or of cementing material. { kän'krē·shən }

**concretionary** [GEOL] Tending to grow together, forming concretions. { }

**concretion** [PATH] A compact mass of inorganic material formed in a body cavity or in tissue. { kən'krē·shə,ner·ē }

**concretioning** [GEOL] The process of forming concretions. { kən'krē·shən·iŋ }

**concurrency** [COMPUT SCI] Referring to two or more tasks of a computer system which are in progress simultaneously. { kən'kər·ən·sē }

**concurrent conversion** [COMPUT SCI] The transfer of data from one medium to another, such as card to tape, under computer control while programs are being run on the same computer. { kən'kər·ənt kən'vər·zhən }

**concurrent engineering** [ENG] The simultaneous design of products and related processes, including all product life-cycle aspects such as manufacturing, assembly, test, support, disposal, and recycling. { kən'kər·ənt ,en·jə'nir·iŋ }

**concurrent heating** [MET] Application of supplemental heat in metal cutting or welding. { kən'kər·ənt 'hēd·iŋ }

**concurrent infection** [MED] Two or more forms of an infection existing simultaneously. { kən'kər·ənt in'fek·shən }

**concurrent input/output** [COMPUT SCI] The simultaneous reading from and writing on different media by a computer. { kən'kər·ənt ,in,put ,aut,put }

**concurrent line** [MAP] A line on a map or chart passing through places having the same current hour. [MATH] One of two or more lines that have a point in common. { kən'kər·ənt ,līn }

**concurrent method** See circulate-and-weight method. { kən'kər·ənt ,meth·əd }

**concurrent operations control** [COMPUT SCI] The supervisory capability required by a computer to handle more than one program at a time. { kən'kər·ənt äp·ə'rā·shənz kən'trōl }

**concurrent plane** [MATH] One of three or more planes that have a point in common. { kən'kər·ənt 'plān }

**concurrent processing** [COMPUT SCI] The conceptually simultaneous execution of more than one sequential program on a computer or network of computers. { kən'kər·ənt 'präs,əs·iŋ }

**concurrent real-time processing** [COMPUT SCI] The capability of a computer to process simultaneously several programs, each of which requires responses within a time span related to its particular time frame. { kən'kər·ənt 'rēl ,tīm ,präs,əs·iŋ }

**concussion** [ENG] Shock waves in the air caused by an explosion underground or at the surface or by a heavy blow directly to the ground surface during excavation, quarrying, or blasting operations. [MED] A state of shock following traumatic injury, especially cerebral trauma, in which there is temporary functional impairment without physical evidence of damage to impaired tissues. { kən'kəsh·ən }

**concussion fracture** [GEOL] Radiating system of fractures in a shock-metamorphosed rock. { kən'kəsh·ən ,frak·chər }

**concussion fuse** [ORD] A bomb fuse designed to function in the air in response to the concussion produced by the explosion of a preceding bomb. { kən'kəsh·ən ,fyüz }

**concussion table** [MIN ENG] An inclined table, agitated by a series of shocks and operating like a buddle. Also known as percussion table. { kən'kəsh·ən ,tā·bəl }

**concyclic points** [MATH] Points that are located on a common circle. { kən¦sīk·lik 'poins }

**condensable vapors** [CHEM] Gases or vapors which when subjected to appropriately altered conditions of temperature or pressure become liquids. { kən'den·sə·bəl 'vā·pərz }

**condensate** [MATER] **1.** The liquid product from a condenser. Also known as condensate liquid. **2.** A light hydrocarbon mixture formed as a liquid product in a gas-recycling plant through expansion and cooling of the gas. { 'kän·dən,sāt }

**condensate field** [GEOL] A petroleum field developed in predominantly gas-bearing reservoir rocks, but within which condensation of gas to oil commonly occurs with decreases in field pressure. { 'kän·dən,sāt ,fēld }

**condensate flash** [CHEM ENG] Partial evaporation (flash) of hot condensed liquid by a stepwise reduction in system pressure, the hot vapor supplying heat to a cooler evaporator step (stage). { 'kän·dən,sāt ,flash }

**condensate liquid** See condensate. { 'kän·dən,sāt ,lik·wəd }

**condensate strainer** [MECH ENG] A screen used to remove solid particles from the condensate prior to its being pumped back to the boiler. { 'kän·dən,sāt ,strān·ər }

**condensate well** [MECH ENG] A chamber into which condensed vapor falls for convenient accumulation prior to removal. [PETRO ENG] Well that produces a natural gas highly saturated with condensable hydrocarbons heavier than methane and ethane. { 'kän·dən,sāt ,wel }



**CONCURRENT ENGINEERING**

At any given moment, several arrows may be active, and information sometimes flows in both directions along a given arrow.

SAMNDCA630-XX0209931