# EXHIBIT 13

# The Oxford American Dictionary and Thesaurus

*with Language Guide*

New York   Oxford
OXFORD UNIVERSITY PRESS · 2003

SAMNDCA630-XX0209926

Oxford University Press

Oxford   New York
Auckland   Bangkok   Buenos Aires   Cape Town   Chennai
Dar es Salaam   Delhi   Hong Kong   Istanbul   Karachi   Kolkata
Kuala Lumpur   Madrid   Melbourne   Mexico City   Mumbai
Nairobi   São Paulo   Shanghai   Taipei   Tokyo   Toronto

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, NY 10016
http://www.oup-usa.org

American Edition copyright © 2003, 1996 Oxford University Press, Inc.

Also published as *Reader's Digest Oxford Complete Wordfinder*
by The Reader's Digest Association, Inc. Pleasantville, New York

Oxford is a registered trademark of Oxford University Press.

First British edition published in 1993 as *The Reader's Digest
Oxford Wordfinder*; and published in a revised edition in 1995 as
*The Oxford Dictionary and Thesaurus*. Original text from *The Concise
Oxford Dictionary, Eighth Edition*, edited by R. E. Allen © 1990
Oxford University Press. Additional material from *The Oxford Thesaurus,
First Edition* © 1991 Laurence Urdang. Further additions © 1993
Oxford University Press and © 1993 The Reader's Digest Association Limited.

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise
without prior written permission of Oxford University Press.

ISBN 0-19-516834-8

Library of Congress Cataloging-in-Publication Data
The Oxford American dictionary and thesaurus : with language guide.
  p. cm.
  ISBN 0-19-516834-8
1. English language—Dictionaries. 2. English language—United States—Dictionaries. 3.
  English language—Synonyms and antonyms. 4. English language—United
  States—Synonyms and antonyms.

PE1628.O95 2003
423—dc21

2003048619

Printed in the United States of America
on acid-free paper

SAMNDCA630-XX0209927

**concupiscence** /konkyoopisəns/ *n. formal* sexual desire. ◻◻ **concupiscent** /-sənt/ *adj.* [ME f. OF f. LL *concupiscentia* f. L *concupiscere* begin to desire (as COM-, inceptive f. *cupere* desire)]
■ see DESIRE *n.* 2.

**concur** /kənkə́r/ *v.intr.* (**concurred, concurring**) **1** happen together; coincide. **2** (often foll. by *with*) **a** agree in opinion. **b** express agreement. **3** combine together for a cause; act in combination. [L *concurrere* (as COM-, *currere* run)]
■ **1** see AGREE 3a. **2** see AGREE 1.

**concurrent** /kənkə́rənt, -kúr-/ *adj.* **1** (often foll. by *with*) **a** existing or in operation at the same time (*served two concurrent sentences*). **b** existing or acting together. **2** *Geom.* (of three or more lines) meeting at or tending toward one point. **3** agreeing; harmonious. ◻◻ **concurrence** /-rəns/ *n.* **concurrently** *adv.*
■ **1** see SIMULTANEOUS.

**concuss** /kənkús/ *v.tr.* **1** subject to concussion. **2** shake violently. **3** *archaic* intimidate. [L *concutere concuss-* (as COM-, *cutere = quatere* shake)]

**concussion** /kənkúshən/ *n.* **1** *Med.* temporary unconsciousness or incapacity due to injury to the head. **2** violent shaking; shock. [L *concussio* (as CONCUSS)]

**condemn** /kəndém/ *v.tr.* **1** express utter disapproval of; censure (*was condemned for her irresponsible behavior*). **2 a** find guilty; convict. **b** (usu. foll. by *to*) sentence to (a punishment, esp. death). **c** bring about the conviction of (*his looks condemn him*). **3** pronounce (a building, etc.) unfit for use or habitation. **4** (usu. foll. by *to*) doom or assign (to something unwelcome or painful) (*condemned to spending hours at the kitchen sink*). **5 a** declare (smuggled goods, property, etc.) to be forfeited. **b** pronounce incurable. ◻◻ **condemnable** /-démnəbəl/ *adj.* **condemnation** /kóndemnáyshən/ *n.* **condemnatory** /-démnətawree/ *adj.* [ME f. OF *condem(p)ner* f. L *condemnare* (as COM-, *damnare* DAMN)]
■ **1** censure, blame, criticize, remonstrate with *or* against, denounce, disparage, reproach, rebuke, reprove, scold, reprimand, upbraid. **2 a** convict, find guilty. **b** sentence. **4** doom, damn, destine, fate, ordain, foreordain; consign, assign.

**condensate** /kəndénsayt, kóndən-/ *n.* a substance produced by condensation.

**condensation** /kóndensáyshən/ *n.* **1** the act of condensing. **2** any condensed material (esp. water on a cold surface). **3** an abridgment. **4** *Chem.* the combination of molecules with the elimination of water or other small molecules. ◻ **condensation trail** = *vapor trail.* [LL *condensatio* (as CONDENSE)]
■ **3** see ABRIDGMENT 1a.

**condense** /kəndéns/ *v.* **1** *tr.* make denser or more concentrated. **2** *tr.* express in fewer words; make concise. **3** *tr. & intr.* reduce or be reduced from a gas or solid to a liquid. ◻ **condensed milk** milk thickened by evaporation and sweetened. ◻◻ **condensable** *adj.* [F *condenser* or L *condensare* (as COM-, *densus* thick)]
■ **1, 3** see CONCENTRATE *v.* 3. **2** see ABRIDGE 1.

**condenser** /kəndénsər/ *n.* **1** an apparatus or vessel for condensing vapor. **2** *Electr.* = CAPACITOR. **3** a lens or system of lenses for concentrating light. **4** a person or thing that condenses.

**condescend** /kóndisénd/ *v.intr.* **1** (usu. foll. by *to* + infin.) be gracious enough (to do a thing) esp. while showing one's sense of dignity or superiority (*condescended to attend the meeting*). **2** (foll. by *to*) behave as if one is on equal terms with (an inferior), usu. while maintaining an attitude of superiority. **3** (as **condescending** *adj.*) patronizing; kind to inferiors. ◻◻ **condescendingly** *adv.* [ME f. OF *condescendre* f. eccl.L *condescendere* (as COM-, DESCEND)]
■ **1** stoop, deign, vouchsafe, lower *or* humble *or* demean oneself, come down off one's high horse. **3** (**condescending**) patronizing, belittling, disdainful, contemptuous, pompous, overbearing, high-handed, imperious, snobbish, haughty, supercilious, *colloq.* snooty, snotty, *Brit. sl.* toffee-nosed.

**condescension** /kóndisénshən/ *n.* **1** a patronizing manner. **2** affability toward inferiors. [obs. F f. eccl.L *condescensio* (as CONDESCEND)]

**condign** /kəndín/ *adj.* (of a punishment, etc.) severe and well-deserved. ◻◻ **condignly** *adv.* [ME f. OF *condigne* f. L *condignus* (as COM-, *dignus* worthy)]
■ see JUST *adj.* 2.

**condiment** /kóndimənt/ *n.* a seasoning or relish for food. [ME f. L *condimentum* f. *condire* pickle]
■ see SPICE *n.* 1.

**condition** /kəndíshən/ *n. & v.* ● *n.* **1** a stipulation; something upon the fulfillment of which something else depends. **2 a** the state of being or fitness of a person or thing (*arrived in bad condition*; *not in a condition to be used*). **b** an ailment or abnormality (*a heart condition*). **3** (in *pl.*) circumstances, esp. those affecting the functioning or existence of something (*working conditions are good*). **4** *archaic* social rank (*all sorts and conditions of men*). **5** *Gram.* a clause expressing a condition. **6** a requirement that a student must pass an examination, etc., within a stated time to receive credit for a course. **b** the grade indicating this. ● *v.tr.* **1 a** bring into a good or desired state or condition. **b** make fit (esp. dogs or horses). **2** teach or accustom to adopt certain habits, etc. (*conditioned by society*). **3** govern; determine (*his behavior was conditioned by his drunkenness*). **4 a** impose conditions on. **b** be essential to (*the two things condition each other*). **5** test the condition of (textiles, etc.). **6** subject (a student) to a condition. ◻ **conditioned reflex** a reflex response to a nonnatural stimulus, established by training. **in** (or **out of**) **condition** in good (or bad) condition. **in no condition to** certainly not fit to. **on condition that** with the stipulation that. [ME f. OF *condicion* (n.), *condicionner* (v.) or med.L *condicionare* f. L *condicio -onis* f. *condicere* (as COM-, *dicere* say)]
■ *n.* **1** stipulation, proviso, demand, requirement, term, qualification, contingency, requisite, prerequisite. **2 a** state, circumstance, shape; working order; fitness, form, fettle, health. **3** (*conditions*) circumstances; environment, surroundings. **4** see RANK[1] *n.* 1a. ● *v.* **1 a** ready, get *or* make ready, prepare, equip, outfit, fit (out *or* up), adapt, modify. **2** train, educate, teach; brainwash; influence, mold; accustom, inure, adapt, acclimatize, acclimate; (*conditioned to*) used to. **3** see DETERMINE 3. **4 b** demand, cry out for, necessitate, need, want, call for, require. ◻ **in condition** fit, in good shape. **out of condition** unfit, out of shape. **on condition that** see PROVIDED *conj.*

**conditional** /kəndíshənəl/ *adj. & n.* ● *adj.* **1** (often foll. by *on*) dependent; not absolute; containing a condition or stipulation (*a conditional offer*). **2** *Gram.* (of a clause, mood, etc.) expressing a condition. ● *n. Gram.* **1** a conditional clause, etc. **2** the conditional mood. ◻◻ **conditionality** /-nálitee/ *n.* **conditionally** *adv.* [ME f. OF *condicionel* or f. LL *condicionalis* (as CONDITION)]
■ *adj.* **1** see PROVISIONAL *adj.*

**conditioner** /kəndíshənər/ *n.* an agent that brings something into good condition, esp. a substance applied to the hair.

**condo** /kóndō/ *n.* (*pl.* **-os**) *colloq.* a condominium. [abbr.]

**condolatory** /kəndólətawree/ *adj.* expressing condolence. [CONDOLE, after *consolatory*, etc.]

**condole** /kəndól/ *v.intr.* (foll. by *with*) express sympathy with a person over a loss, grief, etc. ¶ Often confused with *console*. [LL *condolēre* (as COM-, *dolēre* suffer)]
■ see SYMPATHIZE 1.

**condolence** /kəndólans/ *n.* (often in *pl.*) an expression of sympathy (*sent my condolences*).
■ see PITY *n.* 1.

**condom** /kóndom/ *n.* a rubber sheath worn on the penis during sexual intercourse as a contraceptive or to prevent infection. [18th c.: orig. unkn.]

---

/.../ **pronunciation**   ● **part of speech**
◻ **phrases, idioms, and compounds**
◻◻ **derivatives**   ■ **synonym section**
**cross-references** appear in SMALL CAPITALS or *italics*

SAMNDCA630-XX0209928