# EXHIBIT 15

| **Notice of Allowability** | Application No.<br>11/769,694 | Applicant(s)<br>FORSTALL ET AL. |
|---|---|---|
| | Examiner<br>MARIVELISSE SANTIAGO CORDERO | Art Unit<br>2617 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the RCE filed on 5/12/2011*.

2. ☒ The allowed claim(s) is/are *9,10,12-15,31,36,40,41,45-49 and 53-59*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All   b) ☐ Some*   c) ☐ None   of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
       1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.
   (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
       Paper No./Mail Date _____.
   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☒ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)
3. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
5. ☐ Notice of Informal Patent Application
6. ☒ Interview Summary (PTO-413), Paper No./Mail Date _____.
7. ☒ Examiner's Amendment/Comment
8. ☒ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____.

/MARIVELISSE SANTIAGO-CORDERO/
Primary Examiner, Art Unit 2617

| Examiner-Initiated Interview Summary | Application No. | Applicant(s) |
|---|---|---|
| | 11/769,694 | FORSTALL ET AL. |
| | Examiner | Art Unit |
| | MARIVELISSE SANTIAGO CORDERO | 2617 |

**All Participants:**

(1) *MARIVELISSE SANTIAGO CORDERO*.

(2) *Applicant's Representative: Robert Beyers*.

**Status of Application:** *30*

(3) _____.

(4) _____.

**Date of Interview:** *18 May 2011*            **Time:** _____.

**Type of Interview:**
☒ Telephonic
☐ Video Conference
☐ Personal (Copy given to: ☐ Applicant   ☐ Applicant's representative)

Exhibit Shown or Demonstrated:   ☐ Yes   ☒ No
If Yes, provide a brief description:

**Part I.**

Rejection(s) discussed:
n/a

Claims discussed:
9

Prior art documents discussed:
n/a

**Part II.**

SUBSTANCE OF INTERVIEW DESCRIBING THE GENERAL NATURE OF WHAT WAS DISCUSSED:
An Examiner's Amendment was proposed in order to put application in condition for allowance.

**Part III.**

☒ It is not necessary for applicant to provide a separate record of the substance of the interview, since the interview directly resulted in the allowance of the application. The examiner will provide a written summary of the substance of the interview in the Notice of Allowability.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview, since the interview did not result in resolution of all issues. A brief summary by the examiner appears in Part II above.

/MARIVELISSE SANTIAGO-CORDERO/
Primary Examiner, Art Unit 2617

(Applicant/Applicant's Representative Signature – if appropriate)

U.S. Patent and Trademark Office
PTOL-413B (04-03)            Examiner Initiated Interview Summary            Paper No. 20110518

APLNDC630-0000046350

Application/Control Number: 11/769,694　　　　　　　　　　　　　　　　　　　　　　　Page 2
Art Unit: 2617

## DETAILED ACTION

### *Continued Examination Under 37 CFR 1.114*

1.　A request for continued examination under 37 CFR 1.114, including the fee set forth in 37 CFR 1.17(e), was filed in this application after final rejection. Since this application is eligible for continued examination under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has been timely paid, the finality of the previous Office action has been withdrawn pursuant to 37 CFR 1.114. Applicant's submission filed on 5/12/2011 has been entered.

### EXAMINER'S AMENDMENT

2.　An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

3.　Authorization for this examiner's amendment was given in a telephone interview with Robert Beyers on 5/18/11.

4.　The application has been amended as follows:

Claims 1-8 (Canceled).

Claim 9 (Currently amended). A method, comprising:

at a portable electronic device with a touch screen display:

　　displaying a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion;

APLNDC630-0000046351

Application/Control Number: 11/769,694           Page 3
Art Unit: 2617

<p style="padding-left: 2em;">
<u>immediately</u> in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, <s>immediately</s> initiating a return telephone call to a return telephone number associated with the respective user selected item;
</p>

<p style="padding-left: 2em;">
<u>immediately</u> in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, <s>immediately displaying</s> <u>completely substituting display of the list of interactive items with display of</u> contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including:
</p>

<p style="padding-left: 4em;">
a first contact object comprising a telephone number object having the return telephone number, and
</p>

<p style="padding-left: 4em;">
a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and
</p>

<p style="padding-left: 2em;">
<u>immediately</u> in response to detecting user selection of the second contact object, <s>immediately</s> initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.
</p>

Claim 11 (Canceled).

Claims 16-30 (Canceled).

Claim 31 (Currently amended). A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

Application/Control Number: 11/769,694 Page 4
Art Unit: 2617

display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion;

immediately ~~initiate,~~ in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, <u>initiate</u> a return telephone call to a return telephone number associated with the respective user selected item;

immediately ~~display,~~ in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, <u>completely substitute display of the list of interactive items with display of</u> contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including:

    a first contact object comprising a telephone number object having the return telephone number, and

    a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and

immediately ~~initiate,~~ in response to detecting user selection of the second contact object, <u>initiate</u> a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.

Claims 32-35 (Canceled).

Claim 36 (Currently amended). A portable electronic device with a touch screen display, comprising:

    memory;

Application/Control Number: 11/769,694                                                      Page 5
Art Unit: 2617

one or more processors; and

one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including <u>instructions for</u>:

~~instructions for~~ displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion;

~~instructions for~~ immediately ~~initiating,~~ in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, <u>initiating</u> a return telephone call to a return telephone number associated with the respective user selected item;

~~instructions for~~ immediately ~~displaying,~~ in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, <u>completely substituting display of the list of interactive items with display of</u> contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including:

a first contact object comprising a telephone number object having the return telephone number, and

a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and

~~instructions for~~ immediately ~~initiating,~~ in response to detecting user selection of the second contact object, <u>initiating</u> a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.

Claims 37-39 (Canceled).

APLNDC630-0000046354

Application/Control Number: 11/769,694 Page 6
Art Unit: 2617

Claim 40 (Currently amended). A method performed at a portable electronic device with a touch screen display, comprising:

displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls,

wherein at least one interactive displayed item in the list is associated with a missed telephone call,

wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and

wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:

receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to ~~immediately~~ initiate a return telephone call to a telephone number associated with that interactive displayed item, and

receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to ~~immediately initiate~~ completely substitute display of the list with display of contact information for a

Application/Control Number: 11/769,694 Page 7
Art Unit: 2617

caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including:

a first contact object comprising a telephone number associated with the caller, and

a second contact object associated with a non-telephonic communication modality for contacting the caller; and

detecting a user tap input with the second contact object, and immediately in response to that input, ~~immediately~~ initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

Claims 42-44 (Canceled).

Claim 45 (Currently amended). A portable electronic device, comprising:

one or more processors;

a touch screen display;

a computer readable storage medium containing instructions that when executed by the one or more processors perform operations in the portable electronic device, the instructions comprising:

instructions to display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls,

wherein at least one interactive displayed item in the list is associated with a missed telephone call,

Application/Control Number: 11/769,694 Page 8
Art Unit: 2617

>wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and
>
>wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;
>
>instructions to receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and <u>immediately</u> in response to that input, to ~~immediately~~ initiate a telephone call to a telephone number associated with that interactive displayed item;
>
>instructions to receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and <u>immediately</u> in response to that input to ~~immediately~~ ~~initiate~~ <u>completely substitute display of the list with</u> display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects, the plurality of contact objects including:
>
>>a first contact object associated with initiating a telephone call to the caller,
>>
>>a second contact object associated with sending an email to the caller, and
>>
>>a third contact object associated with sending an instant message to the caller; and
>
>instructions to detect a finger tap input at any one contact object of the plurality of contact objects, and <u>immediately</u> in response to that input, to ~~immediately~~ initiate a

Application/Control Number: 11/769,694 Page 9
Art Unit: 2617

communication to the corresponding caller of the type corresponding to the contact object at which the input was detected.

Claim 47 (Currently amended). A method performed at a portable electronic device with a touch screen display, comprising:

displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls,

wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and

wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input ~~immediately~~ initiating a telephone call to a telephone number associated with the first user selected interactive displayed item;

detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input ~~immediately displaying~~ completely substituting display of the list of

Application/Control Number: 11/769,694   Page 10
Art Unit: 2617

<u>items with display of</u> contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising:

  a first contact object associated with a telephone number for contacting the caller, and

  a second contact object associated with a non-telephonic communication modality for contacting the caller; and

 <u>immediately</u> in response to detecting user selection of the second contact object, ~~immediately~~ initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

 Claims 50-52 (Canceled).

 Claim 55 (Currently amended). A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

 display a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls,

  wherein at least one interactive displayed item in the list is associated with a missed telephone call,

  wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and

Application/Control Number: 11/769,694 Page 11
Art Unit: 2617

wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:

receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and <u>immediately</u> in response to that input to <s>immediately</s> initiate a return telephone call to a telephone number associated with that interactive displayed item, and

receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and <u>immediately</u> in response to that input to <s>immediately initiate</s> <u>completely substitute display of the list with</u> display of contact information for a caller corresponding to <s>the</s> that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including:

a first contact object comprising a telephone number associated with the caller, and

a second contact object associated with a non-telephonic communication modality for contacting the caller; and

detect a user tap input with the second contact object, and <u>immediately</u> in response to that input, <s>immediately</s> initiate a communication with the corresponding

Application/Control Number: 11/769,694 Page 12
Art Unit: 2617

caller through the non-telephonic communication modality corresponding to the second contact object.

Claim 56 (Currently amended). A portable electronic device with a touch screen display, comprising:

memory;

one or more processors; and

one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for:

displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls,

wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and

wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and <u>immediately</u> in response to that input <s>immediately</s> initiating a telephone call to a telephone number associated with the first user selected interactive displayed item;

Application/Control Number: 11/769,694 Page 13
Art Unit: 2617

  detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and <u>immediately</u> in response to that input <s>immediately displaying</s> <u>completely substituting display of the list of items with display of</u> contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising:

    a first contact object associated with a telephone number for contacting the caller, and

    a second contact object associated with a non-telephonic communication modality for contacting the caller; and

  <u>immediately</u> in response to detecting user selection of the second contact object, <s>immediately</s> initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

  Claim 58 (Currently amended). A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

  display a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls,

    wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and

Application/Control Number: 11/769,694                                          Page 14
Art Unit: 2617

>wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

detect a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and <u>immediately</u> in response to that input ~~immediately~~ initiate a telephone call to a telephone number associated with the first user selected interactive displayed item;

>detect a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and <u>immediately</u> in response to that input ~~immediately display~~ <u>completely substitute display of the list of items with display of</u> contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising:

>>a first contact object associated with a telephone number for contacting the caller, and

>>a second contact object associated with a non-telephonic communication modality for contacting the caller; and

Application/Control Number: 11/769,694 Page 15
Art Unit: 2617

immediately in response to detecting user selection of the second contact object, ~~immediately~~ initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

### Reasons for Allowance

5. The following is an examiner's statement of reasons for allowance:

Claims 9-10, 12-15, 31, 36, 40-41, 45-49, and 53-59 are allowed because the closest prior art Chew et al. (Patent No.: US 6,593,949), Kun et al. (Pub. No.: US 20060281449) and Haitani (Patent No.: US 7,680,513), Twerdahl et al. (Patent No.: US 7,289,614), either alone or in combination, fail to anticipate or render obvious, a method, non-transitory computer-readable storage medium, portable electronic device comprising immediately in response to detecting a finger gesture (tap input) on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, as defined in the specification (Figs 12B-12C), in combination with all other limitations in the claim(s) as defined by applicant.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

APLNDC630-0000046364

Application/Control Number: 11/769,694  Page 16
Art Unit: 2617

## Conclusion

6. Any inquiry concerning this communication or earlier communications from the examiner should be directed to MARIVELISSE SANTIAGO CORDERO whose telephone number is (571)272-7839. The examiner can normally be reached on Monday through Friday from 8:00am to 4:30pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jinsong Hu can be reached on (571) 272-3965. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/MARIVELISSE SANTIAGO-CORDERO/

Primary Examiner, Art Unit 2617

APLNDC630-0000046365