# EXHIBIT 16

US007289614B1

(12) **United States Patent**  (10) Patent No.: **US 7,289,614 B1**
Twerdahl et al.  (45) Date of Patent: **Oct. 30, 2007**

(54) **MAKING A CALL FROM AN ADDRESS LIST OR A CALL HISTORY LIST**

(75) Inventors: **Tim Twerdahl**, Los Altos, CA (US); **Stephane Maes**, Mountain View, CA (US); **Benoit Vialle**, Evanston, IL (US); **Ryan Robertson**, Seattle, WA (US)

(73) Assignee: **PalmSource, Inc.**, Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 212 days.

(21) Appl. No.: **09/677,831**

(22) Filed: **Sep. 29, 2000**

(51) Int. Cl.
   H04M 1/56   (2006.01)
   H04M 15/06  (2006.01)
(52) U.S. Cl. ................................................ **379/142.01**
(58) Field of Classification Search ................ 455/415, 455/566; 379/142, 130, 93.23, 142.01; 345/184, 345/347, 835
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,425,077 | A  | * | 6/1995  | Tsoi |
|-----------|----|---|---------|------|
| 5,493,105 | A  | * | 2/1996  | Desai |
| 5,734,706 | A  | * | 3/1998  | Windsor et al. ............ 379/142 |
| 5,742,669 | A  | * | 4/1998  | Lim .......................... 379/130 |
| 5,825,353 | A  | * | 10/1998 | Will .......................... 345/184 |
| 5,903,632 | A  | * | 5/1999  | Brandon .................. 379/93.23 |
| 6,178,338 | B1 | * | 1/2001  | Yamagishi et al. ......... 455/566 |
| 6,288,718 | B1 | * | 9/2001  | Laursen et al. ............ 345/347 |
| 6,374,125 | B1 | * | 4/2002  | Toba ......................... 455/563 |
| 6,466,236 | B1 | * | 10/2002 | Pivowar et al. ............ 345/835 |

* cited by examiner

*Primary Examiner*—William D. Cumming
(74) *Attorney, Agent, or Firm*—Berry & Associates P.C.

(57) **ABSTRACT**

A method and apparatus of managing a phone device of a personal digital assistant (PDA) is provided. In one example of the present invention, the PDA retrieves a call history list from a stored memory location, the call history list including a call history list record. The PDA then displays at least a portion of the call history list on a screen of the PDA. The call history list preferably includes phone numbers and names associated with those phone numbers. In another example, the method further includes displaying call details of a selected call history list record. The call details preferably includes a date, a timestamp, and a duration.

**10 Claims, 7 Drawing Sheets**



APLNDC630-0000047416



FIG. 1

APLNDC630-0000047417



FIG. 2





APLNDC630-0000047419



FIG. 5

106
108
122
Mobile
Received
124
203
Aquilar, Mara
408.326.1552W
Chahal, Mindy
408.326.9094W
Combs, Ray
408.326.9665W
-Unnamed-
408.326.9405
Lincke, Scott
408.326.9089W
302
-unnamed-
-Unavailable ID-
Maes, Stephane
408.326.9735W
Roman, John
408.326.9208W
208
-Unnamed-
408.326.9264
Twerdahi, Timothy
408.326.9949W
Vialle, Benoit
(408) 326 9584W
206
202
204

FIG. 6

106
108
122
Mobile
Missed
124
203
Aquilar, Mara
408.326.1552W
Chahal, Mindy
408.326.9094W
Combs, Ray
408.773.174H
602
-Unnamed-
847.571.3408M
Lincke, Scott
408.326.9089W
302
208
-unnamed-
-Unavailable ID-
Maes, Stephane
408.326.9735W
Roman, John
408.326.9208W
208
-Unnamed-
408.326.9264
Twerdahi, Timothy
408.326.9949W
Vialle, Benoit
(408) 326 9584W
206
202
204



FIG. 7

APLNDC630-0000047421



FIG. 8



FIG. 9

APLNDC630-0000047423

# MAKING A CALL FROM AN ADDRESS LIST OR A CALL HISTORY LIST

## COPYRIGHT NOTICE

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention generally relates to telecommunications and, more particularly, to providing phone applications in a portable computer system.

2. Discussion of Background

Personal computer systems have become common tools in modern society. To organize their lives, many personal computer users use personal information management applications such as an address book and a daily organizer on their personal computers. Although such applications have proven useful for personal information management, their utility is limited by the fact that the person must be sitting at their personal computer system to access the information.

To remedy this limitation, many palmtop computers, electronic organizers and other handheld devices, commonly known as personal digital assistants ("PDA's") have been introduced. A PDA is a computer that is small enough to be held in the hand of a user and runs personal information management applications such as an address book, a daily organizer, and electronic notepads. These applications make people's lives easier.

The most popular brand of PDA is the Palm™ (not shown). However, the Palm™ is much more than a simple PDA. A Palm™ is small, slim, device, about the size of your wallet, can hold 6000 addresses, 5 years of appointments, 1500 to-do items, 1500 memos, 200 e-mail messages, and can run many different software applications.

The front panel of the Palm™ is a large LCD screen, which is touch-sensitive and allows a user to enter and manipulate data. By using a stylus to interact with a touch-sensitive screen, a user may easily navigate through a host of various software applications. A stylus is used to interact with information on a screen in much the same way as a mouse on a desktop personal computer.

Many PDA's offer Internet connectivity, as well as a vast array of hardware and software choices. PDA's have evolved into a new kind of handheld device that people use to instantly manage all kinds of information, from email, to medical data, to stock reports. Unfortunately, to date, PDA's have had only modest success in the marketplace, due to their high price tags, as well as their useful although limited applications.

In addition to being somewhat limited, many PDA applications have generally not been available in the PDA's counterpart—the mobile phone. Mobile phone manufacturers have taken the approach of trying to integrate PDA functionality into their mobile phones. This approach has several disadvantages. To fulfill their primary function of efficiently making phone calls, mobile phones are geared toward a different feature set from PDA'S. For example, as one of the design aims for mobile phones is ever-smaller size, Internet access is compromised. Mobile phones are an unattractive Internet access option because the screen on a mobile phone is typically much smaller than that of a PDA. A mobile phone can typically display only a small fraction of the amount information that a PDA can display.

Generally, many applications that are user-friendly on a PDA would be cumbersome in a mobile phone environment. Additional examples of such applications include inputting an address list and displaying a detailed record of calls. A mobile phone is therefore inherently unsuitable for navigating through even the simplest of PDA applications.

PDA's and mobile phones have been manufactured to meet different design aims. PDA's are primarily designed to provide personal information management in a small, portable device. Mobile phones are primarily designed for efficiently making phone calls while on the go. A mobile phone environment is generally not geared for running PDA software applications, including anything more than the lowest level of graphics.

## SUMMARY OF THE INVENTION

It has been recognized that what is needed is an efficient system for integrating mobile phone functionality into a palmtop environment. Broadly speaking, the present invention fills these needs by providing a method and apparatus for integrating mobile phone functionality into a personal digital assistant (PDA). It should be appreciated that the present invention can be implemented in numerous ways, including as an apparatus, a system, a device, a process or a method. Several inventive embodiments of the present invention are described below.

In one embodiment, a method of managing a phone device of a PDA is disclosed. The PDA retrieves a call history list from a stored memory location, the call history list including a call history list record. The PDA then displays at least a portion of the call history list on a screen of the PDA. The call history list preferably includes phone numbers and names associated with those phone numbers.

In another embodiment, a method further includes displaying call details of a selected call history list record. The call details preferably includes a date, a timestamp, and a duration.

In still another embodiment, a PDA is disclosed that includes a phone device. The phone device comprises a selection mechanism configured to allow selection of a list having at least one list record; a display device configured to display at least a portion of the list and to allow selection of a list record; and a call device configured to initiate a phone call using a phone number associated with a selected list record.

Advantageously, the present invention provides a more convenient and efficient system for combining phone functionality with PDA functionality. Among other things, a user may utilize traditional mobile phone applications without having to deal with mobile phone inconveniences. A computer environment is described for software applications that require more robust computer systems and graphics capabilities than a typical mobile phone can provide. The computer environment that is described not only fulfills these requirements, but also has palm-size portability. Other embodiments, disclosed in detail below, illustrate how the present invention provides phone applications that are ideally applicable to the method and apparatus of the present invention.

The present invention is not limited to the specific embodiments described herein, namely a method, an apparatus, and a computer-readable medium. Rather the inven-

3

tion may encompass other features, embodiments and alternatives which will be apparent to those skilled in the art.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be readily understood by the following detailed description in conjunction with the accompanying drawings. To facilitate this description, like reference numerals designate like structural elements.

FIG. **1** shows a personal digital assistant (PDA), which incorporates a phone device feature, in accordance with one embodiment of the present invention.

FIG. **2** shows screen shot on the PDA of FIG. **1** of a list having at least one list record, in accordance with one embodiment of the present invention.

FIG. **3** shows a screen shot of a call history list, which includes at least one list record and a selected name, in accordance with one embodiment of the present invention.

FIG. **4** shows a screen shot of call details of a selected name from a call history list, in accordance with one embodiment of the present invention.

FIG. **5** shows a screen shot of a call history list, which includes at least one list record and a selected phone number, in accordance with one embodiment of the present invention.

FIG. **6** shows a screen shot of a call history list and address details of a selected phone number, in accordance with one embodiment of the present invention.

FIG. **7** is a flowchart of a method for managing a phone device of a PDA, such as that shown in FIG. **1**, in accordance with one embodiment of the present invention.

FIG. **8** is a detailed flowchart of a method for managing a phone device of a PDA, such as that shown in FIG. **1**, in accordance with one embodiment of the present invention.

FIG. **9** is a block diagram that illustrates a computer system for a PDA, such as that shown in FIG. **1**, upon which an embodiment of the invention may be implemented.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

An invention is disclosed for a method and an apparatus for integrating mobile phone functionality into a personal digital assistant (PDA). In the following description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be understood, however, to one skilled in the art, that the present invention may be practiced without some or all of these specific details. In other instances, well known process operations have not been described in detail in order not to unnecessarily obscure the present invention.

General Overview

FIG. **1** shows a personal digital assistant (PDA), which incorporates a phone device feature, in accordance with one embodiment of the present invention. Examples of a PDA include palm style computers, such as a Palm III™, Palm VT™, or Palm VII™, organizers, manufactured by 3COM Corporation. Other embodiments of the invention include Windows CE™ handheld computers, other handheld computers, and other personal digital assistants.

The Palm™ and its operating environment are used herein to illustrate various aspects of the present invention. However, it should be understood that the present invention may be practiced on other devices, including other Palm™ models, PDA'S, computer devices, PC's, notebooks, etc.

4

The PDA **100** shown in FIG. **1** is preferably a combination of a processor and memory, having a portable energy source, and being incased in PDA housing **130**. In one example, the PDA housing **130** is made of a lightweight, durable plastic material, and is ergonomically designed to be held in the palm of one hand. A PDA **100** combines computing, telephone/fax, and networking features, and can function as a cellular phone, fax sender, and personal organizer. A PDA **100** is preferably pen-based, using a stylus rather than a keyboard for input. This use of a stylus means that a PDA **100** preferably incorporates handwriting recognition features. In another embodiment, a PDA **100** can react to voice input by using voice recognition technologies.

The PDA **100** shown in FIG. **1** includes a plurality of hard buttons **128** and a display device **132** fixed in the PDA housing **130**. The display device **132** may be provided with a graphical user interface that allows a user to select and alter displayed content using a stylus. A plurality of soft buttons **126** for performing automated or pre-programmed functions may be provided on a portion of the display device. In one embodiment, a soft button **126** is a tap recognizer configured to initiate a predetermined routine when a user taps the soft button **126**. In an alternative embodiment, the display device **132** also includes a Graffiti™ writing section **134** for tracing alphanumeric characters as input.

Structural Overview

As shown in FIG. **1**, a call device **101** is active on the display device **132**. A phone device in the PDA **100** runs the call device **101**. The phone device is preferably software, hardware, or combination thereof that allows a user to perform functions of a mobile phone. Such mobile phone functions may include, for example, dialing phone numbers, placing phone calls, receiving phone calls, and receiving voicemail. When the PDA **100** is performing functions of a mobile phone, a mobile phone indicator **122**, preferably located near the top portion of the screen of the PDA **100**, is activated.

When the call device **101** is displayed on the screen of PDA **100**, the PDA **100** preferably indicates by a phone status icon **124** that the call device **101** is in dialer mode. The call device **101** preferably includes a dialer pad **102**, which allows a user to input numbers, letters, punctuation, or other symbols into the call device **101**. Digits may be inputted, for example, to dial a phone number or to load a phone number into a memory of the PDA **100**. Letters may be inputted, for example, to load a person's name, address, or other information into memory of the PDA **100**.

The call device **101** of FIG. **1** is displayed at a time when the call device **101** is in the process of initiating a phone call. In other words, FIG. **1** shows a screen shot of the call device **101** at a time when the call device **101** is in dialing mode.

A name **104** of a person preferably is displayed near the top portion of the call device **101** to indicate that a phone number dialed has been recognized by the PDA **100**. In one embodiment, upon initiating the phone call, the PDA **100** searches in memory for a name associated with the dialed phone number. In FIG. **1**, "Mindy Chahal-w" is the name that is recognized by the PDA **100**. In this example, the PDA **100** is attempting to contact a device that is indicated to be associated with Mindy Chahal at her work. A dialer status icon **110** is preferably included near the top portion of the call device **101** to indicate to the user that the call device **101** is in the process of initiating the phone call.

The embodiment of FIG. **1** shows other features that may be initiated in the call device **101**. A user may initiate these

5

other applications by pressing a button icon, such as a save button **114**, a note button **116**, a mute button **118**, or an end button **120**. User activation of the Save button **114** saves the phone number associated with a call the user is currently engaged to the address book. User activation of the note button **116** activates an in-call note taking service. User activation of the mute button **118** mutes the caller at the other end of the line (other caller). This muting which keeps the other caller from hearing any conversation initiated at the users side of the conversation. User activation of the end button **120** terminates the call that the user is currently participating.

Where a user of the PDA **100** has received a voicemail message, a voicemail indicator **112** preferably appears near the top portion of the screen of the PDA **100**. The call device **101** of the PDA **100** preferably has at the top of the screen a signal strength indicator **106** and a battery charge indicator **108**. The signal strength indicator **106** shows a relative quality and strength of a signal that may be transmitted in a mobile phone network in which the call device **101** is located. The battery charge indicator **108** shows a relative amount of energy remaining in the battery of the PDA **100**.

Structural Overview

FIG. **2** shows screen shot on the PDA of FIG. **1** of a list **201** having at least one list record **203**, in accordance with one embodiment of the present invention. A user may easily navigate through various applications of the PDA **100**. Such applications include a call device **101** and a list **201**. Navigation through different screens of these applications may be performed in several different ways. In one embodiment, the user presses a hard button a given number of times on a front panel of the PDA **100** to navigate through applications of the phone device. In another embodiment, the user taps the phone status icon **124** in the top-right corner to show names of different applications or screens available. As shown in FIG. **2**, these different applications may include a "Dialer" application, a "Outgoing" calls list application, and an "Received" call list application. These applications provide additional functionality to the phone device of the PDA **100**. The present invention, however, is not limited to these specific embodiments.

A list **201** may be of several types. In the embodiment of FIG. **2**, the list **201** is a call history list, and the list records **203** are call history list records. The call history list of FIG. **2** is one specific example of a list **201**. A call history list preferably contains call history list records of incoming, outgoing, missed, or received calls. Another type of list is an address list (not shown) having at least one address list record of phone numbers and names associated with those phone numbers **204**.

The list **201** of FIG. **2** has call history list records that have phone numbers **204** and names **202** associated with those phone numbers **204**. The embodiment of FIG. **2** shows a call history list of missed calls. A missed call is an incoming call that was not answered by the user.

Where an incoming or outgoing call can be matched with a phone number **204** in memory, the phone number **204** is shown in the list record **203** of the call history list. Where an incoming or outgoing call can be matched with a name **202** in memory, the name **202** is also shown in the list record **203** of the call history list. This matching occurs when a name **202** is previously stored in memory, such as in an address book of the PDA **100**, and is associated with the phone number **204**. When the phone number **204** is identified in the address book, the associated name **202** is included in the appropriate call history list record. Where an incoming or

6

outgoing call does not have a name **202** associated with a phone number in memory, the call history list preferably stores an "unnamed" list record **208**."

A set of scroll arrows **206** is another preferred feature of the list **201**. The scroll arrows **206** allow a user to scroll up and down through the list **201** if an entire list **201** cannot fit on the screen of the PDA **100**.

FIG. **3** shows a screen shot of a call history list, which includes at least one list record **203** and a selected name **304**, in accordance with one embodiment of the present invention. The phone status icon **124** in FIG. **3** indicates that the phone device is presently showing a call history list of received calls. The list **201** is shown as it preferably appears on a display device of a phone device in a PDA **100**. When an incoming call cannot be identified by a phone number **204**, the call history list preferably contains a list record **203** with an unavailable ID indicator **302**.

Once a call history list is displayed, as in FIG. **3**, the user may initiate functions of the phone device by interacting with the screen through a stylus. The PDA **100** preferably includes selection mechanism that recognizes when part of a list **201** has been selected. In one embodiment, the user may tap on a selected name **304** if the user wants to view details of a selected call. By tapping the screen of the display device of the PDA **100**, the user triggers a tap recognizer in the PDA **100**. A tap recognizer is hardware, software, or combination thereof. In this example, the tap recognizer is configured to sense that the selected name **304** has been chosen. A rectangle preferably then appears around the selected name **304**.

FIG. **4** shows a screen shot of call details **401** of a selected name **304** from a call history list, in accordance with one embodiment of the present invention. This screen appears when the user taps on a list record **203** where the name has been highlighted. The call details **401** for a selected list record **203** preferably includes the following: a phone number **204** identifying an outside calling device to which the present phone device was, at one time, connected; a name **202** associated with the phone number **204**; a date stamp **406** for the date of connection to a mobile phone network; a timestamp **408** for the time of day the call was received or initiated; and a duration **410** that the phone device was connect to a mobile phone network.

In the addition the screen for the call details **401** preferably includes a done button **412** and a delete button **414**. The done button **412**, when activated, takes the phone device back to the preceding call history list. The delete button **414**, when activated, removes from memory the list record **203** that corresponds to the selected name **364**.

The present invention, however, is not limited to the particular arrangement of FIG. **4** for the display of call details **401**. The call details **401**, for example, may include simply a phone number **204** and an associated name **202**. Alternatively, the call details **401** may include, in addition to what is shown in FIG. **4**, a street address, an email address, and an alternative phone number. The particular information displayed in the call details **401** depends on user preferences, information stored in memory, or combination thereof.

FIG. **5** shows a screen shot of a call history list, which includes at least one list record **203** and a selected phone number **502**, in accordance with one embodiment of the present invention. FIG. **5** illustrates another example of how the user may initiate a function of the phone device by interacting with the screen through a stylus. For example, the user may tap on a selected phone number **502** if the user wants to initiate the call device **101** of the phone device. The tap recognizer of the PDA **100** senses the selected phone

7

number **502** has been tapped. A rectangle preferably appears around the selected phone number **502**.

The call device **101** may be triggered upon tapping a selected phone number **502** in the call history list. FIG. **1**, discussed above, shows an example of the screen that is displayed upon tapping a selected phone number **502**. The call device **101** is displayed and a phone call is simultaneously initiated to the selected phone number by tapping on selected phone number **502**. A phone call **502** is initiated by attempting to contact a device associated with the selected phone number **502**. In other words, a wireless signal is transmitted into a mobile phone network, wherein the wireless signal carries required data to contact a device associated with the selected phone number **502**.

FIG. **6** shows a screen shot of a call history list and address details **602** of a selected phone number **502**, in accordance with one embodiment of the present invention. FIG. **6** illustrates yet another example of how the user may initiate a function of the phone device by interacting with the screen. The user may tap and hold on a selected phone number **502** if the user wants to view address details **602** of the corresponding list record **203**. Address details **602** preferably includes the selected phone number and any other phone numbers that may be associated with the name for the selected phone number **502**. In the example of FIG. **6**, three phone numbers, including the selected phone number **502** displayed on the main screen, are included in the address details **602**. Once the address details are shown on the display device, the user preferably taps the number that the user wants to call. The call device **101** is then triggered, as discussed above with respect to the discussion of FIG. **5**. In an alternative embodiment, the address details **602** includes other user-defined information, such as fax numbers, nicknames, street addresses, etc.

The foregoing description includes a discussion of applications using a call history list. Another type of list is an address list (not shown), as discussed above with respect to FIG. **1**. In one embodiment, an address list includes a predefined directory of phone numbers and names associated with those phone numbers. The directory can be organized alphabetically, or chronologically based on date of entry. It should appreciated by one of ordinary skill that the applications discussed above are readily applicable to an address list, a call history, or some other type of list that contains a set of similarly formatted information.

Process Overview

FIG. **7** is a flowchart of a method for managing the phone device of a PDA **100**, such as that shown in FIG. **1**, in accordance with one embodiment of the present invention. The method starts in step **702** in which a list **201** is retrieved from a stored memory location in a PDA **100**. The list **201** includes at least one list record **203**, as previously described. For example, a user taps the phone status icon **124** to display a set of lists available. The user selects a desired list from the set, which may include, for example, a call history list and an address list. The PDA **100** then retrieves this selected list from a memory of the PDA **100**.

The PDA **100** responds in step **704** by displaying a portion of the list record **203** on a screen of the PDA **100**. For example, a display device displays a portion of a call history list or a portion of an address list on the screen of the PDA **100**.

FIG. **8** is a detailed flowchart of a method for managing a phone device of a PDA **100**, in accordance with one embodiment of the present invention. The method starts in step **802**. Method steps **802** and **804** are substantially similar

8

to method steps **702** and **704**, respectively, of FIG. **7**. Both the methods of FIG. **7** and FIG. **8** are preferably implemented in one or more PDA **100** programs or processes.

The method of FIG. **8** enters a decision operation **806**, where it is determined whether details of a selected list record is to be displayed. If details of a selected list record is to be displayed, then the following steps depend on whether the details of a selected phone number **502** or a selected name **304** are to be displayed. This determination between selected phone number **502** and selected name **304** is indicated by decision operation **808**. For example, a user may tap and hold on a selected phone number **502**. In step **810**, address details **602** of the corresponding list record **203** are then displayed, as discussed above with reference to FIG. **6**. In another example, a user may tap on a name in a call history list. In step **812**, call details **401** of the corresponding call history list are then displayed, as discussed above with reference to FIG. **3**.

If, in operation **806**, details of a selected list record is not to be displayed, the phone device may determine, in operation **814**, whether a phone call is to be initiated. If a phone call is not to be initiated, then the PDA **100** continues, in step **804**, to display at least a portion of the list on a screen of the PDA **100**. If, however, a phone call is to be initiated, then in step **816** a phone call is initiated in a mobile phone network. For example, a user may tap on a selected phone number **502**. In a preferred embodiment, the call device **101** of the phone device is then triggered and a phone call is simultaneously initiated, as discussed above with reference to FIG. **5**.

After a phone call has been initiated, a user may or may not want to display the list **201** again. Such a determination by the phone device is indicated by the decision operation **818**. If the list **201** is to be displayed, then the PDA **100** returns to step **804** and displays at least a portion of the list on a screen of the PDA **100**. If, however, the list **201** is not to displayed, the process is done.

Hardware Overview

FIG. **9** is a block diagram that illustrates a computer system **900** for a PDA **100**, such as that shown in FIG. **1**, upon which an embodiment of the invention may be implemented. The preferred embodiment is implemented using one or more computer programs running on a portable computer, such as a PDA **100**. Thus, in this embodiment, the computer system **900** is a PDA **100**.

Computer system **900** includes a bus **902** or other communication mechanism for communicating information, and a processor **904** coupled with bus **902** for processing information. Computer system **900** also includes a main memory **906**, such as a random access memory (RAM) or other dynamic storage device, coupled to bus **902** for storing information and instructions to be executed by processor **904**. Main memory **906** also may be used for storing temporary variables or other intermediate information during execution of instructions to be executed by processor **904**. Computer system **900** further includes a read only memory (ROM) **908** or other static storage device coupled to bus **902** for storing static information and instructions for processor **904**. A storage device **910**, such as a magnetic disk or optical disk, is provided and coupled to bus **902** for storing information and instructions.

Computer system **900** may be coupled via bus **902** to a display **912**, such as a liquid crystal display (LCD), for displaying information to a computer user. An input device **914** is a touch-sensitive LCD that interprets by sensing contact on the LCD, and is coupled to bus **902** for commu-

9

nicating information and command selections to processor **904**. Another type of input device **914** includes alphanumeric and other keys, and is coupled to bus **902** for communicating information and command selections to processor **904**. Still another type of user input device is cursor control **916**, such as a mouse, a trackball, or cursor direction keys for communicating direction information and command selections to processor **904** and for controlling cursor movement on display **912**. This input device typically has two degrees of freedom in two axes, a first axis (e.g., x) and a second axis (e.g., y), that allows the device to specify positions in a plane.

The invention is related to the use of computer system **900** for providing mobile phone applications in a PDA **100**. According to one embodiment of the invention, mobile phone applications are provided by computer system **900** in response to processor **904** executing one or more sequences of one or more instructions contained in main memory **906**. Such instructions may be read into main memory **906** from another computer-readable medium, such as storage device **910**. Execution of the sequences of instructions contained in main memory **906** causes processor **904** to perform the process steps described herein. In alternative embodiments, hard-wired circuitry may be used in place of or in combination with software instructions to implement the invention. Thus, embodiments of the invention are not limited to any specific combination of hardware circuitry and software.

The term "computer-readable medium" as used herein refers to any medium that participates in providing instructions to processor **904** for execution. Such a medium may take many forms, including but not limited to, non-volatile media, volatile media, and transmission media. Non-volatile media includes, for example, optical or magnetic disks, such as storage device **910**. Volatile media includes dynamic memory, such as main memory **906**. Transmission media includes coaxial cables, copper wire and fiber optics, including the wires that comprise bus **902**. Transmission media can also take the form of acoustic or light waves, such as those generated during radio-wave and infra-red data communications.

Common forms of computer-readable media include, for example, a floppy disk, a flexible disk, hard disk, magnetic-tape, or any other magnetic medium, a CD-ROM, any other optical medium, punchcards, papertape, any other physical medium with patterns of holes, a RAM, a PROM, and EPROM, a FLASH-EPROM, any other memory chip or cartridge, a carrier wave as described hereinafter, or any other medium from which a computer can read.

Various forms of computer readable media may be involved in carrying one or more sequences of one or more instructions to processor **904** for execution. For example, the instructions may initially be carried on a magnetic disk of a remote computer. The remote computer can load the instructions into its dynamic memory and send the instructions over a telephone line using a modem. A modem local to computer system **900** can receive the data on the telephone line and use an infra-red transmitter to convert the data to an infra-red signal. An infra-red detector coupled to bus **902** can receive the data carried in the infra-red signal and place the data on bus **902**. Bus **902** carries the data to main memory **906**, from which processor **904** retrieves and executes the instructions. The instructions received by main memory **906** may optionally be stored on storage device **910** either before or after execution by processor **904**.

Computer system **900** also includes a communication interface **918** coupled to bus **902**. Communication interface **918** provides a two-way data communication coupling to a

10

network link **920** that is connected to a local network **922**. As an example, the communication interface **918** is connected to an antennae and performs wireless communications to a network, such as Internet ISP **926** or local network **922**. In another example, the communication interface **918** connects to a mobile phone network to complete calls initiated by the process of the present invention. In still another example, communication interface **918** is an integrated services digital network (ISDN) card or a modem to provide a data communication connection to a corresponding type of telephone line. In yet another example, communication interface **918** is a local area network (LAN) card that provides a data communication connection to a compatible LAN. In any such implementation, communication interface **918** sends and receives electrical, electromagnetic or optical signals that carry digital data streams representing various types of information.

Network link **920** typically provides data communication through one or more networks to other data devices. For example, network link **920** may provide a connection through local network **922** to a host computer **924** or to data equipment operated by an Internet Service Provider (ISP) **926**. ISP **926** in turn provides data communication services through the world wide packet data communication network now commonly referred to as the "Internet" **928**. Local network **922** and Internet **928** both use electrical, electromagnetic or optical signals that carry digital data streams. The signals through the various networks and the signals on network link **920** and through communication interface **918**, which carry the digital data to and from computer system **900**, are exemplary forms of carrier waves transporting the information.

Computer system **900** can send messages and receive data, including program code, through the network(s), network link **920** and communication interface **918**. In the Internet example, a server **930** might transmit a requested code for an application program through Internet **928**, ISP **926**, local network **922** and communication interface **918**.

The received code may be executed by processor **904** as it is received, and/or stored in storage device **910**, or other non-volatile storage for later execution. In this manner, computer system **900** may obtain application code in the form of a carrier wave.

Scope

In this disclosure, including in the claims, certain process steps are set forth in a particular order, and alphabetic and alphanumeric labels may be used to identify certain steps. Unless specifically stated in the disclosure, embodiments of the invention are not limited to any particular order of carrying out such steps. In particular, the labels are used merely for convenient identification of steps, and are not intended to imply, specify or require a particular order of carrying out such steps.

In the foregoing specification, the invention has been described with reference to specific embodiments thereof. It will, however, be evident that various modifications and changes may be made thereto without departing from the broader spirit and scope of the invention. The specification and drawings are, accordingly, to be regarded in an illustrative rather than a restrictive sense.

What is claimed is:

1. A method of managing a phone device of a Personal Digital Assistant (PDA), the method comprising the steps of:

11

    displaying a set of call lists, comprising at least one of a call history list, a missed call list, an incoming calls list, an outgoing calls list, and a received call list, and an address list;
selecting one of the displayed call lists;
retrieving the selected call list from a memory location of the phone device;
displaying at least a portion of the selected call list on a screen of the PDA, wherein the PDA includes a tap recognizer, and the PDA is configured to select a tapped list record and to initiate a phone call on the phone device;
wherein:
the selected call list includes a set of records, each record including a name and a number;
the step of displaying comprises displaying the name and number for each record in the at least a portion of the selected call list; and
performing a first tap type on a displayed number of a specific record provides a first set of information related to the specific record;
performing a first tap type on a displayed name of the specific record results in a second set of information different from the first set of information related to the specific record; and
performing a second tap type on the specific record initiates the phone call to a number in the specific record.

  **2**. The method according to claim **1**, wherein the set of call lists comprises a call history list, a missed call list, an incoming calls list, an outgoing calls list, a received call list, and an address list.

  **3**. The method according to claim **1**, wherein the first set of information comprises a set of phone numbers associated with the specific record.

  **4**. The method according to claim **3**, wherein the first set of information is provided in the form of a drop down menu positioned at the displayed number of the specific record with the selected list in the background.

12

  **5**. The method according to claim **1**, wherein the second set of information comprises information related to the selected list.

  **6**. The method according to claim **1**, wherein:
when the selected list comprises a call history list, the second set of information comprises a summary of the call making the specific record.

  **7**. The method according to claim **6**, wherein the summary comprises a name, date, time, and duration of the call making the specific record.

  **8**. The method according to claim **1**, wherein:
the set of call lists comprises a call history list, a missed call list, an incoming calls list, an outgoing calls list, a received call list, and an address list;
the first set of information comprises a set of phone numbers associated with the specific record and the first set of information is provided in the form of a drop down menu positioned at the displayed number of the specific record with the selected list in the background;
when the selected list comprises a call history list, the second set of information comprises a summary of the call making the specific record comprising a name, date, time, and duration of the call making the specific record; and
the personal digital assistant is a handheld computer having a dedicated writing area entirely separate from the touch sensitive display.

  **9**. The method according to claim **1**, wherein the method is embodied in a set of computer readable instructions that, when loaded into a computer, cause the computer to perform the steps of the method.

  **10**. The method according to claim **8**, wherein the method is embodied in a set of computer readable instructions that, when loaded into a computer, cause the computer to perform the steps of the method.

\* \* \* \* \*

APLNDC630-0000047429