| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> (jkrevitt@gibsondunn.com) <br> H. MARK LYON (CA SBN 162061) <br> (mlyon@gibsondunn.com) <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br><br> HAROLD J. MCELHINNY (CA SBN 66781) <br> (hmcelhinny@mofo.com) <br> MICHAEL A. JACOBS (CA SBN 111664) <br> (mjacobs@mofo.com) <br> RICHARD S.J. HUNG (CA SBN 197425) <br> (rhung@mofo.com) <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | MARK D. SELWYN (SBN 244180) <br> (mark.selwyn@wilmerhale.com) <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 <br><br> NINA S. TALLON (Pro Hac Vice) <br> (nina.tallon@wilmerhale.com) <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 1875 Pennsylvania Ave., NW <br> Washington, DC  20006 <br> Telephone:  (202) 663-6000 <br> Facsimile:  (202) 663-6363 <br><br> PETER JAMES KOLOVOS <br> (Pro Hac Vice) <br> (peter.kolovos@wilmerhale.com) <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, MA  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |

Attorneys for Plaintiff Apple

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-CV-00630-LHK <br><br><br> **NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Michael Silhasek (State Bar No. 278888) of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Apple Inc. in this action. Pursuant to General Order 45 IV(c), counsel respectfully requests that he be included via email on the Court's notification of all electronic filings in this action at the following email address: michael.silhasek@wilmerhale.com.

Dated:  February 8, 2013

WILMER CUTLER PICKERING
   HALE AND DORR LLP

/s/ Michael Silhasek
Michael Silhasek (SBN 278888)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

*Counsel for Plaintiff Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 8, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

                                         /s/ Michael Silhasek
                                         Michael Silhasek