JOSH A. KREVITT (CA SBN 208552)
(jkrevitt@gibsondunn.com)
H. MARK LYON (CA SBN 162061)
(mlyon@gibsondunn.com)
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300

HAROLD J. MCELHINNY (CA SBN 66781)
(hmcelhinny@mofo.com)
MICHAEL A. JACOBS (CA SBN 111664)
(mjacobs@mofo.com)
RICHARD S.J. HUNG (CA SBN 197425)
(rhung@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

NINA S. TALLON (Pro Hac Vice)
(nina.tallon@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

PETER JAMES KOLOVOS
(Pro Hac Vice)
(peter.kolovos@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff Apple

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-CV-00630-LHK |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **NOTICE OF APPEARANCE** |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Liv Herriot (State Bar No. 267694) of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Apple Inc. in this action.  Pursuant to General Order 45 IV(c), counsel respectfully requests that she be included via email on the Court's notification of all electronic filings in this action at the following email address: liv.herriot@wilmerhale.com.

Dated:  February 8, 2013

WILMER CUTLER PICKERING
    HALE AND DORR LLP

/s/ Liv Herriot
Liv Herriot (SBN 267694)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

*Counsel for Plaintiff Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 8, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

      /s/ Liv Herriot
      Liv Herriot