1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, CA  94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333

6  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
7  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, CA  94105-2482
   Telephone: (415) 268-7000
10 Facsimile: (415) 268-7522

   WILLIAM F. LEE (pro hac vice)
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (CA SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, CA 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

11  ***Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.***

12              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
13                  SAN JOSE DIVISION

14  APPLE INC., a California corporation,

15              Plaintiff,
        v.

16
   SAMSUNG ELECTRONICS CO., LTD., a
17  Korean corporation; SAMSUNG ELECTRONICS
   AMERICA, INC., a New York corporation; and
18  SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC, a Delaware limited liability
19  company,

20              Defendants.

   SAMSUNG ELECTRONICS CO., LTD., a
21  Korean corporation; SAMSUNG ELECTRONICS
   AMERICA, INC., a New York corporation; and
22  SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC, a Delaware limited liability
23  company,

24              Counterclaim-Plaintiffs,
        v.

25
   APPLE INC., a California corporation,

26
              Counterclaim-Defendant.

27

28

CASE NO. 12-cv-00630-LHK (PSG)

**DECLARATION OF JENNIFER RHO IN SUPPORT OF APPLE INC.'S REPLY CLAIM CONSTRUCTION BRIEF PURSUANT TO PATENT LOCAL RULE 4-5**

**Claim Construction Hearing:**

Date:     February 21, 2013
Time:     10:30 a.m.
Place:    Courtroom 1, 5th Floor
Judge:    Hon. Lucy H. Koh

1    I, Jennifer Rho, declare and state as follows:

2    1.    I am an associate attorney with the law firm of Gibson, Dunn & Crutcher LLP,

3    counsel of record in this action for Plaintiff and Counterclaim Defendant Apple Inc. ("Apple").  I am

4    licensed to practice law in the State of California.  I submit this declaration in support of Apple's

5    Reply Claim Construction Brief Pursuant to Patent Local Rule 4-5.  Unless otherwise indicated, I

6    have personal knowledge of the matters set forth below.  If called as a witness, I could and would

7    testify competently as follows.

8    2.    Attached as Exhibit 1 is an excerpt from the transcript of the December 7, 2012

9    Deposition of Stephen Capps.

10    3.    Attached as Exhibit 2 is a true and correct copy of the document produced by

11    Samsung in this litigation, Alan Freedman, Computer Words You Gotta Know! (AMACOM 1993)

12    bearing the bates numbers SAMNDCA630-XX0209947 through SAMNDCA630-XX0209950.

13    4.    Attached as Exhibit 3 is a true and correct copy of  Mark T. Chapman, IBM Systems

14    and Technology Group, The Benefits of Dual-Core Processors in High-Performance Computing

15    (June 2005).

16    5.    Attached as Exhibit 4 is a true and correct copy of Peter Pachal, PC Magazine, "LG

17    Announces Optimus 2X, World's First Dual-Core Phone", PCMAG.COM (December 16, 2010)

18    *available at* http://www.pcmag.com/article2/0,2817,2374435,00.asp.

19    6.    Attached as Exhibit 5 is the First Notice of Allowability from the prosecution history

20    for United States Patent Application 11/769,694, issued as U.S. Patent No. 8,014,760, dated April 15,

21    2011 and bearing the bates numbers APLNDC630-0000045881 through APLNDC630-0000045888.

22    7.    Attached as Exhibit 6 is the February 14, 2011 Response to Final Office Action from

23    the publicly-available prosecution history for United States Patent Application 11/769,694, issued as

24    U.S. Patent No. 8,014,760, bearing the bates numbers APLNDC630-0000045829 through

25    APLNDC630-0000045855.

26    Executed this 8th day of February, 2013 in Los Angeles, California.

27

28                                                  By:   /s/ Jennifer Rho
                                                          Jennifer Rho

RHO DECLARATION IN SUPPORT OF APPLE INC.'S         2              CASE NO. 12-CV-00630-LHK (PSG)
REPLY CLAIM CONSTRUCTION BRIEF

1

2

**<u>ATTESTATION OF E-FILED SIGNATURE</u>**

3

    I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this

4

Declaration.  In compliance with General Order 45, I hereby attest that Jennifer Rho has concurred in

5

this filing.

6

Dated:  February 8, 2013                By:  */s/ H. Mark Lyon*

7

                                                                H. Mark Lyon

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28