# EXHIBIT 1

Attorneys' Eyes Only

Page 1

1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                   SAN JOSE DIVISION
4    APPLE INC., a California
     Corporation,
5                                    No. 12-CV-00630-LHK
                    Plaintiff,
6    vs.
7    SAMSUNG ELECTRONICS CO., LTD,
     a Korean business entity; SAMSUNG
8    ELECTRONICS AMERICA, INC., a
     New York corporation; SAMSUNG
9    TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability company,
10
                    Defendants.
11
     _____/
12
13
14
15            ** ATTORNEYS' EYES ONLY **
16            DEPOSITION OF STEPHEN CAPPS
17               Palo Alto, California
18              Friday, December 7, 2012
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 55402

Page 168

1    Q.   So Mr. Capps, we received recently
2  a collection of about 2000 files.  We have been
3  trying to look at them.  We have been unable to
4  review them because of a series of technical
5  errors in the timing of their production.
6         So it's our position that we are
7  going to keep the deposition open, and that we
8  will be back here another date after we have had
9  a chance to review those materials, and any other
10 materials that haven't been produced yet.
11        But I appreciate that you were a
12 third party.  We'll try to find a more convenient
13 time possible to do that.
14        So no further questions at this
15 time.  Thank you, Mr. Capps.
16        MR. LO:  Just a few questions
17   here.
18                EXAMINATION
19 BY MR. LO:
20   Q.   Mr. Capps, earlier on, you had a
21 discussion with counsel about some of the work
22 you did that lead up to the 502.  Do you recall
23 that?
24   A.   Vaguely.
25   Q.   And there were a lot of discussion

Page 169

1  on historical data or history lists.  Do you
2  recall that?
3       A.   Yes.
4       Q.   And one of the things that you
5  thought you innovated was the ability of some of
6  the historical information to be shareable.  Do
7  you recall that discussion?
8            MR. CURRAN:  Objection.  Form.
9       Mischaracterizes testimony.
10            THE WITNESS:  Yes.
11      Q.   In your work leading up to the
12 filing of the 502 application, did you have in
13 mind whether such data was required to be shared,
14 or whether they just had the ability to be
15 shared?
16            MR. CURRAN:  Same objections.
17            THE WITNESS:  As I've said earlier
18       many times, we always tried to give the
19       application developers flexibility, and
20       therefore, they would have the
21       flexibility to partake in this as they
22       chose.
23      Q.   In the work that you did leading
24 up to the application for the 502 patent, did you
25 have in mind certain examples or scenarios where

Attorneys' Eyes Only

Page 170

1    sharing of such information might not be
2    desirable?
3              MR. LO:  Same objections.
4              THE WITNESS:  As we were talking
5         earlier about what does the label "name"
6         mean, and you would classify the field as
7         car models versus human names versus
8         contact names, that one was -- that
9         example is purposefully bordering on
10        ridiculous, but it does make my point
11        that the classification is different,
12        despite what the label says.
13             There are further nuances
14        which we also wanted to have, which was
15        if you had a medical application for your
16        patients' data, and you're a good doctor,
17        you would never commingle that data with
18        the contacts database, which might be
19        your fellow physicians and staff at the
20        hospital.
21             So the last thing you would
22        want to have happen is if you're sending
23        a fax, to have a history of all names,
24        because you're revealing your patients'
25        names, which is part of the

Attorneys' Eyes Only

1          confidentiality problems.  So that
2          developer would opt out by classifying it
3          with some other classification.
4                    That said, that application
5          might have five or six different fields
6          into which you want to enter the
7          patient's name.  So within that
8          application, they would want to have a
9          history table of that patient's name, but
10         that most certainly would not want to
11         have the same taxonomy, doesn't have the
12         same taxonomy, certainly would not want
13         to have the same classification as the
14         name that would be used by the general
15         purpose fax, e-mail, those type programs.
16         Q.   Let's talk a little bit about what
17    was marked previously Exhibit 3, the 447 patent.
18    And you will recall that this was the patent on
19    which counsel asked you a series of questions
20    regarding the term "heuristics."  Do you recall
21    that discussion?
22         A.   Yeah.
23         Q.   When was the last time prior to
24    today that you had the 447 patent placed in front
25    of you?