# EXHIBIT 2

# Computer words you gotta know!

**Essential definitions for survival in a high-tech world**

**Alan Freedman**

Author of the award-winning *The Computer Glossary*

**amacom**
American Management Association
New York • Atlanta • Boston • Chicago • Kansas City • San Francisco • Washington, D.C.
Brussels • Toronto • Mexico City

SAMNDCA630-XX0209947

This book is available at a special discount when ordered in bulk quantities. For information, contact Special Sales Department, AMACOM, a division of American Management Association, 135 West 50th St., New York, NY 10020.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

```
Library of Congress Cataloging-in-Publication Data

Freedman, Alan, 1942-
    Computer words you gotta know! : essential definitions for survival
  in a high-tech world / Alan Freedman.
      p.   cm.
    ISBN 0-8144-7814-X
    1. Computers--Dictionaries.  2. Electronic data processing-
  -Dictionaries.   I. Title.
  QA76.15.F7345   1993
  004'.03--dc20                                           93-12235
                                                              CIP
```

© 1993 The Computer Language Company Inc.
All rights reserved.
Printed in the United States of America.

This publication may not be reproduced, stored in a retrieval system, or transmitted in whole or in part, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of AMACOM, a division of American Management Association, 135 West 50th St., New York, NY 10020.

Printing number

10  9  8  7  6  5  4  3  2  1

SAMNDCA630-XX0209948

**class** In object-oriented programming, a user-defined data type that defines a collection of objects that share the same characteristics.

**clean room** Room in which the air is highly filtered in order to keep out impurities.

**clear memory** To reset all RAM and hardware registers to a zero or blank condition. Rebooting the computer may or may not clear memory, but turning the computer off and on again guarantees that memory is cleared.

**click** To select an object by pressing the mouse button when the cursor is pointing to the required menu option or icon.

**client** Workstation or personal computer in a client/server environment.

**client/server** Architecture in which the client is the requesting machine (personal computer or workstation) and the server is the supplying machine (LAN file server, mini or mainframe). The client provides the user interface and performs some or most of the application processing. The server maintains the databases and processes requests from the client to extract data from or update the database. The server also controls the application's integrity and security. Contrast with *centralized processing*, in which dumb (non-processing) terminals are connected to a mini or mainframe.

**clip art** Set of canned images used to illustrate word processing and desktop publishing documents.

**clipboard** Reserved memory used to hold data that has been copied from one application in order to be inserted into another.

**Clipper** Application development system for PCs from Computer Associates. Originally a dBASE compiler, it become a stand-alone development system with many features. It was developed by Nantucket Corporation, later acquired by CA.

**clipping level** Disk's ability to maintain its magnetic properties and hold its content. A high-quality level range is 65-70%; low quality is below 55%.

**clock** Internal timing device. The CPU clock is the computer's heartbeat. It uses a quartz crystal to generate a uniform electrical frequency.
  A realtime clock is a time-of-day clock that keeps track of hours, minutes and seconds.

**clock/calendar** Internal time clock and month/year calendar that is kept active with a battery.

**clock doubling** Doubling the internal processing speed of a CPU while maintaining the original clock speed for I/O (transfers in/out of the chip). Intel popularized the technique with its Speed Doubler chips.

**clock speed** Internal speed of a computer. For example, the same CPU running at 20MHz is twice as fast internally as one running at 10MHz.

**clone** Device that works like the original, but does not necessarily look like it. It implies 100% functional compatibility.

**closed** With regard to a switch, closed is "on." Open is "off."

**closed architecture** System whose technical specifications are not made public. Contrast with *open architecture*.

SAMNDCA630-XX0209949

Case 5:12-cv-00630-LHK Document 362-3 Filed 02/08/13 Page 4 of 5

field



FIELDS IN A RECORD

(can it be built?) aspects are part of the study. Results of the study determine whether the solution should be implemented.

**field** Physical unit of data that is one or more bytes in size. A collection of fields make up a record. A field also defines a unit of data on a source document, screen or report. Examples of fields are NAME, ADDRESS, QUANTITY and AMOUNT DUE.

The field is the common denominator between the user and the computer. When you interactively query and update your database, you reference your data by field name.

A field is the physical unit of storage, whereas a data item refers to the data itself. For example, the data items Chicago, Dallas and Phoenix are stored in the CITY field. The terms *field, data element, data item* and *variable* refer to the same unit of data and are often used interchangeably.

**field engineer** Person who is responsible for hardware installation, maintenance and repair. Formal training is in electronics, although many people have learned on the job.

**field name** Assigned name for a field (NAME, ADDRESS, CITY, STATE, etc.) that is the same in every record.

**field separator** Comma, tab or other character used to mark the separation of fields in a record. See *comma delimited*.

**field service** See *field engineer*.

**field squeeze** In a mail merge, a function that eliminates extra blanks between words when fixed-length fields are inserted into the document text. See *line squeeze*.

**fifth-generation computer** Computer designed for AI applications. Appearing in the late 1990s, these systems will represent the next technology leap.

**file** (1) In data management, a collection of related records.

(2) In word processing, a single text document.

(3) In computer graphics, a set of image descriptors for one picture, either in TV-like format (raster graphics) or in line, or object, format (vector graphics).

(4) In programming, the source program and machine language program are stored as individual *files*.

(5) In computer operations, any collection of data that is treated as a single unit on a peripheral device, such as any of the examples in items 1 through 4 above.

**file and record locking** First-come, first-served technique for managing data in a multiuser environment. The first user to access the file or record prevents, or locks out, other users from accessing it. After the file or record is updated, it is unlocked and available.