# EXHIBIT 4

# LG Announces Optimus 2X, World's First Dual-Core Phone

*By Peter Pachal*
*ARTICLE DATE : December 16, 2010*                                                                                          pcmag.com


*Optimus 2X*

LG announced today the first smartphone with a dual-core chip, the Optimus 2X. Dual-core phones, which pack more processing power than the current single-core models, are expected to be a major trend for cell phones in 2011.

The Optimus 2X's 1GHz processor, Nvidia's Tegra 2 chip, enables features like HDMI mirroring, which lets you duplicate whatever's on the phone's 4-inch WVGA display, including games, at full HD resolution on an external screen. It's also said to provide smoother Web browsing and allow multitasking of applications with virtually no screen lag.

"Dual-core technology is the next leap forward in mobile technology so this is no small achievement to be the first to offer a smartphone utilizing this technology," Jong-seok Park, CEO LG Electronics Mobile, said in a statement. "With unique features such as HDMI mirroring and exceptional graphics performance, the LG Optimus 2X is proof of LG's commitment to high-end smartphones in 2011."

LG's dual-core announcement is the first in what will probably be the first in a long-line of dual-core mobile devices from several manufacturers. Earlier this month Texas Instruments released detailed specs about its 1.5GHz dual-core chip, the OMAP4440. In addition, the CEO of RIM said last week that its PlayBook tablet would be the first in what would likely be a line of multi-core devices, including smartphones.

The Optimus 2X has onboard memory of 8GB, though a microSD card slot will let you add up to 32GB more. A forward-facing camera makes the phone friendly to video calls, and the rear camera will capture images up to 8 megapixels. Like the iPhone 4, the Optimus is equipped with an accelerometer and gyroscope for motion-controlled gaming. he phone will ship with Android 2.2 ("Froyo"), upgradeable to 2.3 ("Gingerbread").

The phone will launch in Korea in January, with Europe and other parts of Asia "to follow." It's unknown whether the phone will ever be released in the U.S.

*Copyright (c) 2013 Ziff Davis Inc. All Rights Reserved.*