# EXHIBIT 6

## Amendments to the Claims

The following listing of claims will replace all prior versions, and listings, of claims in the application:

## Listing of Claims:

1.      (Withdrawn) A computer-implemented method, comprising: at a portable electronic device with a touch screen display,

　　　　displaying a list of items comprising missed telephone calls;

　　　　upon detecting user selection of an item in the list, displaying contact information for a respective caller corresponding to the user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including a first contact object, comprising a telephone number object having a first telephone number associated with the missed telephone call, and a second contact object; and

　　　　upon detecting user selection of the second contact object, initiating a communication with the respective caller via a modality corresponding to the second contact object.

2.      (Withdrawn) The method of claim 1, wherein the second contact object is an email contact object, and the modality corresponding to the second contact object includes sending an email message.

3.      (Withdrawn) The method of claim 1, wherein the second contact object is a telephone number object having a second telephone number different from the first telephone number and the modality corresponding to the second contact object includes initiating a telephone call to the second telephone number.

4.      (Withdrawn) The method of claim 1, wherein the second contact object is an instant messaging object, and the modality corresponding to the second contact object includes sending an instant message.

5.      (Withdrawn) The method of claim 1, wherein a single item in the list of items corresponds to a plurality of missed telephone calls.

6.      (Withdrawn) The method of claim 1, including displaying, in a respective single item in the list, information indicating a number of missed calls.

APLNDC630-0000045829

7.      (Withdrawn) The method of claim 1, wherein a single item in the list of items corresponds to a plurality of missed telephone calls from a plurality of distinct telephone numbers associated with a respective caller.

8.      (Withdrawn) The method of claim 1, including:
        detecting a scrolling gesture comprising substantially vertical movement of a user contact with the touch screen display; and
        responding to the scrolling gesture by scrolling the displayed list of items.

9.      (Currently amended) A method, comprising:
at a portable electronic device with a touch screen display:
        displaying a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion;
        in response to detecting a finger gesture on [[a]] the first interactive displayed portion of a respective user selected item in the list, immediately initiating a return telephone call to a return telephone number associated with the respective user selected item;
        in response to detecting a finger gesture on [[a]] the second interactive displayed portion of the respective user selected item in the list, the second portion being distinct from the first portion, immediately displaying contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including:
                a first contact object comprising a telephone number object having the return telephone number, and
                a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and
        in response to detecting user selection of the second contact object, immediately initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.

10.     (Previously Presented) The method of claim 9, wherein the second contact object is an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user.

APLNDC630-0000045830

11.   (Cancelled)

12.   (Previously Presented) The method of claim 9, wherein the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user.

13.   (Currently amended) The method of claim 9, wherein a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls.

14.   (Currently amended) The method of claim 9, including, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, information indicating a number indicating a plurality of consecutive missed telephone calls.

15.   (Currently amended) The method of claim 9, wherein a single item in the list of interactive items corresponds to a plurality of missed telephone calls from a plurality of distinct telephone numbers associated with a respective caller.

16.   (Cancelled)

17.   (Withdrawn) A computer-implemented method, comprising: at a portable electronic device with a touch screen display,
        displaying missed telephone call information, including a list of items, wherein at least one of the items corresponds to a plurality of missed telephone calls from a respective caller.

18.   (Withdrawn) The method of claim 17, wherein a respective item in the list of items corresponds to a plurality of missed telephone calls from a plurality of distinct telephone numbers associated with the respective caller.

19.   (Withdrawn) The method of claim 17, wherein a respective item in the list of items corresponds to one or more VoIP calls having an associated IP address.

APLNDC630-0000045831

20.    (Withdrawn)  The method of claim 17, wherein at least two of the plurality of missed telephone calls from the respective caller comprise missed telephone calls from at least two different telephone numbers associated with the respective caller.

21.    (Withdrawn) The method of claim 17, including:

upon detecting user selection of an item in the list of items, displaying contact information for the respective caller corresponding to the user selected item, the displayed contact information including a plurality of contact objects.

22.    (Withdrawn) The method of claim 21, including:

upon detecting user selection of a respective contact object of the plurality of contact objects, initiating a communication with the respective caller via a modality corresponding to the user selected contact object.

23.    (Withdrawn) The method of claim 17, including:

detecting a scrolling gesture comprising substantially vertical movement of a user contact with the touch screen display; and

responding to the scrolling gesture by scrolling the display of missed telephone call information.

24.    (Withdrawn) A computer-implemented method, comprising: at a portable electronic device with a touch screen display with a plurality of user interface objects,

displaying telephone call information, including a list of items, wherein at least one of the items corresponds to a plurality of telephone calls with a respective caller;

detecting a scrolling gesture comprising substantially vertical movement of a user contact with the touch screen display; and

responding to the scrolling gesture by scrolling the display of telephone call information.

25.    (Withdrawn) A computer-implemented method, comprising: at a portable electronic device with a touch screen display with a plurality of user interface objects,

displaying a list of items for prior telephone calls;

upon detecting finger contact with a first portion of a user selected item in the list, initiating a telephone call to a primary telephone number associated with the user selected item;

APLNDC630-0000045832

upon detecting finger contact with a second portion of the respective item in the list, displaying contact information for a respective caller associated with the user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including a first contact object, comprising a telephone number object having the primary telephone number, and a second contact object; and

upon detecting user selection of the second contact object, initiating a communication with the respective caller via a modality corresponding to the second contact object.

26.     (Withdrawn) The method of claim 25, wherein the second contact object is an email contact object, and the modality corresponding to the second contact object includes sending an email message.

27.     (Withdrawn) The method of claim 25, wherein the second contact object is a telephone number object having a secondary telephone number different from the primary telephone number and the modality corresponding to the second contact object includes initiating a telephone call to the secondary telephone number.

28.     (Withdrawn) The method of claim 25, wherein the second contact object is an instant messaging object, and the modality corresponding to the second contact object includes sending an instant message.

29.     (Withdrawn) The method of claim 25, wherein a single item in the list of items corresponds to a plurality of prior telephone calls.

30.     (Withdrawn) A computer program product for use in conjunction with a portable electronic device with a touch screen display with a plurality of user interface objects, the computer program product comprising a computer readable storage medium and a computer program mechanism embedded therein, the computer program mechanism comprising:

instructions for displaying a list of items for missed telephone calls;

instructions for displaying, upon detecting user selection of an item in the list, contact information for a respective caller corresponding to the user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including a first contact object, comprising a telephone number object having a first telephone number associated with the missed telephone call, and a second contact object; and

APLNDC630-0000045833

instructions for initiating, upon detecting user selection of the second contact object, a communication with the respective caller via a modality corresponding to the second contact object.

31.    (Currently amended) A ~~computer program product for use in conjunction with a portable electronic device with a touch screen display, the computer program product comprising a~~ non-transitory computer readable storage medium ~~and a computer program mechanism embedded therein, the computer program mechanism comprising~~ storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

~~instructions for displaying~~ display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion;

~~instructions for~~ immediately ~~initiating~~ initiate, in response to detecting a finger gesture on [[a]] the first interactive displayed portion of a respective user selected item in the list, a return telephone call to a return telephone number associated with the respective user selected item;

~~instructions for~~ immediately ~~displaying~~ display, in response to detecting a finger gesture on [[a]] the second interactive displayed portion of the respective user selected item in the list, ~~the second portion being distinct from the first portion,~~ contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including:

a first contact object comprising a telephone number object having the return telephone number, and

a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and

~~instructions for~~ immediately ~~initiating~~ initiate, in response to detecting user selection of the second contact object, a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.

32.    (Withdrawn) A computer program product for use in conjunction with a portable electronic device with a touch screen display with a plurality of user interface objects, the

APLNDC630-0000045834

computer program product comprising a computer readable storage medium and a computer program mechanism embedded therein, the computer program mechanism comprising:

instructions for displaying missed telephone call information, including a list of items, wherein at least one of the items corresponds to a plurality of missed telephone calls from a respective caller.

33.    (Withdrawn) A computer program product for use in conjunction with a portable electronic device with a touch screen display with a plurality of user interface objects, the computer program product comprising a computer readable storage medium and a computer program mechanism embedded therein, the computer program mechanism comprising:

instructions for displaying telephone call information, including a list of items, wherein at least one of the items corresponds to a plurality of telephone calls with a respective caller;

instructions for detecting a scrolling gesture comprising substantially vertical movement of user contact with the touch screen display; and

instructions for responding to the scrolling gesture by scrolling the display of telephone call information.

34.    (Withdrawn) A computer program product for use in conjunction with a portable electronic device with a touch screen display with a plurality of user interface objects, the computer program product comprising a computer readable storage medium and a computer program mechanism embedded therein, the computer program mechanism comprising:

instructions for displaying a list of items for prior telephone calls;

instructions for initiating, upon detecting finger contact with a first portion of a user selected item in the list, a telephone call to a primary telephone number associated with the user selected item;

instructions for displaying, upon detecting finger contact with a second portion of the respective item in the list, contact information for a respective caller associated with the user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including a first contact object, comprising a telephone number object having the primary telephone number, and a second contact object; and

instructions for initiating, upon detecting user selection of the second contact object, a communication with the respective caller via a modality corresponding to the second contact object.

APLNDC630-0000045835

35.    (Withdrawn) A portable electronic device with a touch screen display with a plurality of user interface objects, comprising:

memory;

one or more processors; and

one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including:

instructions for displaying a list of items for missed telephone calls;

instructions for displaying, upon detecting user selection of an item in the list, contact information for a respective caller corresponding to the user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including a first contact object, comprising a telephone number object having a first telephone number associated with the missed telephone call, and a second contact object; and

instructions for initiating, upon detecting user selection of the second contact object, a communication with the respective caller via a modality corresponding to the second contact object.

36.    (Currently amended) A portable electronic device with a touch screen display, comprising:

memory;

one or more processors; and

one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including:

instructions for displaying a list of <u>interactive</u> items for missed telephone calls<u>, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion</u>;

instructions for immediately initiating, in response to detecting a finger gesture on [[a]] <u>the</u> first <u>interactive displayed</u> portion of a <u>respective</u> user selected item in the list, a return telephone call to a return telephone number associated with the <u>respective</u> user selected item;

instructions for immediately displaying, in response to detecting a finger gesture on [[a]] <u>the</u> second <u>interactive displayed</u> portion of the <u>respective</u> user selected item in the list, ~~the second portion being distinct from the first portion,~~ contact information for a respective caller associated with the <u>respective</u> user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including:

APLNDC630-0000045836

a first contact object comprising a telephone number object having the return telephone number, and

a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and

instructions for immediately initiating, in response to detecting user selection of the second contact object, a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.

37.     (Withdrawn) A portable electronic device with a touch screen display with a plurality of user interface objects, comprising:

memory;

one or more processors; and

one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including:

instructions for displaying missed telephone call information, including a list of items, wherein at least one of the items corresponds to a plurality of missed telephone calls from a respective caller.

38.     (Withdrawn) A portable electronic device with a touch screen display with a plurality of user interface objects, comprising:

memory;

one or more processors; and

one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including:

instructions for displaying telephone call information, including a list of items, wherein at least one of the items corresponds to a plurality of telephone calls with a respective caller;

instructions for detecting a scrolling gesture comprising substantially vertical movement of user contact with the touch screen display; and

instructions for responding to the scrolling gesture by scrolling the display of telephone call information.

39.     (Withdrawn) A portable electronic device with a touch screen display with a plurality of user interface objects, comprising:

memory;

APLNDC630-0000045837

one or more processors; and

one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including:

instructions for displaying a list of items for prior telephone calls;

instructions for initiating, upon detecting finger contact with a first portion of a user selected item in the list, a telephone call to a primary telephone number associated with the user selected item;

instructions for displaying, upon detecting finger contact with a second portion of the respective item in the list, contact information for a respective caller associated with the user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including a first contact object, comprising a telephone number object having the primary telephone number, and a second contact object; and

instructions for initiating, upon detecting user selection of the second contact object, a communication with the respective caller via a modality corresponding to the second contact object.

40.    (Currently amended) A method performed at a portable electronic device with a touch screen display, comprising:

displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls,                    .

wherein at least one interactive displayed item in the list is associated with a missed telephone call,

wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and

wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:

APLNDC630-0000045838

receive a finger tap input in the first <u>interactive displayed</u> portion of the <u>interactive displayed</u> item, and in response to that input to immediately initiate a return telephone call to a telephone number associated with that <u>interactive displayed</u> item, and

receive a finger tap input in the second <u>interactive displayed</u> portion of the <u>interactive displayed</u> item, and in response to that input to immediately initiate display of contact information for a caller corresponding to ~~the~~ <u>that interactive displayed</u> item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including:

a first contact object comprising a telephone number associated with the caller, and

a second contact object associated with a non-telephonic communication modality for contacting the caller; and

detecting a user tap input with the second contact object, and in response to that input, immediately initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

41.     (Currently amended) The method of claim 40, wherein the second <u>interactive displayed</u> portion of each <u>interactive</u> displayed item is identified by an icon displayed within the <u>interactive displayed</u> item.

42.     (Cancelled)

43.     (Cancelled)

44.     (Cancelled)

45.     (Currently amended) A portable electronic device, comprising:

one or more processors;

a touch screen display;

a computer readable storage medium containing instructions that when executed by the one or more processors perform operations in the portable electronic device, the instructions comprising:

instructions to display a list on the touch screen display, the list comprising a plurality of <u>interactive displayed</u> items associated with telephone calls,

APLNDC630-0000045839

wherein at least one <u>interactive displayed</u> item in the list is associated with a missed telephone call,

wherein at least one <u>interactive displayed</u> item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and

wherein each <u>interactive</u> displayed item associated with a missed telephone call and also associated with contact information includes a first <u>interactive displayed</u> portion and a second <u>interactive displayed</u> portion, the second <u>interactive displayed</u> portion being distinct from the first <u>interactive displayed</u> portion;

instructions to receive a finger tap input in the first <u>interactive displayed</u> portion of [[a]] <u>an interactive</u> displayed item associated with both a missed call and contact information, and in response to that input, to immediately initiate a telephone call to a telephone number associated with that <u>interactive displayed</u> item;

instructions to receive a finger tap input in the second <u>interactive displayed</u> portion of [[a]] <u>an interactive</u> displayed item associated with both a missed call and contact information, and in response to that input to immediately initiate display of contact information for a caller corresponding to ~~the~~ <u>that interactive displayed</u> item, the displayed contact information including simultaneous display of a plurality of contact objects, the plurality of contact objects including:

a first contact object associated with initiating a telephone call to the caller,

a second contact object associated with sending an email to the caller, and

a third contact object associated with sending an instant message to the caller;

and

instructions to detect a finger tap input at any one contact object of the plurality of contact objects, and in response to that input, to immediately initiate a communication to the corresponding caller of the type corresponding to the contact object at which the input was detected.

46.    (Previously Presented) The device of claim 45, wherein the second <u>interactive displayed</u> portion of each <u>interactive</u> displayed item is identified by an icon displayed within the item.

47.    (Currently amended) A method performed at a portable electronic device with a touch screen display, comprising:

APLNDC630-0000045840

displaying a list of items, the list comprising a plurality of <u>interactive displayed</u> items associated with telephone calls,

wherein at least one <u>interactive displayed</u> item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and

wherein each such <u>interactive displayed</u> item associated with both a missed telephone call and contact information comprises at least a first <u>interactive displayed</u> portion and a second <u>interactive displayed</u> portion, the second <u>interactive displayed</u> portion being distinct from the first <u>interactive displayed</u> portion;

detecting a finger tap input at a first user selected <u>interactive displayed</u> item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first <u>interactive displayed</u> portion of the selected <u>interactive displayed</u> item, and in response to that input immediately initiating a telephone call to a telephone number associated with the first user selected <u>interactive displayed</u> item;

detecting a finger tap input at a second user selected <u>interactive displayed</u> item associated with both a missed telephone call and contact information, where the finger tap input is with the second <u>interactive displayed</u> portion of the selected <u>interactive displayed</u> item, and in response to that input immediately displaying contact information for a caller corresponding to the second user selected <u>interactive displayed</u> item, the displayed contact information including a plurality of contact objects comprising:

a first contact object associated with a telephone number for contacting the caller, and

a second contact object associated with a non-telephonic communication modality for contacting the caller; and

~~upon~~ <u>in response to</u> detecting user selection of the second contact object, immediately initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

48.    (Previously Presented) The method of claim 47, wherein the second <u>interactive</u> <u>displayed</u> portion of each <u>interactive</u> displayed item is identified by an icon displayed within the <u>interactive displayed</u> item.

APLNDC630-0000045841

49.     (Currently amended) The method of claim 9, wherein the second <u>interactive displayed</u> portion of the <u>respective</u> user selected item is identified by an icon displayed within the <u>respective</u> user selected item.

50.     (New) The method of claim 9, wherein immediately displaying contact information for a respective caller corresponding to the respective user selected item includes replacing display of the list of interactive items with display of the contact information for the respective caller.

51.     (New) The computer readable storage medium of claim 31, including instructions that cause the device to, in response to detecting the finger gesture on the second interactive displayed portion of the respective user selected item in the list, replace display of the list of interactive items with display of the contact information for the respective caller.

52.     (New) The device of claim 36, including instructions for, in response to detecting the finger gesture on the second interactive displayed portion of the respective user selected item in the list, replacing display of the list of interactive items with display of the contact information.

53.     (New) The computer readable storage medium of claim 31, including instructions that cause the device to, while displaying the list of interactive items comprising missed telephone calls, display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.

54.     (New) The device of claim 36, including instructions for, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.

55.     (New) A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

display a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls,

wherein at least one interactive displayed item in the list is associated with a missed telephone call,

APLNDC630-0000045842

wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and

wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:

receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and in response to that input to immediately initiate a return telephone call to a telephone number associated with that interactive displayed item, and

receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and in response to that input to immediately initiate display of contact information for a caller corresponding to ~~the~~ that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including:

a first contact object comprising a telephone number associated with the caller, and

a second contact object associated with a non-telephonic communication modality for contacting the caller; and

detect a user tap input with the second contact object, and in response to that input, immediately initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

56.    (New) A portable electronic device with a touch screen display, comprising:

memory;

one or more processors; and

one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for:

displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls,

APLNDC630-0000045843

wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and

wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and in response to that input immediately initiating a telephone call to a telephone number associated with the first user selected interactive displayed item;

detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and in response to that input immediately displaying contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising:

a first contact object associated with a telephone number for contacting the caller, and

a second contact object associated with a non-telephonic communication modality for contacting the caller; and

in response to detecting user selection of the second contact object, immediately initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

57.    (New) The device of claim 56, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item.

58.    (New) A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

APLNDC630-0000045844

display a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls,

wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and

wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

detect a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and in response to that input immediately initiate a telephone call to a telephone number associated with the first user selected interactive displayed item;

detect a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and in response to that input immediately display contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising:

a first contact object associated with a telephone number for contacting the caller, and

a second contact object associated with a non-telephonic communication modality for contacting the caller; and

in response to detecting user selection of the second contact object, immediately initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

59.     (New) The computer readable storage medium of claim 58, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item.

APLNDC630-0000045845

## *REMARKS*

This amendment responds to the final office action mailed October 14, 2010. In the office action the Examiner:

A.  rejected claims 9-10, 12, 16, 31, 36, and 40-49 under 35 U.S.C. 103(a) as being unpatentable over Kun et al. (US Patent Application Pub. 2006/0281449 A1) in view of Haitani et al. (US Patent No. 7,680,513);

B.  rejected claim 13 under 35 U.S.C. 103(a) as being unpatentable over Kun et al. in combination with Haitani et al. as applied to claim 9 above, and further in view of Richard (EP 1069791 A1);

C.  rejected claim 14 under 35 U.S.C. 103(a) as being unpatentable over Kun et al. in combination with Haitani et al. as applied to claim 9 above, and further in view of Sherrard et al. (US 7,685,530); and

D.  rejected claim 15 under 35 U.S.C. 103(a) as being unpatentable over Kun et al. in combination with Haitani et al. as applied to claim 9 above, and further in view of Stifelman et al. (US Patent Application Pub. 2007/0133771 A1).

## *INTERVIEW SUMMARIES*

Applicants' attorneys thank Examiner M. Santiago Cordero for her comments during a telephone interview on October 6, 2010 as well as an in-person interview on January 26, 2011 with Robert B. Beyers and Cyndi Wheeler.

In the October 6 interview, an Examiner's Amendment to put the case in condition for allowance was proposed and discussed. Applicant's representative requested an office action. No agreement with respect to the claims was reached.

In the January 26 interview, Applicants' proposed amendments to claims 9 and claim 14, and a proposed dependent claim (new claim 50) were discussed. The Examiner observed that Applicants' proposed amendments and new claim appeared to overcome the current rejections. Claims 9 and 14 have been amended, and claims 50-52 have been added, accordingly. Analogous amendments to the amendments in claim 9 have been made to all of the other independent claims.

## *REMARKS CONCERNING CLAIMS*

Claim 9 has been amended to recite "displaying a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first

APLNDC630-0000045846

interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion." Claims 31 and 36 have been amended to include analogous limitations. Claims 40, 45, and 47 have been similarly amended.

Claim 14 has been amended to recite "displaying, within a respective single item in the list, a number indicating a plurality of missed telephone calls." New dependent computer readable storage medium claim 53 and dependent device claim 54, which correspond to dependent method claim 14 as amended, have been added.

Claims 13, 15, and 49 have been amended to conform to the amendments made to claim 9.

Claims 16 and 42-44 have been cancelled.

New claims 50-52 have been added. Claims 50-52 require "replacing display of the list of interactive items with display of the contact information" in response to detecting the finger gesture on the second interactive displayed portion of the respective user selected item in the list.

New computer readable storage medium claim 55, which corresponds to method claim 40 and device claim 45 as amended, has been added. New computer readable storage medium claims 58-59 and device claims 56-57, which correspond to method claims 47-48 as amended, have been added.

Support for the new and amended claims can be found in at least Figure 12A-12C and paragraphs [0166] and [0201] of the specification. No new matter has been added.

Claims 1-8, 17-30, 32-35 and 37-39 were withdrawn.

With respect to all amendments, Applicants have not dedicated or abandoned any unclaimed subject matter. Moreover, Applicants have not acquiesced to any characterizations of the invention, nor any rejections or objections of the claims, made by the Examiner.

After entry of this amendment, the pending claims are: claims 9,10, 12-15, 31, 36, 40, 41, and 45-59.


## REMARKS CONCERNING REJECTIONS UNDER 35 U.S.C. 103

To establish prima facie obviousness of a claimed invention, <u>all the claim elements must be taught or suggested</u> by the prior art. *In re Royka*, 490 F.2d 981, 180 USPQ 580 (CCPA 1974). Indeed, the Board of Patent Appeal and Interferences recently confirmed that a proper obviousness determination requires an Examiner to make "a searching comparison

APLNDC630-0000045847

of the claimed invention - <u>including all its limitations</u> - with the teaching of the prior art." See *In re Wada and Murphy*, Appeal 2007-3733, citing *In re Ochiai*, 71 F.3d 1565, 1572 (Fed. Cir. 1995) (emphasis in original). Finding all the claim elements in the prior art is necessary, but not sufficient. *KSR Intern. Co. v. Teleflex Inc.*, 127 S.Ct. 1727, 1741 (2007) ("a patent composed of several elements is not proved obvious merely by demonstrating that each of its elements was, independently, known in the prior art"). "<u>All words in a claim must be considered</u> in judging the patentability of that claim against the prior art." *In re Wilson*, 424 F.2d 1382, 1385, 165 USPQ 494, 496 (CCPA 1970).

**A.   Rejection of claims 9-10, 12, 16, 31, 36, and 40-49 under 35 U.S.C. 103(a) as being unpatentable over Kun et al. (US Patent Application Pub. 2006/0281449 A1) in view of Haitani et al. (US Patent No. 7,680,513).**

Claims 16 and 42-44 have been cancelled without prejudice, rendering these rejections moot.

As amended, claim 9, requires:

at a portable electronic device with a touch screen display:
displaying a list of interactive items comprising missed telephone calls,
wherein <u>**each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion**</u>;
<u>**in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, immediately initiating a return telephone call**</u> to a return telephone number associated with the respective user selected item;
<u>**in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, immediately displaying contact information**</u> for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including:
a first contact object comprising a telephone number object having the return telephone number, and
a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and
in response to detecting user selection of the second contact object,
immediately initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.
(Emphasis added)

APLNDC630-0000045848

Kun discloses a missed calls list on a phone. (See Kun Figures 4, 5A-5D). An item in the missed call list includes the contact name and an arrow icon 520. But Kun does not teach or suggest that each item has two distinct interactive displayed portions that a user can interact with via finger gestures on the displayed portions to either immediately return a phone call or to display contact information for the respective caller. Indeed, there are no finger gestures on any displayed items in Kun, let alone finger gestures on two distinct portions of a displayed item that produce two different responses, because Kun does not have a touch screen. Rather, Kun has "two soft-keys 9, two call handling keys 12, and a 5-way navigation key 10" (Kun, Figure 1 and [0025]).

Haitani was cited for the disclosure of a touch screen display. But the bare disclosure of a touch screen display in Haitani, in combination with the missed call list in Kun, does not teach or suggest "each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, immediately initiating a return telephone call to a return telephone number associated with the respective user selected item; in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, immediately displaying contact information for a respective caller corresponding to the respective user selected item" as required by claim 9 as amended.

Because Kun and Haitani, either alone or in combination, do not teach multiple claim limitations, there is no prima facie case of obviousness for claim 9 as amended and associated dependent claims 10, 12-15, 49, and 50.

As noted in the Interview Summary, the Examiner observed that claim 9 as amended appeared to overcome the current rejection under 35 U.S.C. 103.

Claims 31 and 36 include analogous limitations to claim 9. Thus, independent claims 31 and 36 as amended and their associated dependent claims are patentable over Kun and Haitani for at least analogous reasons to those explained above with respect to claim 9.

Independent claims 40, 45, and 47 have been amended in a similar manner to claim 9. Thus, claims 40, 45, and 47 and their associated dependent claims are patentable over Kun and Haitani for at least analogous reasons to those explained above with respect to claim 9.

Applicants respectfully requests that these rejections be withdrawn.

APLNDC630-0000045849

**B.      Rejection of claim 13 under 35 U.S.C. 103(a) as being unpatentable over Kun in combination with Haitani as applied to claim 9 above, and further in view of Richard (EP 1069791 A1); cited in IDS filed on 2/24/2009).**

As discussed in Section A above, Kun and Haitani fail to teach or suggest multiple limitations of claim 9 as amended.  Richard is not cited for and does not supply the missing limitations of amended claim 9.  Because the cited references, either alone or in combination, do not teach or suggest multiple claim limitations, there is no prima facie case of obviousness for amended claim 9 and associated dependent claim 13.  Applicants respectfully request that this rejection be withdrawn.

**C.      Rejected claim 14 under 35 U.S.C. 103(a) as being unpatentable over Kun in combination with Haitani as applied to claim 9 above, and further in view of Sherrard et al. (US 7,685,530).**

As discussed in Section A above, Kun and Haitani fail to teach or suggest multiple limitations of claim 9 as amended. Sherrard is not cited for and does not supply the missing limitations of amended claim 9.  Because the cited references, either alone or in combination, do not teach or suggest multiple claim limitations, there is no prima facie case of obviousness for amended claim 9 and associated dependent claim 14.

Claim 14 is independently patentable for at least the following reason. Claim 14 as amended recites "while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls." Kun, Haitani, and Sherrard, either alone or in combination, do not teach or suggest displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.

As noted in the Interview Summary, the Examiner observed that claim 14 as amended appeared to overcome the current rejection of claim 14 under 35 U.S.C. 103.

Applicants respectfully requests that this rejection be withdrawn.

**D.      Rejected claim 15 under 35 U.S.C. 103(a) as being unpatentable over Kun in combination with Haitani as applied to claim 9 above, and further in view of Stifelman et al. (US Patent Application Pub. 2007/0133771 A1).**

As discussed in Section A above, Kun and Haitani fail to teach or suggest multiple limitations of claim 9 as amended. Stifelman is not cited for and does not supply the missing limitations of amended claim 9.  Because the cited references, either alone or in combination,

APLNDC630-0000045850

do not teach or suggest multiple claim limitations, there is no prima facie case of obviousness for amended claim 9 and associated dependent claim 15.  Applicants respectfully request that this rejection be withdrawn.

### REMARKS CONCERNING NEW CLAIMS

Claims 50-52 require "replacing display of the list of interactive items with display of the contact information" in response to detecting the finger gesture on the second interactive displayed portion of the respective user selected item in the list.

Kun and Haitani, either alone or in combination, do not teach or suggest "replacing display of the list of interactive items with display of the contact information." Kun discloses displaying the additional contact information in a sub-menu over the missed calls list (see Kun Figure 5C). Display of the sub-menu in Kun does not replace display of the missed call menu.

As noted in the Interview Summary, the Examiner observed that the new claims appeared to be patentable over the currently cited references.

For at least the reasons explained above, claims 50-52 are in condition for allowance.

By responding in the foregoing remarks only to particular positions asserted by the Examiner, the Applicants do not necessarily acquiesce in other positions that have not been explicitly addressed.  In addition, the Applicants' arguments for the patentability of a claim should not be understood as implying that no other reasons for the patentability of that claim exist.

### CONCLUSION

In light of the above amendments and remarks, the Applicants respectfully request that the Examiner reconsider this application with a view towards allowance.  The Examiner is invited to call the undersigned attorney at (650) 843-7528, if a telephone call could help resolve any remaining items.

Respectfully submitted,

Date:   February 14, 2011                                         46,552
                            Robert B. Beyers                      (Reg. No.)
                            **MORGAN, LEWIS & BOCKIUS** LLP
                            2 Palo Alto Square
                            3000 El Camino Real, Suite 700
                            Palo Alto, CA  94306
                            Ph. (650) 843-4000

APLNDC630-0000045851

# Electronic Acknowledgement Receipt

| EFS ID: | 9443700 |
|---|---|
| Application Number: | 11769694 |
| International Application Number: | |
| Confirmation Number: | 5270 |
| Title of Invention: | Missed Telephone Call Management for a Portable Multifunction Device |
| First Named Inventor/Applicant Name: | Scott  Forstall |
| Customer Number: | 61725 |
| Filer: | Gary Scott Williams/Kari Aguiar |
| Filer Authorized By: | Gary Scott Williams |
| Attorney Docket Number: | P4305US1/63266-5055-US |
| Receipt Date: | 14-FEB-2011 |
| Filing Date: | 27-JUN-2007 |
| Time Stamp: | 21:20:10 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 063266-5055-US_Resp_FOA. pdf | 1187441 775dadcf5a604c41ca2ab0d85af0e923a0c4 ead0 | yes | 25 |

APLNDC630-0000045852

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment After Final | 1 | 2 |
| Claims | 3 | 19 |
| Applicant Arguments/Remarks Made in an Amendment | 20 | 25 |

| Warnings: | |
|---|---|
| **Information:** | |
| **Total Files Size (in bytes):** | 1187441 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC630-0000045853

Electronically filed February 14, 2011

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Application of: | Scott Forstall et al. | Confirmation No.: | 5270 |
| Serial No.: | 11/769,694 | Art Unit: | 2617 |
| Filed: | June 27, 2007 | Examiner: | Santiago Cordero, Marivelisse |
| For: | *Missed Telephone Call Management for a Portable Multifunction Device* | Attorney Docket No.: | P4305US1/ 63266-5055-US |
| | | Date: February 14, 2011 | |

RESPONSE TO FINAL OFFICE ACTION

AND INTERVIEW SUMMARIES

Mail Stop Final
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Sir:

The enclosed Amendment is in response to the Final Office Action dated October 14, 2010 for the above identified patent application.

The Commissioner is hereby authorized to charge any required fee(s) to Morgan, Lewis & Bockius LLP Deposit Account No. 50-0310 (order no. 63266-5055-US).

**A McKesson statement** is on page 2.

**Amendments to the Claims** begin on page 3 of this response.

**Remarks** begin on page 20 of this response.

APLNDC630-0000045854

**McKesson Statement**

In view of *McKesson Information Solutions v. Bridge Medical* (Fed. Cir. 2007), Applicants wish to inform the Examiner the prosecution history of the following US Patent Application may contain information relevant to the pending application:

U.S. Application Serial No. 11/769,695, filed June 27, 2007, which includes office actions dated September 3, 2010 and January 21, 2011.

The Examiner is encouraged to review the art made of record, office action(s) and the notice of allowance, if any, in the above-mentioned application, all of which are available on PAIR.

APLNDC630-0000045855