Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Apple Inc.

)
)
Plaintiff(s),    )
)
v.              )
)
Samsung Electronics Co., LTD, et al.    )
)
Defendant(s).    )
)

Case No: 5:12-cv-00630

**APPLICATION FOR**
**ADMISSION OF ATTORNEY**
**PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, William F. Lee , an active member in good standing of the bar of
Massachusetts , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Apple Inc. in the
above-entitled action. My local co-counsel in this case is Mark D. Selwyn , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 60 State Street<br>Boston, MA  02109 | 950 Page Mill Road<br>Palo Alto, CA  94304 |
| MY TELEPHONE # OF RECORD:<br>(617) 526-6000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 858-6000 |
| MY EMAIL ADDRESS OF RECORD:<br>william.lee@wilmerhale.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mark.selwyn@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 291960 .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  02/11/13

William F. Lee
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of William F. Lee is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER