**[Counsel Listed On Signature Page]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Claim Construction Tutorial:** <br><br> Date:　　February 14, 2013 <br> Time:　　12:00 p.m. <br> Place :　Courtroom 1, 5th Floor <br> Judge:　Hon. Lucy H. Koh |
| Defendants. | **Claim Construction Hearing:** <br><br> Date:　　February 21, 2013 <br> Time:　　10:30 a.m. <br> Place :　Courtroom 1, 5th Floor <br> Judge:　Hon. Lucy H. Koh |

1  The parties, through their respective counsel of record, hereby stipulate and agree as follows:

2  WHEREAS, Plaintiff Apple Inc. and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (together with Apple, "the Parties") seek to use certain equipment and devices at the claim construction tutorial on February 14, 2013, and at the claim construction hearing on February 21, 2013;

3  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that

4  1.  The Parties and their attorneys, paralegals, assistants and consultants may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, video distribution amplifiers, monitors, speakers, and various cables, cords and power strips, A/B switches, samples of the products at issue in this litigation, and related equipment into the courtroom for use at the claim construction tutorial on February 14, 2013, and at the claim construction hearing on February 21, 2013;

5  2.  Beginning at 2:00 p.m. on Tuesday, February 12, 2013, the Parties may have access to the courtroom to set up and test the above equipment so that the Parties will be prepared to proceed with the hearing as scheduled.

6  3.  Beginning at 9:00 a.m. on Tuesday, February 19, 2013, the Parties may have access to the courtroom to set up and test the above equipment so that the Parties will be prepared to proceed with the hearing as scheduled.

**IT IS SO STIPULATED.**

Dated: February 12, 2013

Respectfully submitted,

_/s/ Mark D. Selwyn_ [with permission]

_/s/ Victoria F. Maroulis_

| | |
|---|---|
| Josh A. Krevitt<br>H. Mark Lyon<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>Michael A. Jacobs<br>Richard S.J. Hung<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105<br>Telephone: ( 415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Mark D. Selwyn<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>William F. Lee<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>_Attorneys for Plaintiff and<br>Counterclaim-Defendant Apple Inc._ | Charles K. Verhoeven<br>QUINN EMANUEL URQUHART<br>   & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson<br>Victoria F. Maroulis<br>QUINN EMANUEL URQUHART<br>   & SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price<br>QUINN EMANUEL URQUHART<br>   & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100<br><br>John Caracappa<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 429-6267<br>Facsimile: (202) 429-3902<br><br>_Attorneys for Samsung Electronics Co., Ltd.,<br>Samsung Electronics America, Inc., and<br>Samsung Telecommunications America, LLC_ |

## ATTESTATION

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Mark D. Selwyn has concurred in this filing.

Dated: February 12, 2013           */s/ Victoria F. Maroulis*
                                              Victoria F. Maroulis

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 4, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

Dated: February 12, 2013           */s/ Victoria F. Maroulis*
                                              Victoria F. Maroulis

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: _____2/12_____, 2013    By: _*Lucy H. Koh*_____
4                                          Honorable Lucy H. Koh
                                           United States District Judge