SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, (Bar No. 66087)
ghalling@sheppardmullin.com
MONA SOLOUKI, (Bar No. 215145)
msolouki@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

DAVID R. GARCIA, (Bar No. 151349)
drgarcia@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA  90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.
SAMSUNG ELECTRONICS AMERICA, INC.
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.: 12-CV-00630-LHK (PSG)<br><br>**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL** |

PLEASE TAKE NOTICE that Gary L. Halling, David R. Garcia and Mona Solouki of the law firm Sheppard Mullin Richter & Hampton LLP, 4 Embarcadero Center, 17th Floor, San Francisco CA 94111-4106, hereby enter their appearance in this action as additional counsel of record for defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC ("Samsung"). Quinn Emanuel Urquhart & Sullivan, LLP will remain as counsel of record in the matter for Samsung. Copies of all pleadings, motions, briefs, orders, correspondence, and other papers should be served as follows:

| | |
|---|---|
| Gary L. Halling (Bar No. 66087)<br>ghalling@sheppardmullin.com<br>Mona Solouki (Bar No. 215145)<br>msolouki@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4106<br>Telephone:    415-434-9100<br>Facsimile:    415-434-3947 | David R. Garcia (Bar No. 151349)<br>drgarcia@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA  90067<br>Telephone:    310-228-3700<br>Facsimile:     310-228-3701 |
| Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael L. Fazio (Bar No. 228601)<br>michaelfazio@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 | |

| | |
|---|---|
| Dated: February 12, 2013 | Respectfully Submitted, |
| | By:    */s/ Gary L. Halling*<br>GARY L. HALLING (66087)<br>Email: ghalling@sheppardmullin.com<br>DAVID R. GARCIA (151349)<br>Email: drgarcia@sheppardmullin.com<br>MONA SOLOUKI (215145)<br>Email: msolouki@sheppardmullin.com<br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: (415)-434-9100<br>Facsimile: (415)-434-3947<br><br>*Attorneys for Defendants Samsung Electronics Co., Ltd..; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC* |