JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-CV-00630-LHK |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **NOTICE OF APPEARANCE** |
| Defendants. | |

PLEASE TAKE NOTICE that attorney Kathryn Zalewski of Wilmer Cutler Pickering Hale and Dorr LLP, a member of the State Bar of California (CA SBN 263119) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for plaintiff Apple Inc. in the above-captioned case.

> Kathryn Zalewski
> Wilmer Cutler Pickering Hale and Dorr LLP
> 950 Page Mill Road
> Palo Alto, California  94304
> Telephone:  (650) 858-6000
> Facsimile:  (650) 858-6100
> Email:  kathryn.zalewski@wilmerhale.com

Dated:  February 13, 2013        WILMER CUTLER PICKERING HALE
                                 AND DORR LLP


                                 By:   /s/  Kathryn Zalewski
                                       KATHRYN ZALEWSKI

                                       Attorney for Plaintiff
                                       APPLE INC.