JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff Apple Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | Case No. 12-CV-00630-LHK<br><br><br>**NOTICE OF APPEARANCE** |

1    PLEASE TAKE NOTICE that attorney Timothy Tatarka of Wilmer Cutler Pickering

2  Hale and Dorr LLP, a member of the State Bar of California (CA SBN 277219) and admitted to

3  practice in this Court, and whose contact information appears below, hereby enters an

4  appearance as an additional attorney of record for plaintiff Apple Inc. in the above-captioned

5  case.

6           Timothy Tatarka
            Wilmer Cutler Pickering Hale and Dorr LLP
7           950 Page Mill Road
            Palo Alto, California  94304
8           Telephone:  (650) 858-6000
            Facsimile:  (650) 858-6100
9           Email:  timorthy.tatarka@wilmerhale.com

10

11  Dated:  February 13, 2013          WILMER CUTLER PICKERING HALE
                                       AND DORR LLP

12

13                                     By:   /s/  Timothy Tatarka
                                             _____
14                                           TIMOTHY TATARKA

15                                           Attorney for Plaintiff
                                             APPLE INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE
Civil Action No. 11-cv-01846-LHK