UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____ )
                                 )  Case No: _____
                                 )
           Plaintiff(s),         )  **APPLICATION FOR**
                                 )  **ADMISSION OF ATTORNEY**
    v.                           )  **PRO HAC VICE**
                                 )  (CIVIL LOCAL RULE 11-3)
                                 )
           Defendant(s).         )
_____ )

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| M<small>Y</small> ADDRESS OF RECORD: | L<small>OCAL</small> <small>CO-COUNSEL'S</small> ADDRESS OF RECORD: |
|---|---|
| M<small>Y</small> TELEPHONE # OF RECORD: | L<small>OCAL</small> <small>CO-COUNSEL'S</small> TELEPHONE # OF RECORD: |
| M<small>Y</small> EMAIL ADDRESS OF RECORD: | L<small>OCAL</small> <small>CO-COUNSEL'S</small> EMAIL ADDRESS OF RECORD: |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: _____

_____
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE