UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME: 4 hours

## CIVIL MINUTES

| | |
|---|---|
| Judge: Lucy H. Koh | Courtroom Deputy: Martha Brown/Elizabeth Garcia |
| Date: February 14, 2014 | Court Reporter: Lee-Anne Shortridge |
| Case No.: C-12-00630 LHK | Special Master: N/A |
| Related Case No.: N/A | Interpreter: N/A |

### CASE TITLE

Apple Inc. v. Samsung Electronics Co. Ltd. et al

### APPEARANCES

Attorney(s) for Plaintiff(s): Josh A Krevitt, H. Mark Lyon, Mark Reiter, William F. Lee, Mark D. Selywn, Calvin D. Walden
Attorney(s) for Defendant(s): Bill Price, Kevin Johnson, Sean Pak, Victoria Maroulis

### PROCEEDINGS

Tutorial

### ORDER AFTER HEARING

Tutorial held.  Claims Construction previously set for February 21, 2013.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: