1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
2 | Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
3 | 50 California Street, 22nd Floor
San Francisco, California 94111
4 | Telephone: (415) 875-6600
Facsimile: (415) 875-6700
5 |
Kevin P.B. Johnson (Cal. Bar No. 177129)
6 | kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
7 | victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
8 | Redwood Shores, California 94065
Telephone: (650) 801-5000
9 | Facsimile: (650) 801-5100

10 | William C. Price (Cal. Bar No. 108542)
williamprice@quinnemanuel.com
11 | 865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
12 | Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG'S IDENTIFICATION OF ASSERTED CLAIMS AND ACCUSED PRODUCTS** |

02198.51981/5176062.2

Pursuant to the Court's request during the February 14, 2013 claim construction tutorial, SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC ("Samsung") respectively submits this list of asserted claims and accused products.

I.  **SAMSUNG PATENTS WITH TERMS CURRENTLY BEING CONSTRUED BY THE COURT**

    A.    U.S. Patent 7,756,087

        1.    Accused Products:

            iPhone 4, 4S, and 5

            iPad mini (4G)

            iPad 2 (3G), 3 (3G), and 4 (4G)

        2.    Asserted Claims:

            1; 2; 6-10; 14-16; 34-35; and 39-40.

    B.    U.S. Patent 5,579,239

        1.    Accused Products:

            iPhone 4, 4S, and 5

            iPad 2; 3; and 4

            iPad mini

            iPod Touch (all generations)

            Mac

            iMac

            MacBook

            MacBook Air

            PCs with cameras running iTunes

        2.    Asserted Claims:

            1; 4; 6; 13; 16; and 18.

C. U.S. Patent 7,577,757

1. Accused Products:

iPhone (all generations)

iPod Touch (all generations)

iPad (all generations)

iPad mini

iMac

MacBook Air

MacBook Pro

Mac Mini

Mac Pro

Apple TV

PCs with iTunes

2. Asserted Claims:

1; 2; 3; 4; 5; 11; 12; 14; and 15.

II. **SAMSUNG PATENTS NOT CURRENTLY BEING CONSTRUED BY THE COURT**

A. U.S. Patent 7,232,058

1. Accused Products:

iPhone 4, 4S, and 5

iPad (all generations)

iPad mini

iPod Touch (4th and 5th Gen)

2. Asserted Claims:

1; 4; 9; 12; and 17.

B. <u>U.S. Patent 7,551,596</u>

    1. <u>Accused Products:</u>

        iPhone 4, 4S, and 5

        iPad mini (4G)

        iPad 2 (3G); 3 (3G); and 4 (4G)

    2. <u>Asserted Claims:</u>

        1; 4; 6; 13; 16; and 18.

C. <u>U.S. Patent 6,292,179</u>

    1. <u>Accused Products:</u>

        iPhone (all generations).

        iPad (all generations)

        iPad mini (all generations)

        iPod touch (all generations)

    2. <u>Asserted Claims:</u>

        1; 3-8; and 10-11.

D. <u>U.S. Patent 7,672,470</u>

    1. <u>Accused Products:</u>

        iPhone (all generations)

        iPad (all generations)

        iPad mini (all generations)

        iPod touch (all generations)

    2. <u>Asserted Claims:</u>

        7; 8; 9; 10; 11; 12; 13; 14; 15; and 16.

E. <u>U.S. Patent 6,226,449</u>

    1. <u>Accused Products:</u>

        iPhone (all generations)

        iPad (all generations)

        iPad mini (all generations)

iPod touch (all generations)

2. <u>Asserted Claims:</u>

25 and 27.

DATED: February 15, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC