| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (pro hac vice) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts 02109 |
| Palo Alto, CA 94304-1211 | Telephone: (617) 526-6000 |
| Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| Facsimile: (650) 849-5333 | |
| | |
| MICHAEL A. JACOBS (CA SBN 111664) | MARK D. SELWYN (CA SBN 244180) |
| mjacobs@mofo.com | mark.selwyn@wilmerhale.com |
| RICHARD S.J. HUNG (CA SBN 197425) | WILMER CUTLER PICKERING |
| rhung@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, CA 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S LIST OF ACCUSED SAMSUNG PRODUCTS AND ASSERTED PATENTS** |

Pursuant to the Court's request yesterday, February 14, 2013, Apple Inc. hereby encloses a chart (attached as Exhibit A) that identifies the 23 Samsung products accused by Apple of infringement in the above-captioned litigation, the eight patents asserted by Apple, and for each Apple patent, the range of claims being asserted.  Only four of the 23 products, namely the four versions of the Samsung Galaxy SII, were at issue in *Apple Inc. v. Samsung Electronics Co.*, Case No. 11-cv-01846 (the "1846 Case") and none of the patents in this case were ever at issue in the 1846 Case or are even in the same patent family with any of the three utility patents that were part of the verdict in the 1846 Case.

GIBSON, DUNN & CRUTCHER LLP

Dated:  February 15, 2013           By:   /s/   H. Mark Lyon

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document, and all supporting documents and exhibits, was filed electronically in compliance with Civil Local Rule 5-1, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with the Northern District of California Local Rules via the Court's ECF system.

Dated: February 15, 2013           By:        */s/ H. Mark Lyon*
                                                      H. Mark Lyon