# EXHIBIT A

| Accused Products | Product Type | Asserted Patents and Claims[1] | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | U.S. Patent No. 5,666,502 | U.S. Patent No. 5,946,647 | U.S. Patent No. 6,847,959 | U.S. Patent No. 7,761,414 | U.S. Patent No. 8,014,760 | U.S. Patent No. 8,046,721 | U.S. Patent No. 8,074,172 | U.S. Patent No. 8,086,604 |
| | | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1-2, 4, 6, 8-9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1-5, 7-22 | 1-15 | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 |
| Admire | Phone | X | X | X | X | X | X | X | X |
| Captivate Glide | Phone | X | X | X | X | X | X | X | X |
| Conquer 4G | Phone | X | X | X | X | X | X | X | X |
| Dart | Phone | X | X | X | X | X | X | | X |
| Exhibit II 4G | Phone | X | X | X | X | X | X | X | X |
| Galaxy Nexus | Phone | X | X | X | X | X | X | X | X |
| Galaxy Note | Phone | X | X | X | X | X | | X | X |
| Galaxy Note 10.1 | Tablet | X | X | | X | | | | |
| Galaxy Note II | Phone | X | X | X | X | X | | | X |
| Galaxy Player 4.0 | Music Player | X | X | X | X | | | X | X |

---

[1] This is a complete list of all asserted claims; however, the asserted claims may vary for each accused product and among carrier versions.

| Accused Products | Product Type | Asserted Patents and Claims[1] | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | U.S. Patent No. 5,666,502 | U.S. Patent No. 5,946,647 | U.S. Patent No. 6,847,959 | U.S. Patent No. 7,761,414 | U.S. Patent No. 8,014,760 | U.S. Patent No. 8,046,721 | U.S. Patent No. 8,074,172 | U.S. Patent No. 8,086,604 |
| | | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1-2, 4, 6, 8-9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1-5, 7-22 | 1-15 | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 |
| Galaxy Player 5.0 | Music Player | X | X | X | X | | | X | X |
| Galaxy Rugby Pro | Phone | X | X | | X | X | | | |
| Galaxy SII (AT&T) | Phone | X | X | X | X | X | X | X | X |
| Galaxy SII (T-Mobile) | Phone | X | X | X | X | X | X | X | X |
| Galaxy SII Epic 4G Touch | Phone | X | X | X | X | X | X | X | X |
| Galaxy SII Skyrocket | Phone | X | X | X | X | X | X | X | X |
| Galaxy S III | Phone | X | X | X | X | X | | | X |
| Galaxy Tab 7.0 Plus | Tablet | X | X | X | X | | X | X | X |
| Galaxy Tab 8.9 (Honeycomb) | Tablet | X | X | X | X | | X | X | X |

| Accused Products | Product Type | Asserted Patents and Claims[1] | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | U.S. Patent No. 5,666,502 | U.S. Patent No. 5,946,647 | U.S. Patent No. 6,847,959 | U.S. Patent No. 7,761,414 | U.S. Patent No. 8,014,760 | U.S. Patent No. 8,046,721 | U.S. Patent No. 8,074,172 | U.S. Patent No. 8,086,604 |
| | | 1-2, 4-5, 8, 11, 13-17, 20, 22-24, 26 | 1-2, 4, 6, 8-9 | 1-5, 9-12, 14-17, 19-20, 22-25, 27-30, 32-33 | 1-2, 4, 6-7, 10-12, 14, 16-17, 20-24, 26-28, 30-32 | 1-5, 7-22 | 1-15 | 2-6, 9-12, 17-21, 23-25, 27-37 | 1, 6, 11, 16-21 |
| Galaxy Tab 8.9 (Ice Cream Sandwich) | Tablet | X | X | | X | | | X | |
| Galaxy Tab 2 10.1 | Tablet | X | X | | X | | | | |
| Illusion | Phone | X | X | X | X | X | X | | X |
| Stratosphere | Phone | X | X | X | X | X | X | X | X |
| Transform Ultra | Phone | X | X | X | X | X | X | X | X |