1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Cal. Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kevin P.B. Johnson (Cal. Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Cal. Bar No. 202603)
7  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive 5th Floor
8  Redwood Shores, California 94065
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100

10 William C. Price (Cal. Bar No. 108542)
   williamprice@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13
   Attorneys for SAMSUNG ELECTRONICS
14 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
15 TELECOMMUNICATIONS AMERICA, LLC

16

17                    UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19
   APPLE INC., a California corporation,        CASE NO. 12-CV-00630-LHK
20
                  Plaintiff,                    **SAMSUNG'S CORRECTED**
21                                              **IDENTIFICATION OF ASSERTED**
            vs.                                 **CLAIMS AND ACCUSED PRODUCTS**
22
   SAMSUNG ELECTRONICS CO., LTD., a
23 Korean business entity; SAMSUNG
   ELECTRONICS AMERICA, INC., a New
24 York corporation; SAMSUNG
   TELECOMMUNICATIONS AMERICA,
25 LLC, a Delaware limited liability company,

26                Defendants.

27

28

02198.51981/5177351.1

On February 15, 2013, pursuant to the Court's request during the February 14, 2013, claim construction tutorial, SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC ("Samsung") submitted a list of asserted claims and accused products (Dkt. 379).  Samsung's filing contained an inadvertent error at paragraph I.B.2.  Samsung respectfully submits this corrected list of asserted claims and accused products.

I. **SAMSUNG PATENTS WITH TERMS CURRENTLY BEING CONSTRUED BY THE COURT**

    A. U.S. Patent 7,756,087

        1. Accused Products:

            iPhone 4, 4S, and 5

            iPad mini (4G)

            iPad 2 (3G), 3 (3G), and 4 (4G)

        2. Asserted Claims:

            1; 2; 6-10; 14-16; 34-35; and 39-40.

    B. U.S. Patent 5,579,239

        1. Accused Products:

            iPhone 4, 4S, and 5

            iPad 2; 3; and 4

            iPad mini

            iPod Touch (all generations)

            Mac

            iMac

            MacBook

            MacBook Air

            PCs with cameras running iTunes

1       2.      Asserted Claims:

2               1-7 and 15-17.

3   C.  U.S. Patent 7,577,757

4       1.      Accused Products:

5               iPhone (all generations)

6               iPod Touch (all generations)

7               iPad (all generations)

8               iPad mini

9               iMac

10              MacBook Air

11              MacBook Pro

12              Mac Mini

13              Mac Pro

14              Apple TV

15              PCs with iTunes

16      2.      Asserted Claims:

17              1; 2; 3; 4; 5; 11; 12; 14; and 15.

18

19  **II.   SAMSUNG PATENTS NOT CURRENTLY BEING CONSTRUED BY THE**

20  **COURT**

21  A.  U.S. Patent 7,232,058

22      1.      Accused Products:

23              iPhone 4, 4S, and 5

24              iPad (all generations)

25              iPad mini

26              iPod Touch (4th and 5th Gen)

27      2.      Asserted Claims:

28              1; 4; 9; 12; and 17.

1   B.   U.S. Patent 7,551,596
2        1.   Accused Products:
3             iPhone 4, 4S, and 5
4             iPad mini (4G)
5             iPad 2 (3G); 3 (3G); and 4 (4G)
6        2.   Asserted Claims:
7             1; 4; 6; 13; 16; and 18.
8   C.   U.S. Patent 6,292,179
9        1.   Accused Products:
10            iPhone (all generations).
11            iPad (all generations)
12            iPad mini (all generations)
13            iPod touch (all generations)
14       2.   Asserted Claims:
15            1; 3-8; and 10-11.
16  D.   U.S. Patent 7,672,470
17       1.   Accused Products:
18            iPhone (all generations)
19            iPad (all generations)
20            iPad mini (all generations)
21            iPod touch (all generations)
22       2.   Asserted Claims:
23            7; 8; 9; 10; 11; 12; 13; 14; 15; and 16.
24  E.   U.S. Patent 6,226,449
25       1.   Accused Products:
26            iPhone (all generations)
27            iPad (all generations)
28            iPad mini (all generations)

iPod touch (all generations)

2. <u>Asserted Claims:</u>

25 and 27.

DATED: February 18, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC