# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

**CERTIFICATE OF
GOOD STANDING**

I, _Sarah A. Thornton_, Clerk of this Court,

certify that **Kate M. Saxton**, Bar 655903,

was duly admitted to practice in this Court on

**March 26, 2003**, and is in good standing
  DATE

as a member of the Bar of this Court.

Dated at  Boston, Massachusetts  on  **February 13, 2013**.
             LOCATION                                          DATE

**Sarah A. Thornton**
CLERK

_[signature]_
DEPUTY CLERK