Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Apple Inc.

           Plaintiff(s),

v.

Samsung Electronics Co., LTD., et al.

           Defendant(s).

Case No: 12cv00630LHK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kate Saxton, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Mark D. Selwyn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 60 State Street<br>Boston, MA 02109 | 950 Page Mill Road<br>Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD:<br>(617) 526-6253 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 858-6000 |
| MY EMAIL ADDRESS OF RECORD:<br>kate.saxton@wilmerhale.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mark.selwyn@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 655903.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/19/13

                                                    Kate Saxton
                                                    APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Kate Saxton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 19, 2013

*Lucy H. Koh*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER

# UNITED STATES DISTRICT COURT

**DISTRICT OF**     MASSACHUSETTS

## CERTIFICATE OF GOOD STANDING

I,    *Sarah A. Thornton*   , *Clerk of this Court,*

certify that    **Kate M. Saxton**   , Bar    **655903**   ,

*was duly admitted to practice in this Court on*

**March 26, 2003**   , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at    **Boston, Massachusetts**    on    **February 13, 2013** .
                   LOCATION                            DATE

*Sarah A. Thornton*
**CLERK**

*DEPUTY CLERK*