| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (pro hac vice) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, MA 02109 |
| Palo Alto, CA 94304-1211 | Telephone: (617) 526-6000 |
| Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| Facsimile: (650) 849-5333 | |
| MICHAEL A. JACOBS (CA SBN 111664) | MARK D. SELWYN (CA SBN 244180) |
| mjacobs@mofo.com | mark.selwyn@wilmerhale.com |
| RICHARD S.J. HUNG (CA SBN 197425) | WILMER CUTLER PICKERING |
| rhung@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, CA 94304 |
| San Francisco, CA 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>JOINT SUBMISSION REGARDING CLAIM CONSTRUCTION |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | |

1    Pursuant to the Court's request during the February 14, 2013 claim construction tutorial, the
2    parties discussed the disputed claim terms during a meet and confer beginning on Friday, February
3    15, and continuing Monday, February 18.
4    Apple and Samsung were able to agree to a construction for the disputed claim term "N" in
5    U.S. Patent 7,756,087.  The parties agree that "N" should be construed as "a positive integer."
6    Apple and Samsung were not able to agree on constructions for any of the other disputed
7    terms.  The parties continue to meet and confer regarding other claim terms and will update the Court
8    if any agreement is reached.

Dated: February 19, 2013          By:   */s/ Mark D. Selwyn*
                                        Mark D. Selwyn

                                        Attorneys for Plaintiff and Counterclaim-
                                        Defendant APPLE INC.


Dated: February 19, 2013          By:   */s/ Victoria Maroulis*
                                        Victoria Maroulis

                                        Attorneys for Defendants and
                                        Counterclaim-Plaintiffs
                                        SAMSUNG ELECTRONICS CO.,
                                        LTD., SAMSUNG ELECTRONICS
                                        AMERICA, INC. and SAMSUNG
                                        TELECOMMUNICATIONS
                                        AMERICA, LLC

**GENERAL ORDER 45 ATTESTATION**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this declaration. In compliance with General Order 45(X)(B), I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: February 19, 2013                         */s/ Mark D. Selwyn*
                                                 Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 19, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

Dated: February 19, 2013                         */s/ Mark D. Selwyn*
                                                 Mark D. Selwyn