UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 3h58m

**JUDGE LUCY H. KOH**

CRT REPRTR: LEE-ANNE SHORTRIDGE                              DATE: 2/21/13
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                                             CASE #: C 12-00630LHK

CASE TITLE: APPLE, INC.   VS.   SAMSUNG ELECTRONICS CO., LTD., et al

**Appearances for Plaintiff(s)**               **Appearances for Defendant(s)**

MARK SELWYN, JOSH KREVITT,                     WILLIAM PRICE, SEAN PAK,

MARK LYON, MARK REITER,                        KEVIN JOHNSON, VICTORIA MAROULIS

CALVIN WALDEN

**TODAY'S PROCEEDINGS**

{X} CLAIMS CONSTRUCTION HEARING   { } PRE-TRIAL CONF.   { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { } | { } | 1. |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

**_DISPOSITION of TODAY'S PROCEEDINGS_**

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED        [ ] DENIED        [ ] SUBMITTED        [ ] DENIED/GRANTED in part

**_[ ] BRIEFS TO BE FILED AS FOLLOWS_:**

{   } Cont'd to          @              For

**ORDER TO BE PREPARED BY:**       [ ]PLTF;     [ ]DEFT;     [ ]COURT
Additional Comments: CLAIMS CONSTRUCTION HEARING IS HEARD.  THE COURT WILL ISSUE A WRITTEN ORDER.