1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kevin P.B. Johnson (Bar No. 177129 (CA);
6  2542082 (NY))
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
   Michael L. Fazio (Bar No. 228601)
12 michaelfazio@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
13 Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
14 Facsimile:  (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

17
                     UNITED STATES DISTRICT COURT
18
           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (SAMSUNG'S MOTION TO COMPEL PRODUCTION OF ITUNES AND ISYNC SOURCE CODE, PRINTOUTS, AND RELEASE INFORMATION)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal the following documents:

1. Exhibit 18 to the Declaration of Michael Fazio in Support of Samsung's Motion to Compel Production of iTunes and iSync Source Code, Printouts, and Release Information, a true and correct copy of a letter from Amar Thakur to Joshua Furman, dated January 23, 2013.

2. Exhibit 20 to the Declaration of Michael Fazio in Support of Samsung's Motion to Compel Production of iTunes and iSync Source Code, Printouts, and Release Information, a true and correct copy of a letter from Amar Thakur to Joshua Furman, dated February 6, 2013.

3. Exhibit 32 to the Declaration of Michael Fazio in Support of Samsung's Motion to Compel Production of iTunes and iSync Source Code, Printouts, and Release Information, a true and correct copy of a letter from Amar Thakur to Joshua Krevitt, dated January 11, 2013.

4. Exhibit 35 to the Declaration of Michael Fazio in Support of Samsung's Motion to Compel Production of iTunes and iSync Source Code, Printouts, and Release Information, a true and correct copy of a letter from Amar Thakur to Michael Valek, dated March 8, 2013.

5. Portions of Samsung's Motion to Compel Production of iTunes and iSync Source Code, Printouts, and Release Information that reference confidential information contained in the above exhibits to the Declaration of Michael Fazio.

Samsung has established good cause to permit filing these documents under seal through the Declaration Michael Fazio in Support of Samsung's Administrative Motion to File Documents Under Seal ("Fazio Decl."), filed herewith.  In short, the above documents discuss and refer to non-public documents and things related to Apple's proprietary source code.  Samsung accordingly files these documents under seal, and expects that Apple will comply with L.R. 79-5(d) by filing an appropriate declaration with the Court within seven days for those portions and documents that reference Apple-designated information.  Samsung spoke with Apple's counsel in an attempt to reach a stipulation, but Apple's counsel did not express Apple's position on this administrative motion prior to filing.  (Fazio Decl. ¶ 5.)

1  Samsung's entire filing will be lodged with the Court for in camera review and served on
2  all parties.

3  DATED: March 12, 2013                QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

                                        By */s/ Michael L. Fazio*
                                           Charles K. Verhoeven
                                           Kevin P.B. Johnson
                                           Victoria F. Maroulis

                                           Attorneys for Defendants
                                           SAMSUNG ELECTRONICS CO., LTD.,
                                           SAMSUNG ELECTRONICS AMERICA, INC.
                                           and SAMSUNG TELECOMMUNICATIONS
                                           AMERICA, LLC