QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Michael Fazio, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action.   I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Samsung files its administrative motion to file documents under seal in order to protect information related to the proprietary source code of Apple, Inc. ("Apple") and discussed in: (a) Exhibits 18, 20, 32, and 35 of the Declaration of Michael Fazio in Support of Samsung's Motion to Compel Production of iTunes and iSync Source Code, Printouts, and Release Information; (b) Samsung's Motion to Compel Production of iTunes and iSync Source Code, Printouts, and Release Information.

3. Exhibit 18 to the Declaration of Michael Fazio in Support of Samsung's Motion to Compel Production of iTunes and iSync Source Code, Printouts, and Release Information is a true and correct copy of a letter from Amar Thakur to Joshua Furman, dated January 23, 2013.   This letter discusses and refers to non-public documents and things related to Apple's proprietary source code.   Pursuant to L.R. 79-5 and General Order No. 62, a copy of the unredacted version of Exhibit 18 has been lodged with the Court for in camera review and served on all parties.

4. Exhibit 20 to the Declaration of Michael Fazio in Support of Samsung's Motion to Compel Production of iTunes and iSync Source Code, Printouts, and Release Information is a true and correct copy of a letter from Amar Thakur to Joshua Furman, dated February 6, 2013.   This letter discusses and refers to non-public documents and things related to Apple's proprietary source code.   Pursuant to L.R. 79-5 and General Order No. 62, a copy of the unredacted version of Exhibit 20 has been lodged with the Court for in camera review and served on all parties.

5. Exhibit 32 to the Declaration of Michael Fazio in Support of Samsung's Motion to Compel Production of iTunes and iSync Source Code, Printouts, and Release Information is a true and correct copy of a letter from Amar Thakur to Joshua Krevitt, dated January 11, 2013.   This

1  letter discusses and refers to non-public documents and things related to Apple's proprietary
2  source code.   Pursuant to L.R. 79-5 and General Order No. 62, a copy of the unredacted version
3  of Exhibit 32 has been lodged with the Court for in camera review and served on all parties.

4        6.      Exhibit 35 to the Declaration of Michael Fazio in Support of Samsung's Motion to
5  Compel Production of iTunes and iSync Source Code, Printouts, and Release Information is a true
6  and correct copy of a letter from Amar Thakur to Michael Valek, dated March 8, 2013.   This
7  letter discusses and refers to non-public documents and things related to Apple's proprietary
8  source code.   Pursuant to L.R. 79-5 and General Order No. 62, a copy of the unredacted version
9  of Exhibit 35 has been lodged with the Court for in camera review and served on all parties.

10        7.      Portions of Samsung's Motion to Compel Production of iTunes and iSync Source
11  Code, Printouts, and Release Information reference the contents of Exhibits 18, 20, 32, and 35 of
12  the Declaration of Michael Fazio in Support of Samsung's Motion to Compel Production of
13  iTunes and iSync Source Code, Printouts, and Release Information.   The contents of these
14  exhibits, as discussed in ¶¶ 3-6, discuss and refer to non-public documents and things related to
15  Apple's proprietary source code.   Pursuant to L.R. 79-5 and General Order No. 62, a copy of the
16  unredacted version of Samsung's Motion to Compel has been lodged with the Court for in camera
17  review and served on all parties.

18        8.      Samsung spoke with Apple's counsel in an attempt to reach a stipulation, but
19  Apple's counsel did not express Apple's position on this administrative motion prior to filing.

20

21      I declare under penalty of perjury under the laws of the United States of America that the
22  foregoing is true and correct.

23      Executed on March 12, 2013, at Los Angeles, California.

24

25          */s/ Michael L. Fazio*
26          Michael Fazio

27

28

-2-    Case No. 12-CV-00630-LHK (PSG)
FAZIO DECL. ISO MOT. TO FILE DOCUMENTS UNDER SEAL