1
2
3
4
5
6
7

8                                   UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 10  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| 11             Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (SAMSUNG'S MOTION TO COMPEL PRODUCTION OF ITUNES AND ISYNC SOURCE CODE, PRINTOUTS, AND RELEASE INFORMATION)** |
| 12             vs. | |
| 13  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 14 | |
| 15 | |
| 16             Defendants. | |
| 17 | |

18
19
20
21
22
23
24
25
26
27
28

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Stipulated
3  Administrative Motion to File Documents Under Seal.
4  Apple has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to
5  provide evidence of good cause for this Court to permit filing under seal.  The declaration
6  establishes that portions of  Samsung's Motion to Compel Production of iTunes and iSync Source
7  Code, Printouts, and Release Information, as well as Exhibits 18, 20, 32, and 35 of the Declaration
8  of Michael Fazio in Support of Samsung's Motion to Compel Production of iTunes and iSync
9  Source Code, Printouts, and Release Information, discuss and refer to non-public documents and
10 things related to Apple's proprietary source code.
11 Accordingly, for good cause shown, the Court HEREBY ORDERS that portions of
12 Samsung's Motion to Compel Production of iTunes and iSync Source Code, Printouts, and
13 Release Information, as well as Exhibits 18, 20, 32, and 35 of the Declaration of Michael Fazio in
14 Support of Samsung's Motion to Compel Production of iTunes and iSync Source Code, Printouts,
15 and Release Information, may be filed under seal.

17 DATED: _____

The Honorable Paul S. Grewal
United States Magistrate Judge