# EXHIBIT 3

**EXHIBIT D-9**
**INVALIDITY CLAIM CHART FOR U.S. PATENT NO. 7,761,414**

The Apple iTunes application version 6.0.1 ("iTunes") was known on by at least October 20, 2005.  In addition to the information below, individuals at Apple Inc. are likely to have information related to iTunes 6.0.1, including its public use and sale.

iTunes anticipates at least claims 1-2, 6-7, 10-12, 14, 20-24, 26-28, and 30-32 of U.S. Patent No. 7,761,414 (the "'414 patent") under 35 U.S.C. § 102(b) when used in combination with, for example, an iPod nano (iPod nano first-generation ("iPod nano"), available by at least September 7, 2005) and Apple Macintosh OS X 10.3.9 ("OSX Panther"), available by at least April 15, 2005.

The following specific references describe the iTunes software system when used in combination with, for example, and iPod nano:

- Apple iTunes 6.0.1 running on Apple Macintosh OS X 10.3.9 ("iTunes 6 for Mac"), available by at least October 20, 2005.

- "Apple iTunes Overview," http://web.archive.org/web/20060106023428/http://www.apple.com/itunes/overview/, ("iTunes Overview"), available by at least January 6, 2006.

- "Apple iTunes Sync to iPod," http://web.archive.org/web/20060106033816/http://www.apple.com/itunes/sync/, ("iTunes Sync"), available by at least January 6, 2006.

- "What are the iTunes library files?," http://web.archive.org/web/20060418052618/http://docs.info.apple.com/article.html?artnum=93732, ("Library Files"), available by at least October 17, 2005.

- "iPod nano Features Guide," http://manuals.info.apple.com/en/ipod_nano_features_guide.pdf, ("iPod nano Features Guide"), available by at least September 7, 2005.

iTunes renders obvious the asserted claims of the '414 patent under 35 U.S.C. § 103, alone and/or in combination with one or more of the following references:

- United States Patent 7,506,006 to Vadlamani et al. (the "'006 Patent"), filed on Sep. 4, 2004, issued on Mar. 17, 2009.

- United States Patent 7,366,743 to Sawadsky et al. (the "'743 Patent"), filed on Aug. 2, 2005, issued on Apr. 29, 2008.

- United States Patent Application 2008/0256547 to Brahmavar et al. ("Brahmavar") was filed on Feb. 23, 2005.

⚓ "The Open Group Base Specifications Issue 6 IEEE Std 1003.1, 2004 Edition", 2004 ("Open Group Specifications"), retrieved from http://pubs.opengroup.org/onlinepubs/009695399/toc.htm

⚓ Tanenbaum, Andrew, *Modern Operating Systems Second Edition*, Prentice Hall, 2001 ("Tanenbaum").

The citations to portions of any reference in this chart are exemplary only. Samsung reserves the right to use the entirety of any reference cited in this chart to show that the asserted claims are anticipated and/or are obvious.

Samsung notes that Apple appears in many instances to be pursuing overly broad constructions of various limitations of the asserted claims of the '414 patent in an effort to piece together an infringement claim where none exists and to accuse products that do not practice the claims. This claim chart takes into account Apple's overly broad construction of the claim limitations. Any assertion that a particular limitation is disclosed by a prior art reference or references may be based on Apple's apparent constructions and is not intended to be, and is not, an admission that such constructions are supportable or proper. To the extent that any of the prior art discloses the same or similar functionality or feature(s) of any of the accused products, Samsung reserves the right to argue that said feature or functionality does not practice any limitation of any of the asserted claims, and to argue, in the alternative, that if said feature or functionality is found to practice any limitation of any of the asserted claims of the '414 patent, then the prior art reference teaches the limitation and that the claim is not patentable.

Samsung expressly reserves the right to supplement these contentions to add additional information showing that iTunes invalidates the asserted claims of the '414 patent.

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| **[1A]** A machine implemented method comprising: | To the extent that the preamble may be construed to be limiting, iTunes discloses a machine implemented method. For example:<br><br>"iTunes is the music application you use with iPod nano."  iPod nano Features Guide at 14. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| |  iTunes 6 for Mac at "About iTunes" window. "[S]ync all your songs and videos to the new iPod and take them wherever you go." iTunes Overview. iPod nano is a portable music player which synchronizes with iTunes: "To use iPod nano, you put music, photos, and other files on your computer and then download them to iPod nano."  iPod nano Features Guide at 4. |
| **[1B]** executing at least one user-level non-synchronization processing thread, wherein the at least one user-level nonsynchronization processing thread is provided by a user application which provides a user interface to | iTunes discloses executing at least one user-level non-synchronization processing thread, wherein the at least one user-level nonsynchronization processing thread is provided by a user application which provides a user interface to allow a user to access and edit structured data in a first store associated with a first database.  For example: |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| allow a user to access and edit structured data in a first store associated with a first database; and | "Using iTunes, you can organize songs and other items into lists, called playlists, in any way you want. For example, you can make playlists with songs to listen to while exercising or playlists with songs for a particular mood."  iPod nano Features Guide at 19.<br><br>"You can type or copy and paste song lyrics in plain text format into iTunes so that you can view a song's lyrics on your iPod nano while the song is playing."  *Id.* at 17.<br><br>Additionally, iTunes allows a user to edit metadata such as song title and rating:<br><br>"You can rate your songs, awarding tracks from one to five stars, on your iPod and sync your ratings to iTunes.  Or you can do it the other way around, rating songs in iTunes and syncing your ratings to iPod."  iTunes Sync. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | <br><br>iTunes 6 for Mac at main application window. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | <br>iTunes 6 for Mac at Get Info pane, before editing metadata. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| |  iTunes 6 for Mac at Get Info pane, after editing metadata.<br><br>Furthermore, Library Files discloses iTunes stores this metadata as structured data in the database /Users/[username]/Music/iTunes/iTunes Library:<br><br>"[iTunes Library] is a database of the songs in your library and the playlists you've |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | created.  Some song-specific data is saved in this file.  If you delete the file, iTunes creates a new, empty copy when you open the application, but any playlists, song ratings, comments, or other information you created is lost."  Library Files at iTunes Library.<br><br>OSX Panther at Finder, displaying directory /Users/user/Music/iTunes/. |
| **[1C]** executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread, wherein the at least one synchronization processing thread is provided by a synchronization software component which is configured to synchronize the structured data from the first database with the structured data from a second database. | iTunes discloses executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread, wherein the at least one synchronization processing thread is provided by a synchronization software component which is configured to synchronize the structured data from the first database with the structured data from a second database.  For example:<br><br>"After your music is imported and organized in iTunes, you can easily download it to iPod nano."  iPod nano Features Guide at 20.<br><br>"While music is being downloaded from your computer to iPod nano, the iTunes status window shows progress, and the iPod nano icon in the Source list flashes red." *Id*. at 17.<br><br>Furthermore, the user may alter metadata during such a synchronization: |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| |  iTunes 6 for Mac at main application window, before editing metadata, during synchronization. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| |  iTunes 6 for Mac at Get Info pane, before editing metadata, during synchronization. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
|  |   iTunes 6 for Mac at Get Info pane, after editing metadata, during synchronization. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
|  |  iTunes 6 for Mac at main window, after editing metadata, during synchronization. Furthermore, iPod nano stores this metadata as structured data in the database "/Volumes/[iPod Name]/iPod_Control/iTunes/iTunesDB": |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | <br><br>OSX Panther at Finder, displaying directory /Volumes/INANO/iPod_Control/iTunes/. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | <br><br>OSX Panther at TextEdit, displaying iTunesDB.<br><br>Furthermore, iTunes discloses automatic synchronization: |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | "With the industry's only true Auto-Sync, your iPod is always up to date, mirroring the latest changes you've made in iTunes."  iTunes Sync.<br><br>"Sync in a snap with Auto-Sync, the default mode in which iTunes copies your entire music library to iPod and deletes songs on iPod that are not listed in iTunes."  *Id.* |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | <br><br>iTunes 6 for Mac at iPod Preferences pane. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
|  |  iPod nano at Now Playing. |
|  |  |
| **[2]** The method as in claim 1, wherein the first database is in on a first data processing system, and wherein the at least one user-level non-synchronization processing thread includes operations to access the first database which is synchronized by the at least one synchronization processing thread with the second database on a second data | iTunes discloses a first database which is in on a first data processing system, and wherein the at least one user-level non-synchronization processing thread includes operations to access the first database which is synchronized by the at least one synchronization processing thread with the second database on a second data processing system. For example:<br><br>"You use iPod nano by importing songs, audiobooks, and podcasts (radio-style audio shows) to your computer and then downloading them to iPod nano...iTunes is the |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| processing system. | music application you use with iPod nano."  iPod nano Features Guide at 14.<br><br>"iTunes also has many other features. You can make your own CDs that play in standard CD players (if your computer has a CD-recordable drive); listen to streaming Internet radio; make dynamic "Party Shuffle" playlists; publish your playlists, called "iMixes," to the iTunes Music Store; rate songs according to preference; and much more."  *Id.* at 15.<br><br>*See also* claim 1. |
| **[4]** The method as in claim 1 wherein the synchronization software component acquires a lock on the first store. | iTunes discloses a synchronization software component acquiring a lock on the first store; it would have been obvious to a person of ordinary skill in the art at the time of the invention in light of the '006 patent, Brahmavar, Open Group Specifications, and Tanenbaum.  For example:<br><br>FIGS. 18-21 provide more details of the process for synchronizing transactional data (step **594** of FIG. 12). FIG. 18 describes the up-sync process. FIG. 19 describes the down-sync process.<br><br>'006 Patent at 24:3-5.<br><br>FIG. 19 provides more details of the down-sync process. In step **800** of FIG. 19, the Sync Manager will request and receive a list of transactional items that have been updated or created on the server since the last synchronization. If there are more items to consider on the list, then in step **804**, the next data item will be accessed. In step **806**, the data item on the Smart Client will be locked. In step **808**, the Sync Manager will retrieve the data on the server for that item and update the item on the Smart Client with the new data. If it is a new data item, then the item will be created on the Smart Client in step **808**. In step **810**, the data item is unlocked and the process loops back to step **802** to determine whether there are anymore data items to process. When all the |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | data items are processed, the method of FIG. 19 is completed.<br><br>'006 Patent at 24:56-25:2.<br><br><br><br>'006 Patent at Fig. 19. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
|  | **[0009]**   The invention, in one embodiment, provides a method for acquiring and releasing a lock over a common resource in a computing system. After a lock has been acquired over a common resource, a determination is made as to whether other requests for the common resource have been made. If other requests have been made, the lock over the common resource is released so that the common resource becomes available for use by the other requests. Brahmavar at Summary |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | <br>Brahmavar at Fig. 2 |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | **[0017]**  The pseudo code segment shown below provides an example of the type of loop structure in which a lock is acquired and released during each iteration of a loop in a segment of program code: |

```
loop (condition) {
        acquire__lock(mylock);
        do some processing;
        release__lock(mylock);
    }
```

Brahmavar at 0017

**[0019]**  The embodiment described as follows, allows a processor (executing a process or thread) to hold a lock and retain ownership of the lock until a new request for the lock arrives. ...

**[0026]**  The pseudo code provided below embodies the steps outlined above:

```
lock__acquire(lock)
    {
        if (lock already held) {
            return;
        } else while (test__and__set(lock)) {
            set pending request field;
        }
        clear pending request field;
    }
```

Brahmavar at 0019-0026

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
|  | **[0027]**   The lock is released only if no new request for the lock has arrived. Otherwise, the processor continues to hold the lock at the exit from the release primitive, as shown in the pseudo code below:<br><br>```
lock__release(lock)
{
      if (pending request field is set) {
            release lock;
      }
}
```<br><br>**[0028]**   Once the loop has finished executing, a post lock release function releases the lock if it has not already been released by another request, so that the process does not maintain ownership of the lock beyond the last pass of the loop.<br>**[0029]**   The post release lock function is outlined in the pseudo code below.<br><br>```
post__lock__release(lock)
{
      if (lock is currently being held) {
            release lock;
      }
}
```<br><br>Brahmavar at 0027-0029 |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | **[0030]**   Therefore, a loop structure incorporating the embodiment becomes:<br><br>```<br>loop (condition)<br>{<br>    acquire_lock(mylock);<br>    one or more statements;<br>    release_lock(mylock);<br>}<br>post_lock_release(mylock);<br>```<br><br>Brahmavar at 0030<br><br>Applications shall ensure that access to any memory location by more than one thread of control (threads or processes) is restricted such that no thread of control can read or modify a memory location while another thread of control may be modifying it. Such access is restricted using functions that synchronize thread execution and also synchronize memory with respect to other threads. The following functions synchronize memory with respect to other threads:<br><br>…<br><br>pthread_mutex_lock()<br>pthread_mutex_timedlock()<br>pthread_mutex_trylock()<br>pthread_mutex_unlock()<br>pthread_spin_lock()<br>pthread_spin_trylock()<br>pthread_spin_unlock()<br>pthread_rwlock_rdlock()<br>pthread_rwlock_timedrdlock() |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | pthread_rwlock_timedwrlock() <br> pthread_rwlock_tryrdlock() <br> pthread_rwlock_trywrlock() <br> pthread_rwlock_unlock() <br> pthread_rwlock_wrlock() <br> … <br> The pthread_once() function shall synchronize memory for the first call in each thread for a given pthread_once_t object. <br> Unless explicitly stated otherwise, if one of the above functions returns an error, it is unspecified whether the invocation causes memory to be synchronized. <br> Applications may allow more than one thread of control to read a memory location simultaneously. <br><br> Open Group Specifications at sec. 4.10 <br><br> Situations like this, where two or more processes are reading or writing some shared data and the final result depends on who runs precisely when, are called **race conditions**. <br> … <br> How do we avoid race conditions?  The key to preventing trouble here and in many other situations involving sared memory, hared files, and shared everything else is to find some way to prohibit more than one process from reading and writing the shared data at the same time.  Put in other words, what we need is **mutual exclusion**, that is, some way of making sure that if one process is using a shared variable or file, the other processes will be excluded from doing the same thing. <br><br> Tanenbaum, p. 102 |
| | |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| **[6]** The method as in claim 4 wherein the synchronization software component releases the lock after synchronization for a first data class is completed. | iTunes discloses a synchronization software component acquiring a lock on the first store; it would have been obvious to a person of ordinary skill in the art at the time of the invention in light of the '006 patent, Brahmavar,  Open Group Specifications, and Tanenbaum.  For example:<br><br>FIGS. 18-21 provide more details of the process for synchronizing transactional data (step **594** of FIG. 12). FIG. 18 describes the up-sync process. FIG. 19 describes the down-sync process.<br><br>'006 Patent at 24:3-5.<br><br>FIG. 19 provides more details of the down-sync process. In step **800** of FIG. 19, the Sync Manager will request and receive a list of transactional items that have been updated or created on the server since the last synchronization. If there are more items to consider on the list, then in step **804**, the next data item will be accessed. In step **806**, the data item on the Smart Client will be locked. In step **808**, the Sync Manager will retrieve the data on the server for that item and update the item on the Smart Client with the new data. If it is a new data item, then the item will be created on the Smart Client in step **808**. In step **810**, the data item is unlocked and the process loops back to step **802** to determine whether there are anymore data items to process. When all the data items are processed, the method of FIG. 19 is completed.<br><br>*Id.* at 24:56-25:2. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | <br><br>*Id.* at Fig. 19. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
|  | **[0009]**   The invention, in one embodiment, provides a method for acquiring and releasing a lock over a common resource in a computing system. After a lock has been acquired over a common resource, a determination is made as to whether other requests for the common resource have been made. If other requests have been made, the lock over the common resource is released so that the common resource becomes available for use by the other requests.<br><br>Brahmavar at Summary |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| |  Brahmavar at Fig. 2 |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | [0017]   The pseudo code segment shown below provides an example of the type of loop structure in which a lock is acquired and released during each iteration of a loop in a segment of program code:<br><br>```<br>loop (condition) {<br>    acquire__lock(mylock);<br>    do some processing;<br>    release__lock(mylock);<br>}<br>```<br>Brahmavar at 0017<br><br>[0019]   The embodiment described as follows, allows a processor (executing a process or thread) to hold a lock and retain ownership of the lock until a new request for the lock arrives.<br>...<br>[0026]   The pseudo code provided below embodies the steps outlined above:<br><br>```<br>lock__acquire(lock)<br>{<br>    if (lock already held) {<br>        return;<br>    } else while (test__and__set(lock)) {<br>        set pending request field;<br>    }<br>    clear pending request field;<br>}<br>```<br>Brahmavar at 0019-0026 |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
|  | **[0027]**   The lock is released only if no new request for the lock has arrived. Otherwise, the processor continues to hold the lock at the exit from the release primitive, as shown in the pseudo code below:<br><br>```
lock__release(lock)
{
     if (pending request field is set) {
          release lock;
     }
}
```<br>**[0028]**   Once the loop has finished executing, a post lock release function releases the lock if it has not already been released by another request, so that the process does not maintain ownership of the lock beyond the last pass of the loop.<br>**[0029]**   The post release lock function is outlined in the pseudo code below.<br><br>```
post__lock__release(lock)
{
     if (lock is currently being held) {
          release lock;
     }
}
```<br>Brahmavar at 0027-0029 |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | **[0030]**  Therefore, a loop structure incorporating the embodiment becomes:<br><br>```<br>loop (condition)<br>{<br>    acquire_lock(mylock);<br>    one or more statements;<br>    release_lock(mylock);<br>}<br>post_lock_release(mylock);<br>```<br><br>Brahmavar at 0030<br><br>    **1**. A method for acquiring and releasing locks to manage a common resource in a computing system, comprising the steps of, after a lock has been acquired over a common resource, determining whether other requests for the common resource has been made, and if the other requests have been made, releasing the lock over the common resource so that the common resource becomes available for use by the other requests.<br><br>Brahmavar Claim 1<br><br>    Applications shall ensure that access to any memory location by more than one thread of control (threads or processes) is restricted such that no thread of control can read or modify a memory location while another thread of control may be modifying it. Such access is restricted using functions that synchronize thread execution and also synchronize memory with respect to other threads. The following functions synchronize memory with respect to other threads:<br><br>    … |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | pthread_mutex_lock()<br>pthread_mutex_timedlock()<br>pthread_mutex_trylock()<br>pthread_mutex_unlock()<br>pthread_spin_lock()<br>pthread_spin_trylock()<br>pthread_spin_unlock()<br>pthread_rwlock_rdlock()<br>pthread_rwlock_timedrdlock()<br>pthread_rwlock_timedwrlock()<br>pthread_rwlock_tryrdlock()<br>pthread_rwlock_trywrlock()<br>pthread_rwlock_unlock()<br>pthread_rwlock_wrlock()<br>…<br>The pthread_once() function shall synchronize memory for the first call in each thread for a given pthread_once_t object.<br>Unless explicitly stated otherwise, if one of the above functions returns an error, it is unspecified whether the invocation causes memory to be synchronized.<br>Applications may allow more than one thread of control to read a memory location simultaneously.<br><br>Open Group Specifications at sec. 4.10<br><br>Situations like this, where two or more processes are reading or writing some shared data and the final result depends on who runs precisely when, are called **race conditions**.<br>…<br>How do we avoid race conditions?  The key to preventing trouble here and in many other situations involving sared memory, hared files, and shared |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | everything else is to find some way to prohibit more than one process from reading and writing the shared data at the same time.  Put in other words, what we need is **mutual exclusion**, that is, some way of making sure that if one process is using a shared variable or file, the other processes will be excluded from doing the same thing.<br><br>Tanenbaum, p. 102 |
| **[7]** The method as in claim 6 wherein the first and the second data processing systems are synchronized in a peer-to-peer manner. | iTunes discloses a first and the second data processing systems synchronized in a peer-to-peer manner.<br><br>"You can rate your songs, awarding tracks from one to five stars, on your iPod and sync your ratings to iTunes. Or you can do it the other way around, rating songs in iTunes and syncing your ratings to iPod."  iTunes Sync.<br><br>Additionally, it would have been obvious to a person of ordinary skill in the art at the time of the invention in light of the '743 Patent. For example:<br><br>It would have been obvious to synchronize a user's contacts data stored on multiple mobile devices in a peer-to-peer manner, without a server:<br><br>  A method of synchronizing databases between multiple users in a peer-to-peer network is disclosed. The method comprises extracting changes from a source database of one of the users. Next, the changes are compressed and sent to the other users in the peer-to-peer network in parallel. Finally, the changes are decompressed and replicated on the database of each of the other users. In this respect, the databases of the other users will contain all changes from the source database.<br><br>'743 Patent at Abstract. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | FIG. 2 is a diagram illustrating unilateral database replication from multiple target computers to the initiating computer; |
| | FIG. 3 is a diagram illustrating unilateral database replication from the initiating computer to multiple target computers; |
| | *Id.* at 2:51-57 |
| |  |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | *Id.* at Figure 2.  *Id.* at Figure 3. |
| | |
| [10] The method as in claim 1 wherein the synchronization software component is | iTunes discloses a synchronization software component configured to synchronize structured data of a first data class and other synchronization software components |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| configured to synchronize structured data of a first data class and other synchronization software components are configured to synchronize structured data of other corresponding data classes. | configured to synchronize structured data of other corresponding data classes. For example:<br><br>"After your music is imported and organized in iTunes, you can easily download it to iPod nano."  iPod nano Features Guide at 20.<br><br>iTunes and the iPod nano are designed synchronize photos in addition to music:<br><br>    To download photos from a folder on your hard disk to iPod nano:<br>    1.  Drag the images you want into a folder on your computer.<br>        If you want images to appear in separate photo albums on iPod nano, create folders inside the main image folder, and drag images into the new folders.<br>    2.  Open iTunes, select iPod nano in the iTunes Source list, and then click the Options button.<br>    3.  Click Photos and select "Synchronize photos from."<br>    4.  Choose "Choose Folder" from the pop-up menu and select your image folder.<br>When you download photos to iPod nano, iTunes optimizes the photos for viewing.  Full-resolution image files aren't transferred by default.  Downloading full-resolution image files is useful if you want to store your images or move them from one computer to another, but is not necessary to view the images at full quality on iPod nano.<br><br>*Id*. at 33. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
|  | <br>iTunes 6 for Mac at iPod Preferences pane. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| |  iTunes 6 for Mac at main window, during photo synchronization. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | 

iPod nano at Photo Library.

To the extent that iTunes does not disclose a synchronization software component configured to synchronize structured data of a first data class and other synchronization software components configured to synchronize structured data of other corresponding data classes, it would have been obvious to a person of ordinary skill in the art at the time of the invention in light of the '006 patent.  For example: |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
|  | Sync Manager **370** uses Service Agent **372** to access activity, opportunity and contact records at the CRM system (data store **320**). Sync Manager **370** uses Interface Manager **374** (via data classes **380**) to access activity, opportunity and contact objects that are stored in data store **366** and which correspond to data at the CRM system (e.g., activity, opportunity and contact records).<br><br>'006 Patent at 13:5-9<br><br>Data classes **380** are in communication with UI manager **374**, Sync Manager **370** and application interface **362**. In one embodiment, data classes **380** are used to work with the various data items discussed herein.<br><br>In one embodiment, Sync Manager **370**, Service Agent **372**, UI manager **374**, data classes **380** and configuration classes **382** are all software components operating on one or more computing devices.<br><br>'006 Patent at 13:17-24. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | <br><br>Fig. 8<br><br>'006 Patent at Fig. 8. |
| | |
| [11A] A computer readable storage medium containing executable program instructions which when executed cause a data processing system to perform a method comprising: | *See* claim 1. |
| [11B] executing at least one user-level non-synchronization processing thread, wherein the at least one user-level nonsynchronization processing thread is provided by a user application which provides a user interface to | *See* claim 1. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| allow a user to access and edit structured data in a first store associated with a first database; and | |
| **[11C]** executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread, wherein the at least one synchronization processing thread is provided by a synchronization software component which is configured to synchronize the structured data from the first database with the structured data from a second database. | *See* claim 1. |
| | |
| **[12]** The storage medium as in claim 11 wherein the first database is in on a first data processing system, and wherein the at least one user-level non-synchronization processing thread includes operations to access the first database which is synchronized by the at least one synchronization processing thread with the second database on a second data processing system. | *See* claims 2 and claim 11. |
| | |
| **[14]** The storage medium as in claim 11 wherein the synchronization software component acquires a lock on the first store. | *See* claims 4 and 11. |
| | |
| **[16]** The storage medium as in claim 14 | *See* claims 6 and 14. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| wherein the synchronization software component releases the lock after synchronization for a first data class is completed. | |
| **[17]** The storage medium as in claim 16 wherein the first and the second data processing systems are synchronized in a peer-to-peer manner. | *See* claims 7 and 16. |
| | |
| **[20]** The storage medium as in claim 11 wherein the synchronization software component is configured to synchronize structured data of a first data class and other synchronization software components are configured to synchronize structured data of other corresponding data classes. | *See* claims 10 and 11. |
| | |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| **[21A]** A data processing system comprising: | iTunes running on, for example, OSX Panther discloses a data processing system:<br><br><br><br>OSX Panther, at About This Mac.<br><br>*See also* claim 1. |
| **[21B]** means for executing at least one user-level non-synchroni zation processing thread that includes means for accessing structured data in a first store associated with a first database; and | iTunes discloses means for executing at least one user-level non-synchronization processing thread that includes means for accessing structured data in a first store associated with a first database. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | <br><br>OSX Panther, at System Profile Hardware screen, with processor information outlined in red. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| |  iTunes 6 for Mac at main application window. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | <br>OSX Panther, at System Profile Memory screen. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
|  | <br><br>OSX Panther, at System Profile ATA screen.<br><br>*See also* claim 1. |
| **[21C]** means for executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread that includes means for synchronizing the structured data from the first database with the | iTunes discloses means for executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread that includes means for synchronizing the structured data from the first database with the structured data from a second database. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| structured data from a second database. | <br><br>OSX Panther, at System Profile Hardware screen, with processor information outlined in red. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
|  |  OSX Panther, at System Profile Memory screen. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| |  OSX Panther, at System Profile ATA screen. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| |  iTunes 6 for Mac at main application window, during synchronization<br><br>*See also* claim 1. |
| **[22]** The system as in claim 21 wherein the first database is in on a first data processing system, and wherein at least one user-level non-synchronization processing thread includes operations to access the first database which is synchronized by the at least one synchronization processing thread with | *See* claims 2 and 21. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| the second database on a second data processing system. | |
| | |
| **[23A]** A machine implemented method comprising: | *See* claim 1. |
| **[23B]** executing at least one non-synchronization processing thread, wherein the at least one non-synchronization processing thread is provided by a user application which provides a user interface to allow a user to access 45 and edit structured data in a first store associated with a first database; and | *See* claim 1. |
| **[23C]** executing at least one synchronization processing thread concurrently with the executing of the at least one nonsynchronization processing thread, wherein the at least one synchronization processing thread is provided by a synchronization software component which is configured synchronize the structured data from the first database with the structured data from a second database. | *See* claim 1. |
| | |
| **[24]** The method as in claim 23 wherein the first database is 55 in on a first data processing system, and wherein the at least one non-synchronization processing thread includes operations to access the first database which is synchronized by the at least | *See* claims 2 and 23. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| one synchronization processing thread with the second database on a second data processing system. | |
| | |
| **[26]** The method as in claim 23 wherein the synchronization software component acquires a lock on the first store. | *See* claims 4 and 23. |
| | |
| **[27A]** A computer readable storage medium containing executable program instructions which when executed cause a data processing system to perform a method comprising: | *See* claims 1 and 23. |
| **[27B]** executing at least one non-synchronization processing thread, wherein the at least one non-synchronization processing thread is provided by a user application which provides a user interface to allow a user to access and edit structured data in a first store associated with a first database; and | *See* claims 1 and 23. |
| **[27C]** executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread, wherein the at least one synchronization processing thread is provided by a synchronization software component which is configured synchronize the structured data the first database with the structured data from a second database. | *See* claims 1 and 23. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | |
| **[28]** The storage medium as in claim 27 wherein the first database is in on a first data processing system, and wherein the at least one non-synchronization processing thread includes operations to access the first database which is synchronized by the at least one synchronization processing thread with the second database on a second data processing system. | *See* claims 2, 24, and 27. |
| | |
| **[30]** The storage medium as in claim 27 wherein the synchronization software component acquires a lock on the first store. | *See* claims 4, 26, and 27. |
| | |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| **[31A]** A data processing system comprising: | iTunes running on, for example, OSX Panther discloses a data processing system:<br><br><br><br>OSX Panther, at About This Mac.<br><br>*See also* claims 1 and 21. |
| **[31B]** means for executing at least one non-synchronization processing thread that includes | iTunes discloses means for executing at least one non-synchronization processing thread that includes means for accessing structured data in a first store associated with a first database. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | <br><br>OSX Panther, at System Profile Hardware screen, with processor information outlined in red. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| |  iTunes 6 for Mac at main application window. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
|  |  OSX Panther, at System Profile Memory screen. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | OSX Panther, at System Profile ATA screen.<br>*See also* claims 1 and 21. |
| **[31C]** means for accessing structured data in a first store associated with a first database; and | iTunes discloses means for accessing structured data in a first store associated with a first database. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
|  |  OSX Panther, at System Profile Hardware screen, with processor information outlined in red. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
|  | <br>iTunes 6 for Mac at main application window. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | <br>OSX Panther, at System Profile Memory screen. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
|  |  OSX Panther, at System Profile ATA screen. *See also* claims 1 and 21. |
| **[31D]** means for executing at least one synchronization processing thread concurrently with the executing of the at least one non-synchronization processing thread that includes means for synchronizing the structured data from the first database with the structured data from a second database. | iTunes discloses means for executing at least one synchronization processing thread concurrently with the executing of the at least one non-synchronization processing thread that includes means for synchronizing the structured data from the first database with the structured data from a second database. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| |  OSX Panther, at System Profile Hardware screen, with processor information outlined in red. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | OSX Panther, at System Profile Memory screen. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| | OSX Panther, at System Profile ATA screen. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
|  |  iTunes 6 for Mac at main application window, during synchronization. *See also* claims 1 and 21. |
| **[32]** The system as in claim 31 wherein the first database is in on a first data processing system, and wherein at least one non-synchronization processing thread includes operations to access the first database which is synchronized by the at least one synchronization processing thread with the second database on a second data processing | *See* claims 22 and 31. |

| U.S. Patent No. 7,761,414 | Apple iTunes version 6.0.1 ("iTunes") |
|---|---|
| system. | |

# EXHIBIT 4

**EXHIBIT D-10**
**INVALIDITY CLAIM CHART FOR U.S. PATENT NO. 7,761,414**

The Apple iSync application version 1.4 ("iSync") was known by at least February 17, 2004.  In addition to the information below, individuals at Apple Inc. are likely to have information related to iSync version 1.4, including its public use and sale.

iSync anticipates at least claims 1-2, 4, 6, 10-12, 14, 16, 20-24, 26-28, and 30-32 of U.S. Patent No. 7,761,414 (the "'414 patent") under 35 U.S.C. § 102(b) when used in combination with, for example, and iPod nano (iPod nano first-generation ("iPod nano")), available by at least September 7, 2005) and Apple OS X Address Book 3.1.2 running on Apple Macintosh OS X 10.3.9 ("Mac Address Book"), available by at least April 15, 2005.

The following specific references describe the iSync software system, when used in combination with, for example, an iPod nano and Mac Address Book:

- Apple iSync 1.4 running on Apple Macintosh OS X 10.3.9 ("iSync for Mac"), available by at least February 17, 2004.

- "iSync Support," http://web.archive.org/web/20051230064331/http://www.apple.com/support/isync/, ("iSync Support"), available by at least December 30, 2005.

- "Lesson 15: iSync and .Mac Sync," http://web.archive.org/web/20051217160031/http://www.apple.com/support/mac101/work/15/, ("iSync Tutorial"), available by at least December 17, 2005.

- "iPod nano Features Guide," http://manuals.info.apple.com/en/ipod_nano_features_guide.pdf, ("iPod nano Features Guide"), available by at least September 7, 2005.

- "Lesson 2: Address Book," http://web.archive.org/web/20051217154834/http://www.apple.com/support/mac101/work/2/, ("Address Book Tutorial"), available by at least December 17, 2005.

iSync renders obvious the asserted claims of the '414 patent under 35 U.S.C. § 103, alone and/or in combination with one or more of the following references:

- United States Patent 7,506,006 to Vadlamani et al. (the "'006 Patent"), filed on Sep. 4, 2004, issued on Mar. 17, 2009.

- United States Patent 7,366,743 to Sawadsky et al. (the "'743 Patent"), filed on Aug. 2, 2005, issued on Apr. 29, 2008.

⚔ United States Patent Application 2008/0256547 to Brahmavar et al. ("Brahmavar") was filed on Feb. 23, 2005.

⚔ "The Open Group Base Specifications Issue 6 IEEE Std 1003.1, 2004 Edition", 2004 ("Open Group Specifications"), retrieved from http://pubs.opengroup.org/onlinepubs/009695399/toc.htm

⚔ Tanenbaum, Andrew, *Modern Operating Systems Second Edition*, Prentice Hall, 2001 ("Tanenbaum")

The citations to portions of any reference in this chart are exemplary only. Samsung reserves the right to use the entirety of any reference cited in this chart to show that the asserted claims are anticipated and/or are obvious.

Samsung notes that Apple appears in many instances to be pursuing overly broad constructions of various limitations of the asserted claims of the '414 patent in an effort to piece together an infringement claim where none exists and to accuse products that do not practice the claims. This claim chart takes into account Apple's overly broad construction of the claim limitations. Any assertion that a particular limitation is disclosed by a prior art reference or references may be based on Apple's apparent constructions and is not intended to be, and is not, an admission that such constructions are supportable or proper. To the extent that any of the prior art discloses the same or similar functionality or feature(s) of any of the accused products, Samsung reserves the right to argue that said feature or functionality does not practice any limitation of any of the asserted claims, and to argue, in the alternative, that if said feature or functionality is found to practice any limitation of any of the asserted claims of the '414 patent, then the prior art reference teaches the limitation and that the claim is not patentable.

Samsung expressly reserves the right to supplement these contentions to add additional information showing that iSync invalidates the asserted claims of the '414 patent.

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| **[1A]** A machine implemented method comprising: | To the extent that the preamble may be construed to be limiting, iSync discloses a machine implemented method. For example:<br><br>iSync is an application designed to synchronize contacts and calendars between an Apple Macintosh computer and various handheld devices.<br><br>"With iSync, you can sync Address Book contacts and iCal calendars between your computer, iPod, Palm OS device, Bluetooth phone, and USB phone." iSync Support. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| |  iSync for Mac at "About iSync" window.<br><br>iSync synchronizes contacts and calendars between an Apple Macintosh computer an Apple iPod nano:<br><br>"If you're using any version of Mac OS X earlier than 10.4, you can use iSync to synchronize your information."  iPod nano Features Guide at 41.<br><br>To synchronize contacts and calendars with a Mac and iSync (using Mac OS X earlier than version 10.4):<br>1. Connect iPod nano to your computer.<br>2. Open iSync and choose Devices > Add Device.  You need to do this step only the first time you use iSync with your iPod nano.<br>3. Select iPod nano and click Sync now.  iSync downloads information from iCal and Mac OS X Address Book to your iPod nano.<br>The next time you want to synchronize iPod nano, you can simply open iSync and click Sync Now.  You can also choose to have iPod nano synchronize |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | automatically when you connect it.<br><br>*Id*. at 42.<br><br>Additionally, Mac Address Book is an application designed to store information on a user's contacts.  For example:<br><br>"Whether you've got all your contacts stored neatly in some electronic device or are still hanging on to your tattered address book, personal organizer, or business card collection, Address Book makes managing the important people in your life simple." Address Book Tutorial.<br><br><br><br>Mac Address Book at "About Address Book" window.<br><br>iPod nano is a portable music player which synchronizes with iTunes:<br><br>"To use iPod nano, you put music, photos, and other files on your computer and then download them to iPod nano."  iPod nano Features Guide at 4. |
| **[1B]** executing at least one user-level non- | Mac Address Book discloses executing at least one user-level non-synchronization |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| synchronization processing thread, wherein the at least one user-level nonsynchronization processing thread is provided by a user application which provides a user interface to allow a user to access and edit structured data in a first store associated with a first database; and | processing thread, wherein the at least one user-level nonsynchronization processing thread is provided by a user application which provides a user interface to allow a user to access and edit structured data in a first store associated with a first database. For example:<br><br>"Address Book allows you to enter all sorts of information about a person, including his or her email addresses, phone numbers, addresses, websites, chat names, names of the important people in his or her life (including spouse, partner, mom, dad, siblings, and assistant), and more."  Address Book Tutorial.<br><br><br>Mac Address Book at main window, viewing contact information. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | Mac Address Book at main window, editing contact information.<br><br>Furthermore, Mac Address Book stores this contact information as structured data in the database  /Users/[username]/Library/Application Support/AddressBook/AddressBook.data: |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| |  OS X Panther at Finder, displaying directoriy /Users/user/Library/Application Support/AddressBook/. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| |  OS X Panther at TextEdit, displaying AddressBook.data. |
| **[1C]** executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread, wherein | iSync discloses executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread, wherein the at least one synchronization processing thread is provided by a synchronization software component which is configured to synchronize the |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| the at least one synchronization processing thread is provided by a synchronization software component which is configured to synchronize the structured data from the first database with the structured data from a second database. | structured data from the first database with the structured data from a second database.  For example:<br><br>iSync for Mac allows users to synchronize contact information between Mac Address Book and iPod nano.<br><br>"[S]ynchronize your Address Book contacts and iCal calendar information with iPod nano.  If you're using any version of Mac OS X earlier than 10.4, you can use iSync to synchronize your information."  iPod nano Features Guide at 41. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| |  iSync for Mac at main window. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | Furthermore, Mac Address Book may remain open and continue to present an interface for viewing and editing contacts during synchronization:  iSync for Mac and Mac Address Book, running concurrently during synchronization. Furthermore, iPod nano stores this metadata as structured data in the database /Volumes/[iPod Name]/Contacts/iSync.vcf: |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
|  |  OS X Panther at Finder, displaying directory /Volumes/INANO/Contacts/. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | <br><br>OS X Panther at TextEdit, displaying iSync.vcf.<br><br>Furthermore, iSync discloses automatic synchronization:<br><br>iSync provides an option for users to automatically synchronize data. |

- 13 -

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| |  iSync for Mac at main window, with option for automatic synchronization outlined in red. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| |  iPod nano at Contact Details. |
| **[2]** The method as in claim 1, wherein the first database is in on a first data processing system, and wherein the at least one user-level non-synchronization processing thread includes operations to access the first database which is synchronized by the at least one synchronization processing thread with the second database on a second data | iSync discloses a method wherein the first database is in on a first data processing system, and wherein the at least one user-level non-synchronization processing thread includes operations to access the first database which is synchronized by the at least one synchronization processing thread with the second database on a second data processing system.  For example: "To sync your devices to your Mac, you need to add them to iSync first.  Connect your device to your computer as you normally would."  iSync Tutorial at iSync. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| processing system. | *See* **[1B]**, **[1C]**. |
| | |
| **[4]** The method as in claim 1 wherein the synchronization software component acquires a lock on the first store. | iSync discloses a method wherein the synchronization software component acquires a lock on the first store.  For example:<br><br>During synchronization, the data in Mac Address Book becomes uneditable, even when the user clicks "Edit."<br><br> |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | iSync for Mac before synchronization and Mac Address Book showing editable fields.<br><br><br><br>iSync for Mac during synchronization and Mac Address Book showing uneditable fields. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| |  iSync for Mac after synchronization and Address Book showing editable fields.<br><br>One of ordinary skill in the art would understand that the effect of rendering one or more fields uneditable during synchronization would be conventionally provided by the use of a lock, such as disclosed by '006 patent, Brahmavar, Open Group Specifications, and Tanenbaum.  For example:<br><br>FIGS. 18-21 provide more details of the process for synchronizing transactional data (step **594** of FIG. 12). FIG. 18 describes the up-sync |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | process. FIG. 19 describes the down-sync process.<br><br>'006 Patent at 24:3-5.<br><br> FIG. 19 provides more details of the down-sync process. In step **800** of FIG. 19, the Sync Manager will request and receive a list of transactional items that have been updated or created on the server since the last synchronization. If there are more items to consider on the list, then in step **804**, the next data item will be accessed. In step **806**, the data item on the Smart Client will be locked. In step **808**, the Sync Manager will retrieve the data on the server for that item and update the item on the Smart Client with the new data. If it is a new data item, then the item will be created on the Smart Client in step **808**. In step **810**, the data item is unlocked and the process loops back to step **802** to determine whether there are anymore data items to process. When all the data items are processed, the method of FIG. 19 is completed.<br><br>*Id.* at 24:56-25:2. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
|  |  *Id.* at Fig. 19. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
|  | **[0009]**   The invention, in one embodiment, provides a method for acquiring and releasing a lock over a common resource in a computing system. After a lock has been acquired over a common resource, a determination is made as to whether other requests for the common resource have been made. If other requests have been made, the lock over the common resource is released so that the common resource becomes available for use by the other requests. Brahmavar at Summary |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
|  | <br>Brahmavar at Fig. 2 |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | **[0017]**   The pseudo code segment shown below provides an example of the type of loop structure in which a lock is acquired and released during each iteration of a loop in a segment of program code:<br><br>```<br>loop (condition) {<br>    acquire_lock(mylock);<br>    do some processing;<br>    release_lock(mylock);<br>}<br>```<br>Brahmavar at 0017<br><br>**[0019]**   The embodiment described as follows, allows a processor (executing a process or thread) to hold a lock and retain ownership of the lock until a new request for the lock arrives.<br>    ...<br>**[0026]**   The pseudo code provided below embodies the steps outlined above:<br><br>```<br>lock_acquire(lock)<br>{<br>    if (lock already held) {<br>        return;<br>    } else while (test_and_set(lock)) {<br>        set pending request field;<br>    }<br>    clear pending request field;<br>}<br>```<br>Brahmavar at 0019-0026 |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | **[0027]** The lock is released only if no new request for the lock has arrived. Otherwise, the processor continues to hold the lock at the exit from the release primitive, as shown in the pseudo code below:<br><br>```
lock_release(lock)
{
    if (pending request field is set) {
        release lock;
    }
}
```<br><br>**[0028]** Once the loop has finished executing, a post lock release function releases the lock if it has not already been released by another request, so that the process does not maintain ownership of the lock beyond the last pass of the loop.<br><br>**[0029]** The post release lock function is outlined in the pseudo code below.<br><br>```
post_lock_release(lock)
{
    if (lock is currently being held) {
        release lock;
    }
}
```<br><br>Brahmavar at 0027-0029 |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
|  | **[0030]** Therefore, a loop structure incorporating the embodiment becomes:<br><br>```<br>loop (condition)<br>{<br>    acquire_lock(mylock);<br>    one or more statements;<br>    release_lock(mylock);<br>}<br>post_lock_release(mylock);<br>```<br><br>Brahmavar at 0030<br><br>Applications shall ensure that access to any memory location by more than one thread of control (threads or processes) is restricted such that no thread of control can read or modify a memory location while another thread of control may be modifying it. Such access is restricted using functions that synchronize thread execution and also synchronize memory with respect to other threads. The following functions synchronize memory with respect to other threads:<br><br>…<br><br>pthread_mutex_lock()<br>pthread_mutex_timedlock()<br>pthread_mutex_trylock()<br>pthread_mutex_unlock()<br>pthread_spin_lock()<br>pthread_spin_trylock()<br>pthread_spin_unlock()<br>pthread_rwlock_rdlock()<br>pthread_rwlock_timedrdlock() |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
|  | pthread_rwlock_timedwrlock() pthread_rwlock_tryrdlock() pthread_rwlock_trywrlock() pthread_rwlock_unlock() pthread_rwlock_wrlock() … The pthread_once() function shall synchronize memory for the first call in each thread for a given pthread_once_t object. Unless explicitly stated otherwise, if one of the above functions returns an error, it is unspecified whether the invocation causes memory to be synchronized. Applications may allow more than one thread of control to read a memory location simultaneously. Open Group Specifications at sec. 4.10 Situations like this, where two or more processes are reading or writing some shared data and the final result depends on who runs precisely when, are called **race conditions**. … How do we avoid race conditions?  The key to preventing trouble here and in many other situations involving sared memory, hared files, and shared everything else is to find some way to prohibit more than one process from reading and writing the shared data at the same time.  Put in other words, what we need is **mutual exclusion**, that is, some way of making sure that if one process is using a shared variable or file, the other processes will be excluded from doing the same thing. Tanenbaum, p. 102 |
|  |  |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| **[6]** The method as in claim 4 wherein the synchronization software component releases the lock after synchronization for a first data class is completed. | iSync discloses a method wherein the synchronization software component releases the lock after synchronization for a first data class is completed.  For example:<br><br>After synchronization, the data in Mac Address Book becomes editable again.<br><br><br><br>iSync for Mac after synchronization and Address Book showing editable fields after clicking "Edit."<br><br>One of ordinary skill in the art would understand that the effect of rendering one or more fields editable after synchronization would be conventionally provided by the release of a lock, such as disclosed by '006 patent, Brahmavar, Open Group |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | Specifications, and Tanenbaum.  For example:<br><br>FIGS. 18-21 provide more details of the process for synchronizing transactional data (step **594** of FIG. 12). FIG. 18 describes the up-sync process. FIG. 19 describes the down-sync process.<br><br>'006 Patent at 24:3-5.<br><br>FIG. 19 provides more details of the down-sync process. In step **800** of FIG. 19, the Sync Manager will request and receive a list of transactional items that have been updated or created on the server since the last synchronization. If there are more items to consider on the list, then in step **804**, the next data item will be accessed. In step **806**, the data item on the Smart Client will be locked. In step **808**, the Sync Manager will retrieve the data on the server for that item and update the item on the Smart Client with the new data. If it is a new data item, then the item will be created on the Smart Client in step **808**. In step **810**, the data item is unlocked and the process loops back to step **802** to determine whether there are anymore data items to process. When all the data items are processed, the method of FIG. 19 is completed.<br><br>*Id.* at 24:56-25:2. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| |  *Id.* at Fig. 19. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
|  | **[0009]**   The invention, in one embodiment, provides a method for acquiring and releasing a lock over a common resource in a computing system. After a lock has been acquired over a common resource, a determination is made as to whether other requests for the common resource have been made. If other requests have been made, the lock over the common resource is released so that the common resource becomes available for use by the other requests. <br><br> Brahmavar at Summary |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| |  Brahmavar at Fig. 2 |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | **[0017]**   The pseudo code segment shown below provides an example of the type of loop structure in which a lock is acquired and released during each iteration of a loop in a segment of program code:<br><br>```<br>loop (condition) {<br>    acquire_lock(mylock);<br>    do some processing;<br>    release_lock(mylock);<br>}<br>```<br>Brahmavar at 0017<br><br>**[0019]**   The embodiment described as follows, allows a processor (executing a process or thread) to hold a lock and retain ownership of the lock until a new request for the lock arrives.<br>    ...<br>**[0026]**   The pseudo code provided below embodies the steps outlined above:<br><br>```<br>lock_acquire(lock)<br>{<br>    if (lock already held) {<br>        return;<br>    } else while (test_and_set(lock)) {<br>        set pending request field;<br>    }<br>    clear pending request field;<br>}<br>```<br>Brahmavar at 0019-0026 |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | **[0027]**   The lock is released only if no new request for the lock has arrived. Otherwise, the processor continues to hold the lock at the exit from the release primitive, as shown in the pseudo code below:<br><br>```<br>lock_release(lock)<br>{<br>    if (pending request field is set) {<br>        release lock;<br>    }<br>}<br>```<br><br>**[0028]**   Once the loop has finished executing, a post lock release function releases the lock if it has not already been released by another request, so that the process does not maintain ownership of the lock beyond the last pass of the loop.<br>**[0029]**   The post release lock function is outlined in the pseudo code below.<br><br>```<br>post_lock_release(lock)<br>{<br>    if (lock is currently being held) {<br>        release lock;<br>    }<br>}<br>```<br><br>Brahmavar at 0027-0029 |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | **[0030]**  Therefore, a loop structure incorporating the embodiment becomes:<br><br>```<br>loop (condition)<br>{<br>    acquire_lock(mylock);<br>    one or more statements;<br>    release_lock(mylock);<br>}<br>post_lock_release(mylock);<br>```<br><br>Brahmavar at 0030<br><br>    1. A method for acquiring and releasing locks to manage a common resource in a computing system, comprising the steps of, after a lock has been acquired over a common resource, determining whether other requests for the common resource has been made, and if the other requests have been made, releasing the lock over the common resource so that the common resource becomes available for use by the other requests.<br>Brahmavar Claim 1<br><br>    Applications shall ensure that access to any memory location by more than one thread of control (threads or processes) is restricted such that no thread of control can read or modify a memory location while another thread of control may be modifying it. Such access is restricted using functions that synchronize thread execution and also synchronize memory with respect to other threads. The following functions synchronize memory with respect to other threads:<br>… |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | pthread_mutex_lock()<br>pthread_mutex_timedlock()<br>pthread_mutex_trylock()<br>pthread_mutex_unlock()<br>pthread_spin_lock()<br>pthread_spin_trylock()<br>pthread_spin_unlock()<br>pthread_rwlock_rdlock()<br>pthread_rwlock_timedrdlock()<br>pthread_rwlock_timedwrlock()<br>pthread_rwlock_tryrdlock()<br>pthread_rwlock_trywrlock()<br>pthread_rwlock_unlock()<br>pthread_rwlock_wrlock()<br>…<br>The pthread_once() function shall synchronize memory for the first call in each thread for a given pthread_once_t object.<br>Unless explicitly stated otherwise, if one of the above functions returns an error, it is unspecified whether the invocation causes memory to be synchronized.<br>Applications may allow more than one thread of control to read a memory location simultaneously.<br><br>Open Group Specifications at sec. 4.10<br><br>Situations like this, where two or more processes are reading or writing some shared data and the final result depends on who runs precisely when, are called **race conditions**.<br>…<br>How do we avoid race conditions?  The key to preventing trouble here and in many other situations involving shared memory, hared files, and shared |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | everything else is to find some way to prohibit more than one process from reading and writing the shared data at the same time.  Put in other words, what we need is **mutual exclusion**, that is, some way of making sure that if one process is using a shared variable or file, the other processes will be excluded from doing the same thing.<br><br>Tanenbaum, p. 102 |
| | |
| **[7]** The method as in claim 6 wherein the first and the second data processing systems are synchronized in a peer-to-peer manner. | iSync discloses first and the second data processing systems are synchronized in a peer-to-peer manner.  For example:<br><br>"[I]f you're a .Mac member, .Mac sync allows you to sync your computer with your .Mac account to sync information, including contacts, calendars, Safari bookmarks, Keychains, and Mail information, across all your Macs over the Internet."  iSync Tutorial.<br><br>Additionally, it would have been obvious to a person of ordinary skill in the art at the time of the invention in light of the '743 Patent. For example:<br><br>It would have been obvious to synchronize a user's contacts data stored on multiple mobile devices in a peer-to-peer manner, without a server:<br><br>A method of synchronizing databases between multiple users in a peer-to-peer network is disclosed. The method comprises extracting changes from a source database of one of the users. Next, the changes are compressed and sent to the other users in the peer-to-peer network in parallel. Finally, the changes are decompressed and replicated on the database of each of the other users. In this respect, the databases of the other users will contain all changes from the source database. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | '743 Patent at Abstract.<br><br>FIG. 2 is a diagram illustrating unilateral database replication from multiple target computers to the initiating computer;<br><br>FIG. 3 is a diagram illustrating unilateral database replication from the initiating computer to multiple target computers;<br><br>*Id.* at 2:51-57 |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
|  | <br><br>*Id.* at Figure 2. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| |  *Id.* at Figure 3. |
| [10] The method as in claim 1 wherein the synchronization software component is configured to synchronize structured data of a first data class and other synchronization software components are configured to | iSync discloses a method wherein the synchronization software component is configured to synchronize structured data of a first data class and other synchronization software components are configured to synchronize structured data of other corresponding data classes.  For example: |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| synchronize structured data of other corresponding data classes. | "Your iPod nano can store contacts, calendar events, and to-do lists for viewing on the go...you can use iSync to synchronize your information."  iPod nano Features Guide at 41.<br><br>iCal for Mac is an application which manages calendar events:<br><br><br><br>iCal for Mac at "About iCal" window. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | <br>iSync for Mac at main window, with options for calendar synchronizartion outlined in red. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| |  iPod nano, at Event details. Additionally, this limitation would have been obvious to a person of ordinary skill in the art at the time of the invention in light of the '006 patent.  For example: Sync Manager **370** uses Service Agent **372** to access activity, opportunity and contact records at the CRM system (data store **320**). Sync Manager **370** uses Interface Manager **374** (via data classes **380**) to access activity, opportunity and contact objects that are stored in data store **366** and which correspond to data at the CRM system (e.g., activity, opportunity and contact records). |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | '006 Patent at 13:5-9<br><br>Data classes **380** are in communication with UI manager **374**, Sync Manager **370** and application interface **362**. In one embodiment, data classes **380** are used to work with the various data items discussed herein.<br><br>In one embodiment, Sync Manager **370**, Service Agent **372**, UI manager **374**, data classes **380** and configuration classes **382** are all software components operating on one or more computing devices.<br><br>'006 Patent at 13:17-24.<br><br><br><br>Fig. 8 |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | '006 Patent at Fig. 8. |
| | |
| **[11A]** A computer readable storage medium containing executable program instructions which when executed cause a data processing system to perform a method comprising: | *See* claim 1. |
| **[11B]** executing at least one user-level non-synchronization processing thread, wherein the at least one user-level nonsynchronization processing thread is provided by a user application which provides a user interface to allow a user to access and edit structured data in a first store associated with a first database; and | *See* claim 1. |
| **[11C]** executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread, wherein the at least one synchronization processing thread is provided by a synchronization software component which is configured to synchronize the structured data from the first database with the structured data from a second database. | *See* claim 1. |
| | |
| **[12]** The storage medium as in claim 11 wherein the first database is in on a first data processing system, and wherein the at least one user-level non-synchronization | *See* claims 2 and claim 11. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| processing thread includes operations to access the first database which is synchronized by the at least one synchronization processing thread with the second database on a second data processing system. | |
| | |
| **[14]** The storage medium as in claim 11 wherein the synchronization software component acquires a lock on the first store. | *See* claims 4 and 11. |
| | |
| **[16]** The storage medium as in claim 14 wherein the synchronization software component releases the lock after synchronization for a first data class is completed. | *See* claims 6 and 14. |
| **[17]** The storage medium as in claim 16 wherein the first and the second data processing systems are synchronized in a peer-to-peer manner. | *See* claims 7 and 16. |
| | |
| **[20]** The storage medium as in claim 11 wherein the synchronization software component is configured to synchronize structured data of a first data class and other synchronization software components are configured to synchronize structured data of other corresponding data classes. | *See* claims 10 and 11. |
| | |
| **[21A]** A data processing system comprising: | iSync running on, for instance, OSX Panther discloses a data processing system: |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | OSX Panther, at About This Mac. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | *See also* claim 1. |
| **[21B]** means for executing at least one user-level non-synchroni zation processing thread that includes means for accessing structured data in a first store associated with a first database; and | iSync discloses means for executing at least one user-level non-synchronization processing thread that includes means for accessing structured data in a first store associated with a first database.<br><br><br><br>OSX Panther, at System Profile Hardware screen, with processor information outlined in red. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | <br>iSync for Mac at main window. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | OSX Panther, at System Profile Memory screen. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | <br><br>OSX Panther, at System Profile ATA screen.<br><br>*See also* claim 1. |
| **[21C]** means for executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread that includes means for synchronizing the structured data from the first database with the | iSync discloses means for executing at least one synchronization processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread that includes means for synchronizing the structured data from the first database with the structured data from a second database. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| structured data from a second database. |  OSX Panther, at System Profile Hardware screen, with processor information outlined in red. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| |  OSX Panther, at System Profile Memory screen. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | <br>OSX Panther, at System Profile ATA screen. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | <br>iSync for Mac at main window. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | *See* also claim 1. |
| | |
| **[22]** The system as in claim 21 wherein the first database is in on a first data processing system, and wherein at least one user-level non-synchronization processing thread includes operations to access the first database which is synchronized by the at least one synchronization processing thread with the second database on a second data processing system. | *See* claims 2 and 21. |
| | |
| **[23A]** A machine implemented method comprising: | *See* claim 1. |
| **[23B]** executing at least one non-synchronization processing thread, wherein the at least one non-synchronization processing thread is provided by a user application which provides a user interface to allow a user to access 45 and edit structured data in a first store associated with a first database; and | *See* claim 1. |
| **[23C]** executing at least one synchronization processing thread concurrently with the executing of the at least one nonsynchronization processing thread, wherein the at least one synchronization processing thread is provided by a synchronization software component which is configured synchronize the structured data | *See* claim 1. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| from the first database with the structured data from a second database. | |
| | |
| **[24]** The method as in claim 23 wherein the first database is 55 in on a first data processing system, and wherein the at least one non-synchronization processing thread includes operations to access the first database which is synchronized by the at least one synchronization processing thread with the second database on a second data processing system. | *See* claims 2 and 23. |
| | |
| **[26]** The method as in claim 23 wherein the synchronization software component acquires a lock on the first store. | *See* claims 4 and 23. |
| | |
| **[27A]** A computer readable storage medium containing executable program instructions which when executed cause a data processing system to perform a method comprising: | *See* claims 1 and 23. |
| **[27B]** executing at least one non-synchronization processing thread, wherein the at least one non-synchronization processing thread is provided by a user application which provides a user interface to allow a user to access and edit structured data in a first store associated with a first database; and | *See* claims 1 and 23. |
| **[27C]** executing at least one synchronization | *See* claims 1 and 23. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| processing thread concurrently with the executing of the at least one user-level non-synchronization processing thread, wherein the at least one synchronization processing thread is provided by a synchronization software component which is configured synchronize the structured data the first database with the structured data from a second database. | |
| | |
| **[28]** The storage medium as in claim 27 wherein the first database is in on a first data processing system, and wherein the at least one non-synchronization processing thread includes operations to access the first database which is synchronized by the at least one synchronization processing thread with the second database on a second data processing system. | *See* claims 2, 24, and 27. |
| | |
| **[30]** The storage medium as in claim 27 wherein the synchronization software component acquires a lock on the first store. | *See* claims 4, 26, and 27. |
| | |
| **[31A]** A data processing system comprising: | iSync running on, for instance, OSX Panther discloses a data processing system: |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
|  |  OSX Panther, at About This Mac.<br><br>*See also* claims 1 and 21. |
| **[31B]** means for executing at least one non-synchronization processing thread that includes | iSync discloses means for executing at least one non-synchronization processing thread that includes means for accessing structured data in a first store associated with a first database. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | <br><br>OSX Panther, at System Profile Hardware screen, with processor information outlined in red. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | <br>iSync for Mac at main window. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | <br>OSX Panther, at System Profile Memory screen. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| |  OSX Panther, at System Profile ATA screen.<br><br>*See also* claims 1 and 21. |
| **[31C]** means for accessing structured data in a first store associated with a first database; and | iSync discloses means for accessing structured data in a first store associated with a first database. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | <br>OSX Panther, at System Profile Hardware screen, with processor information outlined in red. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | <br>iSync for Mac at main window. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
|  | <br>OSX Panther, at System Profile Memory screen. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | <br><br>OSX Panther, at System Profile ATA screen.<br><br>*See also* claims 1 and 21. |
| **[31D]** means for executing at least one synchronization processing thread concurrently with the executing of the at least one non-synchronization processing thread that includes means for synchronizing the structured data from the first database with the structured data from a second database. | iSync discloses means for executing at least one synchronization processing thread concurrently with the executing of the at least one non-synchronization processing thread that includes means for synchronizing the structured data from the first database with the structured data from a second database. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
|  |  OSX Panther, at System Profile Hardware screen, with processor information outlined in red. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| |  OSX Panther, at System Profile Memory screen. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| |  OSX Panther, at System Profile ATA screen. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | <br>iSync for Mac at main window. |

| U.S. Patent No. 7,761,414 | Apple iSync version 1.4 ("iSync") |
|---|---|
| | *See also* claims 1 and 21. |
| | |
| **[32]** The system as in claim 31 wherein the first database is in on a first data processing system, and wherein at least one non-synchronization processing thread includes operations to access the first database which is synchronized by the at least one synchronization processing thread with the second database on a second data processing system. | *See* claims 22 and 31. |