| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA  94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 |

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. <br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> APPLE INC., a California corporation <br><br> Counterclaim-Defendant | CASE NO. 12-cv-00630-LHK  (PSG) <br><br> [~~PROPOSED~~] **ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

[~~PROPOSED~~] ORDER GRANTING  APPLE INC.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
CASE NO. 12-cv-00630-LHK (PSG)

Apple, Inc. ("Apple") has moved for an order permanently removing documents that were improperly filed on May 1, 2012 (D.I. 147-6) and May 14, 2012 (D.I. 178-1 and D.I. 178-3) from the case docket.

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion as follows:

IT IS ORDERED that D.I. 147-6, D.I. 178-1 and D.I. 178-3 be permanently removed from the case docket.

**IT IS SO ORDERED.**

Dated: ~~May __, 2012~~

March 14, 2013

By: *Lucy H. Koh*
Honorable Lucy Koh
United States District Court Judge

[~~PROPOSED~~] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP