JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE ITS MOTION TO COMPEL A RESPONSE TO INTERROGATORY NO. 22 AND PRODUCTION OF DIFF PROGRAM PRINTOUTS UNDER SEAL** |

1   In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple")
2   hereby moves this Court for an order to seal the following documents:
3       1.   The confidential, unredacted version of Apple's Motion To Compel A Response to
4   Interrogatory No. 22 and Production of Diff Program Printouts;
5       2.   The confidential, unredacted version of the Declaration of Joshua Furman In Support
6   Of Apple's Motion To Compel A Response to Interrogatory No. 22 and Production of Diff Program
7   Printouts;
8       3.   Exhibit P to the Declaration of Joshua Furman In Support Of Apple's Motion To
9   Compel A Response to Interrogatory No. 22 and Production of Diff Program Printouts.
10   Item nos. 1, 2, and 3, above contain or discuss information that Defendants Samsung
11   Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
12   America, LLC (collectively, "Samsung") has designated "Highly Confidential-Attorney's Eyes Only"
13   or "Highly Confidential Source Code– Outside Attorneys' Eyes Only" pursuant to the Protective
14   Order entered in this case, or is otherwise information that is believed to be deemed confidential by
15   Samsung . Such confidential information has been highlighted in yellow. Apple has established
16   good cause to permit filing the above Samsung confidential information under seal through the
17   Declaration of Joshua Furman filed in support of Apple's Administrative Motion To File Its Motion
18   To Compel A Response To Interrogatory No. 22 And Production Of Diff Program Printouts Under
19   Seal, filed herewith. Apple expects that Samsung will file the required supporting declarations in
20   accordance with Civil L.R. 79-5(d) as necessary with respect to confirming whether their information
21   should be sealed.
22   Pursuant to General Order No. 62, the complete, unredacted versions of these documents will
23   be lodged with the Court for in camera review and served on Samsung. Further, in accordance with
24   this Court's Civil Standing Order Regarding Motions to File Under Seal, proposed public redacted
25   versions of the following documents will be publicly e-filed as attachments to this Motion to Seal:
26       1.   Apple's Motion To Compel A Response to Interrogatory No. 22 and Production of
27   Diff Program Printouts; and
28

APPLE ADMINISTRATIVE MOTION TO FILE ITS MOTION TO COMPEL A RESPONSE
TO INTERROGATORY NO. 22 AND PRODUCTION OF DIFF PROGRAM PRINTOUTS UNDER SEAL
12-cv-00630-LHK (PSG)

2. The Declaration of Joshua Furman In Support Of Apple's Motion To Compel A Response to Interrogatory No. 22 and Production of Diff Program Printouts.

Pursuant to Civil L.R. 7-11, counsel for Apple met and conferred with counsel for Samsung on March 18, 2013.  Samsung does not oppose Apple's Administrative Motion to File Documents Under Seal as a procedural mechanism for filing portions of Apple's Motion to Compel under seal. Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

Dated: March 18, 2013

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ *H. Mark Lyon*
      H. Mark Lyon
      ***Attorney for Apple Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule 5-1, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with the Northern District of California Local Rules via the Court's ECF system.


Dated: March 18, 2013                                        /s/ *H. Mark Lyon*
                                                             H. Mark Lyon