JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE ITS MOTION TO COMPEL A RESPONSE TO INTERROGATORY NO. 22 AND PRODUCTION OF DIFF PROGRAM PRINTOUTS UNDER SEAL** |

Apple Inc. ("Apple") has filed its Administrative Motion To File Its Motion To Compel A Response To Interrogatory No. 22 And Production Of Diff Program Printouts Under Seal.

Apple has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that portions of Apple's Motion To Compel A Response To Interrogatory No. 22 And Production Of Diff Program Printouts, portions of the Declaration of Joshua Furman in Support of Apple's Motion To Compel A Response To Interrogatory No. 22 And Production Of Diff Program Printouts as well as Exhibit P of the Declaration of Joshua Furman in Support of Apple's Motion To Compel A Response To Interrogatory No. 22 And Production Of Diff Program Printouts, discuss and refer to non-public documents and things related to Samsung's proprietary source code.

Accordingly, for good cause shown, the Court HEREBY ORDERS that portions of Apple's Motion To Compel A Response To Interrogatory No. 22 And Production Of Diff Program Printouts, the Declaration of Joshua Furman in Support of Apple's Motion To Compel A Response To Interrogatory No. 22 And Production Of Diff Program Printouts,  as well as Exhibit P of the Declaration of Joshua Furman in Support of Apple's Motion To Compel A Response To Interrogatory No. 22 And Production Of Diff Program Printouts, may be filed under seal.

**IT IS SO ORDERED.**

Dated: _____

                                          Hon. Paul S. Grewal
                                          United States Magistrate Judge