| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Counterclaim-Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**DECLARATION OF JOSHUA FURMAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE ITS MOTION TO COMPEL A RESPONSE TO INTERROGATORY NO. 22 AND PRODUCTION OF DIFF PROGRAM PRINTOUTS UNDER SEAL** |

I, Joshua Furman, declare and state as follows:

1. I am a member of the New York State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple"). Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in connection with Apple's Administrative Motion To File Its Motion To Compel A Response To Interrogatory No. 22 And Production Of Diff Program Printouts Under Seal to confirm that certain documents and information contained in Its Motion To Compel A Response To Interrogatory No. 22 And Production Of Diff Program Printouts, and supporting Declaration and Exhibit, are confidential and sealable. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. The following documents, which Apple hereby seeks to file under seal, constitute or otherwise discuss information designated as "Highly Confidential-Attorney's Eyes Only" or "Highly Confidential Source Code– Outside Attorneys' Eyes Only" by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). Such information is highlighted.

3. Pursuant to Civil L.R. 7-11, Michael Valek and Peter Kolovos, counsel for Apple, met and conferred with Michael Fazio and Amar Thakur, counsel for Samsung, on March 18, 2013. Samsung does not oppose Apple's Administrative Motions to File Documents Under Seal as a procedural mechanism for filing portions of Apple's Motions to Compel under seal. Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

5. Portions of Apple's Motion To Compel A Response To Interrogatory No. 22 And Production Of Diff Program Printouts reference the contents of documents or information designated as "Highly Confidential-Attorney's Eyes Only" or "Highly Confidential Source Code– Outside Attorneys' Eyes Only" by Samsung. These portions of the brief have been redacted and should remain under seal.

6. Exhibit P to the Declaration of Joshua Furman In Support of Apple's Motion To Compel A Response To Interrogatory No. 22 And Production Of Diff Program Printouts (the

"Furman Declaration") reference the contents of documents or information designated as "Highly Confidential-Attorney's Eyes Only" or "Highly Confidential Source Code– Outside Attorneys' Eyes Only" by Samsung and should remain under seal.

9. Portions of the Furman Declaration reference the contents of the Exhibit identified in the above paragraph, and should remain under seal for the same reasons articulated above.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: March 18, 2013

                                                    */s/ Joshua Furman*
                                                  Joshua Furman

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Joshua Furman has concurred in this filing.

Dated: March 18, 2013

/s/ *H. Mark Lyon*
H. Mark Lyon