JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile:  650.849.5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Counterclaim-Plaintiffs,<br>　　v.<br><br>APPLE INC., a California corporation,<br>　　　　　Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF JOSHUA FURMAN IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL A RESPONSE TO INTERROGATORY NO. 22 AND PRODUCTION OF DIFF PROGRAM PRINTOUTS**<br><br>**REDACTED** |

Gibson, Dunn & Crutcher LLP

Furman Decl. iso Apple's Motion to Compel Response to Rog. No. 22 and Production of Diff Program Printouts
Case No. 5:12-cv-00630-LHK (PSG)

I, Joshua Furman, declare and state as follows:

1. I am an associate at the law firm of Gibson, Dunn & Crutcher ("Gibson Dunn"), counsel of record in this action for Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple"). I am licensed to practice law in the State of New York. I submit this declaration in support of Apple Inc.'s Motion to Compel a Response to Interrogatory No. 22 and Production of Diff Program Printouts. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows.

2. Attached hereto as Exhibit A is a true and correct copy of Apple's Second Set of Requests for Production to Defendants, (Nos. 92-155), served by Apple on April 11, 2012.

3. Attached hereto as Exhibit B is a true and correct copy of Samsung's Objections and Responses to Apple's Second Set of Requests for Production (Nos. 92-155), received by Apple on May 11, 2012.

4. Attached hereto as Exhibit C is a true and correct copy of Apple's Third Set of Interrogatories to Defendants and Counterclaim Plaintiffs, (Nos. 20-32), served by Apple on August 13, 2012.

5. Attached hereto as Exhibit D is a true and correct copy of Samsung's Objections and Responses to Apple's Third Set of Interrogatories, received by Apple on September 24, 2012.

6. Attached hereto as Exhibit E is a true and correct copy of a letter from J. Zalduendo to E. Fedman, dated June 4, 2012.

7. Attached hereto as Exhibit F is a true and correct copy of a letter from J. Zalduendo to E. Fedman, dated June 6, 2012.

8. Attached hereto as Exhibit G is a true and correct copy of an email chain between S. Rezvani and J. Furman, dated November 6, 2012.

9. Attached hereto as Exhibit H is a true and correct copy of a letter from S. Rezvani to J. Furman, dated November 12, 2012.

10. Attached hereto as Exhibit I is a true and correct copy of a letter from J. Furman to S. Rezvani, dated December 5, 2012.

Gibson, Dunn & Crutcher LLP

1

FURMAN DECL. ISO APPLE'S MOTION TO COMPEL RESPONSE TO ROG. NO. 22 AND PRODUCTION OF DIFF PROGRAM PRINTOUTS
CASE NO. 5:12-CV-00630-LHK (PSG)

11. Attached hereto as Exhibit J is a true and correct copy of a letter from S. Rezvani to J. Furman, dated December 10, 2012.

12. Attached hereto as Exhibit K is a true and correct copy of a letter from J. Furman to S. Rezvani, dated January 11, 2013.

13. Attached hereto as Exhibit L is a true and correct copy of a letter from S. Rezvani to J. Furman, dated January 22, 2013.

14. Attached hereto as Exhibit M is a true and correct copy of a letter from J. Furman to S. Rezvani, dated February 1, 2013.

15. Attached hereto as Exhibit N is a true and correct copy of a letter from J. Furman to S. Rezvani, dated February 8, 2013.

16. Attached hereto as Exhibit O is a true and correct copy of a letter from M. Fazio to B. Buroker, dated March 15, 2013.

17. Attached hereto as Exhibit P is list created on March 17, 2013 of **REDACTED**

Executed on March 18, 2013 in New York, NY

By: */s/ Joshua Furman*

Joshua Furman

Gibson, Dunn & Crutcher LLP

2

FURMAN DECL. ISO APPLE'S MOTION TO COMPEL RESPONSE TO ROG. NO. 22 AND PRODUCTION OF DIFF PROGRAM PRINTOUTS
CASE NO. 5:12-CV-00630-LHK (PSG)

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Joshua Furman has concurred in this filing.

Dated: March 18, 2013

/s/ *H. Mark Lyon*

H. Mark Lyon

Gibson, Dunn & Crutcher LLP

3

FURMAN DECL. ISO APPLE'S MOTION TO COMPEL RESPONSE TO ROG. NO. 22 AND PRODUCTION OF DIFF PROGRAM PRINTOUTS
CASE NO. 5:12-CV-00630-LHK (PSG)