# EXHIBIT E

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

June 4, 2012

**VIA EMAIL AND FEDEX**

Ms. Emily Fedman
Gibson, Dunn & Crutcher LLP
555 Mission Street
Suite 3000
San Francisco, CA 94105-0921

Re:   *Apple v. Samsung Elecs. Co. et al*, Case No 12-cv-0630
      Production of Samsung's Highly Confidential Source Code

Dear Emily:

In accordance with the parties' Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials (the "Protective Order"), enclosed please find watermarked copies of the following portions of Samsung's Highly Confidential-Outside Attorneys' Eyes Only-Source Code ("Samsung's Source Code"), which were printed by Apple's code reviewer, Mr. Sowayan, on June 2, 2012:

| Source | Bates Range[1] |
|---|---|
| D:\SPH-L700_1\build\core\version_defaults.mk | SAMDCA630-SC00000001-SC00000002 |
| C:\temp\packages\inputmethods\LatinIME\java\src\com\android\inputmethod\inputmethod.txt | SAMDCA630-SC00000003-SC00000014 |
| C:\temp\libcore\luni\src\main\java\java\lang\reflect\reflect.txt | SAMDCA630-SC00000016- |

---

  [1]   Those pages, Bates labeled SAMDCA630-SC0000015, and SAMDCA630-SC000077,1 were mis-printed by Mr. Sowayan and are not included for production.

**quinn emanuel urquhart & sullivan, llp**
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661 | TEL 312-705-7400 FAX 312-705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 (0) 20 7653-2000 FAX +44 (0) 20 7653-2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 (0) 3 5561-1711 FAX +81 (0) 3 5561-1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49 (0) 621 43298-6000 FAX +49 (0) 621 43298-6100

| | SC00000018 |
|---|---|
| C:\temp\frameworks\base\core\java\com\android\internal\view\view.txt | SAMDCA630-SC00000019-SC00000022 |
| C:\temp\packages\apps\QuickSearchBox\QuickSearchBox.txt | SAMDCA630-SC00000023-SC00000071 |
| C:\temp\packages\ContactsProvider\ContactsProvider.txt | SAMDCA630-SC00000072-SC00000092 |
| C:\temp\frameworks\base\core\java\com\android\internal\widget\widget.txt | SAMDCA630-SC00000149-SC00000152 |
| C:\temp\frameworks\base\policy\policy.txt | SAMDCA630-SC00000153-SC00000156 |
| C:\temp\frameworks\base\core\java\android\content\content.txt | SAMDCA630-SC00000673-SC00000686 |
| C:\temp\packages\apps\Email\Email.txt | SAMDCA630-SC00000762-SC00000770 |
| C:\temp\packages\apps\Gallery\Gallery.txt | SAMDCA630-SC00000772-SC00000792 |

Pursuant to Paragraph 11(i) of the Protective Order, printed portions of source code that "exceed 50 continuous pages . . . shall be presumed excessive." Accordingly, this letter constitutes Samsung's objection to the production of those portions of source code which exceed 50 pages as inconsistent with the Protective Order. Therefore, Samsung will not produce the following portions printed by Mr. Sowayan on June 2, 2012:

| Source | Bates Range |
|---|---|
| C:\temp\packages\apps\Browser\Browser.txt | SAMDCA630-SC00000093-SC00000148 |
| C:\temp\frameworks\base\core\res\res.txt | SAMDCA630-SC00000157-SC00000672 |
| C:\temp\packages\apps\Email\Email.txt | SAMDCA630-SC00000687-SC00000761 |

Samsung will, however, produce up to 50 continuous pages from each of these bates ranges. Please let me know by Friday, June 8, 2012, which pages, if any, Apple requests.

Finally, this letter is not intended to include all of Samsung's objections to the printed portions of Samsung's Source Code. To the extent Samsung desires to raise further objections, it will do so in accordance with the time limits and procedures described by the Protective Order.

Very truly yours,

*[signature]*
Jeanine Zalduendo

Encls. (Hard copies only)

2