# EXHIBIT G

| | |
|---|---|
| **From:** | Furman, Joshua |
| **Sent:** | Tuesday, November 06, 2012 2:00 PM |
| **To:** | Shahin Rezvani |
| **Cc:** | Michael Fazio; *** Apple/Samsung |
| **Subject:** | Re: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.) - Source code inspection |

Shahin,
Please let me know who I should ask for tomorrow.


Additionally, the Protective Order in this case section 11(g) provides that "[t]he requesting party shall provide two (2) days notice prior to any additional inspections of the same Source Code," after the initial inspection.


Moreover, section 11(f) provides that:
"The Confidential Source Code Computer shall be made available from
9:00 a.m. to 7:00 p.m. local time, Monday through Friday (excluding
holidays), and other days and/or times, including weekends, upon
reasonable request at least until the close of expert discovery in this action. Access on weekends or after hours shall be permitted only on three days' advance written notice."


As such, Samsung has no basis to refuse inspection on Friday, November 9th.  Accordingly we intend to inspect the code on that date.  If Samsung does not intend to comply with the Protective Order please let me know.



Regards,
Josh


**Joshua R. Furman**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2461 • Fax +1 212.351.5261
JFurman@gibsondunn.com • www.gibsondunn.com

On Nov 6, 2012, at 4:10 PM, "Shahin Rezvani" <shahinrezvani@quinnemanuel.com> wrote:

> Josh:
>
> We are able to accommodate the change in inspection dates from November 6 and 7 to
> November 7 and 8.

1

We are unable to accommodate the request to inspect on November 9.

Regards,
Shahin

-----Original Message-----
From: Furman, Joshua [mailto:JFurman@gibsondunn.com]
Sent: Monday, November 05, 2012 8:54 PM
To: Shahin Rezvani
Cc: Michael Fazio; *** Apple/Samsung
Subject: Re: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.) - Source code inspection

Thank you.  To avoid any further confusion about the dates, we intend to
inspect the source code on November 7, 8 and 9.

Please note that the Protective Order section 11(g) provides that, "[t]he
requesting party shall provide two (2) days notice prior to any additional
inspections of the same Source Code," after the initial inspection.  As
you will note from the email chain below, I informed you of our intention
to inspect the source code on November 8th in my email below dated October
31. Regardless, this email provides the required two-day notice for both
the 8th and 9th, and therefore provides sufficient notice under the
Protective Order.


Regards,
Josh




Joshua R. Furman

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2461 • Fax +1 212.351.5261
JFurman@gibsondunn.com • www.gibsondunn.com <http://www.gibsondunn.com/>

2

On 11/5/12 11:15 PM, "Shahin Rezvani" <shahinrezvani@quinnemanuel.com> wrote:

Josh:

Thank you for letting me know about tomorrow.

We're assessing whether we can accommodate Apple's belated request to inspect on November 8, and will get back to you as soon as we know.

Kind regards,
Shahin

-----Original Message-----
From: Furman, Joshua [mailto:JFurman@gibsondunn.com]
Sent: Monday, November 05, 2012 7:20 PM
To: Shahin Rezvani
Subject: Re: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.) - Source code inspection

Shahin,
I apologize for the confusion about the dates. We are coming the 7th and the 8th, not tomorrow.

Thanks,
Josh


Joshua R. Furman

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2461 € Fax +1 212.351.5261

3

JFurman@gibsondunn.com € www.gibsondunn.com
<http://www.gibsondunn.com/>

On 11/5/12 10:16 PM, "Shahin Rezvani" <shahinrezvani@quinnemanuel.com> wrote:

Josh:

The inspection tomorrow will be occurring at the same site I identified

in my prior message, but please use the entrance around the corner on the

Orchard Park Way side, not the West Plumeria Drive side.

Regards,
Shahin

-----Original Message-----

From: Furman, Joshua [mailto:JFurman@gibsondunn.com]

Sent: Wednesday, October 31, 2012 10:02 AM

To: Shahin Rezvani

Cc: Michael Fazio; *** Apple/Samsung

Subject: RE: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.) - Source

code inspection

Shahin,

Thank you.  Mr. Sowayan and I will be inspecting the source code on

November 6th and 7th.  Mr. Sowayan may also inspect the code on the 8th.

Regards,
Josh

4

Joshua R. Furman

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue, New York, NY 10166-0193

Tel +1 212.351.2461 * Fax +1 212.351.5261

JFurman@gibsondunn.com * www.gibsondunn.com

-----Original Message-----

From: Shahin Rezvani [mailto:shahinrezvani@quinnemanuel.com]

Sent: Friday, October 26, 2012 12:52 PM

To: Furman, Joshua

Cc: Michael Fazio; *** Apple/Samsung

Subject: RE: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.) - Source

code inspection

Josh:

The source code will be available for inspection on November 6 and 7 in

San Jose, with Cygwin and Notepad++ installed as well.

Please confirm that Mr. Sowayan and you still plan on attending.

Regards,

Shahin

-----Original Message-----

From: Furman, Joshua [mailto:JFurman@gibsondunn.com]

Sent: Monday, October 22, 2012 3:18 PM

To: Shahin Rezvani

Cc: Michael Fazio; *** Apple/Samsung

Subject: Re: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.) - Source

code inspection

5

Shahin,

Thank you for getting back to me.  We would like to have the entire

Cygwin package installed rather than the "GnuWin32 diff" that you

mentioned, since there are tools in Cygwin in addition to the diff

program that are useful for our review.  Addtionally, rather than dealing

with the hastle of a license and disk for Visual Slick Edit,  please

install Notepad++ on the source code computers, which is freely downloadable from

http://notepad-plus-plus.org<http://notepad-plus-plus.org/>

Please confirm that we can inspect the code on November 6 and 7.

Regards,

Josh



Joshua R. Furman

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue, New York, NY 10166-0193 Tel +1 212.351.2461 * Fax +1

212.351.5261

JFurman@gibsondunn.com<mailto:JFurman@gibsondunn.com> *

www.gibsondunn.com<http://www.gibsondunn.com/>

From: Shahin Rezvani

<shahinrezvani@quinnemanuel.com<mailto:shahinrezvani@quinnemanuel.com>>

Date: Friday, October 19, 2012 8:48 PM

To: Joshua Furman <jfurman@gibsondunn.com<mailto:jfurman@gibsondunn.com>>

Cc: Michael Fazio

6

<michaelfazio@quinnemanuel.com<mailto:michaelfazio@quinnemanuel.com>>

Subject: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.) - Source code

inspection

Josh:

I am working with Mike Fazio and overseeing Samsung's source code

inspection.  I look forward to working with you as well.   Source code

responsive to Apple's requests for production and the publicly-available

versions of the Android source code corresponding to the versions of

Android that Samsung is producing will be made available at Samsung's

offices in San Jose at 95 West Plumeria Drive (zip code 95134).

As you might know, pursuant to stipulation and order (D.I. 0084), the

parties are currently proceeding under the January 30, 2012 Protective

Order in the '1846 matter (D.I. 687).  Accordingly, please provide us a

CD or DVD containing Visual Slick Edit, as required by Paragraph 11(c) of

the Protective Order, and we will make sure that it is loaded on the

computer.  You can send the CD or DVD to my attention.  Also, in lieu of

Cygwin, please confirm that Apple is agreeable to use GnuWin32 diff,

which is also a command-prompt-based diff program.

Once we receive the CD or DVD containing Visual Slick Edit, we can

arrange dates for the inspection, such dates being no fewer than 14 days

after our receipt of the disc (also per Paragraph 11(c) of the Protective

Order).

7

Thank you for your courtesies in this regard,

Shahin

_____

This message may contain confidential and privileged information. If it

has been sent to you in error, please reply to advise the sender of the

error and then immediately delete this message.

_____