# EXHIBIT H

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3256**

WRITER'S INTERNET ADDRESS
shahinrezvani@quinnemanuel.com

November 12, 2012

<u>VIA FEDEX</u>

Joshua Furman, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

Re:   *Apple v. Samsung Elecs. Co. et al*, Case No 12-cv-0630
      Production of Samsung's Highly Confidential Source Code

Dear Josh:

In accordance with the parties' Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials (the "Protective Order"), enclosed please find watermarked copies of the following portions of Highly Confidential-Outside Attorneys' Eyes Only-Source Code ("Source Code"), printed by you and by Apple's code reviewer, Mr. Sowayan, on November 7 and 8, 2012:

**Bates Range**

SAMDCA630-SC00000793-SC00000796
SAMDCA630-SC00000834-SC00000845
SAMDCA630-SC00000846-SC00000856
SAMDCA630-SC00000857-SC00000868
SAMDCA630-SC00000936-SC00000947
SAMDCA630-SC00000948-SC00000960
SAMDCA630-SC00000961-SC00000972
SAMDCA630-SC00000973-SC00000984

**quinn emanuel urquhart & sullivan, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
CHICAGO | 500 West Madison Street, Suite 2450, Chicago, Illinois 60661 | TEL 312-705-7400 FAX 312-705-7401
WASHINGTON, D.C. | 1299 Pennsylvania Avenue NW, Suite 825, Washington, D.C. | TEL 202-538-8000 FAX 202-538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 (0) 20 7653-2000 FAX +44 (0) 20 7653-2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7 Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 (0) 3 5510-1711 FAX +81 (0) 3 5510-1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49 (0) 621 43298-6000 FAX +49 (0) 621 43298-6100

SAMDCA630-SC00000985-SC00000996
SAMDCA630-SC00000997-SC00001008
SAMDCA630-SC00001235-SC00001255
SAMDCA630-SC00001278-SC00001295
SAMDCA630-SC00001296-SC00001317
SAMDCA630-SC00001318-SC00001334
SAMDCA630-SC00001556-SC00001569

Pursuant to Paragraph 11(i) of the Protective Order, printed portions of source code that "exceed 50 continuous pages [. . .] shall be presumed excessive." Accordingly, Samsung hereby objects to the production of those portions of source code that exceed 50 pages as inconsistent with the Protective Order. Therefore, Samsung will not produce the following portions printed by Mr. Sowayan:

**Bates Range**

SAMDCA630-SC00000869-SC00000935
SAMDCA630-SC00001009-SC00001234
SAMDCA630-SC00001335-SC00001410
SAMDCA630-SC00001487-SC00001555[1]

Samsung will, however, produce up to 50 continuous pages from each of these Bates ranges. Please let me know by Friday, November 16, 2012, which pages, if any, Apple requests.

Finally, this letter is not intended to include all of Samsung's objections to the printed portions of Samsung's Source Code. To the extent Samsung desires to raise further objections, it will do so in accordance with the time limits and procedures described by the Protective Order.

Very truly yours,

Shahin Rezvani

Enclosures
cc:   Michael L. Fazio, Esq. (w/o encl.)
      Jeanine Zalduendo, Esq. (w/o encl.)
02198.51981/5051055.1

---

[1] To the extent there are any gaps in Bates ranges between the ranges set forth in this letter, those gaps consist of "mis-prints" so deemed by Mr. Sowayan, and are not included for production.

2