# EXHIBIT M

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Joshua Furman
Direct: +1 212.351.2461
Fax: +1 212.351.5261
JFurman@gibsondunn.com

February 1, 2013


VIA ELECTRONIC MAIL

Shahin Rezvani
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figeroa St
10th Floor
Los Angeles, California 90017

Re:     *Apple Inc. v. Samsung Electronics Co., et al.,* 12-cv-00630 LHK (PSG)

Dear Shahin:

I write in response to your letter of January 22, 2013.  Apple's position that Samsung has no basis to withhold these diff printouts is explained in our previous correspondence.  The parties are at an impasse with regard to this issue, and we intend to raise this issue at the next lead trial counsel meet and confer.

Sincerely,


        */s/ Joshua Furman*

Joshua Furman

JRF

Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich · New York
Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.