# EXHIBIT N

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Joshua Furman
Direct: +1 212.351.2461
Fax: +1 212.351.5261
JFurman@gibsondunn.com

February 8, 2013

VIA E-MAIL

Shahin Rezvani
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figeroa St
10th Floor
Los Angeles, California 90017

Re:     *Apple v. Samsung,* 12-cv-630

Dear Shahin:

Pursuant to the Protective Order 11(g), Apple gives notice that Abdul Sowayan, Ugo Buy and Walter Overby will review the Source Code Computers made available in Samsung's San Jose office on Tuesday, February 19 through Friday, March 1, 2013. In accordance with the Protective Order 11(b) please confirm that there will be at least two computers made available.

Further, Walter Overby and Ugo Buy have been disclosed in the 1846 case and approved to view Samsung CBI and source code. Can you please confirm that Samsung does not object to them viewing Samsung CBI and source code in this case. Their curricula vitae and litigation history are enclosed with this letter.

In addition, in an effort to avoid unnecessary travel by reviewers who are flying in to review source code and to accommodate their schedules, Apple asks that reviewers for the code in this case, including the source code hosted at Samsung's offices in San Jose, be permitted access to the source code on weekends. We are aware that in the past and in other cases you have permitted review at Quinn Emanuel's offices on the weekends. Apple will, of course, provide the required three-day advance notice before requesting to inspect the source code over the weekend. In return Apple will not object to Samsung hosting the Source Code in Samsung's offices as opposed to the offices of Outside Counsel, as required by the Protective Order 11(d).

Sincerely,

*/s/ Joshua Furman*

Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich • New York
Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.