# EXHIBIT O

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3227**

WRITER'S INTERNET ADDRESS
**michaelfazio@quinnemanuel.com**

March 15, 2013

<u>VIA E-MAIL</u>

Brian Buroker
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306

Re:     <u>Apple v. Samsung Elecs. Co. et al, Case No 12-cv-0630</u>

Dear Counsel:

I write to respond to Apple's letter dated March 12, 2013 regarding the inspection of Samsung's source code.  Without re-stating the contents of Samsung's March 12th letter on this same subject, Samsung provides the following additional information.

Since February 19, 2013, the first day of Apple's instant six week long inspection, the following additions have been made on the Perforce servers.  On February 27th, a workspace for the GT-P5113 was added with the following directory path:  //JB_PROD/ESPRESSO/GT-P31XX_P51XX_SNMC/.  As explained on March 4th to Apple's reviewer, Abdul Sowayan, there was no Jelly Bean source code available for this device; the workspace was a "placeholder" with no source code occupying it.  Samsung hereby informs Apple that the source code for GT-P5113 is now available.

On February 28th, the workspace on port 1713 named "SGH-I717_GalaxyS3" was deleted because there is no such model or model number for the Galaxy S3.  This error was originally brought to Samsung's attention by Mr. Sowayan.  After the error was verified by Samsung, Mr. Sowayan was told that there is no such model or model number for the Galaxy S3, and that

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000 FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000 FAX +49 40 89728 7100

workspace was removed.

On March 5th, one additional directory path was added to each of the following workspaces: (1) STA_SJLab_apple_SCH-I535_GalaxyS3 (added path: //JB_PROD/MIDAS_D2/SCH-I535_USA_VZW_JB412/... ) ; (2) STA_SJLab_apple_SPH-L710_GalaxyS3 (added path: //JB_PROD/MIDAS_D2/SPH-L710_USA_SPR_JB412/...); (3) STA_SJLab_apple_SCH-R530_GalaxyS3 (added path: //JB_PROD/MIDAS_D2/SCH-R530U_NA_USC_JB412/...); and (4) STA_SJLab_apple_SCH-R950_GalaxyNote2 (added path: //JB_PROD/TIGRIS/STEM/...). These added paths contain code pertaining to one or more functionalities that do not concern the functionalities at issue in this lawsuit, as explained in Samsung's March 12th letter.

On March 7th, an additional directory path was added to the following workspace: STA_SJLab_apple_SGH-T889_GalaxyNote2 (added path: /JB_PROD/TIGRIS/STEM/...).  The added path contains code pertaining to one or more functionalities that do not concern the functionalities at issue in this lawsuit, similar to the code in the paths added on March 5th for the four devices mentioned above.  The directory path //JB_PROD/TIGRIS_USA/SGH-T889_NA_TMB_MW/... was not moved or added to the workspace.  Apple's assertions in its March 12th letter that "it appears that the root directory for the 'SGH-T889_GalaxyNote2' workspace has been moved," and that "Samsung has added a '/STEM' directory to the same workspace" are incorrect.  Please consider the foregoing the "listing of … any changes to directories or workspace mappings," as requested in Apple's March 12th letter.

For Samsung's response to Apple's contentions about how such additions purportedly "seriously hinder" Apple's review, or have somehow "prejudiced" Apple, please refer to Samsung's March 12th letter, and specifically to pages 2 and 3 thereof.  In addition to the points raised therein, it appears that at least one of Apple's reviewers has used the Perforce software in the past (the same software Apple's reviewers now use to access Samsung's source code), and indeed has written code for missile defense systems on behalf of Lockheed Martin Corporation.  One of Apple's other reviewers is an Associate Professor of Computer Science at the University of Illinois.  Yet another of Apple's reviewers holds himself out as having approximately nine years of experience reviewing source code, and as also having facility with Perforce.  Given the aptitude of these individuals to review source code and, indeed, code available through Perforce, it is disingenuous for Apple to contend that it has been prejudiced.

Samsung will endeavor to notify Apple of any added directories and/or workspaces.  Samsung also agrees not to modify or delete any versions of source code files already available on Perforce servers.

Apple contends that "Samsung must further confirm in writing that no modifications will be made to the already produced code going forward …."  To be clear, Samsung is not making any such modifications to the source code that Samsung has previously made available for inspection.  Rather, to the extent there are maintenance updates or other additions to existing source code for the accused products, those additions are reflected in new, stand-alone versions accessible through Perforce and readily reviewable by Apple's experts.  Indeed, and unlike Apple, Samsung has given Apple direct access to Samsung's source code, as it is kept in the ordinary course of business.  In the ordinary course, software is updated, and Apple has access to those updated versions as they occur.  Apple additionally has access, via Perforce, to all the

iterations of a given source code file, and Apple has in its employ source code reviewers who are more than capable of using Perforce to analyze the full code base for Samsung's products. Simply put, Apple has no basis to demand that Samsung cease developing or improving products for the duration of this lawsuit.

Samsung trusts that the foregoing addresses Apple's concerns.  Relatedly, the parties' concerns regarding source code are a two-way street.  Samsung has diligently responded to Apple's purported issues regarding source code, while Apple has not yet responded to Samsung's concerns regarding deficiencies with Apple's source code production as set forth in Samsung's letters dated March 1st and March 12th.  Samsung assumes that Apple will soon respond to this correspondence, and we look forward to Apple's timely response.

Very truly yours,

Michael L. Fazio