# EXHIBIT P
# Confidential - Filed Under Seal