JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL VALEK IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL A RESPONSE TO INTERROGATORY NO. 22 AND PRODUCTION OF DIFF PROGRAM PRINTOUTS** |

Gibson, Dunn & Crutcher LLP

VALEK DECL. ISO APPLE'S MOTION TO COMPEL RESPONSE TO ROG. NO. 22 AND PRODUCTION OF DIFF PROGRAM PRINTOUTS
CASE NO. 5:12-CV-00630-LHK (PSG)

I, Michael Valek, declare and state as follows:

1. I am Of Counsel at the law firm of Gibson, Dunn & Crutcher ("Gibson Dunn"), counsel of record in this action for Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple"). I am licensed to practice law in the State of Texas. I submit this declaration in support of Apple Inc.'s Motion to Compel a Response to Interrogatory No. 22 and Production of Diff Program Printouts. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from M. Valek to M. Fazio, dated November 5, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter from M. Fazio to M. Valek, dated November 16, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from M. Valek to M. Fazio, dated February 19, 2013.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter from M. Fazio to M. Valek, dated March 1, 2013.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from M. Valek to M. Fazio, dated March 12, 2013.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter from M. Fazio to M. Valek, dated March 14, 2013.

8. After numerous unsuccessful attempts to resolve these issues by letter, the parties conducted a lead trial counsel in-person meet and confer regarding Interrogatory No. 22 and the diff printouts in Los Angeles on February 15-16, 2013. During that meeting, Apple proposed that Samsung might narrow the scope of the parties' dispute with respect to diff printouts by providing a response to Interrogatory No. 22 in which it would identify those differences upon which it would rely to support its non-infringement defense. Following that meeting, Apple indicated that it would move to compel production of a full response to Interrogatory No. 22 and the diff printouts if the parties could not resolve these issues. *See* Ex. 3, at 3. The parties have continued to exchange correspondence on these issues following their in-person meeting, but despite Apple's good faith

Gibson, Dunn & Crutcher LLP

VALEK DECL. ISO APPLE'S MOTION TO COMPEL RESPONSE TO ROG. NO. 22 AND PRODUCTION OF DIFF PROGRAM PRINTOUTS
CASE NO. 5:12-CV-00630-LHK (PSG)

efforts to resolve them, the parties are at an impasse and are unable to resolve these issues without court action.

Executed on March 18, 2013 in Dallas, TX

By: */s/ Michael Valek*
    Michael Valek

VALEK DECL. ISO APPLE'S MOTION TO COMPEL RESPONSE TO ROG. NO. 22 AND PRODUCTION OF DIFF PROGRAM PRINTOUTS
CASE NO. 5:12-CV-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michael A. Valek has concurred in this filing.

Dated: March 18, 2013

                                              /s/ *H. Mark Lyon*
                                              H. Mark Lyon

VALEK DECL. ISO APPLE'S MOTION TO COMPEL RESPONSE TO ROG. NO. 22 AND PRODUCTION OF DIFF PROGRAM PRINTOUTS
CASE NO. 5:12-CV-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP