| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Counterclaim-Plaintiffs,<br>　　v.<br>APPLE INC., a California corporation,<br><br>　　　　　Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO COMPEL A RESPONSE TO INTERROGATORY NO. 22 AND PRODUCTION OF DIFF PROGRAM PRINTOUTS** |

1  Plaintiff Apple, Inc. ("Apple") has moved pursuant to Federal Rules of Civil Procedure 26, 33
and 34 for an order compelling Samsung to provide a complete response to Apple's Interrogatory No.
22 and all printouts from the output of the "diff program" made by Apple's representatives during the
review and inspection of Samsung's source code.

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE
HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Motion to Compel as follows:

IT IS ORDERED that by no later than May 1, 2013, Samsung shall (1) provide a full response
to the entirety of Apple's Interrogatory No. 22 to Samsung and (2) provide to Apple's counsel all
printouts from the output of the "diff program," – a computer program that compares and identifies
differences between two versions of source code – made by Apple's representatives during the
review and inspection of Samsung's source code.

**IT IS SO ORDERED.**

Dated: _____       _____
                                          Hon. Paul S. Grewal
                                          United States Magistrate Judge