| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com |
| 2 | H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com | WILMER CUTLER PICKERING<br>   HALE AND DORR LLP |
| 3 | GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road | 60 State Street<br>Boston, MA  02109 |
| 4 | Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300 | Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| 5 | Facsimile: (650) 849-5333 | |
| 6 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com |
| 7 | RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 8 | MORRISON & FOERSTER LLP<br>425 Market Street | 950 Page Mill Road<br>Palo Alto, CA 94304 |
| 9 | San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000 | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| 10 | Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Counterclaim-Plaintiffs,<br>       v.<br><br>APPLE INC., a California corporation,<br><br>              Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND CONTINUED DEPOSITIONS OF JUHO LEE AND YOUNG BUM KIM AND SUPPORTING DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") hereby moves this Court for an order to seal the following documents:

1. The confidential, unredacted version of Apple's Motion to Compel Production of Documents and Things and Continued Depositions of Juho Lee and Young Bum Kim ("Motion to Compel");

2. The confidential, unredacted version of Michael Valek's Declaration in Support of Apple's Motion to Compel Production of Documents and Things and Continued Depositions of Juho Lee and Young Bum Kim ("Valek Declaration");

3. Exhibits 9, 11, 12, 13, 15, 16 and 17 to the Declaration of Michael Valek in support of Apple's Motion to Compel Production of Documents and Things and Continued Depositions of Juho Lee and Young Bum Kim;

4. Exhibit 7 of the Declaration of Mark D. Selwyn in support of Apple's Motion to Compel Production of Documents and Things and Continued Depositions of Juho Lee and Young Bum Kim.

Item nos. 1, 2, 3 and 4 contain or discuss information that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have designated "Highly Confidential-Attorney's Eyes Only" pursuant to the Protective Order entered in this case, or is otherwise information that is believed to be deemed confidential by Samsung. Such confidential information has been highlighted. Apple expects that Samsung will file the required supporting declarations in accordance with Civil L.R. 79-5(d) as necessary with respect to confirming whether their information should be sealed.

Pursuant to General Order No. 62, the complete, unredacted versions of these documents will be lodged with the Court for in camera review and served on Samsung. Further, in accordance with this Court's Civil Standing Order Regarding Motions to File Under Seal, proposed public redacted versions of the following documents, of which Apple seeks to file portions under seal, will be publicly e-filed as attachments to this Motion to Seal: Apple's Motion to Compel; Valek Declaration.

Pursuant to Civil L.R. 7-11, counsel for Apple met and conferred with counsel for Samsung on March 18, 2013. Samsung does not oppose Apple's Administrative Motion to File Documents

Under Seal as a procedural mechanism for filing portions of Apple's Motion to Compel under seal. Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

Dated: March 19, 2013                                    GIBSON, DUNN & CRUTCHER LLP

                                                         By:    /s/ *H. Mark Lyon*
                                                                H. Mark Lyon
                                                                ***Attorney for Apple Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule 5-1, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with the Northern District of California Local Rules via the Court's ECF system.

Dated: March 19, 2013                                          /s/ *H. Mark Lyon*
                                                                                H. Mark Lyon