JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND CONTINUED DEPOSITIONS OF JUHO LEE AND YOUNG BUM KIM UNDER SEAL** |

Apple Inc. ("Apple") has filed its Administrative Motion To File Its Motion To Compel Production Of Documents And Things And Continued Depositions Of Juho Lee And Young Bum Kim Under Seal.

Apple has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that portions of Apple's Motion To Compel Production Of Documents And Things And Continued Depositions Of Juho Lee And Young Bum Kim ("Motion to Compel"), portions of the Declaration of Michael Valek in Support of Apple's Motion to Compel, Exhibits 9, 11, 12, 13, 15, 16 and 17 of the Declaration of Michael Valek in Support of Apple's Motion To Compel, as well as Exhibit 7 of the Declaration of Mark D. Selwyn in Support of Apple's Motion To Compel, discuss and refer to non-public documents and things designated as "Highly Confidential – Attorneys' Eyes Only" by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC.

Accordingly, for good cause shown, the Court HEREBY ORDERS that portions of Apple's Motion To Compel, portions of the Declaration of Michael Valek in Support of Apple's Motion to Compel, Exhibits 9, 11, 12, 13, 15, 16 and 17 of the Declaration of Michael Valek in Support of Apple's Motion To Compel, as well as Exhibit 7 of the Declaration of Mark Selwyn in Support of Apple's Motion To Compel, may be filed under seal.

**IT IS SO ORDERED.**

Dated: _____

                                        Hon. Paul S. Grewal
                                        United States Magistrate Judge

[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND CONTINUED DEPOSITIONS OF JUHO LEE AND YOUNG BUM KIM UNDER SEAL
12-cv-00630-LHK (PSG)

2