| | |
|---|---|
| 1  JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (pro hac vice) |
|    jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| 2  H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
|    mlyon@gibsondunn.com |   HALE AND DORR LLP |
| 3  GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
|    1881 Page Mill Road | Boston, MA 02109 |
| 4  Palo Alto, CA 94304-1211 | Telephone: (617) 526-6000 |
|    Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| 5  Facsimile: (650) 849-5333 | |
| | |
| 6  MICHAEL A. JACOBS (CA SBN 111664) | MARK D. SELWYN (CA SBN 244180) |
|    mjacobs@mofo.com | mark.selwyn@wilmerhale.com |
| 7  RICHARD S.J. HUNG (CA SBN 197425) | WILMER CUTLER PICKERING |
|    rhung@mofo.com | HALE AND DORR LLP |
| 8  MORRISON & FOERSTER LLP | 950 Page Mill Road |
|    425 Market Street | Palo Alto, CA 94304 |
| 9  San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
|    Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| 10 Facsimile: (415) 268-7522 | |

***Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK (PSG) |
| Plaintiff, | |
| v. | **DECLARATION OF MICHAEL VALEK IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND CONTINUED DEPOSITIONS OF JUHO LEE AND YOUNG BUM KIM AND SUPPORTING DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

Gibson, Dunn & Crutcher LLP

VALEK DECLARATION ISO APPLE'S ADMINISTRATIVE MOTION TO FILE ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND CONTINUED DEPOSITIONS OF JUHO LEE AND YOUNG BUM KIM UNDER SEAL
12-CV-00630-LHK (PSG)

I, Michael Valek, declare and state as follows:

1. I am a member of the Texas State Bar and of counsel at the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple").  Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in connection with Apple's Administrative Motion To File Its Motion To Compel Production Of Documents And Things And Continued Depositions Of Juho Lee And Young Bum Kim Under Seal to confirm that certain documents and information contained in its Motion To Compel Production Of Documents And Things And Continued Depositions Of Juho Lee And Young Bum Kim ("Motion To Compel"), and supporting Declarations and Exhibits, are confidential and sealable. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. The following documents, which Apple hereby seeks to file under seal, constitute or otherwise discuss information designated as "Highly Confidential-Attorney's Eyes Only" by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  Such information is highlighted.

3. Pursuant to Civil L.R. 7-11, Peter Kolovos and I, counsel for Apple, met and conferred with Michael Fazio and Amar Thakur, counsel for Samsung, on March 18, 2013.  Samsung does not oppose Apple's Administrative Motions to File Documents Under Seal as a procedural mechanism for filing portions of Apple's Motions to Compel under seal.  Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

5. Portions of Apple's Motion To Compel and my Declaration in Support of Apple's Motion to Compel reference the contents of documents or information designated as "Highly Confidential-Attorney's Eyes Only" by Samsung.  These portions of the brief and declaration have been redacted and should remain under seal.

6. Exhibits 9, 11, 12, 13, 15, 16 and 17 to the Declaration Of Michael A. Valek In Support Of Apple's Motion To Compel are documents designated as "Highly Confidential-Attorney's Eyes Only" by Samsung and should remain under seal.

Gibson, Dunn & Crutcher LLP

VALEK DECLARATION ISO APPLE'S ADMINISTRATIVE MOTION TO FILE ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND CONTINUED DEPOSITIONS OF JUHO LEE AND YOUNG BUM KIM UNDER SEAL
12-CV-00630-LHK (PSG)

9. Exhibit 7 to the Declaration of Mark D. Selwyn In Support Of Apple' Motion To Compel contains excerpts of the deposition of Young-Bum Kim that have been designated as "Highly Confidential-Attorney's Eyes Only" by Samsung and should remain under seal.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: March 18, 2013

                                              /s/ Michael Valek
                                              Michael Valek

Gibson, Dunn & Crutcher LLP

VALEK DECLARATION ISO APPLE'S ADMINISTRATIVE MOTION TO FILE ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND CONTINUED DEPOSITIONS OF JUHO LEE AND YOUNG BUM KIM UNDER SEAL
12-CV-00630-LHK (PSG)

## ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michael A. Valek has concurred in this filing.

Dated: March 19, 2013

/s/ *H. Mark Lyon*
H. Mark Lyon

---

Gibson, Dunn & Crutcher LLP

VALEK DECLARATION ISO APPLE'S ADMINISTRATIVE MOTION TO FILE ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND CONTINUED DEPOSITIONS OF JUHO LEE AND YOUNG BUM KIM UNDER SEAL
12-CV-00630-LHK (PSG)