| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (pro hac vice) |
|   | jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| 2 | H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
|   | mlyon@gibsondunn.com |   HALE AND DORR LLP |
| 3 | GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
|   | 1881 Page Mill Road | Boston, MA  02109 |
| 4 | Palo Alto, CA  94304-1211 | Telephone: (617) 526-6000 |
|   | Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| 5 | Facsimile: (650) 849-5333 | |
| 6 | MICHAEL A. JACOBS (CA SBN 111664) | MARK D. SELWYN (CA SBN 244180) |
|   | mjacobs@mofo.com | mark.selwyn@wilmerhale.com |
| 7 | RICHARD S.J. HUNG (CA SBN 197425) | WILMER CUTLER PICKERING |
|   | rhung@mofo.com | HALE AND DORR LLP |
| 8 | MORRISON & FOERSTER LLP | 950 Page Mill Road |
|   | 425 Market Street | Palo Alto, CA 94304 |
| 9 | San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
|   | Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| 10 | Facsimile: (415) 268-7522 | |

***Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK  (PSG) |
| Plaintiff, | |
| v. | **DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND CONTINUED DEPOSITIONS OF JUHO LEE AND YOUNG BUM KIM** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, Counterclaim-Defendant. | |

I, Mark D. Selwyn, do hereby declare as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for plaintiff and counterclaim-defendant Apple Inc. ("Apple"). I am familiar with and knowledgeable about the facts stated in this declaration and if called upon could and would testify competently as to the statements made herein.

2. On November 8, 2012, Samsung informed Apple that it would make Mr. Kim and Dr. Lee available for deposition on November 28, 2012 and November 30, 2012 in Suwon, South Korea.

3. On November 16, 2012, Samsung made its first production of custodial documents for Mr. Kim and Dr. Lee. This production totaled nearly three million pages for several custodians, and included 59,694 documents containing 919,050 pages listing Mr. Kim as the custodian, and 67,273 documents containing 817,149 pages listing Dr. Lee as the custodian.

4. Samsung's November 16, 2012 production contained 76 different compressed RAR files grouped into five production folders for several different witnesses, including Mr. Kim and Dr. Lee. Only some of the RAR files contained load files, and after loading the files, Apple found errors in two of the five production folders.

5. On February 7, 2013, Samsung produced an additional 27,162 pages, corresponding to 6,613 documents, listing Dr. Lee as custodian. Approximately 1,400 of Dr. Lee's documents produced on February 7, 2013 contain Korean language text.

6. Counsel for Apple traveled to Korea for Mr. Kim's and Dr. Lee's depositions in November 2012. Apple has agreed to take the deposition of Sung-Ho Choi in April in Korea and deposition of Yong-Jun Kwak in May in Korea.

7. Attached as **Exhibit 1** is a true and correct copy of an email from Liv Herriot to Michael Fazio dated November 20, 2012.

8. Attached as **Exhibit 2** is a true and correct copy of an email from Liv Herriot to Jeanine Zalduendo dated November 21, 2012.

9. Attached as **Exhibit 3** is a true and correct copy of an email from Jeanine Zalduendo to Liv Herriot dated November 26, 2012.

10. Attached as **Exhibit 4** is a true and correct copy of a letter from Peter Kolovos to Michael Fazio dated November 21, 2012.

11. Attached as **Exhibit 5** is a true and correct copy of an email from Peter Kolovos to Michael Fazio dated November 23, 2012.

12. Attached as **Exhibit 6** is a true and correct copy of a letter from Michael Fazio to Peter Kolovos dated November 21, 2012.

13. Attached as **Exhibit 7** is a true and correct copy of excerpts from the deposition of Samsung inventor Young-Bum Kim.

14. Attached as **Exhibit 8** is a true and correct copy of a letter from Peter Kolovos to Michael Fazio dated November 29, 2012.

15. Attached as **Exhibit 9** is a true and correct copy of a letter from Peter Kolovos to Michael Fazio dated December 20, 2012.

16. Attached as **Exhibit 10** is a true and correct copy of a letter from Michael Fazio to Peter Kolovos dated December 31, 2012.

17. Attached as **Exhibit 11** is a true and correct copy of a letter from Peter Kolovos to Michael Fazio dated January 15, 2013.

18. Attached as **Exhibit 12** is a true and correct copy of a letter from Michael Fazio to Peter Kolovos dated January 23, 2013.

19. Attached as **Exhibit 13** is a true and correct copy of a letter from Michael Fazio to Michael Valek dated March 1, 2013.

20. Attached as **Exhibit 14** is a true and correct copy of an email from Jennifer Rho to Michael Fazio dated November 9, 2012.

21. Attached as **Exhibit 15** is a true and correct copy of an email from Peter Kolovos to Michael Fazio dated February 7, 2013.

22. The parties discussed Apple's request for a second day of deposition for Mr. Kim and Dr. Lee at the lead counsel meet and confer held on February 15 and 16, 2013 in Los Angeles, California, but were unable to resolve the issue.

23. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 18th day of March 2013, at Palo Alto, California.

Dated: March 18, 2013  By:  */s/ Mark D. Selwyn*
                                          Mark D. Selwyn

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mark D. Selwyn has concurred in this filing.

Dated: March 18, 2013

/s/ *H. Mark Lyon*
H. Mark Lyon