# EXHIBIT 1

| | |
|---|---|
| **From:** | Herriot, Liv |
| **Sent:** | Tuesday, November 20, 2012 4:08 PM |
| **To:** | Michael Fazio |
| **Cc:** | Scott Florance; Rho, Jennifer <JRho@gibsondunn.com> (JRho@gibsondunn.com); mlyon@gibsondunn.com; WH Apple Samsung NDCal II Service |
| **Subject:** | Apple/Samsung - Samsung's 12/16/2012 Production |

Michael –
The hard disk Samsung produced on Friday for Saturday delivery is disorganized and confusing.  Who on your team can we speak with tonight or early tomorrow morning to answer our questions about the organization of the hard disk and the load files?

Thank you,
Liv

**Liv Herriot | WilmerHale**
950 Page Mill Road
Palo Alto, CA 94304 USA
+1 650 858 6138 (t)
+1 650 858 6100 (f)
liv.herriot@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.