# EXHIBIT 3

| | |
|---|---|
| **From:** | Jeanine Zalduendo <jeaninezalduendo@quinnemanuel.com> |
| **Sent:** | Monday, November 26, 2012 5:08 PM |
| **To:** | Herriot, Liv |
| **Cc:** | Michael Fazio; Scott Florance; 'Rho, Jennifer <JRho@gibsondunn.com> (JRho@gibsondunn.com)'; 'mlyon@gibsondunn.com'; WH Apple Samsung NDCal II Service |
| **Subject:** | RE: Apple/Samsung - Samsung's 11/16/2012 Production |

Hi Liv,

A hard drive containing replacement files for those files you list below has been sent via FedEx. The tracking number for the package is 794151554993. Please let me know if you have any further issue with these files.

Thank you,
Jeanine

---

**From:** Herriot, Liv [mailto:Liv.Herriot@wilmerhale.com]
**Sent:** Wednesday, November 21, 2012 2:09 PM
**To:** Jeanine Zalduendo
**Cc:** Michael Fazio; Scott Florance; Rho, Jennifer <JRho@gibsondunn.com> (JRho@gibsondunn.com); mlyon@gibsondunn.com; WH Apple Samsung NDCal II Service
**Subject:** RE: Apple/Samsung - Samsung's 11/16/2012 Production

Jeanine,

Thank you for taking the time to speak with me yesterday. We have encountered errors with some of the RAR files. Please resend all of the RAR files associated with the following production folders: "SungHun Kim(GC Production 01)" and "SAMNDCA630_11162012". If these files are too large to send via FTP, please send them in uncompressed format on a hard disk for Friday delivery to our Palo Alto office.

Thank you,
Liv

---

**From:** Herriot, Liv
**Sent:** Tuesday, November 20, 2012 4:21 PM
**To:** 'Jeanine Zalduendo'
**Subject:** RE: Apple/Samsung - Samsung's 11/16/2012 Production

Jeanine,
I am available right now as well. I will give you a call.

Thank you,
Liv

---

**From:** Jeanine Zalduendo [mailto:jeaninezalduendo@quinnemanuel.com]
**Sent:** Tuesday, November 20, 2012 4:18 PM

1

**To:** Herriot, Liv
**Subject:** RE: Apple/Samsung - Samsung's 12/16/2012 Production

Hi Liv,

I am available to talk now, if you are. I will be conferencing in a member of our support team that created the hard drive. Hopefully he will be able to provide clarity to anything confusing about the set-up of the hard drive.

Thanks!

---

**From:** Michael Fazio
**Sent:** Tuesday, November 20, 2012 4:13 PM
**To:** 'Herriot, Liv'
**Cc:** Scott Florance; 'Rho, Jennifer <JRho@gibsondunn.com> (JRho@gibsondunn.com)'; 'mlyon@gibsondunn.com'; 'WH Apple Samsung NDCal II Service'; Jeanine Zalduendo
**Subject:** RE: Apple/Samsung - Samsung's 12/16/2012 Production

My colleague Jeanine Zaludendo can provide assistance, to the extent necessary. Though it would assist us to know in advance what Apple finds "disorganized" or "confusing" about the data contained on the hard drive delivered to Apple on November 17. Feel free to communicate directly with Jeanine.

---

**From:** Herriot, Liv [mailto:Liv.Herriot@wilmerhale.com]
**Sent:** Tuesday, November 20, 2012 4:08 PM
**To:** Michael Fazio
**Cc:** Scott Florance; Rho, Jennifer <JRho@gibsondunn.com> (JRho@gibsondunn.com); mlyon@gibsondunn.com; WH Apple Samsung NDCal II Service
**Subject:** Apple/Samsung - Samsung's 12/16/2012 Production

Michael –
The hard disk Samsung produced on Friday for Saturday delivery is disorganized and confusing. Who on your team can we speak with tonight or early tomorrow morning to answer our questions about the organization of the hard disk and the load files?

Thank you,
Liv

**Liv Herriot | WilmerHale**
950 Page Mill Road
Palo Alto, CA 94304 USA
+1 650 858 6138 (t)
+1 650 858 6100 (f)
liv.herriot@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.