# EXHIBIT 4

WILMERHALE

November 21, 2012

**Via Email**

Peter J. Kolovos

+1 617 526 6493 (t)
+1 617 526 5000 (f)
peter.kolovos@wilmerhale.com

Michael L. Fazio, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017-2543

Re:  Apple Inc. v. Samsung Electronics Co. Ltd. et al.,
     Case No. 12-cv-00630-LHK (N.D. Cal.)

Dear Michael:

      I write regarding the upcoming depositions of Young-Bum Kim and JuHo Lee, which are scheduled for November 28 and November 30, 2012. On Friday, November 16, Apple received 220,663 pages of documents via FTP. Young-Bum Kim is listed as the custodian for all of these documents. On Saturday, November 17, Apple received a hard drive containing approximately 2.6 million pages. JuHo Lee is listed as the custodian for 37.5 GB of compressed data, or approximately 20% of the compressed data produced on this 183 GB hard drive.

      Samsung's method of production has hindered Apple's ability to review these documents and prepare for the upcoming inventor depositions. Samsung produced documents from JuHo Lee on the same hard drive as documents for other custodians (whose depositions are not yet scheduled). This has delayed Apple's ability to review JuHo Lee's documents because the entire hard drive had to be processed before we could upload the JuHo Lee materials. Moreover, the hard drive itself was disorganized and confusing. The hard drive contained 76 different compressed RAR files. Because only some of the RAR files contained load files, Apple could not begin loading documents for review until all of the RAR files were uncompressed for a given custodian. As a result, Apple has not yet been able to begin reviewing JuHo Lee's documents.

      The number of documents for which JuHo Lee and Young Bum Kim are custodians is extremely large. Please provide the search terms that Samsung used to collect these documents immediately.

      Apple also requests that Samsung not use RAR, or other any type of compression (such as zip files), when making productions via hard disk. Unlike with ftp productions, compression of files is unnecessary when physical media is used for production. When there is a large volume of documents, the need to uncompress files can add several hours to the processing time. Given the short time frame between production and depositions, Apple needs to be able to use all available time in order to review the documents.

Michael L. Fazio, Esq.
November 21, 2012
Page 2

**WILMERHALE**

  Given the volume of documents Samsung has produced and the problems with the hard disk Samsung provided, it is impossible for Apple to review all of the documents for which JuHo Lee or Young-Bum Kim is a custodian prior to their depositions. Apple therefore requests that Samsung provide new dates for these depositions on consecutive dates during either the week of December 3 or December 10, before the close of claim construction discovery. If Samsung is unwilling to reschedule these depositions, we will raise this issue at the upcoming lead counsel meet and confer.

Very truly yours,

*/s/ Peter J. Kolovos*

Peter J. Kolovos