# EXHIBIT 5

| | |
|---|---|
| **From:** | Kolovos, Peter |
| **Sent:** | Friday, November 23, 2012 11:47 AM |
| **To:** | Michael Fazio; Scott Florance; kevinjohnson@quinnemanuel.com; Victoria Maroulis; 'John Caracappa'; 'Michael Heimbold'; hlin@steptoe.com; Joby Martin; Anastasia Fernands; Richard Erwine; Ryan Goldstein; Alan Whitehurst |
| **Cc:** | 'Rho, Jennifer'; '*** Apple/Samsung'; WH Apple Samsung NDCal II Service |
| **Subject:** | RE: Apple v. Samsung, Case No.: 12-cv-630-LHK -- Inventor Depositions |

Michael,

In reply to your letter of November 21, Apple will proceed with the depositions of Young-Bum Kim and Ju-Ho Lee as scheduled on November 28 and November 30, respectively, in Suwon.  In light of the problems with Samsung's production of documents for these two inventors, Apple reserves its right to seek additional deposition time with these witnesses (in the United States), and intends to raise this issue at Tuesday's meet and confer.

-- Peter

---

**From:** Michael Fazio [mailto:michaelfazio@quinnemanuel.com]
**Sent:** Wednesday, November 21, 2012 11:51 PM
**To:** Kolovos, Peter; Scott Florance; kevinjohnson@quinnemanuel.com; Victoria Maroulis; 'John Caracappa'; 'Michael Heimbold'; hlin@steptoe.com; Joby Martin; Anastasia Fernands; Richard Erwine; Ryan Goldstein; Alan Whitehurst
**Cc:** 'Rho, Jennifer'; '*** Apple/Samsung'; WH Apple Samsung NDCal II Service
**Subject:** RE: Apple v. Samsung, Case No.: 12-cv-630-LHK -- Inventor Depositions

Counsel,

Please see attached.

Michael Fazio

---

**From:** Kolovos, Peter [mailto:Peter.Kolovos@wilmerhale.com]
**Sent:** Wednesday, November 21, 2012 7:48 AM
**To:** Michael Fazio; Scott Florance; Kevin Johnson; Victoria Maroulis; John Caracappa; Michael Heimbold; hlin@steptoe.com; Joby Martin; Anastasia Fernands; Richard Erwine; Ryan Goldstein; Alan Whitehurst
**Cc:** Rho, Jennifer; *** Apple/Samsung; WH Apple Samsung NDCal II Service
**Subject:** Apple v. Samsung, Case No.: 12-cv-630-LHK -- Inventor Depositions

Michael,

Please see the attached letter regarding the depositions of Young-Bum Kim and JuHo Lee.

-- Peter

**Peter J. Kolovos | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6493 (t)
+1 617 526 5000 (f)

peter.kolovos@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.