# EXHIBIT 8

**WILMERHALE**

Peter J. Kolovos

+1 617 526 6493 (t)
+1 617 526 5000 (f)
peter.kolovos@wilmerhale.com

November 29, 2012

**Via Email**

Michael L. Fazio, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017-2543

Re:  Apple Inc. v. Samsung Electronics Co. Ltd. et al.,
     Case No. 12-cv-00630-LHK (N.D. Cal.)

Dear Michael:

Yesterday, Samsung's counsel enforced a hard-stop of seven "clock" hours for Young-Bum Kim's deposition in Korea.  This was improper.  Samsung's position that depositions conducted through an interpreter are subject to the same limit of seven "on the record" hours as depositions conducted without a interpreter is inconsistent with the Court's May 2 case management order.  As you know, Judge Koh ordered that depositions requiring an interpreter will count as half time against each party's limit of total deposition time, and thus recognized that one hour of examination through an interpreter is equivalent to a half hour of examination without an interpreter.  (Dkt. 160).  In light of that, depositions conducted through an interpreter are subject to a limit of fourteen "clock" hours, and Apple is entitled to additional deposition time with Mr. Kim.  Samsung's contrary position is illogical, as it would mean that Samsung has 7 hours of effective deposition time with each of Apple's witnesses, while Apple has only 3.5 hours with each of Samsung's witnesses who will be deposed through an interpreter.  Samsung's decision to cut off yesterday's deposition at seven hours, contrary to the Court's order, is particularly inappropriate given that Samsung insisted that Apple incur the expense of travelling to Suwon to conduct Mr. Kim's deposition.

Moreover, the Samsung attorney who defended yesterday's deposition made numerous lengthy speaking objections, each of which had to be translated, and which thus further cut into the available deposition time.  Apple objects to the continued use of improper speaking objections by Samsung's attorneys.

For these reasons, in addition to the reasons outlined in my November 21 letter and November 23 email, Apple again seeks Samsung's agreement to make Mr. Kim available for a second day of deposition, in the United States.  Apple also seeks Samsung's agreement that any witnesses to be deposed through a translator will be available to continue his or her deposition beyond seven "clock" hours in any given deposition day.  If Samsung does not wish to have its witnesses sit for

Michael L. Fazio, Esq.
November 29, 2012
Page 2

**WILMERHALE**

more than seven deposition hours on any given day, we suggest scheduling future depositions of translated witnesses for two back-to-back days.

Very truly yours,

*/s/ Peter J. Kolovos*

Peter J. Kolovos