# EXHIBIT 9

WILMERHALE

December 20, 2012

**Via Email**

Michael L. Fazio, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017-2543

Re:  Apple Inc. v. Samsung Electronics Co. Ltd. et al.,
     Case No. 12-cv-00630-LHK (N.D. Cal.)

Dear Michael:

Judge Koh's December 11 Order provides that "a deposition with an interpreter may last up to 14 hours over two days." (Dkt. 324.) In light of this Order, Apple again requests that Samsung agree to make Young-Bum Kim and Ju-Ho Lee available for a second day of deposition, in the United States.

There is no merit to Samsung's argument, set forth in your December 3 letter, that Apple has waived its right to a second day of deposition with Mr. Kim. As is plain from the transcript, Samsung unilaterally ended the deposition at 7 hours (Kim Tr. 134:7-12) and limited Apple's ability to conduct redirect by once again invoking the time limit (*See id.* at 136:6-9, 136:19-20.) The record is clear that Apple sought to ask Mr. Kim additional questions, but was prevented from doing so due to Samsung's improper invocation of the 7 hour limit.

Moreover, the transcript demonstrates that Samsung's objections during Mr. Kim's depositions were neither minimal nor proper. Samsung's counsel lodged at least 130 non-privilege based objections in 129 pages of testimony and sometimes stated three bases at once. (*See, e.g.*, *id.* at 68:10-11; 107:12-13; 115:7-8.) Samsung's counsel's insistence that all of his objections be translated (*id.* at 28:24-29:4) ensured that they used a significant portion of the 7 hours of running time to which Samsung's counsel improperly limited the deposition.

Apple also requests that Samsung provide dates in February or March 2013 for the depositions of Sung-Ho Choi, Soeng-Hun Kim, Yong-Jun Kwak, Joon-Young Cho, and Jan Van Lieshout. For depositions to be conducted via translation, please provide two back-to-back days.

Very truly yours,

*/s/ Peter J. Kolovos*

Peter J. Kolovos

---

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington