# EXHIBIT 13

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3227**

WRITER'S INTERNET ADDRESS
**michaelfazio@quinnemanuel.com**

March 1, 2013

<u>Via Electronic Mail</u>

Michael A. Valek
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

Re:   <u>Apple Inc. v. Samsung Elecs. Co., Ltd., Case No. 12-cv-0630 LHK (PSG)</u>

Dear Counsel:

I write to follow-up on the parties' meet and confer on February 15-16, and Samsung's letter dated February 22, 2013.[1]

## Apple Interrogatory No. 22 and Diff. Printouts

Samsung has addressed these issues by separate letter.

## Apple's Seventh Requests for Production

## Request No. 416

As to Request No. 416, Samsung is agreeable to producing non-privileged documents related to

---

[1] Pursuant to the parties' agreement, Samsung will address Apple's discovery seeking financial documents that was discussed at the February 15-16 meet and confer by March 8, 2013. These financial document requests include Apple Request Nos. 233, 314, 316, 425, 426, 433, 436; and Apple Interrogatory Nos. 30-31.

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000 FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000 FAX +49 40 89728 7100

submissions, or considering submitting, the '470 patent to SSOs, to the extent that such documents may be located pursuant to a reasonably diligent search. Please let us know if Samsung's offer resolves Apple's Request No. 416.

**Apple's Fourth Set of Requests for Production**

**Request Nos. 268, 269 and 273**

Samsung accepts Apple's limitation upon Request Nos. 268, 269 and 273 to documents relating to the accused features. With that limitation, Samsung will produce non-privileged documents responsive to Request Nos. 268, 269 and 273 that may be located pursuant to a reasonably diligent search.

**Request No. 275**

Samsung accepts Apple's limitation upon the scope of this Request to documents relating to the value of the accused features and similar technology. With that limitation, Samsung will produce non-privileged documents responsive to this Request that may be located pursuant to a reasonably diligent search. Samsung notes that its agreement in this regard is contingent upon Apple's agreement not to use the limitation under this Request to argue that a similar limitation under other requests for production is reasonable.

**Request Nos. 307-308**

Samsung accepts Apple's limitation upon the scope of Request Nos. 307 and 308 to the accused Samsung products. With that limitation, Samsung will produce non-privileged documents responsive to Request Nos. 307 and 308 that may be located pursuant to a reasonably diligent search. Samsung notes Apple's clarification of the term "business case" in Request No. 307, as set forth in Apple's prior correspondence and Samsung's agreement to produce is consistent with Apple's clarification. *See* Letter from Valek to Fazio dated October 29, 2012 at 10. Samsung does not agree that there is any relationship between these requests and Samsung's Ninth Set of Requests for Production, or that any such relationship was discussed at the meet and confer. By agreeing to Apple's limitations to RFP Nos. 307 and 308, Samsung is not hereby agreeing to limit its Ninth Set of Requests for Production.

**Conception and Reduction to Practice Documents for the '058, '179 and '470 patents**

Samsung produced documents related to conception and reduction to practice for the '470 patent on November 27, 2012, bates range SAMNDCA630-04271645 - SAMNDCA630-04271957; and February 26, 2013, bates range SAMNDCA630-05788547- SAMNDCA630-05789662. Samsung also produced documents related to conception and reduction to practice for the '058 patent on June 15, 2012, bates range SAMNDCA630-00829266 – SAMNDCA630-00829267. Samsung's identification of these documents is without prejudice to Samsung producing and relying upon additional documents; nor does it supersede any of the statements set forth in Samsung's Infringement Contentions or amendments thereto.

2

**Resumed Depositions of Young-Bum Kim and Ju-Ho Lee**

For the reasons set forth in Samsung's prior correspondence on this issue, Samsung declines Apple's offer to make Young-Bum Kim and Ju-Ho Lee available for resumed deposition.

Very truly yours,

Michael L. Fazio