# EXHIBIT 14

| | |
|---|---|
| **From:** | Rho, Jennifer <JRho@gibsondunn.com> |
| **Sent:** | Friday, November 09, 2012 11:08 AM |
| **To:** | Michael Fazio; Kolovos, Peter; Wilkins, Angela L.; kevinjohnson@quinnemanuel.com; Victoria Maroulis; John Caracappa; Michael Heimbold; hlin@steptoe.com |
| **Cc:** | *** Apple/Samsung; Clementine@mofo.com; WH Apple Samsung NDCal II Service; Liao, Andrew; Miller, Elise; Selwyn, Mark; Joby Martin; Anastasia Fernands; Richard Erwine; Ryan Goldstein; Alan Whitehurst |
| **Subject:** | RE: Apple v. Samsung, Case No.: 12-cv-630-LHK |

Michael,

Due to various reasons, we prefer that the depositions of Apple's current or former employees be held at our or Wilmer Hale's offices, including the deposition of Mr. Wright. Given Samsung's insistence that the depositions of its employees should be held in Suwon, rather than Seoul, we presume that holding the Apple current and former employee depositions at our offices should be agreeable.

We agree on the other parts of your proposal, and confirm that Mr. Van Lieshout will be deposed after December 14. Additionally, with your written confirmation that Mr. Wright will be deposed at Gibson Dunn's Palo Alto office on November 13, an amended deposition notice is not necessary. It is also our understanding that all of Mr. Wright's documents already have been produced.

Thank you,
Jennifer

**Jennifer J. Rho**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7103 • Fax +1 213.229.6103
JRho@gibsondunn.com • www.gibsondunn.com

---

**From:** Michael Fazio [mailto:michaelfazio@quinnemanuel.com]
**Sent:** Friday, November 09, 2012 7:47 AM
**To:** Michael Fazio; Kolovos, Peter; Rho, Jennifer; Wilkins, Angela L.; Kevin Johnson; Victoria Maroulis; John Caracappa; Michael Heimbold; hlin@steptoe.com
**Cc:** *** Apple/Samsung; Clementine; WH Apple Samsung NDCal II Service; Liao, Andrew; Miller, Elise; Selwyn, Mark; Joby Martin; Anastasia Fernands; Richard Erwine; Ryan Goldstein; Alan Whitehurst
**Subject:** RE: Apple v. Samsung, Case No.: 12-cv-630-LHK

Peter,

Please note that "November 16" in the third bullet point should read "November 13".

Best regards,

Michael Fazio

1

**From:** Michael Fazio
**Sent:** Thursday, November 08, 2012 1:21 PM
**To:** Kolovos, Peter; Rho, Jennifer; Wilkins, Angela L.; Kevin Johnson; Victoria Maroulis; John Caracappa; Michael Heimbold; hlin@steptoe.com
**Cc:** *** Apple/Samsung; Clementine@mofo.com; WH Apple Samsung NDCal II Service; Liao, Andrew; Miller, Elise; Selwyn, Mark; Joby Martin; Anastasia Fernands; Richard Erwine; Ryan Goldstein; Alan Whitehurst
**Subject:** RE: Apple v. Samsung, Case No.: 12-cv-630-LHK

Peter,

Regarding Apple's offer below, Samsung will agree to the following:

- Samsung will make three of its seven employee inventors available for deposition in the United States. Those U.S. depositions will occur after December 14, 2012.
- The two pre-December 14 Samsung inventor depositions will be Young-Bum Kim on November 28, 2012 and Ju-Ho Lee on November 30, 2012. Both depositions will occur in Suwon.
- Samsung will make its document productions from its seven employee inventors 10 days in advance of their depositions. Apple will make its supplemental document productions from its inventors (both employee inventors and non-employee inventors represented by Apple) 10 days in advance of their depositions. Given that Mr. Wright's deposition is currently scheduled for November 16, Mr. Wright's supplemental document production, to the extent not already made by Apple, shall be made immediately.
- Mr. Wright's deposition will be taken at Quinn Emanuel's Silicon Valley office.
- Samsung will schedule any additional depositions in Korea on consecutive days. Such depositions will occur in Suwon.

With respect to Mr. Ording, Samsung is agreeable to taking his deposition after January 1 and will await a proposed date(s) from Apple. To clarify Apple's proposal below, Samsung understands that the deposition of Mr. Van Lieshout – whose patent also no longer has terms proposed for construction – will take place after December 14, 2012.

Please let me know if the foregoing is agreeable to Apple.

Thank you.

Best regards,

Michael Fazio


**From:** Kolovos, Peter [mailto:Peter.Kolovos@wilmerhale.com]
**Sent:** Wednesday, November 07, 2012 3:12 PM
**To:** Michael Fazio; Rho, Jennifer; Wilkins, Angela L.; Kevin Johnson; Victoria Maroulis; John Caracappa; Michael Heimbold; hlin@steptoe.com
**Cc:** *** Apple/Samsung; Clementine@mofo.com; WH Apple Samsung NDCal II Service; Liao, Andrew; Miller, Elise; Selwyn, Mark; Joby Martin; Anastasia Fernands; Richard Erwine; Ryan Goldstein; Alan Whitehurst
**Subject:** RE: Apple v. Samsung, Case No.: 12-cv-630-LHK

Michael,

I write in reply to your November 6 letter. While Apple maintains that applicable law requires Samsung to bring its employee inventors to the United States to be deposed, and therefore reserves all of its rights in that regard, we are hopeful that the parties can reach a compromise on this issue. However, we don't believe that offering deposition dates over the Thanksgiving weekend is a reasonable proposal. We offer the following alternative proposal:

2

- Samsung will agree to make three of its seven employee inventors available for deposition in the United States.
- Apple had previously identified four '087 patent inventors (Soeng-Hun Kim, JuHo Lee, Young-Bum Kim and Joon-Young Cho) for deposition prior to the December 14 claim construction discovery deadline.  We are willing to limit our request for inventor depositions prior to December 14 to any two of those four '087 patent inventors.  Apple would agree to conduct those two depositions in Korea provided that Samsung agrees (a) to Apple's proposal that all documents be produced at least 10 days in advance of the depositions, and (b) to make these two inventors available on consecutive days in Seoul (not Suwon).
- Samsung will agree to schedule any other inventor depositions that will take place in Korea for consecutive days, and in Seoul (not Suwon).

Regarding the deposition of Mr. Ording, while we understand that his deposition does not need to occur before December 14, he remains available to be deposed on the previously offered date (November 28).  Please note that Mr. Ording will not be available to be deposed in December, so if Samsung does not want to proceed with his deposition on November 28, we will need to reschedule for a date after January 1.  Please let us know if you want to proceed on November 28 or if we should schedule a date in 2013.

Finally, David Wright will be available for deposition on November 13, in Gibson Dunn's Palo Alto office.

We look forward to your response.

-- Peter

---

**From:** Michael Fazio [mailto:michaelfazio@quinnemanuel.com]
**Sent:** Tuesday, November 06, 2012 6:44 PM
**To:** Kolovos, Peter; Rho, Jennifer; Wilkins, Angela L.; kevinjohnson@quinnemanuel.com; Victoria Maroulis; John Caracappa; Michael Heimbold; hlin@steptoe.com
**Cc:** *** Apple/Samsung; Clementine@mofo.com; WH Apple Samsung NDCal II Service; Liao, Andrew; Miller, Elise; Selwyn, Mark; Joby Martin; Anastasia Fernands; Richard Erwine; Ryan Goldstein; Alan Whitehurst
**Subject:** RE: Apple v. Samsung, Case No.: 12-cv-630-LHK

Counsel,

Please see attached.

Michael Fazio

---

**From:** Kolovos, Peter [mailto:Peter.Kolovos@wilmerhale.com]
**Sent:** Friday, November 02, 2012 9:42 AM
**To:** Michael Fazio; Rho, Jennifer; Wilkins, Angela L.; Kevin Johnson; Victoria Maroulis; John Caracappa; Michael Heimbold; hlin@steptoe.com
**Cc:** *** Apple/Samsung; Clementine@mofo.com; WH Apple Samsung NDCal II Service; Liao, Andrew; Miller, Elise; Selwyn, Mark; Joby Martin; Anastasia Fernands; Richard Erwine; Ryan Goldstein; Alan Whitehurst
**Subject:** RE: Apple v. Samsung, Case No.: 12-cv-630-LHK

Counsel,

Please see the attached correspondence.

-- Peter

**From:** Michael Fazio [mailto:michaelfazio@quinnemanuel.com]
**Sent:** Thursday, November 01, 2012 5:15 PM
**To:** Rho, Jennifer; Wilkins, Angela L.; kevinjohnson@quinnemanuel.com; Victoria Maroulis; John Caracappa; Michael Heimbold; hlin@steptoe.com
**Cc:** *** Apple/Samsung; Clementine@mofo.com; WH Apple Samsung NDCal II Service; Liao, Andrew; Miller, Elise; Selwyn, Mark; Joby Martin; Anastasia Fernands; Richard Erwine; Ryan Goldstein; Alan Whitehurst
**Subject:** Apple v. Samsung, Case No.: 12-cv-630-LHK

Counsel,

Please see attached.

Michael Fazio

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

4