# EXHIBIT 15

| | |
|---|---|
| **From:** | Kolovos, Peter |
| **Sent:** | Thursday, February 07, 2013 1:48 PM |
| **To:** | Michael Fazio |
| **Cc:** | Miller, Elise; Amar Thakur; kevinjohnson@quinnemanuel.com; Victoria Maroulis; John Caracappa; Michael Heimbold; hlin@steptoe.com; Apple/Samsung@gibsondunn.com; MJacobs@mofo.com; RHung@mofo.com; Clementine@mofo.com; WH Apple Samsung NDCal II Service; Alan Whitehurst; Deepa Acharya |
| **Subject:** | Re: 12-cv-630 (LHK) Apple v. Samsung - Discovery Correspondence |

Michael,

Apple accepts the previously offered dates for Mr. Choi (April 18-19) and Mr. Kwak (April 24-25), in Seoul.

-- Peter

On Feb 5, 2013, at 10:30 AM, "Michael Fazio" <michaelfazio@quinnemanuel.com> wrote:

Peter,

Thank you for the confirmation regarding Gert Van Jan Lieshout, Soeng-Hun Kim and Joon-Young Cho's depositions.

We have conferred with Sung-Ho Choi and Yong-Jun Kwak.  However, we have been unable to find consecutive days for their depositions as requested by Apple due to their prior commitments.  We can make Mr. Choi and Mr. Kwak available for deposition on the dates previously offered, and in Seoul (not Suwon as noted in my January 29th letter).  Please let us know if Apple accepts these dates and the revised location for Mr. Choi and Mr. Kwak's depositions.

Best regards,

Michael Fazio

**From:** Kolovos, Peter [mailto:Peter.Kolovos@wilmerhale.com]
**Sent:** Friday, February 01, 2013 3:03 PM
**To:** Michael Fazio; Miller, Elise; Amar Thakur; Charles K Verhoeven; Kevin Johnson; Victoria Maroulis; John Caracappa; Michael Heimbold; hlin@steptoe.com
**Cc:** Apple/Samsung@gibsondunn.com; MJacobs@mofo.com; RHung@mofo.com; Clementine@mofo.com; WH Apple Samsung NDCal II Service
**Subject:** RE: 12-cv-630 (LHK) Apple v. Samsung - Discovery Correspondence

Michael,

I write in reply to your January 29, 2013 letter proposing Samsung inventor deposition dates.

Apple accepts the proposed dates and locations for Gert Jan Van Lieshout (March 21, Quinn Emanuel NY), Soeng-Hun Kim (April 24-25, Quinn Emanuel LA) and Joon-Young Cho (April 29-30, Quinn Emanuel LA).

Regarding the depositions of Sung-Ho Choi and Yong-Jun Kwak, can their two-day depositions be scheduled for a four-day period, or even a five-day period with an off day between the two depositions?  If it would facilitate the scheduling, we would be willing to conduct these depositions on weekend days.

Have a good weekend.

-- Peter

---

**From:** Michael Fazio [mailto:michaelfazio@quinnemanuel.com]
**Sent:** Tuesday, January 29, 2013 7:59 PM
**To:** Miller, Elise; Amar Thakur; Charlesverhoeven@quinnemanuel.com; kevinjohnson@quinnemanuel.com; Victoria Maroulis; John Caracappa; Michael Heimbold; hlin@steptoe.com
**Cc:** Apple/Samsung@gibsondunn.com; MJacobs@mofo.com; RHung@mofo.com; Clementine@mofo.com; WH Apple Samsung NDCal II Service
**Subject:** 12-cv-630 (LHK) Apple v. Samsung - Discovery Correspondence

Counsel,

Please see attached.

Michael Fazio