JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

***Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Counterclaim-Plaintiffs,

v.

APPLE INC., a California corporation,
Counterclaim-Defendant.

CASE NO. 12-cv-00630-LHK (PSG)

**DECLARATION OF MICHAEL A. VALEK IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND CONTINUED DEPOSITIONS OF JUHO LEE AND YOUNG BUM KIM**

**<u>Hearing</u>:**
Date: April 23, 2013
Time: 10 AM
Place: Courtroom 5
Judge: Paul S. Grewal

**Redacted**

I, MICHAEL VALEK, declare as follows:

1. I am Of Counsel at the law firm of Gibson, Dunn & Crutcher, counsel of record in this action for plaintiff and counterclaim-defendant Apple Inc. ("Apple"). I am licensed to practice law in the State of Texas. I submit this declaration in support of Apple's Motion to Compel Production of Documents and Things and Continued Depositions of Juho Lee and Young Bum Kim. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows:

2. Attached as Exhibit 1 is a true and correct copy of Apple's Requests Nos. 44, 45, 49 and 55 from Apple's First Set of Requests for Production, dated March 6, 2012. Attached as Exhibit 2 is a true and correct copy of Samsung's Objections and Responses to the same.

3. Attached as Exhibit 3 is a true and correct copy of Apple's Requests Nos. 125 and 135 from Apple's Second Set of Requests for Production, dated April 4, 2012. Attached as Exhibit 4 is a true and correct copy of Samsung's Objections and Responses to the same.

4. Attached as Exhibit 5 is a true and correct copy of Apple's Requests No. 231 from Apple's Third Set of Requests for Production, dated July 13, 2012. Attached as Exhibit 6 is a true and correct copy of Samsung's Objections and Responses to the same.

5. Attached as Exhibit 7 is a true and correct copy of Apple's Requests Nos. 295, 297, 298 and 312 from Apple's Fourth Set of Requests for Production, dated August 13, 2012. Attached as Exhibit 8 is a true and correct copy of Samsung's Objections and Responses to the same.

6. Attached as Exhibit 9 is a true and correct copy of a document titled ▓▓▓▓▓▓▓▓▓▓. It bears bates numbers SAMNDCA00380801-00380896, which indicates that it was produced by Samsung in Case No.: C 11-cv-1846 LHK (PSG) (the "1846 case").

7. Attached as Exhibit 10 are true and correct copy of Apple's responses to Samsung's Request Nos. 260-261 from Samsung's Fifth Set of Requests for Production.

8. Attached as Exhibit 11 is a true and correct copy of a document titled ▓▓▓▓▓▓▓▓▓▓. It bears bates numbers S-ITC-600000226-600000264, which indicates that it was produced by Samsung in another matter.

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF MICHAEL A. VALEK IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND CONTINUED DEPOSITIONS OF JUHO LEE AND YOUNG BUM KIM
CASE NO. 5:12-CV-00630-LHK (PSG)

9. Attached as Exhibit 12 is a true and correct copy of an email dated December 11, 2011 and referring to a ███████████████ report. It bears bates number SAMNDCA10452245, which indicates that it was produced in the 1846 case.

10. Attached as Exhibit 13 is a true and correct copy of a letter from Apple's counsel to Samsung's counsel, dated January 14, 2013.

11. Attached as Exhibit 14 is a true and correct copy of a letter from Samsung's counsel to Apple's counsel, dated January 25, 2013.

12. Apple sent Samsung multiple letters on these issues in an attempt to resolve these disputes, including multiple letters attached as exhibits hereto. The parties also met and conferred on these issues in person during a lead counsel meet and confer on February 15-16, 2013. During this meeting, Apple explained that the ███████████████████████████████ reports (collectively, the "Withheld Reports") are responsive to Apple's Requests for Production Nos. 125, 231, 298, and 312. Samsung's counsel did not deny that the Withheld Reports are responsive to Request Nos. 125, 231, 298, and 312, and agreed to tell Apple by March 1, 2013, whether it would produce the Withheld Reports. During the same meeting, Samsung's counsel asked Apple to serve new requests specifically identifying the Withheld Reports by name. Apple agreed to serve them in an effort to reach agreement on the production of the Withheld Reports. Attached as Exhibit 15 is a true and correct copy of Apple's February 19, 2013 letter to counsel for Samsung confirming the parties' discussion of these issues.

13. Attached as Exhibit 16 is a true and correct copy of Apple's Request Nos. 552 and 554-556 from Apple's Thirteenth Set of Requests for Production, dated February 22, 2013.

14. Following the parties' meet and confer, Samsung asked to extend the March 1st deadline for telling Apple whether it would produce these Reports and other financial information to March 8, 2013. Apple obliged.

15. Attached as Exhibit 17 is a true and correct copy of a letter from Samsung's counsel to Apple's counsel dated March 8, 2013.

16. Despite Apple's good faith efforts to resolve all disputed issues discussed herein, the parties are at an impasse and are unable to resolve these issues without court action.

Gibson, Dunn & Crutcher LLP

3

DECLARATION OF MICHAEL A. VALEK IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND CONTINUED DEPOSITIONS OF JUHO LEE AND YOUNG BUM KIM
CASE NO. 5:12-CV-00630-LHK (PSG)

1  I declare under penalty of perjury under the laws of the United States and the State of
2 California that the foregoing is true and correct.

4  Executed on March 18, 2013 in Dallas, Texas.

7 Dated: March 18, 2013                By:/s/ *Michael A. Valek*
                                          Michael A. Valek

Gibson, Dunn & Crutcher LLP

4

DECLARATION OF MICHAEL A. VALEK IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND CONTINUED DEPOSITIONS OF JUHO LEE AND YOUNG BUM KIM
CASE NO. 5:12-CV-00630-LHK (PSG)

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Michael A. Valek has concurred in this filing.

Dated: March 18, 2013

/s/ *H. Mark Lyon*

H. Mark Lyon