# EXHIBIT 1

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**APPLE INC.'S FIRST SET OF PRELIMINARY INJUNCTION REQUESTS FOR PRODUCTION TO DEFENDANTS** |

APPLE INC. ("Apple") hereby requests, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, that SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, ("Samsung" or "Defendants") respond to Apple's First Set of Preliminary Injunction Requests for Production. Apple requests that Defendants produce for inspection and copying the documents and things set forth below at the offices of Gibson, Dunn & Crutcher, LLP, 1881 Page Mill Road, Palo Alto, CA 94304-1211, within twenty-one (21) days, or such other time as the parties agree or the Court orders.

## DEFINITIONS

The words and phrases used in these Requests shall have the meanings ascribed to them under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California. In addition, the following terms shall have the meanings set forth below whenever used in any Request.

1. "You" and/or "your" mean Defendants and all predecessors, successors, predecessors-in-interest, successors-in-interest, subsidiaries, divisions, parents, and/or affiliates, past or present, any companies that have a controlling interest in Defendants, and any current or former employee, officer, director, principal, agent, consultant, sales representative, or attorney thereof.

2. "Samsung Galaxy Nexus" means the Samsung Galaxy Nexus, including but not limited to all versions released or sold through any wireless carrier or other distributor.

3. "Slide to Unlock" means the software, features and functionality that Apple accuses of infringing U.S. Patent No. 8,046,721 as described in the Declaration of Dr. Ravin Balakrishnan and that provide the functionality used by the Samsung Galaxy Nexus to unlock the device using a swipe, slide, or similar touch gesture, including detection of such a gesture and the display of graphical images or icons indicating that the device is locked, that the device is unlocked, or indicating how a user may unlock the device, including any directional or instructional cues. Slide to Unlock includes but is not limited to the "Slide" lock/unlock option described in the Galaxy Nexus User Guide at 11, 99-100 (*available at* http://static.googleusercontent.com/external_content/untrusted_dlcp/www.google.com/en/us/help/hc/pdfs/mobile/AndroidUsersGuide-40-en.pdf).

1　　　4.　　"Text Correction" means the software, features and functionality that Apple accuses of infringing U.S. Patent No. 8,074,172 as described in the Declaration of Dr. Karan Singh and that provide the functionality relating to editing, correcting, modifying, changing, or replacing typed text such as but not limited to letters, numbers, and punctuation marks, as well as for the keyboards used by such functionality, and such use in the Samsung Galaxy Nexus's email application, Messaging application, Contacts application or Calendar application. Text Correction includes but is not limited to the "Enter & Edit Text," "Correcting Typed Text" or "AutoText" implemented on the Samsung Galaxy Nexus as described in the Galaxy Nexus User Guide at 53 (*available at* http://static.googleusercontent.com/external_content/untrusted_dlcp/www.google.com/en/us/help/hc/pdfs/mobile/AndroidUsersGuide-40-en.pdf) and at http://android-developers.blogspot.com/2009/04/updating-applications-for-on-screen.html, http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1646288&topic=1646287&ctx=topic, and http://developer.android.com/reference/android/text/AutoText.html that permits a user to enter and edit text.

　　　5.　　"Unified Search" means the software, features and functionality that Apple accuses of infringing U.S. Patent No. 8,086,604 as described in the Declaration of Dr. Nathaniel Polish and that provide the functionality used to enable searching of a plurality of resources on the Samsung Galaxy Nexus, such as contacts, email, messages, search history, and other resources, using a single interface, for example, the Android Quick Search Box, and the functionality for software, applications, modules or other sources to be available for search within the Android Quick Search Box, and the ability to select which software, applications, modules or other sources will be searched and the functionality or interface to make the software, applications, modules or other sources searchable through the single user interface. Unified Search includes but is not limited to the "Google Search" implemented on the Samsung Galaxy Nexus described in the Galaxy Nexus User Guide at 13 (*available at* http://static.googleusercontent.com/external_content/untrusted_dlcp/www.google.com/en/us/help/hc/pdfs/mobile/AndroidUsersGuide-40-en.pdf) and the "Android Quick Search Box" described at http://android-developers.blogspot.com/search/label/Quick%20Search%20Box and implemented on the Samsung Galaxy Nexus and further includes the

ability to make software or modules "Searchable items" as described in the Galaxy Nexus User Guide at 13 and http://developer.android.com/guide/topics/search/search-dialog.html or provide "suggestions [that] appear below the Search box" as described in Galaxy Nexus User Guide at 81.

6. "Special Text Detection" means the software, features and functionality that Apple accuses of infringing U.S. Patent No. 5,946,647 as described in the Declaration of Dr. Todd Mowry and that provide the functionality relating to the recognition of text within a web page, email message, text message, SMS message, MMS message or other text displayed to a user of the Samsung Galaxy Nexus representing an email address, phone number, physical address, date, time, calendar entry or fax number, including text containing partial representations of those items and the ability to select the text and perform an action with the text such as placing a telephone call, looking up an address or storing in the Contacts application. Special Text Selection includes but is not limited to the ability to "place calls from the Phone app, the People app, or other apps or widgets that display contact information," described in the Galaxy Nexus User Guide at 43 (*available at* http://static.googleusercontent.com/external_content/untrusted_dlcp/www.google.com/en/us/help/hc/pdfs/mobile/AndroidUsersGuide-40-en.pdf) and further including the ability to send emails to an email address displayed in another application such as a the Browser application or Messaging application or to store information such as a phone number or email address displayed in another application such as a the Browser application or Messaging application as contact information.

7. "Preliminary Injunction Patents" means U.S. Patent Nos. 5,946,647; 6,847,959; 8,046,721; and 8,074,172.

8. "Document(s)" has the broadest possible meaning permitted by Federal Rules of Civil Procedure Rules 26, 33 and 34 and the relevant case law, "Document(s)" also includes all drafts or non-final versions, alterations, modifications, and amendments to any of the foregoing.

9. "Relating" means regarding, referring to, concerning, mentioning, reflecting, pertaining to, evidencing, involving, describing, discussing, commenting on, embodying, responding to, supporting, contradicting, containing or constituting (in whole or in part), as the context makes appropriate.

## INSTRUCTIONS

1. Each document is to be produced along with all non-identical drafts thereof in their entirety, without abbreviation or redaction.

2. All documents should be produced as maintained in the ordinary course of business.

3. If you withhold any documents on a claim of privilege, you must provide a statement of the claim of privilege and all facts relied upon in support of that claim as required by Rule 26(b)(5) of the Federal Rules of Civil Procedure.

4. Documents responsive to each Request must be produced in full and subject to any Request being narrowed by the parties' meeting and conferring regarding your corresponding requests to Plaintiff, if applicable.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1**

All Documents relating to the Samsung Galaxy Nexus or other issues raised in Apple's Motion for Preliminary Injunction in this case that Samsung produced or received from third parties in *Apple Inc. v. Samsung Electronics Co., Ltd.*, Case No. 11-cv-01846-LHK.

**REQUEST NO. 2**

All Documents related to the features and functionality that Apple has alleged infringe the Preliminary Injunction Patents, including Slide to Unlock, Text Correction, Unified Search, and Special Text Detection.

**REQUEST NO. 3**

Documents sufficient to show the design, development, and implementation of the features and functionality used by the Samsung Galaxy Nexus that Apple has alleged infringe the Preliminary Injunction Patents, including Slide to Unlock, Text Correction, Unified Search, and Special Text Detection, including, but not limited to, any documents that discuss or describe Samsung's decision

Injunction Patents, including Slide to Unlock, Text Correction, Unified Search, and Special Text Detection. Such Documents shall include, but are not limited to, any consumer study, consumer demand analysis, survey, report, or other analysis.

**REQUEST NO. 43**

All Documents relating to actual or perceived competition between Apple and Samsung with regard to the Samsung Galaxy Nexus.

**REQUEST NO. 44**

All Documents relating to actual or perceived competition between Apple and Samsung with regard to Samsung smartphones.

**REQUEST NO. 45**

All Documents relating to actual or perceived competition between Apple and Samsung with regard to Samsung products that use or incorporate the Android platform.

**REQUEST NO. 46**

All Documents relating to the competitive impact that the sale of the Samsung Galaxy Nexus would have or has had on any Apple product.

**REQUEST NO. 47**

All Documents relating to the competitive impact that the sale of Samsung smartphones would have or has had on any Apple product.

**REQUEST NO. 48**

All Documents relating to the competitive impact that the sale of Samsung products that use or incorporate the Android platform would have or has had on any Apple product.

**REQUEST NO. 49**

All Documents relating to the competitive impact that the sale of Apple iOS products would have or has had on any Samsung product.

**REQUEST NO. 50**

All Documents relating to the actual or potential competitive impact on any Apple product resulting from the inclusion into any Samsung product of any feature or functionality used by the Samsung Galaxy Nexus that Apple has alleged infringes the Preliminary Injunction Patents, including Slide to Unlock, Text Correction, Unified Search, and Special Text Detection.

**REQUEST NO. 51**

All Documents relating to the importance, or lack thereof, of sales to first-time buyers of the Samsung Galaxy Nexus or any product with which the Samsung Galaxy Nexus competes, including any Apple product.

**REQUEST NO. 52**

All Documents relating to the importance, or lack thereof, to Samsung's smartphone market share, now and in the future, based on sales to first-time buyers of smartphones.

**REQUEST NO. 53**

All Documents relating to actual or perceived competition between any Samsung product and any Apple product containing or embodying any of the features or functionality used by the Samsung Galaxy Nexus that Apple has alleged infringe the Preliminary Injunction Patents, including Slide to Unlock, Text Correction, Unified Search, and Special Text Detection.

**REQUEST NO. 54**

All Documents relating to actual or perceived competition between any smartphone, including but not limited to any Samsung smartphone, and any Apple product.

**REQUEST NO. 55**

All Documents relating to actual or perceived competition between any Samsung product that uses or incorporates the Android platform and any Apple product.

**REQUEST NO. 56**

Dated: March 6, 2012

GIBSON, DUNN & CRUTCHER LLP

By: *H. Mark Lyon*
H. Mark Lyon

***Attorneys for Apple Inc.***

APPLE INC.'S FIRST SET OF PRELIMINARY INJUNCTION
REQUESTS FOR PRODUCTION
CASE NO. 12-cv-00630-LHK

I, Lorraine Nishiguchi, hereby certify that on this 6th day of March, 2012, I did cause the following documents to be served in the following manner:

- Apple Inc.'s First Set of Preliminary Injunction Interrogatories to Defendants
- Apple Inc.'s First Set of Requests for Production

Victoria F. Maroulis
Kevin P.B. Johnson
Quinn Emanuel Urquart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
(650) 801-5000
victoriamaroulis@quinnemanuel.com
kevinjohnson@quinnemanuel.com

__X__   **BY PERSONAL SERVICE**: I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

Dated:   March 6, 2012                                  _____
                                                        Lorraine Nishiguchi