# EXHIBIT 9
# Filed Entirely Under Seal