# EXHIBIT 11
# Filed Entirely Under Seal