# EXHIBIT 12
# Filed Entirely Under Seal