# EXHIBIT 13

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

2100 McKinney Avenue
Dallas, TX 75201-6912
Tel 214.698.3100
www.gibsondunn.com

Michael A. Valek
Direct: +1 214.698.3369
Fax: +1 214.571.2916
MValek@gibsondunn.com

Client: 03290-00026

January 14, 2013

VIA ELECTRONIC MAIL

Michael L. Fazio
Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017-2543

Re:   *Apple Inc. v. Samsung Electronics Co. et al.,* No. 12-cv-0630

Dear Michael:

I write to follow up and build on Apple's prior correspondence identifying deficiencies in Samsung's document production to date.  *See, e.g.,* Apple's letters dated Oct. 19, 2012 and Nov. 16, 2012.  This letter identifies only some of the defects in Samsung's production and should not be interpreted as an exhaustive identification of all such problems.

1.   **Missing documents evidencing Samsung's actual and projected sales, profits, and market share (and other financial information) for the Accused Samsung Products**

Samsung has not produced a number of types of documents relevant to its actual and projected sales, market share, profits, and other financial metrics related to the Accused Samsung Products.  Such documents are responsive to at least Apple RFP Nos. 132-133, 248, 312 and 314, as well as the other Requests identified below.  These requests are relevant to, *inter alia*, the damages contentions (both lost profits and reasonable royalty) in this case.  Examples of particular types of documents missing from Samsung's production include:

   a.   ███████████████████████████████████████████████████████
        ███████████████████████████████████████ as discussed in the
        January 24, 2012 deposition of Timothy Sheppard in Case No. 11-cv-1846-
        LHK at 54:23–75:20.[1]  Moreover, it appears that Samsung produced what
        appears to be a draft of its 2012 business plan, *see* SAMNDCA00374342, but
        that document is heavily redacted.  If Samsung has a legal basis to justify such

---

[1] Apple previously raised Samsung's failure to produce these reports in its November 21, 2012 letter from M.Valek to M.Fazio.  Samsung has not supplemented its production to provide the missing reports.

Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich • New York
Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

**GIBSON DUNN**

Michael L. Fazio
January 14, 2013
Page 2

    redactions please identify it, otherwise produce an unredacted version of the same.

b. Profit and loss statements for the Accused Samsung Products in this case, particularly statements reflecting the unit volumes of Accused Samsung Products sold and the price of the same.

c. Income statements or balance sheets, as discussed in the January 24, 2012 deposition of Timothy Sheppard in Case No. 11-cv-1846-LHK at 31:16-32:7, for 2009 through the present.

d. "███████████████████████████████████████████
████████████████████████████████████████████████
as discussed in the January 24, 2012 deposition of Timothy Sheppard in Case No. 11-cv-1846-LHK at 28:11–35:25, for 2009 through the present.[2]

e. ███████████████████████████████████████████
████████████████████████████████████████████ as discussed in the January 24, 2012 deposition of Timothy Sheppard in Case No. 11-cv-1846-LHK at 97:17-106:19. While some such reports were produced in the 1846 case, Samsung has not supplemented its production to include more recent versions of the same. Specifically, Apple has seen no such reports for the period from about May 2012 to present.

f. ███████████████████████████████████████
███████████████████████ (similar in form to S-ITC-003848487; SAMNDCA10435018; S-ITC-003855010; and SAMNDCA10437389), relating to the Accused Samsung Products. To the extent some such documents have already been produced in other cases, Apple requests that Samsung supplement its production to include any more recent versions of the same.

g. ███████████████████████████████████████ (similar in form to S-ITC-001730977) relating to the Accused Samsung Products. To the extent some such documents have already been produced in other cases, Apple requests that Samsung supplement its production to include any more recent versions of the same.

---

[2] Apple previously raised Samsung's failure to produce these reports in its November 21, 2012 letter from M.Valek to M.Fazio. Samsung has not supplemented its production to provide the missing reports.

**GIBSON DUNN**

Michael L. Fazio
January 14, 2013
Page 3

    h.    STA ▮▮▮▮▮▮▮▮▮▮ documents (similar in form to S-ITC-500106174-KHL) relating to the Accused Samsung Products. To the extent some such documents have already been produced in other cases, Apple requests that Samsung supplement its production to include any more recent versions of the same.

    i.    ▮▮▮▮▮▮▮▮▮▮ (similar in form to S-ITC-003057182) relating to the Accused Samsung Products. To the extent some such documents have already been produced in other cases, Apple requests that Samsung supplement its production to include any more recent versions of the same.

    j.    Quarterly '▮▮▮▮▮▮' (similar in form to SAMNDCA00380801) relating to the Accused Samsung Products. To the extent some such documents have already been produced in other cases, Apple requests that Samsung supplement its production to include any more recent versions of the same.

    k.    ▮▮▮▮▮▮▮▮▮▮ (similar in form to S-ITC-001720973; S-ITC-005213839; S-ITC-005220907; SAMNDCA10338391 and as discussed in the May 7, 2012 deposition of Kevin Geklinsky, beginning at p. 78, line 3) relating to the Accused Samsung Products. To the extent some such documents have already been produced in other cases, Apple requests that Samsung supplement its production to include any more recent versions of the same.

    l.    ▮▮▮▮▮▮▮▮▮▮ (similar in form to SAMNDCA10452245 and S-ITC-600000226 and/or the documents attached to or underlying the information presented in the email chains beginning at SAMNDCA10436911; S-ITC-600000226; S-ITC-500105687-KHL; S-ITC-500105814; S-ITC-003860428; S-ITC-600000226; and SAMNDCA10450987) relating to the Accused Samsung Products. To the extent some such documents have already been produced in other cases, Apple requests that Samsung supplement its production to include any more recent versions of the same.

    m.    ▮▮▮▮▮▮▮▮▮▮ (similar in form to the one attached to the email beginning at S-ITC-500098124) relating to the Accused Samsung Products. To the extent some such documents have already been produced in other cases, Apple requests that Samsung supplement its production to include any more recent versions of the same.

**GIBSON DUNN**

Michael L. Fazio
January 14, 2013
Page 4

      n. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮s discussed in the January 24, 2012 deposition of Timothy Sheppard in Case No. 11-cv-1846-LHK at 36:1–39:25 and the February 29, 2012 deposition of Timothy Sheppard in Case No. 11-cv-1846-LHK at 154:4-16) relating to the Accused Samsung Products. Samsung appears to have produced a few such reports for months between 2010 and 2011—but not a complete set. Moreover, Samsung has produced no such reports for 2012 to present.

2. **Missing reports showing Samsung's revenues, costs, and profits for the sale of accessories, goods, or services designed to work with the Accused Samsung Products**

Samsung has not produced reports or other documents sufficient to show Samsung's revenues, costs, and profits for the sale of accessories, goods, or services designed to work with the Accused Samsung Products.[3] Such documents are responsive to at least Apple RFP No. 316 and relevant, *inter alia*, to Apple's damages contentions (both lost profits and reasonable royalty as well as damages for any convoyed sales) in this case.

3. **Missing reports showing Samsung's costs for advertising, marketing, and promotion of the Accused Samsung Products**

Samsung has not produced reports or other documents sufficient to show its month-by-month costs for advertising, marketing, and promotion of the Accused Samsung Products. Such documents are responsive to at least Apple RFP No. 311 and relevant to, *inter alia*, Apple's damages contentions (both lost profits and reasonable royalty) in this case and the irreparable harm resulting caused by Samsung's infringement.

4. **Missing reports showing Samsung's other costs associated with the Accused Samsung Products**

Samsung has not produced reports or other documents sufficient to show its month-by-month costs for activities *other than* advertising, marketing, and promotion, such as R&D, manufacturing, and distribution costs. Such documents are responsive to at least Apple RFP Nos. 242, 303, and 313 and relevant, *inter alia*, to Apple's damages contentions (both lost profits and reasonable royalty) in this case.

---

[3] Apple has previously raised this issue in the context of other discovery requests. *See, e.g.,* November 5, 2012 letter from M.Valek to M.Fazio regarding Apple Interrogatory No. 31. Samsung has not supplemented its production to provide the documentation, nor has it updated its interrogatory response.

**GIBSON DUNN**

Michael L. Fazio
January 14, 2013
Page 5


5. **Missing documents relating to Samsung's assessment of the value of or business case for the Accused Features**

Samsung has not produced any documents evidencing Samsung's assessment of either the value of or the business case for the Accused Features. Such documents are responsive to at least Apple RFP Nos. 309 and 310[4] and relevant, *inter alia*, to Apple's damages contentions (both lost profits and reasonable royalty) in this case as well as Apple's claim for injunctive relief.

6. **Missing market research report and buyer surveys relating to the Accused Samsung Products, Accused Features, and any alleged design-arounds**

Aside from a limited number of documents that Samsung produced during the preliminary injunction phase of the case, Samsung has not produced market research reports and buyer surveys relating to the Accused Features and any alleged design-arounds, let alone the full range of Accused Samsung Products. Such documents are responsive to at least Apple RFP Nos. 295 and 296 and would include the results of any focus groups, consumer surveys, or other market research relating to the reasons customers purchase the Accused Samsung Products. These documents are relevant to Apple's damages contentions (both lost profits and reasonable royalty) in this case as well as Apple's claim for injunctive relief, particularly to the extent they evidence consumer demand for the infringing devices/features.

* * *

In sum, there is no excuse for these deficiencies in Samsung's production. Please confirm that Samsung will supplement it production to provide all of the above-identified types of documents and provide Apple with a date certain for the same. To the extent that Samsung refuses to produce any of the above-identified types of documents, please provide Samsung's complete bases for doing so such that the parties might address the same at the next lead counsel meet and confer.

---

[4] Samsung's refusal to produce documents responsive to Apple's related RFP Nos. 307 and 308 is addressed in Apple's prior correspondence and set for discussion at the next lead counsel meet and confer.

**GIBSON DUNN**

Michael L. Fazio
January 14, 2013
Page 6


Sincerely,


_____*/s/ Michael A. Valek*_____
Michael A. Valek

MAV/pdd