# EXHIBIT 17

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3227

WRITER'S INTERNET ADDRESS
michaelfazio@quinnemanuel.com

March 8, 2013

**Via Electronic Mail**

Josh A. Krevitt
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304

Re:   Apple Inc. v. Samsung Elecs. Co., Ltd., Case No. 12-cv-0630 LHK (PSG)

Dear Counsel:

I write to follow-up on the parties' lead trial counsel meet and confer on February 15-16 regarding Apple's Requests for Production seeking certain financial documents.  Samsung agrees to produce documents showing revenues and profits for the accused Samsung products sold in the U.S., as requested by Request for Production Nos. 314 (b)-(c), 315 and Interrogatory No. 30.[1] Samsung also agrees to produce documents showing revenues from sale of accessories for the accused Samsung products within the U.S., as requested by Request for Production No. 316 and Interrogatory No. 31.  Samsung's production in response to each of these discovery requests will include gross financial figures.  Samsung notes that this agreement to produce is with the understanding that Apple has agreed to produce comparable financial data for the accused Apple products.  *See* Letter from Valek to Fazio dated February 26, 2013.

As to the 2012 STA business plan, Samsung previously agreed to provide the bates number for

---

[1]   Consistent with Samsung's response to Apple Interrogatory Nos. 30 and 31, and in accordance with Federal Rule of Civil Procedure 33(d), Samsung intends to specifically identify documents containing the information that Samsung has agreed to produce.

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

the unredacted version of the 2012 STA business plan. That bates number is: SAMNDCA00401990 – SAMNDCA00402073.

As to profit and loss statements for the accused Samsung products (Request No. 425), the financial spreadsheets that Samsung is preparing and has offered to mutually exchange on May 1st for the accused Samsung products will contain, for each accused Samsung product, the type of information that would be contained in a profit and loss statement. This data is being pulled from ███████████████ and will be produced in spreadsheet format to Apple. ██████████████████████████████████████████████████████████████████████████████ ████████████████

With respect to ███████████ Samsung will produce the documents requested by Apple Request No. 426, to the extent that such documents refer to the accused Samsung products and have not already been produced in the 1846 action.

With respect to documents showing Samsung's capacity to manufacture the Samsung covered products, Samsung agrees to produce such documents. *See* Apple Request for Production No. 233.

As to ████████████████████████████████████████████████████ Samsung is in receipt of Apple's 13th Set of Requests for Production that seek these documents. *See* Apple Request for Production Nos. 552, 554-556. Samsung will respond to these Requests by March 25, 2013, which is the time prescribed by the FRCP.

Lastly, with respect to a date for the mutual exchange of certain financial documents, Samsung continues to believe a May 1st exchange date is reasonable for the reasons set forth at the parties' February 15-16 meet and confer. Please let us know if May 1st is agreeable to exchange the parties' financial spreadsheets for the accused and covered products, and accessory data.

Very truly yours,

Michael L. Fazio

2