# EXHIBIT F

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3227**

WRITER'S INTERNET ADDRESS
**michaelfazio@quinnemanuel.com**

November 21, 2012

<u>Via E-Mail</u>

Josh Krevitt                          Jennifer Rho
Gibson Dunn & Crutcher, LLP           Gibson Dunn & Crutcher, LLP
1881 Page Mill Road                   333 South Grand Avenue
Palo Alto, CA 94304-1211              Los Angeles, CA 90071-3197

Re:     Apple v. Samsung Elecs. Co. et al, Case No 12-cv-630

Dear Counsel:

In advance of the parties' lead trial counsel meet and confer on November 27, 2012, I write to inform you of the specific Requests for Production and other issues that Samsung intends to discuss.  Samsung provides this information consistent with the parties' agreement that issues upon which a party intends to meet and confer be disclosed prior to the meeting.  *See* Letter from Fazio to Krevitt dated September 7, 2012.  I note that although Samsung is only required to disclose these issues 24 hours in advance pursuant to the parties' agreement, Samsung is disclosing them well ahead of that deadline given the number of issues upon which Samsung intends to meet and confer.  Further, this letter contains Samsung's understanding of the issues that remain with regard to each Request for Production and other items detailed below, based on the parties' correspondence to date.  This letter should not, however, be deemed an exhaustive list of all issues that remain between the parties regarding the discovery listed below, particularly with respect to issues that Apple has not yet raised regarding this discovery.

<u>**Apple's Search Term Disclosures**</u>

As Samsung has detailed in its letters dated October 12, 2012, October 30, 2012 and November

quinn emanuel urquhart & sullivan, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000 FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000 FAX +49 40 89728 7100

6, 2012, Apple's Search Term Disclosures do not correlate Apple's bates numbered documents with the Apple custodians from which they came. Apple has, therefore, frustrated Samsung's attempts to determine which Apple documents came from which Apple custodians. Because of this same deficiency, Samsung is unable to fully assess the adequacy of Apple's document productions from the custodians that Apple has disclosed thus far. Apple's refusal to amend its search term disclosures has severely impaired Samsung's ability to prepare for the upcoming depositions of Apple employees (as well as non-employees represented by Apple).

**Samsung's Second Set of Preliminary Injunction Requests for Production**

Although it agreed to do so, Apple has not produced sufficient documents related to Apple's iPhone Buyer Survey for 2nd Quarter 2012. Specifically, consistent with the parties' agreement, Apple agreed to produce, among other things: (1) "internal correspondence between the appropriate Apple employees having responsibility for the Q2 2012 iPhone Buyer Survey pursuant to their job duties"; and (2) "all documents received from Advanis, Apple's independent, third party market research firm that fielded the Q2 2012 iPhone Buyer Survey, including email correspondence between Apple's point of contact for Advanis and Advanis's point of contact for Apple regarding the Q2 2012 iPhone Buyer Survey." *See* Letter from Rho to Fazio dated September 26, 2012.

Apple has produced only 16 emails related to the Q2 2012 iPhone Buyer Survey, the majority of which are limited to only logistical – not substantive – topics. Further, and as detailed above, Apple's search term disclosures do not correlate Apple's documents with its custodians. As a result, for the approximately 35 documents that Apple has produced pursuant to the parties' agreement regarding Samsung's PI Request Nos. 1 and 3, Samsung has no data to correlate the documents to a particular Apple custodian. Nor is Samsung able to assess which search terms, if any, were used to collect these documents. Accordingly, at the November 27, 2012 meet and confer, Samsung anticipates discussing the manner in which Apple searched for documents responsive to Samsung's PI Requests Nos. 1 and 3; the adequacy of Apple's Production in responsive to these Requests; and Apple's further search efforts necessary to fulfill the parties' agreement regarding these Requests.

**Apple's Objections and Responses to Samsung's Second Set of RFPs**:

| RFP No. | Issues |
|---|---|
| 60 | Does Apple intend to pursue documents from Samsung responsive to its counterpart RFP (No. 205); if so, the scope of production of this Request. |
| 61 | Definition of "technical nexus"; Apple objections: vague, ambiguous, burdensome, irrelevant. |
| 72 | Apple objections: burdensome, irrelevant. Apple's proposed limitations on production of inventor transcripts; scope of production of responsive documents. |

2

| | |
|---|---|
| 73 | Apple objections: irrelevant, burdensome. Apple's improper limitation on scope of production. |
| 74-76, 95, 124-126 | Apple objections: seeks "inaccurate information, drafts are "irrelevant," information equally available to Samsung, cumulative, burdensome. |
| 83 | Same as 74-76, 95, 124-126, *supra*. |
| 84-86 | Scope of production (Apple claims that anything further than what it has agreed to produce would be burdensome). |
| 89-90 | Scope of production (Apple claims that anything further than what it has agreed to produce would be burdensome). |
| 92 | Scope of production (Apple states that it will limit production by gathering documents from "the two licensing employees referred to in Judge Grewal's June 5, 2012 Order" (re preliminary injunction discovery). |
| 103 | Given the parties' agreement re the definition of "Apple Patents," confirmation that Apple is not withholding documents on the basis of its overbreadth or relevance objections. |
| 113 | Apple states that its production of documents evidencing ownership pursuant to Local Patent Rule 3-2(d) includes all documents responsive to this Request, and that the ownership of the patents-in-suit has always been with Apple, and the patents have never been transferred outside Apple. Confirm that Apple is not withholding documents on the basis of any other objection. |
| 116 | Apple objections: irrelevant, definition of "technological nexus," burdensome. |
| 128 | Apple objections: unduly burdensome, irrelevant, privileged. |
| 129 | Apple objections: vague, ambiguous, seeks "inaccurate information," drafts are irrelevant, information equally available to Samsung, cumulative, burdensome. |

Additionally, and although it agreed to do so, Apple has not produced market research, competition, licensing, platform stickiness and financial documents responsive to Request for Production Nos. 74-90, 92, 94-102, 104-105, 117-127.

**Apple's Objections and Responses to Samsung's Third Set of RFPs**:

| RFP No. | Issues |
|---|---|
| 132 | Confirmation of Apple's interpretation of the phrase "Apple Accused Products." |

3

|         |                                                                                                                                                                                                                                                                               |
| ------- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|         | Improper limitation on scope of production.                                                                                                                                                                                                                                   |
| 135     | Process for the exchange of translations of foreign language patents or publications that either party intends to rely upon for purposes other than as prior art.                                                                                                             |
| 141     | Improper limitation on scope of present production.                                                                                                                                                                                                                           |
| 149-150 | Improper limitation on scope of production; Apple objection: undue burden.                                                                                                                                                                                                    |
| 151     | Improper limitation on scope of production; Apple objection: undue burden.                                                                                                                                                                                                    |
| 152     | Confirmation that Apple's production of documents will not be limited to communications with Hitachi, Ltd. that contain merely a reference to Patent No. '449, but will also include documents that discuss or otherwise refer to the subject of the '449 Patent itself.      |
| 153     | Apple objection: undue burden.                                                                                                                                                                                                                                                |
| 156     | Apple objections: undue burden, refusal to produce documents.                                                                                                                                                                                                                 |
| 157     | Apple's improper limitation on scope of production.                                                                                                                                                                                                                           |
| 158     | Apple objections: overbroad, undue burden, irrelevant; improper limitation on scope.                                                                                                                                                                                          |
| 159     | Apple's improper limitation on scope of production.  Apple objections: vague and ambiguous regarding definition of "related to," overbroad, undue burden, irrelevant.                                                                                                         |
| 162-170 | Apple objections: requests do not describe the documents sought with "reasonable particularity," vague and ambiguous, not narrowly tailored on the basis that the phrase "related to" is vague, overbroad, undue burden, irrelevant.                                          |
| 171     | Date when Apple will make available the samples it has agreed to produce.                                                                                                                                                                                                     |
| 174     | Apple objections: documents sought not described with reasonable particularity, irrelevant, overbroad, undue burden.                                                                                                                                                          |
| 177     | Apple objections: ambiguous, overbroad, irrelevant.                                                                                                                                                                                                                           |
| 180     | *See* Request No. 159, *supra*.                                                                                                                                                                                                                                               |
| 183     | *See* Request No. 159, *supra*.  Vagueness of terms "relevant test reports" and "similar organizations" in Apple's agreement to produce.                                                                                                                                      |

| 187 | *See* Request No. 159, *supra.* |
|---|---|
| 189 | Date when Apple will make available the exemplars it has agreed to produce. |
| 192 | Apple objection: irrelevant. |
| 193-194 | *See* Request No. 159, *supra.* |
| 195-196 | Apple objection: irrelevant; improper refusal to produce. |
| 198 | Apple objection: irrelevant; improper refusal to produce.. |
| 199 | Apple objection: irrelevant. |
| 200-206, 211-215, 219-236 | Apple objections: overly broad, irrelevant; improper refusal to produce. |
| 207-210 | *See* Request No. 159, *supra.* |
| 216 | *See* Request No. 159, *supra.* Additionally, Apple objections: definition of "relating to, vague, potentially overbroad, does not describe the documents sought with reasonable particularity. |

**Apple's Objections and Responses to Samsung's Fourth Set of RFPs**:

| RFP No. | Issues |
|---|---|
| 237-255 | Apple's improper limit on scope of production; Apple's demand that Samsung generate a list of responsive documents. |
| 256-258 | Apple's improper limit on scope of production. |

**Apple's Objections and Responses to Samsung's Fifth Set RFPs**:

| RFP No. | Issues |
|---|---|
| 260-261 | Apple's improper limit on scope of production; Apple's objections: not reasonably calculated to lead to the discovery of admissible evidence, overbroad, unduly burdensome, implication of privacy issues, premature. |

**Apple's Search Terms**

The issues upon which Samsung intends to confer regarding Apple's search terms are set forth in

5

the parties' letters on this subject dated August 23, 2012, September 14, 2012, October 9, 2012, October 12, 2012 and October 30, 2012. Notably, the issues raised in those letters are not exhaustive. As Samsung noted in its letters regarding Apple's search terms and, as it notes again here, neither this letter nor Samsung's prior correspondence regarding Apple's search terms is intended to cover all of Samsung's issues with Apple's search terms.

Very truly yours,

Michael L. Fazio