# EXHIBIT K

quinn emanuel  trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3227

WRITER'S INTERNET ADDRESS
michaelfazio@quinnemanuel.com

March 12, 2013

**Via Electronic Mail**

Josh A. Krevitt
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304

Re:   Apple Inc. v. Samsung Elecs. Co., Ltd., Case No. 12-cv-0630 LHK (PSG)

Dear Counsel:

I write to respond to Apple's letter dated March 8, 2013 regarding the parties' discovery relating to certain financial information. Samsung does not agree to Apple's proposal of a mutual withdrawal of Samsung RFP No. 199 and Apple RFP No. 232. Indeed, under Apple's proposal, Samsung would still be required to produce documents in response to Apple RFP No. 232 – such as PUMI reports (albeit in redacted format) – merely because those pricing documents were the subject of additional Apple RFPs. Accordingly, please confirm that Apple will produce all documents responsive to Samsung RFP No. 199. The reasons why these documents are discoverable are amply set forth in prior correspondence and need not be repeated here. *See, e.g.*, Letter from Fazio to Lyon dated February 12, 2013. If Apple does not agree, Samsung considers the parties to be at an impasse on this issue.

With respect to Apple's counter-proposal regarding mutual non-production of certain types of documents, in its March 8th letter Apple agrees to forgo production of cost component invoices (in addition to documents relating to number and reasons for returns), but not bills of materials. It is unclear to Samsung whether there is a difference between cost component invoices and bills of materials. Accordingly, please provide the bates number of a bill of materials produced in the 1846 action so that the parties may be certain they are referring to the same type of document.

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

Additionally, Apple does not agree to Samsung's proposed date of May 1, 2013 to mutually exchange certain financial documents and proposes April 1, 2013, stating that "[i]f Samsung will not agree to this proposal, Apple will ask the Court to order the same." Samsung notes that expert discovery in this case does not close until August 30, 2013 and, indeed, the initial expert report deadline is July 26, 2013. It, therefore, remains unclear to Samsung why Apple is unable to agree to a May 1 exchange date.

Samsung notes that the parties have been able to largely agree upon the scope of production of financial documents thus far, and this issue appears to be one related solely to timing. Samsung hopes that the parties may work this issue out between themselves without the need to burden the Court. Samsung is amenable to continuing to discuss dates for exchange of financial information and, indeed, the parties have an in-person meet and confer scheduled for March 21. Samsung is also amenable to continuing the discussion telephonically before then.

Very truly yours,

Michael L. Fazio