UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-0630-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL DOCUMENTS RELATING TO PRICING OF APPLE PRODUCTS** |

        Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Compel Production of Documents Relating to Pricing of Apple Products ("Motion to Compel").

        Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Motion to Compel.   Accordingly, for good cause shown, the Court hereby ORDERS Apple to produce, no later than May 1, 2013, all documents relating to the pricing of the Apple products accused of infringing Samsung's patent-in-suit, including documents containing information regarding the

1  process by which Apple arrives at the final price of such products, as described by Samsung's
2  Request For Production No. 199.
3
4  **IT IS SO ORDERED.**
5
6  DATED:   April ___, 2013
7
8
   　　　　　　　　　　　　　　　　　　　　　　　_____
9  　　　　　　　　　　　　　　　　　　　　　　　Honorable Paul S. Grewal
   　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

02198.5198

-2-   Case No. 12-CV-0630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO PRICING OF APPLE PRODUCTS