| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Counterclaim-Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>  Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTION TO SEAL ITS MOTION TO COMPEL PRODUCTION OF ITUNES AND ISYNC SOURCE CODE, PRINTOUTS, AND RELEASE INFORMATION** |

I, Cyndi Wheeler, declare and state as follows:

1. I am an attorney at Apple Inc. ("Apple").  Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in support of Samsung's Administrative Motion to File Documents under Seal (Samsung's Motion to Compel Production of iTunes and iSync Source Code, Printouts, and Release Information), D.I. 395, to confirm that certain documents and information contained in Samsung's Motion to Compel Production of iTunes and iSync Source Code, Printouts, and Release Information ("Motion to Compel"), and supporting Exhibits, are confidential and sealable.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. The requested relief is necessarily and narrowly tailored to protect the confidentiality of the information contained in the following documents and exhibits attached therewith.

3. As part of my role at Apple, I am familiar with the development of Apple's source code and Apple's efforts to ensure that its source code is not disclosed outside of a select group of individuals at Apple.  I understand that Apple's source code is provided with the highest level of protection and security within Apple.  With very few exceptions (such as the very limited portions of iOS code made available as open source code), Apple's source code is not publicly available.

4. Physical access to Apple's iTunes, iSync, and SyncServices source code is limited to select groups of authorized Apple employees, with access being provided only to portions of source code on a need-to-know basis.  Access is limited to employees directly involved in software development, management, and security.  The employees with such access must be approved by management as authorized employees; their accounts must be specifically granted access.

5. iTunes, iSync, and SyncServices source code is provided the highest level of protection and security within Apple because it is not public information and it controls how certain of Apple's software and devices operate.  Apple has invested millions of dollars in conjunction with

the development of this source code.  This source code is extremely valuable.  In part, this value exists because Apple's source code is unique to Apple.

6. To preserve this uniqueness, Apple does not share its source code with others or make it available to the public.  Accordingly, disclosure of information relating to Apple's source code, including source code file names, structure, and function of such source code, would cause Apple significant competitive harm.  If this information were to enter the public record, Apple's competitors could utilize such information to copy Apple's extremely valuable source code.  The ability to copy Apple's source code would give its competitors an unfair competitive advantage, to the significant detriment of the investment that Apple has made in developing its source code and particularly the specific source code at issue here.

7. Any dissemination of source code outside the tight controls maintained within Apple's or its counsel's facilities poses the risk of unauthorized disclosure and great injury to Apple.  In fact, even in cases such as this one in which source code must be produced (under the strict guidelines of the additional protections and provisions for source code set forth in the Protective Order), Apple does not permit its own experts to have electronic or hard copies of this source code during litigation.

8. Apple's restrictions on access to its source code by third parties and its employees are especially necessary because the electronic nature of source code renders the code easily copied.

9. Information about the structure and operation of Apple's source code, including information that would identify such source code and its structure and operation, has been non-public, and its exposure would cause Apple to lose significant competitive advantage.

10. Samsung's Motion to Compel, as well as Exhibits 20, 32, and 35 to the Declaration of Michael Fazio in support of Samsung's Motion to Compel, each identify and specify the names, structure, and functions of certain source code files associated with iTunes, iSync, and SyncServices.

1  Apple considers this information about its source code files to be trade secrets.  Public disclosure of
2  this information would be extremely harmful to Apple for the reasons described above.

4      I declare under the penalty of perjury under the laws of the United States of America that the
5  forgoing is true and correct to the best of my knowledge.

6  Dated:  March 19, 2013                           By:____*/s/ Cyndi Wheeler*_____
7                                                  Cyndi Wheeler

## ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: March 19, 2013

                                         /s/ *H. Mark Lyon*
                                          H. Mark Lyon

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document and supporting exhibits were filed electronically in compliance with Local Rule 5-1, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with the Northern District of California Local Rules via the Court's ECF system.

Dated: March 19, 2013

                                         /s/ *H. Mark Lyon*
                                          H. Mark Lyon