| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA  94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE (pro hac vice) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, MA  02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 12-cv-00630-LHK (PSG) <br><br> **[PROPOSED] ORDER SEALING SAMSUNG'S MOTION TO COMPEL PRODUCTION OF ITUNES AND ISYNC SOURCE CODE, PRINTOUTS, AND RELEASE INFORMATION** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Counterclaim-Defendant. | |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendants and Counterclaim-Plaintiffs Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed Samsung's Administrative Motion to File Documents under Seal (Samsung's Motion to Compel Production of iTunes and iSync Source Code, Printouts, and Release Information), D.I. 395 (the "Motion to Compel").  Pursuant to Civil L.R. 79-5(d), Samsung moved to seal the Motion to Compel and supporting documents on the grounds that they contained information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and "CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" by Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") under the Protective Order applicable in this litigation.

Pursuant to Civil Local Rule 79-5(d), Apple has filed the declaration of Cyndi Wheeler regarding Samsung's Administrative Motion to File Documents under Seal (Samsung's Motion to Compel) (the "Wheeler Declaration").  Also filed by Apple are proposed redacted versions of the Motion to Compel and Exhibits 20, 32, and 35 to the Fazio Declaration in support of the Motion to Compel, of which only portions are sealable.  The Wheeler Declaration provides sufficient evidence that the information designated as confidential by Apple and contained within the Motion to Compel and Exhibits 20, 32, and 35 to the Fazio Declaration in support of the Motion to Compel are "privileged or protectable as trade secret otherwise entitled to protection under the law," and thus sealable.  Civil L.R. 79-5(a).  By filing of the Wheeler Declaration, Apple thus has filed the declaration required under Civil L.R. 79-5 and General Order No. 62, which provides evidence of good cause for this Court to permit filing under seal.

Having considered the motion and declaration cited therein, and finding good cause therefore, the Court hereby GRANTS Samsung's motion to file under seal.  Accordingly, IT IS HEREBY ORDERED that the confidential, unredacted versions of Samsung's Motion to Compel Production of iTunes and iSync Source Code, Printouts, and Release Information and supporting Exhibits 20, 32, and 35 to the Fazio Declaration in support of the Motion to Compel Production of iTunes and iSync Source Code, Printouts, and Release Information shall be filed under seal.  The Court further

1  ORDERS that the proposed redacted versions of these documents filed by Apple shall remain the
2  publicly-available versions filed on ECF.
3      **IT IS SO ORDERED.**
4
5  Dated: _____, 2013      By: _____
                                                                                     HONORABLE PAUL S. GREWAL
6                                                                                        UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28