# EXHIBIT 20

quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3263

WRITER'S INTERNET ADDRESS
amarthakur@quinnemanuel.com

February 6, 2013

Joshua Furman
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

Re:   Apple Inc. v. Samsung Elecs. Co., Ltd., et al., Case No. 12-cv-00630 (N.D. Cal.)

Dear Joshua:

I write in response to your February 1, 2013 letter and to follow up again on the ongoing deficiencies in Apple's production of iTunes, iSync, and Sync Services source code.

iTunes Source Code

First, regarding iTunes source code, Samsung reiterates its request that Apple produce all source code for all versions of iTunes released prior to January 2007.  Regarding your assertion that some but not all iTunes source code is not relevant to any claim or defense in this litigation, is Apple stipulating that iTunes anticipates the limitations of independent claims 1, 11, 21, 23, 27, and 31 of U.S. Patent No. 7,761,414?  If Apple will make this stipulation in writing, then Samsung agrees that production of all iTunes source code may not be necessary.  If, however, Apple will not agree to so stipulate, then Samsung will obviously need to inspect all iTunes source code in order to support its contention that iTunes – including the implementation of the user interface and synchronization functionality in all versions of iTunes released prior to January 2007 – anticipates the limitations of independent claims 1, 11, 21, 23, 27, and 31.

Moreover, as noted in previous correspondence, as recently as November Apple conceded the relevance of this source code and in fact requested to Samsung that Mr. Freedman's deposition

quinn emanuel urquhart & sullivan, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000  FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000  FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000  FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000  FAX +49 40 89728 7100

01980.52084/5157844.2

be postponed expressly to provide Apple with time to locate and produce the iTunes source code in advance of his deposition. (*see, e.g.*, my January 14, 2013 letter). It is therefore inconsistent for Apple to suddenly argue this code is not relevant, and suggests that Apple's new position is nothing more than an attempt to obstruct discovery into invalidating prior art.

Also, to be clear, the relevant iTunes UI source code is not limited to version 6.0.1. Rather, Apple must produce the source code for all current and historical versions of iTunes. Please provide a date certain by which Apple will complete this production, which should have been provided months ago.

iSync Source Code

Second, regarding iSync source code, thank you for confirming that Apple has produced the six header files identified in my January 11, 2013 letter. Please also confirm that Apple has produced the ███████████ which was also requested in that letter. Please also confirm that Apple has produced any other code utilized by the ███████████ hierarchies, requested in the same letter. Finally, please confirm that Apple has produced all code for all versions of iSync, including source code for versions of iSync that, according to Mr. Freedman, he was familiar with and helped develop between 2001 and 2003 (*see* my January 23, 2013 letter).

Also, as previously requested in my January 16 and January 23, 2013 letters, please identify the iSync commercial release version that corresponds with each internal version number.

Sync Services Source Code

Third, regarding Sync Services source code, your letter did not address the deficiencies in Apple's production of this highly relevant prior art, which extended and incorporated iSync functionality. As requested in my January 23, 2013 letter, please produce immediately all source code for all versions of Sync Services. Also, please confirm that Apple has produced any other code utilized by the ███████████ hierarchies, as requested in my January 11, 2013 letter.

Mr. Freedman's Continued Deposition

Contrary to your characterization, Samsung did not complain that Apple had provided "too much code" on January 16, but rather that Apple did not provide the code sufficiently in advance of Mr. Freedman's deposition to allow Samsung a meaningful review. As you admit, Apple produced 1.5 million source code files on the day before Mr. Freedman's deposition. This was unreasonable and would require a continuation of Mr. Freedman's deposition even if that production had been complete (which it was not).

Please provide all outstanding code no later than February 15, 2013. Once all requested source code has been produced, please also be prepared to offer dates for Mr. Freedman's continued deposition that permit Samsung a reasonable amount of time for review.

Notifications of Source Code Computer Updates

2

Finally, we agree that both parties will provide notice whenever new source code is installed on any inspection computer.

Very truly yours,

*Amar L. Thakur*

Amar L. Thakur