# EXHIBIT 32

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL: (213) 443-3000  FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3263**

WRITER'S INTERNET ADDRESS
**amarthakur@quinnemanuel.com**

January 11, 2013

**Via E-Mail**

Josh Krevitt                        Jennifer Rho
Gibson Dunn & Crutcher, LLP         Gibson Dunn & Crutcher, LLP
1881 Page Mill Road                 333 South Grand Avenue
Palo Alto, CA 94304-1211            Los Angeles, CA 90071-3197

Re:     Apple Inc. v. Samsung Elecs. Co., Ltd., et al., Case No. 12-cv-00630 (N.D. Cal.)

Dear Counsel:

I write regarding Samsung's ongoing review of source code made available for inspection at
your Palo Alto office.  It appears there are yet more deficiencies in Apple's production, this time
relating to iSync source code.  As Apple is aware, Exhibit D-10 to Samsung's invalidity
contentions addresses version 1.4 of the iSync software.  This version implements source code
from the following folders on your review computers:

  /Volumes/Source/Additional_Samsung630_Off_20121221/802-
  Samsung630_███████████████████

  /Volumes/Source/Additional_Samsung630_Off_20121221/802-
  Samsung630_███████████████████

The source code in these folders includes a file called ██████████████  which imports the

**quinn emanuel urquhart & sullivan, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000  FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600  FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000  FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000  FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000  FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000  FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000  FAX +49 40 89728 7100

following files:



Based on our review, Apple has not produced any of these ███████ files.  Furthermore, the code in the ██████████████ file invokes a routine called ████████ which Apple has also failed to produce.

All of the missing source code relates directly to Samsung's invalidity contentions and falls squarely within Samsung's discovery requests.  Accordingly, Apple should immediately produce the requested code, as well as any other code utilized by the ████████████████████ hierarchies.  Apple's failure to produce this code is prejudicing Samsung's development of its invalidity defenses, as well as its preparation for Mr. Freedman's January 16 deposition.  Accordingly, Samsung reserves the right to hold open Mr. Freedman's deposition, and to seek any additional relief from the court relating to Apple's failure to produce this highly relevant material.  Samsung also reserves the right to use printouts of the requested source code (or any other late-produced source code) at Mr. Freedman's deposition.

Very truly yours,

Amar L. Thakur

2