# EXHIBIT 35

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL: (213) 443-3000  FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3263**

WRITER'S INTERNET ADDRESS
amarthakur@quinnemanuel.com

March 8, 2013

Michael A. Valek
Gibson Dunn & Crutcher, LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

Re:   Apple Inc. v. Samsung Elecs. Co., Ltd., et al., Case No. 12-cv-00630 (N.D. Cal.)

Dear Counsel:

I write regarding deficiencies in Apple's production of iSync and SyncServices source code.  At the lead counsel meet and confer on February 15-16, and again in correspondence dated March 1, Apple represented that it had produced the iSync and SyncServices source code it could locate after a reasonably diligent search, but said it was willing to supplement if Samsung identified specific code that was missing.  However, Apple's refusal to provide necessary discovery prevents Samsung from making this determination.  The parties are at an impasse on the following issues.

iSync Source Code

 Apple must produce source code corresponding to all versions of iSync, which includes at least versions 1.0, 1.1, 1.2.1, 1.3, 1.4, 1.5, 2.0, 2.1, 2.1.1, 2.2, 2.3, 2.4, 3.0, 3.0.2, and 3.1.  Because Apple has refused to identify which commercial release of iSync corresponds with each internal version number (*see* Thakur to Valek, February 22, 2013), Samsung cannot determine what source code is missing from Apple's iSync production.

Further, as you know, multiple versions of iSync use SyncServices, and so various versions of SyncServices comprise part of the relevant functionality of many iSync versions.  Yet Apple has

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000  FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600  FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000  FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000  FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000  FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000  FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany  | TEL +49 40 89728 7000  FAX +49 40 89728 7100

not produced documents that identify which SyncServices versions are used by which iSync versions. Without documents sufficient to identify which iSync release corresponds to which folder of source code on Apple's computer, and documents sufficient to identify the corresponding versions of SyncServices utilized by each iSync release, Samsung cannot determine whether Apple's iSync source code production is complete.

SyncServices Source Code

SyncServices, the extension of Apple's iSync software, was incorporated directly into Apple's Mac OS software products. (Freedman Depo., January 16, 2013, at 23:16-22.) Apple has not produced any documents identifying the complete version history of SyncServices. Because Apple refuses to produce documents sufficient to show the complete version history of SyncServices, as well as documents sufficient to identify which internal version numbers correspond with which release version numbers, Samsung is unable to determine what source code is missing from Apple's production.

Based on our review, iSync version 1.x utilizes ▓▓▓▓ source code. Apple has produced three subdirectories of ▓▓▓▓ code:

However, there are at least six released versions of iSync 1.x. Samsung has no way to know which folder on Apple's source code review computer corresponds to which version of iSync, or to determine which subdirectory of ▓▓▓▓ source code was utilized by any particular version of iSync corresponding to any one of these folders of source code. Because Apple refuses to identify the folders of iSync and Sync Services source code it is making available, Samsung has no way to correlate iSync or Sync Services code to ▓▓▓▓ source code, and Samsung cannot complete its invalidity investigation – or even determine whether Apple's production is complete.

Very truly yours,

*Amar L. Thakur*

Amar L. Thakur

2