# EXHIBIT B

**TO Supplemental Declaration of Emily L. Fedman in Support of Apple's Motion to Compel Discovery from Google**

**FILED UNDER SEAL**

| | |
|---|---|
| **From:** | Furman, Joshua |
| **Sent:** | Thursday, May 03, 2012 4:22 PM |
| **To:** | Heather Martin |
| **Cc:** | Quinn-Google-N.D.Cal.-00630; Lyon, Mark; Lo, Jason C.; Rho, Jennifer J.; Fedman, Emily L. |
| **Subject:** | HIGHLY CONFIDENTIAL - Source code access to Google source code |

HIGHLY CONFIDENTIAL – MAY CONTAIN HIGHLY CONFIDENTIAL THIRD-PARTY GOOGLE INFORMATION

Heather,

Google and Quinn's continued obstruction of the review of Google's source code is unproductive and seriously prejudicial to Apple.  Abdul Sowayan attempted to gain access to the source code computer at 9 AM Pacific Time on May 3, 2012.  A receptionist, seemingly acting on information from Matt Warren, turned him away and told he was not expected.  After some discussion about his purpose for being there he was told to wait.  Despite our repeated attempts to contact you and inform you that Abdul would be arriving at 9 AM,  the only person with authority to let him into the source code room did not arrive at your office until after 10 AM.  When that person finally arrived he told Abdul again to wait as the source code computer was not fully set up.  Abdul was finally given access to the computer around 11:30 AM.

It appears that there are four copies of the Android source code on the computer in four directories:  ICL53F; IMM76D; ITL41D; and ITL41F.  There is no indication regarding which version of Android each of those directories corresponds to or which versions represent code actually on the Galaxy Nexus.  It also appears that the publicly available Android source has not been installed.  As you are well aware, one issue in the current litigation is the differences, if any, between the public and "private" versions of the Android code particularly in relation to the accused features.  Given the restrictions on bringing electronic devices into the source code room, the restrictions on printing and the final production of the source in only hard copy, doing such a comparison between public and private is almost impossible without the two versions installed on the same computer in the source code room.

Further, despite our repeated requests (including a request by Abdul and a refusal today), almost none of the requested software has been installed on the source code computer.  This includes Cygwin and software to compare and run a diff or redline between files.  Abdul has informed us that Quinn should be familiar with these free and freely available software packages as they have been installed on other source code computers he has inspected in the same office.

Please have the public version of the Android source code and the requested tools installed on the source code computer immediately.  Further, please provide a description of the contents of each directory of source code on the source code computer (including the publicly available source code) including the Android version number it corresponds to and when (if applicable) it was made available on a Samsung Galaxy Nexus.

Regards,
Josh

**Joshua R. Furman**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2461 • Fax +1 212.351.5261
JFurman@gibsondunn.com • www.gibsondunn.com