# EXHIBIT 3



# SAMSUNG Q4 '11

# DEEP DIVE

Provided by Hall and Partners

| Owner | Tim Benner |
|---|---|
| Document Revision | VFinal |
| Effective Date | February 14, 2012 |
| Retention | 5 yrs |
| Security Policy | Confidential |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380801

Hall & Partners

SAMSUNG

# H&P'S SAMPLE SPECIFICATIONS

## *Mobile*

| | |
|---|---|
| **Methodology** | • Online 25 minute survey |
| **Sample size** | • n=150 per week |
| **Screening criteria** | • Age 18-60<br>• No Industry affiliation<br>• Must intend to purchase a mobile phone in the next 6 months *or* have purchased a mobile phone in the past 6 months |

## *Tablet*

| | |
|---|---|
| **Methodology** | • Online 15 minute survey |
| **Sample size** | • n=75 per week |
| **Screening criteria** | • Age 18-60<br>• No Industry affiliation<br>• Must either currently own a tablet computer *or* be somewhat/very interested in purchasing one in the future |

2012.02.14 - TOP SECRET

2

# NI METHODOLOGY

## Audience Definitions

Audiences are defined by identifying sites that exhibit strong contextual relationships and/or are visited by users with shared affinities. This set of sites consists of locations that most effectively capture the audience engaging around topics within a specified domain. Defining an audience allows Networked Insights to reduce the noise prevalent in social media, including spam and duplicate data, allowing for identification of true insights. Where Twitter data is selected based on users' influence, Networked Insights utilizes  KLOUT   Scores as a factor in defining audiences.

## Conversation Metric

Keywords and phrases are used to categorize topics and themes that appear in social media conversations on blogs, forums, microblogs and social networking sites. Categories are identified by Networked Insights' proprietary Topic Discovery Engine (TDE) in conjunction with analysis from our social media analytics team.  Once individual topics have been isolated, TDE is used to discover sub-themes, and various metrics (post volume, impressions, sentiment, etc.) are provided as needed for each topic.

## Impressions

Impressions are a calculation of the number of social mentions of a product/brand that visitors to social networking sites, forums, blogs and microblogs were exposed to.  Impressions provide an estimation of how social media are consumed, are a way to account for the vast majority of social media users who do not actually create posts, and enable us to look beyond post counts to gain a better understanding of how much social reach a topic truly has.  Impressions are a passive measurement tool and do not necessarily demonstrate engagement.   As with other basic metrics, it is important to layer thematic insights upon impressions in order to understand what drives the conversation and what actions are required.

## Sentiment

Keywords are used to describe brands and products. Each keyword is defined by Boolean-search strings tuned to accurately capture volume of conversation. Ratings of positive, negative and neutral are assigned to a random sample of posts in order to gauge the sentiment for a given keyword.

## Topic Discovery

A mathematical approach is used to understand what themes drive engagement. Advanced clustering technology extracts the key sub-themes expressed in the content related to a keyword. A qualitative analysis is included to expose what is really driving the engagement and how different sub-themes interconnect.

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380803

4

# Agenda

1. Where is Samsung positioned within the mobile category?

2. What impact does the Galaxy brand have on Samsung?

3. How does "Next Big Thing" perform in market?

4. How does "Next Big Thing" impact the brand?

5. How does O.S. association impact Samsung?

6. Is Apple going mass and what does it mean for Samsung?

7. How does "Banter" and "Fashion Advice" perform in market?

8. Where does Samsung sit in the tablet category?

2012.02.14 - TOP SECRET

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380804

5

# EXECUTIVE SUMMARY

## STRENGTHS

❖ Current brand momentum from…

  ❖ The Galaxy Line

  ❖ The "Next Big Thing" campaign – highly ownable and providing direct competition with Apple

## WEAKNESSES

❖ Samsung's presence in the tablet category

❖ Narrow resonance/impact of Flash Focus campaign

## OPPORTUNITIES

❖ Driving greater association with Android OS

❖ Focusing on Verizon and T-Mobile to win as much share as possible from current LG/Moto/RIM owners (before it bleeds to Apple instead)

## THREATS

❖ Growing presence of Apple and HTC at Sprint

❖ Apple's continued growth (and longer term, next product launch)

2012.02.14 - TOP SECRET

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380805

# RECOMMENDATIONS

❖ *Continue capitalizing on the strength and momentum that the Galaxy line is providing via both consistent and relatable creative, as well as potentially spreading the Galaxy line across adjacent Samsung categories*

- Nearly three quarters of consumers are aware of the Galaxy line with over half of those aware linking back to Samsung.
- Galaxy is driving online buzz for Samsung with average positive sentiment above that of the iPhone 4s.
- Galaxy is having a clear impact on brand perceptions as those aware have a much stronger image of Samsung, as well as greater interest in purchasing.

❖ *Continue putting pressure directly on Apple by clearly communicating what makes the Galaxy different (and therefore better)*

- At present, Apple's more mainstream presence appears a vulnerability that Samsung can continue working to take advantage of.
- This is critical right now because though Samsung is making gains, Apple continues to build as well and the competitive set within mobile is looking to be more and more of a two-horse race.

2012.02.14 - TOP SECRET

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380806

# RECOMMENDATIONS

❖ *Continue delivering creative that is consistent (for branding) and relatable (for resonance) as opposed to highly salient creative that breaks through, but is difficult to tie back to the brand and limited in message impact (e.g. GSI, Behold II).*

- NBT was well recognized and strongly attributed back to Samsung, yielding superior efficiency of spend despite the creative registering modest stand out.
- NBT appears to have driven meaningful online conversation that evolved over time (from "Samsung bashing Apple" to "Are Samsung or Apple phones better?").
- The execution was more believable and relatable than past Samsung TV ads and product focused.
- As a result, NBT recognizers have a much more positive impression of Samsung and greater interest in the brand.

❖ *Look for ways to better incorporate the Tab into overall Galaxy communications*

- Samsung proves present in the category, however Apple is still the overwhelming leader. Over half of consumers consider Apple their most preferred tablet brand with three quarters interested in purchase.
- Samsung has separated itself from all other competitors but are not yet competitive with Apple. Is there a way to leverage mobile equities to pull up the Tab?

2012.02.14 - TOP SECRET

# RECOMMENDATIONS

❖ *Consider increasing efforts at Verizon and T-Mobile in order to compete directly with Apple for share that neither brand yet has*

- While Apple has a clear hold at AT&T right now, there is still ample opportunity to pull share away from vulnerable competitors like LG, Motorola and RIM at these two providers.

❖ *While focusing directly on Apple, don't lose sight of HTC's progress at Sprint*

- Apple and HTC have both made preference gains at Sprint while Samsung declines (historically Sprint has been a Samsung stronghold).
- With the iPhone now offered at Sprint and HTC providing a formidable competitor in the Android space, Samsung's base is in jeopardy.

2012.02.14 - TOP SECRET

8

# RECOMMENDATIONS

❖ *Look for ways to better leverage the Android connection as it appears to be a clear and meaningful differentiator*

- Currently Samsung is considered the leader and most recommended OEM in Android O.S., however HTC is not far behind and in Q4 online Samsung-Android conversations doubled.

- Samsung equities show a significant lift among those who consider Samsung the leader in Android O.S. indicating the potential for Android to positively impact the brand.

❖ *Consider the cost/benefit of putting significant support behind WP initiatives at this time*

- While there is a market for WP, it is currently somewhat narrow, and therefore, not likely to be a compelling draw for prospects.

- At present, association of Samsung and WP does not provide any lift in brand perceptions or interest.

- However worth noting, Windows Phone OS has started to surface in online conversations which historically were predominately Apple vs Android.

2012.02.14 - TOP SECRET

9

Highly Confidential - Attorneys' Eyes Only

SAMSUNG

10

2012.02.14 - TOP SECRET

# WHERE IS SAMSUNG POSITIONED WITHIN THE MOBILE CATEGORY?

*SECTION ONE*

Highly Confidential - Attorneys' Eyes Only          SAMNDCA00380810



OVER TIME APPLE AND SAMSUNG HAVE BECOME THE MOST TOP OF MIND, PREFERRED BRANDS IN THE CATEGORY; SAMSUNG RETAINS THE GREATEST SHARE

Hall & Partners

**Category History (UAT3 & MPSA)**
Among total

The most present and preferred brands

The least present and preferred brands

MPSA

UAT3

Samsung
LG
Moto
RIM
Apple
HTC

Size of bubble represents total US mobile market share

2012.02.14 - TOP SECRET

SAMSUNG

11

# SAMSUNG & APPLE ARE THE ONLY BRANDS TO INCREASE VISIBILITY IN Q4 AS OTHER OEMS REMAIN STAGNANT OR IN DECLINE

**Unaided Brand Awareness – Top 3 Mentions**
Among total



Please type below any brands of mobile phones that you can think of

*Position in the category:*
T: 1st 1st 1st 2nd 2nd 2nd
1st

SAMSUNG   CQGR 2.8%
LG   CQGR <2.3%>
MOTOROLA   CQGR <2.0%>
RIM   CQGR <4.7%>
Apple   CQGR 5.6%
HTC   CQGR 27.0%

Base   Q1 '10 (1650); Q2 '10 (1950); Q3 '10 (1950) Q4 '10 (1950) Q1 '11 (1950) Q2 '11 (1950) Q3 '11 (1950) Q4 '11 (1950)
NOTE: CQGR = Compound Quarterly Growth Rate

\* **Throughout the report Q1 '10 using full sample only (starting 01/11/10 to 3/28/10)**
T=Tied
2012.02.14 - TOP SECRET

Hall & Partners

SAMSUNG

12

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA00380812

# SAMSUNG ALSO INCREASES SMARTPHONE MANUFACTURING AWARENESS WITH ONLY APPLE AND RIM AHEAD OF THE BRAND

**Smartphone Awareness**
Among total

To your knowledge, which of the following mobile phone manufacturers make smartphones?



Base:    Q2 '11 (1950); Q3 '11 (1950); Q4 '11 (1950)
A/B/C: Statistically significant @ 95% confidence level

2012.02.14 - TOP SECRET

13

Highly Confidential - Attorneys' Eyes Only

# IN ADDITION SAMSUNG MAKES STRIDES IN PREFERENCE, CEMENTING ITS POSITION AS THE SECOND MOST PREFERRED BRAND IN THE CATEGORY BEHIND APPLE



**MPSA**
Among total

Among all the mobile phone brands that you are aware of, which brand do you prefer the most?

Position in the category:
4th 4th 4th 3rd 2nd 2nd 2nd

CQGR 4.4%

CQGR <3.8%>

CQGR <5.2%>

CQGR <9.0%>

CQGR 6.2%

CQGR 22.1%

Base      Q1 '10 (1650); Q2 '10 (1950) Q3 '10 (1950) Q4 '10 (1950) Q1 '11 (1950) Q2 '11 (1950) Q3 '11 (1949) Q4'11 (1949)
NOTE: CQGR = Compound Quarterly Growth Rate

\* **Throughout the report Q1 '10 using full sample only (starting 01/11/10 to 3/28/10)**
T=Tied
2012.02.14 - TOP SECRET

14

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA00380814



LOOKING AT THE WSPS, BOTH SAMSUNG AND APPLE GROW PREFERENCE AT VERIZON WITH SAMSUNG LOSING GROUND AT AT&T; APPLE AND HTC ALSO MAKE GAINS AT SPRINT

MPSA
Among WSP

Hall & Partners

SAMSUNG

15

2012.02.14 - TOP SECRET

— Samsung   — LG   — Apple   — HTC   '13 week rolling totals



Highly Confidential - Attorneys' Eyes Only          SAMNDCA00380816

**SAMSUNG**

## ALSO IN Q4, SAMSUNG HAS MADE GREAT STRIDES MOVING THE BRAND TOWARDS INNOVATION AND TECHNICAL PROWESS

Hall ℰ Partners

### Samsung Personality
Among aware and asked

Below is a list of different statements that other people have made about brands of mobile phones. As you read the list, select all statements that you feel describe each of the mobile phone brands.

| Samsung Personality | Q1 '10 | Q2 '10 | Q3 '10 | Q4 '10 | Q1 '11 | Q2 '11 | Q3 '11 | Q4 '11 |
|---|---|---|---|---|---|---|---|---|
| | % | % | % | % | % | % | % | % |
| Functional | 48 | 46 | 49 | 49 | 49 | 48 | 49 | 49 |
| Reliable | 42 | 38 | 42 | 43 | 43 | 42 | 40 | 43 |
| Trustworthy | 37 | 36 | 38 | 38 | 40 | 38 | 37 | 39 |
| Stylish | 33 | 32 | 30 | 33 | 33 | 33 | 33 | 37 |
| High-performing | 27 | 28 | 28 | 28 | 32 | 31 | 31 | 34 |
| Intelligent | 26 | 25 | 26 | 26 | 29 | 29 | 29 | 32 |
| Innovative | 25 | 23 | 22 | 24 | 26 | 27 | 27 | 31 |
| Inviting | 25 | 24 | 26 | 25 | 26 | 26 | 25 | 29 |
| Imaginative | 22 | 21 | 20 | 21 | 24 | 23 | 25 | 28 |
| Optimistic | 24 | 23 | 23 | 23 | 26 | 23 | 24 | 26 |
| Authentic/Unique | 22 | 20 | 20 | 18 | 21 | 20 | 21 | 25 |
| Young | 21 | 19 | 20 | 19 | 21 | 22 | 21 | 24 |
| Caring | 23 | 21 | 25 | 23 | 25 | 23 | 23 | 24 |

Base   Q1 '10 (1638); Q2 '10 (1923); Q3 '10 (1925); Q4 '10 (1935); Q1 '11 (1937); Q2 '11 (1937); Q3 '11 (1935); Q4 '11 (1934);
Green/Red   Significantly higher/lower than Q4 '11 @95% confidence level

2012.02.14 - TOP SECRET

17

DESPITE GROWTH IN THESE AREAS, SAMSUNG IS STILL PRIMARILY VIEWED AS
FUNCTIONAL & RELIABLE WITH APPLE OWNING STYLE AND INNOVATION

**Category Personality**
Among aware and asked



MAP KEY

Shadow          Color
:Q1 '10         :Q4 '11

2012.02.14 - TOP SECRET

18

Highly Confidential - Attorneys' Eyes Only          SAMNDCA00380818

**SAMSUNG**

# IN LINE WITH PERSONALITY, SAMSUNG SHOWS SIGNIFICANT GROWTH ACROSS ALL IMAGERY METRICS IN Q4 (WITH THE EXCEPTION OF "MAKES EASY TO USE PRODUCTS")

Hall & Partners

**Samsung Imagery**
Among aware and asked

Below is a list of different statements that other people have made about brands of mobile phones. As you read the list, select all statements that you feel describe each of the mobile phone brands.

| Samsung Imagery | Q1'10 % | Q2'10 % | Q3'10 % | Q4'10 % | Q1'11 % | Q2'11 % | Q3'11 % | Q4'11 % |
|---|---|---|---|---|---|---|---|---|
| Is a brand I've been hearing a lot about lately | 21 | 18 | 19 | 21 | 24 | 24 | 24 | 29 |
| Offers phones that stretch the definition of what a phone is | 20 | 20 | 20 | 22 | 23 | 23 | 24 | 27 |
| On its way up and has a lot going for it | 26 | 26 | 26 | 26 | 28 | 28 | 29 | 32 |
| If this brand were a person, it would be someone I'd really like and would have a lot in common with | 22 | 21 | 22 | 23 | 24 | 25 | 24 | 28 |
| Is the most technologically advanced mobile phone brand of all | 13 | 13 | 13 | 14 | 15 | 15 | 16 | 19 |
| Enables me to bring my imagination to life | 18 | 17 | 17 | 18 | 19 | 20 | 20 | 24 |
| Is the best designed and most stylish mobile phone brand of all | 19 | 18 | 18 | 18 | 19 | 20 | 20 | 24 |
| I go out of my way to recommend this brand to others | 20 | 18 | 19 | 21 | 22 | 21 | 21 | 25 |
| Is a brand I am proud to own | 29 | 27 | 28 | 28 | 30 | 30 | 29 | 34 |
| Inspires my creativity | 18 | 17 | 17 | 18 | 18 | 18 | 19 | 23 |
| Makes phones that meet my expectations | 38 | 37 | 39 | 39 | 40 | 38 | 37 | 43 |
| This mobile phone brand is well ahead of the rest | 18 | 15 | 15 | 18 | 17 | 18 | 18 | 22 |
| Shares my passions | 19 | 20 | 19 | 20 | 21 | 21 | 19 | 23 |
| Makes products that are easy to use | 41 | 38 | 39 | 42 | 41 | 41 | 39 | 42 |

Base    Q1 '10 (1638); Q2 '10 (1923); Q3 '10 (1925); Q4 '10 (1935); Q1 '11 (1937); Q2 '11 (1937); Q3 '11 (1935); Q4 '11 (1934);
Green/Red  Significantly higher/lower than Q4 '11 @95% confidence level

2012.02.14 - TOP SECRET

19

SAMSUNG

# SAMSUNG MOVES TOWARDS INNOVATION AND STYLE, THOUGH TRAITS STILL PREDOMINATELY OWNED BY APPLE

Hall & Partners

## Category Imagery
Among aware and asked



**MAP KEY**

Shadow :Q1 '10     Color :Q4 '11

2012.02.14 - TOP SECRET

20

# A TREND FURTHER SUPPORTED IN THE ONLINE SPACE, AS SAMSUNG POSITIVE AND SPONTANEOUS ASSOCIATION WITH STYLE AND INNOVATION INCREASES IN Q4

**Online association attribute**
Among total



*Positive online mention of statement and brand*

*Innovation*

*Stylish*

Q3 '11
Q4 '11

*Analysis based on "consumer electronics" sample

2012.02.14 - TOP SECRET

21

Highly Confidential - Attorneys' Eyes Only          SAMNDCA00380821

**SAMSUNG**

22

2012.02.14 - TOP SECRET

# WHAT IMPACT DOES THE GALAXY BRAND HAVE ON SAMSUNG?

*SECTION TWO*

Highly Confidential - Attorneys' Eyes Only



THE GALAXY BRAND SHOWS TREMENDOUS GROWTH AS NEARLY THREE QUARTERS OF CONSUMERS ARE AWARE OF THE NAME WITH HALF ATTRIBUTING GALAXY TO SAMSUNG

**Galaxy Awareness**
Among total

Hall & Partners

- Aware of Galaxy S Only
- Aware of Galaxy Tab only
- Aware of both

| | Q1 '11 (A) | Q2 '11 (B) | Q3 '11 (C) | Q4 '11 (D) |
|---|---|---|---|---|
| Total | 45% | 49% | 61% | 68% |
| Aware of Galaxy S Only | 12% | 10% | 8% | 9% |
| Aware of Galaxy Tab only | 6% | 8% | 11% | 9% |
| Aware of both | 27% | 31% | 42% | 50% |

*Association of Galaxy S back to Samsung (among aware)*

| Q1 '11 (A) | Q2 '11 (B) | Q3 '11 (C) | Q4 '11 (D) |
|---|---|---|---|
| 35% | 38% | 45% | 53% |

Base:   Q1 '11 (1950); Q2 '11 (1950); Q3 '11 (1950); Q4 '11 (1950)
*A/B/C/D* Statistically significant @ 95% confidence level

2012.02.14 - TOP SECRET

23

SAMNDCA00380823

# CONVERSATIONS AROUND GALAXY REMAIN CONSISTENTLY POSITIVE, AS APPLE AND HTC FLUCTUATE

**Weekly product sentiment**
Among total



Nielsen buzz metrics

2012.02.14 - TOP SECRET

24

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380824

# THE GALAXY BRAND ALSO INCREASES SAMSUNG'S ONLINE PRESENCE IN Q4, AS OVER HALF OF SAMSUNG'S ONLINE CONVERSATIONS INCLUDE THE GALAXY NAME



**Online mentions Galaxy lift (mobile)**
Among total

■ Samsung Mobile mentions excluding Galaxy
■ Samsung Mobile mentions including Galaxy

*Analysis based on "consumer electronics" sample

300,000
250,000
200,000
150,000
100,000
50,000
0

Jul-11   Aug-11   Sep-11   Oct-11   Nov-11   Dec-11

SAMSUNG

25

2012.02.14 - TOP SECRET

NETWORKED INSIGHTS



# AS A RESULT, GALAXY HAS A NOTABLE BRAND IMPACT, WITH A STRONG CORRELATION BETWEEN GALAXY AWARENESS AND SAMSUNG IMAGERY

**Galaxy Awareness by Samsung Positive Imagery (Weekly numbers in 2011)**
Among total



*Dots represent weekly plot of Galaxy awareness by Samsung brand imagery*

*Correlation between variables r=.69*

**SAMSUNG**

26

2012.02.14 - TOP SECRET

Base:   52 Week (150 per week)

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA00380826

# MOREOVER, INTEREST IN PURCHASE INCREASES AMONG THOSE AWARE OF THE NAME

Hall & Partners

SAMSUNG

27

**Samsung Purchase Intent by Galaxy Awareness (Q4 '11)**
Among aware



Top 2 Box:

■ Definitely would buy
■ Probably would buy
■ Might or might not buy
■ Probably would not buy
■ Definitely would not buy

Not Aware of Galaxy Brand — 42%: 17%, 24%, 35%(B), 15%(B), 8%(B) (A)

Aware of Galaxy Brand — 56%A: 27%A, 29%A, 28%, 11%, 5% (B)

Base:   Not Aware of Galaxy Brand (595); Aware of Galaxy Brand (1339)
A/B Statistically significant @ 95% confidence level

2012.02.14 - TOP SECRET

Highly Confidential - Attorneys' Eyes Only          SAMNDCA00380827

# OUTSIDE OF MOBILE, GALAXY IS ASSOCIATED TO A DEGREE WITH OTHER SAMSUNG CATEGORIES; GIVING SOME LIFT TO TV AND COMPUTERS

**Online mentions Galaxy lift (other categories)**
Among total



- Samsung category mention excluding Galaxy
- Samsung category mention including Galaxy

*Analysis based on "consumer electronics" sample

2012.02.14 - TOP SECRET

SAMSUNG

28

Highly Confidential - Attorneys' Eyes Only



THE GALAXY NAME ALSO APPEARS TO POSITIVELY IMPACT THE MASTER BRAND, AS GLOBAL PREFERENCE IS STRONGER AMONG THOSE AWARE

Hall & Partners

**Samsung Global MPSA by Galaxy Awareness (Q4 '11)**
Among aware

SAMSUNG

29

**20.3% A**

**13.4%**

Aware of Galaxy Brand
**(B)**

Not Aware of Galaxy Brand
**(A)**

2012.02.14 - TOP SECRET

Base:   Total Not Aware of Galaxy Brand (605); Total Aware of Galaxy Brand (1344)
A/B   Statistically significant @95% confidence level

SAMNDCA00380829

SAMSUNG

30

2012.02.14 - TOP SECRET

# SECTION THREE

# HOW DOES "NEXT BIG THING" PERFORM IN MARKET?

# HOW TO READ CAMPAIGN REACH CHARTS

**Weekly ad recognition example**
Among total



A. *Highest weekly recognition score*
B. *Average recognition score*
C. *Lowest weekly recognition score*
D. *Campaign spend (TRPs)*
E. *All Samsung ads recognition average*

SAMSUNG

31

2012.02.14 - TOP SECRET

Highly Confidential - Attorneys' Eyes Only          SAMNDCA00380831



# RECOGNITION FOR "NEXT BIG THING" IS ABOVE AVERAGE EVEN THOUGH SUPPORT FOR THE EXECUTION FELL BELOW THAT OF "WIRED"

Hall & Partners

SAMSUNG

32

**Weekly ad recognition**
Among total

*Percent recognized*

TRPs

| | Next Big Thing TV (GSII) | The Way We're Wired TV (GSII) | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | Superhero TV (Behold II) | Apple Two iPhone | Apple Facetime |
|---|---|---|---|---|---|---|
| | 56% | 35% | 77% | 35% | 45% | 45% |
| | 26% | 20% | 47% | 15% | 35% | 34% |
| | | | | | NA | NA |

Base:   52 Week (150 per week)
* Execution unduplicated reach

2012.02.14 - TOP SECRET

TRPs: 2,000 / 1,800 / 1,600 / 1,400 / 1,200 / 1,000 / 800 / 600 / 400 / 200 / 0

Percent recognized: 90% / 80% / 70% / 60% / 50% / 40% / 30% / 20% / 10% / 0%



# THE AD IS MOST RECOGNIZED AMONG MALES AND T-MOBILE SUBSCRIBERS AND UNLIKE PAST CREATIVE, SPANS AGE RANGE

**SAMSUNG**

Hall & Partners

**Profile of Recognizers**
Among total



| | Next Big Thing TV (GSII) | The Way We're Wired TV (GSII) | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | Superhero TV (Behold II) | Apple Two iPhone | Apple Facetime |
|---|---|---|---|---|---|---|
| TOTAL RECOGNITION | 41% | 29% | 37% | 25% | 41% | 40% |
| YMC Target | 115 | 117 | 110 | 116 | 117 | 113 |
| Male | 117 | 110 | 109 | 108 | 110 | 103 |
| Female | 83 | 90 | 78 | 84 | 90 | 100 |
| 18-24 | 112 | 128 | 131 | 160 | 141 | 140 |
| 25-34 | 105 | 103 | 112 | 116 | 120 | 110 |
| 35-44 | 98 | 97 | 90 | 96 | 88 | 95 |
| 44+ | 95 | 83 | 68 | 56 | 76 | 80 |
| Verizon | 105 | 93 | 93 | 92 | 100 | 100 |
| AT&T | 105 | 93 | 96 | 92 | 100 | 115 |
| Sprint | 83 | 97 | 98 | 100 | 105 | 88 |
| T-Mobile | 122 | 134 | 106 | 112 | 110 | 108 |
| Smartphone Intenders | 105 | 103 | 105 | NA | 112 | 130 |

Green  Index greater than or equal to 115
Red  Index less than or equal to 85
* Execution average

2012.02.14 - TOP SECRET

33

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380833

# "NEXT BIG THING" ALSO HAS THE STRONGEST BRAND LINKAGE OF ANY SAMSUNG SPONSORED AD TO DATE, RIVALING APPLE'S RECENT EXECUTIONS

Hall & Partners

**Ad linkage**
Among recognizers



| | Next Big Thing TV (GSII) | The Way We're Wired TV (GSII) | Avatar / Epic / Dog Fight / Car Chase TV (GSI)* | Superhero TV (Behold II) | Apple Two Phones | Apple Face Time |
|---|---|---|---|---|---|---|
| | **(A)** | **(B)** | **(C)** | **(D)** | **(E)** | **(F)** |
| | 54% BCD | 21% | 15% | 11% | 67% A | 54% |
| **Ad Linkage** | % | % | % | % | % | % |
| Apple/iPhone | 6E | 14A | 9 | 4   Samsung | 2 | 5 |
| Don't Know | 27E | 44A | 36A | 53A   Don't Know | 20 | 24 |

Unaided attribution of the execution to Samsung*

Unaided attribution of the execution to Apple

Base:   Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436); Avatar/Epic/Dog Fight/Car Chase TV (GSI) (756); Superhero TV (Behold II) (237); Apple Two Phones (368); Apple Two Phones (237); Apple Face Time (510)

*Galaxy mentions included

A/B, A/C, A/D, A/E, A/F  Statistically significant @ 95% confidence level

* Execution average

2012.02.14 - TOP SECRET

SAMSUNG

34

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380834

# WITH STRONG REACH AND ATTRIBUTION, "NEXT BIG THING" DISPLAYS BETTER EFFICIENCY OF SPEND...

**Samsung effective recognition per TRP**
Among total



| | TRPs Per Effective Recognition Point | Average Effective Recognition | | Total TRPs |
|---|---|---|---|---|
| Next Big Thing TV (GSII) | 31 | 22% | | 690 |
| The Way We're Wired TV | 152 | 6% | | 911 |
| Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | 176 | 10% | | 1,764 |
| Superhero TV | 160 | 3% | | 480 |

Hall & Partners

SAMSUNG

35

2012.02.14 - TOP SECRET

Green Under 50
Yellow 50 to 150
Red over 150
* Execution average

Highly Confidential - Attorneys' Eyes Only     SAMNDCA00380835

# ...DUE IN PART TO THE STRONG ONLINE CONVERSATIONS IGNITED BY THE CAMPAIGN

**Campaign conversation online (blogs and forums)**
Among total



*TOTAL GSII IMPRESSIONS: 7,683,955*
*TOTAL CAMPAIGN IMPRESSIONS: 1,676,215*

Q4 '11 ends

— GSII
— Campaign

A. (11/23) – NBT launch & excitement over GSII release
B. (12/8) – Epic Touch update & white GSII release
C. (1/5) – New Samsung ad "ripping off" Apple campaign elements
D. (1/9) - Skyrocket HD announced
E. (1/17) - Epic 4G touch HD release in Japan & pink GSII in UK

NETWORKED
INSIGHTS.

SAMSUNG

36

2012.02.14 - TOP SECRET

*Analysis based on "consumer electronics" sample

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380836

# "NEXT BIG THING'S" CREATIVE BREAK THROUGH WAS ON PAR WITH PAST EXECUTIONS, THOUGH NOT AS STRONG AS THE GSI ADS AND "SUPERHERO"

**SAMSUNG**

Hall & Partners

## Ad Salience
Among recognizers

*Mobile T2B salience norm: 63%\*\**



| Top 2 Box: | Next Big Thing (GSII) | The Way We're Wired (GSII) | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | Superhero (Behold II) | Apple Two Phones | Apple Face Time |
|---|---|---|---|---|---|---|
| | 59% | 57% | 69%A | 85%A | 52% | 77%A |
| It really stood out as different from other advertising | 20% | 19% | 28% A | 39% A | 15% | 39% A |
| It stood out as being somewhat different from other advertising | 39% | 39% | 42% | 46% | 37% | 38% |
| It wasn't very different from other advertising but it did stand out | 28% CDF | 27% | 22% | 11% | 27% | 18% |
| It was much the same as most advertising and didn't stand out much | 9% DF | 12% | 6% | 3% | 14% A | 3% |
| It was the sort of advertising that you don't notice and it didn't stand out at all | 4% D | 4% | 3% | | 6% | |
| | (A) | (B) | (C) | (D) | (E) | (F) |

Base: Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436); Avatar/Epic/Dog Fight/Car Chase TV (GSI) (756); Superhero TV (Behold II) (237); Apple Two Phones (368); Apple Face Time (184)

A/B, A/C, A/D, A/E, A/F Statistically significant @ 95% confidence level

* Execution average **based on 38 mobile ads

2012.02.14 - TOP SECRET

37

SAMNDCA00380837



# "NEXT BIG THING" IS RELATABLE AND CLEVER, WITH MORE CONSUMERS INTERESTED IN THE PRODUCT FEATURED, WITH OVERALL APPEAL ON AVERAGE

**Ad Involvement**
Among recognizers

Hall & Partners

SAMSUNG

## Top 2 Box:

*Mobile T2B involvement norm: 63%***

|  | Next Big Thing (GSII) | The Way We're Wired (GSII) | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | Superhero (Behold II) | Apple Two Phones | Apple Face Time |
|---|---|---|---|---|---|---|
|  | 62% | 62% | 70%A | 74%A | 57% | 86%A |
| ■ It's very appealing advertising | 25% E | 25% | 29%A | 31%A | 19% | 40% A |
| ■ It's more appealing than other ads | 38% | 37% | 41% | 43% | 38% | 46% |
| ■ It has no more appeal than other ads | 29% CDF | 30% | 23% | 17%A | 31% | 13% A |
| ■ It's less appealing than other ads | 3% | 3% | 3% | 5% | 5% | |
| ■ It's not appealing advertising | 6% F | 6% | 4% | 4% | 7% | |
|  | (A) | (B) | (C) | (D) | (E) | (F) |

| Involvement Diagnostics | (A) % | (B) % | (C) % | (D) % | (E) % | (F) % |
|---|---|---|---|---|---|---|
| I like the phone featured | 47 D | 46 | 44 | 36 | 46 | 62 A |
| It makes its point in a clever way | 45 BE | 28 | 41 | 44 | 34 | 52 |
| I can relate to what they are saying and showing | 30 CD | 28 | 20 | 18 | 24 | 39 A |
| I'd enjoy seeing it again | 27 | 28 | 38 A | 43 A | 21 | 44 A |
| I looked at the advertising very closely, because it was very appealing | 16 | 22 A | 27 A | 32 A | 16 | 32 A |

Base:   Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436); Avatar/Epic/Dog Fight/Car Chase TV (GSI) (756); Superhero TV (Behold II) (237); Apple Two Phones (368); Apple Face Time (184)

A/B, A/C, A/D, A/E, A/F Statistically significant @ 95% confidence level

* Execution average, ** based on 38 mobile ads

2012.02.14 - TOP SECRET

38

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380838

# THEMATICALLY, "NEXT BIG THING" RESONATES WITH CONSUMERS AS THE CONVERSATION EVOLVED OVER TIME TO BE MORE PRODUCT FOCUSED

Online campaign themes driving engagement



2012.02.14 - TOP SECRET

*Analysis based on "consumer electronics" sample

39

SAMNDCA00380839

**SAMSUNG**

Hall & Partners

# HOWEVER THE AD PROVES MUCH MORE BELIEVABLE, AS MORE CONSUMERS BELIEVE THE PHONE CAN DELIVER ON WHAT THE AD IS SAYING

**Ad Diagnostic**
Among recognizers



*"I believe the phone can deliver on what the advertising is saying" norm: 38%\*\**

I believe the phone can deliver on what the advertising is saying.

| Next Big Thing TV (GSII) **(A)** | The Way We're Wired TV (GSII) **(B)** | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) **(C)** | Superhero TV (Behold II) **(D)** | Apple Two Phones **(E)** | Apple Face Time **(F)** |
|---|---|---|---|---|---|
| 45% **CD** | 41% | 37% | 32% | 42% | 49% |

Base:   Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436); Avatar/Epic/Dog Fight/Car Chase TV (GSI) (756); Superhero TV (Behold II) (237); Apple Two Phones (368); Apple Face Time (184)

**A/B, A/C, A/D, A/E, A/F** Statistically significant @ 95% confidence level

* Execution average \*\*based on 38 mobile ads

2012.02.14 - TOP SECRET

40

# WHICH IN TURN GARNERS STRONGER INTENT TO PURCHASE COMPARED TO PAST SAMSUNG CREATIVE

Hall & Partners

SAMSUNG

**Ad Purchase Intent**
Among recognizers



*Mobile T2B purchase intent norm: 43%\*\**

**Top 2 Box:**

■ Definitely would buy
■ Probably would buy
■ Might or might not buy
■ Probably would not buy
■ Definitely would not buy

|  | Next Big Thing (GSII) | The Way We're Wired (GSII) | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | Superhero (Behold II) | Apple Two Phones | Apple Face Time |
|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) |
| Top 2 Box | 46%D | 41% | 42% | 35% | 47% | 63%A |
| Definitely would buy | 13% | 18% | 16% | 12% | 23% A | 27% A |
| Probably would buy | 33% BCDE | 23% | 26% | 23% | 24% | 36% |
| Might or might not buy | 35% EF | 39% | 39% | 46% A | 25% | 21% |
| Probably would not buy | 12% | 14% | 14% | 15% | 17% A | 11% A |
| Definitely would not buy | 6% | 6% | 5% | 4% | 11% | 4% |

Base:   Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436); Avatar/Epic/Dog Fight/Car Chase TV (GSI) (756); Superhero TV (Behold II) (237); Apple Two Phones (368); Apple Face Time (184)
A/B, A/C, A/D, A/E, A/F Statistically significant @ 95% confidence level *\*based on 38 mobile ads

2012.02.14 - TOP SECRET

41

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA00380841

SAMSUNG

42

2012.02.14 - TOP SECRET

# HOW DOES "NEXT BIG THING" IMPACT THE BRAND?

## SECTION FOUR

Highly Confidential - Attorneys' Eyes Only

**SAMSUNG**

# WHEN CONTROLLING FOR OWNERSHIP & FAMILIARITY, "NEXT BIG THING" IS THE ONLY SAMSUNG SPONSORED EXECUTION TO SIGNIFICANTLY IMPACT BRAND PERCEPTIONS

Hall & Partners

**Brand Impact (among non-owners & equal familiarity)**
Among recognizers and non recognizers

## Lift of brand metrics among ad recognizers from non

| | Samsung | | | | Apple | |
|---|---|---|---|---|---|---|
| | Next Big Thing (GSII) | The Way We're Wired (GSII) | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | Superhero (Behold II) | Apple Two Phones | Apple Face Time |
| Advocacy (T2B) | +12% | +6% | +4% | +3% | +11% | +8% |
| Commitment (T2B) | +5% | +2% | +1% | -9% | +4% | +10% |
| Purchase Intent (T2B) | +8% | +6% | +4% | +1% | +7% | +3% |
| Positive Imagery Average | +10% | +8% | +6% | +5% | +5% | +7% |
| Positive Personality Average | +11% | +6% | +4% | +5% | +4% | +8% |
| MPSA | +12% | +1% | -2% | 0% | +3% | +6% |

Base:   Recognizers of Next Big Thing (GSII) (117); The Way We're Wired (GSII) (225); Galaxy SI Average (GSI) (256); Superhero (Behold II) (178); Stormchaser/Band (Omnia II) (108); Ozzy (Jack) (334);
        Non Recognizers of Next Big Thing (GSII) (126); The Way We're Wired (GSII) (374); Galaxy SI Average (GSI) (300); Superhero (Behold II) (373); Stormchaser/Band (Omnia II) (99); Ozzy (Jack) (262)

Green/Red   Significantly higher/lower than non recognizers @95% confidence level

2012.02.14 - TOP SECRET

43

Highly Confidential - Attorneys' Eyes Only                                        SAMNDCA00380843

FURTHERMORE, WHEN CORRECTLY LINKED BACK TO SAMSUNG, CONSUMERS ARE MORE LIKELY TO VIEW THE BRAND AS OPTIMISTIC, STYLISH, AND INNOVATIVE

**Category Personality Shift for "Next Big Thing"**
Among aware and asked



*MAP KEY*

| Non recognizer | Recognize but not link to STA | Recognize and link to STA |

*All other brands in total*

2012.02.14 - TOP SECRET

44

# IN THE SAME WAY, SAMSUNG IS SEEN AS MORE CREATIVE, IMAGINATIVE, AND STYLISH

Hall & Partners

**SAMSUNG**

## Category Imagery Shift for "Next Big Thing"
Among aware and asked



2012.02.14 - TOP SECRET

45

SAMNDCA00380845

**SAMSUNG**

46

2012.02.14 - TOP SECRET

# HOW DOES O.S. ASSOCIATION IMPACT SAMSUNG?

## *SECTION FIVE*

Highly Confidential - Attorneys' Eyes Only

SAMSUNG

Hall & Partners

# AMONG ANDROID MOBILE DEVICE MANUFACTURES, SAMSUNG IS MOST RECOMMENDED OEM AND ALSO CONSIDERED THE LEADER

**OEM Android recommendation and leader**
Among SP intender



Which manufacturer of Android mobile phones would you recommend?

Which manufacturer do you consider the leader of Android mobile phones?

2012.02.14 - TOP SECRET

Base:    Smartphone intenders (835)
A/B/C/D Statistically significant @ 95% confidence level

47