LIKEWISE FOR WINDOWS PHONE OS, SAMSUNG IS AHEAD OF ALL OTHER BRANDS
OEM Windows Phone recommendation and leader
Among SP intender
Hall & Partners
Which manufacturer of WP mobile phones would you recommend?
BCDE 29%
DE 19%
DE 16%
6%
4%
Samsung (A)
HTC (B)
LG (C)
Dell (D)
Nokia (E)
Which manufacturer do you consider the leader of WP mobile phones?
BCDE 31%
CDE 22%
DE 18%
E 13%
7%
Samsung (A)
HTC (B)
LG (C)
Dell (D)
Nokia (E)
Base: Smartphone intenders (835)
A/B/C/D/E Statistically significant @ 95% confidence level
2012.02.14 - TOP SECRET
48
SAMSUNG



## WHEN PUT HEAD TO HEAD, THE VOLUME OF SAMSUNG-ANDROID CONVERSATION FAR EXCEEDS THAT OF WINDOWS PHONE AND SAMSUNG (EVEN MORE SO IN Q4)

**Online operating system association with Samsung mentions**
Among blogs and forums

NETWORKED
INSIGHTS

39,893
4,482
71,164
3,245
Samsung and Android OS
Samsung and Windows Phone OS
Q3 '11
Samsung and Android OS
Samsung and Windows Phone OS
Q4 '11

*Analysis based on "consumer electronics" sample

SAMSUNG

# IN ADDITION, SAMSUNG HAS THE MOST SHARE OF ANDROID CONVERSATION WHEN COMPARED TO OTHER OEMS

NETWORKED INSIGHTS
Share of voice (Android conversations)
Among blogs and forums
GSII
Galaxy Nexus
Other Android Devices
72%
28%
12/4
60%
21%
19%
12/11
49%
32%
19%
12/18
52%
27%
21%
12/25
59%
19%
22%
1/1
53%
23%
24%
1/8
54%
24%
22%
1/15
54%
22%
24%
1/22
65%
18%
17%
1/29
Current ranking of Android phones conversations (1/29)
1. GSII
2. Galaxy Nexus
3. Moto Droid Razr
4. HTC Sensation
5. Nexus S 4g

*Analysis based on "consumer electronics" sample

# FURTHERMORE, THE SAMSUNG BRAND IS VIEWED MUCH MORE FAVORABLY WHEN STRONGLY CONNECTED TO ANDROID…

**Samsung brand equity summary**
Among non owners familiar of Samsung

Hall & Partners

| | Total % | Shift among those who consider Samsung leader in WP OS % | Shift among those who consider Samsung leader in Android OS % |
|---|---|---|---|
| Samsung Advocacy (Top 2 Box Net) | 41 | -1 | +21 |
| Samsung Commitment (Top 2 Box Net) | 39 | +2 | +19 |
| Samsung Purchase Intent (Top 2 Box Net) | 47 | 0 | +19 |
| Samsung MPSA | 8 | 0 | +8 |
| **Samsung Imagery** | | | |
| On its way up and has a lot going for it | 30 | -3 | +23 |
| Is the best designed and most stylish | 22 | +1 | +21 |
| Is the most technologically advanced | 17 | -2 | +17 |
| Is a brand I am proud to own | 26 | +1 | +13 |
| **Samsung Personality** | | | |
| Stylish | 33 | -2 | +12 |
| Imaginative | 27 | +4 | +10 |
| Innovative | 30 | +3 | +16 |
| High-performing | 33 | +2 | +20 |

Base: Total (635); Associate Samsung Leader of Window Phone OS (88); Associate Samsung Leader of Android OS (76)
Green/red = Significantly higher / lower than total

SAMSUNG



# ...DESPITE WINDOWS PHONE OWNERS BEING JUST AS SATISFIED AS ANDROID USERS REGARDLESS OF OEM

**Satisfaction**
Among Android and WP owners

Hall & Partners
All Owners
Samsung Owners
Top 2 Box:
89%
85%
88%
86%
Completely Satisfied
Somewhat satisfied
Neither/ indifferent
Somewhat unsatisfied
Completely unsatisfied
45%
44%
4%
5%
44%
40%
8%
7%
48%
40%
4%
6%
50%
36%
3%
9%
Android OS
(A)
Windows Phone OS
(B)
Android OS
(A)
Windows Phone OS
(B)

Base: All Android OS Owners (804); All Window Phone OS Owners (144); Samsung Android OS Owners (269); Samsung Windows Phone OS Owners (58)
A/B Statistically significant @ 95% confidence level



# AND THOSE WHO WOULD NOT RECOMMEND WINDOWS PHONE HAVE HAD NO EXPERIENCE WITH THE SYSTEM

**OEM recommendation**
Among SP intender

Hall & Partners

I would not recommend this operating system to a friend.
5% Android Owners
0% WP Owners
11%
23% A
Android
Windows Phone
(A)
(B)

Base: Smartphone intenders (835)
A/B Statistically significant @ 95% confidence level

Highly Confidential - Attorneys' Eyes Only

# LACK OF REGARD FOR WP OS ASIDE FROM OWNERS MAY BE CHANGING AS WINDOWS PHONE HAS ENTERED THE HISTORIC ANDROID – IPHONE DEBATE

## Online campaign themes driving engagement

NETWORKED INSIGHTS
12/11
12/18
01/08
01/15
01/22
46% Android vs. iPhone
"Debate over Android vs. iPhone, with Galaxy S II emerging as a top competitor for Android."
57% Android vs. iPhone
77% Android vs. iPhone
68% Android vs. iPhone
19% Nokia Lumia 900
"Discussion surrounded the Nokia Lumia 900 and how it compares with the Galaxy S II."
17% HTC Amaze and Sensation
38% HTC ICS Speculation
25% Epic Touch 4G
17% Galaxy Note
"Users discussed the Galaxy Note in comparison to the GS II and the iPhone."
15% GSII Functionality vs. iPhone Performance
16% Galaxy S II's Performance
22% Top Android Phone
"most cite the GSII and the Nexus"
25% Galaxy Nexus
"whether to purchase the Galaxy S II or the Nexus"
9% Galaxy S II Features and Hardware
11% GSII vs. Note
*Analysis based on "consumer electronics" sample
SAMSUNG

2012.02.14 - TOP SECRET 54

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380854

# IS APPLE GOING MASS AND WHAT DOES IT MEAN FOR SAMSUNG?

## *SECTION SIX*

2012.02.14 - TOP SECRET 55 SAMSUNG

Highly Confidential - Attorneys' Eyes Only SAMNDCA00380855

# APPLE CONTROLS THE MOST SHARE OF VOICE IN THE ONLINE SPACE, INFLUENCING CATEGORY VOLUME

**Weekly Share of Mobile Category Buzz Volume**
Among total

NETWORKED INSIGHTS
Volume (MM)
Apple
Samsung
HTC
NBT Launch
NBT Refresh
80%
70%
60%
50%
40%
30%
20%
10%
0%
1.4
1.2
1.0
0.8
0.6
0.4
0.2
0.0
0.8
0.8
0.8
0.9
0.9
1.0
1.3
1.2
0.7
0.8
0.7
W45
W46
W47
W48
W49
W50
W51
W52
W1
W2
W3

*Analysis based on "consumer electronics" sample

2012.02.14 - TOP SECRET
56
SAMSUNG

Highly Confidential - Attorneys' Eyes Only
SAMNDCA00380856

# BUILDING ON THEIR URBAN, HIGH INCOME BASE, APPLE HAS MADE STRIDES IN EXPANDING BRAND FAMILIARITY TO MORE RURAL, SUBURBAN, AND LOW INCOME DEMOS

**Apple familiarity**
Among aware and asked

Hall & Partners

| | Q1 '10 (A) % | Q2 '10 (B) % | Q3 '10 (C) % | Q4 '10 (D) % | Q1 '11 (E) % | Q2 '11 (F) % | Q3 '11 (G) % | Q4 '11 (H) % |
|---|---|---|---|---|---|---|---|---|
| ***Apple: I Feel I know a lot about this brand*** | | | | | | | | |
| Urban | 45 | 52 | 50 | 51 | 53 | 52 | 47 | 52 |
| Suburban | 41 | 44 | 44 | 42 | 48AD | 49ABCD | 49ABCD | 51ABCD |
| Rural | 29B | 22 | 26 | 27 | 30B | 33BCD | 31B | 39ABCDEG |
| +$100K | 50 | 54 | 56 | 55 | 58 | 55 | 57 | 60A |
| $50-$100K | 40 | 41 | 43 | 42 | 46AB | 49ABCD | 49ABCD | 51ABCD |
| Less thank $50k | 33 | 34 | 34 | 35 | 38A | 37 | 35 | 42ABCDG |
| 8 target markets | 47 | 51 | 55A | 49 | 54A | 53 | 57ABD | 59ABDF |
| Control markets | 36 | 37 | 37 | 38 | 42ABCD | 43ABCD | 40AC | 45ABCDEG |

Base — Base sizes vary by time period
A/B/C/D/E/F/G/H — Statistically significant @ 95% confidence level

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

# CONSUMERS ARE ALSO STARTING TO SEE APPLE AS MORE RELIABLE, TRUSTWORTHY, AND FUNCTIONAL, AND LESS YOUNG AND COMPLICATED

Hall & Partners

**Apple personality and imagery**
Among aware and asked

| Apple Personality and Imagery | Q1 '10 (A) % | Q4 '11 (B) % | % |
|---|---|---|---|
| Reliable | 32 | 48A | +16 |
| Trustworthy | 34 | 47A | +13 |
| Makes products that are easy to use | 38 | 49A | +11 |
| Makes phones that meet my expectations | 41 | 49A | +8 |
| Caring | 25 | 33A | +8 |
| Functional | 46 | 53A | +7 |
| Is the best designed and most stylish | 48 | 54A | +6 |
| Traditional | 10 | 16A | +6 |
| Optimistic | 39 | 45A | +6 |
| Stretch the definition of what a phone is | 63 | 60 | -3 |
| Complicated | 40B | 35 | -5 |
| Young | 58B | 51 | -7 |

Base Q1 '10 (855) Q4'11 (997)
A/B Statistically significant @ 95% confidence level

SAMSUNG

THE PREFERENCE GAP BETWEEN APPLE AND SAMSUNG, WHICH WAS ONCE SO PREVALENT IN TARGET MARKETS, IS STARTING TO SPILL OVER INTO CONTROL MARKETS
Apple Samsung preference gap by market
Among total
Hall & Partners
Gap in target markets
17.1%
13.9%
16.8%
12.0%
18.8%
14.4%
24.3%
16.2%
Q1 '10
Q2 '10
Q3 '10
Q4 '10
Q1 '11
Q2 '11
Q3 '11
Q4 '11
Gap in control markets
2.3%
8.3%
5.5%
5.6%
7.9%
10.3%
6.6%
11.2%
Q1 '10
Q2 '10
Q3 '10
Q4 '10
Q1 '11
Q2 '11
Q3 '11
Q4 '11
Base Base sizes vary by time period
Blue Apple advantage
Orange Samsung advantage
2012.02.14 - TOP SECRET
59
SAMSUNG

# LIKEWISE, APPLE CONTINUES TO WIDEN THEIR SCOPE AT THE WSPS, AS THEY EXPAND THEIR PREFERENCE ADVANTAGE AT AT&T & VERIZON AND MAKE INROADS AT SPRINT

Hall & Partners

**Apple Samsung preference gap by WSP**
Among total

*Gap at Verizon*

| Q1 '10 | Q2 '10 | Q3 '10 | Q4 '10 | Q1 '11 | Q2 '11 | Q3 '11 | Q4 '11 |
|---|---|---|---|---|---|---|---|
| +2.2% | +3.7% | +5.3% | +2.2% | +10.4% | +7.6% | +9.6% | +11.6% |

*Gap at AT&T*

| Q1 '10 | Q2 '10 | Q3 '10 | Q4 '10 | Q1 '11 | Q2 '11 | Q3 '11 | Q4 '11 |
|---|---|---|---|---|---|---|---|
| +18.4% | +27.9% | +24.9% | +25.7% | +31.0% | +29.8% | +31.8% | +38.7% |

*Gap at Sprint*

| Q1 '10 | Q2 '10 | Q3 '10 | Q4 '10 | Q1 '11 | Q2 '11 | Q3 '11 | Q4 '11 |
|---|---|---|---|---|---|---|---|
| -6.4% | -1.5% | -6.9% | -6.5% | -8.8% | -2.7% | +2.1% | -2.0% |

*Gap at T-Mobile*

| Q1 '10 | Q2 '10 | Q3 '10 | Q4 '10 | Q1 '11 | Q2 '11 | Q3 '11 | Q4 '11 |
|---|---|---|---|---|---|---|---|
| +4.5% | +1.4% | +1.1% | -3.4% | -2.4% | +5.2% | -5.7% | -2.0% |

Base: Base sizes vary by time period
Blue: Apple advantage
Orange: Samsung advantage

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380860

# HOW DOES "BANTER" AND "FASHION ADVICE" PERFORM IN MARKET?

## *SECTION SEVEN*

2012.02.14 - TOP SECRET 61

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380861

# DESPITE MUCH HIGHER SPEND, RECOGNITION OF THE FOCUS FLASH ADS FALL IN LINE WITH "NEXT BIG THING"

Hall & Partners
Weekly Ad Recognition
Among total
Spend
$820
$800
$780
$760
$740
$720
$700
$680
$660
$640
$620
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%
65%
31%
56%
26%
83%
59%
71%
47%
NA
NA
Banter / Fashion Advice TV (Focus Flash)
Next Big Thing TV (GSII)
Infuse 4G TV (Infuse 4G)
AT&T Apple TV (iPhone)
Base: 52 Week (150 per week)
SAMSUNG

Highly Confidential - Attorneys' Eyes Only



# THE ADS ALSO FALL SHORT ON ATTRIBUTION, AS SAMSUNG IS AWARDED LITTLE CREDIT FOR THE EXECUTIONS

**Ad Linkage**
Among recognizers

Hall & Partners
As far as you remember, which brand or brands was this advertising for?
16%D
16%D
54%ABDE
9%
12%
Banter TV (Focus Flash) (A)
Fashion Advice TV (Focus Flash) (B)
Next Big Thing TV (GSII) (C)
Infuse 4G TV (Infuse 4G) (D)
AT&T Apple TV (iPhone) (E)

| Ad Linkage | Banter TV (Focus Flash) (A) | Fashion Advice TV (Focus Flash) (B) | Next Big Thing TV (GSII) (C) | Infuse 4G TV (Infuse 4G) (D) | AT&T Apple TV (iPhone) (E) |
|---|---|---|---|---|---|
| | % | % | % | % | % |
| AT&T | 3C | 1 | 1 | 9ABC | 26ABCD |
| HTC Touch | 4E | 5E | 4E | 4E | 1 |
| Apple/iPhone | 6 | 3 | 5 | 7B | N/A |
| Don't Know | 41CE | 41CE | 27 | 57ABCE | 32 |

Base: Recognizers of Banter TV (Focus Flash) (425); Fashion Advice TV (Focus Flash) (287); Next Big Thing TV (GSII) (371); Infuse 4G TV (Infuse 4G) (636); AT&T Apple TV (iPhone) (589)
*Galaxy mentions included

A/B/C/D/E Statistically significant @ 95% confidence level

2012.02.14 - TOP SECRET 63

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380863

# THE INFUSE 4G TV SPOT IS THE ONLY AD CONSIDERED TO BE SIGNIFICANTLY DIFFERENT FROM OTHER ADVERTISING TRACKED

Ad Salience
Among recognizers
Hall & Partners
Mobile T2B salience norm: 63%**
Top 2 Box:
It really stood out as different from other advertising
It stood out as being somewhat different from other advertising
It wasn't very different from other advertising but it did stand out
It was much the same as most advertising and didn't stand out much
It was the sort of advertising that you don't notice and it didn't stand out at all
53%
15%
38%
30% D
12% D
5%
Banter TV (Focus Flash)
(A)
57%
20%
37%
24% D
12% D
7%
Fashion Advice TV (Focus Flash)
(B)
59%
20% E
39%
28% D
9% D
4%
Next Big Thing TV (GSII)
(C)
77% ABCE
32% ABCE
45% ABE
17%
3%
4%
Infuse 4G TV (Infuse 4G)
(D)
54%
15%
39%
27% D
13% D
6%
AT&T Apple TV (iPhone)
(E)

Base: Recognizers of Banter TV (Focus Flash) (425); Fashion Advice TV (Focus Flash) (287); Next Big Thing TV (GSII) (371); Infuse 4G TV (Infuse 4G) (636); AT&T Apple TV (iPhone) (589)
A/B/C/D/E Statistically significant @ 95% confidence level
**based on 38 mobile ads

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

# FALLING BELOW "NEXT BIG THING", THE FOCUS FLASH ADS ARE ONLY MODERATELY APPEALING TO AUDIENCES

Hall & Partners
Ad Involvement
Among recognizers
Mobile T2B involvement norm: 63%**
Top 2 Box:
52%
53%
62%ABE
64%ABE
55%
It's very appealing advertising
It's more appealing than other ads
It has no more appeal than other ads
It's less appealing than other ads
It's not appealing advertising
16%
36%
36% CD
5%
7%
17%
36%
30% D
7%C
10%
25%ABE
38%
29% D
3%
6%
20%
44% ABE
21%
6% C
10% C
17%
38%
31% D
6%C
7%
Banter TV (Focus Flash)
Fashion Advice TV (Focus Flash)
Next Big Thing TV (GSII)
Infuse 4G TV (Infuse 4G)
AT&T Apple TV (iPhone)

| Involvement Diagnostics | Banter TV (Focus Flash) (A) | Fashion Advice TV (Focus Flash) (B) | Next Big Thing TV (GSII) (C) | Infuse 4G TV (Infuse 4G) (D) | AT&T Apple TV (iPhone) (E) |
|---|---|---|---|---|---|
| | % | % | % | % | % |
| I like the phone featured | 34D | 31 | 47ABD | 27 | 43ABD |
| It makes its point in a clever way | 35 | 36 | 45AB | 55ABCE | 48AB |
| I can relate to what they are saying and showing | 23D | 22D | 30ABD | 11 | 32ABD |
| I'd enjoy seeing it again | 29 | 31 | 27 | 36ACE | 25 |
| I looked at the advertising very closely, because it was very appealing | 13 | 13 | 16 | 13 | 16 |

Base: Recognizers of Banter TV (Focus Flash) (425); Fashion Advice TV (Focus Flash) (287); Next Big Thing TV (GSII) (371); Infuse 4G TV (Infuse 4G) (636); AT&T Apple TV (iPhone) (589)

A/B/C/D/E Statistically significant @ 95% confidence level

**based on 38 mobile ads

# WITH THE LACK OF STRONG APPEAL AND DIFFERENTIATION, THE FOCUS FLASH ADS DO NOT DRIVE INTEREST

Hall & Partners

**Ad Persuasion**
Among recognizers

*Mobile T2B persuasion norm: 46%***

| Top 2 Box: | 32% | 34% | 48%ABDE | 32% | 37% |
|---|---|---|---|---|---|
| I'm extremely interested in finding out more | 11% | 13% | 16%AD | 9% | 12% |
| I'm very interested in finding out more | 21% | 21% | 32%ABDE | 23% | 25% |
| I'm somewhat interested in finding out more | 35% | 32% | 32% | 35% | 32% |
| I'm not really interested in finding out more | 21%C | 21%C | 13% | 22%C | 21%C |
| I'm not at all interested in finding out more | 13%C | 13%C | 7% | 11%C | 10% |
| | Banter TV (Focus Flash) (A) | Fashion Advice TV (Focus Flash) (B) | Next Big Thing TV (GSII) (C) | Infuse 4G TV (Infuse 4G) (D) | AT&T Apple TV (iPhone) (E) |

| Persuasion Diagnostics | % | % | % | % | % |
|---|---|---|---|---|---|
| It tells me something new | 22D | 22D | 28D | 16 | 29ABD |
| It tells me something interesting about the company | 18D | 21D | 25AD | 13 | 20D |

Base: Recognizers of Banter TV (Focus Flash) (425); Fashion Advice TV (Focus Flash) (287); Next Big Thing TV (GSII) (371); Infuse 4G TV (Infuse 4G) (636); AT&T Apple TV (iPhone) (589)
A/B/C/D/E Statistically significant @ 95% confidence level
**based on 38 mobile ads

SAMSUNG

Highly Confidential - Attorneys' Eyes Only



# SIMILARLY, INTENT TO PURCHASE IS FAR BELOW THAT OF "NEXT BIG THING" AND COMPETITOR ADS

Hall & Partners
Ad Purchase Intent
Among recognizers
Mobile T2B purchase intent norm: 43%**
Top 2 Box:
Definitely would buy
Probably would buy
Might or might not buy
Probably would not buy
Definitely would not buy
29%
33%
46% ABDE
32%
37% A
10% 19% 46% BCDE 16% 9%
9% 24% 37% 21% C 9%
13% D 33% ABDE 35% 12% 6%
9% 23% 35% 22% AC 11% C
12% 25% A 32% 21% AC 10% C
Banter TV (Focus Flash) (A)
Fashion Advice TV (Focus Flash) (B)
Next Big Thing TV (GSII) (C)
Infuse 4G TV (Infuse 4G) (D)
AT&T Apple TV (iPhone) (E)

Base: Recognizers of Banter TV (Focus Flash) (425); Fashion Advice TV (Focus Flash) (287); Next Big Thing TV (GSII) (371); Infuse 4G TV (Infuse 4G) (636); AT&T Apple TV (iPhone) (589)
A/B/C/D/E Statistically significant @ 95% confidence level
**based on 38 mobile ads

Highly Confidential - Attorneys' Eyes Only SAMNDCA00380867

# WHERE DOES SAMSUNG SIT IN THE TABLET CATEGORY?

## *SECTION EIGHT*

2012.02.14 - TOP SECRET 68 SAMSUNG

Highly Confidential - Attorneys' Eyes Only SAMNDCA00380868



# APPLE IS THE MOST TOP OF MIND BRAND IN THE TABLET CATEGORY, WHILE A QUARTER OF RESPONDENTS MENTION SAMSUNG

Hall & Partners

**Unaided Brand Awareness – Top 3 Mentions**
Among total

25% CDEF
80% ACDEF
19% DEF
15% EF
4%
4%
(A)
(B)
(C)
(D)
(E)
(F)
SAMSUNG
hp
DELL
MOTOROLA
RIM

Base Q4 '11 (975)
A/B/C/D/E/F Statistically significant @95% confidence level

# WHEN AIDED, MORE THAN HALF OF TABLET INTENDERS ARE AWARE THAT SAMSUNG MANUFACTURES TABLET COMPUTERS, WITH ONLY APPLE AHEAD

Tablet manufacturer awareness
Among total
Hall & Partners
Apple 86%
Samsung 55%
HP 51%
Dell 47%
Toshiba 36%
Motorola 32%
Blackberry 32%
Acer 31%
Amazon 30%
LG 28%
Netbook 22%
HTC 21%
Google 19%
Lenovo 16%
Asus 16%
Nokia 11%
Archos 8%
Coby 7%
Fujitsu 6%
Viewsonic 6%

Base Q4 '11 (975)

# THE GALAXY TAB IS RECOGNIZED BY ALMOST 60% OF RESPONDENTS, BUT DOES NOT GARNER THE SAME LEVELS OF AWARENESS AS IPAD, KINDLE, OR TOUCHPAD

Hall & Partners
Tablet model awareness
Among total
iPad 97%
Kindle Fire 76%
TouchPad 64%
Galaxy Tab 57%
Smartpad 45%
Xoom 31%
PlayBook 31%
Slate 23%
Internet Tablet 22%
Navigator 22%
Viewpad 19%
Evo View (Flyer) 14%
Thrive 14%
LifeBook 12%
Streak 11%
Eee Pad 10%
G-Slate 10%
Kyros 9%
Jetstream 9%
Ideapad K1 8%
Iconia 8%
Micro Cruz 7%
Ideos 6%
Ink Adam 4%
Base Q4 '11 (975)

2012.02.14 - TOP SECRET 71 SAMSUNG

Highly Confidential - Attorneys' Eyes Only SAMNDCA00380871



APPLE HAS A DOMINATING PRESENCE IN THE CATEGORY, AS HALF OF RESPONDENTS SEE THE BRAND AS THEIR MOST PREFERRED; SAMSUNG SECURES THE SECOND POSITION, THOUGH FAR BEHIND APPLE
MPSA
Among Total
Hall & Partners
10.2% CDEFGHI
51.6% ACDEFGHI
7.3% EFGHI
6.2% FGHI
4.3%
3.6%
3.6%
3.0%
2.9%
Samsung (A)
Apple (B)
Dell (C)
HP (D)
Amazon (E)
HTC (F)
LG (G)
Blackberry (H)
Motorola (I)
Base Q4 '11 (975)
A/B/C/D/E/F/G/H/I Statistically significant @95% confidence level
2012.02.14 - TOP SECRET
72
SAMSUNG

# LIKEWISE, ALMOST THREE QUARTERS OF RESPONDENTS ARE WILLING TO PURCHASE APPLE, WITH SAMSUNG FALLING A DISTANT SECOND

**Category Purchase Intent**
Among aware of brand and asked

Hall & Partners
Top 2 Box:
47% CDEFG
72% ACDEFG
41% EFG
34% G
29%
29%
26%
Definitely would buy
Probably would buy
Might or might not buy
Probably would not buy
Definitely would not buy
19% DEFG
28% BDEFG
35% B
13% B
5%
52% ACDEFG
20%
13%
8%
7%
16% EFG
25% EFG
33% B
15% B
11% AB
12% G
21%
42% ABCF
16% B
9% A
11% G
18%
37% B
25% ABCD
9% A
11% G
18%
32% B
27% ABCDG
12% ABG
6%
19%
46% ABCEF
20% ABC
8% A
(A) Samsung
(B) Apple
(C) HP
(D) LG
(E) HTC
(F) Blackberry
(G) Motorola

Base Among aware of brand and asked Samsung (942); Apple (484); HP (481); LG (482); HTC (483); BlackBerry (483); Motorola (481)
A/B/C/D/E/F/G Statistically significant @95% confidence level

2012.02.14 - TOP SECRET 73 SAMSUNG

Highly Confidential - Attorneys' Eyes Only SAMNDCA00380873

# SAMSUNG PERSONA IS MORE DEVELOPED THEN ALL OTHER BRANDS IN THE CATEGORY, HOWEVER APPLE STILL LEADS THE WAY

**Samsung Personality**
Among aware and asked

Hall & Partners

## Personality

| | Samsung | Apple | HP | LG | HTC | Blackberry | Motorola |
|---|---|---|---|---|---|---|---|
| Functional | 46% | 65% | 47% | 40% | 40% | 37% | 40% |
| Reliable | 39% | 67% | 40% | 30% | 27% | 31% | 26% |
| High-performing | 39% | 69% | 34% | 30% | 32% | 33% | 23% |
| Intelligent | 37% | 67% | 34% | 31% | 31% | 35% | 27% |
| Trustworthy | 36% | 62% | 38% | 30% | 27% | 29% | 28% |
| Stylish | 33% | 63% | 28% | 30% | 33% | 36% | 24% |
| Innovative | 33% | 69% | 27% | 29% | 30% | 31% | 23% |
| Imaginative | 30% | 64% | 24% | 26% | 27% | 24% | 19% |
| Optimistic | 28% | 46% | 21% | 27% | 24% | 19% | 19% |
| Inviting | 28% | 51% | 22% | 22% | 23% | 21% | 16% |
| Authentic/Unique | 25% | 56% | 21% | 20% | 21% | 23% | 16% |
| Young | 23% | 46% | 15% | 28% | 34% | 25% | 16% |
| Caring | 23% | 41% | 25% | 19% | 17% | 15% | 15% |
| Traditional | 21% | 32% | 40% | 20% | 15% | 22% | 26% |
| Complicated | 11% | 20% | 16% | 12% | 16% | 28% | 15% |

Base Among aware of brand and asked Samsung (942); Apple (484); HP (481); LG (482); HTC (483); BlackBerry (483); Motorola (481)
Green/Red Significantly higher/lower than Samsung @95% confidence level

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

SAMSUNG

75

2012.02.14 - TOP SECRET

# APPENDIX

Highly Confidential - Attorneys' Eyes Only SAMNDCA00380875

## Samsung Imagery
Among aware and asked

Hall & Partners

### Imagery

| | Samsung | Apple | HP | LG | HTC | Blackberry | Motorola |
|---|---|---|---|---|---|---|---|
| Makes products that are easy to use | 38% | 62% | 38% | 32% | 28% | 27% | 29% |
| Makes tablet computers that meet my expectations | 36% | 62% | 35% | 26% | 29% | 25% | 25% |
| On its way up and has a lot going for it | 35% | 44% | 22% | 32% | 35% | 23% | 20% |
| Is a brand I've been hearing a lot about lately | 33% | 64% | 25% | 21% | 28% | 28% | 20% |
| Is a brand I am proud to own | 33% | 57% | 33% | 25% | 23% | 25% | 17% |
| Enables me to bring my imagination to life | 30% | 57% | 28% | 22% | 24% | 20% | 18% |
| Inspires my creativity | 26% | 56% | 27% | 20% | 21% | 20% | 15% |
| Offers tablets that stretch the definition of what a tablet computer is | 25% | 57% | 23% | 18% | 21% | 17% | 15% |
| They are well ahead of the rest | 23% | 63% | 22% | 17% | 20% | 18% | 12% |
| Someone I'd really like and would have a lot in common with | 23% | 48% | 24% | 20% | 16% | 15% | 14% |
| Shares my passions | 23% | 50% | 25% | 18% | 17% | 17% | 14% |
| Is the best designed and most stylish tablet computer brand of all | 22% | 58% | 20% | 16% | 16% | 17% | 12% |
| I go out of my way to recommend this brand to others | 22% | 49% | 23% | 17% | 16% | 16% | 11% |
| Is the most technologically advanced tablet computer brand of all | 21% | 63% | 20% | 15% | 18% | 17% | 11% |

Base Among aware of brand and asked Samsung (942); Apple (484); HP (481); LG (482); HTC (483); BlackBerry (483); Motorola (481)

Green/Red Significantly higher/lower than Samsung @95% confidence level

SAMSUNG

Highly Confidential - Attorneys' Eyes Only



Brand Sales
Among total
Apple
Samsung
HTC
Total
NBT Launch
70.0%
60.0%
50.0%
40.0%
30.0%
20.0%
10.0%
0.0%
3,000
2,500
2,000
1,500
1,000
500
-
W44
W45
W46
W47
W48
W49
W50
W51
W52
W1
W2
41.7%
19.0%
10.5%
39.8%
19.4%
12.6%
2012.02.14 - TOP SECRET
77
SAMSUNG

Highly Confidential - Attorneys' Eyes Only SAMNDCA00380877



Product Sales
Among total
iPhone 4
iPhone 4s
Galaxy SII
Galaxy Nexus
NBT Launch
500
400
300
200
100
0
467
169
105.4
21
313
98
77.3
15
W44
W45
W46
W47
W48
W49
W50
W51
W52
W1
W2
2012.02.14 - TOP SECRET
78
SAMSUNG

Highly Confidential - Attorneys' Eyes Only SAMNDCA00380878



PR Placements & Impressions
Among total
Placements
Impressions (MM)
NBT Launch
NBT Refresh
500
250
0
150.0
100.0
50.0
-
323
315
302
231
177
216
251
136
306
438
370
W45
W46
W47
W48
W49
W50
W51
W52
W1
W2
W3
2012.02.14 - TOP SECRET
79
SAMSUNG

Highly Confidential - Attorneys' Eyes Only SAMNDCA00380879



Earned Media Value Generated
Among total
Value in Millions
$4
$2
$0
NBT Launch
NBT Refresh
1.07
0.49
2.07
0.93
1.04
3.61
1.56
2.48
1.27
2.83
1.29
W45
W46
W47
W48
W49
W50
W51
W52
W1
W2
W3
2012.02.14 - TOP SECRET
80
SAMSUNG

NETWORKED INSIGHTS

**Online Mobile Mentions (Volume)**
Among total

Samsung
LG
Motorola
RIM
Apple
HTC
Launch of iPhone 4S
400000
350000
300000
250000
200000
150000
100000
50000
0
Jul-11
Aug-11
Sep-11
Oct-11
Nov-11
Dec-11

*Analysis based on "consumer electronics" sample

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

## Online Mobile Mentions (Sentiment and volume)

Among total

NETWORKED INSIGHTS

Samsung
Apple
250000
200000
150000
100000
50000
0
Launch of iPhone 4S
Jul-11
Aug-11
Sep-11
Oct-11
Nov-11
Dec-11

*Analysis based on "consumer electronics" sample

Highly Confidential - Attorneys' Eyes Only



## Campaign Conversation Volume
Among total

NETWORKED INSIGHTS
500,000
400,000
300,000
200,000
100,000
0
12,000
10,000
8,000
6,000
4,000
2,000
0
446,688
10,865
1205
167,897
1,815
495
298,040
A
1,382
334
113,466
974
100,860
84,407
1,036
182,096
79
104,838
1,130
127,758
4,623
B
170
269
Creative Launch
Week 1
Week 2
Week 3
Week 4
Week 5
Week 6
Week 7
Week 8
Week 9
Blog & forum Impressions
Facebook Posts (right axis)
Twitter Posts* (right axis)
A. (week 2) – New "Movies and Music" spot released
B. (week 8) – Twitter spike around "Samsunged" buzz word

*Analysis based on "consumer electronics" sample

2012.02.14 - TOP SECRET 83 SAMSUNG

Highly Confidential - Attorneys' Eyes Only SAMNDCA00380883



## Campaign Sentiment
Among total

NETWORKED INSIGHTS
Positive
Negative
Neutral
100%
75%
50%
25%
0%
Creative Launch: 24% 30% 46%
Week 1: 19% 35% 46%
Week 2: 16% 38% 47%
Week 3: 28% 27% 45%
Week 4: 25% 17% 58%
Week 5: 11% 19% 71%
Week 6: 7% 22% 71%
Week 7: 15% 12% 73%
Week 8: 29% 21% 50%
Week 9: 11% 6% 83%
A
B
C
D
E

A. (Week 2) – perceived attack on Apple customers lead to the increased negative sentiment
B. (Week 3) – The humor of the campaign, particularly the Barista character, drove positive sentiment
C. (Week 4) – Less aggressive conversation from Apple-focused sites
D. (Week 8) – 4 new ad executions released, driving both pos and neg sentiment
E. (Week 9) – Conversation more neutral around quoting the ads and the two new commercials

*Analysis based on "consumer electronics" sample

Hall & Partners

## Ad response summary
Among Apple customers

| | Apple Owner (A) | Non-Apple Owner (B) |
|---|---|---|
| | % | % |
| Top 2 Box Salience | 65% | 58% |
| Top 2 Box Involvement | 62% | 62% |
| Top 2 Box Persuasion | 48% | 49% |
| Top 2 Box Purchase Intent | 43% | 47% |
| It makes its point in a clever way | 46% | 44% |
| I like the phone featured | 46% | 47% |
| It tells me something interesting about the company | 33% | 23% |
| I believe the phone can deliver on what the advertising is saying | 37% | 47% |



Hall & Partners

## Samsung Personality

Among aware and asked

Functional
Reliable
Trustworthy
Stylish
High-performing
Traditional
Intelligent
Innovative
Inviting
Imaginative
Optimistic
Authentic/Unique
Caring
Young
Q3 '11
Q2 '11
Q1 '11
Q4 '10
Q3 '10
Q2 '10
Q1 '10
Q4 '11

2012.02.14 - TOP SECRET 86

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380886



Category Personality
Among aware and asked
Hall & Partners
Functional
Caring
Reliable
Young
Trustworthy
Samsung
Authentic/Unique
Stylish
Apple
HTC
Optimistic
High-performing
Imaginative
Intelligent
Inviting
Traditional
Innovative
2012.02.14 - TOP SECRET
87
SAMSUNG

Highly Confidential - Attorneys' Eyes Only SAMNDCA00380887



Hall & Partners
A Recognized advertisement
B Did not recognize the advertisement
Top 2 Box PI Difference between Recognizers and Non Recognizers
+8%
+6%
+4%
+1%
-2%
+2%
67%
59%
64%
58%
65%
61%
57%
56%
53%
55%
57%
55%
Next Big Thing (GSII)
The Way We're Wired (GSII)
Galaxy SI Average (GSI)
Superhero (Behold II)
Stormchaser / Band (Omnia II)
Ozzy (Jack)
2012.02.14 - TOP SECRET
88
SAMSUNG



Online mentions of brand manufacturer with WSP
Among total
NETWORKED INSIGHTS
Verizon MPSA
AT&T MPSA
T Mobile MPSA
Sprint MPSA
25,000
20,000
15,000
10,000
5,000
0
Jul-11
Sep-11
Nov-11
*Analysis based on "consumer electronics" sample
Samsung
LG
Apple
HTC
2012.02.14 - TOP SECRET
89
SAMSUNG

## Personality – Gap between Apple and Samsung

Among aware and asked

Below is a list of different statements that other people have made about brands of mobile phones. As you read the list, select all statements that you feel describe each of the mobile phone brands.

| Personality | Q1 '10 Gap % | Q4 '11 Gap % |
|---|---|---|
| Imaginative | +41 | +34 |
| Innovative | +39 | +33 |
| Intelligent | +35 | +32 |
| High-performing | +34 | +31 |
| Authentic/Unique | +30 | +29 |
| Young | +37 | +27 |
| Stylish | +27 | +23 |
| Optimistic | +15 | +19 |
| Inviting | +18 | +18 |
| Caring | +2 | +9 |
| Trustworthy | -3 | +8 |
| Reliable | -10 | +5 |
| Functional | -2 | +4 |

Base Q1 '10: Samsung (1638); Apple (855); Q4 '11: Samsung (1934); Apple (997)

SAMSUNG

Highly Confidential - Attorneys' Eyes Only SAMNDCA00380890



## Samsung Imagery – Gap Between Apple and Samsung

Hall & Partners

Below is a list of different statements that other people have made about brands of mobile phones. As you read the list, select all statements that you feel describe each of the mobile phone brands.

| Imagery | Q1 '10 Gap % | Q4 '11 Gap % |
|---|---|---|
| Is the most technologically advanced mobile phone brand of all | +48 | +46 |
| Is a brand I've been hearing a lot about lately | +46 | +38 |
| This mobile phone brand is well ahead of the rest | +40 | +38 |
| Offers phones that stretch the definition of what a phone is | +43 | +33 |
| Is the best designed and most stylish mobile phone brand of all | +29 | +30 |
| Enables me to bring my imagination to life | +31 | +28 |
| Inspires my creativity | +29 | +26 |
| Shares my passions | +19 | +16 |
| On its way up and has a lot going for it | +20 | +15 |
| If this brand were a person, it would be someone I'd really like and would have a lot in common with | +18 | +15 |
| I go out of my way to recommend this brand to others | +12 | +13 |
| Is a brand I am proud to own | +7 | +8 |
| Makes products that are easy to use | -3 | +7 |
| Makes phones that meet my expectations | +3 | +6 |

Base Q1 '10: Samsung (1638); Apple (855); Q4 '11: Samsung (1934); Apple (997)

SAMSUNG

Hall & Partners
Brand Impact (controlled for ownership and brand familiarity)
Among recognizers and non recognizers
A Recognized advertisement
B Did not recognize the advertisement
Samsung MPSA Difference between Recognizers and Non Recognizers
+12%
+1%
-2%
0%
-1%
NA
18% B
6%
13%
12%
8%
10%
8%
8%
5%
6%
NA
Next Big Thing (GSII)
The Way We're Wired (GSII)
Galaxy SI Average (GSI)
Superhero (Behold II)
Stormchaser / Band (Omnia II)
Ozzy (Jack)
Base: Recognizers of Next Big Thing (GSII) (117); The Way We're Wired (GSII) (225); Galaxy SI Average (GSI) (256); Superhero (Behold II) (178); Stormchaser/Band (Omnia II) (108); Ozzy (Jack) (334); Non Recognizers of Next Big Thing (GSII) (126); The Way We're Wired (GSII) (374); Galaxy SI Average (GSI) (300); Superhero (Behold II) (373); Stormchaser/Band (Omnia II) (99); Ozzy (Jack) (262)
A/B Statistically significant @ 95% confidence level
2012.02.14 - TOP SECRET
92
SAMSUNG

Highly Confidential - Attorneys' Eyes Only SAMNDCA00380892

Online conversations (Blogs, Forums, News, Twitter)
Data from 11/21/11 to 12/31/11
NETWORKED INSIGHTS
Online Conversations around "Next Big Thing"
"Favoriting and sharing YouTube video
Quoting "Dude you're a barista"
Waiting in line
Commercial makes fun of Apple
5%
4%
30%
65%
*Analysis based on "consumer electronics" sample
2012.02.14 - TOP SECRET
93
SAMSUNG



Hall & Partners

## Category Personality Shift among Smartphone Intenders

Among aware and asked

SAMSUNG

Highly Confidential - Attorneys' Eyes Only SAMNDCA00380894

Hall & Partners
Category Imagery Shift among Smartphone Intenders
Among aware and asked
On its way up and has a lot going for it
Is a brand I've been hearing a lot about lately
Inspires my creativity
Easy to use
Meet my expectations
This mobile phone brand is well ahead of the rest
Bring my imagination to life
Stretches the definition of what a phone is
I go out of my way to recommend this brand to others
Have a lot in common with
Is the best designed and most stylish
Is a brand I am proud to own
Shares my passions
Is the most technologically advanced
htc
LG
SAMSUNG
MOTOROLA
RIM
2012.02.14 - TOP SECRET
95

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380895

Hall & Partners

## Ad persuasion
Among recognizers

| Top 2 Box: | 48% | 46% | 50% | 47% | 42% | 63%A |
|---|---|---|---|---|---|---|
| I'm extremely interested in finding out more | 16% | 19% | 21% A | 21% | 18% | 35% A |
| I'm very interested in finding out more | 32% E | 28% | 28% | 26% | 24% | 28% |
| I'm somewhat interested in finding out more | 32% F | 32% | 29% | 31% | 28% | 23% |
| I'm not really interested in finding out more | 13% | 12% | 14% | 15% | 17% | 11% |
| I'm not at all interested in finding out more | 7% | 9% | 7% | 7% | 13%A | 3% |
| | Next Big Thing (GSII) | The Way We're Wired (GSII) | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | Superhero (Behold II) | Apple Two Phones | Apple Face Time |

| | (A) | (B) | (C) | (D) | (E) | (F) |
|---|---|---|---|---|---|---|
| **Persuasion Diagnostics** | % | % | % | % | % | % |
| It tells me something new | 28 | 26 | 31 | 24 | 33 | 40A |
| It tells me something interesting about the company | 25 | 21 | 23 | 23 | 23 | 24 |

Base: Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436); Avatar/Epic/Dog Fight/Car Chase TV (GSI) (756); Superhero TV (Behold II) (237); Apple Two Phones (368); Apple Face Time (184)

A/B, A/C, A/D, A/E, A/F Statistically significant @ 95% confidence level

* Execution average

SAMSUNG

Highly Confidential - Attorneys' Eyes Only