# EXHIBIT 4



# STA FACTBOOK

August 2011

Confidential & Proprietary

**Confidential Business Information,**
**Subject to Protective Order**

**S-ITC-003353288**

| Topic/Description | Owner |
|---|---|
| **Market Sensing & STA Strategy Overview** | |
| Market: Phone and Tablet Forecast by Category | Tom Chun |
| Carrier: Consolidation | Tom Chun |
| Carrier: Service Plans | Tom Chun |
| Competitor: Key Product Lineup | Tom Chun |
| Competitor: Apple 1-pager (strategy sensing) | Tom Chun |
| Competitor: HTC 1-pager (strategy sensing) | Tom Chun |
| Ecosystem: Loyalty analysis | Chris Martinez |
| Ecosystem: Windows7 vs. Mango | Chris Martinez |
| Ecosystem: Cloud investments | Chris Martinez |
| Consumer: Data Usage | Tom Chun |
| Consumer: Prepaid Smartphone | Tom Chun |
| B2B: Market Forecast | Chris Martinez |
| 2015 Strategic Direction | Justin Denison |
| 2012 Goals & Targets | Justin Denison |
| **Apple** | |
| iOS/iTunes (including all iPod) installed base | Chris Martinez |
| iPhone5: specification rumors | Tom Chun |
| iPhone5: distribution strategy (incl prepaid) | Tom Chun |
| iPhone4/5: sales and outlook FY11 (break out sales by model, color and distribution channel) | Stacey Counce |
| iPhone4 -> iPhone5 -> GS II Comparison chart (note features Apple is likely to advertise) | Tom Chun |
| Carrier view: Sales and installed base by Carrier | Tom Chun |
| Carrier view: Carrier pain points | Tom Chun |
| iPad: iPad2+ & iPad3 rumors and specficiations | Tom Chun |
| iPad: Sales and outlook FY11 (break out sales by model and distribution channel) | Sam Song |



Confidential Business Information,
Subject to Protective Order

| Topic/Description | Owner |
|---|---|
| **Network Systems** | |
| Overall Business Status | Tom Jasny |
| Sprint N/W Vision (high-level status only) | Tom Jasny |
| Cellular South (recovery plan status) | Paul Gilliland |
| New Business Opportunities (USCC, Metro, …) | Paul Gilliland |
| Requests to HQ | Tom Jasny |
| **Wireless Terminals** | |
| Sales: 1H'11 Performance Summary | Reza Rahman |
| Sales: 2H'11 Sales outlook | Reza Rahman |
| Sales: S=2H status by account | Reza Rahman |
| Sales: Smartphone sales weekly trend | Reza Rahman |
| Sales: Carrier-level key issues/status(1-page for each) | Brian Rosenberg |
| Sales: GSI -> GSII performance and outlook (10Mu target by when?) | Brian Rosenberg |
| Sales: Tablet sales summary and outlook (highlight sales by Carrier model) | Brian Rosenberg |
| Sales: Key B2B reference account wins (note pipeline if appropriate) | Tim Wagner |
| Marketing: Summary of Brand KPI performance & goals | Todd Pendleton |
| Marketing: MDF + CDE spend vs. revenue (by quarter & annual) | Todd Pendleton |
| Marketing: GSII Marketing Plan | Todd Pendleton |
| Marketing: Retail project status | Paul Golden |
| Product: 2H'11 & 1H'12 Lineup Summary (1-page for each of below) | Nick DiCarlo |
| Iconic smartphone models | Nick DiCarlo |
| Mass4G + Prepaid Smart | Nick DiCarlo |
| Nexus Prime (incl. 3-party negotiation status & STA position) | Nick DiCarlo |
| Galaxy Note strategy (incl consumer research findings) | Nick DiCarlo |
| Windows Phone lineup (esp. Mango) | Nick DiCarlo |



Confidential Business Information,
Subject to Protective Order

S-ITC-003353290

| Topic/Description | Owner |
|---|---|
| **Wireless Terminals (cont'd)** | |
| Product: Summary of Launch & MR delays (incl mitigation strategy) | Tim Rowden |
| Product: Tablet portfolio & positioning | Nick DiCarlo |
| Product: QCOM 8960/Fusion status | Nick DiCarlo |
| Product: On-device-activation (ODA) | Khurram Rafique |
| Content & Services: MediaHub v1.5 -> v1.6 -> v2.0 roadmap | Gavin Kim |
| Content & Services: C&S plan by key model | Gavin Kim |
| Content & Services: Revenue performance & outlook | Gavin Kim |
| Content & Services: Comparison of key MH competitive offerings (e.g. iTunes, netflix, etc) | Gavin Kim |
| Operations: Quality report (i.e. AT&T and VZW) | Tim Sheppard |

SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-003353291

# MARKET SENSING & STA STRATEGY OVERVIEW



Confidential & Proprietary

5



**Confidential Business Information,
Subject to Protective Order**

# SMARTPHONES TO BE 90% OF MOBILE PHONE VOL TAM BY 2015 (ANDROID AT 55% OF TAM). ANDROID GREATER THAN IOS TABLETS BY 2013, 50% OF TABLET TAM BY 2015.



Mobile Phone Sell-thru (M) by OS

Tablet Sell-thru (M) by OS



Confidential Business Information,
Subject to Protective Order

S-ITC-003353293

# SMARTPHONE REVENUE TO DRIVE 90%+ OF THE US MKT BY 2012 (ANDROID REV AT 50% OF MKT). OVERALL TABLET REVENUE GROWING TO 50% OF PHONE SALES BY 2014.

US Mobile Phone Revenue ($B) by OS



US Tablet Revenue ($B) by OS



Source: STA analysis v6 1 AUGUST 2011

Confidential & Proprietary

7



Confidential Business Information,
Subject to Protective Order

S-ITC-003353294

# ATT-TMO MERGER WILL CONSOLIDATE CARRIER POWER TO THE BIG 2 (ATT AND VZW)



Source: STA analysis

Confidential & Proprietary

8

Confidential Business Information,
Subject to Protective Order

S-ITC-003353295

ycase filling

# POSSIBLE FURTHER US CARRIER CONSOLIDATION

**Continued Carrier Consolidation**       **Possible Further Carrier Consolidation**



Source: UBS 03/2011





- Increase in carrier buyer power
- Samsung needs to proactively manage carrier relationships to ensure "good standing"

Confidential Business Information,
Subject to Protective Order                                    S-ITC-003353296

## CARRIER DATA PLANS:
## TMO TO LAUNCH THE COUNTRY'S FIRST FAMILY SHARED SMARTPHONE DATA PLAN IN AUGUST 2011.  SPRINT IS THE ONLY MAJOR CARRIER REMAINING WITH UNLIMITED PLANS

|  | ATT | VZW | TMO | Sprint |
|---|---|---|---|---|
| **Smartphone Plans** | **TIERED DATA PLANS** (Eliminated unlimited plans as of June 2 2010) **$25 / Mth for 2GB** ($10 / GB over) **$15 / Mth for 250MB** ($15 / 200MB over) | **CHANGED TO FULL TIERED (July 7th)** **$80 / Mth for 10GB** ($10 / GB over) **$50 / Mth for 5GB** ($10 / GB over) **$30 / Mth for 2GB** ($10 / GB over) | **CHANGING TO "SMARTPHONE" SHARED TIERED DATA PLANS (August 2011)** Individual data plans **$5 - $55 Mth for 200MB - 10GB** Family shared data plans **$10 - $110/ Mth for 200MB - 10GB** shared across 2 smartphone users | **$40/ Mth Unlimited** |
| **Tablet Plans** | **$25 / Mth for 2GB** ($10 / GB over) **$15 / Mth for 250MB** ($15 / 200MB over) | **$80 / Mth for 10GB** ($10 / GB over) **$50 / Mth for 5GB** ($10 / GB over) **$30 / Mth for 2GB** ($10 / GB over) | **$80 / Mth for 10GB** (no overage fee, just slow-down) **$50 / Mth for 5GB** (no overage fee, just slow-down) **$40 / Mth for 2GB** (no overage fee, just slow-down) | **$90 / Mth for 10GB** (unlimited 4G, cap on 3G usage) **$60 / Mth for 5GB** (unlimited 4G, cap on 3G usage) **$45 / Mth for 3GB** (unlimited 4G, cap on 3G usage) |



Confidential Business Information,
Subject to Protective Order

# HTC HAS ALREADY ESTABLISHED US FIRSTS WITH LTE (VZW THUNDERBOLT) & 3D (SPRINT EVO 3D); POSSIBLY FIRST WITH ATT LTE VERSUS SAMSUNG CELOX





Confidential Business Information,
Subject to Protective Order

S-ITC-003353298

# MOT VZW DROID 3 HAS LAUNCHED WITH CLOUD SYNC SERVICE (ZUMOCAST). MOT ALSO MAKING SOLID INROADS AT SPRINT.





Confidential Business Information,
Subject to Protective Order

S-ITC-003353299

# LG THRILL AT ATT WILL BE THE FIRST 3D AND FIRST DUAL CORE DEVICE AT $99 IN THE US (AUG LAUNCH)



| | 1Q 11 | 2Q11 | 3Q11 | 4Q11 |
|---|---|---|---|---|
| **AT&T** | | Apr-11 **LG Thrive/Phoenix** 3.2" HVGA, 600MHz, W/S: $>200, RP: $50 | Aug-11 **LG Thrill 4G** Dual core, 3D, 8GB W/S:$450; RP:$199 | |
| **Sprint** | | | | 2H11 **LG Optimus Slide** Side Slide Qwerty W/S: $149, RP: $TBD <br> 2H11 **LG Optimus S2** W/S: $149, RP: $TBD |
| **T-Mobile** | | Apr-11 **LG G2x** 4" dual core, HSPA+, 1080p video W/S:$450; RP:$199 | 3Q11 **LG Optimus Black** 4" IPS,1GHz, Thin, W/S: TBD, RP: $199 | 4Q11 **LG Cosmo** 4.3" HSPA+ Likely cancelled 199 <br> Nov-11 **LG Maxx** W/S: TBD, RP TBD <br> 4Q11 **LG Optimus T 2 (Gelato)** 3.2- 3.5 " WVGA, 5MP/FF HSPA+ W/S: TBD; RP TBD <br> 4Q11 **LG Titan** 3.8" 3D, HSPA+ Likely cancelled 149 <br> Nov-11 **LG Maxx Q** W/S: TBD; RP TBD |
| **Verizon** | | May-11 **LG Revolution** 4.3" 1GHz, 16GB, LTE W/S: $500+; R/P: $249 | | 2H11 **LG Vortex 2** (3.2 to 3.5") HVGA / WVGA, global W/S: RP: |
| **TBD** | | | | TBD **LG P930** 1280x720 display W/S: TBD, R/P: TBD |



Confidential Business Information,
Subject to Protective Order

S-ITC-003353300

# UNLIKELY THAT RIM'S CURRENT 2H11 PRODUCT LINEUP WILL MAKE A DENT TO REVERSE THEIR CURRENT LOSSES



| | 1Q 11 | 2Q11 | 3Q11 | 4Q11 |
|---|---|---|---|---|
| **AT&T** | | | **3Q11** BB Apollo — NG Curve (GMS), 2.4" HVGA, OS 6.1, W/S: $TBD; RP: $99 | **3Q11** BB Dakota (GSM) — Bold Touchscreen – 2.8" VGA, OS 6.1, W/S: $TBD; RP: est $199 |
| **Sprint** | | | **July-11** BB Malibu — Touch-only Curve 3.25" HVGA, 5MP cam W/S: $TBD; RP: $TBD | **Aug-11** BB Montana (CDMA) — Bold Touchscreen – 2.8" VGA, OS 6.1, W/S: $TBD; RP: $TBD · **Aug-Sept '11** BB Sedona — NG Curve (CDMA), 2.4" HVGA, OS 6.1, W/S: $TBD; RP: $TB |
| **T-Mobile** | | | **July-11** BB Monaco (Storm3) — 3.7" WVGA 1.2GHz, OS 6.1 W/S: $TBD; RP: $199 | **Aug-11** BB Dakota (GSM) — Bold Touchscreen – 2.8" VGA, OS 7, W/S: $500; RP: $249 · **Aug-11** BB Apollo — NG Curve (GSM) 2.4" HVGA, OS 7, W/S: $300; RP: $99 |
| **Verizon** | | | **July-Aug '11** BB Monaco (Storm3) — Storm 3; 3.7" WVGA 1.2GHz, OS 6.1 W/S: $TBD; RP: $199 · **July-11** BB Malibu — Touch-only Curve 3.25" HVGA, 5MP cam W/S: $TBD; RP: $TBD | **Aug-11** BB Montana (CDMA) — Bold Touchscreen – 2.8" VGA, OS 6.1, W/S: $TBD; RP: $TBD · **Aug-Sept '11** BB Sedona — NG Curve (CDMA) 2.4" HVGA, OS 6.1, W/S: $TBD; RP: $TBD |
| **TBD** | | | | **Early 2012** BB Orlando — Curve Touchscreen – 3.25" HVGA, 5MP cam W/S: $TBD; RP: $TBD |



Confidential Business Information,
Subject to Protective Order

S-ITC-003353301

# MANY COMPETITIVE TABLET DEVICES TO LAUNCH IN 2011 BUT ONLY A FEW WILL BE SIGNIFICANT





Confidential Business Information,
Subject to Protective Order

S-ITC-003353302

# APPLE IPHONE 5 TO LAUNCH IN SEP / OCT TIME FRAME AT ATT, VZW AND SPRINT. $49 CONTRACT IPHONE 3GS DISCONTINUED.



Confidential & Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353303

# HTC DEMONSTRATING STRONG EXECUTION IN THE US, THUS ENJOYING INCREASED CARRIER BENEFITS

## HTC Building Track Record of US Tech "Firsts"

| HD2 | EVO 4G | G2 | Thunderbolt | EVO 3D |
|---|---|---|---|---|
| WinMo 6.5 | Android 2.1 | Android 2.2 | Android 2.2 | Android 2.3 |
| 1GHz QCOM | 1GHz QCOM | 800MHz QCOM | 1.0GHz QCOM | 1.2GHz Dual |
| 4.3" | 4.3" | 3.7" | 4.3" | 4.3" 3D |
| Mar-10 | Jun-10 | Oct-10 | 1Q11 | Jun 2011 |

- 1st 4.3" in US
- 1st 4G WiMAX in US
- 1st HSPA+ in US
- 1st to 4G LTE in US
- 1st 3D in US



## HTC has Consistent Product & SW Upgrades

6–7 months | 6 months | 5 months | ~7 months



| myTouch 3G | myTouch 3G (Fender Edition) | myTouch 3G Slide | myTouch 4G | myTouch 4G Slide |
|---|---|---|---|---|
| Android 2.1 | Android 2.1 | Android 2.1 | Android 2.2 | Android 2.x |
| 528 MHz QCOM | 528 MHz QCOM | 600MHz QCOM | 1GHz QCOM | |
| 3.2" | 3.2" | 3.4" | 3.8" | |
| Jul-09 | Jan-10 | Jun-10 | Nov-10 | Jul-11 |

## HTC's UI Provides Consumers with a Consistent Look-and-Feel

     

TouchFLO UI WinMo (2007) | TouchFLO 3D UI WinMo (2008) | Sense UI Android & WinMo (2010) | Sense 3.0 Android (2011)

## HTC Winning Premium SKU Slots at all Big 4 Carriers



## HTC Enjoying Significant Carrier Spend on its Behalf



Confidential & Proprietary

Source: Competitrack    17

# ANDROID & APPLE ECOSYSTEMS ARE "STICKY" (HIGH REPEAT PURCHASES). WITHIN ANDROID, HTC APPEARS TO BE BUILDING A MORE LOYAL FOLLOWING.

### Android and iOS are Sticky Solutions for Consumers

**1Q11 Repeat Purchasers**
(% of recent smartphone acquirers whose current device has the same OS as their prev device)



### Within Android, HTC appears to be building stronger loyalty

**1Q11 Repeat Purchasers**
(% of recent Android acquirers whose current device is the same OEM as their prev device)



Source: Nielsen 1Q11

Confidential & Proprietary

18



Confidential Business Information,
Subject to Protective Order

S-ITC-003353305

# WP7 MANGO ADDS MULTITASKING, ADVANCED EXCHANGE & MORE CLOUD SERVICES.  NOKIA'S BIG BET NOT IMPACTING OTHER OEM COMMITMENTS

| WP7 | Mango |
|---|---|
| **General**<br>• SNS: Facebook integration<br>• Live Tiles (in lieu of Apps/widgets) | **General**<br>• **Multitasking support**<br>• Twitter and Linked In integration<br>• Contact grouping (e.g. create a group you can track or send messages to separately)<br>• Upgraded Browser (Internet Explorer 9) |
| **Email / Exchange**<br>• Native Exchange / POP support<br>• Innovative layout / email UI | **Advanced Email / Exchange**<br>• Ability to combine email inboxes<br>• Email threading (conversation view)<br>• Additional Exchange support (i.e. Out of Office messages)<br>• Syncing with Exchange tasks<br>• Voice-to-text and text-to-voice<br>• Conversation threads (all social feeds from a contact all show up in the same place) |
| **Entertainment**<br>• Zune hub for music & video | **Entertainment**<br>• **Support for third-party background audio**<br>• SmartDJ playlist creation<br>• Lockscreen with music controls & album art<br>• Custom ringtones |
| **Search / Maps**<br>• Bing for web search and maps | **Search / Maps**<br>• Search and Mapping / Navigation improvements<br>• Support for turn-by-turn voice prompts |
| **Other**<br>• SkyDrive for Photos<br>• Voice Search Only | **Other**<br>• **Sky Drive for Office docs & music streaming**<br>• More integrated Voice Commands<br>• Some redesigned hubs (e.g. Office and Games)<br>• Better real-time information in Live Tiles |

**Recent Mango Sensing:**

• **Nokia**: Nokia/Microsoft expected to announce 1st Nokia WP7 device(s) Aug 17. Invitations sent for media event in Cologne.  Rumors are calling for October launch of "Sea Ray" phone

• **HTC**: Up to 4 Mango devices tracked by STA Strategy.  Strong noise on "Omega": 1.5GHz single core, 8MP/720p recording, 16GB memory.

• **Other OEMs**: LG, Acer, Fujitsu-Toshiba (confirmed), and ZTE are also expected to launch Mango devices in the coming months.

Confidential & Proprietary    19    **SAMSUNG**

Confidential Business Information,
Subject to Protective Order

# APPLE, GOOGLE AND AMAZON DRIVING CONTENT SPACE; FACEBOOK HAS UNTAPPED LEVERAGE TO DRIVE SERVICE ADOPTION

| | Video | Game | Music | eReading | Backup & Restore |
|---|---|---|---|---|---|
| **Market Trends** | • OTT video led through TV (excl Apple) – game console #1 connecting device<br>• Online video going social | • Virtual good growth driving freemium model<br>• Cloud gaming emerging | • Music rapidly moving to cloud across providers<br>• Spotify launch ad-based on-demand model in U.S. | • eBooks surpasses physical books on Amazon<br>• Apple rev share demands drive out in-app purchases | • Web providers offer all access anywhere<br>• OEMs/OS strong on-device integration |
| Apple | ▪ *#1 VoD M/S in US* (65%)<br>▪ *N-Screen support* via streaming to AppleTV | ▪ *End-to-end game platform* including social and advertising | ▪ *#1 music retailer*<br>▪ iCloud & "Scan and Match" | ▪ *iBooks & INewsstand*<br>▪ Subscription support for periodicals | ▪ *iCloud Automatic Backup*<br>▪ Cloud photo sharing<br>▪ 5GB of free storage |
| Google | ▪ *#1 online video M/S* (69%)<br>▪ *Premium VOD on Android* and on *GoogleTV* | ▪ Free & premium mobile games on Android Market<br>▪ $100+M investment in Zynga | ▪ *Google Music* | ▪ *Google Books*<br>▪ *Working on Newstand offering* | ▪ Music, books, video, contact mail in cloud<br>▪ **Google Plus** automatic back of photos |
| amazon | ▪ VOD service on TV<br>▪ *Expansion to mobile and SVOD* | ▪ Android games offered through Amazon App store | ▪ *#2 Music download service in the US*<br>▪ Cloud music streaming service | ▪ *#1 ebook retailer*<br>▪ Multi-device and cloud sync support | ▪ **Cloud Player for music**<br>▪ Kindle and VOD cloud based |
| HTC | ▪ **HTC Watch service** on smartphones & Tablets | ▪ Strategic investment in **OnLive** Streaming Gaming | ▪ **HTC Music Station** | ▪ **HTC eBook w/ Kobo** | ▪ **HTC Sense** contacts, text messages, call history<br>▪ Lost device remote access |
| facebook | ▪ *2nd in online video market* share w/ 27.1%<br>▪ Experimenting w/ VOD service on PC – Partnership with Warner to offer "Dark Night" VoD | ▪ Popular *gaming platform for 3rd party developers* (e.g. Zynga)<br>▪ Features including billing, notification, news feeds | ▪ *Partner with Spotify* to launch music streaming service | ▪ N/A | ▪ Photo and video sharing |



Confidential Business Information,
Subject to Protective Order

# STA FACES A KEY COMPETITIVE DECISION REGARDING ITS CLOUD IDENTITY & POSITIONING

**Be an aggregator: license & distribute content**

**Be an 'aggregator of aggregators'**




- ✚ Possible to provide differentiation from other HW players
- ✚ Potential for direct monetization of content sale
- ▬ Unclear ability to sustainably differentiate offerings
- ▬ "Red water" ; crowded, many strong incumbents
- ▬ In long term, strategically disadvantaged against "everywhere" services like Netflix
- ▬ Expensive to build scale independently and operate

- ✚ Also differentiating from HW players
- ✚ Solve customer pain associated with service proliferation
- ✚ "Own" the customer experience; become the default app
- ✚ "White space" with few competitors
- ✚ Compatible with also offering own aggregation service
- ▬ Costs incurred to build scale before monetization
- ▬ Less "control" over user experience



Confidential Business Information,
Subject to Protective Order

# PLATFORMS/OEMS DEVELOPING COMPREHENSIVE EXPERIENCES TO INCREASE CUSTOMER STICKINESS WITHIN ECOSYSTEM



*"There's only so much you can do with a piece of glass…software can make or break a phone."*

# PLATFORMS/OEMS DEVELOPING COMPREHENSIVE EXPERIENCES TO INCREASE CUSTOMER STICKINESS WITHIN ECOSYSTEM

*"There's only so much you can do with a piece of glass…software can make or break a phone."*  

| OS, UI & Input Recognition | Mobile Apps & Services | Entertainment | Advertising | Location Services | Cloud, Backup, Streaming/Sync | B2B |
|---|---|---|---|---|---|---|



**Apple competes less like an OEM and more like an OTT like Google & Amazon. Investments focused on managing all facets of end users' digital life.**



**RIM investments center on "plugging gaps" of historically weak areas – touch-based UI and consumer focused Content & Services.**







**Android OEMs focused on differentiation within the Android ecosystem.**

**Specifically, HTC has been aggressive in building off the strength of its Sense UI and backup/customer management utilities and strengthening consumer media.**

**Motorola investing in services infrastructure and also leveraging its base in B2B & STB.**





**Google continues to expand its reach across all end-user touchpoints and unafraid to "tinker" to improve its positioning as a cloud "everything" provider**



**Microsoft showing commitment to "mobilize" its core offerings in a big way (had not done so in the past) and to work on synergies with Nokia.**

7

Confidential Business Information,
Subject to Protective Order

# CONSUMER DATA USAGE SHOWS ANDROID LEADING THE PACK WITH HEAVIEST USAGE AROUND APP DOWNLOADS & MUSIC

**Average Monthly Data Usage (MBs)**
Q1 '11 Nielsen Customer Value Metrics, National



**Heavy Data Use Activities, Last 30 Days**
Feb - Apr 2011, Mobile Insights, National



SAMSUNG

Confidential Business Information,
Subject to Protective Order

# US SMARTPHONE DATA CONSUMPTION EXPECTED TO TRIPLE FROM 2010 TO 2012 TO 1.8GB / MONTH



### Quarterly Data Usage in MB by Operating System

Source: Nielsen

Legend:
- Android OS
- Windows Mobile
- Apple iPhone (iOS)
- Windows Phone 7
- BlackBerry OS

|  | Current Data consumption / month* |
|---|---|
| Typical cellphone | 50 MB |
| Smartphone | 130-582 MB |
| iPhone | 492 MB |
| Galaxy S (Android) | 582 MB |
| iPAD/ Galaxy Tab | 700 MB – 1GB |
| Netbook | 1 GB |
| Laptop | 5 GB |

Source: Sanford C. Bernstein, Nielsen

* Includes data and voice

**Smartphones** create as much traffic as **10X basic-feature phones**. (Source: Cisco, 2010)

Data consumption of average smartphone users **expected to triple every year, growing from 150-200 MB in 2010 to 1.8 GB in 2012** (Source: Dallas Morning News)

Confidential & Proprietary

25



Confidential Business Information,
Subject to Protective Order

# VZW LTE DEPLOYMENT HAS A TIME TO MARKET ADVANTAGE OF 1+ YEARS



Confidential Business Information,
Subject to Protective Order

S-ITC-003353313

# 4G TECHNOLOGIES ALL BOAST SIGNIFICANT PEAK THEORETICAL DOWNLOAD RATES. THE REALITY HOWEVER IS SINGLE DIGIT MBPS

## Theoretical




| | Peak Download Data Rate |
|---|---|
| lte. | 300 Mbps |
| wimax | 75 Mbps |
| HSPA+42 | 42 Mbps |

Source: www.telecoms.com/11695/wimax-vs-lte-vs-hspa-who-cares-who-wins

## Reality



Source: Deli 'Oro, and Goldman Sachs Research estimates.

Confidential & Proprietary                              27   SAMSUNG

Confidential Business Information,
Subject to Protective Order

# GROWTH IN NO-CONTRACT MARKET DRIVEN BY FIRST-TIME SMARTPHONES



- Competitive threat with LG & Huawei positioned to increase share in prepaid smartphone volume

- STA opportunity for increased smartphone share by capitalizing on prepaid smartphone trend

Source: STA Account team estimates

Confidential & Proprietary

28

**SAMSUNG**

Confidential Business Information,
Subject to Protective Order

S-ITC-003353315

# WILL A NON-CONTRACT IPHONE ACCELERATE NON-CONTRACT GROWTH FURTHER?



Non-contract Sell-thru Vol % by Wholesale ASP

## Signals about Apple's Interest in the Non-Contract Market

- Recognition that US market growth driven by non-contract smartphones

- Apple execs have already stated their interest in being "creative in prepaid"

- Apple launching unlocked iPhone 4 through their retail stores, possibly as a test to ensure activations can be handled by their own retail

- Apple has historically shown preference to dis-intermediate the carrier
    - Channel prioritization of iPhone 4 at Apple retail vs COR at launch

Confidential & Proprietary

29



Confidential Business Information,
Subject to Protective Order

S-ITC-003353316

# STA CORPORATE PLANNING CADENCE



Confidential & Proprietary

30 

Confidential Business Information,
Subject to Protective Order

S-ITC-003353317

# STA MID-TERM VISION (THRU 2015)

Brand position requires update

| | |
|---|---|
| **Vision** | Inspire the World, Create the Future |
| **Brand Position** | *Updated Brand Position Under Discussion* |
| **Goals** | $10B by 2011 / $14B by 2013 / $18B by 2015 — #1 Brand, #1 Loyalty & #1 Rev Share in all Categories — 10M Active Users using Samsung C&S solutions |

**Strategic Directions**

- Win in premium converged device categories with distinctive experiences & solutions (e.g. Smartphone, Tablet, etc)
- Position Samsung as a trusted provider of value-added services to Customers and Consumers
- Leverage broad solution portfolio to drive bundled sales to strategic accounts
- Invest in B2B enablement and sales to capitalize on the growth in enterprise mobility

**Business Portfolio (Current / Future)**

Handsets, Tablets, N/W infra, K/P ↔ Converged solutions & experiences for connected Consumers in for the Home, Enterprise and On-the-Go

**Change Directions**

**TODAY**
Leading HHP vendor, lagging in brand
Building capability in S.P. + C&S
Initial Tier 1 N/W award, need to secure addition wins

↔

**FUTURE**
Organize to deliver broad suite of Consumer C&S across categories
Build defensible position in all 4G infra
Leader in enterprise mobility

**SAMSUNG**

31

Confidential Business Information,
Subject to Protective Order

S-ITC-003353318

# STA WILL BECOME INCREASINGLY DEPENDENT ON B2B SALES AS A REVENUE GROWTH DRIVER IN THE MID-TERM



### Mobile Smartphone US TAM

| | 2011 | 2015 | Consumer |
|---|---|---|---|
| Consumer | 53% | 47% | |
| Indiv Liable | 21% | 24% | |
| Corp Liable | 26% | 29% | |
| TOTAL | 100% | 100% | |

### Connected Tablet US TAM

| | 2011 | 2015 |
|---|---|---|
| Consumer | 98% | 84% |
| Indiv Liable | 1% | 6% |
| Corp Liable | 1% | 11% |
| TOTAL | 100% | 100% |

*Source: McKinsey, STA Analysis*

Confidential & Proprietary

32



Confidential Business Information,
Subject to Protective Order

S-ITC-003353319

# BY 2015, ~30% OF STA REVENUE WILL COME SOURCES OTHER THAN HANDSETS (>90% IN 2011)

**Key Highlights:**

- Connected Tablet becomes $2.5B business
  - Surpasses non-smartphones in 2014
  - Nearly 20% size of HHP by 2015
- Smartphones dominate mobile handsets
  - 2011 → 71% of total
  - 2015 → 96% of total
- Networks business to grow 4X by 2015



STA Revenue 2011-15 (CAGR 12%)

$17.9B

| | CAGR |
|---|---|
| Networks | 44% |
| Content & Services | 197% |
| Galaxy Player (MID) | 89% |
| Accessories | 24% |
| Tablet | 45% |
| Non-Smartphones | -37% |
| Smartphones | 14% |

| | 2015 |
|---|---|
| Mobile Handsets | 71% |
| Tablets | 14% |
| Other Mobile Revenue | 8% |
| Networks | 7% |

Confidential & Proprietary

33



Confidential Business Information,
Subject to Protective Order

S-ITC-003353320

# STA WILL LEAD THE MARKET IN SMARTPHONES AND ANDROID TABLETS IN 2012, ALSO DRIVING YOY UNIT VOLUME GROWTH



| | |
|---|---|
| **#1** | In US phone volume (>38%)<br>In US smartphone volume (>35%) |
| **>57Mu** | Handsets |
| **3Mu** | Tablets (Connected & WiFi) |
| **>15%** | WT Profit |
| **>20%** | YoY Revenue Growth |
| **>$0.5B** | Wireless Network Systems Revenue |

\* 100 API in Smart, 100 API in NonSmart

Confidential & Proprietary

34   **SAMSUNG**

Confidential Business Information,
Subject to Protective Order

S-ITC-003353321

# BEAT APPLE STATUS: PHASED APPROACH, WITH PHASED GOALS

**Galaxy S III**



## Phase III Goals (Mid 2012)

- Continue sustainably higher **Brand** (UAT3 / MPSA scores) than Apple
- Samsung **smartphone vol share > Apple**
- **GSIII ASP & subsidy parity** with Apple

**Galaxy S II**



## Phase II Goals (Sep 2011)

- Sustainably higher **Brand** (UAT3 / MPSA) than Apple
- Samsung **> 50% Android market share**

**Galaxy S**



## Phase I Accomplishments (June 2010)

- Beat Apple in **Brand** (UAT3 / MPSA) in 3Q10 but was not able to maintain afterwards
- **#1 US Android Share** for 1st time in 3Q10



Confidential Business Information,
Subject to Protective Order

S-ITC-003353322





Confidential & Proprietary

36 

**Confidential Business Information,**
**Subject to Protective Order**

# LOCK-IN MECHANISMS PART OF APPLE'S APPROACH TO N-SERVICES



Source: Lit search; BCG analysis

Confidential Business Information,
Subject to Protective Order

# APPLE U.S. INSTALLED BASE STRONG, WITH HIGH LEVELS OF CO-OWNERSHIP WITHIN IOS

**145M** Apple collective U.S. device installed base

**45M** unique iOS users*

- Each iOS user spends over $100 on content & apps
- Avg of 83 app downloads per user in 2011
- 18% of apps are paid at an average price of $1.44



27M Mac

<2M AppleTV

11M iPad

64M Non-Touch iPod

23M iPhone

18M iPod Touch



iPhone 17.0 million

1.8 million

3.5 million

250K

760K

iPod Touch 14.9 million

iPad 6.8 million

- *35% own an iPhone*
- *10% own an iPod Touch*

*Sources: Comscore, Apple, Pew Internet Research, STA Analysis*



Confidential Business Information,
Subject to Protective Order

## IPHONE 5 TO BE UPGRADED FROM IPHONE 4 IN THE KEY AREAS OF DISPLAY, CAMERA, PROCESSOR AND C&S

| Items | iPhone 4 | | iPhone 5 | |
|---|---|---|---|---|
| Launch | Jun 2010 (ATT) Jan 2011 (VZW) | | Mid Sep 2011 | |
| Network | ATT – HSPA 7.2 VZW – EVDO revA | | **Dual Mode –** HSPA 14.4 / EVDO rev A | |
| Retail Price | $299/ $199 | | $299/ $199 | |
| Dimensions | 114.3 x 58.6 x 9.3 mm,  137g | | TBD but similar dimensions **Thinner bezel** | |
| Main Display | 3.5" 960 x 640 IPS,  326 PPI | | **3.7"** IPS,  Retina Display 960 x 640,  312 ppi | |
| App CPU | 1GHz Apple A4 | | **A5 1GHz dual-core** | |
| Battery | 1420 mAh | | TBD (Same 10hrs claimed battery life) | |
| Storage | 32GB/16GB No expansion | | 32GB/16GB No expansion | |
| Camera | 5MP AF LED Flash 0.3MP (VGA) FF | | **8MP RF** **1.3MP FF** | |
| +1 UX | iOS 4.3 iTunes App Store, iTunes, iBooks , iMovies | | **iOS5** **Cloud services** **Voice command / input** **NFC** App Store, iTunes, iBooks, iMovies | |



Confidential Business Information,
Subject to Protective Order

# TEN KEY IOS 5 KEY FEATURES COMPARED TO GALAXY S II

| iOS 5 | Galaxy S II | |
|---|---|---|
| 1. Notifications (No notification bar in iOS previously ) | Standard Android feature | ✔ |
| 2. Newsstand: Managed magazine subscriptions | No analogous offering | ✗ |
| 3. Twitter: Integrated w/ contacts, gallery, etc | Standard TouchWiz Feature | ✔ |
| 4. Safari (auto page formatting, syncs tabs across devices) | Android Browser (Standard Android Feature) Firefox (and others) also have some of these features | ✔ |
| 5. Reminders: New location based feature | Calendar To-Do list (not location aware) | ✗ |
| 6. Camera Updates (quick-launch, PhotoStream) | Galaxy S II camera widely regarded as one of the best – launches quickly, Picasa enables similar cloud-sharing | ✔ |
| 7. Mail (Rich text, manage folders, search text) | These features not yet available on Android devices | ✗ |
| 8. PC Free: Device setup no longer requires connecting to a computer/iTunes | Standard Android feature | ✔ |
| 9. Game Center (iOS social networking for gaming) | OpenFeint / OnLive (only available through certain games) | ✗ |
| 10. iMessage (instant messaging for iOS) | Google Talk (native to all Android) | ✔ |



Confidential Business Information,
Subject to Protective Order

# APPLE IPHONE 5 TO LAUNCH IN SEP / OCT TIME FRAME AT ATT, VZW AND SPRINT. $49 CONTRACT IPHONE 3GS DISCONTINUED.



Confidential Business Information,
Subject to Protective Order

S-ITC-003353328

## ATT GSII (SEINE) SUPERIOR SPECS TO IPHONE 5. APPLE TO FOCUS ON RETINA DISPLAY (COMPARED TO SUPERAMOLED+) AND IOS 5

| Model | Seine | iPhone 5 | Holiday | Thrill 4G | ATRIX 4G |
|---|---|---|---|---|---|
| Image | | | | | |
| Manufacturer | Samsung | Apple | HTC | LG | Motorola |
| Carrier | AT&T | AT&T | AT&T | AT&T | AT&T |
| Data | EDGE,UMTS, HSDPA 21 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s,LTE | EDGE,UMTS,HSDPA 14.4 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s |
| OS | Android 2.3 | iOS 5 | Android 2.3.4 | Android 2.2 | Android 2.2 |
| Form Factor | Candybar | Candybar | Candybar | Candybar | Candybar |
| Dimension | 125x66x8.89 mm | TBD – expected 9 mm thickness | TBD | 129x68x12 mm | 118x64x11 mm |
| Main Display | 480x800 (4.3'') | 640x960 (3.7'') | 540x960 (4.5'') | 480x800 (4.3'') | 540x960 (4.0'') |
| CPU | 1200 MHz x 2 | 1000 MHz x 2 | 1200 MHz x 2 | 1000 MHz x 2 | 1000 MHz x 2 |
| Battery | 1650 mAh | TBD | TBD | 1500 mAh | 1930 mAh |
| Rear Camera | 8.0 MP | 8.0 MP | 8.0 MP | 5.0 MP | 5.0 MP |
| Front Camera | 2 MP | 0.3 MP | 1.3 MP | 1.3 MP | 0.3 MP |
| Internal Memory | 16384 MB | 16384 MB | TBD | 8192 MB | 16384 MB |
| Memory Expansion | microSD,microSDHC (32 GB Max) | None | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) |
| Launch | 2011-10 | 2010-09 | 3Q11 | 2011-07 | 2011-02-25 |
| Retail Price | 199.00 | 199.00 | $199.00 | 199.00 | 199.00 |
| Whole Sale Price | 549.00 | 603.00 | $499.00 | 499.00 | 471.00 |

*Source: STA PRIME

Competitive advantage
Competitive parity
Competitive disadvantage

SAMSUNG

Confidential Business Information,
Subject to Protective Order

# SPRINT (GAUDI) SUPERIOR SPECS TO IPHONE 5. APPLE TO FOCUS ON RETINA DISPLAY (COMPARED TO SUPERAMOLED+) AND IOS 5

| Model | Gaudi | iPhone 5 | EVO 3D | PHOTON 4G |
|---|---|---|---|---|
| Image | | | | |
| Manufacturer | Samsung | Apple | HTC | Motorola |
| Carrier | Sprint | AT&T | Sprint | Sprint |
| Data | DOrA / WiMax | DOrA | EVDO / WiMax | EDGE,1xEV-DO rev.A,UMTS |
| OS | Android 2.3 | iOS 5 | Android 2.3 | Android 2.3 |
| Form Factor | Candybar | Candybar | Candybar | Candybar |
| Dimension | 131x70x9 mm | TBD – expected 9 mm thickness | 126x65x11 mm | 127x67x12 mm |
| Main Display | 480x800 (4.5") | 640x960 (3.7") | 540x960 (4.3") | 540x960 (4.3") |
| CPU | 1200 MHz x 2 | 1000 MHz x 2 | 1200 MHz x 2 | 1000 MHz x 2 |
| Battery | TBD | TBD | 1520 mAh | 1700 mAh |
| Rear Camera | 8.0 MP | 8.0 MP | 8.0 MP | 8.0 MP |
| Front Camera | 2MP | 0.3 MP | 0.3 MP | 0.3 MP |
| Internal Memory | 16384 MB | 16384 MB | 1024 MB | 16384 MB |
| Memory Expansion | microSD,microSDHC (32 GB Max) | None | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) |
| Launch | 2011-09 | 2010-09 | 2011-06-24 | 3Q11 |
| Retail Price | 199.00 | 199.00 | 199.00 | 249.00 |
| Whole Sale Price | 499.00 | 603.00 | 459.00 | 470.00 |

*Source: STA PRIME

Competitive advantage
Competitive parity
Competitive disadvantage



Confidential Business Information,
Subject to Protective Order

# NO GSII AT VZW. SAMSUNG PRIME SPECS SUPERIOR TO IPHONE 5. APPLE TO FOCUS ON RETINA DISPLAY (COMPARED TO CURVED), CAMERA MP AND IOS5.

| Model | Droid Charge | Samsung Prime | iPhone 5 Verizon | HTC Vigor | LG I-Project | Droid Bionic Targa |
|---|---|---|---|---|---|---|
| Image | | | | | | |
| Manufacturer | Samsung | Samsung | Apple | HTC | LG | Motorola |
| Carrier | Verizon | Verizon | Verizon | Verizon | Verizon | Verizon |
| Data | 1xEV-DO rev.A,LTE | 1xEV-DO rev.A,LTE | 1xEV-DO rev.A | 1xEV-DO rev.A,LTE | 1xEV-DO rev.A,LTE | 1xEV-DO rev.A,LTE |
| OS | Android 2.2 | Ice Cream Sandwich (Android 2.4) | iOS 5 | Android 2.3 | Android 2.3 | Android 2.3.4 |
| Form Factor | Candybar | Candybar | Candybar | Candybar | Candybar | Candybar |
| Dimension | 130x68x12 mm | 136 x 68 x 9.34mm | 115x59x9 mm | TBD | TBD | TBD |
| Main Display | 480x800 (4.3") | 720x1280 (4.65") | 640x960 (3.5") | 720x1280 (4.3") | 720x1280 (4.5") | 540x960 (4.3") |
| CPU | 1000 MHz | 1200 MHz x 2 | 1000 MHz x 2 | 1500 MHz x 2 | 1500 MHz x 2 | 1000 MHz x 2 |
| Battery | 1600 mAh | 1750mAh | TBD | TBD | TBD | TBD |
| Rear Camera | 8.0 MP | 5.0 MP | 8.0 MP | 8.0 MP | 8.0 MP | 8.0 MP |
| Front Camera | 1.3 MP | 1.3 MP | 0.3 MP | 1.3 MP | 1.3 MP | Yes |
| Internal Memory | 2048 MB | 16384 MB | 16384 MB | TBD | TBD | 16384 MB |
| Memory Expansion | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | None | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) |
| Launch | 2011-05-16 | 2011-10 | 2011-09 | 2011-10 | 2011-10 | 2011-07 |
| Retail Price | 299.00 | TBD | 199.00 | TBD | TBD | TBD |
| Whole Sale Price | 590.00 | TBD | 603.00 | TBD | TBD | TBD |

*Source: STA PRIME

Competitive advantage
Competitive parity
Competitive disadvantage



Confidential Business Information,
Subject to Protective Order

# NO IPHONE 5 EXEPECTED AT TMO. SAMSUNG GSII (HERCULES) SUPERIOR TO THE COMPETITION.

| Model | Hercules | Sensation 4G | G2x | ATRIX 4G | Monaco / Storm 3 |
|---|---|---|---|---|---|
| Image | | | | | |
| Manufacturer | Samsung | HTC | T-Mobile | Motorola | RIM |
| Carrier | T-Mobile | T-Mobile | T-Mobile | T-Mobile | T-Mobile |
| Data | EDGE,UMTS,HSDPA 42 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s | EDGE,UMTS,HSDPA 14.4 Mbit/s |
| OS | Android 2.3 | Android 2.3 | Android 2.2 | Android 2.2 | BlackBerry OS |
| Form Factor | Candybar | Candybar | Candybar | Candybar | Candybar |
| Dimension | 131x70x9 mm | 126x65x11 mm | 124x64x10 mm | 118x64x11 mm | 120x62x11 mm |
| Main Display | 480x800 (4.5'') | 540x960 (4.3'') | 480x800 (4.0'') | 540x960 (4.0'') | 480x800 (3.7'') |
| CPU | 1200 MHz x 2 | 1200 MHz x 2 | 1000 MHz x 2 | 1000 MHz x 2 | 1200 MHz |
| Battery | TBD | 1520 mAh | 1500 mAh | 1930 mAh | 1230 mAh |
| Rear Camera | 8.0 MP | 8.0 MP | 8.0 MP | 5.0 MP | 5.0 MP |
| Front Camera | Yes | 0.3 MP | 1.3 MP | 0.3 MP | - |
| Internal Memory | 16384 MB | 1024 MB | 8192 MB | 16384 MB | 4096 MB |
| Memory Expansion | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) | microSD,microSDHC (32 GB Max) |
| Launch | 2011-09 | 2011-06-15 | 2011-04-15 | 3Q 2011 | July 2011 |
| Retail Price | 199.00 | 199.00 | 199.00 | 199.00 | 199.00 |
| Whole Sale Price | 499.00 | 459.00 | 443.00 | 471.00 | TBD |

Competitive advantage
Competitive parity
Competitive disadvantage

*Source: STA PRIME



Confidential Business Information,
Subject to Protective Order

# IPAD 2⁺ SENSING



- **Launch:** Early 2012 likely (some rumors about a launch around Thanksgiving 2011 but not likely)
  - iPad 2 only recently cleared all backorders and began shipping when a consumer ordered the device rather than going on backorder.
  - With such strong demand, Apple unlikely to introduce iPad 2+ (iPad 2 with a high-resolution display) so early in iPad2's product life
- **HW design:** Appearance to remain unchanged
- **Display resolution** 2X current ppi
  - New resolution of 2048x1536 @ 264 ppi vs the current 1024 × 768 @ 132 ppi
- **Processor** unchanged at 1GHz dual core A5
- **Memory storage configurations:** 128 GB/ 64GB / 32GB versus current 64GB/ 32GB / 16GB
- **Pricing:** Same as iPad 2
- **OS:** iOS5

Confidential Business Information,
Subject to Protective Order

S-ITC-003353333

# NEED TO SLOW THE RAPIDLY GROWING APPLE INSTALL BASE AT VZW AND REDUCE THE SIZABLE APPLE BASE AT ATT



Install Base (M) as of May 2011

1H11 Sell-thru (M)

Source: comScore / STA analysis for install base
STA PRIME/SMART systems for sell-thru

Confidential & Proprietary

47 

Confidential Business Information,
Subject to Protective Order

S-ITC-003353334

# IPAD: SALES AND OUTLOOK FY11

| | 1Q11 | 2Q11 | 3Q11 | 4Q11 |
|---|---|---|---|---|
| Total iPad units | 2,817,857 | 4,124,080 | 5,498,783 | 5,671,881 |
| iPad 1 | 1,301,058 | 27,430 | 17 | 0 |
| iPad 2 | 1,516,799 | 4,096,650 | 5,498,783 | 5,671,881 |
| iPad - VZW | 101,796 | 169,284 | 206,754 | 192,844 |
| iPad - ATT | 20,743 | 37,869 | 49,489 | 39,703 |
| iPad - Apple stores (incl Apple online channel) | 1,971,173 | 2,775,139 | 3,761,167 | 3,981,660 |
| iPad - BBY | 365,128 | 583,896 | 791,825 | 822,423 |
| iPad - WalMart | 27,971 | 41,414 | 54,438 | 55,584 |
| iPad - Target | 26,974 | 36,947 | 43,990 | 39,703 |
| iPad - RadioShack | 3,257 | 26,423 | 24,745 | 22,688 |
| iPad - Online resellers | 23,222 | 40,626 | 60,487 | 63,525 |
| iPad - Direct B2B | 277,593 | 412,484 | 505,888 | 453,750 |

| | 1Q11 | 2Q11 | 3Q11 | 4Q11 |
|---|---|---|---|---|
| iPad 1 | 46% | 1% | 0% | 0% |
| iPad 2 | 54% | 99% | 100% | 100% |
| iPad - VZW | 3.6% | 4.1% | 3.8% | 3.4% |
| iPad - ATT | 0.7% | 0.9% | 0.9% | 0.7% |
| iPad - Apple stores (incl Apple online channel) | 70.0% | 67.3% | 68.4% | 70.2% |
| iPad - BBY | 13.0% | 14.2% | 14.4% | 14.5% |
| iPad - WalMart | 1.0% | 1.0% | 1.0% | 1.0% |
| iPad - Target | 1.0% | 0.9% | 0.8% | 0.7% |
| iPad - RadioShack | 0.1% | 0.6% | 0.5% | 0.4% |
| iPad - Online resellers | 0.8% | 1.0% | 1.1% | 1.1% |
| iPad - Direct B2B | 9.9% | 10.0% | 9.2% | 8.0% |



Confidential & Proprietary

48

SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-003353335

# NETWORK SYSTEMS



Confidential & Proprietary

49



**Confidential Business Information,
Subject to Protective Order**

# STA WIRELESS NETWORKS OVERALL BUSINESS STATUS

| 2011 Sales, $M | Q1 | Q2 | Q3 | Q4 | Total |
|---|---|---|---|---|---|
| Herndon | | | | | |
| Plan | 17.0 | 10.8 | 56.4 | 72.5 | 156.7 |
| Forecast | 13.7 | 6.0 | 34.1 | 106.2 | 160.0 |
| Actual | 13.7 | 9.1 | | | |
| Richardson | | | | | |
| Plan | 16.8 | 23.4 | 38.8 | 38.2 | 117.2 |
| Forecast | 10.6 | 15.2 | 14.1 | 33.8 | 71.3 |
| Actual | 8.2 | 15.2 | | | |
| | | | | | |

2012 Initial Plan reviewed with SEC is $541M vs. 2011
$274M Plan, $231M FCST for current customer base

Confidential & Proprietary

50 

Confidential Business Information,
Subject to Protective Order

S-ITC-003353337

# SPRINT NETWORK VISION SUMMARY



## Development (Lab and FIT)

**Overall Status**
Goal: Exceed given Lab and FIT targets while delivering a quality product. Track in weekly and bi-weekly meetings.

**Key Highlights**
- 3G FIT – **First call completion (7/12), First EVDO call 8(/4)**
- 4G Lab – **First call completion (7/21)**

**Risks / Issues/ Next Steps**
- **Risk - 3G Lab – 800 environmental tests (FW & component changes, 1 month delay Lab/FIT)**
- Risk - SDC FIT - Optimization duration
- Evaluate mini-cluster migration in Springfield
- Sprint expected to issue PO for 2.5 development (July)
- Additional antenna types required, 2nd source to KMW required
- 3G/4G Pico – timeline to be provided by Samsung

## Deployment (Chicago and beyond)

**Overall Status**
Goal: Exceed On Air targets. Weekly and Bi-weekly meetings established for tracking .

**Key Highlights**
- Split FIT test plan in Chicago and Springfield
- Updated deployment schedule to reflect ATC and split FIT

**Risks / Issues/ Next Steps**
- **Risk: ATC site availability, impact analysis underway**
- Fiber implementation program (scope, price, changes etc.)
- Evaluate detailed BTS power upgrade requirements (minimize)
- Improve product documentation and MOP, incl. dedicated POCs for documentation and dedicated PMs for execution of MOPs

## Ops Readiness

**Overall Status**
Goal: Tracking of WLA, acceptance, performance, training, EMS partnership and overall resource ramp.

**Key Highlights**
- All 27 WLAs drafted and 16 of them completed
- General agreement on Acceptance criteria

**Risks / Issues/ Next Steps**
- Risk: Complete the required Training (EMS) for Cluster Launch Acceptance (agree on courses and number of students)
- Complete 11 remaining WLAs

## Commercial

**Overall Status**
Goal: Keep commercial issues off critical path. Weekly review sessions established with tracking for issues and upcoming change requests.

**Key Highlights**
- **YTD Orders received $225M**
- Sprint issued initial services POs for 8 new markets
- Sprint awarded Samsung the Puerto Rico market

**Risks / Issues/ Next Steps**
- **Risk - POs for split FIT / commercial delivery (IMN / WO / PID / PR / PO) in Chicago (MMBS and Core)**
- Execute Amendment #2 (revised pricing and Puerto Rico)
- **Negotiate 2011 change in payment terms (Value Block)**
- Adjust Maintenance and Support costs (2012 and beyond)
- Press Release for First Call (3G and 4G) – end July



Confidential Business Information,
Subject to Protective Order

S-ITC-003353338

# STA NETWORKS NEW BUSINESS

| | Opportunity Size (time frame) | On Plan? | % Chance of Final Selection | Detailed Status |
|---|---|---|---|---|
| **verizon** | $1B (thru 2014) | 🟢 | 45% | • LTE Pico trial is ongoing at STA Lookout campus through September<br>• Goal to be selected for market trial from 4Q11 – 3Q12<br>• 2 Vendors to be selected at end of market trial – 120K sites & forecast |
| **at&t** | $100M (thru 2014) | 🟢 | 20% | • Responding to pico RFI by 8/15/11, RFP at end of 2011, and trial in 1H12 |
| **US Cellular** | $200M (thru 2014) | 🟢 | 30% | • LTE Trial began this week and will run through September<br>• Trial Agreement and MPA drafts complete<br>• 2nd Source Network Vendor to be selected to share on the remaining 5500 sites<br>• Previous RFP set low price requirement of $35K/site including services |
| **metroPCS** | $100M (thru 2014) | 🟢 | 60% | • Metro is preparing to add Samsung (in addition to current incumbent Ericsson) as 2nd source vendor for all technologies including CDMA and LTE<br>• Samsung CDMA solution to be evaluated in Las Vegas, $16M ALU replacement<br>• New market opportunities as Metro expands and adds new spectrum<br>• DAS and Pico trials planned to help with cell split program |

Confidential & Proprietary

52



Confidential Business Information,
Subject to Protective Order

# WIRELESS NETWORKS HQ KEY REQUESTS

- Continued development of Sprint contract deliverables for 800, 1900, 1.6, and 2.5 frequency requirements

- Development, trial, and roadmap commitments for 3G/4G small cell program to meet Sprint, Verizon, AT&T, and other new business opportunities

Confidential & Proprietary

53 **SAMSUNG**

Confidential Business Information,
Subject to Protective Order

S-ITC-003353340

Sales

# WIRELESS
# TERMINALS



Confidential & Proprietary

54



Confidential Business Information,
Subject to Protective Order

S-ITC-003353341