# STA PERFORMANCE & OUTLOOK



Confidential & Proprietary

55



**Confidential Business Information,**
**Subject to Protective Order**

S-ITC-003353342

# YOY: FLAT VOLUME GROWTH; 19% REVENUE GROWTH



**Volume Outlook**

| | 2011 Act/Fcst | Mgmt Plan | 2010 Act | YoY |
|---|---|---|---|---|
| Q1 | 11,875 | 13,110 | 12,234 | 97% |
| Q2 | 13,169 | 15,325 | 13,045 | 101% |
| Q3 | 14,500 | 17,198 | 15,076 | 96% |
| Q4 | 15,500 | 16,467 | 14,739 | 105% |
| | 55,044 | 62,100 | 55,094 | 100% |

**Revenue Outlook**

| | 2011 Act/Fcst | Mgmt Plan | 2010 Act | YoY |
|---|---|---|---|---|
| Q1 | $ 1,731 | $ 1,906 | $ 1,657 | 104% |
| Q2 | $ 2,291 | $ 2,350 | $ 1,612 | 142% |
| Q3 | $ 2,441 | $ 2,773 | $ 2,423 | 101% |
| Q4 | $ 3,054 | $ 2,567 | $ 2,333 | 131% |
| | 9,517 | 9,596 | 8,025 | 119% |

\* Not including SEA Tablet volume and revenue

- Mixed performance vs. Management Plan
  - 11% below on Volume; 1% below on Revenue

Confidential & Proprietary

56



Confidential Business Information,
Subject to Protective Order

S-ITC-003353343

# YOY: SLIGHT GROWTH IN OVERALL SHARE; >2X GROWTH IN SMARTPHONE SHARE



- Overall Smartphone market share growing by 4 points QoQ in 2011 to 60% by 4Q
- Samsung share up in 2H11 by 2 points due to Smartphone growth

Confidential & Proprietary                                                        57



Confidential Business Information,
Subject to Protective Order

# CONTINUED SMARTPHONE GROWTH WITH NEW LAUNCHES AND EOL EXTENTIONS

### Smartphone Share by OEM



- ~2X HTC by 4Q
- Closing gap with Apple by 4Q
- S-T Vol 3Q/4Q:
  SAM - 5.3M/7.6M, HTC – 4.1M/4.0M, APPLE – 7.6M/8.1M

Confidential & Proprietary

58 

Confidential Business Information,
Subject to Protective Order

S-ITC-003353345

# IN 4Q11, PREMIUM SMARTPHONES REPRESENT 26% OF SAM SMARTPHONES



**Premium S-P Comparison**

Legend: GS I 4Q10 ■ Total Prem 4Q10 ■ GS II 4Q11 ■ Total Prem 4Q11

| Premium S-P HoH | GS I 4Q10 | Total Prem 4Q10 | GS II 4Q11 | Total Prem 4Q11 |
|---|---|---|---|---|
| Sell-in | 1,525 | 1,991 | | |
| Sell-Thru | 1,592 | 1,795 | | |
| Sell-in | | | 1,403 | 2,548 |
| Sell-Thru | | | 1,105 | 1,970 |

\* Premium Smartphone = >$400 WSP

\*\* Assumes Infuse and Stealth <$400 ASP in 4Q

## Samsung Premium Smartphone Outlook

- 28% YoY growth in Premium Smartphones (sell-in)
- 4Q11:
  - 17% share of overall Premium Smartphone market
  - Underperformance vs. overall smartphone share of 27% due to Apple
  - 55% of non-Apple Premium Smartphone sales

SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-003353346

# 2H SELL-THRU PERFORMANCE:
# #1 TOTAL VOL SHARE AND #2 TOTAL REV SHARE



Confidential Business Information,
Subject to Protective Order

# IN 4Q11 SAM CLOSE TO 2X HTC AND CLOSING VOLUME GAP WITH APPLE



Source: STA account teams, Business Planning

Confidential & Proprietary

61



Confidential Business Information,
Subject to Protective Order

S-ITC-003353348

# IN 2Q11 AND 3Q11, 2.8M UNIT IMPACT DUE TO PRODUCT LAUNCH DELAYS / CANCELLATIONS

## 2Q11 Product Launch Impact: 1.2M

| | | | | 2Q11 Product Delay Impact | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Current | QP | Curr./Act. | Delay | |
| Customer | Device | Code | QP TA | TA | Launch | Launch | Weeks | 2Q Impact | Comments |
| Sprint | Nexus S | D720 | 1-Apr | 13-Apr | 30-Apr | 8-May | (1.1) | 30 | Run-rate: 30k/wk loss |
| | Chief | D600 | 27-Apr | 22-Jun | 5-Jun | 24-Jul | (7.0) | - | Not planned in QP |
| | Vital 2 (Sprint) | M930 | 8-Jun | 3-Aug | 6-Jul | 11-Sep | (9.6) | - | Not planned in QP |
| | Vital 2 (Boost) | M930 | 8-Jun | 27-Jul | 6-Jul | 24-Aug | (7.0) | - | Not planned in QP |
| | Gaudi | D710 | 1-Jun | 27-Jul | 24-Jul | 11-Sep | (7.0) | - | Not planned in QP |
| | P4 Wifi | P7510 | 25-May | 8-Jun | 8-Jun | 26-Jun | (2.6) | 10 | Not planned in QP |
| | | | | | | | | 40 | |
| AT&T | Dempsey | I997 | 28-Mar | 2-May | 17-Apr | 15-May | (4.0) | 80 | Run-rate: 20k/wk loss |
| | Willow | I927 | 6-Jun | 19-Sep | 20-Jun | 17-Oct | (17.0) | 228 | 2Q vol loss due to delay |
| | Flipbook | I857 | 30-May | 15-Aug | 3-Jul | 12-Sep | (10.1) | - | Not planned in QP |
| | | | | | | | | 308 | |
| Verizon | Droid Charge | I510 | 14-Mar | 21-Apr | 31-Mar | 14-May | (6.3) | 190 | Run-rate: 30k/wk loss |
| | Convoy 2 | U660 | 13-Jun | 6-Jul | 11-Jul | 4-Aug | (3.4) | 100 | No sell-in in 2Q |
| | P4 LTE | I905 | 15-Jun | 5-Jul | 30-Jun | 14-Jul | (2.0) | 100 | No sell-in in 2Q |
| | | | | | | | | 390 | |
| T-Mo | Sidekick | T839 | 7-Mar | 5-Apr | 6-Apr | 20-Apr | (2.0) | 60 | Run-rate: 30k/wk loss |
| | Hawk | T759 | 29-Apr | 18-May | 27-May | 22-Jun | (3.7) | 60 | Run-rate: 15k/wk loss |
| | Gravity 4 | T379 | 16-May | 21-Jul | 22-Jun | 3-Aug | (6.0) | 135 | No sell-in in 2Q |
| | | | | | | | | 255 | |
| Tracfone | Submarine | T528 | 24-Mar | 8-Jun | 9-Jun | 23-Jun | (2.0) | 50 | Lower channel fill |
| MPCS | Rookie | R720 | 13-Jun | 19-Jul | 1-Jul | 10-Aug | (5.7) | 150 | No sell-in in 2Q |
| Total STA | | | | | | | | 1,193 | |

## 3Q11 Product Launch Impact: 1.6M

| Product Type | Carrier | Model Name | Basic Code | | WSP | Planned Launch | Current / Actual Launch | Launch Variance (wks) | 3Q Vol. Impact (K) | 3Q Rev. Impact ($M) | 3Q Sell-thru Impact (K) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Smart | ATT | Celox | I727 | $ | 544 | 3-Oct | 6-Nov | (4.9) | (100) | (54) | - |
| | | Cooper+ | I807 | $ | 219 | 15-Aug | NA | Cancelled | (395) | (87) | (175) |
| | | Flipbook | I857 | $ | 239 | 8-Aug | 18-Sep | (5.9) | (66) | (16) | (110) |
| | | Willow | I927 | $ | 459 | 5-Sep | 16-Oct | (5.9) | (265) | (122) | (150) |
| | | GSII | I777 | $ | 499 | 12-Sep | 18-Sep | (0.9) | (35) | (17) | (35) |
| | | | | | | | | ATT Total | (861) | (296) | (470) |
| | VZW | Aegis | I405 | $ | 359 | 11-Aug | 8-Sep | (4.0) | (200) | (72) | (200) |
| | | Viper | I110 | $ | 189 | 15-Sep | 29-Sep | (2.0) | (50) | (9) | (50) |
| | | | | | | | | VZW Total | (250) | (81) | (250) |
| | TMO | Hercules | T989 | $ | 499 | 19-Sep | 28-Sep | (1.3) | (75) | (37) | (65) |
| | | | | | | | | TMO Total | (75) | (37) | (65) |
| | MPCS | Rookie | R720 | $ | 169 | 10-Aug | 22-Aug | (1.7) | - | - | (50) |
| | | | | | | | | MPCS Total | - | - | (50) |
| | | | | | | | | Smart Total | (1,186) | (414) | (835) |
| Non-Smart | VZW | Plato | U380 | $ | 135 | 26-Aug | 1Q12 | 1Q12 Launch | (215) | (29) | (215) |
| | | Intensity 3 | U480 | $ | 110 | 20-Sep | NA | Cancelled | (120) | (13) | (120) |
| | | Convoy2 | U660 | $ | 145 | 11-Jul | 4-Aug | (3.4) | (90) | (13) | (90) |
| | | | | | | | | Non-Smart Total | (425) | (55) | (425) |
| Tablet | ATT | P5 | I957 | $ | 599 | 19-Sep | 24-Oct | (5.0) | (10) | (6) | - |
| | TMO | P4 | T859 | $ | 579 | 14-Sep | 26-Oct | (6.0) | (20) | (12) | (4) |
| | VZW | P4 LTE | I905 | $ | 699 | 30-Jun | 28-Jul | (4.0) | - | - | (40) |
| | | | | | | | | Tablet Total | (30) | (18) | (44) |
| | | | | | | | | Total - All Devices | (1,641) | (487) | (1,304) |

* Variance vs. Quarterly Planning review On May 30

- 3Q planned product status as of Aug 3
- Variance from 3Q plan reviewed with HQ on May 30

Confidential & Proprietary

62



Confidential Business Information,
Subject to Protective Order

S-ITC-003353349

# 4Q PLANNED PRODUCT STATUS

| Carrier | Device | Planned TA | Current TA | Planned Launch | Curr./Act. Launch | Launch Delay (wks) |
|---------|--------|-----------|-----------|----------------|-------------------|--------------------|
| **SMART PHONE** | | | | | | |
| Sprint | Epic2(D705) | 21-Sep | 16-Nov | 30-Oct | 8-Jan | **(10.0)** |
| AT&T | Yukon(i937) | 19-Sep | 3-Oct | 24-Oct | 30-Oct | **(0.9)** |
| Verizon | Prime(Proxima)(i515) | 12-Sep | 11-Oct | 5-Oct | 27-Oct | **(3.1)** |
| US Cellular | Tikal(R930) | 17-Oct | 13-Jan | 14-Nov | 10-Feb | **(12.6)** |
|  | Gio(R680) | 23-Sep | 26-Sep | 21-Oct | 24-Oct | **(0.4)** |
| MetroPCS | Tikal(R930) | 21-Oct | 27-Jan | 18-Nov | 10-Feb | **(12.0)** |
| **NON-SMART PHONE** | | | | | | |
| Verizon | Carnival - Cancelled (Wk 25) | 30-Sep | 21-Oct | 24-Oct | | |
| **TABLET** | | | | | | |
| Verizon | P2-LTE - Cancelled (Wk25) | 13-Oct | 24-Oct | 27-Oct | | |
| US Cellular | P4-LTE | 21-Nov | 30-Dec | 19-Dec | 20-Jan | **(4.6)** |

- 4Q planned product status as of Aug 3
- Delayed launches from 3Q not included

Confidential & Proprietary

63

SAMSUNG

Confidential Business Information,
Subject to Protective Order

# KEY CHALLENGES AND FOCUS AREAS BY ACCOUNT

**AT&T**

- Improve smartphone positioning vs. competition
  - Celox $299 vs. HTC LTE at $149 or $99
  - GSII (Seine) likely at $249
- Extend Infuse EOL thru at least end of year

**SPRINT**

- Build GSII (Gaudi) momentum
  - Launch 9/9 with significant POP; blunt iPhone's 10/2 launch
- Proactive inventory management
  - Gracefully reduce current 1.4M inventory to ~500K by year end
- Extend Nexus and Epic EOLs with aggressive price moves ($49 and $99 respectively) to move thru excess components

Confidential & Proprietary

64 

Confidential Business Information,
Subject to Protective Order

# KEY CHALLENGES AND FOCUS AREAS BY ACCOUNT

## VERIZON

- Close "Big Deals"
  - Launch Aegis on 9/8 at $99 with significant POS presence
  - Drive Droid Charge R/P to $249; extend EOL thru 1Q12
- Lockdown Nexus Prime branding and retail positioning
  - Facilitate break-thru in negotiations between Google and VZW

## T-MOBILE

- Dominate HTC during "Fastest Network, Fastest Phone" campaign
  - Launch GS II (Hercules) on 9/28; leverage superior performance/specs
- Gain lead positioning in "Affordable 4G" overlay thru Dec.
  - Win with Hawk, Sidekick and Ancora (11/2 launch)

Confidential & Proprietary

65

SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-003353352

# KEY CHALLENGES AND FOCUS AREAS BY ACCOUNT

**TRACFONE**

- Maximize Gio-S volume in 4Q; capture 2/3 Tracfone smartphone market
- Gradually reduce ~500k slow selling product inventory

**METRO PCS**

- Drive 60K/week Rookie (R720) sell-thru (minimize Huawei)
- Drive 40K+/week r380 sell-thru

Confidential & Proprietary

66



Confidential Business Information,
Subject to Protective Order

S-ITC-003353353

# 2011 TABLET MARKET FORECAST



| US Tablet TAM (M) | 1Q11 | 2Q11 | 3Q11 | 4Q11 | 2011 |
|---|---|---|---|---|---|
| iOS | 2.8 | 4.1 | 5.5 | 5.7 | 18.1 |
| SAM | 0.1 | 0.2 | 0.4 | 0.6 | 1.3 |
| Others | 0.8 | 1.5 | 2.9 | 4.7 | 9.9 |
| US TAM | 3.7 | 5.9 | 8.8 | 11.0 | 29.3 |



| US Tablet Share | 1Q11 | 2Q11 | 3Q11 | 4Q11 | 2011 |
|---|---|---|---|---|---|
| iOS | 75.5% | 70.4% | 62.6% | 51.7% | 61.7% |
| SAM | 3.3% | 4.2% | 4.2% | 5.1% | 4.4% |
| Others | 21.2% | 25.4% | 33.1% | 43.2% | 33.8% |
| US TAM | 100% | 100% | 100% | 100% | 100% |

\* Includes SEA Tablet sales

Confidential & Proprietary

67



Confidential Business Information,
Subject to Protective Order

S-ITC-003353354

# NATIONAL RETAIL

## 1. Overview:

- **National Retail is 33% of Overall Business**
  - Big 3 make up 22%. (Target, Sears/Kmart, Costco, Amazon, and Club stores make up Critical Mass)
  - Larger volume retailers include larger portfolios of prepaid.

- **Traditional Retail Profile**
  - Responds to promo / print ads more than carrier stores...sales are more responsive
  - Opportunities for various promotional media...but at a cost.  "Pay to Play"
  - Select reset dates / merchandising ....so selling in portfolio is just as important as it is to carrier.
  - Different types of retailers....must be managed differently. (Target audience varies)
  -

- **Business today is very transactional**
  - Short term transactions have been highly too common
  - Opportunity for process improvements and IT support

- **Challenges / Opportunities centered on managing POS and Optimizing Channel Trade Spend:**
  - Product Positioning :and POS Displays
  - ROI Analysis   (retailer level, channel level, account level)
  - Leveraging CE Portfolio / Convergence  and SEA
  - Understanding Brand Value / Impact



Confidential Business Information,
Subject to Protective Order

# NATIONAL RETAIL

## Create a Task Force Team

- Dale Sponsor

- Brian R. Sales

- Corey Business Planning

- Nick Product Planning

- Todd P Marketing

- Justin D. Strategy

- Curt  M Owner

## Desired Outcome

- Establishing a Samsung Sales Framework & Business Cadence to drive more strategic behavior

- Restructure Channel Management
  - Market Sensing:  Gaining Retailer info, Sales Data, Shopper Insights
  - Improve our CPFR / SCM capabilities ...Capturing  POS sales information to achieve critical mass
  - Monthly Meetings with Channel Mgmt Task Force

- Improve overall Acct Management
  - Performance Measurement ...Weekly Reporting  vs  KPIs
  - ROI Reviews with Account Teams
  - Semi-Annual Business Plan & Review of Strategic Objectives

- Optimize our product position within NR
  - Meet consumer needs based on their buying desires and behavioral needs
  - Better position our product to avoid cannibalization between carrier accounts

- Develop overall Integrated Marketing Initiatives
  - Align with NR marketing depts
  - Secure our position in the last 3 feet
  - Increase overall consumers awareness and branding building
  - Separate us from the competition via marketing and product promotions

Confidential & Proprietary

69



Confidential Business Information,
Subject to Protective Order

# B2B SALES : RECENT WIN SUMMARY





































Confidential Business Information,
Subject to Protective Order

Sales - APPENDIX

# WIRELESS
# TERMINALS



Confidential & Proprietary

71



**Confidential Business Information,**
**Subject to Protective Order**

S-ITC-003353358

# 3Q PRODUCT DELAYS & CANCELLATION IMPACT: 1.64M / $487M

| Product Type | Carrier | Model Name | Basic Code | WSP | | Planned Launch | Current / Actual Launch | Launch Variance (wks) | 3Q Vol. Impact (K) | 3Q Rev. Impact ($M) | 3Q Sell-thru Impact (K) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Smart** | **ATT** | Celox | I727 | $ | 544 | 3-Oct | 6-Nov | (4.9) | (100) | (54) | - |
| | | Cooper+ | I807 | $ | 219 | 15-Aug | NA | Cancelled | (395) | (87) | (175) |
| | | Flipbook | I857 | $ | 239 | 8-Aug | 18-Sep | (5.9) | (66) | (16) | (110) |
| | | Willow | I927 | $ | 459 | 5-Sep | 16-Oct | (5.9) | (265) | (122) | (150) |
| | | GSII | I777 | $ | 499 | 12-Sep | 18-Sep | (0.9) | (35) | (17) | (35) |
| | | | | | | | | ATT Total | (861) | (296) | (470) |
| | **VZW** | Aegis | I405 | $ | 359 | 11-Aug | 8-Sep | (4.0) | (200) | (72) | (200) |
| | | Viper | I110 | $ | 189 | 15-Sep | 29-Sep | (2.0) | (50) | (9) | (50) |
| | | | | | | | | VZW Total | (250) | (81) | (250) |
| | **TMO** | Hercules | T989 | $ | 499 | 19-Sep | 28-Sep | (1.3) | (75) | (37) | (65) |
| | | | | | | | | TMO Total | (75) | (37) | (65) |
| | **MPCS** | Rookie | R720 | $ | 169 | 10-Aug | 22-Aug | (1.7) | - | - | (50) |
| | | | | | | | | MPCS Total | - | - | (50) |
| | | | | | | | | **Smart Total** | **(1,186)** | **(414)** | **(835)** |
| **Non-Smart** | **VZW** | Plato | U380 | $ | 135 | 26-Aug | 1Q12 | 1Q12 Launch | (215) | (29) | (215) |
| | | Intensity 3 | U480 | $ | 110 | 20-Sep | NA | Cancelled | (120) | (13) | (120) |
| | | Convoy2 | U660 | $ | 145 | 11-Jul | 4-Aug | (3.4) | (90) | (13) | (90) |
| | | | | | | | | **Non-Smart Total** | **(425)** | **(55)** | **(425)** |
| **Tablet** | **ATT** | P5 | I957 | $ | 599 | 19-Sep | 24-Oct | (5.0) | (10) | (6) | - |
| | **TMO** | P4 | T859 | $ | 579 | 14-Sep | 26-Oct | (6.0) | (20) | (12) | (4) |
| | **VZW** | P4 LTE | I905 | $ | 699 | 30-Jun | 28-Jul | (4.0) | - | - | (40) |
| | | | | | | | | **Tablet Total** | **(30)** | **(18)** | **(44)** |
| | | | | | | | | **Total - All Devices** | **(1,641)** | **(487)** | **(1,304)** |

\* Variance vs. Quarterly Planning review On May 30

- 3Q planned product status as of Aug 3
- Variance from plan reviewed with HQ on May 30

Confidential & Proprietary

72



Confidential Business Information,
Subject to Protective Order

S-ITC-003353359

# 4Q PLANNED PRODUCT STATUS

| Carrier | Device | Planned TA | Current TA | Planned Launch | Curr./Act. Launch | Launch Delay (wks) |
|---------|--------|-----------|-----------|---------------|-------------------|--------------------|
| SMART PHONE | | | | | | |
| Sprint | Epic2(D705) | 21-Sep | 16-Nov | 30-Oct | 8-Jan | (10.0) |
| AT&T | Yukon(i937) | 19-Sep | 3-Oct | 24-Oct | 30-Oct | (0.9) |
| Verizon | Prime(Proxima)(i515) | 12-Sep | 11-Oct | 5-Oct | 27-Oct | (3.1) |
| US Cellular | Tikal(R930) | 17-Oct | 13-Jan | 14-Nov | 10-Feb | (12.6) |
| | Gio(R680) | 23-Sep | 26-Sep | 21-Oct | 24-Oct | (0.4) |
| MetroPCS | Tikal(R930) | 21-Oct | 27-Jan | 18-Nov | 10-Feb | (12.0) |
| NON-SMART PHONE | | | | | | |
| Verizon | Carnival - Cancelled (Wk 25) | 30-Sep | 21-Oct | 24-Oct | | |
| TABLET | | | | | | |
| Verizon | P2-LTE - Cancelled (Wk25) | 13-Oct | 24-Oct | 27-Oct | | |
| US Cellular | P4-LTE | 21-Nov | 30-Dec | 19-Dec | 20-Jan | (4.6) |

- 4Q planned product status as of Aug 3
- Delayed launches from 3Q not included

Confidential & Proprietary

73

**SAMSUNG**

Confidential Business Information,
Subject to Protective Order



Confidential Business Information,
Subject to Protective Order

S-ITC-003353361

Marketing

# WIRELESS TERMINALS



Confidential & Proprietary

75



**Confidential Business Information,
Subject to Protective Order**

**S-ITC-003353362**

# MDF + CDE SPEND VS. REVENUE (BY QUARTER & ANNUAL)

## By Qtr (2010-2011)



| ($M) | Q1 '10 | Q2 '10 | Q3 '10 | Q4 '10 | Q1 '11 | Q2 '11 | Q3 '11 | Q4 '11 |
|---|---|---|---|---|---|---|---|---|
| %MDF (N. Rev) | 8.0% | 6.9% | 8.3% | 8.4% | 7.7% | 7.2% | 8.9% | 8.2% |
| %CDE (G. Rev) | 4.4% | 4.3% | 3.2% | 3.7% | 6.5% | 6.2% | 5.9% | 5.9% |
| MDF | 132 | 111 | 200 | 196 | 134 | 166 | 222 | 281 |
| CDE | 75 | 72 | 79 | 89 | 121 | 152 | 157 | 214 |
| N.Rev | 1,657 | 1,612 | 2,423 | 2,333 | 1,746 | 2,307 | 2,505 | 3,413 |

## By Year (2005-2011)



| ($M) | '05 | '06 | '07 | '08 | '09 | '10 | '11 |
|---|---|---|---|---|---|---|---|
| %MDF (N. Rev) | 8.6% | 8.2% | 7.6% | 9.1% | 7.4% | 7.9% | 8.1% |
| %CDE (G. Rev) | | 1.5% | 2.0% | 4.8% | 4.4% | 3.7% | 5.8% |
| MDF | 260 | 265 | 348 | 456 | 469 | 641 | 803 |
| CDE | na | 48 | 92 | 255 | 288 | 315 | 612 |
| N.Rev | 3,033 | 3,222 | 4,563 | 5,038 | 6,315 | 8,096 | 9,960 |

Confidential Business Information,
Subject to Protective Order

S-ITC-003353363

# GALAXY S II MARKETING PLAN



77



**Confidential Business Information,**
**Subject to Protective Order**

**S-ITC-003353364**

# GALAXY S II LAUNCH OBJECTIVES

• Make Galaxy S II the most desired premium smartphone

• Create a bridge in awareness and brand preference to the launch of Galaxy S III in 2Q 2012

• 2.7M premium smartphone units by year-end (1.7M Galaxy S II)





Samsung Electronics © All Rights Reserved. Confidential and Proprietary

78

# The Phone That's Sweeping The World is Almost Here

## CAPITALIZE ON EARLY GALAXY S II DEMAND AND EXECUTE ROBUST PROGRAMMING TO
## SUPPORT LAUNCH OVER EXTENDED PERIOD



**Advertising**



**Digital / Social Media/CRM**





**PR**



**Premium In-Store experience/FMO Support**



**Experiential/Seeding/ Sponsorships**

 © Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

79



# Steal Thunder from iPhone 5 With Aggressive Prelaunch PR & Digital Buzz Initiatives

Confidential Business Information,
Subject to Protective Order

S-ITC-003353367

# PRELAUNCH ACTIVITIES TO DRIVE INTEREST FURTHER INTEREST IN GALAXY S II

- **PR Launch Event:** August 29 6:00PM at the Samsung Experience, NYC



- **Invite 5 GS II Campaign (9/1-9/6)**
  – Engage existing global Galaxy S owners to build buzz amoung American consumers.



- **Online Influencers (9/5-10/30)**
  – Key influencers' feature usage of the Galaxy S II in their own context.



- **Video Teasers (8/15, 8/22, 8/30, 9/7)**

- **Share Galaxy S II Global Success (7/27-10/30)**
  – Share blog post, consumer feedback, videos, etc on SNS sites. (Facebook, Twitter) through pre-launch phase.





# CARRIER COLLABORATION TO RESULT IN IMPACTFUL IN-STORE PRESENCE. OPTIMIZE OPPORTUNITIES TO WIN IN

- **Demo Units and On Device Videos:**
  - Provide additional units outside of what is contractual to COR, top Dealers and National Retail



- **COR, National Retail and Dealer POP/SOS**
  - Secure end caps at BBY and POP in RS.  N
  - Negotating standee placement and other POS in COR



- **Advocacy**
  - Augmented distribution to increase hip share among sales people in COR



- **Training Events/Store Training**

- **Sales Training Incentives**

- **Secret Shoppers**




 © Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

82

Confidential Business Information,
Subject to Protective Order

# CARRIER-SPECIFIC TRAINING PLANS

| Carrier | Training Event | FMO Store Training | Online Training Incentive | Misc. |
|---|---|---|---|---|
|  T··Mobile··· | Focused on experiential engagement. Negotiating quantity. | 1,000 COR store visits (45%) + 300 Dealer visits (15%) | Fully integrated into COR Learn/Sell/Earn program | • Remote webinar training<br><br>• Training videos<br><br>• 35 Secondary Market coverage<br><br>• Side by side selling in COR (2 weeks post-launch) and National Retail (staggered by launch)<br><br>• Training App on Android market |
| Sprint | 5 Tier-1 training events (100+ participants) 14 Tier-2 events | 500 COR store visits (45%) + 500 Dealer visits (20%) | Integrated into Training Events as part of Sprint's Corp. Rewards program. | |
| at&t | Coordinating with existing AT&T district meetings. | 1,000 COR store visits (45%) + 300 Dealer visits (10%) | Integrating incentive into AT&T COR focus. | |





© Samsung Electronics. All Rights Reserved. Confidential and Proprietary

83

# 3 PHASE INTEGRATED MEDIA PLAN TO BUILD AND SUSTAIN AWARENESS THROUGH 1Q 2012

## Launch: $40MM

**Breakthrough at launch with strong media levels**

**High levels are needed given**
- **Samsung has not advertised a phone since October 2010**
- **Rumored Apple iPhone 5 launch at the same with likely heavy media support**

**+**

## Holiday: $25MM

**Drive Awareness & Sales in competitive holiday marketplace**

**+**

## Sustaining: (Pending)

**Pulsing media plan to maintain awareness through Q1 2012**

**Recommend media spend comparable to launch given**
- **Extended Time frame – 13 weeks (vs 7 for launch)**
- **Continuity is needed as awareness is shown to decrease when media support ceases**

**=** **Total: $106.5M**

| 3+ R: 60 | 3+ R: 55 | 3+ R: 70 |
|---|---|---|
| Multimedia R/F: ~ 80/ 20.4 | Multimedia R/F: ~ 93 / 16.4 | Multimedia R/F: ~ 95 / 21.3 |

SAMSUNG   © Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

84

Confidential Business Information,
Subject to Protective Order

S-ITC-003353371

# GSII LAUNCH BUDGET SUMMARY

| GS Plans in 2H '11 | Total | Sprint GSII | AT&T GSII | T-Mobile GSII |
|---|---|---|---|---|
| Vol (K) | 1,708 | 500 | 655 | 553 |
| N. Rev ($M) | 836 | 245 | 315 | 276 |
| Total MDF ($M) | 143.2 | | | |
| %MDF | 17.1% | | | |
| Brand | 80.7 | | | |
| %MDF | 9.7% | | | |
| Channel | 62.6 | 14.4 | 21.7 | 26.5 |
| %MDF | 7.5% | 5.9% | 6.9% | 9.6% |
| Advocacy | 9.4 | 4.7 | 3.0 | 1.7 |
| Demo Units | 4.9 | 0.6 | 1.1 | 3.2 |
| POP/Merchandise | 3.0 | 1.5 | 1.0 | 0.5 |
| Training Events | 3.2 | 1.9 | 0.0 | 1.3 |
| DP | 4.2 | 0.0 | 0.0 | 4.2 |
| Other Launch Promo | 6.8 | 1.8 | 2.3 | 2.7 |
| Product Launch | 1.5 | 0.4 | 0.6 | 0.5 |
| Retail Agreement | 4.1 | 1.1 | 2.0 | 1.1 |
| Earned | 25.5 | 2.5 | 11.8 | 11.2 |



© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

85

Confidential Business Information,
Subject to Protective Order

S-ITC-003353372

# GSII LAUNCH BUDGET SUMMARY-- BRAND

| Brand MDF - GSII Launch/Holiday Campaign | 2H Total | Q3 | Q4 |
|---|---|---|---|
| **Total Sales** | | | |
| Vol (K) | 1,708 | 474 | 1,234 |
| N.Rev ($M) | 836 | 234 | 601 |
| **Brand MDF ($M)** | 80.7 | 25.2 | 55.5 |
| **%N. Rev** | 9.7% | 10.7% | 9.2% |
| **Media & Production** | 70.5 | 18.0 | 52.5 |
| Launch Campaign | 40.0 | 15.0 | 25.0 |
| Holiday Campaign | 25.0 | 0.0 | 25.0 |
| Production | 5.5 | 3.0 | 2.5 |
| **BTL** | 10.2 | 7.2 | 3.0 |
| Mall Experience Zones | 3.6 | 2.4 | 1.2 |
| SML (Consumer Events) | 1.5 | 1.5 | 0.0 |
| Channel (sales people Incentives) | 1.2 | 0.7 | 0.5 |
| Social Media/Digital Sizzle Reel | 1.2 | 0.7 | 0.5 |
| Retail Displays /POP(Dealer) | 0.9 | 0.5 | 0.4 |
| CRM | 0.6 | 0.3 | 0.3 |
| FMO (Ambassadors, training app and in | 0.5 | 0.4 | 0.1 |
| Celebrity Partnerships and Events | 0.2 | 0.2 | 0.0 |
| PR | 0.5 | 0.5 | 0.0 |
| Online Influencer seeding: | 0.1 | 0.1 | 0.0 |



86

© Samsung electronics. All rights reserved. Confidential and Proprietary

Confidential Business Information,
Subject to Protective Order

S-ITC-003353373

# GSII LAUNCH BUDGET SUMMARY-CHANNEL

| Channel MDF - GSII Launch /Holiday Campaign | 2H Total | Q3 | Q4 |
|---|---|---|---|
| **Total Sales** | | | |
| Vol (K) | 1,708 | 474 | 1,234 |
| N.Rev ($M) | 836 | 234 | 601 |
| **Channel MDF ($M)** | 63 | 34 | 45 |
| **%MDF** | 7.5% | 14.4% | 7.6% |
| Contractual | 36 | 20 | 33 |
| %MDF | 4.3% | 8.3% | 5.6% |
| Demand Generation | 26 | 14 | 12 |
| %MDF | 3.2% | 6.1% | 2.0% |
| Sprint GSII Gaudi | 14 | 10 | 5 |
| Contractual | 4 | 2 | 2 |
| Demand Generation | 10 | 7 | 3 |
| ATT GSII Seine | 22 | 9 | 13 |
| Contractual | 17 | 6 | 11 |
| Demand Generation | 5 | 3 | 2 |
| TMO GSII Hercules | 26 | 9 | 17 |
| Contractual | 16 | 5 | 10 |
| Demand Generation | 11 | 4 | 7 |



© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

87

Confidential Business Information,
Subject to Protective Order

S-ITC-003353374

# KEY BRAND INDEX & RATINGS





Confidential Business Information,
Subject to Protective Order                    S-ITC-003353375

RESULTS TRENDED FROM 2009 SHOW THAT SAMSUNG SUCCESSFULLY STOLE MPSA
SHARE FROM APPLE AFTER THE GALAXY S CAMPAIGN BUT WAS UNABLE TO HOLD THIS
ADVANTAGE



Source: BAS



89

Confidential Business Information,
Subject to Protective Order

# SAMSUNG REAPED THE BENEFITS OF THE SUCCESSFUL LAUNCH OF THE GALAXY S PRODUCTS IN 2H'10 BUT PULLED BACK SUPPORT IN Q4 '10 AND Q1 '11 WHICH RESULTED IN SLOWED GROWTH IN UAT3 AND DECLINE IN MPSA

**Samsung KPI (MPSA, T2B Purchase Intent, UAT3) 4 Week Roll, Source STA Tracker**



Source: BAS
Source: STA Brand Tracker



90

Confidential Business Information,
Subject to Protective Order

S-ITC-003353377

## RECENT REPORTS BY CONSUMER REPORTS SHOW THAT SAMSUNG OWNS THE HIGHEST AVERAGE SCORE WITH THE MOST NUMBER OF MODELS

❑ Top 5 Smart Phone Ranking *(as of 6/30/11)*　　　CR Smart Phone Ranking

| Rank | Manufacturer | Avg. Score | Count |
|------|-------------|-----------|-------|
| 1 | **Samsung** | 72.8 | 11 |
| 2 | Motorola | 71.7 | 6 |
| 3 | Apple | 71.6 | 5 |
| 4 | HTC | 69.6 | 9 |
| 5 | LG | 68.0 | 3 |

*Average  Score: 67.8*

❑ Samsung Smart Phone Highlights

- Samsung scored highest average with the most number of models
- AT&T Infuse 4G is the highest scoring Smart Phone (79) [iPhone 4 (AT&T: 74) & (VZW: 71)]
- Epic 4G is highest scoring smart phone for Sprint with a score of 72
- No smart phone tested prior to Galaxy S (7/18/2010)
- Smart Phone OS : 10 Android devices (73.7 avg.) and 1 Windows Phone 7 device (63.0)

SAMSUNG

Confidential Business Information,
Subject to Protective Order

BOTH EDITOR AND CONSUMER RATINGS FOR SAMSUNG SMARTPHONES ARE IMPROVING AS GALAXY PRODUCTS CONTINUE TO REACH ALL POCKETS OF THE US INSTALL BASE.





Confidential Business Information,
Subject to Protective Order

Marketing - APPENDIX

# WIRELESS
# TERMINALS





Confidential Business Information,
Subject to Protective Order

S-ITC-003353380

# SAMSUNG MOBILE RETAIL:
# CONCEPT RECOMMENDATION

- **Samsung Mobile Converge:** A Premium Experience Store in high traffic premium malls

- **Sell Products:** Smart phones for Big 4, Tablets,  Other Connected Devices (Players etc) & Accessories

- **Display Products**: All of Samsung Electronics Portfolio that fits the convergence use cases and enhances the phone & tablet experiences.

- **Experience:** Buying a smart phone, tablet or laptop the way it should be.  There are connected devices for hand-on experimentation, knowledgeable sales associates who can demonstrate how to get the most out of your new device, and an environment that rewards you for exploring.

- **Services:** Device Activation, Setup, One on One Education, Service support for any Samsung phones or tablets,

Confidential & Proprietary

94  

Confidential Business Information,
Subject to Protective Order

# SAMSUNG MOBILE RETAIL: ACCELERATED PLAN

1. **Open enough Samsung Converge stores (20-30) to cover the major markets**
2. **Based on performance, migrate to Samsung Total Solution (fall 2012)**
3. **If Samsung wants speed to market, skip over the lab store and open 5 pilot stores**

| February/March 2012 | September/October 2012 | November 2012 |
|---|---|---|

## Converge! Pilot

**5 Stores in 8 Weeks**

• Eliminate Lab Store
• Garner Customer and employee feedback
• Measure execution
• Continually improve SOP over 8 week pilot
• Re-design stores for scale
• Staff for 15 scale stores

## Converge! Scale

**15 Stores in 8 Weeks**

• Determine definition of "scale" with ideal store count
• Scale with world class deployment team
• Train new operating model
• Write off 30% - 40% of fixtures for reset of pilot stores

## Total Solution! Lab

**1 Lab Store**

• Once the initial stores are on a path to achieving their outcomes, build the first Samsung Total Solution lab

CONFIDENTIAL | PROPRIETARY

95

Confidential Business Information,
Subject to Protective Order

S-ITC-003353382

# SAMSUNG MOBILE RETAIL: FINANCIAL SCENARIOS

| Store Activations/week | Avg Annual Store Contribution (2011-2015) | YR 2015 Estimated Avg Store Contribution | Total Store Contribution (20 stores) 2011-2015 | Overall Project Profitability (2011-2015) | Total 5 Year "Marketing" Investment |
|---|---|---|---|---|---|
| 125 | $0 | $36k | ($1.4m) | ($13.7m) | (36.6m) |
| 80 | ($300k) | ($279k) | ($22.2m) | ($34.2m) | (57.1m) |
| 40 | ($575k) | ($575k) | ($39.5m) | ($51.8m) | (74.7m) |

**WAVE 1**
To open the first five stores, the combined capital and expense  would be approx. $7m in 2011 and 2012.

**WAVE 2**
To open the remaining 15 stores, the combined capital and expense  would be approx. $19.5m in 2012.

CONFIDENTIAL | PROPRIETARY

96 

Confidential Business Information,
Subject to Protective Order

S-ITC-003353383

Product

# WIRELESS TERMINALS





Confidential Business Information,
Subject to Protective Order                     S-ITC-003353384

# EXECUTIVE SUMMARY

- From 1st Half 2011 to 1st Half 2012, STA is completing the transition from a Majority Feature Phone provider to a Majority Smartphone Provider and becoming more aligned to the market

- 2012 will be HEAVY LTE sales volume, helping raise ASP's, but putting pressure on Samsung in terms of chipset choices vs competition, supply constraints, etc.



Confidential & Proprietary

98



Confidential Business Information,
Subject to Protective Order

S-ITC-003353385

# 2011 ROADMAP WAS HEAVILY 2ND HALF LOADED ON SMARTPHONES

## *1H 2011 – 7 launches\**

- SPRINT succeeded: 3 launches
  - Nexus S 4G
  - Replenish
  - Galaxy Prevail
- TMOBILE succeeded: 5 launches
  - Galaxy S 4G
  - Sidekick 4G
  - Exhibit 4G
  - Dart
  - Gravity Smart
- Verizon struggled: 1 launch
  - Droid Charge
- ATT struggled: 1 launch
  - Infuse 4G
  - 2 launches slipped out of 1H to 2H
- Regionals
  - 4 launches

## *2H 2011 – 15 launches\**

- Verizon gets corrected: 3 launches
  - Aegis Mass LTE
  - Proxima LTE
  - Viper 3G
  - Plus Charge moves to $199
- ATT gets corrected: 7 launches
  - Android: GS2, Celox, Willow, Flipbook and Apache
  - Willow and Flipbook were 1H launches
  - WP7: Yukon and Wembley
- Sprint adds 3 new launches
  - Conquer Mass 4G + GS2 and Mass Android
- T-Mobile adds 2 additional launches
  - Mass 4G and Galaxy S 2 (42MBPS)
- Regionals
  - 10 launches

*\*BIG 4 ONLY*

Confidential & Proprietary

99



Confidential Business Information,
Subject to Protective Order

S-ITC-003353386

# MAJORITY OF ANDROID MARKET MOVING TO LTE IN 2012, CREATING HEAVY PRICE PRESSURE



**STA PRODUCT PLANNING RADIO FORECAST**

- Verizon not ranging any new 3G smartphones in 2012
- ATT not ranging any new 3G smartphones in 2012
- Sprint is totally focused on LTE conversion in 1H 2012
- Regional focus is on low cost LTE, not 3G models
- Only carry over models like iPhone, RIM and prepaid models will capture significant share with 3G or HSPA+

Confidential & Proprietary

100



Confidential Business Information,
Subject to Protective Order

S-ITC-003353387

# SAMSUNG DEPENDENCE ON 8960 CREATES A SECOND HALF HEAVY ROADMAP AGAIN

## Samsung 1H 2012 LTE – 10 launches

- Verizon
  - **ZERO 1st half LTE due to 8960 dependence**
- ATT
  - 3 confirmed, Fusion based, SUPER PREMIUM launches (Note, Celox HD & Monolith WP7)
  - For NewCO RFP; 2 more pending proposals in the mass & premium space – Auger Fusion & Excalibur
- Sprint
  - Two 4G launches: Epic2 as last Wimax & Variant of Nexus Prime only
  - **Dependence on 8960 & Band 25 means earliest LTE launch is August 2012**
- Regionals
  - **Only two launches based on Stealth (Premium) platform due to remainder of lineup dependent on 8960**

## Samsung 2H 2011 LTE – 20 launches

- Verizon
  - 3 launches – all 8960

- ATT
  - 4 launches – all 8960

- Sprint
  - 3 launches – all 8960

- Regionals (all accounts)
  - 11 launches – all 8960

**SAMSUNG**

Confidential Business Information,
Subject to Protective Order

S-ITC-003353388

# MARKET SENSING FOR LOW COST LTE… THE CHALLENGE IS REAL

- ATT has confirmed a Pantech offer using FusionLTE & SuperAMOLED (from Samsung) for $299, vs. Samsung at $359 for same configuration

- Sprint has confirmed that 4 vendors are using LTE proposals other than Fusion of 8960

- Regionals team market sensing has confirmed a 7627 Turbo + GCT LTE modem, achieving SUB $250 wholesale LTE models (Huawei).  This configuration will launch earlier an cheaper than Samsung can enable

Confidential & Proprietary

102



Confidential Business Information,
Subject to Protective Order

S-ITC-003353389

# NEXUS PRIME STATUS



Confidential & Proprietary

103



Confidential Business Information,
Subject to Protective Order

S-ITC-003353390

# WHAT IS NEXUS PRIME? (TODAY)



- **Targeted as Samsung's hero model for Verizon in Hoilday 2011, and Sprint's LTE launch model in Spring 2012**

- **World's First Android Ice Cream Sandwich** enabled device, unifying the tablet and smartphone ecosystem

- **World's First HD Super AMOLED smartphone**

- **World's First Curved HD display**

- **9.3mm Thin 4G LTE**
  : 2.4mm less than current leader (Droid Charge)



Confidential Business Information,
Subject to Protective Order

S-ITC-003353391

# HOLIDAY '11 → Q1 2012 COMPETITIVE ROAMDAP

| Sept – Oct '11 | Nov – Dec '11 | Jan – Feb '12 | Mar – May '12 |
|---|---|---|---|



  **iPhone 5**  **LTE**

**(LTE) Droid Bionic** **LTE**

 **iPhone 5 (PA+)** **LTE**

**GS2 (PA+)**  **LTE 4.5" Celox**  **LTE 4.65" CeloxHD**

 **GS2 (Wimax)**  **Epic2 (Qwerty Wimax)**  **LTE** **LTE**

  **GS2 (42) 42mbps**



Confidential Business Information,
Subject to Protective Order

# IPHONE5 AT VERIZON & ATT

## VERIZON

- EV- DO REV A: <1mbps download speed
- (TBD): first simultaneous Voice & Data EVDO model at Verizon

## ATT

- HSPA+ 14.4: 1-3mbps download speed → Could market as 4G, or at least significantly faster than Verizon iPhone
- Simultaneous Voice & Data (All ATT phones have this feature)

# Technically Speaking, ATT iPhone5 will be superior to Verizon's



Confidential Business Information,
Subject to Protective Order

S-ITC-003353393

# NEXUS PRIME KEY DECISIONS



1. **Nexus Prime Sales Strategy – Maximize Volume or Maximize Profit Rate**

2. **Managing Sprint and Verizon's desires for some level of exclusivity regarding Nexus Prime**

3. **Naming Strategy for Nexus Prime in U.S.A. for Verizon and Sprint, and Europe for Vodafone.**

Confidential & Proprietary

107 **SAMSUNG**

Confidential Business Information,
Subject to Protective Order

S-ITC-003353394

# NEXUS PRIME DECISION 1



1. **Nexus Prime Sales Strategy – Maximize Volume or Maximize Profit Rate**

- Both Sprint and Verizon will request pricing lower than the current $599, or threaten $349 retail pricing for Prime, and no promotion
- Regarding Verizon, STA is willing to compete with Droid Charge (Stealth) and Stratosphere (Aegis) in the LTE space to drive 4th quarter LTE volume, and retain good profitability on Nexus Prime
- Will allow us to have a true premium over iPhone 5

Confidential & Proprietary

108 **SAMSUNG**

Confidential Business Information,
Subject to Protective Order

S-ITC-003353395

# NEXUS PRIME DECISION 2



**2. Managing Sprint and Verizon's desires for some level of exclusivity regarding Nexus Prime**

- Sprint feels they cannot compete with Verizon if they launch Nexus Prime in April if Verizon launches in November.  (175LTE markets for VZW, 20 for Sprint)
- Sprint is negotiating with STA and Google about a more unique value proposition
- STA has proposed changing Sprint Nexus Prime to 4.3" QHD SuperAMOLED+ and flat design (same chipset as Nexus Prime) to create a unique SKU for each carrier and maximize promotion potential at both carriers.

Confidential & Proprietary

109 

Confidential Business Information,
Subject to Protective Order

S-ITC-003353396