# NEXUS PRIME DECISION 3



**3.   Naming Strategy for Nexus Prime in U.S.A. for Verizon and Sprint, and Europe for Vodafone.**

   **3.   Droid Branding for Verizon?**

- Both Vodafone and Verizon are pushing back on Google regarding Nexus branding (Nexus HD or other name).
- Verizon has shared research with Google of <u>only 6% consumer</u> awareness of Nexus name and <u>significant brand confusion</u> with Nextel (Sprint IDEN)
- Vodafone prefers to focus on GS2 for sales, and prefers a brand other than Nexus.  Has proposed Galaxy name to Samsung, but Europe team has concerns about lack of TouchWiz on Nexus
- STA can maximize volume by negotiating Droid branding on Nexus Prime, but requires stronger exclusivity
- Motorola sold 1Million units in 77 days with original Droid

Confidential & Proprietary

110   

Confidential Business Information,
Subject to Protective Order

ATT Exclusive CES Hero Model

# GALAXY NOTE STRATEGY



Confidential & Proprietary

111   

**Confidential Business Information,**
**Subject to Protective Order**                                    **S-ITC-003353398**

# CONSUMER USAGE BEHAVIOR

● **To meet diverse needs, consumers carry multiple devices including a smartphone**

## Carry 2.7 devices
## on average

**(Heavy User : 3 devices)**





**Carried devices**

| Laptop | 76% |
| Tablet | 39% |
| MP3P | 37% |
| Portable Game Player | 37% |
| PMP | 27% |
| E-book reader | 9% |

[Once a week]

SAMSUNG

Confidential Business Information,
Subject to Protective Order

# CONSUMER USAGE BEHAVIOR

- **Consumers constantly switch between multiple devices based on purpose and surrounding limitations while on the go**



While standing, I use a Smartphone to check Facebook, or text friends since it is the easiest to use with one hand.

When I can sit down, I usually take out my tablet to watch videos.

If I can use a desk, I can get really productive and use a laptop taking advantage of its great input functions.

Confidential Business Information,
Subject to Protective Order

# CONSUMER USAGE BEHAVIOR

● **Consumers also carry a notepad due to input limitations of mobile devices**

**Notepad**

※ <u>Users have to digitize</u> analog contents
when syncing with digital applications



Confidential Business Information,
Subject to Protective Order

S-ITC-003353401

## SAMSUNG MARKET OPPORTUNITY

# Do-in-One Phone
## *24/7 Powerful & Creative*

- An innovative **premium smartphone**

- Provides **the largest screen** possible **while ensuring portability**

- Integrates the core on-the-go **benefits of diverse mobile devices**

- Minimizes the need to switch to other devices



**5.3" Screen
Pen Input
Solution**

Confidential Business Information,
Subject to Protective Order

# CONSUMER ACCEPTANCE

● **Consumers showed very high acceptance of the product concept and inclination to purchase**



Confidential Business Information,
Subject to Protective Order

# ※ GALAXY NOTE CONCEPT ACCEPTANCE BY COUNTRY

|  | Global | | UK | | US | |
|---|---|---|---|---|---|---|
|  | **High-end users** | Average users | **High-end users** | Average users | **High-end users** | Average users |
| **Preference** *"I Like the concept"* | **83%** | 83% | **85%** | 82% | **89%** | 84% |
| **Relevance** *"Relevant to me"* | **76%** | 73% | **79%** | 75% | **84%** | 81% |
| **Purchase Intention** *"Willing to purchase"* | **72%** | 66% | **68%** | 58% | **78%** | 66% |



Confidential Business Information,
Subject to Protective Order

# 4. GALAXY NOTE CONCEPT ACCEPTANCE

PREFERRED SCREEN SIZE

- **5~5.5" Most Preferred**
  - **Before concept exposure 33% → After concept exposure 53%**

  **: Larger screen is not enough. A differentiated user experience appreciated**



# LEARNING FROM THE MARKET: TWO DIFFERENT STRATEGIES

### Dell Streak



## Failed in the market as a huge phone

- Positioned outside the traditional smartphone market space
- Limited differentiation. Larger screen and customized UI not enough for success
- No marketing support to explain the unique value proposition to potential customers

### HTC Flyer



## HTC Flyer is suffering from slow sales

- Solid positioning in the tablet segment
- Pen input technology integrated with some of the preloaded apps
- Customer disappointed with HTC not addressing some basic pen input needs
- Hardware specs and OS version lagging the market

**Galaxy S Note needs to offer consumers strong benefits for higher price point and sacrificing pocketability.**



Confidential Business Information,
Subject to Protective Order

# PEN INPUT TABLET SALES RESULTS – PEN NOT DRIVING A BIG WIN BY ITSELF

- HTC Flyer sell through only 880 units per week, despite having Sprint WiMax 4G and totally exclusive.

  – Many user experience short cuts and compromises in HTC Flyer, yielding a poor end user experience, that is below user expectations

- Samsung Galaxy Tab 7" sell through is 1000 units per week with no 4G or exclusivity, higher despite a lesser value proposition

  – Simpler is better for many consumers.



Confidential Business Information,
Subject to Protective Order

S-ITC-003353407

# STA GALAXY S NOTE COMMERCIAL STRATEGY IDEAS – FIRST PASS

- Product must be marketed as a smartphone, not a tablet
- Product is marketed to EXECUTIVES and ENTREPRENEURS
- ATT may have concerns about Galaxy S naming.  May request a custom name related to LTE naming strategy (8/10)
- We have granted CES Hero / Long Term Exclusivity for ATT to support higher promotion support – 6 months
- STA to negotiate required use by the ATT Business Services representatives while making sales calls to show off the product to the key target market
- Suggest to ATT to create a new <u>higher</u> data plan for this model that includes
    - Use of Google Video Chat (Gtalk) over LTE, instead of WiFi Only
    - Some Globa Voice minutes and Global Data MB use included in plan
    - Premium Accessory Bundle
- Suggestions from STA on Marketing Target
    - Focus on Executive Media such as Fortune, Wall Street Journal, Robb Report, Aviation Magazines, etc.
    - Enhanced POP in critical stores.
    - Find an executive store to provide best in class demonstrations -- PGA Events?

Confidential Business Information,
Subject to Protective Order

S-ITC-003353408

# STA PRODUCT RECOMMENDATIONS

STA to offer a complete End to End value proposition

1. On time delivery of premium accessories, premium bluetooth headset included
2. Premium Box for true Executive Product
3. Integrate EverNote cloud note sync, with handwriting recognition
4. Deep Pen Integration in All Apps
5. Fine tune the Pen per STA recommendation
6. Customized Note Taking App per STA recommendation
7. Robust Drawing Application preloaded
8. Ensure Reader Application allows both Pen Notes, but also Purchase… Ideal is Amazon Kindle + Note Taking customization
9. Polaris Office with full hand writing recognition
10. MHL with MHL adapter in box

Confidential & Proprietary

122   **SAMSUNG**

Confidential Business Information,
Subject to Protective Order

# QCOM 8960 & FUSION LET STATUS (1 OF 2)

8960 dependency will cause sell in and pricing pressure throughout 2012

**VERIZON**

- No Q1 or early Q2 Smartphone launches due to 'LTE ONLY' guidance from Verizon, and 8960 dependency for radio support outside of the 3 chip Via platform
- Volume will have to come from Viper (3G), Aegis (Mass LTE), Droid Charge (life cycle extension) and Nexus Prime

**ATT**

- HQ agreed to convert Auger, Celox HD and Excalibur to Fusion based chipsets. Thank you!
- Only Celox HD is confirmed by ATT.  Still pushing ATT for selection of Auger-Fusion and Excalibur.
- Pantech offered 4.0 SuperAMOLED + Fusion to ATT for $50 less than Samsung
- Critical to secure NewCo LTE selections based on Fusion.

Confidential & Proprietary

123 **SAMSUNG**

Confidential Business Information,
Subject to Protective Order

S-ITC-003353410

# QCOM 8960 & FUSION LET STATUS (2 OF 2)

**SPRINT**
- 8960 with Sprint LTE Band Support cannot launch before July 2012, with August or September more likely.
- Will cause a negative impact to 1H 2012, with no new launch models
- Recovery plan is to launch a Nexus Prime variant based on Via + CMC221, and Epic2 with WiMax.  Only two 4G smartphone launches in 1H 2012 based on this

**REGIONALS**
- Huawei GCT + 7627Turbo sub $250 wholesale is market sensed for late 2011
- Samsung has No Entry / Mass LTE possible in 1H 2012 due to 8960 dependency.
- Verizon Jasper 8960 based model is 2H 2012 for both Verizon and Regionals
- MetroPCS is requesting VoLTE as a critical feature, and LG's GCT chipset supports the feature and is participating in trials today.  Samsung CMC221 also supports but we are not using this solution extensively in 2012 or in any entry proposals. (only in Mass Aegis proposal)
- STA requests continuation of investments on CMC221 + 8655 to achieve lower cost and size plus VoLTE support

Confidential & Proprietary

124   **SAMSUNG**

Confidential Business Information,
Subject to Protective Order

# TABLET PORTFOLIO AND POSITIONING



Confidential & Proprietary

125



**Confidential Business Information,
Subject to Protective Order**

**S-ITC-003353412**

# TABLET SEGMENTATION

| | Target Segment | Needs | Key Competitors |
|---|---|---|---|

**Priority 2**

**Premium/Targeted Tablets (> $600)**

**Gadget Seekers  (20%)**



1. Want the latest technology & OS
2. Upgrades extremely important
3. Want to replace PC – Microsoft office applications desired
4. Enterprise grade features a must
5. Accessories extremely important



iPad 3

---

**Priority 1**

**Mass Appeal Tablets ($300 –$599)**

**Family Entertainment (50%)**



1. Design, Brand & Quality important
2. Out-of-box experience needs to be seamless (prefer a lot of relevant preloads)
3. Kids focused apps & accessories desirable
4. Do not necessarily care about the latest technology
5. Expanded Games, Movies, Books

iPad 2

---

**Priority 3**

**Low Cost Tablets (~ $199- $299)**

**Price Sensitive (30%)**



1. Price, Price, Price ($250 tablet desirable)
2. Hardware value – Lots  of slots: USB, HDMI, Mini-USB
3. Functionality desired over Brand & Design
4. Free content


amazon


acer


COLOR nook
by Barnes & Noble

Confidential & Proprietary

126

Confidential Business Information,
Subject to Protective Order

S-ITC-003353413

# 5 PRIORITY ITEMS FOR 2011

1. Engage Key partnerships (e.g, Netflix, Facebook) for covering ecosystem gaps

2. Drive consistency of experiences across device portfolio through upgrades

3. Premium Positioning for P4-Creative & P8

4. Best-in-class Consumer Buying Experience: Pre-Purchase, POS, Post-Purchase Customer Care

5. Prepare infrastructure for ODA deployment

Confidential & Proprietary

127   SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-003353414

# 5 PRIORITY ITEMS FOR 2012

1. Integrated Video Chat solution (facebook video chat or Google Talk integrated)

2. Device-to-device interaction (TV-Tablet –Phone)

3. Single point of access & single sign-on for all media content (especially games: casual, console, HD, cloud)

4. Enable cloud syncing of content and deliver seamless start-up experience for user

5. Explore opportunity for customized tablets (Verticals, Premium Consumer)

Confidential & Proprietary

128  **SAMSUNG**

Confidential Business Information,
Subject to Protective Order

S-ITC-003353415

# TABLET ROADMAP OVERVIEW

**Confidential Business Information,**
**Subject to Protective Order**                    **S-ITC-003353416**

# DIRECT TO RETAIL ROADMAP



| 2011 | 2012 |
|---|---|

**Premium**

**Nov' 2011**
10.1" with WACOM
Stylus enabled apps
C210 Dual Core

10.1 Creative

10.1 Creative LTE ODA Candidate

P10: 11.8 WQXGA (Wifi, LTE ODA)

P8: 7.7 sAMOLED+

High risk for volume

**Mass**

Galaxy Tab 10.1

**June 2011**
10.1" WXGA TFT
Dual-core
Honeycomb; 8.6mm

Software Upgrade: Aug
(Touch Wiz, B2B, Media Hub etc.)

P5: Galaxy Tab 8.9

**3Q 2011**
8.9" WXGA TFT
Dual Core
Honeycomb

Galaxy Tab 10.1 Plus

**1H 2012**
10.1" WXGA TFT
Quad Core (1.5x4)
ICS

**Low Cost**

Galaxy Tab 7

**4Q 2010**
1GHz CPU Core
7" WSVGA TFT
Froyo
11.9mm

P2: Galaxy Tab 7 Plus

**Nov' 2011**
7" WSVGA TFT
**Dual-core**
**Honeycomb**
9.9mm

**Focus on B2B**

SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-003353417

# CARRIER CONNECTED ROADMAP



Confidential Business Information,
Subject to Protective Order

# ICONIC SMARTPHONE 2H'11 & 1H'12



Confidential Business Information,
Subject to Protective Order

S-ITC-003353419

# MASS 4G SMARTPHONES 2H'11 & 1H'12

## 2H 2011

**Aegis** — Aug — SCH-I405 — lte G

LTE, Qwerty
4.0" WVGA sAMOLED
5M+1.3M, 8GB
C111+CMC220+VIA7.1
Social/Media/B2B

**Ancora** — Sep — T679 — G

HSPA+ 14.4
3.7" WVGA TFT
3M+VGA
MSM8255(1.0GHz)
Social/Media/B2B

**Conquer 4G** — Jul — SPH-D600 — wimax G

WiMAX, DOrA
3.5" HVGA TFT
3M+1.3M
MSM8655+C732
Social/B2B

**Hawk 21M** — May — T759 — G

HSPA+ 21
3.5" WVGA TFT
3M+VGA
M5720+C111
Social/Media

**Sidekick** — Mar — T839 — F

HSPA+ 21
3.5" WVGA TFT
3M+VGA
M5720+C111
Social/Media

## 1H 2012

**Aegis2** — Jun — NFC — lte I

LTE, Global
4.0" WVGA sAMOLED
5M+1.3M, 8GB
MSM8960 (Dual-core)
Social/Media/Game/Select/ChatON

**Jasper** — Jul — lte I

LTE
3.7" WVGA sAMOLED
3M+1.3M, 4GB
MSM8960 (Dual-core)
Social/Media/Game/Select/ChatON

**SK II LTE** — Q3 — I

LTE, HSPA+ 21
3.7" WVGA sAMOLED
5M+1.3M (TBD)
MSM8960

**Codina** — Q2 — I

HSPA+ 14.4
3.8" WVGA PLS TFT
5M+VGA
U4500 (TBD)

**Chief2** — Jul — NFC — lte I

LTE, DOrA
4.0" WVGA sAMOLED
5M+1.3M
MSM8960
Social/Media/Game/ChatOn/Select

**Auger** — Feb — NFC — G

LTE, HSPA+ 21
4.0" WVGA sAMOLED
5M+1.3M
OMAP4+CMC221

**Merlin (A2)** — Q1 — New CO

LTE, HSPA+ 21
4.0" WVGA PLS TFT
5M+1.3M (TBD)
MDM9200+APQ8060 (TBD)

**Apex40** — Q1 — NFC — I

HSPA+ 42
4.0" WVGA sAMOLED
5M+1.3M
MDM8220+APQ8060
Social/Media/Select/ChatON

**Codina** — Q2 — NFC — I

HSPA+ 14.4
3.8" WVGA TFT
5M+VGA
U8400 (Dual Core 800MHz)
Social/Media/Game/Select/ChatON

**Marco** — Q4

LTE, HSPA+ 21
4.0" WVGA sAMOLED
5M+2M
MSM8960

**Geiger** — Q3 — I

LTE, HSPA+ 21
4.0" WVGA TFT
5M+1.3M (TBD)
MSM8960

**GT3** — Q2 — I

HSPA+ 14.4
3.5" HVGA TFT
3M+VGA
U8400 (Dual Core 800MHz)
Social/ChatOn

Confidential Business Information,
Subject to Protective Order

# BIG 4 PREPAID 2H'11 & 1H'12

## 2H 2011

## 1H 2012

**2H 2011**

Aug — SPH-M930
*G* **Transform Ultra**
DOrA
3.5" HVGA TFT
3M+VGA
MSM8655

Sep — SCH-I110
*G* **Viper**
DOrA , Curved(Acryl)
3.5" HVGA TFT
3M, 4GB
C111+VIA7.1
Social/B2B

May — T499
*F* **Tass**
HSPA 7.2
3.14" QVGA TFT
3M
MSM7227
Social

**1H 2012**

Jul
lte *G* **Jasper**
LTE
3.7" WVGA sAMOLED
3M+1.3M, 4GB
MSM8960 (Dual-core)
Social/Media/Game/Select/
ChatON

Aug
*l* **Vital3**
DOrA
3.5" HVGA TFT
SM+VGA
MSM8655
Social/ChatOn/Select

May
boost *l* **Vino2**
DOrA
3.5" HVGA TFT
3M+VGA
MSM8655

Sep
*G* **Jena**
HSDPA 7.2
3.3" HVGA TFT
3MP FF

Mar
*G* **Geim**
HSDPA 7.2
3.2" HVGA TFT
3M+VGA
BCM21552

Confidential & Proprietary

134



Confidential Business Information,
Subject to Protective Order

S-ITC-003353421

# REGIONALS SMARTPHONE 2H'11 & 1H'12



Confidential Business Information,
Subject to Protective Order

S-ITC-003353422

# WINDOWS PHONE LINEUP (MANGO)

## 2H 2011

## 1H 2012

### ALL ATT



Sep                    i997

**Yukon**

HSPA+ 14
4.3" WVGA sAMOLED+
8M+1.3MP
MSM8255
Now+ Hub, Kobo eBook

Sep                    i677

**Wembley**

HSPA+ 14
3.7" WVGA sAMOLED
5M+VGA
MSM8255
Now+ Hub, Kobo eBook

### ALL ATT

Feb



**Monolith**

WP Tango
LTE, HSPA+ 21
4.5" WVGA sAMOLED+
8M+2M
MDM9200+APQ8055
Now+ Hub, KoBo eBook

)NFC«   Q4



**Odyssey**

LTE, HSPA+ 21
4.65" HD sAMOLED UT
8M+2M
MSM8960

Q4



**Marco**

LTE, HSPA+ 21
4.0" WVGA sAMOLED
5M+2M
MSM8960

Confidential & Proprietary



**Confidential Business Information,**
**Subject to Protective Order**

S-ITC-003353423

Product: APPENDIX

# WIRELESS TERMINALS





**Confidential Business Information,**
**Subject to Protective Order**                    **S-ITC-003353424**

# P4 WIFI AND P4 LTE MR PLAN

- General MR Objective: Drive consistency of experiences across device portfolio through upgrades

- P4 WiFi (first launch June 8th in National Retail)
  - P4 MR1 (KMB) to be executed on August 5th for National Retail and Sprint
    - Includes Media Hub, TouchWiz, Live Panel and other preloads
  - P4 WiFi Verizon to launch 8/11 with WiFi MR1 (KMB) software
  - P4 WiFi MR2 scheduled at end of August (confirming precise date with HQ PP)
    - Smaller, more of a maintenance type upgrade

- P4 LTE Verizon (first launch July 28th)
  - Two MRs are currently being planned by HQ PP, R&D, and PM
    - P4 LTE MR1 (end of August): bug fixes and a additional Verizon applications
    - P4 LTE MR2 (date TBC): TouchWiz, additional Verizon applications, additional preloads
  - Dates targeted to be confirmed by 8/5/11

Confidential & Proprietary

138

SAMSUNG

Confidential Business Information,
Subject to Protective Order

# ON-DEVICE-ACTIVATION (ODA)

Confidential & Proprietary

139



Confidential Business Information,
Subject to Protective Order

S-ITC-003353426

# ODA: SAMSUNG'S CURRENT CONNECTED TABLET SITUATION – LIMITED DISTRIBUTION

## Illustrative Example



# ODA: DIRECT TO CONSUMER CHANNELS WILL ALLOW CONSUMERS BROADER CHOICES OF PLACE OF PURCHASE AND RATE PLANS

**Direct Channels**

**Customer**

**On-Device Activation Portal**

**Carriers**

**Samsung ODA Devices**

1

2

3

**SAMSUNG**

**BEST BUY**
**Walmart** Save money. Live better.
**TARGET**

**SAMSUNG** **.com**

**SAMSUNG** **Retail**

Sprint Together with NEXTEL

at&t

verizon

- Accelerate & Monetize Connected-Devices go-to-market
- Enable a best in class customer experience across any connected-device type and carrier



# ODA: ONCE THE INFRASTRUCTURE IS IN PLACE, WE ENVISION GLOBAL CONNECTIVITY FOR ALL PORTABLE DEVICES



Confidential Business Information,
Subject to Protective Order

# ODA: WHAT DOES IT TAKE?

| Technical Area | | Operator | Samsung | ODA Vendor |
|---|---|---|---|---|
| **Connection Management** | Transmission protocol agreement | ✔ | ✔ | |
| | Connection manager development | | | ✔ |
| **Activation Portal** | Client UI/UX | | New areas Of expertise for Samsung STA | ✔ |
| | Back-end processing | | | ✔ |
| **Billing and Credit Card Processing** | User Info. verification | | | ✔ |
| | Credit card processing | | | ✔ |
| **Go to Market** | Channel go to market | | ✔ | |
| | Marketing | | ✔ | |



Confidential Business Information,
Subject to Protective Order

# ODA: STA RECOMMENDS A BETA TRIAL TO VALIDATE INFRASTRUCTURE AND THEN DECIDE TARGET DEVICE

**Execute Contracts**
- Finalize contracts and rate plans with AT&T and Verizon.
- Sign contract with Synchronoss

**Develop Platform**
- Develop the infrastructure with Synchronoss and integrate with AT&T and Verizon

**Conduct Beta Trial**
- Friends and family Beta Trial to validate infrastructure
- Test activation and connection management.

**Launch on Target Device**
- Once the infrastructure is ready, launch on target device in 1H 2012



Confidential Business Information,
Subject to Protective Order

# ODA: CURRENT PROGRAM TIMELINE (AGGRESSIVE)

• Business
• Legal

**Carrier Contract** (at&t, verizon)

**Vendor Contract** (Synchronoss)

Synchronoss and Samsung

**Client Dev.**

**Server Dev.**

**QA**

Infrastructure Ready

Use an existing SKU (P4 or P5) for Beta

**Beta Trial and Market Research** (at&t)

P5 Launch

ODA Commercial Device (TBD)

P4 Launch (verizon)

| July | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar |

**2011**          **2012**



Confidential Business Information,
Subject to Protective Order

S-ITC-003353432

Content & Services

# WIRELESS TERMINALS



Confidential & Proprietary

146 

Confidential Business Information,
Subject to Protective Order

S-ITC-003353433

# OUR PLAN TO WIN

- Samsung is investing in SERVICES that drive DIFFERENTIATION and expands Samsung's ecosystem.



**Differentiation**
- Services and experience showcase device capabilities
- Enhances Samsung relationship DIRECTLY with customers
- Drives consumer adoption away from competitor products

**Samsung Ecosystem**
- Drives a complete solution (content, services, experiences) within Samsung devices (all screens, all products)
- Ensures preference by Developers to build on Samsung products

**Consumer Loyalty**
- Samsung earns the trust and excitement of developers and consumers with Samsung
- Ensures continued investment

Confidential & Proprietary

147

Confidential Business Information,
Subject to Protective Order

S-ITC-003353434

# MOVING FORWARD

- **Today, Samsung is building core service offerings and a common platform to support them.**
- **In 2012, Samsung will compete with a FULL SERVICE PORTFOLIO and drive 3rd party preference with developers that is best-in-class.**

| | 2011 BUILD | 2012 COMPETE "Best in Class" | 2013 LEADERSHIP |
|---|---|---|---|
| | • Introduce differentiated service offerings • Scale expertise within STA to build capabilities | • Launch full portfolio of Samsung Signature Services that evolve to best in class | **Scale Expand Monetize** |
| **DIFFERENTIATION** | Media Hub v1.6 Social Hub v1.0 Select v1.0 | Media Hub v2.0 Social Hub v2.0 Select v2.0 | **CUSTOMER LOYALTY** **DEVELOPER PREFERENCE** |
| **ECOSYSTEM** | Concierge v1.0 FOTA Findmyphone | Concierge v2.0 FOTA Findmyphone | **Brand Perception Brand Awareness Repeat Purchase** |

Confidential Business Information,
Subject to Protective Order

# DRIVE CUSTOMER LOYALTY
## INVESTING IN SERVICES AND DEVELOPERS/CONTENT PROVIDERS



**Samsung Devices**
• Mobile
• Tablets
• Smart TV

**Hardware Enablement**
• New H/W Features
  (Screen, chipsets,
  cameras, 3D, Location,
  etc).
• FOTA (updates)

**Signature
Services**
• Media Hub
• Social Hub
• Concierge
• Select
• FOTA
• Findmyphone

**CUSTOMER
LOYALTY**

HARDWARE

BEST IN CLASS

SIGNATURE
CLOUD
SERVICES

DEVELOPERS
CONTENT
PROVIDERS

**Distribution**
• Samsung Select
• Media Hub
• Social Hub
• Preloads

**Dev Support**
• Samsung Mobile
  Innovator Program

INVEST

INVEST

Confidential & Proprietary

149  **SAMSUNG**

Confidential Business Information,
Subject to Protective Order

S-ITC-003353436

# MEETING THE NEEDS OF OUR CONSUMERS ON TABLET DEVICES

| Tablet Use Case | % use | Google ＋ | Samsung | VS | Apple |
|---|---|---|---|---|---|
| Internet Browsing | 27% | Chrome | | | Safari |
| Email | 23% | Gmail | Samsung Email | | Apple Mail |
| Social Networking | 12% | Google + | Social Hub | | iTunes/Facetime |
| Download Movies/TV | 5% | Google Video | Media Hub (Movies/TV) | | iTunes |
| Writing | 5% | | Pen Memo | | Safari Office |
| Finance | 5% | | | | |
| Gaming | 5% | | Media Hub (HD Gaming) | | iTunes |
| Online Shopping | 4% | | | | |
| Instant Messaging | 3% | Google Talk | Social Hub | | Apple IM |
| Streaming Video | 2% | Youtube | | | Youtube |
| Download Music | 2% | Google Music | Media Hub (Music) | | iTunes |
| Streaming Music | 1% | | Media Hub (Music) | | iTunes |
| Edit/mange photos/video | 1% | | Movie Studio / Gallery | | Apple Photos |
| Books / reading | 0.5% | Google Books | Media Hub (eReading) | | Apple Books |
| Video calling | 0.5% | Google Talk | | | Facetime |
| App Store | | Android Marketplace | Samsung Select | | Apple App Store |
| | 96% | | | | |

* Source: Jefferies - May 2011

Confidential & Proprietary

150



Confidential Business Information,
Subject to Protective Order

S-ITC-003353437

# MEETING THE NEEDS OF OUR CONSUMERS ON SMARTPHONES

| | % who use | Google | + Samsung | VS. | Apple |
|---|---|---|---|---|---|
| SMS | 79% | | Message Threading | | Message Threading |
| E-Mail | 70% | Gmail | Samsung Email | | Apple Mail |
| Photos | 67% | Picasa | Samsung Camera Sofware | | iCloud |
| News/Info | 50% | Chrome Browser | | | Safari Browser |
| Social Networking | 43% | Google+ | Social Hub | | iTunes/Facetime |
| Picture IM | 42% | | Social Hub | | |
| LBS | 34% | Google Maps | | | Maps + Compass |
| Playing Downloaded Games | 34% | | Media Hub (HD Gaming) | | Apple App Store |
| Downloading Apps | 32% | Android Market | Samsung Select | | Apple App Store |
| IM | 26% | Google Talk | Social Hub | | Apple IM |

*Source: Nielsen 1Q 2011*

Confidential & Proprietary

151   SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-003353438



# C&S ROADMAP

Confidential Business Information,
Subject to Protective Order

S-ITC-003353439

# MEDIA HUB VISION – V1.0/1.5/2.0/2.1 

- **Signature Samsung Portal for Entertainment and Media Management**
  - Movies, TV, Gaming, Music
  - UGC Sharing and Media Management
- **Samsung Account Registration and Billing across all Media Hub services**
- **Cross-Platform Service Suite (TV, PC, Mobile, ... )**

## SAMSUNG MEDIA HUB

*Entertainment Portal*

- *V1.5*
- *V2.0 ph1*
- *V2.0 ph 2/3*

1. *Movies*
2. *TV*
3. *HD Games*
4. *eReading*
5. *Music*

*Samsung Account*   *Samsung Billing*

*Personal Cloud*   *V2.1*

- *photos*
- *videos*
- *files*
- *music*

1

SAMSUNG

Confidential Business Information,
Subject to Protective Order

# MH V1.5 - MEDIA HUB SHOW



- **P4 WIFI MR – CONFIRMED**
- **GS II – Gaudi, Hercules, Seine:** **Final s/w release NOT CONFIRMED FOR LAUNCH.**
- **Need HQ help to confirm support on ALL Android Media Hub Enabled Devices with HDMI output support.**
- **Samsung is the FIRST Android OEM to commercialize HDMI output with Premium Video Content**
  – Play ANY Media Hub content on any HDMI (HDCP) enabled monitor/TV.
  – MHL – Mobile High Definition Link Support





**1**

Confidential Business Information,
Subject to Protective Order

# MH IS GROWING RAPIDLY; NEED TO DEPLOY SERVICE AT LAUNCH OF DEVICE.

- **MH is starting to show scale**
  - Samsung needs to LAUNCH service on more devices to meet Apple's scale (45M install).
  - **NO MORE MRs; FOCUS ON LAUNCH DEVICES only.**
- **Samsung's per user metrics exceed Apple's metrics.**
  - Samsung: 0.94 trans/customer/mo (double that of Apple)
  - Apple: 0.42 trans/customer/mo

|  | Performance to Date | September 2011 | September 2012 |
|---|---|---|---|
| **Installed Base** | 6.6 million | 10.3 million | 25.8 million |
| **Media Hub User Base** | 93,000 | 163,000 | 482,000 |
| **Cumulative TOTAL Revenue** | $2.35 million | $4.8 million | $22.6 million |
| **Direct Margin [~12% Rev]** | $280k | $600k | $2.5M |



Confidential & Proprietary

155

SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-003353442

# MEDIA HUB RELEASES



- **HQ request to accelerate development and resourcing against all MH milestones to achieve these aggressive goals.**

- **v1.5 - Launched (Saffron platform)**
  - ATT, Verizon, TMO, Sprint, US Cellular
  - Android Smartphones, Android Tablets



- **v1.6 – Platform Transition from Saffron to MSC (OSP 2.0 platform)**
  - **Launch Sept 30, 2011.**
    - Includes Smart TV introduction and support.
  - ATT Infuse 4G, Galaxy S II Siene are target devices for v1.6 (Marketplace update)

- **v2.0 – Expanding Content Categories**
  - *DIA scheduled for August 12, 2011 (Suwon)*
  - *Phase 1:  Launch HD Gaming - Dec 2011 (HIGHEST PRIORITY)*
    - *Integrate Social, Recommendation, Integrated Catalogs, Subscription Support into MSC platform.*
  - *Phase 2:  Launch eReading, Music – Feb 2012*
  - *Phase 3:  Integrate Personal Cloud – Mar 2012*





Confidential & Proprietary

156




Confidential Business Information,
Subject to Protective Order

S-ITC-003353443

# MH V1.6: USER EXPERIENCE



- **Oct 2011 - V1.6 will deliver EXPERIENCE consistency across devices**

**Mobile**





**Tablet**

MH V1.6 (NEW UX)

MH V1.5 LAUNCHED

**NEW**

**Smart TV**

MH V1.6





1



Confidential Business Information,
Subject to Protective Order

S-ITC-003353444

# MH V1.6: DEVICE MIGRATION PLAN 

- **HQ FOCUS requested on QA SUPPORT for these releases.**
- Total 36 devices need migration from Saffron to OSP 2.0
- Migration prioritization order was sorted based on device sales volume

| Prioritization order | | 2011 | | | | | | 2012 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar |
| 1 | **Celox + Galaxy S series:** Celox, Fascinate, Captivate, Vibrant, Vibrant 4G, Epic 4G | | | | MARKETPLACE UPDATE | | | | | |
| 2 | **WVGA launched:** Continuum, Dempsey, Stealth, Sidekick, Showcase, Mesmerize, Hawk | | | | | MARKETPLACE UPDATE | | | | |
| 3 | **P1 series:** Galaxy-Tab(VZW, ATT, TMO, SPR, USC), Galaxy-Tab WiFi | | | | | | MARKETPLACE UPDATE | | | |
| 4 | **Honeycomb Tablet :** P4 LTE (VZW) ,P5 LTE (ATT), P4-HSPA+ (TMO), P4 WiFi, P5 WiFi, P8 LTE (VZW) | | | | | | | MARKETPLACE UPDATE | | |
| 5 | **WVGA (not yet launched) :** Galaxy S II, Willow, Hercules, Gaudi, Epic2, Tikal (MPCS, USC, Cell South), Aegis, Apache, Ancora | | | | | | | | MARKETPLACE UPDATE | |


Development period
QA and Field test period



Confidential Business Information,
Subject to Protective Order

# MH 2.0: PH 1 HD GAMING SERVICE 

- **HQ R&D request (MM Framework team) support for PYV ala carte and subscription DRM support - prototyping and validation**



MH V2.0 – ph 1

- **Enhance Samsung device competitiveness thru optimized game service**
  - HD gaming content optimized to fully utilize Samsung hardware capability
  - Launch with 100 HD games.
  - Native HD gaming experience
  - Leading Gaming Publishers
  - Media Hub Username and Billing
  - Optimized Games for Samsung Devices
  - Business Model Innovation: Subscription, ala Carte





Confidential Business Information,
Subject to Protective Order

# MH 2.0: PH 2&3 MUSIC & EREADING

- **DIA APROVAL IS SCHEDULED FOR AUGUST 12, 2011 (SUWON)**
- **Signature service platform optimized for Samsung devices**
  - SSO, Unified Billing, Cross content merchandising, social recommendation



Confidential Business Information,
Subject to Protective Order