# MH 2.X: PERSONAL CLOUD UGC



- **All Samsung Services are ALREADY CLOUD ENABLED.**
- **MH 2.x Personal Cloud is a NEW feature for UGC SYNC across Samsung devices.**
- **UGC content upload and data management across the cloud**
  - Upload photos and user generated video from any Media Hub enabled device and share/view it across Samsung Devices
  - Manage and control your data



Confidential Business Information,
Subject to Protective Order

S-ITC-003353448



Confidential Business Information,
Subject to Protective Order                                        S-ITC-003353449

# BASIC VS PREMIUM SOCIAL HUB

- **Current platform**
  - "Basic" Social Hub = Feeds and Updates Widget
  - "Premium" Social Hub = Feeds and Updates Application + IM + Push Email
    - **Launching with GS II – ATT, TMO (not Sprint)**

- **Challenges with Premium Service**
  - User Experience
    - Integration into Contacts for Media and Activities not well understood or used.
    - Push network efficiency is "corner case" value, not core value" to carrier, esp for users of hotmail and yahoo. Gmail, Exchange, and SNS cannot be compressed.
    - Adds two new access points to open email application on the device: Feed tab, window shade notifier, email application, social hub app.
  - ROI justification for increased device pricing challenging.

- **STA would like to re-evaluate doing a redesign of Social Hub premium to Social Hub 2.0 evolution**
  - Pull based implementation only (client side)
  - Focus on Social networking.



Confidential & Proprietary

163



Confidential Business Information,
Subject to Protective Order

S-ITC-003353450

# SAMSUNG FOTA UPDATE

- **Only Sprint and TMO are interested in Samsung FOTA platform.**
  - HQ has agreed to some modification to support US carriers, but cannot commercialize carriers until OSP 2.0 platform.
  - ATT & Verizon have their own FOTA platform and do not want to rely on Samsung FOTA.

| Operator | Current Status | |
|---|---|---|
| Sprint | Sprint will not implement FOTA on Gaudi due to poor experience with P4. *Sprint open to re-evaluating for Epic II.* | |
| TMO | Secured Samsung FOTA for P4. *TMO is asking for Samsung sign-on to be removed from process before implementing –Implementation in Progress. TMO Declined Samsung FOTA for Ancora & Hercules. Future devices will depend on P4 acceptance.* | |
| AT&T | AT&T has its own solution that is not dependent on one OEM, AT&T moving towards their own implementation. | |
| Verizon | Discussion with Verizon on 6/6 - VZW has no intention/interest in using the Samsung FOTA solution. *VZW will use their existing solution, and will rely on GOTA as a back up.* | |
| Tier 2/3 | **ACG -** Is Very Interested but will depend on the VZW and USCC devices. **Cricket -** Interested– need to determine devices and **do not want Samsung Sign-On.** Need to determine if FOTA possible on MR on r720, r915 and r730 **MetroPCS** –Metro are interested. **They do not want the Samsung Sign-On.** PM team working the device schedules possibly Tikal. **USCC -** Not Interested – as they don't have resources to manage this. | |



Confidential Business Information, Subject to Protective Order    S-ITC-003353451

# SAMSUNG FINDMYPHONE

- **Current Experience does not work fully on TABLETs.**
  - **HQ REQUEST:  Lock, Check, Wipe – DOES NOT WORK ON TABLETS.**

*LAUNCHED on Samsung Galaxy Tab 10.1 MR1 (sub-optimal)*

**A Web-Based Portal/Service to manage, maintain and administer a mobile phone in an easy and efficient manner.**



**Main Features**   Ring my Mobile

Find my Mobile   Check Call Logs

Track my Mobile   Wipe my Mobile

Lock my Mobile   SIM Change Alert





Confidential Business Information,
Subject to Protective Order

# SAMSUNG SELECT

- **Samsung Select is an Android Marketplace Merchandising Application that is a stand-alone service offering for Samsung Devices.**
  - Download and billing still follows the same Android Marketplace application download and payment flow as normal.



- **Benefits to Samsung**
  - Provides distribution and awareness for Android application developers.
  - Highlights developers that are optimizing their applications for Samsung
  - Provides recommendation engine based on user data.
- **Benefits to Consumers**
  - Trusted marketplace for select applications.
- **Benefits to Carriers**
  - Grow premium application revenue.
  - Revenue share relationships maintained w/ premium Android Marketplace.

### Oct 2011   V1.0

**Target Device**       P2 / P8 (Launch on Device)

**Smartphones** (Android Marketplace)





Confidential Business Information,
Subject to Protective Order                                      S-ITC-003353453

# SELECT IS PREFERRED

- **Samsung Select is the Preferred Apps Merchandising Platform in the US Market**

         **Samsung Select**

        



Business Model          Business Model          Business Model

| Premium and Free Content | | | |
|---|---|---|---|
|  | CP | Android | Carrier |
| Market | 70 | 10 | 20 |
| Open | 70 | 30 | ----- |

| Free Content Only | | | |
|---|---|---|---|
|  | CP | Samsung | Carrier |
| Market | 0 | 0 | 0 |
| Open | 0 | 0 | 0 |

| Premium and Free Content | | | |
|---|---|---|---|
|  | CP | Android | Carrier |
| Market | 70 | 10 | 20 |
| Open | 70 | 30 | ----- |

Confidential & Proprietary                    167    

Confidential Business Information,
Subject to Protective Order                              S-ITC-003353454

# SAMSUNG APPS VS SAMSUNG SELECT

- **STA Recommendation:**
  - *Support Samsung Select in the US Market.*
  - *RENAME Samsung SELECT to Samsung Apps.*

- **TARGET LAUNCH DEVICE: Tablet P2 in Q4 2011**

- **Note:**
  - Google has recently informed US Carriers that they will no longer share revenue with carriers that support or deploy their own App store that competes with Android Marketplace.
  - This will challenge Samsung Apps scalability in the US Market.

Confidential & Proprietary

168 SAMSUNG

Confidential Business Information,
Subject to Protective Order

# CONCIERGE



- **Customized Out-of-Box Experience**
  - Consumers enjoy discovering, customizing and personalizing their Samsung devices through an easy wizard and Select's recommendation application
  - Provides increased exposure and ability to promote content, services and other offerings directly to users
  - Samsung ID aggregates multiple social and business accounts into one via a Cloud service providing easy transfer of data and assets from one device to another





Confidential & Proprietary

169



S-ITC-003353456

# CONCIERGE



In Planning

| 2011 | 2012 | | |
|------|------|------|------|
| Q4 | Q1 | Q2 | Q3 |

P2 / P8 Tablet

GSII (Marketplace Update)

- 10/11 – Tablet version ready to ship
- 12/11 – Tablet version first ship
- 01/12 – Phone Version ready to ship
- 02/12 – Phone version first ship
- On going – Commercialization support and carrier customizations

\* Note: Concierge is OS driven which removes dependency on device variations except scale to screen specs



6



Confidential Business Information,
Subject to Protective Order

Enterprise Products and Solutions

# WIRELESS

# TERMINALS



Confidential & Proprietary

171



**Confidential Business Information,**
**Subject to Protective Order**

S-ITC-003353458

# 2011 ENTERPRISE ROADMAP V1

- **STA has been successful in selling in full V1 platform to US carriers.**
  - **Request HQ help to accelerate IPSEC VPN support.  Today, Samsung Enterprise V1 only supports SSL VPN.**
  - **Request:  FIX Email/Cal/Contact List UI/UX Improvement – Convert into APK and do Marketplace release**

---

**Enterprise V1.0 Features**

## EAS

**Mobilizing Exchange and Microsoft Device Management**

## ENCRYPTION

**Securing On Device Data**

## VPN

**SSL VPN**
- **Cisco**
- **F5**

## DEVICE MANAGEMENT

**3rd Party Device Management**
- **Sybase**
- **Mobile Iron**

---

Confidential & Proprietary

172



Confidential Business Information,
Subject to Protective Order

S-ITC-003353459

# 2012 ENTERPRISE ROADMAP V2

- HQ Request: **Commercialization of V2.0 platform starting with Galaxy S 3**

## Activesync
- **Support for testing and QA**
- **More IT policies**

*Still in Planning*

## ANTI-VIRUS / ANTI-MALWARE
- **MacAfee**

## LOCKBOX (Formerly SandBox)
- **Separating Personal and Corporate Data**

## MILITARY SOLUTION
- **FIPS 140-2 Compliance**

Confidential & Proprietary

173

**SAMSUNG**

Confidential Business Information,
Subject to Protective Order

S-ITC-003353460

# 2011 AT&T ENTERPRISE ROADMAP



- **The B2B versions for Cooper Plus and Apache are not defined yet.**

Confidential Business Information,
Subject to Protective Order

# 2011 VERIZON ENTERPRISE ROADMAP



\*Sybase, WebEx, EAS 4, VPN

Confidential Business Information,
Subject to Protective Order

S-ITC-003353462

# 2011 SPRINT ENTERPRISE ROADMAP



Confidential Business Information,
Subject to Protective Order

# 2011 T-MOBILE ENTERPRISE ROADMAP



Confidential Business Information,
Subject to Protective Order

S-ITC-003353464

# APPENDIX



Confidential & Proprietary

178



Confidential Business Information,
Subject to Protective Order

S-ITC-003353465

# TABLET VS. PC USAGE COMPARISON



**Exhibit 35: Media Consumption for Computers and Tablets (North America)**

Source: Jefferies



**Exhibit 38: eBook Reading by Geography and Medium**

Source: Jefferies

Confidential & Proprietary

179

SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-003353466

# TABLET VS. SMARTPHONE USAGE COMPARISON



Confidential & Proprietary

180



Confidential Business Information,
Subject to Protective Order

S-ITC-003353467

# MH APPENDIX



Confidential & Proprietary

181



**Confidential Business Information,**
**Subject to Protective Order**

**S-ITC-003353468**

# MEDIA HUB ROADMAP

Confidential Business Information,
Subject to Protective Order

S-ITC-003353469

# APPLE, GOOGLE AND AMAZON DRIVING CONTENT SPACE; FACEBOOK HAS UNTAPPED LEVERAGE TO DRIVE SERVICE ADOPTION

| | Video | Game | Music | eReading | Backup & Restore |
|---|---|---|---|---|---|
| **Market Trends** | • OTT video led through TV (excl Apple) – game console #1 connecting device <br> • Online video going social | • Virtual good growth driving freemium model <br> • Cloud gaming emerging | • Music rapidly moving to cloud across providers <br> • Spotify launch ad-based on-demand model in U.S. | • eBooks surpasses physical books on Amazon <br> • Apple rev share demands drive out in-app purchases | • Web providers offer all access anywhere <br> • OEMs/OS strong on-device integration |
| Apple | ▪ *#1 VoD M/S in US* (65%) <br> ▪ *N-Screen support* via streaming to AppleTV | ▪ *End-to-end game platform* including social and advertising | ▪ *#1 music retailer* <br> ▪ iCloud & "Scan and Match" | ▪ *iBooks & INewsstand* <br> ▪ Subscription support for periodicals | ▪ *iCloud Automatic Backup* <br> ▪ Cloud photo sharing <br> ▪ 5GB of free storage |
| Google | ▪ *#1 online video M/S* (69%) <br> ▪ *Premium VOD on Android* and on *GoogleTV* | ▪ Free & premium mobile games on Android Market <br> ▪ $100+M investment in Zynga | ▪ *Google Music* | ▪ *Google Books* <br> ▪ *Working on Newstand offering* | ▪ Music, books, video, contact mail in cloud <br> ▪ **Google Plus** automatic back of photos |
| amazon | ▪ VOD service on TV <br> ▪ *Expansion to mobile and SVOD* | ▪ Android games offered through Amazon App store | ▪ *#2 Music download service in the US* <br> ▪ Cloud music streaming service | ▪ *#1 ebook retailer* <br> ▪ Multi-device and cloud sync support | ▪ **Cloud Player for music** <br> ▪ Kindle and VOD cloud based |
| HTC | ▪ **HTC Watch service** on smartphones & Tablets | ▪ Strategic investment in **OnLive** Streaming Gaming | ▪ **HTC Music Station** | ▪ **HTC eBook w/ Kobo** | ▪ **HTC Sense** contacts, text messages,call history <br> ▪ Lost device remote access |
| facebook | ▪ *2nd in online video market* share w/ 27.1% <br> ▪ Experimenting w/ VOD service on PC – Partnership with Warner to offer "Dark Night" VoD | ▪ Popular *gaming platform for 3rd party developers* (e.g. Zynga) <br> ▪ Features including billing, notification, news feeds | ▪ *Partner with Spotify* to launch music streaming service | ▪ N/A | ▪ Photo and video sharing |



Confidential Business Information, Subject to Protective Order

# VIDEO COMPARISON (PART I): MEDIA HUB SUPERIOR OVERALL

| | SAMSUNG | Apple | Android | NETFLIX | amazon |
|---|---|---|---|---|---|
| **Movie Content Relevance** | Yes 🟢 | Yes 🟢 | Yes 🟢 | Long Tail 🟡 | Yes 🟢 |
| **TV Content Relevance** | Yes 🟢 | Yes 🟢 | No 🔴 | No 🔴 | Yes 🟢 |
| **Mobile Trailer Streaming** | Yes 🟢 | Yes 🟢 | Yes 🟢 | No 🔴 | 2 min preview 🟢 |
| **Watch Instantly** | Partial Download 🟡 | No 🔴 | Partial Download 🟡 | Yes 🟢 | Yes 🟢 |
| **Carrier & CC Billing** | Yes 🟢 | CC Only 🔴 | CC Only 🔴 | CC Only 🔴 | CC Only 🔴 |
| **Preloaded App.** | Yes 🟢 | Yes 🟢 | Yes 🟢 | No 🔴 | No 🔴 |
| **Offline Viewing** | Yes 🟢 | Yes 🟢 | Yes 🟢 | No 🔴 | Not on mobile devices 🟡 |
| **Total # of Titles** | 5000+ 🟡 | ~12,000 🟢 | 1000+ 🟡 | ~12,000 🟢 | ~50,000 🟢 |



Confidential Business Information,
Subject to Protective Order

# VIDEO COMPARISON (PART II): MEDIA HUB SUPERIOR OVERALL

| | SAMSUNG | Apple | Android | NETFLIX | amazon |
|---|---|---|---|---|---|
| **Device Optimized** | Yes 🟢 | No 🔴 | Yes 🟢 | No 🟡 | No 🟡 |
| **Mobile Resolution Optimization** | WVGA 1.66 🟢 | HVGA 1.5 🟡 | WVGA 1.66 🟢 | HVGA 1.5 🟡 | TBD 🔴 |
| **Breadth of Devices** | Yes 🟢 | Yes 🟢 | No 🟡 | Yes 🟢 | Yes 🟢 |
| **Domain Management (no master device)** | Yes 🟢 | No 🔴 | Yes 🟢 | Yes 🟢 | Yes 🟡 |
| **Rental Multi Domain Management** | Yes 🟢 | No 🔴 | No 🔴 | N/A 🔴 | No 🔴 |
| **Lost Content Restore w/o Backup** | Yes 🟢 | No 🔴 | Yes 🟢 | N/A 🔴 | Yes 🟢 |
| **3G/4G and Wi-Fi Support** | Yes 🟢 | Yes 🟢 | No 🔴 | N/A 🔴 | Yes 🟢 |



Confidential Business Information,
Subject to Protective Order

# # OF TV AND MOVIE TITLES LIVE

| Week | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|
| TV | 2882 | 3232 | 3582 | 3809 | 4063 | 4263 | 4323 |
| Movie | 547 | 602 | 657 | 681 | 705 | 728 | 723 |
| TOTAL | 3429 | 3834 | 4239 | 4490 | 4768 | 4991 | 5046 |
| % Increase | 14% | 12% | 11% | 6% | 6% | 5% | 1.1% |



Confidential & Proprietary

186 SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-003353473

# V1.5 - WEEK 28 SUMMARY

## Media Hub Total Purchasing Customers

Cumulative Totals:
Revenue: $ 2,537 K
Transactions: 460 K



| Statistic Heading | Wk 28 | Growth |
|---|---|---|
| Total Registered Users | 577,872 | 4% |
| Total Purchasing Customers | 140,310 | 6.3% |
| Sales Conversion Rate | 24 % | 3% |
| Average Spend Per Customer (Lifetime) | $18 | 1% |
| Average Spend Per Transaction (Lifetime) | $5.52 | 1.5% |
| # Movie DTO Transactions | 124,807 | 8.5 % |
| # Movie VOD Transactions | 200,987 | 5.5 % |
| # TV DTO Transactions | 133,543 | 4 % |

## Media Hub Weekly Performance



1

SAMSUNG

Confidential Business Information,
Subject to Protective Order

# MEDIA HUB V1.6

- Samsung is migrating its Media Hub platform from Saffron Digital to an internal platform called "OSP."
- Backbone for platform is used to service Samsung Apps globally and is operational in XXX countries, including the US market.

- **Pros**
  - Centralized operations
  - Global scale
  - UX consistency cross-product
  - Cross-product, platform alignment to enable faster time to market with feature roadmap improvements on Samsung devices

Confidential & Proprietary

188 

Confidential Business Information,
Subject to Protective Order

S-ITC-003353475

# MIGRATION DESIGN GOALS

| ID | Category | Description |
|----|----------|-------------|
| 1 | User Data Integrity | • User/content data must be consistent before and after the service migration. |
| 2 | User Experience | • User requires to apply an app upgrade.<br>• User should not require firmware upgrade.<br>• User's experience in purchasing media should be reasonably consistent. |
| 3 | Service Integrity | • The level of service must be on par or better |
| 4 | Payment Method | • BilltoMobile is a payment gateway for Samsung Media Hub 1.6, integrating with T-Mobile. |
| 5 | Security | • Transactions must be at least as secure as the current level of security with Saffron's payment transactions. |
| 6 | Performance | • Transactions must meet the performance requirement described in SLA document |
| 7 | Revenue Sharing | • Revenue sharing must be observed in accordance with the rules defined in SLA. |



Confidential Business Information,
Subject to Protective Order

# SAFFRON CARRIER BILLING FLOW





Confidential Business Information,
Subject to Protective Order

# BILLTOMOBILE - CARRIER BILLING FLOW



Confidential Business Information,
Subject to Protective Order

# CARRIER BILLING INTEGRATION AND TESTING SCHEDULE



| ~JUL | AUG/1W | 2W | 3W | 4W | SEP/1W | 2W |
|------|--------|----|----|----|--------|----|

Integration between MSC and BTM : Done

Carrier's approval for Mobile-based payment using BTM

Integration Test for Client-Server-BTM-Carrier Under mobile-based payment

Integration between BTM and ATT : Done (under web-based)

Integration between BTM and TMO : Will be done by end of AUG (under BTM's web-based payment)

http header identification : Done for some models

http header identification : Should be done for all models (Carrier's support needed)



Confidential Business Information,
Subject to Protective Order

# SERVER TRANSITION PLANS FOR CARRIER BILLING



① Complete the Server integration : Media Hub Client to Samsung server, Samsung server to BilltoMobile,
   BilltoMobile server to T-Mobile Billing system, data migration from Saffron to Samsung server
② Open Interface : Open the production environment
③ Force Upgrade the App : Upgrade Media Hub Client from old version to new version
④ Open Service : When new Clients connect to Samsung server, the service is open
⑤ Close Service : Close the Saffron connection
⑥ Monitoring service and transition results
⑦ Data migration from Saffron to Samsung server : Purchasing History, User Data, etc



Confidential Business Information,
Subject to Protective Order

# MOBILE VERSION





Confidential Business Information,
Subject to Protective Order

S-ITC-003353481

# TABLET VERSION



Samsung USA Confidential Proprietary 2011

195



Confidential Business Information,
Subject to Protective Order

S-ITC-003353482

# TV VERSION





Confidential Business Information,
Subject to Protective Order

S-ITC-003353483

# TV VERSION





Confidential Business Information,
Subject to Protective Order

S-ITC-003353484

# DEVICE UPGRADE SCHEDULE FOR T-MOBILE

| Model Name | Model Number | Display Size | Resolution | MM Test Complete |
|---|---|---|---|---|
| Vibrant | SGH-T959 | 4.0" | WVGA | 2011-11-30 |
| Galaxy-Tab | SGH-T849 | 7" | WSVGA | 2012-01-30 |
| Galaxy S 4G | SGH-T959V | 4.0" | WVGA | 2011-11-30 |
| Sidekick | SGH-T839 | 3.5" | WVGA | 2011-12-31 |
| Hawk | SGH-T759 | 3.5" | WVGA | 2011-12-31 |
| P4-HSPA+ | SGH-T859 | 10.1" | WXGA | 2012-02-28 |
| Hercules | SGH-T989 | 4.5" | WVGA | 2012-03-30 |
| Ancora | SGH-T679 | 3.7" | WVGA | 2012-03-30 |



Confidential Business Information,
Subject to Protective Order

# SERVICE OPERATION FLOW

- Detailed service operation requirements should be described in Service Level Agreement between T-Mobile and Samsung.

**T-Mobile**
- 1st Tier - Point of contact for end user
- Triage/resolve/escalate issues

**Samsung (STA)**
- 2nd Tier – Point of contact between carrier and engineering
- Follow up on the issues all the way through

**Samsung (HQ)**
- 3rd Tier – Resolve escalated issues
- Last line of defense on issue resolution



Confidential Business Information,
Subject to Protective Order

# SERVER LOCATION, SLA AND OPERATIONS

## Server Location

- Northern VA (Amazon's US East Region)

## SLA

- Enterprise agreement between Amazon and Samsung is currently being discussed.

## Support Center

- The system operation support center is TBD within Solution Dev Team.
- the service operation support center is TBD within Service Operation Team.



Confidential Business Information,
Subject to Protective Order

S-ITC-003353487

# FOTA APPENDIX



Confidential & Proprietary

201



**Confidential Business Information,
Subject to Protective Order**

**S-ITC-003353488**

# DETAILED STATUS – AT&T



- **Status at AT&T**
  - Steve working with multiple teams within AT&T (Device, Network, Product Realization) to demonstrate Samsung FOTA Capabilities.
  - AT&T is leaning towards a WiFi only Client Side FOTA Solution.
  - AT&T has its own server (XDM by Mformation), about 50 devices are handled by AT&T with their future plan & strategy. They don't want to let one OEM go with their own solution. Also, AT&T has a lot of FOTA process during TA cycle.
  - **Next Steps:**
    - AT&T will use its own Solution.
- **Samsung Internal**
  - AT&T FOTA Requirements sent to HQ FOTA R&D Team – they are reviewing the requirements for Conformance.

Confidential Business Information,
Subject to Protective Order

S-ITC-003353489

# DETAILED STATUS - VERIZON



- **Status at Verizon**
  - Had a call with Verizon June 6, 2001 to discuss Samsung FOTA.
  - Minutes of the Meeting
    - VzW agreed to the call to understand Samsung's capabilities
    - VZWs intention is to use VZW solution going forward, but have had to use Google's solution as a back up.
    - For all 4G devices, VzW's intention was to use their own solution, but since their solution was not ready, they fell back to Google's.
    - Currently they are very happy using Google Solution across OEMs.  This solution meets most of their requirement, <span style="color:red">so currently VZW has no intention/interest of using Samsung FOTA solution.</span>
    - Using another FOTA  solution will require package management, field training /communication, maintenance inside VZW, which VZW doesn't want to do.
    - Server location will be an issue from VzWs business practice perspective.
  - **Next Steps – None.**
- **Samsung Internal**
  - Verizon FOTA Requirements sent to HQ FOTA R&D Team – they are reviewing the requirements for Conformance – could use this for FOTA Feature Roadmapping.

Confidential & Proprietary

203



Confidential Business Information,
Subject to Protective Order

S-ITC-003353490

# DETAILED STATUS - TMO



- **Status at TMO**
    - FOTA on P4 Arnold
        - TMO accepted to use our FOTA Solution on P4
        - **TMO has requested that we don't have a Samsung Userid/Password – R&D working on implementation.**
        - R&D Working on updated wire frames without Samsung Sign on to be delivered to TMO.
        - Testing and Certification will be done on Samsung Servers only.
    - FOTA on Ancora & Hercules
        - TMO decided to move forward WITHOUT Samsung FOTA due to schedules/delays.
    - **Next Steps**
        - Provide TMO with the updated UI/UX Wire Frames without Samsung Sign On and get them approved.
- **Samsung Internal**
    - PM teams need to work together with R&D to get this implemented on the P4

Confidential & Proprietary

204

**SAMSUNG**

Confidential Business Information,
Subject to Protective Order

S-ITC-003353491

# DETAILED STATUS - SPRINT



- **Sprint**
    - Sprint to use GOTA for Gaudi, used Sprint P4 as a beta test to evaluate Samsung solution. Sprint determined the risk was too high for Gaudi implementation.
    - For Epic II Sprint wants to re-evaluate Samsung FOTA
    - **Next Steps:**
        - Dan and PM Teams to work with Sprint Epic II device team to initiate FOTA solution. August 1st review date.

- **Samsung Internal**
    - Sprint FOTA Requirements sent to HQ FOTA R&D Team – they are reviewing the requirements for Conformance.

Confidential Business Information,
Subject to Protective Order                                    S-ITC-003353492

# SAMSUNG FOTA – CLIENT ISSUES

- **Samsung Single Sign-On (before notification is enabled)**
  - Consumers will NOT get notification of updates – priority 1 issue.
  - Consumers cannot update without a Samsung Account – secondary issue.

- **FOTA User Experience**
  - HQ UI/UX will need to review carrier feedback and adopt user flow recommendations.

- **Priority/Type of Update (Low/Medium/High)**
  - Currently all updates are high priority.
  - Updates need to be tagged as low/medium/high priority based on which the client side updates need to be processed. (operator requirements)

- **Connection used for the Update.**
  - Operators in the US want to specify the connection mechanisms that need to be used for the FOTA downloads (wifi/3g/4g etc.,) – current implementation puts it on the user.

- **Storing MDN on the Server**
  - Currently since we don't store the MDN on the server – we have no way to do target updates based on area codes. **This needs to be fixed.** Client should be able to get the MDN and ship it to the server on registration.

- **TWO DM Clients on Device**
  - The FOTA and Samsung FindMyPhone services use the same DM Clients.
  - If Operators do not use the Samsung FOTA, then current FindMyPhone also cannot work which is not right.



Confidential Business Information,
Subject to Protective Order                                    S-ITC-003353493

# SAMSUNG FOTA – SERVER ISSUES

- **Operator Administration and Reporting**

  - Need Web Interface - for Operators to control the FOTA PUSH. – Not Mandatory for TMO Now - but operators will ask for an interface.

  - Need Web Interface for Reporting/Analytics on FOTA Adoption
    - Currently working on a manual process to operators on reporting/analytics data. We are just now starting fresh on this with TMO.

- **FOTA IP PUSH Process**

  - Need an automated query and PUSH process to a set of devices – currently manual (excel spreadsheets)
    - This administration process needs automation tools.
      - E.g., PUSH updates to 1 Million Devices in 30 min increments = 25000 devices per PUSH starting at 2 AM on a certain day.
    - PUSHes should be scheduled according to IMEI or area codes

  - PUSH should also support severity levels.

SAMSUNG

Confidential Business Information,
Subject to Protective Order

# ENTERPRISE
# APPENDIX





Confidential Business Information,
Subject to Protective Order

S-ITC-003353495

# B2B TESTING LAB – LAUNCH SEPT '11

- **Overall plan**
  - Multiple AWS hosted servers
  - EAS + BPOS on all servers
  - Various vendors' MDM and VPN per server
  - Will add other partner software as needed
  - Allows for
    - Testing of B2B features
    - On demand demos for B2B customers
    - Possibility to offer trial support

- **Progress**
  - SOW crafted
  - Vendor selected

- **Next steps**
  - Finish security review
  - Approve PUMI
  - Start work

- **Issues**
  - STA security review took over three weeks
  - **Still waiting** on NAHQ Security sign-off



Confidential Business Information,
Subject to Protective Order

S-ITC-003353496

Operations

# PRODUCT

# QUALITY STATUS





Confidential Business Information,
Subject to Protective Order

S-ITC-003353497

# SAMSUNG QUALITY STATUS – VENDOR SCORECARD BASED

❑ Quality has improved for AT&T but for other 3 have remained flat and have models with concerns



❑ In '11.06, quality ranking improved to 4th from 10th ('10.T3)
❑ Overall quality improved; however, due to issue models i897/a667/a817, it is at a stagnant point



❑ In '11.1Q, VZW ranked Samsung #2 in quality
❑ Return rate increase due to i500 quality issues; however MR released on 7/28 is expected to have positive impact
 - i510 has an alarming return rate at current stage



❑ Post deployment ranking improved to 5th('11.1Q) from 7th ('10.4Q)
❑ Overall exchange rate is trending upward due to issues on higher exchange rate on smart models (m920)
❑ In June : Smart 2.99%, Normal 1.02%



❑ TMO product quality ranked 2nd in '11.2Q
❑ Overall quality is trending upward due to issues on higher exchange rates on smart models (t839)

Confidential & Proprietary

211 SAMSUNG

Confidential Business Information,
Subject to Protective Order

# QUALITY IMPACTING PRODUCTS

## AT&T Issue Model

| Model | LTD Quality Penalty($) | Issue | Action |
|-------|------------------------|-------|--------|
| I897 | $2.7M | PMIC issue causing intermittent power off | Corrected since 2010.12 (improved 51%) |
| A667 | $72.2K | Lock-up/Power off issue due to inability to handle certain network value (PLMN) | MR scheduled to LE on 8/8 |
| A817 | $62.6K | | |

☐ i897 return rate stabilized to 1.23% from peak 1.34%(March). **$340K further cost estimated until Oct 2011**
☐ A667/A817 over penalty threshold starting June. Expected to stay over until AT&T fix network or MR deployed
☐ i997 high RIF(Radio Interfered Failure: Call drop measurement) is concern for AT&T. MR fix scheduled LE on 8/8

## VZW Issue Model

| Model | LTD Quality Penalty($) | Issue | Action |
|-------|------------------------|-------|--------|
| I500 | $15.0M | Missed call/battery life/sms issue | Fix implemented in 7th MR (7/28~) |

☐ No further kit-break penalty is expected after the MR. New TCO and predictive DOS program to prevent further stock out issues. Return quantity decreased by 200 daily after the MR (6K a month)

☐ i510 is WK 11 into the product lifecycle and it shows higher return rate than the i500 (9.3% vs. 8.5%)

| Elapsed Week | W5 | W6 | W7 | W8 | W9 | W10 | W11 |
|--------------|-----|-----|-----|-----|-----|------|------|
| i510(Droid Charge) | 4.8% | 5.6% | 6.2% | 6.6% | 7.5% | 8.7% | 9.3% |
| i500(Fascinate) | 4.5% | 5.6% | 6.5% | 7.3% | 7.9% | 8.4% | 8.5% |

o Verizon target is 1% per elapsed month. I510(Droid Charge) 9% at month 3. **3x higher than target**



Confidential Business Information,
Subject to Protective Order

S-ITC-003353499

# QUALITY IMPACTING PRODUCTS

## Sprint Issue Model

| Model | LTD Quality Penalty($) | Issue | Action |
|---|---|---|---|
| M920 | n/a | O/S Performance | Froyo MR(3/24) maximized performance However, exchange is on the rise for SW issues |

| Month | '10.11 | '10.12 | '11.01 | '11.02 | '11.03 | '11.04 | '11.05 | '11.06 |
|---|---|---|---|---|---|---|---|---|
| M920 (Transform) | 0.76% | 1.32% | 2.17% | 2.24% | 2.54% | 2.22% | 2.40% | 2.68% |

o Sprint's return rate goal for smart product is 2.5%. Over the target in June

## T-Mobile Issue Model

| Model | LTD Quality Penalty($) | Issue | Action |
|---|---|---|---|
| T839 | n/a | SW issue | MR released 7/21. However, freezing crashing return reason has increased further since then. Working with HQ to identify root cause |

| Type | W26 | W27 | W28 | W29 | W30 | After FOTA |
|---|---|---|---|---|---|---|
| Return Rate | 1.40% | 1.46% | 1.54% | 1.50% (FOTA STARTED) | 1.83% | 22% Increase |

Confidential Business Information, Subject to Protective Order    S-ITC-003353500

# APPENDIX

# CARRIER ISSUE – AT&T / VZW

Confidential & Proprietary

214  SAMSUNG

Confidential Business Information,
Subject to Protective Order

# APPENDIX - CARRIER ISSUE – AT&T

| DEVICES | Model | RETURN RATES | RIF RATE | | CRITICAL |
|---------|-------|--------------|----------|---|----------|
| | | >30 | 3G | 2G | ISSUES |
| SGH-i997 | Infuse | 0.10% | **1.65%** | 2.20% | Drop Call issues caused by STE Chipset |
| SGH-I897 | Captivate | 1.23% | 0.97% | **3.99%** | Drop Call issues and PMIC failures |
| SGH-A667 | Evergreen | **1.02%** | 1.05% | 1.67% | PLMN Tag Setting incorrect |
| SGH-A817 | Solstice II | **0.82%** | 1.01% | 1.50% | PLMN Tag Setting incorrect |

## Drop Call Issue

[ i997 – Infuse 4G ]

- Root Cause

  STE Chipset unreliable for handover situation
  on certain AT&T network

- Status

  New patch to LE on August 8th 2011

[ i897 – Captivate ]

- Status

  Under review by HQ

## Lock-up/Freezing Issue

[ a817/a667 – Solstice II/Evergreen ]

- Root Cause

  NXP chipset not properly interpreting valid
  PLMN tag value above 254

- Status

  New patch to LE on August 8th 2011

SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-003353502

# APPENDIX - AT&T QUALITY STATUS -LOT ERROR RATE

**Metric**: Lot Error Rate
**Definition**: % of new phone deliveries to AT&T found with any type of receiving issue (i.e. damage, file information, product quality, BOM mismatch, etc.
**Status**: Overall trend better needs further improvement (goal of <2%)





**Samsung Actions**: Task force team created in June meeting weekly with daily activity to address issues. Daily communicating with HQ as well.

Confidential & Proprietary

216 

Confidential Business Information,
Subject to Protective Order

S-ITC-003353503

# APPENDIX- AT&T QUALITY STATUS - LOT ERROR RATE STATUS

**Lot Error Issue Detail**:  Local related issues greatly improved with more work ongoing.  Factory quality is the key area now that needs improvement.

| AT&T Discrepancy Issues | Jan | Feb | Mar | April | May | June |
|---|---|---|---|---|---|---|
| Factory Quality (Korea/China) | 4 | 8 | 6 | 8 | 12 | 14* |
| STA Packing Center | 5 | 10 | 9 | 5 | 4 | 4* |
| PCN Support | 10 | 10 | 3 | 4 | 1 | 0 |
| Special Projects | 0 | 0 | 0 | 0 | 3 | 1 |
| Logistics/Delivery | 3 | 1 | 0 | 1 | 0 | 0 |
| Order Management | 0 | 0 | 1 | 0 | 0 | 0 |
| Total Discrepancies Issued | 22 | 29 | 19 | 18 | 20 | 18 |
| Total Lots Delivered | 113 | 154 | 142 | 137 | 190 | 224 |
| Lot Error Rate | 19.47% | 18.83% | 13.38% | 13.14% | 10.53% | 8.04% |
| Goal | <2% | <2% | <2% | <2% | <2% | <2% |

\* One lot error in June had two types of issues but counted as one for metric purposes.

Confidential & Proprietary

217   **SAMSUNG**

Confidential Business Information,
Subject to Protective Order

# APPENDIX - AT&T LOT ERROR IMPROVEMENT PLANS

## Key Factory Improvement Plans

| Issue | Improvement Plan |
|---|---|
| Camera fails | Camera structure design weaknesses – analyzing at product qualification for excluding in future model designs |
| S/W | -HQ working w/ R&D to improve SW testing before launch<br>-Improved insp process for Smart phone O/S upgrades<br>-New ORT for progressive S/W defects |
| Cosmetics | -Improved handling methods (i.e. trays)<br>-Dedicated cosmetics inspectors with job aids for key inspection points |
| Non-Duplicated | -Dedicated HQ engineers at STA/ATCLE for improved root cause analysis |
| Analysis Delays | -Changing ATCLE failure delivery process to remove4-5 days from the cycle (direct ship to Klein) |

### Factory Quality Issues Detail (1H '11)

| Error Type | Qty. | Portion |
|---|---|---|
| Camera | 4 | 12.9% |
| S/W | 4 | 12.9% |
| Lock up | 2 | 6.5% |
| Can't read Sim card | 2 | 6.5% |
| Non-duplicated | 11 | 34.4% |
| Other | 8 | 22.6% |
| Total | 32 | 100% |

※ O/S, Known Issues : 5/32 Lots, 15.6%



Data : January. 2011 ~ June. 2011

Confidential & Proprietary

218 

Confidential Business Information,
Subject to Protective Order

# APPENDIX – VERIZON I500(FASCINATE) QUALITY STATUS



**I500(Fascinate) Weekly Return Trend**

|  | 1st~3rd MR (Eclair) | 4th MR (Froyo 3.0) | 5th MR (Froyo 3.5) | 6th MR (Froyo 3.75) | 7th MR (Froyo 3.85) |
|---|---|---|---|---|---|
| Period | Launch~4/21 | 4/22~ | 5/12~ | 6/10~ | 7/28~ |
| POS Return | 121,200 | 18,278 | 32,895 | 95,843 | 7,140 |
| (Daily Return) | 539 | 914 | 1,096 | 1,997 | 1,785 |

**[ Field status after 7ᵗʰ MR ]**
- Daily Return reduced approximately 200 units per day (6K a month)
- Call volume reduced 5% (per Verizon)
- No missed call related issue reported yet (Aug 3ʳᵈ 2011)

❑ No further kit-break penalty is expected after the MR.
   New TCO and predictive DOS program to prevent further stock out issues proactively

Confidential & Proprietary

219 

Confidential Business Information,
Subject to Protective Order

# APPENDIX - VERIZON I510(DROID CHARGE) QUALITY STATUS

**[ i510 v. i500 total return rate trend by elapsed week ]**

| Elapsed Week | W5 | W6 | W7 | W8 | W9 | W10 | W11 |
|---|---|---|---|---|---|---|---|
| i510(Droid Charge) | 4.8% | 5.6% | 6.2% | 6.6% | 7.5% | 8.7% | 9.3% |
| i500(Fascinate) | 4.5% | 5.6% | 6.5% | 7.3% | 7.9% | 8.4% | 8.5% |

o Verizon target is 1% per elapsed month. I510(Droid Charge) 9% at month 3. **3x higher than target**

### I510 POS return reason v. Improvements

| No | POS Return Reason | % | Improvements | Status |
|---|---|---|---|---|
| 1 | Connection Issue | 7% | MR1 ED2 fix for LTE signal issue (May 6th) | Closed |
| 2 | Audio Failure | 6% | Speaker coil jig improved (April 15th) | Closed |
| 3 | Power Failure | 6% | 1. MR2 EE4 to improve battery life (June 8th) | Closed |
| | | | 2. Plan for secure boot implementation on G/B update (LE 7/27) | Open |
| 4 | Display Failure | 3% | OCTA assembly process improved (July -) | Closed |
| 5 | OS Performance | 3% | MR2 EE4 to improve force close & heavy flash sites (6/8) | Closed |

o Remorse return : More than 50% of POS return
   ✓ Product Planning team is working on remorse return reduction to drive improvement
o Warranty return: Monitor corrective action's effectiveness. DOS being monitored collaboratively with Verizon proactively to pre-detect kit-break
o Joint NTF Workshop set for 8/23 to investigate into Remorse Returns jointly with Verizon

Confidential & Proprietary

220   

Confidential Business Information,
Subject to Protective Order