# EXHIBIT 9

**TO THE DECLARATION OF
SARAH SIMMONS IN SUPPORT
OF APPLE'S MOTION TO COMPEL
RESPONSES TO INTERROGATORIES
(D.I. 95 (96-10))**

sd:a | confidential



# Galaxy S – Expert Analysis and User Research Draft Report

Prepared for Samsung Design America



August 2010

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00249929



**X**

# Table of Contents
Expert Analysis and User Research Report

| | |
|---|---|
| 1. Introduction | 3 |
| 2. Executive Summary of Usability Findings and Expert Opinions | 4 |
| 3. Comparison to Other Mobile Devices | 10 |
| 4. UX Wish List | 14 |
| 5. Methodology | 19 |
| 6. Participant Profiles | 21 |
| 7. Overall Phone Summary and Average Ratings | 24 |
| 8. Features | 26 |

| | | | | | |
|---|---|---|---|---|---|
| 8.1. Lock Screen | 27 | 8.6. Contacts | 49 | 8.11. Sync Experience | 70 |
| 8.2. Quick Panel & Status Bar | 31 | 8.7. Messaging | 54 | 8.12. Swype | 73 |
| 8.3. Home Screens | 36 | 8.8. Text Input | 57 | | |
| 8.4. Widgets | 40 | 8.9. Applications | 61 | | |
| 8.5. Dialer | 45 | 8.10. Task Manager | 65 | | |

| | |
|---|---|
| 9. Appendix – Usability Test Data | 77 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    SAMNDCA00249930



# Introduction
## Expert Analysis and User Research Report

TheUEgroup was hired by Samsung Design America to conduct research on the Galaxy S user interface to gain expert-level insights about its strengths and weaknesses in the US market from an end-user perspective.

To accomplish this, theUEgroup conducted Expert Analysis and Usability Testing of Galaxy S phones from major US carriers AT&T, T-Mobile, Sprint, and Verizon.

This report contains the findings of both the Expert Analysis and User Research.

Findings from each research method are differentiated by the following icons:   Expert = 👤

Users = 👥

All numerical ratings have a maximum score of 7.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          SAMNDCA00249931

# 2. Executive Summary

Prepared for Samsung Design America



August 2010

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00249932

**2**

# Executive Summary of Usability Findings and Expert Opinions
Expert Analysis and User Research Report

## + Positives



Carrier

 



Discoverability



Navigating Home screens



Quick Panel Content



Customizable Home Screens



Ergonomics



Swype



Size and shape

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    SAMNDCA00249933

**2**

# Executive Summary of Usability Findings and Expert Opinions
Expert Analysis and User Research Report

## Opportunities



Carrier





Discoverability



Initial direction on how
to accomplish task



Quick Panel Access



Add/Edit Home
Screens



Visual



More appropriate icons



Cohesive and refined look

sda | confidential

6

theUEgroup

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00249934

**2**

# Executive Summary of Usability Findings and Expert Opinions

Expert Analysis and User Research Report

## Usability Findings

- ◻ Phone Preferences
    - • Participants preferred the AT&T phone to the T-Mobile phone.
    - • Participants preferred the Verizon phone to the Sprint phone.
- ◻ Tasks
    - • The tasks that were easiest for participants to perform were:
        - • Accessing and adding "Contacts"
        - • Accessing applications
        - • Accessing home screens
        - • Dialing a phone number traditionally
    - • The tasks that were the most difficult for participants to perform were:
        - • Discovering the Quick Panel
        - • Discovering how to add a widget or shortcut to the home screen
        - • Moving a widget or shortcut from one home screen to another
        - • Determining where running or recent apps were listed
    - • Some tasks were difficult to discover and complete during the first phone interaction. If the user did not discover how to complete the aforementioned difficult tasks on the first phone, he did not discover how to complete the on the second phone.
        - • However, if a user discovered how to complete a task on the first phone, that same task was considered easy during the interaction with the second phone.



theUEgroup

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00249935

**2**

# Executive Summary of Usability Findings and Expert Opinions

Expert Analysis and User Research Report

### Usability Findings

- ☐ Tasks
  - The tasks that were difficult to discover and complete with the first phone, but were considered easy during the participants interaction with the second phone were:
    - Accessing the Quick Panel.
    - Adding a widget or shortcut.
    - Determining where recent apps were listed.
- ☐ Swype
  - Participants never naturally discovered the ability to swype.
    - However, once it was demonstrated, all users were eager to try it.
  - Some felt it was a fun way of interacting with the keyboard, and could imaging it working as an alternative to traditional texting.
    - However, most felt that the learning curve for success was too great, making them likely to try it, but unlikely to adopt the technique.
- ☐ Brand Preference
  - The Pre-Test survey indicated that participants have a higher brand preference, likelihood of purchase and attitude toward Apple and HTC phones, with an indifference to Samsung and Palm brands.
    - However, after interacting with the Samsung phones, during the Post-Test survey, the ratings rose significantly past HTC preference and only slightly lower than Apple preferences.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              SAMNDCA00249936

**2**

# Executive Summary of Usability Findings and Expert Opinions
Expert Analysis and User Research Report

## Expert Opinions



- ☐ Researchers prefer the AT&T version of the phone to the other 3 options presented.
    - • Weight, size and shape are comfortable and it feels high in quality.
    - • Most of the design choices are preferable to the other versions:
        - • Keyboard letters are farther apart and easier to type on.
        - • Home screen page markers are simpler without numbered labels.
        - • Default background coloring is pleasing.
- ☐ Initial Experience
    - • Lacks tutorial or introduction, causing the user to miss out on features.
- ☐ Visual Design
    - • Lack of consistent visual language creates an unsophisticated and disjointed look that does not match the US tastes found in Palm Pre, Apple iPhone and the latest Blackberries.
- ☐ Interaction
    - • Many of the most important and areas most intended for use are hidden.
        - • Quick panel is almost undiscoverable.
        - • Menu buttons are dark and lack iconic meaning.
        - • Navigating through Application settings is laborious.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249937

**2**

# Executive Summary of Usability Findings and Expert Opinions
Expert Analysis and User Research Report

## Expert Opinions

- User opinion of Samsung increased after usage of phone: partially due to first time exposure to present-generation Android phone and partially due to first time exposure to Samsung smartphone
- Widgets & Applications
    - There is no clear distinction between widgets and applications.
    - Neither offer intuitive ways to search for new content to add.
    - The phone comes "pre-loaded" with so many widgets and apps that the user is overwhelmed with the "garbage" to sift through.
    - Once content is added, widgets and applications do not offer an easy or intuitive way for rearranging/resizing on a screen.
- Overall UI
    - The present Galaxy UI is a missed opportunity for Samsung to differentiate itself significantly from other Android "also rans" in terms of usability and UX innovation.
    - The interface requires a lot of going "back" which creates a chaotic feel.
    - The icons on the bottom buttons are confusing and often not understood.
    - Determining one's place in the midst of multitasking is nearly impossible. The interface lacks an intuitive location for dealing with multiple open apps.
    - The overall UI does not feel cohesive because of inconsistency issues.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      SAMNDCA00249938

**2**

# Executive Summary of Usability Findings and Expert Opinions
Expert Analysis and User Research Report

## Recommendations

▢ Several high level recommendations based on user feedback and expert assessment:

- A clear tutorial that is accessible at the beginning of set up, but able to be revisited.
- Tips that show the user how to access otherwise undiscoverable areas (for instance, the Quick Panel, Recent and Running Apps, etc.)
- Quick Panel includes a way to search for running apps and quit them.
- A cleaner presentation at setup – fewer default apps and widgets give the user a sense of creating a personalized experience, rather than editing what was chosen for him.
- Opportunities for users to make shortcuts to most common tasks (such as send email, send IM, voice dial, etc.)
- Include a PDF reader as a standard loaded application so users will be able to access emails with attachments without hassle.
- If Swype is a selling point on the phones, include a clearer tutorial for how to be successful using it.
- Samsung should pursue true differentiation in the UX by addressing "holes" in Android, innovative feature design and usability improvements, as well as providing a consistent Samsung approach to the interaction.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249939

# 3. Comparison to Other Mobile Devices

Prepared for Samsung Design America



August 2010

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**2.1**

# Comparison to Other Android Phones
Expert Analysis and User Research Report

Expert = 
Users = 



 Feature wise, the Samsung Galaxy phones offer most of the features of competitor Android phones.
- Multi-tasking
- Adding widgets and applications
- Voice dial and commands
- Swype
- Smartphone basics: camera, phone, calendars, email, PDF viewing
- Gmail integration

However, the areas that give other Android phones an advantage over the Samsung Galaxy are related to icon design and button placement.
- The Aria and Evo both show meaningful, distinguishable icons and clearer buttons. (See figures on right)



 In general, Android-using participants did not rate their experience on the Samsung Galaxy as much more preferable to their current Android phones.
- This suggests that there were no compelling features that made users feel that the Galaxy phone was an improvement over what they had.
- While the interface was familiar, most HTC users preferred the experience on their current phone, citing an example of the innovative lock screen that requires users to complete a fun, personal design.
  - While this is a customize-able option on the Galaxy phone, this indicates that users like a more innovative approach from the beginning.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              SAMNDCA00249941



**2.2**

# Comparison to Blackberry Phones
Expert Analysis and User Research Report

Expert = 
Users =



 Because not all Blackberry users had a touch screen, their experience on the Galaxy phone was different than what they were used to.
- □ Those who prefer using a slide out keyboard often had a hard time using the touch screen keyboard.
- □ Users who thought they preferred a slide out keyboard did not prefer the Sprint version of the Galaxy.
- □ Due to having older Blackberry versions, users were more likely to be impressed by the features found on the Samsung Galaxy phones.

It was a toss up as to whether Blackberry users preferred the features on the Galaxy phones.
- □ Because Blackberries offer a different way of interacting, users like what is familiar, yet are appreciative of new, more innovative ways of doing things.
- □ Blackberry users specifically preferred the ability to see recent/running apps on their phones vs. the Galaxy phones.



 Newer versions of the Blackberry phones provide users with a compelling experience, but one that is distinctly different from the "Android way."
- □ No Gmail integration
- □ Aggregated social networking
- □ Growing application library
- □ A more guided set up and personalized approach

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249942



**2.3**

# Comparison to Apple iPhones
Expert Analysis and User Research Report

Expert = 
Users =



The industry standard for smartphones, ratings showed that users clearly preferred their iPhones to the Galaxy options.

- □ The only exception was when it came to adding widgets—a feature not currently available on iPhones.
  - However, this feature is not compelling enough to cause iPhone users to desire a Galaxy phone.

Android, and even newer versions of Blackberries, are closing the gap between the design and function of iPhones and "others." However, the iPhone still proves to have the winning combination of visual style and form mixed with an intuitive UI.

- □ Limited physical buttons.
- □ Screen specific menu functions appear at the bottom of the screen and are easy to access.
- □ Icons are meaningful.
- □ Design is modern, sophisticated and appealing.
- □ Navigation throughout the UI is consistent and intuitive.
- □ Multi-tasking is easy and intuitive.
- □ Applications can be organized into folders—adding a level of personalization and organization.
- □ Brand consciousness will continue to keep users faithful.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249943



# 4. UX Wish List

Prepared for Samsung Design America



August 2010

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**4** **UX Wish List**
Expert Analysis and User Research Report

Expert = 

### Overview

In order for the Galaxy phone to compete and stay competitive with other industry leading smartphones, several UX issues should be addressed in future iterations of the phone.
The UI of the phone does not offer an innovative approach to an Android phone that would differentiate it from others on the market.
With a growing number of smartphones available, and with the Pre-Test questionnaire indicating that users don't consider Samsung as a smartphone brand to purchase, work must be done to create a compelling experience.
This section of the report will outline what areas could be improved to give potential users a differentiated experience from other smartphones.

## UX Wish List

Areas that can be improved:

☐ Start Up Experience

☐ Default Settings

☐ Feature Discovery

☐ Visual Design of UI

☐ Navigation of UI

☐ Emphasis on Personalization

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249945



**4**

# UX Wish List
Expert Analysis and User Research Report

**Start Up Experience**
- None of the phones offer a true setup experience where the user is walked through setting up and an orientation of features.
- Excitement and expectation for a new phones should be met with an engaging orientation.
  - This orientation should be able to be accessed after the initial viewing.

**Default Settings**
- Upon starting up the phone for the first time, a user is met with a large amount of preloaded applications.
  - The clutter from these causes a sense of chaos to the user.
  - A less experienced user may be confused as to what can be removed and what needs to stay.
    - Pre-load the phone with only the essentials but make it easy for the user to access new apps.
      - Essentials include basic functions of the phone (view pdf, send email, contacts, calendar, etc.).

**Feature Discovery**
- A phone that emphasizes personalization must offer clear tips on how to customize the phone.
  - "Press here to add content" is a good example of teaching the user what to do.
  - Methods for organizing content should be suggested.
- A phone with many features must offer tips on how to discover and use them.
  - The phone explaining to swipe to the right to call and left to message is a good example of teaching the user what to do.
  - The Quick Panel being hidden, with no tips on accessing is a bad example.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                        SAMNDCA00249946



# **4** UX Wish List

Expert Analysis and User Research Report

## Visual Design of UI

- ☐ A consistent visual language should be explored and implemented.
  - The email treatment should match the contact treatment.
  - Icon shapes and sizes should match.
  - Samsung widgets should match the look and feel of the phone UI.
  - A consistent visual language will increase the flow of UI navigation.
- ☐ The colors and icons used in the visual design should reflect a sophistication found in the Palm Pre, Apple iPhone and the Blackberry Torch.
  - Color is used as a complement to a consistent modern color scheme.
  - Icons are meaningful and appealing.
- ☐ Physical buttons should be easy to read and have meaningful icons.
  - Buttons should be consistently backlit, making it easy for users to see what options are available.
  - Command Menu icon should be more descriptive for what it does.
  - Home button appears to be an "arrow" – should be positioned in the center and have a clearer icon.

## Navigation of UI

- ☐ "Hidden" functions (such as the Quick Panel and the Command Menu) make navigating around the phone complex and frustrating.
  - For this reason, the Quick Panel should be more discoverable, and allow users access to more tasking functions from this area.
  - The Command Menu button should have a more meaningful icon, and the interface should allow users multiple ways to access settings/commands from any given screen.
- ☐ Limited sense of place disorients users.
  - Because using the "back" button is the only way to get out of menus or screens, the user feels that he is "going backwards" for a majority of the experience.
    - Giving options to cancel out of menus rather than "go back" would make the user feel more in control.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                         SAMNDCA00249947



**4** | **UX Wish List**
Expert Analysis and User Research Report

#### Navigation of UI

- ☐ Clunky home screens don't behave as expected.
  - • Besides creating a clearer way to add content to home screens, the content must be able to be moved easily between screens.
    - • Adding content should get places on next available screen.
    - • Moving content should be easier, with fewer errors.
- ☐ Nomenclature and/or icons are incorrect for a US market.
  - • The T-Mobile phone has several instances where wording or icons are felt to be incorrect for a US market.
    - • Should be "Phone" rather than "Dialer".
    - • "Messaging" icon should be a chat bubble rather than an envelope.
    - • "Sweep to unlock" should be "Swipe to unlock" with an arrow.

#### Emphasis on Personalization

- ☐ A smart phone that houses a user's "life" – both business and pleasure, should feel completely customizable.
  - • A clear path to adding and deleting content.
  - • Many choices for content.
  - • Ability to move content around freely and resize.
  - • Quick creation of shortcuts that allow for easy access to common commands without starting an app (i.e. sent text, voice dial, etc.).



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                         SAMNDCA00249948

# 5. Methodology

Prepared for Samsung Design America



August 2010

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00249949

# 5 Methodology
## Expert Analysis and User Research Report

## User Research

15 participants were recruited from theUEgroup's database.

- 8 females, 7 males
- Age 26 – 35
- Current smartphone users
- Variety of phone brands and models
- All indicated they were tech savvy and used apps regularly

- In each session, participants performed 8 tasks on 2 phones.
- For each task, participants gave a number of ratings on a scale from 1 to 7.
- Of the 15 sessions:
  - First 12 used counterbalanced AT&T and T-Mobile
  - Last 3 used counterbalanced Sprint and Verizon
- Testing took place August 16 – 18, 2010 in theUEgroup's usability lab
- Each test lasted for approximately 1 hour and participants were compensated $75 for their time.

## Expert Analysis

- 2 Researchers actively explored the AT&T and T-Mobile phones, evaluating the entire User Experience.
- The Sprint and Verizon phones were also evaluated to allow for comparison of all 4 phones. However, they were used less extensively.

- Particular attention was paid to the following features:
  - Lock Screen
  - Quick Panel, Status Bar
  - Home Screens
  - Widgets
  - Dialer
  - Contacts
  - Messaging
  - Text Input
  - Applications
  - Task Manager
  - Sync Experience
  - Swype

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249950

# 6. Participant Profiles

Prepared for Samsung Design America



August 2010

SAMNDCA00249951



## Participant Profiles
### Expert Analysis and User Research Report

| Participant Number | Name | M/F | Income | Education | Smartphone Brand & Model |
|---|---|---|---|---|---|
| 1AT | Janine | | $50,000 to less than $100,000 | College Graduate | BlackBerry Curve |
| 2TA | Shauna | | $100,000 to $150,000 | Advanced Degree | MOTOROLA Droid |
| 3AT | Beth | | More than $150,000 | College Graduate | HTC Incredible |
| 4TA | Nick | | $50,000 to less than $100,000 | College Graduate | iPhone 3GS |
| 5AT | Julia | | $50,000 to less than $100,000 | Some College | HTC Aria |
| 6TA | April | | $100,000 to $150,000 | Some College | iPhone 3G |
| 7AT | Janet | | $100,000 to $150,000 | College Graduate | BlackBerry Curve 8900 |
| 8TA | Andrea | | $100,000 to $150,000 | Advanced Degree | HTC myTouch |

A = AT&T   T = T-Mobile   S = Sprint   V = Verizon      Female   Male

the UE group

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249952



# 6 Participant Profiles

Expert Analysis and User Research Report

| Participant Number | Name | M/F | Income | Education | Smartphone Brand & Model |
|---|---|---|---|---|---|
| 9AT | Larisa | 🔴 | $50,000 to less than $100,000 | Advanced Degree | BlackBerry Curve 8310 |
| 10TA | John | 🔵 | $50,000 to less than $100,000 | Some College | BlackBerry |
| 11AT | Michael | 🔵 | More than $150,000 | College Graduate | iPhone |
| 12VS | Christopher | 🔵 | $50,000 to less than $100,000 | Some College | iPhone 4 |
| 13TA | Jack | 🔵 | $100,000 to $150,000 | College Graduate | hTC Touch Pro 2 |
| 14SV | Pooya | 🔵 | $100,000 to $150,000 | College Graduate | iPhone 4 |
| 15SV | Vishal | 🔵 | $50,000 to less than $100,000 | Advanced Degree | iPhone |

A = AT&T   T = T-Mobile   S = Sprint   V = Verizon     Female   Male

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              SAMNDCA00249953

# 7. Overall Phone Summary and Average Ratings

Prepared for Samsung Design America



August 2010

SAMNDCA00249954



**7**

# Overall Phone Summary and Average Ratings
Expert Analysis and User Research Report

Average Rating: **5.5**

Overall Rating: **5.6**

Overall Rating: **5.6**

Overall Rating: **5.3**

Overall Rating: **5.4**











## Overall Phone Summary

The Samsung Galaxy S Phone comes in 4 flavors, one for AT&T, T-Mobile, Verizon, And Sprint.

Overall, the phone was rated a 5.5/7 by all users, across all tasks, with ratings averaged for all 4 phones.

The AT&T and T-Mobile phones, which were used most extensively by both users and researchers, scored the same at 5.6/7.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249955

# 8. Features

Prepared for Samsung Design America



August 2010

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00249956



**8.1.1**

# Lock Screen – General Overview
Expert Analysis and User Research Report

Average Rating: **5.4**



The Lock Screen is customizable, allowing users to set up lock passwords and custom unlock patterns.

For usability testing, we tested the screens that were set up on the phones directly out of the box with no password or pattern. In general, participants liked the lock screens and compared them favorably to the iPhone's lock screen.

For the expert review, we experimented with different lock screen options.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249957



**8.1.2**

# Lock Screen – Positives and Negatives
Expert Analysis and User Research Report

Expert = 



+ Provides text instructions for unlocking phone.
- "Sweep" is not the correct word for US customers who are used to "Swipe to unlock" instructions.



- No text instructions.






## 👍 Positives

- ☐ T-Mobile phone provides simple text instructions, guiding users through the process of unlocking.
- ☐ Verizon phone's unlock puzzle is attractive and fun.
- ☐ Uses a standard swiping/sweeping motion found on many smartphones.
- ☐ Can be customized with a password or lock pattern.

## 🖐 Negatives

- ☐ AT&T Phone does not provide instructions, leaving users to figure out the unlocking mechanism for themselves. In testing, it took users more time to figure out how to unlock this phone than the T-Mobile.
- ☐ Users cannot select which Lock Screen style they want.
- ☐ While T-Mobile provides instructions, the word used ("Sweep") is not right for the US Market.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                SAMNDCA00249958

 **8.1.3**

## Lock Screen – Usability Observations
Expert Analysis and User Research Report

Users = 





Participants enjoyed the puzzle unlock method.

Instructions increased the speed of unlocking the phone.



 **Main Takeaways**

- The swiping/sweeping motion used to unlock the phones was easy for participants. This action is found on many smartphones.
- The instructions present on the screen of the T-Mobile phone allowed users to unlock the phone slightly faster than the AT&T phone.
- Galaxy's Lock Screen fared well against iPhone's lock screen. Users of iPhones rated the lock screen as similar to their current phones.
- Participants rated the puzzle unlock on the Verizon phone as the most enjoyable unlocking experience (6.7/7).
- Participants indicated a desire to customize the Lock Screen with a password, which is of course possible with the Galaxy S.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249959



**8.1.3**

# Lock Screen – Design Review and Recommendations
Expert Analysis and User Research Report

Expert = 

### Design Review

 The Unlocking swipe is basic and standard for all phones.

- ▢ Sprint and Verizon phones offers the best unlocking experiences. Both phones demonstrate a good combination of graphics with descriptive text.
- ▢ Verizon phone's "fit puzzle to unlock" provides a more fun and enjoyable experience.
- ▢ AT&T phone has the least desirable Unlock Screen. It provides the user with no indication on how to proceed to unlock the phone.
- ▢ T-Mobile phone: nomenclature incorrect for a US market. (Ex: "Sweep to unlock" should be "Swipe to unlock")









## Recommendations

- ▢ Combination of appropriate graphics and descriptive text.
- ▢ Text should clearly describe what user should do next to unlock phone.
- ▢ Use of arrows to indicate direction.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                          SAMNDCA00249960



**8.2.1**

# Quick Panel & Status Bar – General Overview
## Expert Analysis and User Research Report

Average Rating:   **5.3**



The Quick Panel allows users to access notifications and network options.

For usability testing, users were asked to connect to a wi-fi network using the Quick Panel. Users tended to have difficulty locating and using the Quick Panel.

For the expert review, our researchers concluded that the Quick Panel is not an intuitive feature.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    SAMNDCA00249961



**8.2.2**

## Quick Panel & Status Bar– Positives and Negatives
Expert Analysis and User Research Report

Expert = 



Helpful to have access to turn features on/off with this top row of buttons.



When Panel is not open, no clear indication that it can be opened.

Not clear these are buttons that can be pressed.

·· T··Mobile·

 **👍 Positives**

☐ Access to turning features on/off is helpful. For all phones except one, icons have a button look and turn green when activated.

 **🚩 Negatives**

☐ The Quick Panel is not an intuitive feature as there is no indication that the panel can be opened.

☐ White text on light grey background is not very legible.

☐ Notifications on the Status Bar are very small and does not allow for a lot of information to be shown

☐ On the T-Mobile phone, there is no real indication that icons can be pressed.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAMNDCA00249962



**8.2.3**

# Quick Panel & Status Bar – Usability Observations
Expert Analysis and User Research Report

Users = 

Participants clicked on the Status Bar and expected something to happen, but they did not interpret the gray bar that appears as something they could pull down.





On their second set of phone tasks, all participants were able to access the Quick Panel by sliding the gray bar.



## Observations

☐ Figuring out how to access the Quick Panel was a problem for most participants. Users did have a tendency to click the Status Bar and expect something to happen, but overall they did not interpret the gray bar that appeared as something that could be pulled down.

☐ Only current Android users were able to easily access the Panel.

☐ Learnability of the Quick Panel was good. 3 Participants were unable to access the Quick Panel without specific instructions from the moderator on the first phone they interacted with (many were able to access it only after a hint). All 15 participants were able to access it on the second try.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      SAMNDCA00249963



**8.2.3**

# Quick Panel & Status Bar – Usability Observations cont.

Expert Analysis and User Research Report

Users = 



Users liked the Quick Panel and the type of options it contains.



However, users wanted to be able to customize the information and options in the Quick Panel.

---

 **Observations**

☐ Some participants still had trouble pulling down the menu even after instructions from the moderator. One participant was convinced it was bad for those with larger fingers.

☐ Once it was discovered, users liked this way of accessing information and the type of information and options that appeared.

☐ Users wanted more features to be accessible from the Quick Panel.

☐ They also wanted to be able to customize the features available in the Quick Panel.

---



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00249964



**8.2.4** **Quick Panel & Status Bar – Design Review and Recommendations**
Expert Analysis and User Research Report

Expert = 

### Design Review

 

The Quick Panel and Status Bars are very similar across all phones, all but the T-Mobile phone having a similar visual treatment.

▫ The Quick Panel is not an intuitive feature as there is no indication that the panel can be opened.

▫ White text on light grey background is not very legible. Blue text on white or white on darker grey is better.

▫ Access to turning features on/off is helpful. For all phones except one, the panel has a button look and the buttons turn green when activated. This is not the case for the T-Mobile phone where there is no real indication that icons can be pressed.

▫ Notifications on the Status Bar are very small and do not allow for a lot of information to be shown.

 

## Recommendations

▫ When notifications appear, could have Quick Panel open up just slightly. This would give the user a hint that the panel can be opened and also provide a bigger area for notifications.

▫ Quick access to turn features on/off should look like buttons.

▫ Green is an appropriate color to indicate something being "on."



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                          SAMNDCA00249965



# 8.3.1 Home Screens – General Overview
## Expert Analysis and User Research Report

Average Rating: **5.8**











Home screens allow users to add shortcuts or widgets of their choice for easy access.

For usability testing, users were asked to add, move, and remove a widget and a contact shortcut. In general, participants had difficulty moving widgets and shortcuts between screens.

For the expert review, we evaluated the Home Screens, noting the subtle but important differences between each phone, such as the use of numbers in the top navigation bar.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                SAMNDCA00249966

**8.3.2**

## Home Screens – Positives and Negatives
Expert Analysis and User Research Report

Expert = 



Helpful instructions.



Not an appropriate icon.

 👍 **Positives**

- ☐ The T-Mobile phone has a helpful number in the top navigation bar.
- ☐ Phones provide helpful instructions when first starting out with phone; "Press and hold this page to add content." However, this seems to go away after interaction (even short or accidental interaction) occurs.
- ☐ It is easy to change wallpaper.

 🏷 **Negatives**

- ☐ Standard app launcher at bottom is not customizable.
- ☐ "Email" icon used for Messaging on T-Mobile phone is misleading.
- ☐ Some of the live wallpapers make the Home Screen very busy with too much graphic and movement happening that can be distracting.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    SAMNDCA00249967



## 8.3.3   Home Screens – Usability Observations
Expert Analysis and User Research Report

Users = 



Users had mixed feelings about numbers being added to these dots.



Users found the Home Screens better overall than the Home Screens on their current phones.

---



### Observations

- ☐ Users found the Home Screens easy to access, rating this a 6.6/7 overall.
- ☐ Home Screen Attractiveness was rated fairly high at 5.5/7, where 4 is average attractiveness.
- ☐ Users had mixed reactions to the numbers added to dots indicating which screen is active. Some users felt it helped their sense of place, others did not see a need to know the number of the active Home Screen.
- ☐ Users rated the Galaxy S's Home Screens as better overall than their current Home Screen (5.6/7, where 4 is "the same as your current phone.")

---


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    SAMNDCA00249968



**8.3.4**

# Home Screens – Design Review and Recommendations
Expert Analysis and User Research Report

Expert = 

## Design Review

 The Home Screens across all phones are similar. The phones come with different wallpapers pre-loaded but the overall experience is the same.

▫ It is easy to change wallpaper.

▫ Some of the live wallpapers make the Home Screen very busy with too much graphic and movement happening that can be distracting.

▫ The T-Mobile phone has a helpful number in the top navigation bar.

▫ Phone provides helpful instructions when first starting out with phone; "Press and hold this page to add content".

▫ Standard app launcher at bottom is not customizable.

▫ "Email" icon used for Messaging on T-Mobile phone is misleading.









## Recommendations

▫ Phone should preferably come with a wallpaper that has a clean look that allows for apps to stand out against the background.

▫ Home Screen that are empty should have instructions to "Press and hold to add content". At least on initial phone activation and reset. This should not disappear with minimal interaction.

▫ Standard app launcher at bottom should be customizable.

▫ Email icon should be reserved for email applications only.

▫ Navigation dots at top should stay visible on screen.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          SAMNDCA00249969

## 8.4.1  Widgets – General Overview
Expert Analysis and User Research Report

Average Rating:  **5.4**



Widgets can be added to the Home Screen. The Galaxy S offers Samsung-specific widgets as well as Android widgets.

For usability testing, we asked users to identify a widget, then add a widget to the Home Screen, and remove it.

For the expert review, we experimented with the different widgets available on the phones.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                SAMNDCA00249970



**8.4.2**

# Widgets – Positives and Negatives
Expert Analysis and User Research Report

Expert = 



Adding and removing a Widget is fairly easy.



Difficult to move widget between screens.

---

 👍 **Positives**

☐ Adding and removing a widget is fairly easy.

 🏷 **Negatives**

☐ Hard to move widgets between screens.

☐ The Samsung widgets don't look cohesive with the rest of the UI.

☐ Not clear why there is a there is a difference made between a Samsung widget vs. Android widget. Now forcing user to extra steps to look through the different widgets.

☐ For some widgets, when added, the data is awkward and unusable. Not clear how it can be resized or customized/set.

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    SAMNDCA00249971



**8.4.3**

## Widgets – Usability Observations
Expert Analysis and User Research Report

Users = 





On Screen instructions helped participants add Widgets to the Home Screens.

"Widget" is not a well understood term, even among tech savvy users.

 **Observations**

- "Widget" is not a well understood term.  Some users knew the meaning of the term or were able to guess, some were not. There was some confusion related to different meanings of the word "widget."

- Some users tried to press and hold widgets to interact with their information or get options to add a new widget.

- Adding a widget was not intuitive for non-Android users, unless "Press and hold this page to add content" instructions were present.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249972