

**8.4.3**

## Widgets – Usability Observations cont.
Expert Analysis and User Research Report

Users = 





Some users tried to drag widgets to these dots to move the widget to the corresponding screen.

On the other hand, removing a widget was very easy.

Moving a widget was difficult for participants.

 **Observations**

☐ Moving a widget was not intuitive for participants. When held down, widgets were not easy to move. Users rated moving a widget 3.5/7 overall across all carriers.

☐ When trying to move a widget and there is no room on the screen, users indicated that they would rather jump to the next available screen rather than have the widget disappear and return to the original screen.

☐ Some users attempted to drag the widget to the dots indicating different home screens at the top to drop it into the corresponding screen.

☐ Removing a widget was easy and intuitive for most users.  User rated removing a widget 6.6/7 overall.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                SAMNDCA00249973



**8.4.4**

# Widgets – Design Review and Recommendations
Expert Analysis and User Research Report

Expert = 

### Design Review

 The Widgets work similarly on all phones and offer about the same amount of widgets.

▢ Adding and removing a widget is fairly easy.

▢ Hard to move widgets between screens, especially the larger ones.

▢ The Samsung widgets don't look cohesive with the rest of the UI. They look more polished and glossy.

▢ Not clear why there is a difference made between a Samsung widget vs. Android widget. Now forcing user to extra steps to look through the different widgets.

▢ For some widgets when added, the data is awkward and unusable. Not clear how it can be resized or customized/set.







$\cdots$ **T** $\cdots$ Mobile $\cdot$

Sprint

## Recommendations

▢   Moving a widget should be easy, when "grabbed" they should move easily.

▢   Should be easy to move widgets between screens.

▢   Resizable, at least with a couple of size options given.

▢   "Hold to delete," can be extended; for example: add "Hold and edit" or add "Hold and add more widgets".

▢   Show all widgets in one place, can use headlines if needing to differentiate between Samsung vs. Android widgets.

▢   If there is no room to add widget on one screen, it should automatically suggest another screen.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      SAMNDCA00249974

## 8.5.1  Dialer – General Overview
Expert Analysis and User Research Report

Average Rating: **6.0**



The Dialer screen gives users a soft dial pad for entering numbers, access to the Call Log, access to Contacts, a Voicemail button, and other options depending on the carrier.

For usability testing, we asked participants to dial a number and end the call.

For the expert review, we evaluated the Dialer screen's overall design and options.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                SAMNDCA00249975



**8.5.2**

# Dialer – Positives and Negatives
Expert Analysis and User Research Report

Expert = 



Big keys are good and easy to use.



These buttons are not intuitive.

 👍 **Positives**

- ☐ Big keys are good and easy to use, easy to place a call.
- ☐ Having button with different functions differentiated with color is helpful.
- ☐ Nice that there is an option to text rather than call once you are in the dialer (Verizon and Sprint).
- ☐ Helpful that when numbers entered match saved contact, suggested contacts are shown.

 🎗 **Negatives**

- ☐ "Dialer" is not the right terminology to present to the user.
- ☐ Not optimal to have Call button on the far left (Sprint).
- ☐ Not intuitive to have "Clear" button in middle.
- ☐ Not intuitive to have "email" icon for messaging (Verizon and Sprint).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249976



**8.5.3**

# Dialer – Usability Observations
Expert Analysis and User Research Report

Users = 





Large buttons make dialing a number easy and fast.

When asked to access Voice Dialing, participants looked to the Dialer menu. The option only exists here on the T-Mobile phone.

·· **T** ··Mobile·



## Observations

☐ The large keys used in the Dialer menu were easy for both users who currently use touch screen smartphones and those who do not.

☐ Calling is easy. Users rated the ease of making a call 6.9/7 overall.

☐ Users identified the Dialer menu as being similar to their current phones. They rated the Dialer 4.2/7, with 4 being "the same as your current phone."

☐ When asked to find Voice Dial, most users looked to the Dialer first. This option is only present on the Dialer of the T-Mobile phone. On other phones, it appears as an application. Some participants wanted a physical button on the phone for Voice Dialing.

the**UE**group

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAMNDCA00249977



## 8.5.4 Dialer – Design Review and Recommendations
Expert Analysis and User Research Report

Expert = 

### Design Review

 

The Dialer is almost identical on all phones, there are only subtle differences between them.

▫ Big keys are good and easy to use.

▫ Placing a call is easy.

▫ Having button with different functions differentiated with color is helpful.

▫ "Dialer" is not the right terminology to present to the user.

▫ Nice that there is an option to text rather than call once you are in the dialer (Verizon and Sprint).

▫ Helpful that when numbers entered matches saved contact, suggested contacts are shown.

▫ Not optimal to have Call button on the far left (Sprint).

▫ Not intuitive to have "Clear" button in middle.

▫ Not intuitive to have "email" icon for messaging (Verizon and Sprint).





### Recommendations

▫ "Dialer" should be called "Phone" or "Keyboard" depending on its use.

▫ Call button should be placed in the middle.

▫ Clear button should be placed to the right of the screen, preferably at top close to where numbers dialed are shown.

▫ Icon for option to text, should not be "email" icon, it should be consistent with icon used for messaging in other areas of the phone.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      SAMNDCA00249978



**8.6.1**

# Contacts – General Overview
Expert Analysis and User Research Report

Average Rating: **5.9**



The Contacts menu allows users to access and interact with their contacts.

For usability testing, we asked participants to create and interact with a new contact.

For the expert review, we explored the Contacts menu's design and options.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249979



**8.6.2**

# Contacts – Positives and Negatives
Expert Analysis and User Research Report

Expert = 



Thumbnail pictures is a nice feature.



Keyboard hides the other available fields.

  👍 **Positives**

- ☐ Helpful alphabet to the right allows easier scrolling and quicker access to contacts.
- ☐ Thumbnail picture for contacts is a nice feature.

  🏳 **Negatives**

- ☐ Options menu of the Contacts screen offers an option to "Get Friends." This wording is confusing.
- ☐ Entering data is easy, but the screen/keypad hides the other available fields.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249980



# 8.6.3 Contacts – Usability Observations
Expert Analysis and User Research Report

Users = 





Users found the Contact menu Attractive.

Participants found it easy to access the Contact menu from the Home Screen.

---



## Observations

☐ In general, participants thought it was easy to find the contact menu, rating this 6.7/7. Across all phones, the Contacts Feature is easy to access either through the persistent shortcuts at the bottom of the Home Screens and App Menu or through a shortcut on the Home Screen.

☐ Participants liked the ability to sync the contact with Google, but wanted a way to easily sync with other accounts as well.

☐ Users found the Contact menu attractive, rating it a 5.9/7.

☐ It was rated slightly better overall that current Contact menus, receiving a 5.0/7, where 4 is "the same as your current phone."

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00249981



**8.6.3** ## Contacts – Usability Observations cont.
Expert Analysis and User Research Report

Users = 

Users found entering contact information to be easy.





Some participants would hit Save rather than moving onto the next field when the field was hidden by the keyboard.

---


## Observations

☐ Users found entering contact information easy overall, rating it a 6.0/7.

☐ However, the keyboard was often hiding other available fields. Because of this, some users to selected "Save" before they were completely done entering Contact information.

☐ This led to the need to re-enter and edit a contact, a task that was more difficult for users. Discovering the Edit feature was not intuitive, except for Android users who were accustomed to using the Menu button for more options.

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    SAMNDCA00249982



**8.6.4** ## Contacts – Design Review and Recommendations
Expert Analysis and User Research Report

Expert = 

### Design Review

 Contact screens are similar on all phones with a smooth interface and nice visual representation.

▫ Options menu of the Contacts screen offers an option to "Get Friends". This wording is confusing.

▫ Entering data is easy, but the screen/keypad hides the other available fields.

▫ Helpful alphabet to the right allows easier scrolling and quicker access to contacts.

▫ Thumbnail picture for contacts is a nice feature







### Recommendations

▫ Change "Get Friends" to "Sync Contacts" or "Sync Friends."

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAMNDCA00249983



**8.7.1**

# Messaging – General Overview
### Expert Analysis and User Research Report



Average Rating:   **N/A**



Messaging contains a listing of the message history and allows users to create new messages.

For usability testing, we did not ask users to explore this feature.

For the expert review, we used the feature extensively in order to comment on its design and task flow.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                          SAMNDCA00249984



**8.7.2**

# Messaging – Positives and Negatives
Expert Analysis and User Research Report

Expert = 



Threaded message display is good.



Not clear that Create message is a button.



## 👍 Positives

- ☐ Easy to type and send messages.
- ☐ Threaded message display is good.
- ☐ Use of different color to differentiate between who sent message is helpful.



## 🍴 Negatives

- ☐ Not clear that Create message is a button (AT&T, Sprint). T-Mobile's "Create" Message is more intuitive.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              SAMNDCA00249985

 **8.7.4**

# Messaging – Design Review and Recommendations
Expert Analysis and User Research Report

Expert = 

### Design Review

 Messaging feature is almost identical on all phones.
▫ Easy to type and send messages.
▫ Threaded message display is good.
▫ Use of different color to differentiate between who sent message is helpful.
▫ Not clear that Create message is a button (AT&T, Sprint, Verizon). T-Mobiles "Create" Message is more intuitive.
▫ Button to download attachments from contact are shown in-line in message thread, allowing for quick access.





     

## Recommendations

▫ Use button style for Create/New Message.

▫ Show preview of attachments.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     SAMNDCA00249986

## 8.8.1 Text Input – General Overview
### Expert Analysis and User Research Report

Average Rating: **6.0**



The Galaxy S offers a variety of options for text input. Users have 3 keyboards to choose from: Swype, Samsung Keypad, and Android Keyboard. The Sprint phone also features a physical QWERTY keyboard.

For usability testing, phones were set to the default, out-of-the-box keyboard, which varied by phone. Users inputted text while adding a new contact and were also introduced to Swype.

For the expert review, we experimented with all keyboards, evaluating their designs and ease of use.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249987



**8.8.2**

# Text Input – Positives and Negatives
Expert Analysis and User Research Report

Expert = 



Helpful that words are suggested.



"SYM" on Swype keyboard is not intuitive.

 👍 **Positives**

- ☐ Good that screen orientations changes as phone is rotated, in horizontal orientation typing is easier as buttons become bigger.
- ☐ Helpful that words are suggested, making it faster to type and easier to avoid spelling incorrectly.

 🦋 **Negatives**

- ☐ "SYM" on Swype keyboard is not intuitive.
- ☐ Swype is a cool feature, but has a bit of a learning curve and leaves a few questions unanswered like "how do I deal with repeated letters?" for users who don't go through the entire tutorial.



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

SAMNDCA00249988



**8.8.3**

## Text Input – Usability Observations
Expert Analysis and User Research Report

Users = 



The keys on the Samsung keyboard are farther apart, reducing errors.



The Swype keyboard keys are closer together, increasing errors.

 at&t

 ··T··Mobile·



## Observations

☐ The keys on the Swype keyboard used on the T-Mobile phone were seen as too close together by participants. There were more errors observed using this keyboard than on the Samsung keyboard on the AT&T phone.

☐ Inputting text was rated highly, at 6.0/7.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249989

**8.8.4** **Text Input – Design Review and Recommendations**
Expert Analysis and User Research Report

Expert = 

### Design Review

 Text Input is very similar on all phones and they all have the Swype feature. The Sprint phone has a physical keyboard as well as an onscreen keyboard.
□ "SYM" on Swype keyboard is not intuitive.
□ Swype is a cool feature, but has a bit of a learning curve and leaves a few questions unanswered like "how do I deal with repeated letters?"
□ Good that screen orientations changes as phone is rotated, in horizontal orientation typing is easier as button become bigger.
□ Helpful that words are suggested, making it faster to type and easier to avoid spelling incorrectly.



···**T**··Mobile·    **veri**z**on**wireless

---

## Recommendations

□ Change "SYM" on Swype keyboard to symbol used on Samsung keyboard "?123".

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          SAMNDCA00249990

## 8.9.1

## Applications – General Overview
Expert Analysis and User Research Report

Average Rating: **5.2**



The Application Menu allows the user to scroll through the complete list of applications on the phone, either listed on a number of separate screens with horizontal scrolling or in a long, vertical list.

For usability testing, participants were asked to run an application (Pandora), pause it, and then run another application (Yelp). They were also asked to find recent and running applications.

For the expert review, we evaluated the application menu and the experience of downloading and installing new apps.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              SAMNDCA00249991



**91.2**

## Applications – Positives and Negatives
Expert Analysis and User Research Report

Expert = 



Accessing Applications is easy.



Visually busy experience with lots of apps with detailed icons.

---

 👍 **Positives**

- ☐ Accessing applications is easy.
- ☐ Good with icons together with descriptive text.
- ☐ Navigation icons at top are helpful to show how many applications there are available.

 🖤 **Negatives**

- ☐ Visually busy experience with lots of apps with detailed looking icons.
- ☐ Difficult to know if apps are multi-tasking.

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    SAMNDCA00249992

 **8.9.3**

## Applications – Usability Observations

Expert Analysis and User Research Report

Users = 





Participants found it easy to navigate through the Apps Menu and find one particular App.

One user compared the Apps Menu to the Start Menu on a PC.



## Observations

☐ Accessing the Applications Menu from the Home Screen was easy for users, who rated the experience 6.8/7.

☐ Users also found it easy to navigate through the Apps and find one particular App, rating it 6.7/7.

☐ While most users liked the division between the Apps Menu and the Home Screens, iPhone users tended to prefer their current phone's way of dealing with Apps. Overall, users rated the comparison between this phone's Apps and their current phone's a 3.8/7, where 4 is the "same as your current phone."

☐ One user observed that this method of dealing with Apps and Home Screens was more similar to a computer, which he liked.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00249993



**8.9.4**

## Applications – Design Review and Recommendations
Expert Analysis and User Research Report

Expert = 

### Design Review





All phones come loaded with a large assortment of applications, some where they are already on the Home screens and others are in the Application menu.

▫ Accessing applications is easy.

▫ Good use of icons together with descriptive text.

▫ Visually busy experience with lots of apps with detailed looking icons.

▫ Difficult to know if apps are multi-tasking.

▫ Navigation icons at top are helpful to show how many applications there are available.

 at&t

 Sprint

### Recommendations

▫  There is no indication of the length of the list view. Add a scrollbar to give users a sense of where they are in the list.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00249994



# Task Manager – General Overview
## Expert Analysis and User Research Report

**8.10.1**

Average Rating: **4.0**



The Galaxy S offers opportunities for multi-tasking. Users can access lists of recent and running applications.

For usability testing, users were asked their opinion of whether or not an application was still running after switching to another app. They were then told to find running and recent applications.

For the expert review, we evaluated the various ways to interact with recent and running applications.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    SAMNDCA00249995



 **8.10.2**

# Task Manager – Positives and Negatives
Expert Analysis and User Research Report

Expert = 



Helpful "Recently Apps" window.



Difficult to know if apps are running.

---

 **👍 Positives**

☐ Helpful "Recent Apps" window, that allows for swift changing in between applications and access to task Manager (latter not available for T-Mobile & AT&T)

☐ Task Manager provides a good overview at a glance and also easy access to End individual applications or to End All.

 **🚩 Negatives**

☐ Difficult to know if apps are running.

---

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                              SAMNDCA00249996

 **8.10.3**

## Task Manager – Usability Observations
Expert Analysis and User Research Report

Users = 

Finding the Recent Applications pop-up menu was difficult for almost all users.





Users did not agree on whether the Recent Applications pop-up menu was something they wanted or would use.

---



### Observations

☐ Knowing if the phone is multi-tasking is difficult. When asked if an application was still running, participant responses were mixed, with most acknowledging that they were just guessing.

☐ Finding Recent Applications was difficult for almost all participants. One participant, a Blackberry user, was able to easily find this list since running apps are accessed in a similar way on some Blackberry phones. Of 30 times when participants were asked to find Recent Applications, 22 were not completed without specific instructions from the moderator. This task was rated 3.3/7 overall.

☐ Users identified the Recent Applications as something they might stumble upon or read about. Reactions were mixed on whether or not this was a feature that was even wanted.

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249997



**8.10.3** ## Task Manager – Usability Observations
Expert Analysis and User Research Report

Users = 

Users were not able to find this option.





Users wanted to see a list of Running Applications in the Quick Panel.

---


## Observations

☐ Participants found it difficult to find a list of running apps. Not a single participant found the option to Filter by Running Applications in the Application Manager under Settings.

☐ Some participants found "Running Applications" in settings and were able to shut down Pandora. Participants did not respond favorably to this feature.

☐ Many users wanted to see a list of running applications in the Quick Panel.

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00249998



**8.10.4**

# Task Manager – Design Review and Recommendations
Expert Analysis and User Research Report

Expert = 

### Design Review

 All phones have the ability for several applications to be running and for the user to switch between those applications.

▢ Helpful "Recent apps" window, that allows for swift changing in between applications and access to Task Manager (latter not available for T-Mobile & AT&T).

▢ Difficult to know if apps are running.

▢ Task Manager provides a good overview at a glance and also easy access to End individual applications or to End All.



at&t



Sprint

## Recommendations

▢ Should be clear what applications are currently running in "Recent used apps" window.

▢ From "Recent apps", have access to the Task manager on all phones.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00249999



**8.11.1**

# Sync Experience – General Overview
Expert Analysis and User Research Report

Average Rating: **N/A**











Syncing with a computer allows users to move files between the Galaxy S and a Mac or PC system.

For usability testing, participants were not asked to interact with this feature.

For the expert review, we evaluated the experience of syncing the phone with both Mac and PC systems, through a USB connection and through Bluetooth.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          SAMNDCA00250000



**8.11.2**

# Sync Experience – Positives and Negatives
Expert Analysis and User Research Report

Expert = 



Pop ups allow user to select options for syncing.



Syncing with Mac is difficult.

👍 **Positives**

☐ Pop ups allow user to select options for syncing.
☐ Consistent process for accessing connection settings through Quick Panel.
☐ Syncing with PC is automatic

🏆 **Negatives**

☐ Syncing with Mac is difficult and requires extra "Mounting" step.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    SAMNDCA00250001



**8.11.4**

# Sync Experience – Design Review and Recommendations
Expert Analysis and User Research Report

Expert = 

### Design Review

 Phone can be synced with a computer, both through a USB connection and  wirelessly through Bluetooth.
□ Pop ups allowing user to select options for syncing.
□ Consistent process for accessing connection settings through Quick Panel.
□ Syncing with PC is automatic, syncing with Mac requires manual mounting.





·· **T** ··Mobile·          

## Recommendations

□  Should be easier to sync with Mac. Flow of "Mounting" as a disc is confusing. It should be automatic as it is on PC.

□  Bluetooth process should leader user through sending files instead of only offering the option to pair/unpair.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**          **SAMNDCA00250002**



**8.12.1**

# Swype – General Overview
Expert Analysis and User Research Report



Average Rating: **N/A**



Swype is a new, fast way to input text. The world record for texting speed was recently broken using Swype on a Galaxy S phone.

For usability testing, users were asked to interact with Swype and give their impressions of the input method.

For the expert review, we evaluated the Swype keyboard's design and user experience.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              SAMNDCA00250003



**8.12.2**

## Swype – Positives and Negatives
Expert Analysis and User Research Report

Expert = 



Swype is seen as "fun" and "cool."



It is difficult to see the letters under finger while Swyping.



### 👍 Positives

- ☐ Swype is seen as "fun" and "cool."
- ☐ Swype is faster than traditional texting.



### 🗡 Negatives

- ☐ "SYM" on Swype keyboard is not intuitive.
- ☐ Swype Tutorial is too long.
- ☐ It is difficult to see the letters under finger while Swyping.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00250004

 **8.12.3** ## Swype – Usability Observations
Expert Analysis and User Research Report

Users = 



Users had generally positive reactions to Swype.

Participants were concerned about being able to see the next letter while Swyping.

 ## Observations

☐ User reactions to Swype were generally positive. It was described as "fun" and "cool."

☐ Participants who were successful with the first few words they tried were generally more impressed by Swype. Participants who seemed to be worse at spelling did not like Swype. One participant thought Swype was interesting, but gimmicky and said he would not use it.

☐ The general impression was that Swype would speed up texting, but users were concerned about being able to see the keyboard to Swype to the next letter. They assumed, however, that they would get better at it as they used it.

☐ Typing regularly on the Swype keyboard is harder than on the other keyboards on the phone, because the keys are closer together.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    SAMNDCA00250005



**8.12.4**

# Swype – Design Review and Recommendations
Expert Analysis and User Research Report

Expert = 

### Design Review

 The Swype keyboard is available on all phones.
□ Swype is a cool feature, but has a bit of a learning curve and leaves a few questions unanswered like "how do I deal with repeated letters?"
□ "SYM" on Swype keyboard is not intuitive.
□ Keys on Swype keyboard are too close together.
□ The Swype tutorial is helpful, but possibly too long.



 

## Recommendations

□ Change "SYM" on Swype keyboard to symbol used on Samsung keyboard "?123."

□ Shorten Swype tutorial.

□ Increase the space between keys on Swype keyboard so it is more similar to the Samsung keyboard.


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          SAMNDCA00250006

# 11. Usability Test Data Appendix

Prepared for Samsung Design America



August 2010

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**11.1**     **Usability Test Data**
Expert Analysis and User Research Report

Participants were asked rating questions to gauge their level of satisfaction with brands and the tasks that were performed.
- □ A Pre-Test Questionnaire was administered before the testing session to determine which smartphone brands they preferred and would be more likely to purchase.
- □ A Post-Test Questionnaire was administered after the testing session to compare how/if participants' attitudes toward the Samsung brand had changed after interacting with Samsung phones.
- □ Post-Task rating questions were asked after each task for both phones used.
    - □ These ratings were used to determine how satisfied the participant was with the tasks on each phone, as well as determine how the phone compared to their current phone.

Some general points about the graphs:
- □ All graphs represent the average ratings of all participants that interacted with each phone, and are broken up by each specific phone.
- □ 12 participants reviewed the AT&T and T-Mobile phones, whereas only 3 participants reviewed the Sprint and Verizon phones.
    - □ Therefore, the data for the Spring and Verizon phones is not representative of a large enough data set, but is used here to report the findings we have from the people we interviewed.
- □ Because all users interacted with the phones in a counterbalanced order, the ratings have a tendency to be "mid-range."
    - □ This is due to participants rating the first phone they interacted with lower, then rating the second higher because they had learned how to perform the tasks.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              SAMNDCA00250008

**11.2**

## Pre-Test Ratings:  Brand Comparison
Expert Analysis and User Research Report

Users = 



### Main Takeaways

- Apple scored the highest across the board, even among non-Apple users.
- Samsung, Motorola and Palm had the lowest scores, with participants giving them a mid-range or "indifferent" score.
- Only Apple and HTC brands scored a high likelihood of purchase.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                  SAMNDCA00250009

**11.3**

# Pre-Test vs. Post-Test Ratings:  Samsung Brand
Expert Analysis and User Research Report

Users = 



## Main Takeaways

☐ Participants were asked for their perception of the Samsung brand before using the phones and again after.

☐ The ratings went up in all cases.

☐ Most notably, ratings went from an "indifferent" to a clear positive attitude toward the brand, specifically with regards to likelihood of buying.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          SAMNDCA00250010



## 11.4 Post-Task Ratings: Task 2-Unlocking Screen
Expert Analysis and User Research Report

Users = 



■ Ease of Unlocking  ■ Enjoyment of Unlocking  ■ Usefulness of Lock Screen Info  ■ Attractiveness of Lock Screen  ■ Comparison to current lock screen

### Main Takeaways

□ If users interacted with the AT&T phone before the T-Mobile, they were more likely to be confused as to how to unlock it.

  □ The lack of a clear explanation was evident, when compared to the other phones.

□ The Sprint and Verizon phones had an easier to distinguish, and more enjoyable unlocking experience.

□ None of the phones offered a way to unlock that was particularly innovative, which was evidenced by indifferent scores with regard to "Comparison to current lock screen."

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    SAMNDCA00250011

**11.5**   ## Post-Task Ratings: Task 3- Quick Panel
Expert Analysis and User Research Report

Users = 



■ Ease of Accessing  ■ Ease of Activating  ■ Found the Information Useful  ■ Comparison to current settings menu

### Main Takeaways

- Ratings were almost identical between the two sets of phones. (AT&T and T-Mobile, Sprint and Verizon)
- Participants who interacted with the AT&T and T-Mobile phones were shown the Quick Panel on the first phone if they had not found it themselves.
   - Participants had a difficult time finding the Quick Panel on the first phone they interacted with, but then found it quickly on the second phone, which suggests why the "Ease of Accessing" rating is averaged at "5."
- Participants who interacted with the Sprint and Verizon phones were NOT shown the Quick Panel on the first phone if they did not discover it naturally.
   - The participant's difficult time locating the Quick Panel is reflected in the low ratings.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00250012

## 11.6 Post-Task Ratings: Task 4-Contact Menu
Expert Analysis and User Research Report

Users = 



### Main Takeaways

- It was easy for all users on all phones to find the Contact menu.
- Inputting contact info was relatively easy, but participants who used the Sprint phone did not like typing on the slide out keypad.
- The Contact menu was slightly more preferred to the Contact menu on their current phone.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              SAMNDCA00250013



**11.7**

## Post-Task Ratings: Task 5-Home Screens
Expert Analysis and User Research Report

Users = 



■ Ease of Accessing Home Screens   ■ Ease of Adding Home Screen item   ■ Attractiveness of Home Screen   ■ Comparison to current Home Screen

### Main Takeaways

☐ Accessing the Home Screens on all phones was easy.

☐ Adding an item to the home screen was easier on the AT&T and Sprint phones because there was a clearer instruction on how to do it on the home screen.

☐ If a participant had a difficult time adding something the first time, it was easy the second time, once it had been discovered/explained.

☐ There was a slight preference for the home screens on the Galaxy phone, due in part to the user's appreciation for the ability to create a shortcut (which iPhones and Blackberries don't allow).


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          SAMNDCA00250014

**11.8**

## Post-Task Ratings: Task 6-Applications
Expert Analysis and User Research Report

Users = 



### Main Takeaways

☐ Locating apps was easy on all phones.

☐ Finding recent apps, or moving between current apps was more difficult across all phones.

☐ The app menu was seen as attractive, but did not offer enough compelling differentiation for users to desire it more than their current phone.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**　　　　SAMNDCA00250015

**11.8**

# Post-Task Ratings: Task 7-Widgets
Expert Analysis and User Research Report

Users = 



Legend:
- ■ Ease of finding widget
- ■ Ease of removing a widget
- ■ Ease of using widgets
- Comparison to current phone
- ■ Ease of setting up a new widget
- ■ Moving a widget

## Main Takeaways

- ☐ Locating widgets was moderately easy.
- ☐ Moving a widget was almost always difficult.
  - ☐ Discoverability of how to move effectively was low.
- ☐ Deleting a widget was only easier if users had determined how to move a widget.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00250016



**11.8** **Post-Task Ratings: Task 8-Phone Call**

Expert Analysis and User Research Report

Users = 👥



■ Ease of making a call   ■ Ease of accessing the dialer menu   ■ Ease of finding voice dial   ■ Compare to current phone dialing

## Main Takeaways

▫ Placing a traditional phone call was easy on all phones.

▫ Making a phone call via voice dial was more difficult.

  ▫ The AT&T phone did not come with a voice dial app preloaded.

  ▫ The T-mobile has the highest ratings due to an easier to access voice dial button.

  ▫ The Sprint & Verizon phones used a voice dial app, and were perceived as more difficult.

▫ There was no differentiation that made dialing more preferable than user's current phones.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00250017