# EXHIBIT 2



# GS CHOI VISIT TO STA

## SEPTEMBER 20, 2011

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# AGENDA FOR SEP 20TH CEO VISIT

## Presentations to occur at STA Lookout Offices

| Start Time | End Time | Speaker | Agenda Topic |
|---|---|---|---|
| 00:00 | 00:05 | J. Denison | Introductions, Welcome, Review Agenda |
| 00:05 | 00:15 | J. Denison | 2012 Market Dynamics, 2012 Strategy Introduction |
| 00:15 | 00:35 | C. Kerstetter | YTD'11 Sales update, Q3/Q4 Outlook, S=2H, $10B |
| 00:35 | 00:55 | B. Rosenberg | 2012 Path Forward, S>2H, S>A, Samsung Sales Framework |
| 00:55 | 01:05 | T. Wagner | 2011 success, org summary, 2012 strategy |
| 01:05 | 01:25 | T. Pendleton | Building Brand Momentum (GSII→GSIII→Olympics) |
| 01:25 | 01:40 | G. Kim | Building Service Differentiation and Customer Loyalty through Signature Services |
| 01:40 | 01:55 | N. DiCarlo | S>2H, S>A S-P strategy, Tablet improvement plan |
| 01:55 | 02:05 | C. Kerstetter | SCM status (AP2 accuracy) |
| 02:05 | 02:15 | E. Lee | Summary of STA PI direction |
| 02:15 | 02:25 | T. Jasny | Wireless Network business update |
| 02:25 | - | | Feedback & Discussion |

## Presentations to occur at STA Service and/or Packaging Facilities

| Start Time | End Time | Speaker | Agenda Topic |
|---|---|---|---|
| 00:00 | 00:20 | T. Sheppard | Quality and service operations overview |
| 00:00 | 00:20 | J. Schmidt | Packaging operations overview |

2

SAMSUNG

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# CEO DIRECTION FOLLOW-UP



3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    SAMNDCA00258676

# CEO INSTRUCTION ('11. JAN CES)

**1. Investigate the appropriate ATL Spending/Investment required to maintain Price Premium (as Apple)**

→ Todd Pendleton to present STA's proposed plan
(based on analysis of Apple's iPhone media spend)

**2. Review design and CMF for Galaxy Tab with GBM**

→ P4 was redesigned to be thinner with alternative CMF and was launched on June 8th (Wifi) & End of July 28th (VZW LTE)



# CEO FOCUS ITEM

**3. Improve AP2 Accuracy**

→ Current SCM status will be presented by Corey Kerstetter

4



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258677

Justin Denison

# U.S. TELECOM MARKET SITUATION



5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258678

# 2012 MARKET SITUATION SUGGESTS A "FLAT PHONE MARKET (VOL) WITH YOY REV GROWTH FROM SMARTPHONES. TABLETS APPROACH 40% OF PHONE REV TAM IN 2012.



Source: STA analysis v6 5 June 9 2011

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258679

# THE GROWTH IN S-P & TABLETS IS DRIVEN BY CARRIERS' SEARCH FOR ADDITIONAL SOURCES OF REVENUE

## Subscription Growth Slowing by 4% per Year



## While service revenue have grown 6.5% - ARPU mixed



## CARRIER REVENUE GROWTH IS DRIVEN BY SMART/CONNECTED DEVICES

### Smartphones will be >70% of volume by 2012



Source: RBC, CTIA, company reports, STA internal sensing

### With AT&T and Verizon leading the other carriers



7

# CARRIERS WILL COMPETE TO CAPTURE THE 60M U.S. CONSUMERS WHO WILL BUY THEIR FIRST SMARTPHONE IN 2012...



**US Install Base (M)**
**(Beginning of 2011)**

274.9

140.3

60.1

74.5

**57M*** closed OS users to buy their first smartphone

■ Smart ■ QMD ■ Other ClosedOS

**US Install Base (M)**
**(Beginning of 2012)**

288.1

101.6

54.7

131.8

**60M*** closed OS to buy their first smartphone

■ Smart ■ QMD ■ Other ClosedOS

2011:
57M consumers buy their first S-P

2012:
60M consumers buy their first S-P

**Expected Retail Price for Next Phone: Smartphone Intenders**



| Free with mobile service | $1-$49 | $50-$74 | $75-$99 | $100-$149 | $150-$199 | $200 or more |
|---|---|---|---|---|---|---|
| 16% / 15% | 12% / 10% | 21% / 16% | 22% / 21% | 17% / 17% | 6% / 10% | 6% / 10% |

■ Current QMD Owners ■ All Other Feature Owners

1st time buyers have a lower willingness to pay

STA has good coverage of the premium tier ($149+)

$49 and $99 price points continue to grow in importance

*Source:STA estimate



8

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# ...WITH POOLED DATA PLANS CREATING AN OPPORTUNITY FOR SAMSUNG TO SELL GALAXY TABS TO THE GALAXY S BASE

**Carriers are likely to lower the barrier of multiple data subscriptions for smartphone owners to purchase a tablet...**



**"We will introduce family data plans sometime after we replace our unlimited smartphone data service with tiered data pricing."**
**- Verizon CFO (May 2011)**



**"We are working on it pooled tiered data plans (..) It will come soon."**
**– ATT CEO, Ralf De la Vega (June 2011)**

**...And Current Samsung Smartphone Owners express a high interest in owning a Samsung tablet**



**High interest by smartphone owners to purchase a (Samsung or Apple) tablet**

Source: "P4 Customer Research: Question-by-Question Read-Out," Oliver Wyman, Apr 11

9

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258682

# ...AND CONTINUE TO INVEST IN 4G DEPLOYMENTS TO EXPAND BANDWIDTH AND REDUCE DATA COST OF SERVICE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258683

# ON THE COMPETITIVE FRONT, A THREE HORSE RACE (SAMSUNG, APPLE, HTC) IS EVOLVING IN THE US. GOOGLE+MOTOROLA PRESENTS A STRATEGIC CONSIDERATION WITH HTC STILL A VERY VIABLE COMPETITOR

Android & iOS Becoming The Only
Relevant OS platforms

Three Horse Race between
Apple, Samsung & HTC



STA must continue to lead the Android ecosystem but balance with an alternative platform

11



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258684

Justin Denison

# STA STRATEGY AND TARGET SETTING



12

**SAMSUNG**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258685

# STA MUST PASS AND SUSTAIN THE LEAD OVER APPLE WHILE BUILDING THE NEW BUSINESSES TO DRIVE FUTURE GROWTH

**#1**
In US phone volume
In US smartphone volume
In US non-smart volume
In Brand KPIs (UAT3, MPSA)

**57.2Mu** Handsets

**3.6Mu** Tablets (Connected & WiFi)

**>15%** WT Profit

**>20%** YoY Revenue Growth

**>$0.5B** Wireless Network Systems Revenue



Galaxy S III

**S>1A**
**S>2H**

Phase III Goals (2012)

- Continue sustainably higher **Brand** (UAT3 / MPSA scores) than Apple
- Samsung **smartphone vol share > Apple**
- **GSIII ASP & subsidy parity** with Apple

Galaxy S II

**S=2H**

Phase II Goals (2011)

- Sustainably higher **Brand** (UAT3 / MPSA) than A
- Samsung **> 50% Android market share**

Galaxy S

Phase I Accomplishments (2010)

- Beat Apple in **Brand** (UAT3 / MPSA) in 3Q10 but was not able to maintain afterwards
- **#1 US Android Share** for 1st time in 3Q10

\* 100 API in Smart, 100 API in NonSmart

13



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# CREATING A SUSTAINABLE LEAD IN CORE PHONE AND TABLET BUSINESSES WILL REQUIRE A NEW ORGANIZATIONAL CAPABILITY: CUSTOMER LIFETIME MANAGEMENT

**STA Strategies**                    **Customer Lifetime Management**



14

**SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258687

Corey Kerstetter

# 2011 WT BUSINESS OPERATIONS REVIEW



15

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**SAMNDCA00258688**

# DESPITE CHALLENGING FIRST 3 QUARTERS, SAM IS REACHING FOR AGGRESSIVE 4Q TARGETS

### 2011 Volume Outlook

| 2011 | Mgmt Plan | Act / F'Cst | 2010 Act | YoY |
|---|---|---|---|---|
| Q1 | 13,110 | 11,875 | 12,234 | 97% |
| Q2 | 15,325 | 13,169 | 13,045 | 101% |
| Q3 | 17,198 | 13,800 | 15,076 | 92% |
| Q4 | 16,467 | 15,250 | 14,739 | 103% |
| Total | 62,100 | 54,094 | 55,094 | 98% |

### 2011 Revenue Outlook

| 2011 | Mgmt Plan | Act / F'Cst | 2010 Act | YoY |
|---|---|---|---|---|
| Q1 | $ 1,906 | $ 1,731 | $ 1,657 | 104% |
| Q2 | $ 2,350 | $ 2,291 | $ 1,612 | 142% |
| Q3 | $ 2,773 | $ 2,100 | $ 2,423 | 87% |
| Q4 | $ 2,567 | $ 3,190 | $ 2,333 | 137% |
| Total | $ 9,596 | $ 9,312 | $ 8,025 | 116% |





- **Through Q3, YoY volume is down 3% while revenue is up 9%**
- **15.25M 4Q sell-in target would result in almost $3.2B in revenue**
  - 4Q sell-thru target is 16M units due to high end of Q3 channel inventory

### GSI Impact vs. GSII Targets

| | 2Q10 | 3Q10 | delta | 3Q11 | 4Q11 | delta |
|---|---|---|---|---|---|---|
| Sell-thru | 12.6 | 14.8 | 2.2 | 13.0 | 16.0 | 3.0 |
| Revenue | $1,612 | $2,423 | $811 | $2,100 | $3,190 | $1,090 |
| ASP | $124 | $161 | $37 | $153 | $210 | $57 |

Note:  Rev. = $M, Sell-thru = M's

16



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258689

# KEY CHALLENGES/LESSONS LEARNED THROUGH FIRST 3 QUARTERS (1 OF 2)

**1. Apple is aggressively growing share – future success is dependent on blunting Apple**

- $49 iPhone3 in Jan.; VZ in Feb.; White iPhones in May; 3 SKUs to 7 SKUs in 4Q (launch Sprint)

- 15.3M in '10; 25.9M in '11; 35M? in '12

**2. HTC is executing at a high level**

- Launching new technology first at all 4 carriers

- Consistent product and SW upgrades; consistent look and feel (Sense UI)

- Aggressive pricing (Inspire $399 vs. Infuse $499; EVO 4G and Shift $99)

**3. SAM has experienced significant product delays**

- Over 1M expected S/P sell-thru lost in both 2Q and 3Q (reference quarterly plan prior to quarter start)

- Almost 70 S/P sell-thru weeks already lost in 4Q (reference point 3Q quarterly plan set end of May)



**US non-Iphone TAM**

|  | 2010 | 2011 | 2012 |
|---|---|---|---|
| iPhone | 15.3 | 25.9 | 35.0 |
| US TAM | 179.9 | 180.6 | 184.5 |
| non-Iphone TAM | 164.6 | 154.7 | 149.5 |

Note: volume in M's

**Weekly Sell-Thru Volume (K)**

■ Sam Charge   ■ HTC Thunderbolt

■ Sam Infuse   ■ HTC Inspire

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258690

# KEY CHALLENGES/LESSONS LEARNED THROUGH FIRST 3 QUARTERS (2 OF 2)

**4. US S/P market is highly competitive**

- In 2Q (per SA), 5 vendors recorded S/P share >10%; MOT was 6th at 7.3%; highest was Apple at 24.1%

- In 2Q, SAM and LG combined for 63.9% of non-S/P market and were only vendors with share >10%

- In addition, Huawei is leading S/P supplier at regional carriers

**5. SAM sensing and execution were not at a high level**

- Aggressive moves, especially by HTC ($99 EVO 4G and EVO Shift) and Apple (introduction white color), were not detected early

- Success of entry level Android at pre-paid carriers (i.e., Huawei at Metro and Cricket) was not anticipated

- Competitors, especially HTC, were able to pro-actively lock down key carrier promotions

| 2Q11 (SA) | Smart Vol. | Share | Non-Smart Vol. | Share |
|-----------|-----------|-------|----------------|-------|
| Samsung | 4.8 | 19.8% | 8.4 | 37.6% |
| LG | 2.8 | 11.6% | 5.8 | 26.3% |
| Apple | 5.9 | 24.1% | 0.0 | 0.0% |
| HTC | 5.2 | 21.2% | 0.1 | 0.5% |
| Motorola | 1.8 | 7.3% | 1.9 | 8.4% |
| RIM | 2.7 | 10.9% | 0.0 | 0.0% |

Note: volume in M's

18

**SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# HITTING 4Q TARGETS REQUIRE INCREASING S/P SELL-THRU TO AN AVERAGE OF 600K/WEEK



**SAM S/P Sell-Thru**

• Proxima (45k/wk)
• Aegis (45k/wk)
• Celox (20k/wk)
• Viper (30k/wk)
• Hercules (45k/wk)
• Seine (35k/wk)
• Trac Gio S (25k/wk)
• Gaudi (30k/wk)
• MPSC Rookie (35->55k/wk)

300K………………400K………500K…600K…..700K+

- **Peak S/P sell-thru of over 700K in WK51**
- **4Q average S/P sell-thru = 600K/week, up from 350K/week in September**
- **Increase S/P share from 17% in 3Q to 27%**

**Key Success Factors**

- No margin for error
- Can not afford additional product delays
- Execute in locking down Holiday Drive periods and other key promotional opportunities
- Execute in obtaining desired product positioning
- Take full advantage of iPhone5 launch delays

19

**SAMSUNG**

SAMNDCA00258692

# MAJOR MILESTONES CAN STILL BE REACHED IF AGGRESSIVE 4Q TARGETS ARE ACHIEVED

### $10B in Revenue

### ….. while gaining S/P share and reaching S = 2HTC

| STA Sales Outlook | 1H11 - Rev | 2H11 - Rev | 2011 - Rev |
|---|---|---|---|
| HHP | $ 4,021,617 | $ 5,290,000 | $ 9,311,617 |
| Acc./MediaHub | $ 31,299 | $ 48,532 | $ 79,831 |
| N/W | $ 59,104 | $ 210,830 | $ 269,934 |
| R&D/Service | $ 126,045 | $ 145,222 | $ 271,267 |
| Sub Total | $ 4,238,065 | $ 5,694,584 | $ 9,932,649 |
| Wi-Fi Tablets | $ 66,626 | $ 141,175 | $ 207,80 |
| STA Total | $ 4,304,691 | $ 5,835,759 | $ 10,1 |
| $$ = 000's | | | |



**Revenue Achievements**

- $1B in monthly revenue (October)
- $3B in quarterly revenue
- 2011 subsidiary revenue (including wi-fi tablets thru SEA) over $10B

- **Targeted 7.8M s/p sell-thru would almost double 3Q's 4M s/p sell-thru**
- **With current 4Q HTC outlook of 3.9M, SAM could attain S = 2HTC**
- **Depending on severity of iPhone launch delays, remote chance exists that SAM could pass iPhone in 4Q s/p sell-thru**

20



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258693

# SAM'S 4Q S/P PERFORMANCE WILL PROVIDE BASE FOR FURTHER GROWTH IN 2012



- Despite sharp mix shift toward s/p's, SAM has maintained overall volume share
- With both GSI launches in 3Q 2010 and 4G launches in 2Q11, SAM has been unable to maintain momentum in premium tier, critical for future success vs. HTC and Apple
- GSII/Proxima launches provide opportunity to reignite our s/p volume growth and build our s/p brand leading into 2012

21

**SAMSUNG**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Brian Rosenberg

# 2012 WT SALES STRATEGY



22

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

# THE YEAR OF HONORABLE #1

## Honorable #1:

## Path to Success:

**1** 

**2** FIRST to leverage technology transitions

  

> **Smartphone ASP**

GSIII = A

**3** Own and dominate presence in national retail

 

Direct-to-retail tablets

> **Smartphone Volume**

S > 1A
S > 2H

**4** B2B US leadership

**5** Embrace Samsung Sales Framework (SSF)

23 **SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258696

# THREE PRONGED STRATEGY TO WIN IN SMARTPHONES



| | **Key Competitors** | **Samsung Segment Strategy** | **Approach to Carriers** |
|---|---|---|---|
| ASP Parity — **PREMIUM** |  | **"Samsung First"**<br>• Samsung exclusive technology<br>• Single device across Tier 1 carriers | **"Are you with us?"**<br> |
| Volume Leadership — **MASS** |  | **"Carrier's Best Friend / Good Enough"**<br>• Price competitive (both at launch & long term)<br>• Premium tech NOT included<br>• Carrier customization / on-time delivery<br>• Sell-thru plan tied to sell-in | **"We're with you"**<br> |
| **ENTRY** | <br> | **"Defense"**<br>• Focus on key strategic SKUs<br>• Price competitive<br>• On-time delivery & quality<br>• Sell-thru plan tied to sell-in | **"We're your best choice"**<br> |

24 

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# GSIII SELL-IN PLAN AGGRESSIVELY SCHEDULING CARRIER COMMUNICATIONS TO START NOV 2011





 **Sell-in Pitch**

- Single SKU
- Technology (UTUB, quad-core) exclusive to GSIII
- Bundle opportunities (premium accessories, convergence)
- Samsung advertising $
- Sell-thru support commitments including subsidy, volume, point of sale / last three feet



**GSIII ASP = A ASP**
**GSIII subsidy = A subsidy**

25 **SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258698

# STA TO LEVERAGE KEY NETWORK TRANSITIONS IN ORDER TO WIN SMARTPHONE CONSUMERS

### …AND CONTINUE TO INVEST IN 4G DEPLOYMENTS TO EXPAND BANDWIDTH AND REDUCE DATA COST OF SERVICE



Confidential & Proprietary

26

**SAMSUNG**

# NATIONAL RETAIL CHANNEL GROWING IN SMARTPHONE IMPORTANCE; STA TARGETING 50% NON-IOS SHARE IN NATIONAL RETAIL*

2010 Smartphone Share by Channel



2012 Smartphone Share by Channel



STA Smartphone Market Share



## 2012 National Retail Targets:

| | |
|---|---|
| **#1 Overall Retail** | **BEST BUY** (Current: #3) |
| | **RadioShack** (Current: #2) |
| | **Walmart** (Current: #1) |
| **Smartphones in NR** | YoY Smart Vol growth: 300% |
| | NR Smart Mix: 59% |
| | NR Smart MS: 50% |

## Success Factors:

1. Channel exclusives (products, bundles)
2. Accessories to drive retail margins
3. Joint Business Plans
4. Direct-to-retail tablet

* Best Buy, Radio Shack, Walmart



27

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# STA MUST SECURE RETAIL EXCELLENCE AT SELL-IN

## Retail Excellence Program Negotiated at Sell-in



**PLATINUM**
Additional live demo unit in each store (total 2)
Fixture placement
Advocacy units on all sales reps
Mystery shopper incentives
Mandatory breadth training
+ GOLD level requirements

**GOLD**
Live demo unit per store
Dedicated training events
Local level training programs
Learn & earn incentives
Digital content on in-store monitors
Sell & Earn incentives
+ SILVER level requirements

**SILVER**
POP signage
Commitment to training
Commitment to incentive training capabilities

28

**SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258701

# SAMSUNG SALES FRAMEWORK (SSF) TRAINING IS UNDERWAY WITHIN STA

**69**

69 STA sales personnel completed on-site classroom training

Classroom training completed on 7/27 & 9/7

On-line training in progress now

Target 100% completion of the SES Certification by 10/7 **100%**

**4Q11**

Strategic Account Management/Joint Business Plan  course scheduled to begin 4Q11

**Wave 1 (4Q11):**
Joint Business Plans with



**Wave 2 (2Q12):**
Joint Business Plans with



29



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258702

# STA SALES STRATEGY TIED TO CUSTOMER LIFETIME MANAGEMENT



**Winning** the Customer

- Three prong sales strategy (Premium / Mass/ Entry)
- National retail dominance
- B2B leadership
- SSF



**Keeping** the Customer

**Engaging** the Customer

- Execute upgrade programs with Carriers
  - Converting feature phone owners to their 1st smart phone
  - Incentivizing current smartphone users to upgrade
- Bundle programs
  - E.g. phone+tab

- Retail excellence (negotiated at sell-in)
- Secure Samsung C&S on device at sell-in

30



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# APPENDIX



**SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258704

# MARKET DISRUPTIONS WE ARE USING TO PASS HTC

## 1. ATT – TMO 'NewCo' Merger Launch on April 1, 2012

1. Celox HD (Magnum) as the 'on stage' hero model
2. Updated Mass LTE Proposal to drive high volume
3. LTE Successor to Sidekick for ATT to help ATT manage churn

## 2. SPRINT LTE Network Launch in Q2 2012

1. Gained agreement from Sprint to launch Mass & Premium LTE pair to drive volume

## 3. Leading LTE Supplier for Verizon in 2011 & 2012

1. 6 LTE product launches: 3 smartphone, 2 tablet and 1 hotspot
2. Continue with additional LTE smartphone and Tab launches

32 **SAMSUNG**

# WITH SMARTPHONE COMPETITOR PRICING DYNAMICS, SAMSUNG SHOULD PURSUE A THREE PRONG STRATEGY TO ADDRESS PREMIUM, MASS, ENTRY SEGMENTS





- Premium pricing maintained for current iPhone model
  - o Minimal price erosion until new product introduction (12 months)
- Older device de-featured and sold at mass price points



- Launch pricing in tier lower than iPhone
  - o Apple avoidance?
- Faster launch cycle
- Pricing moves from "Lower Premium / Premium Mass" to Entry before EOL



- Launch pricing in Mass
- Fastest launch cycle
- Pricing degrades to Free before EOL

33

**SAMSUNG**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# PREMIUM SMARTPHONE SEGMENT: "SAMSUNG FIRST" STRATEGY TO WIN AND RETAIN THE CONSUMER

GALAXY S



**"Samsung First"**
Focus on ASP, not volume
Samsung exclusive technology
Single device across Tier 1 carriers only



**Sales Strategy:**
"Are you with us?"

Consistent CMF
Consistent Samsung UI/ UX

Best technology reserved for Galaxy

Premium content

Bundle Opportunities
(Convergence, Premium Accessories)

Samsung Advertising $
(Market Like You're #1)

34

**SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# MASS SMARTPHONE SEGMENT: "CARRIER FRIENDLY / GOOD ENOUGH" STRATEGY TO WIN BOTH CARRIER & CONSUMER



**"Carrier Friendly / Good Enough"**
Focus on volume
Price competitive (launch & long term)
Premium technology NOT included
Carrier customization / on-time deliver

**Sales Strategy:**
"We're with you"

First to support carrier networks

Carrier exclusive CMFs

Carrier customization / features

Optimized costs (good enough specs) = ASP and subsidy friendly

Rapid price movement: $99 R/P after 500K, LT pricing agreement w/ carrier

Carrier Advertising

35 **SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258708

# HTC HAS BEEN BETTER, TO DATE, AT THE "CARRIER FRIENDLY GOOD ENOUGH" STRATEGY. SAMSUNG CAN BEAT THEM AT THEIR OWN GAME.





**Infuse 4G**
HSDPA 21
4.5" SA+
1.2GHz
8MP/1.3MP

**VS.**



**Inspire 4G**
HSDPA 14.4
4.3" SLCD
1GHz
8MP

**Retail: $199**
Eff ASP: $499
Eff Subsidy: $300
**Avg Wkly Unit Sales: 25K**

**Retail: $99**
Eff ASP: $399
Eff Subsidy: $300
**Avg Wkly Unit Sales: 53K**



Weekly Sell-Thru Volume (K)

■ Sam Infuse   ■ HTC Inspire





**Droid Charge**
LTE
4.3" SA+
1GHz
8MP/1.3MP

**VS.**



**Thunderbolt**
LTE
4.3" TFT
1GHz
8MP/1.3MP

**Retail: $299**
Eff ASP: $519
Eff Subsidy: $220
**Avg Wkly Unit Sales: 27K**

**Retail: $249**
Eff ASP: $499
Eff Subsidy: $250
**Avg Wkly Unit Sales: 39K**



Weekly Sell-Thru Volume (K)



■ Sam Charge   ■ HTC Thunderbolt

36 

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258709

# ENTRY SMARTPHONE SEGMENT: "DEFENSE" STRATEGY TO BLOCK TIER 2 OEM INCURSIONS AND WIN BOTH CARRIERS & CONSUMERS



**"DEFENSE"**
Focus on select SKUs
Minimal acceptable contribution margin?
On-time delivery & quality

**Sales Strategy:**
"We're here too"

Minimal brand premium

Block Tier 2 OEM incursions

Rapid carrier customization / minimal features to enable on-time delivery and quality

Product life cycle extensions?

37

**SAMSUNG**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# BACKUP: RETAIL INTRODUCTION





National Retail @ 32% of STA Sales

'12 Opportunity: 25% growth at key retailers

38 **SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Tim Wagner

# STA B2B SALES



39

# SAMSUNG B2B STRATEGY

**ANDROID**

**SAMSUNG
ANDROID**





**SAMSUNG is
Going to Work**

40

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SAMSUNG B2B SALES COVERAGE MODEL



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258714

# STA B2B VERTICALS:

| | **Recent Wins** | **Near-term Opportunities** |
|---|---|---|
| **Education:** |   |    |
| **Healthcare:** |   |   |
| **Hospitality:** |  |    |
| **Transportation:** |      |   |
| **Retail:** |      |    |
| **Field Service:** |    |   |

42

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258715

# 2H2011 GOALS

## Continue to Deliver Marquee B2B Wins

1. Launch "B2B Ready" Awareness Program

2. Launch Application Workshop Program

3. Expand Direct and Channel Sales Reach

4. Begin Leveraging Strategic Partners

5. Begin Executing Repeatable B2B Direct & Channel Sales Models

# 1H2012 GOALS

## Move to Revenue Performance Model

1. Further Expand Direct Sales Reach within Fortune 1000

2. Begin SMB Push w/ Carrier Sales Channels and National Retail

3. Scale 2011 Success / Proof Points within Carrier Sales Teams

4. Begin Leveraging Vertical Market Solutions

5. Begin Leveraging Strength of Entire Samsung B2B Portfolio



43



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# APPENDIX



44

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# GOLD MEDAL WINNER:

  

- **Customer:** 

- **Solution Definition:** Flagship handheld video solution for American Airlines' first and business class passengers. Device will have access to periodicals, music, internet and the latest high definition TV and early window movies from major studios.

- **Requirements:** Best in Class Tablet, True Partnership with Chosen OEM

- **Competition:** Apple iPad II and Custom Tablet Solution (internal development)

- **Deal Type:** RFP, ROI analysis, price negotiation, service component was critical

- **Selected Solution:** 6,000 Samsung Galaxy Tab 10.1" - Could stretch to 12,250 units

> **3.2 Million Target Market Customers will hold this device for 3+ hours experiencing the best this device has to offer to include HD quality video, games, periodicals, music and more.**



45



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258718

# EXAMPLE ENTERPRISE WIN:



THE UNIVERSITY OF
SOUTHERN MISSISSIPPI

## USM's UTAB INITIATIVE

- 750 10.1" Galaxy Tablets purchased by USM for freshman Honors College students
- Bundled with Blackboard Mobile Learn software
- Devices needed to be upgraded to latest software and preloaded prior to distribution
- Samsung staff onsite to ensure successful launch and positive end user experience
- Additional 17,000 units planned for 2011/2012







46



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258719

Todd Pendleton

# FY'12 STA MARKETING :

# LAYING THE FOUNDATION
# TO BECOMING AN HONORABLE #1



47

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258720

# STA COMPETITIVE LANDSCAPE

## UAT3:

| UAT3 | Samsung | Apple iPhone | HTC |
|------|---------|--------------|-----|
| 2009 | **41.9** | 34.9 | 4.4 |
| 2010 | **45.0** | 36.7 | 6.5 |
| 2011 | **45.3** | 44.3 | 11.4 |
| Change | 0.3 | 7.7 | 4.9 |

## MPSA:

| MPSA | Samsung | Apple iPhone | HTC |
|------|---------|--------------|-----|
| 2009 | **16.6** | 20.9 | 3.1 |
| 2010 | **20.7** | 19.0 | 4.3 |
| **2011** | **17.1** | **24.5** | **7.4** |
| Change | -3.7 | 5.4 | 3.0 |

## Media Spend:





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258721

# FY'12 STA MARKETING OBJECTIVES

## Attacking Consumer Segments & Business Opportunities

**Key Competitors**

**FLAGSHIP**

Establish Galaxy S II, Galaxy Note & Galaxy S III as **THE** most coveted premium Android Smartphones.



**ASP**
**Revenue**

**CARRIERS**

Be the partner of choice via customized best in class product mktg, retail execution and sell-thru success.



**Volume**

**1ˢᵗ Smartphone Buyers**

Micro targeted media/marketing programs focused on capturing entry level smartphone buyers.



**Volume**

49

**SAMSUNG**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258722