# FY'12 KEY MARKETING STRATEGIES

## Attacking Consumer Segments & Business Opportunities

**FLAGSHIP**

Establish Galaxy S II, Galaxy Note & Galaxy S III as **THE** most coveted Premium Android Smartphones.

- Elevated Premium Retail Execution.
- Dominate Priority mkts: SF, LA, CHI,PHI, DC,NY, BOS, DAL.
- Premium Media Placements: TV, Print, Digital, OOH.
- Consistent + Innovative Marketing support/NBDB.
  (Features, benefits, apps, content, services, convergence)

**Key Competitors**



**ASP**
**REVENUE**

iPhone Quarterly
Accumulated Ad Spend

| $241MM | $310MM | $499MM | $197MM |
|--------|--------|--------|--------|
| **IPHONE** | **IPHONE 3G** | **IPHONE 3GS** | **IPHONE 4** |
| Q2 '07- Q2 '08 | Q3 '08- Q1 '10 | Q2 '09- Q1 '11 | Q2 '10- Q2 '11 |

Average Number of Executions: 9 TVC; 9 Print
Average Spend per Execution:  $11M

|  | SAMSUNG mob!le |
|--|--|
| **MSPA** | |
| **Top 8 MKTS  31.1** | **12.1** |

Source:STARS/Brand Tracking Study

50 

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258723

# FY'12 KEY MARKETING STRATEGIES

## Attacking Consumer Segments & Business Opportunities

**Key Competitors**

**CARRIERS**

Be the partner of choice via customized best in class product mktg, retail execution and sell-thru success.

- Marketing mix and investment plans at Sell-In.
- STA dedicated Retail space and consistent support.
- Carrier/Category "Firsts" to own hero drive periods.
- Game Changing Content/Services + Partnerships.



**Volume**



### HTC Building Track Record of US Tech "Firsts"

| HD2 | EVO 4G | G2 | Thunderbolt | EVO 3D |
|---|---|---|---|---|
| WinMo 6.5 | Android 2.1 | Android 2.2 | Android 2.2 | Android 2.3 |
| 1GHz QCOM | 1GHz QCOM | 800MHz QCOM | 1.0GHz QCOM | 1.2GHz Dual |
| 4.3" | 4.3" | 3.7" | 4.3" | 4.3" 3D |
| Mar-10 | Jun-10 | Oct-10 | 1Q11 | Jun 2011 |
| 1St 4.3" in US | 1St 4G WiMAX in US | 1St HSPA+ in US | 1St to 4G LTE in US | 1St 3D in US |

51

**SAMSUNG**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# FY'12 KEY MARKETING STRATEGIES

## Attacking Consumer Segments & Business Opportunities

**Key Competitors**

**1ˢᵗ Smartphone Buyers**

Aggressive micro targeted media/marketing programs focused on capturing entry level smartphone buyers.

- Mine STA feature phone user base to up-sell.
- Targeted direct mail, digital/social campaigns highlighting benefits/ease of use.
- CSR: recycle feature phones – rebate/savings.



**Volume**



**US Install Base (M)**
**(Beginning of 2012)**

288.1

101.6

54.7

131.8

■ Smart   ■ QMD   ■ Other ClosedOS

**60M\*** closed OS
to buy their first smartphone

69M smart upgraders

Gain unfair share of 1ˢᵗ time smartphone adopters'

\*Source: ComScore 1Q11 Survey: 32% QMD & 18% Feature owners intend to replace their current phone with a smartphone within the next 12 mo.
\*\* STA estimate

52



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# FY'12 KEY MARKETING STRATEGIES

## Attacking Consumer Segments & Business Opportunities

**Loyalty**

Develop "Always On" Relationship Marketing approach to drive engagement and loyalty to Samsung brand/products (Loyalty KPI +30%)

- Social: Grow Facebook/Twitter community (Current: 187K  Goal :5M).
- CRM: Ambassador/Rewards Programs + digital e-mail/newsletters
- Customized communications + content and services (media hub).
- B2B: college, travel, entertainment holistic mtkg. programs



**Repeat Purchasers**

78%

51%

**Repeat Purchasers***

64%

51%

46%

39%

Source: Nielsen 1Q11 *
* % of recent smartphone acquirers  whose  current device
has the same  OEM/OS as their previous device

* % of recent smartphone acquirers  whose  current
device has the same  OEM/OS as their prev device



**Total Smartphone
Repurchases
Over Customer Lifetime**

3.3

1.8

1.1

53

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# CONSUMER LOYALITY:  SAMSUNG BRAND & PRODUCTS

## Building Long-Term Consumer Loyalty



**Winning**
the Consumer

• "Wow" Creative/Marketing Ideas
• Best in Class Product Features
• "Ownable" Consumer Benefits
• Premium Retail Execution
• Services & Content I Care About

**Keeping**
the Consumer

**Engaging**
the Consumer

• Convergence: N-Screen communications + solutions
• Ambassador and Rewards Programs
• Brand Relationship: values, trust and connection
• CSR: caring about the community/issues important to me
• "I can't live without my Samsung Galaxy ___"

• Social: Consistent Facebook/Twitter interaction
• Exclusive Content: Media Hub, Game Hub, etc…
• CRM: Reward engagement/E-Mails/Offers/News
• Mobile: retail interaction/customized messaging
• B2B: Colleges, entertainment, travel

54



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258727

# EVOLVED COMMUNICATIONS APPROACH TO BEAT HTC



**ATTACK** HTC's positioning as the youthful, hip and culturally relevant alternative to Apple.

**STRATEGIES:**
- College Marketing Programs (Brand Ambassadors)
- Youth/Trend Oriented Media Partnerships
- Digital & Mobile Mktg. to teens/young adults
- Exclusive apps/content/services



**EXECUTION:**
- Two way engagement – allow participation with messaging (product + youth as heroes).
- Merge digital/physical world – how do Samsung products enable me to pursue my goals.
- Product as hero/enabler
- Youth culture (music, fashion, sports) creative context.



55

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EVOLVED COMMUNICATIONS APPROACH TO BEAT APPLE

**I-PAD 2**

**ATTACK** Apple (de-position their strengths) with first to market ownable consumer benefits that drive demand for our products.

**STRATEGIES:**
• Premium SOV in Key Mkts./ Mediums
• Aggressive PR (features/benefits)
• Digital & Mobile Mktg. Leadership

**EXECUTION:**
• Existing consumer behaviors
• Emotional connection to product
• Product as hero
• Simplicity



*"Now, we can watch a newspaper; listen to a magazine; curl up with a movie; and see a phone call. Now, we can take a classroom anywhere; hold an entire bookstore; and touch the stars. Because now, there's this."*

56

SAMSUNG

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258729

# STA FY'12 MARKETING FRAMEWORK



| | | | | |
|---|---|---|---|---|
| **Vision** | Inspire the World, Create the Future | | | |
| **Brand Position** | *Wow Experiences, Meaningful Innovation* | | | |
| **Goals** | GALAXY Premium Positioning | CARRIER Mktg "Partner of Choice" | Capture 1st Smartphone Buyers | Enhance Brand/Product LOYALITY |
| **Strategic Directions** | #1 UAT3 + MPSA<br><br>Mktg innovations/NBDB (digital/social/mobile)<br><br>Dominate Priority Mkts (sf, la,phi,chi,dc,ny,bos,dal)<br><br>Premium Retail Experiences | Marketing Programs / Support Plans at Sell-In<br><br>Best In Class Retail Exec.<br><br>Carrier/Category "First's" | Micro targeted traffic driving and incentives<br><br>Mine STA feature phone user base to up-sell<br><br>CSR- Recycle feature phone – rebate/savings | Dramatically grow our Facebook /Twitter community (5M goal)<br><br>Customized content & engagement with STA<br><br>B2B –college, entertain |
| **Tactical Shifts** | Traditional Marketing Mix Similar mktg mix as competition "Selling Products" | ⬌ | New Media/"Always On" Focus on digital, social, mobile & retail "Consumer Relationships" | |
| **Change Directions** | **TODAY**<br>• Reactive/Last Minute Execution<br>• Fragmented Messaging (FLAG/CARR]<br>• Traditional ATL approach | ⬌ | **FUTURE**<br>• Enhanced Process/Best in Class Execution<br>• Unified Campaign Voice/Product POV<br>• Innovative content, partnerships, media | |

57

**SAMSUNG**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# GS II: MARKETING LAUNCH OVERVIEW….

**"10 Reasons Why iPhone 5 will be Beaten by Samsung Galaxy S2"**

**- International Business Times**



58

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# BUILDING ON GALAXY S ENTERTAINMENT POSITIONING

| Key benefit | **Galaxy S II is the premium smartphone with the best mobile entertainment experience.** |
|---|---|
| Reason to believe | **Screen**  *Super AMOLED PLUS Screen -- best screen quality for best video experience*    **Speed**  *Dual Core Processor (2X 1 Ghz) 4G*    **Content**  *Premium content via Media Hub (film, TV, games)* |
| Brand personality | **Inviting, Imaginative, Dynamic** |

59

SAMSUNG

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258732

# GS II INTEGRATED MARKETING CAMPAIGN

HOW DOES THE GS II MAKE MY LIFE BETTER
AND ENABLE ME TO DO THE THINGS I CARE ABOUT.



**Advertising**



**Digital / Social Media/CRM**





**PR**



**Premium In-Store Experience/FMO Support**



**Experiential/Seeding/Sponsorships**

60



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# GLOBAL PR REVIEWS TO INCREASE BUZZ

*"It's the best Android smartphone yet, but more importantly, it might well be the best smartphone, period."*

engadget

*"The Samsung Galaxy S II is smokin'. It's stunningly powerful, generally well-designed, and everything a high-end Android phone should be."*

**PC** PCMAG.COM

*"Once the Galaxy S II does launch in the U.S., it will easily be the new gold standard for Android phones, just like the original Galaxy S was. Android lovers: Start lining up."*

BUSINESS INSIDER

*"The Samsung Galaxy S II is the best Android smartphone available on the market today."*
*4.7 out of 5 stars*

mobileburn

*"When it comes to performance and display quality, the Galaxy S II is pretty much unbeatable."*

*"Samsung's managed to cram a gorgeous display, lightning-fast processor and a powerful camera into one of the slimmest, lightest mobiles we've ever had the privilege to hold."*

cnet uk
Expert tech reviews

*"The Galaxy S II raises the bar in every way from the first Galaxy S."*







61

# GALAXY S II MEDIA LAUNCH EVENT











62

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258735

# SOCIAL MEDIA EXTENDED PR EVENT

## Reached *801,414 people* via *1,185 tweets*

*Searching maximum tweets permitted by Twitter*

**Tweet Types**



- 552 Regular Tweets
- 156 @replies
- 477 Retweets

**Exposure: 5,773,132 Impressions**



- 54,595 2-3 Tweets
- 68,363 4-7 Tweets
- 148,584 > 7 Tweets
- 529,872 1 Tweet

*Each pie slice shows how many people saw how many tweets.*

## Event Summary

- Early Pre Launch efforts focused social conversation around the keyword **#GalaxySII**
- Samsung Mobile US Twitter account generated **1,185 "earned tweets"** which **reached over 800,000 people**.
- Over **5.7MM Impressions** via real time conversation on Twitter.

## Sustaining Buzz

- Strategic tweets continue to be pushed via **Promoted Tweets on Twitter** to continue buzz.
- **Facebook "Galaxy S II Sweepstakes"** went live 7pm EST as users search for Galaxy S II.
- **Twitter "Around the World with the Galaxy S" contest** will go live 8/31 10am to continue engagement and awareness to sustain large volume of online buzz,.

63



# PRE-LAUNCH VIDEOS SHOWCASING BENEFITS OF GALAXY S II







## YouTube Viral Video (Freddie Wong):

### 6 million+ views & counting…

- *#2 Top Favorited over-all*
- *#1 Top Favorited in Entertainment*
- *#2 Top Rated*
- *#1 Top Rated in Entertainment*

*"This video shot with samsung galaxy SII. Wow!"*

***That was shot on a samsung galaxy S2?? I am pleasantly pleased. By pleasant, I mean BLOWN AWAY!***

*What?! So you are telling me, this was all recorded with a samsung galaxy SII? Holy %&$!*

**"Samsung Galaxy S 2 rocks~!"**

64



# GAXAXY S II – "LAST THREE FEET" OPTIMAL IN-STORE EXPERIENCE



**COR, National Retail and Dealer POP** — **Brand Ambassadors** — **Sales Training Incentive** — **On device videos** — **Secret Shopper**

## 2010 to 2011 Increases:

### GSI:

Stores supported:     2,300

% Stores covered:     37%

Training Videos:

Sale's rep's trained:     6,000

### GSII:

Stores supported:     2,900

% stores Covered:     47%

10 Training Videos:

Sale's rep's trained:   10,500

### Additional Highlight:

- Secured front table positioning at Best Buy 10/23-1/30.
- 675 of the highest volume stores
- + 300 Best Buy Mobile stand-alone 25



65

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258738

# GALAXY NOTE AND GALAXY S III
# GO TO MARKET PLANNING



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258739

# STA FY'12 MARKETING GOALS

**BUSINESS GOALS**

**#1**
In US phone volume
In US smartphone volume
In US non-smart volume

**BRAND KPI's**

**#1**
UAT3, MPSA
Innovative Products
Superior  Brand
Fits my Lifestyle
Loyalty (Android OEM's)

**RETAIL EXCELLENCE**

**#1**
Leadership sq footage, signage and displays
    - carriers
    - national retail
Premium Execution for Galaxy Franchise

**DIGITAL + MOBILE INNOVATION**

**5MM**
Grow Facebook/Twitter fans (180K →5M)
Mobile Marketing – category leadership
Significant Online Sales

**HQ  REQUEST**

Accelerated lead times for mktg plan and budget approval:
    - premium media placements
    - mktg and investment plans at carrier sell-in
    - long term retail space commitments

67



HIGHLY  CONFIDENTIAL  –  ATTORNEYS'  EYES  ONLY

SAMNDCA00258740

# APPENDIX

68 **SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258741

# IPHONE AND DROID PROVIDE TWO DIFFERENT  MODELS FOR ANALYSIS



**iPhone**



**Droid**

- Strong existing brand equity with fervent consumer franchise

- Previously established premium price positioning ( Apple)

- $199 launch price

- New brand

- Branding leverages consumer interest in  Android OS

- No prior price positioning

- $199+ launch price.

69

SAMSUNG

# APPLE MAINTAINS PREMIUM RETAIL PRICE UNTIL SUCCESSOR MODELS ARE LAUNCHED – APPROX. 1 YEAR.

## Retail Price Trend by iPhone Generation



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258743

# DROID PREMIUM PRICING SUSTAINED FOR AVERAGE 8 MONTHS, THOUGH PROMOTIONAL PRICING OFFERED EARLIER

## Droid Pricing and Promotion Timing






SAMSUNG

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAMNDCA00258744

# IPHONE MODELS ARE SUPPORTED WITH CONSISTENT AND SUSTAINED MEDIA (AVERAGING 4-5 QUARTERS OF FULL MEDIA PRESENCE)



**iPhone Quarterly Accumulated Ad Spend**

**In Q1'11 ATT loses its iPhone 4 exclusivity and starts promoting the iPhone 3GS heavily**

**Accumulated Spend per Model to-date**

$499MM

$310MM

$241MM

$197MM

**Reduction in iphone 4 spend due to shift to ipad**

* Apple dropped price before successor model for first iphone

- iPhone
- iPhone 3G
- iPhone 3GS
- iPhone 4

72

SAMSUNG

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258745

# APPLE VS. SAMSUNG ATL SPENDING



### iPhone vs. STA Quarterly Accumulated Ad Spend

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258746

# NEW MODELS ARE SUPPORTED WITH A 12 MONTH SOV OF 6-10%



* Droid represents multiple Droid models advertised over 12 month period

74

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00258747

Gavin Kim

# SAMSUNG SERVICE & ECOSYSTEM STRATEGY



75

**SAMSUNG**

# OUR PLAN TO WIN

- Samsung is investing in **SERVICES** that drive **SAMSUNG DIFFERENTIATION** and expand Samsung's **ECOSYSTEM**.

**Differentiation**                                    **+**  **Samsung Ecosystem**           **=**

- Services and experience showcase device capabilities
- Increases consumer stickiness and device sales

- Ensures preference by Developers for Samsung Products



**TouchWiz**

**Media Hub**

**Social Hub**

**Concierge**

**Findmyphone**



**Samsung Apps**

**N-Screen**



## Consumer Loyalty

- Earn consumer trust and excitement for our products
- Ensures continued investment in Samsung products

 **STA Driven Initiatives**

76

**SAMSUNG**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258749

# MOVING FORWARD

- Today, Samsung is building core services and a common platform to support them.
- In 2012, Samsung will compete with a **FULL SERVICE PORTFOLIO** and drive 3rd party preference with developers that is best-in-class.

| | 2011 BUILD | 2012 COMPETE "Best in Class" | 2013 GROUND BREAKING |
|---|---|---|---|
| | • Introduce differentiated service offerings<br>• Scale expertise within STA to build capabilities | • Launch full portfolio of Samsung Signature Services that evolve to best in class | **Scale Expand Monetize** |
| **DIFFERENTIATION** | **Media Hub v1.6**<br>**Social Hub v1.0**<br>**Select v1.0**<br>**Concierge v1.0**<br>**Findmyphone** | **Media Hub v2.0**<br>**Social Hub v2.0**<br>**Select v2.0**<br>**Concierge v2.0**<br>**Findmyphone** | **CUSTOMER LOYALTY**<br><br>**DEVELOPER PREFERENCE** |
| **ECOSYSTEM** | **FOTA**<br>**Select v1.0** | **FOTA**<br>**Select v2.0** | **Brand Perception**<br>**Brand Awareness**<br>**Repeat Purchase** |

77

**SAMSUNG**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258750

# CROSS-PLATFORM; ACROSS PLATFORMS

**Samsung has built the foundations for content & services and will lead C&S offerings among Android OEMs**



Samsung has rapidly closed the gap with C&S offerings among Android competitors.

## MITIGATING RISKS OF ANDROID VERTICALIZATION

Moving Signature Services **Cross-platform**



Moving Signature Services **Across Platforms**



**Leverage N-Screen strategy to drive adoption of Samsung Signature experiences across devices**

78

# CUSTOMER LOYALTY



NOW migrating to common Samsung account platform for all Samsung services.

**Buy Samsung Smartphone**

+++

*Samsung offers improvement to services (e.g., Media Hub, Social Hub, TouchWiz ) to reinforce lock-in.*

**Register for service**

++

*All Samsung products work with Samsung Services.*

*Increases likelihood of continued loyalty to Samsung product family.*

**Consider buying a new product**
SMART TV

+

*Customer Loyalty*

+

**Market Update FOTA**

*An easy, convenient method to experience your device, content, and applications*

**Great experience**

++

+

**Improvement Potential:** Platform fragmentation challenges in driving a common experience.

**Active engagement in service ecosystem**

+

**Improvement Potential:** Samsung direct app developer relationships.

*Users gain comfort with UI / services and builds library of applications and content – increases switching cost*

**Once a consumer buys a Samsung product, they are more likely to use Samsung services, increasing stickiness with Samsung ecosystem**

Source: Lit search; BCG analysis

79

**SAMSUNG**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258752

 Commited

 TBD

# C&S PORTFOLIO

**TouchWiz**  



**Social Hub**   




**Concierge**   



**Media Hub**   



**Findmyphone**  



**Samsung Apps**   



**N-Screen**   




80

**SAMSUNG**

SAMNDCA00258753

# MOBILE OS PLATFORM PRIORITIES

- As Samsung brings its Signature Services to other mobile OS platforms, Samsung will need to clearly set OS priorities to **ensure fast time** to market and **rapid service evolution**.

**This is a two horse race today:  Apple vs Android.    However, developers are increasingly investing in Windows Phone as the 3rd Mobile OS.**



Source: Developer Economics 2011



81

**SAMSUNG**

HIGHLY  CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

# INFLUENCING THE 3RD PLATFORM

**Samsung can influence a 3rd mobile OS platform viability and scale by driving volume aggressively.**



**Other considerations to support a 3rd OS Samsung offering in the US market.**



**BUT, THIS WONT BE EASY…**

… two thirds of developers say there is [little] chance OSes or hardware … would become attractive enough to overtake Android as the No. 2 mobile dev platform, let alone the untouchable Apple iOS.

*Source: Deloitte, Comscore, Nielsen, IDC, STA Analysis*

82

# CROSS-CATEGORY ECOSYSTEM OPPORTUNITY

| | |
|---|---|
| **STA** | *Mobile / Tablets* |
| **SEA** | *TV / Blu-ray* |
| **SMI** | *Developer Network* |
| **MSC** | *Global Services* |

 

## CURRENT APPROACH

### Samsung TV

Free the TV Developer Event

*www.samsungdforum.com*

### SMI

Bada Orange Partner

SMI @ APPNATION

FITC Mobile 2010

*Innovator.samsungmobile.com*

### Samsung Mobile

Google I/O [Honeycomb]

CTIA Android Bootcamp

## 2012 OPPORTUNITY IN THE US

### ONE SAMSUNG – Annual Cross-category Event

- **Consolidate Fragmented Developer Events to ONE Annual Developer Event**
- **Deliver quality tech content**
- **Broaden awareness of Samsung developer community**
- **Increase number of quality apps on Mobile and TV**
- **Increase importance with developer community across Mobile and TV**
- **Est ONE Developer Program cross-category**

83



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# C&S STRATEGIC TAKEAWAYS

**BUILD**

**Aggressively launch full suite of Signature Services across Android platform**

**COMPETE**

**Evolve service offerings to Compete head to head with OEM and 3rd party offerings**

**CROSS-PLATFORM**

**Broaden consistent cross-OS platform support for Samsung Signature Services to include Windows Phone and Bada.**

**ACROSS PLATFORM**

**Continue to develop and drive Signature Services across other device platforms like TV and Blu-ray.**

**3RD US MOBILE PLATFORM**

**Collaborate with HQ to set clear priorities for a viable 3rd mobile OS platform to ensure fast time to market and rapid evolution with Samsung Signature Services.**

**ONE SAMSUNG DEVCON**

**Build ONE Samsung Developer Community and Developer outreach programs.**

84

**SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# GREAT USER EXPERIENCES AND SERVICES DRIVE CUSTOMER PREFERENCE AND POST-SALES RELATIONSHIP

**Winning**
the Customer

- Establish customer preference
- Provide differentiation against competitors
- Showcase H/W innovation through tangible and innovative experiences
- Bring innovations to Samsung first by creating Developer preference.



**Keeping**
the Customer

**Engaging**
the Customer



- Stay with Samsung to keep your content and data
- Upsell the device ecosystem around amazing experiences

- Establish an ongoing relationship post-sale
- Deepen our Customer Experience
- Expose Samsung's full device ecosystem

85

**SAMSUNG**

# APPENDIX



86

# FOCUS ON BUILDING C&S OFFERINGS AND BROADENING ECOSYSTEM PREFERENCE



The importance of C&S and ecosystem strength is measurable and high...



The App Store launch in 2008 had a direct contribution of 42% unit share lift to Apple
*(Source: Altman Vilandrie)*






Stickiness:  The average iOS customer has over $100 in iTunes/ AppStore paid content
*(Source: Apple reports, STA Analysis)*



55% of mobile phone users say that apps impact their purchase decision
*(Source: Comscore)*



Among tablet intenders, 46% are more likely to buy if they have premium content access
*(Source: Oliver Wyman)*



87

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# QUANTIFYING C&S IMPACT ON DEVICE SALES

Apple generated ~42% volume share lift through App Store launch in July 2008.

– Discounting impact of new hardware (e.g. iPhone 3G/3GS) or new OS (2.0/3.0) introductions by comparing the lift in July 2008 (when the App Store launched along with OS 2.0 and the iPhone 3G) to that in June 2009 (when the iPhone 3GS launched with OS 3.0)



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                SAMNDCA00258761

# PERFORMANCE - WEEK 37 (SEP 10, 2011)

| Cumulative Totals | |
|---|---|
| Revenue | $3,936.6 K |
| Transactions | 682 K |

| | |
|---|---|
| Total Registered Users | 737,678 |
| Total Purchasing Customers | 203,273 |
| Sales Conversion Rate | 27.55% |
| Average Spend Per Transaction | $5.77 |
| Total Avg Transactions Per Customer | 3.36 |





89

# CONTENT TITLES AVAILABLE

- Ingest priority is placed on CURRENT movie titles (vs library) and TV SHOWS that are renewing.
  - High-value, mass market focused content library vs long tail search inventory.

| Week | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 52 |
|------|----|----|----|----|----|----|----|----|
| TV | 4595 | 4636 | 4753 | 4827 | 4892 | 4952 | 4990 | 6K |
| Movie | 741 | 738 | 740 | 744 | 743 | 743 | 740 | 1K |
| TOTAL | 5276 | 5374 | 5493 | 5571 | 5635 | 5695 | 5730 | 7K* |
| % Increase | 1% | 2% | 2% | 1.4% | 1.1% | 1% | 0.6% | |

*Will depend on agency model support*

90

SAMSUNG

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258763

# SAMSUNG WILL PASS APPLE IN PHONE REVENUE IN 2013

## Step 1: Close the Premium S-P ASP Gap



**Carrier Push**

– Subsidy pressure
– No carrier differentiation

+ Latest technology
+ Higher CLV

 $525†

SAMSUNG $499‡

**Consumer Pull**

– Portfolio ASP decline
– Less differentiated UX
– Decreasing loyalty

+ Brand affinity
+ X-category UX
+ Best HW
+ Increasing loyalty

## Step 2: Close the Loyalty Gap

**Repeat Purchasers**



78%

51%

*Source: Nielsen 1Q11 \**
*\* % of recent smartphone acquirers whose current device has the same OEM/OS as their previous device*

† Includes iPhone4
‡ Includes Droid Charge, Droid Nexus, GSII

## Step 3: Close the S-P Volume & Revenue Gap



Q4'13:
SS: 18M, $3.8B
A:  8M, $3.7B

$12,500    $14,250    $14,625
$9,180     $12,000    $13,650

20.0  25.0    38.0  30.0    54.3  32.5

2011    2012    2013

■ SS VOL $    ■ A VOL    — SS REV TTL    — A REV TTL

**Beat Apple Phases**

S=2H    S>A    $S>$A (Q4'13)

## Step 4: Close the Tablet Gap



$9,050    $10,300    $10,600
$700      $1,200     $3,600

18.1  1.8    20.6  3.0    21.2  9.0

2011    2012    2013

■ iPAD VOL    ■ SS TAB VOL    — iPAD REV    — SS TAB REV

91    SAMSUNG

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258764

Nick DiCarlo

# 2012 PRODUCT STRATEGY & PLANNING



92

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    **SAMNDCA00258765**

# Executive Summary

- Actions, Successes and Lessons Learned in 2011
  - S=2H
  - 50% Smartphone SKU/Volume Transition
  - Strong partnership with Metro, Verizon and ATT on LTE Launches
  - SAMOLED Display to the mass segment products

- Planning 2012
  - Further align roadmap to 70-80% smartphone mix
  - Better execution on Hero Exclusive Launches
    - Galaxy Nexus, Galaxy Note, ATT LTE Launch, Sprint LTE launch, TMO-ATT transition planning; Sidekick, etc.
  - 2012 Goals : S>2H, S>A

93



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258766

# 2011 Product Planning Lessons & Results



**SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Beginning of 2011, we had goals ;

# (1) Smart > Closed

**50%+ Smartphone SKU / Volume mix by year end**

# (2)  S = 2H

95

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258768

# Total US Market



- By the end of 2011, 60+% will be Smartphone in the US market
- Among 60+% Smartphone, Android & iOS are becoming the only relevant OS platforms

96

SAMNDCA00258769

# STA has dominated Closed OS, so transition to majority Smartphone Maker has been a great deal of effort for STA and HQ R&D
## **By Q4, '11, STA reaches 50:50 SKU mix & achieves S=2H**

☐ = Market smartphone 50/50 SKU mix transition

◯ = Samsung smartphone 50/50 SKU mix transition

Smartphones vs Non Smartphone SKU#





**SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258770

# 2011 - Samsung doing amazing hardware



**Samsung Galaxy S II**

*A bright new light in the Android Universe  It's the best Android smartphone yet*

**Droid Charge review**



*LTE, A great screen and solid battery life for a very good phone*



*the Galaxy Tab 10.1 itself is a beautiful and thin tablet with an industrial design to die for*

98  **SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258771

# Prominently promoted products



Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

99

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258772