# ..by providing Carrier Exclusivities



Nations thinnest 4G smartphone
ATT's Fastest 4G

**Galaxy S II**
*Thinnest GSII*

Celox: ATT's first LTE smartphone

**DROID, Galaxy Nexus**

Samsung's First VZW LTE
Samsung's First Droid

Galaxy Nexus-First ICS device

**First Boost Smartphone**

**Galaxy S II**
*First to market*

T-Mobiles Fastest 4G

**Galaxy S II**
*Fastest GSII (42Mbps)*

100

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Tablets: #2… yet far behind Apple
# Amazon posing a threat in Android tablets

**24%** | **Galaxy Tab #1 Android Tablet Share**

**73%** | **IPad Total market share**

| 11% -> 17% | **Android Tablet Market Share** |

| 10K -> 23K | **Samsung Weekly Tablet Sales** |

| 52% / 48% | **Connected/ Wifi-sales ratio** |

**1Q'11 -> 3Q'11**



## Amazon expected to sell 3 to 5 million tablets in Q4 2011

By Rachel King | August 29, 2011, 10:59am PDT

**Summary:** *Forrester Research predicts that Amazon's tablet will be a huge hit in its first quarter of availability.*

Although **Amazon** hasn't even officially unveiled a tablet of its own yet, some tech insiders are ready to bet big on its success.

Sarah Rotman Epps, a senior analyst at **Forrester Research**, argues that Amazon can launch a tablet priced below $300, then Amazon will likely sell three to five million tablets in the fourth quarter of 2011 alone — that is if we even see it this year.

Source: Internal STA sales estimates & Forecasts
With Nook Color excluded

101



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258774

# 2012 Actions & Improvements



Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

**SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00258775

# Way to achieve our GOALS…

# (1) S > 2H

**Competing in Smartphones, Tablets, Accessories + Innovations**

# (2) S > A

**Competing in Smartphones, Tablets, Accessories + Innovations**

103 **SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# With HQ's support, STA positioned to reach S > 2H target by End 2012



**STA Providing Consumers with More S-P Choices**

Samsung S-P SKUs > HTC  SKUs
Samsung S-P SKU launch rate > HTC

**Winning** the Customer

**S > 2H**

**Keeping** the Customer

**Engaging** the Customer

MediaHub Evolution

Smart TV - Phone Interaction

Improved, consistent cross platform UI  for superior user experiences

Media Hub Transactional Revenue by SKU

Infuse 4G

Droid Charge

Investment in MediaHub, starting to taking off, especially with our 4G devices

104  **SAMSUNG**

# Way to achieve our GOALS…

# **(1) S > 2H**

1) **# of SKU selected, covering high volume price points**
2) **Technology Firsts in 2012 / LTE**
3) **Samsung Family Strategy**

105 

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Once STA's roadmap achieves 80% Smart SKU Mix, we will dwarf HTC's roadmap & volume





106

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# STA's Total SKU count has risen very slowly (Flat on a Share Basis), but revenue has grown by $4Billion



**SAMSUNG TOTAL SKU COUNT**

**SAMSUNG SKU SHARE OF TOTAL MARKET**



107

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258780

# Market Disruptions We are Using to Beat HTC

## 1.  ATT – TMO 'NewCo' Merger Launch on April 1, 2012

1.   Celox HD (Magnum) as the 'on stage' hero model
2.   Updated Mass LTE Proposal to drive high volume
3.   LTE Successor to Sidekick for ATT to help ATT manage churn

## 2.  SPRINT LTE Network Launch in Q2 2012

1.   Gained agreement from Sprint to launch Mass & Premium LTE pair to drive volume

## 3.  Leading LTE Supplier for Verizon in 2011 & 2012

1.   6 LTE product launches: 3 smartphone, 2 tablet and 1 hotspot
2.   Continue with additional LTE smartphone and Tab launches

108 

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Leadership Plans in 2012

| Q4 2011 | Q1 2012 | Q2 2012 | Q3 2012 |
| --- | --- | --- | --- |

  

**GALAXY TAB 7.7"**
**First Super AMOLED Tablet**
**Verizon Exclusive**



**Samsung**
**GALAXY SIII**

**Sprint LTE Network Launch**

**GALAXY NEXUS**
**First Ice Cream Sandwich device**
**Verizon TTM Exclusive**
**First HD Super SAMOLED**
**First LTE at Sprint**

**GALAXY NOTE**
**First 5.3" HD Super AMOLED**
**First Pen Input**
**New Device Category**
**ATT Exclusive**



**GALAXY S2 SkyRocket HD**
**HD Super AMOLED**
**ATT Exclusive**
**Media Hub HD Content**



**First VoLTE devices**





**Auger**
**Mass LTE**
**ATT New Co Exclusive**
**Green SKU**



**P2 Mass Tablet**
**7" Honeycomb**
**Peel Integration**
**TMO launch partner**



**Sidekick Franchise**
**LTE or 42Mbps**

109 

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258782

# Samsung's room to improve elements



**Key Competitors**  **Samsung's room to improve**

**PREMIUM**
**(RP $299-$249)**

**Ecosystem Build Out**

**Marketing Aggressively**

**MASS**
**(RP $199-$99)**

**Price competitiveness**

**Carrier friendly strategy**

**ENTRY**
**(RP <$79)**

**Manage Price in Lifecycle**

**Right Spec / Right Time**

27M
Mac
11M
<2M
AppleTV
iPad
iTunes
Available on the App Store
23M
64M
Non-Touch iPod
iPhone
18M
iPod Touch

110

SAMSUNG

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258783

# 2012 US Market Product coverage

**Key Competitors**                                                **Samsung Products**

## PREMIUM
## (RP $299-$249)



iPhone 5 & 6

|  | VZW | AT&T | SPRINT |
|---|---|---|---|
| 1H 2012 | Galaxy Nexus | GS2 HD LTE | Galaxy Nexus+ |
| 2H 2012 |  | Samsung GALAXY SIII |  |

## MASS
## (RP $199-$99)



 

|  | VZW | AT&T | SPRINT |
|---|---|---|---|
| 1H 2012 | **Galileo** | GSII, GSII LTE | **Chief2** |
| 2H 2012 | Aegis2 | **Kenos** | Epic3 Touch |

## ENTRY
## (RP <$79)



|  | VZW | AT&T | SPRINT |
|---|---|---|---|
| 1H 2012 | Aegis | Auger | Chief |
| 2H 2012 | **Jasper** | **Codina** | **TBD** |

111



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    SAMNDCA00258784

# 2012 Tablet experience gaps; Action plan to compete against Apple



**Win Strategy for 2012**

**Win the Customer**

**Product Competitiveness**

**POS Experience**

- Continue to work with select **carriers and retailers** for prime POS positioning & marketing efforts
- Work with select retailers such as **Gamestop** to optimize consumer buying experience and support for Android tablets

**Delight the Customer**

**Ease of Use**

**Content Ecosystem**

- Deliver capability for key use cases out-of-box: Video, Gaming, Reading, Productivity, Communication
- Work with 3rd parties to cover key content ecosystem gaps are covered (Netflix, Skype, Facebook etc.)

**Lock-in the Customer**

**Common UI**

**Device-to-Device interactions**

- Maintain consistency of TouchWix UX/UI and Samsung signature experiences across portfolio
- Enable interactions/ sharing capability between Phone-Tablet-TV
- Consider bundling opportunities

Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

112 

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258785

# 2012 US Market Product coverage

**Key Competitors**



**PREMIUM
(RP $299-$249)**

iPhone 5 & 6

**Samsung Products**



|  | VZW | AT&T | SPRINT |
|---|---|---|---|
| 1H 2012 | Galaxy Nexus | Galaxy S2 SKyRocket HD | Galaxy Nexus+ |
| 2H 2012 |  | Samsung GALAXY SIII |  |

**Win Strategy for 2012**

| | Apple | Samsung | |
|---|---|---|---|
| **Product Competitiveness** | 🟡 | 🟢 | |
| **Positioning** | 🟢 | 🟡 | |
| **Ease of Use** | 🟢 | 🟢 | |
| **Content Ecosystem** | 🟢 | 🟡 | |
| **Common UI** | 🟢 | 🟡 | |
| **Device-to-Device interactions** | 🟡 | 🟡 | |

- Best in class HW/SW experience
- $299/$199/$99 vs 299/$249/$199
- $299/$199/$99 vs 299/$249/$199
- Deliver capability for key use cases out-of-box: Video, Gaming, Reading, Productivity, Communication
- Work with 3rd parties to cover key content ecosystem gaps are covered (Netflix, Skype, Facebook etc.)
- Maintain consistency of TouchWix UX/UI and Samsung signature experiences across portfolio
- Enable interactions/ sharing capability between Phone-Tablet-TV
- Consider bundling opportunities

Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

113

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258786

# 2012 US Market Product coverage



**Key Competitors**

**MASS
(RP $199-$99)**

**Samsung Products**

| | VZW | AT&T | SPRINT |
|---|---|---|---|
| 1H 2012 | Galileo | GSII, GS2LTE | Chief2 |
| 2H 2012 | Aegis2 | Kenos | Epic3 Touch |

**Win Strategy for 2012**

| Product Competitiveness | ● | ● |
| Positioning | ● | ● |
| Ease of Use | ● | ● |
| Content Ecosystem | ● | ● |
| Common UI | ● | ● |
| Device-to-Device interactions | ● | ● |

• Best in class HW/SW experience
• $299/$199/$99 vs 299/$249/$199
• $299/$199/$99 vs 299/$249/$199
•Better Content Ecosystem with Media Hub, Allshare, etc
•Work with 3rd parties to cover key content ecosystem gaps are covered (Netflix, Skype, Facebook etc.)

•Maintain consistency of TouchWix UX/UI and Samsung signature experiences across portfolio
• Enable interactions/ sharing capability between Phone-Tablet-TV
•Consider bundling opportunities

114

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258787

# 2012 US Market Product coverage

**Key Competitors**




**ENTRY
(RP <$79)**

**Samsung Products**

|  | VZW | AT&T | SPRINT |
|---|---|---|---|
| 1H 2012 | Viper | Auger | Chief |
| 2H 2012 | **Jasper** | **Codina** | **TBD** |

  **Win Strategy for 2012**



- Best in class HW/SW experience
- $30-$100 Price gap in both 3G/LTE products
- $299/$199/$99 vs $299/$249/$199
- Better Content Ecosystem with Media Hub, Allshare, etc
- Work with 3rd parties to cover key content ecosystem gaps are covered (Netflix, Skype, Facebook etc.)
- Maintain consistency of TouchWix UX/UI and Samsung signature experiences across portfolio
- Best brand in Mobile industry

115 **SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258788

# 2012 Portfolio Summary

## 1.  Premium segment well covered with Galaxy Brand All Year

1.  **Many strong carry over models from 2011 + Galaxy Note / Galaxy S 2 Skyrocket HD**
2.  **Galaxy S 3 as a true industry leader SKU, GS2 lifecycle mgmt**

## 2.  RP $199 is Critical for success

1.  **Lifecycle management of Premium devices is Critical ($249+ → $199)**
2.  **VZW: RP$199 product launch in 1H 2012 is essential to compete with iPhone5 & HTC Vigor(4.3" QHD) – Galileo schedule has to be pulled in**
3.  **Sprint : Chief2 as a volume driving LTE product in 1H 2012**
    **→ Schedule is critical (Apr/May 2012 launch)**
4.  **AT&T : Lifecycle management of existing Premium products is critical**

## 3.  Entry LTE is key for success in 2012

1.  **Accelerate Carriers to transition faster from 3G to LTE network**
2.  **Most price sensitive segments, where $5-$10 delta could be considerably important for purchasing factors**
3.  **Need to be price competitive or achieve Time2market to avoid price disadvantage**

116



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258789

# Improving Product Competitiveness

- Creating Truly Best In Class Products: HW, SW, UX, C&S
- New Product Marketing Collaborations: Note, Galaxy S 2 HD, GS3
- Mix of Exclusive Models with Galaxy S to leverage Carrier Marketing $



**Winning** the Customer



**Keeping** the Customer

**Engaging** the Customer

- Leveraging Product Franchise like Sidekick, Gravity, Galaxy S, Rugby to keep customers within the Samsung Family
- Target Galaxy S 1 Users for upgrades to Tab, Galaxy S 2 & 3,  etc.

- Launching with complete content ecosystem – Media Hub, Social Hub
- Improved Out of Box Experience
- Multi-Device connectivity, Kies Air, Media Hub Show,

117



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258790

# S > A requires us to think differently



Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

118

SAMSUNG

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258791

# Apple U.S. installed base strong, with high levels of co-ownership within iOS >> Strong 'Engage & Keep'

**145M**  Apple collective U.S. device installed base



27M
Mac

<2M
AppleTV

11M
iPad

64M
Non-Touch iPod

23M
iPhone

18M
iPod Touch

**45M**  unique iOS users*

- Each iOS user spends over $100 on content & apps
- Avg of 83 app downloads per user in 2011
- 18% of apps are paid at an average price of $1.44



iPhone
17.0 million

1.8 million

3.5 million

250K

760K

iPod Touch
14.9 million

iPad
6.8 million

- *35% own an iPhone*
- *10% own an iPod Touch*

*Sources: Comscore, Apple, Pew Internet Research, STA Analysis*

119



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Apple U.S. installed base strong, with high levels of co-ownership within iOS >> Strong 'Engage & Keep'

**145M** Apple collective U.S. device installed base

**45M** unique iOS users*

**Each Product Leverages a Common UX and C&S EcoSystem**

apps

27M

Mac

- 18% of apps are paid at an average price of $1.44

<2M

AppleTV

11M

**Network Effects – Products Work Better Together Than Separate**

iPad

17.0 million

1.8 million    3.5 million

250K

64M

23M

**Can Price Products Higher To Capture that 'Network Effect' Value**

18M

iPod Touch

- 35% own an iPhone
- 10% own an iPod Touch

*Sources: Comscore, Apple, Pew Internet Research, STA Analysis*

120  

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Android is 'Sticky' But Samsung Android is not yet



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258794

# Selling to the Base Is More Efficient



Source: "P4 Customer Research: Question-by-Question Read-
Out," Oliver Wyman, Apr 11

- Consumers who own our smartphones are pre-disposed to purchase our products.

- We can strengthen this lead further through more connective tissue across the entire Samsung family of products



122

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258795

# Galaxy S2/ Tab Introduced the Samsung EcoSystem, Galaxy S 3 Can Make it the Hero Feature

## *ICS Based Galaxy S 3 and Galaxy Tab Next Gen*

## *GALAXY S 2 and Galaxy Tab*







**First unified UX across product categories**
➤ **Social Hub & Live Panel Widgets**

**Media Hub Show capability for HD TV**

First commonality of UX achieved on Galaxy Tab and Galaxy S 2
Carry over through Ice Cream powered devices + Galaxy Player

123



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00258796

# Leveraging our Signature Services

 **VS** 



Mac

AppleTV

iPad

Non-Touch iPod

iPhone

iPod Touch

Moving Signature Services **Across Platforms**



Launched

Launched

Future

Q4 '11

**Leverage N-Screen strategy to drive adoption of Samsung Signature experiences across devices**

124

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Actions to Beat Apple

☐ **Leverage standardized connector strategy to enable a 3rd Party Ecosystem around our products**

**Smart Acc'y**

☐ **Discoverability & Distribution of Leading Cross Platform Capabilities**

**Enhanced Retail**

☐ **Media Hub Show, Samsung Smart View, Kies Air... Samsung Apps**

**Rich Library of Cross Platform Svcs**

✓ **Galaxy Nexus**

**Improve Application Population**

✓ **Galaxy 2011**

**Common User Interfaces**

✓ GALAXY S

**Best in Class Hardware**

125   **SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258798

Corey Kerstetter

# 2011 SCM Review



Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

126

**SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258799

# STA's SCM Performance has been mixed in 2012

**Focus Area**  Improve AP2 Accuracy by driving account teams to lock down promotions/positioning further in advance – be more proactive!

- Entire account team (Operations, GM, Sales, Marketing, Product) must be involved
- Addresses one of key lessons from disappointing 2011 performance to date







## Actions

- Re-trained sales teams on SCM metrics/KPIs
- Implemented SCM-related MBOs (2010 and 2Q11):  AP2 and S/F accuracy, aging inventory, demand reduction
- Publishing Weekly KPI Report, with root causes
- Reviewing KPIs during SCM Day, especially AP1-AP2 Gap and carrier WOS; good buffer management and intra-account communication is critical for improving AP2
- Reviewing Opportunity Funnel during SCM Day (focus of SCM day is sell-thru vs. sell-in)
- Working with carriers to improve AP1 accuracy
- Increasing Channel Visibility/MCS implementation
- Rolling-Out Samsung Sales Framework (SSF) - first JBPs in 4Q
- Improve EOL management (in planning stage)



127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SAM is working with our partners to increase visibility to and understanding of end-to-end Supply Chain Flow



## Problem Statement

1. Due to 2-tiered nature of US carrier market, SAM loses visibility to products once they enter "external" channels

2. Major component of forecast volatility is National Retailer and Distributor sales

3. Due to market maturity and competitiveness, deepened channel understanding will be essential for future growth

## Channel Visibility Focus Areas

1. Understand end-to-end flow of SAM products through entire supply chain

2. Use Channel Visibility (National Retail, Distributor, COR store) as SAM SCM/CPFR differentiator

3. Use Channel Visibility data to better focus sales and marketing activities to improve business performance





## Actions/Next Steps

- Working with SEC PI Team to roll-out MCS; slightly behind schedule due to challenges of obtaining both carrier and retailer store-level data and complexity of data mgmt.

- Strengthen CPFR relationship with Brightstar; unique opportunity as Brightstar is wireless "category captain" for Wal-Mart (20M+ yearly handset sales)

128

**SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258801

# Use SAM SCM/CPFR Innovation to Strengthen our customer Value Proposition

### SAM Inventory Mgmt. Framework



### Focus Areas

1. Use SCM/CPFR to help customers answer question "Why Samsung"
2. Improve overall supply chain efficiency



**VICS CPFR Implementation Excellence Winner 2011 Samsung/Verizon**

*Congratulations!*

### Next Steps

1. Initiate collaboration project with AT&T
- Best Practice sharing / brainstorming session tentatively scheduled for 1st week of October
- Possible focus areas:  $$ WOS, POP, Channel Visibility, EOL mgmt., blanket POs
2. Build upon successes of SAM/VZ CPFR partnership (e.g., improved executive relationships)
- 4Q:  Increase delivery frequency to VZ DCs
- 2012:  Explore possibility of Direct to Store delivery

### 3rd Party Recognition

- VZ/SAM OCP won 2011 VICS CPFR Implementation Excellence Award
- Best Practice Case Study on VZ/SAM OCP due to be released by Gartner in early 4Q



**Samsung/VZW Best Practice Case Study – To be Published Early Q4**

129

**SAMSUNG**