Esther Lee

# 2012 PI STRATEGY

I. PROCESS INNOVATION ROADMAP

II. MAJOR ACTIVITIES

    1. TCO (**T**otal **C**ost of **O**wnership) PROGRAM

    2. PRIME (**P**roduct **R**eal-time **I**nsight and **M**arketing **E**fficiency)

III. PI'COMMITMENT TO BE THE ENABLER FOR STA



130

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

# I. Process Innovation Roadmap

## PI will be **the enabler** for STA to be **unbeatable #1** in the US Market

### New Era ( 2011 ~ )

- **TCO Program**
  - Carrier collaboration to reduce operation cost
  - Dashboard for T-Mobile & Verizon
- **PRIME**
  - External market data analysis
  - Strategic decision making tool
- **STA*SAM**
  - SalesForce.com B2B Sales Funnel
  - Customer Contact Info.
- **SMART**
  - Profit simulation
  - Smartphone dashboard
- **Verizon Return Reduction Activities**
- **JDPA Dashboard (Industry First, Samsung only)**
  - Early sensing through monthly result sharing

### Phase I ( ~ 2008 )

- **Vendor Scorecard System**
  - Managing carrier scorecard measurement through system
  - Proactive action / analysis
- **Initiate Market Sensing**
  - Competitor/Carrier/weekly market share (Sell Thru)

- **SMART**
  - EW(Red flag : Sell Thru, WOS)
  - Competitor/Market analysis
- **STA*RS**
  - Contents sharing (Include HQ)
- **CNET Dashboard (Industry First)**
  - Real-Time Dashboard via CNET I/F (Business View)

**Strategic Alliance**

**Process Excellence**

**Process Innovation**

**Collaboration**

**Integration**

### Phase III ( 2010 )

*( Project underline in the next slides)*

### Phase II ( 2009 )

131



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258804

# II.  MAJOR ACTIVITIES
## 1.  TCO PROGRAM - CONCEPT



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258805

# II. MAJOR ACTIVITIES
## 1. TCO PROGRAM – PROGRESS

" **Samsung is the only manufacturer proposed wow idea when we requested total cost saving**. Verizon will support 100%." **Let's Start right now** *!*

- **VERIZON COO John Stratton**, COO & CMO MEETING -

" **The first Carrier and Device manufacturer who truly work together** to drive out the costs ." **Let's Begin** *!*

- **T-MOBILE SCM VP Scott Searls**, TCO KICK-OFF MEETING -



T-Mobile TCO Go-Live Meeting
(March 18, 2011, T-Mobile office)



| | | |
|---|---|---|
| **T··Mobile·** | **2010. 07.** | **Kick-off Meeting** (Seattle, TMO office) |
| | **2011. 03.** | **Go-Live** and Follow-up plan review (Seattle, TMO office) |
| | **Current** | **Total Return Reduction activities** |
| **verizon** | **2011. 07.** | **Go-Live Meeting** (New Jersey, Verizon office) |
| | **Current** | **Joint NTF Reduction activities** |
| **Sprint** | **2011. 01.** | **Joint Return Reduction T/F with SPRINT** |
| | **Current** | **Monthly return reduction meeting** |
| **at&t** | **2011. 05.** | **Review AT&T COOL system** (Atlanta, AT&T office) |
| | **Current** | **Interface with COOL system** |

133 **SAMSUNG**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# II. MAJOR ACTIVITIES
## 1. TCO PROGRAM – ROI AND CURRENT ACTIVITIES







**T-MOBILE**

- **Cost Saving:       $13.9M**
  - Kit Break:     $12.5M
  - Transportation: $1.4M
    (Reduce lead time: 4 days)

**VERIZON**

- **Cost Saving: $59.7M**
  - Verizon:  $44.2M
  - Samsung: $15.5M

**SPRINT**

- **Cost Saving**
  - Sprint:   $6.6 M
    (AVG cost per unit: $47)

### ● Current Activities

| **Proactive management with HQ** | **Focus on NTF Return reduction** | **Continues return reduction activities with SPRINT** |
|---|---|---|
| ■ **Daily DOS Review**<br>■ **Weekly Quality Red Flag**<br>  - Automatic weekly KPI email<br>■ **Call Center Joint Summit (06 '11~)**<br>  - War room process to improve troubleshooting capacity | ■ **Call Backs Research (08 '11)**<br>  - i510/Droid charge<br>■ **NTF Joint Session (09 '11)**<br>  - i500/Fascinate, i510<br>■ **On-site Visit (09~10 '11)**<br>  - High return Store Visit<br>  - Call Center Visit | ■ **Monthly return analysis with Sprint quality team**<br>■ **Sprint PAC Process**<br>  - Joint analysis initial return unit<br>■ **Call Center Visit (09 '11)**<br>  - Call monitoring and supporting |

Copyright ©2011 Samsung Telecommunications America • Confidential & Proprietary

134 **SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258807

# II.   MAJOR ACTIVITIES
## 1. TCO PROGRAM – DASHBOARD SCREEN



[ Executive Dashboard]

[ Return Performance]

[ Reverse Logistics Performance]

[ Call Performance]

135

SAMNDCA00258808

# II.   MAJOR ACTIVITIES
## 2. PRIME (Product Real-Time Insight & Marketing Efficiency)

### Competitive Advantage

#### Strategy & Product Planning

- Price Strategy
- Product / Feature Comparison
- Subsidy negotiation based on competitor ARPU

#### Marketing

- Market Promotion Planning
- Competitor media spend analysis

| EXTERNAL SOURCES | DATA |
|---|---|
| Competitrack | Media Spend |
| ComScore | Install Base No. of users |
| Current Analysis | Retail Price |
| Hall & Partners | Brand Index (MPSA / UAT3) |
| Nielsen | Carrier ARPU |
| Phone Arena | Competitor Product Specs |
| CNET | Product Rating |

● MARKET INSIGHT



*(Source: Hall & Partners, comScore)*

● PRODUCT INSIGHT



*(Source: PhoneArena, SMART/)*

● MEDIA SPEND OVERVIEW



*(Source: Competitrack)*

● PRODUCT LAUNCH



*(Source: PhoneArena, CNET)*

136

**SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# III. PI'COMMITMENT TO BE THE ENABLER FOR STA

Continuously **Sensing the Market**
using the PRIME Dashboard II

**Winning** the
Carrier



**Keeping** the
Carrier

**Engaging**
the Carrier

Managing Key **Customer Information
& Sales Activities** through
salesforce.com

Expand TMO/VZW  TCO Dashboard
to SPR & ATT to **Lead the Market in
Data Collaboration**

137

**SAMSUNG**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Tom Jasny

# NETWORK SYSTEMS BUSINESS REVIEW



138

SAMSUNG

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SAMSUNG HAS A MULTI-STEP STRATEGY TO REACH #3 4G RAN MARKET SHARE IN NORTH AMERICA

**4G Small Cells: US will lead**



**$1 billion in 2013**

**STA 3-Year Forecast**

| | 2011 | 2012 | 2013 |
|---|---|---|---|
| AT&T | | | 48 |
| US Cellular | | 30 | 35 |
| MetroPCS | 7 | 25 | 55 |
| Verizon | 40 | 42 | 162 |
| Sprint | 158 | 508 | 708 |



**Growth begins in 2H 2012**

**$5B worldwide revs in 2014**

2012    2013    2014

**16% of surveyed operators plan to trial LTE-A by 2013**

**Win next-gen macro business**

- Addition of LTE-Advanced support to multi-mode eNodeB
- End-to-end re-architecture of RAN to reduce energy consumption, increase network flexibility and ease of deployment

Need HQ support for:
- Roadmap for next-gen macrocells, especially LTE-A support and architectural transformations
- LTE multi-mode eNodeB products in 2013

**Drive disruptive small cell strategy**

- Verizon 3G femto subscriber growth
- 3G/4G pico trials leading to commercial service at AT&T, Verizon, MetroPCS, ...
- Differentiated architecture with multi-vendor integration and optimization of heterogeneous networks (HetNets)

Need HQ support for:
- 3G/4G picocell trials in Q1 2012
- Roadmap and whitepapers for HetNet architecture, especially in multi-vendor networks

**Grow existing business**

- Sprint Network Vision rollout
- Expanded macro opportunities at MetroPCS
- Win LTE macro phase 2 at US Cellular
- Must execute flawlessly to gain operator confidence

Sources: Infonetics, Maravedis, STA analysis

139



# OPERATORS MUST MAKE CONTINUING NETWORK INVESTMENTS TO KEEP UP WITH TRAFFIC GROWTH



**North America 4G Product Revenue**

Services revenue can be as large as product revenue depending on the degree of service provider outsourcing



## SAMSUNG IS WELL-POSITIONED IN SMALL CELLS

|  | Alcatel·Lucent | ERICSSON | SAMSUNG | HUAWEI | Nokia Siemens Networks |
|---|---|---|---|---|---|
| **Macro** | Strong | Strong | Competitive | Emerging | |
| **Pico** | Emerging | Emerging | Strong | Emerging | |
| **Femto** | Competitive | Low | Strong | Low | |

## ... BUT NEEDS A NEXT-GEN MACROCELL STORY ASAP

| | |
|---|---|
| LTE-A upgrade of multi-mode eNodeB | RF & baseband architectural enhancements |
| Low-risk multi-vendor HetNet integration | Full turnkey managed network services |

140

**SAMSUNG**

# APPENDIX



141

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00258814

# 2012 STA BUSINESS PLAN SALES

Kunit, $K

| Division | | '2010 | '2011 | | | 2012 | |
|---|---|---|---|---|---|---|---|
| | | Actual | Plan | Fcst(T09) | Achieved % | Plan | Growth(%) |
| WT | Q'ty | 55,093 | 62,100 | 54,150 | 87.2% | 58,800 | 8.6% |
| | Amt | 8,096,198 | 9,695,545 | 9,185,739 | 94.7% | 11,027,680 | 20.1% |
| | ASP | 147.0 | 156.1 | 168.2 | 107.8% | 185.9 | 10.5% |
| WiMax | Amt | 185,843 | 156,702 | 170,948 | 109.1% | 508,134 | 197.2% |
| WNS | Amt | 60,957 | 117,230 | 71,593 | 61.1% | 96,322 | 34.5% |
| BCS | Amt | 25,642 | 33,001 | 27,393 | 83.0% | 28,699 | 4.8% |
| Sales Total | Amt | 8,703,667 | 10,002,477 | 9,455,672 | 94.5% | 11,660,835 | 23.3% |
| SVC | Amt | 221,348 | 276,379 | 228,134 | 82.5% | 263,910 | 15.7% |
| Set Total | Amt | 8,925,014 | 10,278,856 | 9,683,806 | 94.2% | 11,924,745 | 23.1% |
| R&D | Amt | 59,947 | 68,869 | 43,133 | 62.6% | 39,848 | -7.6% |
| STA Total | Amt | 8,984,961 | 10,347,725 | 9,726,940 | 94.0% | 11,964,593 | 23.0% |
| Total (w SEA Tab) | Amt | 8,984,961 | 10,347,725 | 9,937,408 | 96.0% | 12,746,558 | 28.3% |

※WT CDE 5.84%
※ 2012 doesn't make Memory and Fiber Optics
※ STB was transferred to SEA starting March of '10

142



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# SAMSUNG WILL PASS APPLE IN PHONE REVENUE IN 2013

## Step 1: Close the Premium S-P ASP Gap



– Subsidy pressure    + Latest technology
– No carrier differentiation    + Higher CLV

**Carrier Push**

$525†    $499‡

**Consumer Pull**

– Portfolio ASP decline    + Brand affinity
– Less differentiated UX    + X-category UX
– Decreasing loyalty    + Best HW
    + Increasing loyalty

## Step 2: Close the Loyalty Gap

### Repeat Purchasers



78%

51%

*Source: Nielsen 1Q11 ***
*\* % of recent smartphone acquirers whose current device has the same OEM/OS as their previous device*

† Includes iPhone4
‡ Includes Droid Charge, Droid Nexus, GSII

## Step 3: Close the S-P Volume & Revenue Gap



Q4'13:
SS: 18M, $3.8B
A:  8M, $3.7B

$12,500    $14,250    $14,625
$9,180    $12,000    $13,650

20.0  25.0    38.0  30.0    54.3  32.5

2011    2012    2013

SS VOL $    A VOL    SS REV TTL    A REV TTL

**Beat Apple Phases**

S=2H    S>A    $S>$A (Q4'13)

## Step 4: Close the Tablet Gap



$9,050    $10,300    $10,600
$700    $1,200    $3,600

18.1  1.8    20.6  3.0    21.2  9.0

2011    2012    2013

iPAD VOL    SS TAB VOL    iPAD REV    SS TAB REV

143



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258816



# STA Quality Status

## Sep. 2011

**STA Service**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258817



 **Product Quality Status**

 **Quality Improvement Activities**

**Appendix**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00258818



# Product Quality - Overview





**Quality Index – carrier VSC standard**

**Compared to last year, quality index is trending upward**









HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# Product Quality - AT&T / Verizon



## Quality Status Index by segment (AT&T, VZW)

━━● Smart    ━━● Normal

### AT&T : Monthly Exchange Rate - by Segment    [unit: %]



- Normal tier on correct improvement track.
- Smart tier fluctuating inside 0.8 – 1.1
  ❖ I897 launch in July 2010 caused drop in Smart return rate

### 🔴 Return Rate by Model

| Prod Segment | Model | Launch Month | May | Jun | Jul | Aug (EST) |
|---|---|---|---|---|---|---|
| Smart | I897 | '10.7 | 1.12 (26%) | 1.13 (26%) | 1.04 (30%) | 1.05 (27%) |
| Normal | A817 | '10.11 | 0.40 (4%) | 0.79 (8%) | 0.66 (9%) | 0.86 (11%) |
| | A667 | '10.11 | 0.61 (4%) | 0.99 (6%) | 0.84 (8%) | 0.94 (9%) |

() indicates proportion of total monthly return

### Verizon : Portfolio LTD Defect Rate - by Segment



- Drop in 2010.09 due to i760, I770 being excluded from overall portfolio
- Normal  defect rate decreasing trend (2.39% '11.Q1 -> 2.15 % '11.Q2)

### 🔴 Return Rate by Model

| Prod Segment | Model | Launch Month | May | Jun | Jul | Aug (EST) |
|---|---|---|---|---|---|---|
| Smart | I500 | '10.8 | 3.55 (10%) | 4.54 (13%) | 5.48 (19%) | 6.61 (21%) |
| | I510 | '11.5 | - | 0.11 (-) | 1.43 (2%) | 1.73 (3%) |
| Normal | U820 | '10.4 | 7.58 (33%) | 8.08 (32%) | 8.56 (40%) | 9.07 (37%) |

() indicates proportion of total defect qty

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# Product Quality - T-Mobile / Sprint



## Quality Status Index by segment (T-Mobile, Sprint)

Smart — Normal

### T-Mobile : Monthly Exchange Rate (by Segment)



T939 EOL

3.08
'10.Q1   4.47   T959Sales
                1.99   1.50   1.53   1.71   1.65
0.78
'10.Q1   0.85   0.76   0.64   0.52   0.62   0.61
                              '11.Q1

'10.Q1   Q2   Q3   Q4   '11.Q1   Q2   Aug

- Normal segment return rate decreased over the years
  . 0.87% ('09.3Q) -> 0.62% ('11.2Q)
- T839 return rate after MR increase sharp (1.7% -> 3.1%)
  . Memory leak causing freeze/lagging issue

### Sprint : Monthly Exchange Rate (by Segment)

M900 Returns decrease
(50K to 27K per month)

2.53   3.50
'10.Q1        3.33   4.13   3.35   2.99   3.36
                           '11.Q1
1.45   1.55
'10.Q1        1.18   1.24   1.05   1.02   1.14
                           '11.Q1

'10.Q1   Q2   Q3   Q4   '11.Q1   Q2   Aug

- Normal segment has improved since Q1 2010 and currently leveled off near 1%
- M900 EOL in Aug

### ● Return Rate by Model (Aug status)

Unit : %

| Seg. | Model | Launch Month | May | Jun | Jul | Aug |
|------|-------|--------------|-----|-----|-----|-----|
| Smart | T959 | '10.7 | 1.73 (27) | 1.78 (26) | 1.78 (23) | 1.65 (17) |
| | T959V | '11.2 | 1.35 (11) | 1.50 (13) | 1.72 (16) | 1.51 (20) |
| | T839 | '11.4 | 0.72 (2) | 1.49 (4) | 1.83 (7) | 3.11 (12) |

() indicates proportion of total monthly return

### ● Return Rate by Model (most return vol)

Unit : %

| Seg. | Mode | Launch Month | May | Jun | Jul | Aug |
|------|------|--------------|-----|-----|-----|-----|
| Smart | D700 | '10.8 | 2.29 | 2.52 | 2.95 | 3.12 |
| | M910 | '10.7 | 2.60 | 2.92 | 3.16 | 3.49 |
| | M920 | '10.10 | 2.40 | 2.68 | 3.42 | 3.81 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00258821



# Product Quality Improvement Activities



**Product Quality Improvement Activity Summary for 4 Major Carrier**

 Sprint

- **Total Return Reduction T/F (2011 Feb – )**
  - ✓ Sprint and STA Joint effort to identify return reason
    - ❖ Store Visit / Field Survey / Call Back

- **PAC Process Implemented (2011 Jun –)**
  - ✓ On-Site analysis for expedited return after launch
    - ❖ Joint effort between STA & Sprint
    - ❖ Reduced time delay for initial return (3 Weeks)

PAC : Proactive Analysis Committee

**verizon**

- **NTF Summit (2011 Q2 – )**
  - ✓ Verizon/STA joint effort to reduce NTF
    - ❖ Joint analysis for NTF units by STA/VZW R/L team

- **Joint Call Back Research (2011 Jun –)**
  - ✓ Survey actual end-user who returned Samsung Phone
    - ❖ Identify possible reasons for buyer's remorse returns

 at&t

- **SMART: SW D/L tool for Point of Return**
  - ✓ Prevent returns through SW D/L
    - ❖ Pilot in 3 stores, Nationwide launch in Oct 2011

- **LOT Error Improvement T/F (2011 Jun –)**
  - ✓ HQ/STA collaboration to improve shipment quality
    - ❖ HQ on-site for immediate customer support

SMART : Samsung Multiple Automatic Reflash Tool

 ··T··Mobile·

- **Call Center Summit (2011 Q2 – )**
  - ✓ Joint effort to improve troubleshooting capability
    - ❖ War Room process established for Smart Phones

- **Store visit (3 high volume area in nation)**
  - ✓ Visited stores and surveyed to identify return reason
    - ❖ 15+ Stores in New York, Los Angles and Seattle area

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Appendix

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        SAMNDCA00258823

# Appendix : Product Quality Improvement Activities



## Sprint PAC Process (*PAC : proactive analysis committee)

### Joint (STA/Sprint)with carrier to expedite initial returns for failure analysis

- Expedited return units → Better opportunities to implement corrective action at the factory in early stage

| | *Week 1* | *Week 2* | *Week 3* | *Week 4* | *Week 5* | *Week 6* |
|---|---|---|---|---|---|---|
| **L** | *Collection of failure devices from 30 stores* | | | | | |
| **A** | *Iconic (200) / High Sales (100) / Low Sales (50)* | | | | | |
| **U** | *Validation by Sprint DOS Team* | | | | | |
| **N** | | *Root Cause Analysis by Samsung EWP Team* | | | | |
| **C** | | *Create Corrective Action Plan to fix issues* | | | | |
| **H** | | | | | *After Action Review* | *PAC Process Completed* |

## SMART (Samsung Multiple Automatic Reflash Tool)

### Provide easy to use SW re-flash tool to stores to prevent and minimize SW related returns



**01** *Easy  S/W update : Auto model recognition*

**02** *Multi-Device Download : 8 units at once*

**03** *S/W Recovery : Recover non booting unit*

### Current Status for Deployment

- AT&T          : Piloting in 3 stores. Nationwide 1st WK Oct
- Verizon      : Scheduling demo date for store ops team
- T-Mobile   : Formal proposal submitted by STA
- Sprint       : Sprint  performing internal Windows 7 PCs testing

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Appendix : Product Quality Improvement Activities



## NTF Joint Session

### STA and Customer working collaboratively identify and resolve true issues on NTF returns for key devices

- Provide supporting and training tool to minimize similar issues to customer's triage center

1. Initiated program on Verizon I510 & i500 first (9/1 – 9/23)

2. Program to expand to T-Mobile and other carrier

---

### Action Items

- **VZW Triage Center (New Breed) Meeting**
  - Date: 9/1
  - Attendee(19): STA(8) HQ (4) and VZW(+7)
  - Review i500, i510 NTF return units (100 units)
  - Collect details return reason
- **Identify Issues**
  - Duplicate testing for NTF and Dfill return units
  - Define root causes and corrective actions
  - Define New Breed supporting method
- **Improvement**
  - Sharing analysis result to Samsung and VZW
  - Finalize corrective actions with VZW



**Lessons Learned**

**01** - Validate previous model lesson learned adopt to new model

**Collaboration**

**02** - Setup regular review meeting with New Breed

**Supporting**

**03** - Prepare supporting and training based on VZW feedback

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Appendix : Product Quality Improvement Activities



## Joint Call Back Research

### Identify remorse return reason through surveying actual users

- Period : 8/8 ~ 8/16, Model: I510/Droid Charge, Size: Total 776 Calls
- Current Users      : 500 calls (No exchange and return experience)
- Exchangers         : 185 calls (Change to same model)
- Returners          :  91 calls (Change to different model or Credit)



Final Report: 9/26

1st Report: 9/6

**4 Step** — Analysis and reporting

**3 Step** — Call -backs survey (Performed by VZW)

**2 Step**
- Call-backs preparation
  - Develop survey questionnaire

**1 Step**
- Call-backs research agreement
  - Define research methodology & plan
  - Define Target model & number

- Survey items
  - Overall Experience
  - Performance of Key Features
  - Problem experienced

- Findings
  - Most common problems
  - Least common problems
  - Required action item

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Appendix : Product Quality Improvement Activities



## On-site Visit (Call Center / Stores)

### Collaborate with customers and identify return reasons in the field to create solution for key devices

- STA Service and HQ Engineers to visit stores and call centers to understand customer's point of view for returning their device

   o   Schedule to kick off  the program with Verizon I510, I500, I800 & I905 (9/13 – 9/28) initially

### VZW Call Center

- **Period:** scheduled for 1st week of October
- **Location:** VZW Houston Call center
- **VZW Attendee (65)**
  - Call center Management and Technical group
  - 4 Focus Group (15 per group)
- **Agenda**
  - Interview  with Call center management and agent group
  - Review VZW call center process
  - Listening  actual call

### VZW Stores

- **Period:** 9/22 ~ 9/28 (Planned)
- **Place:** 10 High return store (TBD)
- **VZW Attendee (TBD)**
  - Store sales and service representatives

- **Agenda**
  - Interview  with Sales and Service representatives
  - Customer Survey
  - Store supporting tool

HIGHLY  CONFIDENTIAL  –  ATTORNEYS'  EYES  ONLY