JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S NOTICE OF WITHDRAWAL OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DI 174, 182)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1    PLEASE TAKE NOTICE THAT, pursuant to Civil Local Rule 7-7, Plaintiff and

2  Counterclaim-Defendant Apple Inc. ("Apple") hereby withdraws its Motion to File Under Seal

3  portions of Apple's Opposition to Samsung's Motion to Compel Further Responses to Samsung's

4  Preliminary Injunction Interrogatory No. 4 and supporting Declaration (Docket Nos. 174, 182).

5  Apple filed these documents under seal because they cited to certain licensing information, which

6  Apple had designated as highly confidential under the protective order.  In light of this Court's March

7  6, 2013 Order (Docket No. 391), which unseals such information, it is no longer considered

8  confidential.

9

10

11

12                                         GIBSON, DUNN & CRUTCHER LLP

13

14  Dated:  March 21, 2013                By:      /s/ H. Mark Lyon
                                                   H. Mark Lyon
15                                                 **Attorney for Plaintiff Apple Inc.**

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          The undersigned hereby certifies that the foregoing document was filed electronically in

3    compliance with Local Rule 5-1, and will be served on all counsel for Samsung Electronics Co., Ltd.,

4    Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have

5    consented to electronic service in accordance with the Northern District of California Local Rules via

6    the Court's ECF system.

7

8    Dated:  March 21, 2012                              By:  _____*/s/ H. Mark Lyon*_____

9                                                                        H. Mark Lyon

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28