| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | STEPTOE & JOHNSON, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) | John Caracappa (*pro hac vice*) |
| | charlesverhoeven@quinnemanuel.com | jcaracappa@steptoe.com |
| 3 | Kevin A. Smith (Bar No. 250814) | 1330 Connecticut Avenue, NW |
| | kevinsmith@quinnemanuel.com | Washington, D.C. 20036 |
| 4 | 50 California Street, 22nd Floor | Telephone: (202) 429-6267 |
| | San Francisco, California 94111 | Facsimile: (202) 429-3902 |
| 5 | Telephone: (415) 875-6600 | |
| | Facsimile: (415) 875-6700 | |

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **DECLARATION OF JAE-IL PARK** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51981/5230818.1

Case No. 12-CV-00630-LHK (PSG)
DECLARATION OF JAE-IL PARK

I, Jae-Il Park, declare:

1. I am Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Apple's administrative motions to seal:

- Apple Inc.'s Motion to Compel a Response to Interrogatory No. 22 and Production of Diff Program Printouts (Dkt. 398);

- The Declaration of Joshua Furman in Support of Apple's Motion to Compel re Rog 22 ("Furman Declaration") (Dkt. 398);

- Exhibit P to the Furman Declaration (Dkt. 398); and

- Exhibit 12 to the Declaration of Michael A. Valek in Support of Apple Inc.'s Motion to Compel Production of Documents and Things and Continued Depositions of Ju-Ho Lee and Young-Bum Kim ("Valek Declaration") (Dkt. 401).

3. The portions of Apple's Motion to Compel a Response to Interrogatory No. 22 that Apple has moved to seal contain highly confidential information about Samsung's source code, including the names of source code files that Samsung includes in its products and Samsung's modification of Android source code. Disclosure of this information is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products. Samsung thus requests that the Court grant Apple's motion to seal limited portions of its motion to compel.

4. The portions of the Furman Declaration that Apple has moved to seal contain highly confidential information about Samsung's source code, including Samsung's modification of Android source code. Disclosure of this information is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products. Samsung thus requests that the Court grant Apple's motion to seal limited portions of the Furman Declaration.

1  5. Exhibit P to the Furman Declaration contains highly confidential information about Samsung's source code, including the names of source code files Samsung includes in its products and source code directory paths, which reveal how Samsung modifies Android source code. Disclosure of this information is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products. Samsung thus requests that Exhibit P be sealed in its entirety.

6. The limited portions of Exhibit 12 to the Valek Declaration that Samsung requests be sealed include highly confidential sales data for Samsung's smartphones sold by certain carrier partners. Exhibit 12 also reveals the times of the year when sales of certain products are usually at their highest. Disclosure of this data is likely to cause competitive harm to Samsung and its carrier partners since competitors would be able to use the information to target their marketing efforts and disrupt Samsung's and carrier partners' product strategy. A proposed redacted version of Exhibit 12 is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Suwon, South Korea on March 26, 2013.

_/s/ Jae-Il Park_

Jae-Il Park