# EXHIBIT A

# EXHIBIT 12

.

| From: | Brian Charity |
|---|---|
| Sent: | Sunday, December 11, 2011 5:04 PM |
| To: | Corey Kerstetter; Dale Sohn; David Crozier; 'DJ Koh'; hyunmin78.park; Kim Bridges; Yong KI Min; Youngbin Jung; Joanna (Yung Chang) Kim; David Tompkins; ty.cele.kim; Byung Hee Choi; Nicole Neal Hahn; David Moran; Christian Borjon; David Pan; Frank Gutowski; Hank West; Jim Daley; Margaret Reddy; 'Michael Sak'; Vin Sainz; Carol Barr; Karen York; Blake Willison; jaegal; dhstar.kim; siho.ryu; John Choi; 'jslee@samsung.com'; Poorvi Mody; Johnny Hart; Mike Hall; Joe Atterbury; Jasper Morse; 'iou.byun@samsung.com'; ILYONG SHIN; jihyun.j.kim; 'neocjh@samsung.com'; 'ryan4u.park@samsung.com'; Tim Rowden; Nikki Dellamora; Beverly Root; Rose Le; gelajin.lee; Petey Mcknight; Kristine Rothe; Shin Kim; Kihoon Park; Kyunghwan Cha; yspaul.shin; Jonathan.pak; Brian Rosenberg; Wilbur Satterfield; Jason Shim; Scott Long; ???; Mark Williams; Kelly Phillips; James Lake; Timothy Wagner; David Lowe; Michael Monsour; Brian L. Sharp; swchun; Sam Song; paulh.kim@samsung.com; Guy Dugas; Mary Noah; Amanda Woods; Kim Kans; Sprint Product Team; ???; Chiyon Ham; Randell Christopher; Brent (Byung Gil) Yoo; Kevin Packingham; Michael Callahan; Edward Adams |
| Subject: | Sprint Team Weekly Report Update for 12.12.2011 |
| Attachments: | Sprint_Weekly_Report_12-12-11.ppt; PSI report 12 07 2011.xlsx; Sprint SMOP 12.7.2011.xlsx |

Good evening,

Attached please find the latest Sprint Weekly Report, PSI Variance and SMOP reports.

➢ **Overall Sprint Postpaid sales came in at** ▮▮▮▮▮▮▮▮▮ **last week. This was a** ▮▮▮▮▮▮▮▮ **week over week. The** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **sales the week prior.**
➢ **Apple is starting to lose its' grip on the top selling slots, even though they did manage to keep the #1 slot with their Black iPhone 4S. Our GS II Epic 4G Touch moved up into the #2 selling slot and the HTC Design came in at #4.**
➢ **Our Samsung GS II sales came in at** ▮▮▮▮▮▮ **for the week. There was also a great success story with our D600 Conquer. Sprint chose to price the Conquer at free in their on-line channel and it sold through** ▮▮▮▮▮▮▮▮▮ **. The free on-line promo may continue through the first week of January.**
➢ **Samsung Postpaid sales at Sprint** ▮▮▮▮▮▮▮ **. Total sales came in at** ▮▮▮▮▮▮▮▮▮ **. There were also** ▮▮▮▮▮▮ **of the P1 Galaxy Tab and** ▮▮▮▮▮▮ **of the P4 Galaxy Tab.**
➢ **Combined Total CDMA market share for the week( Sprint, VMU, Boost and Assurance) was; Samsung=32% (down 3%), HTC= 12%(up 2%), Apple= 21% (down 3%), Sanyo/Kyocera at 15%(up 2%), LG 10% (up 1%) and Motorola at 6%(flat) and RIM had 3%(flat).**
➢ **Samsung M/S at VMU was at** ▮▮▮▮▮▮ **). Intercept sales** ▮▮▮▮ **. Boost share was at** ▮▮▮ **. Prevail sales came in at** ▮▮▮▮ **while the Transform Ultra was at** ▮▮▮▮ **.**
➢ **STA will be launching 3 new devices in early January. There will be a new White color version of the GS II Epic 4G Touch, a replacement for the M360 (Pierre) will also be launching(the M370 Pierre 2 ) will hit store shelves on 1/8. We will also launch the Boost version of the M580 Replenish on 1/8.**

**Competition**
- **iPhone sales were down 32K coming in at 101K in the Sprint channels.**
- **The HTC EVO Design sold through 20k down 2k for the week.**

1

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10452245

Thanks,
Brian


*Brian Charity*
**Business Planning**
**Samsung Telecommunications America**
**PCS 816-210-9019**
**Office 913-428-2330**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10452246