JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.| CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF JENNIFER J. RHO IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF iTUNES AND iSYNC SOURCE CODE**<br><br>**Hearing:**<br>Date: April 16, 2013<br>Time: 10 A.M.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

Gibson, Dunn & Crutcher LLP

RHO DECLARATION ISO APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF ITUNES AND ISYNC SOURCE CODE – CASE NO: 12-CV-00630-LHK (PSG)

I, Jennifer J. Rho, declare and state as follows:

1. I am an associate with the firm of Gibson, Dunn & Crutcher LLP, and counsel for Plaintiff and Counterclaim Defendant Apple Inc. ("Apple") in the above captioned action. My business address is 333 South Grand Avenue, Los Angeles, California 90071-3197. I am familiar with the facts and circumstances stated herein and make this declaration based on my own knowledge and would testify to the matter herein under oath if called upon to do so.

2. Attached as exhibit 1 is a true and correct copy of a March 13, 2013 letter from Jennifer Rho to Joseph LeRoy.

3. Attached as exhibit 2 is a true and correct copy of a February 21, 2013 letter from Amar Thakur to Michael Valek.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: March 26, 2013                 /s/          *Jennifer J. Rho*
                                              Jennifer J. Rho

Gibson, Dunn & Crutcher LLP

RHO DECLARATION ISO APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF ITUNES AND ISYNC SOURCE CODE – CASE NO: 12-CV-00630-LHK (PSG)

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jennifer J. Rho has concurred in this filing.

Dated: March 26, 2013                By:       */s/ H. Mark Lyon*
                                                                H. Mark Lyon

Gibson, Dunn & Crutcher LLP

RHO DECLARATION ISO APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF ITUNES AND ISYNC SOURCE CODE – CASE NO: 12-CV-00630-LHK (PSG)