# EXHIBIT 1

Rho Declaration iso Apple Inc.'s Opposition to Samsung's Motion to Compel Production of iTunes and iSync Source Code  - Case No: 12-cv-00630-LHK (PSG)

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Jennifer Rho
Direct: +1 213.229.7103
Fax: +1 213.229.6103
JRho@gibsondunn.com

March 13, 2013

VIA HAND DELIVERY

Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Joseph LeRoy, Paralegal
50 California Street, 22nd Floor
San Francisco, CA 94111

Re:     *Apple v. Samsung* Case No. 12-cv-630

To Mr. LeRoy:

Pursuant to section 11(i) of the Protective Order, enclosed please find documents bearing the Bates Numbers of 630OFFAPPLESOURCECODE_000089 through 630OFFAPPLESOURCECODE_000410 and 630OFFAPPLESOURCECODE_000428 through 630OFFAPPLESOURCECODE_000650.

Sincerely,


*/s/ Jennifer Rho*


Jennifer Rho

# EXHIBIT 2

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3263**

WRITER'S INTERNET ADDRESS
amarthakur@quinnemanuel.com

February 21, 2013

Michael A. Valek
Gibson Dunn & Crutcher, LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

Re:    Apple Inc. v. Samsung Elecs. Co., Ltd., et al., Case No. 12-cv-00630 (N.D. Cal.)

Dear Counsel:

I write regarding Apple's continuing refusal to identify which commercial release version of iSync corresponds with each internal version number Apple has provided on its source code computers. At last week's lead counsel meet and confer, Apple stated that it would not provide this information unless Samsung could point to a specific Request for Production to which it was responsive. Apple's condition is unreasonable. Apple has conceded that these documents are responsive and relevant by producing them, and cannot now retroactively seek to prevent Samsung from using them as prior art by withholding critical information, including the version numbers that would allow us to determine their dates of release.

Although Apple's condition is unreasonable, in the spirit of cooperation and compromise we want to specify that, among many others, Request for Production No. 293 seeks "All DOCUMENTS, including but not limited to Software, Executable Software, technical plans, diagrams, workbooks, manuals, published articles, publications, and user guides RELATING TO APPLE's iSync software." The small category of documents we have requested, documents sufficient to identify which commercial release version corresponds to the internal version numbers of iSync, is clearly responsive to this Request.

Apple's decision to withhold this narrow but important category of information continues to

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000 FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000 FAX +49 40 89728 7100

2

prejudice Samsung.  Please produce these documents by no February 28.  Otherwise the parties are at an impasse on this issue.

Very truly yours,

Amar L. Thakur