```
 1  JOSH A. KREVITT (CA SBN 208552)
    jkrevitt@gibsondunn.com
 2  H. MARK LYON (CA SBN 162061)
    mlyon@gibsondunn.com
 3  GIBSON, DUNN & CRUTCHER LLP
    1881 Page Mill Road
 4  Palo Alto, CA  94304-1211
    Telephone: (650) 849-5300
 5  Facsimile: (650) 849-5333

 6      MICHAEL A. JACOBS (CA SBN 111664)
    mjacobs@mofo.com
 7  RICHARD S.J. HUNG (CA SBN 197425) rhung@mofo.com
    MORRISON & FOERSTER LLP
 8  425 Market Street
    San Francisco, California 94105-2482
 9  Telephone: (415) 268-7000
    Facsimile: (415) 268-7522

10  Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.
```

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL MCDOUGALL IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF ITUNES AND ISYNC SOURCE CODE, PRINTOUTS, AND RELEASE INFORMATION** |

1  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG
2  ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
3  a Delaware limited liability company,

4             Counterclaim-Plaintiffs,
        v.
5
   APPLE INC., a California corporation,
6
              Counterclaim-Defendant.
7

DECLARATION OF MICHAEL MCDOUGALL
12-cv-00630-LHK (PSG)

I, Michael McDougall, declare and state as follows:

1. I am a Software Engineer and a former Manager of the Sync Services team at Apple Inc. ("Apple"). I was personally involved in the collection of iSync source code in this case. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. iSync is a product that was used in the Mac operating system (Mac OS) at Apple. It was never used in the mobile operating system (iOS), and it is no longer used in any Apple product or operating system, as it was discontinued in Mac OS X in 2011.

3. There is no single location or folder for iSync source code at Apple, and no single custodian who had familiarity with the entire iSync source code. Thus, in order to collect source code for iSync, it was necessary to seek the assistance of multiple engineers to locate and identify the correct files. In addition, there is no document that describes which source code files correspond to which releases of commercial products – as a result, it will be necessary to contact each of numerous individuals within Apple to help re-construct this information.

4. Based on the time and effort that was needed in order to collect the iSync source code, I would estimate that it would take at least several weeks to contact the necessary individuals and to obtain and compile the information that matches up each source code file with corresponding commercial product releases.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: March 26, 2013

By: _____
Michael McDougall

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Michael McDougall has concurred in this filing.

Dated:  March 26, 2013                           By:        */s/ H. Mark Lyon*
                                                                              H. Mark Lyon

DECLARATION OF MICHAEL MCDOUGALL
12-cv-00630-LHK (PSG)