| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, CA  94304-1211 | San Francisco, California 94105-2482 |
| Telephone: (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE ITS MOTION TO COMPEL DISCOVERY OF DOCUMENT PRODUCTION INFORMATION AND DIFF PROGRAM PRINTOUTS FROM GOOGLE, INC. UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") hereby moves this Court for an order to seal the following documents:

1. The confidential, unredacted version of Apple's Motion To Compel Discovery Of Document Production Information And Diff Program Printouts From Google, Inc.;

2. The confidential, unredacted version of the Declaration of Michael Valek In Support Of Apple's Motion To Compel Discovery Of Document Production Information And Diff Program Printouts From Google, Inc.; and

3. Exhibits 12, 15, 18, and 22 to the Declaration of Michael Valek In Support Of Apple's Motion To Compel Discovery Of Document Production Information And Diff Program Printouts From Google, Inc.

Item nos. 1, 2, and 3, above contain or discuss information that Google, Inc. ("Google") has designated "Highly Confidential-Attorney's Eyes Only" pursuant to the Protective Order entered in this case, or is otherwise information that is believed to be deemed confidential by Google. Such confidential information has been highlighted in yellow. Apple has established good cause to permit filing the above Google confidential information under seal through the Declaration of Michael Valek In Support Of Apple's Administrative Motion to File Its Motion To Compel Discovery Of Document Production Information And Diff Program Printouts From Google, Inc. Under Seal, filed herewith. Apple expects that Google will file the required supporting declarations in accordance with Civil L.R. 79-5(d) as necessary with respect to confirming whether their information should be sealed.

Pursuant to General Order No. 62, the complete, unredacted versions of these documents will be lodged with the Court for in camera review and served on Google. Further, in accordance with this Court's Civil Standing Order Regarding Motions to File Under Seal, proposed public redacted versions of the following documents will be publicly e-filed as attachments to this Motion to Seal:

1. Apple's Motion To Compel Discovery Of Document Production Information And Diff Program Printouts From Google, Inc.; and

2. Declaration of Michael Valek In Support Of Apple's Motion To Compel Discovery Of Document Production Information And Diff Program Printouts From Google, Inc.

3. Exhibits 15 and 18 to the Declaration of Michael Valek In Support Of Apple's Motion To Compel Discovery Of Document Production Information And Diff Program Printouts From Google, Inc.

Pursuant to Civil L.R. 7-11, counsel for Apple met and conferred with counsel for Google on March 26, 2013. Google does not oppose Apple's Administrative Motion to File Its Motion To Compel Discovery Of Document Production Information And Diff Program Printouts From Google, Inc. Under Seal as a procedural mechanism for filing portions of Apple's Motion to Compel under seal. Google reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

Dated: March 26, 2013

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *H. Mark Lyon*
H. Mark Lyon
***Attorney for Apple Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule 5-1, and will be served on all counsel for Google, Inc. who have consented to electronic service in accordance with the Northern District of California Local Rules via the Court's ECF system.

Dated: March 26, 2013                                     /s/ *H. Mark Lyon*
                                                          H. Mark Lyon