JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**DECLARATION OF MICHAEL VALEK IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE ITS MOTION TO COMPEL DISCOVERY OF DOCUMENT PRODUCTION INFORMATION AND DIFF PROGRAM PRINTOUTS FROM GOOGLE, INC. UNDER SEAL** |

Gibson, Dunn &
Crutcher LLP

DECL. OF VALEK ISO APPLE'S ADMIN. MOT. TO FILE ITS
MOT. TO COMPEL DISCOVERY FROM GOOGLE UNDER SEAL
12-cv-00630-LHK (PSG)

I, Michael Valek, declare and state as follows:

1. I am a member of the Texas State Bar and Of Counsel in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple"). Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in connection with Apple's Administrative Motion To File Its Motion To Compel Discovery Of Document Production Information And Diff Program Printouts From Google, Inc. Under Seal to confirm that certain documents and information contained in Its Motion To Compel Discovery Of Document Production Information And Diff Program Printouts From Google, Inc., the supporting Declaration, and certain Exhibits to the supporting Declaration, are confidential and sealable. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. The following documents, which Apple hereby seeks to file under seal, constitute or otherwise discuss information that has been designated as "Highly Confidential-Attorney's Eyes Only" by Google, Inc. ("Google"). Such information is highlighted.

3. Pursuant to Civil L.R. 7-11, I met and conferred with Patrick Curran, counsel for Google, on March 26, 2013. Google does not oppose Apple's Administrative Motion To File Its Motion To Compel Discovery Of Document Production Information And Diff Program Printouts From Google, Inc. Under Seal as a procedural mechanism for filing portions of Apple's Motions to Compel and supporting papers under seal.

4. Portions of Apple's Motion To Compel Discovery Of Document Production Information And Diff Program Printouts From Google, Inc. reference the contents of documents or information that has been designated as "Highly Confidential-Attorney's Eyes Only" by Google. These portions of the brief have been redacted and should remain under seal.

5. Exhibits 12, 15, 18, and 22 to the Declaration of Michael Valek In Support of Apple's Motion To Compel Discovery Of Document Production Information And Diff Program Printouts From Google, Inc. (the "Valek Declaration") reference the contents of documents or information that has been designated as "Highly Confidential-Attorney's Eyes Only" by Google and should remain under seal.

6. Portions of the Valek Declaration reference the contents of the Exhibits 12, 15, 18, and

Gibson, Dunn & Crutcher LLP

DECL. OF VALEK ISO APPLE'S ADMIN. MOT. TO FILE ITS
MOT. TO COMPEL DISCOVERY FROM GOOGLE UNDER SEAL
2
12-cv-00630-LHK (PSG)

22 identified in the above paragraph, and should remain under seal for the same reasons articulated above.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: March 26, 2013

*/s/ Michael Valek*
Michael Valek

101484948.1

Gibson, Dunn & Crutcher LLP

DECL. OF VALEK ISO APPLE'S ADMIN. MOT. TO FILE ITS
MOT. TO COMPEL DISCOVERY FROM GOOGLE UNDER SEAL
3

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michael Valek has concurred in this filing.

Dated: March 26, 2013

/s/ *H. Mark Lyon*

H. Mark Lyon

Gibson, Dunn & Crutcher LLP

DECL. OF VALEK ISO APPLE'S ADMIN. MOT. TO FILE ITS
MOT. TO COMPEL DISCOVERY FROM GOOGLE UNDER SEAL
12-cv-00630-LHK (PSG)

4