| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, CA 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br> v. <br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 12-cv-00630-LHK <br><br> **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE ITS MOTION TO COMPEL DISCOVERY OF DOCUMENT PRODUCTION INFORMATION AND DIFF PROGRAM PRINTOUTS FROM GOOGLE, INC. UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Counterclaim-Plaintiffs, <br> v. <br> APPLE INC., a California corporation, <br><br> Counterclaim-Defendant. | |

Apple Inc. ("Apple") has filed its Administrative Motion To File Its Motion To Compel Discovery Of Document Information And Diff Program Printouts From Google, Inc. Under Seal.

Apple has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.  The declaration establishes that portions of Apple's Motion To Compel Discovery Of Document Information And Diff Program Printouts From Google, Inc., portions of the Declaration of Michael Valek in Support of Apple's Motion To Compel Discovery Of Document Information And Diff Program Printouts From Google, Inc., as well as Exhibits 12, 15, 18, and 22 of the Declaration of Michael Valek in Support of Apple's Motion To Compel Discovery Of Document Information And Diff Program Printouts From Google, Inc., discuss and refer to non-public documents and things that are "privileged or protectable as trade secret otherwise entitled to protection under the law," and thus sealable.  Civil L.R. 79-5(a).

Accordingly, for good cause shown, the Court HEREBY ORDERS that portions of Apple's Motion To Compel Discovery Of Document Information And Diff Program Printouts From Google, Inc., the Declaration of Michael Valek in Support of Apple's Motion To Compel Discovery Of Document Information And Diff Program Printouts From Google, Inc., as well as Exhibits 12, 15, 18, and 22 of the Declaration of Michael Valek in Support of Apple's Motion To Compel Discovery Of Document Information And Diff Program Printouts From Google, Inc., may be filed under seal.

**IT IS SO ORDERED.**

Dated: _____   _____
                                     Hon. Paul S. Grewal
                                     United States Magistrate Judge