| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, CA  94304-1211 | San Francisco, CA  94105-2482 |
| Telephone:  (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants.| CASE NO. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO COMPEL DISCOVERY OF DOCUMENT PRODUCTION INFORMATION AND DIFF PROGRAM PRINTOUTS FROM GOOGLE, INC.** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Counterclaim-Plaintiffs,<br>  v.<br><br>APPLE INC., a California corporation,<br><br>  Counterclaim-Defendant. | |

Plaintiff Apple, Inc. ("Apple") has moved pursuant to Federal Rules of Civil Procedure 26, 33 and 34 for an order compelling Google to: (1) disclose the search terms that it used in collecting documents responsive to Apple's Subpoena to Produce Documents, Information or Objects (the "Subpoena"); (2) disclose the custodians whose files it reviewed in collecting documents responsive to the Subpoena; and (3) provide all printouts from the output of the "diff program" – a computer program that compares and identifies differences between two versions of source code – made during the review and inspection of Google's source code.

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Motion to Compel as follows:

IT IS ORDERED that by no later than May 1, 2013, Samsung shall: (1) disclose a list of the search terms that Google used in collecting and producing documents responsive to the Subpoena; (2) disclose a list of the custodians and any other document sources from which Google collected documents to respond to the Subpoena, identifying those search terms applied to each such custodian or document source; and (3) produce all printouts from the output of the "diff program" made by Apple's representatives during the review and inspection of Google's source code.

**IT IS SO ORDERED.**

Dated: _____

Hon. Paul S. Grewal
United States Magistrate Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION
TO COMPEL DISCOVERY OF DOCUMENT
PRODUCTION INFORMATION AND DIFF PROGRAM
PRINTOUTS FROM GOOGLE, INC.
12-cv-00630-LHK (PSG)