1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10  APPLE INC., a California corporation,        CASE NO. 12-CV-00630-LHK (PSG)

11                Plaintiff,                     **[PROPOSED] ORDER DENYING
                                                 APPLE'S MOTION TO COMPEL
12          vs.                                  RESUMED DEPOSITIONS OF YOUNG-
                                                 BUM KIM AND JU-HO LEE AND
13  SAMSUNG ELECTRONICS CO., LTD., a             PRODUCTION OF DOCUMENTS**
    Korean business entity; SAMSUNG
14  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
15  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
16
                  Defendants.
17

18          THE COURT, having considered plaintiff Apple Inc.'s Motion to Compel

19  Resumed Depositions of Young-Bum Kim and Ju-Ho Lee and Production of Documents (the

20  "Motion") and defendants Samsung Electronic. Co., Ltd; Samsung Electronic America, Inc.; and

21  Samsung Telecommunications America, LLC's Opposition to that motion, as well as all

22  supporting documents to those pleadings; and all parties having been given notice and an

23  opportunity to be heard; and GOOD CAUSE appearing therefor;

24          HEREBY ORDERS THAT:

25          1.      Plaintiff Apple Inc.'s Motion is denied in its entirety.

26
27
28

1  DATED: _____, 2013

2

3

4                                      _____
                                       HON. PAUL S. GREWAL
5                                      United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28