| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael L. Fazio (Bar No. 228601)<br>michaelfazio@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:    (213) 443-3000<br>Facsimile:    (213) 443-3100 | STEPTOE & JOHNSON, LLP<br>John Caracappa (*pro hac vice*)<br>jcaracappa@steptoe.com<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 429-6267<br>Facsimile: (202) 429-3902 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF JONATHAN A. LAND IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO COMPEL RESUMED DEPOSITIONS OF YOUNG-BUM KIM AND JU-HO LEE AND PRODUCTION OF DOCUMENTS**<br><br>Hearing Date: April 11, 2013<br>Hearing Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Honorable Paul S. Grewal |

**DECLARATION OF JONATHAN A. LAND**

I, Jonathan A. Land, declare as follows:

1. I am a member of the bar of the State of California and head of the litigation support department at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Samsung has produced a total of 67,273 documents for Ju-Ho Lee. Samsung has produced a total of 59,694 documents for Young-Bum Kim.

3. The majority of these documents were made available on hard drive sent by Quinn Emanuel to Apple's attorneys. The documents produced on hard drive were provided as compressed WinRar.rar files that contained concordance & Ipro load files. Metadata that contained custodial information was provided via .dat files.

4. Young-Bum Kim's document production was arranged in seven sequentially numbered folder that contained metadata that identified Mr. Kim as the custodian of these files. A screen shot of those folders is provided below.

| Name | Size | Type | Date Modified |
|---|---|---|---|
| SAMNDCA630_11162012_01 | | File Folder | 11/14/2012 10:58 AM |
| SAMNDCA630_11162012_02 | | File Folder | 11/14/2012 6:02 PM |
| SAMNDCA630_11162012_03 | | File Folder | 11/14/2012 5:52 PM |
| SAMNDCA630_11162012_04 | | File Folder | 11/14/2012 7:03 PM |
| SAMNDCA630_11162012_05 | | File Folder | 11/14/2012 8:10 PM |
| SAMNDCA630_11162012_06 | | File Folder | 11/14/2012 8:04 PM |
| SAMNDCA630_11162012_07 | | File Folder | 11/15/2012 7:08 PM |

5. The actual run time to decompress the data for Young-Bum Kim is displayed below. The first folder was written at 5:23 pm, and the last file was written at 8:51 pm. Total time to extract to the network drive was approximately 3.5 hours.



6. Similarly, Ju-Ho Lee's documents were found in a folder that identified Mr. Lee as the custodian. A screen shot of that folder is provided below:

7. The actual run time to decompress the data for Ju-Ho Lee is displayed below. The first folder was written at 1:47 pm, and the last file was written at 5:28 pm. Total time to extract to the network drive was approximately 3 hours and 41 minutes.

8. In addition to the documents produced via hard drive, on November 16, 2012, 15,919 documents containing 220,662 pages for custodian Young-Bum Kim were made available

on the FTP website of Samsung's discovery vendor, UBIC.    This is the same method in which most of Samsung's productions have been produced.    For the materials produced via UBIC, these documents were provided as TIFF (.tif) files and Text (.txt) files, along with native excel spreadsheets (where applicable).    Metadata that contained custodial information was provided via .dat files.

9.    All of Samsung's prior productions, as made available on UBIC's FTP site, have been provided to Apple in compressed format.    Prior to the productions for Young-Bum Kim and Ju-Ho Lee, Samsung produced 1,094,352 documents in this case in this format.    Apple had not raised any concerns regarding the compression of these files.    In addition, document productions made by Samsung are nearly identical in format to those made by Apple.    Both parties provide page level images with load files, native files named after the bates numbers (with designation), and document-level text files.

10.    On November 26, 2012, Quinn Emanuel made a replacement production of documents that Apple complained could not be processed.    The only custodians for the materials in the replacement production were Sung-Ho Choi and Soeng-Hun Kim.

I declare under penalty of perjury that the foregoing is true and correct.    Executed on March 31, 2013, at Los Angeles, California.

By_____

Jonathan A. Land