| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | STEPTOE & JOHNSON, LLP John Caracappa (*pro hac vice*) |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com | jcaracappa@steptoe.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com | 1330 Connecticut Avenue, NW Washington, D.C. 20036 |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 | Telephone: (202) 429-6267 Facsimile: (202) 429-3902 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 | |

1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
7  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS CO.,
16 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

STEPTOE & JOHNSON, LLP
John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br>    Plaintiff, <br><br>    vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br>    Defendants. | CASE NO. 12-CV-00630-LHK (PSG) <br><br> **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO COMPEL RESUMED DEPOSITIONS OF YOUNG-BUM KIM AND JU-HO LEE AND PRODUCTION OF DOCUMENTS** <br><br> Hearing Date: April 11, 2013 <br> Hearing Time: 10:00 a.m. <br> Place: Courtroom 5, 4th Floor <br> Judge: Honorable Paul S. Grewal |

**DECLARATION OF MICHAEL L. FAZIO**

I, Michael L. Fazio, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as **Exhibit 1** is a true and correct copy of plaintiff Apple Inc.'s ("Apple's") Thirteenth Set of Requests for Production.

3. Attached as **Exhibit 2** is a true and correct copy of Samsung's Responses and Objections to Apple's Thirteenth Set of Requests for Production.

4. Attached as **Exhibit 3** is a true and correct copy of a letter from Michael Fazio to Michael Valek, dated February 22, 2013.

5. Attached as **Exhibit 4** are true and correct copies of twelve deposition notices issued by Samsung on October 3, 2012.

6. Attached as **Exhibit 5** are true and correct copies of seven deposition notices issued by Apple on October 10, 2012.

7. Attached as **Exhibit 6** is a true and correct copy of a letter from Michael Fazio to Michael Silhasek, dated October 19, 2012.

8. Attached as **Exhibit 7** is a true and correct copy of a letter from Peter Kolovos to Michael Fazio, dated October 24, 2012.

9. Attached as **Exhibit 8** is a true and correct copy of a letter from Michael Fazio to Peter Kolovos, dated November 1, 2012.

10. Attached as **Exhibit 9** is a true and correct copy of a letter from Peter Kolovos to Michael Fazio, dated November 2, 2012.

11. Attached as **Exhibit 10** is a true and correct copy of a letter from Michael Fazio to Peter Kolovos, dated November 6, 2012.

1    12.    Attached as **Exhibit 11** is a true and correct copy of an e-mail from Peter Kolovos to Michael Fazio, dated November 7, 2012.

2    13.    Attached as **Exhibit 12** is a true and correct copy of e-mails from Michael Fazio to Peter Kolovos, dated November 8, 2012 and November 9, 2012.

3    14.    Attached as **Exhibit 13** is a true and correct copy of an e-mail from Jennifer Rho to Michael Fazio, dated November 9, 2012.

4    15.    Attached as **Exhibit 14** is a true and correct copy of an e-mail from Michael Fazio to Jennifer Rho, dated October 31, 2012.

5    16.    Attached as **Exhibit 15** is a true and correct copy of excerpts from the transcript of the deposition of Ju-Ho Lee, dated November 30, 2012.

6    17.    Attached as **Exhibit 16** is a true and correct copy of a letter from Peter Kolovos to Michael Fazio, dated November 29, 2012.

7    18.    Attached as **Exhibit 17** is a true and correct copy of an e-mail from Jeanine Zalduendo to Jennifer Rho, dated November 14, 2012.  Samsung served its document productions for Ju-Ho Lee and Young-Bum Kim on November 16, 2012, consistent with **Exhibit 19.**  The majority of Samsung's productions for Ju-Ho Lee and Young-Bum Kim are publicly available documents.

8    19.    Attached as **Exhibit 18** is a true and correct copy of an e-mail from Jennifer Rho to Jeanine Zalduendo, dated November 14, 2012.

9    20.    Attached as **Exhibit 19** is a true and correct copy of a letter from Michael Fazio to Josh Krevitt and Jennifer Rho, dated November 29, 2012.

10    21.    Attached as **Exhibit 20** is a true and correct copy of an e-mail from Jennifer Rho to Michael Fazio, dated March 18, 2013.

11    22.    Attached as **Exhibit 21** is a true and correct copy of an e-mail from Liv Herriot to Jeanine Zalduendo, dated November 20, 2012.

12    23.    Attached as **Exhibit 22** is a true and correct copy of a letter from Peter Kolovos to Michael Fazio, dated November 21, 2012.

24. Attached as **Exhibit 23** is a true and correct copy of a letter from Michael Fazio to Peter Kolovos, dated November 21, 2012.

25. Attached as **Exhibit 24** is a true and correct copy of Samsung's Objections and Responses to Apple's Sixth Set of Requests for Production.

26. Attached as **Exhibit 25** is a true and correct copy of a document titled "Respondent Apple Inc.'s Reply in Further Support of Apple's Motion to Compel Production of Documents and Discovery Responses," filed by Apple on March 9, 2012 before the U.S. International Trade Commission in Investigation No. 337-TA-794.

27. Attached as **Exhibit 26** is a true and correct copy of Apple's Seventh Set of Requests for Production.

28. Attached as **Exhibit 27** is a true and correct copy of Samsung's Objections and Responses to Apple's Seventh Set of Requests for Production.

29. The approximately 6,600 documents produced by Samsung on February 7, 2013, were produced in response to Apple's Seventh Set of Requests for Production, served on Samsung on November 16, 2012.

30. Attached as **Exhibit 28** is a true and correct copy of excerpts from the transcript of the deposition of Young-Bum Kim, dated November 28, 2012.

31. Attached as **Exhibit 29** is a true and correct copy of excerpts from the transcript of the deposition of Kenneth Kocienda, dated April 13, 2012.

32. Attached as **Exhibit 30** is a true and correct copy of excerpts from the transcript of the hearing held before the Honorable Lucy H. Koh on July 18, 2012 in *Apple v. Samsung*, 11-CV-01846.

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3  Executed April 1, 2013, at Los Angeles, California.

_____
Michael L. Fazio