QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF JAMES D. JUDAH IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO COMPEL A RESPONSE TO INTERROGATORY NO. 22 AND PRODUCTION OF DIFF PRINTOUTS** |

I, James D. Judah, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action.   I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Admire of U.S. Patent No. 8,074,172."

3. Attached hereto as Exhibit 2 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Captivate Glide of U.S. Patent No. 8,074,172."

4. Attached hereto as Exhibit 3 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Conquer 4G of U.S. Patent No. 8,074,172."

5. Attached hereto as Exhibit 4 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Exhibit II 4G of U.S. Patent No. 8,074,172."

6. Attached hereto as Exhibit 5 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Nexus Running Android Jelly Bean U.S. Patent No. 8,074,172."

7. Attached hereto as Exhibit 6 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Nexus of U.S. Patent No. 8,074,172."

8. Attached hereto as Exhibit 7 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Note of U.S. Patent No. 8,074,172."

9. Attached hereto as Exhibit 8 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Player 4.0 of U.S. Patent No. 8,074,172."

10. Attached hereto as Exhibit 9 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Player 5.0 of U.S. Patent No. 8,074,172."

11. Attached hereto as Exhibit 10 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy S II - AT&T of U.S. Patent No. 8,074,172."

12. Attached hereto as Exhibit 11 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy SII Epic 4G Touch of U.S. Patent No. 8,074,172."

13. Attached hereto as Exhibit 12 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy SII Skyrocket of U.S. Patent No. 8,074,172."

14. Attached hereto as Exhibit 13 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy S II - T-MOBILE of U.S. Patent No. 8,074,172."

15. Attached hereto as Exhibit 14 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Tab 7.0 Plus of U.S. Patent No. 8,074,172."

16. Attached hereto as Exhibit 15 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760 (Samsung Admire Phones)."

17. Attached hereto as Exhibit 16 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Tab 8.9 of U.S. Patent No. 8,074,172."

18. Attached hereto as Exhibit 17 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Stratosphere of U.S. Patent No. 8,074,172."

19. Attached hereto as Exhibit 18 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Transform Ultra of U.S. Patent No. 8,074,172."

20. Attached hereto as Exhibit 19 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Admire of U.S. Patent No. 7,761,414."

21. Attached hereto as Exhibit 20 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Captivate Glide of U.S. Patent No. 7,761,414."

22. Attached hereto as Exhibit 21 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Conquer 4G of U.S. Patent No. 7,761,414."

23. Attached hereto as Exhibit 22 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Dart of U.S. Patent No. 7,761,414."

24. Attached hereto as Exhibit 23 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Exhibit II 4G of U.S. Patent No. 7,761,414."

25. Attached hereto as Exhibit 24 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Nexus running Android Jelly Bean of U.S. Patent No. 7,761,414."

26. Attached hereto as Exhibit 25 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Nexus of U.S. Patent No. 7,761,414."

27. Attached hereto as Exhibit 26 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Note 10.1 (Wi-Fi) of U.S. Patent No. 7,761,414."

28. Attached hereto as Exhibit 27 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Note II of U.S. Patent No. 7,761,414."

29. Attached hereto as Exhibit 28 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Note of U.S. Patent No. 7,761,414."

30. Attached hereto as Exhibit 29 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Player 4.0 of U.S. Patent No. 7,761,414."

31. Attached hereto as Exhibit 30 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Player 5.0 of U.S. Patent No. 7,761,414."

32. Attached hereto as Exhibit 31 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Rugby Pro U.S. Patent No. 7,761,414."

33. Attached hereto as Exhibit 32 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy SII1 of U.S. Patent No. 7,761,414."

34. Attached hereto as Exhibit 33 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy SII Epic 4G Touch of U.S. Patent No. 7,761,414."

35. Attached hereto as Exhibit 34 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy SII Skyrocket of U.S. Patent No. 7,761,414."

36. Attached hereto as Exhibit 35 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy SIII Running Android Jelly Bean of U.S. Patent No. 7,761,414."

37. Attached hereto as Exhibit 36 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy SIII of U.S. Patent No. 7,761,414."

38. Attached hereto as Exhibit 37 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Tab 2 10.1 of U.S. Patent No. 7,761,414."

39. Attached hereto as Exhibit 38 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Tab 7.0 of U.S. Patent No. 7,761,414."

1    40.    Attached hereto as Exhibit 39 is a true and correct copy of Apple's infringement
2 contention chart entitled "Infringement by Samsung Galaxy Tab 8.9 of U.S. Patent No.
3 7,761,414."

4    41.    Attached hereto as Exhibit 40 is a true and correct copy of Apple's infringement
5 contention chart entitled "Infringement by Samsung Galaxy Tab 8.9 of U.S. Patent No.
6 7,761,414."

7    42.    Attached hereto as Exhibit 41 is a true and correct copy of Apple's infringement
8 contention chart entitled "Infringement by Samsung Illusion of U.S. Patent No. 7,761,414."

9    43.    Attached hereto as Exhibit 42 is a true and correct copy of Apple's infringement
10 contention chart entitled "Infringement by Samsung Stratosphere of U.S. Patent No. 7,761,414."

11    44.    Attached hereto as Exhibit 43 is a true and correct copy of Apple's infringement
12 contention chart entitled "Infringement by Samsung Transform Ultra of U.S. Patent No.
13 7,761,414."

14    45.    Attached hereto as Exhibit 44 is a true and correct copy of Apple's infringement
15 contention chart entitled "Infringement by Samsung Admire of U.S. Patent No. 5,666,502."

16    46.    Attached hereto as Exhibit 45 is a true and correct copy of Apple's infringement
17 contention chart entitled "Infringement by Samsung Captivate Glide of U.S. Patent No.
18 5,666,502."

19    47.    Attached hereto as Exhibit 46 is a true and correct copy of Apple's infringement
20 contention chart entitled "Infringement by Samsung Conquer 4G of U.S. Patent No. 5,666,502."

21    48.    Attached hereto as Exhibit 47 is a true and correct copy of Apple's infringement
22 contention chart entitled "Infringement by Samsung Dart of U.S. Patent No. 5,666,502."

23    49.    Attached hereto as Exhibit 48 is a true and correct copy of Apple's infringement
24 contention chart entitled "Infringement by Samsung Exhibit II 4G of U.S. Patent No. 5,666,502."

25    50.    Attached hereto as Exhibit 49 is a true and correct copy of Apple's infringement
26 contention chart entitled "Infringement by Samsung Galaxy Nexus running on the Android Jelly
27 Bean operating system of U.S. Patent No. 5,666,502."

28

51. Attached hereto as Exhibit 50 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Nexus of U.S. Patent No. 5,666,502."

52. Attached hereto as Exhibit 51 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Note 10.1 of U.S. Patent No. 5,666,502."

53. Attached hereto as Exhibit 52 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Note II of U.S. Patent No. 5,666,502."

54. Attached hereto as Exhibit 53 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Note of U.S. Patent No. 5,666,502."

55. Attached hereto as Exhibit 54 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Player 4.0 of U.S. Patent No. 5,666,502."

56. Attached hereto as Exhibit 55 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Player 5.0 of U.S. Patent No. 5,666,502."

57. Attached hereto as Exhibit 56 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Rugby Pro of U.S. Patent No. 5,666,502."

58. Attached hereto as Exhibit 57 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy SII - AT&T of U.S. Patent No. 5,666,502."

59. Attached hereto as Exhibit 58 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy SII Epic 4G Touch of U.S. Patent No. 5,666,502."

60. Attached hereto as Exhibit 59 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy SII Skyrocket of U.S. Patent No. 5,666,502."

61. Attached hereto as Exhibit 60 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy SII - T-MOBILE of U.S. Patent No. 5,666,502."

62. Attached hereto as Exhibit 61 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy S III running on the Android Jelly Bean operating system of U.S. Patent No. 5,666,502."

63. Attached hereto as Exhibit 62 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy SIII of U.S. Patent No. 5,666,502."

64. Attached hereto as Exhibit 63 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Tab 2 10.1 of U.S. Patent No. 5,666,502."

65. Attached hereto as Exhibit 64 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Tab 7.0 Plus of U.S. Patent No. 5,666,502."

66. Attached hereto as Exhibit 65 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Tab 8.9 Running Android Ice Cream Sandwich of U.S. Patent No. 5,666,502."

67. Attached hereto as Exhibit 66 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Galaxy Tab 8.9 of U.S. Patent No. 5,666,502."

68. Attached hereto as Exhibit 67 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Illusion of U.S. Patent No. 5,666,502."

69. Attached hereto as Exhibit 68 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Stratosphere of U.S. Patent No. 5,666,502."

70. Attached hereto as Exhibit 69 is a true and correct copy of Apple's infringement contention chart entitled "Infringement by Samsung Transform Ultra of U.S. Patent No. 5,666,502."

1   71.   Attached hereto as Exhibit 70 is a true and correct copy of Apple's infringement
2 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604
3 (Infringement by the Samsung Admire)."

4   72.   Attached hereto as Exhibit 71 is a true and correct copy of Apple's infringement
5 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604
6 (Infringement by the Samsung Captivate Glide)."

7   73.   Attached hereto as Exhibit 72 is a true and correct copy of Apple's infringement
8 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604
9 (Infringement by the Samsung Conquer 4G)."

10   74.   Attached hereto as Exhibit 73 is a true and correct copy of Apple's infringement
11 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604
12 (Infringement by the Samsung Dart)."

13   75.   Attached hereto as Exhibit 74 is a true and correct copy of Apple's infringement
14 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604
15 (Infringement by the Samsung Exhibit II 4G)."

16   76.   Attached hereto as Exhibit 75 is a true and correct copy of Apple's infringement
17 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604
18 (Infringement by the Samsung Galaxy Nexus running Android running Android Jelly Bean)."

19   77.   Attached hereto as Exhibit 76 is a true and correct copy of Apple's infringement
20 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604
21 (Infringement by the Samsung Galaxy Nexus)."

22   78.   Attached hereto as Exhibit 77 is a true and correct copy of Apple's infringement
23 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604
24 (Infringement by the Samsung Galaxy Note II)."

25   79.   Attached hereto as Exhibit 78 is a true and correct copy of Apple's infringement
26 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604
27 (Infringement by the Samsung Galaxy Note)."

28

80. Attached hereto as Exhibit 79 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604 (Infringement by the Samsung Galaxy Player 4.0)."

81. Attached hereto as Exhibit 80 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604 (Infringement by the Samsung Galaxy Player 5.0)."

82. Attached hereto as Exhibit 81 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604 (Infringement by the Samsung AT&T Galaxy S II)."

83. Attached hereto as Exhibit 82 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604 (Infringement by the Samsung Galaxy S II Epic 4G Touch)."

84. Attached hereto as Exhibit 83 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604 (Infringement by the Samsung AT&T Galaxy S II Skyrocket)."

85. Attached hereto as Exhibit 84 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604 (Infringement by the Samsung T-Mobile Galaxy S II)."

86. Attached hereto as Exhibit 85 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604 (Infringement by the Samsung Galaxy S III running Android Jelly Bean)."

87. Attached hereto as Exhibit 86 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604 (Infringement by the Samsung Galaxy S III)."

88. Attached hereto as Exhibit 87 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604 (Infringement by the Samsung Galaxy Tab 7.0 Plus)."

89. Attached hereto as Exhibit 88 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604 (Infringement by the Samsung Galaxy Tab 8.9)."

90. Attached hereto as Exhibit 89 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604 (Infringement by the Samsung Illusion)."

91. Attached hereto as Exhibit 90 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604 (Infringement by the Samsung Stratosphere)."

92. Attached hereto as Exhibit 91 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604 (Infringement by the Samsung Transform Ultra)."

93. Attached hereto as Exhibit 92 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG ADMIRE (SCH-R720)."

94. Attached hereto as Exhibit 93 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG CAPTIVATE GLIDE (SGH-I927)."

95. Attached hereto as Exhibit 94 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG CONQUER 4G (SHP-D600)."

96. Attached hereto as Exhibit 95 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG DART (SGH-T499)."

97. Attached hereto as Exhibit 96 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG EXHIBIT II 4G (SGH-T679)."

98. Attached hereto as Exhibit 97 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY NEXUS."

99. Attached hereto as Exhibit 98 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY NEXUS."

100. Attached hereto as Exhibit 99 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY NOTE 10.1 (GT-N8013)."

101. Attached hereto as Exhibit 100 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY NOTE II."

102. Attached hereto as Exhibit 101 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY NOTE (SGH-I717)."

103. Attached hereto as Exhibit 102 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY PLAYER 4.0 (YP-G1CWY)."

104. Attached hereto as Exhibit 103 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY PLAYER 5.0 (YP-G70C)."

105. Attached hereto as Exhibit 104 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY RUGBY PRO."

106. Attached hereto as Exhibit 105 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE AT&T SAMSUNG GALAXY SII (SGH-I777)."

1   107.   Attached hereto as Exhibit 106 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY SII EPIC 4G TOUCH (SPH-D710)."

108.   Attached hereto as Exhibit 107 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE AT&T SAMSUNG GALAXY SII SKYROCKET (SGH-I727)."

109.   Attached hereto as Exhibit 108 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE T-MOBILE SAMSUNG GALAXY SII (SGH-T989)."

110.   Attached hereto as Exhibit 109 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY SIII."

111.   Attached hereto as Exhibit 110 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY SIII."

112.   Attached hereto as Exhibit 111 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY TAB 2."

113.   Attached hereto as Exhibit 112 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY TAB 7.0 PLUS (GT-P6210)."

114.   Attached hereto as Exhibit 113 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY TAB 8.9."

115.   Attached hereto as Exhibit 114 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG GALAXY TAB 8.9 (GT-P7310&SGH-I957)."

116. Attached hereto as Exhibit 115 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG ILLUSION (SGH-I110)."

117. Attached hereto as Exhibit 116 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG STRATOSPHERE (SCH-I405)."

118. Attached hereto as Exhibit 117 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG TRANSFORM ULTRA (SPH-M930)."

119. Attached hereto as Exhibit 118 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE SAMSUNG ADMIRE (SCH-R720)."

120. Attached hereto as Exhibit 119 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE SAMSUNG CAPTIVATE GLIDE (SGH-I927)."

121. Attached hereto as Exhibit 120 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE SAMSUNG CONQUER 4G (SPH-D600)."

122. Attached hereto as Exhibit 121 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE SAMSUNG DART (SGH-T499)."

123. Attached hereto as Exhibit 122 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE SAMSUNG EXHIBIT II 4G (SGH-T679)."

124. Attached hereto as Exhibit 123 is a true and correct copy of Apple's infringement contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 8,046,7212 BY THE SAMSUNG GALAXY NEXUS."

1       125.    Attached hereto as Exhibit 124 is a true and correct copy of Apple's infringement
2   contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE
3   SAMSUNG GALAXY NEXUS."

4       126.    Attached hereto as Exhibit 125 is a true and correct copy of Apple's infringement
5   contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE AT&T
6   SAMSUNG GALAXY SII (SGH-I777)."

7       127.    Attached hereto as Exhibit 126 is a true and correct copy of Apple's infringement
8   contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE
9   SAMSUNG GALAXY SII EPIC 4G TOUCH (SPH-D710)."

10      128.    Attached hereto as Exhibit 127 is a true and correct copy of Apple's infringement
11  contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE
12  SAMSUNG GALAXY SII SKYROCKET (SGH-I727)."

13      129.    Attached hereto as Exhibit 128 is a true and correct copy of Apple's infringement
14  contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE T-
15  MOBILE SAMSUNG GALAXY SII (SGH-T989)."

16      130.    Attached hereto as Exhibit 129 is a true and correct copy of Apple's infringement
17  contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE
18  SAMSUNG GALAXY TAB 7.0 PLUS (GT-P6210MA)."

19      131.    Attached hereto as Exhibit 130 is a true and correct copy of Apple's infringement
20  contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE
21  SAMSUNG GALAXY TAB 8.9 (GT-P7310)."

22      132.    Attached hereto as Exhibit 131 is a true and correct copy of Apple's infringement
23  contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE
24  SAMSUNG ILLUSION (SCH-I110)."

25      133.    Attached hereto as Exhibit 132 is a true and correct copy of Apple's infringement
26  contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE
27  SAMSUNG STRATOSPHERE (SCH-I405)."

28

1     134.    Attached hereto as Exhibit 133 is a true and correct copy of Apple's infringement
2 contention chart entitled "INFRINGEMENT OF U.S. PATENT NO. 8,046,721 BY THE
3 SAMSUNG TRANSFORM ULTRA (SPH-M930)."

4     135.    Attached hereto as Exhibit 134 is a true and correct copy of Apple's infringement
5 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959
6 (Infringement by the Samsung Admire)."

7     136.    Attached hereto as Exhibit 135 is a true and correct copy of Apple's infringement
8 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959
9 (Infringement by the Samsung Captivate Glide)."

10    137.    Attached hereto as Exhibit 136 is a true and correct copy of Apple's infringement
11 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959
12 (Infringement by the Samsung Conquer 4G)."

13    138.    Attached hereto as Exhibit 137 is a true and correct copy of Apple's infringement
14 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959
15 (Infringement by the Samsung Dart)."

16    139.    Attached hereto as Exhibit 138 is a true and correct copy of Apple's infringement
17 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959
18 (Infringement by the Samsung Exhibit II 4G)."

19    140.    Attached hereto as Exhibit 139 is a true and correct copy of Apple's infringement
20 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959
21 (Infringement by the Samsung Galaxy Nexus running Android Jelly Bean)."

22    141.    Attached hereto as Exhibit 140 is a true and correct copy of Apple's infringement
23 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959
24 (Infringement by the Samsung Galaxy Nexus)."

25    142.    Attached hereto as Exhibit 141 is a true and correct copy of Apple's infringement
26 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959
27 (Infringement by the Samsung Galaxy Note II)."

28

1    143.    Attached hereto as Exhibit 142 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959 (Infringement by the Samsung Galaxy Note)."

4    144.    Attached hereto as Exhibit 143 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959 (Infringement by the Samsung Galaxy Player 4.0)."

7    145.    Attached hereto as Exhibit 144 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959 (Infringement by the Samsung Galaxy Player 5.0)."

10   146.    Attached hereto as Exhibit 145 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959 (Infringement by the Samsung AT&T Galaxy S II)."

13   147.    Attached hereto as Exhibit 146 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959 (Infringement by the Samsung Galaxy S II Epic 4G Touch)."

16   148.    Attached hereto as Exhibit 147 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959 (Infringement by the Samsung AT&T Galaxy S II Skyrocket)."

19   149.    Attached hereto as Exhibit 148 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959 (Infringement by the Samsung T-Mobile Galaxy S II)."

22   150.    Attached hereto as Exhibit 149 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959 (Infringement by the Samsung Galaxy S III running Android Jelly Bean)."

25   151.    Attached hereto as Exhibit 150 is a true and correct copy of Apple's infringement contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959 (Infringement by the Samsung Galaxy S III)."

1	152.	Attached hereto as Exhibit 151 is a true and correct copy of Apple's infringement
2	contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959
3	(Infringement by the Samsung Galaxy Tab 7.0 Plus)."

4	153.	Attached hereto as Exhibit 152 is a true and correct copy of Apple's infringement
5	contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959
6	(Infringement by the Samsung Galaxy Tab 8.9)."

7	154.	Attached hereto as Exhibit 153 is a true and correct copy of Apple's infringement
8	contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959
9	(Infringement by the Samsung Illusion)."

10	155.	Attached hereto as Exhibit 154 is a true and correct copy of Apple's infringement
11	contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959
12	(Infringement by the Samsung Stratosphere)."

13	156.	Attached hereto as Exhibit 155 is a true and correct copy of Apple's infringement
14	contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959
15	(Infringement by the Samsung Transform Ultra)."

16	157.	Attached hereto as Exhibit 156 is a true and correct copy of Apple's infringement
17	contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760
18	(Samsung Captivate Glide Phones)."

19	158.	Attached hereto as Exhibit 157 is a true and correct copy of Apple's infringement
20	contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760
21	(Samsung Conquer 4G Phones)."

22	159.	Attached hereto as Exhibit 158 is a true and correct copy of Apple's infringement
23	contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760
24	(Samsung Dart Phones)."

25	160.	Attached hereto as Exhibit 159 is a true and correct copy of Apple's infringement
26	contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760
27	(Samsung Exhibit II 4G Phones)."

28

1        161.    Attached hereto as Exhibit 160 is a true and correct copy of Apple's infringement
2 contention chart entitled "Infringement by Samsung Galaxy Nexus Running Android Jelly Bean of
3 U.S. Patent No. 8,014,760."

4        162.    Attached hereto as Exhibit 161 is a true and correct copy of Apple's infringement
5 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760
6 (Galaxy Nexus Phones)."

7        163.    Attached hereto as Exhibit 162 is a true and correct copy of Apple's infringement
8 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760
9 (Samsung Galaxy Note II Phones)."

10       164.    Attached hereto as Exhibit 163 is a true and correct copy of Apple's infringement
11 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760
12 (Samsung Galaxy Note Phones)."

13       165.    Attached hereto as Exhibit 164 is a true and correct copy of Apple's infringement
14 contention chart entitled "Exhibit D-10 – Exemplary Infringement Claim Chart for U.S. Patent
15 No. 8,014,760 (Samsung Rugby Pro Phones)."

16       166.    Attached hereto as Exhibit 165 is a true and correct copy of Apple's infringement
17 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760
18 (Samsung Galaxy S II (AT&T) Phones)."

19       167.    Attached hereto as Exhibit 166 is a true and correct copy of Apple's infringement
20 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760
21 (Samsung Galaxy S II Epic 4G Touch Phones)."

22       168.    Attached hereto as Exhibit 167 is a true and correct copy of Apple's infringement
23 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760
24 (Samsung Galaxy S II Skyrocket Phones)."

25       169.    Attached hereto as Exhibit 168 is a true and correct copy of Apple's infringement
26 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760
27 (Samsung Galaxy S II (T-Mobile) Phones)."

28

1  170. Attached hereto as Exhibit 169 is a true and correct copy of Apple's infringement
2  contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760
3  (Samsung Galaxy S III Running Android Jelly Bean Phones)."
4  171. Attached hereto as Exhibit 170 is a true and correct copy of Apple's infringement
5  contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760
6  (Samsung Galaxy S III Phones)."
7  172. Attached hereto as Exhibit 171 is a true and correct copy of Apple's infringement
8  contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760
9  (Samsung Illusion Phones)."
10 173. Attached hereto as Exhibit 172 is a true and correct copy of Apple's infringement
11 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760
12 (Samsung Stratosphere Phones)."
13 174. Attached hereto as Exhibit 173 is a true and correct copy of Apple's infringement
14 contention chart entitled "Exemplary Infringement Claim Chart for U.S. Patent No. 8,014,760
15 (Samsung Transform Ultra Phones)."
16 175. Attached hereto as Exhibit 174 is a true and correct copy of Apple's infringement
17 contention chart entitled "Apple Inc.'s Disclosure of Asserted Claims & Infringement
18 Contentions," dated June 15, 2012.
19    I declare under penalty of perjury under the laws of the United States of America that the
20 foregoing is true and correct.
21    Executed on April 1, 2013, at San Francisco, California.
22
23                           */s/ James D. Judah*
24                           James D. Judah