# EXHIBIT 84

**Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 1 of U.S. Patent No. 8,086,604 | Infringement by the Samsung T-Mobile Galaxy S II |
|---|---|
| A method for locating information in a network using a computer, comprising[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung T-Mobile Galaxy S II performs a method for locating information in a network using a computer. For instance, the Samsung T-Mobile Galaxy S II includes a 1.5 GHz dual-core processor CPU, 16 GB of on-board memory, a 4.5" Super AMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a network using a computer. <br><br> **CPU / Processor** <br> Processor Speed, Type — 1.5 GHz, Dual Core (Qualcomm Snapdragon S3) <br><br> **Memory** <br> Internal Memory — 16GB <br> External Memory/microSD™ Capacity — MicroSD™ Card |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

## Display

| | |
|---|---|
| **Main Display Resolution** | 480x800 pixels |
| **Main Display Size** | 4.52" |
| **Main Display Technology** | Super AMOLED™ Plus |
| **Touch Screen** | Yes |

## Section 2: Understanding Your Device

This section outlines key features of your phone. It also describes the phone's keys, screen and the icons that display when the phone is in use.

### Features of Your Phone

Your phone is lightweight, easy-to-use and offers many significant features. The following list outlines a few of the features included in your phone.

- Touch screen with virtual (on-screen) QWERTY keyboard
- High Speed Packet Access Plus (HSPA+) delivering data speeds faster than the current 3G network technology.
- Android 2.3, Gingerbread Platform
- Compatible with Adobe® Flash® technology
- Wi-Fi ® Capability
- USB Tethering-capable
- Bluetooth enabled
- Full Integration of Google Mobile™ Services (Gmail, YouTube, Google Maps, Google Voice Search)
- Multiple Messaging Options: Text/Picture/Video Messaging, and Instant Messaging with Windows Live Messenger, Google Talk™ and Yahoo! Messenger
- Corporate and Personal Email

- Media streaming integration via Netflix®
- 8 Megapixel Camera and Camcorder with autofocus, multi-shot and digital zoom
- 2 Megapixel Front Facing camera and preloaded Qik® application for Video Chat
- MP3 Player with multitasking features
- Over 250,000 Apps available to download from the Android Market™
- Pre-loaded e-reader applications such as: Blio®, Google Books™, and Zinio®
- Social Hub to integrate all of your favorite social networking sites.
- Polaris® Office for document viewing and editing
- Assisted GPS (TeleNav GPS Navigation and Google Navigation)
- Webkit-based browser
- 16GB built-in memory (on-board)
- Expandable memory slot - supports up to 32GB
- Mobile Hotspot Capability
- Lookout® Security (Security, Backup, Missing Device capabilities)
- T-Mobile® TV
- Slacker Radio®
- SWYPE™ text input technology
- Google Video Chat via Google Talk

The Samsung T-Mobile Galaxy S II includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[2]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung T-Mobile Galaxy S II.

---

[2]   "Quick Search Box," Android Developers, http://developer.android.com/resources/articles/qsb.html, last accessed June 13, 2012.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the T-Mobile Galaxy S II, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes Google Search as a standard feature of the T-Mobile Galaxy S II, as shown by the specifications on Samsung's web site:

**T-Mobile Cell Phones: What Applications Are Pre-Loaded on My T-Mobile SGH-t989 Samsung GALAXY S™ II Mobile Device?**

## T-Mobile Galaxy S™ II
### Preloaded Applications
#### SGH-t989



| T-Mobile | Google | | Samsung | |
|---|---|---|---|---|
| 411 & More | Gmail | YouTube | AllShare | Social Hub |
| My Account | Gallery | Search | Media Hub | Email |
| T-Mobile TV | Latitude | Maps | Kies Air | Task Manager |
| T-Mobile Mall | Market | Navigation | Music | Photo Editor |
| Visual Voicemail | Places | Tags | Messaging | Voice Talk |
| T-Mobile Name ID | Talk | Voice Search | | |

| | |
|---|---|
| receiving by the computer an inputted information descriptor from a user-input device; | The Samsung T-Mobile Galaxy S II performs the step of receiving by the computer an inputted information descriptor from a user-input device.<br><br>The Samsung T-Mobile Galaxy S II has a 4.5" Super AMOLED screen. |

| Display | |
|---|---|
| **Main Display Resolution** | 480x800 pixels |
| **Main Display Size** | 4.52" |
| **Main Display Technology** | Super AMOLED™ Plus |
| **Touch Screen** | Yes |

The Super AMOLED screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard.

The Android Quick Search Box on the Samsung T-Mobile Galaxy S II receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:



Portions of the computer instructions to receive an information descriptor in the Samsung T-Mobile Galaxy S II may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| | |
|---|---|
| providing said information descriptor received from the user-input device to a plurality of | The T-Mobile Galaxy S II performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules. |

| heuristic modules, wherein: | The T-Mobile Galaxy S II comprises a plurality of heuristic modules.  The Search Settings panel for the Quick Search Box on the Samsung T-Mobile Galaxy S II, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the T-Mobile Galaxy S II.  The T-Mobile Galaxy S II provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules.<br><br> |
|---|---|

| | In the example above, the T-Mobile Galaxy S II provides at least the Web and Contacts heuristic modules that are preselected by the T-Mobile Galaxy S II. |
|---|---|
| each heuristic module corresponds to a respective area of search and | The Samsung T-Mobile Galaxy S II performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein each heuristic module corresponds to a respective area of search.<br><br>The figure below shows an example of a plurality of heuristic modules and their respective areas of search.  For example, one heuristic is the Web heuristic module that corresponds to a search of Google Search suggestions on the Internet and locally stored bookmarks and web history, stored locally on the T-Mobile Galaxy S II's local storage media.  Another heuristic module is the Contacts heuristic module that corresponds to a search of the names of contacts stored locally on the T-Mobile Galaxy S II's local storage media. |



| | The Samsung T-Mobile Galaxy S II performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein each heuristic module employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor. |
|---|---|
| employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor, and | |



For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module indicated by the red rectangle is the Web heuristic module that corresponds to a search of Google Search suggestions on the Internet and locally stored of bookmarks and web history. Another heuristic module indicated by the blue rectangle is the People heuristic module that corresponds to a search of the names of contacts stored locally on the T-Mobile Galaxy S II.

| | Each heuristic module shown above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification: |
|---|---|
| | "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23) |
| | "[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14) |
| | Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Web heuristic module employs a search engine to locate Internet web pages which match the user input, and further maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The Contacts module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the computer; | The T-Mobile Galaxy S II performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein the search areas include storage media accessible by the T-Mobile Galaxy S II. |
| | As described in the examples above, the default search areas include several areas that search storage media accessible by the T-Mobile Galaxy S II.  For example, the T-Mobile Galaxy S II provides heuristic modules that search browser bookmarks, web history, and people (contacts). Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search box to let you search content on your phone, including apps, contacts, and browser |

14

| | |
|---|---|
| | history, as well as content from the web."[3] |
| searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search; | The T-Mobile Galaxy S II performs the step of searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search.<br><br>By way of example, on the Samsung T-Mobile Galaxy S II, when a user types a search request into the Quick Search Box, Android computer instructions in the SearchActivity class calls the getSuggestions() method of an instance of the SuggestionsProviderImpl class. (See Android Source Code at SearchActivity.java, SuggestionsProviderImpl.java.) This, in turn, creates an object called "receiver" to hold the query results from the different applications that respond to the search request, and calls the startQueries() method on a QueryTask object to dispatch the query to a plurality of search heuristics to locate information responsive to the request. (See Android Source Code at SuggestionsProviderImpl.java). The QueryTask object creates multiple parallel requests, in separate threads, to send the query simultaneously to a plurality of heuristics. (See Android Source Code at QueryTask.java.) |
| providing at least one candidate item of information located by the heuristic modules as a result of said searching; | The T-Mobile Galaxy S II performs the step of providing at least one candidate item of information located by the heuristic modules as a result of said searching.<br><br>For example, in the image below, the T-Mobile Galaxy S II is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristic modules as a result of a search for the information descriptor "app": |

---

[3] "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.



| | |
|---|---|
| and displaying by the computer a representation of said candidate item of information on a display device. | The T-Mobile Galaxy S II performs the step of displaying a representation of said candidate item of information on a display device.  For example, in the screen capture below, the T-Mobile Galaxy S II is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red box, the results from the bookmarks in the green box, and the results from the Contacts module in the blue box.  The representations appear as icons and/or explanatory text. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the T-Mobile Galaxy S II to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the T-Mobile Galaxy S

| | II displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapter.java. |
|---|---|

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| An apparatus for locating information in a network, comprising[4]: | To the extent the preamble of Claim 6 may be construed to be limiting, the Samsung T-Mobile Galaxy S II is an apparatus for locating information in a network.<br><br>For instance, the Samsung T-Mobile Galaxy S II includes a 1.5 GHz dual-core processor CPU, 16 GB of on-board memory, a 4.5" Super AMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network. |

**CPU / Processor**

| Processor Speed, Type | 1.5 GHz, Dual Core (Qualcomm Snapdragon S3) |
|---|---|

**Memory**

| Internal Memory | 16GB |
|---|---|
| External Memory/microSD™ Capacity | MicroSD™ Card |

**Display**

| Main Display Resolution | 480x800 pixels |
|---|---|
| Main Display Size | 4.52" |
| Main Display Technology | Super AMOLED™ Plus |
| Touch Screen | Yes |

---

[4] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

## Section 2: Understanding Your Device

This section outlines key features of your phone. It also describes the phone's keys, screen and the icons that display when the phone is in use.

### Features of Your Phone

Your phone is lightweight, easy-to-use and offers many significant features. The following list outlines a few of the features included in your phone.

- Touch screen with virtual (on-screen) QWERTY keyboard
- High Speed Packet Access Plus (HSPA+) delivering data speeds faster than the current 3G network technology.
- Android 2.3, Gingerbread Platform
- Compatible with Adobe® Flash® technology
- Wi-Fi® Capability
- USB Tethering-capable
- Bluetooth enabled
- Full Integration of Google Mobile™ Services (Gmail, YouTube, Google Maps, Google Voice Search)
- Multiple Messaging Options: Text/Picture/Video Messaging, and Instant Messaging with Windows Live Messenger, Google Talk™ and Yahoo! Messenger
- Corporate and Personal Email

- Media streaming integration via Netflix®
- 8 Megapixel Camera and Camcorder with autofocus, multi-shot and digital zoom
- 2 Megapixel Front Facing camera and preloaded Qik® application for Video Chat
- MP3 Player with multitasking features
- Over 250,000 Apps available to download from the Android Market™
- Pre-loaded e-reader applications such as: Blio®, Google Books™, and Zinio®
- Social Hub to integrate all of your favorite social networking sites.
- Polaris® Office for document viewing and editing
- Assisted GPS (TeleNav GPS Navigation and Google Navigation)
- Webkit-based browser
- 16GB built-in memory (on-board)
- Expandable memory slot - supports up to 32GB
- Mobile Hotspot Capability
- Lookout® Security (Security, Backup, Missing Device capabilities)
- T-Mobile® TV
- Slacker Radio®
- SWYPE™ text input technology
- Google Video Chat via Google Talk

| Connectivity | |
| --- | --- |
| Features | Bluetooth® |

The Samsung T-Mobile Galaxy S II includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[5]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung T-Mobile

[5] "Quick Search Box," Android Developers, http://developer.android.com/resources/articles/qsb.html, last accessed June 13, 2012.

Galaxy S II.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the T-Mobile Galaxy S II, and the Quick Search Box has located Google search suggestions correlating to the information identifier "app" from the internet, a computer network. The Google Search suggestions are identified by a red box below:



| an interface module configured to receive an inputted information descriptor from a user-input device; | The Samsung T-Mobile Galaxy S II has a 4.5" Super AMOLED screen. |

| Display | |
|---|---|
| **Main Display Resolution** | 480x800 pixels |
| **Main Display Size** | 4.52" |
| **Main Display Technology** | Super AMOLED™ Plus |
| **Touch Screen** | Yes |

The Super AMOLED screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard.

The Android Quick Search Box on the Samsung T-Mobile Galaxy S II receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:



| | |
|---|---|
| | Portions of the computer instructions to receive an information descriptor in the Samsung T-Mobile Galaxy S II may be found in the QsbApplication class and in the com.android.quicksearchbox package. |
| a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, | The Samsung T-Mobile Galaxy S II  includes a plurality of heuristic modules designed to search for information that corresponds to the received information descriptor.<br><br>The Search Settings panel for the Quick Search Box on the Samsung T-Mobile Galaxy S II, |

| wherein: | shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the T-Mobile Galaxy S II.  The T-Mobile Galaxy S II provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules.<br><br><br><br>In the example above, the T-Mobile Galaxy S II provides at least the Web and Contacts heuristic modules that are preselected by the T-Mobile Galaxy S II. |
|---|---|

| | |
|---|---|
| each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | The Samsung T-Mobile Galaxy S II comprises heuristic modules wherein each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area.<br><br><br><br>For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of |

27

| | |
|---|---|
| | heuristic modules and their respective areas of search. In the example, one heuristic module indicated by the red rectangle is the Web heuristic module that corresponds to a search of Google Search suggestions on the Internet and to a search of bookmarks and web history. Another heuristic module indicated by the blue rectangle is the People heuristic module that corresponds to a search of the names of contacts stored locally on the T-Mobile Galaxy S II.<br><br>Each heuristic module shown above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification:<br><br>     "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)<br><br>     "[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14)<br><br>Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Web heuristic module employs a search engine to locate Internet web pages which match the user input, and further maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The Contacts module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the apparatus; and | The T-Mobile Galaxy S II's search areas include storage media accessible by the apparatus.<br><br>The T-Mobile Galaxy S II comprises heuristic modules whose search areas include storage media accessible by the T-Mobile Galaxy S II. |

| | |
|---|---|
| | As described in the examples above, the default search areas include several areas that search storage media accessible by the T-Mobile Galaxy S II.  For example, the T-Mobile Galaxy S II provides heuristic modules that search browser bookmarks, web history, and people (contacts). Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search box to let you search content on your phone, including apps, contacts, and browser history, as well as content from the web."[6]<br><br>Furthermore, according to the official description of the Google Search application in the Google Play application store, the application is "the fastest way to search the web and your phone."[7] |
| a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Samsung T-Mobile Galaxy S II comprises a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>The Samsung T-Mobile Galaxy S II has a 4.5" Super AMOLED screen display device, as noted above. The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules. For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

---

[6]  "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.
[7]  "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox



| Claim 11 of U.S. Patent No. 8,086,604 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| A computer-readable medium[8] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung T-Mobile Galaxy S II includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  The Samsung T-Mobile Galaxy S II contains 16GB of internal computer memory, as indicated on the specifications on Samsung's web site:<br><br> |
| on which a program executable by a processing unit is recorded, the program, when executed by the processing, controlling a computer to perform the steps of: | The Samsung T-Mobile Galaxy S II's internal memory has recorded on it programs executed by a processing unit.  Programs executable by the processing unit include computer instructions such as those comprised by the Quick Search Box application.  Portions of such instructions comprised by the Quick Search Box application may be found at packages/apps/QuickSearchBox/src/com/android/quicksearchbox/, among other places. |
| receiving by the computer an inputted information descriptor from a user-input device; | The T-Mobile Galaxy S II comprises a computer readable medium containing a program for receiving by the computer an inputted information descriptor from a user-input device.<br><br>The Samsung T-Mobile Galaxy S II has a 4.5" Super AMOLED screen. |

---

[8] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

**Display**

| Main Display Resolution | 480x800 pixels |
|---|---|
| Main Display Size | 4.52″ |
| Main Display Technology | Super AMOLED™ Plus |
| Touch Screen | Yes |

The Super AMOLED screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard.

The Android Quick Search Box on the Samsung T-Mobile Galaxy S II receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:



Portions of the computer instructions to receive an information descriptor in the Samsung T-Mobile Galaxy S II may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing the information descriptor received from the user-input device to a plurality of | The Samsung T-Mobile Galaxy S II comprises a computer readable medium containing a program for providing the information descriptor received from the user-input device to a plurality of heuristic modules. |
| --- | --- |

| heuristic modules, wherein: | The T-Mobile Galaxy S II comprises a plurality of heuristic modules.  The Search Settings panel for the Quick Search Box on the Samsung T-Mobile Galaxy S II, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the T-Mobile Galaxy S II.  The T-Mobile Galaxy S II provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules.<br><br> |

| | |
|---|---|
| | In the example above, the T-Mobile Galaxy S II provides at least the Web and Contacts heuristic modules that are preselected by the T-Mobile Galaxy S II. |
| each heuristic module corresponds to a respective area of search and | The Samsung T-Mobile Galaxy S II comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein each heuristic module corresponds to a respective area of search.<br><br>The figure below shows an example of a plurality of heuristic modules and their respective areas of search. For example, one heuristic is the Web heuristic module that corresponds to a search of Google Search suggestions on the Internet and of bookmarks and web history, stored locally on the T-Mobile Galaxy S II's local storage media. Another heuristic module is the Contacts heuristic module that corresponds to a search of the names of contacts stored locally on the T-Mobile Galaxy S II's local storage media. |



| | |
|---|---|
| employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor, and | The Samsung T-Mobile Galaxy S II comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein each heuristic module employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor. |



For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module indicated by the red rectangle is the Web heuristic module that corresponds to a search of Google Search suggestions on the Internet and of bookmarks and web history. Another heuristic module indicated by the blue rectangle is the Contacts heuristic module that corresponds to a search of the names of contacts stored locally on the T-Mobile Galaxy S II.

| | |
|---|---|
| | Each heuristic module shown above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification:<br><br>"Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)<br><br>"[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14)<br><br>Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Web heuristic module employs a search engine to locate Internet web pages which match the user input, and further maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The Contacts module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the computer; | The T-Mobile Galaxy S II comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein the search areas include storage media accessible by the T-Mobile Galaxy S II.<br><br>As described in the examples above, the default search areas include several areas that search storage media accessible by the T-Mobile Galaxy S II.  For example, the T-Mobile Galaxy S II provides heuristic modules that search browser bookmarks, web history, and people (contacts). Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one |

| | |
|---|---|
| | single search box to let you search content on your phone, including . . . contacts, and browser history, as well as content from the web."[9] |
| searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search; | The T-Mobile Galaxy S II comprises a computer readable medium containing a program for searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search.<br><br>By way of example, on the Samsung T-Mobile Galaxy S II, when a user types a search request into the Quick Search Box, Android computer instructions in the SearchActivity class calls the getSuggestions() method of an instance of the SuggestionsProviderImpl class. (See Android Source Code at SearchActivity.java, SuggestionsProviderImpl.java.) This, in turn, creates an object called "receiver" to hold the query results from the different applications that respond to the search request, and calls the startQueries() method on a QueryTask object to dispatch the query to a plurality of search heuristics to locate information responsive to the request. (See Android Source Code at SuggestionsProviderImpl.java). The QueryTask object creates multiple parallel requests, in separate threads, to send the query simultaneously to a plurality of heuristics. (See Android Source Code at QueryTask.java.) |
| providing at least one candidate item of information located by the heuristic modules as a result of said searching; and | The T-Mobile Galaxy S II comprises a computer readable medium containing a program for providing at least one candidate item of information located by the heuristic modules as a result of said searching.<br><br>For example, in the image below, the T-Mobile Galaxy S II is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristic modules as a result of a search for the information descriptor "app": |

---

[9]  "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.



| displaying the at least one candidate item of information located by the plurality of heuristic modules on a display device. | The T-Mobile Galaxy S II comprises a computer readable medium containing a program for displaying at least one candidate item of information located by the plurality of heuristic modules on a display device.

For example, in the screen capture below, the T-Mobile Galaxy S II is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red box, the results from the Web module's search of bookmarks and web history in the |

green box, and the results from the Contacts module in the blue box.  The representations appear as icons and/or explanatory text.



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of

| | an instance of the mSearchActivityView class to set the suggestions, which signals the T-Mobile Galaxy S II to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the T-Mobile Galaxy S II displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapter.java. |
|---|---|

| Claim 16 of U.S. Patent No. 8,086,604 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The method of claim 1, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Samsung T-Mobile Galaxy S II performs the method of Claim 1, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.<br><br><br><br>For example, the Quick Search Box provides the information descriptor to heuristic modules corresponding to respective areas of search. The modules employ heuristic algorithms |

| | |
|---|---|
| | particularized to its associated relevant area of search.  The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic module, indicated by the red rectangle, is the Web heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet and of bookmarks and web history. Another heuristic module, indicated by the blue rectangle, is the Contacts heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the T-Mobile Galaxy S II.<br><br>Each module is configured and designed to search the specific area based on the input information descriptor. |

| Claim 17 of U.S. Patent No. 8,086,604 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The method of claim 1, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor. | The Samsung T-Mobile Galaxy S II performs the method of Claim 1 wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor.<br><br>As shown below, as each letter of the information descriptor "app" is input into the T-Mobile Galaxy S II, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br>   |

| | The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[10] |
|---|---|

---

[10] "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The T-Mobile Galaxy S II is an apparatus of Claim 6 wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.<br><br><br><br>For example, the Quick Search Box provides the information descriptor to heuristic modules corresponding to respective areas of search. The modules employ heuristic algorithms |

| | particularized to its associated relevant area of search.  The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic module, indicated by the red rectangle, is the Web heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet and of bookmarks and web history. Another heuristic module, indicated by the blue rectangle, is the Contacts heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the T-Mobile Galaxy S II. <br><br> Each module is configured and designed to search the specific area based on the input information descriptor. |
|---|---|

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Samsung T-Mobile Galaxy S II is an apparatus of Claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>As shown below, as each letter of the information descriptor "app" is input into the T-Mobile Galaxy S II, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br>  <br><br>The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[11] |

---

[11] "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox

| Claim 20 of U.S. Patent No. 8,086,604 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The computer readable medium of claim 11, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Samsung T-Mobile Galaxy S II comprises the computer readable medium of Claim 11, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.<br><br><br><br>For example, the Quick Search Box provides the information descriptor to heuristic modules |

| | corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search.  The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic module, indicated by the red rectangle, is the Web heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet and to a search of bookmarks and web history. Another heuristic module, indicated by the blue rectangle, is the Contacts heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the T-Mobile Galaxy S II.

Each module is configured and designed to search the specific area based on the input information descriptor. |

| Claim 21 of U.S. Patent No. 8,086,604 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The computer readable medium of claim 11, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor. | The Samsung T-Mobile Galaxy S II comprises the computer readable medium of Claim 11, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor.<br><br>As shown below, as each letter of the information descriptor "app" is input into the T-Mobile Galaxy S II, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br>   |

| | The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[12] |
|---|---|

---

[12] "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox

# EXHIBIT 85

**Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 1 of U.S. Patent No. 8,086,604 | Infringement by the Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| A method for locating information in a network using a computer, comprising[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy S III running Android Jelly Bean performs a method for locating information using a computer.<br><br>For instance, the Samsung Galaxy S III[2] includes a 1.5 GHz CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 4.0 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a network using a computer. |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[2] Citations to specifications in these claim charts are generally to the T-Mobile Galaxy SIII specifications on Samsung's website. However, upon information and belief, the functionality accused in these charts does not vary across carriers.

| Dimension | Services and Applications | Audio and Video |
|---|---|---|
| | | |

**Dimension**

- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**

- 4.8 inch HD Super AMOLED (1280x720) display

**Network/Bearer and Wireless Connectivity**

- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**

- 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)

**Colour**

- Pebble Blue and Marble White

**Services and Applications**

- S Beam, Buddy photo share, Share shot
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom, Face slide show
- Direct call, Smart alert, Tap to top, Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot, HDR

**OS**

- Android 4.0 (Ice Cream Sandwich)

**Battery**

- 2,100 mAh

**Connectivity**

- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**

- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)

**Camera**

- Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI

**Sensors**

- Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer

**Google™ Mobile Services**

- Google Search, Google Maps, Gmail, Google Latitude
- Google Play Store, Google Play Books, Google Play Movies
- Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads

(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.) The Samsung Galaxy S III includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[3]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.

---

[3]   "Quick Search Box," Android Developers, http://developer.android.com/resources/articles/qsb.html, last accessed June 13, 2012.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Search feature as a standard feature of the Galaxy S III, as shown on its website below:



Samsung also encourages the use of the feature through the inclusion of the feature in the Galaxy S III user's manual:

## Home Screen

The Home screen is the starting point for using the applications on your phone. There are initially seven available panels, each populated with default shortcuts or applications. You can customize each of these panels.



- **Google search** is an on-screen Internet search engine powered by Google™. Tap to access the Voice Actions feature where you can verbally enter a search term and initiate an online search.

  – Tap (**Voice Actions**) to launch the function from within this Google widget.

7

| | |
|---|---|
| | (Samsung Galaxy SIII User Manual, available at http://downloadcenter.samsung.com/content/UM/201211/20121108061646423/T-Mobile_T999_Galaxy_S_III_English_User_Manual_UVLH2_F7.pdf) |
| receiving by the computer an inputted information descriptor from a user-input device; | The Samsung Galaxy S III running Android Jelly Bean performs the step of receiving by the computer an inputted information descriptor from a user-input device.<br><br>The Samsung Galaxy S III has a 4.8" sAMOLED screen.<br><br><br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)The sAMOLED screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard. |

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:



Portions of the computer instructions to receive an information descriptor in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein: | The Galaxy S III running Android Jelly Bean performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules.<br><br>The Galaxy S III comprises a plurality of heuristic modules. The Search Settings panel for the Quick Search Box on the Samsung Galaxy S III, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the Galaxy S III. For example, the Galaxy S III provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules.<br><br> |

| | |
|---|---|
| | In the example above, the Galaxy S III provides at least the Google Search Suggestions[4], Browser and Contacts heuristic modules, as shown above. |
| each heuristic module corresponds to a respective area of search and | The Samsung Galaxy S III running Android Jelly Bean performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein each heuristic module corresponds to a respective area of search.<br><br>The figure below shows an example of a plurality of heuristic modules and their respective areas of search.  For example, one heuristic is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet.  Another heuristic module is the Browser heuristic module that corresponds to a search of bookmarks and web history, stored locally on the Galaxy S III's local storage media.  Another heuristic module is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy S III's local storage media. |

---

[4] In the alternative, the Google module combined with the Google search suggestions server with which it communicates is equivalent to a heuristic module in that it matches the function, way, and result of the heuristic module, and is not substantially different from a heuristic module



| | |
|---|---|
| employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor, and | The Samsung Galaxy S III running Android Jelly Bean performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein each heuristic module employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor. |



For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet. Another heuristic module is the Browser heuristic module that corresponds to a search of bookmarks and web history. Another heuristic module is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy S III.

The heuristic modules described shown above each employ a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification:

| | |
|---|---|
| | "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)

"[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14)

Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Google heuristic module employs a search engine to locate Internet web pages which match the user input. The Browser module maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The People module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the computer; | The Galaxy S III running Android Jelly Bean performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein the search areas include storage media accessible by the Galaxy S III.

As described in the examples above, the default search areas include several areas that search storage media accessible by the Galaxy S III.  For example, the Galaxy S III provides heuristic modules that search browser bookmarks, web history, and people (contacts).  Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search box to let you search content on your phone, including apps, contacts, and browser history, as well as content from the web."[5] |

---

[5]  "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.

| | |
|---|---|
| searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search; | The Galaxy S III running Android Jelly Bean performs the step of searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search.

By way of example, on the Samsung Galaxy S III, when a user types a search request into the Quick Search Box, Android computer instructions in the SearchActivity class calls the getSuggestions() method of an instance of the SuggestionsProviderImpl class. (See Android Source Code at SearchActivity.java, SuggestionsProviderImpl.java.) This, in turn, creates an object called "receiver" to hold the query results from the different applications that respond to the search request, and calls the startQueries() method on a QueryTask object to dispatch the query to a plurality of search heuristics to locate information responsive to the request. (See Android Source Code at SuggestionsProviderImpl.java). The QueryTask object creates multiple parallel requests, in separate threads, to send the query simultaneously to a plurality of heuristics. (See Android Source Code at QueryTask.java.) |
| providing at least one candidate item of information located by the heuristic modules as a result of said searching; | The Galaxy S III running Android Jelly Bean performs the step of providing at least one candidate item of information located by the heuristic modules as a result of said searching.

For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristic modules as a result of a search for the information descriptor "app": |

15



| | |
|---|---|
| and displaying by the computer a representation of said candidate item of information on a display device. | The Galaxy S III running Android Jelly Bean performs the step of displaying a representation of said candidate item of information on a display device.  For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java. Further computer instructions indicating how the Galaxy S III displays results can be found in

| | the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java. |
|---|---|

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| An apparatus for locating information in a network, comprising[6]: | To the extent the preamble of Claim 6 may be construed to be limiting, the Samsung Galaxy S III running Android Jelly Bean is an apparatus for locating information in a network.<br><br>For instance, the Samsung Galaxy S III includes a 1.5 GHz processor CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Jelly Bean version 4 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network. |

---

[6] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

**Dimension**

- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**

- 4.8 inch HD Super AMOLED
  (1280x720) display

**Network/Bearer and Wireless Connectivity**

- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 /
  1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 /
  1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**

- 16/ 32GB User memory (64GB available
  soon) + microSD slot (up to 64GB)

**Colour**

- Pebble Blue and Marble White

**Services and Applications**

- S Beam, Buddy photo share, Share shot
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom,
  Face slide show
- Direct call, Smart alert, Tap to top,
  Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot,
  HDR

**OS**

- Android 4.0 (Ice Cream Sandwich)

**Battery**

- 2,100 mAh

**Connectivity**

- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**

- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC
  +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11,
  VC-1, VP8, WMV7/8, Sorenson Spark Recording &
  Playback: Full HD (1080p)

**Camera**

- Main(Rear): 8 Mega pixel Auto Focus camera with
  Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording
  @30fps with Zero Shutter Lag, BSI

**Sensors**

- Accelerometer, RGB light, Digital compass,
  Proximity, Gyro, Barometer

**Google™ Mobile Services**

- Google Search, Google Maps, Gmail, Google
  Latitude
- Google Play Store, Google Play Books, Google Play
  Movies
- Google Plus, YouTube, Google Talk, Google Places,
  Google Navigation, Google Downloads

(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)The Samsung Galaxy S III includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[7]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.

---

[7]  "Quick Search Box," Android Developers, http://developer.android.com/resources/articles/qsb.html, last accessed June 13, 2012.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located Google search suggestions correlating to the information identifier "app" from the internet, a computer network:



| | |
|---|---|
| an interface module configured to receive an inputted information descriptor from a user-input device; | The Samsung Galaxy S III running Android Jelly Bean has a 4.8" sAMOLED screen. |

**Dimension**

- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**

- 4.8 inch HD Super AMOLED (1280x720) display

**Network/Bearer and Wireless Connectivity**

- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**

- 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)

**Colour**

- Pebble Blue and Marble White

**Services and Applications**

- S Beam, Buddy photo share, Share shot
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom, Face slide show
- Direct call, Smart alert, Tap to top, Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot, HDR

**OS**

- Android 4.0 (Ice Cream Sandwich)

**Battery**

- 2,100 mAh

**Connectivity**

- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**

- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)

**Camera**

- Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI

**Sensors**

- Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer

**Google™ Mobile Services**

- Google Search, Google Maps, Gmail, Google Latitude
- Google Play Store, Google Play Books, Google Play Movies
- Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads

(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)

The sAMOLED screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:



Portions of the computer instructions to receive an information descriptor in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Samsung Galaxy S III running Android Jelly Bean  includes a plurality of heuristic modules designed to search for information that corresponds to the received information descriptor.<br><br>The Search Settings panel for the Quick Search Box on the Samsung Galaxy S III, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be |

| | provided by the Galaxy S III.  The Galaxy S III provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules. |
|---|---|
| | |
| | In the example above, the Galaxy S III provides at least the Google Search Suggestions[8], Browser and Contacts heuristic modules that are preselected by the Galaxy S III. |
| each heuristic module corresponds to a respective area of search and | The Samsung Galaxy S III running Android Jelly Bean comprises heuristic modules wherein each heuristic module corresponds to a respective area of search and employs a different, |

---

[8] In the alternative, the Google module combined with the Google search suggestions server with which it communicates is equivalent to a heuristic module in that it matches the function, way, and result of the heuristic module, and is not substantially different from a heuristic module

25

| employs a different, predetermined heuristic algorithm corresponding to said respective area, and | predetermined heuristic algorithm corresponding to said respective area.  For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet. Another heuristic module is the Browser heuristic module that corresponds to a search of bookmarks and web history. Another heuristic module is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy S III. The heuristic modules described above each employ a different, predetermined heuristic |
|---|---|

| | algorithm corresponding to the respective area of search. According to the '604 patent specification: |
|---|---|
| | "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23) "[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14) Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Google heuristic module employs a search engine to locate Internet web pages which match the user input. The Browser module maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The People module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the apparatus; and | The Galaxy S III running Android Jelly Bean's search areas include storage media accessible by the apparatus. The Galaxy S III comprises heuristic modules whose search areas include storage media accessible by the Galaxy S III. As described in the examples above, the default search areas include several areas that search storage media accessible by the Galaxy S III.  For example, the Galaxy S III provides heuristic modules that search browser bookmarks, web history, and people (contacts).  Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search |

| | box to let you search content on your phone, including apps, contacts, and browser history, as well as content from the web."[9]<br><br>Furthermore, according to the official description of the Google Search application in the Google Play application store, the application is "the fastest way to search the web and your phone."[10] |
|---|---|
| a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Samsung Galaxy S III running Android Jelly Bean comprises a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>The Samsung Galaxy S III has a 4.8" sAMOLED screen display device, as noted above. The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules. For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

---

[9]  "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.
[10]  "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox



| Claim 11 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| A computer-readable medium[11] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy S III running Android Jelly Bean includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  The Samsung Galaxy S III contains 16GB of internal computer memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.) |
| on which a program executable by | The Samsung Galaxy S III running Android Jelly Bean's internal memory has recorded on it |

---

[11]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the claim preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| a processing unit is recorded, the program, when executed by the processing, controlling a computer to perform the steps of: | programs executed by a processing unit.  Programs executable by the processing unit include computer instructions such as those comprised by the Quick Search Box application.  Portions of such instructions comprised by the Quick Search Box application may be found at packages/apps/QuickSearchBox/src/com/android/quicksearchbox/, among other places. |
|---|---|
| receiving by the computer an inputted information descriptor from a user-input device; | The Galaxy S III running Android Jelly Bean comprises a computer readable medium containing a program for receiving by the computer an inputted information descriptor from a user-input device.<br><br>The Samsung Galaxy S III has a 4.8" sAMOLED screen.<br><br><br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)<br><br>The sAMOLED screen, a user-input device, is a touchscreen which the user manipulates by |

touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:



| | |
|---|---|
| | Portions of the computer instructions to receive an information descriptor in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package. |
| providing the information descriptor received from the user-input device to a plurality of heuristic modules, wherein: | The Samsung Galaxy S III running Android Jelly Bean comprises a computer readable medium containing a program for providing the information descriptor received from the user-input device to a plurality of heuristic modules.<br><br>The Galaxy S III comprises a plurality of heuristic modules.  The Search Settings panel for the Quick Search Box on the Samsung Galaxy S III, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the Galaxy S III.  For example, the Galaxy S III provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules. |



In the example above, the Galaxy S III provides at least the Google Search Suggestions[12], Browser and Contacts heuristic modules as shown above.

| each heuristic module corresponds to a respective area of search and | The Samsung Galaxy S III running Android Jelly Bean comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein each heuristic module corresponds to a respective area of search. |
| --- | --- |

---

[12] In the alternative, the Google module combined with the Google search suggestions server with which it communicates is equivalent to a heuristic module in that it matches the function, way, and result of the heuristic module, and is not substantially different from a heuristic module

| | |
|---|---|
| | The figure below shows an example of a plurality of heuristic modules and their respective areas of search.  For example, one heuristic is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet.  Another heuristic module is the Browser heuristic module that corresponds to a search of bookmarks and web history, stored locally on the Galaxy S III's local storage media.  Another heuristic module is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy S III's local storage media.<br><br> |
| employs a different, predetermined heuristic algorithm corresponding | The Samsung Galaxy S III running Android Jelly Bean comprises a computer readable medium containing a program for providing the information descriptor received from the user input |

| | |
|---|---|
| to said respective area to search the area for information that corresponds to the received information descriptor, and | device to a plurality of heuristic modules wherein each heuristic module employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor.<br><br><br><br>For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet. Another heuristic module is the Browser heuristic module that corresponds to a search of bookmarks and web history. Another heuristic module is the People heuristic module that |

| | corresponds to a search of the names of contacts stored locally on the Galaxy S III. |
|---|---|
| | The heuristic modules described above each employ a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification: |
| | "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23) |
| | "[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14) |
| | Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Google heuristic module employs a search engine to locate Internet web pages which match the user input. The Browser module maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The People module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the computer; | The Galaxy S III running Android Jelly Bean comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein the search areas include storage media accessible by the Galaxy S III. |
| | As described in the examples above, the default search areas include several areas that search storage media accessible by the Galaxy S III.  For example, the Galaxy S III provides heuristic |

| | |
|---|---|
| | modules that search browser bookmarks, web history, and people (contacts).  Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search box to let you search content on your phone, including . . . contacts, and browser history, as well as content from the web."[13] |
| searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search; | The Galaxy S III running Android Jelly Bean comprises a computer readable medium containing a program for searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search.<br><br>By way of example, on the Samsung Galaxy S III, when a user types a search request into the Quick Search Box, Android computer instructions in the SearchActivity class calls the getSuggestions() method of an instance of the SuggestionsProviderImpl class. (See Android Source Code at SearchActivity.java, SuggestionsProviderImpl.java.) This, in turn, creates an object called "receiver" to hold the query results from the different applications that respond to the search request, and calls the startQueries() method on a QueryTask object to dispatch the query to a plurality of search heuristics to locate information responsive to the request. (See Android Source Code at SuggestionsProviderImpl.java). The QueryTask object creates multiple parallel requests, in separate threads, to send the query simultaneously to a plurality of heuristics. (See Android Source Code at QueryTask.java.) |
| providing at least one candidate item of information located by the heuristic modules as a result of said searching; and | The Galaxy S III running Android Jelly Bean comprises a computer readable medium containing a program for providing at least one candidate item of information located by the heuristic modules as a result of said searching.<br><br>For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristic modules as a result of a search for the information descriptor "app": |

---

[13]  "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.



| | |
|---|---|
| displaying the at least one candidate item of information located by the plurality of heuristic modules on a display device. | The Galaxy S III running Android Jelly Bean comprises a computer readable medium containing a program for displaying at least one candidate item of information located by the plurality of heuristic modules on a display device.<br><br>For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java. Further computer instructions indicating how the Galaxy S III displays results can be found in

|  | the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java. |
|---|---|

| Claim 16 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 1, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 1, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. |



For example, the Quick Search Box provides the information descriptor to heuristic modules corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic module is the Google heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet. Another heuristic module is the Browser heuristic module, which uses heuristic algorithms particularized to a search of bookmarks and

| | web history. Another heuristic module is the People heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the Galaxy S III. |
| --- | --- |
| | Each module is configured and designed to search the specific area based on the input information descriptor. |

| Claim 17 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 1, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 1 wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy S III, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br> |

| | The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[14] |
|---|---|

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Galaxy S III running Android Jelly Bean is an apparatus of Claim 6 wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.<br><br><br><br>For example, the Quick Search Box provides the information descriptor to heuristic modules corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search.  The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic module is the Google heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet. Another heuristic module is the Browser heuristic |

| | module, which uses heuristic algorithms particularized to a search of bookmarks and web history. Another heuristic module is the People heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the Galaxy S III.<br><br>Each module is configured and designed to search the specific area based on the input information descriptor. |
|---|---|

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Samsung Galaxy S III running Android Jelly Bean is an apparatus of Claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. . <br><br> As shown below, as each letter of the information descriptor "app" is input into the Galaxy S III, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor: <br><br>  |

|  | The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[15] |
|---|---|

| Claim 20 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The computer readable medium of claim 11, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Samsung Galaxy S III running Android Jelly Bean comprises the computer readable medium of Claim 11, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.<br> |

---

[15] "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox

|  | For example, the Quick Search Box provides the information descriptor to heuristic modules corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search.  The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic module is the Google heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet. Another heuristic module is the Browser heuristic module, which uses heuristic algorithms particularized to a search of bookmarks and web history. Another heuristic module is the People heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the Galaxy S III.

Each module is configured and designed to search the specific area based on the input information descriptor. |
|---|---|

| Claim 21 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The computer readable medium of claim 11, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor. | The Samsung Galaxy S III running Android Jelly Bean comprises the computer readable medium of Claim 11, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy S III, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br> |

| | The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[16] |
|---|---|

# EXHIBIT 86

EXHIBIT C-4

**Exemplary Infringement Claim Chart for U.S. Patent No. 8,086,604**

| Claim 1 of U.S. Patent No. 8,086,604 | Infringement by the Samsung Galaxy S III |
|---|---|
| A method for locating information in a network using a computer, comprising[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy S III performs a method for locating information using a computer.<br><br>For instance, the Samsung Galaxy S III[2] includes a 1.5 GHz processor CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 4.0 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a network using a computer. |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[2] Citations to specifications in these claim charts are generally to the T-Mobile Galaxy S III specifications on Samsung's website. However, upon information and belief, the functionality accused in these charts does not vary across carriers.

**Dimension**

- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**

- 4.8 inch HD Super AMOLED
  (1280x720) display

**Network/Bearer and Wireless Connectivity**

- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 /
  1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 /
  1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**

- 16/ 32GB User memory (64GB available
  soon) + microSD slot (up to 64GB)

**Colour**

- Pebble Blue and Marble White

**Services and Applications**

- S Beam, Buddy photo share, Share shot
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom,
  Face slide show
- Direct call, Smart alert, Tap to top,
  Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot,
  HDR

**OS**

- Android 4.0 (Ice Cream Sandwich)

**Battery**

- 2,100 mAh

**Connectivity**

- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**

- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC
  +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11,
  VC-1, VP8, WMV7/8, Sorenson Spark Recording &
  Playback: Full HD (1080p)

**Camera**

- Main(Rear): 8 Mega pixel Auto Focus camera with
  Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording
  @30fps with Zero Shutter Lag, BSI

**Sensors**

- Accelerometer, RGB light, Digital compass,
  Proximity, Gyro, Barometer

**Google™ Mobile Services**

- Google Search, Google Maps, Gmail, Google
  Latitude
- Google Play Store, Google Play Books, Google Play
  Movies
- Google Plus, YouTube, Google Talk, Google Places,
  Google Navigation, Google Downloads

(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.) The Samsung Galaxy S III includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[3]

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.

---

[3] "Quick Search Box," Android Developers, http://developer.android.com/resources/articles/qsb.html, last accessed June 13, 2012.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Search feature as a standard feature of the Galaxy S III, as shown on its website below:



Samsung also encourages the use of the feature through the inclusion of the feature in the Galaxy S III user's manual:

## Home Screen

The Home screen is the starting point for using the applications on your phone. There are initially seven available panels, each populated with default shortcuts or applications. You can customize each of these panels.



- **Google search** is an on-screen Internet search engine powered by Google™. Tap to access the Voice Actions feature where you can verbally enter a search term and initiate an online search.

  – Tap  (**Voice Actions**) to launch the function from within this Google widget.

| | |
|---|---|
| | (Samsung Galaxy SIII User Manual, available at http://downloadcenter.samsung.com/content/UM/201211/20121108061646423/T-Mobile_T999_Galaxy_S_III_English_User_Manual_UVLH2_F7.pdf) |
| receiving by the computer an inputted information descriptor from a user-input device; | The Samsung Galaxy S III performs the step of receiving by the computer an inputted information descriptor from a user-input device.<br><br>The Samsung Galaxy S III has a 4.8" sAMOLED screen.<br><br><br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)The sAMOLED screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard. |

| | |
|---|---|
| | The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:<br><br><br><br>Portions of the computer instructions to receive an information descriptor in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package. |
| providing said information descriptor received from the user- | The Galaxy S III performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules. |

| input device to a plurality of heuristic modules, wherein: | The Galaxy S III comprises a plurality of heuristic modules.  The Search Settings panel for the Quick Search Box on the Samsung Galaxy S III, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the Galaxy S III.  The Galaxy S III provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules.<br><br><br><br>In the example above, the Galaxy S III provides at least the Google Search Suggestions, Browser |

| | and Contacts heuristic modules that are preselected. |
|---|---|
| each heuristic module corresponds to a respective area of search and | The Samsung Galaxy S III performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein each heuristic module corresponds to a respective area of search.<br><br>The figure below shows an example of a plurality of heuristic modules and their respective areas of search.  For example, one heuristic is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet.  Another heuristic module is the Browser heuristic module that corresponds to a search of bookmarks and web history, stored locally on the Galaxy S III's local storage media.  Another heuristic module is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy S III's local storage media. |

| | |
|---|---|
| employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor, and | The Samsung Galaxy S III performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein each heuristic module employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor. |



For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module indicated by the red rectangle is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet. Another heuristic module indicated by the green rectangle is the Browser heuristic module that corresponds to a search of bookmarks and web history. Another heuristic module indicated by the blue rectangle is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy S III.

| | |
|---|---|
| | Each heuristic module shown above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification:<br><br> "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)<br><br> "[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14)<br><br>Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Google heuristic module employs a search engine to locate Internet web pages which match the user input. The Browser module maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The People module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the computer; | The Galaxy S III performs the step of providing said information descriptor received from the user-input device to a plurality of heuristic modules, wherein the search areas include storage media accessible by the Galaxy S III.<br><br>As described in the examples above, the default search areas include several areas that search storage media accessible by the Galaxy S III.  For example, the Galaxy S III provides heuristic modules that search browser bookmarks, web history, and people (contacts).  Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search |

| | |
|---|---|
| | box to let you search content on your phone, including apps, contacts, and browser history, as well as content from the web."[4] |
| searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search; | The Galaxy S III performs the step of searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search.<br><br>By way of example, on the Samsung Galaxy S III, when a user types a search request into the Quick Search Box, Android computer instructions in the SearchActivity class calls the getSuggestions() method of an instance of the SuggestionsProviderImpl class. (See Android Source Code at SearchActivity.java, SuggestionsProviderImpl.java.) This, in turn, creates an object called "receiver" to hold the query results from the different applications that respond to the search request, and calls the startQueries() method on a QueryTask object to dispatch the query to a plurality of search heuristics to locate information responsive to the request. (See Android Source Code at SuggestionsProviderImpl.java.) The QueryTask object creates multiple parallel requests, in separate threads, to send the query simultaneously to a plurality of heuristics. (See Android Source Code at QueryTask.java.) |
| providing at least one candidate item of information located by the heuristic modules as a result of said searching; | The Galaxy S III performs the step of providing at least one candidate item of information located by the heuristic modules as a result of said searching.<br><br>For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristic modules as a result of a search for the information descriptor "app": |

---

[4]   "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.



| | |
|---|---|
| and displaying by the computer a representation of said candidate item of information on a display device. | The Galaxy S III performs the step of displaying a representation of said candidate item of information on a display device.  For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red box, the results from the Browser module in the green box, and the results from the Contacts module in the blue box.  The representations appear as icons and/or explanatory text. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java. Further computer instructions indicating how the Galaxy S III displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 6 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III |
|---|---|
| An apparatus for locating information in a network, comprising[5]: | To the extent the preamble of Claim 6 may be construed to be limiting, the Samsung Galaxy S III is an apparatus for locating information in a network.<br><br>For instance, the Samsung Galaxy S III includes a 1.5 GHz processor CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 4.0 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network.<br><br> |

---

[5]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| | (*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)The Samsung Galaxy S III includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."[6] <br><br> As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III. |
|---|---|

---

[6]  "Quick Search Box," Android Developers, http://developer.android.com/resources/articles/qsb.html, last accessed June 13, 2012.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located Google search suggestions correlating to the information identifier "app" from the internet, a computer network. The Google Search suggestions are identified by a red box below:



| | |
|---|---|
| an interface module configured to receive an inputted information descriptor from a user-input device; | The Samsung Galaxy S III has a 4.8" sAMOLED screen. |

**Dimension**

- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**

- 4.8 inch HD Super AMOLED (1280x720) display

**Network/Bearer and Wireless Connectivity**

- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**

- 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)

**Colour**

- Pebble Blue and Marble White

**Services and Applications**

- S Beam, Buddy photo share, Share shot
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom, Face slide show
- Direct call, Smart alert, Tap to top, Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot, HDR

**OS**

- Android 4.0 (Ice Cream Sandwich)

**Battery**

- 2,100 mAh

**Connectivity**

- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**

- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)

**Camera**

- Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI

**Sensors**

- Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer

**Google™ Mobile Services**

- Google Search, Google Maps, Gmail, Google Latitude
- Google Play Store, Google Play Books, Google Play Movies
- Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads

(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)

The sAMOLED screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:

24



| | Portions of the computer instructions to receive an information descriptor in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package. |
|---|---|
| a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Samsung Galaxy S III  includes a plurality of heuristic modules designed to search for information that corresponds to the received information descriptor.<br><br>The Search Settings panel for the Quick Search Box on the Samsung Galaxy S III, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the Galaxy S III.  The Galaxy S III provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules. |



In the example above, the Galaxy S III provides at least the Google Search Suggestions, Browser and Contacts heuristic modules that are preselected by the Galaxy S III.

| each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding | The Samsung Galaxy S III comprises heuristic modules wherein each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area. |
|---|---|

to said respective area, and



For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module indicated by the red rectangle is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet. Another heuristic module indicated by the green rectangle is the Browser heuristic module that corresponds to a search of bookmarks and web history. Another heuristic module indicated by the blue rectangle is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy S III.

| | |
|---|---|
| | Each heuristic module shown above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification:<br><br>     "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)<br><br>     "[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14)<br><br>Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Google heuristic module employs a search engine to locate Internet web pages which match the user input. The Browser module maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The People module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the apparatus; and | The Galaxy S III's search areas include storage media accessible by the apparatus.<br><br>The Galaxy S III comprises heuristic modules whose search areas include storage media accessible by the Galaxy S III.<br><br>As described in the examples above, the default search areas include several areas that search storage media accessible by the Galaxy S III.  For example, the Galaxy S III provides heuristic modules that search browser bookmarks, web history, and people (contacts).  Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search box to let you search content on your phone, including apps, contacts, and browser history, as |

| | |
|---|---|
| | well as content from the web."[7]<br><br>Furthermore, according to the official description of the Google Search application in the Google Play application store, the application is "the fastest way to search the web and your phone."[8] |
| a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Samsung Galaxy S III comprises a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>The Samsung Galaxy S III has a 4.8" sAMOLED screen display device, as noted above. The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules. For example, as shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app." |

---

[7] "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.
[8] "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox



| Claim 11 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III |
|---|---|
| A computer-readable medium[9] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy S III includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  The Samsung Galaxy S III contains 16GB of internal computer memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.) |
| on which a program executable by | The Samsung Galaxy S III's internal memory has recorded on it programs executed by a |

[9] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| a processing unit is recorded, the program, when executed by the processing, controlling a computer to perform the steps of: | processing unit.  Programs executable by the processing unit include computer instructions such as those comprised by the Quick Search Box application.  Portions of such instructions comprised by the Quick Search Box application may be found at packages/apps/QuickSearchBox/src/com/android/quicksearchbox/, among other places. |
|---|---|
| receiving by the computer an inputted information descriptor from a user-input device; | The Galaxy S III comprises a computer readable medium containing a program for receiving by the computer an inputted information descriptor from a user-input device.<br><br>The Samsung Galaxy S III has a 4.8" sAMOLED screen.<br><br><br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)<br><br>The sAMOLED screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows |

the user to input an information descriptor using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information descriptor from a user-input device in the text field, where the information descriptor "app" has been input:



Portions of the computer instructions to receive an information descriptor in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package.

33

| providing the information descriptor received from the user-input device to a plurality of heuristic modules, wherein: | The Samsung Galaxy S III comprises a computer readable medium containing a program for providing the information descriptor received from the user-input device to a plurality of heuristic modules.<br><br>The Galaxy S III comprises a plurality of heuristic modules.  The Search Settings panel for the Quick Search Box on the Samsung Galaxy S III, shown below, provides examples of a plurality of heuristic modules to which an information descriptor can be provided by the Galaxy S III.  The Galaxy S III provides the information descriptor to selected heuristic modules and enables the user to modify the default list of selected heuristic modules. |



In the example above, the Galaxy S III provides at least the Google Search Suggestions, Browser and Contacts heuristic modules that are preselected.

| each heuristic module corresponds to a respective area of search and | The Samsung Galaxy S III comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein each heuristic module corresponds to a respective area of search.<br><br>The figure below shows an example of a plurality of heuristic modules and their respective areas |

of search.  For example, one heuristic is the Google heuristic module that corresponds to a search of Google Search suggestions on the Internet.  Another heuristic module is the Browser heuristic module that corresponds to a search of bookmarks and web history, stored locally on the Galaxy S III's local storage media.  Another heuristic module is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy S III's local storage media.

employs a different, predetermined | The Samsung Galaxy S III comprises a computer readable medium containing a program for

| heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor, and | providing the information descriptor received from the user input device to a plurality of heuristic modules wherein each heuristic module employs a different, predetermined heuristic algorithm corresponding to said respective area to search the area for information that corresponds to the received information descriptor. |
|---|---|
| |  |
| | For example, in the image above, the Quick Search Box provides heuristic modules corresponding to a respective area of search. The figure above shows an example of a plurality of heuristic modules and their respective areas of search. In the example, one heuristic module indicated by the red rectangle is the Google heuristic module that corresponds to a search of |

| | |
|---|---|
| | Google Search suggestions on the Internet. Another heuristic module indicated by the green rectangle is the Browser heuristic module that corresponds to a search of bookmarks and web history. Another heuristic module indicated by the blue rectangle is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy S III.<br><br>Each heuristic module shown above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification:<br><br>"Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)<br><br>"[T]he selected plug-in modules 221 . . . 22N receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14)<br><br>Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Google heuristic module employs a search engine to locate Internet web pages which match the user input. The Browser module maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The People module searches the contents of files on the local storage volumes. |
| the search areas include storage media accessible by the computer; | The Galaxy S III comprises a computer readable medium containing a program for providing the information descriptor received from the user input device to a plurality of heuristic modules wherein the search areas include storage media accessible by the Galaxy S III.<br><br>As described in the examples above, the default search areas include several areas that search |

| | |
|---|---|
| | storage media accessible by the Galaxy S III.  For example, the Galaxy S III provides heuristic modules that search browser bookmarks, web history, and people (contacts).  Moreover, as described on the Google Developers Blog, the Quick Search Box provides "one single search box to let you search content on your phone, including . . . contacts, and browser history, as well as content from the web."[10] |
| searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search; | The Galaxy S III comprises a computer readable medium containing a program for searching by the heuristic modules, based on the received information descriptor, the respective areas of search using the predetermined heuristic algorithms corresponding to each respective area of search.<br><br>By way of example, on the Samsung Galaxy S III, when a user types a search request into the Quick Search Box, Android computer instructions in the SearchActivity class calls the getSuggestions() method of an instance of the SuggestionsProviderImpl class. (See Android Source Code at SearchActivity.java, SuggestionsProviderImpl.java.) This, in turn, creates an object called "receiver" to hold the query results from the different applications that respond to the search request, and calls the startQueries() method on a QueryTask object to dispatch the query to a plurality of search heuristics to locate information responsive to the request. (See Android Source Code at SuggestionsProviderImpl.java). The QueryTask object creates multiple parallel requests, in separate threads, to send the query simultaneously to a plurality of heuristics. (See Android Source Code at QueryTask.java.) |
| providing at least one candidate item of information located by the heuristic modules as a result of said searching; and | The Galaxy S III comprises a computer readable medium containing a program for providing at least one candidate item of information located by the heuristic modules as a result of said searching.<br><br>For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristic modules as a result of a search for the information descriptor "app": |

---

[10]  "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.



| | |
|---|---|
| displaying the at least one candidate item of information located by the plurality of heuristic modules on a display device. | The Galaxy S III comprises a computer readable medium containing a program for displaying at least one candidate item of information located by the plurality of heuristic modules on a display device.<br><br>For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red box, the results from the Browser module in the green box, and the results from the Contacts module in the blue box.  The representations appear as icons and/or explanatory text. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java. Further computer instructions indicating how the Galaxy S III displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

41

42

| Claim 16 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III |
|---|---|
| The method of claim 1, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Samsung Galaxy S III performs the method of Claim 1, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.<br><br><br><br>For example, the Quick Search Box provides the information descriptor to heuristic modules corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search.  The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic |

43

<table>
<tr><td></td><td>module, indicated by the red rectangle, is the Google heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet. Another heuristic module, indicated by the green rectangle, is the Browser heuristic module, which uses heuristic algorithms particularized to a search of bookmarks and web history. Another heuristic module, indicated by the blue rectangle, is the People heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the Galaxy S III.

Each module is configured and designed to search the specific area based on the input information descriptor.</td></tr>
</table>

| Claim 17 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III |
|---|---|
| The method of claim 1, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor. | The Samsung Galaxy S III performs the  method of Claim 1 wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy S III, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br>   |

| | The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[11] |

---

[11] "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox

| Claim 18 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III |
|---|---|
| The apparatus of claim 6, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Galaxy S III is an apparatus of Claim 6 wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.<br><br><br><br>For example, the Quick Search Box provides the information descriptor to heuristic modules corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search.  The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic |

47

| | module, indicated by the red rectangle, is the Google heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet. Another heuristic module, indicated by the green rectangle, is the Browser heuristic module, which uses heuristic algorithms particularized to a search of bookmarks and web history. Another heuristic module, indicated by the blue rectangle, is the People heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the Galaxy S III. |
| --- | --- |
| | Each module is configured and designed to search the specific area based on the input information descriptor. |

| Claim 19 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Samsung Galaxy S III is an apparatus of Claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.  .<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy S III, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br>  <br><br>The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[12] |

---

[12]   "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox

| Claim 20 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III |
|---|---|
| The computer readable medium of claim 11, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search. | The Samsung Galaxy S III comprises the computer readable medium of Claim 11, wherein each of the different heuristic algorithms is particularized to its associated relevant area of search.<br><br><br><br>For example, the Quick Search Box provides the information descriptor to heuristic modules corresponding to respective areas of search. The modules employ heuristic algorithms particularized to its associated relevant area of search.  The figure above shows an example of a plurality of heuristic modules and their respective areas of search. For instance, one heuristic |

50

| | module, indicated by the red rectangle, is the Google heuristic module, which uses heuristic algorithms particularized to a search of Google Search suggestions on the Internet. Another heuristic module, indicated by the green rectangle, is the Browser heuristic module, which uses heuristic algorithms particularized to a search of bookmarks and web history. Another heuristic module, indicated by the blue rectangle, is the People heuristic module, which uses heuristic algorithms particularized to a search of the names of contacts stored locally on the Galaxy S III.<br><br>Each module is configured and designed to search the specific area based on the input information descriptor. |
|---|---|

| Claim 21 of U.S. Patent No. 8,086,604 | Infringement by Samsung Galaxy S III |
|---|---|
| The computer readable medium of claim 11, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor. | The Samsung Galaxy S III comprises the computer readable medium of Claim 11, wherein the step of receiving the inputted information descriptor comprises receiving portions of the information descriptor as the portions are being inputted, and wherein the step of providing the information descriptor to the plurality of heuristic modules comprises providing the portions of the information descriptor to the plurality of heuristic modules as the portions are being received, wherein each heuristic module searches for information that corresponds to the received portion of the information descriptor.<br><br>As shown below, as each letter of the information descriptor "app" is input into the Galaxy S III, the Search feature searches the data areas (heuristic modules) for information corresponding to the received portion of the information descriptor:<br><br>   |

| | |
|---|---|
| | The Android application store describes the Google Search app as providing "phone search results plus web search and web site suggestions as you type."[13] |

[13]  "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox