# EXHIBIT 92

## INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG ADMIRE (SCH-R720)

| Claim 1 | Infringement by the Samsung Admire |
| --- | --- |
| 1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Admire is a computer-based system for detecting structures in data and performing actions on detected structures, as explained below. Specifically, the Samsung Admire is an Android smartphone with an 800MHz processor, internal memory, and a 3.5'' HVGA TFT touchscreen display. (Samsung, Samsung Admire Overview, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZAAMTR). (Samsung, Samsung Admire Gallery, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZAAMTR-gallery). The Samsung Admire is equipped with the Android 2.3, Gingerbread, operating system and |

[1] Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Admire |
| --- | --- |
| | comes with various pre-installed applications, including a web browser, email applications, and a messaging application. (*See* Samsung, Samsung Admire Specifications, http://www.samsung .com/us/mobile/cell-phones/SCH-R720ZAAMTR-specs).<br><br>5:19 PM<br>About phone<br>Learn how to use your phone<br>Model number<br>SCH-R720<br>Android version<br>2.3.4<br>Baseband version<br>S:R720.06 x.EH02<br>Kernel version<br>2.6.35.7<br>Build number<br>GINGERBREAD.EH02<br>Hardware version<br>R720.06<br><br>**(Screenshot of Samsung Admire with platform information highlighted)** |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| | **(Image of the Admire highlighting the Browser and Messaging applications)**<br><br>(Samsung Admire Overview, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZAAMTR). |
| an input device for receiving data; | The Samsung Admire includes an input device for receiving data. Specifically, the Samsung Admire includes hardware input devices such as a touchscreen, radios for receiving text messages, wireless-internet adapters for receiving internet data, and memory. (*See* Samsung, Samsung Admire Features, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZAAMTR-features; *see also* Admire User Guide, at 28, 102).<br><br>In particular, the Samsung Admire includes a 3.5'' touchscreen that receives data that the user inputs. (*See* Admire User Guide, at 13). The touchscreen allows the user to interact with |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| | applications running on the Samsung Admire. (*See id.* at 18 ("Touch items to select or launch them. . . . Touch an application's icon to launch the application.")). Additionally, it permits the user to enter text via an onscreen keyboard. (*See* Admire User Guide, at 28 ("Your phone uses a virtual QWERTY keyboard for text entry.")) The Samsung Admire offers the user two text input methods, including the Android keyboard and the Swype keyboard. (*Id.*). The onscreen keyboard is shown in below.<br>**(Screenshot of Onscreen Keypad)**<br><br>Another input device included in the Samsung Admire is a radio that enables the phone to communicate with cellular towers. (*See* Admire User Guide, at 102 ("Your wireless phone is a radio transmitter and receiver.")).<br>**Network**<br>SAR value - Head (W/kg): SAR Value: Head 0.53 W/kg<br>SAR value - Body Worn (W/kg): SAR Value: Body 0.99 W/kg<br>(Samsung, Samsung Admire Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZAAMTR-specs). |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| | Utilizing the radio, the Samsung Admire can receive data from a network provider.  (*See id.*).  This data can then be used by, for example, Messaging and Browser applications on the phone.  (*Id.*).<br><br>Further, the Samsung Admire includes wireless-internet adapters for receiving internet data from wireless local area networks.  (*See* Admire User Guide, at 62 ("Your phone includes features to connect to the internet and to other devices, via Wi-Fi, Bluetooth, and Dial Up Networking.")).  These adapters allow the Samsung Admire to receive data, such as webpages, that can be loaded in the Browser application.  (*See id.* "Wi-Fi is a wireless networking technology that provides access to local area networks.  Use your phone's Wi-Fi feature to: access the internet for browsing, or to send or receive email . . . .")). |
| an output device for presenting the data; | The Samsung Admire includes an output device for presenting data.  The Samsung Admire includes a 3.5'' HVGA TFT touchscreen display that presents data to the user.<br><br>**3.5" HVGA TFT Display**<br>This large, HVGA, TFT display gives you a full 3.5" of beautiful color and responsiveness. Every touch is smooth and fluid as you scroll to your desired location.<br><br>(Samsung, Samsung Admire Overview, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZAAMTR). |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| a memory storing information including program routines including | The Samsung Admire includes a memory storing information including program routines. Specifically, the Samsung Admire includes internal memory that stores information including program routines. (*Id.*). It also supports an external SD card for added memory.<br>12:26 PM<br>Storage settings<br>SD card<br>Total space<br>1.86GB<br>Available space<br>1.86GB<br>Unmount SD card<br>Unmount the SD card so you can safely remove it<br>Erase SD card<br>Erases all data on the phone's SD card, such as music and photos<br>Internal storage<br>Available space<br>143MB<br>**(Screenshot of Samsung Admire showing internal memory)** |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | The Samsung Admire includes an analyzer server for detecting structures in the data and for linking actions to the detected structures. Specifically, the Samsung Admire includes an analyzer server that detects in webpages structures such as phone numbers, internet URLs, email addresses, and postal addresses in data. In particular, the Browser application uses Android's CacheBuilder class[2], which utilizes regular expression processing to transform structures in text to clickable links. The analyzer server program routines for detecting structures in data comprise the FindPartialAddress(), FindPartialEmail(), FindPartialNumber(), and isFocusableText() methods of the CacheBuilder class[3].<br><br>The BuildFrame() function of the CacheBuilder class calls the isFocusableText() function on each text node in the data on the Samsung Admire. The isFocusableText() function then calls the FindPartialAddress(), FindPartialEMail(), and FindPartialNumbers() functions. Each of these latter functions analyzes the text of the text node and detects postal addresses, email addresses, and phone numbers, respectively.<br><br>For example, as shown below, when a user navigates to a webpage containing phone numbers in the Browser application, the analyzer server detects those phone numbers. Although not shown below, the analyzer server similarly detects web URLs, email addresses, and postal addresses in webpages. |

[2] CacheBuilder is a shared library that exists independently of the Browser application.

[3] The source code for the Android operating system and the applications available with Android can be found at http://source.android.com/source/downloading.html. All references to source code are to files available from that site. Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

| Claim 1 | Infringement by the Samsung Admire |
| --- | --- |
| |  <br><br>**(Screenshot of Samsung Admire showing a detected structure, a phone number, in web browsing data as a user is selecting it)**<br><br>The analyzer server then links actions to the detected structure. Specifically, the analyzer server's program routines for linking actions to the detected structures in webpages consist of the getHitTestResult() and hitTestResult()methods of the Webview class and the setIntent() |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| | method of the MenuItemImpl class, which are called by the onCreateContextMenu() method of the BrowserActivity class.[4]<br><br>After a user long presses on a structure, the onCreateContextMenu() method in the BrowserActivity class is called, which in turn calls the getHitTestResult() method of the WebView class, which returns the structure the user selected.<br><br>The onCreateContextMenu() method then adds Intent objects, based on the type of structure selected, to a context menu via a call to the setIntent() method on a MenuItem object. The Intent object has two primary components: an action to be performed and the selected data to operate on.<br><br>For example, when a user long presses on a phone number in a webpage in the Browser application, the onCreateContextMenu() method adds Intent objects that will, upon selection, open the dialer with the phone number, add it to the user's contacts, or copy the phone number. |

[4] Like CacheBuilder, the WebView and MenuItemImpl classes are shared libraries independent of the Browser application.

| Claim 1 | Infringement by the Samsung Admire |
| --- | --- |
| | **(Screenshots of Samsung Admire showing actions linked to a detected and selected phone number)**<br><br>Although not shown above, actions are similarly linked to detected email addresses, web URLs, and postal addresses.<br><br>After a user selects a particular activity in the presented menu, the Intent object is passed to the startActivity() method, which launches the action indicated by the Intent object. For example, if the user selects “Dial” from the menu shown above, the action processor for the Samsung |

| Claim 1 | Infringement by the Samsung Admire |
| --- | --- |
| | Admire initiates the dialer.<br><br>**(Screenshot of Samsung Admire having a detected structure that is linked to actions, upon selection of the "Dial" option)**<br><br>Although not shown above, the action processor for the Samsung Admire initiates program routines for selection actions related to detected web URLs, email address, and postal addresses.<br><br>Additionally, the Samsung Admire includes Android's "Linkify" functionality, which is used by the Messaging application. Android's Linkify functionality "take[s] a piece of text and a regular expression and turns all of the regex matches in the text into clickable links. This is particularly useful for matching things like email addresses, Internet URLs, etc. and making |

| Claim 1 | Infringement by the Samsung Admire |
| --- | --- |
| | them actionable." (Android Developer Site at Linkify).<br><br>In particular, when the Samsung Admire sends or receives a message in its Messaging application that includes an email address, the Samsung Admire detects that email address and links actions to it. As shown below, the Samsung Admire gives the user the option to send an email to the detected email address or add the email address to contacts.<br><br><br><br>**(Screenshots of a detected structure, an email address, and linked actions after the user long presses the email address)**<br><br>If the user selects "send email" from the menu, the action processor for the Samsung Admire |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| | initiates an email application, either Gmail or mail@metro, depending on which the user chooses or has selected as the default.<br><br>**(Screenshot of initiated Gmail application)**<br><br>The analyzer server program routines for detecting structures in a message presented by the Messaging application consist of the addLinks() method of the Linkify class, the Pattern class, and the Matcher class. (*See* http://developer.android.com/reference/android/text/util/ |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| | Linkify.html). The Linkify class uses pre-written Pattern objects, each designed for a different type of structure, for detecting structures in data. When called either directly or via a setText() method in the TextView class, the addLinks() methods of the Linkify class are passed a parameter that indicates what type of structures to detect. (*See* http://developer.android.com/reference/android/text/util/Linkify.html). The Linkify class has the ability to find and identify four types of structures: web URLs, email addresses, phone numbers, and postal addresses. For each type of structure, with the exception of postal addresses, the addLinks() method calls the gatherLinks() method of the Linkify class, passing it a Pattern object.<br><br>For postal addresses, the addLinks() method calls the gatherMapLinks() method of the Linkify class. The gatherMapLinks() method enters into a loop, calling the findAddress() method of the WebView class, which in turn calls the FindAddress() method of the WebViewCore class, which calls the FindAddress() method of the CacheBuilder class described above.<br><br>The analyzer server program routines for linking actions to detecting structures in a message presented by the Messaging application consist of the addCallAndContactMenuItems() method of the ComposeMessageActivity class and the setIntent() method of the MenuItemImpl class. For a detected structure, the addCallAndContactMenuItems() method creates a new Intent object containing the detected structure and adds that Intent object into a to-be-displayed menu. The addCallAndContactMenuItems() method adds the Intent object to a menu by calling the setIntent() method of the MenuItemImpl class. |
| a user interface enabling the selection of a detected structure and a linked action; and | The Samsung Admire includes a user interface enabling the selection of a detected structure and a linked action. In particular, the Samsung Admire's user interface for the Browser and Messaging applications allows the user to select a detected structure like a phone number, internet URL, email address, or postal address. The Samsung Admire user interface also enables the selection of a linked action. For example, as shown below, the user can select phone numbers detected on webpages in the Browser application. The user interface then allows the user to select an action linked to the phone number. Although not shown below, the Samsung Admire's user interface also enables the selection of detected email addresses, postal addresses, and web URLs and enables the selection of actions linked to those structures. |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| | **(Screenshots of the Samsung Admire with a user interface enabling the selection of a detected structure (phone number) and selection of linked actions)**<br><br>Once the FindPartialAddress(), FindPartialEmail(), and/or FindPartialNumber() methods of the CacheBuilder class detect structures in the webpage, the BuildFrame() method of the CacheBuilder class enables the selection of those structures by creating a variable of type HTMLAnchorElement for each such structure. Every HTMLAnchorElement is selectable.<br><br>The user interface program routines that enable the selection of a linked action by displaying a context menu consist of the show() method of the MenuDialogHelper class and the AlertDialog class. After the user performs a long-press on the detected structure, the View class's |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| | performLongClick() method calls its showContextMenu() method. (View.java; http://developer.android.com/reference/android/view/View.html).  The showContextMenu() method calls the showContextMenuForChild() method of the PhoneWindow.DecorView class, which calls the show() method of the ContextMenuBuilder.java.  After the onCreateContextMenu() method of the BrowserActivity class links actions to the detected structure, the show() method of the ContextMenuBuilder class calls the show() method of the MenuDialogHelper class. The show() method of the MenuDialogHelper class begins the process of displaying the context menu to the user by first creating an instance of the AlertDialog class MenuDialogHelper class, and then calling the show() method of the Dialog class. The show() method of the Dialog class then "[s]tart[s] the dialog and display[s] it on [the] screen." ( http://developer.android.com/reference/android/app/Dialog.html).<br><br>Second, the user can also select email addresses appearing in the Messaging application user interface.  The user interface then allows the user to select an action associated with the selected email address.  Although not shown below, the Samsung Admire's user interface also enables selection of postal addresses, phone numbers, and web URLs detected in the Messaging application.  The user interface then enables the selection of actions linked to those structures. |

| Claim 1 | Infringement by the Samsung Admire |
| --- | --- |
| | <br><br>**(Screenshots of the Samsung Admire with a user interface enabling the selection of a detected email address in the Messaging application and a user interface enabling the selection of actions linked to the email address)**<br><br>The applyLink() method of the Linkify class creates a URLSpan object over each detected structure. The URLSpan class extends the ClickableSpan class, which enables the user to select any piece of text associated with a URLSpan object. (http://developer.android.com/reference /android/text/style/ClickableSpan.html). The MMS application further enables the selection of a linked action by displaying a context menu in much the same way as the Browser application. The show() method of the ContextMenuBuilder class is called after the user selects a detected structure. The addCallAndContactMenuItems() method of the ComposeMessageActivity class links actions to the detected structure, and the show() method of the ContextMenuBuilder class calls the show() method of the MenuDialogHelper class. Just as the Browser application, the |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| | show() method of the MenuDialogHelper class creates an instance of the AlertDialog class and calls the show() method of the Dialog class. This method displays the AlertDialog object. |
| an action processor for performing the selected action linked to the selected structure; and | The Samsung Admire includes an action processor for performing the selected action linked to the selected structure.<br><br>For example, the Samsung Admire includes a phone application. Upon selection of the "Dial" option from the Browser in the user interface, the action processor performs the selected action, namely, it initiates the dialer. As described above, the "Dial" action is linked to the selected phone number.<br><br>12:20 PM Phone Call log Contacts Favorites 877-412-7753 1 2 ABC 3 DEF 4 GHI 5 JKL 6 MNO 7 PQRS 8 TUV 9 WXYZ * 0 + #<br><br>**(Screenshot of the Samsung Admire showing the result of the linked action having been performed)** |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| | Secondly, the Samsung Admire includes an Email application. Upon selection of the "Email" option from the Messaging application in the user interface, the action processor performs the selected action, namely, it initiates the Email application.<br><br>**(Screenshot of the Samsung Admire showing the result of the linked action having been performed)**<br><br>The action processor for each application is the startActivity() method of the Context class and, |

| Claim 1 | Infringement by the Samsung Admire |
|---|---|
| | when needed, the resolveActivity() method of the Intent class. Upon selection of a linked action, the MMS application and the Browser application invoke the startActivity() method and pass it an Intent object that contains a description of the action to perform. (http://developer. android. com /reference/android/app/Activity.html; http://developer.android.com /guide/topics/fundamentals.html ("You can start an activity (or give it something new to do) by passing an Intent to startActivity() or startActivityForResult() (when you want the activity to return a result.")).<br><br>The startActivity() method then launches the appropriate activity, which "is a single, focused thing that the user can do." (http://developer.android.com/reference/android/app/Activity.html). Activities are one of the "three … core components of an application" and are "activated through messages[] called intents." (http://developer.android.com/guide/topics/intents/intents-filters.html). Some Intent objects specify the Activity to launch while others specify an action to perform and the data on which to perform that action. (http://developer.android. com/reference/android/content/Intent.html).<br><br>In the case of the latter, the resolveActivity() method of the Intent class determines what activity should be launched. (*Id*.). For example, an Intent object containing the ACTION_VIEW action and an e-mail address display a menu allowing the user to select an application to use in order to send an e-mail to the detected e-mail address. (*Id*.). For example, an Intent object containing the ACTION_VIEW action and a telephone number will cause startActivity() to "[d]isplay the phone dialer with the given number filled in." (*Id*.). |
| a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | The Samsung Admire includes a processing unit coupled to the input device, the output device, and the memory for controlling the execution of program routines. For example, the Samsung Admire includes an 800MHz processor coupled to input devices (a touchscreen and wireless-internet adapter), an output device (the 3.5'' HVGA touchscreen display), and memory. (*See* Samsung, Samsung Admire Features, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZAAMTR-features).<br><br>The processing unit controls the execution of the program routines. |

| Claim 2 | Infringement by the Samsung Admire |
|---|---|
| 2.  The system recited in claim 1, wherein the analyzer server stores detected structures in memory. | The Samsung Admire's analyzer server stores detected structures in memory.<br><br>As described above, when setIntent() is called, detected structures are stored in memory inside Intent objects. |

| Claim 4 | Infringement by the Samsung Admire |
|---|---|
| 4.  The system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. | The Samsung Admire's analyzer server includes grammars and a parser for detecting structures in the data.<br><br>For example, the FindPartialAddress, FindPartialEmail, and FindPartialNumber methods, which are used to detect structures in webpages, are parsers that are specific to the type of grammar that they are searching for.  In addition, the Linkify class described above uses the Pattern class, which includes the compile() method which in turn uses grammars.  The Pattern and Matcher classes contain a parser for detecting structures in messages. |

| Claim 6 | Infringement by the Samsung Admire |
|---|---|
| 6.  The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting structures in the data. | The Samsung Admire's analyzer server includes a string library and a fast string search function for detecting structures in the data.<br><br>For example, within the FindPartialAddress and FindPartialEmailmethods, there are various string libraries that are used for doing string matching (*e.g.*, longStreetNames, longStateNames, longDomainNames).  These methods include code for performing a fast string search function that searches for these strings. |

| Claim 8 | Infringement by the Samsung Admire |
| --- | --- |
| 8. The system recited in claim 1, wherein the user interface highlights the detected structures. | The Samsung Admire further includes a user interface that highlights the detected structures. For example, when a user long presses on a phone number detected in a webpage in the Browser application, the phone number is highlighted in green, as shown below. Although not shown below, the Samsung Admire's user interface also highlights postal addresses (long press), email addresses, and web URLs detected in the Browser application.<br><br>(**Screenshot of a detected phone number highlighted in green after a long press in the Browser application**)<br><br>As a second example, when the Samsung Admire receives a text in its Messaging application that contains an email address, the phone highlights that detected structure in blue, as shown |

| Claim 8 | Infringement by the Samsung Admire |
|---|---|
| | below. Although not shown below, the Messaging application user interface also highlights in blue web URLs detected in text messages.<br><br>**(Screenshot of detected email address highlighted in the Messaging application)** |

| Claim 9 | Infringement by the Samsung Admire |
|---|---|
| 9. The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of linked actions. | The Samsung Admire further comprises a user interface that enables selection of an action by causing the output device to display a pop-up menu of linked actions. For example, when a user long presses on a phone number on a webpage, the Samsung Admire presents the user with a pop-up menu of linked actions on its touch screen display. The phone's user interface enables the user to select one of the actions, for example, "Dial" or "Add contact," from the pop-up menu.<br><br>**(Screenshot of the user interface of the Samsung Admire enabling selection of an action linked to a phone number from a pop-up menu)** |

| Claim 9 | Infringement by the Samsung Admire |
|---|---|
| | As a second example, when a user long presses on a text message containing a phone number in the Messaging application, the Samsung Admire presents the user with a pop-up menu of actions linked to that phone number on its touch screen display, as shown below. The phone's user interface enables the user to select one of the linked actions, for example, "send msg" or "add to contacts," from the presented pop-up menu.<br><br>4:59 PM<br>301-956-5496<br>Message options<br>Lock message<br>Send email to jdoe@work.cc<br>Send msg to jdoe@work.com<br>Add jdoe@work.com to Con<br>Forward<br>Copy message text<br><br>**(Screenshot of the user interface of the Samsung Admire enabling selection of an action linked to an phone number from a pop-up menu)** |