# EXHIBIT 93

**INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG CAPTIVATE GLIDE (SGH-I927)**

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| 1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Captivate Glide is a computer-based system for detecting structures in data and performing actions on detected structures, as explained below. Specifically, the Samsung Captivate Glide is an Android smartphone with 1GHz dual-core Tegra 2 processor, 8GB of internal memory, 1GB of random access memory (RAM), and a 4.0'' Super AMOLED touch screen display. (Samsung, Samsung Captivate Glide, Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs). (Samsung, Samsung Captivate Glide, Gallery, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-gallery). |

[1] Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Captivate Glide |
| --- | --- |
| | The Samsung Captivate Glide is equipped with the Android 2.3, Gingerbread, operating system and comes with various pre-installed applications, including a web browser, Email and Gmail applications, and a messaging application. (*See* Samsung, Samsung Captivate Glide, Technical Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT; *see also* Samsung Captivate Glide Mobile Phone User Manual, at 83-91, 120 (2011) ("Captivate Glide User Manual")). |
| an input device for receiving data; | The Samsung Captivate Glide includes an input device for receiving data. Specifically, the Samsung Captivate Glide includes hardware input devices such as a touchscreen display, a QWERTY keyboard, radios for receiving text messages, wireless-internet adapters for receiving internet data, and memory. (*See* Samsung, Samsung Captivate Glide, Technical Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs; *see also* Captivate Glide User Manual, at 15).<br><br>In particular, the Samsung Captivate Glide includes a touchscreen that receives data that the user inputs. (*See* Captivate Glide User Manual, at 13 (indicating that the Samsung Captivate Glide includes a "[t]ouch screen [that] provides quick response to a variety of in-phone menus and options including applications and seven home screens")). The touchscreen allows the user to interact with applications running on the Samsung Captivate Glide. (*See id.*).<br><br>Additionally, it permits the user to enter text via an onscreen keyboard or a physical QWERTY keyboard. (*See* Captivate Glide User Manual, at 15, 47). There are three available text input methods for the onscreen keyboard on the Samsung Captivate Glide, including the Android keyboard (default), the Samsung Keypad, and Swype. (*Id.* at 47). The onscreen keyboard is shown in the screenshot below. |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| |   (**Samsung Captivate Glide Onscreen Android Keyboard**)<br><br>(Captivate Glide User Manual, at 47).<br><br>The physical QWERTY keyboard slides out from the back of the phone, as shown below. |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| | **A full keyboard when you need it, gone when you don't**<br>The sleek exterior of the Captivate™ Glide gives it a premium look and feel. Every letter has its own key on this sliding QWERTY keyboard. It makes typing for email, web surfing, posting updates and playing games faster and easier than ever before. And there's something about feeling the touch of real keys under your thumbs and fingers that makes typing fun and more accurate.<br><br>(Samsung, Captivate Glide Features, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-features).<br><br>Another input device included in the Samsung Captivate Glide is a radio that enables the phone to communicate with cellular towers. (*See* Captivate Glide User Manual, at 163 ("Your wireless phone is a radio transmitter and receiver.")).<br><br>**Network**<br>**Frequencies and Data Type**: UMTS 850/1900/2100; GSM 850/900/1800/1900<br>**Data Speed**: 4G HSPA+ 21 Mbps (Category 14)<br>**SAR value - Head (W/kg)**: SAR Value: Head 0.20 W/kg<br>**SAR value - Body Worn (W/kg)**: SAR Value: Body 0.54 W/kg<br><br>(Samsung, Samsung Captivate Glide, Technical Specifications, http://www.samsung.com/ |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| | us/mobile/cell-phones/SGH-I927ZKAATT-specs). Utilizing the radio, the Samsung Captivate Glide can receive data from a network provider. (*See id.*). This data can then be used by, for example, the Email, Messaging, and Browser applications on the phone. (*See, e.g.*, Captivate Glide User Manual, at 83-91).<br><br>Further, the Samsung Captivate Glide includes wireless-internet adapters for receiving internet data from wireless local area networks. (*See* Captivate Glide User Manual, at 120-28). These adapters allow the Samsung Captivate Glide to receive data, such as webpages, that can be loaded in the Browser application. (*See id.* at 120). |
| an output device for presenting the data; | The Samsung Captivate Glide includes an output device for presenting data. As shown below, the Samsung Captivate Glide includes a 4.0'' Super AMOLED touchscreen display that presents data to the user. (Samsung, Captivate Glide Features, http://www.samsung.com /us/mobile/cell-phones/SGH-I927ZKAATT). The display resolution for the phone is 480x800 pixels. (*Id.*).<br><br>**A big screen of touchable color**<br>The 4" Super AMOLED™ screen gives you brilliant detail, spectacular color and deep contrast. Plus, it's bright enough to read easily in bright daylight, then automatically adjusts when indoors.<br><br>(*Id.*). |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| a memory storing information including program routines including | The Samsung Captivate Glide includes a memory storing information including program routines. Specifically, the Samsung Captivate Glide includes 8GB of internal memory for storage, as well as 1GB of random-access memory ("RAM"), that stores information including program routines. (*Id.*).<br><br>**Memory**<br>**Internal Memory** — 1GB RAM/1GB ROM/8GB<br>**External Memory/microSD™ Capacity** — microSD™ card<br><br>(Samsung, Captivate Glide Technical Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs). |
| an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | The Samsung Captivate Glide includes an analyzer server for detecting structures in the data and for linking actions to the detected structures. Specifically, the Samsung Captivate Glide includes an analyzer server that detects structures in webpages such as phone numbers, internet URLs, email addresses, and postal addresses in data. In particular, the Browser application uses Android's CacheBuilder class[2], which utilizes regular expression processing to transform structures in text to clickable links. The analyzer server program routines for detecting structures in data comprise the FindPartialAddress(), FindPartialEmail(), FindPartialNumber(), and isFocusableText() methods of the CacheBuilder class[3].<br><br>The BuildFrame() function of the CacheBuilder class calls the isFocusableText() function on each text node in the data on the Samsung Captivate Glide. The isFocusableText() function then calls the FindPartialAddress(), FindPartialEMail(), and FindPartialNumbers() functions. Each of these latter functions analyzes the text of the text node and detects postal addresses, |

[2] CacheBuilder is a shared library that exists independently of the Browser application.

[3] The source code for the Android operating system and the applications available with Android can be found at http://source.android.com/source/downloading.html. All references to source code are to files available from that site. Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| | email addresses, and phone numbers, respectively.<br><br>For example, as shown below, when a user navigates to a webpage containing phone numbers in the Browser application, the analyzer server detects those phone numbers. Although not shown below, the analyzer server similarly detects web URLs, email addresses, and postal addresses in webpages.<br><br>7:09 PM<br>Customer Service<br>Apple Store Customer Service<br>To view the most up-to-date status and make changes to your Apple Online Store order, visit online Order Status. You can also contact Apple Store Customer Service at 1-800-676-2775 or visit online Help for more information.<br>North American Corporate Contacts<br>United States<br>Apple Enterprise Sales (877) 412-7753<br>Apple Government Sales (877) 412-7753<br>Apple Promotions/Rebates (877) 4-APL-PROMO (877-427-5776)<br>Apple Media Helpline (408) 974-2042<br>Apple Software Upgrade Center (888) 840-8433<br>Apple Store (Consumer and Education Individuals) (800) MY-APPLE (800-692-7753)<br>Apple Store (Education Institutions) (800) 800-2775<br>Apple Store (Small Business) (800) 854-3680<br>Reseller Referral (Resellers, Trainers, Consultants) (800) 538-9696<br>Canada<br>Apple Store (Consumer and Education Individuals) (800) MY-APPLE (800-692-7753)<br><br>(**Screenshot of Samsung Captivate Glide showing a detected structure, a phone number, in web browsing data as a user is selecting it**)<br><br>The analyzer server then links actions to the detected structure. Specifically, the analyzer |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| | server's program routines for linking actions to the detected structures in webpages consist of the getHitTestResult() and hitTestResult()methods of the Webview class and the setIntent() method of the MenuItemImpl class, which are called by the onCreateContextMenu() method of the BrowserActivity class.[4]<br><br>After a user long presses on a structure, the onCreateContextMenu() method in the BrowserActivity class is called, which in turn calls the getHitTestResult() method of the WebView class, which returns the structure the user selected.<br><br>The onCreateContextMenu() method then adds Intent objects, based on the type of structure selected, to a context menu via a call to the setIntent() method on a MenuItem object. The Intent object has two primary components: an action to be performed and the selected data to operate on.<br><br>For example, when a user long presses on a phone number in a webpage in the Browser application, the onCreateContextMenu() method adds Intent objects that will, upon selection, open the dialer with the phone number, add it to the user's contacts, or copy the phone number. |

[4] Like CacheBuilder, the WebView and MenuItemImpl classes are shared libraries independent of the Browser application.

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| | <br><br>(**Screenshot of Samsung Captivate Glide showing actions linked to a detected and selected phone number**)<br><br>Although not shown above, actions are also linked to detected email addresses, web URLs, and postal addresses.<br><br>After a user selects a particular activity in the presented menu, the Intent object is passed to the startActivity() method, which launches the action indicated by the Intent object. For example, |

| Claim 1 | Infringement by the Samsung Captivate Glide |
| --- | --- |
| | if the user selects "Dial" from the menu shown above, the action processor for the Samsung Captivate Glide initiates the dialer.<br><br>7:10 PM<br>Keypad Logs Contacts Favorites<br>877-412-7753<br>Add to Contacts<br>1 2 ABC 3 DEF<br>4 GHI 5 JKL 6 MNO<br>7 PQRS 8 TUV 9 WXYZ<br>* P 0 + #<br><br>(**Screenshot of Captivate Glide having a detected structure that is linked to actions, upon selection of the "Dial" option**)<br><br>Although not shown above, the action processor for the phone initiates program routines for selected actions related to detected web URLs, email addresses, and postal addresses.<br><br>Additionally, the Samsung Captivate Glide includes Android's "Linkify" functionality, which is used by the Messaging application. Android's Linkify functionality "take[s] a piece of text and a regular expression and turns all of the regex matches in the text into clickable links. This is |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| | particularly useful for matching things like email addresses, Internet URLs, etc. and making them actionable." (Android Developer Site at Linkify).<br><br>In particular, when the Samsung Captivate Glide receives a message in its Messaging application that includes an email address, the Samsung Captivate Glide detects that email address and links an action to it. To the extent that claim 1 is construed to only require one action linked to a structure, the Messaging application on the Captivate Glide infringes. As shown below, the Samsung Captivate Glide gives the user the option to use the Contacts application to create a new contact using the detected email address or to use the Email application. |

(**Screenshots of a detected email address and linked actions**)

| | |
|---|---|
| | If the user selects "complete action using email" from the menu, the action processor for the |

| Claim 1 | Infringement by the Samsung Captivate Glide |
| --- | --- |
| | Samsung Captivate Glide initiates the Email application.<br><br><br>(**Screenshot of initiated Email application**)<br><br>The analyzer server program routines for detecting structures in a message presented by the Messaging application consist of the addLinks() method of the Linkify class, the Pattern class, |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
|  | and the Matcher class. (*See* http://developer.android.com/reference/android/text/util/Linkify.html).  The Linkify class uses pre-written Pattern objects, each designed for a different type of structure, for detecting structures in data.  When called either directly or via a setText() method in the TextView class, the addLinks() methods of the Linkify class are passed a parameter that indicates what type of structures to detect.  (*See* http://developer.android.com/reference/android/text/util/Linkify.html).<br><br>The Linkify class has the ability to find and identify four types of structures: web URLs, email addresses, phone numbers, and postal addresses.  For each type of structure, with the exception of postal addresses, the addLinks() method calls the gatherLinks() method of the Linkify class, passing it a Pattern object.<br><br>For postal addresses, the addLinks() method calls the gatherMapLinks() method of the Linkify class.  The gatherMapLinks() method enters into a loop, calling the findAddress() method of the WebView class, which in turn calls the FindAddress() method of the WebViewCore class, which calls the FindAddress() method of the CacheBuilder class described above.<br><br>The analyzer server program routines for linking actions to detecting structures in a message presented by the Messaging application consist of the addCallAndContactMenuItems() method of the ComposeMessageActivity class and the setIntent() method of the MenuItemImpl class.  For a detected structure, the addCallAndContactMenuItems() method creates a new Intent object containing the detected structure and adds that Intent object into a to-be-displayed menu.  The addCallAndContactMenuItems() method adds the Intent object to a menu by calling the setIntent() method of the MenuItemImpl class. |
| a user interface enabling the selection of a detected structure and a linked action; and | The Samsung Captivate Glide includes a user interface enabling the selection of a detected structure and a linked action.  In particular, the Samsung Captivate Glide's user interface for the Browser and Messaging applications allows the user to select a detected structure like a phone number, internet URL, email address, or postal address.  The Samsung Captivate Glide user interface also enables the selection of a linked action.<br><br>For example, as shown below, the user can select phone numbers detected on webpages in the |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| | Browser application. The user interface then allows the user to select an action linked to the phone number. Although not shown below, the phone's user interface also enables the selection of detected email addresses, postal addresses, and web URLs and enables the selection of actions linked to those structures.<br><br>(**Screenshots of the Samsung Captivate Glide with a user interface enabling the selection of a detected structure (phone number) and linked actions**)<br><br>Once the FindPartialAddress(), FindPartialEmail(), and/or FindPartialNumber() methods of the CacheBuilder class detect structures in the webpage, the BuildFrame() method of the CacheBuilder class enables the selection of those structures by creating a variable of type HTMLAnchorElement for each such structure. Every HTMLAnchorElement is selectable.<br><br>The user interface program routines that enable the selection of a linked action by displaying a |

| Claim 1 | Infringement by the Samsung Captivate Glide |
| --- | --- |
| | context menu consist of the show() method of the MenuDialogHelper class and the AlertDialog class. After the user performs a long-press on the detected structure, the View class's performLongClick() method calls its showContextMenu() method. View.java; http://developer.android.com/reference/android/view/View.html. The showContextMenu() method calls the showContextMenuForChild() method of the PhoneWindow.DecorView class, which calls the show() method of the ContextMenuBuilder.java. After the onCreateContextMenu() method of the BrowserActivity class links actions to the detected structure, the show() method of the ContextMenuBuilder class calls the show() method of the MenuDialogHelper class. The show() method of the MenuDialogHelper class begins the process of displaying the context menu to the user by first creating an instance of the AlertDialog class MenuDialogHelper class, and then calling the show() method of the Dialog class. The show() method of the Dialog class then "[s]tart[s] the dialog and display[s] it on [the] screen." (http://developer.android.com/reference/android/app/Dialog.htm)l.<br><br>By way of a second example, the user can also select email addresses appearing in the Messaging application user interface. The user interface then allows the user to select an action associated with the selected email address. Although not shown below, the phone's user interface also enables selection of postal addresses, phone numbers, and web URLs. The user interface then enables the selection of actions linked to those structures. |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| |  <br><br>(**Screenshots of the Samsung Captivate Glide with a user interface enabling the selection of a detected email address in the Messaging application and a user interface enabling the selection of an action linked to the email address**)<br><br>The applyLink() method of the Linkify class creates a URLSpan object over each detected structure. The URLSpan class extends the ClickableSpan class, which enables the user to select any piece of text associated with a URLSpan object. (http://developer.android.com/reference/android/text/style/ClickableSpan.html). The MMS application further enables the selection of a linked action by displaying a context menu in much the same way as the Browser application. The show() method of the ContextMenuBuilder class is called after the user selects a detected structure. The addCallAndContactMenuItems() method of the ComposeMessageActivity class links actions to the detected structure, and the show() method of the ContextMenuBuilder class calls the show() method of the MenuDialogHelper class. Just as the Browser application, the show() method of the MenuDialogHelper class creates an instance of the AlertDialog class and |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| | calls the show() method of the Dialog class. This method displays the AlertDialog object. |
| an action processor for performing the selected action linked to the selected structure; and | The Samsung Captivate Glide includes an action processor for performing the selected action linked to the selected structure. For example, the Samsung Captivate Glide includes a phone application. Upon selection of the "Complete action using phone" and "Dial" option from the Browser in the user interface, the action processor performs the selected action, namely, it initiates the dialer. As described above, the "Dial" action is linked to the selected phone number.<br><br>**(Screenshot of the Samsung Captivate Glide showing the result of the linked action having been performed)** |

| Claim 1 | Infringement by the Samsung Captivate Glide |
|---|---|
| | Additionally, the Samsung Captivate Glide includes an Email application. Upon selection of the "Email" option from the Messaging application in the user interface, the action processor performs the selected action, namely, it initiates the Email application.<br><br>7:30 PM<br>From captivatetestone@gmail.com<br>To jdoe@work.com<br>Subject Linkify<br>Sent from my Samsung smartphone on AT&T<br>Attach Insert Send<br><br>(**Screenshot of the Samsung Captivate Glide showing the result of the linked action having been performed**) |

| Claim 1 | Infringement by the Samsung Captivate Glide |
| --- | --- |
| | The action processor for each application is the startActivity() method of the Context class and, when needed, the resolveActivity() method of the Intent class. Upon selection of a linked action, the MMS application and the Browser application invoke the startActivity() method and pass it an Intent object that contains a description of the action to perform. (http://developer.android.com/reference/android/app/Activity.html; http://developer.android.com/guide/topics/fundamentals.html ("You can start an activity (or give it something new to do) by passing an Intent to startActivity() or startActivityForResult() (when you want the activity to return a result.")). The startActivity() method then launches the appropriate activity, which "is a single, focused thing that the user can do." http://developer.android.com/reference/android/app/Activity.html. Activities are one of the "three … core components of an application" and are "activated through messages[] called intents." (http://developer.android.com/guide/topics/intents/intents-filters.html).<br><br>Some Intent objects specify the Activity to launch while others specify an action to perform and the data on which to perform that action. (http://developer.android.com/ reference/android/content/Intent.html). In the case of the latter, the resolveActivity() method of the Intent class determines what activity should be launched. (*Id*.). For example, an Intent object containing the ACTION_VIEW action and an e-mail address display a menu allowing the user to select an application to use in order to send an e-mail to the detected e-mail address. (*Id*.) For example, an Intent object containing the ACTION_VIEW action and a telephone number will cause startActivity() to "[d]isplay the phone dialer with the given number filled in." (*Id*.). |
| a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | The Samsung Captivate Glide includes a processing unit coupled to the input device, the output device, and the memory for controlling the execution of program routines. For example, the Samsung Captivate Glide includes a 1GHz dual-core Tegra 2 processor coupled to input devices (a touchscreen and wireless-internet adapter), an output device (the 4.00'' Super AMOLED touchscreen display), and memory (8GB internal memory). (*See* Samsung, Samsung Captivate Glide, Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs).<br><br>The processing unit controls the execution of the program routines. |

| Claim 2 | Infringement by the Samsung Captivate Glide |
|---|---|
| 2. The system recited in claim 1, wherein the analyzer server stores detected structures in memory. | The Samsung Captivate Glide's analyzer server stores detected structures in memory.<br><br>As described above, when setIntent() is called, detected structures are stored in memory inside Intent objects. |
| **Claim 4** | **Infringement by the Samsung Captivate Glide** |
| 4. The system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. | The Samsung Captivate Glide's analyzer server includes grammars and a parser for detecting structures in the data.<br><br>For example, the FindPartialAddress, FindPartialEmail, and FindPartialNumber methods, which are used to detect structures in webpages, are parsers that are specific to the type of grammar that they are searching for. In addition, the Linkify class described above uses the Pattern class, which includes the compile() method which in turn uses grammars. The Pattern and Matcher classes contain a parser for detecting structures in messages. |
| **Claim 6** | **Infringement by the Samsung Captivate Glide** |
| 6. The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting structures in the data. | The Samsung Captivate Glide's analyzer server includes a string library and a fast string search function for detecting structures in the data.<br><br>For example, within the FindPartialAddress() and FindPartialEmail() methods, there are various string libraries that are used for doing string matching (*e.g.*, longStreetNames, longStateNames, longDomainNames). These methods include code for performing a fast string search function that searches for these strings. |

| Claim 8 | Infringement by the Samsung Captivate Glide |
|---|---|
| 8. The system recited in claim 1, wherein the user interface highlights the detected structures. | The Samsung Captivate Glide further includes a user interface that highlights the detected structures. For example, when a user long presses on a phone number detected in a webpage in the Browser application, the phone number is highlighted in green, as shown below. Although not shown below, the phone's user interface also highlights detected postal addresses (long press), email addresses, and web URLs.<br>7:09 PM<br>Customer Service<br>Apple Store Customer Service<br>To view the most up-to-date status and make changes to your Apple Online Store order, visit online Order Status. You can also contact Apple Store Customer Service at 1-800-676-2775 or visit online Help for more information.<br>North American Corporate Contacts<br>United States<br>▪ Apple Enterprise Sales (877) 412-7753<br>▪ Apple Government Sales (877) 412-7753<br>▪ Apple Promotions/Rebates (877) 4-APL-PROMO (877-427-5776)<br>▪ Apple Media Helpline (408) 974-2042<br>▪ Apple Software Upgrade Center (888) 840-8433<br>▪ Apple Store (Consumer and Education Individuals) (800) MY-APPLE (800-692-7753)<br>▪ Apple Store (Education Institutions) (800) 800-2775<br>▪ Apple Store (Small Business) (800) 854-3680<br>▪ Reseller Referral (Resellers, Trainers, Consultants) (800) 538-9696<br>Canada<br>▪ Apple Store (Consumer and Education Individuals) (800) MY-APPLE (800-692-7753)<br>**(Screenshot of a detected phone number highlighted in green after a long press in the Browser application)** |

| Claim 8 | Infringement by the Samsung Captivate Glide |
|---|---|
| | As a second example, when the Samsung Captivate Glide receives a text in its Messaging application that contains an email address, the phone highlights that detected structure in blue, as shown below. Although not shown below, the user interface also highlights detected web URLs and phone numbers.   **(Screenshot of detected email address highlighted in the Messaging application)** |

<table>
<tr><th>Claim 9</th><th>Infringement by the Samsung Captivate Glide</th></tr>
<tr><td>9. The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of linked actions.</td><td>The Samsung Captivate Glide further comprises a user interface that enables selection of an action by causing the output device to display a pop-up menu of linked actions. For example, when a user long presses on a phone number on a webpage, the Samsung Captivate Glide presents the user with a pop-up menu of linked actions on its touch screen display. The phone's user interface enables the user to select one of the actions, for example, "Dial" or "Add contact," from the pop-up menu.

(**Screenshot of the user interface of the Samsung Captivate Glide enabling selection of an action linked to a phone number from a pop-up menu**)</td></tr>
</table>

| Claim 9 | Infringement by the Samsung Captivate Glide |
|---|---|
| | As a second example, when a user long presses on a text message containing an email address in the Messaging application, the Samsung Captivate Glide presents the user with a pop-up menu displaying a linked action linked to that email address on its touch screen display, as shown below. The phone's user interface enables the user to select a linked action, for example, "mailto," from the presented pop-up menu.<br><br>7:30 PM<br>+1-703-980-2978<br>You can email me at jdoe@work.com<br>7:29PM, Jun 2<br>Select action<br>mailto:jdoe@work.com<br>Cancel<br>Tap to enter message<br><br>**(Screenshot of the user interface of the Samsung Captivate Glide enabling selection of an action linked to an phone number from a pop-up menu)** |