# EXHIBIT 94

INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY THE SAMSUNG CONQUER 4G (SHP-D600)

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| 1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising[1]: | To the extent that the preamble of claim 1 may be construed to be limiting, the Samsung Conquer 4G is a computer-based system for detecting structures in data and performing actions on detected structures, as explained below. Specifically, the Samsung Conquer 4G is an Android smartphone (available from Sprint) with a 1GHz processor, 512 MB of internal memory, and a 3.5'' HVGA touchscreen display. (Samsung, Samsung Conquer 4G Overview, http://www.samsung.com /us/mobile/cell-phones/SPH-D600ZKASPR). (Samsung, Samsung Conquer 4G Gallery, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-gallery). |

[1] Apple's inclusion of citations related to any claim preamble in this infringement claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preamble is limiting or not limiting on a claim-by-claim basis.

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| | The Samsung Conquer 4G is equipped with the Android 2.3.4, Gingerbread, operating system and comes with various pre-installed applications, including a web browser, Email and Gmail applications, and a messaging application. (*See* Samsung, Samsung Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs; *see also* Samsung Conquer 4G User Guide, at 33-34 (2011)).<br><br>**Platform**<br>**Platform** Android 2.3, Gingerbread<br><br>(Samsung Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs).<br><br>**Browser** – Launches the Sprint Powerdeck browser (page 148).<br>**Email** – Provides access to both your Outlook (Exchange Server-based) work email and Internet email accounts (such as Gmail and Yahoo! Mail) (page 159).<br>**Gmail** – Provides access to your Gmail account (page 159).<br>**Messaging** – Provides access to text and multimedia messaging (SMS and MMS) (page 135).<br><br>(Samsung Conquer 4G User Guide, at 33-34). |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| an input device for receiving data; | The Samsung Conquer 4G includes an input device for receiving data. Specifically, the Samsung Conquer 4G includes hardware input devices such as a touchscreen, radios for receiving text messages, wireless-internet adapters for receiving internet data, and memory. (*See* Samsung Conquer 4G Features, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-features; *see also* Conquer 4G User Guide, at 28 ("The Conquer 4G is touch-sensitive, and this allows you to not only select an onscreen option with a single tap, but also scroll through long menu lists.")).<br><br>In particular, the Samsung Conquer 4G includes a 3.5'' touchscreen that receives data that the user inputs. (*See* Samsung Conquer 4G Specifications, http://www.samsung.com/us/mobile /cell-phones/SPH-D600ZKASPR-specs). The touchscreen allows the user to interact with applications running on the Samsung Conquer 4G. (Conquer 4G User Guide, at 32 ("Scroll through the screens and tap an icon to launch the associated application.")).<br><br>Additionally, it permits the user to enter text via an onscreen keyboard. (*See* Conquer 4G User Guide, at 42). There are two onscreen keyboards available on the Samsung Conquer 4G, including the Android keyboard and Swype ("which uses a unique gliding method to let you enter whole words quickly"). (*Id.*). The onscreen keyboards are shown below. |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| | <br>(Conquer 4G User Guide, at 43).<br><br>Another input device included in the Samsung Conquer 4G is a radio that enables the phone to communicate with cellular towers. (*See* Conquer 4G User Guide, at 207 ("Mobile phones operate using radio signal . . . .")). |

<table>
<tr><th>Claim 1</th><th>Infringement by the Samsung Conquer 4G</th></tr>
<tr><td></td><td>

**Network**

| | |
|---|---|
| Frequencies and Data Type | CDMA Dualband: |
| Data Speed | EVDO REV A |
| SAR value - Head (W/kg) | SAR Value: Head 0.76 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 0.95 W/kg |

(Samsung Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs).

Utilizing the radio, the Samsung Conquer 4G can receive data from network provider Sprint. (*See id.*). This data can then be used by, for example, the Messaging and Browser applications on the phone. (Samsung Conquer 4G Features, http://www.samsung .com/us/mobile/cell-phones/SPH-D600ZKASPR-features).

**A high-speed network with a high-speed operating system.**

The Android 2.3, Gingerbread operating system is the most advanced Android mobile platform. You'll have ready access to over 250,000 Android apps to make you more productive. Gingerbread is specially designed to run all your apps and programs with smooth, fast operations. Couple that with Sprint's 4G high speed network, and you've got one super-fast phone that connects calls and logs on to websites with amazing quickness. And speaking of speed, wait 'til you read the next feature.

(*Id.*).

Further, the Samsung Conquer 4G includes wireless-internet adapters for receiving internet data from wireless local area networks. (*See* Conquer 4G User Guide, at 154 ("The Conquer 4G is

</td></tr>
</table>

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| | capable of communications with devices using 802.11n speeds. . . . Turning Wi-Fi on makes your device able to discover and connect to compatible in-range WAPs."); *see also* Samsung Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs). These adapters allow the Samsung Conquer 4G to receive data, such as webpages, that can be loaded in the Browser application. (*See* Conquer 4G User Guide at 146 "Internet connections can be made either through the Sprint (3G or 4G) or via Wi-Fi . . . .")). |
| an output device for presenting the data; | The Samsung Conquer 4G includes an output device for presenting data. For example, the Samsung Conquer 4G includes a 3.5'' HVGA touchscreen display that presents data to the user.<br><br>**Display**<br>**Main Display Resolution**: HVGA<br>**Main Display Size**: 3.5" Display<br>**Main Display Technology**: 262K TFT<br>**Touch Screen**: Yes<br><br>(Samsung Conquer 4G Overview, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs). |
| a memory storing information including program routines including | The Samsung Conquer 4G includes a memory storing information including program routines. Specifically, the Samsung Conquer 4G includes 512MB of internal memory that stores information including program routines. (*Id.*). |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| | **Memory**<br>Internal Memory: 512MB<br>External Memory/microSD™ Capacity: 32GB<br><br>(*Id.*) |
| an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | The Samsung Conquer 4G includes an analyzer server for detecting structures in the data and for linking actions to the detected structures. Specifically, the Samsung Conquer 4G includes an analyzer server that detects structures in webpages such as phone numbers, internet URLs, email addresses, and postal addresses in data. In particular, the Browser application uses Android's CacheBuilder class[2], which utilizes regular expression processing to transform structures in text to clickable links. The analyzer server program routines for detecting structures in data comprise the FindPartialAddress(), FindPartialEmail(), FindPartialNumber(), and isFocusableText() methods of the CacheBuilder class[3].<br><br>The BuildFrame() function of the CacheBuilder class calls the isFocusableText() function on each text node in the data on the Samsung Conquer 4G. The isFocusableText() function then calls the FindPartialAddress(), FindPartialEMail(), and FindPartialNumbers() functions. Each of these latter functions analyzes the text of the text node and detects postal addresses, email addresses, and phone numbers, respectively.<br><br>For example, as shown below, when a user navigates to a webpage containing phone numbers in the Browser application, the analyzer server detects those phone numbers. Although not shown below, the analyzer server similarly detects web URLs, email addresses, and postal |

[2] CacheBuilder is a shared library that exists independently of the Browser application.
[3] The source code for the Android operating system and the applications available with Android can be found at http://source.android.com/source/downloading.html. All references to source code are to files available from that site. Where source code is described that provides instructions or results in certain functionality, that source code is an excerpt of the relevant source code, and is not necessarily the exclusive source code for those instructions or functionality.

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| | addresses on webpages.<br><br>7:06 PM<br>Apple Store Customer Service<br>To view the most up-to-date status and make changes to your Apple Online Store order, visit online Order Status. You can also contact Apple Store Customer Service at 1-800-676-2775 or visit online Help for more information.<br>North American Corporate Contacts<br>United States<br>• Apple Enterprise Sales (877) 412-7753<br>• Apple Government Sales (877) 412-7753<br>• Apple Promotions/Rebates (877) 4-APL-PROMO (877-427-5776)<br>• Apple Media Helpline (408) 974-2042<br>• Apple Software Upgrade Center (888) 840-8433<br>• Apple Store (Consumer and Education Individuals) (800) MY-APPLE (800-692-7753)<br>• Apple Store (Education Institutions) (800) 800-2775<br>• Apple Store (Small Business) (800) 854-3680<br>• Reseller Referral (Resellers, Trainers, Consultants)<br><br>**(Screenshot of Samsung Conquer 4G showing a detected structure, a phone number, in web browsing data as a user is selecting it)**<br><br>The analyzer server then links actions to the detected structure. Specifically, the analyzer server's program routines for linking actions to the detected structures in webpages consist of the getHitTestResult() and hitTestResult()methods of the Webview class and the setIntent() |

| Claim 1 | Infringement by the Samsung Conquer 4G |
| --- | --- |
| | method of the MenuItemImpl class, which are called by the onCreateContextMenu() method of the BrowserActivity class.[4]<br><br>After a user long presses on a structure, the onCreateContextMenu() method in the BrowserActivity class is called, which in turn calls the getHitTestResult() method of the WebView class, which returns the structure the user selected.<br><br>The onCreateContextMenu() method then adds Intent objects, based on the type of structure selected, to a context menu via a call to the setIntent() method on a MenuItem object. The Intent object has two primary components: an action to be performed and the selected data to operate on.<br><br>For example, when a user long presses on a phone number in a webpage in the Browser application, the onCreateContextMenu() method adds Intent objects that will, upon selection, open the dialer with the phone number, add it to the user's contacts, or copy the phone number. |

[4] Like CacheBuilder, the WebView and MenuItemImpl classes are shared libraries independent of the Browser application.

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| | <br><br>**(Screenshot of Samsung Conquer 4G showing actions linked to a detected and selected phone number)**<br><br>Although not shown above, actions are also linked to detected email addresses, web URLs, and |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| | postal addresses.<br><br>After a user selects a particular activity in the presented menu, the Intent object is passed to the startActivity() method, which launches the action indicated by the Intent object. For example, if the user selects "Dial" from the menu shown above, the action processor for the Samsung Conquer 4G initiates the phone application dialer.<br><br>**(Screenshot of Samsung Conquer 4G having a detected structure that is linked to actions, upon selection of the "Dial" option)**<br><br>Although not shown above, the action processor for the Samsung Conquer 4G initiates program routines for selected actions related to detected web URLs, email addresses, and postal |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| | addresses.<br><br>Additionally, the Samsung Conquer 4G includes Android's "Linkify" functionality, which is used by the Messaging application. Android's Linkify functionality "take[s] a piece of text and a regular expression and turns all of the regex matches in the text into clickable links. This is particularly useful for matching things like email addresses, Internet URLs, etc. and making them actionable." (*See* Android Developer Site at Linkify).<br><br>In particular, when the Samsung Conquer 4G receives a message in its Messaging application that includes an email address, postal address, web URL, or phone number, the Samsung Conquer 4G detects those structures and links actions to them. As shown below, if the user long presses a text message with a detected email address, the Samsung Conquer 4G gives the user the option to send an email to the detected address or add it to contacts. |

**(Screenshots of a detected email address and linked actions)**

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| | If the user selects "Email" from the menu, the action processor for the Samsung Conquer 4G initiates the Email application.<br><br>**(Screenshot of initiated Email application)**<br><br>The analyzer server program routines for detecting structures in a message presented by the Messaging application consist of the addLinks() method of the Linkify class, the Pattern class, and the Matcher class. (*See* http://developer.android.com/reference/android/text/util/Linkify.html). The Linkify class uses pre-written Pattern objects, each designed for a different type of structure, for detecting structures in data. When called either directly or via a setText() method in the TextView class, the addLinks() methods of the Linkify class are passed |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| | a parameter that indicates what type of structures to detect. (*See* http://developer.android.com/reference/android/text/util/Linkify.html). The Linkify class has the ability to find and identify four types of structures: web URLs, email addresses, phone numbers, and postal addresses. For each type of structure, with the exception of postal addresses, the addLinks() method calls the gatherLinks() method of the Linkify class, passing it a Pattern object.<br><br>For postal addresses, the addLinks() method calls the gatherMapLinks() method of the Linkify class. The gatherMapLinks() method enters into a loop, calling the findAddress() method of the WebView class, which in turn calls the FindAddress() method of the WebViewCore class, which calls the FindAddress() method of the CacheBuilder class described above.<br><br>The analyzer server program routines for linking actions to detecting structures in a message presented by the Messaging application consist of the addCallAndContactMenuItems() method of the ComposeMessageActivity class and the setIntent() method of the MenuItemImpl class. For a detected structure, the addCallAndContactMenuItems() method creates a new Intent object containing the detected structure and adds that Intent object into a to-be-displayed menu. The addCallAndContactMenuItems() method adds the Intent object to a menu by calling the setIntent() method of the MenuItemImpl class. |
| a user interface enabling the selection of a detected structure and a linked action; and | The Samsung Conquer 4G includes a user interface enabling the selection of a detected structure and a linked action. In particular, the Samsung Conquer 4G's user interface for the Browser and Messaging applications allows the user to select a detected structure like a phone number, web URL, email address, or postal address. The Samsung Conquer 4G user interface also enables the selection of actions linked to those structures.<br><br>For example, as shown below, the user can select phone numbers detected on webpages in the Browser application. The user interface then allows the user to select an action linked to the phone number. Although not shown below, the Samsung Conquer 4G's user interface also enables the selection of detected email addresses, postal addresses, and web URLs and enables the selection of actions linked to those structures. |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|

**(Screenshots of the Samsung Conquer 4G with a user interface enabling the selection of a detected structure (phone number) and selection of linked actions)**

Once the FindPartialAddress(), FindPartialEmail(), and/or FindPartialNumber() methods of the CacheBuilder class detect structures in the webpage, the BuildFrame() method of the CacheBuilder class enables the selection of those structures by creating a variable of type HTMLAnchorElement for each such structure. Every HTMLAnchorElement is selectable.

The user interface program routines that enable the selection of a linked action by displaying a context menu consist of the show() method of the MenuDialogHelper class and the AlertDialog class. After the user performs a long-press on the detected structure, the View class's

| Claim 1 | Infringement by the Samsung Conquer 4G |
| --- | --- |
| | performLongClick() method calls its showContextMenu() method. View.java; http://developer.android.com/reference/android/view/View.html. The showContextMenu() method calls the showContextMenuForChild() method of the PhoneWindow.DecorView class, which calls the show() method of the ContextMenuBuilder.java. After the onCreateContextMenu() method of the BrowserActivity class links actions to the detected structure, the show() method of the ContextMenuBuilder class calls the show() method of the MenuDialogHelper class. The show() method of the MenuDialogHelper class begins the process of displaying the context menu to the user by first creating an instance of the AlertDialog class MenuDialogHelper class, and then calling the show() method of the Dialog class. The show() method of the Dialog class then "[s]tart[s] the dialog and display[s] it on [the] screen." (*See* http://developer.android.com/reference/android/app/Dialog.html.).<br><br>By way of a second example, the user can also select email addresses appearing in the Messaging application user interface. The user interface then allows the user to select an action associated with the selected email address. Although not shown below, the Samsung Conquer 4G's user interface also enables selection of postal addresses, phone numbers, and web URLs detected in the Messaging application. The user interface then enables the selection of actions linked to those structures. |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| |  <br><br>**(Screenshots of the Samsung Conquer 4G with a user interface enabling the selection of a detected email address in the Messaging application and a user interface enabling the selection of actions linked to the email address)**<br><br>The applyLink() method of the Linkify class creates a URLSpan object over each detected structure. The URLSpan class extends the ClickableSpan class, which enables the user to select any piece of text associated with a URLSpan object. http://developer.android.com/reference/android/text/style/ClickableSpan.html.<br><br>The MMS application further enables the selection of a linked action by displaying a context menu in much the same way as the Browser application. The show() method of the ContextMenuBuilder class is called after the user selects a detected structure. The addCallAndContactMenuItems() method of the ComposeMessageActivity class links actions to the detected structure, and the show() method of the ContextMenuBuilder class calls the show() method of the MenuDialogHelper class. Just as the Browser application, the show() method of |

| Claim 1 | Infringement by the Samsung Conquer 4G |
| --- | --- |
| | the MenuDialogHelper class creates an instance of the AlertDialog class and calls the show() method of the Dialog class. This method displays the AlertDialog object. |
| an action processor for performing the selected action linked to the selected structure; and | The Samsung Conquer 4G includes an action processor for performing the selected action linked to the selected structure.<br><br>For example, the Samsung Conquer 4G includes a phone application. Upon selection of the “Dial” option from the Browser in the user interface, the action processor performs the selected action, namely, it initiates the dialer. As described above, the “Dial” action is linked to the selected phone number.<br><br>7:06 PM<br>Phone Call log Contacts Favorites<br>877-412-7753<br>1 2 ABC 3 DEF<br>4 GHI 5 JKL 6 MNO<br>7 PQRS 8 TUV 9 WXYZ<br>* 0 + #<br><br>**(Screenshot of the Samsung Conquer 4G showing the result of the linked action having been performed)** |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| | Additionally, the Samsung Conquer 4G includes an Email application. Upon selection of the “Email” option from the Messaging application in the user interface, the action processor performs the selected action, namely, it initiates the Email application.<br><br>**(Screenshot of the Samsung Conquer 4G showing the result of the linked action having been performed)**<br><br>The action processor for each application is the startActivity() method of the Context class and, when needed, the resolveActivity() method of the Intent class. Upon selection of a linked action, the MMS application and the Browser application invoke the startActivity() method and |

| Claim 1 | Infringement by the Samsung Conquer 4G |
|---|---|
| | pass it an Intent object that contains a description of the action to perform. (*See* http://developer.android.com/reference/android/app/Activity.html; http://developer.android.com/guide/topics/fundamentals.html ("You can start an activity (or give it something new to do) by passing an Intent to startActivity() or startActivityForResult() (when you want the activity to return a result.")).<br><br>The startActivity() method then launches the appropriate activity, which "is a single, focused thing that the user can do." (http://developer.android.com/reference/android/app/Activity.html).<br><br>Activities are one of the "three … core components of an application" and are "activated through messages[] called intents." http://developer.android.com/guide/topics/intents/intents-filters.html. Some Intent objects specify the Activity to launch while others specify an action to perform and the data on which to perform that action.<br><br>(*See* http://developer.android.com/reference/android/content/Intent.html).<br><br>In the case of the latter, the resolveActivity() method of the Intent class determines what activity should be launched. (*Id.*). For example, an Intent object containing the ACTION_VIEW action and an e-mail address display a menu allowing the user to select an application to use in order to send an e-mail to the detected e-mail address. (*Id.*). For example, an Intent object containing the ACTION_VIEW action and a telephone number will cause startActivity() to "[d]isplay the phone dialer with the given number filled in." (*Id.*). |
| a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | The Samsung Conquer 4G includes a processing unit coupled to the input device, the output device, and the memory for controlling the execution of program routines. For example, the Samsung Conquer 4G includes a 1GHz processor coupled to input devices (a touchscreen and wireless-internet adapter), an output device (the 3.5'' HVGA touchscreen display), and memory (512 MB of internal memory). (*See* Samsung, Samsung Conquer 4G Specifications, http://www.samsung. com/us/mobile/cell-phones/SPH-D600ZKASPR-specs).<br><br>The processing unit controls the execution of the program routines. |

| Claim 2 | Infringement by the Samsung Conquer 4G |
| --- | --- |
| 2. The system recited in claim 1, wherein the analyzer server stores detected structures in memory. | The Samsung Conquer 4G's analyzer server stores detected structures in memory.<br><br>As described above, when setIntent() is called, detected structures are stored in memory inside Intent objects. |

| Claim 4 | Infringement by the Samsung Conquer 4G |
| --- | --- |
| 4. The system recited in claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data. | The Samsung Conquer 4G's analyzer server includes grammars and a parser for detecting structures in the data.<br><br>For example, the FindPartialAddress, FindPartialEmail, and FindPartialNumber methods, which are used to detect structures in webpages, are parsers that are specific to the type of grammar that they are searching for. In addition, the Linkify class described above uses the Pattern class, which includes the compile() method which in turn uses grammars. The Pattern and Matcher classes contain a parser for detecting structures in messages. |

| Claim 6 | Infringement by the Samsung Conquer 4G |
| --- | --- |
| 6. The system recited in claim 1, wherein the analyzer server includes a string library and a fast string search function for detecting structures in the data. | The Samsung Conquer 4G's analyzer server includes a string library and a fast string search function for detecting structures in the data.<br><br>For example, within the FindPartialAddress and FindPartialEmailmethods, there are various string libraries that are used for doing string matching (*e.g.*, longStreetNames, longStateNames, longDomainNames). These methods include code for performing a fast string search function that searches for these strings. |

| Claim 8 | Infringement by the Samsung Conquer 4G |
|---|---|
| 8. The system recited in claim 1, wherein the user interface highlights the detected structures. | The Samsung Conquer 4G further includes a user interface that highlights the detected structures. For example, when a user long presses on a phone number detected in a webpage in the Browser application, the phone number is highlighted in green, as shown below. Although not shown below, the Samsung Conquer 4G's user interface also highlights postal addresses, email addresses, and web URLs detected in the Browser application.<br><br>Apple Store Customer Service<br>To view the most up-to-date status and make changes to your Apple Online Store order, visit online Order Status. You can also contact Apple Store Customer Service at 1-800-676-2775 or visit online Help for more information.<br><br>North American Corporate Contacts<br><br>United States<br>• Apple Enterprise Sales (877) 412-7753<br>• Apple Government Sales (877) 412-7753<br>• Apple Promotions/Rebates (877) 4-APL-PROMO (877-427-5776)<br>• Apple Media Helpline (408) 974-2042<br>• Apple Software Upgrade Center (888) 840-8433<br>• Apple Store (Consumer and Education Individuals) (800) MY-APPLE (800-692-7753)<br>• Apple Store (Education Institutions) (800) 800-2775<br>• Apple Store (Small Business) (800) 854-3680<br>• Reseller Referral (Resellers, Trainers, Consultants)<br><br>**(Screenshot of a detected phone number highlighted in green after a long press in the Browser application)** |

| Claim 8 | Infringement by the Samsung Conquer 4G |
|---|---|
| | As a second example, when the Samsung Conquer 4G receives a text in its Messaging application that contains an email address or a phone number, the phone highlights those detected structures in blue, as shown below. Although not shown below, the Messaging application user interface also highlights in blue web URLs and postal addresses detected in text messages.<br>7:21 PM<br>703-980-2978<br>7039802978: You can email me at jdoe@work.com or call me at 877.412.7753.<br>Sent: 7:12PM<br>Type to compose<br>Send<br>**(Screenshot of detected email address highlighted in the Messaging application)** |

| Claim 9 | Infringement by the Samsung Conquer 4G |
|---|---|
| 9. The system recited in claim 1, wherein the user interface enables selection of an action by causing the output device to display a pop-up menu of linked actions. | The Samsung Conquer 4G further comprises a user interface that enables selection of an action by causing the output device to display a pop-up menu of linked actions. For example, when a user long presses on a phone number on a webpage, the Samsung Conquer 4G presents the user with a pop-up menu of linked actions on its touch screen display. The phone's user interface enables the user to select one of the actions, for example, "Dial" or "Add contact," from the pop-up menu.<br><br>**(Screenshot of the user interface of the Samsung Conquer 4G enabling selection of an action linked to a phone number from a pop-up menu)**<br><br>As a second example, when a user long presses on a text message containing an email address in the Messaging application, the Samsung Conquer 4G presents the user with a pop-up menu of actions linked to that email address on its touch screen display, as shown below. The |

| Claim 9 | Infringement by the Samsung Conquer 4G |
| --- | --- |
| | phone's user interface enables the user to select one of the linked actions, for example, "send email" or "add to contacts," from the presented pop-up menu. <br><br> **(Screenshot of the user interface of the Samsung Conquer 4G enabling selection of an action linked to an email address from a pop-up menu)** |