# EXHIBIT 148

**Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung T-Mobile Galaxy S II |
|---|---|
| A method for locating information in a computer system, comprising the steps of[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung T-Mobile Galaxy S II performs a method for locating information in a computer system.<br><br>For instance, the Samsung T-Mobile Galaxy S II includes a 1.5 GHz dual-core processor CPU, 16 GB of on-board memory, a 4.5" Super AMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a computer system. |

**CPU / Processor**

| | |
|---|---|
| Processor Speed, Type | 1.5 GHz, Dual Core (Qualcomm Snapdragon S3) |

**Memory**

| | |
|---|---|
| Internal Memory | 16GB |
| External Memory/microSD™ Capacity | MicroSD™ Card |

**Display**

| | |
|---|---|
| Main Display Resolution | 480x800 pixels |
| Main Display Size | 4.52" |
| Main Display Technology | Super AMOLED™ Plus |
| Touch Screen | Yes |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

## Section 2: Understanding Your Device

This section outlines key features of your phone. It also describes the phone's keys, screen and the icons that display when the phone is in use.

### Features of Your Phone

Your phone is lightweight, easy-to-use and offers many significant features. The following list outlines a few of the features included in your phone.

- Touch screen with virtual (on-screen) QWERTY keyboard
- High Speed Packet Access Plus (HSPA+) delivering data speeds faster than the current 3G network technology.
- Android 2.3, Gingerbread Platform
- Compatible with Adobe® Flash® technology
- Wi-Fi ® Capability
- USB Tethering-capable
- Bluetooth enabled
- Full Integration of Google Mobile™ Services (Gmail, YouTube, Google Maps, Google Voice Search)
- Multiple Messaging Options: Text/Picture/Video Messaging, and Instant Messaging with Windows Live Messenger, Google Talk™ and Yahoo! Messenger
- Corporate and Personal Email

- Media streaming integration via Netflix®
- 8 Megapixel Camera and Camcorder with autofocus, multi-shot and digital zoom
- 2 Megapixel Front Facing camera and preloaded Qik® application for Video Chat
- MP3 Player with multitasking features
- Over 250,000 Apps available to download from the Android Market™
- Pre-loaded e-reader applications such as: Blio®, Google Books™, and Zinio®
- Social Hub to integrate all of your favorite social networking sites.
- Polaris® Office for document viewing and editing
- Assisted GPS (TeleNav GPS Navigation and Google Navigation)
- Webkit-based browser
- 16GB built-in memory (on-board)
- Expandable memory slot - supports up to 32GB
- Mobile Hotspot Capability
- Lookout® Security (Security, Backup, Missing Device capabilities)
- T-Mobile® TV
- Slacker Radio®
- SWYPE™ text input technology
- Google Video Chat via Google Talk

### Connectivity

| Features | Bluetooth® |
|---|---|

The Samsung T-Mobile Galaxy S II includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung T-Mobile Galaxy S II.

2



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the T-Mobile Galaxy S II, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:

4



Samsung promotes the Quick Search Box as a standard feature of the T-Mobile Galaxy S II, as shown by the specifications on Samsung's web site:

**T-Mobile Cell Phones: What Applications Are Pre-Loaded on My T-Mobile SGH-t989 Samsung GALAXY S™ II Mobile Device?**

**T-Mobile Galaxy S™ II**
**Preloaded Applications**

**SGH-t989**



| T-Mobile | Google | | Samsung | |
|---|---|---|---|---|
| 411 & More | Gmail | YouTube | AllShare | Social Hub |
| My Account | Gallery | Search | Media Hub | Email |
| T-Mobile TV | Latitude | Maps | Kies Air | Task Manager |
| T-Mobile Mall | Market | Navigation | Music | Photo Editor |
| Visual Voicemail | Places | Tags | Messaging | Voice Talk |
| T-Mobile Name ID | Talk | Voice Search | | |

| inputting an information identifier; | The Samsung T-Mobile Galaxy S II performs the step of inputting an information identifier. The Samsung T-Mobile Galaxy S II has a 4.5" Super AMOLED screen. |
|---|---|

6

| Display | |
| --- | --- |
| Main Display Resolution | 480x800 pixels |
| Main Display Size | 4.52" |
| Main Display Technology | Super AMOLED™ Plus |
| Touch Screen | Yes |

The Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung T-Mobile Galaxy S II receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:



Portions of the computer instructions allowing the user to input an information identifier in the Samsung T-Mobile Galaxy S II may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing said information identifier to a plurality of plug-in modules | The T-Mobile Galaxy S II performs the step of providing said information identifier to a plurality of plug-in modules.<br><br>For example, the T-Mobile Galaxy S II's Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung T-Mobile Galaxy S II provides a plurality of pre-selected plug-in modules that include the Web and Contacts plug-in modules. |
|---|---|

| | Users can select which modules to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected plug-in modules.<br><br> |
|---|---|
| each using a different heuristic to locate information which matches said identifier; | The T-Mobile Galaxy S II performs the step of each using a different heuristic to locate information which matches said identifier. |



For example, as shown above, the Quick Search Box provides the Web and Contacts plug-in modules.  Each module shown in the example above uses a different heuristic to locate information which matches the inputted identifier. According to the '604 patent specification:

> "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)

| | |
|---|---|
| | "[T]he selected plug-in modules 221 . . . 22N receive the information identifier and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14) |
| providing at least one candidate item of information from said modules; | The T-Mobile Galaxy S II performs the step of providing at least one candidate item of information from said modules.<br><br>For example, in the image below, the T-Mobile Galaxy S II is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |



| and displaying a representation of said candidate item of information. | The T-Mobile Galaxy S II performs the step of displaying a representation of said candidate item of information.<br><br>For example, in the screen capture below, the T-Mobile Galaxy S II is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the bookmarks and web history searches by the green rectangle, and the results from the Contacts module by the blue rectangle.  The representations appear as icons and/or explanatory text. |
|---|---|



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the T-Mobile Galaxy S II to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the T-Mobile Galaxy S II displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapter.java.

| Claim 2 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The method of claim 1 wherein said information identifier is input via an application program having a text input window. | The Samsung T-Mobile Galaxy S II performs the method of Claim 1 wherein said information identifier is input via an application program having a text input window.<br><br>The Quick Search Box application includes a text input window by means of which a user can input an information identifier.  In the image below, the user has input the information identifier "app" into the text input window at the top of the screen:<br><br> |

| Claim 3 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The method of claim 1 wherein said information identifier is input in by means of a dialog box displayed on a user interface. | The Samsung T-Mobile Galaxy S II performs the method of Claim 1 wherein said information identifier is input by means of a dialog box displayed on a user interface.<br><br>The user interface of the Samsung T-Mobile Galaxy S II comprises the home screen, as explained by the Samsung T-Mobile Galaxy S II's user manual:<br><br>**Home Screen**<br><br>The Home screen is the starting point for using the applications on your phone. There are initially seven available panels, each populated with default shortcuts or applications. You can customize each of these panels.<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung T-Mobile Galaxy S II. |



Google's developer blog also describes the Quick Search Box as "available right from your phone's home screen."[2]

[2] "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.

| Claim 5 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The method of claim 1 wherein said information identifier is one of a letter, a word, or a phrase. | The Samsung T-Mobile Galaxy S II performs the method of Claim 1 wherein said information identifier is one of a letter, a word, or a phrase.<br><br>In the image below, the information identifier provided to the Quick Search Box is the letter "a":<br><br><br><br>In the image below, the  information identifier provided to the Quick Search Box is the word "app": |

17



In the image below, the information identifier provided to the Quick Search Box is the phrase "apple support":



| Claim 9 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The method of claim 1 wherein one of said heuristics locates items of information on the basis of names of files. | The Samsung T-Mobile Galaxy S II performs the method of Claim1 wherein one of said heuristics locates items of information on the basis of names of files.<br><br>For example, Web maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider.java to initialize the database. Web and the associated heuristic therefore locate items of information on the basis of names of files. |

| Claim 10 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The method of claim 9 wherein another of said heuristics locates items of information on the basis of contents of files. | The Samsung T-Mobile Galaxy S II performs the of Claim 9 wherein another of said heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the T-Mobile Galaxy S II's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 11 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The method of claim 9 wherein another of said heuristics locates items of information on the basis of most recently accessed items. | The Samsung T-Mobile Galaxy S II performs the method of Claim 9 wherein another of said heuristics locates items of information on the basis of most recently accessed items.<br><br>As described in the official description of the Google Search application, "Google Search will learn which items you click on most to make it even easier to get what you want quickly."[3]<br><br>For example, in the computer instructions below, the Contacts module creates a database query that includes references to the constants CURRENT_CONTACTS, RECENT_CONTACTS, and TIME_SINCE_LAST_CONTACTED, as shown in the file GlobalSearchSupport.java:<br><br>```java<br>// Current contacts - those contacted within the last 3 days (in seconds)<br>private static final long CURRENT_CONTACTS = 3 * 24 * 60 * 60;<br><br>// Recent contacts - those contacted within the last 30 days (in seconds)<br>private static final long RECENT_CONTACTS = 30 * 24 * 60 * 60;<br><br>private static final String TIME_SINCE_LAST_CONTACTED =<br>        "(strftime('%s', 'now') - contacts." + Contacts.LAST_TIME_CONTACTED<br>        + "/1000)";<br><br>/*<br> * See {@link ContactsProvider2#EMAIL_FILTER_SORT_ORDER} for the discussion of<br> * this sorting order.<br> */<br>private static final String SORT_ORDER =<br>    "(CASE WHEN contacts." + Contacts.STARRED + "=1 THEN 0 ELSE 1 END), "<br>    + "(CASE WHEN " + TIME_SINCE_LAST_CONTACTED + " < " + CURRENT_CONTACTS<br>    + " THEN 0 "<br>    + " WHEN " + TIME_SINCE_LAST_CONTACTED + " < " + RECENT_CONTACTS<br>    + " THEN 1 "<br>    + " ELSE 2 END)."<br>    + "contacts." + Contacts.TIMES_CONTACTED + " DESC, "<br>    + "contacts." + Contacts.DISPLAY_NAME_PRIMARY + ", "<br>    + "contacts." + Contacts._ID;<br>```<br><br>As a further example, in the computer instructions below, the Web module ranks a plurality of results by using the DATE_LAST_VISITED constant, as shown in the file BrowserProvider.java:<br><br>```java<br>private static final String SUGGEST_ORDER_BY =<br>        TABLE_HISTORY + "." + History.DATE_LAST_VISITED + " DESC";<br>``` |

---

[3]   "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox.

| Claim 12 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The method of claim 1 wherein one of said heuristics locates items of information that are stored locally on the computer system. | The Samsung T-Mobile Galaxy S II performs the method of Claim 1 wherein one of said heuristics locates items of information stored locally on the computer system.<br><br>As described above, the plug-in modules locate information that is stored locally on the computer system.  For example, the Contacts module locates information about a user's contacts that are stored locally on the Samsung T-Mobile Galaxy S II.<br><br>In the image below, for example, the plug-in modules have located a locally stored bookmark, indicated by the green rectangle, and a locally stored contact, indicated by the blue rectangle:<br><br> |

| Claim 14 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|

| | |
|---|---|
| The method of claim 12 wherein another of said heuristics locates items of information that are stored on remote computer systems. | The Samsung T-Mobile Galaxy S II performs the method of Claim 12 wherein another of said heuristics locates items of information that are stored on remote computer systems.<br><br>For example, the Google plug-in module, indicated in the image below with a red rectangle, provides internet search suggestions from the search engine Google based on the user's inputted information identifier.<br><br>The Google plug-in module retrieves its suggestions from Google, a remote computer system.  The computer instructions found in the file GoogleSuggestClient.java call the mProvider.getsuggestions() method, which in turn calls the queryInternal() method, which uses the query() method to send an HTTP "get" request to a Google Suggests server and return the suggestion results to the quick search box.  (See source code at AbstractGoogleSource.java and GoogleSuggestClient.java.)<br><br>For example, in the image below, the Google Search suggestions, retrieved from the remote computer system, are highlighted with a red rectangle. |



| Claim 15 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The method of claim 14 wherein said other heuristic locates Internet web pages. | The Samsung T-Mobile Galaxy S II performs the method of Claim 14 wherein said other heuristic locates internet web pages.<br><br>For example, the Google Search suggestions retrieved by the Web plug-in module correspond to internet searches from Google that correspond with the inputted information identifier. When the user selects one of the searches, the user is taken to the corresponding search on the Google web site to view the results of the search. Thus, the Google module locates internet web pages corresponding to the various suggested searches matching the inputted information identifier.<br><br>For instance, For instance, the image below shows a sample result of selecting the Google search suggestion "apple" corresponding to the inputted information identifier "app."<br><br> |

| Claim 16 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The method of claim 14 wherein said other heuristic locates items of information that are stored on a wide-area network. | The Samsung T-Mobile Galaxy S II performs the method of Claim 14 wherein said other heuristic locates items of information that are stored on a wide-area network.<br><br>The Google Search suggestions retrieved by the Web plug-in module corresponds to information available on the internet, a wide-area network.  Specifically, the searches correspond to searches using Google that correspond with the inputted information identifier.  When the user selects one of the searches, the user is taken to the corresponding search on the Google web site to view the results of the search.  Thus, the Google module locates web pages, which are items of information stored on a wide-area network.<br><br>For instance, For instance, the image below shows a sample result of selecting the Google search suggestion "apple" corresponding to the inputted information identifier "app."<br><br> |

| Claim 17 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The method of claim 1 wherein said information identifier is provided in parallel to said modules, and | The Samsung T-Mobile Galaxy S II performs the method of Claim 1 wherein said information identifier is provided in parallel to said modules.<br><br>The Quick Search Box provides the inputted information identifier to the plug-in modules in parallel.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the plug-in modules in parallel. |
| further including the step of selecting candidate items of information provided by said modules for display in accordance with a global heuristic. | The Samsung T-Mobile Galaxy S II performs the step of selecting candidate items of information provided by said modules for display in accordance with a global heuristic.<br><br>As described in the official description of the Google Search application, "Google Search will learn which items you click on most to make it even easier to get what you want quickly."[4]<br><br>The T-Mobile Galaxy S II displays a representation of the candidate item of information.  In the screen capture below, the T-Mobile Galaxy S II is outputting representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Web module's search of bookmarks and web history by the green rectangle, and the results from the Contacts module by the blue rectangle. |

---

[4]  "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox.



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the T-Mobile Galaxy S II to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the T-Mobile Galaxy S II displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 19 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| A method for locating information from a plurality of locations in a computer system, comprising the steps of[5]: | To the extent the preamble of Claim 19 may be construed to be limiting, the Samsung T-Mobile Galaxy S II performs a method for locating information from a plurality of locations in a computer system.<br><br>For instance, the Samsung T-Mobile Galaxy S II includes a 1.5 GHz dual-core processor CPU, 16 GB of on-board memory, a 4.5" Super AMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information from a plurality of locations in a computer system. |

**CPU / Processor**

| Processor Speed, Type | 1.5 GHz, Dual Core (Qualcomm Snapdragon S3) |
|---|---|

**Memory**

| Internal Memory | 16GB |
|---|---|
| External Memory/microSD™ Capacity | MicroSD™ Card |

**Display**

| Main Display Resolution | 480x800 pixels |
|---|---|
| Main Display Size | 4.52" |
| Main Display Technology | Super AMOLED™ Plus |
| Touch Screen | Yes |

---

[5] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

## Section 2: Understanding Your Device

This section outlines key features of your phone. It also describes the phone's keys, screen and the icons that display when the phone is in use.

### Features of Your Phone

Your phone is lightweight, easy-to-use and offers many significant features. The following list outlines a few of the features included in your phone.

- Touch screen with virtual (on-screen) QWERTY keyboard
- High Speed Packet Access Plus (HSPA+) delivering data speeds faster than the current 3G network technology.
- Android 2.3, Gingerbread Platform
- Compatible with Adobe® Flash® technology
- Wi-Fi ® Capability
- USB Tethering-capable
- Bluetooth enabled
- Full Integration of Google Mobile™ Services (Gmail, YouTube, Google Maps, Google Voice Search)
- Multiple Messaging Options: Text/Picture/Video Messaging, and Instant Messaging with Windows Live Messenger, Google Talk™ and Yahoo! Messenger
- Corporate and Personal Email

- Media streaming integration via Netflix®
- 8 Megapixel Camera and Camcorder with autofocus, multi-shot and digital zoom
- 2 Megapixel Front Facing camera and preloaded Qik® application for Video Chat
- MP3 Player with multitasking features
- Over 250,000 Apps available to download from the Android Market™
- Pre-loaded e-reader applications such as: Blio®, Google Books™, and Zinio®
- Social Hub to integrate all of your favorite social networking sites.
- Polaris® Office for document viewing and editing
- Assisted GPS (TeleNav GPS Navigation and Google Navigation)
- Webkit-based browser
- 16GB built-in memory (on-board)
- Expandable memory slot - supports up to 32GB
- Mobile Hotspot Capability
- Lookout® Security (Security, Backup, Missing Device capabilities)
- T-Mobile® TV
- Slacker Radio®
- SWYPE™ text input technology
- Google Video Chat via Google Talk

### Connectivity

| Features | Bluetooth® |
|---|---|

The Samsung T-Mobile Galaxy S II includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung T-Mobile Galaxy S II.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the T-Mobile Galaxy S II, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Quick Search Box as a standard feature of the T-Mobile Galaxy S II, as shown by the specifications on Samsung's web site:

**T-Mobile Cell Phones: What Applications Are Pre-Loaded on My T-Mobile SGH-t989 Samsung GALAXY S™ II Mobile Device?**

**T-Mobile Galaxy S™ II**
**Preloaded Applications**

**SGH-t989**



| T-Mobile | Google | | Samsung | |
|---|---|---|---|---|
| 411 & More | Gmail | YouTube | AllShare | Social Hub |
| My Account | Gallery | Search | Media Hub | Email |
| T-Mobile TV | Latitude | Maps | Kies Air | Task Manager |
| T-Mobile Mall | Market | Navigation | Music | Photo Editor |
| Visual Voicemail | Places | Tags | Messaging | Voice Talk |
| T-Mobile Name ID | Talk | Voice Search | | |

| inputting an information identifier; | The Samsung T-Mobile Galaxy S II performs the step of inputting an information identifier.<br><br>The Samsung T-Mobile Galaxy S II has a 4.5" Super AMOLED screen. |
|---|---|

| Display | |
|---|---|
| **Main Display Resolution** | 480x800 pixels |
| **Main Display Size** | 4.52" |
| **Main Display Technology** | Super AMOLED™ Plus |
| **Touch Screen** | Yes |

The Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung T-Mobile Galaxy S II receives an inputted information identifier from a user.  In the screenshot below, the information identifier "app" has been input:

37



Portions of the computer instructions allowing the user to input an information identifier in the Samsung T-Mobile Galaxy S II may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing said information identifier to a plurality of heuristics | The T-Mobile Galaxy S II performs the step of providing said information identifier to a plurality of heuristics.<br><br>For example, the T-Mobile Galaxy S II's Quick Search Box provides a plurality of heuristics.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung T-Mobile Galaxy S II provides a plurality of pre-selected heuristics such as the Web and Contacts heuristics.  Users |

| | can select which heuristics to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected heuristics. |
|---|---|
| |  |
| to locate information in a plurality of locations | The T-Mobile Galaxy S II's performs the step of locating information from a plurality of locations in a computer system. |



The Quick Search Box provides said information identifier to a plurality of heuristics, for example, to the Web and Contacts, to locate information in the plurality of locations.  An information identifier provided to Web, indicated by the red rectangle, locates information from Google Search suggestions on the Internet and from bookmarks and web history. An information identifier provided to Contacts, indicated by the blue rectangle, locates information from contacts stored locally on the T-Mobile Galaxy S II.

| which include the Internet and local storage media; | The locations searched by the T-Mobile Galaxy S II include the internet and local storage media.<br><br>The figure below shows an example of a plurality of modules.  One module is the Web module that |
|---|---|

40

| | |
|---|---|
| | performs a search of Google Search suggestions on the Internet and of bookmarks and web history, stored locally on the T-Mobile Galaxy S II's local storage media.  Another module is the Contacts module that performs a search of the names of contacts stored locally on the T-Mobile Galaxy S II's local storage media.<br><br> |
| determining at least one candidate item of information based upon the plurality of heuristics; | The Samsung T-Mobile Galaxy S II performs the step of determining at least one candidate item based on the plurality of heuristics.<br><br>For example, in the image below, the T-Mobile Galaxy S II is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions |

located by the heuristics as a result of a search for the information identifier "app":



| and displaying a representation of said candidate item of information. | The T-Mobile Galaxy S II performs the step of displaying a representation of said candidate item of information.<br><br>For example, in the screen capture below, the T-Mobile Galaxy S II is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Web module's search of bookmarks and web history by the green rectangle, and the results from the Contacts module by the blue rectangle.  The representations appear as icons and/or explanatory text. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the T-Mobile Galaxy S II to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the T-Mobile Galaxy S II displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 20 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The method of claim 19, wherein the information identifier is applied separately to each heuristic. | The Samsung T-Mobile Galaxy S II performs the method of Claim 19 wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 22 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The method of claim 19 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung T-Mobile Galaxy S II performs the method of Claim19 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, Web maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider.java to initialize the database. Web and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 23 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The method of claim 22 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung T-Mobile Galaxy S II performs the method of Claim 9 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the T-Mobile Galaxy S II's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| A computer readable medium[6] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung T-Mobile Galaxy S II includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  The Samsung T-Mobile Galaxy S II contains 16GB of internal computer memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>The Samsung T-Mobile Galaxy S II, and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps.  For example, the Samsung T-Mobile Galaxy S II includes version 2.3 of the Android software platform, which includes such instructions, as set forth below. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung T-Mobile Galaxy S II comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>The T-Mobile Galaxy S II includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."  The Quick Search Box is an application comprising program instructions.<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung T-Mobile Galaxy S II. |

[6] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the T-Mobile Galaxy S II, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



| | |
|---|---|
| receive an information identifier; | The Samsung T-Mobile Galaxy S II comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Samsung T-Mobile Galaxy S II has a 4.5" Super AMOLED screen. |

| Display | |
|---|---|
| **Main Display Resolution** | 480x800 pixels |
| **Main Display Size** | 4.52" |
| **Main Display Technology** | Super AMOLED™ Plus |
| **Touch Screen** | Yes |

The Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung T-Mobile Galaxy S II receives an inputted information identifier.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:



Portions of the computer instructions allowing the Quick Search Box to receive an information identifier in the Samsung T-Mobile Galaxy S II may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| provide said information identifier to a plurality of heuristics | The Samsung T-Mobile Galaxy S II comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.<br><br>For example, the T-Mobile Galaxy S II's Quick Search Box provides a plurality of heuristics.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung T-Mobile Galaxy |
|---|---|

<table>
<tr><td></td><td>S II provides a plurality of heuristics to which an information identifier can be provided by the T-Mobile Galaxy S II.  The T-Mobile Galaxy S II provides the information descriptor to the heuristic modules and permits the user to modify the default list of selected heuristics.<br><br><br><br>As shown in the example above, the T-Mobile Galaxy S II provides at least the Web and Contacts heuristics that are preselected by the T-Mobile Galaxy S II.</td></tr>
<tr><td>to locate information in the plurality of locations</td><td>The Samsung T-Mobile Galaxy S II comprises a computer readable medium including instructions to locate information in the plurality of locations.</td></tr>
</table>



For example, the Quick Search Box provides said information identifier to a plurality of heuristics such as to the Web and Contacts, to locate information in the plurality of locations.  An information identifier provided to Web, indicated by the red rectangle, locates information from Google Search suggestions on the Internet and also locates information from bookmarks and web history. An information identifier provided to Contacts, indicated by the blue rectangle, locates information from contacts stored locally on the T-Mobile Galaxy S II.

| which include the Internet and local storage media; | The locations searched by the T-Mobile Galaxy S II include the internet and local storage media. |
| | The figure below shows an example of a plurality of modules.  One module is the Web module that |

performs a search of Google Search suggestions on the Internet and of bookmarks and web history, stored locally on the T-Mobile Galaxy S II's local storage media.  Another module is the Contacts module that performs a search of the names of contacts stored locally on the T-Mobile Galaxy S II's local storage media.



| determine at least one candidate item of information based upon the plurality of heuristics; | The Samsung T-Mobile Galaxy S II comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics.<br><br>For example, in the image below, the T-Mobile Galaxy S II is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions |

| | located by the heuristics as a result of a search for the information identifier "app": |
|---|---|
| |  |
| and display a representation of said candidate item of information. | The T-Mobile Galaxy S II comprises a computer-readable medium that contains instructions to display a representation of said candidate item of information.<br><br>For example, in the screen capture below, the T-Mobile Galaxy S II is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Web module's search of bookmarks and web history by the green rectangle, and the results from the Contacts module by the blue rectangle.  The representations appear as icons and/or explanatory text. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the T-Mobile Galaxy S II to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the T-Mobile Galaxy S II displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapter.java.

58

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung T-Mobile Galaxy S II comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung T-Mobile Galaxy S II comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, Web maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider.java to initialize the database. Web and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 28 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The computer readable medium of claim 24 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung T-Mobile Galaxy S II comprises computer readable media of Claim 24 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the T-Mobile Galaxy S II's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 29 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| An apparatus that locates information from a plurality of locations within a computer system, comprising[7]: | To the extent the preamble of Claim 29 may be construed to be limiting, the Samsung T-Mobile Galaxy S II is an apparatus that locates information from a plurality of locations within a computer network.<br><br>For instance, the Samsung T-Mobile Galaxy S II includes a 1.5 GHz dual-core processor CPU, 16 GB of on-board memory, a 4.5" Super AMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 2.3 of the Android operating system, along with various pre-installed applications and therefore is an apparatus that locates information from a plurality of locations within a computer network.<br><br>**CPU / Processor**<br><br>| Processor Speed, Type | 1.5 GHz, Dual Core (Qualcomm Snapdragon S3) |<br><br>**Memory**<br><br>| Internal Memory | 16GB |<br>| External Memory/microSD™ Capacity | MicroSD™ Card |<br><br>**Display**<br><br>| Main Display Resolution | 480x800 pixels |<br>| Main Display Size | 4.52" |<br>| Main Display Technology | Super AMOLED™ Plus |<br>| Touch Screen | Yes | |

---

[7] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

## Section 2: Understanding Your Device

This section outlines key features of your phone. It also describes the phone's keys, screen and the icons that display when the phone is in use.

### Features of Your Phone

Your phone is lightweight, easy-to-use and offers many significant features. The following list outlines a few of the features included in your phone.

- Touch screen with virtual (on-screen) QWERTY keyboard
- High Speed Packet Access Plus (HSPA+) delivering data speeds faster than the current 3G network technology.
- Android 2.3, Gingerbread Platform
- Compatible with Adobe® Flash® technology
- Wi-Fi® Capability
- USB Tethering-capable
- Bluetooth enabled
- Full Integration of Google Mobile™ Services (Gmail, YouTube, Google Maps, Google Voice Search)
- Multiple Messaging Options: Text/Picture/Video Messaging, and Instant Messaging with Windows Live Messenger, Google Talk™ and Yahoo! Messenger
- Corporate and Personal Email

- Media streaming integration via Netflix®
- 8 Megapixel Camera and Camcorder with autofocus, multi-shot and digital zoom
- 2 Megapixel Front Facing camera and preloaded Qik® application for Video Chat
- MP3 Player with multitasking features
- Over 250,000 Apps available to download from the Android Market™
- Pre-loaded e-reader applications such as: Blio®, Google Books™, and Zinio®
- Social Hub to integrate all of your favorite social networking sites.
- Polaris® Office for document viewing and editing
- Assisted GPS (TeleNav GPS Navigation and Google Navigation)
- Webkit-based browser
- 16GB built-in memory (on-board)
- Expandable memory slot - supports up to 32GB
- Mobile Hotspot Capability
- Lookout® Security (Security, Backup, Missing Device capabilities)
- T-Mobile® TV
- Slacker Radio®
- SWYPE™ text input technology
- Google Video Chat via Google Talk

### Connectivity

| Features | Bluetooth® |
|---|---|

The Samsung T-Mobile Galaxy S II includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung T-Mobile Galaxy S II.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the T-Mobile Galaxy S II, and the Quick Search Box has located Google search suggestions correlating to the information identifier "app" from the internet, a computer network. The Google Search suggestions are identified by a red rectangle below:



| | |
|---|---|
| means for inputting an information identifier; | The Samsung T-Mobile Galaxy S II comprises means for inputting an information identifier.<br><br>The Samsung T-Mobile Galaxy S II has a 4.5" Super AMOLED screen. |

| Display | |
|---|---|
| **Main Display Resolution** | 480x800 pixels |
| **Main Display Size** | 4.52" |
| **Main Display Technology** | Super AMOLED™ Plus |
| **Touch Screen** | Yes |

The Super AMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung T-Mobile Galaxy S II receives an inputted information  identifier from a user.  In the screenshot below, the user has inputted the information identifier "app" into the Quick Search Box:

68



Portions of the computer instructions allowing the user to input an information identifier in the Samsung T-Mobile Galaxy S II may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| means for providing said information identifier to a plurality of heuristics | The T-Mobile Galaxy S II comprises means for providing said information identifier to a plurality of heuristics.

For example, the T-Mobile Galaxy S II's Quick Search Box provides a plurality of heuristics.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung T-Mobile Galaxy S II provides a plurality of pre-selected heuristics such as the Web and Contacts heuristics.  Users |

<table>
<tr>
<td></td>
<td>can select which heuristics to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected heuristics.

</td>
</tr>
<tr>
<td>to locate information in the plurality of locations</td>
<td>The T-Mobile Galaxy S II locates information from a plurality of locations.</td>
</tr>
</table>



For example, the Quick Search Box provides said information identifier to a plurality of heuristics such as to the Web and Contacts, to locate information in the plurality of locations.  An information identifier provided to Web, as indicated by the red rectangle, locates information from Google Search suggestions on the Internet, and also locates information from bookmarks and web history.  An information identifier provided to Contacts, indicated by the blue rectangle, locates information from contacts stored locally on the T-Mobile Galaxy S II.

| which comprise the Internet and local storage media; | The locations searched by the T-Mobile Galaxy S II include the internet and local storage media.<br><br>The figure below shows an example of a plurality of modules.  One module is the Web module that |

performs a search of Google Search suggestions on the Internet and a search of bookmarks and web history, stored locally on the T-Mobile Galaxy S II's local storage media.  Another module is the Contacts module that performs a search of the names of contacts stored locally on the T-Mobile Galaxy S II's local storage media.



| means for determining at least one candidate item of information based upon the plurality of heuristics; | The Samsung T-Mobile Galaxy S II comprises means for determining at least one candidate item based on the plurality of heuristics.<br><br>For example, in the image below, the T-Mobile Galaxy S II is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions |

located by the heuristics as a result of a search for the information identifier "app":



| and means for displaying a representation of said candidate item of information. | The T-Mobile Galaxy S II comprises means for displaying a representation of said candidate item of information.<br><br>For example, in the screen capture below, the T-Mobile Galaxy S II is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Web module's search of bookmarks and web history by the green rectangle, and the results from the Contacts module by the blue rectangle.  The representations appear as icons and/or explanatory text. |
|---|---|

73



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the T-Mobile Galaxy S II to show the results on the Super AMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the T-Mobile Galaxy S II displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapter.java.

| Claim 30 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The apparatus of claim 29, wherein the information identifier is applied separately to each heuristic. | The Samsung T-Mobile Galaxy S II is an apparatus of Claim 29 wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 32 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The apparatus of claim 29 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung T-Mobile Galaxy S II is an apparatus of Claim 29 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, the Web module maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider.java to initialize the database. Web and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 33 of U.S. Patent No. 6,847,959 | Infringement by Samsung T-Mobile Galaxy S II |
|---|---|
| The apparatus of claim 29 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung T-Mobile Galaxy S II is an apparatus of Claim 29 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the T-Mobile Galaxy S II's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

# EXHIBIT 149

**Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| A method for locating information in a computer system, comprising the steps of[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy S III running Android Jelly Bean performs a method for locating information in a computer system.<br><br>For instance, the Samsung Galaxy S III[2] includes a 1.5 GHz processor CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising the Jelly Bean Version of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a computer system. |

---

[1]Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.
[2] Citations to specifications in these claim charts are generally to the T-Mobile Galaxy SIII specifications on Samsung's website.  However, upon information and belief, the functionality accused in these charts does not vary across carriers.

**Dimension**

· 136.6 x 70.6 x 8.6 mm
· 133g

**Display**

· 4.8 inch HD Super AMOLED
  (1280x720) display

**Network/Bearer and Wireless Connectivity**

· 2.5G (GSM/ GPRS/ EDGE): 850 / 900 /
  1800 / 1900 MHz
· 3G (HSPA+ 21Mbps): 850 / 900 /
  1900 / 2100 MHz
· 4G (Dependent on market)

**Memory**

· 16/ 32GB User memory (64GB available
  soon) + microSD slot (up to 64GB)

**Colour**

· Pebble Blue and Marble White

**Services and Applications**

· S Beam, Buddy photo share, Share shot
· AllShare Play, AllShare Cast (available soon)
· Smart stay, Social tag, Group tag, Face zoom,
  Face slide show
· Direct call, Smart alert, Tap to top,
  Camera quick access
· Pop up play
· S Voice
· Burst shot & Best photo, Recording snapshot,
  HDR

**OS**

· Android 4.0 (Ice Cream Sandwich)

**Battery**

· 2,100 mAh

**Connectivity**

· WiFi a/b/g/n, WiFi HT40
· GPS/GLONASS
· NFC
· Bluetooth® 4.0(LE)

**Audio and Video**

· Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC
  +, WMA, OGG, FLAC, AC-3, apt-X
· Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11,
  VC-1, VP8, WMV7/8, Sorenson Spark Recording &
  Playback: Full HD (1080p)

**Camera**

· Main(Rear): 8 Mega pixel Auto Focus camera with
  Flash & Zero Shutter Lag, BSI
· Sub (Front): 1.9 Mega pixel camera, HD recording
  @30fps with Zero Shutter Lag, BSI

**Sensors**

· Accelerometer, RGB light, Digital compass,
  Proximity, Gyro, Barometer

**Google™ Mobile Services**

· Google Search, Google Maps, Gmail, Google
  Latitude
· Google Play Store, Google Play Books, Google Play
  Movies
· Google Plus, YouTube, Google Talk, Google Places,
  Google Navigation, Google Downloads

(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)

The Samsung Galaxy S III includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.

2



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Search feature as a standard feature of the Galaxy S III, as shown on its website below:



(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)

Samsung also encourages the use of the feature through the inclusion of the feature in the Galaxy S III user's manual:

## Home Screen

The Home screen is the starting point for using the applications on your phone. There are initially seven available panels, each populated with default shortcuts or applications. You can customize each of these panels.



- **Google search** is an on-screen Internet search engine powered by Google™. Tap to access the Voice Actions feature where you can verbally enter a search term and initiate an online search.

  – Tap 🎤 (**Voice Actions**) to launch the function from within this Google widget.

(Samsung Galaxy SIII User Manual, available at http://downloadcenter.samsung.com/content/UM/201211/20121116063950185/T-Mobile_T999_Galaxy_S_III_English_User_Manual_Jelly_Bean_UVLJA_F6.pdf)

| inputting an information identifier; | The Samsung Galaxy S III running Android Jelly Bean performs the step of inputting an information identifier.<br><br>The Samsung Galaxy S III has a 4.8" sAMOLED screen.<br><br><br><br>The sAMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.<br><br>The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box: |
|---|---|



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing said information identifier to a plurality of plug-in modules | The Samsung Galaxy S III running Android Jelly Bean performs the step of providing said information identifier to a plurality of plug-in modules.<br><br>For example, the Galaxy S III's Quick Search Box provides a plurality of plug-in modules.  As shown below, the |
|---|---|

| | Search Settings panel for the Quick Search Box on the Samsung Galaxy S III provides a plurality of plug-in modules that include the Google[3], Browser, and Contacts plug-in modules. Users can select which modules to enable or disable (or plug-in or plug-out). The Quick Search Box provides the inputted information identifier to plug-in modules.<br><br> |
|---|---|
| each using a different heuristic to locate information which matches said identifier; | The Samsung Galaxy S III running Android Jelly Bean performs the step of each using a different heuristic to locate information which matches said identifier. |

[3] In the alternative, the Google module combined with the Google search suggestions server with which it communicates is equivalent to a plug-in module in that it matches the function, way, and result of the plug-in module, and is not substantially different from a plug-in module.



For example, as shown above, the Quick Search Box provides the Google, Browser, and Contacts plug-in modules. These plug-in modules each use a different heuristic to locate information which matches the inputted identifier. According to the '604 patent specification:

> "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)

> "[T]he selected plug-in modules 221 . . . 22N receive the information identifier and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . .

| | |
|---|---|
| | 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14) |
| providing at least one candidate item of information from said modules; | The Galaxy S III running Android Jelly Bean performs the step of providing at least one candidate item of information from said modules.<br><br>For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":<br><br> |
| and displaying a | The Samsung Galaxy S III running Android Jelly Bean performs the step of displaying a representation of said |

| representation of said candidate item of information. | candidate item of information.

For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items to the screen.



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java.  Further |

| | computer instructions indicating how the Galaxy S III displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java. |
|---|---|

| Claim 2 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 1 wherein said information identifier is input via an application program having a text input window. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 1 wherein said information identifier is input via an application program having a text input window.<br><br>The Quick Search Box application includes a text input window by means of which a user can input an information identifier.  In the image below, the user has input the information identifier "app" into the text input window at the top of the screen: |

| Claim 3 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 1 wherein said information identifier is input in by means of a dialog box displayed on a user interface. | The Samsung Galaxy S III performs the method of Claim 1 wherein said information identifier is input by means of a dialog box displayed on a user interface.<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.<br><br><br><br>Google's developer blog also describes the Quick Search Box as "available right from your phone's home screen."[4] |

---

[4] "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.

| Claim 4 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 1 wherein said information identifier is vocally entered by a user. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 1 wherein said information identifiers are vocally entered by a user.<br><br>The image below shows the result of initiating a voice search using the Quick Search Box on the home screen of the Galaxy S III by tapping the microphone icon on the Quick Search Box.  The resulting screen prompts the user to "Speak Now."<br><br> |

| Claim 5 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 1 wherein said information identifier is one of a letter, a word, or a phrase. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 1 wherein said information identifier is one of a letter, a word, or a phrase.<br><br>In the image below, the information identifier provided to the Quick Search Box is the letter "a":<br><br><br><br>In the image below, the information identifier provided to the Quick Search Box is the word "app": |



In the image below, the information identifier provided to the Quick Search Box is the phrase "apple support":



| Claim 9 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 1 wherein one of said heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim1 wherein one of said heuristics locates items of information on the basis of names of files.<br><br>For example, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locate items of information on the basis of names of files. |

| Claim 10 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 9 wherein another of said heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 9 wherein another of said heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy S III's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 12 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 1 wherein one of said heuristics locates items of information that are stored locally on the computer system. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 1 wherein one of said heuristics locates items of information stored locally on the computer system.<br><br>As described above, the plug-in modules locate information that is stored locally on the computer system.  For example, the Contacts module locates information about a user's contacts that are stored locally on the Samsung Galaxy S III.<br><br>In the image below, for example, the plug-in modules have located a locally stored bookmark, and a locally stored contact: |



| Claim 14 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 12 wherein another of said heuristics locates items of information that are stored on remote computer systems. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 12 wherein another of said heuristics locates items of information that are stored on remote computer systems.<br><br>For example, the Google plug-in module provides internet search suggestions from the search engine Google based on the user's inputted information identifier.<br><br>The Google plug-in module retrieves its suggestions from Google, a remote computer system.  The computer instructions found in the file GoogleSuggestClient.java call the |

mProvider.getsuggestions() method, which in turn calls the queryInternal() method, which uses the query() method to send an HTTP "get" request to a Google Suggests server and return the suggestion results to the quick search box.  (See source code at AbstractGoogleSource.java and GoogleSuggestClient.java.)

For example, in the image below, the Google Search suggestions, retrieved from the remote computer system.



| Claim 15 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 14 wherein said other heuristic locates Internet web pages. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 14 wherein said other heuristic locates internet web pages.<br><br>For example, the Google Search suggestions retrieved by the Google plug-in module correspond to internet searches from Google that correspond with the inputted information identifier.  When the user selects one of the searches, the user is taken to the corresponding search on the Google web site to view the results of the search.  Thus, the Google module locates internet web pages corresponding to the various suggested searches matching the inputted information identifier.<br><br>For instance, the image below shows a sample result of selecting the Google search suggestion "apple" corresponding to the inputted information identifier "app."<br><br> |

| Claim 16 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 14 wherein said other heuristic locates items of information that are stored on a wide-area network. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 14 wherein said other heuristic locates items of information that are stored on a wide-area network.<br><br>The Google Search suggestions retrieved by the Google plug-in module corresponds to information available on the internet, a wide-area network.  Specifically, the searches correspond to searches using Google that correspond with the inputted information identifier.  When the user selects one of the searches, the user is taken to the corresponding search on the Google web site to view the results of the search.  Thus, the Google module locates web pages, which are items of information stored on a wide-area network.<br><br>For instance, the image below shows a sample result of selecting the Google search suggestion "apple" corresponding to the inputted information identifier "app."<br><br> |

| Claim 17 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 1 wherein said information identifier is provided in parallel to said modules, and | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 1 wherein said information identifier is provided in parallel to said modules.<br><br>The Quick Search Box provides the inputted information identifier to the plug-in modules in parallel.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the plug-in modules in parallel. |
| further including the step of selecting candidate items of information provided by said modules for display in accordance with a global heuristic. | The Samsung Galaxy S III running Android Jelly Bean performs the step of selecting candidate items of information provided by said modules for display in accordance with a global heuristic.<br><br>As described in the official description of the Google Search application, "Google Search will learn which items you click on most to make it even easier to get what you want quickly."[5]<br><br>The Galaxy S III displays a representation of the candidate item of information.  In the screen capture below, the Galaxy S III is outputting representations of the candidate items to the screen including representations of the Google Search results, the results from the Browser module, and the results from the Contacts module. |

---

[5]   "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox.



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy S III displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 19 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| A method for locating information from a plurality of locations in a computer system, comprising the steps of[6]: | To the extent the preamble of Claim 19 may be construed to be limiting, the Samsung Galaxy S III performs a method for locating information from a plurality of locations in a computer system.<br><br>For instance, the Samsung Galaxy S III includes a 1.5 GHz processor CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising  the Jelly Bean version of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information from a plurality of locations in a computer system.<br><br><br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)<br><br>The Samsung Galaxy S III includes the Android Quick Search Box, which is a "powerful, system- |

---

[6]   Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Search feature as a standard feature of the Galaxy S III, as shown on its website below:



(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)Samsung also encourages the use of the feature through the inclusion of the feature in the Galaxy S III user's manual:



## Home Screen

The Home screen is the starting point for using the applications on your phone. There are initially seven available panels, each populated with default shortcuts or applications. You can customize each of these panels.

- **Google search** is an on-screen Internet search engine powered by Google™. Tap to access the Voice Actions feature where you can verbally enter a search term and initiate an online search.

  – Tap (**Voice Actions**) to launch the function from within this Google widget.

(Samsung Galaxy SIII User Manual, available at http://downloadcenter.samsung.com/content/UM/201211/20121116063950185/T-Mobile_T999_Galaxy_S_III_English_User_Manual_Jelly_Bean_UVLJA_F6.pdf)

| inputting an information identifier; | The Samsung Galaxy S III running Android Jelly Bean performs the step of inputting an |
| --- | --- |

information identifier.

The Samsung Galaxy S III has a 4.8" sAMOLED screen.



**Dimension**

- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**

- 4.8 inch HD Super AMOLED
  (1280x720) display

**Network/Bearer and Wireless Connectivity**

- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 /
  1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 /
  1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**

- 16/ 32GB User memory (64GB available
  soon) + microSD slot (up to 64GB)

**Colour**

- Pebble Blue and Marble White

**Services and Applications**

- S Beam, Buddy photo share, Share shot
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom,
  Face slide show
- Direct call, Smart alert, Tap to top,
  Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot,
  HDR

**OS**

- Android 4.0 (Ice Cream Sandwich)

**Battery**

- 2,100 mAh

**Connectivity**

- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**

- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC
  +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11,
  VC-1, VP8, WMV7/8, Sorenson Spark Recording &
  Playback: Full HD (1080p)

**Camera**

- Main(Rear): 8 Mega pixel Auto Focus camera with
  Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording
  @30fps with Zero Shutter Lag, BSI

**Sensors**

- Accelerometer, RGB light, Digital compass,
  Proximity, Gyro, Barometer

**Google™ Mobile Services**

- Google Search, Google Maps, Gmail, Google
  Latitude
- Google Play Store, Google Play Books, Google Play
  Movies
- Google Plus, YouTube, Google Talk, Google Places,
  Google Navigation, Google Downloads

(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.) The sAMOLED screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information identifier from a user.  In the screenshot below, the information identifier "app" has been input:



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing said information identifier to a plurality of heuristics | The Galaxy S III running Android Jelly Bean performs the step of providing said information identifier to a plurality of heuristics. |
| --- | --- |
| | For example, the Galaxy S III's Quick Search Box provides a plurality of heuristics.  As shown |

| | below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy S III provides a plurality of pre-selected heuristics such as the Google[7], Browser, and Contacts heuristics.  Users can select which heuristics to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected heuristics.  |
|---|---|
| to locate information in a plurality of locations | The Galaxy S III's performs the step of locating information from a plurality of locations in a computer system. |

---

[7] In the alternative, the Google heuristic combined with the Google search suggestions server with which it communicates is equivalent to a heuristic in that it matches the function, way, and result of the heuristic, and is not substantially different from a heuristic.



For example, the Quick Search Box provides said information identifier to a plurality of heuristics such as to the Google, Browser, and Contacts, to locate information in the plurality of locations.  An information identifier provided to Google, indicated by the red rectangle, locates information from Google Search suggestions on the Internet. An information identifier provided to Browser locates information from bookmarks and web history. An information identifier provided to Contacts locates information from contacts stored locally on the Galaxy S III.

| which include the Internet and local storage media; | The locations searched by the Galaxy S III running Android Jelly Bean include the internet and local storage media.<br><br>The figure below shows an example of a plurality of heuristics.  One heuristic is Google that performs a search of Google Search suggestions on the Internet.  Another heuristic is Browser that performs a search of bookmarks and web history, stored locally on the Galaxy S III's local storage media.  Another is Contacts that performs a search of the names of contacts stored locally on the |

| | |
|---|---|
| | Galaxy S III's local storage media.<br><br> |
| determining at least one candidate item of information based upon the plurality of heuristics; | The Samsung Galaxy S III running Android Jelly Bean performs the step of determining at least one candidate item based on the plurality of heuristics.<br><br>For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app": |



| and displaying a representation of said candidate item of information. | The Galaxy S III running Android Jelly Bean performs the step of displaying a representation of said candidate item of information.

For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items to the screen. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy S III displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 20 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 19, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S III performs the method of Claim 19 wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 22 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 19 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim19 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 23 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The method of claim 22 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy S III running Android Jelly Bean performs the method of Claim 22 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy S III's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| A computer readable medium[8] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy S III includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  The Samsung Galaxy S III contains 16GB of internal computer memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.) The Samsung Galaxy S III, and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps.  For example, the Samsung Galaxy S III includes version 4.0 of the Android software platform, which includes such instructions, as set forth below. |
| for locating information from a plurality of | The Samsung Galaxy S III running Android Jelly Bean comprises a computer readable medium for |

---

[8]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| locations containing program instructions to: | locating information from a plurality of locations containing program instructions.

The Galaxy S III includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web." The Quick Search Box is an application comprising program instructions.

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.



The figure below shows the screen when the user taps the Quick Search Box on the home screen. |

46



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



| | |
|---|---|
| receive an information identifier; | The Samsung Galaxy S III running Android Jelly Bean comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Samsung Galaxy S III has a 4.8" sAMOLED screen. |

**Dimension**

- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**

- 4.8 inch HD Super AMOLED (1280x720) display

**Network/Bearer and Wireless Connectivity**

- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**

- 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)

**Colour**

- Pebble Blue and Marble White

**Services and Applications**

- S Beam, Buddy photo share, Share shot
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom, Face slide show
- Direct call, Smart alert, Tap to top, Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot, HDR

**OS**

- Android 4.0 (Ice Cream Sandwich)

**Battery**

- 2,100 mAh

**Connectivity**

- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**

- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)

**Camera**

- Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI

**Sensors**

- Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer

**Google™ Mobile Services**

- Google Search, Google Maps, Gmail, Google Latitude
- Google Play Store, Google Play Books, Google Play Movies
- Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads

(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.) The sAMOLED screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information identifier.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:

49



Portions of the computer instructions allowing the Quick Search Box to receive an information identifier in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| provide said information identifier to a plurality of heuristics | The Samsung Galaxy S III running Android Jelly Bean comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.<br><br>For example, the Galaxy S III's Quick Search Box provides a plurality of heuristics.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy S III provides a |
|---|---|

plurality of heuristics to which an information identifier is provided by the Galaxy S III. The Galaxy S III provides the information descriptor to the heuristics and permits the user to modify the default list of selected heuristics.



As shown in the example above, the Galaxy S III provides at least the Google[9], Browser, and Contacts heuristics that are preselected by the Galaxy S III.

| | |
|---|---|
| to locate information in the plurality of locations | The Samsung Galaxy S III running Android Jelly Bean comprises a computer readable medium including instructions to locate information in the plurality of locations. |

[9] In the alternative, the Google heuristic combined with the Google search suggestions server with which it communicates is equivalent to a heuristic in that it matches the function, way, and result of the heuristic, and is not substantially different from a heuristic



For example, the Quick Search Box provides said information identifier to a plurality of heuristics such as to the Google, Browser, and Contacts, to locate information in the plurality of locations. An information identifier provided to Google, locates information from Google Search suggestions on the Internet. An information identifier provided to Browser locates information from bookmarks and web history. An information identifier provided to Contacts locates information from contacts stored locally on the Galaxy S III.

| which include the Internet and local storage media; | The locations searched by the Galaxy S III running Android Jelly Bean include the internet and local storage media.<br><br>The figure below shows an example of a plurality of heuristics. One is Google that performs a search of Google Search suggestions on the Internet. Another is Browser that performs a search of bookmarks and web history, stored locally on the Galaxy S III's local storage media. Another is People that performs a search of the names of contacts stored locally on the Galaxy S III's local |
|---|---|

52

| | storage media. |
|---|---|
| |  |
| determine at least one candidate item of information based upon the plurality of heuristics; | The Samsung Galaxy S III running Android Jelly Bean comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics. |
| | For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app": |



| | |
|---|---|
| and display a representation of said candidate item of information. | The Galaxy S III running Android Jelly Bean comprises a computer-readable medium that contains instructions to display a representation of said candidate item of information.<br><br>For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items to the screen. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy S III displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S III running Android Jelly Bean comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S III running Android Jelly Bean comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 28 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The computer readable medium of claim 24 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy S III running Android Jelly Bean comprises computer readable media of Claim 24 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy S III's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 29 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| An apparatus that locates information from a plurality of locations within a computer system, comprising[10]: | To the extent the preamble of Claim 29 may be construed to be limiting, the Samsung Galaxy S III running Android Jelly Bean is an apparatus that locates information from a plurality of locations within a computer network.<br><br>For instance, the Samsung Galaxy S III includes a 1.5 GHz processor CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 4.0 of the Android operating system, along with various pre-installed applications and therefore is an apparatus that locates information from a plurality of locations within a computer network.<br><br><br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)The Samsung Galaxy S III includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows |

---

[10]   Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located Google search suggestions correlating to the information identifier "app" from the internet, a computer network:



| | |
|---|---|
| means for inputting an information identifier; | The Samsung Galaxy S III running Android Jelly Bean comprises means for inputting an information identifier.<br><br>The Samsung Galaxy S III has a 4.8" sAMOLED screen. |

**Dimension**

· 136.6 x 70.6 x 8.6 mm
· 133g

**Display**

· 4.8 inch HD Super AMOLED
  (1280x720) display

**Network/Bearer and Wireless Connectivity**

· 2.5G (GSM/ GPRS/ EDGE): 850 / 900 /
  1800 / 1900 MHz
· 3G (HSPA+ 21Mbps): 850 / 900 /
  1900 / 2100 MHz
· 4G (Dependent on market)

**Memory**

· 16/ 32GB User memory (64GB available
  soon) + microSD slot (up to 64GB)

**Colour**

· Pebble Blue and Marble White

**Services and Applications**

· S Beam, Buddy photo share, Share shot
· AllShare Play, AllShare Cast (available soon)
· Smart stay, Social tag, Group tag, Face zoom,
  Face slide show
· Direct call, Smart alert, Tap to top,
  Camera quick access
· Pop up play
· S Voice
· Burst shot & Best photo, Recording snapshot,
  HDR

**OS**

· Android 4.0 (Ice Cream Sandwich)

**Battery**

· 2,100 mAh

**Connectivity**

· WiFi a/b/g/n, WiFi HT40
· GPS/GLONASS
· NFC
· Bluetooth® 4.0(LE)

**Audio and Video**

· Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC
  +, WMA, OGG, FLAC, AC-3, apt-X
· Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11,
  VC-1, VP8, WMV7/8, Sorenson Spark Recording &
  Playback: Full HD (1080p)

**Camera**

· Main(Rear): 8 Mega pixel Auto Focus camera with
  Flash & Zero Shutter Lag, BSI
· Sub (Front): 1.9 Mega pixel camera, HD recording
  @30fps with Zero Shutter Lag, BSI

**Sensors**

· Accelerometer, RGB light, Digital compass,
  Proximity, Gyro, Barometer

**Google™ Mobile Services**

· Google Search, Google Maps, Gmail, Google
  Latitude
· Google Play Store, Google Play Books, Google Play
  Movies
· Google Plus, YouTube, Google Talk, Google Places,
  Google Navigation, Google Downloads

The sAMOLED screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information identifier from a user.  In the screenshot below, the user has inputted the information identifier "app" into the Quick Search Box:



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| means for providing said information identifier to a plurality of heuristics | The Galaxy S III running Android Jelly Bean comprises means for providing said information identifier to a plurality of heuristics.<br><br>For example, the Galaxy S III's Quick Search Box provides a plurality of heuristics.  As shown |
|---|---|

<table>
<tr>
<td></td>
<td>below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy S III provides a plurality of pre-selected heuristics that include the Google[11], Browser, and Contacts heuristics. Users can select which heuristics to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected heuristics.

</td>
</tr>
<tr>
<td>to locate information in the plurality of locations</td>
<td>The Galaxy S III running Android Jelly Bean locates information from a plurality of locations.</td>
</tr>
</table>

---

[11] In the alternative, the Google heuristic combined with the Google search suggestions server with which it communicates is equivalent to a heuristic in that it matches the function, way, and result of the heuristic, and is not substantially different from a heuristic



For example, the Quick Search Box provides said information identifier to a plurality of heuristic such as to the Google, Browser, and Contacts, to locate information in the plurality of locations. An information identifier provided to Google Search locates suggestions information from Google Search suggestions on the Internet. An information identifier provided to Browser locates information from bookmarks and web history. An information identifier provided to Contacts locates information from contacts stored locally on the Galaxy S III.

| which comprise the Internet and local storage media; | The locations searched by the Galaxy S III running Android Jelly Bean include the internet and local storage media. |
| | The figure below shows an example of a plurality of heuristics.  One is Google that performs a search of Google Search suggestions on the Internet.  Another is Browser that performs a search of bookmarks and web history, stored locally on the Galaxy S III's local storage media.  Another is People that performs a search of the names of contacts stored locally on the Galaxy S III's local |

| | storage media.<br><br> |
|---|---|
| means for determining at least one candidate item of information based upon the plurality of heuristics; | The Samsung Galaxy S III running Android Jelly Bean comprises means for determining at least one candidate item based on the plurality of heuristics.<br><br>For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app": |



| and means for displaying a representation of said candidate item of information. | The Galaxy S III running Android Jelly Bean comprises means for displaying a representation of said candidate item of information.<br><br>For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items to the screen. |
| --- | --- |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy S III displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 30 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The apparatus of claim 29, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S III running Android Jelly Bean is an apparatus of Claim 29 wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 32 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean |
|---|---|
| The apparatus of claim 29 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S III running Android Jelly Bean is an apparatus of Claim 29 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 33 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III running Android Jelly Bean running Android Jelly Bean |
|---|---|
| The apparatus of claim 29 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy S III running Android Jelly Bean is an apparatus of Claim 29 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy S III's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

# EXHIBIT 150

EXHIBIT C-5

**Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy S III |
|---|---|
| A method for locating information in a computer system, comprising the steps of[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy S III performs a method for locating information in a computer system.<br><br>For instance, the Samsung Galaxy S III[2] includes a 1.5 GHz processor CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 4.0 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a computer system. |

---

[1]   Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[2]   Citations to specifications in these claim charts are generally to the T-Mobile Galaxy S III specifications on Samsung's website.  However, upon information and belief, the functionality accused in these charts does not vary across carriers.

**Dimension**

- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**

- 4.8 inch HD Super AMOLED
  (1280x720) display

**Network/Bearer and
Wireless Connectivity**

- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 /
  1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 /
  1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**

- 16/ 32GB User memory (64GB available
  soon) + microSD slot (up to 64GB)

**Colour**

- Pebble Blue and Marble White

**Services and Applications**

- S Beam, Buddy photo share, Share shot
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom,
  Face slide show
- Direct call, Smart alert, Tap to top,
  Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot,
  HDR

**OS**

- Android 4.0 (Ice Cream Sandwich)

**Battery**

- 2,100 mAh

**Connectivity**

- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**

- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC
  +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec MPEG4, H.264, H.263, DivX, DivX3.11,
  VC-1, VP8, WMV7/8, Sorenson Spark Recording &
  Playback: Full HD (1080p)

**Camera**

- Main(Rear): 8 Mega pixel Auto Focus camera with
  Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording
  @30fps with Zero Shutter Lag, BSI

**Sensors**

- Accelerometer, RGB light, Digital compass,
  Proximity, Gyro, Barometer

**Google™ Mobile Services**

- Google Search, Google Maps, Gmail, Google
  Latitude
- Google Play Store, Google Play Books, Google Play
  Movies
- Google Plus, YouTube, Google Talk, Google Places,
  Google Navigation, Google Downloads

(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)

The Samsung Galaxy S III includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Search feature as a standard feature of the Galaxy S III, as shown on its website below:



(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)

Samsung also encourages the use of the feature through the inclusion of the feature in the Galaxy S III user's manual:

## Home Screen

The Home screen is the starting point for using the applications on your phone. There are initially seven available panels, each populated with default shortcuts or applications. You can customize each of these panels.



• **Google search** is an on-screen Internet search engine powered by Google™. Tap to access the Voice Actions feature where you can verbally enter a search term and initiate an online search.

– Tap (**Voice Actions**) to launch the function from within this Google widget.

(Samsung Galaxy SIII User Manual, available at http://downloadcenter.samsung.com/content/UM/201211/20121108061646423/T-Mobile_T999_Galaxy_S_III_English_User_Manual_UVLH2_F7.pdf)

7

| inputting an information identifier; | The Samsung Galaxy S III performs the step of inputting an information identifier. |

The Samsung Galaxy S III has a 4.8" sAMOLED screen.



**Dimension**
- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**
- 4.8 inch HD Super AMOLED (1280x720) display

**Network/Bearer and Wireless Connectivity**
- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**
- 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)

**Colour**
- Pebble Blue and Marble White

**Services and Applications**
- S Beam, Buddy photo share, Share shot
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom, Face slide show
- Direct call, Smart alert, Tap to top, Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot, HDR

**OS**
- Android 4.0 (Ice Cream Sandwich)

**Battery**
- 2,100 mAh

**Connectivity**
- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**
- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)

**Camera**
- Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI

**Sensors**
- Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer

**Google™ Mobile Services**
- Google Search, Google Maps, Gmail, Google Latitude
- Google Play Store, Google Play Books, Google Play Movies
- Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads

The sAMOLED screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| | |
|---|---|
| providing said information identifier to a plurality of plug-in modules | The Galaxy S III performs the step of providing said information identifier to a plurality of plug-in modules.<br><br>For example, the Galaxy S III's Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy S III provides a plurality of pre-selected plug-in modules that include the Google, Browser, and Contacts plug-in modules.  Users can select which modules to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected plug-in modules. |



| | |
|---|---|
| each using a different heuristic to locate information which matches said identifier; | The Galaxy S III performs the step of each using a different heuristic to locate information which matches said identifier. |



For example, as shown above, the Quick Search Box provides the Google, Browser, and Contacts plug-in modules. Each module shown in the example above uses a different heuristic to locate information which matches the inputted identifier. According to the '604 patent specification:

> "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)

| | |
|---|---|
| | "[T]he selected plug-in modules 221 . . . 22N receive the information identifier and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14) |
| providing at least one candidate item of information from said modules; | The Galaxy S III performs the step of providing at least one candidate item of information from said modules.<br><br>For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app":<br><br> |
| and displaying a representation of said candidate item of information. | The Galaxy S III performs the step of displaying a representation of said candidate item of information. |

For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Browser module by the green rectangle, and the results from the Contacts module by the blue rectangle. The representations appear as icons and/or explanatory text.



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy S III displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

13

| Claim 2 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The method of claim 1 wherein said information identifier is input via an application program having a text input window. | The Samsung Galaxy S III performs the method of Claim 1 wherein said information identifier is input via an application program having a text input window.<br><br>The Quick Search Box application includes a text input window by means of which a user can input an information identifier.  In the image below, the user has input the information identifier "app" into the text input window at the top of the screen:<br><br> |

15

| Claim 3 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The method of claim 1 wherein said information identifier is input in by means of a dialog box displayed on a user interface. | The Samsung Galaxy S III performs the method of Claim 1 wherein said information identifier is input by means of a dialog box displayed on a user interface.<br><br>As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.<br><br><br><br>Google's developer blog also describes the Quick Search Box as "available right from your phone's home screen."[3] |

---

[3]  "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.

| Claim 4 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The method of claim 1 wherein said information identifier is vocally entered by a user. | The Samsung Galaxy S III performs the method of Claim 1 wherein said information identifiers are vocally entered by a user.<br><br>The image below shows the result of initiating a voice search using the Quick Search Box on the home screen of the Galaxy S III by tapping the microphone icon on the Quick Search Box.  The resulting screen prompts the user to "Speak Now."<br><br><br><br>When there are multiple possibilities for the user's voice input, the Galaxy S III prompts the user to select the correct Quick Search Box result, as shown below: |

17



| Claim 5 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The method of claim 1 wherein said information identifier is one of a letter, a word, or a phrase. | The Samsung Galaxy S III performs the method of Claim 1 wherein said information identifier is one of a letter, a word, or a phrase.<br><br>In the image below, the information identifier provided to the Quick Search Box is the letter "a":<br><br><br><br>In the image below, the  information identifier provided to the Quick Search Box is the word "app": |



In the image below, the information identifier provided to the Quick Search Box is the phrase "apple support":



| Claim 9 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The method of claim 1 wherein one of said heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S III performs the method of Claim1 wherein one of said heuristics locates items of information on the basis of names of files.<br><br>For example, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locate items of information on the basis of names of files. |

| Claim 10 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The method of claim 9 wherein another of said heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy S III performs the of Claim 9 wherein another of said heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy S III's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 11 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The method of claim 9 wherein another of said heuristics locates items of information on the basis of most recently accessed items. | The Samsung Galaxy S III performs the method of Claim 9 wherein another of said heuristics locates items of information on the basis of most recently accessed items.<br><br>As described in the official description of the Google Search application, "Google Search will learn which items you click on most to make it even easier to get what you want quickly."[4]<br><br>For example, in the computer instructions below, the Contacts module creates a database query that includes references to the constants CURRENT_CONTACTS, RECENT_CONTACTS, and TIME_SINCE_LAST_CONTACTED, as shown in the file GlobalSearchSupport.java:<br><br>```java<br>// Current contacts - those contacted within the last 3 days (in seconds)<br>private static final long CURRENT_CONTACTS = 3 * 24 * 60 * 60;<br><br>// Recent contacts - those contacted within the last 30 days (in seconds)<br>private static final long RECENT_CONTACTS = 30 * 24 * 60 * 60;<br><br>private static final String TIME_SINCE_LAST_CONTACTED =<br>        "(strftime('%s', 'now') - contacts." + Contacts.LAST_TIME_CONTACTED<br>        + "/1000)";<br><br>/*<br> * See {@link ContactsProvider2#EMAIL_FILTER_SORT_ORDER} for the discussion of<br> * this sorting order.<br> */<br>private static final String SORT_ORDER =<br>        "(CASE WHEN contacts." + Contacts.STARRED + "=1 THEN 0 ELSE 1 END), "<br>        + "(CASE WHEN " + TIME_SINCE_LAST_CONTACTED + " < " + CURRENT_CONTACTS<br>        + " THEN 0 "<br>        + " WHEN " + TIME_SINCE_LAST_CONTACTED + " < " + RECENT_CONTACTS<br>        + " THEN 1 "<br>        + " ELSE 2 END)."<br>        + "contacts." + Contacts.TIMES_CONTACTED + " DESC, "<br>        + "contacts." + Contacts.DISPLAY_NAME_PRIMARY + ", "<br>        + "contacts." + Contacts._ID;<br>```<br><br>As a further example, in the computer instructions below, the Browser module ranks a plurality of results by using the DATE_LAST_VISITED constant, as shown in the file BrowserProvider2.java:<br><br>```java<br>private static final String SUGGEST_ORDER_BY =<br>        TABLE_HISTORY + "." + History.DATE_LAST_VISITED + " DESC";<br>``` |

---

[4] "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox.

| Claim 12 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The method of claim 1 wherein one of said heuristics locates items of information that are stored locally on the computer system. | The Samsung Galaxy S III performs the method of Claim 1 wherein one of said heuristics locates items of information stored locally on the computer system.<br><br>As described above, the plug-in modules locate information that is stored locally on the computer system.  For example, the Contacts module locates information about a user's contacts that are stored locally on the Samsung Galaxy S III.<br><br>In the image below, for example, the plug-in modules have located a locally stored bookmark, indicated by the green rectangle, and a locally stored contact, indicated by the blue rectangle:<br><br> |

| Claim 14 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The method of claim 12 wherein another of said heuristics locates items of information that are stored on remote computer systems. | The Samsung Galaxy S III performs the method of Claim 12 wherein another of said heuristics locates items of information that are stored on remote computer systems.<br><br>For example, the Google plug-in module, indicated in the image below with a red rectangle, provides internet search suggestions from the search engine Google based on the user's inputted information identifier.<br><br>The Google plug-in module retrieves its suggestions from Google, a remote computer system.  The computer instructions found in the file GoogleSuggestClient.java call the mProvider.getsuggestions() method, which in turn calls the queryInternal() method, which uses the query() method to send an HTTP "get" request to a Google Suggests server and return the suggestion results to the quick search box.  (See source code at AbstractGoogleSource.java and GoogleSuggestClient.java.)<br><br>For example, in the image below, the Google Search suggestions, retrieved from the remote computer system, are highlighted with a red rectangle. |



| Claim 15 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The method of claim 14 wherein said other heuristic locates Internet web pages. | The Samsung Galaxy S III performs the method of Claim 14 wherein said other heuristic locates internet web pages.<br><br>For example, the Google Search suggestions retrieved by the Google plug-in module correspond to internet searches from Google that correspond with the inputted information identifier.  When the user selects one of the searches, the user is taken to the corresponding search on the Google web site to view the results of the search.  Thus, the Google module locates internet web pages corresponding to the various suggested searches matching the inputted information identifier.<br><br>For instance, the image below shows a sample result of selecting the Google search suggestion "apple" corresponding to the inputted information identifier "app."<br><br> |

| Claim 16 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The method of claim 14 wherein said other heuristic locates items of information that are stored on a wide-area network. | The Samsung Galaxy S III performs the method of Claim 14 wherein said other heuristic locates items of information that are stored on a wide-area network.<br><br>The Google Search suggestions retrieved by the Google plug-in module corresponds to information available on the internet, a wide-area network.  Specifically, the searches correspond to searches using Google that correspond with the inputted information identifier.  When the user selects one of the searches, the user is taken to the corresponding search on the Google web site to view the results of the search.  Thus, the Google module locates web pages, which are items of information stored on a wide-area network.<br><br>For instance, the image below shows a sample result of selecting the Google search suggestion "apple" corresponding to the inputted information identifier "app."<br><br> |

| Claim 17 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The method of claim 1 wherein said information identifier is provided in parallel to said modules, and | The Samsung Galaxy S III performs the method of Claim 1 wherein said information identifier is provided in parallel to said modules.<br><br>The Quick Search Box provides the inputted information identifier to the plug-in modules in parallel.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the plug-in modules in parallel. |
| further including the step of selecting candidate items of information provided by said modules for display in accordance with a global heuristic. | The Samsung Galaxy S III performs the step of selecting candidate items of information provided by said modules for display in accordance with a global heuristic.<br><br>As described in the official description of the Google Search application, "Google Search will learn which items you click on most to make it even easier to get what you want quickly."[5]<br><br>The Galaxy S III displays a representation of the candidate item of information.  In the screen capture below, the Galaxy S III is outputting representations of the candidate items to the screen. Representations of the Google Search results are indicated by the red rectangle, the results from the Browser module by the green rectangle, and the results from the Contacts module by the blue rectangle. |

---

[5]  "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox.



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy S III displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 19 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| A method for locating information from a plurality of locations in a computer system, comprising the steps of[6]: | To the extent the preamble of Claim 19 may be construed to be limiting, the Samsung Galaxy S III performs a method for locating information from a plurality of locations in a computer system.<br><br>For instance, the Samsung Galaxy S III includes a 1.5 GHz processor CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 4.0 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information from a plurality of locations in a computer system.<br><br>**Dimension**<br>• 136.6 x 70.6 x 8.6 mm<br>• 133g<br><br>**Display**<br>• 4.8 inch HD Super AMOLED (1280x720) display<br><br>**Network/Bearer and Wireless Connectivity**<br>• 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz<br>• 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz<br>• 4G (Dependent on market)<br><br>**Memory**<br>• 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)<br><br>**Colour**<br>• Pebble Blue and Marble White<br><br>**Services and Applications**<br>• S Beam, Buddy photo share, Share shot<br>• AllShare Play, AllShare Cast (available soon)<br>• Smart stay, Social tag, Group tag, Face zoom, Face slide show<br>• Direct call, Smart alert, Tap to top, Camera quick access<br>• Pop up play<br>• S Voice<br>• Burst shot & Best photo, Recording snapshot, HDR<br><br>**OS**<br>• Android 4.0 (Ice Cream Sandwich)<br><br>**Battery**<br>• 2,100 mAh<br><br>**Connectivity**<br>• WiFi a/b/g/n, WiFi HT40<br>• GPS/GLONASS<br>• NFC<br>• Bluetooth® 4.0(LE)<br><br>**Audio and Video**<br>• Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC+, WMA, OGG, FLAC, AC-3, apt-X<br>• Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)<br><br>**Camera**<br>• Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI<br>• Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI<br><br>**Sensors**<br>• Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer<br><br>**Google™ Mobile Services**<br>• Google Search, Google Maps, Gmail, Google Latitude<br>• Google Play Store, Google Play Books, Google Play Movies<br>• Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads<br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)<br><br>The Samsung Galaxy S III includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both |

---

[6]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

on their devices and on the web."

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.

35



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Search feature as a standard feature of the Galaxy S III, as shown on its website below:



(*See* Specifications, Galaxy S III,
http://www.samsung.com/global/galaxys3/specifications.html.)Samsung also encourages the use of
the feature through the inclusion of the feature in the Galaxy S III user's manual:



(Samsung Galaxy SIII User Manual, available at
http://downloadcenter.samsung.com/content/UM/201211/20121108061646423/T-
Mobile_T999_Galaxy_S_III_English_User_Manual_UVLH2_F7.pdf)

| | |
|---|---|
| inputting an information identifier; | The Samsung Galaxy S III performs the step of inputting an information identifier.<br><br>The Samsung Galaxy S III has a 4.8" sAMOLED screen.<br><br><br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.) The sAMOLED screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.<br><br>The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information identifier from a user.  In the screenshot below, the information identifier "app" has been input: |



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing said information identifier to a plurality of heuristics | The Galaxy S III performs the step of providing said information identifier to a plurality of heuristics.<br><br>For example, the Galaxy S III's Quick Search Box provides a plurality of heuristics.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy S III provides a plurality of pre-selected heuristics such as the Google, Browser, and Contacts heuristics.  Users can select which heuristics to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected heuristics. |



| | |
|---|---|
| to locate information in a plurality of locations | The Galaxy S III's performs the step of locating information from a plurality of locations in a computer system. |



For example, the Quick Search Box provides said information identifier to a plurality of heuristics such as to the Google, Browser, and Contacts, to locate information in the plurality of locations.  An information identifier provided to Google, indicated by the red rectangle, locates information from Google Search suggestions on the Internet. An information identifier provided to Browser, indicated by the green rectangle, locates information from bookmarks and web history. An information identifier provided to Contacts, indicated by the blue rectangle, locates information from contacts stored locally on the Galaxy S III.

| which include the Internet and local storage media; | The locations searched by the Galaxy S III include the internet and local storage media.<br><br>The figure below shows an example of a plurality of modules.  One module is the Google module that performs a search of Google Search suggestions on the Internet.  Another module is the |
|---|---|

|  | Browser module that performs a search of bookmarks and web history, stored locally on the Galaxy S III's local storage media.  Another module is the Contacts module that performs a search of the names of contacts stored locally on the Galaxy S III's local storage media.<br><br> |
| --- | --- |
| determining at least one candidate item of information based upon the plurality of heuristics; | The Samsung Galaxy S III performs the step of determining at least one candidate item based on the plurality of heuristics.<br><br>For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app": |



| | |
|---|---|
| and displaying a representation of said candidate item of information. | The Galaxy S III performs the step of displaying a representation of said candidate item of information.<br><br>For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Browser module by the green rectangle, and the results from the Contacts module by the blue rectangle.  The representations appear as icons and/or explanatory text. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy S III displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 20 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The method of claim 19, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S III performs the method of Claim 19 wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 22 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The method of claim 19 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S III performs the method of Claim19 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 23 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The method of claim 22 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy S III performs the method of Claim 22 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy S III's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| A computer readable medium[7] | To the extent the preamble of Claim 24 may be construed to be limiting, the Samsung Galaxy S III includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  The Samsung Galaxy S III contains 16GB of internal computer memory, as indicated on the specifications on Samsung's web site:<br><br>Dimension<br>• 136.6 x 70.6 x 8.6 mm<br>• 133g<br><br>Display<br>• 4.8 inch HD Super AMOLED (1280x720) display<br><br>Network/Bearer and Wireless Connectivity<br>• 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz<br>• 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz<br>• 4G (Dependent on market)<br><br>Memory<br>• 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)<br><br>Colour<br>• Pebble Blue and Marble White<br><br>Services and Applications<br>• S Beam, Buddy photo share, Share shot.<br>• AllShare Play, AllShare Cast (available soon)<br>• Smart stay, Social tag, Group tag, Face zoom, Face slide show<br>• Direct call, Smart alert, Tap to top, Camera quick access<br>• Pop up play<br>• S Voice<br>• Burst shot & Best photo, Recording snapshot, HDR<br><br>OS<br>• Android 4.0 (Ice Cream Sandwich)<br><br>Battery<br>• 2,100 mAh<br><br>Connectivity<br>• WiFi a/b/g/n, WiFi HT40<br>• GPS/GLONASS<br>• NFC<br>• Bluetooth® 4.0(LE)<br><br>Audio and Video<br>• Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC +, WMA, OGG, FLAC, AC-3, apt-X<br>• Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)<br><br>Camera<br>• Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI<br>• Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI<br><br>Sensors<br>• Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer<br><br>Google™ Mobile Services<br>• Google Search, Google Maps, Gmail, Google Latitude<br>• Google Play Store, Google Play Books, Google Play Movies<br>• Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads<br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.) The Samsung Galaxy S III, and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps.  For example, the Samsung Galaxy S III includes version 4.0 of the Android software platform, which includes such instructions, as set forth below. |
| for locating information from a plurality of | The Samsung Galaxy S III comprises a computer readable medium for locating information from a |

---

[7] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| locations containing program instructions to: | plurality of locations containing program instructions.

The Galaxy S III includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."  The Quick Search Box is an application comprising program instructions.

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.



The figure below shows the screen when the user taps the Quick Search Box on the home screen. |



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



| | |
|---|---|
| receive an information identifier; | The Samsung Galaxy S III comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Samsung Galaxy S III has a 4.8" sAMOLED screen. |

**Dimension**

- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**

- 4.8 inch HD Super AMOLED (1280x720) display

**Network/Bearer and Wireless Connectivity**

- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**

- 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)

**Colour**

- Pebble Blue and Marble White

**Services and Applications**

- S Beam, Buddy photo share, Share shot
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom, Face slide show
- Direct call, Smart alert, Tap to top, Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot, HDR

**OS**

- Android 4.0 (Ice Cream Sandwich)

**Battery**

- 2,100 mAh

**Connectivity**

- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**

- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC+, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)

**Camera**

- Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI

**Sensors**

- Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer

**Google™ Mobile Services**

- Google Search, Google Maps, Gmail, Google Latitude
- Google Play Store, Google Play Books, Google Play Movies
- Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads

(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.) The sAMOLED screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information identifier.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:



Portions of the computer instructions allowing the Quick Search Box to receive an information identifier in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| provide said information identifier to a plurality of heuristics | The Samsung Galaxy S III comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media. |
| --- | --- |
| | For example, the Galaxy S III's Quick Search Box provides a plurality of heuristics.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy S III provides a plurality of heuristics to which an information identifier is provided by the Galaxy S III.  The Galaxy S III provides the information descriptor to the heuristics modules and permits the user to |

|   |   |
|---|---|
|   | modify the default list of selected heuristics.<br><br><br><br>As shown in the example above, the Galaxy S III provides at least the Google, Browser, and Contacts heuristics that are preselected by the Galaxy S III. |
| to locate information in the plurality of locations | The Samsung Galaxy S III comprises a computer readable medium including instructions to locate information in the plurality of locations. |



|  | For example, the Quick Search Box provides said information identifier to a plurality of heuristics such as to the Google, Browser, and Contacts, to locate information in the plurality of locations.  An information identifier provided to Google, indicated by the red rectangle, locates information from Google Search suggestions on the Internet. An information identifier provided to Browser, indicated by the green rectangle, locates information from bookmarks and web history. An information identifier provided to Contacts, indicated by the blue rectangle, locates information from contacts stored locally on the Galaxy S III. |
| which include the Internet and local storage media; | The locations searched by the Galaxy S III include the internet and local storage media.

The figure below shows an example of a plurality of modules.  One module is the Google module that performs a search of Google Search suggestions on the Internet.  Another module is the |

Browser module that performs a search of bookmarks and web history, stored locally on the Galaxy S III's local storage media.  Another module is the Contacts module that performs a search of the names of contacts stored locally on the Galaxy S III's local storage media.



| determine at least one candidate item of information based upon the plurality of heuristics; | The Samsung Galaxy S III comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics.

For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app": |
|---|---|



| and display a representation of said candidate item of information. | The Galaxy S III comprises a computer-readable medium that contains instructions to display a representation of said candidate item of information.<br><br>For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Browser module by the green rectangle, and the results from the Contacts module by the blue rectangle.  The representations appear as icons and/or explanatory text. |
|---|---|



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy S III displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S III comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S III comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 28 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The computer readable medium of claim 24 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy S III comprises computer readable media of Claim 24 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy S III's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 29 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| An apparatus that locates information from a plurality of locations within a computer system, comprising[8]: | To the extent the preamble of Claim 29 may be construed to be limiting, the Samsung Galaxy S III is an apparatus that locates information from a plurality of locations within a computer network.<br><br>For instance, the Samsung Galaxy S III includes a 1.5 GHz processor CPU, 16/32 GB of on-board memory, a 4.8" sAMOLED screen, GSM/HSPA+21/EDGE/GPRS and WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 4.0 of the Android operating system, along with various pre-installed applications and therefore is an apparatus that locates information from a plurality of locations within a computer network.<br><br>**Dimension**<br>• 136.6 x 70.6 x 8.6 mm<br>• 133g<br><br>**Display**<br>• 4.8 inch HD Super AMOLED (1280x720) display<br><br>**Network/Bearer and Wireless Connectivity**<br>• 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz<br>• 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz<br>• 4G (Dependent on market)<br><br>**Memory**<br>• 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)<br><br>**Colour**<br>• Pebble Blue and Marble White<br><br>**Services and Applications**<br>• S Beam, Buddy photo share, Share shot<br>• AllShare Play, AllShare Cast (available soon)<br>• Smart stay, Social tag, Group tag, Face zoom, Face slide show<br>• Direct call, Smart alert, Tap to top, Camera quick access<br>• Pop up play<br>• S Voice<br>• Burst shot & Best photo, Recording snapshot, HDR<br><br>**OS**<br>• Android 4.0 (Ice Cream Sandwich)<br><br>**Battery**<br>• 2,100 mAh<br><br>**Connectivity**<br>• WiFi a/b/g/n, WiFi HT40<br>• GPS/GLONASS<br>• NFC<br>• Bluetooth® 4.0(LE)<br><br>**Audio and Video**<br>• Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC+, WMA, OGG, FLAC, AC-3, apt-X<br>• Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)<br><br>**Camera**<br>• Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI<br>• Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI<br><br>**Sensors**<br>• Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer<br><br>**Google™ Mobile Services**<br>• Google Search, Google Maps, Gmail, Google Latitude<br>• Google Play Store, Google Play Books, Google Play Movies<br>• Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads<br><br>(*See* Specifications, Galaxy S III, http://www.samsung.com/global/galaxys3/specifications.html.)The Samsung Galaxy S III includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web." |

---

[8]   Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

As shown below, the Quick Search Box (the box in the middle of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy S III.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.

65



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy S III, and the Quick Search Box has located Google search suggestions correlating to the information identifier "app" from the internet, a computer network.  The Google Search suggestions are identified by a red rectangle below:



| means for inputting an information identifier; | The Samsung Galaxy S III comprises means for inputting an information identifier.<br><br>The Samsung Galaxy S III has a 4.8" sAMOLED screen. |
| --- | --- |

**Dimension**

- 136.6 x 70.6 x 8.6 mm
- 133g

**Display**

- 4.8 inch HD Super AMOLED (1280x720) display

**Network/Bearer and Wireless Connectivity**

- 2.5G (GSM/ GPRS/ EDGE): 850 / 900 / 1800 / 1900 MHz
- 3G (HSPA+ 21Mbps): 850 / 900 / 1900 / 2100 MHz
- 4G (Dependent on market)

**Memory**

- 16/ 32GB User memory (64GB available soon) + microSD slot (up to 64GB)

**Colour**

- Pebble Blue and Marble White

**Services and Applications**

- S Beam, Buddy photo share, Share shot
- AllShare Play, AllShare Cast (available soon)
- Smart stay, Social tag, Group tag, Face zoom, Face slide show
- Direct call, Smart alert, Tap to top, Camera quick access
- Pop up play
- S Voice
- Burst shot & Best photo, Recording snapshot, HDR

**OS**

- Android 4.0 (Ice Cream Sandwich)

**Battery**

- 2,100 mAh

**Connectivity**

- WiFi a/b/g/n, WiFi HT40
- GPS/GLONASS
- NFC
- Bluetooth® 4.0(LE)

**Audio and Video**

- Audio Codec: MP3, AMR-NB/WB, AAC/AAC+/eAAC +, WMA, OGG, FLAC, AC-3, apt-X
- Video Codec: MPEG4, H.264, H.263, DivX, DivX3.11, VC-1, VP8, WMV7/8, Sorenson Spark Recording & Playback: Full HD (1080p)

**Camera**

- Main(Rear): 8 Mega pixel Auto Focus camera with Flash & Zero Shutter Lag, BSI
- Sub (Front): 1.9 Mega pixel camera, HD recording @30fps with Zero Shutter Lag, BSI

**Sensors**

- Accelerometer, RGB light, Digital compass, Proximity, Gyro, Barometer

**Google™ Mobile Services**

- Google Search, Google Maps, Gmail, Google Latitude
- Google Play Store, Google Play Books, Google Play Movies
- Google Plus, YouTube, Google Talk, Google Places, Google Navigation, Google Downloads

The sAMOLED screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy S III receives an inputted information identifier from a user.  In the screenshot below, the user has inputted the information identifier "app" into the Quick Search Box:



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy S III may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| means for providing said information identifier to a plurality of heuristics | The Galaxy S III comprises means for providing said information identifier to a plurality of heuristics.<br><br>For example, the Galaxy S III's Quick Search Box provides a plurality of heuristics. As shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy S III provides a plurality of pre-selected heuristics that include the Google, Browser, and Contacts heuristics. Users can select which heuristics to enable or disable (or plug-in or plug-out). The Quick Search Box provides the inputted information identifier to the selected heuristics. |
|---|---|



| to locate information in the plurality of locations | The Galaxy S III locates information from a plurality of locations. |



For example, the Quick Search Box provides said information identifier to a plurality of heuristic such as to the Google, Browser, and Contacts, to locate information in the plurality of locations.  An information identifier provided to Google, indicated by the red rectangle, locates information from Google Search suggestions on the Internet. An information identifier provided to Browser, indicated by the green rectangle, locates information from bookmarks and web history. An information identifier provided to Contacts, indicated by the blue rectangle, locates information from contacts stored locally on the Galaxy S III.

| which comprise the Internet and local storage media; | The locations searched by the Galaxy S III include the internet and local storage media.

The figure below shows an example of a plurality of modules.  One module is the Google module that performs a search of Google Search suggestions on the Internet.  Another module is the |

Browser module that performs a search of bookmarks and web history, stored locally on the Galaxy S III's local storage media.  Another module is the Contacts module that performs a search of the names of contacts stored locally on the Galaxy S III's local storage media.



| means for determining at least one candidate item of information based upon the plurality of heuristics; | The Samsung Galaxy S III comprises means for determining at least one candidate item based on the plurality of heuristics.<br><br>For example, in the image below, the Galaxy S III is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app": |
|---|---|



| | |
|---|---|
| and means for displaying a representation of said candidate item of information. | The Galaxy S III comprises means for displaying a representation of said candidate item of information.<br><br>For example, in the screen capture below, the Galaxy S III is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Browser module by the green rectangle, and the results from the Contacts module by the blue rectangle.  The representations appear as icons and/or explanatory text. |



By way of further example, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy S III to show the results on the sAMOLED screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy S III displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 30 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The apparatus of claim 29, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy S III is an apparatus of Claim 29 wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  The file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 32 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The apparatus of claim 29 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy S III is an apparatus of Claim 29 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 33 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy S III |
|---|---|
| The apparatus of claim 29 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy S III is an apparatus of Claim 29 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy S III's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

# EXHIBIT 151

**Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy Tab 7.0 Plus |
|---|---|
| A method for locating information in a computer system, comprising the steps of[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy Tab 7.0 Plus performs a method for locating information in a computer system.<br><br>For instance, the Samsung Galaxy Tab 7.0 Plus includes a 2x1.2 GHz processor CPU, 16 GB of on-board memory, a 7" TFT screen, a WiFi radio providing the connectivity listed below, and software comprising version 3.2 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a computer system.<br><br> |

---

[1]   Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| Display | |
|---|---|
| **Display** | 7" Display |
| **Main Display Resolution** | 1024 x 600 Pixel |
| **Main Display Size** | 7" Display |
| **Main Display Technology** | TFT |

The Samsung Galaxy Tab 7.0 Plus includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the upper left corner of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy Tab 7.0 Plus.

2



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Tab 7.0 Plus, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Quick Search Box as a standard feature of the Galaxy Tab 7.0 Plus, as shown by the specifications on Samsung's web site:



| | |
|---|---|
| inputting an information identifier; | The Samsung Galaxy Tab 7.0 Plus performs the step of inputting an information identifier. |
| | The Samsung Galaxy Tab 7.0 Plus has a 7" TFT screen. |

| Display | |
|---|---|
| **Display** | 7" Display |
| **Main Display Resolution** | 1024 x 600 Pixel |
| **Main Display Size** | 7" Display |
| **Main Display Technology** | TFT |

The TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy Tab 7.0 Plus receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy Tab 7.0 Plus may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing said information identifier to a plurality of plug-in modules | The Galaxy Tab 7.0 Plus performs the step of providing said information identifier to a plurality of plug-in modules. |
|---|---|
| | For example, the Galaxy Tab 7.0 Plus's Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy Tab 7.0 Plus provides a |

| | plurality of pre-selected plug-in modules that include the Google, Browser, and Contacts plug-in modules. Users can select which modules to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected plug-in modules. |
|---|---|
| |  |
| each using a different heuristic to locate information which matches said identifier; | The Galaxy Tab 7.0 Plus performs the step of each using a different heuristic to locate information which matches said identifier. |



For example, as shown above, the Quick Search Box provides the Google, Browser, and Contacts plug-in modules. Each module shown in the example above uses a different heuristic to locate information which matches the inputted identifier. According to the '604 patent specification:

"Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search

| | engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)<br><br>"[T]he selected plug-in modules 221 . . . 22N receive the information identifier and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14) |
|---|---|
| providing at least one candidate item of information from said modules; | The Galaxy Tab 7.0 Plus performs the step of providing at least one candidate item of information from said modules.<br><br>For example, in the image below, the Galaxy Tab 7.0 Plus is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |



| and displaying a representation of said candidate item of information. | The Galaxy Tab 7.0 Plus performs the step of displaying a representation of said candidate item of information.

For example, in the screen capture below, the Galaxy Tab 7.0 Plus is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Browser module by the green rectangle, and the results from the Contacts module by the blue rectangle.  The representations appear as icons and/or explanatory text. |
|---|---|



By way of further example, upon information and belief, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java. The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Tab 7.0 Plus to show the results on the TFT screen, as shown in the file SearchActivityView.java. Further computer instructions indicating how the Galaxy Tab 7.0 Plus displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 2 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The method of claim 1 wherein said information identifier is input via an application program having a text input window. | The Samsung Galaxy Tab 7.0 Plus performs the method of Claim 1 wherein said information identifier is input via an application program having a text input window.<br><br>The Quick Search Box application includes a text input window by means of which a user can input an information identifier.  In the image below, the user has input the information identifier "app" into the text input window at the top of the screen:<br><br> |

| Claim 3 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The method of claim 1 wherein said information identifier is input in by means of a dialog box displayed on a user interface. | The Samsung Galaxy Tab 7.0 Plus performs the method of Claim 1 wherein said information identifier is input by means of a dialog box displayed on a user interface.<br><br>As shown below, the Quick Search Box (the box in the upper left corner of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy Tab 7.0 Plus.<br><br><br><br>Google's developer blog also describes the Quick Search Box as "available right from your phone's home screen."[2] |

---

[2]  "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.

| Claim 5 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The method of claim 1 wherein said information identifier is one of a letter, a word, or a phrase. | The Samsung Galaxy Tab 7.0 Plus performs the method of Claim 1 wherein said information identifier is one of a letter, a word, or a phrase.<br><br>In the image below, the information identifier provided to the Quick Search Box is the letter "a":<br><br><br><br>In the image below, the  information identifier provided to the Quick Search Box is the word "app": |

18



In the image below, the information identifier provided to the Quick Search Box is the phrase "apple support":



| Claim 9 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The method of claim 1 wherein one of said heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Tab 7.0 Plus performs the method of Claim1 wherein one of said heuristics locates items of information on the basis of names of files.<br><br>For example, upon information and belief, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locate items of information on the basis of names of files. |

| Claim 10 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The method of claim 9 wherein another of said heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy Tab 7.0 Plus performs the of Claim 9 wherein another of said heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy Tab 7.0 Plus's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 11 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The method of claim 9 wherein another of said heuristics locates items of information on the basis of most recently accessed items. | The Samsung Galaxy Tab 7.0 Plus performs the method of Claim 9 wherein another of said heuristics locates items of information on the basis of most recently accessed items.<br><br>As described in the official description of the Google Search application, "Google Search will learn which items you click on most to make it even easier to get what you want quickly."[3]<br><br>For example, upon information and belief, the Contacts module creates a database query that includes references to the constants CURRENT_CONTACTS, RECENT_CONTACTS, and TIME_SINCE_LAST_CONTACTED  As a further example, upon information and belief, the Browser module ranks a plurality of results by using the DATE_LAST_VISITED constant. |

---

[3]  "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox.

| Claim 12 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The method of claim 1 wherein one of said heuristics locates items of information that are stored locally on the computer system. | The Samsung Galaxy Tab 7.0 Plus performs the method of Claim 1 wherein one of said heuristics locates items of information stored locally on the computer system.<br><br>As described above, the plug-in modules locate information that is stored locally on the computer system.  For example, the Contacts module locates information about a user's contacts that are stored locally on the Samsung Galaxy Tab 7.0 Plus.<br><br>In the image below, for example, the plug-in modules have located a locally stored bookmark, indicated by the green rectangle, and a locally stored contact, indicated by the blue rectangle:<br><br> |

| Claim 14 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The method of claim 12 wherein another of said heuristics locates items of information that are stored on remote computer systems. | The Samsung Galaxy Tab 7.0 Plus performs the method of Claim 12 wherein another of said heuristics locates items of information that are stored on remote computer systems.<br><br>For example, the Google plug-in module, indicated in the image below with a red rectangle, provides internet search suggestions from the search engine Google based on the user's inputted information identifier.<br><br>The Google plug-in module retrieves its suggestions from Google, a remote computer system.  Upon information and belief, the computer instructions found in the file GoogleSuggestClient.java call the mProvider.getsuggestions() method, which in turn calls the queryInternal() method, which uses the query() method to send an HTTP "get" request to a Google Suggests server and return the suggestion results to the quick search box.  (See source code at AbstractGoogleSource.java and GoogleSuggestClient.java.)<br><br>For example, in the image below, the Google Search suggestions, retrieved from the remote computer system, are highlighted with a red rectangle. |



| Claim 15 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The method of claim 14 wherein said other heuristic locates Internet web pages. | The Samsung Galaxy Tab 7.0 Plus performs the method of Claim 14 wherein said other heuristic locates internet web pages.<br><br>For example, the Google Search suggestions retrieved by the Google plug-in module correspond to internet searches from Google that correspond with the inputted information identifier.  When the user selects one of the searches, the user is taken to the corresponding search on the Google web site to view the results of the search.  Thus, the Google module locates internet web pages corresponding to the various suggested searches matching the inputted information identifier.<br><br>For instance, For instance, the image below shows a sample result of selecting the Google search suggestion "apple" corresponding to the inputted information identifier "app."<br><br> |

| Claim 16 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|

| The method of claim 14 wherein said other heuristic locates items of information that are stored on a wide-area network. | The Samsung Galaxy Tab 7.0 Plus performs the method of Claim 14 wherein said other heuristic locates items of information that are stored on a wide-area network. |
|---|---|
| | The Google Search suggestions retrieved by the Google plug-in module corresponds to information available on the internet, a wide-area network.  Specifically, the searches correspond to searches using Google that correspond with the inputted information identifier.  When the user selects one of the searches, the user is taken to the corresponding search on the Google web site to view the results of the search.  Thus, the Google module locates web pages, which are items of information stored on a wide-area network. |
| | For instance, For instance, the image below shows a sample result of selecting the Google search suggestion "apple" corresponding to the inputted information identifier "app." |
| |  |
| **Claim 17 of U.S. Patent No. 6,847,959** | **Infringement by Samsung Galaxy Tab 7.0 Plus** |
| The method of claim 1 wherein said | The Samsung Galaxy Tab 7.0 Plus performs the method of Claim 1 wherein said information |

| information identifier is provided in parallel to said modules, and | identifier is provided in parallel to said modules.<br><br>The Quick Search Box provides the inputted information identifier to the plug-in modules in parallel.  Upon information and belief, the file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the plug-in modules in parallel. |
|---|---|
| further including the step of selecting candidate items of information provided by said modules for display in accordance with a global heuristic. | The Samsung Galaxy Tab 7.0 Plus performs the step of selecting candidate items of information provided by said modules for display in accordance with a global heuristic.<br><br>As described in the official description of the Google Search application, "Google Search will learn which items you click on most to make it even easier to get what you want quickly."[4]<br><br>The Galaxy Tab 7.0 Plus displays a representation of the candidate item of information.  In the screen capture below, the Galaxy Tab 7.0 Plus is outputting representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Browser module by the green rectangle, and the results from the Contacts module by the blue rectangle. |

---

[4]  "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox.



By way of further example, upon information and belief, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Tab 7.0 Plus to show the results on the TFT screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy Tab 7.0 Plus displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java.

| Claim 19 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| A method for locating information from a plurality of locations in a computer system, comprising the steps of[5]: | To the extent the preamble of Claim 19 may be construed to be limiting, the Samsung Galaxy Tab 7.0 Plus performs a method for locating information from a plurality of locations in a computer system.<br><br>For instance, the Samsung Galaxy Tab 7.0 Plus includes a 2x1.2 GHz processor CPU, 16 GB of on-board memory, a 7" TFT screen, a WiFi radio providing the connectivity listed below, and software comprising version 3.2 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information from a plurality of locations in a computer system. |

**CPU**

| CPU | Samsung Exynos™ 2x1.2GHz |
|---|---|

**Memory**

| Internal | 16GB |
|---|---|
| External | micro SD card slot supports up to 32GB |

**Network**

| Frequencies and Data Type | Wi-Fi Only |
|---|---|

**Display**

| Display | 7" Display |
|---|---|
| Main Display Resolution | 1024 x 600 Pixel |
| Main Display Size | 7" Display |
| Main Display Technology | TFT |

---

[5] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

The Samsung Galaxy Tab 7.0 Plus includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the upper left corner of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy Tab 7.0 Plus.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Tab 7.0 Plus, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Quick Search Box as a standard feature of the Galaxy Tab 7.0 Plus, as shown by the specifications on Samsung's web site:



| inputting an information identifier; | The Samsung Galaxy Tab 7.0 Plus performs the step of inputting an information identifier.

The Samsung Galaxy Tab 7.0 Plus has a 7" TFT screen. |

| Display | |
|---|---|
| **Display** | 7" Display |
| **Main Display Resolution** | 1024 x 600 Pixel |
| **Main Display Size** | 7" Display |
| **Main Display Technology** | TFT |

The TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy Tab 7.0 Plus receives an inputted information identifier from a user.  In the screenshot below, the information identifier "app" has been input:



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy Tab 7.0 Plus may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing said information identifier to a plurality of heuristics | The Galaxy Tab 7.0 Plus performs the step of providing said information identifier to a plurality of heuristics.

For example, the Galaxy Tab 7.0 Plus's Quick Search Box provides a plurality of heuristics.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy Tab 7.0 |

| | Plus provides a plurality of pre-selected heuristics such as the Google, Browser, and Contacts heuristics.  Users can select which heuristics to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected heuristics.<br><br> |
|---|---|
| to locate information in a plurality of locations | The Galaxy Tab 7.0 Plus's performs the step of locating information from a plurality of locations in a computer system. |



For example, the Quick Search Box provides said information identifier to a plurality of heuristics such as to the Google, Browser, and Contacts, to locate information in the plurality of locations. An information identifier provided to Google, indicated by the red rectangle, locates information from Google Search suggestions on the Internet. An information identifier provided to Browser, indicated by the green rectangle, locates information from bookmarks and web history. An information identifier provided to Contacts, indicated by the blue rectangle, locates information from contacts stored locally on the Galaxy Tab 7.0 Plus.

| which include the Internet and local storage media; | The locations searched by the Galaxy Tab 7.0 Plus include the internet and local storage media. |
|---|---|

The figure below shows an example of a plurality of modules.  One module is the Google module that performs a search of Google Search suggestions on the Internet.  Another module is the Browser module that performs a search of bookmarks and web history, stored locally on the Galaxy Tab 7.0 Plus's local storage media.  Another module is the People module that performs a search of the names of contacts stored locally on the Galaxy Tab 7.0 Plus's local storage media.



| determining at least one candidate item of information based upon the plurality of heuristics; | The Samsung Galaxy Tab 7.0 Plus performs the step of determining at least one candidate item based on the plurality of heuristics. |
| --- | --- |

For example, in the image below, the Galaxy Tab 7.0 Plus is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app":



| | |
|---|---|
| and displaying a representation of said candidate item of information. | The Galaxy Tab 7.0 Plus performs the step of displaying a representation of said candidate item of information.

For example, in the screen capture below, the Galaxy Tab 7.0 Plus is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the |

red rectangle, the results from the Browser module by the green rectangle, and the results from the Contacts module by the blue rectangle.  The representations appear as icons and/or explanatory text.



By way of further example, upon information and belief, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Tab 7.0 Plus to show the results on the TFT screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy Tab 7.0 Plus displays results can be found in the

| | files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java. |
|---|---|

| Claim 20 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The method of claim 19, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Tab 7.0 Plus performs the method of Claim 19 wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  Upon information and belief, the file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 22 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The method of claim 19 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Tab 7.0 Plus performs the method of Claim19 wherein one of the plurality of heuristics locates items of information on the basis of names of files. <br><br> For example, upon information and belief, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 23 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The method of claim 22 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy Tab 7.0 Plus performs the method of Claim 9 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy Tab 7.0 Plus's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| A computer readable medium[6] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy Tab 7.0 Plus includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  The Samsung Galaxy Tab 7.0 Plus contains 16GB of internal computer memory, as indicated on the specifications on Samsung's web site:<br><br><table><tr><td colspan="2">Memory</td></tr><tr><td>Internal</td><td>16GB</td></tr><tr><td>External</td><td>micro SD card slot supports up to 32GB</td></tr></table><br><br>The Samsung Galaxy Tab 7.0 Plus, and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps.  For example, the Samsung Galaxy Tab 7.0 Plus includes version 3.2 of the Android software platform, which includes such instructions, as set forth below. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy Tab 7.0 Plus comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>The Galaxy Tab 7.0 Plus includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."  The Quick Search Box is an application comprising program instructions.<br><br>As shown below, the Quick Search Box (the box in the upper left corner of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy Tab 7.0 Plus. |

---

[6]  Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Tab 7.0 Plus, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



| | |
|---|---|
| receive an information identifier; | The Samsung Galaxy Tab 7.0 Plus comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Samsung Galaxy Tab 7.0 Plus has a 7" TFT screen. |

| Display | |
|---|---|
| **Display** | 7" Display |
| **Main Display Resolution** | 1024 x 600 Pixel |
| **Main Display Size** | 7" Display |
| **Main Display Technology** | TFT |

The TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy Tab 7.0 Plus receives an inputted information identifier.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:



Portions of the computer instructions allowing the Quick Search Box to receive an information identifier in the Samsung Galaxy Tab 7.0 Plus may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| provide said information identifier to a plurality of heuristics | The Samsung Galaxy Tab 7.0 Plus comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of locations which include the Internet and local storage media.<br><br>For example, the Galaxy Tab 7.0 Plus's Quick Search Box provides a plurality of heuristics.  As |

shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy Tab 7.0 Plus provides a plurality of heuristics to which an information identifier can be provided by the Galaxy Tab 7.0 Plus.  The Galaxy Tab 7.0 Plus provides the information descriptor to the heuristic modules and permits the user to modify the default list of selected heuristics.



As shown in the example above, the Galaxy Tab 7.0 Plus provides at least the Google, Browser, and Contacts heuristics that are preselected by the Galaxy Tab 7.0 Plus.

| | |
|---|---|
| to locate information in the plurality of | The Samsung Galaxy Tab 7.0 Plus comprises a computer readable medium including instructions to |

| locations | locate information in the plurality of locations. |
|---|---|
| | <br><br>For example, the Quick Search Box provides said information identifier to a plurality of heuristics such as to the Google, Browser, and Contacts, to locate information in the plurality of locations.  An information identifier provided to Google, indicated by the red rectangle, locates information from Google Search suggestions on the Internet. An information identifier provided to Browser, indicated by the green rectangle, locates information from bookmarks and web history. An information identifier provided to Contacts, indicated by the blue rectangle, locates information from contacts stored locally on the Galaxy Tab 7.0 Plus. |

| | |
|---|---|
| which include the Internet and local storage media; | The locations searched by the Galaxy Tab 7.0 Plus include the internet and local storage media.<br><br>The figure below shows an example of a plurality of modules.  One module is the Google module that performs a search of Google Search suggestions on the Internet.  Another module is the Browser module that performs a search of bookmarks and web history, stored locally on the Galaxy Tab 7.0 Plus's local storage media.  Another module is the People module that performs a search of the names of contacts stored locally on the Galaxy Tab 7.0 Plus's local storage media.<br><br> |
| determine at least one candidate item of | The Samsung Galaxy Tab 7.0 Plus comprises a computer-readable medium containing instructions |

| | |
|---|---|
| information based upon the plurality of heuristics; | to determine at least one candidate item based on the plurality of heuristics.<br><br>For example, in the image below, the Galaxy Tab 7.0 Plus is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app":<br><br> |
| and display a representation of said candidate item of information. | The Galaxy Tab 7.0 Plus comprises a computer-readable medium that contains instructions to display a representation of said candidate item of information. |

For example, in the screen capture below, the Galaxy Tab 7.0 Plus is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Browser module by the green rectangle, and the results from the Contacts module by the blue rectangle.  The representations appear as icons and/or explanatory text.



By way of further example, upon information and belief, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Tab 7.0

| | Plus to show the results on the TFT screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy Tab 7.0 Plus displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java. |
| --- | --- |

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Tab 7.0 Plus comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  Upon information and belief, the file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Tab 7.0 Plus comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, upon information and belief, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 28 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The computer readable medium of claim 24 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy Tab 7.0 Plus comprises computer readable media of Claim 24 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy Tab 7.0 Plus's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 29 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| An apparatus that locates information from a plurality of locations within a computer system, comprising[7]: | To the extent the preamble of Claim 29 may be construed to be limiting, the Samsung Galaxy Tab 7.0 Plus is an apparatus that locates information from a plurality of locations within a computer network.<br><br>For instance, the Samsung Galaxy Tab 7.0 Plus includes a 2x1.2 GHz processor CPU, 16 GB of on-board memory, a 7" TFT screen, a WiFi radio providing the connectivity listed below, and software comprising version 3.2 of the Android operating system, along with various pre-installed applications and therefore is an apparatus that locates information from a plurality of locations within a computer network.<br><br>**CPU**<br><br>CPU — Samsung Exynos™ 2x1.2GHz<br><br>**Memory**<br><br>Internal — 16GB<br>External — micro SD card slot supports up to 32GB<br><br>**Network**<br><br>Frequencies and Data Type — Wi-Fi Only<br><br>**Display**<br><br>Display — 7" Display<br>Main Display Resolution — 1024 x 600 Pixel<br>Main Display Size — 7" Display<br>Main Display Technology — TFT |

---

[7] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

The Samsung Galaxy Tab 7.0 Plus includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the upper left corner of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy Tab 7.0 Plus.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, for example, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Tab 7.0 Plus, and the Quick Search Box has located Google search suggestions correlating to the information identifier "app" from the internet, a computer network. The Google Search suggestions are identified by a red rectangle below:



| means for inputting an information identifier; | The Samsung Galaxy Tab 7.0 Plus comprises means for inputting an information identifier.

The Samsung Galaxy Tab 7.0 Plus has a 7" TFT screen. |

| | |
|---|---|
| | **Display** |
| | | Display | 7" Display |
| | | Main Display Resolution | 1024 x 600 Pixel |
| | | Main Display Size | 7" Display |
| | | Main Display Technology | TFT |
| | The TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.<br><br>The Android Quick Search Box on the Samsung Galaxy Tab 7.0 Plus receives an inputted information  identifier from a user.  In the screenshot below, the user has inputted the information identifier "app" into the Quick Search Box:<br><br><br><br>Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy Tab 7.0 Plus may be found in the QsbApplication class and in the com.android.quicksearchbox package. |
| means for providing said information identifier to a plurality of heuristics | The Galaxy Tab 7.0 Plus comprises means for providing said information identifier to a plurality of heuristics.<br><br>For example, the Galaxy Tab 7.0 Plus's Quick Search Box provides a plurality of heuristics.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy Tab 7.0 Plus provides a plurality of pre-selected heuristics such as the Google, Browser, and Contacts heuristics.  Users can select which heuristics to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected heuristics. |



| | |
|---|---|
| to locate information in the plurality of locations | The Galaxy Tab 7.0 Plus locates information from a plurality of locations. |



For example, the Quick Search Box provides said information identifier to a plurality of heuristics such as to the Google, Browser, and Contacts, to locate information in the plurality of locations. An information identifier provided to Google, indicated by the red rectangle, locates information from Google Search suggestions on the Internet. An information identifier provided to Browser, indicated by the green rectangle, locates information from bookmarks and web history. An information identifier provided to Contacts, indicated by the blue rectangle, locates information from contacts stored locally on the Galaxy Tab 7.0 Plus.

| which comprise the Internet and local storage media; | The locations searched by the Galaxy Tab 7.0 Plus include the internet and local storage media. |
|---|---|

The figure below shows an example of a plurality of modules.  One module is the Google module that performs a search of Google Search suggestions on the Internet.  Another module is the Browser module that performs a search of bookmarks and web history, stored locally on the Galaxy Tab 7.0 Plus's local storage media.  Another module is the People module that performs a search of the names of contacts stored locally on the Galaxy Tab 7.0 Plus's local storage media.



| means for determining at least one candidate item of information based upon the plurality of heuristics; | The Samsung Galaxy Tab 7.0 Plus comprises means for determining at least one candidate item based on the plurality of heuristics. |
| --- | --- |

| | |
|---|---|
| | For example, in the image below, the Galaxy Tab 7.0 Plus is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app":  |
| and means for displaying a representation of said candidate item of information. | The Galaxy Tab 7.0 Plus comprises means for displaying a representation of said candidate item of information.<br><br>For example, in the screen capture below, the Galaxy Tab 7.0 Plus is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the |

red rectangle, the results from the Browser module by the green rectangle, and the results from the Contacts module by the blue rectangle.  The representations appear as icons and/or explanatory text.



By way of further example, upon information and belief, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Tab 7.0 Plus to show the results on the TFT screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy Tab 7.0 Plus displays results can be found in the

| | files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java. |
|---|---|

| Claim 30 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The apparatus of claim 29, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Tab 7.0 Plus is an apparatus of Claim 29 wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  Upon information and belief, the file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 32 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The apparatus of claim 29 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Tab 7.0 Plus is an apparatus of Claim 29 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, upon information and belief, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 33 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| The apparatus of claim 29 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy Tab 7.0 Plus is an apparatus of Claim 29 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy Tab 7.0 Plus's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

# EXHIBIT 152

**Exemplary Infringement Claim Chart for U.S. Patent No. 6,847,959**

| Claim 1 of U.S. Patent No. 6,847,959 | Infringement by the Samsung Galaxy Tab 8.9 |
|---|---|
| A method for locating information in a computer system, comprising the steps of[1]: | To the extent the preamble of Claim 1 may be construed to be limiting, the Samsung Galaxy Tab 8.9 performs a method for locating information in a computer system.<br><br>For instance, the Samsung Galaxy Tab 8.9 includes 1 GHz dual-core processor CPU, 16 GB of on-board memory, a 8.9" TFT screen, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 3.1 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information in a computer system.<br><br> |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| Connectivity | |
| --- | --- |
| WiFi | WiFi 802.11 a/b/g/n |
| USB | USB 2.0 H/S |
| Bluetooth | Bluetooth 3.0 |

| Display | |
| --- | --- |
| Display | 8.9" WXGA (1280x800) TFT (PLS) |

The Samsung Galaxy Tab 8.9 includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the upper left corner of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy Tab 8.9.

2



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Tab 8.9, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Quick Search Box as a standard feature of the Galaxy Tab 8.9, as shown by the specifications on Samsung's web site:



| | |
|---|---|
| inputting an information identifier; | The Samsung Galaxy Tab 8.9 performs the step of inputting an information identifier.<br><br>The Samsung Galaxy Tab 8.9 has a 8.9" TFT screen. |

| | The TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.<br><br>The Android Quick Search Box on the Samsung Galaxy Tab 8.9 receives an inputted information identifier from a user.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box: |
|---|---|



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy Tab 8.9 may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| providing said information identifier to a plurality of plug-in modules | The Galaxy Tab 8.9 performs the step of providing said information identifier to a plurality of plug-in modules. |

The Galaxy Tab 8.9's Quick Search Box provides a plurality of plug-in modules.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy Tab 8.9 displays examples of a plurality of pre-selected plug-in modules that include the Google, Browser, and Contacts plug-in modules.  Users can select which modules to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected plug-in modules.



each using a different heuristic to

The Galaxy Tab 8.9 performs the step of each using a different heuristic to locate information which matches

| | |
|---|---|
| locate information which matches said identifier; | said identifier. |



For example, the Quick Search Box provides the Google, Browser, and Contacts plug-in modules. Each example module shown above uses a different heuristic to locate information which matches the inputted identifier. According to the '604 patent specification:

> "Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module 221 may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user input. A second module 222 may index and search the contents of files on the local and/or network storage

| | |
|---|---|
| | volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input." ('604 patent, col. 4, ll. 13-23)<br><br>"[T]he selected plug-in modules 221 . . . 22N receive the information identifier and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules 221 . . . 22N. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14) |
| providing at least one candidate item of information from said modules; | The Galaxy Tab 8.9 performs the step of providing at least one candidate item of information from said modules.<br><br>For example, in the image below, the Galaxy Tab 8.9 is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the modules as a result of a search for the information identifier "app": |



| | |
|---|---|
| and displaying a representation of said candidate item of information. | The Galaxy Tab 8.9 performs the step of displaying a representation of said candidate item of information.<br><br>In the screen capture below, the Galaxy Tab 8.9 is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Browser module by the green rectangle, and the results from the Contacts module by the blue rectangle.  The representations appear as icons and/or explanatory text. |



By way of further example, upon information and belief, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java. The showSuggestions() method then uses the setSuggestions() method of  an instance of the

| | mSearchActivityView class to set the suggestions, which signals the Galaxy Tab 8.9 to show the results on the TFT screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy Tab 8.9 displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java. |
|---|---|

| Claim 2 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The method of claim 1 wherein said information identifier is input via an application program having a text input window. | The Samsung Galaxy Tab 8.9 performs the method of Claim 1 wherein said information identifier is input via an application program having a text input window.<br><br>The Quick Search Box application includes a text input window by means of which a user can input an information identifier.  In the image below, the user has input the information identifier "app" into the text input window at the top of the screen: |

15



| Claim 3 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The method of claim 1 wherein said information identifier is input in by means of a dialog box displayed on a user interface. | The Samsung Galaxy Tab 8.9 performs the method of Claim 1 wherein said information identifier is input by means of a dialog box displayed on a user interface.<br><br>As shown below, the Quick Search Box (the box in the upper left corner of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy Tab 8.9.<br><br><br><br>Google's developer blog also describes the Quick Search Box as "available right from your phone's home screen."[2] |

[2]  "Quick Search Box for Android," Google Mobile Blog, http://googlemobile.blogspot.com/2009/10/quick-search-box-for-android-search.html.

| Claim 5 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The method of claim 1 wherein said information identifier is one of a letter, a word, or a phrase. | The Samsung Galaxy Tab 8.9 performs the method of Claim 1 wherein said information identifier is one of a letter, a word, or a phrase.<br><br>In the image below, the information identifier provided to the Quick Search Box is the letter "a":<br><br><br><br>In the image below, the  information identifier provided to the Quick Search Box is the word "app": |



In the image below, the information identifier provided to the Quick Search Box is the phrase "apple support":



| Claim 9 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The method of claim 1 wherein one of said heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Tab 8.9 performs the method of Claim1 wherein one of said heuristics locates items of information on the basis of names of files.<br><br>For example, upon information and belief, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locate items of information on the basis of names of files. |

| Claim 10 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The method of claim 9 wherein another of said heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy Tab 8.9 performs the of Claim 9 wherein another of said heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy Tab 8.9's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 11 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The method of claim 9 wherein another of said heuristics locates items of information on the basis of most recently accessed items. | The Samsung Galaxy Tab 8.9 performs the method of Claim 9 wherein another of said heuristics locates items of information on the basis of most recently accessed items.<br><br>As described in the official description of the Google Search application, "Google Search will learn which items you click on most to make it even easier to get what you want quickly."[3]<br><br>For example, upon information and belief, the Contacts module creates a database query that includes references to the constants CURRENT_CONTACTS, RECENT_CONTACTS, and TIME_SINCE_LAST_CONTACTED  As a further example, upon information and belief, the Browser module ranks a plurality of results by using the DATE_LAST_VISITED constant. |

---

[3]  "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox.

| Claim 12 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The method of claim 1 wherein one of said heuristics locates items of information that are stored locally on the computer system. | The Samsung Galaxy Tab 8.9 performs the method of Claim 1 wherein one of said heuristics locates items of information stored locally on the computer system.<br><br>As described above, the plug-in modules locate information that is stored locally on the computer system.  For example, the Contacts module locates information about a user's contacts that are stored locally on the Samsung Galaxy Tab 8.9.<br><br>In the image below, the plug-in modules have located a locally stored bookmark, indicated by the green rectangle, and a locally stored contact, indicated by the blue rectangle: |



| Claim 14 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The method of claim 12 wherein another of said heuristics locates items of information that are stored on remote computer systems. | The Samsung Galaxy Tab 8.9 performs the method of Claim 12 wherein another of said heuristics locates items of information that are stored on remote computer systems.<br><br>The Google plug-in module, indicated in the image below with a red rectangle, provides internet search suggestions from the search engine Google based on the user's inputted information identifier.<br><br>The Google plug-in module retrieves its suggestions from Google, a remote computer system.  Upon information and belief, the computer instructions found in the file GoogleSuggestClient.java call the mProvider.getsuggestions() method, which in turn calls the queryInternal() method, which uses the query() method to send an HTTP "get" request to a Google Suggests server and return the suggestion results to the quick search box.  (See source code at AbstractGoogleSource.java and GoogleSuggestClient.java.)<br><br>For example, in the image below, the Google Search suggestions, retrieved from the remote computer system, are highlighted with a red rectangle. |



| Claim 15 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The method of claim 14 wherein said other heuristic locates Internet web pages. | The Samsung Galaxy Tab 8.9 performs the method of Claim 14 wherein said other heuristic locates internet web pages.<br><br>For example, the Google Search suggestions retrieved by the Google plug-in module correspond to internet searches from Google that correspond with the inputted information identifier.  When the user selects one of the searches, the user is taken to the corresponding search on the Google web site to view the results of the search.  Thus, the Google module locates internet web pages corresponding to the various suggested searches matching the inputted information identifier.<br><br>For instance, the image below shows the result of selecting the Google search suggestion "apple" corresponding to the inputted information identifier "app." |



| Claim 16 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The method of claim 14 wherein said other heuristic locates items of information that are stored on a wide-area network. | The Samsung Galaxy Tab 8.9 performs the method of Claim 14 wherein said other heuristic locates items of information that are stored on a wide-area network.<br><br>For example, the Google Search suggestions retrieved by the Google plug-in module corresponds to information available on the internet, a wide-area network.  Specifically, the searches correspond to searches using Google that correspond with the inputted information identifier.  When the user selects one of the searches, the user is taken to the corresponding search on the Google web site to view the results of the search.  Thus, the Google module locates web pages, which are items of information stored on a wide-area network.<br><br>For instance, the image below shows the result of selecting the Google search suggestion "apple" corresponding to the inputted information identifier "app." |



| Claim 17 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The method of claim 1 wherein said information identifier is provided in parallel to said modules, and | The Samsung Galaxy Tab 8.9 performs the method of Claim 1 wherein said information identifier is provided in parallel to said modules.<br><br>The Quick Search Box provides the inputted information identifier to the plug-in modules in parallel.  Upon information and belief, the file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the plug-in modules in parallel. |
| further including the step of selecting candidate items of information provided by said modules for display in accordance with a global heuristic. | The Samsung Galaxy Tab 8.9 performs the step of selecting candidate items of information provided by said modules for display in accordance with a global heuristic.<br><br>As described in the official description of the Google Search application, "Google Search will learn which items you click on most to make it even easier to get what you want quickly."[4]<br><br>The Galaxy Tab 8.9 displays a representation of the candidate item of information.  For example, in the screen capture below, the Galaxy Tab 8.9 is outputting representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Browser module by the green rectangle, and the results from the Contacts module by the blue rectangle. |

---

[4]  "Google Search," Google Play, https://play.google.com/store/apps/details?id=com.google.android.googlequicksearchbox.



By way of further example, upon information and belief, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Tab 8.9

| | to show the results on the TFT screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy Tab 8.9 displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java. |
| --- | --- |

| Claim 19 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| A method for locating information from a plurality of locations in a computer system, comprising the steps of[5]: | To the extent the preamble of Claim 19 may be construed to be limiting, the Samsung Galaxy Tab 8.9 performs a method for locating information from a plurality of locations in a computer system.<br><br>For instance, the Samsung Galaxy Tab 8.9 includes 1 GHz dual-core processor CPU, 16 GB of on-board memory, a 8.9" TFT screen, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 3.1 of the Android operating system, along with various pre-installed applications and therefore performs a method for locating information from a plurality of locations in a computer system.<br><br> |

---

[5] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.



The Samsung Galaxy Tab 8.9 includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the upper left corner of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy Tab 8.9.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Tab 8.9, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



Samsung promotes the Quick Search Box as a standard feature of the Galaxy Tab 8.9, as shown by the specifications on Samsung's web site:



| inputting an information identifier; | The Samsung Galaxy Tab 8.9 performs the step of inputting an information identifier.<br><br>The Samsung Galaxy Tab 8.9 has a 8.9" TFT screen. |
| --- | --- |

The TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy Tab 8.9 receives an inputted information identifier from a user.  In the screenshot below, the information identifier "app" has been input:



| | Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy Tab 8.9 may be found in the QsbApplication class and in the com.android.quicksearchbox package. |
|---|---|
| providing said information identifier to a plurality of heuristics | The Galaxy Tab 8.9 performs the step of providing said information identifier to a plurality of heuristics.<br><br>The Galaxy Tab 8.9's Quick Search Box provides a plurality of heuristics.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy Tab 8.9 displays examples of a plurality of pre-selected heuristics that include the Google, Browser, and Contacts heuristics. Users can select which heuristics to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected heuristics. |



| to locate information in a plurality of locations | The Galaxy Tab 8.9's performs the step of locating information from a plurality of locations in a computer system. |
| --- | --- |



For example, the Quick Search Box provides said information identifier to a plurality of heuristics such as to the Google, Browser, and Contacts, to locate information in the plurality of locations. An information identifier provided to Google, indicated by the red rectangle, locates information from Google Search suggestions on the Internet. An information identifier provided to Browser, indicated by the green rectangle, locates information from bookmarks and web history. An information identifier provided to Contacts, indicated by the blue rectangle, locates information from contacts stored locally on the Galaxy Tab 8.9.

| which include the Internet and local storage media; | The locations searched by the Galaxy Tab 8.9 include the internet and local storage media. |

The figure below shows a plurality of modules.  One module is the Google module that performs a search of Google Search suggestions on the Internet.  Another module is the Browser module that performs a search of bookmarks and web history, stored locally on the Galaxy Tab 8.9's local storage media.  Another module is the People module that performs a search of the names of contacts stored locally on the Galaxy Tab 8.9's local storage media.



determining at least one candidate item of

The Samsung Galaxy Tab 8.9 performs the step of determining at least one candidate item based on

| information based upon the plurality of heuristics; | the plurality of heuristics.<br><br>For example, in the image below, the Galaxy Tab 8.9 is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app":<br><br> |
|---|---|

| | |
|---|---|
| and displaying a representation of said candidate item of information. | The Galaxy Tab 8.9 performs the step of displaying a representation of said candidate item of information.<br><br>In the screen capture below, the Galaxy Tab 8.9 is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Browser module by the green rectangle, and the results from the Contacts module by the blue rectangle.  The representations appear as icons and/or explanatory text. |



By way of further example, upon information and belief, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Tab 8.9

| | to show the results on the TFT screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy Tab 8.9 displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java. |
|---|---|

| Claim 20 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The method of claim 19, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Tab 8.9 performs the method of Claim 19 wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  Upon information and belief, the file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

50

| Claim 22 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The method of claim 19 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Tab 8.9 performs the method of Claim19 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, upon information and belief, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 23 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The method of claim 22 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy Tab 8.9 performs the method of Claim 9 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy Tab 8.9's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 24 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| A computer readable medium[6] | To the extent the preamble of Claim 11 may be construed to be limiting, the Samsung Galaxy Tab 8.9 includes computer readable media.<br><br>Computer memory is a form of computer-readable medium.  The Samsung Galaxy Tab 8.9 contains 16GB of internal computer memory, as indicated on the specifications on Samsung's web site:<br><br><br><br>The Samsung Galaxy Tab 8.9, and in particular the Quick Search Box functionality thereon, contain instructions within their computer readable media, to perform the claimed steps.  For example, the Samsung Galaxy Tab 8.9 includes version 3.1 of the Android software platform, which includes such instructions, as set forth below. |
| for locating information from a plurality of locations containing program instructions to: | The Samsung Galaxy Tab 8.9 comprises a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>The Galaxy Tab 8.9 includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."  The Quick Search Box is an application comprising program instructions.<br><br>As shown below, the Quick Search Box (the box in the upper left corner of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy Tab 8.9. |

---

[6] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Tab 8.9, and the Quick Search Box has located information correlating to the information identifier "app" in the computer system:



| | |
|---|---|
| receive an information identifier; | The Samsung Galaxy Tab 8.9 comprises a computer-readable medium including instructions to receive an information identifier.<br><br>The Samsung Galaxy Tab 8.9 has a 8.9" TFT screen. |

**Display**

| Display | 8.9" WXGA (1280x800) TFT (PLS) |
|---------|-------------------------------|

The TFT screen is a touchscreen which the user manipulates by touching displayed objects.  For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy Tab 8.9 receives an inputted information identifier.  In the screenshot below, the user has input the information identifier "app" into the Quick Search Box:



Portions of the computer instructions allowing the Quick Search Box to receive an information identifier in the Samsung Galaxy Tab 8.9 may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| provide said information identifier to a plurality of heuristics | The Samsung Galaxy Tab 8.9 comprises a computer readable medium including instructions to provide the information identifier to a plurality of heuristics to locate information in a plurality of |
| --- | --- |

locations which include the Internet and local storage media.

The Galaxy Tab 8.9's Quick Search Box provides a plurality of heuristics.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy Tab 8.9 displays examples of a plurality of heuristics to which an information identifier is provided by the Galaxy Tab 8.9.  The Galaxy Tab 8.9 provides the information descriptor to the heuristics modules and permits the user to modify the default list of selected heuristics.



| | |
|---|---|
| | The Galaxy Tab 8.9 provides at least the Google, Browser, and Contacts heuristics that are preselected by the Galaxy Tab 8.9, as shown above. |
| to locate information in the plurality of locations | The Samsung Galaxy Tab 8.9 comprises a computer readable medium including instructions to locate information in the plurality of locations.<br><br><br><br>For example, the Quick Search Box provides said information identifier to a plurality of heuristics such as to the Google, Browser, and Contacts, to locate information in the plurality of locations.  An information identifier provided to Google, indicated by the red rectangle, locates information from |

| | |
|---|---|
| | Google Search suggestions on the Internet. An information identifier provided to Browser, indicated by the green rectangle, locates information from bookmarks and web history. An information identifier provided to Contacts, indicated by the blue rectangle, locates information from contacts stored locally on the Galaxy Tab 8.9. |
| which include the Internet and local storage media; | The locations searched by the Galaxy Tab 8.9 include the internet and local storage media.<br><br>The figure below shows a plurality of modules.  One module is the Google module that performs a search of Google Search suggestions on the Internet.  Another module is the Browser module that performs a search of bookmarks and web history, stored locally on the Galaxy Tab 8.9's local storage media.  Another module is the People module that performs a search of the names of contacts stored locally on the Galaxy Tab 8.9's local storage media. |



| determine at least one candidate item of information based upon the plurality of heuristics; | The Samsung Galaxy Tab 8.9 comprises a computer-readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics.

For example, in the image below, the Galaxy Tab 8.9 is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app": |



| and display a representation of said candidate item of information. | The Galaxy Tab 8.9 comprises a computer-readable medium that contains instructions to display a representation of said candidate item of information.

In the screen capture below, the Galaxy Tab 8.9 is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Browser module by the green rectangle, and the results from the Contacts module |

by the blue rectangle.  The representations appear as icons and/or explanatory text.



By way of further example, upon information and belief, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file

| | SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Tab 8.9 to show the results on the TFT screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy Tab 8.9 displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java. |
|---|---|

| Claim 25 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Tab 8.9 comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  Upon information and belief, the file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 27 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The computer readable medium of claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Tab 8.9 comprises computer readable media of Claim 24 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, upon information and belief, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 28 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The computer readable medium of claim 24 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy Tab 8.9 comprises computer readable media of Claim 24 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy Tab 8.9's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |

| Claim 29 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| An apparatus that locates information from a plurality of locations within a computer system, comprising[7]: | To the extent the preamble of Claim 29 may be construed to be limiting, the Samsung Galaxy Tab 8.9 is an apparatus that locates information from a plurality of locations within a computer network.<br><br>For instance, the Samsung Galaxy Tab 8.9 includes a 1 GHz dual-core processor CPU, 16 GB of on-board memory, a 8.9" TFT screen, WiFi and Bluetooth radios providing the connectivity listed below, and software comprising Version 3.1 of the Android operating system, along with various pre-installed applications and therefore is an apparatus that locates information from a plurality of locations within a computer network.<br><br> |



---

[7] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.



| Display | |
|---|---|
| Display | 8.9" WXGA (1280x800) TFT (PLS) |

The Samsung Galaxy Tab 8.9 includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web."

As shown below, the Quick Search Box (the box in the upper left corner of the screen labeled "Google") forms part of the default user interface available from the home screen on the Samsung Galaxy Tab 8.9.



The figure below shows the screen when the user taps the Quick Search Box on the home screen.



In the image below, the user has entered the information identifier "app" into the Quick Search Box on the Galaxy Tab 8.9, and the Quick Search Box has located Google search suggestions correlating to the information identifier "app" from the internet, a computer network.  The Google Search suggestions are identified by a red rectangle below:



| means for inputting an information identifier; | The Samsung Galaxy Tab 8.9 comprises means for inputting an information identifier.<br><br>The Samsung Galaxy Tab 8.9 has a 8.9" TFT screen. |
| --- | --- |

**Display**

| Display | 8.9" WXGA (1280x800) TFT (PLS) |
|---|---|

The TFT screen is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information identifier using an onscreen keyboard.

The Android Quick Search Box on the Samsung Galaxy Tab 8.9 receives an inputted information identifier from a user. In the screenshot below, the user has inputted the information identifier "app" into the Quick Search Box:



Portions of the computer instructions allowing the user to input an information identifier in the Samsung Galaxy Tab 8.9 may be found in the QsbApplication class and in the com.android.quicksearchbox package.

| | |
|---|---|
| means for providing said information identifier to a plurality of heuristics | The Galaxy Tab 8.9 comprises means for providing said information identifier to a plurality of heuristics. |

The Galaxy Tab 8.9's Quick Search Box provides a plurality of heuristics.  As shown below, the Search Settings panel for the Quick Search Box on the Samsung Galaxy Tab 8.9 displays examples of a plurality of pre-selected heuristics that include the Google, Browser, and Contacts heuristics. Users can select which heuristics to enable or disable (or plug-in or plug-out).  The Quick Search Box provides the inputted information identifier to the selected heuristics.



| to locate information in the plurality of locations | The Galaxy Tab 8.9 locates information from a plurality of locations. |
|---|---|



For example, the Quick Search Box provides said information identifier to a plurality of heuristics such as to the Google, Browser, and Contacts, to locate information in the plurality of locations.  An information identifier provided to Google, indicated by the red rectangle, locates information from Google Search suggestions on the Internet. An information identifier provided to Browser, indicated by the green rectangle, locates information from bookmarks and web history. An information identifier provided to Contacts, indicated by the blue rectangle, locates information from contacts stored locally on the Galaxy Tab 8.9.

76

| which comprise the Internet and local storage media; | The locations searched by the Galaxy Tab 8.9 include the internet and local storage media. |
|---|---|
| | The figure below shows a plurality of modules.  One module is the Google module that performs a search of Google Search suggestions on the Internet.  Another module is the Browser module that performs a search of bookmarks and web history, stored locally on the Galaxy Tab 8.9's local storage media.  Another module is the People module that performs a search of the names of contacts stored locally on the Galaxy Tab 8.9's local storage media. |
| |  |

77

| | |
|---|---|
| means for determining at least one candidate item of information based upon the plurality of heuristics; | The Samsung Galaxy Tab 8.9 comprises means for determining at least one candidate item based on the plurality of heuristics.<br><br>For example, in the image below, the Galaxy Tab 8.9 is providing the candidate items "Apple Customer Support," the bookmarked site www.apple.com, and various Google Search suggestions located by the heuristics as a result of a search for the information identifier "app": |



| and means for displaying a representation of said candidate item of information. | The Galaxy Tab 8.9 comprises means for displaying a representation of said candidate item of information. |
| --- | --- |
| | In the screen capture below, the Galaxy Tab 8.9 is displaying representations of the candidate items to the screen.  Representations of the Google Search results are indicated by the red rectangle, the results from the Browser module by the green rectangle, and the results from the Contacts module |

by the blue rectangle.  The representations appear as icons and/or explanatory text.



By way of further example, upon information and belief, once the Quick Search Box has obtained the suggestions via the getSuggestions() method, as described above, the Quick Search Box then calls the showSuggestions() method in order to display the list of suggestions, as shown in the file

| | SearchActivity.java.  The showSuggestions() method then uses the setSuggestions() method of  an instance of the mSearchActivityView class to set the suggestions, which signals the Galaxy Tab 8.9 to show the results on the TFT screen, as shown in the file SearchActivityView.java.  Further computer instructions indicating how the Galaxy Tab 8.9 displays results can be found in the files DelayingSuggestionsAdapter.java and SuggestionsAdapterBase.java. |
|---|---|

| Claim 30 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The apparatus of claim 29, wherein the information identifier is applied separately to each heuristic. | The Samsung Galaxy Tab 8.9 is an apparatus of Claim 29 wherein the information identifier is applied separately to each heuristic.<br><br>For example, the Quick Search Box provides the inputted information identifier separately to each of the selected heuristics.  Upon information and belief, the file SuggestionProviderImpl.java includes computer instructions that call the method QueryTask.startQueries(), which sends the query to each of the selected heuristics. |

| Claim 32 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The apparatus of claim 29 wherein one of the plurality of heuristics locates items of information on the basis of names of files. | The Samsung Galaxy Tab 8.9 is an apparatus of Claim 29 wherein one of the plurality of heuristics locates items of information on the basis of names of files.<br><br>For example, upon information and belief, Browser maintains a database comprising bookmarks and web history. A connection is established to the database by referring to the name of the database file, "browser2.db." The name of the file is then used in computer instructions found in the file BrowserProvider2.java to initialize the database. Browser and the associated heuristic therefore locates items of information on the basis of names of files. |

| Claim 33 of U.S. Patent No. 6,847,959 | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| The apparatus of claim 29 wherein another of the heuristics locates items of information on the basis of contents of files. | The Samsung Galaxy Tab 8.9 is an apparatus of Claim 29 wherein another of the plurality of heuristics locates items of information on the basis of the contents of files.<br><br>For example, Contacts maintains a database comprising names of contacts, which is then searched. The heuristic used by Contacts locates contact information in the database on the basis of the contents of the database file.  Thus, another of the Galaxy Tab 8.9's heuristics locates information on the basis of the contents of files, namely, the contents of the Contacts database. |