JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF MICHAEL VALEK IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO PRICING OF APPLE PRODUCTS** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") hereby moves this Court for an order to seal the following documents: Exhibits 2 and 3 to the Declaration of Michael Valek In Support of Apple's Opposition to Samsung's Motion to Compel Production of Documents Relating to Pricing of Apple Products.

Exhibits 2 and 3 contain or discuss information that Samsung has designated "Highly Confidential-Attorney's Eyes Only" pursuant to the Protective Order entered in this case, or is otherwise information that is believed to be deemed confidential by Samsung. Apple has established good cause to permit filing the above Samsung confidential information under seal through the Declaration of Scott A. Leslie in Support of Apple's Administrative Motion to File Under Seal Exhibits to the Declaration of Michael Valek in Support of Apple's Opposition to Samsung's Motion to Compel Production of Documents Relating to Pricing of Apple Products, filed herewith.

Pursuant to General Order No. 62, the complete, unredacted versions of these documents will be lodged with the Court for *in camera* review and served on Samsung. Further, in accordance with this Court's Civil Standing Order Regarding Motions to File Under Seal, proposed public versions of the following documents will be publicly e-filed as attachments to this Motion to Seal: Exhibits 2 and 3 to the Declaration of Michael Valek In Support of Apple's Opposition to Samsung's Motion to Compel Production of Documents Relating to Pricing of Apple Products.

Pursuant to Civil L.R. 7-11, counsel for Apple and counsel for Samsung conferred on April 1, 2013. Samsung does not oppose Apple's Administrative Motions to File Documents Under Seal as a procedural mechanism for filing portions of Apple's Opposition to Samsung's Motions to Compel under seal. Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

GIBSON, DUNN & CRUTCHER LLP

Dated: April 2, 2013      By:      */s/ H. Mark Lyon*
                                         H. Mark Lyon
                                         **Attorney for Plaintiff Apple Inc.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated:  April 2, 2013                                    By:            */s/ H. Mark Lyon*
                                                                                      H. Mark Lyon