JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF SCOTT A. LESLIE IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF MICHAEL VALEK IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO PRICING OF APPLE PRODUCTS** |

I, Scott A. Leslie, declare and state as follows:

1. I am a member of the New York State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP, Counsel for Apple, Inc. ("Apple"). Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in connection with Apple's Apple's Administrative Motion to File Under Seal Exhibits to the Declaration of Michael Valek in Support of Apple's Opposition to Samsung's Motion to Compel Production of Documents Relating to Pricing of Apple Products to confirm that certain documents and information contained in Exhibits 2 and 3 to the Declaration of Michael Valek in Support of Apple's Opposition to Samsung's Motion to Compel Production of Documents Relating to Pricing of Apple Products are confidential and sealable. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. Pursuant to Civil L.R. 7-11, counsel for Apple and counsel for Samsung conferred on April 1, 2013. Samsung does not oppose Apple's Administrative Motions to File Documents Under Seal as a procedural mechanism for filing portions of Apple's Opposition to Samsung's Motions to Compel under seal.

3. Exhibits 2 and 3 to the Declaration of Michael Valek in Support of Apple's Opposition to Samsung's Motion to Compel Production of Documents Relating to Pricing of Apple Products constitute or otherwise discuss information that has been designated as "Highly Confidential-Attorney's Eyes Only" by Samsung.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

GIBSON, DUNN & CRUTCHER LLP

Dated: April 2, 2013          By:     /s/ Scott A. Leslie

                                       Scott A. Leslie

1

DECL. OF SCOTT A. LESLIE IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE EXHIBITS. TO THE DECL. OF MICHAEL VALEK UNDER SEAL
CASE NO. 5:12-CV-00630-LHK (PSG)

## ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Scott A. Leslie has concurred in this filing.

Dated: April 2, 2013                                By:   */s/ H. Mark Lyon*
                                                                    H. Mark Lyon

DECL. OF SCOTT A. LESLIE IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE EXHIBITS. TO THE DECL. OF MICHAEL VALEK UNDER SEAL
CASE NO. 5:12-CV-00630-LHK (PSG)

2