UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF MICHAEL VALEK IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO PRICING OF APPLE PRODUCTS** |

Apple Inc. ("Apple") has filed its Administrative Motion to File Under Seal Exhibits to the Declaration of Michael Valek in Support of Apple's Opposition to Samsung's Motion to Compel Production of Documents Relating to Pricing of Apple Products.

Apple has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that Exhibits 2 and 3 to the Declaration of Michael Valek in Support of Apple's Opposition to Samsung's Motion to Compel Production of Documents Relating to Pricing of Apple Products discuss and refer to non-public documents and things that are "privileged or protectable as trade secret otherwise entitled to protection under the law," and are thus sealable. Civil L.R. 79-5(a).

Accordingly, for good cause shown, the Court HEREBY ORDERS that Exhibits 2 and 3 to the Declaration of Michael Valek in Support of Apple's Opposition to Samsung's Motion to Compel Production of Documents Relating to Pricing of Apple Products may be filed under seal.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                                                                Hon. Paul S. Grewal
                                                                                United States Magistrate Judge