JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL VALEK IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO PRICING OF APPLE PRODUCTS**<br><br>**EXHIBITS 2 AND 3 FILED UNDER SEAL**<br><br>**HEARING:**<br><br>Date: Thursday, April 11, 2013<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Honorable Paul S. Grewal |

I, Michael Valek, declare and state as follows:

1. I am Of Counsel at the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), counsel of record in this action for Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple"). I am licensed to practice law in the State of Texas. I submit this declaration in support of Apple Inc.'s Opposition to Samsung's Motion to Compel Production of Documents Relating to Pricing of Apple Products. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows.

2. Attached hereto as Exhibit 1 is a true and correct copy of Samsung's Objections and Responses to Apple's Request No. 232 excerpted from Samsung's Objections and Responses to Apple's Third Set of Requests for Production to Defendants, dated August 13, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of a document bearing Bates numbers SAMNDCA00401284 to SAMNDCA00401292, and attached hereto as Exhibit 3 is a true and correct copy of an English translation of the document bearing Bates numbers SAMNDCA00401284 to SAMNDCA00401292 with an accompanying Certificate of Translation indicating that the document was translated from Korean to English on March 29, 2013.

4. During the parties' lead trial counsel meet-and-confer on February 15 and 16, 2013, counsel for Samsung identified the document attached hereto as Exhibit 2 as an example of a "Pumi report." Counsel for Samsung further represented during that meet-and-confer that documents such as this Pumi report reflected the type of pricing information Samsung would produce in response to Apple's Request for Production No. 232. Samsung's counsel identified no other category of document that it would produce in response to Apple's Request No. 232, either during the meet-and-confer or subsequently.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Apple's counsel to Samsung's counsel, dated March 22, 2013.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Samsung's counsel to Apple's counsel, dated March 27, 2013.

7. Attached hereto as Exhibit 6 is a true and correct copy of Apple's Objections and Responses to Samsung's Request Nos. 320-21 excerpted from Apple Inc.'s Objections and Responses to

Samsung's Seventh Set of Requests for Production of Documents and Things, dated November 28, 2012.

8. Attached hereto as Exhibit 7 is a true and correct copy of Apple's Objections and Responses to Samsung's Request Nos. 432-33 excerpted from Apple Inc.'s Objections and Responses to Samsung's Ninth Set of Requests for Production of Documents and Things (Nos. 364-587), dated December 19, 2012.

9. Attached hereto as Exhibit 8 is a true and correct copy of Apple's Objections and Responses to Samsung's Request No. 84 excerpted from Apple Inc.'s Objections and Responses to Samsung's Second Set of Requests for Production, dated May 11, 2012.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Executed on April 2, 2013 in Dallas, Texas.

Dated: April 2, 2013              By:      */s/ Michael Valek*
                                           Michael Valek

## **ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Michael Valek has concurred in this filing.

GIBSON, DUNN & CRUTCHER LLP

Dated:  April 2, 2013            By:     */s/ H. Mark Lyon*
                                                         H. Mark Lyon

3

DECL. OF MICHAEL VALEK IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO PRICING OF APPLE PRODUCTS
CASE NO. 5:12-CV-00630-LHK (PSG)