# EXHIBIT L

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a
Korean corporation; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation; and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

Defendants.

CASE NO. 12-cv-

**DECLARATION OF CHRISTOPHER
VELLTURO, PH.D.**

**DOCUMENT SUBMITTED UNDER SEAL**

**Hearing:**
Date:
Time:
Place:
Judge:

DECLARATION OF CHRISTOPHER VELLTURO,
Ph.D.  – CASE NO. 12-cv-

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

Samsung was the "top smartphone manufacturer" and enjoyed "an 'explosive' increase of 278 percent from 25 million [smartphones] in 2010."[33]

21.   Data on smartphone shares by operating system also demonstrate that, despite Apple's significant success, other smartphones, particularly those running the Android operating system, have made considerable inroads in acquiring share of smartphones. For example, as depicted in Attachment E, the Android operating system has the highest share of smartphones in the U.S. at 67.1 percent in the third quarter of 2011, followed by Apple's iOS with 20.4 percent, RIM's Blackberry operating system with 10 percent, and Windows Mobile with 2.2 percent.

22.   Despite introducing its first Galaxy smartphones two years after Apple introduced the iPhone, Samsung is the largest of the several mobile phone manufacturers that produce smartphones with the Android operating system.  In the third quarter of 2011, Samsung overtook Apple for the first time as the world's largest seller of smartphones.  As depicted in Attachment F, Samsung had a 20% share of worldwide smartphone shipments in the third quarter of 2011, while Apple's share was 14.5%.  As of the third quarter 2011, in the U.S., Samsung's smartphone share was approximately even with Apple's smartphone share.  Furthermore, even though Apple outsold Samsung in the fourth quarter of 2011, Samsung retained its position as the number one seller of smartphones for all of 2011 and completed the year with a 20% global share.[34]  Over the past two years, Apple's smartphone share in the U.S. has been in the range of 17.2% to 29.5%, and was 20.4% in the third

---

[33] Exh. 27 (Chloe Albanesius, *Samsung Beats Apple as 2011's No. 1 Smartphone Maker*, PCMag.com (Jan. 27, 2012), http://www.pcmag.com/article2/0,2817,2399445,00.asp).

[34] *Id.*

DECLARATION OF CHRISTOPHER VELLTURO,
Ph.D.  – CASE NO. 12-cv-XXXXX-XXX          13

quarter of 2011.  Over the same period, Samsung's smartphone share has risen from under 5% to almost 20%.[35]

23.     That Samsung's gains in the marketplace were achieved in substantial part at the expense of Apple's smartphones is also demonstrated by the change in shares that occurred when Samsung launched its first Galaxy smartphone.  A market research report prepared for Apple found that between the third and fourth quarters of 2010 (after Samsung introduced its first Galaxy smartphone), Apple's share of the smartphone marketplace dropped from 33% to 22%, while Samsung's share rose from 3% to 16%.[36]  This shift in shares demonstrates that a significant portion of the growth in Samsung's smartphone sales occurred at Apple's expense.

24.     The intensity of competition between Apple and Samsung is also confirmed by numerous reports from industry analysts that identify the two companies as direct competitors:

- An October 2010 report states that Samsung "successfully positioned itself as a major alternative to Apple's iPhone series to telecom operators as well as end customers."[37]

- A June 2011 report attributes the higher sales of Samsung's Galaxy S2 phone in part to the delayed roll-out of the next Apple iPhone.[38]

- An August 2011 report states that "[c]ompetition with Apple in September will be a key determinant of [Samsung's] share performance . . . . Samsung Electronics will

---

[35] Exh. 28 (IDC Mobile Phone Tracker, IDC WW Mobile Phone Tracker_2011Q3 Top 10, "USA" Tab).

[36] Exh. 29 (Apple Market Research & Analysis, *ComTech United States Report Q410*, Feb.11, 2011) at 18.

[37] Exh. 30 (Macquarie Equities Research, *Samsung Electronics*, Oct. 29, 2010) at 7.

[38] Exh. 31 (Woori Investment & Securities, *SEC (Handset)*, June 23, 2011) at 1.

DECLARATION OF CHRISTOPHER VELLTURO,
Ph.D.  – CASE NO. 12-cv-XXXXX-XXX          14

provide further incentives to developers to create more apps for that platform.  All of this will contribute to an increase in the popularity of Samsung and other non-Samsung Android devices and to Apple's sustained loss of sales and market share.

95.     This harm to Apple would not be fully compensable at trial.  Some portion of this lost revenue, such as that revenue associated with the initial lost sale of an iPhone, could be quantified at the damages phase of this case.  However, a great deal of other lost digital content revenue, such as that associated with the incalculable future lost sales of subsequent iPhones and iOS devices, particularly those lost after the initial act of infringement, could not be quantified, because, as described above, platform loyalty and network effects limit the ability to quantify the number of lost device sales.  For these reasons, much of this harm would be irreparable.

### 7.  Irreparable Injury Due to the Harm to Apple's Goodwill Resulting from Samsung's Infringement

96.     Absent a PI, Samsung will continue to import and sell in the United States allegedly infringing smartphones that offer a similar user experience to the iPhone and a similar experience (in certain other aspects) to Apple's digital media product line more generally (*e.g.*, seamless interoperability between smartphone and tablet).  The distinctive user experience Apple created and nurtured through its line of portable devices (iPod, iPhone, iPad, *etc.*) is a critical determinant in the value of the Apple brand and the associated goodwill Apple has built with end users.  Indeed, in Apple's recent iPhone Buyer's survey, 89 percent of U.S. purchasers of an iPhone cited trust in the Apple brand as an important consideration in purchasing their device.[124]  This goodwill will be eroded as a result of Samsung's sales of its allegedly infringing phones if a PI is not granted.

97.     The distinctive/differentiated nature of Apple's product offerings is reflected in consumer surveys and brand valuations.  In *Bloomberg BusinessWeek*'s annual ranking of the world's

---

[124] Exh. 82 (*iPhone Buyer Survey, supra* note 81) at 18.

most innovative firms, Apple consistently ranks first, including in each of the last two years.[125]

Apple is credited with "consistently combin[ing] clever technology with simplicity and ease of use"

and "inspir[ing] an almost religious fervour among its customers."[126]  As a result of a history of

innovations, inventions, marketing, and building a reputation for dependable, high quality products,

Apple has developed one of the most valuable brands in the world.  In 2011, Apple became the most

valuable brand in the world – surging ahead of Google and IBM.[127]  Samsung has avowed a desire to

"'change people's attention'" so they are no longer "'obsessed with Apple,'" as Samsung describes

U.S. customers.[128]

       98.    Through the use of key Apple patents, Samsung will endeavor to position its

smartphones in feature/user experience "space" very close to the iPhone.  This intent is evident in the

---

[125] *See* Exh. 117 (Michael Arndt & Bruce Einhorn, *The 50 Most Innovative Companies 2010*, Bloomberg BusinessWeek (Apr. 15, 2010), http://www.businessweek.com/interactive_reports/innovative_companies_2010.html?chan=magazine+channel_special+report).

[126] Exh. 60 (*Lessons from Apple*, *supra* note 67).  In 2001, industry analysts wrote that "Apple still stands above the crowd with its fantastic product design and killer software applications." Exh. 118 (Conan J. Laughlin, *et al.*, *Apple Computer, Inc.; Initiated Coverage with a Market Perform Rating*, Deutsche Banc Alex Brown, Nov. 6, 2001) at 4. Similarly, "…the Apple experience is about simplifying the way we interact with machines and making them natural and more intuitive." Exh. 119 (*Is Siri Steve Jobs' Greatest Legacy?*, Image Mechanics Thinking Aloud (Oct. 9, 2011), http://imagemechanics.com.au/#!/blog/2011/is-siri-steve-jobs-greatest-legacy/).

[127] *See* Exh. 61 (*BrandZ Top 100*, *supra* note 67) at 41. Apple is widely admired as the most innovative company in the world, and its brand is lined up with that fact. *See, e.g.*, Exh. 117 (Arndt & Einhorn, *supra* note 125) (naming Apple as the most innovative company in the world)).  Indeed, the U.S. Patent and Trademark Office is currently sponsoring an exhibit focused on the patents of Steve Jobs, and its director has described the exhibit as commemorating "'the far-reaching impact of Steve Jobs' entrepreneurship and innovation on our daily lives.'" Exh. 120  (Suzanne Choney, *Exhibit honors Steve Jobs patents, trademarks*, Digital Life, Nov. 30, 2011, available at http://digitallife.today.msnbc.msn.com/_news/2011/11/29/9096767-exhibit-honors-steve-jobs-patents-trademarks).

[128] Exh. 121 (Ina Fried, *Samsung's Marketing Chief Aims to Stir Passion for Korea's Electronics Giant*, http://allthingsd.com/20120130/samsungs-marketing-chief-aims-to-stir-passion-for-koreas-electronics-giant/ (Jan. 30, 2012).

DECLARATION OF CHRISTOPHER VELLTURO,
Ph.D.  – CASE NO. 12-cv-XXXXX-XXX     55

1

2

3
    I declare under penalty of perjury that the foregoing is true and correct.

4

5
    Dated:   February 8, 2012

6                                                    Christopher Vellturo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    DECLARATION OF CHRISTOPHER VELLTURO,
    Ph.D.  – CASE NO. 12-cv-XXXXX-XXX