# EXHIBIT M

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL J. WAGNER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date: June 7, 2012<br>Time: 1:30 p.m.<br>Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh<br><br>**FILED UNDER SEAL<br>HIGHLY CONFIDENTIAL –<br>ATTORNEYS' EYES ONLY** |

**Case No.: 12-CV-00630-LHK
DECLARATION OF MICHAEL J. WAGNER**

**Figure 7:    Apple Smartphone Market Study – Reasons Influencing Purchase**[45]

*[Figure: "Most influential reasons for choosing one smartphone over another" – table showing top reasons for iPhone buyers and Android buyers across US, UK, Ireland, and other countries. iPhone buyers' top reasons include "Wanted iPhone/iOS" (39%, 37%, 24%, 28%, 37%, 29%, 28%), "Integration w/Apple services", "Appearance & design", "Recommended by friends", "Get iTunes content", "Easier to use". Android buyers' top reasons include "Wanted Android OS", "Lower cost service plans", "Lower cost of handset", "Better overall value", "Appearance & design", "Easier to use", "iPhone unavailable", "Feature not on iPhone", "Preferred size".]*

Q28: Of all the reasons you indicated, which were the most influential in your decision to get (model) Android-based smartphone rather than an iPhone smartphone? Select up to 3.
Q31: Of all the reasons you decided to buy an iPhone smartphone rather than an Android-based smartphone, which were the most influential? Select up to 3.
Base: Smartphone owners who purchased in the past 3 months; small base size for iPhone buyers in China (n=21), and South Korea (n=29).

44.    One explanation for consumers' preference for Android is that Android operators and manufacturers have spent significant advertising dollars on Android, which serves to elevate the importance of the Android platform to smartphone consumers. For example, an Apple presentation titled "Android Market Overview" and dated Q4 2010 notes that Android operators and handset manufacturers had a "[n]early 9 to 1 Spend Ratio over iPhone Advertising."[46]

45.    A July 2011 presentation confirms that Android manufacturers outspend Apple, noting that "[t]otal Android 2011 advertising spend so far is $460 [million] in the US alone" compared to "total iPhone 2011 advertising spend [of] $107 [million]."[47] Another recent Apple

---

[45] "Smartphone Market Study," Apple Market Research & Analysis, October, November, December 2011, APLNDC630-0000149098-191 at '132. [Exhibit T]

[46] "Android Market Overview," Apple Market Research & Analysis, CY10-Q4, APLNDC00004618-736 at '626. [Exhibit R]

[47] "N94 launch pad," July 12, 2011, APLNDC630-0000128707-766 at '711. [Exhibit FFF] The N94 refers to the iPhone 4S.

presentation notes that Android is "[supported] by hundreds of millions [of dollars] in advertising" and that a new "Hero" Android smartphone launches every few weeks.[48]

46. This level of advertising for the platform, along with the Google brand, helps to create a branded platform that can compete with Apple's platform.  The resulting preference for the Android platform means that many of the customers that select an Android phone (such as the Galaxy Nexus) would not consider a smartphone with a different operating system (such as the iPhone).

### 2. Many Android Customers Would Never Purchase an iPhone

47. The importance of platform competition is further demonstrated by consumers' strong preferences when it comes to Apple.  In the same Business Insider Survey discussed above, one of the questions asked Android users "[w]hat might make you buy an iPhone instead?"  Of the 4 responses provided, more than 55 percent of the survey respondents selected "Nothing: I hate Apple," indicating that they would not buy an iPhone instead of their Android smartphone.[49]

48. ==On the flip side, Apple's documents provide evidence that a substantial portion of iPhone purchasers buy Apple's products due to their affinity for Apple products.  For example, according to a November 2011 Apple survey overview, the top reason identified for purchasing an iPhone 4S was being a "[f]an of Apple products."==

---

[48] "Sustaining momentum throughout the product cycle – Increasing share of first-time smartphone users," APLNDC630-0000128922-944 at '924. [Exhibit GGG]

[49] Blodget, Henry and Leah Goldman, "The Truth About Smartphones: Our Exclusive Survey on iPhone vs. Android," Business Insider, April 18, 2011, Figure 7, <http://www.businessinsider.com/smartphone-survey-results-2011-4#among-android-users-most-say-they-will-never-buy-an-iphone-because-they-hate-apple-most-of-the-rest-say-they-would-buy-an-iphone-if-it-worked-better-with-non-apple-products-and-theres-the-risk-of-the-closed-system-that-apple-is-selling-7>. [Exhibit Q]

Figure 8:    iPhone 4S Early Buyer Survey – Top Reasons for Purchasing iPhone 4S[50]



49.     As demonstrated by these surveys, a substantial portion of consumers have strong preferences either for or against Apple, meaning that many of the customers that select an Android phone (such as the Galaxy Nexus) would not consider an iPhone as an alternative.  This is another factor that Dr. Vellturo's analysis does not take into account.

### 3.  Dr. Vellturo Overemphasizes Competition by Samsung

50.     Dr. Vellturo's discussion focuses on the impact of Samsung on Apple's sales, but ignores that a number of other Android competitors have experienced substantial growth in market share over the same period.  As shown in Figure 9 (created using IDC data produced by Apple), Android's market share has risen over time.  In fact, Android's market share surpassed that of iOS months before Samsung introduced the Galaxy S and years before it introduced the Galaxy Nexus.

---

[50] "iPhone 4S Early Buyer Survey," Apple, November 2011, APLNDC-Y0000026096-137 at '120. [Exhibit S]

[…] it humanizes the phone.  They love it for that."[74]  Evidence that *Apple's customers* like the Siri feature of the iPhone 4S says nothing about whether the patented functionality of the '604 Patent has any effect whatsoever on demand for the Galaxy Nexus.

61. I understand that the Galaxy Nexus does not permit searching using natural language vocal interaction.  As one of Apple's 30(b)(6) witnesses, Greg Joswiak, testified at deposition, "I don't think any product has a system – a system like Siri."[75]  Further, Apple has offered absolutely no evidence that any consumer based his / her decision to purchase a Galaxy Nexus on the searching heuristics of the product.  Dr. Vellturo's analysis does not cite any evidence that any alleged infringement of the '604 patent has motivated any consumer to purchase a Galaxy Nexus.

### 2. The Evidence Is That Sales of the Galaxy Nexus Are Driven by Other Factors

62. Dr. Vellturo states that the Galaxy Nexus may have a greater impact on Apple than other Samsung smartphones because certain commentators have written that the Galaxy Nexus is the main or most credible competitor or noted the "big leap forward" of the Galaxy Nexus' operating system.[76]  However, these comparisons are evidence that it is features *other than* the accused functionalities that are the reasons that customers are selecting the Galaxy Nexus.  Apple has asserted that 12 other Samsung smartphones also infringe Apple's patent rights.[77]  The fact that industry commentators view the Galaxy Nexus as the most significant technical competitor to the iPhone 4S must be related to features other than the accused functionalities. Moreover, Apple's 30(b)(6) witness regarding the nexus between the accused infringing features and harm to Apple, Greg Joswiak, stated that he had no information as to the impact on sales or market share

---

[74] Deposition of Arthur Rangel, April 5, 2012, pp. 155-156.
[75] Deposition of Greg Joswiak, April 17, 2012, p. 41.
[76] Vellturo Declaration, pp. 39-40.
[77] Apple's Complaint for Patent Infringement, February 8, 2012, p. 5.

of the Galaxy Nexus assuming Samsung were to remove the four allegedly infringing features from the Galaxy Nexus – he would have to "speculate" about any such impacts.[78]

63.    In contrast to the limited and unpersuasive evidence cited by Dr. Vellturo that the patented functionalities have any effect on demand, there exists ample evidence that features *other than* the patented functionalities drive demand.

64.    Upon its launch of the Galaxy Nexus in December 2011, Samsung pointed to its AMOLED™ display, its 1.2 GHz dual-core processor, Android 4.0 (Ice Cream Sandwich), the Android Beam™, face unlock and its camera[79] as those features that differentiate its Galaxy Nexus smartphone.  Samsung's commercials echo the emphasis on these features as well as others such as: "elegant & rich notifications," "quick responses" and "data usage."[80]  It is noteworthy that there are specific advertisements for the Galaxy Nexus promoting the "Face Unlock" feature.[81]  In a video released by Google explaining the Face Unlock feature, the description states that an advantage of Face Unlock is that there are "no passwords to remember, nothing to type **or swipe** (emphasis added)."[82]

65.    Third party observers have also noted a wide range of features that set Samsung's Galaxy Nexus product apart from its competitors.  MSNBC's technology review site, Technolog,

---

[78] Deposition of Greg Joswiak, April 17, 2012, pp. 49-52.  *See also* pages 61 to 62 stating that he was not aware of any data that looked at the allegedly infringing features on a feature by feature basis to assess their effect on the demand for the Galaxy Nexus.
[79] "Galaxy Nexus Android Smartphone," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-features >. [Exhibit Y]
[80] "Introducing Galaxy Nexus. Simple, beautiful, beyond smart," youtube.com, <http://www.youtube.com/watch?v=-F_ke3rxopc>.  *See also* "Galaxy Nexus – Simple. Beautiful. Beyond Smart.," youtube.com, <http://www.youtube.com/playlist?list=PL3FD7B7B5BAD95ECD&feature=plcp>.
[81] "Galaxy Nexus and Face Unlock: Smile," youtube.com, <http://www.youtube.com/watch?v=5l4D2tn_-kQ>.  "Galaxy Nexus: Face Unlock," youtube.com, <http://www.youtube.com/watch?v=DDfmkMDue6c>.  "Introducing Galaxy Nexus. Simple, beautiful, beyond smart," youtube.com, <http://www.youtube.com/watch?v=-F_ke3rxopc>.
[82] "Galaxy Nexus: Face Unlock," youtube.com, <http://www.youtube.com/watch?v=DDfmkMDue6c>.

-32-                              Case No. 11-cv-01846-LHK
**DECLARATION OF MICHAEL J. WAGNER**

points to the Galaxy Nexus' "High-def display;" its sleeker, smarter interface; its performance as a multitasker; its "very fast performance;" its "New People App;" and its "Beefed up browser."[83]

66. Many reviews of the Galaxy Nexus highlight the features that the Nexus has and the iPhone does not. For example, the Galaxy Nexus is described as "packing a few lust-worthy features that Apple still has in the works for the iPhone (Verizon 4G LTE among them)."[84] According to a CNET review of the Galaxy Nexus, the "good" features of the phone include the power of the Android Ice Cream Sandwich OS, the speed of Verizon's LTE network, and the phone's beautiful screen and internal performance.[85] Similar features have been highlighted by other reviews, including one by Geekaphone, a consumer advice site, and can be seen in Figure 12.[86] None of these features are enabled by Apple's four patents.

---

[83] Spoonauer, Mark, "Samsung Galaxy Nexus review: The one to beat," MSNBC Technology, <http://www.technolog.msnbc.msn.com/technology/technolog/samsung-galaxy-nexus-review-one-beat-118858>. [Exhibit Z]

[84] Bookwalter, J.R., "Hands On: Samsung Galaxy Nexus vs. iPhone 4S," Mac Life, December 29, 2011, <http://www.maclife.com/article/features/hands_samsung_galaxy_nexus_vs_iphone_4s>. [Exhibit AA]

[85] Dolcourt, Jessica and Kent German, "Samsung Galaxy Nexus Review," CNET, December 15, 2011, <http://reviews.cnet.com/cell-phones/samsung-galaxy-nexus-verizon/4505-6454_7-35099738.html?tag=subnav#reviewPage1>. [Exhibit JJJ]

[86] "Samsung Galaxy Nexus vs. Apple iPhone 4S, Geekaphone," <http://geekaphone.com/compare/Samsung-GALAXY-Nexus-vs-Apple-iPhone-4S>. [Exhibit BB]

**Figure 12:   Geekaphone Review of Galaxy Nexus – Top Reasons to Buy**[87]

Reasons to buy the Samsung Galaxy Nexus

- Adobe Flash support — Many games and videos on the Internet require Adobe Flash
- NFC Support — Enables payment by phone and other wireless communications
- Fast upload speed — 3.42 mbps
- Fast download speed — 10.37 mbps
- Large screen — 4.6"
- Lots of memory (RAM) — 1024 MB
- Vivid screen — Super AMOLED
- High resolution screen — 1280x720
- Fast processor — 1.2 GHz
- Latest network technology — 4G
- Large battery capacity — 1,750 mAh
- Long talk time — 17.6 hours
- Average speed max data speeds — LTE (80 mbps)
- Average standby time — 12.1 days
- Average weight — 135 g
- Thin — 9 mm

67.   The speed of the Galaxy Nexus due to its ability to utilize the 4G LTE network, something the iPhone cannot do, is often touted.  The Galaxy Nexus is described as "fast, racking up a whopping 19.89 MBps down and 6.07Mbps up."[88]  It is clear from the marketing messages from Samsung and comments by industry observers that the features that are driving customers to purchase the Galaxy Nexus are principally technological features that distinguished the Galaxy Nexus from all of their competitors and not the alleged infringement of Apple's four patents.

68.   Dr. Vellturo does not directly address the issue of whether the accused functionality for the four patents asserted in the Motion caused any Galaxy Nexus purchaser to buy the Galaxy Nexus.  The evidence discussed above indicates it is features other than the patented functionalities that drove the demand for the Galaxy Nexus.  ==Apple itself noted in a July 2011==

---

[87] "Samsung Galaxy Nexus vs. Apple iPhone 4S, Geekaphone," <http://geekaphone.com/compare/Samsung-GALAXY-Nexus-vs-Apple-iPhone-4S>. [Exhibit BB]

[88] Bookwalter, J.R., "Hands On: Samsung Galaxy Nexus vs. iPhone 4S," Mac|Life, December 29, 2011, <http://www.maclife.com/article/features/hands_samsung_galaxy_nexus_vs_iphone_4s>. [Exhibit AA]

1 | I declare under penalty of perjury under the laws of the United States of America
2 | that the foregoing is true and correct.
3 | Executed on April 23, 2012, at Mountain View, California.

*/s/ Michael J. Wagner*

Michael J. Wagner