# EXHIBIT T

Why Apple needs to lose the Samsung appeal - Washington Post

| Politics | Opinions | Local | Sports | National | World | Business | Tech | Lifestyle | Entertainment | Jobs | More |

# Innovations



Home > Collections > Apple

## Why Apple needs to lose the Samsung appeal

By Vivek Wadhwa, *August 30, 2012*



**View Photo Gallery -** : Apple megastore opens at Grand Central Station: Apple is infamous…

I have to admit, I'm a huge Apple fan. I've bought practically every Apple device ever made. I am usually one of those in line the first day Apple releases a new product, and I own Apple stock.

That said, I hope that Apple loses if Samsung appeals — as they are expected to do.

Here's why: I am worried about the future of innovation—not only in Silicon Valley, but also at Apple. Another Apple victory will escalate the patent wars and cause more innovative startups to get trampled while tech-industry titans battle each other. Another patent victory could also cause Apple to become complacent – just as Microsoft was at the height of its Windows monopoly. Innovation requires a thriving ecosystem – one in which companies build on each other's ideas and where they are forced to continually reinvent themselves.

Ads by Google

**New Nokia Lumia 810**
Windows® 8 Wireless Charging Phone Coming Soon. Sign Up & Get It First
Nokia.com/Nokia+810+Smart+Phone

I have previously written about how patents have become a destructive force in the technology sector. Fledgling startups have to constantly worry about big companies such as Apple or Samsung—or worst of all—a patent troll, bankrupting them with a frivolous lawsuit. Research has shown between 1990 and 2010, patent lawsuits have caused a loss of half-a-trillion dollars in wealth and forced U.S. companies to divert substantial resources from production to litigation support.

The only way to protect ideas in the tech industry is to move fast and keep innovating. If you stagnate, others duplicate your ideas and put you out of business. That is why Apple is the most valuable company in the world—it keeps innovating. That's because it has to. It can't rest on its laurels like Microsoft did. Unlike the personal computer , mobile is evolving rapidly, and, as a result, companies can't stagnate.

Industry observers are already speculating about how the Apple victory is going to cause companies such as Nokia, RIM and Microsoft, which are laggards in the mobile technology race, and even Apple itself, to file more lawsuits. These companies have hoards of patents. Why innovate when you can more cheaply litigate?

Some are saying, however, that the ruling will have a positive effect because Apple's competitors will be forced to innovate, creating new designs. That may be true, but with the tens of thousands of patents out there, technology companies can't be sure how these relate to their inventions. These patents are very technical and most people can make neither heads nor tails of

Ads by Google



### Find More Stories About

Apple

Companies

what they cover. The innovator could get caught in a frivolous lawsuit by a patent troll trying to extort money or a big player wanting to slow down their potential competition. If expert technologists can't figure out what these patents cover, how can juries?

Consider how Apple won. It won on minor technicalities such as the ability to enlarge an image or text by tapping a screen, a "bounce back" feature when scrolling beyond the edge of a page, the effect of single-touch and multi-touch gestures such as "pinch-to-zoom", the shape of the iPhone, and the rounded square icons on its interface. These are hardly breakthroughs in technology that are worthy of protection. Some of Apple's patents are incredibly arcane even to technology experts.

Apple became successful because it didn't hesitate to cannibalize its own technologies. It didn't worry that the iPad would hurt the sales of its laptops, or that its laptops would cause its desktop products to become obsolete, or that the music player in the iPhone would eliminate the need to buy an iPod. The company moved foward quickly while competitors copied its designs. If you squint, you'll notice a number of similarities between the Windows 3 user interface, for example, and that of the Macintosh.

Ads by Google

**New Nokia Lumia 810**
Windows® 8 Wireless Charging Phone Coming Soon. Sign Up & Get It First
Nokia.com/Nokia+810+Smart+Phone

Let's not forget that Apple also got its start by building on technology developed by others. The graphical user interface and mouse that the Macintosh popularized and the tablet computer were in different stages of development at institutions such as Stanford Research Institute and Xerox's Palo Alto Research Center (PARC). Steve Jobs built on these innovations. If he was embroiled in lawsuits or had to pay hefty fees to patent trolls, the Macintosh computer, iPhone, iPad, and iPod would very likely not have existed.

So let's have Samsung and everyone else copy the iPhone and iPad, while Apple wows us with a new generation of technologies that are so far ahead that the competitors look out of date. I'll eagerly line up at the Apple Store to purchase its next big innovation—whatever it might be.

Read more news and ideas on Innovations.

Ads by Google

**Patent Litigation Support**
Unearth best infringement evidence Source code analysis, Claim chart
www.i-runway.com



FEATURED ARTICLES







2013 Honda Accord: A napping giant awakens

Heat is on South Korean rapper Psy for anti-American rap

Aging healthfully is not just a matter of having good genes

**More:**

A Muslim Brotherhood leader on bin Laden, Israel and Egypt's elections

Does it pay to know your type?

Suspect Adam Lanza was obscure in life, now is infamous in death

New Burden of Disease study shows world's people living longer but with more disability

Amazon Kindle Fire HD 8.9 gets a one-day discount

2014 Chevrolet Cruze Diesel Preview

## 76

## Comments

 **jivrooster** wrote:
9/5/2012 3:22 PM PDT

apples patents are 98% design patents, which offer no protection on functionality, its samsungs own fault for making the damn things look exactly like apples

 **_BSH** wrote:
9/4/2012 11:46 AM PDT

The headline does not match the meaning of the column. Apple won based on the law, but it isn't the jury that is wrong, nor should the courts overturn it. The problem is with the law itself. Wadhwa is correct, in that the law encourages unproductive activity, and patents are awarded for things that should not have patent protection. The purpose of patent law is to promote the progress of science and the useful arts, not merely to grant a monopoly on the first to submit something. Congress needs to remember that. Patent law & regulations need to go back to basics, and stop offering patents for trivial techniques or derivations.

 **NorthernVirginia** wrote:
9/4/2012 11:06 AM PDT

In Mr. Wadhwa's innovator's paradise, nobody's intellectual property is protected, and their imaginary incentive is to try to innovate faster.  But the captains of industry aren't stupid.  In that lawless environment, they would find it much more expedient to wait for someone else to innovate, steal the innovator's unprotected intellectual property, and relegate the innovator and his/her products/services to obscurity and poverty.

## View all comments »

Add your comment | Reply to a comment | Recommend a comment | Report an offensive comment

### More from The Washington Post

- My best books of the year
  Featured Articles From The Washington Post
- Portrait of Adam Lanza and his family begins to emerge
  The Washington Post - National News
- Lawmaker questions arrest of illegal immigrant, a sex offender, working for US senator
  Featured Articles From The Washington Post
- Over 'fiscal cliff,' fiscal pain to accelerate
  The Washington Post - Business
- Boehner's backup tax plan shakes up 'fiscal cliff' negotiations
  The Washington Post - Business

### Sponsored Headlines      [What's this?]

- 9-year-old Girl Gives Birth to a Baby Boy
  itsy bitsy steps
- World's Scariest Borders
  Travel + Leisure
- After 4th suicide, teens call for shutdown of Ask.fm
  The Daily Dot
- Ben Affleck Calls On Congress To Continue Supporting The Congo
  InvestingChannel
- How Google's 'Penguin' Update Will Make Content King Once Again
  Advertising Age

**washingtonpost.com**    © 2012 The Washington Post    Terms of Service    Privacy Policy    Submissions and Discussion Policy    Ad Choices    Index by Date    Index by Keyword