1  Amy H. Candido
   amycandido@quinnemanuel.com
2  Matthew S. Warren
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
4  50 California Street, 22nd Floor
   San Francisco, California  94111-4788
5  (415) 875-6600
   (415) 875-6700 facsimile
6
7  Attorneys for Non-Party Google Inc.
8

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                         SAN JOSE DIVISION
12

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Counterclaim-Plaintiff,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>   Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE ITS MOTION TO COMPEL DISCOVERY OF DOCUMENT PRODUCTION INFORMATION AND DIFF PROGRAM PRINTOUTS FROM GOOGLE INC. UNDER SEAL** |

I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Apple's Administrative Motion to File Under Seal. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. On March 26, 2013, Apple Inc. ("Apple") filed an administrative motion to file documents under seal (Docket No. 418), which sought to protect information designated as confidential by non-party Google and discussed in Apple Inc.'s Motion to Compel Discovery of Document Production Information and Diff Program Printouts From Google Inc. (Docket No. 418, Attachment 3) ("Motion"); the Declaration of Michael Valek In Support of Apple Inc.'s Motion to Compel Discovery of Document Production Information and Diff Program Printouts From Google Inc. ("Valek Declaration") (Docket No. 418, Attachment 4); and Exhibits 12, 15, 18, and 22 to the Valek Declaration (Docket No. 418, Attachment 5, at 113, 120-127, 152-165, 183). Pursuant to Civil L.R. 79-5(d), non-party Google submits this Declaration in support of Apple's Administrative Motion to File Its Motion to Compel Discovery of Document Production Information and Diff Program Printouts From Google Inc. Under Seal (Docket No. 418), to the extent Apple's Motion and supporting documents reference non-party Google's highly confidential or proprietary business information.

3. Selected portions of page 7 of Apple's Motion (Docket No. 418, Attachment 3) discuss the May 1, 2012 deposition testimony of Mr. Miller. Mr. Miller's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Miller testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

4. Paragraph 26 of the Valek Declaration (Docket No. 418, Attachment 4) discusses proprietary functionality and internal business processes that are confidential to non-party Google, and reflects the May 1, 2012 deposition testimony of Mr. Miller which is highly confidential under the protective order governing confidentiality in this action (Docket No. 171).

5. Exhibit 12 to the Valek Declaration (Docket No. 418, Attachment 5, at 113) discusses the May 1, 2012 deposition testimony of Mr. Miller, the May 11, 2012 deposition testimony of Mr. Nagel, the May 11, 2012 deposition testimony of Ms. Hackborn, and the May 13, 2012 deposition testimony of Mr. Wakasa.  The deposition transcripts of Messrs. Miller, Nagel, and Wakasa, and Ms. Hackborn are highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Messrs. Miller, Nagel, and Wakasa, and Ms. Hackborn testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

6. Selected portions of Exhibit 15 to the Valek Declaration (Docket No. 418, Attachment 5, at 123-125) discuss proprietary source code directories for non-party Google's highly confidential source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

7. Selected portions of Exhibit 18 to the Valek Declaration (Docket No. 418, Attachment 5, at 155-157) discuss proprietary source code directories for non-party Google's highly confidential source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

8. Exhibit 22 to the Valek Declaration (Docket No. 418, Attachment 5, at 183) is an excerpt from the May 1, 2012 deposition testimony of Mr. Miller.  Mr. Miller's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Miller testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California, on April 2, 2013.

By /s/ Kristin J. Madigan
Kristin J. Madigan