1  Amy H. Candido
   amycandido@quinnemanuel.com
2  Matthew S. Warren
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
4  50 California Street, 22nd Floor
   San Francisco, California  94111-4788
5  (415) 875-6600
   (415) 875-6700 facsimile
6

7  Attorneys for Non-Party Google Inc.

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiff,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE ITS MOTION TO COMPEL DISCOVERY OF DOCUMENT PRODUCTION INFORMATION AND DIFF PROGRAM PRINTOUTS FROM GOOGLE INC. UNDER SEAL** |

CASE NO. 12-CV-00630 LHK
[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1    Apple has filed an Administrative Motion to File its Motion to Compel Discovery of
2 Document Production Information and Diff Program Printouts From Google Inc. Under Seal
3 relating to Apple's March 26, 2013 Motion to Compel.  Non-party Google Inc. ("Google") has
4 filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence
5 of good cause for this Court to permit filing under seal.  The declaration establishes selected
6 portions of page 7 of Apple's Motion; paragraph 26 of the Declaration of Michael Valek; and
7 Exhibit 12, selected portions of Exhibits 15 and 18, and Exhibit 22 of the Declaration of Michael
8 Valek; contain non-party Google's highly confidential and proprietary information and could be
9 used to its disadvantage by competitors if they are not filed under seal.
10    Accordingly, for good cause shown, the Court ORDERS that the confidential, unredacted
11 version of Apple's Motion; the Declaration of Michael Valek; and Exhibits 12, 15, 18, and 22 of
12 the Declaration of Michael Valek shall be filed under seal.
13    **IT IS SO ORDERED**

15 DATED: _____        _____
                                       Hon. Paul S. Grewal
16                                     United States Magistrate Judge