QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

STEPTOE & JOHNSON, LLP
John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF RYAN S. GOLDSTEIN IN SUPPORT OF SAMSUNG'S UNOPPOSED MOTION FOR ISSUANCE OF COMMISSION TO CONSULAR OFFICER TO TAKE DEPOSITION IN JAPAN PURSUANT TO ARTICLE 17 OF THE UNITED STATES – JAPAN CONSULAR CONVENTION** |

I, Ryan S. Goldstein, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Motion For Issuance of Commission to Consular Officers to Take Deposition In Japan Pursuant to Article 17 of the United States – Japan Consular Convention. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. I first spoke with Professor Masui on or about February 5, 2013. I explained that we were interested in Professor Masui's work on the POBox software, which is relevant prior art in this litigation. On or about the morning of February 6, my colleague John McKee and I spoke to Professor Masui about POBox. During this call, Professor Masui expressed willingness to gather and provide information about POBox. Several days later, on or about February 12, 2013, Professor Masui verbally confirmed to me that he would be willing to sit for a deposition in this matter.

3. Over the last few months, I have spoken with Professor Masui several additional times. Professor Masui has declined to travel to the United States for a deposition, but has stated that he would be willing to appear for a deposition in Tokyo, Japan. On or about March 20, Professor Masui confirmed to me that he was available June 11 in Tokyo, and would be willing to sit for a deposition on that date. Samsung thereafter reserved space at the U.S. Embassy in Tokyo for Professor Masui's deposition.

4. Attached hereto as Exhibit 1 is a true and correct copy of The United States – Japan Consular Convention.

5. Attached hereto as Exhibit 2 is a true and correct copy of the State Department's guidelines for conducting depositions in Japan, taken from http://travel.state.gov/law/judicial/judicial_678.html on March 25, 2013.

-1- Case No. 12-CV-00630-LHK (PSG)
DECLARATION OF RYAN S. GOLDSTEIN IN SUPPORT OF SAMSUNG'S MOTION
FOR ISSUANCE OF COMMISSION TO CONSULAR OFFICER

1     I declare under penalty of perjury that the foregoing is true and correct.  Executed on this
2 3rd day of April, 2013, in Tokyo, Japan.

3

4

5 Dated: April 3, 2013

                                       Ryan S. Goldstein

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-     Case No. 12-CV-00630-LHK (PSG)
DECLARATION OF RYAN S. GOLDSTEIN IN SUPPORT OF SAMSUNG'S MOTION
FOR ISSUANCE OF COMMISSION TO CONSULAR OFFICER