1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 12-CV-0630-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION FOR ISSUANCE OF COMMISSION TO CONSULAR OFFICER TO TAKE DEPOSITION IN JAPAN PURSUANT TO ARTICLE 17 OF THE UNITED STATES – JAPAN CONSULAR CONVENTION** |

**TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES,**

United States Embassy Tokyo, Minato, Tokyo, Japan

Upon the unopposed motion of Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") and pursuant to Article 17 of the United States-Japan Consular Convention,

It is hereby ordered that the deposition on notice of the following witness be taken at the United States Embassy in Tokyo, Japan:

**Toshiyuki Masui**

Said deposition shall commence on or about **June 11, 2013, 8:30 a.m.** and terminate on or about **June 11, 2013, 4:00 p.m.**

Counsel for Defendants who may participate in the deposition are **Rebecca Bers, Todd Briggs, Amy Candido, Clark Craddock, Patrick Curran, Jacob Danziger, Marissa Ducca, David Elsberg, Eric Emanuel, Richard Erwine, Michael Fazio, Anastasia Fernands, Scott Florance, Ryan Goldstein, Ron Hagiz, Nathan Hamstra, Jordan Jaffe, Kevin Johnson, James Judah, Peter Klivans, Valerie Lozano, Victoria Maroulis, John McKee, Jared Newton, Sean Pak, William Price, John Quinn, Kevin Smith, Amar Thakur, Charles Verhoeven, Matthew Warren, Scott Watson, and Lance Yang**; counsel for Plaintiff who may participate in the deposition are **H. Mark Lyon, Mark Reiter, Brian Buroker, Jason Lo, Rodney Stone, Frederick Chung, Michael Valek, Sarah Simmons, Jennifer Rho, Robert Vincent, Joshua Furman, Paul Torchia, Tom Anderson, Heath A. Brooks, Anna Bonny Chauvet, Adele Frankel, Peter J. Kolovos, Andrew Liao, Richard W. O'Neill, Mark D. Selwyn, Olga Tobin, and Josh Krevitt**. The proceedings will be reported and videotaped by American Realtime Court Reporters. In addition, the proceedings may be observed, translated, and otherwise attended by Japanese nationals/residents as may be designated by a party subject to the restrictions of the Protective Order. Please cause the testimony of said witness to be reduced to writing and the depositions signed by said witnesses and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this Court with all convenient speed.

DATED: April ___, 2013

Honorable Paul S. Grewal
United States Magistrate Judge