1  Timothy T. Scott (State Bar No. 126971)
   tscott@kslaw.com
2  Geoffrey M. Ezgar (State Bar No. 184243)
3  gezgar@kslaw.com
   William R. Pearson (State Bar No. 240791)
4  bpearson@kslaw.com
   KING & SPALDING LLP
5  333 Twin Dolphin Drive, Suite 400
6  Redwood Shores, CA 94065
   Telephone:  +1 650 590 0700
7  Facsimile:   +1 650 590 1900

8  Attorneys for Non-Party
   INTERNATIONAL BUSINESS MACHINES CORPORATION
9

10

11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                                   SAN JOSE DIVISION

15

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY INTERNATIONAL BUSINESS MACHINES CORPORATION'S ADMINISTRATIVE MOTION FOR A LIMITED SEALING ORDER**<br><br>Judge:   Hon. Judge Lucy H. Koh |

**[Proposed] Order**

Before this Court is Non-Party International Business Machines Company's ("IBM") Administrative Motion for an Order Sealing Portions of four documents attached to the Declaration of Daniel C. Posner in support of Samsung's Opposition to Apple's Motion for a Preliminary Injunction ("Posner Decelaration"): Exhibit Q to the Posner Declaration, Patent Cross License Agreement, dated October 1, 1991, bearing bates numbers APL-ITC796-0000010041-10079 (the "1991 Agreement"); Exhibit R to the Posner Declaration, Amendment, dated April 1, 1996, bearing bates numbers APL-ITC796-0000010080-83 (the "1996 Amendment"); and Exhibit V to the Posner Declaration, bearing bates numbers APL-ITC796-0000010084–10114 and Exhibit W to the Posner Declaration, bearing bates numbers APLNDC0001221082–21113, Patent Cross License Agreement, dated October 25, 2002 (the "2002 Agreement"), and Closing the Courtroom and Sealing the Transcript During Discussion of IBM's Confidential Information, in the above captioned matter.

This Court finds that IBM has demonstrated compelling reasons to seal limited portions of 1991 Agreement, the 1996 Amendment and the 2002 Agreement.  In addition, the Court orders the courtroom closed during discussion of this information and the transcript related to that discussion sealed.

IT IS SO ORDERED:

Dated: _____

LUCY H. KOH
United States District Judge