| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION | |
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-0630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Renewed Administrative Motion to File Documents Under Seal pursuant to the Court's March 18, 2013 Order.   In its motion, Samsung moves to seal portions of 10 documents it identified in its July 25, 2012 Renewed Administrative Motion to File Documents Under Seal (ECF No. 242).

Having considered the arguments of the parties and the papers submitted, and Good Cause having been shown, the Court hereby GRANTS Samsung's Renewed Administrative Motion to File Documents Under Seal.   Accordingly, the Court ORDERS that the following documents shall be filed under seal:

02198.5198

1  • **Exhibit 1 to Samsung's July 25 Motion** (Apple's Reply ISO Motion for
2  Perliminary Injunction) (lines 1:16 and 11:7-8);
3  • **Exhibit 2 to Samsung's July 25 Motion** (Exhibit 4 to the Vellturo Reply
4  Declaration ISO Apple's Motion for Preliminary Injunction) (pages 87-89);
5  • **Exhibit 3 to Samsung's July 25 Motion** (Exhibit 5 to the Vellturo Reply Decl.)
6  (pages 75-76);
7  • **Exhibit 7 to Samsung's July 25 Motion** (Exhibit 37 to the Vellturo Reply Decl.)
8  (pages -362, -367 to -369, -376, and -377);
9  • **Exhibit 8 to Samsung's July 25 Motion** (Exhibit 38 to the Vellturo Reply Decl.)
10  (pages -767, -777 to -779, -786 to -788, -790 to -791, -796, -798 to -800, -802
11  to -805, -816 to -820, -822 to -825, and -827);
12  • **Exhibit 9 to Samsung's July 25 Motion** (Exhibit 40 to the Vellturo Reply Decl.)
13  (pages -6945, -6946, -6957, -6958, -6990, -6991, -6993, -7009 to -7012, -7015,
14  -7016, -7027 to -7032, -7035, and -7036);
15  • **Exhibit 18 to Samsung's July 25 Motion** (Exhibit 56 to the Vellturo Reply Decl.)
16  (pages -378 to -380 and -429);
17  • **Exhibit 20 to Samsung's July 25 Motion** (Vellturo Reply Decl.) (¶¶ 6, 65, page
18  11 n.33);
19  • **Exhibit 21 to Samsung's July 25 Motion** (Samsung's Brief re Bond) (lines 1:6
20  and 2:17-19, 22); and
21  **Exhibit 22 to Samsung's July 25 Motion** (Declaration of Corey Kerstetter ISO
22  Samsung's Brief re Bond) (lines 1:11, 16).

02198.5198

-2-   Case No. 12-CV-0630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

**IT IS SO ORDERED.**

DATED: _____, 2013

_____
Lucy H. Koh
United States District Judge

02198.5198

-3-   Case No. 12-CV-0630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL