1  STEVEN D. HEMMINGER (SBN 110665)
   steve.hemminger@alston.com
2  XAVIER M. BRANDWAJN (SBN 246218)
   xavier.brandwajn@alston.com
3  **ALSTON & BIRD LLP**
   275 Middlefield Road, Suite 150
4  Menlo Park, CA 94025-4008
   Telephone:     650-838-2000
5  Facsimile:     650-838-2001

6  Attorneys for Non-Party
   NOKIA CORPORATION

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13

14  APPLE, INC., a California corporation,          Case No.: 12-CV-00630-LHK (PSG)

15          Plaintiff,                              **NON-PARTY NOKIA CORPORATION'S
                                                    NOTICE OF PARTIAL JOINDER IN
16      v.                                          APPLE'S  RENEWED MOTION TO
                                                    SEAL**
17  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation, SAMSUNG
18  ELECTRONICS AMERICA, INC., a New York
    corporation; SAMSUNG
19  TELECOMMUNICATIONS AMERICA, LLC,
    a Delaware limited liability company,
20
            Defendants.
21

22

23          On April 8, 2013, Apple is filing a Renewed Motion to Seal various documents.  Nokia

24  Corporation ("Nokia") hereby joins in that motion with respect to one document containing Nokia

25  confidential information:

26      •   A license agreement between Nokia and Apple—Exhibit To the Declaration of Daniel

27          C. Posner in support of Samsung's Opposition to Apple's Motion for a Preliminary

28          Injunction.  D.I. 114, 115.

First, Nokia understands that Apple seeks to file a redacted version of the 2011 license between Nokia and Apple.  Although Nokia objects to disclosing any portion of that agreement, Nokia understands that the Court previously ruled this license would need to be submitted in redacted form.  To the extent that the Court continues to require partial disclosure, Nokia agrees with Apple's proposed redactions.  As explained in the attached Exhibit A, Declaration of Paul Melin (previously filed in *Apple v. Samsung* Case No.: 11-CV-01846-LHK, Dkt. Nos. 2252, 2254), these redactions are both necessary to avoid causing serious harm to third party Nokia and consistent with the Court's prior rulings.

Any public interest in the Nokia/Apple agreement is, at best, extremely limited.  The Nokia/Apple agreement was at issue solely regarding an *undisputed* fact—namely, that Apple granted Nokia a license to a certain patent in suit.  Because Apple and Samsung did not dispute the existence of that license, the specific terms of the Nokia/Apple agreement will not help the public better understand any of the Court's rulings.  Accordingly, the public's interest in the agreement is minimal, at best.

At this time, Nokia is unaware of other Nokia confidential information that may be subject to potential disclosure.  Nokia reserves all rights to be provided with notice and an opportunity to be heard before disclosure of the information that is the subject of this motion or any other Nokia confidential information, including but not limited to potential disclosures that may arise during any remand or other future proceedings

1    DATED:  April 8, 2013

2                                              Respectfully submitted,

3

4                                              By: */s/ Xavier M. Brandwajn*
                                               Xavier M. Brandwajn
                                               ALSTON & BIRD, LLP
5                                              275 Middlefield Road, Suite 150
                                               Menlo Park, CA  94025-4008
6
                                               *Attorneys for Non-Party Nokia Corporation*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2

     The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil L.R. 5-1(h)(1).  As such, this document was served on all counsel who have consented to electronic service, Civil L.R. 5-1(h)(1) and 5-5(a).

3

4

DATED:  April 8, 2013                    _/s/ Xavier M. Brandwajn_____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28