9. Access to Apple's cost information would also harm Apple with respect to component suppliers. Apple's suppliers could use this information to alter their pricing on components Apple uses in its products, looking at the cost of goods for Apple's related products and Apple's product margins on specific products. Apple's suppliers could also, using the financial information at issue, identify the products for which Apple has the lowest margins and is thus more vulnerable to a cost increase. Apple's suppliers would gain asymmetric advantages during contract negotiations, as they could use information concerning Apple's profits and costs in order to raise prices on components purchased by Apple for Apple products, by looking at the costs for Apple's products and product margins on specific products.

10. Moreover, the financial data in these documents reflect pricing information from Apple's suppliers, which may consider such information to be valuable and confidential trade secrets. Disclosing this data would therefore harm not only Apple, but potentially third parties as well.

11. Similarly, disclosure of financial information reflecting licensing revenue, in Exhibit AAA to the Wagner Declaration, should be sealed both for reasons explained in the Declaration of Boris Teksler and because of the reasons explained above. Apple's licensing revenue information, and particularly that showing a breakdown of such revenue on a quarterly basis, is kept highly confidential by Apple. In addition to being information that is built from confidential information and that is meant to be kept confidential under the confidentiality provisions of Apple's agreements, this information could be used by potential licensees and licensors to gain an unfair negotiating advantage over Apple and the companies involved in the license agreements. Public dissemination of the amounts and change in Apple's licensing revenue over time, and its breakdown, would further be harmful to Apple because it would provide insight into Apple's overall financial status, business models, and business plans, and thus allow Apple's competitors and potential third party licensing partners to obtain economic value from its disclosure at Apple's expense.

12. None of the material above is disclosed publicly by Apple or any competitor of whom I am aware. As a result, if Apple's information were disclosed, it would not simply be harmed—it would have no defense, as it has no access to similar data from the competitors that would use the information against Apple. This is not a matter of Apple wanting to keep secret information that

most of the world shares—this type of information is generally understood in the industry to be critically important to keep under lock and key.

13. I have reviewed Figure 13 in paragraph 72 of the Wagner Declaration, Exhibits B, L, XX, YY, ZZ, AAA, BBB, and III to the Wagner Declaration, and Exhibit 4 to the Reply Vellturo Declaration, or versions thereof redacted for Samsung's confidential information. Below is a chart detailing the specific items in each that are sealable for the reasons explained above. Apple will lodge proposed redacted versions of these exhibits in highlighted form with the Court.

| Document to be Sealed | Sensitive Information to be Redacted Consistent with Redactions in 11-cv-1846 | Notes |
|---|---|---|
| Figure 13 in paragraph 72 of the Wagner Declaration | Summarizes the sales of the iPhone 4S through Q1 2012. | Apple seeks to seal data that indicate sales numbers specific to various iPhone models, rather than the entire product line. Apple maintains this data is highly confidential, not otherwise publicly disclosed and not relevant to the damages calculations in this case. This information would be valuable to competitors because it would give them insight into Apple's strategies regarding product mix at the time of launching a new iPhone model. |
| Exhibit B to the Wagner Declaration | Documents the sales of the iPhone by model for Q1 2012. | Apple seeks to seal data that indicate sales numbers specific to various iPhone models, rather than the entire product line. Apple maintains this data is highly confidential, not otherwise publicly disclosed and not relevant to the damages calculations in this case. This information would be valuable to competitors because it would give them insight into Apple's strategies regarding product mix at the time of launching a new iPhone model and over the course of the product's lifecycle. |
| Exhibit L to the Wagner Declaration | Documents the units sold of all iPhone models from 2007-2012 as well as Apple's revenue derived from those sales. | Apple seeks to seal data that indicate sales and revenue numbers specific to various iPhone models, rather than the entire product line. Apple maintains this data is highly confidential, not otherwise publicly disclosed and not relevant to the damages calculations in this case. This information would be valuable to competitors because it would give them insight into Apple's strategies regarding product mix and profit margins during the lifecycle of the iPhone products. |
| Exhibit XX to the Wagner Declaration | Documents the units sold, costs, margin and revenue for various | Apple is not seeking to seal the total revenue derived from these sales, only the unit, cost and margin related data that is highly confidential and |

| Document to be Sealed | Sensitive Information to be Redacted Consistent with Redactions in 11-cv-1846 | Notes |
|---|---|---|
| | iTunes related products from 2005-2012. It includes unit sales, broken down into each type of purchase on a quarter-by-quarter basis. It expands that information into revenue broken down to each type of purchase, and also displays cost, margin, and other expenses. | not relevant to damages calculations in this case. And in fact, Apple does not disclose this information outside of Apple as a rule. Disclosure would be extremely harmful to Apple because it would inform competitors where Apple is investing its capital with respect to iTunes, and specifically where it is generating revenue. The time period covered will allow competitors to analyze trends, predict how Apple's revenue is changing, and see how Apple has changed its expenditures over the years. Finally, the cost information will give competitors the information they need to undercut Apple with offerings in specific areas that are priced just below what would be profitable to Apple. |
| Exhibit YY to the Wagner Declaration | Documents the GAAP Line of Business Reporting for all iPad, iPhone, and music accessories for years ranging from 2006 to 2012 | Apple is not seeking to seal the total revenue derived from these sales. The GAAP reporting includes detailed profit and loss statements including costs, gross profit, gross margin, operating expenses, and operating profit for quarters during which accessories for iPads, iPhones, and music have been sold through Q1 2012. This level of detailed information about Apple's cost, profits and revenue structure would be extremely valuable to competitors for the reasons described above. This information is highly confidential and not relevant to damages calculations in this case. Data from these accessories is still competitively sensitive and is treated as highly confidential at Apple and not disclosed. This information would be valuable to competitors and suppliers because it would give them insight into Apple's financial strategies regarding its accessories, for example, by showing Apple's margins.<br><br>This information is not available anywhere outside of Apple. Disclosure would be extremely harmful to Apple because it would inform both Apple's competitors and Apple's suppliers about Apple's cost structure, as well as allow those suppliers and competitors to analyze how Apple has changed its expenditures and its focus over the years. In particular, Apple's suppliers would enjoy an asymmetric advantage if they learned this information, because they would know the |

| Document to be Sealed | Sensitive Information to be Redacted Consistent with Redactions in 11-cv-1846 | Notes |
|---|---|---|
| | | amount by which they could raise their prices without driving Apple away as a customer. Apple's suppliers would further know the extent to which Apple is vulnerable to a price increase after learning Apple's margins. The cost information could give competitors the information they need to undercut Apple with offerings in specific areas that are priced just below what would be profitable for Apple. |
| Exhibit ZZ to the Wagner Declaration | Documents the GAAP Line of Business Reporting for iTunes related products from 2005-2012 | The GAAP reporting includes detailed profit and loss statements including costs, gross profit, gross margin, operating expenses, and operating profit for each quarter from Q4 2005-Q1 2012. This level of detailed information about Apple's cost, profits and revenue structure would be extremely valuable to competitors for the reasons described above. This information is highly confidential and not relevant to damages calculations in this case. Though Apple does not release any of this information outside of Apple as a rule, Apple is not seeking to seal here the total revenue derived from these sales. Disclosure would be extremely harmful to Apple because the time period covered will allow competitors to analyze trends, predict how Apple's revenue is changing, and see how Apple has changed its expenditures over the years. Finally, the cost information will give competitors the information they need to undercut Apple. Disclosure would be extremely harmful to Apple because it would inform competitors where Apple is investing its capital. The time period covered will allow competitors to analyze trends, predict how Apple's revenue is changing, and see how Apple has changed its expenditures over the years. Finally, the cost information will give competitors the information they need to undercut Apple with offerings in specific areas that are priced just below what would be profitable for Apple. |
| Exhibit AAA to the Wagner Declaration | Documents the GAAP Line of Business Reporting for Apple's licensing agreements from 2006-2012. | Apple is seeking to seal the total revenue derived from these agreements as well as margin related data. The GAAP reporting includes detailed statements including gross profit, and gross margin for each quarter from Q1 2006-Q1 2012. Apple seeks to seal this material to maintain an even playing field in future licensing negotiations. |
| Exhibit BBB to the Wagner Declaration | Documents the GAAP Line of Business | Apple is seeking to seal the total revenue derived from these agreements as well as the cost, |

| Document to be Sealed | Sensitive Information to be Redacted Consistent with Redactions in 11-cv-1846 | Notes |
|---|---|---|
| | Reporting for Apple's mobile advertising from 2009-2012. | margin, and profit related data to maintain an even playing field in future contract negotiations. The GAAP reporting includes detailed profit and loss statements including costs, gross profit, gross margin, operating expenses, and operating profit for each quarter from Q1 2009-Q1 2012. This level of detailed information about Apple's cost, profits and revenue structure would be extremely valuable to competitors for the reasons described above. This information is highly confidential and not relevant to damages calculations in this case. Apple does not disclose this information outside of Apple as a rule. Disclosure would be extremely harmful to Apple because the time period covered will allow competitors to analyze trends, predict how Apple's revenue is changing, and see how Apple has changed its expenditures over the years. Finally, the cost information will give competitors the information they need to undercut Apple. |
| Exhibit III to the Wagner Declaration | Documents iPhone sales by model from 2007-2012 (APLNDC630-0000129875-76) as well as smartphone market share breakdown prepared by third parties IDC and Kantar Worldpanel Comtech (APLNDC630-0000129888-93; 898-902). | Apple seeks to seal data that indicates sales numbers specific to various iPhone models and to particular carriers, rather than the entire product line. Apple maintains this data is highly confidential, not otherwise publicly disclosed and not relevant to the damages calculations in this case. This information would be valuable to competitors because it would give them insight into Apple's strategies regarding product mix at the time of launching a new iPhone model.<br><br>This document also contains highly confidential data related to the smartphone market prepared by third parties. Apple seeks to seal this data to protect the third parties ability to continue to sell their research. |
| Exhibit 4 to the Reply Vellturo Declaration (redactions on pages 73 and 75 of the deposition excerpt) | Testimony regarding number of quarterly sales for specific iPhone models | Apple seeks to seal data that indicates sales numbers specific to various iPhone models, rather than the entire product line. Apple maintains this data is highly confidential, not otherwise publicly disclosed and not relevant to the damages calculations in this case. This information would be valuable to competitors because it would give them insight into Apple's strategies regarding product mix at the time of launching a new iPhone model. |

1   I declare under the penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct to the best of my knowledge. Executed this 8 day of April, 2013 at
3   Cupertino, CA.

By: *Mark Buckley* (signature)
    Mark Buckley

## ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Mark Buckley has concurred in this filing.

Dated:  April 8, 2013					By:	*/s/ H. Mark Lyon*
							H. Mark Lyon