UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S RENEWED ADMINISTRATIVE MOTION TO SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiff,<br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | |

In compliance with this Court's Order Denying Administrative Motions to File Documents Under Seal (D.I. 391), issued on March 6, 2013, and in accordance with Civil Local Rules 7-11 and 79-5, Plaintiff Apple, Inc. ("Apple") filed its Renewed Motion to File Documents Under Seal ("Renewed Motion") and the supporting declarations of Gregory Joswiak, Boris Teksler, Mark Buckley, Crawford Del Prete, and Jennifer Rho.

These declarations, as required under Civil L.R. 79-5 and General Order No. 62, provide compelling reasons for this Court to file the documents at issue in Apple's Renewed Motion under seal as they establish that the documents and information included in Apple's Renewed Motion are "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a).

Accordingly, the Court HEREBY ORDERS that there are compelling reasons to seal the following documents, which may be filed under seal:

- Exhibits 22 and 28, 53, 82, 112 and Attachments B-L to the Declaration of Christopher Vellturo filed in Support of Apple's Motion for Preliminary Injunction;

- Figure 13 in paragraph 72 of the Declaration of Michael J. Wagner in support of Samsung's Opposition to Apple's Motion for Preliminary Injunction as well as Exhibits B, L, R, S, PP, UU, XX, YY, ZZ, AAA, BBB, DDD, GGG, HHH, and III to the Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction;

- Exhibits Q, R, T, V, W, Y, and CC to the Declaration of Daniel C. Posner filed in Support of Samsung's Opposition to Apple's Motion for a Preliminary Injunction; and

- Exhibits 4, 22, 25, 26, 27, 29, 30 and 31 to the Declaration of Christopher Vellturo filed in Support of Apple's Reply in Support of Apple's Motion for Preliminary Injunction.

- Exhibits 1, 2, 3, 5, and 6 to the Declaration of Arthur Rangel in Support of Apple's Motion for Preliminary Injunction; and

Having considered the motion and declaration cited therein, and finding compelling reasons therefore, the Court hereby GRANTS Apple's renewed motion to file under seal.

**IT IS SO ORDERED.**

[PROPOSED] ORDER GRANTING APPLE'S RENEWED SEALING MOTION
12-CV-00630-LHK (PSG)

1
2  Dated: _____     By: _____
3                                         Hon. Lucy H. Koh
                                          United States District Court Judge
4
5
...
28