# Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL J. WAGNER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: June 7, 2012<br>Time: 1:30 p.m.<br>Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendants. | **FILED UNDER SEAL**<br>**HIGHLY CONFIDENTIAL –**<br>**ATTORNEYS' EYES ONLY** |

I.     Summary of Opinions ............................................................................... 3

II.    Background ................................................................................................ 4

III.   Overview of Apple's Assertions of Potential Irreparable Harm ............. 6

IV.   Criticisms of Dr. Vellturo's Declaration ............................................... 8

       A.    Dr. Vellturo Overstates the Impact of Samsung's Sales of the Galaxy Nexus on Apple .............................................................. 8

             1.    Dr. Vellturo's Market Share Analysis Overstates the Effect That Samsung Has Historically Had on Apple .......................... 8

             2.    The iPhone 4S is Dramatically Outperforming Competitive Products ....... 16

       B.    Dr. Vellturo's Analysis Understates the Importance of Platform Competition ................................................................. 18

             1.    The Operating System is a Primary Driver of the Purchasing Decision .......................................................... 18

             2.    Many Android Customers Would Never Purchase an iPhone ................... 23

             3.    Dr. Vellturo Overemphasizes Competition by Samsung ........................... 24

       C.    Dr. Vellturo Fails to Establish a Causal Connection Between the Patented Features And Any Lost Sales Due to Samsung's Sales of the Galaxy Nexus ........ 28

             1.    Apple Has Not Provided Evidence of Demand for the Claimed Benefits of the Patented Features ............................................ 28

             2.    The Evidence Is That Sales of the Galaxy Nexus Are Driven by Other Factors .................................................. 31

             3.    If the Galaxy Nexus's Infringement Causes Harm to Apple, Dr. Vellturo Has Not Explained Why Any Such Harm Would Continue Into the Future ...... 35

       D.    The Competition Hypothesized by Dr. Vellturo Between The iPhone and Galaxy Nexus Has Not Occurred .......................... 36

       E.    Dr. Vellturo Substantially Overstates Potential Harm Derived By Network Effects ....................................................... 38

       F.    Dr. Vellturo Inflates the Impact of Platform Loyalty On Future Smartphone Sales ........................................................ 43

       G.    Dr. Vellturo Inflates the Impact of Platform Loyalty On Sales of Other Apple Products .................................................. 50

       H.    Dr. Vellturo Fails to Recognize that New Smartphone Purchasers Are Unlikely to Purchase the Galaxy Nexus ....................... 55

V.     Apple Will Not Be Irreparably Harmed Absent a Preliminary Injunction..........................59

        A.      Sales Of The Galaxy Nexus Would Not Cause Lost Sales Related To The
                Patented Functionalities ............................................................................59

        B.      Even if Apple Could Demonstrate that the Galaxy Nexus Causes Lost Sales,
                Any Harm to Apple Could Be Quantified..................................................61

I, Michael J. Wagner, hereby declare as follows:

I.    **Summary of Opinions**

1.    I have been asked by counsel for Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC (collectively "Samsung") to review Apple's Motion for a Preliminary Injunction ("Motion") and to assess whether damages could be quantified at the time of trial and whether, upon a finding of infringement of Apple Inc.'s ("Apple") asserted intellectual property rights, Apple can be made whole through quantifiable means. I have also been asked to comment upon the Declaration of Christopher Vellturo, Ph.D. (hereafter, "Vellturo Declaration"). As I discuss in more detail in this declaration, I have several disagreements with the opinions expressed by Dr. Vellturo, including the following:

- Dr. Vellturo overstates the impact of Samsung's sales of the Galaxy Nexus on Apple. His analysis focuses on overall Samsung historical phone sales rather than the actual sales of the relevant smartphone model – the Galaxy Nexus. Dr. Vellturo has not provided any sales data suggesting that the Galaxy Nexus is having an impact on Apple's smartphone sales. The sales data that Dr. Vellturo does present are a disjointed discussion of market share, but when a consistent data source is used, the sales data do not provide evidence that Samsung's historical sales had a substantial effect on Apple's sales. Further, Dr. Vellturo largely ignores the dramatic impact of the iPhone 4S on the smartphone market. He also fails to account for the importance of platform competition and the likelihood that Galaxy Nexus customers would likely choose another Android smartphone instead of an iPhone.

- Dr. Vellturo fails to establish a causal connection between the patented features and any lost sales due to Samsung's sales of the Galaxy Nexus. Dr. Vellturo and Apple have not provided any evidence of demand for the claimed benefits of the patented

1     features.  Instead, the evidence demonstrates that the sales of the Galaxy Nexus are

2     driven by numerous other factors unrelated to the patented features.

3     •    Dr. Vellturo focuses on hypothesized competition between the iPhone and the

4          Galaxy Nexus.  In actuality, the Galaxy Nexus has presented minimal market

5          competition to the iPhone 4S.  Through the first 11 weeks post-launch of the

6          respective products, Apple sold more than 10 million units of the iPhone 4S in the

7          United States; Samsung sold less than 300,000 units of the Galaxy Nexus.

8     •    Dr. Vellturo overstates the effect of network effects and platform loyalty.

9     •    Dr. Vellturo ignores that most of the new smartphone customers that he focuses on

10         would be budget-conscious, "late adopter" consumers who would be unlikely to

11         select a high end smartphone like the Galaxy Nexus.

12    2.    Based on the evidence discussed in this declaration, I have concluded that Apple

13    will not be irreparably harmed by the continued sale of Samsung's Galaxy Nexus smartphone.

14    Apple has provided no evidence of lost market share following the introduction of the Galaxy

15    Nexus.  Further, Apple has presented insufficient evidence to demonstrate that any loss of market

16    share is related to the patents asserted in the Motion.

17    3.    Even if the Galaxy Nexus at issue was found to infringe any of Apple's claimed

18    intellectual property rights, Apple has not provided reliable evidence that it could not be

19    adequately compensated with money damages.  It is my opinion that all of the types of damages

20    discussed by Dr. Vellturo in his declaration could be quantified.

## II.    Background

22    4.    I am currently a Managing Director at LitiNomics, Inc., a financial and economic

23    consulting firm specializing in the analysis of economic issues that arise in commercial disputes.

24    5.    I am a Certified Public Accountant and attorney licensed in the State of California.

25    I have been a Partner at Price Waterhouse; a Managing Director at Putnam, Hayes & Bartlett; and

26    a Senior Advisor at CRA International, a publicly traded management consulting firm.  I have a

27    Bachelor of Science in Engineering, which I received from the University of Santa Clara in 1969.

28

1   I have a Master in Business Administration, which I received from U.C.L.A. in 1971.  I have a

2   Juris Doctor degree, which I received from Loyola University School of Law at Los Angeles in

3   1975.  Exhibit A contains my curriculum vitae.

4         6.      I have specialized in the computation of commercial damages over the last 35 years

5   of my professional career.  I have been qualified and testified at trial as an expert on financial

6   matters, principally commercial damages, 125 times, including Lanham Act cases and patent cases

7   (28 times in patent cases).  I have testified on financial issues in 34 arbitrations.  I also have been

8   deposed 307 times (95 times in patent cases; more than 10 times in trademark or Lanham Act

9   cases) on financial issues over my career.  I have experience testifying concerning irreparable

10  harm.

11        7.      I have 28 professional publications, the majority of which deals with the

12  computation of commercial damages (8 deal directly with patent damages).  The most significant

13  publication is the Litigation Services Handbook, which is now in its 4th edition.  The book is a

14  collaborative effort of many of the leading experts in the financial area.  I am the founding editor

15  and continued as an editor for over 20 years.  The book has been recognized as authoritative by the

16  Federal Judicial Center in its Treatise on Scientific Evidence: the Treatise's chapter on Economic

17  Damages cites only five additional reference sources for further guidance to federal judges.  The

18  Litigation Services Handbook is one of the five reference sources.

19        8.      As stated above, I have been asked by counsel for Samsung Electronics Co., Ltd.;

20  Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC

21  (collectively "Samsung") to assess whether damages could be quantified at the time of trial and

22  whether, upon a finding of infringement of Apple Inc.'s ("Apple") asserted intellectual property

23  rights, Apple can be made whole through quantifiable means.  I have also been asked to comment

24  upon the Declaration of Christopher Vellturo, Ph.D. (hereafter, "Vellturo Declaration").

25        9.      I am being compensated at my customary rate for my work on this case.  I have

26  received no other compensation for my work in this litigation.  My compensation is in no way

27  contingent upon the opinions I arrive at or the result of the litigation.

28

10.     In performing my analysis, I or my staff have reviewed Apple's Motion, the Vellturo Declaration and its supporting Attachments and Exhibits, as well as other declarations and exhibits submitted in support of that Motion.  I or my staff have also reviewed publicly available documents discussed in this declaration and the supporting exhibits, the depositions of Arthur Rangel, Steven Sinclair, Greg Joswiak, Mark Buckley and Dr. Christopher Vellturo, as well as documents produced by Apple and Samsung in discovery.

11.     In addition to the review of documents, I have relied on my training as a certified public accountant and my knowledge and expertise regarding intellectual property litigation damages.

12.     I may supplement this declaration in the event that additional relevant materials are provided to me, including court filings and declarants' testimony.

**III.    Overview of Apple's Assertions of Potential Irreparable Harm**

13.     I understand that a plaintiff seeking a preliminary injunction must establish that it is likely to succeed on the merits of its underlying claim, that it is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest.  Winter v. Natural Res. Def. Council, Inc., 129 S. Ct. 365, 374 (2008).

14.     I further understand that the possibility of irreparable harm is not sufficient grounds for a preliminary injunction.  Rather, I understand that the plaintiff must show that irreparable injury is likely in the absence of an injunction.  Winter v. Natural Res. Def. Council, Inc., 129 S. Ct. 365, 375 (2008).

15.     I understand that a preliminary injunction may not be granted if there is an adequate remedy at law, such as money damages, to compensate the plaintiff for his alleged harm.  Los Angeles Mem'l Coliseum Comm'n v. Nat'l Football League, 634 F.2d 1197, 1202 (9th Cir. 1980).

16.     Apple has moved to preliminarily enjoin Samsung from infringing four Apple utility patents by selling the Galaxy Nexus smartphone.[1]  As described by the Motion, the features alleged  infringed by these four patents include: "the ability to touch a phone number on a web page to dial the number; the innovative search functionality used by Siri; the ability to unlock the phone by simply sliding an image from one location to another on the touchscreen; and Apple's word replacement feature."[2]

17.     Apple's Motion argues that "[a]bsent preliminary relief, Samsung's continued sale of the Galaxy Nexus during the pendency of this case will inflict substantial and irreparable harm on Apple. […] [S]ales of the Galaxy Nexus, especially to first-time smartphone customers, will permanently reduce Apple's market share in the smartphone market."[3]  In addition to loss of market share, Apple argues that "the harm to Apple would extend far beyond the loss of market share, and would radiate out in a multitude of other ways, impacting other products and aspects of Apple's business, long into the future."[4]  Finally, Apple claims that there is a "clear nexus" between Samsung's infringement and the irreparable harm to Apple."[5]

18.     In support of its Motion, Apple submitted the Vellturo Declaration to support its argument of irreparable harm.  Dr. Vellturo's declaration sets forth several "economic outcomes" that he contends would lead to irreparable harm, including:[6]

- Lost sales absent a preliminary injunction, resulting in lost market share;
- Customer loyalty and networks effects resulting in long-term effects from its lost market share;
- Demand complementarities between smartphones and related products resulting in additional lost profits; and

---

[1] Motion, p. 4.
[2] Motion, p. 4.
[3] Motion, p. 16.
[4] Motion, p. 16.
[5] Motion, pp. 25-29.
[6] Vellturo Declaration, pp. 2-3.

- Additional harm to the goodwill associated with Apple's products.

19.     I disagree with Apple's argument and Dr. Vellturo's conclusion that Apple will be irreparably harmed by the sale of the Galaxy Nexus.  The documents and data that I have reviewed and discuss in this declaration establish that Apple will not be irreparably harmed by the continued sale of the Galaxy Nexus.  Apple has provided no evidence of lost market share following the introduction of the Galaxy Nexus.  Further, Apple has presented insufficient evidence to demonstrate that any loss of market share is related to the patents asserted in the Motion.  Finally, even if the Galaxy Nexus was found to infringe any of Apple's claimed intellectual property rights, Apple has not provided reliable evidence that it could not be adequately compensated with money damages.

20.     I first address my disagreements with Dr. Vellturo's "economic outcomes" offered in his declaration, other conclusions reached by Dr. Vellturo, and additional arguments made in Apple's Motion and other declarations submitted by Apple.  I then address my opinion on Apple's failure to prove that it would be irreparably harmed absent a preliminary injunction.

## IV.     Criticisms of Dr. Vellturo's Declaration

### A.     *Dr. Vellturo Overstates the Impact of Samsung's Sales of the Galaxy Nexus on Apple*

#### 1.     Dr. Vellturo's Market Share Analysis Overstates the Effect That Samsung Has Historically Had on Apple

21.     Dr. Vellturo advances conclusions which are based on sales and market share analysis that are divorced from the actual product at issue in this matter – the Galaxy Nexus.  His analysis assumes that it is sufficient to refer to Samsung's historical sales and market share data to identify the impact the Galaxy Nexus will have in the market, including any impact on Apple. Among the other criticisms that I discuss below, this is a critical assumption to Dr. Vellturo's analysis for which he has failed to provide any evidence.

22.     Turning to his analysis of Samsung's historical, overall sales data, Dr. Vellturo presents a disjointed discussion of market share in his declaration, jumping between time periods, geographic scope, and sources in an attempt to demonstrate that Samsung has had a significant

1  impact on Apple.[7]  However, a very different conclusion is reached when the data is analyzed in a

2  consistent manner.  My analysis relies on IDC's U.S. sales data for smartphones for the entire

3  period that it is available, from 2008 to 2011, and other sources for the first quarter of 2012 when

4  IDC data is not available.  When analyzed in a consistent manner, it is clear that although

5  Samsung's market share has increased in recent years, the sales data do not provide evidence that

6  Samsung has taken substantial market share from Apple.

7        23.     Apple first released the original iPhone on June 29, 2007.  Since that first launch,

8  Apple's iPhone line of products has followed a relatively consistent release pattern, at least for

9  those devices released on AT&T's network.  Since the first launch, Apple has upgraded the

10  product on a yearly basis: the iPhone 3G, 3GS, and 4 were released on July 11, 2008, June 19,

11  2009, and June 24, 2010 respectively.[8]  The Verizon model of the iPhone 4 was first sold on

12  February 10, 2011, slightly more than seven months after the iPhone 4 was first released on

13  AT&T's network.[9]  Apple then launched the iPhone 4S on October 14, 2011.[10]

14        24.     With each new device (following the original release), the iPhone's sales were

15  reinvigorated.  As Figure 1 shows, the underlying data of which was produced by Apple, Apple's

16  U.S. sales are boosted following the release of each new iPhone.  This pattern was confirmed at

17  deposition by Apple's Arthur Rangel.[11]  Further, historically Apple's sales have dropped shortly

18  prior to a new release, at least in part due to consumers anticipating the new products, and

19  declined in the quarters subsequent to the release.[12]

20  _____

21        [7] Velluro Declaration, pp. 10-16.
        [8] Samra, Sandy, "The History of the iPhone," Bright Hub, May 19, 2011,
22  <http://www.brighthub.com/mobile/iphone/articles/82615.aspx>. [Exhibit C]
        [9] "Verizon Wireless & Apple Team Up to Deliver iPhone 4 on Verizon," Verizon Wireless,
23  January 11, 2011, < http://news.verizonwireless.com/news/2011/01/pr2011-01-11a.html>.
   [Exhibit D]
24        [10] "Apple Launches iPhone 4S, iOS 5 & iCloud," Apple Press Info, Apple, October 4, 2011,
25  <http://www.apple.com/pr/library/2011/10/04Apple-Launches-iPhone-4S-iOS-5-iCloud.html>.
   [Exhibit E]
26        [11] Deposition of Arthur Rangel, April 5, 2012, p. 81.
        [12] Deposition of Mark Buckley, April 10, 2012, pp. 75-76.  An Apple presentation refers to the
27  "historical Q3 drop" in sales at AT&T, which corresponds to the second calendar quarter – i.e.,
        (footnote continued)
28

**Figure 1:    Apple's U.S. iPhone Sales to End Users (Units), 2008 - 2011[13]**



25.    The limited impact of Samsung's smartphone sales on Apple can be seen when comparing market shares over time.  As Figure 2 demonstrates, Apple increased its market share above 20 percent following the release of the iPhone 3G in July 2008 and has largely remained in the 20 percent to 30 percent market share range ever since.  Notably, Apple remained in this market share range for a full two years prior to Samsung's introduction of the Galaxy S in July 2010, and also in the five quarters following the release of the Galaxy S.  In the last quarter of 2011, Apple released the iPhone 4S and its market share jumped to about 45 percent, even in the

---

right before the historical new release date of the iPhone.  (AT&T Meeting: Internal Overview, March 15, 2012, APLNDC630-0000129867-903 at '873. [Exhibit III])

[13] Exhibit B, Schedule 3.  The graph data is published by IDC.  IDC is a third party industry analyst.

face of competition by the 13 Samsung smartphones accused of infringement in this lawsuit,

including the Galaxy Nexus.[14]

**Figure 2:    Share of U.S. Smartphone Units – Apple and Samsung, 2008 - 2011[15]**



26.    The success of the iPhone and limited impact of Samsung on Apple's iPhone sales

is further demonstrated by Apple's share of metrics that manufacturers value the most: revenue

and profit.

27.    When measured in revenue, Apple's share of smartphone sales is higher than its

unit share due to the consistent price margin that Apple has maintained over its smartphone

competitors, as is discussed in more detail below.  Following the release of the iPhone 3G in July

2008, Apple's share of smartphone revenue remained in a range of about 25 to 40 percent until the

---

[14] Apple's Complaint for Patent Infringement, February 8, 2012, p. 5.
[15] Exhibit B, Schedule 2.

**DECLARATION OF MICHAEL J. WAGNER**

release of the iPhone 4S.  The observed increases and decreases in market share on a revenue basis

follow the pattern of Apple sales described above with dips prior to the launch of a new iPhone

model, followed by a spike at launch, and then a subsequent decline – accounting for movement

within a range.  Similar to its unit share, Apple remained in this range for a full two years ahead of

the release of the Galaxy S in July 2010 and has remained in the same range following the release

of the Galaxy S.  In Q4 2011, Apple's share of smartphone revenue increased to nearly 60 percent,

while Samsung's market share dipped on a revenue basis to just over 16 percent.

**Figure 3:    Share of U.S. Smartphone Revenue – Apple and Samsung, 2008 - 2011[16]**



28.    In addition, Apple has increased its share of the most important market metric –

profits.  As the Strategy Analytics data[17] in Figure 4 illustrate, Apple has consistently increased its

---

[16] Exhibit B, Schedule 2.1.
[17] IDC's data does not include data on manufacturer profit for smartphones.  Strategy
Analytics produces a report that estimates operating profits by manufacturer for handset
(footnote continued)

1   share of handset industry profits.  Strategy Analytics estimates that as of the first quarter of 2011,

2   53.4 percent of handset industry profit belonged to Apple's iPhone, rising to an amazing 75

3   percent of total industry profits in Q4 2011.[18]

4   **Figure 4:     Apple's Share of Realized Handset Industry Profits (Worldwide), 2008 – 2011[19]**



19          29.      When viewed consistently, the sales data do not provide evidence that Samsung is

20   having a substantial effect on Apple's sales.  Dr. Vellturo's inconsistent review of market share

21   leads him to make several conclusions that are not supported by the data.  For example, Dr.

—————————————

23   manufacturers on a worldwide basis.  Although it would be preferable to rely on a data source
24   limited to the U.S. sales of smartphones, the Strategy Analytics report is the most consistent
     provider of profit data that I have reviewed.
25   [18] Exhibit B, Schedule 4.  Another source confirms Apple's nearly 75 percent profit share in
     Q4 2011.  (Dediu, Horace, "First: Apple's rank in mobile phone profitability and revenues,"
26   Asymco, February 3, 2012, < http://www.asymco.com/2012/02/03/first-apples-rank-in-mobile-
     phone-profitability-and-revenues/>. [Exhibit F])
27   [19] Exhibit B, Schedule 4.

Vellturo states that "despite a significant head start as a result of its pioneer status in the smartphone industry, Apple has recently seen significant inroads made by its competitors."[20] However, the market share data contradicts Dr. Vellturo's assertion that Apple has seen "significant inroads made by its competitors."  As shown by Figure 2 and Figure 3, Apple's market share has historically grown following the release of its new iPhone and has not been demonstrably impacted by the release of the Galaxy S or any other competitive product.  This was confirmed at the deposition of Apple's 30(b)(6) witness on sales data who repeatedly testified that he was aware of no evidence that any competitive product had ever affected iPhone sales.[21] Throughout this 3+ year period, Apple's share of profits steadily increased, and after the release of the iPhone 4S, Apple's share of units, revenue, and profit jumped to dramatic new heights.  Dr. Vellturo's conclusion is unsupported.

30.     Although Dr. Vellturo relies in some parts of his declaration on the same IDC data on which I rely, he disregards this data and attempts to demonstrate the impact of the Galaxy S by using a source for market share that is based on survey results and appears to be unreliable for calculating market share.  Dr. Vellturo states:[22]

> That Samsung's gains in the marketplace were achieved in substantial part at the expense of Apple's smartphones is also demonstrated by the change in shares that occurred when Samsung launched its first Galaxy smartphone.  A market research report prepared for Apple found that between the third and fourth quarters of 2010 (after Samsung introduced its first Galaxy smartphone), Apple's share of the smartphone marketplace dropped from 33 percent to 22 percent, while Samsung's share rose from 3 percent to 16 percent.  This shift in shares demonstrates that a significant portion of the growth in Samsung's smartphone sales occurred at Apple's expense.

[20] Vellturo Declaration, p. 11.
[21] Deposition of Mark Buckley, April 10, 2012, pp. 83-84, 90-91.
[22] Vellturo Declaration, p. 14.

**DECLARATION OF MICHAEL J. WAGNER**

31.     Dr. Vellturo's analysis and the underlying data are unreliable.  First, as Dr. Vellturo recognizes elsewhere in his declaration, the Galaxy S was released on July 15, 2010.  Therefore, the third quarter sales would reflect the impact of the Galaxy S and any difference in share between the third quarter and the fourth quarter does not suggest an impact by the Galaxy S.  Further, as evidenced by the IDC data relied upon by Dr. Vellturo and myself, in the third quarter of 2010, both Apple's and Samsung's unit share and revenue share increased in following the release of the iPhone 4 and the Galaxy S.  From Q3 to Q4, Apple's unit share dropped slightly and Samsung's share remained relatively flat; in revenue share, both Apple's and Samsung's shares dropped from Q3 to Q4.  Even putting aside the fact that the Galaxy S was released before Dr. Vellturo implies by his comparison, the market share data simply do not support Dr. Vellturo's assertion.

32.     Finally, Dr. Vellturo's analysis of historical data ignores the influence of price and widespread carrier availability on Samsung's success.  For example, a February 2012 Apple presentation notes that: "[t]he T-mobile customer changes the Android/iOS competition not only because iPhone isn't a part of the T-mobile portfolio, but also because the customer profile is more similar to the Samsung customer than any other brand."[23]  The data presented indicates only 21 percent of Apple purchasers had an income less than $50,000, compared to 43 percent for Samsung; only 33 percent of Apple purchasers had a monthly payment lower than $100, compared to 55 percent of Samsung purchasers; and 52 percent of Apple purchasers bought a handset that cost over $150, compared to 29 percent of Samsung purchasers.[24]  Apple's presentation concludes that Samsung's similarity of customer profile to that of T-Mobile, as well as Apple's lack of a T-Mobile product offering, "provid[e] Samsung and Android an opportunity to add to their market

---

[23] "US First time smartphone buyer analysis," February 2012, APLNDC630-0000135164-183 at '174. [Exhibit UU]

[24] "US First time smartphone buyer analysis," February 2012, APLNDC630-0000135164-183 at '174. [Exhibit UU]

1    growth with no challenges from other platforms."[25]  This exemplifies the type of effects that Dr.

2    Vellturo's historical sales analysis overlooks, resulting in his conclusions being incorrect.

3        33.     Likewise, Samsung's success was aided by its availability across all of the major

4    U.S. carriers.  In contrast, the iPhone was only available to AT&T customers from its release until

5    February 2011, at which time the iPhone became available on Verizon.  It became available on

6    Sprint in October 2011.  Dr. Vellturo's analysis does nothing to take into account the fact that

7    Apple was only available on a single carrier until 2011.

8            **2.  The iPhone 4S is Dramatically Outperforming Competitive Products**

9        34.     The iPhone 4S was launched in the U.S. on October 14, 2011.[26]  It was

10   concurrently made available through three major carriers:  AT&T, Sprint and Verizon.[27]

11       35.     Immediately prior to launch, Apple "announced pre-orders of its iPhone 4S [had]

12   topped one million in a single day, surpassing the previous single day pre-order record of 600,000

13   held by iPhone 4."[28]  A few days after sales of the iPhone 4S began, a report issued by investment

14   bank Piper Jaffray on October 17, 2011 revealed that Apple announced 4 million iPhone 4S units

15   were sold in its 1st weekend (3 days of sales).[29]  A similar report by Deutsche Bank on October 17,

16   2011 stated that "iPhone demand [was] very robust through [its initial] weekend and calls to

17   outlets across the US and UK showed long lines, strong demand and frequent stock-outs."[30]

18   _____

19   [25] "US First time smartphone buyer analysis," February 2012, APLNDC630-0000135164-183

20   at '174. [Exhibit UU]
     [26] "Apple Launches iPhone 4S, iOS 5 & iCloud," Apple Press Info, Apple, October 4, 2011,

21   <http://www.apple.com/pr/library/2011/10/04Apple-Launches-iPhone-4S-iOS-5-iCloud.html>.
     [Exhibit E]

22   [27] Shah, Agam, "Apple unveils iPhone 4S," ComputerWorld, October 4, 2011,

23   <http://www.computerworld.com/s/article/9220522/Apple_unveils_iPhone_4S?taxonomyId=15>.
     [Exhibit G]

24   [28] "iPhone 4S Pre-Orders Top One Million in First 24 Hours," Apple Press Info, Apple,
     October 10, 2011, <http://www.apple.com/pr/library/2011/10/10iPhone-4S-Pre-Orders-Top-One-

25   Million-in-First-24-Hours.html>. [Exhibit H]
     [29] Munster, Gene, "Apple Sells 4m iPhone 4S Units Suggesting Dec. iPhone Growth Ahead of

26   Street," Piper Jaffray, October 17, 2011, p. 1. [Exhibit I]
     [30] Whitmore, Chris, "EE#261: iPhone 4S is a barnburner," Deutsche Bank, October 17, 2011,

27   p. 1. [Exhibit J]

28

     **DECLARATION OF MICHAEL J. WAGNER**

36.     Apple's Quarterly Report for the period ending December 31, 2011—the first quarter that would have captured iPhone 4S sales since it was launched in mid-October—discloses worldwide sales of 37.044 million iPhones.[31]  In the notes to its financial statements, Apple claims that "iPhone year-over-year growth reflects strong demand for iPhone in all of the Company's operating segments primarily due to the launch of the iPhone 4S in many countries and expanded distribution with new carriers and resellers."[32]  Apple's sales data reports that it sold 15.073 million iPhones in the U.S. in the fourth quarter of 2011.[33]

37.     Apple's sales of the iPhone 4S continued to remain strong in the first quarter of 2012.  According to a report released by Canaccord Genuity, "Apple's latest iPhone was the best-selling smartphone at Verizon Wireless, AT&T and Sprint during the month of March 2012 (approximately three months after the launch of the Galaxy Nexus), continuing a trend that began when the device first launched last October."[34]  Analysts noted that iPhone sales were strong enough that "the iPhone [was] outselling all Android phones on Sprint and AT&T combined."[35] Apple's 30(b)(6) witness, Mark Buckley, testified that Apple's global sales of smartphones were running ahead of forecast in the first calendar quarter of 2012 and estimated worldwide unit sales at about 35 million units.[36]

---

[31] Apple Form 10-Q for period ending December 31, 2011, p. 25. [Exhibit K]

[32] Apple Form 10-Q for period ending December 31, 2011, p. 26. [Exhibit K]

[33] APLNDC-Y0000051357-362. [Exhibit L]  Apple fiscal Q1 2012 corresponds to the fourth quarter of 2011.  (Deposition of Mark Buckley, April 10, 2012, p. 37.)

[34] Epstein, Zach, "iPhone 4S remains best-selling U.S. smartphone in March, Samsung gains share," BGR, April 2, 2012, <http://www.bgr.com/2012/04/02/iphone-4s-remains-best-selling-u-s-smartphone-in-march-samsung-gains-share/>. [Exhibit M]

[35] Santo, Michael, "iPhone 4S outselling all Android phones combined at Sprint and AT&T: analyst," examiner.com, April 3, 2012, <http://www.examiner.com/technology-in-national/iphone-4s-outselling-all-android-phones-at-sprint-and-at-t-analyst>. [Exhibit N]

[36] Deposition of Mark Buckley, April 10, 2012, pp. 63-64, 103-104, 106.  Mr. Buckley testified that Apple releases its first quarter results (second fiscal quarter) on April 24th. (pp. 63-64)

1    38.    The consistent trend of Apple's market share in the face of competition by

2    Samsung and other handset manufacturers, as well as the success of the iPhone 4S, indicates that

3    Samsung's sales of smartphones are not having a significant effect on Apple.

4    ### B.   *Dr. Vellturo's Analysis Understates the Importance of Platform Competition*

5    39.    Although Dr. Vellturo's argument that Samsung's sales must have an impact on

6    Apple's sales may be superficially appealing, it does not take into account the effect of platform

7    competition.  As I describe in this section, a smartphone's operating system is a top purchase

8    consideration, indicating Samsung is competing against other Android manufacturers more than

9    with Apple.  In addition, a substantial portion of consumers have strong feelings about Apple, so a

10   portion of Samsung purchasers would never consider Apple's iPhone.  These are both factors that

11   minimize any meaningful impact Samsung's sales of the Galaxy Nexus could have on Apple's

12   iPhone sales.

13   ### 1.   The Operating System is a Primary Driver of the Purchasing Decision

14   40.    The smartphone purchasing decision often comes down to a choice between the

15   open source Android operating system, which runs on a multitude of handsets, and Apple's

16   proprietary iOS, which runs exclusively on Apple's products.  As a comprehensive

17   Computerworld OS comparison article pointed out, "[i]f you're in the market for a new

18   smartphone, choosing which one to buy has as much to do with the operating system that runs the

19   phone as with the hardware itself."[37]  According to the same article, the three top platforms are

20   iOS, Android, and Microsoft's Windows Phone 7.[38]  Ultimately, the author concludes, "any one of

21

22

---

23   [37] Gralla, Preston, "Smartphone OS shootout: Android vs. iOS vs. Windows Phone,"
     Computerworld, March 17, 2011,
24   <http://www.computerworld.com/s/article/9214206/Smartphone_OS_shootout_Android_vs._iOS_
25   vs._Windows_Phone_?taxonomyName=Mobile+and+Wireless&taxonomyuId=15>. [Exhibit O]
     [38] Gralla, Preston, "Smartphone OS shootout: Android vs. iOS vs. Windows Phone,"
26   Computerworld, March 17, 2011,
27   <http://www.computerworld.com/s/article/9214206/Smartphone_OS_shootout_Android_vs._iOS_
     vs._Windows_Phone_?taxonomyName=Mobile+and+Wireless&taxonomyuId=15>. [Exhibit O]

28

these platforms will serve you well,"[39] each catering to the preference of a certain audience.  For the Android OS, the article notes that: "[f]or its features, customization options and openness, Android has no peer."[40]

41.     A February 2012 article notes that smartphone OS competition was down to iOS and Android, with other platforms, such as Blackberry and Windows Phone, thought to be vying for third place.[41]

42.     In a Business Insider survey that received over 2000 responses from Android and iOS smartphone users, approximately 38 percent of respondents indicated that "Platform" was the most important factor and another 50 percent replied that "Platform" was one of the "other" factors considered in choosing a smartphone:

---

[39] Gralla, Preston, "Smartphone OS shootout: Android vs. iOS vs. Windows Phone," Computerworld, March 17, 2011, <http://www.computerworld.com/s/article/9214206/Smartphone_OS_shootout_Android_vs._iOS_vs._Windows_Phone_?taxonomyName=Mobile+and+Wireless&taxonomyuId=15>. [Exhibit O]

[40] Gralla, Preston, "Smartphone OS shootout: Android vs. iOS vs. Windows Phone," Computerworld, March 17, 2011, <http://www.computerworld.com/s/article/9214206/Smartphone_OS_shootout_Android_vs._iOS_vs._Windows_Phone_?taxonomyName=Mobile+and+Wireless&taxonomyuId=15>. [Exhibit O]

[41] Lunden, Ingrid, "Nielsen: As U.S. Nears Smartphone Majority, It's A Two-Horse Race Between Android and Apple's iOS," March 29, 2012, <http://techcrunch.com/2012/03/29/nielsen-as-u-s-nears-smartphone-majority-its-a-two-horse-race-between-android-and-apples-ios/>. [Exhibit P]

**DECLARATION OF MICHAEL J. WAGNER**

**Figure 5:    Business Insider Survey Results – Most Important Factor[42]**



---

[42] Blodget, Henry and Leah Goldman, "The Truth About Smartphones: Our Exclusive Survey on iPhone vs. Android," Business Insider, April 18, 2011, Figure 8, <http://www.businessinsider.com/smartphone-survey-results-2011-4#most-smartphone-buyers-say-platform-and-features-are-the-most-important-factors-that-make-them-buy-a-particular-smartphone-8> and < http://www.businessinsider.com/smartphone-survey-results-2011-4#other-factors-that-matter-include-features-platform-app-selection-price-ease-of-migrating-data-from-ones-current-platform-and-availability-at-ones-mobile-carrier-9>. [Exhibit Q]

**Figure 6:    Business Insider Survey Results – Other Factors[43]**



43.    This point can also be seen in a December 2011 Apple research report titled "Smartphone Market Study," the stated purpose of which "is to provide a comprehensive view of the consumer smartphone market – with a focus on iPhone and Android…"[44]  This report identifies the specific platform as the "most influential" reason for a U.S. smartphone buyer selecting a smartphone using the Android operating system versus an iPhone running on the iOS operating system.

---

[43] Blodget, Henry and Leah Goldman, "The Truth About Smartphones: Our Exclusive Survey on iPhone vs. Android," Business Insider, April 18, 2011, Figure 9, <http://www.businessinsider.com/smartphone-survey-results-2011-4#most-smartphone-buyers-say-platform-and-features-are-the-most-important-factors-that-make-them-buy-a-particular-smartphone-8> and < http://www.businessinsider.com/smartphone-survey-results-2011-4#other-factors-that-matter-include-features-platform-app-selection-price-ease-of-migrating-data-from-ones-current-platform-and-availability-at-ones-mobile-carrier-9>. [Exhibit Q]
[44] "Smartphone Market Study," Apple Market Research & Analysis, October, November, December 2011, APLNDC630-0000149098-191 at '100. [Exhibit T]

**Figure 7:**   **Apple Smartphone Market Study – Reasons Influencing Purchase**[45]



44.    One explanation for consumers' preference for Android is that Android operators and manufacturers have spent significant advertising dollars on Android, which serves to elevate the importance of the Android platform to smartphone consumers.  For example, an Apple presentation titled "Android Market Overview" and dated Q4 2010 notes that Android operators and handset manufacturers had a "[n]early 9 to 1 Spend Ratio over iPhone Advertising."[46]

45.    A July 2011 presentation confirms that Android manufacturers outspend Apple, noting that "[t]otal Android 2011 advertising spend so far is $460 [million] in the US alone" compared to "total iPhone 2011 advertising spend [of] $107 [million]."[47]  Another recent Apple

---

[45] "Smartphone Market Study," Apple Market Research & Analysis, October, November, December 2011, APLNDC630-0000149098-191 at '132. [Exhibit T]

[46] "Android Market Overview," Apple Market Research & Analysis, CY10-Q4, APLNDC00004618-736 at '626. [Exhibit R]

[47] "N94 launch pad," July 12, 2011, APLNDC630-0000128707-766 at '711. [Exhibit FFF] The N94 refers to the iPhone 4S.

presentation notes that Android is "[supported] by hundreds of millions [of dollars] in advertising" and that a new "Hero" Android smartphone launches every few weeks.[48]

46.     This level of advertising for the platform, along with the Google brand, helps to create a branded platform that can compete with Apple's platform.  The resulting preference for the Android platform means that many of the customers that select an Android phone (such as the Galaxy Nexus) would not consider a smartphone with a different operating system (such as the iPhone).

### 2.  Many Android Customers Would Never Purchase an iPhone

47.     The importance of platform competition is further demonstrated by consumers' strong preferences when it comes to Apple.  In the same Business Insider Survey discussed above, one of the questions asked Android users "[w]hat might make you buy an iPhone instead?"  Of the 4 responses provided, more than 55 percent of the survey respondents selected "Nothing: I hate Apple," indicating that they would not buy an iPhone instead of their Android smartphone.[49]

48.     On the flip side, Apple's documents provide evidence that a substantial portion of iPhone purchasers buy Apple's products due to their affinity for Apple products.  For example, according to a November 2011 Apple survey overview, the top reason identified for purchasing an iPhone 4S was being a "[f]an of Apple products."

---

[48] "Sustaining momentum throughout the product cycle – Increasing share of first-time smartphone users," APLNDC630-0000128922-944 at '924. [Exhibit GGG]

[49] Blodget, Henry and Leah Goldman, "The Truth About Smartphones: Our Exclusive Survey on iPhone vs. Android," Business Insider, April 18, 2011, Figure 7, <http://www.businessinsider.com/smartphone-survey-results-2011-4#among-android-users-most-say-they-will-never-buy-an-iphone-because-they-hate-apple-most-of-the-rest-say-they-would-buy-an-iphone-if-it-worked-better-with-non-apple-products-and-theres-the-risk-of-the-closed-system-that-apple-is-selling-7>. [Exhibit Q]

**Figure 8:    iPhone 4S Early Buyer Survey – Top Reasons for Purchasing iPhone 4S[50]**



49.     As demonstrated by these surveys, a substantial portion of consumers have strong preferences either for or against Apple, meaning that many of the customers that select an Android phone (such as the Galaxy Nexus) would not consider an iPhone as an alternative.  This is another factor that Dr. Vellturo's analysis does not take into account.

### 3.   Dr. Vellturo Overemphasizes Competition by Samsung

50.     Dr. Vellturo's discussion focuses on the impact of Samsung on Apple's sales, but ignores that a number of other Android competitors have experienced substantial growth in market share over the same period.  As shown in Figure 9 (created using IDC data produced by Apple), Android's market share has risen over time.  In fact, Android's market share surpassed that of iOS months before Samsung introduced the Galaxy S and years before it introduced the Galaxy Nexus.

---

[50] "iPhone 4S Early Buyer Survey," Apple, November 2011, APLNDC-Y0000026096-137 at '120. [Exhibit S]

**Figure 9:    Share of Smartphone Unit Sales by OS – iOS and Android, 2008 - 2011**[51]



51.    A similar picture emerges when viewed in terms of revenue share:

---

[51] Exhibit B, Schedule 6.

1  **Figure 10:   Share of Smartphone Revenue by OS – iOS and Android, 2008 - 2011[52]**



16       52.     As seen in Figure 9 and Figure 10, sales of Android smartphones took off in the

17  year preceding the release of the Galaxy S, long before the Galaxy Nexus was introduced. Prior to

18  2011 the iPhone was only available on the mobile phone carrier AT&T through an exclusive

19  contract with Apple.[53]  Thus, if you were a subscriber of Verizon, Sprint or T-Mobile (three of the

20  four major U.S. carriers), you were unable to get an iPhone for use on your carrier during that

21  time.[54]  Apple's exclusive deal with AT&T meant that it was only able to address a portion of the

22

23

24       [52] Exhibit B, Schedule 6.1.
         [53] Smith, Chris, "Sprint to offer Apple's iPhone 5 alongside AT&T, Verizon – report,"
25  AppleInsider, August 23, 2011,
    <http://www.appleinsider.com/articles/11/08/23/apple_to_launch_iphone_5_simultaneously_with
26  _att_verizon_and_sprint.html>. [Exhibit U]
         [54] Smith, Chris, "Sprint to offer Apple's iPhone 5 alongside AT&T, Verizon – report,"
27  AppleInsider, August 23, 2011,
         (footnote continued)
28

U.S. mobile phone subscriber base – just above 26 percent as of the end of 2010 according to one source.[55]  Verizon, Sprint and T-Mobile, carriers that I understand have introduced Android smartphones, covered approximately 55 percent of the U.S. mobile phone subscriber base as of the end of 2010 according to the same source.[56]  Apple recognized this issue in a presentation titled "Android Market Overview" dated Q4 2010 that lists several "Key Conclusions," one of which is that "Android growth accelerated in 2H of 2010."  The first sub-bullet under this conclusion indicates that Android is "[g]aining share through expansion to non-iPhone carriers."[57]  It is not surprising that smartphones using the Android operating system were able to gain acceptance and market share despite Apple's iPhone (using iOS) being in the market longer –most smartphone buyers did not have the option of purchasing an iPhone on their carrier from 2008 through the end of 2010.

53.      Other Android manufacturers who benefitted from the wider distribution of smartphones using the Android operating system include HTC, LG Electronics, and Huawei Technologies.  Each of these businesses has markedly increased its presence in the 2008 to 2011 period, making the marketplace for smartphones all the more competitive.  U.S. Market share data from IDC for these three companies is shown in Figure 11.  I note that these companies enjoyed a similar increase in market share to Samsung over the time period analyzed by Dr. Vellturo, providing further evidence of the importance of the Android platform.

---

<http://www.appleinsider.com/articles/11/08/23/apple_to_launch_iphone_5_simultaneously_with _att_verizon_and_sprint.html>. [Exhibit U]

[55] Malik, Om, "What AT&T and T-Mobile Merger Means for Innovation," GigaOM, March 21, 2011, < http://gigaom.com/2011/03/21/what-att-and-t-mobile-merger-means-for-innovation/>. [Exhibit V]

[56] Malik, Om, "What AT&T and T-Mobile Merger Means for Innovation," GigaOM, March 21, 2011, < http://gigaom.com/2011/03/21/what-att-and-t-mobile-merger-means-for-innovation/>. [Exhibit V]

[57] "Android Market Overview," Apple Market Research & Analysis, CY10-Q4, APLNDC00004618-736 at '626. [Exhibit R]

**Figure 11: Share of U.S. Smartphone Units – HTC, LG, and Huawei, 2008 - 2011[58]**



54.     Given the competition between the Android and iOS platforms and the strong preferences for or against Apple's products, it is likely that Samsung's sales are most competitive against other Android smart phone manufacturers, including HTC, Motorola, and LG.

### C. *Dr. Vellturo Fails to Establish a Causal Connection Between the Patented Features And Any Lost Sales Due to Samsung's Sales of the Galaxy Nexus*

#### 1. Apple Has Not Provided Evidence of Demand for the Claimed Benefits of the Patented Features

55.     Even if Apple could demonstrate that there may be lost sales to Apple due to the sale of the Galaxy Nexus, it cannot demonstrate any nexus between the patented functionalities at issue and those lost sales.  In his section describing the asserted patents, Dr. Vellturo cites to the Steven Sinclair's declaration for an understanding that "many of the patents at issue in this case

---

[58] Exhibit B, Schedule 2.

**DECLARATION OF MICHAEL J. WAGNER**

relate directly to the distinctive Apple user interface and user experience, which has become

closely associated with Apple and its innovations, or are otherwise important to the performance

of the devices."[59]  Dr. Vellturo also cites to Apple's technical experts for his understanding "that

the technology of these patents, individually and collectively, is extremely valuable to Apple,"

noting that the features are found in Apple's products as well.[60]

56.     The evidence cited by Dr. Vellturo for these assertions is unconvincing.  Dr.

Vellturo refers to features enabled by three of the four patents at issue ('721, '647, '172) as being

encompassed by the concept of ease of use.[61]  He then assumes that because consumers generally

indicate approval for ease of use that these particular features must have an impact on smartphone

sales.[62]  This is a significant failing as Apple's 30(b)(6) witness, Greg Joswiak, stated that there

are "innumerable" components to the concept of "ease of use," but he's never sat down to identify

them and that "[t]there isn't a single feature that defines ease of use."[63]  Furthermore, multiple

Apple deponents have testified that Apple has not done any research to break down the

components of ease of use to assess an individual component's influence on a purchaser's decision

to buy a particular smartphone,[64] much less the Galaxy Nexus.[65]

57.     Dr. Vellturo implies the importance of the "slide-to-unlock" feature of the iPhone

by citing to ads for the first iPod and a 2007 speech from Steve Jobs.[66]  This is not proof that

consumers purchased iPhones for the slide-to-unlock feature at that time.  And it is certainly not

proof that four years later, in 2011, this was a feature that drove demand for the iPhone or the

Galaxy Nexus.  Moreover, I have not seen any evidence that the slide-to-unlock feature influenced

the demand for the iPhone or the Galaxy Nexus, and Dr. Vellturo did not point to any.  In fact,

---

[59] Vellturo Declaration, p. 8.
[60] Vellturo Declaration, p. 8.
[61] Vellturo Declaration, pp. 23-25.
[62] Deposition of Dr. Christopher Vellturo, April 18, 2012, pp. 71-72, 78-79.
[63] Deposition of Greg Joswiak, April 17, 2012, pp. 17-20.
[64] Deposition of Greg Joswiak, April 17, p. 26; Deposition of Arthur Rangel, April 5, 2012, pp. 123-125, 128-129; Deposition of Steven Sinclair, April 4, 2012, pp. 47-48.
[65] Deposition of Arthur Rangel, April 5, 2012, pp. 140-141.
[66] Vellturo Declaration, ¶ 43, p. 24.

Apple's Director of Product Research and Analysis, Arthur Rangel, testified at his deposition that Apple has never tested the slide-to-unlock feature individually to assess whether it affects Apple sales.[67]

58.     Dr. Vellturo's one unsupported sentence explaining the benefit of the '172 Patent[68] does not prove the value or extent of use of this feature by users of the iPhone 4S or Galaxy Nexus.  As with the features implicated by the '721 and '647 Patents, Mr. Rangel testified that Apple has not tested the feature associated with the '172 Patent to see how it impacted Apple's sales of the iPhone.[69]

59.     Finally, Dr. Vellturo claims the '604 Patent is used by the Siri personal assistant.[70] Siri is a "virtual personal assistant."  It has been described as follows:

…truly, a virtual personal assistant.  So much so that you interact with it using the same part of your brain that fires up when you're talking to a real person.  You instinctively say 'Please,' and when Siri asks you to provide additional information that you forgot to include, you find yourself saying 'Sorry.'"[71]

60.     An integral aspect of Siri is its ability to interface with the user verbally in a natural, conversational manner.[72]  Buyers value the idea of Siri because it is a step towards artificial intelligence in that "some of its capabilities go deeply into science fiction territory."[73]  At deposition, Mr. Rangel echoed this sense of artificial intelligence regarding Siri, noting that iPhone users "feel like it's their assistant […] I wouldn't say their best friend, but it's definitely

---

[67] Deposition of Arthur Rangel, April 5, 2012, pp. 147-148.
[68] Vellturo Declaration, ¶ 45, p. 25.
[69] Deposition of Arthur Rangel, April 5, 2012, pp. 145-146.
[70] Vellturo Declaration, ¶ 44, p. 24.
[71] Ihnatko, Andy, "REVIEW: Siri is a seriously good innovation - even in beta," Chicago Sun Times, November 11, 2011, <http://www.suntimes.com/search/8736926-452/review-siri-is-a-seriously-good-innovation-even-in-beta.html?print=true>. [Exhibit W]
[72] Ihnatko, Andy, "REVIEW: Siri is a seriously good innovation - even in beta," Chicago Sun Times, November 11, 2011, <http://www.suntimes.com/search/8736926-452/review-siri-is-a-seriously-good-innovation-even-in-beta.html?print=true>. [Exhibit W]
[73] White, Charlie, "iPhone 4S: Siri Is Impressive, But Still a Work in Progress," Mashable Tech, October 16, 2011, <http://mashable.com/2011/10/16/iphone-4s-siri-review/>. [Exhibit X]

[…] it humanizes the phone.  They love it for that."[74]  Evidence that *Apple's customers* like the Siri feature of the iPhone 4S says nothing about whether the patented functionality of the '604 Patent has any effect whatsoever on demand for the Galaxy Nexus.

61.    I understand that the Galaxy Nexus does not permit searching using natural language vocal interaction.  As one of Apple's 30(b)(6) witnesses, Greg Joswiak, testified at deposition, "I don't think any product has a system – a system like Siri."[75]  Further, Apple has offered absolutely no evidence that any consumer based his / her decision to purchase a Galaxy Nexus on the searching heuristics of the product.  Dr. Vellturo's analysis does not cite any evidence that any alleged infringement of the '604 patent has motivated any consumer to purchase a Galaxy Nexus.

## 2.    The Evidence Is That Sales of the Galaxy Nexus Are Driven by Other Factors

62.    Dr. Vellturo states that the Galaxy Nexus may have a greater impact on Apple than other Samsung smartphones because certain commentators have written that the Galaxy Nexus is the main or most credible competitor or noted the "big leap forward" of the Galaxy Nexus' operating system.[76]  However, these comparisons are evidence that it is features *other than* the accused functionalities that are the reasons that customers are selecting the Galaxy Nexus.  Apple has asserted that 12 other Samsung smartphones also infringe Apple's patent rights.[77]  The fact that industry commentators view the Galaxy Nexus as the most significant technical competitor to the iPhone 4S must be related to features other than the accused functionalities.  Moreover, Apple's 30(b)(6) witness regarding the nexus between the accused infringing features and harm to Apple, Greg Joswiak, stated that he had no information as to the impact on sales or market share

---

[74] Deposition of Arthur Rangel, April 5, 2012, pp. 155-156.
[75] Deposition of Greg Joswiak, April 17, 2012, p. 41.
[76] Vellturo Declaration, pp. 39-40.
[77] Apple's Complaint for Patent Infringement, February 8, 2012, p. 5.

of the Galaxy Nexus assuming Samsung were to remove the four allegedly infringing features from the Galaxy Nexus – he would have to "speculate" about any such impacts.[78]

63.     In contrast to the limited and unpersuasive evidence cited by Dr. Vellturo that the patented functionalities have any effect on demand, there exists ample evidence that features *other than* the patented functionalities drive demand.

64.     Upon its launch of the Galaxy Nexus in December 2011, Samsung pointed to its AMOLED™ display, its 1.2 GHz dual-core processor, Android 4.0 (Ice Cream Sandwich), the Android Beam™, face unlock and its camera[79] as those features that differentiate its Galaxy Nexus smartphone.  Samsung's commercials echo the emphasis on these features as well as others such as: "elegant & rich notifications," "quick responses" and "data usage."[80]  It is noteworthy that there are specific advertisements for the Galaxy Nexus promoting the "Face Unlock" feature.[81]  In a video released by Google explaining the Face Unlock feature, the description states that an advantage of Face Unlock is that there are "no passwords to remember, nothing to type **or swipe** (emphasis added)."[82]

65.     Third party observers have also noted a wide range of features that set Samsung's Galaxy Nexus product apart from its competitors.  MSNBC's technology review site, Technolog,

---

[78] Deposition of Greg Joswiak, April 17, 2012, pp. 49-52.  *See also* pages 61 to 62 stating that he was not aware of any data that looked at the allegedly infringing features on a feature by feature basis to assess their effect on the demand for the Galaxy Nexus.

[79] "Galaxy Nexus Android Smartphone," Samsung, <http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-features >. [Exhibit Y]

[80] "Introducing Galaxy Nexus. Simple, beautiful, beyond smart," youtube.com, <http://www.youtube.com/watch?v=-F_ke3rxopc>. *See also* "Galaxy Nexus – Simple. Beautiful. Beyond Smart.," youtube.com, <http://www.youtube.com/playlist?list=PL3FD7B7B5BAD95ECD&feature=plcp>.

[81] "Galaxy Nexus and Face Unlock: Smile," youtube.com, <http://www.youtube.com/watch?v=5l4D2tn_-kQ>.  "Galaxy Nexus: Face Unlock," youtube.com, <http://www.youtube.com/watch?v=DDfmkMDue6c>.  "Introducing Galaxy Nexus. Simple, beautiful, beyond smart," youtube.com, <http://www.youtube.com/watch?v=-F_ke3rxopc>.

[82] "Galaxy Nexus: Face Unlock," youtube.com, <http://www.youtube.com/watch?v=DDfmkMDue6c>.

points to the Galaxy Nexus' "High-def display;" its sleeker, smarter interface; its performance as a multitasker; its "very fast performance;" its "New People App;" and its "Beefed up browser."[83]

66.      Many reviews of the Galaxy Nexus highlight the features that the Nexus has and the iPhone does not.  For example, the Galaxy Nexus is described as "packing a few lust-worthy features that Apple still has in the works for the iPhone (Verizon 4G LTE among them)."[84] According to a CNET review of the Galaxy Nexus, the "good" features of the phone include the power of the Android Ice Cream Sandwich OS, the speed of Verizon's LTE network, and the phone's beautiful screen and internal performance.[85]  Similar features have been highlighted by other reviews, including one by Geekaphone, a consumer advice site, and can be seen in Figure 12.[86]  None of these features are enabled by Apple's four patents.

---

[83] Spoonauer, Mark, "Samsung Galaxy Nexus review: The one to beat," MSNBC Technology, <http://www.technolog.msnbc.msn.com/technology/technolog/samsung-galaxy-nexus-review-one-beat-118858>. [Exhibit Z]

[84] Bookwalter, J.R., "Hands On: Samsung Galaxy Nexus vs. iPhone 4S," Mac Life, December 29, 2011, <http://www.maclife.com/article/features/hands_samsung_galaxy_nexus_vs_iphone_4s>. [Exhibit AA]

[85] Dolcourt, Jessica and Kent German, "Samsung Galaxy Nexus Review," CNET, December 15, 2011, <http://reviews.cnet.com/cell-phones/samsung-galaxy-nexus-verizon/4505-6454_7-35099738.html?tag=subnav#reviewPage1>. [Exhibit JJJ]

[86] "Samsung Galaxy Nexus vs. Apple iPhone 4S, Geekaphone," <http://geekaphone.com/compare/Samsung-GALAXY-Nexus-vs-Apple-iPhone-4S>. [Exhibit BB]

**Figure 12:   Geekaphone Review of Galaxy Nexus – Top Reasons to Buy[87]**

## Reasons to buy the Samsung Galaxy Nexus

**Adobe Flash support**
Many games and videos on the Internet require Adobe Flash

 **NFC Support**
Enables payment by phone and other wireless communications

**Fast upload speed**
3.42 mbps

**Fast download speed**
10.37 mbps

**Large screen**
4.6"

**Lots of memory (RAM)**
1024 MB

**Vivid screen**
Super AMOLED

**High resolution screen**
1280x720

**Fast processor**
1.2 GHz

**Latest network technology**
4G

**Large battery capacity**
1,750 mAh

**Long talk time**
17.6 hours

**Average speed max data speeds**
LTE (80 mbps)

**Average standby time**
12.1 days

**Average weight**
135 g

**Thin**
9 mm

67.     The speed of the Galaxy Nexus due to its ability to utilize the 4G LTE network, something the iPhone cannot do, is often touted.  The Galaxy Nexus is described as "fast, racking up a whopping 19.89 MBps down and 6.07Mbps up."[88]  It is clear from the marketing messages from Samsung and comments by industry observers that the features that are driving customers to purchase the Galaxy Nexus are principally technological features that distinguished the Galaxy Nexus from all of their competitors and not the alleged infringement of Apple's four patents.

68.     Dr. Vellturo does not directly address the issue of whether the accused functionality for the four patents asserted in the Motion caused any Galaxy Nexus purchaser to buy the Galaxy Nexus.  The evidence discussed above indicates it is features other than the patented functionalities that drove the demand for the Galaxy Nexus.  Apple itself noted in a July 2011

---

[87] "Samsung Galaxy Nexus vs. Apple iPhone 4S, Geekaphone,"
<http://geekaphone.com/compare/Samsung-GALAXY-Nexus-vs-Apple-iPhone-4S>. [Exhibit BB]
[88] Bookwalter, J.R., "Hands On: Samsung Galaxy Nexus vs. iPhone 4S," Mac|Life, December 29, 2011,
<http://www.maclife.com/article/features/hands_samsung_galaxy_nexus_vs_iphone_4s>. [Exhibit AA]

presentation that product messaging is "all about speed, screen size, display quality, the latest new features and, in the US, there is the additional 4G conversation."[89]

69.     I note that Dr. Vellturo's declaration cites to my deposition testimony in the last preliminary injunction requested by Apple against Samsung.[90]  The footnote correctly states that the reason I bought six iPhone 4S is because of FaceTime.  I did not buy the iPhone for any of the Patents asserted in the first case or in this case.  I am proof that people buy the iPhone and other smartphones for reasons completely unrelated to the patents that Apple has asserted against Samsung.

### 3.  If the Galaxy Nexus's Infringement Causes Harm to Apple, Dr. Vellturo Has Not Explained Why Any Such Harm Would Continue Into the Future

70.     Dr. Vellturo's declaration includes a section titled "Samsung's Infringement During this Lawsuit Would Have Irreparable Radiating Effects, Causing Apple to Lose Incalculable Sales Well Beyond the Initial Lost Sales of iPhones."[91]  In this section, Dr. Vellturo argues that "this case presents a quintessential example of irreparable harm because so much of the harm to Apple, resulting from Samsung's infringement during the period of this lawsuit, would extend far into the future, in ways that could never be calculable or reachable in a damages award in this case."[92]

71.     However, if it is determined that the Galaxy Nexus infringes the patents at issue and that such infringement is causing Apple to lose sales, then Dr. Vellturo has not provided any justification for why the harm to Apple would "extend far into the future" for sales during the period of this lawsuit.  If Apple is successful at trial, it would presumably move to have Samsung enjoined from using the patented functionality.  Dr. Vellturo offers no explanation of why customers who originally purchased the Samsung device for the patented functionalities at issue in

---

[89] "N94 launch pad," July 12, 2011, APLNDC630-0000128707-766 at '721. [Exhibit FFF] The N94 refers to the iPhone 4S.  As embodied in the Galaxy Nexus, none of these features are related to the alleged infringement of Apple's four patents.
[90] Vellturo Declaration, p. 31, footnote 77.
[91] Vellturo Declaration, pp. 44-45.
[92] Vellturo Declaration, p. 44.

**DECLARATION OF MICHAEL J. WAGNER**

1  this case would choose to purchase a subsequent device that does not include those patented

2  functionalities.  He does not provide any justification for why the functionalities are important

3  now, but would not be important in the future when the customer would be in the market again for

4  a smartphone.  Absent such a showing, Dr. Vellturo has no basis to state that the irreparable harm

5  would "extend far into the future."

6      **D.   _The Competition Hypothesized by Dr. Vellturo Between The iPhone and Galaxy_
          _Nexus Has Not Occurred_**

7

8          72.      Dr. Vellturo emphasizes the importance of the Galaxy Nexus and the impact that it

9  could have on Apple.[93]  Specifically, Dr. Vellturo states that "current market indicators suggest

10  that the Galaxy Nexus may have an even greater impact on Apple's iPhone sales than prior

11  Samsung phones."[94]  He then proceeds to cite to numerous product reviews and articles that do not

12  provide any analysis of how the Galaxy Nexus actually performed in the market and whether

13  customers desired it as a phone.[95]  Later on, Dr. Vellturo even presents a hypothetical example

14  involving 20 million infringing phone sales.[96]  However, Dr. Vellturo's theoretical level of

15  competition has not occurred in reality.  Figure 13 summarizes the sales of the iPhone 4S and the

16  Galaxy Nexus through the period ending 11 weeks after launch.

17

18

19

20

21

22

23

24

25

26  [93] Vellturo Declaration, pp. 38-43.
    [94] Vellturo Declaration, p. 39.
27  [95] Vellturo Declaration, pp. 39-40.
    [96] Vellturo Declaration, p. 47.

28

**Figure 13:   Comparison of U.S. Sales of iPhone 4S vs. Galaxy Nexus Through 11 Weeks Post-Launch[97]**



73.     The iPhone has continued its success in the first three months of 2012, as discussed in Section IV.A.2.  By contrast, Samsung forecasts that the Galaxy Nexus will only sell about 250 thousand units over the 17 weeks subsequent to the period compared in Figure 13.  In total, Samsung forecasts that it will sell about 532,000 Galaxy Nexus phones over its first 36 weeks of sales,[98] or about and three percent of Dr. Vellturo's hypothetical sales of 20 million units.[99]

74.     As demonstrated by the sales data and Samsung's projected sales, the Galaxy Nexus has not generated the kind of sales that Dr. Vellturo hypothesizes and is unlikely to do so.

---

[97] Exhibit B, Schedule 9.
[98] Exhibit B, Schedule 9.
[99] 532,000 / 20,000,000 = 2.66 percent.

### E. *Dr. Vellturo Substantially Overstates Potential Harm Derived By Network Effects*

75.     Dr. Vellturo states that one of the irreparable harms to Apple relates to network effects and the "diminished incentive for software developers to support the smaller base of Apple smartphones and diminished incentive and funds for Apple to invest further in its products."[100]  I respectfully disagree.

76.     In regards to Dr. Vellturo's theoretical first point that software developers would lack incentive to continue to write Apps for the iPhone platform, thus reducing the network effects that Apple has cultivated, nothing could be further from reality.  The fallacy of this belief is evidenced by the title of an article in the San Jose Mercury News on March 21, 2012 that reported on a recent survey performed by IDC.  The title of this article is "Developer Survey puts Apple in driver's seat.  App writers say Android platform too fragmented."  The first line of the article states "Apple has cemented its dominance as the most popular mobile platform among application developers while Google's Android has **receded** [emphasis added] and Research in Motion's devices plunged, according to a quarterly survey that may signal sales trends for mobile devices."[101]  The "Q1 2012 Mobile Developer Report" that the article relies upon reports that "iOS continue[d] to reign at number one in developer interest levels" while "Android phones and tablets are showing slow erosion of interest levels."[102]  Eighty-nine percent and 88 percent of developers reported being "very interested" in developing for the iPhone (iOS) and iPad (iOS) platforms, respectively, compared to only 79 percent and 66 percent for the Android Phone and Android Tablet platforms, respectively.  Only 51 percent of developers were "very interested" in developing for "Ice Cream Sandwich Tablets," which was a separate category in the IDC report.[103]  Dr. Vellturo's theoretical position is just not borne out by the evidence.

---

[100] Vellturo Declaration, p. 2.

[101] "Developer Survey Puts Apple in Driver's Seat," San Jose Mercury News, March 21, 2012, <http://www.pressdisplay.com/pressdisplay/showarticle.aspx?article=90dac6aa-4419-8ebf-ce167229be6f&viewmode=2&page=34>. [Exhibit CC]

[102] "Q1 2012 Mobile Developer Report," IDC, January 25-27, 2012, p. 2, <http://testing.ybru.com/images/Appcelerator_Report_Q12012_final.pdf>. [Exhibit DD]

[103] "Q1 2012 Mobile Developer Report," IDC, January 25-27, 2012, p. 3, <http://testing.ybru.com/images/Appcelerator_Report_Q12012_final.pdf>. [Exhibit DD]

1
2
3
4
5
6
7
8
9
10
11
12

77.     Furthermore, earnings for app developers are greater in the Apple App Store than in the Android Market.  According to an article by Investopedia which cites to data from "Piper Jaffray, a U.S. investment banking firm, Android developers earn just 7% of what iOS Apple Store earns for its developers."[104]  This increases the incentives for developers to create apps for the Apple App Store over the Android Market.  The article also explains that "the app developers still choose iOS first for launching any app because they see more profit potential" and because of this "the general trend has been to make the app for Apple and if it becomes popular and successful, then go for an Android version."[105]  This is reflected in the graph from the mobile app store analytics firm, Distimo, displayed in Figure 14, which shows that in 2011 the Apple App Store for iPhone continued to increase the number of apps it offered for download, as well as maintain its lead over the Android market in total apps offered, despite an increase in sales of the Android platform.

13
14
15
16
17
18
19
20
21

22
23
24

[104] "Android Vs. iPhone: The Economics Of Apps," Investopedia, <http://www.investopedia.com/financial-edge/0112/Android-Vs-iPhone-The-Economics-Of-Apps.aspx#axzz1qsqh8ijN>. [Exhibit EE]  *See also* Munster, Gene and Douglas J. Clinton, et al., "A Tale of Two App Stores: Android Market Vs. Apple's App Store," Piper Jaffray, November 21, 2011, p. 3. [Exhibit KKK]

25
26
27

[105] "Android Vs. iPhone: The Economics Of Apps," Investopedia, <http://www.investopedia.com/financial-edge/0112/Android-Vs-iPhone-The-Economics-Of-Apps.aspx#axzz1qsqh8ijN>. [Exhibit EE]  *See also* Munster, Gene and Douglas J. Clinton, et al., "A Tale of Two App Stores: Android Market Vs. Apple's App Store," Piper Jaffray, November 21, 2011, p. 3. [Exhibit KKK]

28

1

**Figure 14:   Estimated Number of Applications by Platform[106]**



78.      Moreover, Distimo also reported that as of November 2011, the Google Android

market was the largest market for free apps (approximately 225,000).[107]  When one also considers

the total apps available on the Android Market as of the end of 2011 displayed in Figure 14, it's

apparent that the majority of apps on the Android Market are free and the percentage of free apps

is much higher than that of the Apple App Store.[108]  In terms of paid downloads, a November

2011 article estimated that percentage-wise, paid apps account for only 1.3 percent of Android app

downloads, versus 13.5 percent for iOS.[109]  Moreover, as a proxy for analyzing the revenue

generated by the respective app markets, Distimo analyzed data from the top 200 apps on the App

---

[106] Koekkoek, Hendrik, "Distimo Publication Full Year 2011," Distimo, p. 3, <
http://www.distimo.com/publications/>. [Exhibit FF]
[107] Koekkoek, Hendrik, "Distimo Publication Full Year 2011," Distimo, p. 4, <
http://www.distimo.com/publications/>. [Exhibit FF]
[108] Koekkoek, Hendrik, "Distimo Publication Full Year 2011," Distimo, pp. 3-4, <
http://www.distimo.com/publications/>. [Exhibit FF]
[109] Etherington, Darrell, "Apple blowing away Android with up to 90% of app revenue,"
GigaOM, November 21, 2011, <http://gigaom.com/apple/apple-blowing-away-android-with-up-
to-90-of-app-revenue/>. [Exhibit GG]

Case No. 11-cv-01846-LHK
**DECLARATION OF MICHAEL J. WAGNER**

Store (both iPhone and iPad) and the Android Market (see Figure 15).[110]  Distimo concluded that "despite Android's growing market share, the revenue generated in its app store still lags far behind the revenue generated in the Apple App Store"[111] – which indicates the Android Market continues to present an inferior opportunity for app developers to generate revenue from their work.

**Figure 15:  Revenue by App Store[112]**



79.     These facts further suggest that Dr. Vellturo's statements regarding developers having diminishing incentive to continue developing for Apple due to the Galaxy Nexus, and thereby diminishing the iPhone's network effects, are not supported by the facts.

80.     Dr. Vellturo also cites to the social media industry and the gaming console industry in support of his arguments regarding the importance of network effects for the iPhone.[113]  The different nature of these examples is that both social media networks and gaming consoles represent industries in which one product is not interoperable with competing products—this is not the case in the smartphone industry.  For example, Dr. Vellturo states that "Facebook launched, approached and quickly overtook social network rivals (e.g., MySpace, Friendster) as the size of

---

[110] Koekkoek, Hendrik, "Distimo Publication Full Year 2011," Distimo, p. 6, <http://www.distimo.com/publications/>. [Exhibit FF]

[111] Koekkoek, Hendrik, "Distimo Publication Full Year 2011," Distimo, p. 6, <http://www.distimo.com/publications/>. [Exhibit FF]

[112] Koekkoek, Hendrik, "Distimo Publication Full Year 2011," Distimo, p. 6, <http://www.distimo.com/publications/>. [Exhibit FF]

[113] Vellturo Declaration, pp. 29-30.

Case No. 11-cv-01846-LHK
**DECLARATION OF MICHAEL J. WAGNER**

the Facebook network expanded."[114]  However, the nature of social media platforms is that a user on one site can only interact with other users on that same site.  The smartphone industry differs in that the basic functionalities of a phone (i.e., placing phone calls, sending text messages, accessing and sending email, etc.) can still be performed across phone and operating system platforms.  In his deposition, Dr. Vellturo agreed that the primary functions of using a smartphone discussed above enabled someone using an Android-based smartphone to engage with someone using an iOS-based smartphone[115] unlike the closed system examples of Facebook, MySpace, and Friendster and the gaming industry which he cites in his analysis and which he stated exhibit significant network effects.[116]

81.     Dr. Vellturo does cite to three features which can be found on the iPhone which are exclusive to the iOS platform.  These features are FaceTime, iMessage, and Apple's Game Center.[117]  In order for the network effects to be significant from these features, they would need to be valued by consumers.  According to a marketing study by Apple in November 2011 titled "iPhone 4S Early Buyers Survey," only 38 percent of the 35 percent of customers who stated that they purchased an iPhone 4S for a specific feature, said that FaceTime was an "important feature" and only 3 percent of the 35 percent said that it was the "most important feature."[118]  iMessaging and Apple's game center were not named as one of the important features.[119]  Moreover, the FaceTime feature is not at issue in this matter and it is a feature of the iPhone.  To the extent that someone desired FaceTime they would have purchased an iPhone and their purchase decision would be based on something other than one of the patented functionalities at issue in this matter.

---

[114] Vellturo Declaration, pp. 29-30.
[115] Deposition of Dr. Christopher Vellturo, April 18, 2012, pp. 125-131.
[116] Vellturo Declaration, pp. 29-30.
[117] Vellturo Declaration, pp. 30-31.
[118] "iPhone 4S Early Buyer Survey," Apple, November 2011, APLNDC-Y0000026096-137 at '121. [Exhibit S]
[119] "iPhone 4S Early Buyer Survey," Apple, November 2011, APLNDC-Y0000026096-137 at '121. [Exhibit S]

Case No. 11-cv-01846-LHK
**DECLARATION OF MICHAEL J. WAGNER**

82.     In terms of iMessage, Dr. Vellturo claims that this feature has value because it "allows users of Apple iOS devices to communicate by text messages with other users of Apple iOS devices without incurring texting fees charged by cellular carriers."[120]  Although this may have been important at one time, a majority of carriers now offer unlimited texting plans to their customers so the avoidance of texting fees does not appear to be a significant issue as claimed by Dr. Vellturo.  For example, the carrier Sprint, "forces you to get an unlimited texting plan no matter what when you buy an iPhone,"[121] meaning that there is no added value in being able to send text messages to other iPhone users for free for customers on this network.  Similarly, an article by Mobiledia quotes an AT&T representative stating "[t]he vast majority of our messaging customers prefer unlimited plans and with text messaging growth stronger than ever, that number continues to climb among new customers."[122]

83.     Consumers who value text messaging (which would be the consumers who place a higher value on being able to send iMessages for free) would opt for the unlimited plan over the pay-per-text plan and therefore the benefits to iMessage would be negated for them as well.  The article also notes the popularity of using instant messaging services that are interoperable between mobile platforms "such as Twitter and Facebook to exchange messages for free."[123]  The existence and use of these services decreases the value of iMessage to the consumer.

### F.   *Dr. Vellturo Inflates the Impact of Platform Loyalty On Future Smartphone Sales*

84.     Dr. Vellturo claims that "customers are highly likely to retain their existing smartphone platform through multiple subsequent purchases."[124]  Dr. Vellturo cites to 2010 and 2011 studies that indicate between 80 to 93 percent of iPhone users intend to stick with their

---

[120] Vellturo Declaration, pp. 30-31.
[121] Rothman, Wilson, "iPhone 4S service plans: Dirty secrets, sweet deals," MSN, <http://www.gadgetbox.msnbc.msn.com/technology/gadgetbox/iphone-4s-service-plans-dirty-secrets-sweet-deals-120191>. [Exhibit HH]
[122] Fitzgerald, Sandy, "AT&T Shifts to Unlimited Texting Plans," Mobiledia, August 19, 2011, <www.mobiledia.com/news/103654.html>. [Exhibit II]
[123] Fitzgerald, Sandy, "AT&T Shifts to Unlimited Texting Plans," Mobiledia, August 19, 2011, <www.mobiledia.com/news/103654.html>. [Exhibit II]
[124] Vellturo Declaration, pp. 4-5, 25-27.

1    platform for their next purchase and between 70 to 78 percent of Android users indicated they

2    planned on sticking with their platform.[125]

3        85.    This data does not have the significance that Dr. Vellturo's analysis suggests, as is

4    apparent when one take into account Android's share of the market.   The studies relied upon by

5    Dr. Vellturo are from 2010 and 2011[126] and would primarily represent the buying intentions of

6    consumers for the period after Q3 2010, a period in which Android's share of smartphone units

7    ranged between 43 to 67 percent.[127]   It would be expected that, even if there is no platform loyalty,

8    a significant percentage of Android users would indicate that they intend to purchase Android

9    simply because of Android's high market share.  Therefore, the data cited by Dr. Vellturo does not

10   indicate as high a degree of stickiness for the Android platform as he suggests.  Dr. Vellturo

11   performs no analysis of the surveys that he cites, or any other data, to determine whether the effect

12   even exists for Android users.

13       86.    In contrast, the percentage of respondents indicating they intended to purchase the

14   iPhone (80 to 98 percent) is significantly higher than Apple's market share of 29 to 45 percent in

15   this period.[128]  These data are reflective of the platform loyalty of iPhone users, as well as the

16   affinity for Apple products exhibited by its users.

17       87.    In addition, other data that I have reviewed on platform loyalty suggest that the

18   percentage of Android users that intend to re-purchase Android is significantly lower and in-line

19   with Android's market share.  These data also confirm that Apple's users report a significantly

20   higher percentage of intention to re-purchase than do Android users.

21       88.    Dr. Vellturo cites to documents that show some 70 to 78 percent of Android users

22   and some 80 to 88 percent of iPhone users "would stick with that platform for their next

23   purchase."[129]  An additional article used by Dr. Vellturo to support a number of his assertions

24   _____

25   [125] Vellturo Declaration, p. 26.
     [126] Vellturo Declaration, p. 26 and Vellturo Declaration, Exhibits 53, 57, and 59.

26   [127] Exhibit B, Schedule 6.
     [128] Exhibit B, Schedule 6.

27   [129] Vellturo Declaration, p. 26.

28

**DECLARATION OF MICHAEL J. WAGNER**

regarding platform loyalty found that Android loyalty was much lower.  This November 28, 2011 article cited to a study that found only "six of ten Android users" (60 percent) would stick with the Android operating system with their next purchase.[130]

89.      According to research which cites a study by UBS, "some 31% of Android users are likely to move to Apple for their next handset."[131]  Other recent research by Piper Jaffray analysts published in October 2011 concludes that "Apple has built brand loyalty not enjoyed by the Android platform."[132]  Piper Jaffray's analysis concluded that its survey data and analysis suggests that "only 47% of Android users expect to buy another Android device vs. 94% of iPhone users who expect to buy another iPhone."[133]

90.      An Apple marketing study from July 2011 indicates that, even within the iPhone, consumers are willing to purchase different brands of smartphones:

---

[130] Vellturo Declaration, p. 25 and Vellturo Declaration, Exhibit 52.  It should be noted that in paragraph 46, Dr. Vellturo asserts that "some current smartphone users have said it is easier to switch banks or utility services rather than learn a new phone," citing to Exhibit 52.  However, Dr. Vellturo fails to qualify that this statement was based on information from iPhone owners who also owned an iPad.

[131] Rogers, James, "Apple's iPhone Hooks Users," MainStreet.com, September 26, 2011, <http://www.mainstreet.com/article/smart-spending/technology/apples-iphone-hooks-users>. [Exhibit JJ]

[132] Munster, Gene and Andrew H. Murphy, "Healthy Lines, Online Pre-Orders, Survey Data Suggest Strong iPhone 4S Launch," Piper Jaffray, October 14, 2011, p. 1. [Exhibit KK]

[133] Munster, Gene and Andrew H. Murphy, "Healthy Lines, Online Pre-Orders, Survey Data Suggest Strong iPhone 4S Launch," Piper Jaffray, October 14, 2011, p. 1. [Exhibit KK]

**Figure 16:   Slide from Apple Point-of-Sale Presentation[134]**



91.     The Apple presentation also shows that although current iOS owners should think that they are familiar with iOS products and staying in the ecosystem is easier, they are actually considering Android devices for a variety of reasons.[135]

92.     Furthermore, another recent Apple study found that more than 1 in 4 of those whose iPhone 4S was a replacement mobile phone replaced another smartphone (not an iPhone),[136] confirming that there is movement amongst smartphone types.  An iPhone Buyer Survey for Apple's first quarter of fiscal 2012 (quarter ending December 31, 2011) also notes that the percentage of iPhones replacing an Android smartphone is increasing.[137]

---

[134] "Point-of-Sale influence on Smartphone buyers," July 2011, APLNDC-Y0000025232-304 at '251. [Exhibit LL]
[135] "Point-of-Sale influence on Smartphone buyers," July 2011, APLNDC-Y0000025232-304 at '252. [Exhibit LL]
[136] "iPhone 4S Early Buyer Survey," Apple, November 2011, APLNDC-Y0000026096-137 at '109. [Exhibit S]
[137] iPhone Buyer Survey, FY12-Q1, APLNDC630-0000149471-605 at '509. [Exhibit HHH]

93.     Figure 17, from an article dated September 2011, demonstrates that consumers are moving to Apple from other smartphone vendors by a percentage far greater than its competitors.

**Figure 17:   Percentage of Smartphone Users Moving To/From Manufacturers[138]**



Source: UBS

94.     Another survey indicating that consumers are significantly more loyal to Apple's products than Android products in the U.S. smartphone market is a 2010 summary report published by Zokem (now Arbitron Mobile).  The mobile market research firm found that "that iPhone scores 84% higher in loyalty ratings than the nearest competitor, Google Android."[139]  Dr. Hannu Verkasalo, the CEO of Zokem, noted that "the figures suggest clearly that iPhone is the top

---

[138] Paczkowski, John, "Apple's iPhone Has an 89 Percent Retention Rate," September 23, 2011, <http://allthingsd.com/20110923/apples-iphone-has-a-89-percent-retention-rate/>. [Exhibit MM]

[139] "In the US Market, iPhone Outperforms Other Mobile Platforms In User Loyalty By a Wide Margin, Android Is Second, Blackberry Fourth," Zokem, January 18, 2011, <http://www.zokem.com/2011/01/in-the-us-market-iphone-outperforms-other-mobile-platforms-in-user-loyalty-by-a-wide-margin-android-is-second-blackberry-fourth/>. [Exhibit NN]

performing platform in terms of user loyalty, and therefore, it is an increasingly likely pick for a repurchase …"[140]

95.      Included in the Zokem report were figures that illustrate iPhone's consumer loyalty.  Figure 18 shows Apple's loyalty ranking relative to other operating systems.  Net Promoter Score (NPS) "[measures] the loyalty that people have towards the phone.  Generically [an] NPS score higher than 60% is considered good."[141]  Apple was the only company to meet or exceed that benchmark.

**Figure 18:   Industry Estimate of Platform Loyalty[142]**



[140] "In the US Market, iPhone Outperforms Other Mobile Platforms In User Loyalty By a Wide Margin, Android Is Second, Blackberry Fourth," Zokem, January 18, 2011, <http://www.zokem.com/2011/01/in-the-us-market-iphone-outperforms-other-mobile-platforms-in-user-loyalty-by-a-wide-margin-android-is-second-blackberry-fourth/>. [Exhibit NN]
[141] "In the US Market, iPhone Outperforms Other Mobile Platforms In User Loyalty By a Wide Margin, Android Is Second, Blackberry Fourth," Zokem, January 18, 2011, <http://www.zokem.com/2011/01/in-the-us-market-iphone-outperforms-other-mobile-platforms-in-user-loyalty-by-a-wide-margin-android-is-second-blackberry-fourth/>. [Exhibit NN]
[142] "In the US Market, iPhone Outperforms Other Mobile Platforms In User Loyalty By a Wide Margin, Android Is Second, Blackberry Fourth," Zokem, January 18, 2011, <http://www.zokem.com/2011/01/in-the-us-market-iphone-outperforms-other-mobile-platforms-in-user-loyalty-by-a-wide-margin-android-is-second-blackberry-fourth/>. [Exhibit NN]

96.     The report also measured mobile platform churn, or "the likelihood to shift to a competing platform during the next 12 months …"[143]  This metric is shown graphically in Figure 19.  Again, the iPhone was subject to the lowest churn, indicating the lowest likelihood to shift to a competing platform within the next year.

**Figure 19:   Industry Estimate of Platform Churn[144]**



97.     These data suggest that Android's users report a re-purchase rate that is in the range of Android's market share.  Based on the data discussed above, it appears that platform loyalty is not as significant an effect for the Android platform and would not have the impact that Dr. Vellturo claims that it would have.  This result is intuitive given that many consumers choose Android due to it being an open platform with several choices, so those consumers are unlikely to be "locked-in" to any single manufacturer / platform.  Accordingly, Dr. Vellturo's analysis overstates the stickiness that one could expect among Galaxy Nexus purchasers.

---

[143] "In the US Market, iPhone Outperforms Other Mobile Platforms In User Loyalty By a Wide Margin, Android Is Second, Blackberry Fourth," Zokem, January 18, 2011, <http://www.zokem.com/2011/01/in-the-us-market-iphone-outperforms-other-mobile-platforms-in-user-loyalty-by-a-wide-margin-android-is-second-blackberry-fourth/>. [Exhibit NN]

[144] "In the US Market, iPhone Outperforms Other Mobile Platforms In User Loyalty By a Wide Margin, Android Is Second, Blackberry Fourth," Zokem, January 18, 2011, <http://www.zokem.com/2011/01/in-the-us-market-iphone-outperforms-other-mobile-platforms-in-user-loyalty-by-a-wide-margin-android-is-second-blackberry-fourth/>. [Exhibit NN]

### *G.   Dr. Vellturo Inflates the Impact of Platform Loyalty On Sales of Other Apple Products*

98.     Dr. Vellturo also argues that the harm from any network effects extends "to other related Apple products and services" such as apps and related hardware businesses (e.g., iPad and Mac).[145]  An Apple marketing study directly contradicts Dr. Vellturo's conclusion:[146]

**Figure 20:   Slide from Apple Point-of-Sale Presentation[147]**



99.     Dr. Vellturo's argument does not hold up beyond theory.  A December 2011 report from Martiz Research indicates that of customers who own an Android smartphone and are in the market for a tablet, only 19 percent preferred the Galaxy Tab compared to 41 percent who

---

[145] Vellturo Declaration, ¶ 5, pp. 4-5.
[146] "Point-of-Sale influence on Smartphone buyers," July 2011, APLNDC-Y0000025232-304 at '252. [Exhibit LL]
[147] "Point-of-Sale influence on Smartphone buyers," July 2011, APLNDC-Y0000025232-304 at '252. [Exhibit LL]

preferred the iPad while 15 percent preferred the Kindle Fire.[148]  This is consistent with Samsung's sales data, which show, despite its increase in overall smartphone sales, Samsung's tablet sales have been nominal, garnering just over 1 percent market share in Q4 2011 with only 166,000 units sold.[149]

**Figure 21:   Comparison of Samsung's U.S. Sales of Smartphones and Media Tablets[150]**



100.    Samsung's early belief that its smartphone users would be interested in purchasing an Android tablet has not transpired.[151]  Dr. Vellturo's theoretical platform stickiness argument is overstated as it pertains to Samsung smartphones.

---

[148] "Holiday Tablet Poll Highlights," Maritz Research, December 2011, <http://www.maritzresearch.com/shared-content/Maritz-Poll/2011/~/media/Files/MaritzResearch/Case-Studies/Tablet-Poll-Topline-Report-122011.ashx>, p. 3. [Exhibit OO]
[149] Exhibit B, Schedules 5, 5.1, and 7.
[150] Exhibit B, Schedule 7.

101.    The limited importance of platform and network effects to purchases of products other than smartphones is also demonstrated by continued success of the iPad and the recent success of the Kindle Fire.  As displayed in Figure 22 and Figure 23, Apple has maintained a dominant share of the tablet market, even while holding a significantly lower share of smartphone sales (until the fourth quarter of 2011) as displayed in Figure 2 and Figure 3.  The Amazon Kindle has entered the market and immediately jumped to a significant market position.

**Figure 22:  Unit Share of U.S. Sales of Media Tablets – Samsung, Apple, and Amazon[152]**



[151] "GS Choi Visit to STA," Samsung, September 20, 2011, SAMNDCA00258674-827 at '682. [Exhibit QQ]
[152] Exhibit B, Schedule 5.

1

**Figure 23:   Revenue Share of U.S. Sales of Media Tablets – Samsung, Apple, and Amazon[153]**



102.    The success of the Amazon Kindle is strong evidence against Dr. Vellturo's platform and network effect arguments.  In terms of the operating system interface, one review of the Kindle Fire notes that the "tablet runs on a version of Android so heavily customized that it might be considered a stretch to call it an Android tablet as far as the average user is concerned."[154]   Another review notes that "it is not a pure Android tablet.  The Kindle Fire is built on a proprietary Amazon tablet OS that is based on Android.  It is a fork of the Android OS that is Android-ish."[155]  Even though it uses a version of the Android operating system, transferring apps

---

[153] Exhibit B, Schedule 5.1.
[154] Bohn, Dieter, "Amazon Kindle Fire redirects all Android Market requests to Amazon App Store," December 16, 2011, <http://www.theverge.com/2011/12/16/2642039/amazon-kindle-fire-redirects-all-android-market-requests-to-amazon>. [Exhibit LLL]
[155] Bradley, Tom, "Kindle Fire Creates Dilemma for Android," PCWorld, November 11, 2011, <http://www.pcworld.com/businesscenter/article/243614/kindle_fire_creates_dilemma_for_android.html>. [Exhibit MMM]

1   from a smartphone to the Kindle Fire is complex, and is not possible for every app (e.g., "official

2   Google apps that require logins won't work," such as Gmail).[156]   Although Amazon has its own

3   app marketplace and customized version of the Android OS, it has been a very successful product

4   in its limited time on the market.

5        103.   Finally, Dr. Velluro argues that the result of his network and platform effects is

6   that Apple will be unable to invest further in its products.[157]   This is inconsistent with the press

7   release that Apple issued on March 19, 2012.  Apple, which is sitting on one of the largest stashes

8   of cash and marketable securities in the world's history, reported that its Board of Directors has

9   authorized a $10 billion share repurchase program and a quarterly dividend of $2.65 per share to

10  be paid starting in fiscal Q4 2012.[158]   Based on the number of Apple shares reported in their most

11  recent 10-Q, this would represent a dividend of $2,470,780,500.[159]   Apple's CFO stated that the

12  overall three year program of "dividends, share repurchases, and cash used to net-share-settle

13  vesting RSUs" was expected to utilize $45 billion of cash.[160]   Tim Cook, Apple's CEO further

14  stated that "[e]ven with these investments, we can maintain a war chest for strategic opportunities

15

16  [156] Segan, Sascha, "How to Run Almost Any Android App On the Kindle Fire," PCmag.com, November 15, 2011, <http://www.pcmag.com/article2/0,2817,2396283,00.asp>. [Exhibit NNN]
17  With the initial release of the Kindle Fire, users could access the separate Amazon App Store, but could not access the Android Market from the device and were instead automatically re-directed to
18  the Amazon App Store when browsing.  This redirect was lifted with a December 2011 update; however, the ability to install apps from the Android Market was still restricted and access could
19  only be used for browsing.  (Bohn, Dieter, "Amazon Kindle Fire redirects all Android Market requests to Amazon App Store," December 16, 2011,
20  <http://www.theverge.com/2011/12/16/2642039/amazon-kindle-fire-redirects-all-android-market-requests-to-amazon>. [Exhibit LLL]  *See also* Welch, Chris, "Kindle Fire gets Android Market
21  browser access, but just for looking," December 21, 2011,
22  <http://www.theverge.com/2011/12/21/2652726/kindle-fire-browse-android-market-website>. [Exhibit OOO])
23  [157] Velluro Declaration, ¶4, p. 2.
24  [158] "Apple Announces Plans to Initiate Dividend and Share Repurchase Program," March 19, 2012, < http://www.apple.com/pr/library/2012/03/19Apple-Announces-Plans-to-Initiate-Dividend-
25  and-Share-Repurchase-Program.html>. [Exhibit RR]
     [159] 932,370,000 shares issued and outstanding as of  January 13, 2012 times $2.65
26  [160] "Apple Announces Plans to Initiate Dividend and Share Repurchase Program," March 19,
27  2012, < http://www.apple.com/pr/library/2012/03/19Apple-Announces-Plans-to-Initiate-Dividend-and-Share-Repurchase-Program.html>. [Exhibit RR]

28

and have **plenty of cash to run our business**" (emphasis added).[161]  Clearly, Apple's CEO does not share Dr. Vellturo's position that the Galaxy Nexus would result in network effects which undermined Apple's ability to invest in its future.  This is another example of Dr. Vellturo's theoretical arguments simply not matching up with reality.

### H. *Dr. Vellturo Fails to Recognize that New Smartphone Purchasers Are Unlikely to Purchase the Galaxy Nexus*

104.    Dr. Vellturo appears to place considerable reliance on the fact that "[t]he smartphone marketplace is at a critical 'inflection point' where large numbers of customers will be selecting their smartphone platform for the first time in the next 18-24 months."[162]  What Dr. Vellturo does not explain in his declaration is that innovators, early adopters and early majority users of smartphones have already chosen their platform and preferred manufacturer of smartphones.  What is left are the late majority and laggards, better known as late adopters of technology.  These segments can be seen in the Rodgers adoption curve.

---

[161] "Apple Announces Plans to Initiate Dividend and Share Repurchase Program," March 19, 2012, < http://www.apple.com/pr/library/2012/03/19Apple-Announces-Plans-to-Initiate-Dividend-and-Share-Repurchase-Program.html>. [Exhibit RR]
[162] Vellturo Declaration, pp. 3-4.

**Figure 24:   Adoption Curve by Segment**[163]



105.    These types of users are not the type of users who will purchase the high end of a technology.  It is more likely they will buy at the low end because they do not value the breadth of features that is in the high end smartphones and have demonstrated by their behavior to not even be interested in the features in the low end smartphones in the marketplace.

106.    The reality is that high end phones with high prices, like the iPhone 4S and the Galaxy Nexus, will not be the smartphones that these users will most likely purchase.  These purchasers are far more likely to purchase lower priced and lower functioning smartphones.  This group tends to include people who earn less than $55,000 annually.[164]

---

[163] "The Challenge of Targeting Late Adopters, pp. 2-4, August 8, 2011, <http://uxmatters.com/mt/archives/2011/08/the-challenge-of-targeting-late-adopters.php>. [Exhibit SS]

[164] "The Challenge of Targeting Late Adopters, p. 2, August 8, 2011, <http://uxmatters.com/mt/archives/2011/08/the-challenge-of-targeting-late-adopters.php>.
    (footnote continued)

107.    Consistent with this theory, recent research also recognizes that the next wave of smartphone customers have different characteristics than the earlier adopters who already purchased smartphones such as the iPhone.  A February 2012 report by the 3rd party research firm comScore (produced by Apple) identifies the profile of the fastest growing segments among smartphone users:

**Figure 25:   Fastest Growing Demographic Segments Among Smartphone Users[165]**



U.S. Fastest Growing Demographic Segments Among Smartphone Users
Source: comScore Mobilens, 3 mon avg. ending Dec-2011 vs. Dec-2010, U.S.

| | |
|---|---|
| HH SIZE: 6 PERSONS | 99% |
| HH INCOME: UNDER $25K | 98% |
| EMPLOYMENT: RETIRED | 92% |
| EDUCATION: ASSOC DEGREE | 80% |
| AGE: 55-64 | 79% |
| GENDER: FEMALE | 70% |
| REGION: MIDWEST | 62% |

---

[Exhibit SS]  A February 2012 Apple analysis titled "US First time smartphone buyer analysis" identified that for customers of Samsung and T-Mobile (which lacks the iPhone), over 40 percent have an income less than $50,000, which is twice the percentage of Apple customers.  ("US First Time Smartphone Buyer Analysis," Apple, February 2012, APLNDC630-0000135164-183 at '179. [Exhibit UU])

[165] "2012 Mobile Future in Focus, Key Insights from 2011 and What They Mean for the Coming Year," comScore, February 2012, APLNDC630-0000134690-738 at '707. [Exhibit TT]

1    108.    This report concludes that "traditional late adopter segments are the ones climbing

2  aboard the smartphone bandwagon with the most vigor," while noting that these growing

3  segments "tend to be more cost conscious segments."[166]  This characteristic has been recognized

4  by Samsung as seen in a September 2011 strategy document noting that "1st time buyers have a

5  lower willingness to pay" and that over 60 percent of these future buyers expect to acquire a phone

6  for or under $99.[167]  Apple similarly observed this price-sensitive nature of first time smartphone

7  buyers, concluding in a February 2012 report titled "US first time smartphone buyer analysis" that

8  "[m]ost first time buyers of smartphones are looking for cheap or free"[168] – something which the

9  Galaxy Nexus is not.  The Galaxy Nexus is a high-end smartphone which I understand sells for a

10  subsidized price of $199.99 to $299.99 with a two year contract of $549.99 to $649.99 without

11  one.[169]  Dr. Vellturo does not consider this market reality in his analysis.

12    109.    Dr. Vellturo also discusses "Switching Costs" in his declaration and cites to

13  research that reveals the tipping point for loyalty is when a consumer uses seven or more services

14  on their device.[170]  The types of users that use seven or more services are the types of users who

15  have already bought their smartphones.  The type of first time users that are arriving in the second

16  half of smartphone adoption are unlikely to use much more functionality with their smartphone

17  than they did with their feature phone.  It is not uncommon for late adopters to feel suspicious of

18

19

---

20    [166] "2012 Mobile Future in Focus, Key Insights from 2011 and What They Mean for the
21  Coming Year," comScore, February 2012, APLNDC630-0000134690-738 at '707. [Exhibit TT]
     [167] "GS Choi Visit to STA," Samsung, September 20, 2011, SAMNDCA00258674-827 at
22  '681. [Exhibit QQ]
     [168] "US First Time Smartphone Buyer Analysis," Apple, February 2012, APLNDC630-
23  0000135164-183 at '179. [Exhibit UU]
     [169] "Galaxy Nexus by Samsung," Verizon Wireless,
24  <http://www.verizonwireless.com/b2c/store/controller?item=phoneFirst&action=viewPhoneDetail
25  &selectedPhoneId=5801>. [Exhibit VV]  See also "Galaxy Nexus (Pre-order), Sprint, <
     http://shop.sprint.com/mysprint/shop/phone_details.jsp;jsessionid=A4056F3F1B929381F75D604
26  EC074BF84.shop55?prodId=dvc6300001prd&deviceSKUId=63000402&flow=AAL&planSKUId
     =&ptn=&tabId=dt_phones>. [Exhibit WW]
27    [170] Vellturo Declaration, ¶ 49, p. 27.

28

1  new technology or think that most new technology is unnecessary.[171]  If that were not true, they

2  would probably have already switched to a smartphone.  Therefore, switching costs will not be an

3  issue for these late adopters to the smartphone.

4        110.   I note that Dr. Vellturo presents an analysis of the product lifecycle for

5  smartphones in his declaration.[172]  This normal product lifecycle curve predicts the adoption of

6  this technology by late adopters, and not the type of customers who are able and willing to pay a

7  premium for the technology.  Therefore, in relation to the products at issue in this Preliminary

8  Injunction, these customers are not highly relevant.

9  **V.   Apple Will Not Be Irreparably Harmed Absent a Preliminary Injunction**

10       ***A.   Sales Of The Galaxy Nexus Would Not Cause Lost Sales Related To The Patented Functionalities***

11

12       111.   As I discuss above, Apple and its expert have not provided evidence that sales of

13  the Galaxy Nexus are having a significant effect on Apple's sales of the iPhone.  Further, Apple

14  has not demonstrated a causal connection between the features at issue in the Motion and the sales

15  of the Galaxy Nexus.

16       112.   I note that Apple and Dr. Vellturo do not argue a commonly cited cause of

17  irreparable harm: price erosion.  This is likely due to Apple's success in charging consistently high

18  prices for its products relative to its competitors in the face of competition.  Figure 26 summarizes

19  average selling prices in the U.S. for all Apple iPhones and Samsung's line of smartphones,

20  compiled by IDC.

21

22

23

24

25

26       [171] "The Challenge of Targeting Late Adopters," August 8, 2011,
<http://uxmatters.com/mt/archives/2011/08/the-challenge-of-targeting-late-adopters.php>.
[Exhibit SS]

27       [172] Vellturo Declaration, pp. 18-21.

28

**Figure 26:   Comparison of Smartphone ASP in the U.S. – Apple v. Samsung, 2008 - 2011**[173]



113.    Apple's consistent and continued success in maintaining a price premium of about $200 over Samsung provides evidence that Samsung's sales are not causing irreparable harm to Apple.  If Samsung was truly impacting Apple, one would expect either Apple's market share to drop or its price margin to drop – neither one of which is occurring based on the data that I have reviewed.  In his deposition, Apple's 30(b)(6) witness on irreparable harm, Greg Joswiak, confirmed the Galaxy Nexus's lack of impact on Apple's business in his deposition, stating that Apple had not lowered its pricing in the time period since the Galaxy Nexus had been introduced into the market.[174]

[173] Exhibit B, Schedule 1.
[174] Deposition of Greg Joswiak, April 17, 2012, p. 205.

114.    In view of the discussion above and the absence of any data to the contrary, it is my opinion that it Apple would not suffer any lost sales by the continued sale into the marketplace of Samsung's Galaxy Nexus related to any infringement of the patented functionalities.

**B.   *Even if Apple Could Demonstrate that the Galaxy Nexus Causes Lost Sales, Any Harm to Apple Could Be Quantified***

115.    Apple has a significant hurdle to meet to claim any of the allegedly non-quantifiable damages discussed in Dr. Vellturo's declaration.  Apple must first prove that the features enabled by the four Apple patents in the Galaxy Nexus were a substantial basis for the purchase decision by the Samsung customers who purchased this smartphone.  Apple has not offered a single piece of scientific evidence to support this proposition.  Dr. Vellturo is capable of complex econometric modeling as demonstrated in his declaration.  He provided no such analysis to prove this critical step in claiming any of the unquantifiable damages that he alleges in his declaration.

116.    Apple has put forth no surveys, conjoint analyses, or hedonic regressions to prove this critical link.  However, even if Apple could prove that some Samsung customers made their decision to purchase the Galaxy Nexus based on the features enabled by the four Apple patents, this number of customers can be calculated through the use of surveys, conjoint analysis, or hedonic regression.

117.    In my opinion, any lost sales to Apple would be measurable and could adequately be corrected with monetary damages.  Lost profits as a result of lost sales is a common, acceptable and measureable damage calculation.  I have calculated lost profit damages on numerous occasions in my 35-year career and Apple has not provided any convincing reasoning to support why damages would not be calculable in this litigation.

118.    As discussed above, Apple has not offered any evidence of, nor does the market data support an argument for, price erosion.

119.    Dr. Vellturo offers other theories related to the lost sales that he uses to conclude that the harm is irreparable.  For example, Dr. Vellturo concludes that the loss of sales would result in a long-term loss of market share.[175]  However, as discussed above, there is little evidence that consumers are locked into Samsung or Android products.  Further, if Apple is successful at trial, Apple would presumably move to have Samsung enjoined from using the patented functionality.  Dr. Vellturo offers no explanation of why customers who originally purchased the Samsung device for the patented functionalities at issue in this case would purchase a subsequent device that does not include those patented functionalities.

120.    Dr. Vellturo also includes numerous other types of related damages such as convoyed sales or sales of other Apple products.  It is not clear that these effects even exist, as I have discussed above.  For example, Samsung's penetration into the tablet market is minimal even though it has been successful in the smartphone market.

121.    Even if these other effects do exist, an experienced damage expert can use studies that have been conducted about customer loyalty and churn to calculate how many of these customers will be repeat customers at both Samsung and Apple.  Apple has demonstrated a propensity to gather the data that would be needed for these types of surveys, and it has the ability to retain survey experts to gather data that could be relied on if the data is not already in the record.

122.    If Apple has lost any convoyed sales related to its lost sales, there will be evidence of the types of purchases Apple customers normally make, in what quantities, at what prices, and at what profit to Apple.  Apple has produced data on these types of convoyed sales,[176] and Mark Buckley testified at deposition that Apple tracks "probably hundreds" of different data points for

---

[175] Vellturo Declaration, pp. 38-49.

[176] "iTunes Business P&L Q1'12," Apple, APLNDC-Y0000051592-598. [Exhibit XX]  *See also* "GAAP Line of Business Reporting – iPad.Acc, Ph.Acc, Mus.Acc," Apple, APLNDC-Y0000051606-609. [Exhibit YY]  *See also* "GAAP Line of Business Reporting – iTS," Apple, APLNDC-Y0000051616-617. [Exhibit ZZ]  *See also* "GAAP Line of Business Reporting – Licensing / Lic.," Apple, APLNDC-Y0000051618-619. [Exhibit AAA]  *See also* "GAAP Line of Business Reporting – Mob.Adv," Apple, APLNDC-Y0000051620. [Exhibit BBB]

each mobile device sold.[177]  These data, as well as supplemental data that could be gathered from the types of surveys frequently conducted by Apple, could be used to calculate the lost profits on convoyed sales related to lost iPhone sales.  These are types of analyses that experienced damage experts perform all the time.  Moreover, Dr. Vellturo stated in his deposition that in prior work with Apple, he has developed an opinion on damages which included the impact of convoyed sales Apple lost throughout its ecosystem.[178]

123.    I conclude my analysis by noting that the actual sales of the Galaxy Nexus provide further evidence that Apple will not be irreparably harmed by the continued sale of the Galaxy Nexus.  Dr. Vellturo used an example in his declaration that assumed 20 million unit sales of the Galaxy Nexus in his argument that the harm is irreparable,[179] and he defended his use of 20 million units at his deposition based on documents that he has seen in the record.[180]

Q. So what projection is it based on?

A. As I said, I have a general sense of  new phone volumes that have occurred historically of where this market is headed in  terms of total phones.  I didn't base this number on a precise -- I didn't have any Samsung documents that said here's Samsung saying 20 million, but these numbers capture a general aspect of where the Android system was, where Samsung's position was in the marketplace, but it's not meant to be precise.[181]

124.    As can be seen in Dr. Vellturo's testimony he appears to use a figure that is based on the *Android system* and *Samsung as a whole*, rather than appropriately limiting his analysis to Galaxy Nexus sales.  When asked to give *a number* for Galaxy Nexus sales that would impact the market in ways that he describes in his report, Dr. Vellturo was unable to do so.[182]  All he could say in discussing the topic further, was that  he has seen in the Samsung documents the kind of

---

[177] Deposition of Mark Buckley, April 10, 2012, pp. 88-89.
[178] Deposition of Dr. Christopher Vellturo, April 18, 2012, pp. 23-24.
[179] Vellturo Declaration, pp. 47-48.
[180] Deposition of Dr. Christopher Vellturo, April 18, 2012, pp. 99-101, 111-113.
[181] Deposition of Dr. Christopher Vellturo, April 18, 2012, p. 101.
[182] Deposition of Dr. Christopher Vellturo, April 18, 2012, pp. 99-113.

**DECLARATION OF MICHAEL J. WAGNER**

1  Galaxy Nexus sales he felt would "materially tip" the market.[183]  When pressed further, Dr.

2  Velluro could not recall whether the Samsung documents he had based his opinion on contained

3  specific estimates of Galaxy Nexus sales.[184]

4      125.    In addition, setting aside Dr. Velluro's claim that sales would have come 100

5  percent at the expense of Apple, which is completely unsupported, Samsung has produced sales

6  data for the Galaxy Nexus in the U.S. that indicates only about 329,000 units have been sold in the

7  first 15 weeks of 2012 (through about early April 2012).[185]  Samsung only projects it will sell an

8  additional 253,000 units over the subsequent 17 weeks.[186]  Samsung's actual and projected sales

9  over this period are approximately three percent of the sales that Dr. Velluro used in his example

10 to demonstrate the magnitude of the network effects he asserts would occur.  Once again, Dr.

11 Velluro has failed to tie the facts of this case to his theoretical positions and the data indicates that

12 his conclusions are unsupported.

13     126.    In conclusion, it is my opinion that Apple has not and will not lose sales due to

14 Samsung's sales of the Galaxy Nexus related to the accused functionalities.  If it is determined that

15 Apple would lose sales, any harm to Apple, whether in the form of lost sales or the other types of

16 harm proposed by Dr. Velluro, could be quantified.

[183] Deposition of Dr. Christopher Velluro, April 18, 2012, pp. 99-113.
[184] Deposition of Dr. Christopher Velluro, April 18, 2012, pp. 120-124.
[185] Exhibit B, Schedule 8.
[186] Exhibit B, Schedule 8.

1    I declare under penalty of perjury under the laws of the United States of America

2   that the foregoing is true and correct.

3    Executed on April 23, 2012, at Mountain View, California.

4

5

6

7    _____

8    Michael J. Wagner

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28