# EXHIBIT B
# To the Declaration of Michael J. Wagner filed in Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction

# EXHIBIT B
# FILED UNDER SEAL

**Apple Inc. v. Samsung Electronics Co., Ltd., et al.**  Schedule 1
**IDC Data**
**U.S. Smartphone Units, User Value, Average Selling Prices by Vendor, Q1 2008 through Q4 2011**



*Notes:*
[A]  Originally, these data were presented as part of a pivot table.
[B]  Data are filtered to include only values where the field "Country" equals "USA" and the field "Device Type" equals "Smartphone."  Only Apple and Samsung data are shown.

*Source:*
[1]  "APLNDC-Z0000000001_Highly_Confidential_Attorneys_Eyes_Only.xlsx," Mobile Phone Tracker: Worldwide Quarterly Mobile Phone Tracker - 2011 Q4, tab "Historical Pivot." [Exhibit PP]

**Apple Inc. v. Samsung Electronics Co., Ltd., et al.**  **Schedule 2**
**IDC Data**
**U.S. Smartphone Market Share (Units) by Vendor, Q1 2008 through Q4 2011**



| Vendor | 1Q08 | 2Q08 | 3Q08 | 4Q08 | 1Q09 | 2Q09 | 3Q09 | 4Q09 | 1Q10 | 2Q10 | 3Q10 | 4Q10 | 1Q11 | 2Q11 | 3Q11 | 4Q11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alcatel | | | | | | | | | | | | | | | | |
| Apple | | | | | | | | | | | | | | | | |
| AT&T | | | | | | | | | | | | | | | | |
| Casio | | | | | | | | | | | | | | | | |
| Dell | | | | | | | | | | | | | | | | |
| Garmin | | | | | | | | | | | | | | | | |
| Google | | | | | | | | | | | | | | | | |
| HP | | | | | | | | | | | | | | | | |
| HTC | | | | | | | | | | | | | | | | |
| Huawei | | | | | | | | | | | | | | | | |
| Kyocera | | | | | | | | | | | | | | | | |
| LG | | | | | | | | | | | | | | | | |
| Motorola | | | | | | | | | | | | | | | | |
| Nokia | | | | | | | | | | | | | | | | |
| Palm | | | | | | | | | | | | | | | | |
| Pantech | | | | | | | | | | | | | | | | |
| Research In Motion | | | | | | | | | | | | | | | | |
| Samsung | | | | | | | | | | | | | | | | |
| Sanyo | | | | | | | | | | | | | | | | |
| Sharp | | | | | | | | | | | | | | | | |
| Sony Ericsson | | | | | | | | | | | | | | | | |
| Sprint | | | | | | | | | | | | | | | | |
| T-Mobile | | | | | | | | | | | | | | | | |
| Verizon Wireless | | | | | | | | | | | | | | | | |
| ZTE | | | | | | | | | | | | | | | | |
| **Grand Total** | | | | | | | | | | | | | | | | |

Notes:
- [A]  Originally, these data were presented as part of a pivot table.
- [B]  Data are filtered to include only values where the field "Country" equals "USA" and the field "Device Type" equals "Smartphone."

Source:
- [1]  "APLNDC-Z0000000001_Highly_Confidential_Attorneys_Eyes_Only.xlsx," Mobile Phone Tracker: Worldwide Quarterly Mobile Phone Tracker - 2011 Q4, tab "Historical Pivot." [Exhibit PP]

**Apple Inc. v. Samsung Electronics Co., Ltd., et al.**                                                                                                    Schedule 2.1
**IDC Data**
**U.S. Smartphone Market Share (Revenue) by Vendor, Q1 2008 through Q4 2011**



| Vendor | 1Q08 | 2Q08 | 3Q08 | 4Q08 | 1Q09 | 2Q09 | 3Q09 | 4Q09 | 1Q10 | 2Q10 | 3Q10 | 4Q10 | 1Q11 | 2Q11 | 3Q11 | 4Q11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alcatel | | | | | | | | | | | | | | | | |
| Apple | | | | | | | | | | | | | | | | |
| AT&T | | | | | | | | | | | | | | | | |
| Casio | | | | | | | | | | | | | | | | |
| Dell | | | | | | | | | | | | | | | | |
| Garmin | | | | | | | | | | | | | | | | |
| Google | | | | | | | | | | | | | | | | |
| HP | | | | | | | | | | | | | | | | |
| HTC | | | | | | | | | | | | | | | | |
| Huawei | | | | | | | | | | | | | | | | |
| Kyocera | | | | | | | | | | | | | | | | |
| LG | | | | | | | | | | | | | | | | |
| Motorola | | | | | | | | | | | | | | | | |
| Nokia | | | | | | | | | | | | | | | | |
| Palm | | | | | | | | | | | | | | | | |
| Pantech | | | | | | | | | | | | | | | | |
| Research In Motion | | | | | | | | | | | | | | | | |
| Samsung | | | | | | | | | | | | | | | | |
| Sanyo | | | | | | | | | | | | | | | | |
| Sharp | | | | | | | | | | | | | | | | |
| Sony Ericsson | | | | | | | | | | | | | | | | |
| Sprint | | | | | | | | | | | | | | | | |
| T-Mobile | | | | | | | | | | | | | | | | |
| Verizon Wireless | | | | | | | | | | | | | | | | |
| ZTE | | | | | | | | | | | | | | | | |
| **Grand Total** | | | | | | | | | | | | | | | | |

*Notes:*
[A]  Originally, these data were presented as part of a pivot table.
[B]  Data are filtered to include only values where the field "Country" equals "USA" and the field "Device Type" equals "Smartphone."
[C]  "User Value" equals revenue as explained in "Mobile Phone Taxonomy.pdf" contained in the "Taxonomy" tab of the source data.

*Source:*
[1]  "APLNDC-Z0000000001_Highly_Confidential_Attorneys_Eyes_Only.xlsx," Mobile Phone Tracker: Worldwide Quarterly Mobile Phone Tracker - 2011 Q4, tab "Historical Pivot." [Exhibit PP]

Highly Confidential - Attorneys' Eyes Only

**Apple Inc. v. Samsung Electronics Co., Ltd., et al.**  **Schedule 3**
**IDC Data**
**U.S. Smartphone Unit Sales by Vendor, Q1 2008 through Q4 2011**

| Vendor | 1Q08 | 2Q08 | 3Q08 | 4Q08 | 1Q09 | 2Q09 | 3Q09 | 4Q09 | 1Q10 | 2Q10 | 3Q10 | 4Q10 | 1Q11 | 2Q11 | 3Q11 | 4Q11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alcatel | | | | | | | | | | | | | | | | |
| Apple | | | | | | | | | | | | | | | | |
| AT&T | | | | | | | | | | | | | | | | |
| Casio | | | | | | | | | | | | | | | | |
| Dell | | | | | | | | | | | | | | | | |
| Garmin | | | | | | | | | | | | | | | | |
| Google | | | | | | | | | | | | | | | | |
| HP | | | | | | | | | | | | | | | | |
| HTC | | | | | | | | | | | | | | | | |
| Huawei | | | | | | | | | | | | | | | | |
| Kyocera | | | | | | | | | | | | | | | | |
| LG | | | | | | | | | | | | | | | | |
| Motorola | | | | | | | | | | | | | | | | |
| Nokia | | | | | | | | | | | | | | | | |
| Palm | | | | | | | | | | | | | | | | |
| Pantech | | | | | | | | | | | | | | | | |
| Research In Motion | | | | | | | | | | | | | | | | |
| Samsung | | | | | | | | | | | | | | | | |
| Sanyo | | | | | | | | | | | | | | | | |
| Sharp | | | | | | | | | | | | | | | | |
| Sony Ericsson | | | | | | | | | | | | | | | | |
| Sprint | | | | | | | | | | | | | | | | |
| T-Mobile | | | | | | | | | | | | | | | | |
| Verizon Wireless | | | | | | | | | | | | | | | | |
| ZTE | | | | | | | | | | | | | | | | |
| **Grand Total** | | | | | | | | | | | | | | | | |



*Notes:*
[A]  Originally, these data were presented as part of a pivot table.
[B]  Data are filtered to include only values where the field *Country* equals *USA* and the field *Device Type* equals *Smartphone*.

*Source:*
[1]  APLNDC-Z0000000001_Highly_Confidential_Attorneys_Eyes_Only.xlsx, Mobile Phone Tracker: Worldwide Quarterly Mobile Phone Tracker - 2011 Q4, tab *Historical Pivot*. [Exhibit PP]

**Apple Inc. v. Samsung Electronics Co., Ltd., et al.**     **Schedule 4**
**Strategy Analytics Data**
**Global Handset Industry Profit Share, Using Realized Profits & Historical Exchange Rates, Q1 2008 through Q4 2011**



*Notes:*
[A]   For vendors reporting losses, negative share estimates are reduced to zero market share to represent realized profits only.
[B]   Profit is operating profit, which is the profit from core business activity.
[C]   The Strategy Analytics report labels this quarter as Q2 12.  This appears to be an error.

*Source:*
[1]   Strategy Analytics, VALUE SHARE: Global Handset Revenue and Profit  in Q4 2011, January 2012, SAMNDCA630-00028104-125 at  115. [Exhibit CCC]

Apple Inc. v. Samsung Electronics Co., Ltd., et al.  Schedule 5
IDC Data
U.S. Media Tablet Market Share (Units) by Vendor, Q2 2010 through Q4 2011



Notes:
- [A] Originally, these data were presented as part of a pivot table.
- [B] Data are filtered to include only values where the field "Product Category" equals "Media Tablet" and "Region" equals "USA."

Source:
- [1] "APLNDC-Z0000000003_Highly_Confidential_Attorneys_Eyes_Only.xlsx," tab "Pivot Table." [Exhibit DDD]

Apple Inc. v. Samsung Electronics Co., Ltd., et al.  Schedule 5.1
IDC Data
U.S. Media Tablet Market Share (Revenue) by Vendor, Q2 2010 through Q4 2011

| Vendor | 2Q10 | 3Q10 | 4Q10 | 1Q11 | 2Q11 | 3Q11 | 4Q11 |
|---|---|---|---|---|---|---|---|
| Apple | | | | | | | |
| Amazon.com Inc. | | | | | | | |
| Samsung | | | | | | | |
| Barnes & Noble | | | | | | | |
| Pandigital | | | | | | | |
| ASUS | | | | | | | |
| Lenovo | | | | | | | |
| Acer | | | | | | | |
| Sony | | | | | | | |
| Others | | | | | | | |
| Archos | | | | | | | |
| Toshiba | | | | | | | |
| Motorola | | | | | | | |
| Research In Motion | | | | | | | |
| Coby | | | | | | | |
| Kobo Books | | | | | | | |
| ViewSonic | | | | | | | |
| Vizio | | | | | | | |
| Huawei | | | | | | | |
| HTC | | | | | | | |
| Dell | | | | | | | |
| LG | | | | | | | |
| HP | | | | | | | |
| **Grand Total** | | | | | | | |

Notes:
- [A] Originally, these data were presented as part of a pivot table.
- [B] Data are filtered to include only values where the field "Product Category" equals "Media Tablet" and "Region" equals "USA."
- [C] I have used the "Value (US$M)" field for revenue. The Data does not include a "Taxonomy" tab, but the field is similar to the revenue field in my smartphone analysis.

Source:
- [1] "APLNDC-Z0000000003_Highly_Confidential_Attorneys_Eyes_Only.xlsx," tab "Pivot Table." [Exhibit DDD]

**Apple Inc. v. Samsung Electronics Co., Ltd., et al.**  **Schedule 6**
**IDC Data**
**U.S. Smartphone OS Market Share (Units), Q1 2008 through Q4 2011**



| Operating System | 1Q08 | 2Q08 | 3Q08 | 4Q08 | 1Q09 | 2Q09 | 3Q09 | 4Q09 | 1Q10 | 2Q10 | 3Q10 | 4Q10 | 1Q11 | 2Q11 | 3Q11 | 4Q11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Android | | | | | | | | | | | | | | | | |
| BlackBerry OS | | | | | | | | | | | | | | | | |
| Linux | | | | | | | | | | | | | | | | |
| Palm OS | | | | | | | | | | | | | | | | |
| Symbian | | | | | | | | | | | | | | | | |
| webOS | | | | | | | | | | | | | | | | |
| iOS | | | | | | | | | | | | | | | | |
| Maemo/MeeGo | | | | | | | | | | | | | | | | |
| Windows Phone 7/Windows Mobile | | | | | | | | | | | | | | | | |
| **Grand Total** | | | | | | | | | | | | | | | | |

Notes:
 [A]  Originally, these data were presented as part of a pivot table.
 [B]  Data are filtered to include only values where the field "Region" equals "USA" and "Device Type" equals "Smartphone."

Source:
 [1]  "APLNDC-Z0000000001_Highly_Confidential_Attorneys_Eyes_Only.xlsx," Mobile Phone Tracker: Worldwide Quarterly Mobile Phone Tracker - 2011 Q4, tab "Historical Pivot." [Exhibit PP]

**Apple Inc. v. Samsung Electronics Co., Ltd., et al.**  **Schedule 6.1**
**IDC Data**
**U.S. Smartphone OS Market Share (Revenue), Q1 2008 through Q4 2011**



| Operating System | 1Q08 | 2Q08 | 3Q08 | 4Q08 | 1Q09 | 2Q09 | 3Q09 | 4Q09 | 1Q10 | 2Q10 | 3Q10 | 4Q10 | 1Q11 | 2Q11 | 3Q11 | 4Q11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Android | | | | | | | | | | | | | | | | |
| BlackBerry OS | | | | | | | | | | | | | | | | |
| Linux | | | | | | | | | | | | | | | | |
| Palm OS | | | | | | | | | | | | | | | | |
| Symbian | | | | | | | | | | | | | | | | |
| webOS | | | | | | | | | | | | | | | | |
| iOS | | | | | | | | | | | | | | | | |
| Maemo/MeeGo | | | | | | | | | | | | | | | | |
| Windows Phone 7/Windows Mobile | | | | | | | | | | | | | | | | |
| **Grand Total** | | | | | | | | | | | | | | | | |

*Notes:*
[A] Originally, these data were presented as part of a pivot table.
[B] Data are filtered to include only values where the field "Region" equals "USA" and "Device Type" equals "Smartphone."
[C] "User Value" equals revenue as explained in "Mobile Phone Taxonomy.pdf" contained in the "Taxonomy" tab of the source data.

*Source:*
[1] "APLNDC-Z0000000001_Highly_Confidential_Attorneys_Eyes_Only.xlsx," Mobile Phone Tracker: Worldwide Quarterly Mobile Phone Tracker - 2011 Q4, tab "Historical Pivot." [Exhibit PP]

Apple Inc. v. Samsung Electronics Co., Ltd., et al.  Schedule 7
IDC Data
U.S. Unit Sales by Vendor, Q2 2010 through Q4 2011

*[B], [2]* **Tablets**

| Vendor | 2Q10 | 3Q10 | 4Q10 | 1Q11 | 2Q11 | 3Q11 | 4Q11 |
|---|---|---|---|---|---|---|---|
| Apple | | | | | | | |
| Amazon.com Inc. | | | | | | | |
| Samsung | | | | | | | |
| Barnes & Noble | | | | | | | |
| Pandigital | | | | | | | |
| ASUS | | | | | | | |
| Lenovo | | | | | | | |
| Acer | | | | | | | |
| Sony | | | | | | | |
| Others | | | | | | | |
| Archos | | | | | | | |
| Toshiba | | | | | | | |
| Motorola | | | | | | | |
| Research In Motion | | | | | | | |
| Coby | | | | | | | |
| Kobo Books | | | | | | | |
| ViewSonic | | | | | | | |
| Vizio | | | | | | | |
| Huawei | | | | | | | |
| HTC | | | | | | | |
| Dell | | | | | | | |
| LG | | | | | | | |
| HP | | | | | | | |
| **Grand Total** | | | | | | | |



*[C], [1]* **Smartphones**

| Vendor | 2Q10 | 3Q10 | 4Q10 | 1Q11 | 2Q11 | 3Q11 | 4Q11 |
|---|---|---|---|---|---|---|---|
| Alcatel | | | | | | | |
| Apple | | | | | | | |
| AT&T | | | | | | | |
| Casio | | | | | | | |
| Dell | | | | | | | |
| Garmin | | | | | | | |
| Google | | | | | | | |
| HP | | | | | | | |
| HTC | | | | | | | |
| Huawei | | | | | | | |
| Kyocera | | | | | | | |
| LG | | | | | | | |
| Motorola | | | | | | | |
| Nokia | | | | | | | |
| Palm | | | | | | | |
| Pantech | | | | | | | |
| Research In Motion | | | | | | | |
| Samsung | | | | | | | |
| Sanyo | | | | | | | |
| Sharp | | | | | | | |
| Sony Ericsson | | | | | | | |
| Sprint | | | | | | | |
| T-Mobile | | | | | | | |
| ZTE | | | | | | | |
| **Grand Total** | | | | | | | |



Notes:
- [A]  Originally, these data were presented as part of a pivot table.
- [B]  Data are filtered to include only values where the field  Product Category  equals  Media Tablet  and  Region  equals  USA.
- [C]  Data are filtered to include only values where the field  Region  equals  USA  and  Device Type  equals  Smartphone.

Sources:
- [1]  APLNDC-Z0000000001_Highly_Confidential_Attorneys_Eyes_Only.xlsx,  Mobile Phone Tracker: Worldwide Quarterly Mobile Phone Tracker - 2011 Q4, tab  Historical Pivot.  [Exhibit PP]
- [2]  APLNDC-Z0000000003_Highly_Confidential_Attorneys_Eyes_Only.xlsx,  tab  Pivot Table.  [Exhibit DDD]

Apple Inc. v. Samsung Electronics Co., Ltd., et al.                                                                                                    Schedule 8
**Samsung Produced Sales Data**
**U.S. Galaxy Nexus Unit Sales (Actual and Forecasted)**

| Week | Actual Sales | Forecasted Sales | Cumulative Sales |
|---|---|---|---|
| 2011 Week 49 | 19,877 | - | 19,877 |
| 2011 Week 50 | 110,988 | - | 130,865 |
| 2011 Week 51 | 32,530 | - | 163,395 |
| 2011 Week 52 | 29,104 | - | 192,499 |
| 2012 Week 1 | 20,656 | - | 213,155 |
| 2012 Week 2 | 14,896 | - | 228,051 |
| 2012 Week 3 | 13,299 | - | 241,350 |
| 2012 Week 4 | 8,953 | - | 250,303 |
| 2012 Week 5 | 13,201 | - | 263,504 |
| 2012 Week 6 | 7,107 | - | 270,611 |
| 2012 Week 7 | 6,801 | - | 277,412 |
| 2012 Week 8 | 6,315 | - | 283,727 |
| 2012 Week 9 | 8,475 | - | 292,202 |
| 2012 Week 10 | 7,635 | - | 299,837 |
| 2012 Week 11 | 6,422 | - | 306,259 |
| 2012 Week 12 | 5,765 | - | 312,024 |
| 2012 Week 13 | 5,486 | - | 317,510 |
| 2012 Week 14 | 4,497 | - | 322,007 |
| 2012 Week 15 | 6,585 | - | 328,592 |
| 2012 Week 16 | - | 5,000 | 333,592 |
| 2012 Week 17 | - | 5,000 | 338,592 |
| 2012 Week 18 | - | 17,000 | 355,592 |
| 2012 Week 19 | - | 17,000 | 372,592 |
| 2012 Week 20 | - | 17,000 | 389,592 |
| 2012 Week 21 | - | 17,000 | 406,592 |
| 2012 Week 22 | - | 17,000 | 423,592 |
| 2012 Week 23 | - | 17,000 | 440,592 |
| 2012 Week 24 | - | 17,000 | 457,592 |
| 2012 Week 25 | - | 17,000 | 474,592 |
| 2012 Week 26 | - | 17,000 | 491,592 |
| 2012 Week 27 | - | 15,000 | 506,592 |
| 2012 Week 28 | - | 15,000 | 521,592 |
| 2012 Week 29 | - | 15,000 | 536,592 |
| 2012 Week 30 | - | 15,000 | 551,592 |
| 2012 Week 31 | - | 15,000 | 566,592 |
| 2012 Week 32 | - | 15,000 | 581,592 |

|  |  |
|---|---|
| **Actual Sales (2011 Week 49 - 2012 Week 15)** | **328,592** |
| **Forecasted Sales (2012 Week 16 - 2012 Week 32)** | **253,000** |

*Notes:*

[A]   2011 Week 49 - 2012 Week 15 are actual sales; 2012 Week 16 - 2012 Week 32 are forecasted sales.

[B]   The Galaxy Nexus was released December 15, 2011 (2011 Week 50).

*Source:*

[1]   Actual and Forecasted Sales for the Galaxy Nexus, Samsung, April 20, 2012, SAMNDCA630-00316413-420. [Exhibit EEE]

**Apple, Inc. v. Samsung Electronics Co., Ltd. et al.**  Schedule 9
**Post-Launch U.S. Sales**
**U.S. iPhone 4S and Galaxy Nexus Sales**

[1] **Apple Fiscal Q1 2012 Sales by Model**
 includes all sales through 11 weeks post-iPhone 4S launch
 units in thousands

[2] **Samsung Sales by Week**
 includes all sales through 11 weeks post-Galaxy Nexus launch



| | |
|---|---|
| **Galaxy Nexus** | 292202.0 |
| 2011 Week 49 | 19877.0 |
| 2011 Week 50 | 110988.0 |
| 2011 Week 51 | 32530.0 |
| 2011 Week 52 | 29104.0 |
| 2012 Week 1 | 20656.0 |
| 2012 Week 2 | 14896.0 |
| 2012 Week 3 | 13299.0 |
| 2012 Week 4 | 8953.0 |
| 2012 Week 5 | 13201.0 |
| 2012 Week 6 | 7107.0 |
| 2012 Week 7 | 6801.0 |
| 2012 Week 8 | 6315.0 |
| 2012 Week 9 | 8475.0 |
| **Total (in units)** | **292,202** |

Notes:
[A] Apple s Fiscal 2012 Q1 corresponds to the last 3 months of 2011. The iPhone 4S was released October 14, 2011, thus Fiscal Q1 2012 captures about 11 weeks of post-launch sales.
[B] According to Mark Buckley, the model N94 represents the iPhone 4S. This model was sold by at least the corresponding carriers listed. See Deposition of Mark Buckley, February 23, 2012, pp. 170-174.

| Model # | Product | Carrier |
|---|---|---|
| N94 | iPhone 4S | AT&T, Verizon, Sprint, C Spire |

[C] The Galaxy Nexus was released December 15, 2011 (2011 Week 50), thus sales through 2012 Week 9 captures 11 weeks of post-launch sales.

Sources:
[1] Buckley Exhibit 11, APLNDC-Y0000051357-362. [Exhibit L]
[2] Actual and Forecasted Sales for the Galaxy Nexus, Samsung, April 20, 2012, SAMNDCA630-00316413-420. [Exhibit EEE]