# EXHIBIT L
# To the Declaration of Michael J. Wagner filed in Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction

# EXHIBIT L
# FILED UNDER SEAL

## Apple Inc
**iPhone Units / Revenue Report**
**FY12 - Units in K, $ in M**

| DOMESTIC SUMMARY | Q1'12 | Q2'12 | Q3'12 | Q4'12 | FY'12 TTL |
|---|---|---|---|---|---|
| IPHONE 3GS N88A 8GB | | | | | |
| IPHONE 4 N90 16GB | | | | | |
| IPHONE 4 N90 32GB | | | | | |
| IPHONE 4 N92 16GB | | | | | |
| IPHONE 4 N92 32GB | | | | | |
| IPHONE 4S N94 16GB | | | | | |
| IPHONE 4S N94 32GB | | | | | |
| IPHONE 4S N94 64GB | | | | | |
| IPHONE 4 N90A 8GB | | | | | |
| IPHONE 4 N92A 8GB | | | | | |
| Other iPhone * | | | | | |
| **Total iPhone Units** | 15,072.5 | - | - | - | 15,072.5 |
| Total iPhone Revenue** | $9,358 | | | | $9,358 |
| ASP | 621 | | | | 621 |
| ASC | | | | | |



*\* Other iPhone includes refurb units and immaterial activity in older generations of iPhone*
*\*\* Revenue associated with handsets only, including applicable sales adj.; does not incl. accessories*

APPLE CONFIDENTIAL                                                                                     FY2012

Highly Confidential - Attorneys' Eyes Only                                       APLNDC-Y0000051357

## FY 2011 iPhone Summary

**Domestic Summary**
*US Only*



|  | Q1 | Q2 | Q3 | Q4 | FY2011 |
|---|---|---|---|---|---|
| M68 Units *(in k)* | | | | | |
|   4GB | | | | | |
|   8GB | | | | | |
|   16GB | | | | | |
| N82 Units *(in k)* | | | | | |
|   8GB | | | | | |
|   16GB | | | | | |
| N88 Units *(in k)* | | | | | |
|   16GB | | | | | |
|   32GB | | | | | |
| N88A Units *(in k)* | | | | | |
|   8GB | | | | | |
| N90 Units *(in k)* | | | | | |
|   16GB | | | | | |
|   32GB | | | | | |
| N92 Units *(in k)* | | | | | |
|   16GB | | | | | |
|   32GB | | | | | |
| Refurb Units *(in k)* | | | | | |
| **Total Handset Units** *(in k)* | **3,766.6** | **6,809.5** | **5,670.4** | **4,819.6** | **21,066.1** |
| System Billings *(Excl Carrier Sub/Com, in USD $M)* | | | | | |
| Retail/Online Carrier Subsidy *(in USD $M)* | | | | | |
| Other Adjustments *(USD $M)* | | | | | |
| FX Hedging Gains/(Loss) *(USD $M)* | | | | | |
| **Total Handset Billings** *(USD $M)* | | | | | |
| * **Total Handset Billings/Revenue** *(USD $M)* | 2,102.4 | 4,255.6 | 3,438.3 | 2,850.5 | 12,646.8 |
| * **ASP** | 558 | 625 | 606 | 591 | 601 |
| ASP *(Calculated using Billings Amt thru Q3FY11)* | | | | | |
| ASC | | | | | |
| SoftBank *(USD $M)* | | | | | |
| Rev Share *(USD $M)* | | | | | |

*\* Difference between Billing Amt & Revenue Amt deemed immaterial. Due to System limitations, Revenue Amt used to calculate ASP beginning in Q4FY11 and onward.*

## FY 2010 iPhone Summary

**Domestic Summary**
*US Only*

| | Q1 | Q2 | Q3 | Q4 | FY2010 |
|---|---|---|---|---|---|
| M68 Units *(in k)* | | | | | |
|    4GB | ■ | ■ | ■ | ■ | ■ |
|    8GB | ■ | ■ | ■ | ■ | ■ |
|    16GB | ■ | ■ | ■ | ■ | ■ |
| N82 Units *(in k)* | | | | | |
|    8GB | ■ | ■ | ■ | ■ | ■ |
|    16GB | ■ | ■ | ■ | ■ | ■ |
| N88 Units *(in k)* | | | | | |
|    16GB | ■ | ■ | ■ | ■ | ■ |
|    32GB | ■ | ■ | ■ | ■ | ■ |
| N88A Units *(in k)* | | | | | |
|    8GB | ■ | ■ | ■ | ■ | ■ |
| N90 Units *(in k)* | | | | | |
|    16GB | ■ | ■ | ■ | ■ | ■ |
|    32GB | ■ | ■ | ■ | ■ | ■ |
| Refurb Units *(in k)* | - | ■ | ■ | ■ | ■ |
| **Total Handset Units** *(in k)* | **2,500.9** | **2,666.3** | **2,778.4** | **4,912.2** | **12,857.6** |
| System Billings *(Excl Carrier Sub/Com, in USD $M)* | ■ | ■ | ■ | ■ | ■ |
| Retail/Online Carrier Subsidy *(in USD $M)* | ■ | ■ | ■ | ■ | ■ |
| Other Adjustments *(USD $M)* | - | ■ | ■ | ■ | ■ |
| **Total Handset Billings** *(USD $M)* | **1,384.8** | **1,444.3** | **1,561.7** | **2,840.6** | **7,231.5** |
| **ASP** | 554 | 542 | 562 | 578 | 563 |
| **ASC** | ■ | ■ | ■ | ■ | ■ |
| Rev Share *(USD $M)* | ■ | ■ | ■ | ■ | ■ |

APPLE CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FY2010

Highly Confidential - Attorneys' Eyes Only　　　　　　　　　　　　　　　　　　APLNDC-Y0000051359

## FY 2009 iPhone Summary

### Domestic Summary
*US Only*

| | Q1 | Q2 | Q3 | Q4 | FY2009 |
|---|---|---|---|---|---|
| M68 Units *(in k)* | | | | | |
|   4GB | | | | | |
|   8GB | | | | | |
|   16GB | | | | | |
| N82 Units *(in k)* | | | | | |
|   8GB | | | | | |
|   16GB | | | | | |
| N88 Units *(in k)* | | | | | |
|   16GB | | | | | |
|   32GB | | | | | |
| Refurb Units *(in k)* | | | | | |
| **Total Handset Units** *(in k)* | **2,041.0** | **1,678.1** | **2,532.2** | **3,475.0** | **9,726.3** |
| Handset Billings *(Excl Carrier Sub/Com, in USD $M)* | | | | | |
| Retail/Online Carrier Subsidy *(in USD $M)* | | | | | |
| Other Adjustments *(USD $M)* | | | | | |
| **Total Handset Billings** *(USD $M)* | **1,222.4** | **1,003.8** | **1,390.1** | **1,996.2** | **5,612.4** |
| **ASP** | **599** | **598** | **549** | **574** | **577** |
| **ASC** | | | | | |
| Rev Share *(USD $M)* | | | | | |

## FY 2008 iPhone Summary

### Domestic Summary
*US Only*

| | Q1 | Q2 | Q3 | Q4 | FY2008 |
|---|---|---|---|---|---|
| M68 Units *(in k)* | | | | | |
|   4GB | | | | | |
|   8GB | | | | | |
|   16GB | | | | | |
| N82 Units *(in k)* | | | | | |
|   8GB | | | | | |
|   16GB | | | | | |
| N88 Units *(in k)* | | | | | |
|   16GB | | | | | |
|   32GB | | | | | |
| Refurb Units *(in k)* | | | | | |
| **Total Handset Units** *(in k)* | **1,832.7** | **1,630.0** | **692.2** | **2,660.2** | **6,815.1** |
| Handset Billings *(Excl Carrier Sub/Com, in USD $M)* | | | | | |
| Retail/Online Carrier Subsidy *(in USD $M)* | | | | | |
| Other Adjustments *(USD $M)* | | | | | |
| **Total Handset Billings** *(USD $M)* | **728.7** | **671.1** | **310.5** | **1,645.0** | **3,355.3** |
| **ASP** | **398** | **412** | **449** | **618** | **492** |
| **ASC** | | | | | |
| Rev Share *(USD $M)* | | | | | |

APPLE CONFIDENTIAL     FY2008

Highly Confidential - Attorneys' Eyes Only     APLNDC-Y0000051361

# FY 2007 iPhone Summary

## Domestic Summary
*US Only*

| | Q1 | Q2 | Q3 | Q4 | FY2007 |
|---|---|---|---|---|---|
| **M68 Units** *(in k)* | | | | | |
|   4GB | ▮ | ▮ | ▮ | ▮ | ▮ |
|   8GB | ▮ | ▮ | ▮ | ▮ | ▮ |
|   16GB | ▮ | ▮ | ▮ | ▮ | ▮ |
| **N82 Units** *(in k)* | | | | | |
|   8GB | ▮ | ▮ | ▮ | ▮ | ▮ |
|   16GB | ▮ | ▮ | ▮ | ▮ | ▮ |
| **N88 Units** *(in k)* | | | | | |
|   16GB | ▮ | ▮ | ▮ | ▮ | ▮ |
|   32GB | ▮ | ▮ | ▮ | ▮ | ▮ |
| Refurb Units *(in k)* | ▮ | ▮ | ▮ | ▮ | ▮ |
| **Total Handset Units** *(in k)* | - | - | 270.3 | 1,119.2 | 1,389.5 |
| Handset Billings *(Excl Carrier Sub/Com, in USD $M)* | ▮ | ▮ | ▮ | ▮ | ▮ |
| Retail/Online Carrier Subsidy *(in USD $M)* | ▮ | ▮ | ▮ | ▮ | ▮ |
| Other Adjustments *(USD $M)* | ▮ | ▮ | ▮ | ▮ | ▮ |
| **Total Handset Billings** *(USD $M)* | ▮ | ▮ | ▮ | ▮ | ▮ |
| **ASP** | - | - | 529 | 452 | 467 |
| **ASC** | ▮ | ▮ | ▮ | ▮ | ▮ |
| Rev Share *(USD $M)* | ▮ | ▮ | ▮ | ▮ | ▮ |

