# EXHIBIT R

## To the Declaration of Michael J. Wagner filed in Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction

# EXHIBIT R
# FILED UNDER SEAL



Highly Confidential -
Attorneys' Eyes Only



APLNDC00004618



Highly Confidential -
Attorneys' Eyes Only

APLNDC00004619



Definitions

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004620

# Definitions:

## IDC: Smartphone

- These mobile devices, which IDC has called converged mobile devices in past, contain a high-level operating system such as Android, BlackBerry OS, webOS, iOS, Windows Phone 7, and Symbian in addition to telephony capabilities. Smartphones run operating system software that provides a standardized interface and platform for application developers, meaning new applications can be written for them freely.  Properly functioning Smartphones are also always connected to the web once enabled which differentiates them from their feature phone brethren. They also generally have larger screen sizes than Feature Phones. Smartphones can have a touchscreen and/or QWERTY keyboard but neither is a 'must-have' for entry into the category. The devices, must also offer the full extent of their application processing capability to the user, regardless of network availability.

## Gartner: Open Operating System (Smartphone)

- An operating system that has a software developer kit (SDK) available to developers who can use native APIs to write applications. This can be supported by a sole vendor or multiple vendors. It can be, but does not require to be open source.

- Examples include: BlackBerry OS, iOS, Symbian, Android, Windows Phone, Linux, Limo Foundation, WebOS and Bada.

Highly Confidential -
Attorneys' Eyes Only

# Kantar Worldpanel Mobile Market Methodology

## Collect
Consumer interviews amongst the same people every 4 weeks over time

## Measure
- Mobile Ownership
- Carrier Connections
- Mobile Sales
- Device and Bill spend
- Usage
- Trends

## Profile
- Mobile phone owners
- Smartphone owners
- Carriers
- High value groups
- Devices
- Usage groups

## Examine
- Market make-up
- Performance
- Consumer behavior
- Threats
- Opportunities

**Method:** Kantar Worldpanel ComTech is an independent market research service conducting longitudinal consumer surveys, measuring ownership and purchasing of device, carrier connections, billing and usage in the mobile phone market. Respondents are recruited to represent each country's population by demographic and region and screened to exclude those who complete other mobile phone related surveys. Respondents are incentivised through a redeemable points system which, combined with a simple interview, leads to high panel retention rates (on average circa 80% per year) and improved data quality.

**Data collection** methodology varies by country - in markets where online penetration is high, surveys are conducted online - other markets are a mix of telephone, face to face or postal interviews. The Enterprise market is not covered within this study. Surveys are conducted at least once per month amongst all consumers belonging to the survey - enabling short recall, accurate trending and brand loyalty/switching analysis.

Charts with sample sizes that fall below 100 (where % share and data become less significant) are clearly indicated in the data. Consumer survey panel data should be used to inform on ranking/trend movements and (as with all research) is liable to some statistical error, depending on sample size and consumer response.

5

Highly Confidential -

Attorneys' Eyes Only

# Country Samples and Structure



**UNITED STATES**
Interviews per
annum: 260,000
Age: 16+



**UK**
Interviews per
annum: 240,000
Age: 12+



**FRANCE**
Interviews per
annum: 139,000
Age: 15+



**GERMANY**
Interviews per
annum: 182,000
Age: 16+



**ITALY**
Interviews per
annum: 130,000
Age: 16+



**SPAIN**
Interviews per
annum: 192,000
Age: 16+



**AUSTRALIA**
Interviews per
annum: 130,000
Age: 16+



**JAPAN**
Interviews per
annum: 130,000
Age: 16+



**BRAZIL**
Interviews per
annum: 294,000
Age: 8+



**MEXICO**
Interviews per
annum: 270,000
Age: 8+

Kantar Worldpanel ComTech

6

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004623

# Understanding the iPhone Customer

**Collect**

Survey owners of iPhone 3G and iPhone 3GS

**Measure**

Acquisition and Buy Mix
Purchase drivers
Usage
Satisfaction

**Profile**

By model (where significant differences exist)

**Examine**

Differences in customer segments (segmentation analysis to be reported separately)

Attitudes related to Apps

Method: Apple Market Research worked with TNS, an independent market research firm, to conduct consumer surveys, develop the online questionnaire, and analyze the results. Respondents were screened to exclude those under 13 year old, those in competitive industries, those that did not acquire an iPhone for themselves, and those that do not use their iPhone at least once a month. The sample for this study came from the Apple customer database.  The surveys were fielded in September 2009 (US, UK) and  December 2009 (France, Germany, Japan). Data was weighted to be representative of sales by iPhone model and capacity, and purchase channel, (Apple Retail, Apple Online, Other).

7

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004624



Highly Confidential -
Attorneys' Eyes Only

# Key Conclusions

Android growth is accelerating due to significant focus from operators and handset manufacturers

- **Android growth accelerated in 2H of 2010**
  - Gaining share mainly through expansion to non iPhone carriers
  - 54 devices launched in Q4 2010 vs. 11 devices in Q4 2009
  - Estimated to launch an additional 22 devices through the 1H of 2011
  - Handsets available in various pricing segments from low to high end models

- **Operators & Handset Manufacturers are Investing Heavily in Android**
  - Nearly 9 to 1 Spend Ratio over iPhone Advertising
  - Android devices are available in all major carriers globally
  - Motorola, Samsung, and HTC are the major manufacturers driving Android sales
  - Sony Ericsson, LG, and Huwei are focusing on Android models as well

- **Majority of Android sales growth were from US, Western Europe, and Asia**
  - Android US sales in Q4 2010 were over 32% of the WW Android sales
  - Western Europe sales in Q4 2010 is 24% of total Android sales
  - Asia is 30% of WW Android sales in Q4, which were mainly from China and Korea

- **Large percentage of Android sales were from consumers upgrading from non smartphones**
  - In US, 67% of Android customers are new to the OS, and 71% of those customers switched from non smartphones
  - For UK, 95% of current Android owners have switched to the OS, 77% of those traded up from non smartphones
  - In France, 93% of current Android owners have switched to the OS, 84% of those traded up from non smartphones
  - For Germany, 89% of current Android owners have switched to the OS, 79% of those traded up from non smartphones
  - For Italy, 97% of current Android owners have switched to the OS, 46% of those traded up from non smartphones, and 42% switched from Symbian
  - In Japan, 66% of current Android owners have switched to the OS, 93% of those traded up from non smartphones
  - For Australia, 79% of current Android owners have switched to the OS, 69% of those traded up from non smartphones

Highly Confidential –
Attorneys' Eyes Only

# WW Mobile Phone Sales Forecast

Smartphone (Open Operating System) is expected to be 32% to 34% of total mobile phone sales by 2012

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004627

## WW Smartphone Sales Forecast is expected to reach between ~ 580M to 630M by 2012



Highly Confidential -
Attorneys' Only

# WW Smartphone Sales Forecast by OS Share

Both IDC and Gartner shows Android growth of 890% YoY in 2010, and 2011 growth of over 150% YoY gaining #1 position

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004629

# WW Sell In Quarterly Forecast by OS Share

According to IDC, Android ranked #1 OS in Q4 and will continue to
be the best selling OS through out 2011

Highly Confidential -
Attorneys' Eyes Only



Android Growth Trend

Highly Confidential -
Attorneys' Eyes Only

# Smartphone Forecast - WW



Source: Sales Forecast - IDC Q4 2010; Android Handset count - Frost & Sullivan

15

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004632

# Smartphone OS Q4'10 Sell In Share

According to IDC, Android has reached over 50% share in US and Korea, but iOS has a larger share than Android in Australia

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004633

# Smartphone OS Q4'10 Sell Through Share

Based on Gartner, Android has reached over 50% share in US and Korea

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004634

# iPhone is the best selling model, but significantly more Android models entered the Top 5 in sales displacing iPhone 3GS

Top Selling Smartphones Q4'10



18

Highly Confidential -
Attorneys' Eyes Only

# Android Availability by Manufacturer – WW

| Manufacturer | Available | Coming Soon | Total |
|---|---|---|---|
| Samsung | 30 | 1 | 31 |
| Motorola | 27 | 5 | 32 |
| HTC | 24 | 2 | 26 |
| LG | 14 | 2 | 16 |
| Huawei | 11 | 2 | 13 |
| Acer | 10 | 3 | 13 |
| Dell | 6 | 1 | 7 |
| Sony Ericsson | 4 | 1 | 5 |
| Others | 25 | 4 | 29 |
| Total | 151 | 21 | 172 |

Source: Frost & Sullivan Year End 2010

19

Highly Confidential –
Attorneys' Eyes Only



Highly Confidential -
Attorneys' Eyes Only

APLNDC00004637



# Android Availability by Carrier



Highly Confidential -
Attorneys' Eyes Only

APLNDC00004639

 # US Key Conclusions

According to both IDC and Gartner, Android is ranked #1 OS with 50% share in Q4

- **Android is growing rapidly due to the introduction of new models with major carriers**
  - While only 15% of smartphones sold at AT&T are Android based, over 65% sold are Android based at Sprint, Verizon, and T-mobile
  - While Android has a wide availability of models in different price bands, share is also being gained in higher priced segments
- **Android customers tend to be younger, but iOS leads on feature use**
  - 23% of Android customers are under 24 compared to 15% for iOS
  - Android customers purchase the device for multimedia and they use GPS more
  - iOS customer purchase the device for brand/model and multimedia and they use features more than others for the most part
- **Both Android and iOS encourage trade up to smartphones**
  - 67% of current Android owners have switched to the OS, 71% of those traded up from non smartphones
  - 23% of current iOS owners have recently switched to the OS, 73% of those traded up from a non smartphone handset.

23

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004640

 # Mobile Phone Sales Forecast – US

Smartphone is expected to reach over 50% of the total mobile market by 2H of 2011



Highly Confidential –
Attorneys' Eyes Only

 **Android grew 229% YoY in Q4 while BlackBerry declined 18% YoY and iOS grew 53% YoY**

Source: Sales Forecast - IDC Q4 2010 (Sell In), Ad Spend - Nielsen Q4'10

25

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004642



# Smartphone OS Q4'10 Sell Through Share

Android share has grown significantly and reached over 50% share in
Q4 while iPhone 4 sales suffered from supply constraints

Source: Gartner Q4 '10

26

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004643



# Smartphone OS Q4'10 Sell Through Share

HTC and LG both gained 5% share in Q4 compared to Q3 with
quarter on quarter growth of 45% and 234%

Source: Gartner Q4'10

27

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004644

## US Q4'10 OS Summary



Note: Smartphone sales by OS by Priceband represent consumer average acquisition spend based upon subsidized purchasing 28

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004645

### Android has a younger demographic than iOS and is chosen for its multimedia capabilities



Source: Kantar WorldPanel Q4'10

29

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004646

 # Prevalence of handset switching - iOS

Source: Kantar WorldPanel - Switching analysis shows consumer movements between OS among those replacing their handset. Analysis conducted on those consumers who were new to iOS in 4 w/e 26 December 2010 compared to 4 w/e 13 June 2010

30

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004647

 **Prevalence of handset switching - Android**

Source: Kantar WorldPanel - Switching analysis shows consumer movements between OS among those replacing their handset. Analysis conducted on those consumers who were new to Android in 4 w/e 26 December 2010 compared to 4 w/e 13 June 2010

31

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004648

# Feature Usage by OS



Source: Kantar Worldpanel Q1'10

Highly Confidential -
Attorneys' Eyes Only

 # Feature Usage by OS (Cont'd)

Highly Confidential –
Attorneys' Eyes Only

APLNDC00004650



UK

34

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004651

 # UK Key Conclusions

According to IDC, Android is the best selling OS in Q4 and expected to be the leading OS in 2011 displacing Symbian devices

- **Android is growing due to the introduction of new models with major carriers**
  - Over 60% of the Android models sold were free (included in the price of subscription)
- **Android customers tend to be slightly more males than iOS, but iOS customers are younger and leads on feature use**
  - 64% of Android customers are male as compared to 61% for iOS
  - 24% of Android customers are under 24 compared to 29% for iOS
  - iOS customers are more satisfied with their purchase and they use features more than others
- **Both Android and iOS encourage trade up to smartphones**
  - 95% of current Android owners have switched to the OS, 77% of those traded up from non smartphones
  - 73% of current iOS owners have recently switched to the OS, 78% of those traded up from a non smartphone handset.

35

Highly Confidential -
Attorneys' Eyes Only

 # Mobile Phone Sales Forecast - UK

Smartphone is expected to reach 60% of the total mobile market in Q1 2011

36

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004653

# Smartphone Forecast - UK

Android grew 1870% YoY in Q4 and became best selling OS and
expected to be the leading OS in 2011 displacing Symbian devices



Highly Confidential -
Attorneys' Eyes Only

 # Smartphone OS Q4'10 Sell Through Share

Android gained additional 2% share in Q4 compared to Q3 while iPhone 4 sales suffered from supply constraints

Source: Gartner Q4'10

38

Highly Confidential -
Attorneys' Eyes Only



# Smartphone OS Q4'10 Sell Through Share

RIM grew 35% QoQ in Q4 gaining 4% share than in Q3, while HTC and Samsung maintained shares gained in Q3

Source: Gartner Q4'10

39

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004656

# UK Q4'10 OS Summary



Source: Kantar Worldpanel ComTech                    *Note: Smartphone Sales by OS by Priceband represent consumer average acquisition spend based upon subsidized purchasing    40

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004657



Android has an older and more male demographic than iOS, and BlackBerry has more younger demographic than iOS and Android

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004658

 # Prevalence of handset switching – iOS

new to iOS in 4 w/e 26 December 2010 compared to 4 w/e 13 June 2010

42

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004659

 # Prevalence of handset switching - Android

source: Kantar WorldPanel - Switching analysis shows consumer movements between OS among those replacing their handset. Analysis conducted on those consumers who were new to Android in 4 w/e 26 December 2010 compared to 4 w/e 13 June 2010

43

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004660

## Feature Usage by OS



Highly Confidential -
Attorneys' Eyes Only

APLNDC00004661

# Feature Usage by OS (Cont'd)



Source: Kantar Wordpanel Q4'10

45

Highly Confidential -
Attorneys' Eyes Only



France

46

Highly Confidential -
Attorneys' Only

APLNDC00004663

 # France Key Conclusions

According to IDC, Android became the leading OS since Q3 and will continue to grow displacing Symbian devices

- **Android is growing due to the introduction of new models with major carriers**
  - 58% of the Android models sold were under €90
- **Android customers tend to be slightly older than iOS, but iOS leads on feature use**
  - 31% of Android customers are over 35 as compared to 25% for iOS
  - Android customers purchase the device for multimedia and brand/model
  - iOS customer purchase the device for multimedia and brand/model, and they use features more than others
- **Both Android and iOS encourage trade up to smartphones**
  - 93% of current Android owners have switched to the OS, 84% of those traded up from non smartphones
  - 49% of current iOS owners have recently switched to the OS, 83% of those traded up from a non smartphone handset.

47

Highly Confidential -
Attorneys' Eyes Only

 **Mobile Phone Sales Forecast - France**

Smartphone is expected to be over 50% of total mobile sales starting Q2 2011

48

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004665

# Smartphone Forecast - France



Source: Sales Forecast - IDC Q4 2010 (Sell In)

49

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004666

 # Smartphone OS Q4'10 Sell Through Share

Android gained additional 5% share in Q4 compared to Q3 while iPhone 4 sales suffered from supply constraints

Source: Gartner Q4'10

50

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004667

 # Smartphone OS Q4'10 Sell Through Share

Samsung continued to gain share in Q4 with 53% QoQ growth from Android devices and 68% QoQ growth from their proprietary Bada OS

Source: Gartner Q4'10

51

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004668

## France Q4'10 OS Summary



*Note: Smartphone Sales by OS by Priceband represent consumer average acquisition spend based upon subsidized purchasing

Highly Confidential -
Attorneys' Eyes Only

## Android has more female and slightly older demographic than iOS



Highly Confidential -
Attorneys' Eyes Only

APLNDC00004670

 # Prevalence of handset switching - iOS



Source: Kantar WorldPanel – Switching analysis shows consumer movements between OS among those replacing their handset. Analysis conducted on those consumers who were new to iOS in 4 w/e 26 December 2010 compared to 4 w/e 13 June 2010

54

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004671

 # Prevalence of handset switching - Android

Source: Kantar WorldPanel - Switching analysis shows consumer movements between OS among those replacing their handset. Analysis conducted on those consumers who were new to Android in 4 w/e 26 December 2010 compared to 4 w/e 13 June 2010.

55

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004672

## Feature Usage by OS



Highly Confidential -
Attorneys' Eyes Only

# Feature Usage by OS (Cont'd)



Highly Confidential -
Attorneys' Eyes Only



Highly Confidential -
Attorneys' Eyes Only

APLNDC00004675

 # Germany Key Conclusions

According to IDC, Android became the leading OS in Q4 and will continue to grow displacing Symbian devices

- **Android is growing due to the introduction of new models with major carriers**
  - Android sales are growing in both under €50 and over €250
- **Android customers tend to be more male and younger than iOS, but iOS leads on feature use**
  - 69% of Android customers are male as compared to 62% for iOS
  - 36% of Android customers are under 24 as compared to 25% for iOS
  - Android customers purchase the device for multimedia and brand/model, and they use more GPS
  - iOS customer purchase the device for brand/model and multimedia, and they use features more than others for most part
- **Both Android and iOS encourage trade up to smartphones**
  - 89% of current Android owners have switched to the OS, 79% of those traded up from non smartphones
  - 53% of current iOS owners have recently switched to the OS, 79% of those traded up from a non smartphone handset.

59

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004676