# EXHIBIT S

## To the Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction

# EXHIBIT S
# FILED UNDER SEAL



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026096**



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026097**



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026098**



**Highly Confidential - Attorneys' Eyes Only**

APLNDC-Y0000026099



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026100**



**Highly Confidential - Attorneys' Eyes Only**



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026102**



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000026103



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026104**



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026105**



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026106**



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026107**



Highly Confidential - Attorneys' Eyes Only



**Of those whose iPhone 4S was a replacement, over one-half replaced another iPhone**

- Another iPhone
- Smartphone (not an iPhone)
- Regular mobile phone

**Type of phone being replaced**

Base: iPhone 4S replaced another phone, n  5594
Q15. What type of mobile phone is the iPhone 4S replacing?  Note: By smartphone, we mean a mobile phone with touch–screen and/or QWERTY
keyboard you use for email, Web, and downloaded applications that runs on a mobile OS such as Android, BlackBerry, Symbian, or Windows.          14

**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026109**



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000026110



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026111**



**Highly Confidential - Attorneys' Eyes Only**

APLNDC-Y0000026112



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026113**



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026114**



**Highly Confidential - Attorneys' Eyes Only**

APLNDC-Y0000026115



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026116**



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026117**



**Highly Confidential - Attorneys' Eyes Only**

APLNDC-Y0000026118



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026119**



**Top reasons for purchasing an iPhone 4S included being a fan of Apple products, and wanting the newest iPhone**

| | |
|---|---|
| Fan of Apple products | 48% |
| Wanted the newest iPhone | 46% |
| Good experience with previously owned iPhone | 36% |
| Wanted a specific iPhone 4S feature or capability | 35% |
| Wanted the best mobile phone on the market | 31% |
| Wanted to use apps | 27% |
| Previously owned iPhone needed replacement | 25% |
| It has the best reputation | 22% |
| Wanted mobile Web and email access | 22% |
| Not satisfied with prior smartphone owned | 12% |
| I always buy the latest electronic | |

Higher among first-time iPhone owners

**Primary reasons for purchasing iPhone 4S**

Base: Purchased iPhone 4S for self or had purchase influence, n  5835
Q24. What are the primary reasons you purchased an iPhone 4S at this time? (Select all that apply.)

25

**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026120**



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026121**



Highly Confidential - Attorneys' Eyes Only



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026123**



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026124**



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000026125



**Highly Confidential - Attorneys' Eyes Only**



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026127**



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026128**



Highly Confidential - Attorneys' Eyes Only



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026130**



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026131**



**Highly Confidential - Attorneys' Eyes Only**

APLNDC-Y0000026132



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026133**



**Highly Confidential - Attorneys' Eyes Only**

APLNDC-Y0000026134



**Highly Confidential - Attorneys' Eyes Only**



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026136**



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000026137**