# EXHIBIT AAA

**To the Declaration of Michael J. Wagner filed in Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction**

# EXHIBIT AAA
# FILED UNDER SEAL

## GAAP Line of Business Reporting • Licensing / Lic.

| *M$*<br>**Total Apple** | Q1'06<br>Act.<br>Lic. | Q2'06<br>Act.<br>Lic. | Q3'06<br>Act.<br>Lic. | Q4'06<br>Act.<br>Lic. | Q1'07<br>Act.<br>Lic. | Q2'07<br>Act.<br>Lic. | Q3'07<br>Act.<br>Lic. | Q4'07<br>Act.<br>Lic. | Q1'08<br>Act.<br>Lic. | Q2'08<br>Act.<br>Lic. | Q3'08<br>Act.<br>Lic. | Q4'08<br>Act.<br>Lic. | Q1'09<br>Act.<br>Lic. | Q2'09<br>Act.<br>Lic. | Q3'09<br>Act.<br>Lic. | Q4'09<br>Act.<br>Lic. | Q1'10<br>Act.<br>Lic. | Q2'10<br>Act.<br>Lic. | Q3'10<br>Act.<br>Lic. | Q4'10<br>Act.<br>Lic. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 13 | 18 | 28 | 24 | 27 | 31 | 37 | 34 | 41 | 46 | 50 | 53 | 59 | 61 | 63 | 67 | 68 | 78 | 83 | 91 |
| Total Std Cost | | | | | | | | | | | | | | | | | | | | |
| **Standard Margin** | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| Variances | | | | | | | | | | | | | | | | | | | | |
| Royalties | | | | | | | | | | | | | | | | | | | | |
| **Adj Std Mgn** | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| Period Exp. | | | | | | | | | | | | | | | | | | | | |
| Freight & Duty | | | | | | | | | | | | | | | | | | | | |
| Warranty | | | | | | | | | | | | | | | | | | | | |
| Scrap/Rework | | | | | | | | | | | | | | | | | | | | |
| Excess/Obsolete | | | | | | | | | | | | | | | | | | | | |
| Phone Support | | | | | | | | | | | | | | | | | | | | |
| Service Period Exp | | | | | | | | | | | | | | | | | | | | |
| Other OCOGS | | | | | | | | | | | | | | | | | | | | |
| Total OCOGS w/o | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| R&D (Dir & Alloc | | | | | | | | | | | | | | | | | | | | |
| Sales Exp. | | | | | | | | | | | | | | | | | | | | |
| Distribution | | | | | | | | | | | | | | | | | | | | |
| Marketing/Advertis | | | | | | | | | | | | | | | | | | | | |
| G & A - Admin | | | | | | | | | | | | | | | | | | | | |
| G & A - Finance | | | | | | | | | | | | | | | | | | | | |
| G & A - HR | | | | | | | | | | | | | | | | | | | | |
| G & A - IS&T | | | | | | | | | | | | | | | | | | | | |
| G & A - Legal | | | | | | | | | | | | | | | | | | | | |
| G & A - Other | | | | | | | | | | | | | | | | | | | | |
| Total SG&A | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| **Total OpExp** | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| **Contribution** | | | | | | | | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | | | | | | | | |
| **Units (K)** | | | | | | | | | | | | | | | | | | | | |

*Note: Licensing Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.*

APPLE CONFIDENTIAL

Lic Total Qtrs
1

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000051618

### Lic.

| M$ Total Apple | Q1'11 Act. Lic. | Q2'11 Act. Lic. | Q3'11 Act. Lic. | Q4'11 Act. Lic. | Q1'12 Act Lic. |
|---|---|---|---|---|---|
| Total Revenue | 121 | 137 | 145 | 186 | 214 |
| Total Std Cost | | | | | |
| **Standard Margin** | | | | | |
| % Revenue | | | | | |
| Variances | | | | | |
| Royalties | | | | | |
| **Adj Std Mgn** | | | | | |
| % Revenue | | | | | |
| Period Exp. | | | | | |
| Freight & Duty | | | | | |
| Warranty | | | | | |
| Scrap/Rework | | | | | |
| Excess/Obsolete | | | | | |
| Phone Support | | | | | |
| Service Period Exp | | | | | |
| Other OCOGS | | | | | |
| Total OCOGS w/o | | | | | |
| % Revenue | | | | | |
| **Gross Margin** | | | | | |
| % Revenue | | | | | |
| R&D (Dir & Alloc | | | | | |
| Sales Exp. | | | | | |
| Distribution | | | | | |
| Marketing/Advertis | | | | | |
| G & A - Admin | | | | | |
| G & A - Finance | | | | | |
| G & A - HR | | | | | |
| G & A - IS&T | | | | | |
| G & A - Legal | | | | | |
| G & A - Other | | | | | |
| Total SG&A | | | | | |
| % Revenue | | | | | |
| **Total OpExp** | | | | | |
| % Revenue | | | | | |
| **Contribution** | | | | | |
| % Revenue | | | | | |
| **Units (K)** | | | | | |

Note: Licensing Re

--

APPLE CONFIDENTIAL
Highly Confidential - Attorneys' Eyes Only
APLNDC-Y0000051619