# EXHIBIT BBB
# To the Declaration of Michael J. Wagner filed in Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction

# EXHIBIT BBB
# FILED UNDER SEAL

# GAAP Line of Business Reporting • Mob.Adv       *Mob.Adv*

| *M$*<br>**Total Apple** | Q1'09 Act. Mob.Adv | Q2'09 Act. Mob.Adv | Q3'09 Act. Mob.Adv | Q4'09 Act. Mob.Adv | Q1'10 Act. Mob.Adv | Q2'10 Act. Mob.Adv | Q3'10 Act. Mob.Adv | Q4'10 Act. Mob.Adv | Q1'11 Act. Mob.Adv | Q2'11 Act. Mob.Adv | Q3'11 Act. Mob.Adv | Q4'11 Act. Mob.Adv | Q1'12 Act Mob.Adv |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | -- | -- | -- | -- | -- | 0 | 11 | 16 | 30 | 23 | 18 | 26 | 37 |
| Total Std Cost | | | | | | | | | | | | | |
| **Standard Margin** | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | |
| Variances | | | | | | | | | | | | | |
| Royalties | | | | | | | | | | | | | |
| **Adj Std Mgn** | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | |
| Period Exp. | | | | | | | | | | | | | |
| Freight & Duty | | | | | | | | | | | | | |
| Warranty | | | | | | | | | | | | | |
| Scrap/Rework | | | | | | | | | | | | | |
| Excess/Obsolete | | | | | | | | | | | | | |
| Phone Support | | | | | | | | | | | | | |
| Service Period Exp. | | | | | | | | | | | | | |
| Other OCOGS | | | | | | | | | | | | | |
| Total OCOGS w/o Var/R | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | |
| R&D (Dir & Alloc) | | | | | | | | | | | | | |
| Sales Exp. | | | | | | | | | | | | | |
| Distribution | | | | | | | | | | | | | |
| Marketing/Advertising | | | | | | | | | | | | | |
| G & A - Admin | | | | | | | | | | | | | |
| G & A - Finance | | | | | | | | | | | | | |
| G & A - HR | | | | | | | | | | | | | |
| G & A - IS&T | | | | | | | | | | | | | |
| G & A - Legal | | | | | | | | | | | | | |
| G & A - Other | | | | | | | | | | | | | |
| Total SG&A | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | |
| **Total OpExp** | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | |
| **Contribution** | | | | | | | | | | | | | |
| % Revenue | | | | | | | | | | | | | |
| **Units (K)** | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

*Note: Mob.Adv Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.*

--

Mob Adv Total Qtrs
1

APPLE CONFIDENTIAL