# EXHIBIT DDD
**FILED UNDER SEAL to the Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction**