# EXHIBIT GGG

**To the Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction**

# EXHIBIT GGG
# FILED UNDER SEAL



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



APLNDC630-0000128924



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128925



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128926



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128927



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128928



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128929



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128931



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128933



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128935



APLNDC630-0000128936



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



APLNDC630-0000128939



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128940



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128944