**EXHIBIT HHH**
to the Declaration of Michael J.
Wagner in Support of Samsung's
Opposition to Apple's Motion for
Preliminary Injunction
and
**Exhibit 31**
to the Declaration of Christopher
Vellturo filed in Support of Apple's
Reply in Support of Apple's Motion
for Preliminary Injunction
and
**EXHIBIT Y**
to the Declaration of Daniel C.
Posner filed in Support of Samsung's
Opposition Apple's Motion for
Preliminary Injunction

# EXHIBIT HHH
# FILED UNDER SEAL



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149470



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149472



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149473



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149474



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149475



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149478



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149480



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149483



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only
APLNDC630-0000149486



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149487



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149488



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149491



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149493



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149498



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149499



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only
APLNDC630-0000149501



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149502



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149503



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149505



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

# Of those whose iPhone is a replacement, the percentage of Androids replaced has increased



B17. What type of mobile phone is the iPhone [3GS/4/4S] replacing? (Base: iPhone owners who replaced a mobile phone)

40



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149514



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149517



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only                                                                APLNDC630-0000149519



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149524



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149527



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149529



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149530



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149532



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149534



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149535



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149537



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149540



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only
APLNDC630-0000149550



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149558



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149559



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149563



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149564



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149566



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149567



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149568



Highly Confidential - Attorneys' Eyes Only
APLNDC630-0000149569



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149570



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149571



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149573



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149575



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149576



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149586



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149587



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149590



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149593



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149595



Highly Confidential - Attorneys' Eyes Only
APLNDC630-0000149596



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149597



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149599



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149601



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149602



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149603



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000149604



Highly Confidential - Attorneys' Eyes Only