# EXHIBIT III

## To the Declaration of Michael J. Wagner filed in Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction

# EXHIBIT III
# FILED UNDER SEAL



Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129867

# AT&T Meeting: Internal Overview

 Apple Confidential

Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

# Contents

- AT&T offers and sales performance

- Earnings update

- Android at AT&T

- Performance analysis: Kantar survey

- Key takeaways

 Apple Confidential

Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129869

# Contents

- AT&T offers and sales performance

- Earnings update

- Android at AT&T

- Performance analysis: Kantar survey

- Key takeaways

 Apple Confidential

Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129870

# iPhone data plans

| Voice | /mo | Data | /mo |
|-------|-----|------|-----|
| Nation Unlimited | $69.99 | DataPro 4GB | $45.00 |
| Nation 900 | $59.99 | DataPro 2GB | $25.00 |
| Nation 450 | $39.99 | DataPlus 200MB | $15.00 |

 Apple Confidential

Thursday, March 15, 2012

AT&T iPhone packages range from $54.99 to $114.99 per month. Customers may mix and match voice and data plans. The one-time activation fee of $36 is not included in this chart.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129871

# iPhone pricing





**Price change 1/7/11**

Images from att.com

 Apple Confidential

Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129872

# Total iPhone performance



Thursday, March 15, 2012

iPhone 3GS price drop helped maintain strong overall iPhone sales in FY11 Q2 and Q3.

Highly Confidential - Attorneys' Eyes Only

# AT&T / Verizon comparative



Source: iPhone unbrickings

Apple Confidential

Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

# iPhone 3GS price drop

Source: iPhone unbrickings

 Apple Confidential

# Current product and color mix



Source: iPhone unbrickings, FYO3W10

 Apple Confidential

Thursday, March 15, 2012

Product and SKU breakdown based on most current week's unbricking data.

Highly Confidential - Attorneys' Eyes Only

# iPad data plans



**AT&T Data Connect Personal Data Plans**

| 250MB<br>$14.99/month | 2GB<br>$25/month |

 Apple Confidential

Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

# iPad performance

Apple Confidential

Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

# Contents

- AT&T offers and sales performance
- Earnings update
- Android at AT&T
- Performance analysis: Kantar survey
- Key takeaways

Apple Confidential

Thursday, March 15, 2012

Earnings update from AT&T's first-quarter (calendar year) results, reported on April 20, 2011.

Highly Confidential - Attorneys' Eyes Only

# AT&T first-quarter results

10.2% growth in wireless revenues

Best-ever first-quarter smartphone sales

iPhone = 60%, other smartphones = 40% of sales

iPhone activations increased nearly 1M y-o-y, with 23% of subs new to AT&T

Reported April 20, 2011, calendar year first-quarter

 Apple Confidential

Thursday, March 15, 2012

Key points from AT&T's latest earnings call.

Highly Confidential - Attorneys' Eyes Only

# AT&T first-quarter results



April 20, 2011
Source: quarterly report, calendar year first-quarter

 Apple Confidential

Thursday, March 15, 2012

Key points from AT&T's latest quarterly report.

Highly Confidential - Attorneys' Eyes Only

# Contents

- **AT&T offers and sales performance**

- **Earnings update**

- Android at AT&T

- **Performance analysis: Kantar survey**

- **Key takeaways**

 Apple Confidential

Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129882

# Android devices, N. America carriers



Source: Frost & Sullivan Year End 2010, carriers with Android device counts >2

 Apple Confidential

Thursday, March 15, 2012

At the end of 2010, AT&T offered the second–largest portfolio of Android devices of North American carriers. T–Mobile offered the most, Verizon came in third.
This is the most recent Frost & Sullivan report available.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129883

# Featured devices on website





Apple Confidential

Thursday, March 15, 2012

On June 14, 2011, AT&T main homepage rotation featured 1) Motorola Atrix 4G; 2) U–Verse; 3) Gifts for dads and grads, featuring a Samsung Focus; 4) 4G network.
iPhone was not featured in the main rotation.

Highly Confidential - Attorneys' Eyes Only

# Current portfolio on att.com



Samsung Infuse   Motorola Flipout                         HTC Inspire 4G   Motorola ATRIX

Sony Ericsson      Samsung      Motorola BRAVO
Xperia             GalaxyTab

 Apple Confidential

Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129885

# AT&T investment in Android

Recent announcements:

- **Availability of HTC Inspire 4G (Android)**

- **Availability of Motorola ATRIX 4G (Android)**

- **Availability of LG Thrill 4G (Android)**

- **Plans to support Acer 4G tablet (Android)**

- **Availability of Kindle 3G in company-owned stores**

April 20, 2011
Source: investor briefing

 Apple Confidential

Thursday, March 15, 2012

AT&T has publicly announced support of these current and future Android devices.

Highly Confidential - Attorneys' Eyes Only

# Contents

- AT&T offers and sales performance

- Earnings update

- Android at AT&T

- Performance analysis: Kantar survey

- Key takeaways

Apple Confidential

Thursday, March 15, 2012

Kantar survey method ––

Kantar Worldpanel ComTech is an independent market research service conducting longitudinal consumer surveys, measuring ownership and purchasing of device, carrier connections, billing and usage in the mobile phone market. Respondents are recruited to represent each country's population by demographic and region and screened to exclude those who complete other mobile phone related surveys. Respondents are incentivised through a redeemable points system which, combined with a simple interview, leads to high panel retention rates (on average circa 80% per year) and improved data quality.

The Enterprise market is not covered within this study. Surveys are conducted at least once per month amongst all consumers belonging to the survey – enabling short recall, accurate trending and brand loyalty/switching analysis.

Charts with sample sizes that fall below 50 (where % share and data become less significant) are clearly indicated in the data. Consumer survey panel data should be used to inform on ranking/trend movements and (as with all research) is liable to some statistical error, depending on sample size and consumer response.

Highly Confidential - Attorneys' Eyes Only
APLNDC630-0000129887

# AT&T handset share

## Apple shows 4% increase in share in Q1 due to strong 3GS sales



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129888

# AT&T smartphone share

## Apple is still 60% of the portfolio, however HTC and RIM gained share in Q1



Highly Confidential - Attorneys' Eyes Only

Thursday, March 15, 2012

# AT&T OS portfolio

## iOS share shows decline in Q1 while other OS maintained or gained share



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129890

# AT&T pricebands

**Under $100 share in Q1 increased significantly due to both iPhone 3GS and Android device sales**



Thursday, March 15, 2012

Android devices falling within the $50–99 range include the Motorola Atrix and Samsung Captivate.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129891

# AT&T ARPU

## iOS has higher monthly ARPU than Android, but Android monthly ARPU increased 53% in CYQ1'11 compared to Q2'10



Monthly ARPU = total spend on calls, SMS, and data plans (the average of all bills paid). While iOS monthly ARPU has slightly decreased, Android ARPU has steadily increased from $71 in calendar year Q2'10 to $109 in calendar year Q1'11.

# AT&T iPhone 3GS strategy

## iPhone 3GS represents nearly half of all smartphones under $150



CY Q1 Smartphone Sales Share by Priceband
N=300

Share of Under $150 by OS
N=188

Source: Kantar WorldPanel Q1'11

 Apple Confidential

Thursday, March 15, 2012

# Contents

- AT&T offers and sales performance

- Earnings update

- Android at AT&T

- Performance analysis: Kantar survey

- Key takeaways

 Apple Confidential

Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129894

# Key takeaways

- Verizon iPhone launch had no significant impact on AT&T sales

- Android is a main focus of AT&T's current strategy

- iPhone now leads in both <$150 and >$150 pricebands at AT&T

- AT&T selling fewer iPads than Verizon; both could do better

 Apple Confidential

Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129895

# Appendix

Apple Confidential

Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129896

# US market statistics

Over 300 million mobile phone subscribers

Over 130 million handset sales in 2010

67 million smartphone sales in 2010

 Apple Confidential

Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

# US smartphone market share

## In the US, Apple gained 13ppt of share, mostly from RIM and Motorola



% share of smartphones shipped

Source: IDC Worldwide Mobile Phone Share, Q1 2011

 Apple Confidential

Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129898

# Carrier share

## Based on WCIS subscription data, Verizon gained 2% share in Q1 2011



Source: Kantar WorldPanel Q1'11

 Apple Confidential

Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129899

# Top 5 US smartphones

**iPhone 4 remains the #1 selling smartphone in the US**

**Over 100 Android devices are now available**



Source: Kantar WorldPanel Q4'10

 Apple Confidential

Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129900

# Tablets

## The majority of the tablet market is owned by Apple



Source: IDC 2010 Worldwide Media Tablet Share

 Apple Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129901

# OS landscape

## iOS dominates tablets, but Android owns 50% of the smartphone landscape



IDC: Q1 2011 US Smartphone OS share          IDC: 2010 WW Tablet OS Share, April 2011

 Apple Confidential

Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129902



Thursday, March 15, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129903