# EXHIBIT PP

**FILED UNDER SEAL to the Declaration of Micheal J. Wagner in Support of Samsung's Oppostion to Apple's Motion for Preliminary Injunction**