# EXHIBIT R

**To the Declaration of Daniel C. Posner in Support of Samsung's Oppositon to Apple's Motion for Preliminary Injunction**

# EXHIBIT R
# FILED UNDER SEAL

040996

AMENDMENT dated as of April 1, 1996 to the PATENT CROSS LICENSE AGREEMENT dated as of October 1, 1991 (hereinafter called the Agreement), between INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation (hereinafter called IBM), and APPLE COMPUTER, INC., a California corporation (hereinafter called APPLE).

   IBM and APPLE have agreed to make changes in Taligent, Inc., a Delaware corporation (hereinafter called TALIGENT) pursuant to a Restructuring Agreement dated as of December 14, 1995 (hereinafter called the Restructuring Agreement) among IBM, APPLE and TALIGENT.



   This Amendment shall become effective as of the date of the Second Closing as set forth in the Restructuring Agreement.

   In consideration of the premises and mutual covenants set forth herein, in the Agreement and in the Restructuring Agreement, IBM and APPLE agree as follows:

I.   In the Agreement at Section 1.5, "Apple Licensed Patents" and Section 1.6, "IBM Licensed Patents," at the end of each such Section insert:

1

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-0000010080

"With respect to Taligent Licensed Works, Apple Maintenance Modifications, Taligent Maintenance Modifications and Derivative Works of such Works and Modifications, the above effective filing date shall be December 31, 1997."

II. "Taligent Licensed Work," "Apple Maintenance Modification," "Taligent Maintenance Modification" and "Derivative Works" shall have the meanings as set forth in Exhibit 1 of the Restructuring Agreement.

III. Add a new Section 2.12 to the Agreement as follows:



IV. Section 5.2 of the Apple Patent License, as defined in the Restructuring Agreement, will not apply to the acquisition by IBM of more than fifty percent (50%) of the capital stock of TALIGENT or the merger of TALIGENT into IBM.

V. IBM agrees, represents and warrants that it will obtain the right to grant licenses of the scope granted under the Agreement as amended herein under any patents for inventions conceived or reduced to practice by employees of TALIGENT from the date of the Second Closing through December 31, 1997 in the performance of Exhibit 1 to the Restructuring Agreement. TALIGENT, by its

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

APL-ITC796-0000010081

acknowledgment of this Amendment hereinbelow, hereby grants such right to IBM.

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be duly signed as of the date first above written.

INTERNATIONAL BUSINESS
MACHINES CORPORATION

By: *[signature]*
Marshall C. Phelps, Jr.

APPLE COMPUTER, INC.

By: _____

Acknowledged and agreed:

TALIGENT, INC.

By: *[signature]*

3

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-0000010082

acknowledgment of this Amendment hereinbelow, hereby grants such right to IBM.

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be duly signed as of the date first above written.

INTERNATIONAL BUSINESS
MACHINES CORPORATION

By: *[signature]*
Marshall C. Phelps, Jr.


APPLE COMPUTER, INC.

By: *[signature]*
David C. Nagel


Acknowledged and agreed:

TALIGENT, INC.

By: _____

3

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER                                       APL-ITC796-0000010083