# EXHIBIT CC

**To the Declaration of Daniel Posner in Support of Samsung's Oppositon to Apple's Motion for Preliminary Injunction**

# EXHIBIT CC
# FILED UNDER SEAL



Highly Confidential - Attorneys' Eyes Only
APLNDC630-0000128350



# Smartphone market share by model purchased in Q4 2011

John Brown
Mgr. Market Intelligence
February 2012

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128352



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128353



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128354