# EXHIBIT 1

## To the Declaration of Arthur Rangel in Support of Apple's Motion for Preliminary Injunction

# RANGEL EXHIBIT 1



































# Importance of features and attributes in iPhone purchase decision

**Importance of feature/attribute in decision to purchase iPhone (top-2 box summary)**

986

| | |
|---|---|
| Easy to use | 95% |
| Service and support | 89% |
| Trust Apple brand | 89% |
| Quality of apps | 89% |
| Battery life | 88% |
| Value for price paid | 88% |
| Quantity of apps | 82% |
| Attractive appearance and design | 82% |
| Ability to sync iPhone content using iTunes | 81% |
| 5MP camera with LED flash | 80% |
| Retina Display | 66% |
| HD video recording | 58% |
| FaceTime video calling | 47% |

C6  B. How important were each of the following features or attributes in your decision to purchase the iPhone [3GS/4]? (Base: iPhone buyers; Note: Features only available on iPhone 4 were asked only of those model owners)

18

































































































# The importance of *Attractive appearance and design* is rated moderately high



**Top 2 box**
FY11 Q3
FY11 Q2

- Don't know
- Very unimportant
- Somewhat unimportant
- Neither important nor unimportant
- Somewhat important
- Very important

82%
82%

15%
34%
48%

Importance of attractive appearance and design

US

n       1184

C6  N. How important were each of the following features or attributes in your decision to purchase the iPhone [3GS/4]? (Base: iPhone buyers)                 67





















































