# EXHIBIT 3

## To the Declaration of Arthur Rangel in Support of Apple's Motion for Preliminary Injunction

# RANGEL EXHIBIT 3

























# Of those whose iPhone 4S was a replacement, over one-half replaced another iPhone



● Another iPhone
● Smartphone (not an iPhone)
● Regular mobile phone

56%

28%

16%

**Type of phone being replaced**

Base: iPhone 4S replaced another phone, n=5594
Q15. What type of mobile phone is the iPhone 4S replacing?  Note: By smartphone, we mean a mobile phone with touch-screen and/or QWERTY keyboard you use for email, Web, and downloaded applications that runs on a mobile OS such as Android, BlackBerry, Symbian, or Windows.





















# Top reasons for purchasing an iPhone 4S included being a fan of Apple products, and wanting the newest iPhone



| Reason | Percentage |
|---|---|
| Fan of Apple products | 48% |
| Wanted the newest iPhone | 46% |
| Good experience with previously owned iPhone | 36% |
| Wanted a specific iPhone 4S feature or capability | 35% |
| Wanted the best mobile phone on the market | 31% |
| Wanted to use apps | 27% ↑ |
| Previously owned iPhone needed replacement | 25% |
| It has the best reputation | 22% ↑ |
| Wanted mobile Web and email access | 22% ↑ |
| Not satisfied with prior smartphone owned | 12% ↑ |
| I always buy the latest electronic devices | 8% |

↑ = Higher among first-time iPhone owners

r mary reasons or purc as ng one

Base: Purchased iPhone 4S for self or had purchase influence, n=5835
Q24. What are the primary reasons you purchased an iPhone 4S at this time? (Select all that apply.)

25

































