# EXHIBIT 5
# FILED UNDER SEAL to the Declaration of Arthur Rangel filed in Support of Apple's Motion for Preliminary Injunction