# EXHIBIT 6
## FILED UNDER SEAL to the Declaration of Arthur Rangel filed in Support of Apple's Motion for Preliminary Injunction