# EXHIBIT 53
## FILED UNDER SEAL to the Declaration of Christopher Vellturo filed in Support of Apple's Motion for Preliminary Injunction