# EXHIBIT 82

**To the Declaration of Christopher Vellturo filed in Support of Apple's Motion for Preliminary Injunction**

# VELLTURO
# EXHIBIT 82





































































































































# The importance of *Attractive appearance and design* is rated moderately high



**Top 2 box**
FY11 Q3
FY11 Q2

82%
82%

- Don't know
- Very unimportant
- Somewhat unimportant
- Neither important nor unimportant
- Somewhat important
- Very important

**Importance of attractive appearance and design**

15%

34%

48%

**US**

n   1184

C6  N. How important were each of the following features or attributes in your decision to purchase the iPhone [3GS/4]? (Base: iPhone buyers)                    67





















































