# EXHIBIT 112

**FILED UNDER SEAL to the Declaration of Christopher Vellturo filed in Support of Apple's Motion for Preliminary Injunction**