# EXHIBIT A-L

## To the Declaration of Christopher Vellturo filed in Support of Apple's Motion for Preliminary Injunction

# Attachment A



50 Church Street
3rd Floor South
Cambridge, MA 02138

main dial   617.995.7676
facsimile   617.995.7677

## CHRISTOPHER A. VELLTURO
### President

Over the course of his career, Dr. Vellturo has performed a wide variety of economic and econometric analyses and provided expert testimony in the context of mergers and acquisitions, antitrust litigation, intellectual property litigation and numerous other matters spanning a broad array of industries. Dr. Vellturo has testified on economics-related matters in numerous U.S. District Courts, as well as at the Canadian Competition Bureau, and the American Arbitration Association. He has appeared before the U.S. Department of Justice, the Federal Trade Commission, various states' Attorneys General offices, the Federal Reserve Bank Board of Governors, and numerous other regulatory agencies on merger-related issues and other antitrust matters. Dr. Vellturo has also made appearances at hearings before the European Commission, and other antitrust enforcement agencies around the world. To date, he has performed economic analyses in over one hundred merger matters, in excess of seventy antitrust actions and well over one hundred intellectual property actions.

Dr. Vellturo currently teaches graduate-level economics at Boston University's School of Management.

Prior to forming Quantitative Economic Solutions, LLC (QES), Dr. Vellturo was a Principal at Analysis Group/Economics (AG/E) and a Senior Vice President and member of the Board of Directors at National Economic Research Associates (NERA).

Dr. Vellturo has published on a variety of topics, including merger and acquisition-related efficiencies, price discrimination, differentiated product analysis and market definition. His research has appeared in leading academic journals, including *Antitrust*, the *Antitrust Law Journal*, and the *Journal of Economics and Management Strategy*. Dr. Vellturo is a recipient of the Bradley Fellowship in Public Economics and has served as a referee for *American Economic Review* and *Rand Journal of Economics*.

A Ph.D. graduate in Economics from the Massachusetts Institute of Technology, Dr. Vellturo also holds a Sc.B. in Applied Mathematics and Economics from Brown University, where he graduated *magna cum laude* and *Phi Beta Kappa*.

*Christopher A. Vellturo, page 2*

**EDUCATION**

| | |
|---|---|
| 1989 | Ph.D. in Economics, Massachusetts Institute of Technology |
| | *Primary Fields:* Econometrics, Industrial Organization |
| | *Secondary Fields:* Public Finance, Game Theory, Law and Economics |
| | |
| 1983 | Sc.B. in Applied Mathematics and Economics (*magna cum laude*), Brown University |

**PROFESSIONAL EXPERIENCE**

2008-Present     **Boston University, School of Management**
*Adjunct Professor* — Department of Finance & Economics

2002-Present     **Quantitative Economic Solutions, LLC**
*President / Manager* — Direct research on microeconomic issues in litigation and non-litigation matters. Areas of particular focus include: antitrust, regulation, and damages assessment in intellectual property and contract matters.

2000-2002     **Analysis Group / Economics**
*Principal* - Direct research and provide expert testimony on a variety of microeconomic issues with particular emphasis on antitrust, intellectual property, and mergers and acquisitions. Expert reports and testimony presented in U.S. District Court. Presented antitrust economic analyses to Federal Trade Commission, U.S. Department of Justice, Federal Reserve Bank Board of Governors and the European Commission.

1996-2000     **National Economic Research Associates, Inc.**
*Senior Vice President* (1999-2000)
*Vice President* (1996-1999)

1991-1996     **Cambridge Economics, Inc.**
*Director* - Directed research and provided expert testimony on a variety of microeconomic issues with particular emphasis on antitrust, intellectual property, and mergers and acquisitions. Prior expert testimony provided in U.S. District Court and before the American Arbitration Association. Presented antitrust economic analyses to U.S. Department of Justice, Federal Trade Commission (Antitrust Division), state Attorneys General offices, and the Federal Reserve Bank Board of Governors.

1989-1991     **National Economic Research Associates, Inc.**
*Senior Consultant* - Directed and performed research relating to issues of antitrust, intellectual property, mergers and regulation.

1987     **Department of Economics, M.I.T.**
*Teaching Assistant* - Undergraduate econometrics.

1985-1989     **Dean Ann F. Friedlaender, M.I.T.**
*Research Associate* - Participated in research relating to transportation pricing and capital allocation responses to regulatory changes.

| | |
|---|---|
| 1983-1985 | **National Economic Research Associates, Inc.**
*Research Associate* - Conducted research on a wide variety of issues including antitrust, railroad rate setting, optimal landfill pricing, and PCB and asbestos abatement strategies. |

## AWARDS AND PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 1987-1989 | Recipient, Bradley Fellowship in Public Economics |
| 1986 | M.I.T. Departmental Fellowship |
| 1983 | Phi Beta Kappa, Brown University |
| 1983 | Sigma Xi, Brown University |
| Present | Journal Referee for *American Economic Review* and *Rand Journal of Economics* |
| Present | Member, American Economic Association |
| Present | Member, American Bar Association |

## TESTIFYING HISTORY

- *Uniloc USA, Inc. and Uniloc Singapore Private Ltd. v. Microsoft Corporation*
  District of Rhode Island, Civil Action No. 03-CV-440 (WES).

- *Schering Corporation v. Apotex Inc. and Apotex Corp.*
  U.S. District Court, District of New Jersey, Civil Action No. 09-6373 (PGS)(TJB).

- *Hoffmann-LaRoche Inc. v. Apotex Inc. and Apotex Corp.; Hoffmann-LaRoche Inc. v. Watson Laboratories, Inc., Watson Pharmaceuticals, Inc., Watson Pharma, Inc., Cobalt Pharmaceuticals Inc. and Cobalt Laboratories, Inc.; Hoffmann-LaRoche Inc. v. Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.; Hoffmann-LaRoche Inc. v. Orchid Chemicals & Pharmaceuticals Ltd., Orchid Healthcare, Orchid Pharmaceuticals Inc. and Orgenus Pharma Inc.; Hoffmann-LaRoche Inc. v. Mylan, Inc., Myland Pharmaceuticals Inc., Genpharm ULC (f/k/a Genpharm Inc.) and Genpharm, L.P.*
  U.S. District Court, District of New Jersey, Civil Action Nos. 10-6241 (SRC)(MAS) (consolidated with 07-4417 for all purposes)/10-6206 (SRC)(MAS) (consolidated with 07-4539 for all purposes)/10-5623 (SRC)(MAS) (consolidated with 07-4516 for all purposes); 10-4050 (SRC)(MAS) (consolidated with 07-4582 for all purposes)/11-0579 (SRC)(MAS) (consolidated with 07-4661 for all purposes).

- *Genzyme Corporation v. Seikagaku Corporation, Zimmer Holdings, Inc., Zimmer, Inc., and Zimmer U.S., Inc.,*
  U.S. District Court, District of Massachusetts, C.A. No.: 1:11-cv-10636-DPW.

- *Hoffman—La Roche Inc. v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries Ltd.; Hoffman—La Roche Inc. v. Roxane Laboratories, Inc. and Boehringer Ingelheim Roxane, Inc.*
  U.S. District Court, District of New Jersey, Civil Action Nos. 09-5283-(ES)(CLW)/09-6335(ES)(CLW).

- *Multimedia Patent Trust v. DIRECTV, INC., et al.*
  U.S. District Court, Southern District of California, Case No. 09-CV-00278-H (CAB).

- *Pfizer Inc., Warner-Lambert Company LLC, C.P. Pharmaceuticals International C.V. and Northwestern University v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries, Ltd., et al.*
  U.S. District Court, District of Delaware, C.A. No. 09-307 (GMS) (Consolidated).

- *Affinity Labs of Texas, LLC v. Apple Inc.*
  U.S. District Court, Northern District of California, Oakland Division, Case No. CV09-4436-CW.

- *Merck & Co., Inc. and Merck Sharp & Dohme Corp. v. Sandoz Inc.*
  U.S. District Court, District of New Jersey, Civil Action Nos.: 10-cv-01625-SRC-PS and 10-cv-02308-SRC-PS.

- *Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. (Plaintiffs/Counterdefendants) v. Lupin Ltd. and Lupin Pharmaceuticals, Inc. (Defendants/Counterclaimants)*
  U.S. District Court, District of Nevada, No. 2:10-cv-01166(RCJ)(ECS).

- *Hoffman—La Roche Inc., v. Mylan Pharmaceuticals Inc. and Mylan Inc.*
  U.S. District Court, District of New Jersey, Civil Action No. 09-01692.

- *ACQIS LLC v. Appro International, Inc., ClearCube Technology, Inc., Dell Inc., Fujitsu America, Inc., Hitachi America, Ltd., Hewlett-Packard Co., International Business Machines Corp., NEC Corp. of America, Nex Computers, Inc., Sun Microsystems, Inc. and Super Micro Computer, Inc. (*Defendant International Business Machines Corp.)
  U.S. District Court, Eastern District of Texas, Tyler Division, Case No. 6:09-cv-00148.

- *Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. (Plaintiffs/Counterdefendants) v. Sandoz, Inc., Watson Pharmaceuticals, Inc., and Watson Laboratories, Inc. (Defendants/Counterclaimants)*
  U.S. District Court, District of Nevada, No. 2:08-cv-00995-KJF-(GWF)/No. 2:07-cv-01472-KJD-(GWF).

- *Kaye Scholer LLP v. CNA Holdings, Inc. and Celanese Americas Corporation and CNA Holdings, Inc. and Celanese Americas Corporation v. Kaye Scholer LLP, Robert B. Bernstein and Michael D. Blechman*
  U.S. District Court, Southern District of New York, No. 08-CV-5547 (NRB).

- *ZapMedia Services, Inc. v. Apple Inc.*
  U.S. District Court, Eastern District of Texas, Marshall Division, Civil Action No. 2:08-CV-104-DF-CE.

- *Metso Minerals, Inc. v. Powerscreen International Distribution Limited, Terex Corporation, Powerscreen New York, Inc., and Emerald Equipment Systems, Inc.*
  U.S. District Court, Eastern District of New York, Civil Action No. 06cv01446 (ADS)(ETB).

- *Intel Corporation (Plaintiff/Counterclaim Defendant) v. NVIDIA Corporation (Defendant/Counterclaim Plaintiff)*

Court of Chancery, State of Delaware, C.A. No. 4373-VCS.

- *Hoffman-La Roche Inc. v. Cobalt Pharmaceuticals Inc. and Cobalt Laboratories, Inc.*
  U.S. District Court, District of New Jersey, Civil Action Nos. 07-4539 (SRC) (MAS), 07-4540 (SRC) (MAS), 08-4054 (SRC) (MAS).

- *In Re: Payment Card Interchange Fee and Merchant Antitrust Litigation*
  U.S. District Court, Eastern District of New York, Master File No. 05-MD-1720.

- *Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc., KCI Medical Resources, Medical Holdings Limited, KCI Manufacturing and Wake Forest University Health Sciences v. Convatec Inc., Boehringer Wound Systems, LLC, and Boehringer Technologies, LP*
  U.S. District Court, Middle District of North Carolina, Civil Action No. 1:08-CV-00918-WO-LPA.

- *Sonoran Scanners, Inc. and Joseph P. Donahue v. PerkinElmer, Inc.*
  U.S. District Court, District of Massachusetts, Civil Action No. 06-12090-WGY.

- *Marine Polymer Technologies, Inc. v. Hemcon,Inc.*
  U.S. District Court, District of New Hampshire, Civil Action No. 06-CV-100-JD.

- *Ronald A. Katz Technology Licensing L.P. v. Comcast Corporation, et al.; GEICO Corporation, et al.; XM Satellite Radio Holdings Inc.* (Defendants GEICO Corporation, Government Employees Insurance Company, GEICO General Insurance Company, GEICO Indemnity Company and GEICO Casualty Company)
  U.S. District Court, Central District of California, Case No. 07-ML-1816-C RGK (FFMx)/Case No. 2:07-CV-06996 RGK (FFMx).

- *Canadian National Railway Company v. Union Pacific Railroad Company*
  In Arbitration Proceedings.

- *Hoffmann-LaRoche Inc. v. Apotex Inc. and Apotex Corp.; Hoffmann-LaRoche Inc. v. Cobalt Pharmaceuticals Inc. and Cobalt Laboratories, Inc.; Hoffmann-LaRoche Inc. v. Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.; Hoffmann-LaRoche Inc. v. Genpharm Inc. and Genpharm, L.P.; Hoffmann-LaRoche Inc. v. Orchid Chemicals & Pharmaceuticals Ltd., Orchid Healthcare, Orchid Pharmaceuticals Inc. and Orgenus Pharma Inc.*
  U.S. District Court, District of New Jersey, Civil Action Nos. 07-4417 (SRC)(MAS)/08-3065 (SRC)(MAS)/08-4053 (SRC)(MAS); 07-4539 (SRC)(MAS)/07-4540 (SRC)(MAS)/08-4054 (SRC)(MAS); 07-4516 (SRC)(MAS)/08-3607 (SRC)(MAS)/08-4055 (SRC)(MAS); 07-4661 (SRC)(MAS)/08-4052 (SRC)(MAS); 07-4582 (SRC)(MAS)/08-4051 (SRC)(MAS).

- *Saxon Innovations, LLC v. Nokia Corp., et al.*
  U.S. District Court, Eastern District of Texas, Civil Action No. 6:07-cv-490-LED-JDL.

- *NewPage Wisconsin System, Inc. v. Canadian National Railway Company and Wisconsin Central Ltd.*
  In Arbitration Proceedings.

- *Owens-Illinois, Inc. v. BTR plc*

U.S. District Court, Southern District of New York, Case No. 05 CV 2873 (LLS).

- *Realtime Data, LLC d/b/a/ IXO v. Packeteer, Inc., Citrix Systems, Inc., Expand Networks, Inc., F5 Networks, Inc., 7-Eleven, Inc., ABM Industries, Inc., ABM Janitorial Services-South Central, Inc., Averitt Express Inc., Build-A-Bear Workshop, Inc., DHL Express (USA), Inc., Interstate Battery System of America, Inc., O'Reilly Automotive, Inc., and Blue Coat Systems, Inc.*
  U.S. District Court, Eastern District of Texas, Tyler Division, Case No. 6:08cv144 LED.

- *Medtronic, Inc., Medtronic USA, Inc., Medtronic Vascular, Inc. v. AGA Medical Corporation*
  U.S. District Court, Northern District of California, San Francisco Division, Case No. C07-00567 MMC.

- *Schering Corporation and MSP Singapore Company, LLC v. Glenmark Pharmaceuticals, Inc. and Glenmark Pharmaceuticals Ltd.*
  U.S. District Court, District of New Jersey, Civil Action No.: 07-CV-01334 (JLL)(CCC).

- *AstraZeneca LP and AstraZeneca AB v. Apotex, Inc. and Apotex Corp.*
  U.S. District Court, District of New Jersey, Civil Action No. 1:09 CV 01518 (RMB)(AMD).

- *Gyrus Group, PLC, Ethicon, Inc., and DePuy Mitek, Inc. and ArthroCare Corp.*
  CPR Institute for Dispute Resolution, Case No. G-08018, JAMS Ref. No. 1100055345.

- *OPTi, Inc. v. Apple Inc.*
  U.S. District Court, Eastern District of Texas, Marshall Division, Civil Action No. 2:07-CV-00021 (CE).

- *Merck Sharp & Dohme Pharmaceuticals SRL v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.*
  U.S. District Court, District of New Jersey, Civil Action No.: 07-1596 (GEB).

- *Cancer Research Technology Limited and Schering Corporation v. Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*
  U.S. District Court, District of Delaware, C.A. No. 1:07 cv 00457 SLR.

- *Ronald A. Katz Technology Licensing L.P. v. Continental Airlines, Inc., et al.* (Defendants Teligence (US), Inc., Teligence Holdings (US), Inc. and Utel Networks Inc.)
  U.S. District Court, Eastern District of Texas, Marshall Division, Case No. 2:07-cv-232.

- *Ronald A. Katz Technology Licensing L.P. v. Citizens Financial Group, Inc., et al.*
  U.S. District Court, Central District of California, Case No. 07-ML-1816-C RGK (FFMx)/Case No. 07-CV-04964 RGK (FFMx).

- *Ronald A. Katz Technology Licensing L.P. v. Continental Airlines, Inc., et al.* (Defendant United Parcel Service, Inc.)
  U.S. District Court, Central District of California, Western Division, Case No. 07-ML-01816 RGK (FFMx)/Case No. 07- CV-4965 ABC (FFMx).

- *Medtronic, Inc., Medtronic USA, Inc. and Medtronic Vascular, Inc. v. W.L. Gore & Associates, Inc.*
  U.S. District Court, Northern District of California, San Francisco Division, Civil Action No. 06-04455 JSW.

- *Moët Hennessy SNC (Claimant) and Phillips Beverage Company (Respondent / Counterclaimant) and Moët Hennessy SNC, et al. (Counterclaim Defendants)*
  American Arbitration Association, Arbitration Case No. 50 181 T 0005908.

- *Ronald A. Katz Technology Licensing L.P. v. Humana, Inc. and Humana Military Healthcare Services, Inc. (Defendants Humana, Inc. and Humana Military Healthcare Services, Inc.)*
  U.S. District Court, Eastern District of Texas, Lufkin Division, Case No. 9:06-cv-199.

- *Ronald A. Katz Technology Licensing L.P. v. U.S. Bancorp and U.S. Bank, NA (Regarding Defendants U.S. Bancorp and U.S. Bank, NA)*
  U.S. District Court, Eastern District of Texas, Lufkin Division, Case No. 9:06-cv-203.

- *Ronald A. Katz Technology Licensing L.P. v. American Airlines, et al. (Regarding Defendant FedEx)*
  U.S. District Court, Central District of California, Case No. 07-ML-1816-B-RGK (FFMx) / Case No. CV 07-2196 RGK (FFMx).

- *Ronald A. Katz Technology Licensing L.P. v. Chevron Corporation, et al. (Regarding Defendant General Motors)*
  U.S. District Court, Central District of California, Western Division, Case No. 9:06-cv-00178-RHC.

- *Ronald A. Katz Technology Licensing L.P. v. American Airlines, et al. (Regarding Defendant American Airlines)*
  U.S. District Court, Central District of California, Case No. 07-ML-1816-B-RGK (FFMx) / Case No. CV 07-2196 RGK (FFMx).

- *Merit Industries, Inc. v. JVL Corporation*
  U.S. District Court, Eastern District of Pennsylvania, Civil Action No. 03-CV-01618-TJS.

- *Loislaw.com, Inc. (Plaintiff / Counter-Defendant) v. JurisDictionUSA, Inc. (Defendant / Counter-Claimant) and JurisDictionUSA, Inc. v. Aspen Publishers, Inc., et al.*
  Arkansas Circuit Court for Crawford County, No. CV2002-115.

- *AstraZeneca LP and AstraZeneca AB v. Ivax Phamaceuticals, Inc.*
  U.S. District Court, District of New Jersey, Civil Action No. 05 CV 05142 (RMB)(AMD).

- *U.S. Philips Corporation, (Plaintiffs / Counterclaim-Defendants) v. Pantech Wireless, Inc. (Defendant / Counterclaim-Plaintiff)*
  U.S. District Court, Southern District of New York, Civil Action No. 08-CV-02526.

- *Alloc, Inc., Berry Finance, N.V. and Välinge Aluminum AB v. Norman D. Lifton Co., Inc., Balta U.S. Inc. and Balterio N.V.*

U.S. District Court, Southern District of New York, No. 03 Civ. 4419 (PAC) (DF).

- *Akamai Technologies, Inc. and Massachusetts Institute of Technology v. Limelight Networks, Inc.*
  U.S. District Court, District of Massachusetts, Civil Action No.: 06-CV-11109 RWZ consolidated with
  Civil Action No.: 06-11585 RWZ.

- *Fastenetix, LLC. v. Medtronic Sofamor Danek, Inc and Medtronic Sofamor Danek U.S.A., Inc. and DOES 1
  through 10*
  U.S. District Court, District of New Jersey, Civil Action No. 06-2070 SRC-MAS.

- *Cross Medical Products, Inc. v. Medtronic Sofamor Danek, Inc and Medtronic Sofamor Danek U.S.A. and Medtronic
  Sofamor Danek, Inc., Medtronic Sofamor Danek U.S.A. and SDGI Holdings, Inc. v. Cross Medical Products, Inc.*
  U.S. District Court, Central District of California, Southern Division, Case No. SACV 03-110 GLT
  (ANx).

- *Sandata Technologies, Inc. v. Infocrossing, Inc.*
  U.S. District Court, Southern District of New York, Civil Action No. 05-CV-9546.

- *DePuy AcroMed, Inc. and Biedermann Motech GMBH v. Medtronic Sofamor Danek, Inc., f/k/a Sofamor Danek
  Group, Inc. and Medtronic Sofamor Danek, U.S.A. Inc.*
  U.S. District Court, District of Massachusetts, Civil Action No. 01-CV-10165 (EFH).

- *TV Guide Online, Inc. and TV Guide Online, LLC v. Tribune Media Services, Inc.*
  U.S. District Court, District of Delaware, Civil Action No. 05-CV-725-KAJ.

- *In Re: Polyester Staple*
  U.S. District Court, Western District of North Carolina, Charlotte Division, MDL Docket No. 3:03-
  CV-1516.

- Testimony before the Texas House of Representatives Committee on Regulated Industries in
  connection with Senate Bill 896.

- *Rochester Medical Corporation v. C.R. Bard Inc., Tyco International (US) Inc., Tyco Healthcare Group LP,
  Novation LLC, VHA Inc., Premier Inc., and Premier Purchasing Partners*
  U.S. District Court, Eastern District of Texas, Texarkana Division, C.A. No. 504-CV-060.

- *Smith Kline & French Laboratories, Ltd. and SmithKline Beecham Corp. d/b/a GlaxoSmithKline v. Teva
  Pharmaceuticals USA, Inc.*
  U.S. District Court, District of Delaware, Civil Action No. 05-197.

- *Massachusetts Institute of Technology v. Harman International Industries, Inc.*
  U.S. District Court, District of Massachusetts, Civil Action No. 05-10990-DPW.

- *Tessera, Inc. v. Micron Technology, Inc., Micron Semiconductor Products, Inc., Infineon Technologies AG, Infineon
  Technologies Richmond, LP, Infineon Technologies North America Corp., Qimonda AG*
  U.S. District Court, Eastern District of Texas, Marshall Division, Civil Action No. 2-05cv-94.

- *Gary D. Carter and Mary Elaine Carter v. CSX Transportation, Inc.*
  U.S. District Court, Western District of Kentucky, Louisville Division, Case No. 3:04-CV-487-S.

- *Anthony Park, Individually on Behalf Of Himself and On Behalf of All Others Similarly Situated v. The Thomson Corporation and Thomson Legal and Regulatory, Inc.*
  U.S. District Court, Southern District of New York, Case No. 05 Civ. 2931 (WHP).

- *Merck & Co., Inc. v. Teva Pharmaceuticals USA, Inc.*
  U.S. District Court, District of Delaware, Civil Action No. 04-939.

- *Wavetronix, LLC v. Electronic Integrated Systems, Inc*
  U.S. District Court, District of Utah, Central Division, Civil Action No. 2:05 CV 00073 BJS.

- *Richard Lee Young and Tonja Young v. CSX Corporation, CSX Transportation, Inc., Dick Spatafore, and Bobby Ambrose*
  Circuit Court of Kanawha County, West Virginia, Civil Action No. 03-C-2837.

- *WeddingChannel.com Inc. v. The Knot, Inc. and The Knot, Inc. v. WeddingChannel.com Inc.*
  U.S. District Court, Southern District of New York, Civil Action No. 03 CV 7369 (RWS).

- *Advanced Technology Materials, Inc. v. Praxair, Inc. and Praxair, Inc. v. Advanced Technology Materials, Inc.* and *Praxair, Inc. and Praxair Technology, Inc. v. ATMI, Inc. and Advanced Technology Materials, Inc.*
  U.S. District Court, Southern District of New York, Civil Action No. 03 CV 5161 (RO) and U.S. District Court, District of Delaware, Civil Action No.: 03-1158-SLR.

- *In the Matter of the Arbitration Between Celanese LTD., et al., and JO Tankers AS, et al.*

- *Robert Bosch GMBH v. TRW Automotive, Inc., TRW Vehicle Safety Systems Inc., and TRW Automotive U.S. LLC*
  U.S. District Court, District of Arizona, Case No.: CIV-03-0045 PHX FJM.

- *Honeywell International Inc. against The GetPaid Corporation, a/k/a/ GetPaid Software, a/k/a Software Experts, Inc.*
  American Arbitration Association, Case No: 18 133 00073 03.

- *Samsung Electronics Co., Ltd. v. Tessera Technologies, Inc. and Tessera, Inc. and Tessera Technologies, Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America and Samsung Semiconductor, Inc.*
  U.S. District Court, Northern District of California, Oakland Division, Case No. C 02-05837 CW.

- *Merck & Co., Inc. and Merck Frosst Canada & Co. v. The Minister of Health and Novopharm Ltd.*
  Canada Federal Court, Federal Court File No. T-1627-03.

- *Verizon California Inc., a California Corporation v. Ronald A. Katz Technology Licensing, L.P., a California limited partnership*
  U.S. District Court, Central District of California, Case No. 01 CV-09871 RGK (RCx).

- *Massachusetts Eye and Ear Infirmary v. Novartis Ophthalmics, Inc. and QLT, Inc.*, *QLT, Inc. v. Massachusetts Eye and Ear Infirmary, Evangelos S. Gragoudas, M.D. and Joan W. Miller, M.D., The General Hospital Corporation v. Massachusetts Eye and Ear Infirmary, Evangelos S. Gragoudas, M.D. and Joan W. Miller, M.D.*
  U.S. District Court, District of Massachusetts, Civil Action No. 01-10747-EFH.

- *Milliken & Company v. Mohawk Industries, Inc., et al. / Shaw Industries Group, Inc., et al. / Interface, Inc., et al.*
  U.S. District Court, District of South Carolina, Spartanburg Division, Civil Action Nos. 7-02-3631-20/7-02-3632-20/7-02-3633-2.

- *Torah Soft, Ltd. v. Michael Drosnin*
  U.S. District Court, Southern District of New York, 2000 Civ.: 0676 (JCF).

- *Dresses for Less, Inc., DFL Management Inc., The DFL Apparel Group, an unincorporated association, Allison-Che' Fashions, Inc., Bicci Studio Ltd., Garden City Dresses for Less, Inc., Donald Weiner and Barbara Weiner, individually and derivatively as shareholder of Stella N. Bishop Fashion Corp., and I.S.B. Fashions Corp. v. CIT Group/Commercial Services, Inc. and The Uptown Credit Group, Inc.*
  U.S. District Court for the Southern District of New York, C.A. No. 01 CIV. 2669 (WHP).

- *First Citizens Bank and Trust Company of South Carolina, as Conservator for Alex Compton, a minor and Alex Reid Compton and Lisa Compton, in their individual capacity, as the natural parents of Alex Compton, a minor v. CSX Transportation Inc.*
  U.S. District Court, District of South Carolina, Anderson Division, Civil Action File No. 8-01-4613-20.

- *Merck & Co., Inc. v. Teva Pharmaceuticals USA, Inc.*
  U.S. District Court, District of Delaware, Civil Action No. 01-0048 –JJF.

- *The Toro Company v. White Consolidated Industries, Inc. and WCI Outdoor Products, Inc*
  U.S. District Court, District of Minnesota, Civil Action No. 4-95-656.

- *In Re: Vitamins Antitrust Litigation*
  U.S. District Court for the District of Columbia, Misc. No. 99-197 (TFH) MDL No. 1285.

- *Jack Webb vs. CSX Transportation, Inc., South Carolina Department of Transportation and Anderson County*
  South Carolina Court for Common Pleas, Anderson County, C/A No: 01-PC-04-504 and C/A No: 01-CP-04-505

- *Syndia Corporation v. The Gillette Company and The Lemelson Medical, Educational & Research Foundation, L.P., Involuntary Plaintiff*
  U.S. District Court for the Northern District of Illinois, Eastern Division, Case No. 01 C 2485

- *Arthur D. Little Enterprises, Inc. and The Gillette Company*
  American Arbitration Association, Northeast Case Management Center, Arbitration No. 11 133 00735 00

- *Roll Off Service v. Waste Management of Arkansas, Inc. d/b/a Waste Management of Northwest Arkansas*

U.S. District Court, Western District of Arkansas, Fayetteville Division, Civil No. 01-5059

- *VLT, Inc. and Vicor Corporation v. Lucent Technologies Inc. and Tyco Electronics Power Systems, Inc.*
  U.S. District Court, District of Massachusetts, C.A. No. 00-11049 PBS

- *Texas Instruments, Incorporated v. Tessera, Inc.*
  U.S. District Court, Northern District of California (Oakland Div), No. C-00-02114 CW

- *The Commissioner of Competition v. Canadian Waste Services Holdings Inc, Canadian Waste Services Inc. and Waste Management, Inc.*
  Competition Tribunal of Canada (CT-2000/002)

- *Massachusetts Businessman's Association Inc. v. Blue Cross and Blue Shield of Massachusetts, Inc.*
  Superior Court of the Commonwealth of Massachusetts, (C.A. No. 97-02279)

- *Union Carbide Chemicals & Plastics Technology Corp. and Union Carbide Corp. v. Shell Oil Company, Shell Chemical Company and CRI Catalyst Company*
  U.S. District Court, District of Delaware, C.A. No. 99-274 (SLR)

- *Bio-Rad Laboratories Inc and Cornell Research Foundation Inc. v. Carl Zeiss Jena GMBH and Carl Zeiss Inc.*
  U.S. District Court, Southern District of New York, C.A. 98 CIV 8012

- *L'Oreal S.A. and Cosmair, Inc. v. Revlon Consumer Products Corp., Charles Revson, Inc., and Almay, Inc.*
  U.S. District Court, District of Delaware, (Civil Action No. 98-424 SLR)

- *Sulzer Intermedics, Inc. v. Medtronics, Inc., et al.*
  U.S. District Court, Southern District of Texas, (C.A. H-97-3526)

- *Joseph E. Seagram & Sons, Inc., The Seagram Company Ltd. and JDC S.A. de C.V. v. St Maarten Spirits, Ltd., and St. Maarten Spirits Limited*
  Superior Court of the State of California, for the County of Los Angeles, (No. BC 191 681)

- *General Electric Capital Corporation v. DirecTV, Inc., Hughes Electronics Corporation and General Motors Corporation*
  U.S. District Court, District of Connecticut, 3:97 CV 01901 (PCD)

- *Bristol Technology, Inc. v. Microsoft Corporation*
  U.S. District Court, District of Connecticut, C.A. No. 398-CV-1657 (JCH)

- *America Online, Inc. v. AT&T Corporation*
  U.S. District Court, Eastern District of Virginia, C.A. No. 98-1821-A

- *Forty-Niners Truck Plaza, Inc. v. Unocal Corporation*
  Superior Court in and for the County of Sacramento, California, Case No. 531830

- *Dade Behring Marburg Gmbh, Syva Company v. Biosite Diagnostics, Inc.*

U.S. District Court, Southern District of New York, C.A. No. 97-501 MMS

- *CBS Broadcasting Inc., et al. v. PrimeTime 24 Joint Venture*
  U.S. District Court, Southern District of Florida, C.A. No. 96-3650-CIV-Nesbitt

- *Becton Dickinson and Company v. Syntron Bioresearch, Inc.*
  U.S. District Court, Southern District of California, C.A. No. 97-CV-1634K  (POR)

- *Hard Rock Café International (USA), Inc. (f/k/a Rank Licensing, Inc.) v. Peter A. Morton and Hard Rock Hotel, Inc.*
  U.S. District Court, Southern District of New York, C.A. No. 97-CIV-9483 (RPP)

- *Wang Laboratories, Inc. v. FileNet Corporation*
  U.S. District Court, District of Massachusetts, C.A. No. 94-12141

- *Neles-Jamesbury, Inc. v. Fisher Controls International, Inc. and Fisher Service Company*
  U.S. District Court, District of Massachusetts, C.A. No. 94-40200

- *Polo Ralph Lauren, L.P. v. The Magnin Company, Inc.*
  American Arbitration Association Commercial Arbitration Tribunal, Case No. 74-181-1094-96

- *Roll Systems, Inc. v. Wallace Computer Services Inc.*
  U.S. District Court, District of Massachusetts, C.A. No. 94-10372-MEL

- *Black & Decker (U.S.), Inc. and Black & Decker, Inc. v. The Coleman Co., Inc.*
  U.S. District Court, Eastern District of Virginia, C.A. No. 96-656-A

- *Century Wrecker Corporation v. Chevron, Inc.*
  U.S. District Court, Western District of Pennsylvania, C.A. No.  89-1452

- *Federal Trade Commission v. New Balance Athletic Shoe, Inc.*
  Boston, Massachusetts, File No. D9268

- *Minnesota Mining and Manufacturing Co. v. Avery Dennison Corp.*
  U.S. District Court, District of Minnesota, C.A. No. 4-93-1070

- *Becton Dickinson and Co. and Becton Dickinson Vascular Access Inc. v. Critikon Inc.*
  American Arbitration Association, Arbitration No. 13 133 00388 93

- *Minnesota Mining and Manufacturing Co. v. Norton v. Bay State Abrasives Co.*
  U.S. District Court, District of Delaware, C.A. No. 89-533 (JJF)

**AFFIDAVITS**

- Expert Report in connection with *Altana Pharma AG and Wyeth v. Teva Pharmaceuticals USA, Inc., et al. and Sun Pharmaceuticals Industries, Ltd., et al.*, January 2012, U.S. District Court, District of New Jersey, Consolidated Civil Action Nos. 04-2355 (JLL) (MAH)/05-1966 (JLL) (MAH)/05-3290 (JLL) (MAH)/06-3672 (JLL) (MAH).

- Expert Report in connection with *Uniloc USA, Inc. and Uniloc Singapore Private Ltd. v. Microsoft Corporation*, December 2011, U.S. District Court, District of Rhode Island, Civil Action No. 03-CV-440 (WES).

- Expert Report in connection with *Wyeth Holdings Corporation, Wyeth-Ayerst Lederle LLC and Wyeth LLC v. Sandoz Inc.*, November 2011, U.S. District Court, District of Delaware, Civil Action No. 09-955-JJF.

- Responsive Expert Report in connection with *Hoffmann-LaRoche Inc. v. Apotex Inc. and Apotex Corp.*, October 2011, U.S. District Court, District of New Jersey, Civil Action No. 10-6241 (SRC)(MAS) (consolidated with 07-4417 for all purposes).

- Responsive Expert Report in connection with *Hoffmann-LaRoche Inc. v. Watson Laboratories, Inc., Watson Pharmaceuticals, Inc., Watson Pharma, Inc., Cobalt Pharmaceuticals Inc. and Cobalt Laboratories, Inc.*, October 2011, U.S. District Court, District of New Jersey, Civil Action No. 10-6206 (SRC)(MAS) (consolidated with 07-4539 for all purposes).

- Responsive Expert Report in connection with *Hoffmann-LaRoche Inc. v. Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*, October 2011, U.S. District Court, District of New Jersey, Civil Action No. 10-5623 (SRC)(MAS) (consolidated with 07-4516 for all purposes).

- Responsive Expert Report in connection with *Hoffmann-LaRoche Inc. v. Orchid Chemicals & Pharmaceuticals Ltd., Orchid Healthcare, Orchid Pharmaceuticals Inc. and Orgenus Pharma Inc.*, October 2011, U.S. District Court, District of New Jersey, Civil Action No. 10-4050 (SRC)(MAS) (consolidated with 07-4582 for all purposes).

- Responsive Expert Report in connection with *Hoffmann-LaRoche Inc. v. Mylan, Inc., Myland Pharmaceuticals Inc., Genpharm ULC (f/k/a Genpharm Inc.) and Genpharm, L.P.*, October 2011, U.S. District Court, District of New Jersey, Civil Action No. 11-0579 (SRC)(MAS) (consolidated with 07-4661 for all purposes).

- Expert Report in connection with *Schering Corporation v. Apotex Inc. and Apotex Corp.*, October 2011, U.S. District Court, District of New Jersey, Civil Action No. 09-6373 (PGS)(TJB).

- Expert Report regarding Defendant DIRECTV, Inc. in connection with *Multimedia Patent Trust v. DIRECTV, INC., et al.*, October 2011, U.S. District Court, Southern District of California, Case No. 09-CV-00278-H (CAB).

- Expert Report regarding Defendant Vizio, Inc. in connection with *Multimedia Patent Trust v. DIRECTV, INC., et al.*, October 2011, U.S. District Court, Southern District of California, Case No. 09-CV-00278-H (CAB).

- Expert Report in connection with *Hoffman–La Roche Inc. v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries Ltd.; Hoffman–La Roche Inc. v. Roxane Laboratories, Inc. and Boehringer Ingelheim Roxane, Inc.*, September 2011, U.S. District Court, District of New Jersey, Civil Action Nos. 09-5283-(ES)(CLW)/09-6335(ES)(CLW).

- Opening Expert Report in connection with *Hoffmann-LaRoche Inc. v. Apotex Inc. and Apotex Corp.; Hoffmann-LaRoche Inc. v. Watson Laboratories, Inc., Watson Pharmaceuticals, Inc., Watson Pharma, Inc., Cobalt Pharmaceuticals Inc. and Cobalt Laboratories, Inc.; Hoffmann-LaRoche Inc. v. Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.; Hoffmann-LaRoche Inc. v. Orchid Chemicals & Pharmaceuticals Ltd., Orchid Healthcare, Orchid Pharmaceuticals Inc. and Orgenus Pharma Inc.; Hoffmann-LaRoche Inc. v. Mylan, Inc., Myland Pharmaceuticals Inc., Genpharm ULC (f/k/a Genpharm Inc.) and Genpharm, L.P.*, September 2011, U.S. District Court, District of New Jersey, Civil Action Nos. 10-6241 (SRC)(MAS) (consolidated with 07-4417 for all purposes)/10-6206 (SRC)(MAS) (consolidated with 07-4539 for all purposes)/10-5623 (SRC)(MAS) (consolidated with 07-4516 for all purposes); 10-4050 (SRC)(MAS) (consolidated with 07-4582 for all purposes)/11-0579 (SRC)(MAS) (consolidated with 07-4661 for all purposes).

- Expert Report in connection with *Juxtacomm-Texas Software, LLC v. Axway, Inc., et al.*, September 2011, U.S. District Court, Eastern District of Texas, Tyler Division, Civil Action No. 6:10-CV-011-LED.

- Expert Report and Rebuttal and Supplemental Expert Report in connection with *Koninklijke Philips Electronics N.V. (Plaintiff/Counterclaim Defendant ) v. Coby Electronics Corporation (Defendant, Counterclaim Plaintiff)*, July 2011 and August 2011, Supreme Court of the State of New York, County of Westchester, Index No. 14936-2010.

- Expert Report, Supplemental Expert Report and Second Supplemental Expert Report Regarding Defendant International Business Machines Corp. in connection with *ACQIS LLC v. Appro International, Inc., ClearCube Technology, Inc., Dell Inc., Fujitsu America, Inc., Hitachi America, Ltd., Hewlett-Packard Co., International Business Machines Corp., NEC Corp. of America, Nex Computers, Inc., Sun Microsystems, Inc. and Super Micro Computer, Inc.*, September 2010, January 2011 and June 2011, U.S. District Court, Eastern District of Texas, Tyler Division, Case No. 6:09-cv-00148.

- Expert Report Regarding Commercial Success in connection with *Novartis Corporation, Novartis Pharmaceuticals Corporation, and Novartis International AG v. Teva Pharmaceuticals USA, Inc.*, June 2011, U.S. District Court, District of New Jersey, Civil Action Nos. 04:4473 and 08-0686 (GEB) (ES).

- Expert Report in connection with *Mount Sinai School of Medicine v. Shire HGT, Inc.*, June 2011, Federal Patent Court in Germany, Case No. 3Li 1-10 (EP).

- Expert Report in connection with *Leviton Manufacturing Co., Inc. v. Greenberg Traurig LLP, Paul J. Sutton, Barry G. Magidoff, and Claude R. Narcisse*, June 2011, U.S. District Court, Southern District of New York, Case No. 09-CV-8083 (BGD).

- Expert Report in connection with *Merck & Co., Inc. and Merck Sharp & Dohme Corp. v. Sandoz Inc.*, May 2011, U.S. District Court, District of New Jersey, Civil Action Nos.: 10-cv-01625-SRC-PS and 10-cv-02308-SRC-PS.

- Expert Report in connection with *Affinity Labs of Texas, LLC v. Apple Inc.*, May 2011, U.S. District Court, Northern District of California, Oakland Division, Case No. CV09-4436-CW.

- Expert Report in connection with *Pfizer Inc., Warner-Lambert Company LLC, C.P. Pharmaceuticals International C.V. and Northwestern University v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries, Ltd., et al.*, April 2011, U.S. District Court, District of Delaware, C.A. No. 09-307 (GMS) (Consolidated).

- Expert Report Regarding Damages in connection with *Novartis Corporation, Novartis Pharmaceuticals Corporation, and Novartis International AG v. Teva Pharmaceuticals USA, Inc.*, February 2011, U.S. District Court, District of New Jersey, Civil Action Nos. 04:4473 and 08-0686 (GEB) (ES).

- Expert Report in connection with *Hoffman–La Roche Inc., v. Mylan Pharmaceuticals Inc. and Mylan Inc.*, February 2011, U.S. District Court, District of New Jersey, Civil Action No. 09-01692.

- Expert Report in connection with *Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. (Plaintiffs/Counterdefendants) v. Lupin Ltd. and Lupin Pharmaceuticals, Inc. (Defendants/Counterclaimants)*, February 2011, U.S. District Court, District of Nevada, No. 2:10-cv-01166(RCJ)(ECS).

- Expert Report in connection with *Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. (Plaintiffs/Counterdefendants) v. Sandoz, Inc., Watson Pharmaceuticals, Inc., and Watson Laboratories, Inc. (Defendants/Counterclaimants)*, November 2010, U.S. District Court, District of Nevada, No. 2:08-cv-00995-KJF-(GWF)/No. 2:07-cv-01472-KJD-(GWF).

- Expert Report and Rebuttal Expert Report in connection with *Kaye Scholer LLP v. CNA Holdings, Inc. and Celanese Americas Corporation and CNA Holdings, Inc. and Celanese Americas Corporation v. Kaye Scholer LLP, Robert B. Bernstein and Michael D. Blechman*, September 2010 and October 2010, U.S. District Court, Southern District of New York, No. 08-CV-5547 (NRB).

- Expert Report Regarding Defendant Dell, Inc. in connection with *ACQIS LLC v. Appro International, Inc., ClearCube Technology, Inc., Dell Inc., Fujitsu America, Inc., Hitachi America, Ltd., Hewlett-Packard Co., International Business Machines Corp., NEC Corp. of America, Nex Computers, Inc., Sun Microsystems, Inc. and Super Micro Computer, Inc.*, September 2010, U.S. District Court, Eastern District of Texas, Tyler Division, Case No. 6:09-cv-00148.

- Expert Report Regarding Defendant Hewlett-Packard Co. in connection with *ACQIS LLC v. Appro International, Inc., ClearCube Technology, Inc., Dell Inc., Fujitsu America, Inc., Hitachi America, Ltd., Hewlett-Packard Co., International Business Machines Corp., NEC Corp. of America, Nex Computers, Inc., Sun Microsystems, Inc. and Super Micro Computer, Inc.*, September 2010, U.S. District Court, Eastern District of Texas, Tyler Division, Case No. 6:09-cv-00148.

- Expert Report Regarding Defendant Sun Microsystems, Inc. in connection with *ACQIS LLC v. Appro International, Inc., ClearCube Technology, Inc., Dell Inc., Fujitsu America, Inc., Hitachi America, Ltd., Hewlett-Packard Co., International Business Machines Corp., NEC Corp. of America, Nex Computers, Inc., Sun Microsystems, Inc. and Super Micro Computer, Inc.*, September 2010, U.S. District Court, Eastern District of Texas, Tyler Division, Case No. 6:09-cv-00148.

- Expert Report in connection with *ZapMedia Services, Inc. v. Apple Inc.*, September 2010, U.S. District Court, Eastern District of Texas, Marshall Division, Civil Action No. 2:08-CV-104-DF-CE.

- Expert Report in connection with *Intel Corporation (Plaintiff/Counterclaim Defendant) v. NVIDIA Corporation (Defendant/Counterclaim Plaintiff)*, September 2010, Court of Chancery, State of Delaware, C.A. No. 4373-VCS.

- Expert Report and Supplemental Expert Report in connection with *Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc., KCI Medical Resources, Medical Holdings Limited, KCI Manufacturing and Wake Forest University Health Sciences v. Convatec Inc., Boehringer Wound Systems, LLC, and Boehringer Technologies, LP*, March 2010 and June 2010, U.S. District Court, Middle District of North Carolina, Civil Action No. 1:08-CV-00918-WO-LPA.

- Expert Report and Reply Report in connection with *In Re: Payment Card Interchange Fee and Merchant Antitrust Litigation*, July 2009 and June 2010, U.S. District Court, Eastern District of New York, Master File No. 05-MD-1720,.

- Rebuttal Expert Report and Supplemental Rebuttal Expert Report in connection with *Sonoran Scanners, Inc. and Joseph P. Donahue v. PerkinElmer, Inc.*, March 2010 and May 2010, U.S. District Court, District of Massachusetts, Civil Action No. 06-12090-WGY.

- Expert Report, Supplemental Expert Report, Second Supplemental Expert Report and Third Supplemental Expert Report in connection with *Marine Polymer Technologies, Inc. v. Hemcon,Inc.*, May 2007, June 2007, March 2010 and April 2010, U.S. District Court, District of New Hampshire, Civil Action No. 06-CV-100-JD.

- Expert Report in connection with *Schering Corporation and MSP Singapore Company LLC v. Glenmark Pharmaceuticals, Inc. and Glenmark Pharmaceuticals Ltd.*, April 2010, U.S. District Court, District of New Jersey, Case No. 07-CV-01334 (JLL) (CCC).

- Expert Report and Supplemental Expert Report Regarding Defendants GEICO Corporation, Government Employees Insurance Company, GEICO General Insurance Company, GEICO Indemnity Company and GEICO Casualty Company in connection with *Ronald A. Katz Technology Licensing L.P. v. Comcast Corporation, et al.; GEICO Corporation, et al.; XM Satellite Radio Holdings Inc.*, December 2009 and April 2010, U.S. District Court, Central District of California, Case No. 07-ML-1816-C RGK (FFMx)/Case No. 2:07-CV-06996 RGK (FFMx).

- Expert Report and Rebuttal Expert Report in connection with *Canadian National Railway Company v. Union Pacific Railroad Company*, November 2009 and December 2009, In Arbitration Proceedings.

- Expert Report in connection with *Saxon Innovations, LLC v. Nokia Corp., et al.*, November 2009, U.S. District Court, Eastern District of Texas, Civil Action No. 6:07-cv-490-LED-JDL.

- Expert Report in connection with *Owens-Illinois, Inc. v. BTR plc*, September 2009, U.S. District Court, Southern District of New York, Case No. 05 CV 2873 (LLS).

- Opening Expert Report and Responsive Expert Report in connection with *Hoffmann-LaRoche Inc. v. Apotex Inc. and Apotex Corp.*, July 2009 and September 2009, U.S. District Court, District of New Jersey, Civil Action Nos. 07-4417 (SRC)(MAS)/08-3065 (SRC)(MAS)/08-4053 (SRC)(MAS).

- Opening Expert Report and Responsive Expert Report in connection with *Hoffmann-LaRoche Inc. v. Cobalt Pharmaceuticals Inc. and Cobalt Laboratories, Inc.*, July 2009 and September 2009, U.S. District Court, District of New Jersey, Civil Action Nos. 07-4539 (SRC)(MAS)/07-4540 (SRC)(MAS)/08-4054 (SRC)(MAS).

- Opening Expert Report and Responsive Expert Report in connection with *Hoffmann-LaRoche Inc. v. Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*, July 2009 and September 2009, U.S. District Court, District of New Jersey, Civil Action Nos. 07-4516 (SRC)(MAS)/08-3607 (SRC)(MAS)/08-4055 (SRC)(MAS).

- Opening Expert Report and Responsive Expert Report in connection with *Hoffmann-LaRoche Inc. v. Genpharm Inc. and Genpharm, L.P.*, July 2009 and September 2009, U.S. District Court, District of New Jersey, Civil Action Nos. 07-4661 (SRC)(MAS)/08-4052 (SRC)(MAS).

- Opening Expert Report and Responsive Expert Report in connection with *Hoffmann-LaRoche Inc. v. Orchid Chemicals & Pharmaceuticals Ltd., Orchid Healthcare, Orchid Pharmaceuticals Inc. and Orgenus Pharma Inc.*, July 2009 and September 2009, U.S. District Court, District of New Jersey, Civil Action Nos. 07-4582 (SRC)(MAS)/08-4051 (SRC)(MAS).

- Expert Report, Supplemental and Corrected Expert Report and Second Supplemental Expert Report Regarding Defendant Expand Networks, Inc. in connection with *Realtime Data, LLC d/b/a/ IXO v. Packeteer, Inc., Citrix Systems, Inc., Expand Networks, Inc., F5 Networks, Inc., 7-Eleven, Inc., ABM Industries, Inc., ABM Janitorial Services-South Central, Inc., Averitt Express Inc., Build-A-Bear Workshop, Inc., DHL Express (USA), Inc., Interstate Battery System of America, Inc., O'Reilly Automotive, Inc., and Blue Coat Systems, Inc.*, June 2009, July 2009 and August 2009, U.S. District Court, Eastern District of Texas, Tyler Division, Case No. 6:08cv144 LED.

- Expert Report, Conformed Expert Report and Supplemental and Corrected Expert Report Regarding Defendant Citrix Systems, Inc. in connection with *Realtime Data, LLC d/b/a/ IXO v. Packeteer, Inc., Citrix Systems, Inc., Expand Networks, Inc., F5 Networks, Inc., 7-Eleven, Inc., ABM Industries, Inc., ABM Janitorial Services-South Central, Inc., Averitt Express Inc., Build-A-Bear Workshop, Inc., DHL Express (USA), Inc., Interstate Battery System of America, Inc., O'Reilly Automotive, Inc., and Blue Coat Systems, Inc.*, June 2009 and July 2009, U.S. District Court, Eastern District of Texas, Tyler Division, Case No. 6:08cv144 LED.

- Expert Report and Supplemental and Corrected Expert Report Regarding Defendants Packeteer, Inc. and Blue Coat Systems, Inc. in connection with *Realtime Data, LLC d/b/a/ IXO v. Packeteer, Inc., Citrix Systems, Inc., Expand Networks, Inc., F5 Networks, Inc., 7-Eleven, Inc., ABM Industries, Inc., ABM Janitorial Services-South Central, Inc., Averitt Express Inc., Build-A-Bear Workshop, Inc., DHL Express (USA), Inc., Interstate Battery System of America, Inc., O'Reilly Automotive, Inc., and Blue Coat Systems, Inc.*, June 2009 and July 2009, U.S. District Court, Eastern District of Texas, Tyler Division, Case No. 6:08cv144 LED.

- Expert Report, Conformed Expert Report and Supplemental and Corrected Expert Report Regarding Defendant F5 Networks, Inc. in connection with *Realtime Data, LLC d/b/a/ IXO v. Packeteer, Inc., Citrix Systems, Inc., Expand Networks, Inc., F5 Networks, Inc., 7-Eleven, Inc., ABM Industries, Inc., ABM Janitorial Services-South Central, Inc., Averitt Express Inc., Build-A-Bear Workshop, Inc., DHL Express (USA), Inc., Interstate Battery System of America, Inc., O'Reilly Automotive, Inc., and Blue Coat Systems, Inc.*, June 2009 and July 2009, U.S. District Court, Eastern District of Texas, Tyler Division, Case No. 6:08cv144 LED.

- Expert Report in connection with *Individual Network, LLC v. Apple Inc.*, April 2009, U.S. District Court, Eastern District of Texas, Marshall Division, Civil Action No. 2:07CV158 (LED).

- Expert Report in connection with *Schering Corporation and MSP Singapore Company, LLC v. Glenmark Pharmaceuticals, Inc. and Glenmark Pharmaceuticals Ltd.* , April 2009, U.S. District Court, District of New Jersey, Civil Action No.: 07-CV-01334 (JLL)(CCC).

- Expert Report, Rebuttal Expert Report, Supplemental Expert Report and Second Supplemental Expert Report in connection with *Gyrus Group, PLC, Ethicon, Inc., and DePuy Mitek, Inc. and ArthroCare Corp.*, January 2009, February 2009 and March 2009, CPR Institute for Dispute Resolution, Case No. G-08018, JAMS Ref. No. 1100055345.

- Expert Report in connection with *OPTi, Inc. v. Apple Inc.*, February 2009, U.S. District Court, Eastern District of Texas, Marshall Division, Civil Action No. 2:07-CV-00021 (CE).

- Expert Report in connection with *Medtronic, Inc., Medtronic USA, Inc., Medtronic Vascular, Inc. v. AGA Medical Corporation*, January 2009, U.S. District Court, Northern District of California, San Francisco Division, Case No. C07-00567 MMC.

- Expert Report, Supplemental Expert Report and Second Supplemental Expert Report Regarding Defendant Citizens Financial Group, Inc. in connection with *Ronald A. Katz Technology Licensing L.P. v. Citizens Financial Group, Inc., et al.*, September 2008, November 2008 and December 2008, U.S. District Court, Central District of California, Case No. 07-ML-1816-C RGK (FFMx)/Case No. 07-CV-04964 RGK (FFMx).

- Expert Report in connection with *Cancer Research Technology Limited and Schering Corporation v. Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*, December 2008, U.S. District Court, District of Delaware, C.A. No. 1:07 cv 00457 SLR.

- Expert Report in connection with *Merck Sharp & Dohme Pharmaceuticals SRL v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.*, October 2008, U.S. District Court, District of New Jersey, Civil Action No.: 07-1596 (GEB).

- Expert Report and Second Expert Report in connection with *Metso Minerals, Inc. v. Powerscreen International Distribution Limited, Terex Corporation, Powerscreen New York, Inc., and Emerald Equipment Systems, Inc.*, September 2008 and October 2008, U.S. District Court, Eastern District of New York, Civil Action No. 06cv01446 (ADS)(ETB).

- Expert Report Regarding Defendants Teligence (US), Inc., Teligence Holdings (US), Inc. and Utel Networks Inc. in connection with *Ronald A. Katz Technology Licensing L.P. v. Continental Airlines, Inc., et al.*, October 2008, U.S. District Court, Eastern District of Texas, Marshall Division, Case No. 2:07-cv-232.

- Expert Report Regarding Defendant United Parcel Service, Inc. in connection with *Ronald A. Katz Technology Licensing L.P. v. Continental Airlines, Inc., et al.*, September 2008, U.S. District Court, Central District of California, Western Division, Case No. 07-ML-01816 RGK (FFMx)/Case No. 07- CV-4965 ABC (FFMx).

- Report in connection with *NewPage Wisconsin System, Inc. v. Canadian National Railway Company and Wisconsin Central Ltd.*, September 2008, In Arbitration Proceedings.

- Expert Report Regarding Defendant American Airlines in connection with *Ronald A. Katz Technology Licensing L.P. v. American Airlines, et al.*, May 2008, U.S. District Court, Central District of California, Case No. 07-ML-1816-B-RGK (FFMx)/Case No. CV 07-2196 RGK (FFMx).

- Expert Report Regarding Defendant National Railroad Passenger Corporation ("Amtrak") in connection with *Ronald A. Katz Technology Licensing L.P. v. American Airlines, et al.*, May 2008, U.S. District Court, Central District of California, Case No. 07-ML-1816-B-RGK (FFMx)/ Case No. CV 07-2196 RGK (FFMx).

- Expert Report Regarding Defendant FedEx in connection with *Ronald A. Katz Technology Licensing L.P. v. American Airlines, et al.*, May 2008, U.S. District Court, Central District of California, Case No. 07-ML-1816-B-RGK (FFMx)/ Case No. CV 07-2196 RGK (FFMx).

- Expert Report Regarding Defendant General Motors in connection with *Ronald A. Katz Technology Licensing L.P. v. Chevron Corporation, et al.*, May 2008, U.S. District Court, Central District of California, Western Division, Case No. 9:06-cv-00178-RHC.

- Expert Report and Supplemental Expert Report Regarding Defendants Humana, Inc. and Humana Military Healthcare Services, Inc. in connection with *Ronald A. Katz Technology Licensing L.P. v. Humana, Inc. and Humana Military Healthcare Services, Inc.*, May 2008 and July 2008, U.S. District Court, Eastern District of Texas, Lufkin Division, Case No. 9:06-cv-199.

- Expert Report and Supplemental Regarding Defendants U.S. Bancorp and U.S. Bank,NA in connection with *Ronald A. Katz Technology Licensing L.P. v. U.S. Bancorp and U.S. Bank,NA*, May 2008 and July 2008, U.S. District Court, Eastern District of Texas, Lufkin Division, Case No. 9:06-cv-203.

- Expert Report Regarding Defendant Whirlpool Corporation in connection with *Ronald A. Katz Technology Licensing L.P. v. American Electric Power Company, Inc., et al.*, May 2008, U.S. District Court, Central District of California, Western Division, Case No. 2:07-ML-1816-B-RGK (FFMx)/Case No. 2:07-CV-2257-RGK (FFMx).

- Expert Report in connection with *U.S. Philips Corporation, (Plaintiffs/Counterclaim-Defendants) v. Pantech Wireless, Inc. (Defendant/Counterclaim-Plaintiff)*, April 2008, U.S. District Court, Southern District of New York, Civil Action No. 08-CV-02526.

- Expert Report and Second Expert Report in connection with *Olympus Corp., Olympus Medical Systems Corp. and Olympus America Inc., (Plaintiffs/Counterclaim-Defendants) v. Given Imaging Ltd. and Given Imaging, Inc. (Defendant/Counterclaim-Plaintiffs)*, February 2008 and March 2008, U.S. District Court, Eastern District of Pennsylvania, Civil Action No. 06 CV 02132 (JKG).

- Expert Report in connection with *U.S. Philips Corporation, (Plaintiffs/Counterclaim-Defendants) v. Konica Minolta Holdings, Inc., Konica Minolta Photo Imaging, Inc., Konica Minolta Photo Imaging U.S.A., Inc., LG Electronics Inc., and LG Electronics Mobilecomm U.S.A. Inc. (Defendanst/Counterclaim-Plaintiffs)*, March 2008, U.S. District Court, Southern District of New York, Civil Action No. No. 06 CV. 1402 (BSJ) (THK).

- Expert Report in connection with *AstraZeneca LP and AstraZeneca AB v. Ivax Phamaceuticals, Inc.*, February 2008, U.S. District Court, District of New Jersey, Civil Action No. 05 CV 05142 (RMB)(AMD).

- Expert Report in connection with *Alloc, Inc., Berry Finance, N.V. and Välinge Aluminum AB v. Norman D. Lifton Co., Inc., Balta U.S. Inc. and Balterio N.V.*, February 2008, U.S. District Court, Southern District of New York, No. 03 Civ. 4419 (PAC) (DF).

- Expert Report in connection with *Fastenetix, LLC. v. Medtronic Sofamor Danek, Inc and Medtronic Sofamor Danek U.S.A., Inc. and DOES 1 through 10*, December 2007, U.S. District Court, District of New Jersey, Civil Action No. 06-2070 SRC-MAS.

- Expert Report in connection with *Akamai Technologies, Inc. and Massachusetts Institute of Technology v. Limelight Networks, Inc.*, December 2007, U.S. District Court, District of Massachusetts, Civil Action No.: 06-CV-11109 RWZ consolidated with Civil Action No.: 06-11585 RWZ.

- Expert Report, Rebuttal Expert Report, Supplemental Expert Report, Supplemental Rebuttal Expert Report, Second Supplemental Expert Report and Second Supplemental Rebuttal Expert Report in connection with *Cross Medical Products, Inc. v. Medtronic Sofamor Danek, Inc and Medtronic Sofamor Danek U.S.A. and Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek U.S.A. and SDGI Holdings, Inc. v. Cross Medical Products, Inc.*, July 2004, August 2004, October 2004, September 2007 and October 2007, U.S. District Court, Central District of California, Southern Division, Case No. SACV 03-110 GLT (ANx).

- Expert Report in connection with *Apple Computer, Inc. v. Burst.Com, Inc.*, October 2007, U.S. District Court, Northern District of California, San Francisco Division, Case No. C06-00019 MHP.

- Expert Report in connection with *QRG, LTD. d/b/a Quantum Research Group v. Apple Computer, Inc., Cypress Semiconductor Corp., Cypress Microsystems and Fingerworks, Inc.*, October 2007, U.S. District Court, District of Maryland, Baltimore Division, Case No. 1:05-cv-03408-WMN.

- Expert Report, Supplemental Statement, Second Supplemental Statement, Third Supplemental Statement, Fourth Supplemental Expert Report and Fifth Supplemental Expert Report in connection with *DePuy AcroMed, Inc. and Biedermann Motech GMBH v. Medtronic Sofamor Danek, Inc., f/k/a Sofamor*

*Danek Group, Inc. and Medtronic Sofamor Danek, U.S.A. Inc.*, December 2002, January 2003, October 2003, September 2004, July 2007 and September 2007, U.S. District Court, District of Massachusetts, Civil Action No. 01-CV-10165 (EFH).

- Expert Report, Supplemental Expert Report, Second Supplemental Expert Report and Supplemental Statement in connection with *TV Guide Online, Inc. and TV Guide Online, LLC v. Tribune Media Services, Inc.*, December 2006, June 2007 and August 2007, U.S. District Court, District of Delaware, Civil Action No. 05-CV-725-KAJ.

- Expert Report in connection with *Sandata Technologies, Inc. v. Infocrossing, Inc.*, July 2007, U.S. District Court, Southern District of New York, Civil Action No. 05-CV-9546.

- Expert Report and Rebuttal Expert Report in connection with *In Re: Polyester Staple*, June 2007 and July 2007, U.S. District Court, Western District of North Carolina, Charlotte Division, MDL Docket No. 3:03-CV-1516.

- Expert Report and Supplemental Expert Report in connection with *Rochester Medical Corporation v. C.R. Bard Inc., Tyco International (US) Inc., Tyco Healthcare Group LP, Novation LLC, VHA Inc., Premier Inc., and Premier Purchasing Partners*, December 2006 and July 2007, U.S. District Court, Eastern District of Texas, Texarkana Division, C.A. No. 504-CV-060.

- Expert Report in connection with *Merit Industries, Inc. v. JVL Corporation*, May 2007, U.S. District Court, Eastern District of Pennsylvania, Civil Action No. 03-CV-01618-TJS.

- Expert Report in connection with *CCC Information Services v. Mitchell International*, December 2006, U.S. District Court, Northern District of Illinois, Eastern Division, Case No. 03 C 2695.

- Expert Report in connection with *Smith Kline & French Laboratories, Ltd. and SmithKline Beecham Corp. d/b/a GlaxoSmithKline v. Teva Pharmaceuticals USA, Inc.*, September 2006, U.S. District Court, District of Delaware, Civil Action No. 05-197.

- Expert Report in connection with *Massachusetts Institute of Technology v. Harman International Industries, Inc.*, August 2006, U.S. District Court, District of Massachusetts, Civil Action No. 05-10990-DPW.

- Expert Report in connection with *Tessera, Inc. v. Micron Technology, Inc., Micron Semiconductor Products, Inc., Infineon Technologies AG, Infineon Technologies Richmond, LP, Infineon Technologies North America Corp., Qimonda AG*, June 2006, U.S. District Court, Eastern District of Texas, Marshall Division, Civil Action No. 2-05cv-94.

- Expert Report in connection with *Aerotel, Ltd. v. Verizon Communications, et al.*, May 2006, U.S. District Court, Southern District of New York, Case No. 05 CV-00120 (TPG).

- Expert Report and Supplemental Expert Report in connection with *Anthony Park, Individually on Behalf Of Himself and On Behalf of All Others Similarly Situated v. The Thomson Corporation and Thomson Legal and Regulatory, Inc.*, May 2006 and May 2006, U.S. District Court, Southern District of New York, Case No. 05 Civ. 2931 (WHP).

- Expert Report in connection with *Merck & Co., Inc. v. Teva Pharmaceuticals USA, Inc.*, March 2006, U.S. District Court, District of Delaware, Civil Action No. 04-939.

- Expert Report in connection with *Gary D. Carter and Mary Elaine Carter v. CSX Transportation, Inc.*, February 2006, U.S. District Court, Western District of Kentucky, Louisville Division, Case No. 3:04-CV-487-S.

- Expert Report in connection with *Cephalon, Inc. and University of Utah Research Foundation v. Barr Laboratories, Inc., Cephalon Inc. and University of Utah Research Foundation, Inc.*, January 2006, U. S. District Court, District of Delaware, Case No. 05-29 (JJF).

- Expert Report in connection with *Wavetronix, LLC v. Electronic Integrated Systems, Inc.*, November 2005, U.S. District Court, District of Utah, Central Division, Civil Action No. 2:05 CV 00073 BJS.

- Expert Report in connection with *Richard Lee Young and Tonja Young v. CSX Corporation, CSX Transportation, Inc., Dick Spatafore, and Bobby Ambrose*, June 2005, Circuit Court of Kanawha County, West Virginia, Civil Action No. 03-C-2837.

- Expert Report and Revised Expert Report in connection with *WeddingChannel.com Inc. v. The Knot, Inc. and The Knot, Inc. v. WeddingChannel.com Inc.*, April 2005 and May 2005, U.S. District Court, Southern District of New York, Civil Action No. 03 CV 7369 (RWS).

- Expert Report in connection with *Advanced Technology Materials, Inc. v. Praxair, Inc. and Praxair, Inc. v. Advanced Technology Materials, Inc.*, April 2005, U.S. District Court, Southern District of New York, Civil Action No. 03 CV 5161 (RO).

- Expert Report in connection with *Praxair, Inc. and Praxair Technology, Inc. v. ATMI, Inc. and Advanced Technology Materials, Inc.*, April 2005, U.S. District Court, District of Delaware, Civil Action No.: 03-1158-SLR.

- Expert Report in connection with *Bangor & Aroostook Railroad Company*, U.S. Bankruptcy Court, District of Maine, Chapter 11 Case No. 01-11565 and *James E. Howard, Chapter 11 Trustee, Bangor & Aroostook Railroad Company and Canadian American Railroad Company v. Canadian National Railway Company and Waterloo Railway Company*, April 2005, U.S. Bankruptcy Court, District of Maine, Adv. No. 04-01136.

- Expert Report and Rebuttal Expert Report in connection with *In the Matter of the Arbitration Between Celanese LTD., et al., and JO Tankers AS, et al.*, February 2005 and April 2005.

- Expert Report in connection with *Antor Media Corporation v. Apple Computer, Inc., Microsoft Corporation and RealNetworks, Inc.*, November 2004, U.S. District Court, Eastern District of Texas, Marshall Division, Civil Action No: 2-03CV-320.

- Preliminary Expert Report and Supplemental Expert Report in connection with *Robert Bosch GMBH v. TRW Automotive, Inc., TRW Vehicle Safety Systems Inc.,and TRW Automotive U.S. LLC*, July 2004 and August 2004, U.S. District Court, District of Arizona, Case No.: CIV-03-0045 PHX FJM.

- Expert Report and Supplemental Expert Report in connection with *Samsung Electronics Co., Ltd. v. Tessera Technologies, Inc. and Tessera, Inc. and Tessera Technologies, Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America and Samsung Semiconductor, Inc.*, June 2004 and August 2004, U.S. District Court, Northern District of California, Oakland Division, Case No. C 02-05837 CW.

- Expert Report, Revised Expert Report, Supplement Expert Report and Second Supplemental Expert Report in connection with *Milliken & Company v. Mohawk Industries, Inc., et al. / Shaw Industries Group, Inc., et al. / Interface, Inc., et al.*, July 2003, October 2003, February 2004 and May 2004, U.S. District Court, District of South Carolina, Spartanburg Division, Civil Action Nos. 7-02-3631-20/7-02-3632-20/7-02-3633-2.

- Expert Report, Supplemental Expert Report and Second Supplemental Report in connection with *Verizon California Inc., a California Corporation v. Ronald A. Katz Technology Licensing, L.P., a California limited partnership*, March 2003, June 2003 and April 2004, U.S. District Court, Central District of California, Case No. 01 CV-09871 RGK (RCx).

- Expert Reports and Revised Expert Report in connection with *Honeywell International Inc. against The GetPaid Corporation, a/k/a/ GetPaid Software, a/k/a Software Experts, Inc.*, December 2003, February 2004 and March 2004, American Arbitration Association, Case No: 18 133 00073 03.

- Expert Report and Revised Expert Report in connection with *The GetPaid Corporation, a/k/a/ GetPaid Software, a/k/a Software Experts, Inc. v. Helix-Systems, Inc., James Anderson, Scott Caudill, James V. Gelly, Six Sigma Academy, Inc., Keesah Software Company, Balaji Prakash-Rao and Ruth Lozano*, February 2004 and March 2004, U.S. District Court, District of New Jersey, Civil No: 02-1512 (AET).

- Expert Report and Rebuttal Report in connection with *Ino Therapeutics, Inc. AGA AB and the General Hospital Corporation d/b/a Massachusetts General Hospital v. SensorMedics Corporation and Pulmonix Medical, Inc., SensorMedics Corporation and Pulmonix Medical, Inc. v. Ino Therapeutics, Inc. AGA AB and the General Hospital Corporation d/b/a Massachusetts General Hospital*, December 2003 and January 2004, U.S. District Court, District of New Jersey, Civil Action No.: 00-6033 (AET).

- Expert Report and Revised Expert Report in connection with *Massachusetts Eye and Ear Infirmary v. Novartis Ophthalmics, Inc. and QLT, Inc., QLT, Inc. v. Massachusetts Eye and Ear Infirmary, Evangelos S. Gragoudas, M.D. and Joan W. Miller, M.D., The General Hospital Corporation v. Massachusetts Eye and Ear Infirmary, Evangelos S. Gragoudas, M.D. and Joan W. Miller, M.D.*, September 2003 and January 2004, U.S. District Court, District of Massachusetts, Civil Action No. 01-10747-EFH.

- Affidavit in connection with *Merck & Co., Inc. and Merck Frosst Canada & Co. v. The Minister of Health and Novopharm Ltd.*, December 2003, Canada Federal Court, Federal Court File No. T-1627-03.

- Verified Statement before the Surface Transportation Board in connection with *Canadian National Railway Company – Adverse Discontinuance – Line of Montreal, Main and Atlantic Railway LTD. and Waterloo Railway Company – Adverse Abandonment – Line of Montreal, Main and Atlantic Railway LTD.*, December 2003, Finance Docket Nos. AB-279 (Sub-No. 3) and AB-124 (Sub-No. 2).

- Verified Statement before the Surface Transportation Board in connection with *Kansas City Southern – Control - The Kansas City Southern Railway Company, Gateway Eastern Railway Company, And The Texas Mexican Railway Company*, August 2003, Railroad Control Application, Finance Docket No. 34342.

- Expert Report in connection with *Torah Soft, Ltd. v. Michael Drosnin*, April 2003, U.S. District Court, Southern District of New York, 2000 Civ.: 0676 (JCF).

- Expert Report and Rebuttal Expert Report (with Laura G. Boothman) in connection with *The Eurotrain Consortium vs. Taiwan High Speed Rail Corporation*, July 2002 and April 2003, International Chamber of Commerce, International Court of Arbitration, Case No. 11 375/BWD/SPB.

- Expert Report in connection with *First Citizens Bank and Trust Company of South Carolina, as Conservator for Alex Compton, a minor and Alex Reid Compton and Lisa Compton, in their individual capacity, as the natural parents of Alex Compton, a minor v. CSX Transportation Inc.*, December 2002, U.S. District Court, District of South Carolina, Anderson Division, Civil Action File No. 8-01-4613-20.

- Expert Report in connection with *Merck & Co., Inc. v. Teva Pharmaceuticals USA, Inc.*, November 2002, U.S. District Court, District of Delaware, Civil Action No. 01-0048 –JJF.

- Expert Report in connection with *The Toro Company v. White Consolidated Industries, Inc. and WCI Outdoor Products, Inc.*, November 2002, U.S. District Court, District of Minnesota, Civil Action No. 4-95-656.

- Expert Report in connection with *Dresses for Less, Inc., DFL Management Inc., The DFL Apparel Group, an unincorporated association, Allison-Che' Fashions, Inc., Bicci Studio Ltd., Garden City Dresses for Less, Inc., Donald Weiner and Barbara Weiner, individually and derivatively as shareholder of Stella N. Bishop Fashion Corp., and I.S.B. Fashions Corp. v. CIT Group/Commercial Services, Inc. and The Uptown Credit Group, Inc.*, November 2002, U.S. District Court for the Southern District of New York, C.A. No. 01 CIV. 2669 (WHP).

- Expert Report in connection with *In Re:Vitamins Antitrust Litigation*, June 2002, U.S. District Court for the District of Columbia, Misc. No. 99-197 (TFH) MDL No. 1285.

- Expert Report in connection with *Syndia Corporation v. The Gillette Company and The Lemelson Medical, Educational & Research Foundation, L.P., Involuntary Plaintiff*, February 2002, U.S. District Court for the Northern District of Illinois, Eastern Division, Case No. 01 C 2485.

- Expert Report in connection with *Arthur D. Little Enterprises, Inc. and The Gillette Company*, December 2001, American Arbitration Association, Northeast Case Management Center, Arbitration No. 11 133 00735 00.

- Expert Report in connection with *Roll Off Service v. Waste Management of Arkansas,Inc. d/b/a Waste Management of Northwest Arkansas*, December 2001, U.S. District Court, Western District of Arkansas, Fayetteville Division, Civil No. 01-5059.

*Christopher A. Vellturo, page 25*

- Affidavit and Expert Report in connection with *The Commissioner of Competition v. Canadian Waste Services Holdings Inc, Canadian Waste Services Inc. and Waste Management, Inc.* (CT-2000/002) before the Competition Tribunal of Canada, May 2001.

- Expert Report and Supplemental Expert Report in connection with *Texas Instruments, Incorporated v. Tessera, Inc.,* May 2001, U.S. District Court, Northern District of California (Oakland Div), No. C-00-02114 CW.

- Expert Report and Amended and Supplemental Expert Report in connection with *Omniglow Corporation v. Unique Industries, Inc.*, November 1999 and May 2001, U.S. District Court, District of Massachusetts, (C.A.No. 99-30052-MAP).

- Verified Statement before the Surface Transportation Board in connection with *Canadian National Railway Co., et al. Control Application regarding Wisconsin Central Transportation Corp., et al*, Railroad Control Application, Finance Docket No. 34000, April, 2001.

- Expert Report In Connection With *Union Carbide Chemicals & Plastics Technology Corp. and Union Carbide Corp. v. Shell Oil Company, Shell Chemical Company and CRI Catalyst Company*, October 2000, U.S. District Court, District of Delaware, C.A. No. 99-274 (SLR).

- Expert Report in connection with *Carl Zeiss Jena GmbH, Carl Zeiss Inc. v. Bio-Rad Laboratories, Inc., Cornell Research Foundation Inc., and Bio-Rad Laboratories, Inc., Cornell Research Foundation Inc. v. Carl Zeiss Jena GmbH, Carl Zeiss Inc.*, May 2000, U.S. District Court, Southern District of New York, (98 CIV. 8012 RCC (DFE)).

- Verified Statement before the Surface Transportation Board in connection with *Canadian National Railway Company, Grand Trunk Western Railroad Incorporated, Illinois Central Railroad Company, Burlington Northern Santa Fe Corporation, and The Burlington Northern and Santa Fe Railway Company*-- Railroad Control Application, Finance Docket No. 33842, March 2000.

- Expert Report in connection with *L'Oreal S.A. and Cosmair, Inc. v. Revlon Consumer Products Corp., Charles Revson, Inc., and Almay, Inc.*, February 2000, U.S. District Court, District of Delaware, (Civil Action No. 98-424 SLR).

- Expert Report in connection with *Joseph E. Seagram & Sons, Inc., The Seagram Company Ltd. and JDC S.A. de C.V. v. St Maarten Spirits, Ltd., and St. Maarten Spirits Limited*, August 1999, Superior Court of the State of California, for the County of Los Angeles, (No. BC 191 681).

- Expert Report in connection with *General Electric Capital Corporation v. DirecTV, Inc., Hughes Electronics Corporation and General Motors Corporation*, August 1999, U.S. District Court, District of Connecticut, (3:97 CV 01901 (PCD)).

- Expert Report in connection with *America Online, Inc. v. AT&T Corporation*, March 1999, U.S. District Court, Eastern District of Virginia, C.A. (98-1821-A).

- Expert Report in connection with *Bristol Technology, Inc. v. Microsoft Corporation*, February 1999 – U.S. District Court, District of Connecticut, C.A. (No. 398-CV-1657 (JCH)).

- Expert Report in connection with *Ashraf M. Dahod v. Bay Networks, Inc. and LanCity Corporation, Inc.*, September 1998, U.S. District Court, District of Massachusetts, C.A. (No. 96-11907 REK).

- Expert Report in connection with *Dade Behring Marburg Gmbh, Syva Company v. Biosite Diagnostics, Inc.*, August 1998 – U.S. District Court, Southern District of New York, C.A. No. 97-501 MMS

- Expert Report in connection with *Harris Corporation, et. al v. Atmel Corporation*, June 1998, U.S. District Court, Eastern District of Virginia, C.A. (No. 98-98-A).

- Expert Report in connection with *Critikon, Inc. v. Becton Dickinson Vascular Access, Inc.*, June 1998, U.S. District Court, District of Delaware, C.A. (No. 93-108 (JJF)).

- Expert Report in connection with *CBS Broadcasting Inc., et al. v. PrimeTime 24 Joint Venture*, May 1998, U.S. District Court, Southern District of Florida, C.A. No. 96-3650-CIV-Nesbitt.

- Expert Report in connection with *Becton Dickinson and Company v. Syntron BioResearch, Inc.*, May 1998, U.S. District Court, Southern District of California, C.A. No. 97-CV-1634K.

- Expert Report in connection with *Luigino's, Inc. v. Pezrow Company, Inc. and Pezrow Company of New Jersey, Inc.*, October 1997, U.S. District Court, District of Minnesota Fifth Division, C.A. No. 5-96-244.

- Supplemental Expert Report in connection with *Neles-Jamesbury, Inc. v. Fisher Controls International, Inc. and Fisher Service Company*, October 1997, U.S. District Court, District of Massachusetts, C.A. No. 94-40200).

- Expert Report in connection with *Neles-Jamesbury, Inc. v. Fisher Controls International, Inc. and Fisher Service Company*, August 1997, U.S. District Court, District of Massachusetts, C.A. No. 94-40200.

- Expert Report in connection with *The Toro Company v. White Consolidated Industries, Inc., et al.*, May 1997, U.S. District Court, District of Minnesota, C.A. No. 4-95-656.

- Supplemental Expert Report in connection with *Century Wrecker Corporation v. Chevron, Inc.*, May 1997, U.S. District Court, Western District of Pennsylvania, C.A. No. 89-1452.

- Supplemental Rebuttal Expert Report in connection with *Polo Ralph Lauren, L.P. v. The Magnin Company, Inc.*, May 1997, American Arbitration Association Commercial Arbitration Tribunal, C.A. No. 74-181-1094-96.

- Rebuttal Expert Report in connection with *Polo Ralph Lauren, L.P. v. The Magnin Company, Inc.*, May 1997, American Arbitration Association Commercial Arbitration Tribunal, C.A. No. 74-181-1094-96.

- Expert Report in connection with *Wang Laboratories, Inc. v. FileNet Corporation*, April 1997, U.S. District Court, District of Massachusetts, C.A. No. 94-12141 RLC.

- Expert Report and Supplemental Expert Report in connection with *Roll Systems, Inc. v. Wallace Computer Services Inc.*, July 1996 and December 1996, U.S. District Court, District of Massachusetts, C.A. No. 94-10372-MEL.

- Affidavit in Support of Ag-Chem Equipment Co. Inc. and Soil Teq, Inc.'s Motion For Summary Judgment, August 1996, U.S. District Court, District of Minnesota, C.A. No. 4-93-1228.

- Expert Report in connection with *Dynamic Manufacturing Inc., et al. v. Chevron Inc.*, April 1996, U.S. District Court, Eastern District of Virginia, C.A. No. 2:95CV947.

- Expert Report in connection with *Century Wrecker Corp. v. Chevron Inc.*, March 1996, U.S. District Court, Western District of Pennsylvania, C.A. No. 89-1452.

- Expert Report in connection with *Medtronic v. Pacesetter and St. Jude Medical Inc.*, February 1996, American Arbitration Association.

- Expert Report in connection with *Cedar Ridge Trailer Sales, et al. v. National Community Bank of New Jersey, et al.*, December 1995, Superior Court of New Jersey , C.A. No. BER-L-09277-92.

- Expert Report in connection with *Federal Trade Commission v. New Balance Athletic Shoe, Inc.*, 1995, Boston, Massachusetts, File No. D9268.

- Expert Report in connection with *Minnesota Mining and Manufacturing Co. v. Avery Dennison Corp.*, 1995, U.S. District Court, District of Minnesota, C.A. No. 4-93-1070.

- Expert Report in connection with *Minnesota Mining and Manufacturing Co. v. Norton v. Bay State Abrasives Co.*, 1994, U.S. District Court, District of Delaware, C.A. No. 89-533 (JJF).

## PUBLICATIONS AND PRESENTATIONS

"Understanding How the Patent Cliff Will Re-Define the Endgame." Presented at the 12th Annual Maximizing Pharmaceutical Patent Life Cycles Conference, New York, NY, October 4, 2011.

"Differentiated Products" in *Issues in Competition Law and Policy, Volume I*, ed. D. Wayne Collins, Section of Antitrust Law of the American Bar Association, 2008.

"When Fraud on the Patent Office Violates Section 2: A Mock Trial." Presented at the 52nd Annual Spring Meeting of the ABA Section of Antitrust Law, Washington, DC, April 1, 2004.

"What Drives Consolidation?" Presented at the 28th Semiannual Members Meeting MIT/CRE, Cambridge, MA, May 14, 1998.

"Proving Unilateral Effects and Efficiencies in Merger Cases: A Demonstration." Presented at the 46th Annual Spring Meeting of the ABA Section of Antitrust Law, Washington, DC, April 1, 1998.

"Creating An Effective Diversion:  Evaluating Mergers With Differentiated Products," *Antitrust*, Spring 1997.

"Economic Battles in the Antitrust Wars:  Network Industries and Their Relevance to Antitrust in the Computer Industry."  Presented at the Washington State Bar Association's Thirteenth Annual Antitrust, Consumer Protection and Unfair Business Practices Conference, November 8, 1996.

"Differentiated Products:  New Tools for New Methods."  Presented at NERA's Seventeenth Annual Antitrust & Trade Regulation Seminar, Santa Fe, NM, July 5, 1996.

"Market Definition Under Price Discrimination" (with J. A. Hausman and G. K. Leonard), Antitrust Law Journal, Vol. 64, No. 2 (Winter 1996).

"Learning-by-Doing in the Context of Antitrust Analysis" (with J. Hausman), April 1995.

"An Economic Analysis of ATM Surcharging," prepared for Southeast Switch Inc., October 5, 1995.

"Cost Effects of Mergers and Deregulation in the U.S. Rail Industry" (with Berndt, *et al*.), Productivity Issues in Services at the Micro Level, ed. Zvi Griliches and Jacques Mairesse, Kluwer Academic Publishers, 1993.

"Cost Effects of Mergers and Deregulation in the U.S. Rail Industry" (with Berndt, *et al*.), Journal of Productivity Analysis, 4, 127-144, 1993.

"Rail Costs and Capital Adjustments in a Quasi-Regulated Environment" (with Friedlaender, *et al*.), Journal of Transport Economics and Policy, 131-152, May 1993.

"Deregulation, Mergers and Cost Savings in Class I U.S. Railroads, 1974-1986" (with Berndt, *et al*.), Journal of Economics and Management Strategy, Vol. 1, No. 2, 1992.

"Observations on Pre-Trial Bargaining Models," MIT Mimeo, September 1989.

"The Deregulation of the U.S. Rail Industry: Efficiency and Equity in Attaining Rail Viability," Ph.D. Dissertation, Department of Economics, MIT, 1989.

"Achieving Cost Efficiency Through Merger: Evidence from the U.S. Rail Industry," Presented at the American Economic Association Symposium on Mergers and Acquisitions, New York, December 29, 1988.

**Attachment B**
**US Feature Phone and Smartphone Shares of Quarterly Mobile Phone Shipments**
**Q1 2004 - Q3 2011**



**Sources:**   IDC Worldwide Quarterly Mobil Phone Tracker: Q1 2011 Forecast Data;
IDC WW Mobile Phone Tracker 2011Q3 Top 10

■ Feature Phones          ■ Smartphones

**q**uantitative **e**conomic **s**olutions, LLC

**Attachment B.1**
**US Feature Phone and Smartphone Quarterly Shipments**
**Q1 2004 - Q3 2011**



**Sources:**  IDC Worldwide Quarterly Mobil Phone Tracker: Q1 2011 Forecast Data;
IDC WW Mobile Phone Tracker 2011Q3 Top 10

■ Feature Phones        ■ Smartphones

**q**uantitative **e**conomic **s**olutions, LLC

**Attachment C**
**Apple and Samsung Share of US Smartphone Shipments**
**Q1 2004 - Q3 2011**



**Sources:** IDC Worldwide Quarterly Mobil Phone Tracker: Q1 2011 Forecast Data;
IDC WW Mobile Phone Tracker 2011Q3 Top 10

Apple Share          Samsung Share

**q**uantitative **e**conomic **s**olutions, LLC

**Attachment D**
**Actual and Projected US Market Share by Mobile Phone Type**
**2003 - 2015**
*(units in millions)*



**Sources:**
Yankee Group, Mobile Device Shipment Monitor & Forecast, 2Q11 Update
IDC Worldwide Quarterly Mobile Phone Tracker Q1 2011 Forecast Data

**q**uantitative **e**conomic **s**olutions, LLC

**Attachment E**
**US Share of Smartphones by Operating System**
**Q1 2004 - Q3 2011**



**Sources:**   IDC Worldwide Quarterly Mobil Phone Tracker: Q1 2011 Forecast Data;
          IDC WW Mobile Phone Tracker 2011Q3 Top 10

**q**uantitative **e**conomic **s**olutions, LLC

**Attachment F**
**Smartphone Share by Manufacturer**
**Q4 2009 - Q3 2011**



**Source:**
IDC WW Mobile Phone Tracker 2011Q3 Top 10

**q**uantitative **e**conomic **s**olutions, LLC

**Attachment G**
**Smartphone Actual and Estimated Shipments**
**Q1 2004 - Q3 2011**



**Source:** Output of Stata program "diffusion.do" which reads data from Attachment I

Units — Gompertz Estimation — Logistic Estimation

**q**uantitative **e**conomic **s**olutions, LLC

**Attachment H**
**Smartphone Actual and Estimated Shipments**
**Q1 2004 - Q4 2017**



**Source:** Output of Stata program "diffusion.do" which reads data from Attachment I

Units    Gompertz Estimation

**q**uantitative **e**conomic **s**olutions, LLC

**Attachment I**
**Estimate of Smartphones Purchased**
**by First-time Smartphone Buyers**



**Sources:**
[A] Through Q3 2011 from IDC Worldwide Quarterly Mobile Phone
Tracker Q1 2011 Final Data and
IDC Worldwide Quarterly Mobile Phone Tracker Q1 2011 Forecast Data.
Q4 2011 on are projections output from diffusion.do
[B] = [A] for Q1 04 - Q4 05, [A] - ([A] from 8 quarters prior) thereafter
[C] = cumulation of [B]

**Attachment J**
**Smartphone Actual and Estimated Cumulative Net Shipments**
**Q1 2004 - Q4 2017**



**Source:** Output of Stata program "diffusion.do" which reads data from Attachment I

**q**uantitative **e**conomic **s**olutions, LLC

**Attachment K**
**Smartphone Actual and Estimated Cumulative Net Shipments**
**Q1 2004 - Q3 2011**



**Source:** Output of Stata program "diffusion.do" which reads data from Attachment I

**q**uantitative **e**conomic **s**olutions, LLC

**Attachment L**
**Smartphone Shipments: IDC Forecasts vs. Actuals**
**2010 - 2011**



**Sources:**
[A] IDC_WWSmartphone_Forecast_by_OS_Q4_2009.pdf
[B] IDC, Worldwide Quarterly Mobile Phone Tracker Q1 2011 Forecast Data
[C] = percentage change between [A] and [B]

**q**uantitative **e**conomic **s**olutions, LLC