# EXHIBIT 4
## FILED UNDER SEAL
to the Declaration of Christopher Vellturo filed in Support of Apple's Reply in Support of Apple's Motion for Preliminary Injunction