# EXHIBIT 25
**FILED UNDER SEAL**
**To the Declaration of Christopher Vellturo filed in Support of Apple's Reply in Support of Apple's Motion for Preliminary Injunction**