# EXHIBIT 26
## FILED UNDER SEAL
## To the Declaration of Christopher Vellturo filed in Support of Apple's Reply in Support of Apple's Motion for Preliminary Injunction