# EXHIBIT 27

# FILED UNDER SEAL to the Declaration of Christopher Vellturo filed in Support of Apple's Reply in Support of Apple's Motion for Preliminary Injunction