# EXHIBIT 30
## FILED UNDER SEAL
## To the Declaration of Christopher Vellturo filed in Support of Apple's Reply in Support of Apple's Motion for Preliminary Injunction