| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:    (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | STEPTOE & JOHNSON, LLP<br>John Caracappa (*pro hac vice*)<br>jcaracappa@steptoe.com<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 429-6267<br>Facsimile: (202) 429-3902 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S NOTICE REGARDING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Honorable Paul S. Grewal |

**NOTICE REGARDING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Civil Local Rule 79-5(d), Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby submit the Declaration of Daniel W. Shim in Support of Apple's Administrative Motion to File Documents Under Seal Exhibits 2 and 3 to the Declaration of Michael Valek in Support of Apple's Opposition to Samsung's Motion to Compel Production of Documents Relating to Pricing of Apple Products (ECF No. 432).   Exhibit 2 is a document bearing Bates SAMNDCA00401284-92 and Exhibit 3 is a purported English translation of the document prepared by Apple.   Valek Decl. ¶ 3.   Exhibits 2 and 3 contain Samsung's highly-confidential financial information, including product-specific revenue, sales, and profit data.   Shim Decl. ¶ 10.   Good cause exists to seal the documents since disclosure is likely to cause Samsung substantial harm as competitors, suppliers, and customers could use the data to Samsung's disadvantage.   *Id.* ¶¶ 6-10.

While this Court has previously found that product-specific revenue, sales, and profit data may not be sealed in the related case between the parties, *Apple Inc. v. Samsung Elecs. Co., Ltd., et al.*, Case No. 11-CV-01846-LHK ("N.D. Cal. I"), both parties have appealed this Court's orders to the Federal Circuit.   N.D. Cal. I ECF Nos. 1256, 1649, 2222.   Should the Court find that the information included in Exhibits 2 and 3 may not be sealed, Samsung respectfully requests that any such denial of Apple's Motion be without prejudice and that the Court stay disclosure of the documents pending the Federal Circuit's resolution of the parties' appeals in N.D. Cal. I.   *See* ECF No. 397 at 2 (instructing the parties to "request a stay of a sealing denial pending the Federal Circuit's ruling on the appeal of this Court's August 9, 2012 Order").

| | |
|---|---|
| DATED: April 9, 2013 | Respectfully submitted, |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By /s/ Michael L. Fazio |
| | Charles K. Verhoeven<br>Kevin A. Smith<br>Kevin P.B. Johnson<br>Victoria F. Maroulis<br>William C. Price<br>Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |