1  Amy H. Candido (Bar No. 237829)
   amycandido@quinnemanuel.com
2  Matthew S. Warren (Bar No. 230565)
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   50 California Street, 22nd Floor
4  San Francisco, California  94111-4788
   (415) 875-6600
5  (415) 875-6700 facsimile

6  *Attorneys for Non-Party Google Inc.*

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 | APPLE INC., a California Corporation, | Civil Case No. 5:12-cv-630-LHK-PSG |
   | Plaintiff, | **DECLARATION OF LINDSAY COOPER IN SUPPORT OF GOOGLE'S OPPOSITION TO APPLE'S MOTION TO COMPEL DISCOVERY OF DOCUMENT PRODUCTION INFORMATION AND DIFF PROGRAM PRINTOUTS** |
   | v. | |
   | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Hearing:**<br><br>Date:  April 30, 2013<br>Time:  10:00 a.m.<br>Place: Courtroom 5, Fourth Floor<br>Judge: Hon. Paul S. Grewal |
   | Defendants. | |
   | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
   | Counterclaim-Plaintiffs,<br>v. | |
   | APPLE INC., a California corporation, | |
   | Counterclaim-Defendant. | |

I, Lindsay M. Cooper, declare:

1. I am a member of the State Bar of California and an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Google Inc. ("Google"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit A is a true and correct copy of a letter from Lindsay Cooper to Michael Valek, sent on February 1, 2013.

3. Attached as Exhibit B is a true and correct copy of a letter from Lindsay Cooper to Michael Valek, sent on February 12, 2013.

4. Attached as Exhibit C is a true and correct copy of a letter from Matt Warren to Michael Valek, sent on January 29, 2013.

5. Attached as Exhibit D is a true and correct copy of a letter from Michael Valek to Matt Warren, received on October 24, 2012.

6. Attached as Exhibit E is a true and correct copy of a letter from Matt Warren to Michael Valek, sent on March 26, 2013.

7. Attached as Exhibit F is a true and correct copy of Plaintiff's First Motion to Compel Production of Documents, filed in *Smith v. Life Investors Ins. Co. of Am.*, Case No. 2:07-cv-681 (W.D. Pa.) on May 19, 2009 (Docket No. 165).

DATED: April 9, 2013

By: */s Lindsay M. Cooper*
Lindsay M. Cooper

-1-   Case No. 5:12-cv-630-LHK-PSG
COOPER DECLARATION IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO APPLE INC.'S MOTION TO COMPEL

**GENERAL ORDER ATTESTATION**

I, Matthew S. Warren, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Lindsay M. Cooper has concurred in this filing.

/s  Matthew S. Warren