# EXHIBIT A

## quinn emanuel trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL: (415) 875-6600  FAX: (415) 875-6700

February 1, 2013

**VIA ELECTRONIC MAIL AND OVERNIGHT COURIER**

Michael A. Valek
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, Texas  75201
Apple/Samsung@gibsondunn.com

Re:  <u>Apple Inc. v. Samsung Electronics Co., Ltd. et al., Case No. 12-630 (N.D. Cal.)</u>

Dear Mr. Valek:

Enclosed please find one CD containing documents produced by non-party Google Inc. ("Google"), subject to our objections, in response to the subpoena served by Plaintiff Apple Inc. ("Apple") on September 28, 2012 (the "Subpoena").  The CD contains documents bearing Bates numbers GOOG-NDCAL630-00030384 through GOOG-NDCAL630-00047649.  These documents include Google's confidential business information under the protective order entered by the Court on May 2, 2012 and December 17, 2012.  We have encrypted this data using

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000  FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000  FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000  FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000  FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000  FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666  FAX +7 495 797 3667

Michael A. Valek
February 1, 2013
Page 2


TrueCrypt, an open-source encryption program.  For more information, visit http://truecrypt.org.  Please call me to confirm receipt of the CD so that I can send you the decryption password.

Very truly yours,

/s
Lindsay M. Cooper