# EXHIBIT C

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL: (415) 875-6600 FAX: (415) 875-6700

January 29, 2013

<u>VIA ELECTRONIC MAIL</u>

Michael A. Valek
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, Texas 75201
Apple/Samsung@gibsondunn.com

Re:   Apple Inc. v. Samsung Electronics Co., Ltd. et al., Case No. 12-630 (N.D. Cal.)

Dear Mr. Valek:

I write in response to your email of yesterday to non-party Google Inc. ("Google") regarding our production of highly confidential source code in response to the subpoenas ("the Subpoenas") served on Google by plaintiff and counterclaim-defendant Apple Inc. ("Apple"). Your email requests an inspection on Thursday, January 31, 2013, and names four individuals who intend to review Google's highly confidential source code: Abdul Sowayan, Josh Furman, Quincy Lu, and Wade Malone.

To begin with, *of course* Google's highly confidential source code is available for review on January 31, 2013. It has been available for review since May 7, 2012, when Google first produced highly confidential source code in response to prior subpoenas from Apple in this

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

Michael A. Valek
January 29, 2013
Page 2

action. It has continued to be available since August 24, 2012, when Google produced additional source code which Apple's reviewers have yet to visit.

That brings us to your disclosure of proposed reviewers. We have previously cleared Abdul Sowayan to review Google's highly confidential source code under the protective order governing confidentiality in this action. Apple's remaining proposed reviewers – Josh Furman, Quincy Lu, and Wade Malone – appear to be new. As you know, the protective order governing this action requires that the "Receiving Party shall identify any individual who will be given access to the Source Code at least ten (l0) days prior to the first time any such individual is given access to the Source Code, and, during that l0-day period, the Producing Party may object to providing access to any persons so identified." (Protective Order ¶ 11.) Apple has never disclosed Messrs. Furman, Lu, and Malone, and thus they currently cannot view Google's highly confidential source code at all, whether or not they do so in our source code review room.

This provision is important – surely to Apple too since you wanted it in the order – and we expect Apple will honor it in the future. It is particularly important to Google because without disclosure we cannot verify Apple's compliance with the agreed provision limiting Apple to "a total of 25 individuals" who view our highly confidential source code. (Google Addendum to Protective Order ¶ 25.) Nonetheless, and despite Apple's late notice of Messrs. Furman, Lu, and Malone, we will allow them to review Google's highly confidential source code beginning this Thursday, January 31, 2013. As a result, we can accommodate them as well as Mr. Sowayan.

Let me also update you on our broader compliance with the Subpoenas. As we have previously discussed, we are still actively reviewing documents in response to the Subpoenas, and expect to produce an additional volume of documents this Friday, February 1, 2013. As always, please don't hesitate to let me know if you have any questions or need any further information.

Very truly yours,

/s
Matthew S. Warren