# EXHIBIT D

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912
Tel 214.698.3100
www.gibsondunn.com

Michael A. Valek
Direct: +1 214.698.3369
Fax: +1 214.571.2916
MValek@gibsondunn.com

October 24, 2012

ELECTRONIC MAIL

Matthew S. Warren
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111

Re:     *Apple Inc. v. Samsung Electronics Co. et al.*, No. 12-cv-0630

Dear Mr. Warren:

We understand from Google's October 15, 2012 objections to Apple's subpoena for deposition that Google will not provide a witness for deposition on the noticed date and that the deposition will therefore proceed on a mutually-agreeable date after October 26, 2012.

Regarding Google's objections to the scope and substance of that deposition, as well as its concurrent objections to Apple's document subpoena, Apple disagrees with Google's positions and will provide a detailed response next week.

Regards,


*/s/ Michael A. Valek*

MAV/klc

Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich · New York
Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.