# EXHIBIT E

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL: (415) 875-6600  FAX: (415) 875-6700

March 26, 2013

VIA ELECTRONIC MAIL

Michael A. Valek
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, Texas  75201
Apple/Samsung@gibsondunn.com

Re:    Apple Inc. v. Samsung Electronics Co., Ltd., et al., Case No. 12-630 (N.D. Cal.)

Dear Mr. Valek:

I write on behalf of non-party Google Inc. ("Google") in response to your letter of today regarding the subpoenas ("Subpoenas") served on Google by plaintiff and counterclaim-defendant Apple Inc. ("Apple").  Your letter noted that my letter of last Friday, March 22, failed to mention Apple's request that Google disclose the custodians it searched in response to the Subpoenas.  As you suspected in your letter of earlier today, this was my oversight, and I am happy to respond now.

As you know, Apple already has the list of custodians from which Google produced documents, which is contained within our production load files.  Thus your request is really directed at a list of custodians from whom Google collected and searched documents, but who had no responsive

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000  FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000  FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000  FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000  FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000  FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666  FAX +7 495 797 3667

Michael A. Valek
March 26, 2013
Page 2

and relevant documents in their files.  It is hard for us to understand the purpose of this request: Apple evidently seeks the names of custodians, should they exist, who have no responsive and relevant information.

Your letter of today states that Apple seeks "visibility into the searches that have been done" by Google in response to the Subpoenas.  Although we do not believe it is necessary, in the spirit of compromise and to cure any concerns you have regarding the breadth of our search, we are happy to review a list of additional custodians Apple provides, and we will commit to either searching these custodians or explaining why we cannot do so, for example, because the proposed custodian is unlikely to have any responsive documents.  I trust this compromise will resolve any concerns you have about the efficacy of Google's document search.

Thank you for your continued time and courtesy in this matter.

Very truly yours,

/s
Matthew S. Warren