# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: April 11, 2013　　　　　　　　　　　Time in Court: 1 hour and 45 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE:** Apple Inc. v. Samsung Electronics Co., Ltd., et al.
**CASE NUMBER**: CV12-00630 LHK
Plaintiff Attorney(s) present: Mark Lyon, Mark Reiter and Mark Selwyn
Defendant Attorney(s) present: Michael Fazio, Victoria Maroulis and Patrick Curran

**PROCEEDINGS:**
1.) Samsung's Motion to Compel Production of Itunes and Isync Source Code, Printouts, and Release Information (Doc. 395)
2.) Apple Inc.'s Motion to Compel a Response to Interrogatory No. 22 and Production of Diff Program Printouts (Doc. 398)
3.) Apple Inc.'s Motion to Compel Production of Documents and Things and Continued Depositions of Juho Lee and Young Bum Kim (Doc. 401)
4.) Samsung's Motion to Compel Production of Documents Relating to Pricing of Apple Products (Doc. 404)

Counsel present oral arguments.
The court takes matters under submission; written order after hearing to be issued.

///