1  JOSH A. KREVITT (CA SBN 208552)
   (jkrevitt@gibsondunn.com)
2  H. MARK LYON (CA SBN 162061)
   (mlyon@gibsondunn.com)
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, California  94304-1211
   Telephone:  (650) 849-5300
5
   HAROLD J. MCELHINNY (CA SBN 66781)
6  (hmcelhinny@mofo.com)
   MICHAEL A. JACOBS (CA SBN 111664)
7  (mjacobs@mofo.com)
   RICHARD S.J. HUNG (CA SBN 197425)
8  (rhung@mofo.com)
   MORRISON & FOERSTER LLP
9  425 Market Street
   San Francisco, California  94105-2482
10 Telephone:  (415) 268-7000
   Facsimile:  (415) 268-7522
11

MARK D. SELWYN (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

NINA S. TALLON (Pro Hac Vice)
(nina.tallon@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

PETER JAMES KOLOVOS
(Pro Hac Vice)
(peter.kolovos@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Attorneys for Plaintiff Apple

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-CV-00630-LHK |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **NOTICE OF APPEARANCE** |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that John P. Pettit (State Bar No. 259904) of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Apple Inc. in this action.  Pursuant to General Order 45 IV(c), counsel respectfully requests that he be included via email on the Court's notification of all electronic filings in this action at the following email address: john.pettit@wilmerhale.com.

Dated:  April 12, 2013

WILMER CUTLER PICKERING
   HALE AND DORR LLP


/s/ John P. Pettit
John P. Pettit (SBN 259904)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

*Counsel for Plaintiff Apple Inc.*

NOTICE OF APPEARANCE
Civil Action No. 11-cv-01846-LHK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 12, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

 /s/ John P. Pettit
John P. Pettit

NOTICE OF APPEARANCE
Civil Action No. 11-cv-01846-LHK