JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY OF DOCUMENT PRODUCTION INFORMATION AND DIFF PROGRAM PRINTOUTS FROM GOOGLE, INC. UNDER SEAL** |

1   In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") hereby moves this Court for an order to seal the confidential, unredacted version of Apple's Reply in support of Its Motion to Compel Discovery of Document Production Information and Diff Program Printouts From Google, Inc.

This document contains or discusses information that Google, Inc. ("Google") has designated "Highly Confidential-Attorneys' Eyes Only" pursuant to the Protective Order entered in this case, or is otherwise information that is believed to be deemed confidential by Google.  Such confidential information has been highlighted in yellow.  Apple has established good cause to permit filing the above Google confidential information under seal through the Declaration of Jennifer Rho in support of Apple's Administrative Motion to File Its Reply in support of Its Motion to Compel Discovery Of Document Production Information And Diff Program Printouts From Google, Inc. Under Seal, filed herewith.  Apple expects that Google will file the required supporting declaration in accordance with Civil L.R. 79-5(d) as necessary with respect to confirming whether their information should be sealed.

Pursuant to General Order No. 62, the complete, unredacted version of this document will be lodged with the Court for in camera review and served on Google.   Further, in accordance with this Court's Civil Standing Order Regarding Motions to File Under Seal, a proposed public redacted version of Apple's Reply in support of Its Motion to Compel Discovery of Document Production Information and Diff Program Printouts From Google, Inc. will be publicly e-filed as an attachment to this Motion to Seal.

Pursuant to Civil L.R. 7-11, counsel for Apple met and conferred with counsel for Google on April 16, 2013.  Google does not oppose Apple's Administrative Motion to File Apple's Reply in support of Its Motion to Compel Discovery of Document Production Information and Diff Program Printouts From Google, Inc. Under Seal as a procedural mechanism for filing portions of Apple's

/ / /

/ / /

/ / /

Reply under seal. Google reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

Dated: April 16, 2013

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *H. Mark Lyon*
H. Mark Lyon
***Attorney for Apple Inc.***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule 5-1, and will be served on all counsel for Google, Inc. who have consented to electronic service in accordance with the Northern District of California Local Rules via the Court's ECF system.

Dated: April 16, 2013               /s/ *H. Mark Lyon*
                                        H. Mark Lyon