JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF JENNIFER RHO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY OF DOCUMENT PRODUCTION INFORMATION AND DIFF PROGRAM PRINTOUTS FROM GOOGLE, INC. UNDER SEAL** |

Gibson, Dunn & Crutcher LLP

RHO DECLARATION ISO APPLE'S ADMIN. MOT. TO FILE
ITS REPLY ISO MOTION TO COMPEL DISCOVERY FROM GOOGLE UNDER SEAL
12-CV-00630-LHK (PSG)

I, Jennifer Rho, declare and state as follows:

1. I am a member of the California State Bar and an associate with the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple"). Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in connection with Apple's Administrative Motion To File Its Reply In Support Of Its Motion To Compel Discovery Of Document Production Information And Diff Program Printouts From Google, Inc. Under Seal to confirm that certain information contained in its Reply In Support Of Its Motion To Compel Discovery Of Document Production Information And Diff Program Printouts From Google, Inc. ("Reply"), is confidential and sealable. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. The following documents, which Apple hereby seeks to file under seal, constitute or otherwise discuss information designated as "Highly Confidential-Attorneys' Eyes Only" by Google Inc. (collectively "Google"). Such information is highlighted.

3. Pursuant to Civil L.R. 7-11, Shannon Mader, counsel for Apple, met and conferred with Matthew Warren, counsel for Google, on April 16, 2013. Google indicated that it does not oppose Apple's Administrative Motions to File Documents Under Seal as a procedural mechanism for filing portions of Apple's Reply under seal. Google reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

5. Portions of Apple's Reply reference the contents of documents or information designated as "Highly Confidential-Attorney's Eyes Only" by Google. These portions of the brief have been redacted and should remain under seal.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: April 16, 2013

                                            /s/ *Jennifer Rho*
                                            Jennifer Rho

Gibson, Dunn & Crutcher LLP

RHO DECLARATION ISO APPLE'S ADMIN. MOT. TO FILE ITS REPLY ISO MOTION TO COMPEL DISCOVERY FROM GOOGLE UNDER SEAL
12-CV-00630-LHK (PSG)

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jennifer Rho has concurred in this filing.

Dated: April 16, 2013    By:   */s/ H. Mark Lyon*

H. Mark Lyon

Gibson, Dunn & Crutcher LLP

RHO DECLARATION ISO APPLE'S ADMIN. MOT. TO FILE
ITS REPLY ISO MOTION TO COMPEL DISCOVERY FROM GOOGLE UNDER SEAL
12-CV-00630-LHK (PSG)