UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiffs,<br>   v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY OF DOCUMENT PRODUCTION INFORMATION AND DIFF PROGRAM PRINTOUTS FROM GOOGLE, INC. UNDER SEAL** |

Apple Inc. ("Apple") has filed its Administrative Motion To File Its Reply In Support Of Its Motion To Compel Discovery Of Document Information And Diff Program Printouts From Google, Inc. Under Seal.

Apple and Google Inc. have filed the declarations required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that portions of Apple's Reply In Support Of Motion To Compel Discovery Of Document Information And Diff Program Printouts From Google, Inc. discuss and refer to non-public documents and things that are "privileged or protectable as trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a).

Accordingly, for good cause shown, the Court HEREBY ORDERS that portions of Apple's Reply In Support Of Its Motion To Compel Discovery Of Document Information And Diff Program Printouts From Google, Inc. may be filed under seal.

**IT IS SO ORDERED.**

Dated: _____          _____
                                          Hon. Paul S. Grewal
                                          United States Magistrate Judge