1
2  [COUNSEL LISTED ON SIGNATURE PAGES]
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                           SAN JOSE DIVISION

| | |
|---|---|
| 11  APPLE INC., a California corporation, | CASE NO. 5:12-cv-00630-LHK |
| 12              Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| 13       v. | |
| 14  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Hearing:** |
| 15 | |
| 16 | Date:    April 24, 2013<br>Time:    2:00 p.m.<br>Place:   Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |
| 17 | |
| 18              Defendants. | |
| 19  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 20 | |
| 21 | |
| 22 | |
| 23              Counterclaim-Plaintiffs, | |
| 24       v. | |
| 25  APPLE INC., a California corporation, | |
| 26              Counterclaim-Defendant. | |

27
28

STIPULATION OF EXTENSION OF TIME TO FILE
JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. 5:12-CV-00630-LHK

1  WHEREAS, on March 8, 2013, the Court set a Case Management Conference for April 24, 2013, in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 394), before which the parties' Joint Case Management Statement is April 17, 2013;

WHEREAS, the Court ordered that the parties' Joint Case Management Statement contain the parties' proposal as to the narrowing of this case consistent with the Court's March 8, 2013 Order (D.I. 394);

WHEREAS, the Court also ordered that, "within ten days after the Court issues its Claim Construction Order, the parties will be required to limit their asserted patent claims and accused products to twenty-five per side," and the Court issued its Claim Construction Order on April 10, 2013, such that the tenth date after the Court issued the Claim Construction Order is Saturday, April 20, 2013;

WHEREAS, the parties are conferring to prepare such proposal as to the narrowing of the case, and believe that a one-day extension of time to submit their Joint Case Management Statement will allow the parties to narrow any remaining areas of disagreement for focused discussion at the Case Management Conference;

WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any other deadline presently on calendar in this matter (*i.e.,* the Case Management Conference date will remain unchanged);

WHEREAS, the current deadline for the parties to submit their Joint Case Management Statement is April 17, 2013; and

WHEREAS, counsel for both parties agreed to extend the deadline for the parties to submit their Joint Case Management Statement to April 18, 2013.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that parties' Joint Case Management Statement shall be extended to April 18, 2013.  It is further stipulated and agreed that the parties shall submit their limitation of the asserted patent claims and accused products on April 22, 2013, as the first weekday following Saturday, April 20, 2013.

Dated: April 17, 2013

| | |
|---|---|
| By: */s/  H. Mark Lyon* | By: */s/   Victoria Maroulis* |
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONSAMERICA, LLC |

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Extension of Time to File Joint Case Management Conference Statement. In compliance with General Order 45.X.B, I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: April 17, 2013                                              /s/ __H. Mark Lyon_____


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: April 17, 2013                                              /s/ __H. Mark Lyon_____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Hearing:**<br><br>Date:  April 24, 2013<br>Time:  2:00 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1   WHEREAS, on March 8, 2013, the Court set a Case Management Conference for April 24, 2013, in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 394), before which the parties' Joint Case Management Statement is April 17, 2013;

WHEREAS, the Court ordered that the parties' Joint Case Management Statement contain the parties' proposal as to the narrowing of this case consistent with the Court's March 8, 2013 Order (D.I. 394);

WHEREAS, the Court also ordered that, "within ten days after the Court issues its Claim Construction Order, the parties will be required to limit their asserted patent claims and accused products to twenty-five per side," and the Court issued its Claim Construction Order on April 10, 2013, such that the tenth date after the Court issued the Claim Construction Order is Saturday, April 20, 2013;

WHEREAS, the parties are conferring to prepare such proposal as to the narrowing of the case, and believe that a one-day extension of time to submit their Joint Case Management Statement will allow the parties to narrow any remaining areas of disagreement for focused discussion at the Case Management Conference;

WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any other deadline presently on calendar in this matter (*i.e.,* the Case Management Conference date will remain unchanged);

WHEREAS, the current deadline for the parties to submit their Joint Case Management Statement is April 17, 2013; and

WHEREAS, counsel for both parties agreed to extend the deadline for the parties to submit their Joint Case Management Statement to April 18, 2013.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that parties' Joint Case Management Statement shall be extended to April 18, 2013.  It is further stipulated and agreed that the parties shall submit their limitation of the asserted patent claims and accused products on April 22, 2013, as the first weekday following Saturday, April 20, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The deadline for the parties' Joint Case Management Statement is hereby extended to April 18, 2013.

Dated: _____, 2013     By:_____
                                                          HONORABLE LUCY H. KOH

STIPULATION OF EXTENSION OF TIME TO FILE
JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. 5:12-CV-00630-LHK