| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Counterclaim-Plaintiffs,<br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Counterclaim-Defendant. | CASE NO. 5:12-cv-00630-LHK<br><br>**DECLARATION OF H. MARK LYON IN SUPPORT OF THE PARTIES' STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Hearing:**<br><br>Date:　　April 24, 2013<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 8, 4th Floor<br>Judge:　　Hon. Lucy H. Koh |

I, H. Mark Lyon, declare as follows:

1. I am a member of the California State Bar and a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to them under oath.

2. This declaration is submitted in support of the proposed stipulation and order filed jointly by Apple and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"), in which the parties request an order from this Court extending the parties' time to submit their Joint Case Management Statement.

3. On March 8, 2013, the Court set a Case Management Conference in this action for April 24, 2013. The Court further ordered that the parties' Joint Case Management Statement contain the parties' proposal as to the narrowing of this case consistent with the Court's March 8, 2013 Order (D.I. 394).

4. The Court's March 8, 2013 Order further stated that, "within ten days after the Court issues its Claim Construction Order, the parties will be required to limit their asserted patent claims and accused products to twenty-five per side." The Court since has issued its Claim Construction Order on April 10, 2013. The tenth day within the issuance of the Court's Claim Construction Order thus falls on Saturday, April 20, 2013;

5. The parties are continuing to confer regarding the proposal to narrow the case, and have agreed that a one-day extension of time to submit their Joint Case Management Statement will allow the parties to narrow any remaining areas of disagreement for focused discussion at the Case Management Conference.

6. This stipulation and the corresponding scheduling adjustment will not alter any other deadline presently on calendar in this matter (*i.e.,* the Case Management Conference date will remain unchanged).

7. Previous time modifications in this case, whether by stipulation or Court order, include the following:

a. On February 22, 2012, the Court set a briefing and hearing schedule for Apple's motion for preliminary injunction. (D.I. 37.)

b. On March 5, 2012, the parties stipulated and agreed that the time for Samsung to serve responsive pleadings pursuant to Rule 12 shall be April 18, 2012. (D.I. 40.)

c. On May 3, 2012, the parties stipulated and agreed that the time for Apple to respond to Samsung's counterclaims shall be extended to May 31, 2012. The Court entered the stipulation on May 4, 2012. (D.I. 163.)

d. On February 16, 2012, the Court granted in part the parties' stipulation for a briefing and hearing schedule on their respective motions to compel. (D.I. 100.)

e. On August 29, 2012, the Court granted the parties' stipulation to modify certain deadlines for events related to claim construction. (D.I. 259.)

f. On December 5, 2012, December 12, 2012, and January 3, 2012, the parties stipulated and agreed regarding the time for the parties' briefing and the hearing date for their motions for leave to amend infringement contentions, filed under docket numbers 304 and 306. On December 17, 2012 and January 4, 2013, the Court granted the parties' stipulations. (D.I. 329, 342.)

g. On September 21, 2012, December 11, 2012, and March 8, 2013, the Court entered orders continuing Case Management Conferences set in this action. (DI 266, 324, 394.)

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: April 17, 2013

                                                /s/ *H. Mark Lyon*
                                                H. Mark Lyon