[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>               Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Hearing:**<br><br>Date:      April 24, 2013<br>Time:     2:00 p.m.<br>Place:    Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>               Counterclaim-Plaintiffs,<br><br>     v.<br><br>APPLE INC., a California corporation,<br><br>               Counterclaim-Defendant. | |

1    WHEREAS, on March 8, 2013, the Court set a Case Management Conference for April 24,

2  2013, in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and

3  Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics

4  America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I.

5  394), before which the parties' Joint Case Management Statement is April 17, 2013;

6    WHEREAS, the Court ordered that the parties' Joint Case Management Statement contain the

7  parties' proposal as to the narrowing of this case consistent with the Court's March 8, 2013 Order

8  (D.I. 394);

9    WHEREAS, the Court also ordered that, "within ten days after the Court issues its Claim

10  Construction Order, the parties will be required to limit their asserted patent claims and accused

11  products to twenty-five per side," and the Court issued its Claim Construction Order on April 10,

12  2013, such that the tenth date after the Court issued the Claim Construction Order is Saturday, April

13  20, 2013;

14    WHEREAS, the parties are conferring to prepare such proposal as to the narrowing of the

15  case, and believe that a one-day extension of time to submit their Joint Case Management Statement

16  will allow the parties to narrow any remaining areas of disagreement for focused discussion at the

17  Case Management Conference;

18    WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any

19  other deadline presently on calendar in this matter (*i.e.,* the Case Management Conference date will

20  remain unchanged);

21    WHEREAS, the current deadline for the parties to submit their Joint Case Management

22  Statement is April 17, 2013; and

23    WHEREAS, counsel for both parties agreed to extend the deadline for the parties to submit

24  their Joint Case Management Statement to April 18, 2013.

25    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that

26  parties' Joint Case Management Statement shall be extended to April 18, 2013.  It is further

27  stipulated and agreed that the parties shall submit their limitation of the asserted patent claims and

28  accused products on April 22, 2013, as the first weekday following Saturday, April 20, 2013.

1    Dated: April 17, 2013

2    By: _s/  H. Mark Lyon_                              By: _/s/  Victoria Maroulis_

3
     Attorney for Plaintiff and Counterclaim-Defendant    Attorney for Defendants and Counterclaim-
4    APPLE INC.                                           SAMSUNG ELECTRONICS CO., LTD.,
                                                          SAMSUNG ELECTRONICS AMERICA,
5                                                         INC., AND SAMSUNG
                                                          TELECOMMUNICATIONS AMERICA, LLC
6
7    JOSH A. KREVITT (CA SBN 208552)                      Charles K. Verhoeven (Bar No. 170151)
     jkrevitt@gibsondunn.com                              charlesverhoeven@quinnemanuel.com
8    H. MARK LYON (CA SBN 162061)                         Kevin A. Smith (Bar No. 250814)
     mlyon@gibsondunn.com                                 kevinsmith@quinnemanuel.com
9    GIBSON, DUNN & CRUTCHER LLP                          QUINN EMANUEL URQUHART &
     1881 Page Mill Road                                  SULLIVAN LLP
10   Palo Alto, CA  94304-1211                            50 California Street, 22nd Floor
     Telephone: (650) 849-5300                            San Francisco, California 94111
11   Facsimile: (650) 849-5333                            Telephone: (415) 875-6600
                                                          Facsimile: (415) 875-6700
12
     MICHAEL A. JACOBS (CA SBN 111664)
13   mjacobs@mofo.com                                     Kevin P.B. Johnson (Bar No. 177129 (CA);
     RICHARD S.J. HUNG (CA SBN 197425)                    2542082 (NY))
14   rhung@mofo.com                                       kevinjohnson@quinnemanuel.com
     MORRISON & FOERSTER LLP                              Victoria F. Maroulis (Bar No. 202603)
15   425 Market Street                                    victoriamaroulis@quinnemanuel.com
     San Francisco, California 94105-2482                 QUINN EMANUEL URQUHART &
16   Telephone: (415) 268-7000                            SULLIVAN LLP
     Facsimile: (415) 268-7522                            555 Twin Dolphin Drive, 5th Floor
17                                                        Redwood Shores, California 94065
18   WILLIAM F. LEE (_pro hac vice_)                      Telephone: (650) 801-5000
     William.lee@wilmerhale.com                           Facsimile: (650) 801-5100
19   WILMER CUTLER PICKERING
       HALE AND DORR LLP                                  William C. Price (Bar No. 108542)
20   60 State Street                                      williamprice@quinnemanuel.com
     Boston, Massachusetts 02109                          QUINN EMANUEL URQUHART &
21   Telephone: (617) 526-6000                            SULLIVAN LLP
     Facsimile: (617) 526-5000                            865 South Figueroa Street, 10th Floor
22                                                        Los Angeles, California 90017-2543
                                                          Telephone: (213) 443-3000
23   MARK D. SELWYN (CA SBN 244180)                       Facsimile: (213) 443-3100
     mark.selwyn@wilmerhale.com
24   WILMER CUTLER PICKERING
       HALE AND DORR LLP                                  John Caracappa (_pro hac vice_)
25   950 Page Mill Road                                   jcaracappa@steptoe.com
     Palo Alto, CA 94304                                  STEPTOE & JOHNSON, LLP
26   Telephone: (650) 858-6000                            1330 Connecticut Avenue, NW
     Facsimile: (650) 858-6100                            Washington, D.C. 20036
27                                                        Telephone: (202) 429-6267
                                                          Facsimile: (202) 429-3902
28

1
2

**ATTESTATION OF E-FILED SIGNATURES**

3      I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this

4  Stipulation and [Proposed] Order Regarding Extension of Time to File Joint Case Management

5  Conference Statement.  In compliance with General Order 45.X.B, I hereby attest that Victoria

6  Maroulis has concurred in this filing.

7  Dated: April 17, 2013                              _____/s/ __H. Mark Lyon _____

8
9
10
11

**CERTIFICATE OF SERVICE**

12      The undersigned hereby certifies that the foregoing document was filed electronically in

13  compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties

14  who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's

15  ECF system.

16
17
Dated: April 17, 2013                              _____/s/ __H. Mark Lyon _____
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 5:12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Hearing:** |
| Defendants. | Date:      April 24, 2013 |
| | Time:      2:00 p.m. |
| | Place:     Courtroom 8, 4th Floor |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Judge:     Hon. Lucy H. Koh |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1      WHEREAS, on March 8, 2013, the Court set a Case Management Conference for April 24,

2  2013, in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and

3  Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics

4  America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I.

5  394), before which the parties' Joint Case Management Statement is April 17, 2013;

6      WHEREAS, the Court ordered that the parties' Joint Case Management Statement contain the

7  parties' proposal as to the narrowing of this case consistent with the Court's March 8, 2013 Order

8  (D.I. 394);

9      WHEREAS, the Court also ordered that, "within ten days after the Court issues its Claim

10  Construction Order, the parties will be required to limit their asserted patent claims and accused

11  products to twenty-five per side," and the Court issued its Claim Construction Order on April 10,

12  2013, such that the tenth date after the Court issued the Claim Construction Order is Saturday, April

13  20, 2013;

14      WHEREAS, the parties are conferring to prepare such proposal as to the narrowing of the

15  case, and believe that a one-day extension of time to submit their Joint Case Management Statement

16  will allow the parties to narrow any remaining areas of disagreement for focused discussion at the

17  Case Management Conference;

18      WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any

19  other deadline presently on calendar in this matter (*i.e.,* the Case Management Conference date will

20  remain unchanged);

21      WHEREAS, the current deadline for the parties to submit their Joint Case Management

22  Statement is April 17, 2013; and

23      WHEREAS, counsel for both parties agreed to extend the deadline for the parties to submit

24  their Joint Case Management Statement to April 18, 2013.

25      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that

26  parties' Joint Case Management Statement shall be extended to April 18, 2013.  It is further

27  stipulated and agreed that the parties shall submit their limitation of the asserted patent claims and

28  accused products on April 22, 2013, as the first weekday following Saturday, April 20, 2013.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The deadline for the parties' Joint Case

2  Management Statement is hereby extended to April 18, 2013.  The parties further shall submit their

3  limitation of the asserted patent claims and accused products on April 22, 2013, as the first weekday

4  following Saturday, April 20, 2013.

5

6  Dated: _____, 2013          By:_____

7                                                              HONORABLE LUCY H. KOH

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28