[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 5:12-cv-00630-LHK |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Hearing:** |
| Defendants. | Date: April 24, 2013<br>Time: 2:00 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

1    WHEREAS, on March 8, 2013, the Court set a Case Management Conference for April 24,

2    2013, in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and

3    Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics

4    America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I.

5    394), before which the parties' Joint Case Management Statement is April 17, 2013;

6    WHEREAS, the Court ordered that the parties' Joint Case Management Statement contain the

7    parties' proposal as to the narrowing of this case consistent with the Court's March 8, 2013 Order

8    (D.I. 394);

9    WHEREAS, the Court also ordered that, "within ten days after the Court issues its Claim

10   Construction Order, the parties will be required to limit their asserted patent claims and accused

11   products to twenty-five per side," and the Court issued its Claim Construction Order on April 10,

12   2013, such that the tenth date after the Court issued the Claim Construction Order is Saturday, April

13   20, 2013;

14   WHEREAS, the parties are conferring to prepare such proposal as to the narrowing of the

15   case, and believe that a one-day extension of time to submit their Joint Case Management Statement

16   will allow the parties to narrow any remaining areas of disagreement for focused discussion at the

17   Case Management Conference;

18   WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any

19   other deadline presently on calendar in this matter (*i.e.,* the Case Management Conference date will

20   remain unchanged);

21   WHEREAS, the current deadline for the parties to submit their Joint Case Management

22   Statement is April 17, 2013; and

23   WHEREAS, counsel for both parties agreed to extend the deadline for the parties to submit

24   their Joint Case Management Statement to April 18, 2013.

25   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that

26   parties' Joint Case Management Statement shall be extended to April 18, 2013.  It is further

27   stipulated and agreed that the parties shall submit their limitation of the asserted patent claims and

28   accused products on April 22, 2013, as the first weekday following Saturday, April 20, 2013.

1

Dated: April 17, 2013

2

By: _s/  H. Mark Lyon_____     By: _/s/   Victoria Maroulis_____

3

Attorney for Plaintiff and Counterclaim-Defendant     Attorney for Defendants and Counterclaim-

4

APPLE INC.     SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC., AND SAMSUNG

5

TELECOMMUNICATIONSAMERICA, LLC

6

7

JOSH A. KREVITT (CA SBN 208552)     Charles K. Verhoeven (Bar No. 170151)
jkrevitt@gibsondunn.com     charlesverhoeven@quinnemanuel.com

8

H. MARK LYON (CA SBN 162061)     Kevin A. Smith (Bar No. 250814)
mlyon@gibsondunn.com     kevinsmith@quinnemanuel.com

9

GIBSON, DUNN & CRUTCHER LLP     QUINN EMANUEL URQUHART &
1881 Page Mill Road     SULLIVAN LLP

10

Palo Alto, CA  94304-1211     50 California Street, 22nd Floor
Telephone: (650) 849-5300     San Francisco, California 94111

11

Facsimile: (650) 849-5333     Telephone: (415) 875-6600
Facsimile: (415) 875-6700

12

MICHAEL A. JACOBS (CA SBN 111664)

13

mjacobs@mofo.com     Kevin P.B. Johnson (Bar No. 177129 (CA);
RICHARD S.J. HUNG (CA SBN 197425)     2542082 (NY))

14

rhung@mofo.com     kevinjohnson@quinnemanuel.com
MORRISON & FOERSTER LLP     Victoria F. Maroulis (Bar No. 202603)

15

425 Market Street     victoriamaroulis@quinnemanuel.com
San Francisco, California 94105-2482     QUINN EMANUEL URQUHART &

16

Telephone: (415) 268-7000     SULLIVAN LLP
Facsimile: (415) 268-7522     555 Twin Dolphin Drive, 5th Floor

17

Redwood Shores, California 94065

18

WILLIAM F. LEE (_pro hac vice_)     Telephone: (650) 801-5000
William.lee@wilmerhale.com     Facsimile: (650) 801-5100

19

WILMER CUTLER PICKERING

20

  HALE AND DORR LLP     William C. Price (Bar No. 108542)
60 State Street     williamprice@quinnemanuel.com

21

Boston, Massachusetts 02109     QUINN EMANUEL URQUHART &
Telephone: (617) 526-6000     SULLIVAN LLP

22

Facsimile: (617) 526-5000     865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

23

MARK D. SELWYN (CA SBN 244180)     Telephone: (213) 443-3000
Facsimile: (213) 443-3100

24

mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING

25

  HALE AND DORR LLP     John Caracappa (_pro hac vice_)
950 Page Mill Road     jcaracappa@steptoe.com

26

Palo Alto, CA 94304     STEPTOE & JOHNSON, LLP
Telephone: (650) 858-6000     1330 Connecticut Avenue, NW

27

Facsimile: (650) 858-6100     Washington, D.C. 20036
Telephone: (202) 429-6267

28

Facsimile: (202) 429-3902

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Extension of Time to File Joint Case Management Conference Statement.  In compliance with General Order 45.X.B, I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: April 17, 2013                                            _____/s/ __H. Mark Lyon_____


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.


Dated: April 17, 2013                                            _____/s/ __H. Mark Lyon_____

1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>[PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT<br><br>**Hearing:**<br><br>Date:     April 24, 2013<br>Time:    2:00 p.m.<br>Place:   Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | |

27
28

1    WHEREAS, on March 8, 2013, the Court set a Case Management Conference for April 24,

2  2013, in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and

3  Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics

4  America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I.

5  394), before which the parties' Joint Case Management Statement is April 17, 2013;

6    WHEREAS, the Court ordered that the parties' Joint Case Management Statement contain the

7  parties' proposal as to the narrowing of this case consistent with the Court's March 8, 2013 Order

8  (D.I. 394);

9    WHEREAS, the Court also ordered that, "within ten days after the Court issues its Claim

10  Construction Order, the parties will be required to limit their asserted patent claims and accused

11  products to twenty-five per side," and the Court issued its Claim Construction Order on April 10,

12  2013, such that the tenth date after the Court issued the Claim Construction Order is Saturday, April

13  20, 2013;

14    WHEREAS, the parties are conferring to prepare such proposal as to the narrowing of the

15  case, and believe that a one-day extension of time to submit their Joint Case Management Statement

16  will allow the parties to narrow any remaining areas of disagreement for focused discussion at the

17  Case Management Conference;

18    WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any

19  other deadline presently on calendar in this matter (*i.e.,* the Case Management Conference date will

20  remain unchanged);

21    WHEREAS, the current deadline for the parties to submit their Joint Case Management

22  Statement is April 17, 2013; and

23    WHEREAS, counsel for both parties agreed to extend the deadline for the parties to submit

24  their Joint Case Management Statement to April 18, 2013.

25    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that

26  parties' Joint Case Management Statement shall be extended to April 18, 2013.  It is further

27  stipulated and agreed that the parties shall submit their limitation of the asserted patent claims and

28  accused products on April 22, 2013, as the first weekday following Saturday, April 20, 2013.

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The deadline for the parties' Joint Case

2   Management Statement is hereby extended to April 18, 2013.  The parties further shall submit their

3   limitation of the asserted patent claims and accused products on April 22, 2013, as the first weekday

4   following Saturday, April 20, 2013.

5

6   Dated:   April 18                    , 2013        By:   _Lucy H. Koh_

7                                                           HONORABLE LUCY H. KOH

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28