# EXHIBIT 9

VALEK DECL ISO APPLE MOTION TO COMPEL
PRODUCTION AND DEPOS
CASE NO. 5:12-CV-00630-LHK (PSG)

Highly Confidential – Attorneys' Eyes Only



# SAMSUNG Q4 '11
# DEEP DIVE

Provided by Hall and Partners

| Owner | Tim Benner |
|---|---|
| Document Revision | VFinal |
| Effective Date | February 14, 2012 |
| Retention | 5 yrs |
| Security Policy | Confidential |

SAMNDCA00380801

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380802

# H&P'S SAMPLE SPECIFICATIONS



## *Mobile*

| | |
|---|---|
| **Methodology** | • Online 25 minute survey |
| **Sample size** | • n=150 per week |
| **Screening criteria** | • Age 18-60<br>• No Industry affiliation<br>• Must intend to purchase a mobile phone in the next 6 months *or* have purchased a mobile phone in the past 6 months |

## *Tablet*

| | |
|---|---|
| **Methodology** | • Online 15 minute survey |
| **Sample size** | • n=75 per week |
| **Screening criteria** | • Age 18-60<br>• No Industry affiliation<br>• Must either currently own a tablet computer *or* be somewhat/very interested in purchasing one in the future |



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380803

# NI METHODOLOGY



## Audience Definitions

Audiences are defined by identifying sites that exhibit strong contextual relationships and/or are visited by users with shared affinities. This set of sites consists of locations that most effectively capture the audience engaging around topics within a specified domain. Defining an audience allows Networked Insights to reduce the noise prevalent in social media, including spam and duplicate data, allowing for identification of true insights. Where Twitter data is selected based on users' influence, Networked Insights utilizes **KLOUT** Scores as a factor in defining audiences.

## Conversation Metric

Keywords and phrases are used to categorize topics and themes that appear in social media conversations on blogs, forums, microblogs and social networking sites. Categories are identified by Networked Insights' proprietary Topic Discovery Engine (TDE) in conjunction with analysis from our social media analytics team. Once individual topics have been isolated, TDE is used to discover sub-themes, and various metrics (post volume, impressions, sentiment, etc.) are provided as needed for each topic.

## Impressions

Impressions are a calculation of the number of social mentions of a product/brand that visitors to social networking sites, forums, blogs and microblogs were exposed to. Impressions provide an estimation of how social media are consumed, are a way to account for the vast majority of social media users who do not actually create posts, and enable us to look beyond post counts to gain a better understanding of how much social reach a topic truly has. Impressions are a passive measurement tool and do not necessarily demonstrate engagement. As with other basic metrics, it is important to layer thematic insights upon impressions in order to understand what drives the conversation and what actions are required.

## Sentiment

Keywords are used to describe brands and products. Each keyword is defined by Boolean-search strings tuned to accurately capture volume of conversation. Ratings of positive, negative and neutral are assigned to a random sample of posts in order to gauge the sentiment for a given keyword.

## Topic Discovery

A mathematical approach is used to understand what themes drive engagement. Advanced clustering technology extracts the key sub-themes expressed in the content related to a keyword. A qualitative analysis is included to expose what is really driving the engagement and how different sub-themes interconnect.



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380804



**Agenda**

**1** Where is Samsung positioned within the mobile category?

**2** What impact does the Galaxy brand have on Samsung?

**3** How does "Next Big Thing" perform in market?

**4** How does "Next Big Thing" impact the brand?

**5** How does O.S. association impact Samsung?

**6** Is Apple going mass and what does it mean for Samsung?

**7** How does "Banter" and "Fashion Advice" perform in market?

**8** Where does Samsung sit in the tablet category?

Highly Confidential — Attorneys' Eyes Only

# EXECUTIVE SUMMARY

## STRENGTHS

❖ Current brand momentum from...

  ❖ The Galaxy Line

  ❖ The "Next Big Thing" campaign – highly ownable and providing direct competition with Apple

## OPPORTUNITIES

❖ Driving greater association with Android OS

❖ Focusing on Verizon and T-Mobile to win as much share as possible from current LG/Moto/RIM owners (before it bleeds to Apple instead)

## WEAKNESSES

❖ Samsung's presence in the tablet category

❖ Narrow resonance/impact of Flash Focus campaign

## THREATS

❖ Growing presence of Apple and HTC at Sprint

❖ Apple's continued growth (and longer term, next product launch)

SAMNDCA00380805

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380806

# *RECOMMENDATIONS*

❖ *Continue capitalizing on the strength and momentum that the Galaxy line is providing via both consistent and relatable creative, as well as potentially spreading the Galaxy line across adjacent Samsung categories*
  - Nearly three quarters of consumers are aware of the Galaxy line with over half of those aware linking back to Samsung.
  - Galaxy is driving online buzz for Samsung with average positive sentiment above that of the iPhone 4s.
  - Galaxy is having a clear impact on brand perceptions as those aware have a much stronger image of Samsung, as well as greater interest in purchasing.

❖ *Continue putting pressure directly on Apple by clearly communicating what makes the Galaxy different (and therefore better)*
  - At present, Apple's more mainstream presence appears a vulnerability that Samsung can continue working to take advantage of.
  - This is critical right now because though Samsung is making gains, Apple continues to build as well and the competitive set within mobile is looking to be more and more of a two-horse race.

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380807

# *RECOMMENDATIONS*

❖ *Continue delivering creative that is consistent (for branding) and relatable (for resonance) as opposed to highly salient creative that breaks through, but is difficult to tie back to the brand and limited in message impact (e.g. GSI, Behold II).*

- NBT was well recognized and strongly attributed back to Samsung, yielding superior efficiency of spend despite the creative registering modest stand out.
- NBT appears to have driven meaningful online conversation that evolved over time (from "Samsung bashing Apple" to "Are Samsung or Apple phones better?").
- The execution was more believable and relatable than past Samsung TV ads and product focused.
- As a result, NBT recognizers have a much more positive impression of Samsung and greater interest in the brand.

❖ *Look for ways to better incorporate the Tab into overall Galaxy communications*

- Samsung proves present in the category , however Apple is still the overwhelming leader.  Over half of consumers consider Apple their most preferred tablet brand with three quarters interested in purchase.
- Samsung has separated itself from all other competitors but are not yet competitive with Apple. Is there a way to leverage mobile equities to pull up the Tab?

Highly Confidential – Attorneys' Eyes Only

# *RECOMMENDATIONS*

❖ *Consider increasing efforts at Verizon and T-Mobile in order to compete directly with Apple for share that neither brand yet has*
  - While Apple has a clear hold at AT&T right now, there is still ample opportunity to pull share away from vulnerable competitors like LG, Motorola and RIM at these two providers.


❖ *While focusing directly on Apple, don't lose sight of HTC's progress at Sprint*
  - Apple and HTC have both made preference gains at Sprint while Samsung declines (historically Sprint has been a Samsung stronghold).
  - With the iPhone now offered at Sprint and HTC providing a formidable competitor in the Android space, Samsung's base is in jeopardy.

SAMNDCA00380808

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380809

# *RECOMMENDATIONS*

❖ **Look for ways to better leverage the Android connection as it appears to be a clear and meaningful differentiator**
  - Currently Samsung is considered the leader and most recommended OEM in Android O.S., however HTC is not far behind and in Q4 online Samsung-Android conversations doubled.
  - Samsung equities show a significant lift among those who consider Samsung the leader in Android O.S. indicating the potential for Android to positively impact the brand.

❖ **Consider the cost/benefit of putting significant support behind WP initiatives at this time**
  - While there is a market for WP, it is currently somewhat narrow, and therefore, not likely to be a compelling draw for prospects.
  - At present, association of Samsung and WP does not provide any lift in brand perceptions or interest.
  - However worth noting, Windows Phone OS has started to surface in online conversations which historically were predominately Apple vs Android.

Highly Confidential — Attorneys' Eyes Only

SAMNDCA00380810

# WHERE IS SAMSUNG POSITIONED WITHIN THE MOBILE CATEGORY?

## *SECTION ONE*



SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380811

# OVER TIME APPLE AND SAMSUNG HAVE BECOME THE MOST TOP OF MIND, PREFERRED BRANDS IN THE CATEGORY; SAMSUNG RETAINS THE GREATEST SHARE

**Category History (UAT3 & MPSA)**
Among total



Size of bubble represents total US mobile market share



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380812

## SAMSUNG & APPLE ARE THE ONLY BRANDS TO INCREASE VISIBILITY IN Q4 AS OTHER OEMS REMAIN STAGNANT OR IN DECLINE

**Unaided Brand Awareness – Top 3 Mentions**
Among total





Position in the category:
T-1st 1st 1st 1st 2nd 2nd 2nd 2nd

Base    Q1 '10 (1650), Q2 '10 (1950) Q3 '10 (1950) Q4 '10 (1950) Q1 '11 (1950) Q2 '11 (1950) Q3 '11 (1950) Q4 '11 (1950)
NOTE: CQGR = Compound Quarterly Growth Rate

\* Throughout the report Q1 '10 using full sample only (starting 01/11/10 to 3/28/10)
T=Tied



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380813

## SAMSUNG ALSO INCREASES SMARTPHONE MANUFACTURING AWARENESS WITH ONLY APPLE AND RIM AHEAD OF THE BRAND

**Smartphone Awareness**
Among total



To your knowledge, which of the following mobile phone manufacturers make smartphones?

Base:    Q2 '11 (1950); Q3 '11 (1950); Q4 '11 (1950)
A/B/C Statistically significant @ 95% confidence level



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380814

# IN ADDITION SAMSUNG MAKES STRIDES IN PREFERENCE, CEMENTING ITS POSITION AS THE SECOND MOST PREFERRED BRAND IN THE CATEGORY BEHIND APPLE

**MPSA**
Among total



Base     Q1 '10 (1850), Q2 '10 (1950) Q3 '10 (1950) Q4 '10 (1950) Q1 '11 (1950) Q2 '11 (1950) Q3 '11 (1949) Q4'11 (1949)
NOTE: CQGR = Compound Quarterly Growth Rate
* Throughout the report Q1 '10 using full sample only (starting 01/11/10 to 3/28/10)
T=Tied



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380815



# LOOKING AT THE WSPS, BOTH SAMSUNG AND APPLE GROW PREFERENCE AT VERIZON WITH SAMSUNG LOSING GROUND AT AT&T; APPLE AND HTC ALSO MAKE GAINS AT SPRINT

MPSA
Among WSP

Hall & Partners

2012.02.14 - TOP SECRET

15

SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380816

# IN ACCORDANCE WITH AWARENESS AND PREFERENCE, SAMSUNG AND APPLE ARE THE ONLY BRANDS TO INCREASE INTENT TO PURCHASE IN Q4



**Brand Purchase Intent (Top Box)**
Among Aware and Asked

Hall & Partners

*Position in the category:*
5th 5th 6th 5th 3rd T. T. 2nd
       4th      3rd 2nd

If you were to buy a mobile phone tomorrow, how likely would you be to buy a phone from each of the following brands?

| CQGR 3.4% | CQGR <3.4%> | CQGR <3.8%> | CQGR <6.1%> | CQGR 3.0% | CQGR 0% |

SAMSUNG — 19 18 19 20 21 21 21 24
LG — 23 22 20 20 20 19 19 18
MOTOROLA — 21 19 21 17 19 16 15 16
RIM — 28 27 24 27 23 22 19 18
Apple — 30 33 31 32 34 34 35 37
HTC — 20 21 20 21 21 20

Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4
2010      2011

Base    Q1 '10/Q2 '10/Q3 '10/Q4 '10/Q1 '11/Q2 '11/Q3 '11/Q4 '11 – Samsung (1638/1923/1925/1935/1937/1937/1935/1934); LG
(1542/1824/1804/1813/1838/1833/1847/1856); Motorola (853/1005/1008/1004/998/1004/999/998); Blackberry (854/1005/1008/1005/1000/1003/997/998); Apple
iPhone (855/1006/1009/1005/999/1005/1000/997); HTC (NA/NA/1005/997/993/999/997/998)
NOTE: CQGR = Compound Quarterly Growth Rate

* Throughout the report Q1 '10 using full sample only (starting 01/11/10 to 3/28/10)
T=Tied
2012.02.14 - TOP SECRET

16



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380817

## ALSO IN Q4, SAMSUNG HAS MADE GREAT STRIDES MOVING THE BRAND TOWARDS INNOVATION AND TECHNICAL PROWESS

**Samsung Personality**
Among aware and asked



> Below is a list of different statements that other people have made about brands of mobile phones. As you read the list, select all statements that you feel describe each of the mobile phone brands.

| Samsung Personality | Q1 '10 % | Q2 '10 % | Q3 '10 % | Q4 '10 % | Q1 '11 % | Q2 '11 % | Q3 '11 % | Q4 '11 % |
|---|---|---|---|---|---|---|---|---|
| Functional | 48 | 46 | 49 | 49 | 49 | 48 | 49 | 49 |
| Reliable | 42 | 38 | 42 | 43 | 43 | 42 | 40 | 43 |
| Trustworthy | 37 | 36 | 38 | 38 | 40 | 38 | 37 | 39 |
| Stylish | 33 | 32 | 30 | 33 | 33 | 33 | 33 | 37 |
| High-performing | 27 | 28 | 28 | 28 | 32 | 31 | 31 | 34 |
| Intelligent | 26 | 25 | 26 | 26 | 29 | 29 | 29 | 32 |
| Innovative | 25 | 23 | 22 | 24 | 26 | 27 | 27 | 31 |
| Inviting | 25 | 24 | 26 | 25 | 26 | 26 | 25 | 29 |
| Imaginative | 22 | 21 | 20 | 21 | 24 | 23 | 25 | 28 |
| Optimistic | 24 | 23 | 23 | 23 | 26 | 23 | 24 | 26 |
| Authentic/Unique | 22 | 20 | 20 | 18 | 21 | 20 | 21 | 25 |
| Young | 21 | 19 | 20 | 19 | 21 | 22 | 21 | 24 |
| Caring | 23 | 21 | 25 | 23 | 25 | 23 | 23 | 24 |

Base    Q1 '10 (1638); Q2 '10 (1923); Q3 '10 (1925); Q4 '10 (1935); Q1 '11 (1937); Q2 '11 (1937); Q3 '11 (1935); Q4 '11 (1934);
Green/Red   Significantly higher/lower than Q4 '11 @95% confidence level



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380818

# DESPITE GROWTH IN THESE AREAS, SAMSUNG IS STILL PRIMARILY VIEWED AS FUNCTIONAL & RELIABLE WITH APPLE OWNING STYLE AND INNOVATION

**Category Personality**
Among aware and asked



**SAMSUNG**

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380819

# IN LINE WITH PERSONALITY, SAMSUNG SHOWS SIGNIFICANT GROWTH ACROSS ALL IMAGERY METRICS IN Q4 (WITH THE EXCEPTION OF "MAKES EASY TO USE PRODUCTS")

## Samsung Imagery
Among aware and asked



Below is a list of different statements that other people have made about brands of mobile phones. As you read the list, select all statements that you feel describe each of the mobile phone brands.

| Samsung Imagery | Q1 '10 % | Q2 '10 % | Q3 '10 % | Q4 '10 % | Q1 '11 % | Q2 '11 % | Q3 '11 % | Q4 '11 % |
|---|---|---|---|---|---|---|---|---|
| Is a brand I've been hearing a lot about lately | 21 | 18 | 19 | 21 | 24 | 24 | 24 | 29 |
| Offers phones that stretch the definition of what a phone is | 20 | 20 | 20 | 22 | 23 | 23 | 24 | 27 |
| On its way up and has a lot going for it | 26 | 26 | 26 | 26 | 28 | 28 | 29 | 32 |
| If this brand were a person, it would be someone I'd really like and would have a lot in common with | 22 | 21 | 22 | 23 | 24 | 25 | 24 | 28 |
| Is the most technologically advanced mobile phone brand of all | 13 | 13 | 13 | 14 | 15 | 15 | 16 | 19 |
| Enables me to bring my imagination to life | 18 | 17 | 17 | 18 | 19 | 20 | 20 | 24 |
| Is the best designed and most stylish mobile phone brand of all | 19 | 18 | 18 | 18 | 19 | 20 | 20 | 24 |
| I go out of my way to recommend this brand to others | 20 | 18 | 19 | 21 | 22 | 21 | 21 | 25 |
| Is a brand I am proud to own | 29 | 27 | 28 | 28 | 30 | 30 | 29 | 34 |
| Inspires my creativity | 18 | 17 | 17 | 18 | 18 | 18 | 19 | 23 |
| Makes phones that meet my expectations | 38 | 37 | 39 | 39 | 40 | 38 | 37 | 43 |
| This mobile phone brand is well ahead of the rest | 18 | 15 | 15 | 18 | 17 | 18 | 18 | 22 |
| Shares my passions | 19 | 20 | 19 | 20 | 21 | 21 | 19 | 23 |
| Makes products that are easy to use | 41 | 38 | 39 | 42 | 41 | 41 | 39 | 42 |

Base    Q1 '10 (1638); Q2 '10 (1923); Q3 '10 (1925); Q4 '10 (1935); Q1 '11 (1937); Q2 '11 (1937); Q3 '11 (1935); Q4 '11 (1934);
Green/Red   Significantly higher/lower than Q4 '11 @95% confidence level



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380820

## SAMSUNG MOVES TOWARDS INNOVATION AND STYLE, THOUGH TRAITS STILL PREDOMINATELY OWNED BY APPLE

**Category Imagery**
Among aware and asked



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380821

# A TREND FURTHER SUPPORTED IN THE ONLINE SPACE, AS SAMSUNG POSITIVE AND SPONTANEOUS ASSOCIATION WITH STYLE AND INNOVATION INCREASES IN Q4

**Online association attribute**
Among total





*Analysis based on "consumer electronics" sample

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380822

# WHAT IMPACT DOES THE GALAXY BRAND HAVE ON SAMSUNG?

## *SECTION TWO*



SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380823

# THE GALAXY BRAND SHOWS TREMENDOUS GROWTH AS NEARLY THREE QUARTERS OF CONSUMERS ARE AWARE OF THE NAME WITH HALF ATTRIBUTING GALAXY TO SAMSUNG

**Galaxy Awareness**
Among total





Base: Q1 '11 (1950); Q2 '11 (1950); Q3 '11 (1950); Q4 '11 (1950)
A/B/C/D Statistically significant @ 95% confidence level

2012.02.14 - TOP SECRET

23



Highly Confidential – Attorneys' Eyes Only

## CONVERSATIONS AROUND GALAXY REMAIN CONSISTENTLY POSITIVE, AS APPLE AND HTC FLUCTUATE

**Weekly product sentiment**
Among total





Nielsen buzz metrics

SAMNDCA00380824

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380825

# THE GALAXY BRAND ALSO INCREASES SAMSUNG'S ONLINE PRESENCE IN Q4, AS OVER HALF OF SAMSUNG'S ONLINE CONVERSATIONS INCLUDE THE GALAXY NAME

**Online mentions Galaxy lift (mobile)**
Among total





*Analysis based on "consumer electronics" sample

SAMSUNG

Highly Confidential — Attorneys' Eyes Only

SAMNDCA00380826

# AS A RESULT, GALAXY HAS A NOTABLE BRAND IMPACT, WITH A STRONG CORRELATION BETWEEN GALAXY AWARENESS AND SAMSUNG IMAGERY

**Galaxy Awareness by Samsung Positive Imagery (Weekly numbers in 2011)**
Among total

Hall & Partners



Dots represent weekly plot of Galaxy
awareness by Samsung brand imagery

Correlation between variables r=.69

Base: 52 Week (150 per week)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380827

# MOREOVER, INTEREST IN PURCHASE INCREASES AMONG THOSE AWARE OF THE NAME

**Samsung Purchase Intent by Galaxy Awareness (Q4 '11)**
Among aware



Base:   Not Aware of Galaxy Brand (595), Aware of Galaxy Brand (1339)
A/B  Statistically significant @ 95% confidence level



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380828

# OUTSIDE OF MOBILE, GALAXY IS ASSOCIATED TO A DEGREE WITH OTHER SAMSUNG CATEGORIES; GIVING SOME LIFT TO TV AND COMPUTERS

**Online mentions Galaxy lift (other categories)**
Among total



*Analysis based on "consumer electronics" sample

SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380829

## THE GALAXY NAME ALSO APPEARS TO POSITIVELY IMPACT THE MASTER BRAND, AS GLOBAL PREFERENCE IS STRONGER AMONG THOSE AWARE

**Samsung Global MPSA by Galaxy Awareness (Q4 '11)**
Among aware





Base:   Total Not Aware of Galaxy Brand (605); Total Aware of Galaxy Brand (1344)
A/B   Statistically significant @95% confidence level

2012.02.14 – TOP SECRET

29



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380830

# HOW DOES "NEXT BIG THING" PERFORM IN MARKET?
## SECTION THREE



SAMSUNG

Highly Confidential – Attorneys' Eyes Only

# HOW TO READ CAMPAIGN REACH CHARTS

**Weekly ad recognition example**
Among total

Hall & Partners

A. *Highest weekly recognition score*
B. *Average recognition score*
C. *Lowest weekly recognition score*
D. *Campaign spend (TRPs)*
E. *All Samsung ads recognition average*



SAMNDCA00380831

SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380832

# RECOGNITION FOR "NEXT BIG THING" IS ABOVE AVERAGE EVEN THOUGH SUPPORT FOR THE EXECUTION FELL BELOW THAT OF "WIRED"

**Weekly ad recognition**
Among total

Hall & Partners



Base:    52 Week (150 per week)
* Execution unduplicated reach

2012.02.14 - TOP SECRET

32

SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380833

# THE AD IS MOST RECOGNIZED AMONG MALES AND T-MOBILE SUBSCRIBERS AND UNLIKE PAST CREATIVE, SPANS AGE RANGE

**Profile of Recognizers**
Among total



| | Next Big Thing TV (GSII) | The Way We're Wired TV (GSII) | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | Superhero TV (Behold II) | Apple Two iPhone | Apple Facetime |
|---|---|---|---|---|---|---|
| TOTAL RECOGNITION | 41% | 29% | 37% | 25% | 41% | 40% |
| YMC Target | 115 | 117 | 110 | 116 | 117 | 113 |
| Male | 117 | 110 | 109 | 108 | 110 | 103 |
| Female | 83 | 90 | 78 | 84 | 90 | 100 |
| 18-24 | 112 | 128 | 131 | 160 | 141 | 140 |
| 25-34 | 105 | 103 | 112 | 116 | 120 | 110 |
| 35-44 | 98 | 97 | 90 | 96 | 88 | 95 |
| 44+ | 95 | 83 | 68 | 56 | 76 | 80 |
| Verizon | 105 | 93 | 93 | 92 | 100 | 100 |
| AT&T | 105 | 93 | 96 | 92 | 100 | 115 |
| Sprint | 83 | 97 | 98 | 100 | 105 | 88 |
| T-Mobile | 122 | 134 | 106 | 112 | 110 | 108 |
| Smartphone Intenders | 105 | 103 | 105 | NA | 112 | 130 |

Green   Index greater than or equal to 115
Red     Index less than or equal to 85
* Execution average



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380834

## "NEXT BIG THING" ALSO HAS THE STRONGEST BRAND LINKAGE OF ANY SAMSUNG SPONSORED AD TO DATE, RIVALING APPLE'S RECENT EXECUTIONS

**Ad linkage**
Among recognizers



| | Next Big Thing TV (GSII) | The Way We're Wired TV (GSII) | Avatar / Epic / Dog Fight / Car Chase TV (GSI)* | Superhero TV (Behold II) | | Apple Two Phones | Apple Face Time |
|---|---|---|---|---|---|---|---|
| | *(A)* | *(B)* | *(C)* | *(D)* | | *(E)* | *(F)* |
| Ad Linkage | % | % | % | % | | % | |
| Apple/ iPhone | 6E | 14A | 9 | 4 | Samsung | 2 | 5 |
| Don't Know | 27E | 44A | 36A | 53A | Don't Know | 20 | 24 |

Base:    Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436); Avatar/Epic/Dog Fight/Car Chase TV (GSI) (756); Superhero TV (Behold II) (237); Apple Two Phones (368); Apple Face Time (510)
*Galaxy mentions included.
A/B, A/C, A/D, A/E, A/F  Statistically significant @ 95% confidence level
* Execution average

34



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380835

## WITH STRONG REACH AND ATTRIBUTION, "NEXT BIG THING" DISPLAYS BETTER EFFICIENCY OF SPEND...

**Samsung effective recognition per TRP**
Among total



**Hall & Partners**

| Total TRPs | | Average Effective Recognition | TRPs Per Effective Recognition Point |
|---|---|---|---|
| 690 | Next Big Thing TV (GSII) | 22% | 31 |
| 911 | The Way We're Wired TV | 6% | 152 |
| 1,764 | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | 10% | 176 |
| 480 | Superhero TV | 3% | 160 |

Green Under 50
Yellow 50 to 150
Red over 150
* Execution average

**SAMSUNG**

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380836

## ...DUE IN PART TO THE STRONG ONLINE CONVERSATIONS IGNITED BY THE CAMPAIGN

**Campaign conversation online (blogs and forums)**
Among total





A. (11/23) – NBT launch & excitement over GSII release
B. (12/8) – Epic Touch update & white GSII release
C. (1/5) – New Samsung ad "ripping off" Apple campaign elements
D. (1/9) - Skyrocket HD announced
E. (1/17) - Epic 4G touch HD release in Japan & pink GSII in UK

*Analysis based on "consumer electronics" sample



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380837

# "NEXT BIG THING'S" CREATIVE BREAK THROUGH WAS ON PAR WITH PAST EXECUTIONS, THOUGH NOT AS STRONG AS THE GSI ADS AND "SUPERHERO"

**Ad Salience**
Among recognizers



Base:   Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436); Avatar/Epic/Dog Fight/Car Chase TV (GSI) (756); Superhero TV (Behold II) (237); Apple Two Phones (368); Apple Face Time (184)

A/B, A/C, A/D, A/E, A/F  Statistically significant @ 95% confidence level

* Execution average **based on 38 mobile ads



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380838

# "NEXT BIG THING" IS RELATABLE AND CLEVER, WITH MORE CONSUMERS INTERESTED IN THE PRODUCT FEATURED, WITH OVERALL APPEAL ON AVERAGE

**Ad Involvement**
Among recognizers





| Involvement Diagnostics | % | % | % | % | % | % |
|---|---|---|---|---|---|---|
| I like the phone featured | 47D | 46 | 44 | 36 | 46 | 62A |
| It makes its point in a clever way | 45BE | 28 | 41 | 44 | 34 | 52 |
| I can relate to what they are saying and showing | 30CD | 28 | 20 | 18 | 24 | 39A |
| I'd enjoy seeing it again | 27 | 28 | 38A | 43A | 21 | 44A |
| I looked at the advertising very closely, because it was very appealing | 16 | 22A | 27A | 32A | 16 | 32A |

Base:   Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436); Avatar/Epic/Dog Fight/Car Chase TV (GSI) (756); Superhero TV (Behold II) (237); Apple Two Phones (368); Apple Face Time (184)

A/B, A/C, A/D, A/E, A/F Statistically significant @ 95% confidence level

* Execution average, **based on 38 mobile ads



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380839

# THEMATICALLY, "NEXT BIG THING" RESONATES WITH CONSUMERS AS THE CONVERSATION EVOLVED OVER TIME TO BE MORE PRODUCT FOCUSED

**Online campaign themes driving engagement**



*Analysis based on "consumer electronics" sample

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380840

# HOWEVER THE AD PROVES MUCH MORE BELIEVABLE, AS MORE CONSUMERS BELIEVE THE PHONE CAN DELIVER ON WHAT THE AD IS SAYING



**Ad Diagnostic**
Among recognizers

Hall & Partners

*"I believe the phone can deliver on what the advertising is saying" norm: 38%\*\**

I believe the phone can deliver on what the advertising is saying.

| 45%CD | 41% | 37% | 32% | 42% | 49% |
|---|---|---|---|---|---|
| Next Big Thing TV (GSII) | The Way We're Wired TV (GSII) | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | Superhero TV (Behold II) | Apple Two Phones | Apple Face Time |
| (A) | (B) | (C) | (D) | (E) | (F) |

Base:  Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436); Avatar/Epic/Dog Fight/Car Chase TV (GSI) (756); Superhero TV (Behold II) (237); Apple Two Phones (368); Apple Face Time (184)

A/B, A/C, A/D, A/E, A/F  Statistically significant @ 95% confidence level

\* Execution average  \*\*based on 38 mobile ads



Highly Confidential — Attorneys' Eyes Only

SAMNDCA00380841

## WHICH IN TURN GARNERS STRONGER INTENT TO PURCHASE COMPARED TO PAST SAMSUNG CREATIVE

**Ad Purchase Intent**
Among recognizers

Hall & Partners



*Mobile T2B purchase intent norm: 43%\*\**

| Top 2 Box: | 46%D | 41% | 42% | 35% | 47% | 63%A |
|---|---|---|---|---|---|---|
| | Next Big Thing (GSII) | The Way We're Wired (GSII) | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | Superhero (Behold II) | Apple Two Phones | Apple Face Time |
| | (A) | (B) | (C) | (D) | (E) | (F) |

- ■ Definitely would buy
- ■ Probably would buy
- ■ Might or might not buy
- ● Probably would not buy
- ■ Definitely would not buy

Base:  Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436); Avatar/Epic/Dog Fight/Car Chase TV (GSI) (756); Superhero TV (Behold II) (257); Apple Two Phones (368); Apple Face Time (184)
A/B, A/C, A/D, A/E, A/F Statistically significant @ 95% confidence level **based on 38 mobile ads




41  SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380842

# HOW DOES "NEXT BIG THING" IMPACT THE BRAND?

## SECTION FOUR



SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380843

# WHEN CONTROLLING FOR OWNERSHIP & FAMILIARITY, "NEXT BIG THING" IS THE ONLY SAMSUNG SPONSORED EXECUTION TO SIGNIFICANTLY IMPACT BRAND PERCEPTIONS

**Brand Impact (among non-owners & equal familiarity)**
Among recognizers and non recognizers



## Lift of brand metrics among ad recognizers from non

|  | Samsung | | | | Apple | |
|---|---|---|---|---|---|---|
|  | Next Big Thing (GSII) | The Way We're Wired (GSII) | Avatar / Epic / Dog Fight / Car Chase TV* (GSI) | Superhero (Behold II) | Apple Two Phones | Apple Face Time |
| Advocacy (T2B) | +12% | +6% | +4% | +3% | +11% | +8% |
| Commitment (T2B) | +5% | +2% | +1% | -9% | +4% | +10% |
| Purchase Intent (T2B) | +8% | +6% | +4% | +1% | +7% | +3% |
| Positive Imagery Average | +10% | +8% | +6% | +5% | +5% | +7% |
| Positive Personality Average | +11% | +6% | +4% | +5% | +4% | +8% |
| MPSA | +12% | +1% | -2% | 0% | +3% | +6% |

Base: Recognizers of Next Big Thing (GSII) (117); The Way We're Wired (GSII) (225); Galaxy SI Average (GSI) (256); Superhero (Behold II) (178); Stormchaser/Band (Omnia II) (108); Ozzy (Jack) (334);
Non Recognizers of Next Big Thing (GSII) (126); The Way We're Wired (GSII) (374); Galaxy SI Average (GSI) (300); Superhero (Behold II) (373); Stormchaser/Band (Omnia II) (99); Ozzy (Jack) (262)
Green/Red  Significantly higher/lower than non recognizers @95% confidence level



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380844

# FURTHERMORE, WHEN CORRECTLY LINKED BACK TO SAMSUNG, CONSUMERS ARE MORE LIKELY TO VIEW THE BRAND AS OPTIMISTIC, STYLISH, AND INNOVATIVE

**Category Personality Shift for "Next Big Thing"**
Among aware and asked



SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380845

# IN THE SAME WAY, SAMSUNG IS SEEN AS MORE CREATIVE, IMAGINATIVE, AND STYLISH



**Category Imagery Shift for "Next Big Thing"**
Among aware and asked

Hall & Partners

**MAP KEY**

| Non recognizer | Recognize but not link to STA | Recognize and link to STA |
| --- | --- | --- |

*All other brands in total*

On its way up and has a lot going for it

hTC

◆ Is a brand I've been hearing a lot about lately
Bring my imagination to life

◆ Inspires my creativity

Stretches the definition of what a phone is

This mobile phone brand is well ahead of the rest ◆

Meet my expectations

SAMSUNG

◆Shares my passions
I go out of my way to recommend this brand to others

◆Is the best designed and most stylish

Easy to use

SAMSUNG

Brand I am proud to own

Have a lot in common with

Is the most technologically advanced

MOTOROLA

SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380846

# HOW DOES O.S. ASSOCIATION IMPACT SAMSUNG?

## SECTION FIVE



SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380847

# AMONG ANDROID MOBILE DEVICE MANUFACTURES, SAMSUNG IS MOST RECOMMENDED OEM AND ALSO CONSIDERED THE LEADER

**OEM Android recommendation and leader**
Among SP intender

Hall & Partners





Base:  Smartphone intenders (835)
A/B/C/D Statistically significant @ 95% confidence level

SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380848

# LIKEWISE FOR WINDOWS PHONE OS, SAMSUNG IS AHEAD OF ALL OTHER BRANDS

**OEM Windows Phone recommendation and leader**
Among SP intender

Hall & Partners



Which manufacturer of WP mobile phones would you recommend?

BCDE 29% — Samsung (A)
DE 19% — HTC (B)
DE 16% — LG (C)
6% — Dell (D)
4% — Nokia (E)



Which manufacturer do you consider the leader of WP mobile phones?

BCDE 31% — Samsung (A)
CDE 22% — HTC (B)
DE 18% — LG (C)
E 13% — Dell (D)
7% — Nokia (E)

Base:   Smartphone intenders (835)
A/B/C/D/E  Statistically significant @ 95% confidence level



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380849

# WHEN PUT HEAD TO HEAD, THE VOLUME OF SAMSUNG-ANDROID CONVERSATION FAR EXCEEDS THAT OF WINDOWS PHONE AND SAMSUNG (EVEN MORE SO IN Q4)

**Online operating system association with Samsung mentions**
Among blogs and forums





*Analysis based on "consumer electronics" sample



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380850

# IN ADDITION, SAMSUNG HAS THE MOST SHARE OF ANDROID CONVERSATION WHEN COMPARED TO OTHER OEMS

**Share of voice (Android conversations)**
Among blogs and forums





**Current ranking of Android phones conversations (1/29)**

1. GSII
2. Galaxy Nexus
3. Moto Droid Razr
4. HTC Sensation
5. Nexus S 4g

*Analysis based on "consumer electronics" sample

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380851

# FURTHERMORE, THE SAMSUNG BRAND IS VIEWED MUCH MORE FAVORABLY WHEN STRONGLY CONNECTED TO ANDROID...

**Samsung brand equity summary**
Among non owners familiar of Samsung



| | Total % | Shift among those who consider Samsung leader in WP OS % | Shift among those who consider Samsung leader in Android OS % |
|---|---|---|---|
| Samsung Advocacy (Top 2 Box Net) | 41 | -1 | +21 |
| Samsung Commitment (Top 2 Box Net) | 39 | +2 | +19 |
| Samsung Purchase Intent (Top 2 Box Net) | 47 | 0 | +19 |
| Samsung MPSA | 8 | 0 | +8 |
| **Samsung Imagery** | | | |
| On its way up and has a lot going for it | 30 | -3 | +23 |
| Is the best designed and most stylish | 22 | +1 | +21 |
| Is the most technologically advanced | 17 | -2 | +17 |
| Is a brand I am proud to own | 26 | +1 | +13 |
| **Samsung Personality** | | | |
| Stylish | 33 | -2 | +12 |
| Imaginative | 27 | +4 | +10 |
| Innovative | 30 | +3 | +16 |
| High-performing | 33 | +2 | +20 |

Base:   Total (635); Associate Samsung Leader of Window Phone OS (88); Associate Samsung Leader of Android OS (76)
Green/red = Significantly higher / lower than total

51



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380852

## ...DESPITE WINDOWS PHONE OWNERS BEING JUST AS SATISFIED AS ANDROID USERS REGARDLESS OF OEM

**Satisfaction**
Among Android and WP owners





Base:    All Android OS Owners (804); All Window Phone OS Owners (144); Samsung Android OS Owners (289); Samsung Windows Phone OS Owners (58)
A/B  Statistically significant @ 95% confidence level

2012.02.14 - TOP SECRET

52



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380853

# AND THOSE WHO WOULD NOT RECOMMEND WINDOWS PHONE HAVE HAD NO EXPERIENCE WITH THE SYSTEM

**OEM recommendation**
Among SP intender



Base:   Smartphone intenders (835)
A/B Statistically significant @ 95% confidence level



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380854

# LACK OF REGARD FOR WP OS ASIDE FROM OWNERS MAY BE CHANGING AS WINDOWS PHONE HAS ENTERED THE HISTORIC ANDROID – IPHONE DEBATE

## Online campaign themes driving engagement



*Analysis based on "consumer electronics" sample

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380855

# IS APPLE GOING MASS AND WHAT DOES IT MEAN FOR SAMSUNG?

## SECTION SIX



SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380856

## APPLE CONTROLS THE MOST SHARE OF VOICE IN THE ONLINE SPACE, INFLUENCING CATEGORY VOLUME

**Weekly Share of Mobile Category Buzz Volume**
Among total





*Analysis based on "consumer electronics" sample

SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380857

# BUILDING ON THEIR URBAN, HIGH INCOME BASE, APPLE HAS MADE STRIDES IN EXPANDING BRAND FAMILIARITY TO MORE RURAL, SUBURBAN, AND LOW INCOME DEMOS

**Apple familiarity**
Among aware and asked



| | Q1 '10 | Q2 '10 | Q3 '10 | Q4 '10 | Q1 '11 | Q2 '11 | Q3 '11 | Q4 '11 |
|---|---|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) |
| | % | % | % | % | % | % | % | % |
| **Apple: I Feel I know a lot about this brand** | | | | | | | | |
| Urban | 45 | 52 | 50 | 51 | 53 | 52 | 47 | 52 |
| Suburban | 41 | 44 | 44 | 42 | 48AD | 49ABCD | 49ABCD | 51ABCD |
| Rural | 29B | 22 | 26 | 27 | 30B | 33BCD | 31B | 39ABCDEG |
| +$100K | 50 | 54 | 56 | 55 | 58 | 55 | 57 | 60A |
| $50-$100K | 40 | 41 | 43 | 42 | 46AB | 49ABCD | 49ABCD | 51ABCD |
| Less thank $50k | 33 | 34 | 34 | 35 | 38A | 37 | 35 | 42ABCDG |
| 8 target markets | 47 | 51 | 55A | 49 | 54A | 53 | 57ABD | 59ABDF |
| Control markets | 36 | 37 | 37 | 38 | 42ABCD | 43ABCD | 40AC | 45ABCDEG |

Base    Base sizes vary by time period
A/B/C/D/E/F/G/H    Statistically significant @ 95% confidence level



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380858

# CONSUMERS ARE ALSO STARTING TO SEE APPLE AS MORE RELIABLE, TRUSTWORTHY, AND FUNCTIONAL, AND LESS YOUNG AND COMPLICATED

**Apple personality and imagery**
Among aware and asked



| Apple Personality and Imagery | Q1 '10 (A) % | Q4 '11 (B) % | % |
|---|---|---|---|
| Reliable | 32 | 48A | +16 |
| Trustworthy | 34 | 47A | +13 |
| Makes products that are easy to use | 38 | 49A | +11 |
| Makes phones that meet my expectations | 41 | 49A | +8 |
| Caring | 25 | 33A | +8 |
| Functional | 46 | 53A | +7 |
| Is the best designed and most stylish | 48 | 54A | +6 |
| Traditional | 10 | 16A | +6 |
| Optimistic | 39 | 45A | +6 |
| Stretch the definition of what a phone is | 63 | 60 | -3 |
| Complicated | 40B | 35 | -5 |
| Young | 58B | 51 | -7 |

Base    Q1 '10 (855) Q4 '11 (997)
A/B    Statistically significant @ 95% confidence level



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380859

# THE PREFERENCE GAP BETWEEN APPLE AND SAMSUNG, WHICH WAS ONCE SO PREVALENT IN TARGET MARKETS, IS STARTING TO SPILL OVER INTO CONTROL MARKETS

**Apple Samsung preference gap by market**
Among total

Hall & Partners



Base      Base sizes vary by time period
Blue      Apple advantage
Orange  Samsung advantage

2012.02.14 – TOP SECRET

59

SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380860

## LIKEWISE, APPLE CONTINUES TO WIDEN THEIR SCOPE AT THE WSPS, AS THEY EXPAND THEIR PREFERENCE ADVANTAGE AT AT&T & VERIZON AND MAKE INROADS AT SPRINT

**Apple Samsung preference gap by WSP**
Among total



*Gap at Verizon*



*Gap at AT&T*



*Gap at Sprint*





*Gap at T-Mobile*

Base    Base sizes vary by time period
Blue    Apple advantage
Orange  Samsung advantage

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380861

# HOW DOES "BANTER" AND "FASHION ADVICE" PERFORM IN MARKET?
## *SECTION SEVEN*



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380862

## DESPITE MUCH HIGHER SPEND, RECOGNITION OF THE FOCUS FLASH ADS FALL IN LINE WITH "NEXT BIG THING"

**Weekly Ad Recognition**
Among total



Base:    52 Week (150 per week)

SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380863

# THE ADS ALSO FALL SHORT ON ATTRIBUTION, AS SAMSUNG IS AWARDED LITTLE CREDIT FOR THE EXECUTIONS

**Ad Linkage**
Among recognizers



| Ad Linkage | % | % | % | % | % |
|---|---|---|---|---|---|
| AT&T | 3C | 1 | 1 | 9ABC | 26ABCD |
| HTC Touch | 4E | 5E | 4E | 4E | 1 |
| Apple/iPhone | 6 | 3 | 5 | 7B | N/A |
| Don't Know | 41CE | 41CE | 27 | 57ABCE | 32 |

Base: Recognizers of Banter TV (Focus Flash) (425); Fashion Advice TV (Focus Flash) (287); Next Big Thing TV (GSII) (371); Infuse 4G TV (Infuse 4G) (636); AT&T Apple TV (iPhone) (589)
*Galaxy mentions included
A/B/C/D/E Statistically significant @ 95% confidence level

2012.02.14 – TOP SECRET

63



Highly Confidential — Attorneys' Eyes Only

SAMNDCA00380864

# THE INFUSE 4G TV SPOT IS THE ONLY AD CONSIDERED TO BE SIGNIFICANTLY DIFFERENT FROM OTHER ADVERTISING TRACKED

**Ad Salience**
Among recognizers





*Mobile T2B salience norm: 63%\*\**

| | Top 2 Box: | 53% | 57% | 59% | 77% ABCE | 54% |
|---|---|---|---|---|---|---|
| ■ It really stood out as different from other advertising | | 15% | 20% | 20% | 32% ABCE | 15% |
| ■ It stood out as being somewhat different from other advertising | | 38% | 37% | 39% | 45% ABE | 39% |
| ■ It wasn't very different from other advertising but it did stand out | | 30% D | 24% D | 28% D | | 27% D |
| ● It was much the same as most advertising and didn't stand out much | | 12% D | 12% D | 9% D | 17% | 13% D |
| ■ It was the sort of advertising that you don't notice and it didn't stand out at all | | 5% | 7% | 4% | 3% | 6% |
| | | Banter TV (Focus Flash) | Fashion Advice TV (Focus Flash) | Next Big Thing TV (GSII) | Infuse 4G TV (Infuse 4G) | AT&T Apple TV (iPhone) |
| | | *(A)* | *(B)* | *(C)* | *(D)* | *(E)* |

Base:  Recognizers of Banter TV (Focus Flash) (425); Fashion Advice TV (Focus Flash) (287); Next Big Thing TV (GSII) (371); Infuse 4G TV (Infuse 4G) (636); AT&T Apple TV (iPhone) (589)
A/B/C/D/E Statistically significant @ 95% confidence level
\*\*based on 38 mobile ads



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380865

# FALLING BELOW "NEXT BIG THING", THE FOCUS FLASH ADS ARE ONLY MODERATELY APPEALING TO AUDIENCES

**Ad Involvement**
Among recognizers



*Mobile T2B involvement norm: 63%\*\**

| | Banter TV (Focus Flash) (A) | Fashion Advice TV (Focus Flash) (B) | Next Big Thing TV (GSII) (C) | Infuse 4G TV (Infuse 4G) (D) | AT&T Apple TV (iPhone) (E) |
|---|---|---|---|---|---|
| **Top 2 Box:** | 52% | 53% | 62%ABE | 64%ABE | 55% |
| It's very appealing advertising | 16% | 17% | 25%ABE | 20% | 17% |
| It's more appealing than other ads | 36% | 36% | 38% | 44%ABE | 38% |
| It's less appealing than other ads | 36%CD | 30%D | 29%D | 21% | 31%D |
| | 5% | 7%C | | 6%C | 6%C |
| It's not appealing advertising | 7% | 10% | 6% | 10%C | 7% |

| Involvement Diagnostics | % | % | % | % | % |
|---|---|---|---|---|---|
| I like the phone featured | 34D | 31 | 47ABD | 27 | 43ABD |
| It makes its point in a clever way | 35 | 36 | 45AB | 55ABCE | 48AB |
| I can relate to what they are saying and showing | 23D | 22D | 30ABD | 11 | 32ABD |
| I'd enjoy seeing it again | 29 | 31 | 27 | 36ACE | 25 |
| I looked at the advertising very closely, because it was very appealing | 13 | 13 | 16 | 13 | 16 |

Base:  Recognizers of Banter TV (Focus Flash) (425), Fashion Advice TV (Focus Flash) (287); Next Big Thing TV (GSII) (371); Infuse 4G TV (Infuse 4G) (636); AT&T Apple TV (iPhone) (589)
A/B/C/D/E Statistically significant @ 95% confidence level
\*\*based on 38 mobile ads



Highly Confidential — Attorneys' Eyes Only

SAMNDCA00380866

# WITH THE LACK OF STRONG APPEAL AND DIFFERENTIATION, THE FOCUS FLASH ADS DO NOT DRIVE INTEREST

**Ad Persuasion**
Among recognizers



Mobile T2B persuasion norm: 46%**

| Top 2 Box: | 32% | 34% | 48%ABDE | 32% | 37% |
|---|---|---|---|---|---|
| ■ I'm extremely interested in finding out more | 11% | 13% | 16%AD | 9% | 12% |
| ■ I'm very interested in finding out more | 21% | 21% | 32%ABDE | 23% | 25% |
| ■ I'm somewhat interested in finding out more | 35% | 32% | 32% | 35% | 32% |
| ● I'm not really interested in finding out more | 21%C | 21%C | 13% | 22%C | 21%C |
| ■ I'm not at all interested in finding out more | 13%C | 13%C | 7% | 11%C | 10% |
| | Banter TV (Focus Flash) | Fashion Advice TV (Focus Flash) | Next Big Thing TV (GSII) | Infuse 4G TV (Infuse 4G) | AT&T Apple TV (iPhone) |
| | (A) | (B) | (C) | (D) | (E) |

| Persuasion Diagnostics | % | % | % | % | % |
|---|---|---|---|---|---|
| It tells me something new | 22D | 22D | 28D | 16 | 29ABD |
| It tells me something interesting about the company | 18D | 21D | 25AD | 13 | 20D |

Base:   Recognizers of Banter TV (Focus Flash) (425); Fashion Advice TV (Focus Flash) (287); Next Big Thing TV (GSII) (371); Infuse 4G TV (Infuse 4G) (636); AT&T Apple TV (iPhone) (589)
A/B/C/D/E Statistically significant @ 95% confidence level
**based on 38 mobile ads

2012.02.14 - TOP SECRET

66



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380867

# SIMILARLY, INTENT TO PURCHASE IS FAR BELOW THAT OF "NEXT BIG THING" AND COMPETITOR ADS

**Ad Purchase Intent**
Among recognizers



Base:   Recognizers of Banter TV (Focus Flash) (425); Fashion Advice TV (Focus Flash) (287); Next Big Thing TV (GSII) (371); Infuse 4G TV (Infuse 4G) (636); AT&T Apple TV (iPhone) (589)
A/B/C/D/E Statistically significant @ 95% confidence level
**based on 38 mobile ads



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380868

# WHERE DOES SAMSUNG SIT IN THE TABLET CATEGORY?

## SECTION EIGHT



SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380869

## APPLE IS THE MOST TOP OF MIND BRAND IN THE TABLET CATEGORY, WHILE A QUARTER OF RESPONDENTS MENTION SAMSUNG

**Unaided Brand Awareness – Top 3 Mentions**
Among total





Base    Q4 '11 (975)
A/B/C/D/E/F   Statistically significant @95% confidence level



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380870

## WHEN AIDED, MORE THAN HALF OF TABLET INTENDERS ARE AWARE THAT SAMSUNG MANUFACTURES TABLET COMPUTERS, WITH ONLY APPLE AHEAD

**Tablet manufacturer awareness**
Among total



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380871

# THE GALAXY TAB IS RECOGNIZED BY ALMOST 60% OF RESPONDENTS, BUT DOES NOT GARNER THE SAME LEVELS OF AWARENESS AS IPAD, KINDLE, OR TOUCHPAD

**Tablet model awareness**
Among total

Hall & Partners



Base    Q4 '11 (975)

SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380872

# APPLE HAS A DOMINATING PRESENCE IN THE CATEGORY, AS HALF OF RESPONDENTS SEE THE BRAND AS THEIR MOST PREFERRED; SAMSUNG SECURES THE SECOND POSITION, THOUGH FAR BEHIND APPLE

**MPSA**
Among Total





Base    Q4 '11 (975)
A/B/C/D/E/F/G/H/I   Statistically significant @95% confidence level

2012.02.14 - TOP SECRET

72

Highly Confidential — Attorneys' Eyes Only

SAMNDCA00380873

# LIKEWISE, ALMOST THREE QUARTERS OF RESPONDENTS ARE WILLING TO PURCHASE APPLE, WITH SAMSUNG FALLING A DISTANT SECOND

**Category Purchase Intent**
Among aware of brand and asked





Base    Among aware of brand and asked Samsung (942); Apple (484); HP (481); LG (482); HTC (483); BlackBerry (483); Motorola (481)
A/B/C/D/E/F/G    Statistically significant @95% confidence level

2012.02.14 – TOP SECRET

73

SAMSUNG

Highly Confidential — Attorneys' Eyes Only

SAMNDCA00380874

# SAMSUNG PERSONA IS MORE DEVELOPED THEN ALL OTHER BRANDS IN THE CATEGORY, HOWEVER APPLE STILL LEADS THE WAY

**Samsung Personality**
Among aware and asked



## Personality

|  | Samsung | Apple | HP | LG | HTC | Blackberry | Motorola |
|---|---|---|---|---|---|---|---|
| Functional | 46% | 65% | 47% | 40% | 40% | 37% | 40% |
| Reliable | 39% | 57% | 40% | 30% | 27% | 31% | 26% |
| High-performing | 39% | 69% | 34% | 30% | 32% | 33% | 23% |
| Intelligent | 37% | 67% | 34% | 31% | 31% | 35% | 27% |
| Trustworthy | 36% | 62% | 38% | 30% | 27% | 29% | 28% |
| Stylish | 33% | 63% | 28% | 30% | 33% | 36% | 24% |
| Innovative | 33% | 69% | 27% | 29% | 30% | 31% | 23% |
| Imaginative | 30% | 64% | 24% | 26% | 27% | 24% | 19% |
| Optimistic | 28% | 46% | 21% | 27% | 24% | 19% | 19% |
| Inviting | 28% | 51% | 22% | 22% | 23% | 21% | 16% |
| Authentic/Unique | 25% | 56% | 21% | 20% | 21% | 23% | 16% |
| Young | 23% | 46% | 15% | 28% | 34% | 25% | 16% |
| Caring | 23% | 41% | 25% | 19% | 17% | 15% | 15% |
| Traditional | 21% | 32% | 40% | 20% | 15% | 22% | 26% |
| Complicated | 11% | 20% | 16% | 12% | 16% | 28% | 15% |

Base       Among aware of brand and asked Samsung (942); Apple (484); HP (481); LG (482); HTC (483); BlackBerry (483); Motorola (481)
Green/Red  Significantly higher/lower than Samsung @95% confidence level



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380875

# APPENDIX



SAMSUNG

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380876

**Samsung Imagery**
Among aware and asked



## Imagery

| | Samsung | Apple | HP | LG | HTC | Blackberry | Motorola |
|---|---|---|---|---|---|---|---|
| Makes products that are easy to use | 38% | 62% | 38% | 32% | 28% | 27% | 29% |
| Makes tablet computers that meet my expectations | 36% | 62% | 35% | 26% | 29% | 25% | 25% |
| On its way up and has a lot going for it | 35% | 44% | 22% | 32% | 35% | 23% | 20% |
| Is a brand I've been hearing a lot about lately | 33% | 64% | 25% | 21% | 28% | 28% | 20% |
| Is a brand I am proud to own | 33% | 57% | 33% | 25% | 23% | 25% | 17% |
| Enables me to bring my imagination to life | 30% | 57% | 28% | 22% | 24% | 20% | 18% |
| Inspires my creativity | 26% | 56% | 27% | 20% | 21% | 20% | 15% |
| Offers tablets that stretch the definition of what a tablet computer is | 25% | 57% | 23% | 18% | 21% | 17% | 15% |
| They are well ahead of the rest | 23% | 63% | 22% | 17% | 20% | 18% | 12% |
| Someone I'd really like and would have a lot in common with | 23% | 48% | 24% | 20% | 16% | 15% | 14% |
| Shares my passions | 23% | 50% | 25% | 18% | 17% | 17% | 14% |
| Is the best designed and most stylish tablet computer brand of all | 22% | 58% | 20% | 16% | 16% | 17% | 12% |
| I go out of my way to recommend this brand to others | 22% | 49% | 23% | 17% | 16% | 16% | 11% |
| Is the most technologically advanced tablet computer brand of all | 21% | 63% | 20% | 15% | 18% | 17% | 11% |

Base    Among aware of brand and asked Samsung (947); Apple (986); HP (481); LG (482); HTC (483); BlackBerry (483); Motorola (481)
Green/Red    Significantly higher/lower than Samsung @95% confidence level

2012.02.14 - TOP SECRET                              76



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380877



**Brand Sales**
Among total

SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380878



**Product Sales**
Among total



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380879

## PR Placements & Impressions
Among total



SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380880



**Earned Media Value Generated**
Among total

SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380881



**Online Mobile Mentions (Volume)**
Among total

\*Analysis based on "consumer electronics" sample

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380882



**Online Mobile Mentions (Sentiment and volume)**
Among total

NETWORKED INSIGHTS.

Samsung    Apple

Launch of iPhone 4S

*Analysis based on "consumer electronics" sample

SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380883



**Campaign Conversation Volume**
Among total



A. (week 2) – *New "Movies and Music" spot released*
B. (week 8) – *Twitter spike around "Samsunged" buzz word*

*Analysis based on "consumer electronics" sample



Highly Confidential – Attorneys' Eyes Only

**Campaign Sentiment**
Among total





A.  (Week 2) – *perceived attack on Apple customers lead to the increased negative sentiment*
B.  (Week 3) – *The humor of the campaign, particularly the Barista character, drove positive sentiment*
C.  (Week 4) – *Less aggressive conversation from Apple-focused sites*
D.  (Week 8) – *4 new ad executions released, driving both pos. and neg. sentiment*
E.  (Week 9) – *Conversation more neutral around quoting the ads and the two new commercials*

\*Analysis based on "consumer electronics" sample

SAMNDCA00380884



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380885

## Ad response summary
Among Apple customers



|  | Apple Owner | Non-Apple Owner |
|---|---|---|
|  | (A) | (B) |
|  | % | % |
| Top 2 Box Salience | 65% | 58% |
| Top 2 Box Involvement | 62% | 62% |
| Top 2 Box Persuasion | 48% | 49% |
| Top 2 Box Purchase Intent | 43% | 47% |
| It makes its point in a clever way | 46% | 44% |
| I like the phone featured | 46% | 47% |
| It tells me something interesting about the company | 33% | 23% |
| I believe the phone can deliver on what the advertising is saying | 37% | 47% |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380886



**Samsung Personality**
Among aware and asked

Hall & Partners

SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380887



**Category Personality**
Among aware and asked

Hall & Partners

Legend:
- Samsung
- Apple
- HTC

Axes: Functional, Reliable, Trustworthy, Stylish, High-performing, Intelligent, Traditional, Innovative, Inviting, Imaginative, Optimistic, Authentic/Unique, Young, Caring

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00380888



A ■ Recognized advertisement

B ■ Did not recognize the advertisement



*Top 2 Box PI Difference between Recognizers and Non Recognizers*

| +8% | +6% | +4% | +1% | -2% | +2% |
|-----|-----|-----|-----|-----|-----|

67% 59% | 64% 58% | 65% 61% | 57% 56% | 53% 55% | 57% 55%

Next Big Thing (GSII) | The Way We're Wired (GSII) | Galaxy SI Average (GSI) | Superhero (Behold II) | Stormchaser / Band (Omnia II) | Ozzy (Jack)

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380889



Online mentions of brand manufacturer with WSP
Among total

NETWORKED INSIGHTS.

*Analysis based on "consumer electronics" sample

Samsung   LG   Apple   HTC

2012.02.14 - TOP SECRET     89     SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380890

## Personality – Gap between Apple and Samsung
Among aware and asked





Below is a list of different statements that other people have made about brands of mobile phones. As you read the list, select all statements that you feel describe each of the mobile phone brands.

| Personality | Q1 '10 Gap % | Q4 '11 Gap % |
|---|---|---|
| Imaginative | +41 | +34 |
| Innovative | +39 | +33 |
| Intelligent | +35 | +32 |
| High-performing | +34 | +31 |
| Authentic/Unique | +30 | +29 |
| Young | +37 | +27 |
| Stylish | +27 | +23 |
| Optimistic | +15 | +19 |
| Inviting | +18 | +18 |
| Caring | +2 | +9 |
| Trustworthy | -3 | +8 |
| Reliable | -10 | +5 |
| Functional | -2 | +4 |

Base:    Q1 '10: Samsung (1638); Apple (855); Q4 '11: Samsung (1894); Apple (997)



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380891

## Samsung Imagery – Gap Between Apple and Samsung

Hall & Partners



Below is a list of different statements that other people have made about brands of mobile phones. As you read the list, select all statements that you feel describe each of the mobile phone brands.

| Imagery | Q1 '10 Gap % | Q4 '11 Gap % |
|---|---|---|
| Is the most technologically advanced mobile phone brand of all | +48 | +46 |
| Is a brand I've been hearing a lot about lately | +46 | +38 |
| This mobile phone brand is well ahead of the rest | +40 | +38 |
| Offers phones that stretch the definition of what a phone is | +43 | +33 |
| Is the best designed and most stylish mobile phone brand of all | +29 | +30 |
| Enables me to bring my imagination to life | +31 | +28 |
| Inspires my creativity | +29 | +26 |
| Shares my passions | +19 | +16 |
| On its way up and has a lot going for it | +20 | +15 |
| If this brand were a person, it would be someone I'd really like and would have a lot in common with | +18 | +15 |
| I go out of my way to recommend this brand to others | +12 | +13 |
| Is a brand I am proud to own | +7 | +8 |
| Makes products that are easy to use | -3 | +7 |
| Makes phones that meet my expectations | +3 | +6 |

Base    Q1 '10: Samsung (1698); Apple (865); Q4 '11: Samsung (1934); Apple (997)



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380892

## Brand Impact (controlled for ownership and brand familiarity)
Among recognizers and non recognizers






A ■ Recognized advertisement

B ■ Did not recognize the advertisement

| Samsung MPSA Difference between Recognizers and Non Recognizers | | | | | |
|---|---|---|---|---|---|
| +12% | +1% | -2% | 0% | -1% | NA |

| Next Big Thing (GSII) | The Way We're Wired (GSII) | Galaxy SI Average (GSI) | Superhero (Behold II) | Stormchaser / Band (Omnia II) | Ozzy (Jack) |
|---|---|---|---|---|---|
| 18% B / 6% | 13% / 12% | 8% / 10% | 8% / 8% | 5% / 6% | NA |

Base:   Recognizers of Next Big Thing (GSII) (117); The Way We're Wired (GSII) (225); Galaxy SI Average (GSI) (256); Superhero (Behold II) (178); Stormchaser/Band (Omnia II) (108); Ozzy (Jack) (334);
Non Recognizers of Next Big Thing (GSII) (126); The Way We're Wired (GSII) (174); Galaxy SI Average (GSI) (300); Superhero (Behold II) (373); Stormchaser/Band (Omnia II) (99); Ozzy (Jack) (362)
A/B Statistically significant @ 95% confidence level

2012.02.14 - TOP SECRET                                            92



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380893



**Online conversations (Blogs, Forums, News, Twitter)**
Data from 11/21/11 to 12/31/11

NETWORKED INSIGHTS.

Online Conversations around "Next Big Thing"

"Favoriting and sharing YouTube video

Waiting in line

5%

4%

30%

65%

Quoting "Dude you're a barista"

Commercial makes fun of Apple

*Analysis based on "consumer electronics" sample

2012.02.14 – TOP SECRET

93

SAMSUNG

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380894

**Category Personality Shift among Smartphone Intenders**
Among aware and asked



Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380895



## Category Imagery Shift among Smartphone Intenders
Among aware and asked

Highly Confidential – Attorneys' Eyes Only

SAMNDCA00380896

## Ad persuasion
Among recognizers

**Hall & Partners**



| Persuasion Diagnostics | (A) | (B) | (C) | (D) | (E) | (F) |
|---|---|---|---|---|---|---|
| | % | % | % | % | % | % |
| It tells me something new | 28 | 26 | 31 | 24 | 33 | 40A |
| It tells me something interesting about the company | 25 | 21 | 23 | 23 | 23 | 24 |

Base: Recognizers of Next Big Thing TV (GSII) (371); The Way We're Wired TV (GSII) (436); Avatar/Epic/Dog Fight/Car Chase TV (GSI) (756); Superhero TV (Behold II) (237); Apple Two Phones (368); Apple Face Time (184)

A/B, A/C, A/D, A/E, A/F Statistically significant @ 95% confidence level

* Execution average

2012.02.14 - TOP SECRET

96