# EXHIBIT 11

VALEK DECL ISO APPLE MOTION TO COMPEL
PRODUCTION AND DEPOS
CASE NO. 5:12-CV-00630-LHK (PSG)



# VZW PMT Weekly Update

## October 17, 2011

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

Confidential Business Information,
Subject to Protective Order

# Executive Summary

- **i405 Stratosphere launched 10/13**

- **i110 Illusion regression sw submitted 10/13; target TA 11/3, target launch 11/10**

- i500 "Missed Calls" issue has arisen again

  – Issue observed on other devices (HTC) in certain geographical areas

  – Qualcomm provided 5 patches for QSC6805; testing shows improvement

  – Patches to be included in GB MR submission

- **Prime continues to be a risky project**

  – **11/3 launch is risky; field testing issues continue, other regression testing schedules challenging**

  – **New schedule (Google & VZW discussing): TA (MR0) 11/7; launch (MR0) 11/17**

  – **Bounce effect found in Gallery; Google requested to change**

  – **Google proposal to remove Samsung logo from box rejected; counterproposal delivered**

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.



Confidential Business Information,
Subject to Protective Order



Market Sensing

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

Confidential Business Information,
Subject to Protective Order

S-ITC-600000228

# Market Sensing Highlights

| Finding | Implication |
|---|---|
| Thunderbolt WK41 web promo for $149 with free extended battery | • Thunderbolt must be facing high returns because of poor battery life |
| iPhone4S shows 2 week delay for online orders | • Demand seems to be strong even though spec upgrade was minimal |
| Verizon and Moto joint press event on 10/18 in NYC, most likely announcing Droid Razr and Xoom2 | |
| Droid Charge moved down from $299 to $199 10/7 | • Sales were up 1.1K for the first 3 days |
| iPhone4 Price reduction (16GB priced at $149, 32GB priced at $199) after iPhone4S announcement | • Will provide competition at same price point for Charge and Stratosphere although not 4g |
| **Q4 Upper Tier**<br>APP iPhone 4S 32GB ($299)<br>MOT DROID Razr/HD ($299)<br>HTC Vigor ($299)<br>SAM Galaxy Nexus ($299) | • [Launch: 10/14]<br>• [Launch anticipated: 11/3]<br>• [Launch anticipated 11/10] |
| **Q4 Middle Tier**<br>*APP iPhone 4S 16GB ($199)*<br>MOT Bionic($249 → $199 TBD)<br>HTC Thunderbolt($199)<br>SAM Charge($199)<br>LG Revolution($199) | • [Launch anticipated: 10/14]<br>• First premium LTE devices being price eroded to $199 price point for holidays |
| **Q4 Lower Tier**<br>*SAM Stratosphere*<br>*PAN Breakout*<br>APP iPhone 4 8GB ($99)<br>MOT X2 ($99)<br>HTC Incredible 2 ($99) | |

Confidential Business Information,
Subject to Protective Order

# 4Q Launch Competitors

| Device | Competitive Landscape |
|--------|----------------------|
| **Stratosphere (Aegis)** Launch: Oct 13 | **Pantech Breakout** Launch Sept 22 '11 W/S: $299 RP:$99 • 4.0" WVGA Bar • 1GHz • 512MB RAM, 390 MB internal + 8GB mSD • 5+VGA MP, 1500 mAh   **Next Gen BB Curve/Sedona** Launch Oct '11 • LTE • BB OS 7 • 800 MHz MSM8655 • HVGA+ (480x360) • 512MB RAM • 5MP, 802.11n |
| **Illusion (Viper)** Launch: Nov 10 | **LG Enlighten** Launch Sept 29 '11 W/S:$179 RP:$79 Optimus II Slider • 3.2" HVGA • 800 MHz • 3MP   **HTC Rhyme** Launch Sept 29 '11 W/S:$359 RP:$199 • Female Android • 3.7" WVGA SLCD • MSM7630 800 MHz • Sense3.5 UI • 4GB + 768MB RAM • 5MP + VGA FF • Charm indicator • Spkr Dock, Headphones |
| **Galaxy Nexus (Prime)** Launch: Nov 17 | **Moto Droid Razr/HD** Launch Nov 3 '11 RP:$299 • 4.3" qHD • HDMI • 8 MP + "HD" FF camera • Dual Core 1.2 GHz TI OMAP • 1GB RAM • <9mm • Kevlar casing   **HTC Vigor/Rezound** Launch: Nov 10 '11 RP:$299 • Dual core 1.5GHz Snapdragon, Adreno 220 • 4.3" HD S-LCD 1280x720 • MDM9600 + MSM8660 • 8+2MP • 1GB RAM, 16GB internal • Sense 3.5 • Beats by Dre   **LG Revolution2** Launch: Pushed out to Q1 '12 • Ultra Thin, Global • Dual core • 4.5" HD • MDM9600+MSM8660 |

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

SAMSUNG

Confidential Business Information,
Subject to Protective Order

# Market Sensing Internal Activities

| Task | Purpose |
|------|---------|
| Top-down TAM analysis of 2012 mkt | • Understand potential unit sales in 2012 |
| Provided business impact of lost feature phone SKUs | • Prepare recovery plan for lost SKUs |
| Refined 4G growth forecast at Verizon based on key SKUs | • Understand the growth of 4G LTE at Verizon and position devices accordingly |
| Field Sales Data analyzed | • Understand which devices are currently doing well in the market |
| 2012 Roadmap Outlook | • Analyzing gaps in portfolio and provide recommendations. |
| Competitive Q3/Q4 Product Specs Table | • Side by side comparison |
| Analysis on Verizon's user base | • Ppt slides available |
| Updated How to Defeat Apple presentation | • Competitive response to iPhone5 |
| Competitive Line-up updated | • Needed for business planning |
| W/S Pricing estimates updated | • Understand how our products are positioned in Verizon portfolio |

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.



Confidential Business Information,
Subject to Protective Order



2012 Product Highlights

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

Confidential Business Information,
Subject to Protective Order

S-ITC-600000232

# 2012 Roadmap – Devices Selected, awaiting FLD

| Product | Update |
|---------|--------|
| **Stealth 3** | • Presented with Alternate Chipset during Korea Summit.<br>• Quad-Core non Global under evaluation by Ev.<br>• Need design camp to finalize ID. |
| **Aegis 2** | • New target launch date is early September 2012<br>• VzW has requested Alternate Chipset solution investigation, along with comparison chart.<br>• OK to do non global with AC, and to evaluate with either QCT or Via |
| **P9** | • Introduced Affogato and Macchiato options<br>• Need 'story' on how Affogato can indeed replace a laptop (contents/preloads)<br>• Need to propose Macchiato with differentiator.  VzW very interested in pen solution, but not price premium. |
| **P13** | • Presented Espresso.  Cost not low enough to compete with Amazon's device<br>• Need to do a strip down version to hit a <$150 Retail price next year.<br>• Need to ALSO propose a true Tab 7.7 replacement |
| **Jasper** | • VzW accepted device at $225.<br>• Launch date is August.<br>• Evaluating preloads<br>• FLD target 11/10 |

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.



# Non – FLD devices Schedule - Desired

| | | TA-FLD (Weeks) | DIA | FLD | SFN | PVR | PRE-P1 | PRA | Phase 1 | TA | Launch Date | Promised Launch Date (May) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stealth 3 | 4.65 UTUB Dual Core | 33 | 9/13/2011 | 10/11/2011 | 11/8/2011 | 3/3/2012 | 3/6/2012 | 4/28/2012 | 5/1/2012 | 5/29/2012 | 6/28/2012 | June |
| Aegis 2 | Global Qwerty | 33 | 10/4/2011 | 11/1/2011 | 11/29/2011 | 3/24/2012 | 3/27/2012 | 5/19/2012 | 5/22/2012 | 6/19/2012 | 7/19/2012 | July |
| P9 | 11" Tab | 33 | 11/17/2011 | 12/15/2011 | 1/12/2012 | 5/7/2012 | 5/10/2012 | 7/2/2012 | 7/5/2012 | 8/2/2012 | 9/1/2012 | Sep |
| P13 | 7" Tab | 33 | 12/17/2011 | 1/14/2012 | 2/11/2012 | 6/6/2012 | 6/9/2012 | 8/1/2012 | 8/4/2012 | 9/1/2012 | 10/1/2012 | 4Q |

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.



Confidential Business Information,
Subject to Protective Order

S-ITC-600000234

# 2012 Roadmap – Devices NOT Selected

| Product | Update |
|---|---|
| Galileo | • Proposed as Global Alternate Chipset project for 1Q13<br>• Rugged design with 2500 mAh battery<br>• VzW not ready to give go ahead on ID, but encourages us to start development of AC/G solution at our own risk. |

### Conditions for 2012 Product Acceptance

• On time market launch
• Verification of exclusivity
• All devices are considered exclusive to VZW, unless otherwise agreed upon
• Cost: Cost targets received are considered the ceiling and sufficient to move forward at this time. Further negotiations will occur and cost will be finalized with Elliot Becker.
• On- going Quality performance improvements of your existing line-up

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.





Confidential Business Information,
Subject to Protective Order

S-ITC-600000236



# 2012 Samsung Feature Phone Roadmap

: Selected

: In Discussion

| | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|

**Step-up Messaging**

**Plato**

Jan
• EVDO
• Touch + Qwerty
• 3.1" QVGA, 3MP

**Entry Messaging**

**Intensity4**

May
• 1x
• Side Qwerty
• Rugged (Mil. Spec)
• 2.4" QVGA, 2MP

**Entry Voice**

**Wedge3**

Apr
• 1x
• Clamshell
• 2.0" QQVGA
• 1.3MP

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-600000237



Meetings and Events

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

Confidential Business Information,
Subject to Protective Order

# Meetings/Events - Held

| Meetings - Held | Date | Topic/Comments |
|---|---|---|
| Saeed/Ev visit Korea | Oct 14 | • Alternate Chipset main topic of discussion.<br>• Need more Tablet options/proposals.  Specific guideline given (see meeting notes).<br>• MR quality concerns shared with top execs.<br>• Galaxy Nexus discussions held over lunch w/Dr. Hong |
|  |  |  |
|  |  |  |

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.



Confidential Business Information,
Subject to Protective Order

S-ITC-600000239

# Meetings/Events - Future

| Future Meetings | Date | Topic |
|---|---|---|
| Technical Summit | 10/25 | • VzW requested |
| HUX #2 | Nov 9 | • HUX is 11am-2pm |
| QMR #4 | December 8 | • 2-5pm<br>• To include updates from Exec Meeting of Sep1, Aug QMR and vertical meetings (mHealth/in car) |

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.



Confidential Business Information,
Subject to Protective Order



Project Details

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-600000241

# Customization PM Launch Deliverables Report

Embedded is the Customization Product Manager's Launch Deliverables Report. The objective is to ensure that all stakeholders are aligned on the key launch deliverables scheduled, and are alerted if there are any gating items.

This is a work in progress, so please advise if you have any suggestions to improve this report.



Microsoft Office
Excel Worksheet

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-600000242



# 2011 Product Development

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-600000243

# SCH-I110 (Illusion)

PM-C: Gabriel Huh
PM-R: Zafar Masood
*Report date: 10/14/11*

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |
|-----|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|-----|
| | | | | ◆ SFN 5/19 | ◆ Pre-P1 6/17 | ◆ DRR 7/29 | | ◆ P1 9/14 | | ◆ TA TBD  ◆ Launch TBD | |

## Key Features

**Viper**

**Display**: 3.5", 320x480 HVGA, 16M, TFT
**Camera**: 3MP FF
**Memory (FLASH/RAM)**: 2GB/512MB
**Features & Apps**: BT 3.0, WiFi Direct, Guided Tour

**Gingerbread OS**

## Risk & Issues

- **Risk build required to meet 11/10 launch**

## Accomplishments & Next Steps

- UI/UX FLD held - 4/19
- Compliance FLD held - 4/20
- UX AIR closed - 5/20
- SFN submitted - 5/19
  - 3rd party SFN testing completed with no failure (5/26)
- SFN Approved - 6/1
- AIR/FLD closed - 6/10
- Pre-P1 submitted - 6/17
- MSUI Submitted - 7/1
- Accessory Submission - 7/8
- DRR - 7/29
- Phase 1 Submission – 9/13
- JIC submission – 10/13

## Additional Info – Upcoming Milestones

- FLD - 4/19 & 4/20
- SFN submission - 5/12 5/19 (Delayed due to HW/SW readiness issue)
- AIR closure - 5/20 6/10
- Pre-P1 - 5/26 6/17 (Delayed due to SW readiness issue)
- MSUI submission - 6/9 7/1
- Accessory submission - 6/9 7/1 7/8 (Delayed due to submission readiness)
- DRR - 7/11 7/29
- P1 - 7/21 8/12 8/19 8/31 9/14
- JIC – 10/13
- TA - 8/18 9/9 9/16 9/30 10/13 TBD
- Launch - 9/15 9/29 10/6 TBD

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

SAMSUNG

# SCH-i515 (Galaxy Nexus)

PM-C: Gabriel Huh
PM-R: Minesh Lad
**Report date: 10/14/11**

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |
|-----|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|-----|

SFN 6/20 · Pre-P1 8/8 · DRR 9/8 · P1 9/29 · TA 10/25 · Launch 11/17

## Key Features

**Nexus Prime**

**Display**: 4.65", 1280 x 720 HD, 16M, Super AMOLED HD
**Camera**: 5MP (30 FPS)
**Memory (FLASH/RAM)**: 32GB/1GB
**Features & Apps**: Google+, Google Music & Video
**Ice Cream Sandwich Lead Device**

## Risk & Issues

- **LTE IOT with SMS over IMS in progress**
- **Lab Conformance with SMS over IMS in progress**
- **Clean Pre-FIT result is needed; issues continue**

## Accomplishments & Next Steps

- F2F kick-off meeting with Google - 5/26
- FLD documents has been received and shared with Google for review - 5/26
- Pre-FLD meeting with Google - 6/3
- FLD doc submitted - 6/9
- Product Kick-off Meeting - 6/10
- FLD with Google and Verizon - 6/24
- LTE and CDMA SFN completed - 7/1
- Pre-P1 Submission - 8/8
- Accessory submission - 8/16 (without docks)
- DRR - 9/8
- P1 Submission - 9/29
- P1 Re-Submission - 10/14

## Additional Info – Upcoming Milestones

- FLD - 6/24
- SFN submission - 6/20 (**CDMA: 6/20, LTE: 6/22**)
- SFN Completion - ~~7/5~~ 7/1
- AIR closure - 7/24
- Pre-P1 - ~~7/11~~ 8/8
- Accessory submission - ~~7/25~~ **8/16 (without docks)**
- DRR - ~~8/8 9/5~~ 9/8
- P1 - ~~8/15 9/12~~ 9/29, 10/14
- TA - ~~9/12 10/11~~ TBD
- Launch - ~~10/6 10/27~~ TBD

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.



Confidential Business Information,
Subject to Protective Order

# i815 P8 LTE (VZW-i189)

PM-C: Nancy Kwan
PM-R: Sachin Patel
*Report date: 10/14/11*

| Jan 12 | Feb 12 | Mar 12 | Apr 12 | May 12 | Jun 12 | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|

Launch
TBD

SFN
8/1-8/23

Pre-P1
9/9

P1
11/11

TA
12/13

## Key Features



**LTE, Q1'12 Launch**
**7.7" WXGA Super AMOLED Plus (1280x800)**
**Dual-core, 1.4GHz x2, C210 (AP)**
**CMC220 + VIA7.1**
**3MP AF, 2MP for VT**
**196.7x133x7.9mm, 340g**
**1GB LPDDR2, 4GB onboard, 16GB microSD**
**WiFi a/b/g/n, BT3, 5,000mAh battery**
**Accelerometer, light, gyro, compass**
**HC 3.2, Media Hub v1.5, Enterprise V1**

## Risk & Issues

- VZW added more platform security comments to the AIR
- PP needs to provide the Tech report for the new non-detachable TA
- We need VZW to confirm we can move forward with the laser print logos on the back instead of the diamond cut logos, even though it's their preference
- UNO (100MB) & Dead Space (200MB) have the bounce effects, so we've requested VZW to inform their developers to remove it—or ideally provide a stub instead. Need decision soon since it impacts memory partition.
- Home screen still needs to be locked down by the UI team for mockup and box development
- Mockup vendor has issues with implementing tactile buttons since the device is so slim, but they will continue to try.
- HQ still has not confirmed wifi solution is available for Guided Tours

## Accomplishments & Next Steps

- The Netflix SLA was sent by VZW to Netflix for signatures, so it should be completed by next week
- Requested for Netflix test accounts for troubleshooting
- Asked VZW for direction regarding the cling since we would like it to look like the P4 one with SIM insertion directions, as well as the branding
- Followed up with Steve Dufresne regarding the CLNR sku
- Hayder submitted the new travel adapter to VZW for testing
- Met with VZW regarding VCast Media Manager (HUX) and WiFi Offloading
- Requested after market accessories part #s and price from the accessories team, and requested for samples when they're available
- Wallpapers and new lock implementation were shown to VZW, but we were asked to rework the lock/unlock design
- Provided Galaxy Tab 7.7 logo/branding and package brief to VZW
- Kickoff meeting w/ vendor to prep for the launch kit

## Additional Info – Upcoming Milestones

| Milestone | Plan | Actual | Status |
|---|---|---|---|
| **FLD** | 8/4 – 9/6 | 8/4-- | **In Progress** |
| **UI FLD** | 8/12 – 9/12 | 8/12 -- | **In Progress** |
| **SFN** | 8/1-8/23 | 8/1-8/19 | **Completed** |
| Pre-P1 | 9/9 | 9/12 | **In Progress** |
| **UIR/ARR** | 9/30 | ARR=9/22, UI=10/11 | **In Progress** |
| **DRR** | 10/28 | | **On Target** |
| **P1** | 11/11 | | **On Target** |
| **TA** | 12/13 | | **On Target** |
| **Launch** | **Jan '12** | | **On Target** |

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

SAMSUNG

Confidential Business Information,
Subject to Protective Order