# SCH-i405 (Aegis)

PM-C: Sharmila Narula
PM-R: Kirit Kale
Report date: 10/14/11

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |

P1 8/2
JIC 9/7
JIC 2 9/26
TA 10/5
Launch 10/13

## Key Features

**Aegis**
Qwerty
LTE
4" WVGA TFT,

## Risk & Issues

**Current Features targeted MR1:**

- Video Chat in Gtalk
- Addition of the ringtone change option in the option menu of the View Contact Screen.
- VCast Apps?

## Accomplishments & Next Steps

- All Collaterals are ready and finalized.
- Battery charging units are ready!
- SAR distance value needs to be changed as per the FCC grant – legal direction is to do a running change.
- New Cisco Anyconnect client now available for the device.
- Box opening approved by Verizon on 10/6.
- Devices shipped to Verizon DCs
- PR materials under review.
- TA – 10/5
- Box Opening Approval – 10/6
- **Launch – 10/13**

## Additional Info – Upcoming Milestones

**MR1 – Target (TBD)**

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

Confidential Business Information,
Subject to Protective Order

S-ITC-600000247





Confidential Business Information,
Subject to Protective Order

S-ITC-600000249

# SCH-u485 (Intensity 4 – 2012)

PM-C: Sharmila Narula
PM-R: Kirit Kale
*Report date 10/14/11*

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | P1 3/5 | TA 4/4 | Launch 5/3 | | | | | | | |

## Key Features

**Intensity 4** brew
2.4" QVGA, 2MP,
1X, non global –
**2012 device**

## Risk & Issues

## Accomplishments & Next Steps

- FLD held on 9/7
- AIR closure date target: 10/7
- Per Verizon:
    - No Storefront on the device
    - My Verizon to be accessed via URL
- Games have been decided: UNO, Pac Man
- Verizon has confirmed that only English and Spanish to be supported in the Opera browser
- The new Chipset is approved by Verizon.

## Additional Info – Upcoming Milestones

**AIR is CLOSED on 10/11**

P1: 3/5
TA: 4/4
Launch: 5/3 (not confirmed)

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-600000250

# SCH-UTBD (Wedge 3)

PM-C: Gabriel Huh
PM-R: Kirit Kale
Report date: 10/14/11

Jul | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun

- SFN 10/24
- Pre-P1 12/5
- DRR 1/30
- P1 2/13
- TA 3/14
- Launch TBD

## Key Features

**Wedge 3**

**Main Display**: 2.0" QQVGA(128x160), 262K TFT
**Sub Display**: 1.07" (96 x 96), 65K Color STN

**Camera**: 1.3MP
**Memory (FLASH/RAM)**: 128MB/64MB
**Features & Apps**: TBD

## Risk & Issues

- **AIR status**

| | |
|---|---|
| 5 | No Action Needed |
| 9 | Samsung Action Needed |
| 4 | VZW Action Needed |
| 2 | VZW to review and close |
| 0 | Closed |
| 20 | TOTAL |

## Accomplishments & Next Steps

- FLD held - 9/22

## Additional Info – Upcoming Milestones

- FLD - 9/22
- SFN submission - 10/24
- AIR closure - 10/22
- Pre-P1 - 12/5
- MSUI submission - 12/19
- Accessory submission - 12/19
- DRR - 1/30
- P1 - 2/13
- TA - 3/14
- Launch - TBD

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.  SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-600000251

# u380 Plato (VZW-1165)

PM-C: Nancy Kwan
PM-R: Zafar Masood
Report date: 10/14/11

Timeline (Jan 12 – Dec):
- Launch 1/12/12
- DRR 11/3
- P1 11/17
- TA 12/16

## Key Features

Plato — brew
3.1" QVGA
3MP

## Risk & Issues

- **VZW still hasn't provided the Brightside naming treatment**
- **Need to lockdown updated June Req FLD docs by 10/7, but VZW said it will be a challenge**
  - **Created addendum to the AIR with 3 items for VZW to review and close**

## Accomplishments & Next Steps

- VZW confirmed that Location Messaging can be supported in an MR
- VZW provided feedback on the latest ID
  - Ev agreed to the mirror window while he was at Korea
  - P1 samples can be gray
  - Back qwerty slider does not need "Brightside" on the back
- Launch Kit kickoff meeting with vendor targeted for next week
- Sent home screen screenshot to VZW for approval

## Additional Info – Upcoming Milestones

- ~~7/20~~ ~~8/29~~ 10/7 = Brew Store App
- ~~10/11~~ 11/3 = DRR
- ~~10/25~~ 11/17 = P1
- ~~11/13~~ 12/16 = TA
- 12/29 = In DC
- 1/12/12 = Launch

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.
SAMSUNG

Confidential Business Information, Subject to Protective Order

S-ITC-600000252





Confidential Business Information,
Subject to Protective Order

S-ITC-600000254



Confidential Business Information,
Subject to Protective Order

S-ITC-600000255



# SCH-i800 (P1 – GB MR)

PM-C: Sharmila Narula
PM-R: Sachin Patel
***Report date 10/14/11***

## Key Features

**P1 Tablet**
7" tablet.

## Risk & Issues

## Accomplishments & Next Steps

- **Documentation is currently being updated due to GB Upgrade.**
- **Documents that need to be updated are:**
  - **User Manual**
  - **QRG (completed)**
  - **PSW (completed).**
- **Verizon confirmed hard cutover for collaterals, not running change and all pictures/images to be updated.**
- **Box needs to be updated as well but can be a running change for box**
- **Box has been finalized**

## Additional Info – Upcoming Milestones

•**UM under review by Verizon**

•MR Re-Submission –: (9/30)
•TA **– Target 10/25**
•Launch **–Target 10/27**

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

SAMSUNG

Confidential Business Information,
Subject to Protective Order

# i510 Stealth-V (VZW-I101/Droid Charge)

PM-C: Nancy Kwan
PM-R: Kirit Kale
*Report date: 10/14/11*



Timeline:
- P1 — 2/16
- TA — 4/21
- MR1 — 5/3 (ED2)
- Launch — 5/14
- MR2 — 6/8 (EE4)
- Camera Module — 6/29 (.07)
- MR3 — 9/27--?
- MR2.5 — 10/7-- ?

## Key Features



**Droid Charge**
- 4G LTE
- 4.3" Super AMOLED Plus
- 8MP & 1.3MP
- HDMI

## Risk & Issues

## Accomplishments & Next Steps

- 10/10 - Price decreased from $299 to $199
- The judge did not make any final ruling after the 10/13 court date, but she will likely NOT grant an injunction. We should continue with the planned design around change as planned, but it's not on an expedited basis now.

## Additional Info – Upcoming Milestones

- MR2.5 (Froyo w/o Bounce Effect) submitted on 10/7 (EJ1)
- MR3 (GB MR) submitted on 9/27 (EP3/.07)
  - Target TA is 10/19

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

Confidential Business Information,
Subject to Protective Order

S-ITC-600000257



# SCH-u660 (Convoy2)

PM-C: Sharmila Narula
PM-R: Minesh Lad
***Report date 10/14/11***

## Key Features

**Convoy2**
2.2" QVGA, 3MP,
non-Global

## Risk & Issues

## Accomplishments & Next Steps

- **Became available online on 8/9**
- **Available in retail**
- **UM to be updated once MR1 is submitted.**

## Additional Info – Upcoming Milestones

- **MR1**
  - **Submission target: 10/17**
  - **TA target: 11/7**
  - **Launch Target: 11/9**

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

# GT-P7510 P4 Galaxy Tab 10.1 WiFi MR

PM-C: Nancy Kwan
PM-R: Sachin Patel
*Report date: 10/14/11*

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |

TA 8/18/11 ◆    Launch 8/25 ◆

## Key Features

## Risk & Issues

- 9/15 - Requested for official change notes for VZW
    - **10/14 – Received change notes for VZW**
- 9/30
Updated schedule
<u>New P4-WIFI release remove all bouncing effect.</u>
9/29 : KMI S/W released
9/29 ~ 10/3 : Google CTS and Internal QA
10/4 : Target approval date
~~10/10~~ ~~10/17~~ **TBD** : OTA Push, per weekly call

## Accomplishments & Next Steps

- SW Changes:
    - OS upgrade to Honeycomb 3.2
    - Samsung Video renamed to "Video Player"
    - Home screen icons rearranged (Music Hub, Media Hub, Social Hub, YouTube, Maps, Browser, Market, Samsung Apps)
    - Readers Hub will be downloadable, and available via Samsung Apps in Oct
    - AllShare
    - WiFi Direct
    - Kies Air will be downloadable
    - DivX will be supported
    - Google has certified Movie Studio

## Additional Info – Upcoming Milestones

TA = 8/18 (KMB)
Launch = 8/11 → 8/25
MR1 for VZW & MR2 for retailers OTA Push on ~~10/10~~ → ~~10/17~~ **TBD**

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary. SAMSUNG

Confidential Business Information, Subject to Protective Order

S-ITC-600000259



# i905 Galaxy Tab 10.1 4G LTE MR

PM-C: Nancy Kwan
PM-R: Sachin Patel
***Report date: 10/14/11***

## Key Features

## Risk & Issues

- MR2 is now targeted for 10/21

## Accomplishments & Next Steps

- Backup Assistant (VUX) has been moved to MR3
- Reports of HDMI and MAC connection issues are being reported by the Enterprise TAM

## Additional Info – Upcoming Milestones

- TA = 7/21 (EG01)
- Launch = 7/28 (EG01)
- MR1 = 8/23 (EH04/.02)
- MR1 TA = ~~9/6~~ 9/9 (EH04/.02)
- MR 1.5 (Targeting ~~10/3~~ 10/7) – to remove the bounce effect
- MR2 w/ TouchWiz, B2Bv1.0, DivX, BT3, VZW apps (The Daily & VMM) = Targeting ~~10/5~~ 10/21
- MR3 (BuA) = TBD

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.





# SCH-LC11 (Presto - MR)

PM-C: Sharmila Narula
PM-R: Minesh Lad
***Report date 10/14/11***

## Key Features

**LC-11**
**(Presto)**

## Risk & Issues

- **UM is under review by HQ and Verizon**

## Accomplishments & Next Steps

- **Documentation is currently being updated due to MR.**
- **Documents that need to be updated are:**
  - **User Manual**
- **Updated device provided to VzW for review.**

## Additional Info – Upcoming Milestones

- MR Submission – 8/5
- TA –8/25
- Launch –8/29

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

# (Guided Tours – Android Devices)

PM-C: Sharmila Narula
Report date: 10/14/11

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |

P1 5/29
TA 6/28
Launch 7/26

## Key Features

1. Preloaded Videos
2. Web-linked Content (Wi-Fi Solution)
   1. User Manual
   2. Useful Tips
   3. Additional Videos

## Risk & Issues

- P8
  - Stable software by 10/25
  - Final Id devices by 10/24
  - Implementation of Wi-Fi Solution by P1

- CMS changes needed for GUI inputs for upcoming devices have been locked down.

## Accomplishments & Next Steps

- Aegis (i405)
  - Preloaded Video – completed
  - No Wi-Fi solution at launch
- Viper (i110)
  - Preloaded Videos – completed
  - No Wi-Fi solution at launch
- P8 (i815)
  - Preloaded Videos – List confirmed.
  - Wi-Fi Solution – to be included in P1

## Additional Info – Upcoming Milestones

- P8 (i815)
  Preloaded Videos
  1. Scripts – 10/19
  2. Stable software needed (including UI) – 10/25
  3. Video Filming – 10/26
  4. Final videos – 11/4

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary.
SAMSUNG

Confidential Business Information,
Subject to Protective Order

S-ITC-600000263

# Other Activities

| Date | Description | Notes |
|---|---|---|
| 9/15/11 | Requested the MNO team to provide an internal App Wizard demo on 9/26 or 9/27 as they prep to demo it at the 9/29 PRM | • 9/30 – App Wizard Demo did not happen at the PRM<br>• 10/13 – MNO demoed app at the weekly meeting, but UX requested for more changes. There is now a Bloatware Requirements as of Sept. |
| 9/26/11 | BrightStar requested for the RadioShack Safety & Regulatory Requirements Questionnaire to be filled out for the u460 PPD | • 9/26 – Kendra Green worked with HQ to fill out the form<br>• Kendra still has not heard back from her HQ counterpart |
| 9/30/11 | From Kenny Kim: We are considering to change the Model code from current one to the new type.<br>This is for US model to use unified model code same as the global models. (Only US model is using current type.)<br><br>- Current: SCH-i500<br>- New/Global: MH-S1000V | • This is under review by Logistics and Operations<br>• Still under review |
| 10/5/11 | VZW requested for hi res photos (front/back/both sides) images for 1H 2012 devices | • Informed VZW images are not available due to confidentiality issues |
| 10/7/11 | Informed VZW that Qualcomm needs to update their labels | •10/13 – VZW pushed back and does NOT want the Qualcomm labels on the phone at all, so we provided the Qualcomm contact for JR to contact for further discussion |
| 10/13/11 | Verizon request Samsung feedback for their latest packaging proposal, the objective is Greener and Iconic design | •CPM team is working with HQ and local packaging team to provide feedback, target end of next week for feedback to VzW |

© Samsung Electronics. All Rights Reserved. Confidential and Proprietary. SAMSUNG

Confidential Business Information, Subject to Protective Order

S-ITC-600000264

**DocumentID:** 660960

**BegControl:** SAMNDCA10436911

Separator Page 1 of 1