# EXHIBIT 7

DECLARATION OF MARK D. SELWYN
IN SUPPORT OF APPLE INC.'S MOTION
TO COMPEL PRODUCTION OF
DOCUMENTS AND THINGS AND
CONTINUED DEPOSITIONS OF JUHO
LEE AND YOUNG BUM KIM

Case 5:12-cv-00630-LHK   Document 466-5   Filed 04/19/13   Page 2 of 11

| YOUNG-BUM KIM  Confidential | November 28, 2012 |
|---|---|
| APPLE INC. vs. SAMSUNG ELECTRONICS | 1 |

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

 5   APPLE INC., a California
     corporation,
 6
                     Plaintiff,
 7
           vs.                        CASE NO. 12-CV-00630
 8                                                     LHK
     SAMSUNG ELECTRONICS CO. LTD.,
 9   a Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
10   INC., a New York corporation,
     and SAMSUNG TELECOMMUNICATIONS
11   AMERICA LLC, a Delaware limited
     liability company,
12
                     Defendants.
13
     ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
14
     AND RELATED CROSS-ACTION.
15
     ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
16

17              VIDEOTAPED DEPOSITION OF

18            DEPOSITION OF YOUNG-BUM KIM

19                     CONFIDENTIAL

20
                    November 28, 2012
21
                        9:07 a.m.
22
                   Ramada Plaza Hotel
23                  Suwon City, Korea

24            Renee Kelch, CSR No. 5063

25
```



Case 5:12-cv-00630-LHK   Document 466-5   Filed 04/19/13   Page 3 of 11

YOUNG-BUM KIM  Confidential                                November 28, 2012
APPLE INC. vs. SAMSUNG ELECTRONICS                                        28

```
 1       A.  So I cannot give you an exact answer since I
 2   haven't read the relevant sentences, but I presume that
 3   the base station is setting up HSUPA to the handset.
 4           MR. WHITEHURST:  Time for a break?
 5           MR. SHEN:  Let's take a break.
 6           THE VIDEOGRAPHER:  Off the record.  The time is
 7   10:12 a.m.  This marks the end of Media Number 1.
 8           (Recess)
 9           THE VIDEOGRAPHER:  We're back on the record.
10   The time is 10:31 a.m.  This marks the beginning of
11   Media Number 2.
12   BY MR. SHEN:
13       Q.  Could you turn to Exhibit 2, please.  Look at
14   the page 3, Bates Number 5254, last four digits.
15           Do you see claim 1?
16       A.  Yes.
17       Q.  And do you see claim 2 below there?
18       A.  Yes.
19       Q.  What is your understanding of how claim 1 and
20   claim 2 compare to claim 1 of the '087 patent on
21   Exhibit 1?
22           MR. WHITEHURST:  Objection. Legal question.
23           THE CHECK INTERPRETER:  How they compare.
24           MR. WHITEHURST:  If I could please make one
25   request on the record, that when I object, the objection
```



Case 5:12-cv-00630-LHK   Document 466-5   Filed 04/19/13   Page 4 of 11

YOUNG-BUM KIM  Confidential                                November 28, 2012
APPLE INC. vs. SAMSUNG ELECTRONICS                                        29

1   gets translated as well.  Okay?
2           THE CHECK INTERPRETER:  Yes.
3           MR. WHITEHURST:  Thank you.
4           THE INTERPRETER:  I did translate.
5           THE WITNESS:  So I'm not very familiar with the
6   legal meanings pertains -- that pertains to claims.  But
7   I compare the claim 1 of the two documents, and it seems
8   the content is very similar.
9           THE CHECK INTERPRETER:  "As I sit here today."
10  BY MR. SHEN:
11     Q.  Did you draft claims 1 and 2 of the -- of
12  Exhibit 2?
13          MR. WHITEHURST:  Objection.  Vague.
14          THE WITNESS:  As far as I recall, I didn't
15  draft those.
16  BY MR. SHEN:
17     Q.  Is it your understanding that the invention
18  described in the '975 Korean patent is intended to be
19  the same invention described in the '087 patent?
20          MR. WHITEHURST:  Objection.  Legal question.
21  Calls for speculation.
22          THE WITNESS:  I don't know the legal meanings
23  attached to it, but I think US patent document must have
24  been prepared based on Korean patent documents.
25  ///



Case 5:12-cv-00630-LHK   Document 466-5   Filed 04/19/13   Page 5 of 11

YOUNG-BUM KIM  Confidential                              November 28, 2012
APPLE INC. vs. SAMSUNG ELECTRONICS                                     68

1   the second application was to complement what was
2   lacking in the first application.
3   BY MR. SHEN:
4       Q.  But isn't the reason that you prepared the
5   '331 application -- strike that.
6           The reason you prepared the '331 application
7   was so that you could file a patent application on the
8   contribution reflected in Exhibit 3 before the
9   contribution was sent to 3GPP; right?
10          MR. WHITEHURST:  Objection.  Argumentative.
11  Legal question.  Calls for speculation.
12          THE WITNESS:  I think at this point in time it
13  would be difficult for me to give an accurate -- give a
14  definite answer between the relation -- of the
15  relationship between '331 document and Exhibit 3.
16  BY MR. SHEN:
17      Q.  So you don't remember why you prepared the
18  '331 application; is that right?
19      A.  Based on my understanding at this point in
20  time, as is listed in Exhibit 1, '331 patent application
21  was to complement what was lacking in the first Korean
22  application.
23      Q.  Is it customary practice at Samsung that before
24  submitting a contribution to 3GPP, to make sure that a
25  patent application is filed that covers the



Case 5:12-cv-00630-LHK   Document 466-5   Filed 04/19/13   Page 6 of 11

YOUNG-BUM KIM  Confidential                             November 28, 2012
APPLE INC. vs. SAMSUNG ELECTRONICS                                    107

1    MR. WHITEHURST: Objection. Argumentative,
2 Counsel. Just because you don't like his answer,
3 doesn't mean he didn't answer your question. Asked and
4 answered.
5    THE WITNESS:  I have to repeat myself.
6 BY MR. SHEN:
7    Q.  So if we took the standard as finalized --
8 strike that.
9    If we took the finalized version of the
10 standard and replaced every instance of the term "TTI"
11 with "HARQ process," it would make sense to you?
12    MR. WHITEHURST: Objection. Vague. Incomplete
13 hypothetical. Calls for speculation.
14    THE WITNESS:  Of the hypothesis you just made,
15 it would be difficult to be applied to the current
16 version of standard.
17    TTI refers to the unit of time domain that --
18 that involves the processing between of handsets and
19 base stations, whereas HARQ processes refers to unit of
20 processing HSUPA data transmission.
21    So in the context that a handset transmits
22 HSUPA data, TTI and HARQ processes would be the same.
23    THE CHECK INTERPRETER:  "Would be the same
24 concept."
25    (Speaking in Korean)



Case 5:12-cv-00630-LHK   Document 466-5   Filed 04/19/13   Page 7 of 11

YOUNG-BUM KIM  Confidential                                     November 28, 2012
APPLE INC. vs. SAMSUNG ELECTRONICS                                           115

1  techniques listed in Exhibit 9 for today's depo, then
2  that's as the document says.
3  BY MR. SHEN:
4      Q.  The alternative techniques listed in Exhibit 9,
5  in addition to the technique proposed by Samsung, could
6  have been adopted by 3GPP; correct?
7          MR. WHITEHURST:  Objection.  Vague.  Incomplete
8  hypothetical.  Calls for speculation.
9          THE CHECK INTERPRETER: (Speaking in Korean)
10         THE WITNESS:  If I were to explain the general
11 procedures of 3GPP standardization, first all of the
12 members had gathered to fully discuss the proposed
13 technologies submitted to 3GPP.  And based on that
14 discussion, the most -- the technologies that are deemed
15 to be the best are incorporated as standard.
16 BY MR. SHEN:
17     Q.  Yes.  But my question is, even if not the best
18 technologies, but the alternative technologies listed in
19 Exhibit 9, could have been adopted by 3GPP and resulted
20 in an operational UMTS standard; correct?
21         MR. WHITEHURST:  Objection.  Vague.  Incomplete
22 hypothetical.  Calls for speculation.
23         THE WITNESS:  The 3GPP meeting in general is
24 not attended by a single or two companies.  It is
25 attended by numerous companies, and discussions are made



Case 5:12-cv-00630-LHK   Document 466-5   Filed 04/19/13   Page 8 of 11

YOUNG-BUM KIM  Confidential                        November 28, 2012
APPLE INC. vs. SAMSUNG ELECTRONICS                              134

1    A.  They work -- we work in different teams, so I
2  do not know of their specific roles.
3    Q.  When you attended the 40th meeting in
4  Scottsdale, Arizona, were you accompanied by patent
5  prosecutors from Samsung at that meeting?
6    A.  I don't recall.
7        MR. WHITEHURST:  Are we at the seven-hour
8  limit?
9        THE VIDEOGRAPHER:  Yes.
10        MR. WHITEHURST:  Okay.  I have -- we're done,
11  as I told you earlier.  We're going to hold you to the
12  seven-hour limit.
13        I do have a few quick questions for the
14  witness.
15                      EXAMINATION
16  BY MR. WHITEHURST:
17    Q.  Mr. Kim, do you remember being asked questions
18  this morning about whether the '087 patent ever uses the
19  letter N to refer to something other than TTIs?
20        THE CHECK INTERPRETER:  (Speaking in Korean)
21        THE WITNESS:  Yes.
22  BY MR. WHITEHURST:
23    Q.  And I believe you have in front of you a copy
24  of the '087 patent, which has been marked as Exhibit 1?
25    A.  Yes.



Case 5:12-cv-00630-LHK   Document 466-5   Filed 04/19/13   Page 9 of 11

YOUNG-BUM KIM  Confidential                          November 28, 2012
APPLE INC. vs. SAMSUNG ELECTRONICS                                 135

1       Q.  Mr. Kim, can you identify any instances in the
2   '087 patent where N is referring to something other than
3   TTIs?
4       A.  Yes.
5       Q.  Can you give us some examples from the '087
6   patent where the letter N is referring to something
7   other than TTIs?
8       A.  For example, if you turn to column 13 on
9   Exhibit 1, N equals 8 when it relates to 8-bit bit map
10  signal.  In other means, the letter N represents the
11  length of bit map signal.  And this is the positive
12  integer value that I mentioned in the morning.
13      Q.  So when the '087 patent refers to a bit map has
14  having N bits, how is the letter N being used?
15      A.  In such case, N refers to numbers, or the
16  positive integer.
17          THE CHECK INTERPRETER:  "In such case N refers
18  to a number, particularly a positive integer."
19          MR. WHITEHURST:  Thank you, Mr. Kim.  I have no
20  further questions.  If we could please mark the
21  transcript confidential.
22          MR. SHEN:  I have some questions.
23                      FURTHER EXAMINATION
24  BY MR. SHEN:
25      Q.  If we look at column 4, paragraph beginning at



Case 5:12-cv-00630-LHK   Document 466-5   Filed 04/19/13   Page 10 of 11

YOUNG-BUM KIM  Confidential                    November 28, 2012
APPLE INC. vs. SAMSUNG ELECTRONICS                          136

1   line 37.  Do you see that?  It begins with the words
2   "the above and other aspects"?
3       A.  Yes.
4       Q.  When the term N is used in that paragraph, that
5   refers to an N expressed in units of TTIs; correct?
6           MR. WHITEHURST:  Counsel, you're already over
7   your seven-hour limit and this is beyond the scope of my
8   question, but I'll allow the witness to answer this one
9   question.
10          THE WITNESS:  If you turn to line 47 of the
11  same paragraph, N is stated as positive -- as a positive
12  integer.
13  BY MR. SHEN:
14      Q.  Is that N you refer to in line 47 expressed in
15  units of TTIs?
16      A.  In this instance it is just a number.
17          THE CHECK INTERPRETER:  "In this instance, N is
18  just a number."
19          MR. WHITEHURST:  He answered your question.
20  That concludes the deposition of Mr. Kim.
21          THE VIDEOGRAPHER:  This concludes today's
22  deposition.  The master media will be maintained by
23  Esquire Deposition Solutions.  We're off the record.
24  The time is 6:55 p.m.
25          (The deposition concluded at 6:55 p.m.)



Case 5:12-cv-00630-LHK   Document 466-5   Filed 04/19/13   Page 11 of 11

YOUNG-BUM KIM  Confidential                              November 28, 2012
APPLE INC. vs. SAMSUNG ELECTRONICS                                    137

```
 1                REPORTER'S CERTIFICATION
 2
 3        I, Renee Kelch, a Certified Shorthand Reporter in
 4   and for the State of California, do hereby certify:
 5
 6        That the foregoing witness was by me duly sworn;
 7   that the deposition was then taken before me at the time
 8   and place herein set forth; that the testimony and
 9   proceedings were reported stenographically by me and
10   later transcribed into typewriting under my direction;
11   that the foregoing is a true record of the testimony and
12   proceedings taken at that time.
13
14        IN WITNESS WHEREOF, I have subscribed my name this
15   29th day of November, 2012.
16
17
18                          _____
19                          Renee Kelch, CSR No. 5063
20
21
22
23
24
25
```

