JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 5:12-cv-00630-LHK<br><br>**APPLE INC.'S LIST OF ACCUSED PRODUCTS AND ASSERTED PATENT CLAIMS PURSUANT TO COURT ORDER OF MARCH 8, 2013** |

Pursuant to the Court's March 8, 2013 Order, Apple Inc. ("Apple") hereby identifies the twenty-five asserted patent claims and accused products to which it has limited its infringement assertions. (D.I. 394.)

I. **Asserted Patent Claims**

1. U.S. Patent No. 5,666,502 – Claims 8, 11, 16, 24, 26
2. U.S. Patent No. 5,946,647 – Claims 1, 4, 6, 8, 9
3. U.S. Patent No. 6,847,959 – Claims 1, 24, 25, 27
4. U.S. Patent No. 7,761,414 – Claims 11, 20, 27
5. U.S. Patent No. 8,014,760 – Claims 10, 11, 19
6. U.S. Patent No. 8,046,721 – Claim 8
7. U.S. Patent No. 8,074,172 – Claim 18
8. U.S. Patent No. 8,086,604 – Claims 6, 18, 19

II. **Accused Products**

1. Admire
2. Captivate Glide
3. Conquer 4G
4. Dart
5. Exhibit II 4G
6. Galaxy Nexus
7. Galaxy Note
8. Galaxy Note 10.1
9. Galaxy Note II
10. Galaxy Player 4.0
11. Galaxy Player 5.0
12. Galaxy Rugby Pro
13. Galaxy SII

14. Galaxy SII Epic 4G Touch

15. Galaxy SII Skyrocket

16. Galaxy S III

17. Galaxy Tab 7.0 Plus

18. Galaxy Tab 8.9

19. Galaxy Tab 2 10.1

20. Illusion

21. Stratosphere

22. Transform Ultra

GIBSON, DUNN & CRUTCHER LLP

Dated: April 22, 2013                     By:  /s/  H. Mark Lyon

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document, and all supporting documents and exhibits, was filed electronically in compliance with Civil Local Rule 5-1, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with the Northern District of California Local Rules via the Court's ECF system.

Dated: April 22, 2013                              By:        */s/ H. Mark Lyon*
                                                                    H. Mark Lyon