QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

STEPTOE & JOHNSON, LLP
John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG'S APRIL 22, 2013 CASE NARROWING STATEMENT** |

Pursuant to the Court's Order regarding case narrowing issued on March 8, 2013 (Dkt. 394), Samsung submits this statement narrowing its offensive case to no more than 25 asserted claims and no more than 25 accused Apple products.

Samsung is willing to dismiss without prejudice all asserted claims from the following Samsung patents except for the 25 listed below:

- U.S. Patent No. 7,756,087 – Claims 10, 35, and 40.
- U.S. Patent No. 7,551,596 – Claims 1, 13, 16 and 18.
- U.S. Patent No. 7,672,470 – Claims 8 and 11.
- U.S. Patent No. 7,577,757 – Claims 1, 3, 4, 14, and 15.
- U.S. Patent No. 7,232,058 – Claims 1 and 9.
- U.S. Patent No. 6,292,179 – Claims 1, 3, and 7.
- U.S. Patent No. 6,226,449 – Claims 25 and 27.
- U.S. Patent No. 5,579,239 – Claims 1, 7, 15, and 16.

Samsung also identifies the following accused Apple products:

1. iPhone 3G
2. iPhone 3GS
3. iPhone 4
4. iPhone 4S
5. iPhone 5
6. iPad
7. iPad 2
8. iPad 3
9. iPad 4
10. iPad Mini
11. iPod Touch
12. Mac

13. iMac

14. MacBook

15. MacBook Air

16. Macbook Pro

17. Mac Mini

18. Mac Pro

19. iTunes

20. iCloud

21. Apple TV

* * *

Samsung intends to confer with Apple, and subsequently file a stipulation of dismissal without prejudice and proposed order with respect to the claims and products that it will not assert against Apple at trial.

DATED: April 22, 2013              QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP


                                   By */s/ Victoria F. Maroulis*
                                       Charles K. Verhoeven
                                       Kevin P.B. Johnson
                                       Victoria F. Maroulis
                                       Michael T. Zeller
                                       Attorneys for SAMSUNG ELECTRONICS CO.,
                                       LTD., SAMSUNG ELECTRONICS AMERICA,
                                       INC., and SAMSUNG
                                       TELECOMMUNICATIONS AMERICA, LLC