Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Counterclaim-Plaintiff,<br><br>      v.<br><br>APPLE INC., a California corporation,<br><br>            Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK-PSG<br><br>**DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY OF DOCUMENT PRODUCTION INFORMATION AND DIFF PROGRAM PRINTOUTS FROM GOOGLE INC. UNDER SEAL** |

1  I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

2  1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Apple's Administrative Motion to File Under Seal. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. On April 16, 2013, Apple Inc. ("Apple") filed an administrative motion to file documents under seal (Docket No. 460), which sought to protect information designated as confidential by non-party Google and discussed in Apple Inc.'s Reply in Support of its Motion to Compel Discovery of Document Production Information and Diff Program Printouts From Google Inc. (Docket No. 460, Attachment 2) ("Reply"). Pursuant to Civil L.R. 79-5(d), non-party Google submits this Declaration in support of Apple's Administrative Motion to File Its Reply in Support of its Motion to Compel Discovery of Document Production Information and Diff Program Printouts From Google Inc. Under Seal (Docket No. 460), to the extent Apple's Motion and supporting documents reference non-party Google's highly confidential or proprietary business information.

3. Selected portions of pages 2 and 5 of Apple's Reply (Docket No. 460, Attachment 2) reflect the May 1, 2012 deposition testimony of Mr. Miller. Mr. Miller's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Miller testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

4. Selected portions of page 2, footnote 3, of Apple's Reply (Docket No. 460, Attachment 2) discuss proprietary functionality and internal business processes that are confidential to non-party Google.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on April 23, 2013.

By /s/ Kristin J. Madigan
Kristin J. Madigan

-1-                                   CASE NO. 12-CV-00630 LHK
MADIGAN DECLARATION IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL