Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiff,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY OF DOCUMENT PRODUCTION INFORMATION AND DIFF PROGRAM PRINTOUTS FROM GOOGLE INC. UNDER SEAL** |

1    Apple has filed an Administrative Motion to File its Reply in Support of its Motion to
2 Compel Discovery of Document Production Information and Diff Program Printouts From Google
3 Inc. Under Seal relating to Apple's March 26, 2013 Motion to Compel.  Non-party Google Inc.
4 ("Google") has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to
5 provide evidence of good cause for this Court to permit filing under seal.  The declaration
6 establishes selected portions of pages 2 and 5 of Apple's Reply (Docket No. 460, Attachment 2)
7 contain non-party Google's highly confidential and proprietary information and could be used to
8 its disadvantage by competitors if they are not filed under seal.
9    Accordingly, for good cause shown, the Court ORDERS that the confidential, unredacted
10 version of Apple's Reply shall be filed under seal.
11    **IT IS SO ORDERED.**
12
13 DATED: _____           _____
14                                     Hon. Paul S. Grewal
                                      United States Magistrate Judge