UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff, | ) | CASE MANAGEMENT ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

Clerk:  Martha Parker Brown
Reporter:  Lee-Anne Shortridge

Plaintiff's Attorneys:  Josh Krevitt, Mark Lyon, Mark Reiter, Bill Lee, Mark Selwyn
Defendants' Attorneys:  Victoria Maroulis, William Price, Kevin Johnson, Todd Briggs

A case management conference was held on April 24, 2013.  A further case management conference is set for June 26, 2013, at 2:00 p.m.

By May 8, 2013, each side shall file a Case Narrowing Statement with a revised list of no more than 22 accused products.

By May 29, 2013, the parties shall file a joint status report regarding the parties' ability to stipulate to representative products.  The Court strongly encourages the parties to reach a stipulation on this issue.

By June 28, 2013, the parties will be required to dismiss without prejudice two patents from the case so that neither side will be asserting more than six patents. In addition, the parties will be required to limit their asserted claims to 15 per side and limit their accused products to 18 per side.

By July 5, 2013, the parties will be required to reduce their invalidity references/systems/combinations to 45 per side.

By September 2, 2013, the parties will be required to dismiss without prejudice one patent from the case so that neither side will be asserting more than five patents. In addition, the parties will be required to limit their asserted claims to 10 per side and limit their accused products to 15 per side.

By September 9, 2013, the parties will be required to reduce their invalidity references/systems/combinations to 25 per side.

By February 6, 2014, the parties will be required to limit their asserted claims to 5 per side and limit their accused products to 10 per side. In addition, the parties will be required to reduce their invalidity references/systems/combinations to 15 per side.

During expert discovery, each side will be limited to 15 experts and 15 opening expert reports. Each side shall be limited to filing no more than 5 *Daubert* motions in this case. At trial, each side shall be limited to no more than 12 testifying experts.

The case schedule remains as set previously:

| Scheduled Event | Date |
| --- | --- |
| Fact Discovery Cut-Off | July 8, 2013 |
| Initial Expert Disclosures | July 26, 2013 |
| Rebuttal Expert Reports | August 16, 2013 |
| Close of Expert Discovery | August 30, 2013 |
| Last Day to File Dispositive Motions | September 26, 2013 |
| Opposition Briefs on Dispositive Motions | October 24, 2013 |
| Reply Briefs on Dispositive Motions | November 14, 2013 |
| Hearing on Dispositive Motions (a hearing on *Daubert* motions will be scheduled at the next Case Management Conference) | December 12, 2013, at 1:30 p.m. |
| Final Pretrial Conference | March 5, 2014, at 2:00 p.m. |
| Jury Trial | March 31, 2014, at 9:00 a.m. |
| Length of Trial | 12 days |

**IT IS SO ORDERED.**

Dated: April 24, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-00630-LHK
CASE MANAGEMENT ORDER