UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 1h26m

**JUDGE LUCY H. KOH**

CRT REPRTR:__LEE-ANNE SHORTRIDGE_____          DATE:_____4/24/13_____
COURTROOM DEPUTY:_MARTHA PARKER BROWN___

CASE #:___C 12-00630LHK_____

CASE TITLE:__APPLE, INC._____ VS. ____SAMSUNG ELECTRONICS, CO., LTD., et al_____

**Appearances for Plaintiff(s)**                          **Appearances for Defendant(s)**

**WILLIAM LEE/MARK SELWYN**_____                  **WILLIAM PRICE/VICTORIA MAROULIS**

_JOSH KREVITT/MARK REITER_____                  **TODD BRIGGS/KEVIN JOHNSON**

_MARK LYON_____

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   {X } CASE MANAGEMENT  CONF.   { } MOTIONS LISTED BELOW:

Pltf.     Deft.     Cross Mot.
{ }     { }     { }     1._____
{ }     { }     { }     2._____
{ }     { }     { }     3._____
{ }     { }     { }     4._____

***DISPOSITION of TODAY'S PROCEEDINGS***

**[  ] SETTLED       [  ] NOT SETTLED   [  ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED          [   ] DENIED          [   ] SUBMITTED          [   ] DENIED/GRANTED in part

_____     _____     _____     _____

***[  ] BRIEFS TO BE FILED AS FOLLOWS:***

{     } Cont'd to            @              For _____

_____

**ORDER TO BE PREPARED BY:**     [ ]PLTF;     [ ]DEFT;     [ ]COURT
Additional Comments:_CASE MANAGEMENT CONFERENCE IS HELD.  THE COURT WILL ISSUE AN_____
ORDER._____