QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

STEPTOE & JOHNSON, LLP
John Caracappa (pro hac vice)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED INVALIDITY CONTENTIONS** |

Pursuant to Local Rule 7-1 and Patent Local Rule 3-6, it is hereby stipulated by and between Samsung Electronics Corporation, Ltd., Samsung Telecommunications America, LLC., and Samsung Electronics America, Inc., (collectively, "Samsung") and Apple Inc. ("Apple") that the parties should be allowed to amend their Invalidity Contentions as set forth in Samsung's proposed Amended Invalidity Contentions (attached as Exhibit A, without exhibits) and in Apple's proposed Amended Invalidity Contentions (attached as Exhibit B, without exhibits). In support, the parties state as follows:

WHEREAS, on August 10, 2012, the parties served their Patent Local Rule 3-3 Invalidity Contentions;

WHEREAS, on January 23, 2013, this Court granted the parties leave to amend their initial Invalidity Contentions;

WHEREAS, since that date, the parties have conducted ongoing factual investigation and have discovered new material and prior art, despite earlier diligent search;

WHEREAS, on April 10, 2013, the Honorable Lucy H. Koh issued an Order Construing Disputed Claim Terms of U.S. Patent Nos. 5,579,239; 5,666,502; 5,946,647; 7,577,757; 7,756,087; 7,761,414; and 8,014,760;

WHEREAS, the parties diligently prepared and exchanged proposed amended Invalidity Contentions on April 22, 2013 and April 23, 2013;

WHEREAS, the parties agree that there has been no unreasonable delay in seeking to amend because they have been diligently working towards agreed-upon amendments and exchanging revised contentions as new facts have been discovered;

WHEREAS, the parties agree that there is good cause for leave to amend under Patent Local Rule 3-6, given that the parties agree they have acted diligently in identifying new evidence and in seeking to amend their contentions, and that the parties agree the proposed amendments would not cause undue prejudice;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that they should be granted leave to amend their Invalidity Contentions as set forth in Exhibits A and B.

1  **IT IS SO STIPULATED.**

3  Dated: April 26, 2013         WILMER CUTLER PICKERING HALE & DORR, LLP

5                                By:   /s/ Mark Selwyn

7                                Mark Selwyn
                                  Attorney for APPLE INC.

9  Dated: April 26, 2013         QUINN EMANUEL URQUHART & SULLIVAN, LLP

12                               By  /s/ Victoria F. Maroulis

13                               Victoria F. Maroulis
                                 Attorney for SAMSUNG ELECTRONICS CO.,
                                 LTD., SAMSUNG ELECTRONICS AMERICA,
                                 INC., and SAMSUNG
                                 TELECOMMUNICATIONS AMERICA, LLC

18                               *** *** ***

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22  Dated:                        By:

23                                Honorable Paul S. Grewal
                                  United States Magistrate Judge

01980.52084/5273033.2

-3-
STIPULATION AND [PROPOSED] ORDER RE AMENDED INVALIDITY CONTENTIONS

## ATTESTATION

I, Jacob K. Danziger, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis and Mark Selwyn have concurred in this filing.

Dated: April 26, 2013           By  /s/ Jacob K. Danziger

                                        Jacob K. Danziger

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 26, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

Dated: April 26, 2013           By  /s/ Jacob K. Danziger

                                        Jacob K. Danziger