| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Bar No. 177129 (CA))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael L. Fazio (Bar No. 228601)<br>michaelfazio@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | STEPTOE & JOHNSON, LLP<br>John Caracappa (pro hac vice)<br>jcaracappa@steptoe.com<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 429-6267<br>Facsimile: (202) 429-3902 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED INVALIDITY CONTENTIONS** |

Pursuant to Local Rule 7-1 and Patent Local Rule 3-6, it is hereby stipulated by and between Samsung Electronics Corporation, Ltd., Samsung Telecommunications America, LLC., and Samsung Electronics America, Inc., (collectively, "Samsung") and Apple Inc. ("Apple") that the parties should be allowed to amend their Invalidity Contentions as set forth in Samsung's proposed Amended Invalidity Contentions (attached as Exhibit A, without exhibits) and in Apple's proposed Amended Invalidity Contentions (attached as Exhibit B, without exhibits).  In support, the parties state as follows:

WHEREAS, on August 10, 2012, the parties served their Patent Local Rule 3-3 Invalidity Contentions;

WHEREAS, on January 23, 2013, this Court granted the parties leave to amend their initial Invalidity Contentions;

WHEREAS, since that date, the parties have conducted ongoing factual investigation and have discovered new material and prior art, despite earlier diligent search;

WHEREAS, on April 10, 2013, the Honorable Lucy H. Koh issued an Order Construing Disputed Claim Terms of U.S. Patent Nos. 5,579,239; 5,666,502; 5,946,647; 7,577,757; 7,756,087; 7,761,414; and 8,014,760;

WHEREAS, the parties diligently prepared and exchanged proposed amended Invalidity Contentions on April 22, 2013 and April 23, 2013;

WHEREAS, the parties agree that there has been no unreasonable delay in seeking to amend because they have been diligently working towards agreed-upon amendments and exchanging revised contentions as new facts have been discovered;

WHEREAS, the parties agree that there is good cause for leave to amend under Patent Local Rule 3-6, given that the parties agree they have acted diligently in identifying new evidence and in seeking to amend their contentions, and that the parties agree the proposed amendments would not cause undue prejudice;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that they should be granted leave to amend their Invalidity Contentions as set forth in Exhibits A and B.

**IT IS SO STIPULATED.**

Dated: April 26, 2013        WILMER CUTLER PICKERING HALE & DORR, LLP


By:  /s/ Mark Selwyn

Mark Selwyn
Attorney for APPLE INC.


Dated: April 26, 2013        QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  /s/ Victoria F. Maroulis

Victoria F. Maroulis
Attorney for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC


*** *** ***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 29, 2013        By

Honorable Paul S. Grewal
United States Magistrate Judge

## ATTESTATION

I, Jacob K. Danziger, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis and Mark Selwyn have concurred in this filing.

Dated: April 26, 2013            By   */s/ Jacob K. Danziger*

                                         Jacob K. Danziger

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 26, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

Dated: April 26, 2013            By   */s/ Jacob K. Danziger*

                                         Jacob K. Danziger