| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael L. Fazio (Bar No. 228601)<br>michaelfazio@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 | STEPTOE & JOHNSON, LLP<br>John Caracappa (*pro hac vice*)<br>jcaracappa@steptoe.com<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 429-6267<br>Facsimile: (202) 429-3902 |

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal the following documents:

1. Portions of Exhibit 4 to the Declaration of Todd M. Briggs in Support of Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions ("Briggs Declaration");
2. Exhibits 6-10 to the Briggs Declaration; and
3. Portions of Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions ("Motion to Amend").

Samsung has established good cause to permit filing these documents under seal through the Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents Under Seal ("Trac Decl."), filed herewith. In short, the above documents discuss and refer to documents and things that Apple has designated as "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY," "INTEL CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY," and "QUALCOMM – OUTSIDE ATTORNEYS' EYES ONLY" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, the Stipulated Amendment to the Protective Order Regarding Intel Code Production, and the Supplemental Protective Order Regarding Discovery from Non-Party Qualcomm. Samsung accordingly files these documents under seal, and expects that Apple, Intel, and Qualcomm will comply with L.R. 79-5(d) by filing an appropriate declaration with the Court within seven days for those portions and documents that reference Apple-, Intel- and Qualcomm-designated information. Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.

| | | |
|---|---|---|
| 1 | DATED: April 30, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By */s/ Victoria Maroulis* |
| 5 | | Victoria F. Maroulis<br>Attorneys for Defendants |
| 6 | | SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC., |
| 7 | | and SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC |