| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael L. Fazio (Bar No. 228601)<br>michaelfazio@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100 | STEPTOE & JOHNSON, LLP<br>John Caracappa (*pro hac vice*)<br>jcaracappa@steptoe.com<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 429-6267<br>Facsimile: (202) 429-3902 |

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

02198.51981/5293910.1

TRAC DECL. ISO MOTION TO FILE DOCUMENTS UNDER SEAL

I, Bill Trac, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Portions of Exhibit 4 to the Declaration of Todd Briggs in Support of Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions ("Briggs Declaration") contain source code information designated as confidential by Intel and Qualcomm.  Pursuant to L.R. 79-5 and General Order No. 62, a copy of the unredacted version of Exhibit 1 has been lodged with the Court for *in camera* review and served on all parties.

3. Exhibits 6-10 to the Briggs Declaration contain confidential information regarding Apple's licensing practices, build of materials, and other documents designated as confidential by Apple.  Pursuant to L.R. 79-5 and General Order No. 62, a copy of the unredacted version of Exhibits 6-10 have been lodged with the Court for in camera review and served on all parties.

4. Portions of Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions ("Motion to Amend") discuss and refer to non-public documents and information contained in the aforementioned exhibits.   Pursuant to L.R. 79-5 and General Order No. 62, a copy of the unredacted version of Samsung's Motion to Compel has been lodged with the Court for in camera review and served on all parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 30, 2013 at Redwood Shores, California.

            */s/ Bill Trac*
            Bill Trac

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Bill Trac.

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Victoria F. Maroulis*

　　　　　　　　　　　　　　　　　　　　　　　　Victoria F. Maroulis

02198.51981/5293910.1

-2-
TRAC DECL. ISO MOTION TO FILE DOCUMENTS UNDER SEAL