1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3 Administrative Motion to File Documents Under Seal.
4    Apple, Intel, and Qualcomm have each filed the declarations required under Civil L.R. 79-
5 5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under
6 seal. The declarations establish that portion of Exhibit 4 to the Declaration of Todd M. Briggs in
7 Support of Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions
8 ("Briggs Declaration") contain non-public information, the disclosure of which could harm Apple,
9 Intel, and Qualcomm.  Apple's declaration further establishes that Exhibits 6-10 to the Briggs
10 Declaration contain non-public information regarding Apple's licensing activities.  Finally,
11 Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions discusses
12 and refers to the confidential documents attached to the Briggs Declaration.
13    Accordingly, for good cause shown, the Court HEREBY ORDERS that portions of
14 Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions, portions of
15 Exhibit 4 to the Briggs Declaration, and Exhibits 6-10 to the Briggs Declaration may be filed
16 under seal.

18 DATED:

The Honorable Paul S. Grewal
19                                                                 United States Magistrate Judge

02198.51981/5293935.1

-1-
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL