QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS** |

02198.51981/5292899.2

Case No. 12-CV-00630-LHK (PSG)
BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE
TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS

# DECLARATION OF TODD BRIGGS

I, Todd Briggs, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. On February 28, 2013, I informed Apple's counsel of Samsung's intent to amend its Patent Local Rule 3-1(g) disclosures to identify the Galaxy S III (Jelly Bean) and Galaxy Note II. Attached hereto as **Exhibit 1** is a true and correct copy of that correspondence.

3. On March 29, 2013, I informed Apple's counsel of Samsung's intent to amend its Patent Local Rule 3-1(h) disclosures to include U.S. Patent No. 7,577,757. Attached hereto as **Exhibit 2** is a true and correct copy of that correspondence.

4. On April 26, 2013, I informed Apple's counsel of Samsung's intent to serve supplemental infringement contentions, and served upon Apple amended claim charts. Attached hereto as **Exhibit 3** is a true and correct copy of that correspondence.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Samsung's Third Amended Infringement Contentions, claim charts for each asserted patent (Exhibits A-H), and an identification of Samsung products (Exhibit I).

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Samsung's Third Set of Requests for Production.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a document produced by Peter Cholnoky, former CEO of ReQuest, Inc., having Bates numbers PC 001027-28.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a document produced by Peter Cholnoky, former CEO of ReQuest, Inc., having Bates number PC 001044.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a document produced by Apple, having Bates numbers APL630DEF-WH0000638565-68.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from Apple's Objections and Responses to Samsung's 1st Set of Interrogatories.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a document produced by Apple, having Bates numbers APL630DEF-WH0001594169.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 30, 2013, at Redwood Shores, California.

By  /s/ Todd Briggs

Todd Briggs

02198.51981/5292899.2

-3-   Case No. 12-CV-00630-LHK (PSG)
BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE
TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Todd Briggs.

                                               */s/ Victoria F. Maroulis*

                                               Victoria F. Maroulis

02198.51981/5292899.2

-4-   Case No. 12-CV-00630-LHK (PSG)
BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE
TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS