# EXHIBIT 1

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S INTERNET ADDRESS
toddbriggs@quinnemanuel.com

February 28, 2013

<u>VIA E-MAIL</u>

Mark Selwyn
Wilmer Hale Pickering Hale and Dore, LLP
950 Page Mill Road
Palo Alto, California 94304

Re:   Apple v. Samsung Electronics, et al., Case No. 12-CV-00630-LHK (N.D. Cal.)

Dear Mark:

I write regarding Samsung's Patent L.R. 3-1(g) disclosures of Samsung products that incorporate or reflect claims of Samsung's patents-in-suit. Following Apple's recent addition of the Galaxy S III (Jelly Bean) and Galaxy Note 2 products to Apple's infringement contentions, Samsung plans to amend its disclosures to identify the claims of the patents-in-suit that these newly added products incorporate or reflect. A chart identifying Samsung's proposed changes is listed below.

| Patent | Claims Practiced by Galaxy S III (Jelly Bean) | Claims Practiced by Galaxy Note 2 |
|---|---|---|
| 7,756,087 | 1,2,6,7,8, 9,10,14,15, 16,34,35,39,40 | 1,2,6,7,8, 9,10,14,15, 16,34,35,39,40 |
| 7,577,757 | 1-5, 11-12, 14-15 | 1-5, 11-12, 14-15 |
| 7,551,596 | 1,4,6,13,16,18 | 1,4,6,13,16,18 |

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000 FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000 FAX +49 40 89728 7100

99999.77344/5190338.1

| | | |
|---|---|---|
| 7,232,058 | 1,9,17 | 1,9,17 |
| 6,226,449 | 25 | 25 |
| 5,579,239 | 1-7, 15-17 | 1-7, 15-17 |

Good cause to supplement exists because Apple recently added the Galaxy SIII (Jelly Bean) and Note 2 products to the case.  Please let us know by March 4, 2013 whether Apple will stipulate to the service of these amended disclosures.

Very truly yours,

Todd M. Briggs