# EXHIBIT 2

# Todd Briggs

| | |
|---|---|
| **From:** | Kolovos, Peter [Peter.Kolovos@wilmerhale.com] |
| **Sent:** | Wednesday, April 03, 2013 4:38 PM |
| **To:** | Todd Briggs; Kenneth Suh; Patrick Curran; Richard Erwine; Victoria Maroulis; Matthew Warren; Amar Thakur; Michael Fazio; Samsung NEW |
| **Cc:** | '*** Apple/Samsung'; WH Apple Samsung NDCal II Service |
| **Subject:** | RE: Apple v. Samsung (Case No. 12-CV-630) -- Samsung's PLR 3-1(g) Disclosures |

Todd,

In connection with our consideration of your request that Apple agree to Samsung's proposed amendment of its PLR 3-1(g) disclosure, is it Samsung's position that the Galaxy SIII (Jelly Bean) and Galaxy Note 2 are the first released Samsung products that practice the '757, '058, and '449 patents, such that there were no Samsung products to list for these patents at the time of Samsung's original PLR 3-1(g) disclosure?

We are still considering your question on the PLR 3-1(h) disclosure.

-- Peter

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Friday, March 29, 2013 8:56 PM
**To:** Todd Briggs; Kolovos, Peter; Kenneth Suh; Patrick Curran; Richard Erwine; Victoria Maroulis; Matthew Warren; Amar Thakur; Michael Fazio; Samsung NEW
**Cc:** '*** Apple/Samsung'; WH Apple Samsung NDCal II Service
**Subject:** RE: Apple v. Samsung (Case No. 12-CV-630) -- Samsung's PLR 3-1(g) Disclosures

Peter,

We are still waiting to hear Apple's position on this.  I have attached Samsung's amended infringement contention cover pleading and amended Exhibit I for your review.  In addition to the amendments mentioned in my February 28 letter, we are amending our Patent Local Rule 3-1(h) disclosures to include the '757 patent.  Please let us know Apple's position on these amendments by April 2.

Thanks, Todd

---

**From:** Todd Briggs
**Sent:** Thursday, March 07, 2013 11:20 AM
**To:** Kolovos, Peter; Kenneth Suh; Patrick Curran; Richard Erwine; Victoria Maroulis; Matthew Warren; Amar Thakur; Michael Fazio; Samsung NEW
**Cc:** '*** Apple/Samsung'; WH Apple Samsung NDCal II Service
**Subject:** RE: Apple v. Samsung (Case No. 12-CV-630) -- Samsung's PLR 3-1(g) Disclosures

Peter,

This is in response to your March 6 letter.

As you know, the Galaxy SIII (Jelly Bean) and Galaxy Note 2 were released after the parties served their initial infringement contentions.  After they were released, Apple sought to add these products to its infringement

1

contentions and they were subsequently added.  Samsung did not intend to rely on these products until Apple accused them, and the fact that Apple has now accused them justifies the addition to Samsung's PLR 3-1(g) disclosures.  Moreover, Apple now has full discovery on these products and therefore is not prejudiced by the addition of them to our PLR 3-1(g) disclosures.

Please let us know Apple's position by the end of this week.

Todd

---

**From:** Kolovos, Peter [mailto:Peter.Kolovos@wilmerhale.com]
**Sent:** Wednesday, March 06, 2013 12:13 PM
**To:** Todd Briggs; Kenneth Suh; Patrick Curran; Richard Erwine; Victoria Maroulis; Matthew Warren; Amar Thakur; Michael Fazio; Samsung NEW
**Cc:** '*** Apple/Samsung'; WH Apple Samsung NDCal II Service
**Subject:** Apple v. Samsung (Case No. 12-CV-630) -- Samsung's PLR 3-1(g) Disclosures

Todd,

Please see the attached in response to your letter of February 28th.

-- Peter

**Peter J. Kolovos | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6493 (t)
+1 617 526 5000 (f)
peter.kolovos@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.