# EXHIBIT 3

# Todd Briggs

| | |
|---|---|
| **From:** | Todd Briggs |
| **Sent:** | Friday, April 26, 2013 8:44 PM |
| **To:** | WH Apple Samsung NDCal II Service; *** Apple/Samsung |
| **Cc:** | Samsung NEW |
| **Subject:** | Samsung's Draft Amended Infringement Contentions |
| **Attachments:** | Exhibit H - Third Amended Infringement Contentions Chart (239).pdf; Exhibit A - Third Amended Infringement Contentions Chart (087).pdf; Exhibit B - Third Amended Infringement Contentions Chart (596).pdf; Exhibit C - Third Amended Infringement Contentions Chart (470).pdf; Exhibit D - Third Amended Infringement Contentions Chart (757).pdf; Exhibit E - Third Amended Infiringement Contentions Chart (058).pdf; Exhibit F - Third Amended Infiringement Contentions Chart (179).pdf; Exhibit G - Third Amended Infringement Contentions Chart (449).pdf |

Counsel,

Samsung intends to file a motion to amend its Patent Local Rule 3-1 infringement contentions. We have attached draft amended claim charts for your review. The amendments are in response to recent developments including the Court's claim construction order on the '239 and '757 patents, the discovery of non-public information regarding the accused Apple products and Apple's knowledge of the '757 patent , Apple's failure to meaningfully respond to Samsung Interrogatory No. 12, and Apple's addition of the Galaxy S III (JellyBean) and Galaxy Note 2 to the case (as discussed in previous correspondence).

Please let us know Apple's position on this motion by the close of business on April 29, 2013.

Have a nice weekend.

Todd

1