# EXHIBIT 5

| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | STEPTOE & JOHNSON, LLP John Caracappa (*pro hac vice*) |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com | jcaracappa@steptoe.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com | 1330 Connecticut Avenue, NW Washington, D.C. 20036 |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 | Telephone: (202) 429-6267 Facsimile: (202) 429-3902 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 | |
| 6 | | |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com | |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com | |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 | |
| 10 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 | |
| 11 | William C. Price (Bar No. 108542) | |
| 12 | williamprice@quinnemanuel.com Patrick M. Shields (Bar No. 204739) | |
| 13 | patrickshields@quinnemanuel.com 865 South Figueroa Street, 10th Floor | |
| 14 | Los Angeles, California  90017-2543 Telephone:   (213) 443-3000 | |
| 15 | Facsimile:    (213) 443-3100 | |
| 16 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and | |
| 17 | SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 20 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| 21 | Plaintiff, | |
| 22 | vs. | **SAMSUNG'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |
| 23 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG | |
| 24 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

**REQUEST FOR PRODUCTION NO. 141:**

All DOCUMENTS RELATING TO (1) any written or oral opinions received or solicited by YOU RELATING TO the validity, enforceability, infringement, or scope of any claims of the SAMSUNG PATENTS and (2) the preparation of any such opinions, including, but not limited to, drafts, notes, and any DOCUMENTS relied on in the preparation of any such opinions.

**REQUEST FOR PRODUCTION NO. 142:**

All opinions of counsel RELATING TO any of the SAMSUNG PATENTS.

**REQUEST FOR PRODUCTION NO. 143:**

All DOCUMENTS RELATING TO any of YOUR policies, practices, or guidelines RELATING TO the patent rights of others, including the analysis of patents to ensure YOU do not infringe such patents.

**REQUEST FOR PRODUCTION NO. 144:**

All DOCUMENTS RELATING TO the scope, construction, meaning or interpretation of any term in any asserted claim of the SAMSUNG PATENTS.

**REQUEST FOR PRODUCTION NO. 145:**

All DOCUMENTS RELATING TO any errors in the SAMSUNG PATENTS of which APPLE is aware.

**REQUEST FOR PRODUCTION NO. 146:**

All DOCUMENTS RELATING TO any COMMUNICATIONS with third parties RELATING TO the SAMSUNG patents.

**REQUEST FOR PRODUCTION NO. 147:**

All DOCUMENTS RELATING TO any of the named inventors of the SAMSUNG PATENTS.

**REQUEST FOR PRODUCTION NO. 148:**

All COMMUNICATIONS with any third parties RELATING TO any of the named inventors of the SAMSUNG PATENT.

**REQUEST FOR PRODUCTION NO. 149:**

All COMMUNICATIONS with or RELATED TO ReQuest, Inc.

**REQUEST FOR PRODUCTION NO. 150:**

All DOCUMENTS RELATED TO any products made or sold by or on behalf of ReQuest, Inc.

**REQUEST FOR PRODUCTION NO. 151:**

All COMMUNICATIONS with any third parties RELATED TO any products made or sold by or on behalf of ReQuest, Inc.

**REQUEST FOR PRODUCTION NO. 152:**

All COMMUNICATIONS with Hitachi, Ltd. or any third party RELATED TO the '449 PATENT.

**REQUEST FOR PRODUCTION NO. 153:**

All COMMUNICATIONS with Hitachi, Ltd. RELATED TO digital still cameras, digital camcorders, or related technology.