| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, CA  94304-1211 | San Francisco, CA 94105-2482 |
| Telephone:  (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Counterclaim-Plaintiffs,<br>     v.<br><br>APPLE INC., a California corporation,<br><br>           Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

1  Pursuant to Civil L.R. 11-3, Sarah J. Sladic, an active member in good standing of the bar of
2  District of Columbia, hereby applies for admission to practice in the Northern District of California
3  on a pro hac vice basis representing Plaintiff Apple Inc. in the above-entitled action.
4  In support of this application, I certify on oath that:
5  1.  I am an active member in good standing of a United States Court or of the highest
6      court of another State or the District of Columbia, as indicated above:
7  2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule
8      11-4, to comply with General Order No. 45, Electronic Case Filing, and to become
9      familiar with the Local Rules and the Alternative Dispute Resolution programs of this
10     Court; and,
11 3.  An attorney who is a member of the bar of this Court in good standing and who
12     maintains an office within the State of California has been designated as counsel in the
13     above-entitled action.  The name, address, and telephone number of that attorney is:
14     H. Mark Lyon, Esq., Gibson Dunn & Crutcher, 1881 Page Mill Road, Palo Alto, CA
15     94304-1211(650) 849-5300; MLyon@gibsondunn.com; California Bar No. 162061.

17 I declare under penalty of perjury that the foregoing is true and correct.

20 Dated:  May 1, 2013            ___/s/ Sarah J. Sladic_____