JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Counterclaim-Plaintiffs,<br>     v.<br><br>APPLE INC., a California corporation,<br><br>            Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

1  Sarah Sladic, whose business address and telephone number is
2  Gibson Dunn & Crutcher, 1050 Connecticut Avenue, Washington, DC 20006, 202-887-3573 and
3  who is an active member in good standing of the bar of the District of Columbia, has applied in the
4  above-entitled action for admission to practice in the Northern District of California on a pro hac vice
5  basis, representing Apple Inc.

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of
8  Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance pro hac vice.  Service of
9  papers upon and communication with co-counsel designated in the application will constitute notice
10 to the party.  All future filings in this action are subject to the requirements contained in General
11 Order No. 45, Electronic Case Filing.

**IT IS SO ORDERED.**

Dated:  5/02/2013

_Lucy H. Koh_
LUCY H. KOH
United States District judge