1  Michael R. Heimbold (SBN 173981)
   mheimbold@steptoe.com
2  Dylan Ruga (SBN 235969)
   druga@steptoe.com
3  Steptoe & Johnson LLP
   2121 Avenue of the Stars, Suite 2800
4  Los Angeles, California 90067
   Telephone:  (310) 734-3200
5  Facsimile:  (310) 734-3229

6  John M. Caracappa (Pro Hac Vice)
   jcaracappa@steptoe.com
7  Paul A. Gennari (Pro Hac Vice)
   pgennari@steptoe.com
8  Steptoe & Johnson LLP
   1330 Connecticut Avenue, NW
9  Washington, DC  20036
   Telephone:  (202) 429-3000
10 Facsimile:   (202) 429-3902

11

12 Attorneys for Applicant
   SAMSUNG ELECTRONICS CO., LTD.
13 SAMSUNG ELECTRONICS AMERICA, INC., AND
   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

14

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.:  12-cv-00630-LHK (PSG) |
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | [L.R. 5-1(c)(2)(C)] |
| Defendants. | |

1
NOTICE OF CHANGE OF COUNSEL

Doc. # DC-8177156 v.1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following individuals no longer are counsel of record for Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") and should be removed from all future ECF notifications:

1. Dylan Ruga, State Bar No. 235969, email address druga@steptoe.com;

2. Michael R. Heimbold, State Bar No. 173981, email address: mheimbold@steptoe.com;

3. Huan Yi Lin, State Bar No. 220304, email address: hlin@steptoe.com;

4. John M. Caracappa, admitted *pro hac vice*, email address: jcaracappa@steptoe.com;

Pursuant to Northern District of California Local Rule 5-1(c)(2)(C), no Court Order is required to effectuate this change because Samsung still is represented by other counsel.

Dated:  April 30, 2013         STEPTOE & JOHNSON LLP

Michael R. Heimbold
Dylan Ruga
Huan Yi Lin
John M. Caracappa


By:  /s/ Dylan Ruga
        Dylan Ruga
Attorneys for Samsung Electronics Co., Ltd.
Samsung Electronics America, Inc., and
Samsung Telecommunications America,
LLC