UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK (PSG) <br><br> **DECLARATION OF JOSEF HAUSNER, Prof. Dr.-Ing.** |

I, Josef Hausner, declare as follows:

1.      I am employed by Intel Mobile Communications GmbH ("IMC") at Neubiberg, Germany. IMC is a wholly owned subsidiary of Intel, Corp. ("Intel"). My title is Division Vice President, and I am responsible for wireless architecture in IMC's Wireless System Engineering group. I received an Dipl.-Ing. (Diploma of Engineering) degree from Technical University of Munich, in 1986 and a Dr.-Ing. (Doctor of Engineering) degree from Technical University of Munich, in 1991. I began working at the Wireless Solutions business unit at Infineon Technologies AG ("Infineon") in 2006. In 2011, Intel acquired Infineon Technologies AG Wireless Solutions

1
2  (WLS) business, which became known as IMC.
3  2.      I am informed that in the above-named lawsuit, Samsung or Apple may wish to use Intel
4  confidential information, including source code and documents. In particular, I am informed that
5  Samsung and Apple may refer to exhibits that include Intel firmware and protocol stack software
6  in the presentation of their case. Intel's firmware is a type of software that is designed to control
7  the operation of Intel's modem hardware and to implement various protocol functions in the
8  modem. Intel does not typically provide the source code for its firmware to customers but instead
9  provides it only in binary executable form. Intel maintains its firmware source-code on internal
10 servers and implements network access security measures to prevent unauthorized access to this
11 code.
12 3.      Intel does not disclose the design of its firmware to its customers or the public. While Intel
13 provides some technical documentation to its customers, these documents are disclosed only after
14 the customer has signed a non-disclosure agreement (NDA). In addition, the type of
15 documentation that Intel provides to its customers discloses only enough information to configure
16 and use the Intel products. It does not detail the firmware or circuitry implementation.
17 4.      Intel also takes appropriate precautions when it deliveries firmware to its customers. Intel
18 only delivers precompiled firmware binaries and header files to most of its customers. The
19 precompiled firmware binaries are embedded into the modem software image before they are
20 delivered as a release to the customers. Most of Intel's customers cannot modify or recreate the
21 firmware binaries themselves. Intel employs network security measures to prevent unauthorized
22 access to the computer systems where the source code is stored. When Intel needs to share
23 portions of its firmware source code with a customer, Intel provides the source code only after the
24 customer signs an NDA protecting the confidentiality of the source code.
25 5.      Intel's protocol stack software implements modem functions that interact with the
26 firmware and hardware and allow the modem to implement the many protocols required to
27 operate successfully on modern 3G and 4G wireless networks. Intel maintains the protocol stack
28 software on secure servers and implements network access security measures to prevent
   unauthorized access. Before IMC makes any protocol stack software available to customers it

requires those customers to enter a license agreement that requires them to secure the code and take measures designed to prevent public release of uncompiled versions of the protocol stack software. Customers are allowed to use Intel's protocol stack software only with Intel's modem hardware products.

6. IMC's firmware and protocol stack software is extremely valuable to Intel because it represents a significant investment and contains numerous trade secrets that provide a competitive advantage to Intel. Purchasers of modem integrated circuits 3G and 4G for mobile devices expect the manufacturer to provide firmware and protocol stack software with these integrated circuits. Intel would be seriously harmed if potential competitors could shortcut their product development efforts by basing their work on Intel's source code designs.

7. Intel's firmware and protocol stack software also provides it with a competitive advantage. The 3GPP standards, which are publicly available, generally describe how mobile devices behave when interoperating with a wireless network. But the standards do not always specify how that behavior must be implemented; so each manufacturer generally creates a unique implementation using its trade secrets to optimize certain performance aspects. For example, a firmware or software implementation could optimize speed over power consumption, or vice-versa. Given the numerous trade secrets embedded in IMC's firmware and protocol stack software, public disclosure of IMC's design would permit competitors to copy it, along with the key features that give Intel a competitive advantage.

8. Intel does not disclose the design of its firmware or protocol stack software to the public. While Intel provides some technical documentation to its customers, these documents are disclosed only after the customer has signed a non-disclosure agreement (NDA). In addition, the type of documentation that Intel provides to its customers discloses only enough information to configure and use the Intel products. It does not detail the firmware or circuitry implementation.

//
//
//
//

I have personal knowledge of the facts set forth in this declaration and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Neubiberg, Germany on May 5, 2013.

_____
Josef Hausner