UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal.  Intel has filed a supporting motion to seal. Apple, Intel, and Qualcomm have each filed the declarations required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declarations establish that portion of Exhibit 4 to the Declaration of Todd M. Briggs in Support of Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions ("Briggs Declaration") contain non-public information, the disclosure of which could harm Apple, Intel, and Qualcomm.

1  Accordingly, for good cause shown, the Court HEREBY ORDERS that portions of
2  Exhibit 4 to the Briggs Declaration, and Exhibits 6-10 to the Briggs Declaration may be filed
3  under seal.

5  Dated:

   The Honorable Paul S. Grewal
   United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28