UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: May 7, 2013                                                  Time in Court: 22 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: **CV12-00630 LHK**
Plaintiff Attorney(s) present: Mark Lyon
Defendant Attorney(s) present: Michael Fazio
Non-Party Attorney(s) present: Matthew Warren and Lindsay Cooper

### PROCEEDINGS:
**1.) Plaintiff's Motion to Compel Discovery of Document Production Information and Diff Program Printouts from Google, Inc. (Doc. 418)**
**2.) Defendants Motion to Compel Production of Documents Responsive to Samsung's Seventh Set of Requests for Production (RFP Nos. 337-349)**

Order to withdraw Samsung's Motion to Compel (In Re: Docket No. 433) filed 5/7/13.  Matter off calendar.
Counsel present oral arguments.
The court takes matter under submission; written order after hearing to be issued.

///