| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts  02109 |
| Palo Alto, California  94304-1211 | Telephone:  (617) 526-6000 |
| Telephone:  (650) 849-5300 | Facsimile:  (617) 526-5000 |
| Facsimile:  (650) 849-5333 | |
| | |
| MICHAEL A. JACOBS (CA SBN 111664) | MARK D. SELWYN (CA SBN 244180) |
| mjacobs@mofo.com | mark.selwyn@wilmerhale.com |
| RICHARD S.J. HUNG (CA SBN 197425) | WILMER CUTLER PICKERING |
| rhung@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California  94304 |
| San Francisco, California  94105-2482 | Telephone:  (650) 858-6000 |
| Telephone:  (415) 268-7000 | Facsimile:  (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF PETER J. KOLOVOS REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Samsung filed an Administrative Motion to File Documents Under Seal (Dkt. No. 476), including portions of Exhibit 4 to the Declaration of Todd M. Briggs in Support of Samsung's Motion for Leave to Amend and Supplement Its Infringement Contention ("Briggs Declaration") (Dkt. No. 476-4), Exhibits 6-10 to the Briggs Declaration, and portions of Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions ("Samsung's Motion to Amend").

3. Apple does not seek to seal Exhibits 6-9 to the Briggs Declaration or any portion of Samsung's Motion to Amend.

4. The portions of Exhibit 4 to the Briggs Declaration that Samsung has moved to seal contain filenames and descriptions or alleged descriptions of the source code for the baseband processors used in the accused Apple products, including source code produced by non-parties Intel and Qualcomm. The Court has previously allowed the parties to seal such information. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (August 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 8) (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011).) Apple notes that non-party Intel also has filed a motion (Dkt. 490) in support of Samsung's motion to seal the identified portions of Exhibit 4.

5. Exhibit 10 to the Briggs Declaration is an excerpt from a non-public Apple document containing detailed information at the level of capacitors, resistors, and connectors regarding the components and configuration of an accused Apple product. Exhibit 10 discloses information about the component parts supplied to Apple and how they are used, and its

1  disclosure would be harmful to Apple for similar reasons as stated in the Declaration of Beth
2  Kellermann in Support of Apple's Motion to Seal Trial Exhibits (*Apple Inc. v. Samsung
3  Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1504 at 3) (supporting
4  sealing schematics showing the configuration of Apple's products because detailed information
5  of this kind constitutes trade secret information)).  The Court has previously granted Apple's
6  request to seal product schematics that contain a similar level of detail about product components
7  and configurations.  *See Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-
8  01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (granting Apple's request to seal schematics related to
9  the Apple iBook and iSight).

10       6.     The relief requested by Apple is necessary and narrowly tailored to protect
11  confidential information regarding source code and trade secret information pertaining to the
12  accused Apple products.

13       7.     I declare under the penalty of perjury under the laws of the United States of
14  America that the forgoing is true and correct to the best of my knowledge and that this
15  Declaration was executed this 7th day of May, 2013, in Boston, Massachusetts.

Dated:  May 7, 2013                          */s/ Peter J. Kolovos*
                                             Peter J. Kolovos

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 7, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated: May 7, 2013

*/s/ Mark D. Selwyn*
Mark D. Selwyn