| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING IN-PART SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  Apple Inc. ("Apple") filed the Declaration of Peter J. Kolovos Regarding Samsung's
2  Administrative Motion to File Documents Under Seal (Dkt. No. 476) ("Samsung's Motion to
3  Seal"). Apple requests that the Court issue an order accepting Samsung's redactions to Exhibit 4
4  to the Declaration of Todd M. Briggs in Support of Samsung's Motion for Leave to Amend and
5  Supplement Its Infringement Contentions ("Briggs Declaration"), and sealing Exhibit 10 to the
6  Briggs Declaration.

Apple's request is granted:

- Portions of Exhibit 4 to the Briggs Declaration shall be sealed consistent with the redactions in the version publicly filed by Samsung on April 30, 2013. The redacted version filed by Samsung shall remain the publicly available version on ECF.

- Exhibit 10 to the Briggs Declaration, which has been lodged with the Court by Samsung, shall be sealed.

**IT IS SO ORDERED.**

Dated: _____, 2013      _____
                                     Hon. Paul S. Grewal
                                     United States Magistrate Judge