# EXHIBIT 16

# WilmerHale

Peter J. Kolovos

+1 617 526 6493 (t)
+1 617 526 5000 (f)
peter.kolovos@wilmerhale.com

May 3, 2013

**By E-mail**

Amar L. Thakur, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:   <u>Apple Inc. v. Samsung Elecs. Co., Ltd., et al.</u>
      Case No. 12-cv-00630 (N.D. Cal.)

Dear Amar:

I write to follow up on one of the items discussed during yesterday's meet and confer.

Without waiving its objections, and after obtaining any necessary third party consents, Apple will agree to produce damages expert reports, materials relied upon by damages experts, and damages expert deposition and trial testimony from the VirnetX litigation, subject to Samsung's agreement to:  (1) withdraw its requests for materials from the Kodak and Nokia ITC investigations, and (2) make a reciprocal production of damages expert materials from other Samsung litigations which concern technologies similar to those at issue in this case.

Please let us know whether Samsung agrees.

Very truly yours,

*/s/ Peter J. Kolovos*

Peter J. Kolovos