# EXHIBIT 23

UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, DC
Before the Honorable E. James Gildea
Administrative Law Judge

| | |
|---|---|
| In the Matter of<br><br>CERTAIN ELECTRONIC DEVICES, INCLUDING MOBILE PHONES, PORTABLE MUSIC PLAYERS, AND COMPUTERS | Inv. No. 337-TA-701 |

RESPONDENT APPLE INC.'S
IDENTIFICATION OF EXPERT WITNESSES

Pursuant to Order No. 7, Respondent Apple Inc. ("Apple") hereby submits its Identification of Expert Witnesses, and identifies the following experts who may testify at the hearing in this matter. This identification of experts and expected areas of testimony is based on Apple's current understanding of the evidence produced during discovery. Discovery is ongoing and Apple reserves the right to supplement this identification as additional information becomes available.

1.   Behzad Razavi, Ph.D., M.Sc.E.E.

Dr. Razavi has expertise in the areas set forth in his curriculum vitae, including the areas of wireless transceivers, frequency synthesizers, voltage-controller oscillators, and phase-locking for high-speed data communications. Dr. Razavi may testify regarding the technical background and state of the art relevant to the asserted claims of U.S. Patent No. 6,714,091 (the "'091 patent"), the interpretation of the asserted claims of the '091 patent, the invalidity of the '091 patent, the unenforceability of the '091 patent, the design and operation of Apple's accused products as they relate to the '091 patent, Apple's non-infringement of the asserted claims of the

'091 patent, the design and operation of Nokia's domestic industry products as they relate to the '091 patent, and whether Nokia has a domestic industry relating to the '091 patent. Dr. Razavi may testify as part of Apple's case-in-chief as well as in rebuttal to address Complainants' expert testimony. Attached as Exhibit 1 is a copy of Dr. Razavi's current curriculum vitae, summarizing his qualifications.

2.   Mark F. Hamilton, Ph.D.

Dr. Hamilton has expertise in the areas set forth in his curriculum vitae, including the areas of nonlinear acoustics and engineering acoustics. Dr. Hamilton may testify regarding the technical background and state of the art relevant to the asserted claims of U.S. Patent No. 6,834,181 (the "'181 patent"), the interpretation of the asserted claims of the '181 patent, the invalidity of the '181 patent, the unenforceability of the '181 patent, the design and operation of Apple's accused products as they relate to the '181 patent, Apple's non-infringement of the asserted claims of the '181 patent, the design and operation of Nokia's domestic industry products as they relate to the '181 patent, and whether Nokia has a domestic industry relating to the '181 patent. Dr. Hamilton may testify as part of Apple's case-in-chief as well as in rebuttal to address Complainants' expert testimony. Attached as Exhibit 2 is a copy of Dr. Hamilton's current curriculum vitae, summarizing his qualifications.

3.   James A. Storer, Ph.D., C.S.

Dr. Storer has expertise in the areas set forth in his curriculum vitae, including the areas of image and video processing, digital camera technology, image retrieval, and data compression, encoding, decoding, and archiving. Dr. Storer may testify regarding the technical background and state of the art relevant to the asserted claims of U.S. Patent No. 6,895,256 (the "'256 patent"), the interpretation of the asserted claims of the '256 patent, the invalidity of the

'256 patent, the unenforceability of the '256 patent, the design and operation of Apple's accused products as they relate to the '256 patent, Apple's non-infringement of the asserted claims of the '256 patent, the design and operation of Nokia's domestic industry products as they relate to the '256 patent, and whether Nokia has a domestic industry relating to the '256 patent. Dr. Storer may testify as part of Apple's case-in-chief as well as in rebuttal to address Complainant's expert testimony. Attached as Exhibit 3 is a copy of Dr. Storer's current curriculum vitae, summarizing his qualifications.

4.   Brad A. Myers, Ph.D., M.S.C.S.

Dr. Myers has expertise in the areas set forth in his curriculum vitae, including the areas of human computer interaction, user interface software and design, and demonstrational interfaces. Dr. Myers may testify regarding the technical background and state of the art relevant to the asserted claims of U.S. Patent No. 6,518,957 ( the "'957 patent"), the interpretation of the asserted claims of the '957 patent, the invalidity of the '957 patent, the unenforceability of the '957 patent, the design and operation of Apple's accused products as they relate to the asserted claims of the '957 patent, Apple's non-infringement of the asserted claims of the '957 patent, the design and operation of Nokia's domestic industry products as they relate to the '957 patent, and whether Nokia has a domestic industry relating to the '957 patent. Dr. Myers may also testify regarding the technical background and state of the art relevant to the asserted claims of U.S. Patent No. 6,073,036 (the "'036 patent"), the interpretation of the asserted claims of the '036 patent, the invalidity of the '036 patent, the unenforceability of the '036 patent, the design and operation of Apple's accused products as they relate to the asserted claims of the '036 patent, Apple's non-infringement of the asserted claims of the '036 patent, the design and operation of Nokia's domestic industry products as they relate to the '036 patent, and whether Nokia has a

domestic industry relating to the '036 patent. Dr. Myers may testify as part of Apple's case-in-chief as well as in rebuttal to address Complainant's expert testimony. Attached as Exhibit 4 is a copy of Dr. Myers' current curriculum vitae, summarizing his qualifications.

    5.    <u>Ben Shneiderman, Ph.D., M.S.C.S.</u>

Dr. Shneiderman has expertise in the areas set forth in his curriculum vitae, including the areas of human computer interaction, user interface software and design, and demonstrational interfaces. Dr. Shneiderman may testify regarding the technical background and state of the art relevant to the asserted claims of U.S. Patent No. 6,073,036 (the "'036 patent"), the interpretation of the asserted claims of the '036 patent, the invalidity of the '036 patent, the unenforceability of the '036 patent, the design and operation of Apple's accused products as they relate to the asserted claims of the '036 patent, Apple's non-infringement of the asserted claims of the '036 patent, the design and operation of Nokia's domestic industry products as they relate to the '036 patent, and whether Nokia has a domestic industry relating to the '036 patent. Dr. Shneiderman may also testify regarding the technical background and state of the art relevant to the asserted claims of U.S. Patent No. 6,518,957 ( the "'957 patent"), the interpretation of the asserted claims of the '957 patent, the invalidity of the '957 patent, the unenforceability of the '957 patent, the design and operation of Apple's accused products as they relate to the asserted claims of the '957 patent, Apple's non-infringement of the asserted claims of the '957 patent, the design and operation of Nokia's domestic industry products as they relate to the '957 patent, and whether Nokia has a domestic industry relating to the '957 patent. Dr. Shneiderman may testify as part of Apple's case-in-chief as well as in rebuttal to address Complainant's expert testimony. Attached as Exhibit 5 is a copy of Dr. Shneiderman's current curriculum vitae, summarizing his qualifications.

6. <u>Bernhard E. Boser, Ph.D., M.S.E.E.</u>

Dr. Boser has expertise in the areas set forth in his curriculum vitae, including the areas of sensors and actuators, electronic circuit design, solid-state circuits and user interface software and design. Dr. Boser may testify regarding the technical background and state of the art relevant to the asserted claims of U.S. Patent No. 6,924,789 ( the "'789 patent"), the interpretation of the asserted claims of the '789 patent, the invalidity of the '789 patent, the unenforceability of the '789 patent, the design and operation of Apple's accused products as they relate to the asserted claims of the '789 patent, Apple's non-infringement of the asserted claims of the '789 patent, the design and operation of Nokia's domestic industry products as they relate to the '789 patent, and whether Nokia has a domestic industry relating to the '789 patent. Dr. Boser may testify as part of Apple's case-in-chief as well as in rebuttal to address Complainant's expert testimony. Attached as Exhibit 6 is a copy of Dr. Boser's current curriculum vitae, summarizing his qualifications.

7. <u>Vivek Subramanian, Ph.D., M.S.E.E.</u>

Dr. Subramanian has expertise in the areas set forth in his curriculum vitae, including the areas of sensors and actuators, electronic circuit design, sensing applications, organic electronics and advanced CMOS devices and technology. Dr. Subramanian may testify regarding the technical background and state of the art relevant to the asserted claims of U.S. Patent No. 6,924,789 ( the "'789 patent"), the interpretation of the asserted claims of the '789 patent, the invalidity of the '789 patent, the unenforceability of the '789 patent, the design and operation of Apple's accused products as they relate to the asserted claims of the '789 patent, Apple's non-infringement of the asserted claims of the '789 patent, the design and operation of Nokia's domestic industry products as they relate to the '789 patent, and whether Nokia has a domestic

industry relating to the '789 patent. Dr Subramanian may also testify regarding the technical background and state of the art relevant to the asserted claims of U.S. Patent No. 6,895,256 (the "'256 patent"), the interpretation of the asserted claims of the '256 patent, the invalidity of the '256 patent, the unenforceability of the '256 patent, the design and operation of Apple's accused products as they relate to the '256 patent, Apple's non-infringement of the asserted claims of the '256 patent, the design and operation of Nokia's domestic industry products as they relate to the '256 patent, and whether Nokia has a domestic industry relating to the '256 patent. Dr. Subramanian may also testify regarding the technical background and state of the art relevant to the asserted claims of U.S. Patent No. 6,714,091 (the "'091 patent"), the interpretation of the asserted claims of the '091 patent, the invalidity of the '091 patent, the unenforceability of the '091 patent, the design and operation of Apple's accused products as they relate to the '091 patent, Apple's non-infringement of the asserted claims of the '091 patent, the design and operation of Nokia's domestic industry products as they relate to the '091 patent, and whether Nokia has a domestic industry relating to the '091 patent. Dr. Subramanian may testify as part of Apple's case-in-chief as well as in rebuttal to address Complainant's expert testimony. Attached as Exhibit 7 is a copy of Dr. Subramanian's current curriculum vitae, summarizing his qualifications.

8.  Craig A. Knoblock, Ph.D.

Dr. Knoblock has expertise in the areas set forth in his curriculum vitae, including the areas of information integration and extraction and computational intelligence. Dr. Knoblock may testify regarding the technical background and state of the art relevant to the asserted claims of U.S. Patent No. 6,262,735 ( the "'735 patent"), the interpretation of the asserted claims of the '735 patent, the invalidity of the '735 patent, the unenforceability of the '735 patent, the design

and operation of Apple's accused products as they relate to the asserted claims of the '735 patent, Apple's non-infringement of the asserted claims of the '735 patent, the design and operation of Nokia's domestic industry products as they relate to the '735 patent, and whether Nokia has a domestic industry relating to the '735 patent. Dr. Knoblock may testify as part of Apple's case-in-chief as well as in rebuttal to address Complainant's expert testimony. Attached as Exhibit 8 is a copy of Dr. Knoblock's current curriculum vitae, summarizing his qualifications.

9. Tom M. Mitchell, Ph.D.

Dr. Mitchell has expertise in the areas set forth in his curriculum vitae, including the areas of computer science, machine learning, and artificial intelligence. Dr. Mitchell may testify regarding the technical background and state of the art relevant to the asserted claims of U.S. Patent No. 6,262,735 ( the "'735 patent"), the interpretation of the asserted claims of the '735 patent, the invalidity of the '735 patent, the unenforceability of the '735 patent, the design and operation of Apple's accused products as they relate to the asserted claims of the '735 patent, Apple's non-infringement of the asserted claims of the '735 patent, the design and operation of Nokia's domestic industry products as they relate to the '735 patent, and whether Nokia has a domestic industry relating to the '735 patent. Dr. Mitchell may testify as part of Apple's case-in-chief as well as in rebuttal to address Complainant's expert testimony. Attached as Exhibit 9 is a copy of Dr. Mitchell's current curriculum vitae, summarizing his qualifications.

10. Vincent A. Thomas, CPA, CVA, ABV

Mr. Thomas has expertise in the areas set forth in his curriculum vitae, including the area of application of economic principles to complex business arrangements, including but not limited to the development, use, and valuation of intellectual property. Mr. Thomas may testify

regarding the economic requirements for a finding of domestic industry, the existence or absence of a domestic industry regarding the '036, '091, '181, '256, '735, '789, and '957 patents. Mr. Thomas may also testify regarding the appropriate remedy and bond in the event a violation of Section 337 is found. Mr. Thomas may testify in rebuttal to address Complainants' expert testimony. Attached as Exhibit 10 is a copy of Mr. Thomas's current curriculum vitae, summarizing his qualifications.

11. Steven K. Feiner, Ph.D.

Dr. Feiner has expertise in the areas set forth in his curriculum vitae, including the areas of human computer interaction, user interface software and design, and demonstrational interfaces. Dr. Feiner may testify regarding the technical background and state of the art relevant to the asserted claims of U.S. Patent No. 6,518,957 ( the "'957 patent"), the interpretation of the asserted claims of the '957 patent, the invalidity of the '957 patent, the unenforceability of the '957 patent, the design and operation of Apple's accused products as they relate to the asserted claims of the '957 patent, Apple's non-infringement of the asserted claims of the '957 patent, the design and operation of Nokia's domestic industry products as they relate to the '957 patent, and whether Nokia has a domestic industry relating to the '957 patent. Dr. Feiner may also testify regarding the technical background and state of the art relevant to the asserted claims of U.S. Patent No. 6,073,036 (the "'036 patent"), the interpretation of the asserted claims of the '036 patent, the invalidity of the '036 patent, the unenforceability of the '036 patent, the design and operation of Apple's accused products as they relate to the asserted claims of the '036 patent, Apple's non-infringement of the asserted claims of the '036 patent, the design and operation of Nokia's domestic industry products as they relate to the '036 patent, and whether Nokia has a domestic industry relating to the '036 patent. Dr. Feiner may testify as part of Apple's case-in-

chief as well as in rebuttal to address Complainant's expert testimony. Attached as Exhibit 11 is a copy of Dr. Feiner's current curriculum vitae, summarizing his qualifications.

Dated: May 12, 2010

Respectfully submitted,

APPLE INC.,

By its counsel,

/s/ Mark D. Selwyn

Mark D. Selwyn
Joseph F. Haag
Wilmer Cutler Pickering Hale and Dorr LLP
1117 S. California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee
Michael A. Diener
Michael J. Summersgill
Greg P. Teran
Joseph J. Mueller
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

David C. Marcus
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

James L. Quarles III
Michael D. Esch
Grant K. Rowan
Nina S. Tallon
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Robert G. Krupka, P.C.
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Gregory S. Arovas, P.C.
Kirkland & Ellis LLP
601 Lexington Ave.
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212 446-4900

Bryan S. Hales, P.C.
Marcus E. Sernel, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Kenneth H. Bridges
Michael T. Pieja
Brian C. Kwok
Wong, Cabello, Lutsch, Rutherford, &
Brucculeri LLP
540 Cowper Street, Suite 100
Palo Alto, California 94301
Telephone: (650) 861-4475
Facsimile: (650) 403-4043

*Counsel for Respondent Apple Inc.*

*In the Matter of* **CERTAIN ELECTRONIC DEVICES, INCLUDING MOBILE PHONES, PORTABLE MUSIC PLAYERS, AND COMPUTERS**
**Inv. No. 337-TA-701**

*U.S. International Trade Commission; Before the Honorable E. James Gildea*

## CERTIFICATE OF SERVICE

I, Gina Ecolino, herby certify that copies of the foregoing **RESPONDENT APPLE INC.'S IDENTIFICATION OF EXPERT WITNESSES.** were served upon the following parties as indicated below on this 12th day of May, 2010.

| <u>Secretary</u> ||
|---|---|
| The Honorable Marilyn R. Abbott<br>Secretary<br>U.S. International Trade Commission<br>500 E Street, S.W., Room 112A<br>Washington, D.C. 20436 | [ ]  Via Hand Delivery<br>       (Original + 6 Copies)<br>[X]  Via Electronic Filing (EDIS)<br>[ ]  Via Overnight Delivery |
| <u>Administrative Law Judge</u> ||
| The Honorable E. James Gildea<br>Administrative Law Judge<br>U.S. International Trade Commission<br>500 E Street, S.W., Room 317<br>Washington, D.C. 20436 | [X]  Via Hand Delivery (2 Copy)<br>[ ]  Via Overnight Delivery<br>[ ]  Via Facsimile<br>[X]  Via Electronic Mail<br>       sarah.zimmerman@usitc.gov |
| <u>Staff Attorney</u> ||
| Rett V. Snotherly<br>Office of Unfair Import Investigations<br>U.S. International Trade Commission<br>500 E Street S.W., Room 401-S<br>Washington, DC 20436 | [X]  Via Hand Delivery (1 Copy)<br>[]   Via Overnight Delivery<br>[ ]  Via Facsimile<br>[X]  Via Electronic Mail<br>       rett.snotherly@usitc.gov |

| **Complainants Nokia Corporation and Nokia Inc.** ||
|---|---|
| Paul F. Brinkman<br>Alan L. Whitehurst<br>Alston & Bird LLP<br>The Atlantic Building<br>950 F Street, NW<br>Washington, DC 20004-1404 | [ ]  Via Hand Delivery (1 Copy)<br>[ ]  Via Overnight Delivery<br>[ ]  Via Facsimile<br>[X] Via Electronic Mail<br>nokia-apple-itc@alston.com |
| Patrick J. Flinn<br>Keith E. Broyles<br>John D. Haynes<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 | [ ]  Via Hand Delivery (1 Copy)<br>[X] Via Overnight Delivery<br>[ ]  Via Facsimile<br>[X] Via Electronic Mail<br>nokia-apple-itc@alston.com |
| **Respondent Apple, Inc.** ||
| Bryan S. Hales, P.C.<br>Marcus E. Sernel<br>Matthew D. Satchwell<br>Colleen M. Garlington<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 | [ ]  Via Hand Delivery (1 Copy)<br>[X] Via Overnight Delivery<br>[ ]  Via Facsimile<br>[X] Via Electronic Mail<br>ke-apple-itc-701@kirkland.com |
| Kenneth H. Bridges<br>Michael T. Pieja<br>Wong, Cabello, Lutsch, Rutherford &<br>   Brucculeri LLP<br>540 Cowper Street, Suite 100<br>Palo Alto, CA 94301 | [ ]  Via Hand Delivery (1 Copy)<br>[X] Via Overnight Delivery<br>[ ]  Via Facsimile<br>[X] Via Electronic Mail<br>gquares@wongcabello.com<br>kbridges@wongcabello.com |

_____
Gina Ecolino