# EXHIBIT 24

THE UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, D.C.
Before The Honorable E. James Gildea
Administrative Law Judge

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN ELECTRONIC DEVICES, INCLUDING MOBILE PHONES, PORTABLE MUSIC PLAYERS, AND COMPUTERS** | Investigation No. 337-TA-701 |

# NOKIA'S EXPERT WITNESS IDENTIFICATION

Pursuant to the procedural schedule set forth in Order No. 10 (Granting-in-Part Complainant's Motion to Reschedule Hearing), Nokia Corporation and Nokia Inc. (collectively, "Nokia") identify the following expert witnesses that they may call to testify at the Hearing. This identification is based on Nokia's current understanding of the evidence and defenses produced in this Investigation. Discovery is ongoing, and Nokia reserves the right to supplement this identification in response to new information or defenses by Respondent.

- **Peter Alexander, PhD** is an expert in the field software. Dr. Alexander may be called on to testify on the technical background of the asserted patents; the interpretation of the claims in those patents; the design, structure, function, and operation of the accused products; the design, structure, function, and operation of Nokia's domestic industry products; and other issues in connection with infringement, validity, enforceability, technical issues relating to domestic industry; remedy or any other defenses that Respondent may raise. Dr. Alexander may also be called to rebut the testimony of Respondent's experts, should any be presented, regarding the same. Dr. Alexander's CV is attached as Exhibit 1.

- **Durand René Begault, PhD** is an expert in the field of communications engineering, psychoacoustics, and acoustics. Dr. Begault may be called on to testify on the technical background of the asserted patents; the interpretation of the claims in those patents; the design, structure, function, and operation of the accused products; the design, structure, function, and operation of Nokia's domestic industry products; and other issues in connection with infringement, validity, enforceability, technical issues relating to domestic industry; remedy or any other defenses that Respondent may raise. Dr. Begault may also be called to rebut the testimony of Respondent's experts, should any be presented, regarding the same. Dr. Begault's CV is attached as Exhibit 2.

- **J. Stevenson Kenney, PhD** is an expert in the field of electrical engineering. Dr. Kenney may be called on to testify on the technical background of the asserted patents; the interpretation of the claims in those patents; the design, structure, function, and operation of the accused products; the design, structure, function, and operation of Nokia's domestic industry products; and other issues in connection with infringement, validity, enforceability, technical issues relating to domestic industry; remedy or any other defenses that Respondent may raise. Dr. Kenney may also be called to rebut the testimony of Respondent's experts, should any be presented, regarding the same. Dr. Kenney's CV is attached as Exhibit 3.

- **Woodward Yang, PhD** is an expert in the field of cameras and related CMOS technology. Dr. Yang may be called on to testify on the technical background of the asserted patents; the interpretation of the claims in those patents; the design, structure, function, and operation of the accused products; the design, structure, function, and operation of Nokia's domestic industry products; and other issues in connection with infringement, validity, enforceability, technical issues relating to domestic industry; remedy or any other defenses that

Respondent may raise. Dr. Yang may also be called to rebut the testimony of Respondent's experts, should any be presented, regarding the same. Dr. Yang's CV is attached as Exhibit 4.

- **Anthony Nash, P.E** is an expert in the field of acoustics, acoustical engineering, and electroacoustics. Mr. Nash may be called on to testify on the technical background of the asserted patents; the interpretation of the claims in those patents; the design, structure, function, and operation of the accused products; the design, structure, function, and operation of Nokia's domestic industry products; and other issues in connection with infringement, validity, enforceability, technical issues relating to domestic industry; remedy or any other defenses that Respondent may raise. Mr. Nash may also be called to rebut the testimony of Respondent's experts, should any be presented, regarding the same. Mr. Nash's CV is attached as Exhibit 5.

- **Hugh M. Smith, PhD** is an expert in the field of integrated circuits. Dr. Smith may be called on to testify on the technical background of the asserted patents; the interpretation of the claims in those patents; the design, structure, function, and operation of the accused products; the design, structure, function, and operation of Nokia's domestic industry products; and other issues in connection with infringement, validity, enforceability, technical issues relating to domestic industry; remedy or any other defenses that Respondent may raise. Dr. Smith may also be called to rebut the testimony of Respondent's experts, should any be presented, regarding the same. Dr. Smith's CV is attached as Exhibit 6.

- 4 -

Dated: May 12, 2010 Respectfully Submitted,

      /s/ Paul F. Brinkman

Paul F. Brinkman
Alan L. Whitehurst
ALSTON & BIRD, LLP
950 F Street, N.W.
Washington, D.C. 20004
Tel. (202) 756-3300
Fax (202) 756-3333
E-mail: nokia-apple-itc@alston.com

Patrick J. Flinn
Keith Broyles
T. Hunter Jefferson
ALSTON & BIRD, LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000 (telephone)
(404) 881-7635 (facsimile)

*Counsel for Complainants Nokia
Corporation and Nokia Inc.*

In the Matter of Certain Electronic Devices                                       337-TA-701
Including Mobile Phones, Portable Music Players,
and Computers

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, a true and correct copy of the foregoing document was served by the indicated means to the persons at the addresses below:

| | |
|---|---|
| The Honorable Marilyn R. Abbott<br>Secretary<br>U.S. INTERNATIONAL TRADE COMMISSION<br>500 E Street, S.W., Room 112<br>Washington, DC  20436 | Via Electronic Filing |
| **Administrative Law Judge**<br>The Honorable E. James Gildea<br>Administrative Law Judge<br>U.S. International Trade Commission<br>500 E Street, S.W.<br>Washington, D.C.  20436 | Via Hand Delivery<br>(2 copies) and E-mail to<br>sarah.zimmerman@usitc.gov |
| **Staff Attorney**<br>Rett Snotherly<br>U.S. International Trade Commission<br>Office of Unfair Import Investigations<br>500 E. Street, S.W., Room 401-S<br>Washington, D.C.  20436 | Via Hand Delivery and E-mail to<br>everette.snotherly@usitc.gov |
| **Respondent Apple Inc.**<br>Mark D. Selwyn<br>Joseph F. Haag<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1117 S. California Avenue<br>Palo Alto, California  94304 | Via E-mail to<br>nina.tallon@wilmerhale.com |

William F. Lee
Michael A. Diener
Michael J. Summersgill
Greg P. Teran
Joseph J. Mueller
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109

David C. Marcus
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, California 90071

| | |
|---|---|
| James L. Quarles III<br>Michael D. Esch<br>Grant K. Rowan<br>Nina S. Tallon<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave., NW<br>Washington, DC 20006 | Via E-mail to<br>nina.tallon@wilmerhale.com |
| Bryan S. Hales, P.C.<br>Marcus E. Sernel<br>Matthew D. Satchwell<br>Colleen M. Garlington<br>Gwen Hochman<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 | Via E-mail to<br>bryan.hales@kirkland.com |
| Kenneth H. Bridges<br>Michael T. Pieja<br>Wong, Cabello, Lutsch, Rutherford, & Brucculeri LLP<br>540 Cowper Street, Suite 100<br>Palo Alto, CA 94301 | Via E-mail to<br>kbridges@wongcabello.com |

Dated: May 12, 2010

_____
Carol Clark