# EXHIBIT 25

*Certain Electronic Devices, Including Mobile Phones, Portable Music Players and Computers*
337-TA-701
Complainants' Exhibit List, dated December 20, 2010

| Nokia's Exhibit No. | Description/Title | Purpose of Exhibit | Sponsoring Witness | Status of Receipt |
|---|---|---|---|---|
| CX-1246 | iPod touch, Display design webpage | Infringement | Yang, Woodward | Admitted |
| CX-1247 | iPod touch features webpage | Infringement | Yang, Woodward | Admitted |
| CX-1248 | iPod touch Technical Specifications | Infringement | Yang, Woodward | Admitted |
| CX-1249 | Withdrawn. | | | |
| CX-1250C | Camera schematics | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1251C | Multimedia Device Silicon Revision 3.0 | DI | Yang, Woodward; Ailus, Sakari | Admitted |
| CX-1252C | Datasheet, Preliminary Specification | Infringement | Cheng, Xianful Yang, Woodward | Admitted |
| CX-1253C | Schematics | Infringement | Cheng, Xianful Yang, Woodward | Admitted |
| CX-1254C | Multimedia Framework | DI | Yang, Woodward; Ailus, Sakari | Admitted |
| CX-1255C | Preliminary image sensor v0.9 | DI | Yang, Woodward; Sakari, Ailus | Admitted |
| CX-1256C | Application Note | DI | Yang, Woodward; Sakari, Ailus | Admitted |
| CX-1257C | Development specification v1.02 | DI | Yang, Woodward; Sakari, Ailus | Admitted |
| CX-1258C | Diagram v1.0 | DI | Yang, Woodward; Ailus, Sakari | Admitted |
| CX-1259 | Withdrawn. | | | |
| CX-1260C | iPhone 4 Engineering Requirements Specification, Version B | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1261C | iPhone 4 Schematics | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1262C | iPhone 4 Schematics | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1263 | Withdrawn. | | | |
| CX-1264 | Withdrawn. | | | |
| CX-1265 | Withdrawn. | | | |
| CX-1266 | Withdrawn. | | | |
| CX-1267C | Omnivision Datasheet, Preliminary Specification | Infringement | Cheng, Xianful Yang, Woodward | Admitted |
| CX-1268C | Omnivision DataSheet | Infringement | Cheng, Xianful Yang, Woodward | Admitted |
| CX-1269C | Omnivision DataSheet | Infringement | Cheng, Xianful Yang, Woodward | Admitted |
| CX-1270C | Omnivision Schematic | Infringement | Cheng, Xianful Yang, Woodward | Admitted |

*Certain Electronic Devices, Including Mobile Phones, Portable Music Players and Computers*
337-TA-701
Complainants' Exhibit List, dated December 20, 2010

| Nokia's Exhibit No. | Description/Title | Purpose of Exhibit | Sponsoring Witness | Status of Receipt |
|---|---|---|---|---|
| CX-1271C | Omnivision Schematic | Infringement | Cheng, Xianful Yang, Woodward | Admitted |
| CX-1272 | Withdrawn. | | | |
| CX-1273 | Withdrawn. | | | |
| CX-1274C | Apple Source Code | Infringement | Haito Harry Guo; Woodward Yang; Peter Alexander | Admitted |
| CX-1275C | Apple Source Code | Infringement | Haito Harry Guo; Woodward Yang; Peter Alexander | Admitted |
| CX-1276 | Withdrawn. | | | |
| CX-1277 | Withdrawn. | | | |
| CX-1278 | Withdrawn. | | | |
| CX-1279 | Withdrawn. | | | |
| CX-1280 | Withdrawn. | | | |
| CX-1281 | Withdrawn. | | | |
| CX-1282 | Withdrawn. | | | |
| CX-1283 | Withdrawn. | | | |
| CX-1284 | Withdrawn. | | | |
| CX-1285C | Apple Source Code | Infringement | Haito Harry Guo; Woodward Yang; Peter Alexander | Admitted |
| CX-1286C | Apple Source Code | Infringement | Haito Harry Guo; Woodward Yang; Peter Alexander | Admitted |
| CX-1287 | Withdrawn. | | | |
| CX-1288 | Withdrawn. | | | |
| CX-1289 | Withdrawn. | | | |
| CX-1290 | Withdrawn. | | | |
| CX-1291 | Withdrawn. | | | |
| CX-1292 | Withdrawn. | | | |
| CX-1293 | Withdrawn. | | | |
| CX-1294 | Withdrawn. | | | |
| CX-1295 | Withdrawn. | | | |
| CX-1296 | Withdrawn. | | | |
| CX-1297 | Withdrawn. | | | |
| CX-1298 | Withdrawn. | | | |
| CX-1299 | Withdrawn. | | | |
| CX-1300 | Withdrawn. | | | |
| CX-1301 | Withdrawn. | | | |
| CX-1302 | Withdrawn. | | | |
| CX-1303 | Withdrawn. | | | |
| CX-1304 | Withdrawn. | | | |
| CX-1305 | Withdrawn. | | | |
| CX-1306 | Withdrawn. | | | |

*Certain Electronic Devices, Including Mobile Phones, Portable Music Players and Computers*
337-TA-701
Complainants' Exhibit List, dated December 20, 2010

| Nokia's Exhibit No. | Description/Title | Purpose of Exhibit | Sponsoring Witness | Status of Receipt |
|---|---|---|---|---|
| CX-1307 | Withdrawn. | | | |
| CX-1308 | Withdrawn. | | | |
| CX-1309 | Withdrawn. | | | |
| CX-1310 | Withdrawn. | | | |
| CX-1311 | Withdrawn. | | | |
| CX-1312 | Withdrawn. | | | |
| CX-1313 | Withdrawn. | | | |
| CX-1314 | Withdrawn. | | | |
| CX-1315C | Primax Product Specification | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1316C | iPhone 3G Engineering Requirements Specification | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1317C | iPhone 3GS Engineering Requirements, Release 1.0 | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1318C | Omnivision Schematic | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1319C | Primax Schematic | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1320C | Engineering Specification Requirements, Revision A | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1321C | iPhone 4 Engineering Specification Requirements | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1322C | Proposal Drawing | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1323C | Vistapoint Schematic | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1324C | Engineering Requirements Specification | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1325C | Specification Independent Parameters | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1326C | iPhone 3G Specification | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1327C | iPhone 3G Specification | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1328C | Micron Datasheet | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1329C | Omnisivion Datasheet | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1330 | Withdrawn. | | | |
| CX-1331C | iPod Nano device information chart (Webster Ex. 0420) | Infringement | Webster, Steven; Yang, Woodward | Admitted |

*Certain Electronic Devices, Including Mobile Phones, Portable Music Players and Computers*
337-TA-701
Complainants' Exhibit List, dated December 20, 2010

| Nokia's Exhibit No. | Description/Title | Purpose of Exhibit | Sponsoring Witness | Status of Receipt |
|---|---|---|---|---|
| CX-1332C | Preliminary Design Schematic | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1333C | Vistapoint Schematic | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1334C | iPhone 4 Engineering Vendor Specific Requirements, Revision B.1 | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1335C | Specification & Performance | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1336C | iPhone 4 Engineering Specification Requirements | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1337C | iPhone 3GS Vendor Specific Requirements Revision A | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1338C | Non-Shielded Camera Stiffener Diagram | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1339C | Non-Shielded Camera Stiffener Diagram with Handwritten Notes (Webster Ex. 0428) | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1340 | Letter from Hunter Jefferson to Nina Tallon (Webster Ex. 0431) | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1341C | Primax Product Specification | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1342C | Primax Product Specification | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1343C | iPhone 4 Camera, Request for Quotation | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1344C | Email from Monique Relova | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1345C | Email from Stephen Webster to Henry Guo | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1346C | Apple Algorithms & Architecture | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1347C | iPhone 4 schematics (Webster Ex. 0438) | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1348C | iPhone 4 Vendor Specific Requirements, Version D | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1349C | iPhone 4 Vendor Specific Requirements, Version D | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1350C | iPhone 4 Vendor Specific Requirements, Version A | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1351C | iPhone 4 Engineering Requirements Specification, Version B | Infringement | Webster, Steven; Yang, Woodward | Admitted |

*Certain Electronic Devices, Including Mobile Phones, Portable Music Players and Computers*
337-TA-701
Complainants' Exhibit List, dated December 20, 2010

| Nokia's Exhibit No. | Description/Title | Purpose of Exhibit | Sponsoring Witness | Status of Receipt |
|---|---|---|---|---|
| CX-1352C | iPhone 3GS schematics | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1353C | Email from Kevin Johnson to David Tupman | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1354C | iPhone 3G Specification | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1355C | iPhone 3G Specification | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1356C | iPhone 3G Specification | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1357C | Engineering Requirements Specification | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1358C | Engineering Requirements Specification | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1359C | Schematics | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1360C | Schematics | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1361C | Schematics | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1362C | Schematics | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1363C | iPhone 4 Schematics | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1364C | iPhone 4 Schematics | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1365C | Camera Module Specifications | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1366C | postmortem slides | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1367C | Email from Jason Rukes to Stephen Webster | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1368C | Email from Stephen Webster to Richard Tsai | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1369C | Omnivision Update | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1370C | Schematic | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1371C | Omnivision Guidelines | Infringement | Webster, Steven; Yang, Woodward | Admitted |
| CX-1372 | Withdrawn. | | | |

*Certain Electronic Devices, Including Mobile Phones, Portable Music Players and Computers*
337-TA-701
Complainants' Exhibit List, dated December 20, 2010

| Nokia's Exhibit No. | Description/Title | Purpose of Exhibit | Sponsoring Witness | Status of Receipt |
|---|---|---|---|---|
| CX-1373 | Withdrawn. | | | |
| CX-1374 | Withdrawn. | | | |
| CX-1375 | Withdrawn. | | | |
| CX-1376 | Withdrawn. | | | |
| CX-1377 | Withdrawn. | | | |
| CX-1378 | Withdrawn. | | | |
| CX-1379 | Withdrawn. | | | |
| CX-1380 | Withdrawn. | | | |
| CX-1381 | Withdrawn. | | | |
| CX-1382 | Withdrawn. | | | |
| CX-1383 | Withdrawn. | | | |
| CX-1384 | Withdrawn. | | | |
| CX-1385 | Withdrawn. | | | |
| CX-1386 | Withdrawn. | | | |
| CX-1387 | Withdrawn. | | | |
| CX-1388 | Withdrawn. | | | |
| CX-1389 | Withdrawn. | | | |
| CX-1390 | Withdrawn. | | | |
| CX-1391 | Withdrawn. | | | |
| CX-1392 | Withdrawn. | | | |
| CX-1393 | Withdrawn. | | | |
| CX-1394 | Withdrawn. | | | |
| CX-1395 | Withdrawn. | | | |
| CX-1396 | Withdrawn. | | | |
| CX-1397 | Withdrawn. | | | |
| CX-1398 | EP 0954150 A2 | Infringement, DI, and/or Validity | Yang, Woodward | Admitted |
| CX-1399 | U.S. Patent No. 4,605,956 | Infringement, DI, and/or Validity | Yang, Woodward | Admitted |
| CX-1400 | U.S. Patent No. 6,122,526 | Infringement, DI, and/or Validity | Yang, Woodward | Admitted |
| CX-1401 | U.S. Patent No. 6,427,066 | Infringement, DI, and/or Validity | Yang, Woodward | Admitted |
| CX-1402 | U.S. Patent No. 6,456,607 | Infringement, DI, and/or Validity | Yang, Woodward | Admitted |
| CX-1403 | U.S. Patent No. 6,549,235 | Infringement, DI, and/or Validity | Yang, Woodward | Admitted |
| CX-1404 | U.S. Patent No. 6,580,457 | Infringement, DI, and/or Validity | Yang, Woodward | Admitted |
| CX-1405 | Withdrawn. | | | |
| CX-1406 | Withdrawn. | | | |