# EXHIBIT 26

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**WASHINGTON, D.C.**

**Before the Honorable E. James Gildea**
**Administrative Law Judge**

| | |
|---|---|
| In the Matter of<br><br>CERTAIN ELECTRONIC DEVICES, INCLUDING MOBILE PHONES, PORTABLE MUSIC PLAYERS, AND COMPUTERS | Inv. No. 337-TA-701 |

**RESPONDENT APPLE INC.'S FINAL TRIAL EXHIBIT LIST**

Dated: December 20, 2010

Respectfully submitted,

APPLE INC.,

By its counsel,

*/s/ Nina Tallon*

Mark D. Selwyn
Joseph F. Haag
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee
Michael A. Diener
Michael J. Summersgill
Greg P. Teran
Joseph J. Mueller
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

David C. Marcus
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

James L. Quarles III
Michael D. Esch
Nina S. Tallon
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Kenneth H. Bridges
Michael T. Pieja

- 3 -

Brian C. Kwok
Brad Black
Lawrence Lien
Bridges & Mavrakakis LLP
540 Cowper Street, Suite 100
Palo Alto, California 94301
Telephone: (650) 861-4475
Facsimile: (650) 403-4043

*Counsel for Respondent Apple Inc.*

**In the Matter of Certain Electronic Devices, Including Mobile Phones, Portable Music Players, and Computers**
**Inv. 337-TA-701**
**Respondent Apple Inc.'s Trial Exhibit List**
**(December 20, 2010)**

| EXHIBIT NUMBER | TITLE | PURPOSE | SPONSORING WITNESS | RECEIVED |
|---|---|---|---|---|
| RX-803C | Texas Instruments Introduction | Lack of DI | Ailus, Sakari (JX-0099C) | Admitted |
| RX-804C | Withdrawn | | | Withdrawn |
| RX-805C | N900 Schematics (Ailus, Ex. 57) | Lack of DI | Ailus, Sakari (JX-0099C) | Admitted |
| RX-806C | Withdrawn | | | Withdrawn |
| RX-807C | Withdrawn | | | Withdrawn |
| RX-808 | Withdrawn | | | Withdrawn |
| RX-809 | Withdrawn | | | Withdrawn |
| RX-810 | Withdrawn | | | Withdrawn |
| RX-811 | Withdrawn | | | Withdrawn |
| RX-812C | Withdrawn | | | Withdrawn |
| RX-813 | Withdrawn | | | Withdrawn |
| RX-814 | Subpoena Duces Tecum and Ad Testificandum to OmniVision | Invalidity | Cheng, Xianfu (JX-0125C) | Admitted |
| RX-815C | Omnivision OV6620/OV6120 | Invalidity | Subramanian, Vivek | Admitted |
| RX-816C | Omnivision OV7610/OV7110 | Invalidity | Subramanian, Vivek | Admitted |
| RX-817C | Withdrawn | | | Withdrawn |
| RX-818C | Omnivision Sales Order 1122 | Invalidity | Cheng, Xianfu (JX-0125C) | Admitted |
| RX-819C | Omnivision Sales Order 1123 | Invalidity | Cheng, Xianfu (JX-0125C) | Admitted |
| RX-820C | Omnivision Sales Order 1130 | Invalidity | Cheng, Xianfu (JX-0125C) | Admitted |
| RX-821C | Sales Order T03599 | Invalidity | Cheng, Xianfu (JX-0125C) | Admitted |
| RX-822C | Purchase Order | Invalidity | Cheng, Xianfu (JX-0125C) | Admitted |
| RX-823C | Omnivision Sales Order R1162 | Invalidity | Cheng, Xianfu (JX-0125C) | Admitted |
| RX-824C | Withdrawn | | | Withdrawn |
| RX-825C | Withdrawn | | | Withdrawn |
| RX-826C | Withdrawn | | | Withdrawn |

**In the Matter of Certain Electronic Devices, Including Mobile Phones, Portable Music Players, and Computers**
**Inv. 337-TA-701**
**Respondent Apple Inc.'s Trial Exhibit List**
**(December 20, 2010)**

| EXHIBIT NUMBER | TITLE | PURPOSE | SPONSORING WITNESS | RECEIVED |
|---|---|---|---|---|
| RX-1143C | Withdrawn | | | Withdrawn |
| RX-1144C | Withdrawn | | | Withdrawn |
| RX-1145C | Withdrawn | | | Withdrawn |
| RX-1146C | Withdrawn | | | Withdrawn |
| RX-1147C | Withdrawn | | | Withdrawn |
| RX-1148C | Withdrawn | | | Withdrawn |
| RX-1149C | Withdrawn | | | Withdrawn |
| RX-1150C | Withdrawn | | | Withdrawn |
| RX-1151 | Withdrawn | | | Withdrawn |
| RX-1152 | Withdrawn | | | Withdrawn |
| RX-1153C | Withdrawn | | | Withdrawn |
| RX-1154C | Withdrawn | | | Withdrawn |
| RX-1155 | Agilent HDCP-2000 Image Processor Datasheet | Invalidity and/or Non-Infringement | Yang, Woodward | Admitted |
| RX-1156 | OmniVision OV511 Datasheet | Invalidity and/or Non-Infringement | Yang, Woodward | Admitted |
| RX-1157C | Withdrawn | | | Withdrawn |
| RX-1158C | Withdrawn | | | Withdrawn |
| RX-1159C | Withdrawn | | | Withdrawn |
| RX-1160 | Withdrawn | | | Withdrawn |
| RX-1161 | Withdrawn | | | Withdrawn |
| RX-1162 | Withdrawn | | | Withdrawn |
| RX-1163 | Withdrawn | | | Withdrawn |
| RX-1164 | Withdrawn | | | Withdrawn |
| RX-1165 | Withdrawn | | | Withdrawn |
| RX-1166 | Withdrawn | | | Withdrawn |