# EXHIBIT 27

# UNITED STATES INTERNATIONAL TRADE COMMISSION
## WASHINGTON, D.C.

### Before the Honorable Paul J. Luckern
### Chief Administrative Law Judge

| |
|---|
| In the Matter of |
| CERTAIN MOBILE TELEPHONES AND WIRELESS COMMUNICATION DEVICES FEATURING DIGITAL CAMERAS, AND COMPONENTS THEREOF |

Inv. No. 337-TA-703

## RESPONDENT APPLE INC.'S LIST OF EXHIBITS FOR WHICH THERE ARE NO OBJECTIONS

Mark G. Davis
Robert T. Vlasis
Edward S. Jou
Shawnna M. Yashar
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Matthew D. Powers
Steven S. Cherensky
Anne M. Cappella
Paul Ehrlich
Joseph H. Lee
Jill Ho
Alexandra O. Fellowes
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Respondent*
*APPLE INC.*

August 30, 2010

Attached hereto as Attachment A is Apple's List of Exhibits for Which There Are No Objections. Each of the parties has agreed to withdraw its specific objections to the other parties' direct and rebuttal exhibits, with the exception of those objections that are the subject of motions *in limine*, filed August 23, 2010. This withdrawal of specific objections to exhibits is made with the understanding that the parties maintain the right to object to the admissibility of any exhibit at the hearing based on 1) the purpose for which the document is offered; 2) the lack of personal knowledge of the witness of the subject matter of the document; or 3), with respect to experts, that the document is outside the scope of the expert's permitted testimony.

August 30, 2010

Respectfully submitted,

*/s/ Shawnna M. Yashar*

Mark G. Davis
Robert T. Vlasis
Edward S. Jou
Shawnna M. Yashar
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Matthew D. Powers
Steven S. Cherensky
Anne M. Cappella
Paul Ehrlich
Joseph H. Lee
Jill Ho
Alexandra O. Fellowes
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Respondent*
*APPLE INC.*

Case 5:12-cv-00630-LHK   Document 496-28   Filed 05/07/13   Page 5 of 7

United States International Trade Commission
Inv. No. 337-TA-703
Before the Honorable Paul J. Luckern
Chief Administrative Law Judge

| RX-No. | Description | Bates Prefix | Bates No. Begin | Bates No. End | Apple's Identified Sponsoring Witness | Status |
|---|---|---|---|---|---|---|
| RX-0175 | Defendants' Redacted Opening Brief in Support of Its Motion to Disqualify Eric Anderson as an Expert Witness | 703-Apple | 1706436 | 1706465 | Vivek Subramanian | |
| RX-0176C | Letter from Eric Zarakov to Marianna O'Brian regarding Rochester Meetings | 703-Apple | 1458913 | 1458914 | Eric Anderson, Vivek Subramanian, and/or Eric Zarakov | |
| RX-0177 | iPhone User Guide for iPhone OS 3.1 Software | N/A | N/A | N/A | James Batson and/or Vivek Subramanian | |
| RX-0178 | iPhone User Guide for iOS 4 Software | 703-Apple | 1788461 | 1788704 | James Batson and/or Vivek Subramanian | |
| RX-0179C | Micron MTD9D112 Image Sensor Data Sheet | 703-Apple | 0027262 | 0027454 | Ken Dyke and/or Vivek Subramanian | |
| RX-0180C | Micron MTD9D112 Image Sensor Developer Guide | 703-Apple | 0027674 | 0027832 | Ken Dyke and/or Vivek Subramanian | |
| RX-0181C | H1 User Manual (S5L8900B EVT2, Rev. 3.8) | 703-Apple | 0025526 | 0026569 | Ken Dyke and/or Vivek Subramanian | |
| RX-0182C | Display Specification: 069-3029 D-N82 Project | 703-Apple | 1459158 | 1459207 | Ken Dyke and/or Vivek Subramanian | |
| RX-0183C | N82 Board Level Schematic | 703-Apple | 0034918 | 0034961 | Ken Dyke and/or Vivek Subramanian | |
| RX-0184C | N82A Board Level Schematic | 703-Apple | 0103520 | 0103563 | Ken Dyke and/or Vivek Subramanian | |
| RX-0185C | OmniVision OV3650 Data Sheet | 703-Apple | 0027855 | 0027932 | James Batson and/or Vivek Subramanian | |
| RX-0186C | H2 Processor User Manual, Rev. 1.72 | 703-Apple | 0028191 | 0028251 | James Batson and/or Vivek Subramanian | |
| RX-0187C | Samsung H2 ISP Manual | 703-Apple | 0025284 | 0025525 | James Batson and/or Vivek Subramanian | |
| RX-0188C | Samsung H2 Scaler Manual | 703-Apple | 0029258 | 0029321 | James Batson and/or Vivek Subramanian | |

United States International Trade Commission
Inv. No. 337-TA-703
Before the Honorable Paul J. Luckern
Chief Administrative Law Judge

| RX-No. | Description | Bates Prefix | Bates No. Begin | Bates No. End | Apple's Identified Sponsoring Witness | Status |
|---|---|---|---|---|---|---|
| RX-0189C | Samsung H2 CLCD Controller User Manual | 703-Apple | 0029005 | 0029137 | James Batson and/or Vivek Subramanian | |
| RX-0190C | H2 LCD Interface User Manual | 703-Apple | 0029138 | 0029251 | James Batson and/or Vivek Subramanian | |
| RX-0191C | N88 Display Specification | 703-Apple | 1459109 | 1459142 | James Batson and/or Vivek Subramanian | |
| RX-0192C | N88 Board Level Schematic | 703-Apple | 0103578 | 0103606 | James Batson and/or Vivek Subramanian | |
| RX-0193C | N88 POR Video/Still Capture Flow Diagrams | 703-Apple | 0025213 | 0025215 | James Batson and/or Vivek Subramanian | |
| RX-0194C | OmniVision OV5650 Data Sheet | 703-Apple | 0027933 | 0028092 | James Batson and/or Vivek Subramanian | |
| RX-0195C | OmniVision OV7738 Data Sheet | 703-Apple | 1456120 | 1456213 | James Batson and/or Vivek Subramanian | |
| RX-0196C | Apple VLSI H3P Datasheet Revision 0.97 | 703-Apple | 0030631 | 0030681 | James Batson and/or Vivek Subramanian | |
| RX-0197C | Apple SoC H3P User's Manual Revision 1.06 | 703-Apple | 0030482 | 0030621 | James Batson and/or Vivek Subramanian | |
| RX-0198C | Samsung H3 ISP Manual | 703-Apple | 0032293 | 0032594 | James Batson and/or Vivek Subramanian | |
| RX-0199C | N90 Display Specification | 703-Apple | 1459208 | 1459243 | James Batson and/or Vivek Subramanian | |
| RX-0200C | N90 Board Level Schematic | 703-Apple | 1361866 | 1361894 | James Batson and/or Vivek Subramanian | |
| RX-0201C | Pages from Notebook AA8874 | EKC703ITC | 1772713 | 1772722 | George Lathrop, Kenneth Parluski, Vivek Subramanian, and/or Timothy Tredwell | |
| RX-0202C | H3 ISPCPU User Manual | 703-Apple | 0032595 | 0032619 | James Batson and/or Vivek Subramanian | |

United States International Trade Commission
Inv. No. 337-TA-703
Before the Honorable Paul J. Luckern
Chief Administrative Law Judge

| RX-No. | Description | Bates Prefix | Bates No. Begin | Bates No. End | Apple's Identified Sponsoring Witness | Status |
|---|---|---|---|---|---|---|
| RX-0301C | Kodak Presentation given to E. Anderson | EKC703ITC | 0480785 | 0480811 | Eric Anderson and/or Vivek Subramanian | |
| RX-0302C | Omnivision OV7738 Datasheet | 703-Apple | 0028093 | 0028190 | James Batson and/or Vivek Subramanian | |
| RX-0303C | Letter from S. Fullam to T. Tredwell re Specifications of the KODAK MOST Sensor | 703-Apple | 0011486 | 0011486 | Eric Anderson, Vivek Subramanian, Timothy Tredwell, and/or Eric Zarakov | |
| RX-0304C | Fax from S. Fullam to M. Sugihara re Sanyo's LCD Displays | 703-Apple | 0011528 | 0011529 | Eric Anderson, Vivek Subramanian, and/or Eric Zarakov | |
| RX-0305C | Adam Software Development Block Diagram Ver. 2.1 Prototype | 703-Apple | 0011558 | 0011558 | Eric Anderson, Vivek Subramanian, and/or Eric Zarakov | |
| RX-0306C | The Impact of HDTV Video & Still Convergence - How Can Apple play | 703-Apple | 0011882 | 0011886 | Eric Anderson, Vivek Subramanian, and/or Eric Zarakov | |
| RX-0307C | PHOBOS Digital Electronic Camera Draft Engineering Requirement Specification Version 1.0d1 | 703-Apple | 0012050 | 0012066 | Eric Anderson, Vivek Subramanian, and/or Eric Zarakov | |
| RX-0308C | Email from J. Huth re Sanyo follow-up | 703-Apple | 0012441 | 0012442 | Eric Anderson, Vivek Subramanian, and/or Eric Zarakov | |
| RX-0309C | Color Photos of 001 Prototype | N/A | N/A | N/A | Eric Anderson, Vivek Subramanian, and/or Eric Zarakov | |
| RX-0310C | Color Photos of 002 Prototype | N/A | N/A | N/A | Eric Anderson, Vivek Subramanian, and/or Eric Zarakov | |