02198.5199

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-0630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL DOCUMENTS FROM RELATED LITIGATIONS** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Compel Production of Documents From Related Litigations ("Motion to Compel").

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Motion to Compel and compels Apple to produce documents responsive to Samsung's Request For Production Nos. 350-363, 597-605 and 620-628, as set forth below.   Apple shall complete this production within seven days after the date of this order.

From *VirnetX, Inc. v. Apple Inc.,* No. 10-cv-00417 (E.D. Tex. 2013), Apple shall produce all expert reports and transcripts of expert testimony, transcripts of testimony from Apple

witnesses, initial disclosures served by Apple, responses to interrogatories and requests for admission served by Apple, and briefing and supporting documentation filed in connection with claim construction, dispositive motions, post-trial motions, *Daubert* motions, or motions in limine, to the extent that such documents are not publicly available and are related to Apple's alleged infringement, Apple's defenses and counterclaims, or any damages allegedly suffered by VirnetX Inc.

From *In the Matter of Certain Electronic Products, Including Mobile Phones, Portable Music Players and Computers,* Investigation No. 337-TA-701 ("701 Investigation") and *In the Matter of Certain Mobile Telephones and Wireless Communication Devices Featuring Digital Cameras, and Components Thereof*, Investigation No. 337-TA-703 ("703 Investigation"), Apple shall produce all expert reports and transcripts of expert testimony, transcripts of testimony from Apple witnesses, initial disclosures served by Apple, responses to interrogatories and requests for admission served by Apple, and all briefing and supporting documentation filed in connection with claim construction, dispositive motions, post-trial motions, *Daubert* motions, or motions in limine, to the extent that such documents are not publicly available and are related to Apple's alleged infringement or Apple's defenses and counterclaims.

**IT IS SO ORDERED.**

DATED: _____, 2013

_____
Honorable Paul S. Grewal
United States Magistrate Judge