QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-0630 LHK (PSG)<br><br>**DECLARATION OF AMAR L. THAKUR IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL COMPLETE PRODUCTION OF SOURCE CODE**<br><br>**PUBLIC REDACTED VERSION** |

I, Amar L. Thakur, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Motion to Compel Complete Production of Source Code. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of the cover pleading accompanying Samsung's Disclosure of Asserted Patent Claims and Infringement Contentions, dated June 15, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of the cover pleading accompanying Samsung's Amended Disclosure of Asserted Patent Claims and Infringement Contentions, dated September 28, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of the cover pleading accompanying Samsung's Second Amended Disclosure of Asserted Patent Claims and Infringement Contentions, dated November 19, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of Samsung's Patent L.R. 3-1(c) chart for U.S. Patent No. 7,577,757 ("'757 patent"), served on November 19, 2013 as Exhibit D to Samsung's Second Amended Infringement Contentions.

6. Attached hereto as Exhibit 5 is a true and correct copy of Samsung's Patent L.R. 3-1(c) chart for U.S. Patent No. 5,579,239 ("'239 patent"), served on November 19, 2012 as Exhibit H to Samsung's Second Amended Infringement Contentions.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Apple's Invalidity Contentions, dated August 10, 2012.

8. Attached hereto as Exhibit 7 is a true and correct copy of Samsung's Third Set of Requests For Production of Documents and Things, dated July 31, 2012.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from Apple's Objections and Responses to Samsung's Third Set of Requests For Production of Documents and Things, dated September 10, 2012.

10. Attached hereto as Exhibit 9 is a true and correct copy of a letter sent from Samsung's counsel to Apple's counsel on September 21, 2012.

11. Attached hereto as Exhibit 10 is a true and correct copy of a letter sent from Samsung's counsel to Apple's counsel on October 22, 2012.

12. Attached hereto as Exhibit 11 is a true and correct copy of a letter sent from Apple's counsel to Samsung's counsel on October 9, 2012.

13. Attached hereto as Exhibit 12 is a true and correct copy of a letter sent from Samsung's counsel to Apple's counsel on December 23, 2012.

14. Attached hereto as Exhibit 13 is a true and correct copy of a letter sent from Apple's counsel to Samsung's counsel on January 8, 2013.

15. Attached hereto as Exhibit 14 is a true and correct copy of a letter sent from Samsung's counsel to Apple's counsel on March 9, 2013.

16. Attached hereto as Exhibit 15 is a true and correct copy of a letter sent from Apple's counsel to Samsung's counsel on March 29, 2013.

17. Attached hereto as Exhibit 16 is a true and correct copy of a letter sent from Samsung's counsel to Apple's counsel on April 5, 2013.

18. Attached hereto as Exhibit 17 is a true and correct copy of a letter sent from Samsung's counsel to Apple's counsel on April 8, 2013.

19. Attached hereto as Exhibit 18 is a true and correct copy of a letter sent from Apple's counsel to Samsung's counsel on May 1, 2013.

20. Attached hereto as Exhibit 19 is a true and correct copy of a letter sent from Apple's counsel to Samsung's counsel on May 1, 2013.

21. Attached hereto as Exhibit 20 is a true and correct copy of Samsung's Patent L.R. 3-1(c) chart for U.S. Patent No. 7,672,470 ("'470 patent"), served on November 19, 2012 as Exhibit C to Samsung's Second Amended Infringement Contentions.

22. Lead trial counsel for the parties held an in-person meet and confer on May 2, 2013. At the meet and confer, Apple confirmed that it would only produce source code that performed the accused functions identified in Samsung's Infringement Contentions.

23. To date, Apple has produced less than 3 gigabytes of source code for all versions of the 21 accused products. The 3 gigabytes of source code produced by Apple to date includes a significant amount of duplicative source code. By comparison, Samsung has produced over 1024 gigabytes of source code.

24. Apple's production includes significant gaps: at least 57% of the source code produced by Apple consists of partial code for an application, app, framework, library, or project identified in Samsung's Infringement Contentions.

25. Apple's source code has slowly trickled in through seven separate productions spanning nine months. Apple gave written notice of just two of these productions—the first production on August 10 2012, and the most recent production on April 17, 2013.

26. Despite previous representations that it had produced all source code that was relevant to Samsung's Infringement Contentions, Apple recently admitted in a letter regarding Samsung's Fourth Set of Interrogatories that it was still determining whether additional relevant source code existed. A true and correct copy of that letter, dated March 29, 2013, is attached hereto as Exhibit 21.

27. Apple, like Samsung, requested all source code for each version of the accused Samsung products. Attached hereto as Exhibit 22 is a true and correct copy of an excerpt from Samsung's Objections and Responses to Apple's Fourth Set of Requests For Production of Documents and Things, dated September 24, 2012. In response to Request No. 274, Samsung agreed to produce all source code for all versions of every application installed on the accused Samsung products.

28. Samsung has produced complete source code builds for released and unreleased versions of the Samsung accused products. This production, which constitutes code from over 40 different versions of the Android operating system, amounts to well over a terabyte of data.

29. Attached hereto as Exhibit 23 is a true and correct copy of a letter sent from Samsung's counsel to Apple's counsel on March 4, 2013.

30. Attached hereto as Exhibit 24 is a true and correct copy of a letter sent from Samsung's counsel to Apple's counsel on March 12, 2013.

31. Attached hereto as Exhibit 25 is a true and correct copy of a letter sent from Samsung's counsel to Apple's counsel on March 26, 2013.

32. Many of the source code files Apple has produced frequently reference other source code files that Apple has *not* produced. It is extremely difficult to fully understand the operation of the source code Apple has produced without reviewing the referenced files.

33. Apple's production of source code for many features has been so limited that Samsung often has not been able to identify the nature of the code or determine its significance. For example, until recently Apple had made just two productions of source code for the Photos app, consisting of less than 20 files each and related to iOS version 4.3.5 and iOS 5.1.1. Apple's production was so limited that Samsung could not even determine whether the produced files related to the Photos app or some other iOS framework, much less fully understand the role that these files play. Not until April 17, 2013, when Apple produced substantially all code for the Photos app in iOS version 5, did Samsung realize that Apple's previous productions included source code for the Photos app.

34. Attached hereto as Exhibit 26 is a true and correct copy of an excerpt from Apple's Supplemental Objections and Responses to Samsung's Fourth Set of Interrogatories, dated April 17, 2013.

35. Attached hereto as Exhibit 27 is a true and correct copy of U.S. Patent No. 7,577,757 ("'757 patent").

36. Apple has produced less than four megabytes of source code for the accused server features of the iCloud, iTunes, and iTunes Match services. Samsung first requested server-based source code related to the '757 patent in source code in its December 23, 2012 letter, yet none of Apple's subsequent letters have addressed Samsung's request for this source code.

37. Apple has not produced a single line of source code related to the audio chips, audio codecs, video chips and image sensor chips that Samsung accuses of infringing the '239 patent.

38. Apple has not produced any source code for the applications processor that is used in performing several core functions of the '239 patent, such as preparing audio or video data for transmission, communicating with the baseband processor and WiFi chips, or transferring audio or video data between software and hardware components.

39. Apple has not produced any source code for the FaceTime app.

40. Apple has produced source code for other core functions of the '239 patent, but its production is missing key elements that render Apple's production incomprehensible. Apple has produced source code for storing and decompressing audio or video data, in the form of source code for the ▮▮▮ frameworks. These frameworks, however, are not themselves applications—rather, they are used by applications such as the Camera and FaceTime apps. Accordingly, without source code for the applications that interface with the ▮▮▮ frameworks, it is difficult to show how the accused products actually use the produced code.

41. Similarly, while Apple has produced some source code involved in sending audio or video data, such as the source code for the YouTube application that starts the "upload" process, Apple has not produced any source code for communicating with the baseband processor, or the framework code that would show that the "upload" process will, in fact, send the data over the wireless link. Without this source code, it is difficult to understand how the accused products complete the process of uploading and transmitting data.

42. As illustrated by the examples discussed below, Apple's production of source code for a particular feature or functionality varies significantly from one version to another, with no apparent explanation for the variance.

43. ***U.S. Patent No. 6,292,179 ("'179 patent")—UIKit Framework***. Apple produced just 59 source code files for the UIKit framework in iOS version 4.3.5, just 70 files for iOS 5.1.1, and just 67 files for iOS 6.0. In contrast, Apple produced 4,793 source code files for iOS version 4.0 and 4,843 files for iOS 5.0. Whereas the directories corresponding to iOS 4.0 and 5.0 appear to contain complete sets of files for the UIKit framework, the directories for the UIKit framework in iOS 4.3.5, iOS 5.1.1, and iOS 6.0.1 contain only one folder, ████████ and omit a number of source code modules that Apple has produced for iOS 4.0 and iOS 5.0, such as ████████████.

44. ***U.S. Patent No. 7,232,058 ("'058 patent")—Notes app***. Apple produced over 34 megabytes of source code for iOS version 6.0.1, but only 160 kilobytes for iOS 4.0, and only and 340 kilobytes for iOs 5.0. Even Apple's larger production of source code for the Notes app in iOS 6.0.1 is missing a number of source code modules that appear relevant to the '058 patent, including ████████████████████████████.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 7th day of May, 2013, in Los Angeles, California.

Amar L. Thakur