# EXHIBIT 2

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | STEPTOE & JOHNSON, LLP |
| Charles K. Verhoeven (Bar No. 170151) | John Caracappa (*pro hac vice*) |
| charlesverhoeven@quinnemanuel.com | jcaracappa@steptoe.com |
| Kevin A. Smith (Bar No. 250814) | 1330 Connecticut Avenue, NW |
| kevinsmith@quinnemanuel.com | Washington, D.C. 20036 |
| 50 California Street, 22nd Floor | Telephone: (202) 429-6267 |
| San Francisco, California 94111 | Facsimile: (202) 429-3902 |
| Telephone: (415) 875-6600 | |
| Facsimile: (415) 875-6700 | |

Kevin P.B. Johnson (Bar No. 177129 (CA)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG DEFENDANTS' AMENDED DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**<br><br>**[PATENT L.R. 3-1, 3-2]** |

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") submit this Amended Disclosure of Asserted Claims and Infringement Contentions pursuant to Patent Local Rules 3-1 and 3-2 for U.S. Patent Nos. 7,756,087, 7,551,596, 7,672,470, 7,577,757, 7,232,058, 6,292,179, 6,226,449, and 5,579,239 (the "Samsung patents").

## I. IDENTIFICATION OF INFRINGED CLAIMS AND ACCUSED PRODUCTS [PATENT L.R. 3-1(a)-(d)]

On June 15, 2012, Samsung timely served its Disclosure of Asserted Claims and Infringement Contentions (the "Original Disclosure").  On September 21, 2012, Apple released a new product, the iPhone 5, which infringes each of the Samsung patents.  Through this amendment, Samsung hereby supplements its Original Disclosure to provide the information required by Patent Local Rule 3-1 subsections (a), (b), (c), and (d) for the iPhone 5 in the following exhibits:

| | |
|---|---|
| **Exhibit A** | U.S. Patent No. 7,756,087 |
| **Exhibit B** | U.S. Patent No. 7,551,596 |
| **Exhibit C** | U.S. Patent No. 7,672,470 |
| **Exhibit D** | U.S. Patent No. 7,577,757 |
| **Exhibit E** | U.S. Patent No. 7,232,058 |
| **Exhibit F** | U.S. Patent No. 6,292,179 |
| **Exhibit G** | U.S. Patent No. 6,226,449 |
| **Exhibit H** | U.S. Patent No. 5,579,239 |

The amended infringement contentions set forth in the Original Disclosures and Exhibits A–H hereto are exemplary and not exhaustive.

As described in the Original Disclosure and this supplemental amendment thereto, Apple infringes the Samsung patents under 35 U.S.C. § 271(a), (b) and/or (c).  Samsung further accuses any other Apple products that Apple is currently developing, making and using including but not limited any newer but unreleased versions of the accused products that have been recently announced by Apple.  Accordingly, Samsung reserves its right to further supplement this

disclosure to include any additional Apple products it identifies through discovery and its continuing investigation. Samsung further reserves the right to supplement its disclosure to include any additional information it learns about the accused Apple products through discovery (which is at its earliest stages) and its continuing investigation.

## II.  LITERAL INFRINGEMENT AND DOCTRINE OF EQUIVALENTS [PATENT L.R. 3-1(e)]

The newly accused Apple product, the iPhone 5, literally infringes the asserted claims of the Samsung patents. To the extent that any element or limitation of the asserted claims is not found to have literal correspondence in the iPhone 5, the iPhone 5 infringes under the doctrine of equivalents.

## III.  PRIORITY DATES [PATENT L.R. 3-1(f)]

Samsung has already provided the information required by Local Rule 3-1 in its Disclosure of Asserted Claims and Infringement Contentions served on June 15, 2012. Samsung is not amending or supplementing the Priority Date information asserted in that Disclosure at this time.

## IV.  PRODUCTS PRACTICING THE CLAIMED INVENTIONS [PATENT L.R. 3-1(g)]

Samsung has already provided the information required by Local Rule 3-1 in its Disclosure of Asserted Claims and Infringement Contentions served on June 15, 2012. Samsung is not amending or supplementing the Products Practicing The Claims Inventions information asserted in that Disclosure at this time.

## V.  APPLE'S WILLFUL INFRINGEMENT [PATENT L.R. 3-1(h)]

Before initiating this lawsuit, Apple was aware that its products infringed many Samsung patents, including patents that Samsung has asserted against Apple in this action. Despite this knowledge, Apple continues to infringe Samsung's patents and continues to act in an objectively reckless manner including, but not limited to, by making, using, selling, offering to sell, and importing the newly released iPhone 5. Apple has willfully infringed at least U.S. Patent Nos. 7,756,087 and U.S. Patent No. 6,292,179 since at least September 2010 when Samsung informed

Apple of its infringement.  Apple has willfully infringed the other Samsung patents since at least the filing of Samsung's counterclaims.

## VI.  DOCUMENT PRODUCTION ACCOMPANYING DISCLOSURE [PATENT L.R. 3-2]

Samsung has already produced documents pursuant to Local Rule 3-2 ("Document Production Accompanying Disclosure") concurrently with the service of its Disclosure of Asserted Claims and Infringement Contentions on June 15, 2012.  Samsung is not supplementing that production at this time.

DATED:  September 28, 2012            QUINN EMANUEL URQUHART & SULLIVAN LLP

By  /s/  Patrick M. Shields
Patrick M. Shields
Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC. and
SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC