# EXHIBIT 3

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
   50 California Street, 22nd Floor
   San Francisco, California 94111
   Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

   Kevin P.B. Johnson (Bar No. 177129 (CA)
   kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
   Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

   William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
   Patrick M. Shields (Bar No. 204739)
   patrickshields@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100

   STEPTOE & JOHNSON, LLP
   John Caracappa (*pro hac vice*)
   jcaracappa@steptoe.com
   1330 Connecticut Avenue, NW
   Washington, D.C. 20036
   Telephone: (202) 429-6267
   Facsimile: (202) 429-3902

   Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG DEFENDANTS' SECOND AMENDED DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**<br><br>**[PATENT L.R. 3-1, 3-2]** |

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") submit this Second Amended Disclosure of Asserted Claims and Infringement Contentions pursuant to Patent Local Rules 3-1 and 3-2 for U.S. Patent Nos. 7,756,087, 7,551,596, 7,672,470, 7,577,757, 7,232,058, 6,292,179, 6,226,449, and 5,579,239 (the "Samsung patents").

## I. IDENTIFICATION OF INFRINGED CLAIMS AND ACCUSED PRODUCTS [PATENT L.R. 3-1(a)-(d)]

On June 15, 2012, Samsung timely served its Disclosure of Asserted Claims and Infringement Contentions (the "Original Disclosure"). On September 28, 2012, Samsung served its Amended Disclosure of Asserted Claims and Infringed Contentions (the "First Amended Disclosure") to provide information required by Patent Local Rule 3-1(a)-(d) for the iPhone 5. On November 15, 2012, the Court granted Samsung's motion for leave to amend its disclosures through the First Amended Disclosure. *See* Dkt. No. 302. The Court recognized that Samsung would serve additional amended disclosures to address newly released products such as the iPad 4, and iPad Mini. *Id.* at 12. Through this amendment, Samsung hereby supplements its Original Disclosure and First Amended Disclosure under Patent Local Rule 3-1 to address the iPod Touch 5th Generation, iPad 4, and iPad Mini as set forth in the following exhibits:

| | |
|---|---|
| **Exhibit A** | U.S. Patent No. 7,756,087 |
| **Exhibit B** | U.S. Patent No. 7,551,596 |
| **Exhibit C** | U.S. Patent No. 7,672,470 |
| **Exhibit D** | U.S. Patent No. 7,577,757 |
| **Exhibit E** | U.S. Patent No. 7,232,058 |
| **Exhibit F** | U.S. Patent No. 6,292,179 |
| **Exhibit G** | U.S. Patent No. 6,226,449 |
| **Exhibit H** | U.S. Patent No. 5,579,239 |

The amended infringement contentions set forth in Exhibits A–H hereto are exemplary and not exhaustive.

As described in the Original Disclosure, the First Amended Disclosure and this supplemental amendment thereto, Apple infringes the Samsung patents under 35 U.S.C. § 271(a), (b) and/or (c). Samsung further accuses any other Apple products that Apple is currently developing, making and using including but not limited to any newer but unreleased versions of the accused products that have been recently announced by Apple. Accordingly, Samsung reserves its right to further supplement this amended disclosure to include any additional Apple products it identifies through discovery and its continuing investigation. Samsung further reserves the right to supplement its disclosures to include any additional information it learns about the accused Apple products through discovery (which is at its earliest stages) and its continuing investigation.

## II. LITERAL INFRINGEMENT AND DOCTRINE OF EQUIVALENTS [PATENT L.R. 3-1(e)]

The newly accused Apple products, the iPod 5th Generation, iPad 4, and iPad Mini, literally infringe the asserted claims of the Samsung patents. To the extent that any element or limitation of the asserted claims is not found to have literal correspondence in the iPod 5th Generation, iPad 4, and iPad Mini, infringe under the doctrine of equivalents. Samsung further incorporates by reference it Original Disclosure and First Amended Disclosure under Patent L.R. 3-1(e).

## III. PRIORITY DATES [PATENT L.R. 3-1(f)]

Samsung has already provided the information required by Local Rule 3-1 in its Disclosure of Asserted Claims and Infringement Contentions served on June 15, 2012. Samsung is not amending or supplementing the Priority Date information asserted in that Disclosure at this time.

## IV. PRODUCTS PRACTICING THE CLAIMED INVENTIONS [PATENT L.R. 3-1(g)]

Samsung has already provided the information required by Local Rule 3-1 in its Disclosure of Asserted Claims and Infringement Contentions served on June 15, 2012. To correct a typographical error, Samsung is amending the Products Practicing the Claimed Inventions information in that Disclosure in the accompanying Exhibit I.

## V. APPLE'S WILLFUL INFRINGEMENT [PATENT L.R. 3-1(h)]

Before initiating this lawsuit, Apple was aware that its products infringed many Samsung patents, including patents that Samsung has asserted against Apple in this action. Despite this knowledge, Apple continues to infringe Samsung's patents and continues to act in an objectively reckless manner including, but not limited to, by making, using, selling, offering to sell, and importing the newly released iPod 5th Generation, iPad 4, and iPad Mini. Apple has willfully infringed at least U.S. Patent Nos. 7,756,087 and U.S. Patent No. 6,292,179 since at least September 2010 when Samsung informed Apple of its infringement. Apple has willfully infringed the other Samsung patents since at least the filing of Samsung's counterclaims. Samsung further incorporates by reference it Original Disclosure and First Amended Disclosure under Patent L.R. 3-1(h).

## VI. DOCUMENT PRODUCTION ACCOMPANYING DISCLOSURE [PATENT L.R. 3-2]

Samsung has already produced documents pursuant to Local Rule 3-2 ("Document Production Accompanying Disclosure") concurrently with the service of its Disclosure of Asserted Claims and Infringement Contentions on June 15, 2012. Samsung is not supplementing that production at this time.

DATED: November 19, 2012      QUINN EMANUEL URQUHART & SULLIVAN LLP

By /s/ Todd M. Briggs
Todd M. Briggs
Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC. and
SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC