# EXHIBIT 4

# EXHIBIT D

## SAMSUNG'S SECOND AMENDED PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 7,577,757

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 1. A system for synchronizing devices in a multimedia environmental, the system comprising: | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees. Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the iPod Touch (5th Generation), iPad mini, iPad 4, iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the Accused Devices in conjunction with the previously accused Apple products in a manner that meets each and every step of this claim.[1] |
| at least one central storage and interface device, wherein audio, video, or photographic data, including content information and content | Apple's Mac Products, including the iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, and Apple TV (collectively the "Mac Products"), are central storage and interface devices, wherein audio, video, or photographic data, including content information and content management information, relating to the user, are stored in digital form.<br><br>Apple's iCloud service, including its iTunes Match service that works with iCloud, includes at least a central storage and interface device, wherein audio, video, or photographic data, including content information and content management information, relating to the user, are stored in digital form. As described by Apple on its website, Apple's iCloud is a central storage service that "automatically and securely stores" a user's multimedia |

---

[1]   In its original infringement contentions served on June 15, 2012, Samsung alleged that the iPhone (all generations prior to the iPhone 5), iPod Touch (all generations), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, Apple TV, and PCs with iTunes were collectively the "Accused Devices" that have been used by Apple and its customers to create systems that infringe each and every asserted claim of the '757 patent. On October 1, 2012, Samsung filed a Motion for Leave to Amend its infringement contentions to further accuse the iPhone 5 of infringing its patents. Those previously accused devices, including the iPhone 5, that run on the newly released iOS 6.0 (the same operating system that ships with the iPod Touch (5th Generation), iPad mini, and iPad 4) operate in substantially the same way as described herein. Further, to the extent that the previously accused devices vary from the iPod Touch (5th Generation), iPad mini, and iPad 4, Samsung continues to allege infringement under previously disclosed theories of infringement, including all claims previously asserted against Apple's devices. As used herein, "iPod Touch (all generations)" and "iPod Touch (3rd generation or later)" includes the iPod Touch (5th Generation), and "iPad (all generations)" includes the iPad mini and iPad 4.

| | |
|---|---|
| management information, relating to at least one user, are stored in digital form; and | content and allows access to it "from whichever device you happen to be using":<br><br>**Your content. On all your devices.**<br><br>iCloud is so much more than a hard drive in the sky. It makes it quick and effortless to access just about everything on the devices you use every day. iCloud automatically and securely stores your content so it's always available to your iPhone, iPad, iPod touch, Mac, or PC. It gives you access to your music, movies, apps, latest photos, and more from whichever device you happen to be using. And it keeps your email, contacts, and calendars up to date across all your devices. No syncing required. No management required. In fact, no anything required. iCloud does it all for you.<br><br>As described on Apple's website, iTunes Match is a service that allows a user to store all of its music in iCloud so that the user can access, listen, and download that music anytime and anywhere on an iPhone (3GS or later), iPad (all generations), iPod Touch (3rd generation or later), Mac, or a PC that runs iTunes. |

## How iTunes Match works.

iTunes determines which songs in your collection are available in the iTunes Store. Any music with a match is automatically added to iCloud for you to listen to anytime, on any device. Since there are more than 20 million songs in the iTunes Store, chances are your music is already in iCloud. And for the few songs that aren't, iTunes uploads what it can't match (which is much faster than uploading your entire music library). Even better, all the music iTunes matches plays back from iCloud at 256-Kbps AAC DRM-free quality — even if your original copy was of lower quality.

Once your music is in iCloud, you can stream it to any of your devices. Just browse the complete list of all your music stored in the cloud. To listen to a song, tap the iCloud icon next to it and your song starts playing. You can store up to 25,000 songs in iCloud (more if songs are purchased from the iTunes Store), but only what you want to play is stored on your device. So you have immediate access to a huge music library without taking up storage space.

(http://www.apple.com/itunes/itunes-match/, viewed 9/24/2012)

Non-Apple PC computers, including desktops and laptops, that run Apple's iTunes software are further examples of central storage and interface devices, wherein audio, video, or photographic data, including content information and content management information, relating to the user, are stored in digital form.  These PCs, along with the Mac Products and iCloud,  are referred to collectively as the "Central Devices".

| | |
|---|---|
| and at least one zone, each zone having at least one zone specific storage and interface device capable of storing or interfacing with information stored in the central storage and interface device, wherein audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface device and the central storage and interface device, are updated in relation to the zone specific storage and interface devices and the | Apple's iPod Touch (5th Generation), iPad mini, and iPad 4 (collectively the "Zone Devices"[2]) are storage and interface devices that a user can use in a specific zone and are capable of storing or interfacing with information stored in a central storage and interface device. Apple's software that is pre-loaded on a Zone Device allows the user of a Zone Device to store or interface with the user's audio, video, or photographic information stored on a Central Device. Apple's software also allows the audio, video, or photographic information contained within a Zone Device and a Central Device to be updated in relation to each other. As a result, Apple's software allows the user to be situated in one zone and to access all of the user's audio, video, or photographic information stored on the Zone Device or on the Central Device.<br><br>The iPod Touch User Guide (for iOS 6 software), for example, describe the variety of ways information can be exchanged between a Central Device and a Zone Device using Apple's software: |

---

[2] These newly accused Zone Devices are in addition to all previously accused Zone Devices.

| | |
|---|---|
| central storage and interface device, whereby the at least one user can be situated in any one of the zones and access the audio, video, or photographic information related to the at least one user. | **Managing content on your iOS devices**<br>You can transfer information and files between your iOS devices and computers using either iCloud or iTunes.<br><br>• *iCloud* stores content such as music, photos, calendars, contacts, documents, and more, and wirelessly pushes it to your other iOS devices and computers, keeping everything up to date. See iCloud below.<br><br>• *iTunes* syncs music, video, photos, and more, between your computer and iPhone. Changes you make on one device are copied to the other when you sync. You can also use iTunes to copy a file to iPhone for use with an app, or to copy a document you've created on iPhone to your computer. See Syncing with iTunes on page 16.<br><br>You can use iCloud or iTunes, or both, depending on your needs. For example, you can use iCloud Photo Stream to automatically get photos you take on iPhone to your other devices, and use iTunes to sync photo albums from your computer to iPhone.<br><br>*Important:*  Don't sync items in the Info pane of iTunes (such as contacts, calendars, and notes) and also use iCloud to keep that information up to date on your devices. Otherwise, duplicated data may result.<br><br>**( iPod Touch User Guide For iOS 6 Software, pg. 14)**<br><br>**iCloud**<br><br>As described above, Apple's iCloud service allows a user to store, interface with and access all of the user's multimedia information stored on iCloud from a Zone Device.  For example, any of the user's songs stored in iCloud can be streamed or downloaded, over Wi-Fi or a cellular network, to an iOS device or a computer running iTunes. Updates resulting from new music purchases or changes to the user's existing multimedia library are automatically downloaded to a Zone Device over Wi-Fi or a cellular network.   As described on Apple's website: |



**New purchases. Automatically everywhere.**

iCloud can automatically download new music purchases to all your devices over Wi-Fi — or over a cellular network if you choose. Which means you can buy a song from iTunes on your iPad at home, and find it waiting for you on your iPhone during your morning commute. All without having to sync.[1]

**Your past purchases. Available on all your devices.**

Now you can download music, movies, and TV shows you've previously purchased to all your devices. When you buy from iTunes, iCloud stores your purchase history. So you can see what you've bought — no matter which device you bought it on. You can access your purchase history from the iTunes Store on your iPhone, iPad, iPod touch, Mac, PC, or Apple TV. And since you already own the songs, albums, movies, or TV shows in your purchase history, you can tap to download them to any of your devices.[1]

(**http://www.apple.com/icloud/features/itunes-in-the-cloud/, viewed 09/24/2012**)

The iPod Touch User Guide (for iOS 6 software), for example, provides instructions to a user for setting up an iCloud account and using its functionality:

## iCloud

iCloud is a service that stores your content, including music, photos, contacts, calendars, and supported documents. Content stored in iCloud is wirelessly pushed to your other iOS devices and computers set up with the same iCloud account.

iCloud is available on an iOS device with iOS 5 or later, on a Mac with OS X Lion v10.7.2 or later, and on a PC with the iCloud Control Panel for Windows (Windows Vista Service Pack 2 or Windows 7 required).

*Note:* iCloud is not available in all areas, and iCloud features may vary by area. For more information, go to www.apple.com/icloud.

iCloud features include:

- *iTunes in the Cloud*—Download your previous iTunes music and TV show purchases to iPod touch for free, anytime.
- *Apps and Books*—Download your previous App Store and iBookstore purchases to iPod touch for free, any time.
- *Photo Stream*—Photos you take on one device appear on all your other devices. See Photo Stream on page 58.
- *Documents in the Cloud*—For iCloud-enabled apps, keep documents and app data up to date across all your devices.
- *Mail, Contacts, Calendars*—Keep your mail contacts, calendars, notes, and reminders up to date across all your devices.
- *Backup*—Back up iPod touch automatically when connected to power and Wi-Fi. See Backing up iPod touch on page 132.
- *Find My iPod*—Locate your iPod touch on a map, display a message, play a sound, lock the screen, or remotely wipe the data. See Find My iPod on page 33.
- *Find My Friends*—Share your location with people who are important to you. Download the free app from the App Store.
- *iTunes Match*—With an iTunes Match subscription, all your music, including music you've imported from CDs or purchased somewhere other than iTunes, appears on all of your devices and can be downloaded and played on demand. See iTunes Match on page 45.
- *iCloud Tabs*—See the webpages you have open on your other iOS devices or computers with OS X Mountain Lion or later installed. See Chapter 15, Safari, on page 70.

With iCloud, you get a free mail account and 5 GB of storage for your mail, documents, and backups. Your purchased music, apps, TV shows, and books don't count against your free space.

**Sign in or create an iCloud account, and set iCloud options:** Go to Settings > iCloud.

**Purchase additional iCloud storage:** Go to Settings > iCloud > Storage & Backup, then tap Manage Storage. For information about purchasing iCloud storage, go to help.apple.com/icloud.

**View and download previous purchase:**

- *iTunes Store purchases:* Go to iTunes, tap More, then tap Purchased.

( iPod Touch User Guide For iOS 6 Software, pgs. 14-15)

**Photo Stream**

Similarly, Photo Stream allows a user to take a photo on a Zone Device or a non-Apple device with a digital camera and that photo will automatically appear on the Central Device and all other Zone Devices.

Because certain Zone Devices have limited memory, Apple designed Photo Stream to allow the Central Device to be the "master photo library."   As further described on Apple's website:



(**http://www.apple.com/icloud/features/photo-stream.html**, **viewed 09/24/2012**)


Apple instructs a user on how to use its Photo Stream software, for example, in the iPhone User's Guide:

> **Photo Stream**
>
> With Photo Stream, a feature of iCloud (see iCloud on page 14), photos you take on iPod touch automatically appear on your other devices set up with Photo Stream, including your Mac or PC. Photo Stream also lets you share select photos with friends and family, directly to their devices or on the web.
>
> **About Photo Stream**
>
> When Photo Stream is turned on, photos you take on iPod touch (as well as any other photos added to your Camera Roll) appear in your photo stream after you leave the Camera app and iPod touch is connected to the Internet via Wi-Fi. These photos appear in the My Photo Stream album on iPod touch and on your other devices set up with Photo Stream.
>
> Turn on Photo Stream: Go to Settings > iCloud > Photo Stream.
>
> Photos added to your photo stream from your other iCloud devices also appear in My Photo Stream. iPod touch and other iOS devices can keep up to 1000 of your most recent photos in My Photo Stream. Your computers can keep all your Photo Stream photos permanently.

**( iPod Touch User Guide For iOS 6 Software, pg. 58)**

Apple also provides software that allows a user's Zone Device to store or interface with the user's multimedia content on a Central Device even if the user does not have an iCloud account.

**Syncing With iTunes**

First, a user can sync music, photos and video between a Zone Device and a Central Device using iTunes. As described in the iPod Touch User's Guide:

### iTunes Wi-Fi Sync

You can sync iPod touch with iTunes on a computer that is connected to the same Wi-Fi network.

**Enable iTunes Wi-Fi Sync:** To set up Wi-Fi syncing for the first time, connect iPod touch to the computer that you want to sync with. For instructions see Syncing with iTunes on page 15.

After you configure Wi-Fi Sync, iPod touch automatically syncs with iTunes once a day, when:

- iPod touch is connected to a power source,
- iPod touch and your computer are both connected to the same Wi-Fi network, and
- iTunes on your computer is running.

**( iPod Touch User Guide For iOS 6 Software, pg. 98)**

### Managing content on your iOS devices

You can transfer information and files between your iOS devices and computers using iCloud or iTunes.

- *iCloud* stores your photos, apps, contacts, calendars, and more, and wirelessly pushes them to your devices, keeping everything up to date. See iCloud on page 14.
- *iTunes* syncs music, video, photos, and more between your computer and iPod touch. You can connect iPod touch to your computer using USB, or set it up to sync wirelessly using Wi-Fi. Changes you make on one device are copied to the other when you sync. You can also use iTunes to copy a file to iPod touch for use with an app, or to copy a document you've created on iPod touch to your computer. See Syncing with iTunes on page 15.

You can use iCloud, iTunes, or both, depending on your needs. For example, you can use Photo Stream to automatically put photos you take with iPod touch on all of your devices, and use iTunes to sync photo albums from your computer to iPod touch.

**( iPod Touch User Guide For iOS 6 Software, pg. 14)**

**Home Sharing**

Second, Apple's Home Sharing software allows a user with a second desktop or laptop computer (e.g, iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro or PC) to operate it as a zone specific storage and interface device that is capable of storing or interfacing with multimedia information stored on a Central Device. As

described on Apple's website, Home Sharing allows a user to share the user's "iTunes media libraries between up to 5 computers in your household."



### Understanding Home Sharing

**Summary**

Home Sharing in iTunes is designed to let you easily share your iTunes media libraries between up to five computers in your household. You can also use Home Sharing to play your iTunes content on your iOS devices and Apple TV (2nd generation) if they are connected to your home Wi-Fi network.

less

**Products Affected**

Apple TV (2nd generation), iPad, iPhone, iPod touch, iTunes 10, iTunes 9

(**http://support.apple.com/kb/HT3819**, viewed 09/24/2012)

Home Sharing also allows a Zone Devices to interface with a Central Device by playing its iTunes content. The iPod Touch User's Guide For iOS 6, for example, instructs a user how to interface with the user's iTunes library on the user's Mac or PC:

| | |
|---|---|
| | **Home Sharing**<br>Home Sharing lets you play music, movies, and TV shows from the iTunes library on your Mac or PC. iPhone and your computer must be on the same Wi-Fi network.<br><br>*Note:* Home Sharing requires iTunes 10.2 or later, available at www.itunes.com/download. Bonus content, such as digital booklets and iTunes Extras, can't be shared.<br><br>**Play music from your iTunes library on iPhone:**<br>1  In iTunes on your computer, choose Advanced > Turn On Home Sharing. Log in, then click Create Home Share.<br>2  On iPhone, go to Settings > Music, then log in to Home Sharing using the same Apple ID and password.<br>3  In Music, tap More, then tap Shared and choose your computer's library.<br><br>**Return to content on iPhone:** Tap Shared and choose My iPhone.<br><br>( **iPod Touch User Guide For iOS 6 Software, pg. 46**) |
| 2. The system of claim 1, further comprising a local area network (LAN) coupled to at least one zone specific storage and interface device with the central storage and interface device, wherein the interconnections within the LAN is hardwired or wireless. | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the Accused Devices to customers and by encouraging and aiding those customers to use the Accused Devices in conjunction with the previously accused Apple products in a manner that meets each and every step of this claim.<br><br>Apple's software allows a user to couple a Zone Device to a Central Device using a local area network, either by a hardwired connection or wirelessly.  For example, as described by the iPod Touch User's Guide For iOS 6 Software, a user can sync with iTunes by connecting an iPod Touch (i.e., one zone specific storage device) with a Mac (i.e., the central storage and interface device) using a hardwired connection (i.e., a Dock Connector to USB Cable) or wirelessly using Wi-Fi. |

> **iTunes Wi-Fi Sync**
>
> You can sync iPod touch with iTunes on a computer that is connected to the same Wi-Fi network.
>
> **Enable iTunes Wi-Fi Sync:** To set up Wi-Fi syncing for the first time, connect iPod touch to the computer that you want to sync with. For instructions see Syncing with iTunes on page 15.
>
> After you configure Wi-Fi Sync, iPod touch automatically syncs with iTunes once a day, when:
>
> - iPod touch is connected to a power source,
> - iPod touch and your computer are both connected to the same Wi-Fi network, and
> - iTunes on your computer is running.
>
> **( iPod Touch User Guide For iOS 6 Software, pg. 98)**
>
> **Managing content on your iOS devices**
>
> You can transfer information and files between your iOS devices and computers using iCloud or iTunes.
>
> - *iCloud* stores your photos, apps, contacts, calendars, and more, and wirelessly pushes them to your devices, keeping everything up to date. See iCloud on page 14.
> - *iTunes* syncs music, video, photos, and more between your computer and iPod touch. You can connect iPod touch to your computer using USB, or set it up to sync wirelessly using Wi-Fi. Changes you make on one device are copied to the other when you sync. You can also use iTunes to copy a file to iPod touch for use with an app, or to copy a document you've created on iPod touch to your computer. See Syncing with iTunes on page 15.
>
> You can use iCloud, iTunes, or both, depending on your needs. For example, you can use Photo Stream to automatically put photos you take with iPod touch on all of your devices, and use iTunes to sync photo albums from your computer to iPod touch.
>
> **( iPod Touch User Guide For iOS 6 Software, pg. 14)**
>
> Similarly, Apple's iCloud service allows a user to couple a Zone Device to the iCloud server (i.e., a Central Device) using Wi-Fi.



**New purchases. Automatically everywhere.**
iCloud can automatically download new music purchases to all your devices over Wi-Fi — or over a cellular network if you choose. Which means you can buy a song from iTunes on your iPad at home, and find it waiting for you on your iPhone during your morning commute. All without having to sync.[1]

**Your past purchases. Available on all your devices.**
Now you can download music, movies, and TV shows you've previously purchased to all your devices. When you buy from iTunes, iCloud stores your purchase history. So you can see what you've bought — no matter which device you bought it on. You can access your purchase history from the iTunes Store on your iPhone, iPad, iPod touch, Mac, PC, or Apple TV. And since you already own the songs, albums, movies, or TV shows in your purchase history, you can tap to download them to any of your devices.[1]

(http://www.apple.com/icloud/features/itunes-in-the-cloud/, **viewed 09/24/2012**)

Indeed, all of the Apple software components described above with respect to claim 1 allow a Zone Device to couple to a Central Device wirelessly using Wi-Fi.

| | |
|---|---|
| 3. The system of claim 1, further comprising a wide area network (WAN) coupling at least one zone specific storage and interface device with the central storage and interface device. | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the Accused Devices to customers and by encouraging and aiding those customers to use the Accused Devices in conjunction with the previously accused Apple products in a manner that meets each and every step of this claim.<br><br>For example, Apple's iCloud service allows a user to couple a Zone Device to the iCloud server (i.,e., the Central Device) using a wide area network (e.g., the Internet, including over a cellular network ).  As further described on Apple's website:<br><br><br><br>(http://www.apple.com/icloud/features/itunes-in-the-cloud/, viewed 09/24/2012) |
| 4. The system of claim 1, further | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees.  Apple also indirectly infringes this claim by |

| | |
|---|---|
| comprising a set of zone specific output devices coupled to each of the zone specific storage and interface device, wherein audio, video, and photographic information is outputted, thereby the at least one user is disposed to have substantially identical content information and content management information displayed and manipulated in anyone of the zones. | offering to sell and selling components of the claimed system that are found in the Accused Devices to customers and by encouraging and aiding those customers to use the Accused Devices in conjunction with the previously accused Apple products in a manner that meets each and every step of this claim.<br><br>Each of the Zone Devices have zone specific output devices that are coupled to the Zone Device itself, including but not limited to displays and speakers for outputting audio, video, and photographic information.  By utilizing the Apple software components described above, with Apple's encouragement and direction, the user has substantially identical content information and content management information available to display and manipulate  in any of the devices in any zone. |
| 5. The system of claim 1, further comprising an output device coupled to the at least one central storage and interface, wherein | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the Accused Devices to customers and by encouraging and aiding those customers to use the Accused Devices in conjunction with the previously accused Apple products in a manner that meets each and every step of this claim.<br><br>Apple's iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, and Apple TV devices, as well as non-Apple PCs with iTunes (collectively the "Central Devices"), each have an output device that are coupled to the Central Device itself, including but not limited to displays and speakers for outputting audio, video, and photographic |

| | |
|---|---|
| audio, video, or photographic information is outputted. | information. |
| 11. The system of claim 1, wherein the central storage and interface device is capable of converting analog information into digital form. | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the Accused Devices to customers and by encouraging and aiding those customers to use the Accused Devices in conjunction with the previously accused Apple products in a manner that meets each and every step of this claim.<br><br>Apple's iMac, MacBook Air, MacBook Pro, Mac Mini, and Mac Pro, as well as non-Apple PCs with iTunes (collectively the "Central Devices") are capable of converting analog information into a digital form.  For example, the microphone jack on Apple's computers can be used to convert analog information inputted from vinyl record players, cassette players and microphones into a digital form.  In another example, the digital camera on Apple's computers can be used to convert analog image information into digital form.  On information and belief, Apple's iCloud service is also capable of converting analog information into digital form. |
| 12. The system of claim 1, wherein the zone specific storage and interface device is disposed to be coupled to a personal computer (PC). | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the Accused Devices to customers and by encouraging and aiding those customers to use the Accused Devices in conjunction with the previously accused Apple products in a manner that meets each and every step of this claim.<br><br>The Zone Devices are  disposed to be coupled to a Central Device, such as a computer or Apple's iCloud service, by LAN and WAN as described with respect to claims 3, 4, 14 and 15.  The iPod Touch (5th Generation), iPad mini and iPad 4 are also disposed to be coupled directly to a personal computer (PC) via a USB cable. |
| 14. The system of claim 1 wherein the central storage and interlace device is disposed to be coupled to a | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the Accused Devices to customers and by encouraging and aiding those customers to use the Accused Devices in conjunction with the previously accused Apple products in a manner that meets each and every step of this claim. |

| | |
|---|---|
| wireless mobile device via LAN. | See Claim 4.  The iPod Touch (5th Generation), iPad mini and iPad 4 are wireless mobile devices that can be coupled to a Central Device via LAN (e.g., a hardwired connection or Wi-Fi). |
| 15. The system of claim 1, wherein the central storage and interface device is disposed to be coupled to a wireless mobile device via WAN. | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the Accused Devices to customers and by encouraging and aiding those customers to use the Accused Devices in conjunction with the previously accused Apple products in a manner that meets each and every step of this claim.<br><br>See Claim 3.  The iPod Touch (5th Generation), iPad mini and iPad 4) are wireless mobile devices that can be coupled to a Central Device via WAN (e.g., the Internet, including over a cellular network). |