# EXHIBIT 14

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3263**

WRITER'S INTERNET ADDRESS
**amarthakur@quinnemanuel.com**

March 9, 2013

John P. Pettit
950 Page Mill Road
Palo Alto, California 94304

Re:     Apple Inc. v. Samsung Elecs. Co., Ltd., et al., Case No. 12-cv-00630 (N.D. Cal.)

Dear John:

This letter is in response to your letter of January 8, 2013, and a follow up to our letters of December 23, 2012, and March 01, 2013.

Samsung re-iterates its request for a complete production for all versions of iOS and Mac OS source code, and any other source code related to features and functionality specifically identified in Samsung's infringement contentions.  As first articulated in our letter of December 23, 2012, Apple is obligated to produce server based source code and source code related to hardware/firmware.  Apple's methodology of selectively producing broken-up files that are organized for the purposes of litigation, is unacceptable, as is Apple's methodology of trickling out productions of source code.

Your letter of January 8, 2013, attempts to shift the burden to Samsung to prove Apple has more relevant source code.  Apple cannot summarily dismiss Samsung's request for source code Samsung has identified as relevant.  For example, in your January 8 letter, you question the relevancy of CoreData and SQLite.  This source code is relevant to at least functionality included in Samsung's infringement contentions for the '058 patent, functionality for which Samsung included a corresponding screenshot in its infringement contentions.

quinn emanuel urquhart & sullivan, llp

7     NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

As another example, Apple has failed to produce any source code related to the "transmitting," and "receiving" limitations of the '239 patent, despite describing such functionality in its Markman brief and during Markman proceedings before Judge Koh.

Despite our continued request for complete source code production, Apple continues to withhold source code related the '239 patent, Apple has failed to produce at least the following source code, all of which correlate to functionality disclosed in our infringement contentions or discussed in the Markman briefing and proceedings:

- Applications processor code that: prepares the video and/or audio data for transmission, communicates with the baseband processor or WiFi chip, and sends the video and/or audio data.  This code must include all steps related to transmission, from preparing the data, to sending the data to the WiFi or Baseband, without omitting any intermediary steps.  Apple must also produce any low-level, hardware, firmware, or non-iOS/Mac OS code that is utilized for this functionality.
- Baseband processor WiFi chip source code it has in its possession or control related to transmitting data.
- All baseband processor and WiFi code it has in its possession related to receiving data that could include video and/or audio data.  This production must not omit any code with any intermediary steps.  Apple must also produce any low-level, hardware, firmware, or non-iOS/MacOS code that is utilized for this functionality.
- All applications processor (or computer processor) code that receives the video and/or audio data from the WiFi chip and/or Baseband processor chip.  This production must not omit any code with any intermediary steps.  Apple must also produce any low-level, hardware, firmware, or non-iOS/MacOS code that is utilized for this functionality.
- All applications processor (or computer processor) code that transfers video and/or audio data between software and hardware components, stores video and/or audio data, and decompresses video and/or audio data.  This production must not omit any code with any intermediary steps.  Apple must also produce any low-level, hardware, firmware, or non-iOS/MacOS code that is utilized for this functionality.
- All code related to FaceTime.  This production must not omit any FaceTime code. Apple must also produce any low-level, hardware, firmware, or non-iOS/Mac code that is utilized for this functionality.
- All source code in its possession on any audio chips, audio codecs, video chips, and image sensor chips.  This production must not omit any related code in Apple's possession.

This illustrative list, like the one sent in our original correspondence, is not exhaustive.  Further, as has been Samsung's position, Apple must produce the full code base for the accused Apple products in a manner that is comparable to as it is kept in the ordinary course of business.

Please confirm by March 15, 2013, that Apple will comply with Samsung's request, otherwise this item will be placed as a priority item on the agenda for the next lead counsel meet and confer.

Very truly yours,

Amar L. Thakur