# EXHIBIT 17

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3263**

WRITER'S INTERNET ADDRESS
**amarthakur@quinnemanuel.com**

April 8, 2013

**VIA ELECTRONIC MAIL**

Peter J. Kolovos
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109

Re:   *Apple v. Samsung Elecs. Co., Ltd*, Case No. 12-cv-00630-LHK (N.D. Cal.)

Dear Peter:

I write in response to your March 21, 2013 letter regarding Apple's deficient production of technical documents and software development and design documents. Despite the assurances in your letter regarding future productions, Apple has continued to fail to produce these documents. Apple has yet to produce any significant amount of such documents related to Apple Accused Devices that were not accused of infringement in prior litigations, including the iPhone 5, iPad 3, iPad 4, iPad Mini, iPod Touch (4th and 5th Generation), all of the accused computer products, and associated operating systems such as iOS 6.

As I stated in my March 13, 2013 letter to you, some of these products were accused from the beginning of this case. However, by failing to produce necessary technical documents related to these products, Apple has significantly impaired Samsung's ability to complete its depositions of Apple witnesses. Without these documents, Apple will force Samsung to either delay its deposition schedule or seek a second round of depositions for certain witnesses after future productions.

To avoid any unnecessary delay to depositions and the procedural schedule in this case, Samsung requests that Apple complete the production of the following categories of documents:

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

'757 Patent

For all Accused Devices and operating systems:

- Software design documents, e.g., as described by Apple here: https://developer.apple.com/library/ios/#referencelibrary/GettingStarted/RoadMapiOS/chapters/ApplicationDesign.html; https://developer.apple.com/library/ios/#referencelibrary/GettingStarted/RoadMapiOS/chapters/DesignPatterns.html; https://developer.apple.com/library/mac/#referencelibrary/GettingStarted/RoadMapOSX/chapters/08_DesignPatterns.html and https://developer.apple.com/library/mac/#referencelibrary/GettingStarted/RoadMapOSX/chapters/10_AppDesign.html.
- User interface design documents, e.g., as described by Apple here: https://developer.apple.com/library/ios/#referencelibrary/GettingStarted/RoadMapiOS/chapters/HumanInterfaceDesign.html and https://developer.apple.com/library/mac/#referencelibrary/GettingStarted/RoadMapOSX/chapters/09_HumanInterfaceDesign.html.
- Documents identifying and describing the logical and physical location of each piece of software and hardware necessary to allows a user to access music, photos, and associated files from "whatever your device you're on[,]" as represented by Apple at http://www.apple.com/icloud/, and "music, movies, TV shows, apps, books, and more live not just on your computer, but on all your other devices, too[,]" as described by Apple at http://www.apple.com/itunes/what-is/.
- Software development requirements documents, including documents defining and describing each Object, Framework, and Project used to implement the '757 Accused Features.
- Documents related to the planning, execution, analysis, and review of all phases of testing, including unit testing, system testing, integration testing, user/user interface/human interface testing, performance testing, and burn-in testing.
- Documents provided to third-party partners, including Apple's business partners and Apple Developer Members, describing the capabilities of iTunes, iTunes with iCloud, iCloud, and PhotoStream.

'239 Patent

For all Accused Devices and operating systems:

- Source code for all application processors in the Accused Devices, including the A4, A5, and A6 application processors.
- Source code related to transferring data between the application processor and the baseband processor, wireless communication chip, and/or WiFi chip including application processor code that initializes the baseband processor, wireless communication chip, and/or WiFi chip, or is called to initialize the baseband processor, wireless communication chip, and/or WiFi chip.

- Technical documents related to the specifications and functionalities of the application processors in the Accused Devices, including the A4, A5, and A6 application processors.
- Source code for any component in the Accused Devices that implements, supports, processes, or provides wireless communication functions, including baseband processors, transceivers, wireless communication chips, and WiFi chips. This includes any such component manufactured by third parties, including Qualcomm, Intel, and Broadcom.
- Technical documents related to the specifications and functionality of any component in the Accused Devices that implements, supports, processes, or provides wireless communication functions, including baseband processors, transceivers, wireless communication chips, and WiFi chips. This includes any such component manufactured by third parties, including Qualcomm, Intel, and Broadcom.
- Source code related to capturing, digitizing, or compressing audio and/or video data. This includes source code for components manufactured by third parties, including Omnivision, Sony, and Cirrus. Digitizing includes any analog to digital conversion or digital to analog conversion.
- Technical documents related to the specification and functionality of any component in the Accused Devices that captures, digitizes, or compresses. This includes any such component manufactured by third parties, including Omnivision, Sony, and Cirrus. Digitizes includes any analog to digital conversion or digital to analog conversion.
- All User Guides, e.g. the "iPhone User Guide For iOS 5.1 Software" at APLNDC630-0000157408–586.
- All Demo Guides, e.g. the "iPhone 4 Complete Demo Guide" at APLNDC630-000176097–105.
- All Finger Tips, e.g. the "Finger Tips" for the iPhone 4 at APLNDC630-0000175914–15.
- All Reviewer's Guides, e.g. the "iPhone 4 Reviewer's Guide" at APL7940001748695–715.
- All Sales Guides, e.g. the "iPhone Sales Guide" at APLNDC630-0000129904–39.

'449 Patent

For all Accused Devices and operating systems:

- Documents showing the following elements of the digital cameras in each Accused Device: lens, CMOS image sensor, and A/D converter connected to output of image sensor.
- Documents showing the data paths of images and videos captured with the digital cameras in each Accused Device, including compression and storage components.
- Documents showing the data paths for playback for images and videos captured with the digital cameras in each Accused Devices, including retrieval from memory, decompression, and display.
- Source code, including application processor (A4, A5, A6, etc.) source code enabling compression, storage, decompression, playback, and display of images and videos captured with the digital cameras in the Accused Devices.
- Documents relating to the application processors identifying the components used for compression, decompression, playback, and display of images and videos.

3

- Source code showing that a different compression method is used for captured digital images and videos.
- Documents relating to the interface circuit of the NAND flash memory module in each Accused Device.
- Source code relating to storing images and videos captured with the digital cameras in the Accused Devices, including all data, such as EXIF data, location data, or Album data, stored with each image or video.
- Source code for the Photos application in each Accused Device, including all code relating to the Camera Roll, Albums, the icons overlayed on thumbnail images, and the ability to list the number of images or videos contained in an Album.
- Source code for the Photos applications relating to the user's ability to change the Album(s) an image or video belongs to, or to change other metadata regarding an image or video captured with the Accused Device's digital camera(s).
- Engineering requirement documents for the digital cameras in each Accused Device.
- Technical specifications for each component of each digital camera in each Accused Device.
- Source code related to capturing, digitizing, or compressing audio and/or video data. This includes source code for components manufactured by third parties, including Omnivision, Sony, and Cirrus.
- Technical specifications for all components relating to capturing, digitizing, or compressing audio and/or video data. This includes technical specifications for any such component manufactured by third parties, including Omnivision, Sony, and Cirrus.
- Documents sufficient to identify, by manufacturer, model, and revision number, the components in each Accused Device relating to capturing, digitizing, or compressing audio and/or video data, including camera, CMOS sensor, and application processor components.
- All User Guides, Demo Guides, Reviewer Guides, or other documents relating to each Accused Device's Camera functionality and Photos application, including the ability to organize images and videos into Albums.

'470 Patent

For all Accused Devices and operating systems:

- Documents showing the following components are present in each Accused Device: a speaker, a headphones port, an audio codec or any other audio processing chip, a display screen, memory to store different volume levels for the speaker and headphones port, volume control buttons, and processing circuit.
- Documents showing the data paths for audio playback, including when audio is playing through the speaker and a headphone set is inserted.
- Source code, including application processor (A4, A5, A6, etc.) source code enabling output of sound through the internal speaker or through the headphones port, switching between the speaker and headphones port, displaying the volume control bar for the speaker or headphones port, storing and displaying different volume levels for speaker and headphones port, and processing volume control inputs.

- Documents relating to the application processors identifying the components used for audio playback, volume control, and the display of volume control bars.
- Source code for the Music application in each Accused Device, including all code relating to playback and volume control.
- Engineering requirement documents for any audio components, such as codecs, in each Accused Device.
- Technical specifications for each audio components, such as codecs, in each Accused Device.
- Documents sufficient to identify, by manufacturer, model, and revision number, the audio components in each Accused Device, including each codec and application processor.
- All User Guides, Demo Guides, Reviewer Guides, or other documents relating to each Accused Device's ability to switch audio output from headphones to internal speaker, or vice versa, and to store different volume levels for headphones and internal speaker.
- All User Guides, Demo Guides, Reviewer Guides, or other documents relating to each Accused Device's ability to play back videos and music.

'058 Patent

For all Accused Devices and operating systems:

- All User Guides, e.g. the "iPhone User Guide For iOS 5.1 Software" at APLNDC630-0000157408–586.
- All design documents or software specification documents relating to the UIKit software package.
- All documents relating to development, implementation, review, and testing of the UIKit software package.
- All Demo Guides, e.g. the "iPhone 4 Complete Demo Guide" at APLNDC630-000176097–105.
- All Finger Tips, e.g. the "Finger Tips" for the iPhone 4 at APLNDC630-0000175914–15.
- All Reviewer's Guides, e.g. the "iPhone 4 Reviewer's Guide" at APL7940001748695–715.
- All Sales Guides, e.g. the "iPhone Sales Guide" at APLNDC630-0000129904–39.
- Design documents and software specifications for Safari, Notes, Contacts, Calendar, and Mail apps.

'179 Patent

For all Accused Devices and operating systems:

- All User Guides, e.g. the "iPhone User Guide For iOS 5.1 Software" at APLNDC630-0000157408–586; the "iPad User Guide for iOS 4.3 Software" at APLNDC630-0000156825–7022; the "iPod Touch User Guide for iPhone OS 3.1 Software" at APLNDC630-0000158088–256.

- Documents describing testing and development of keyboard input methods for the Japanese Kana keyboard or other "flick" keyboards, e.g. APL630DEF-WH0000246494–496.
- Documents identifying and describing the logical and physical location of each piece of software and hardware necessary to allows a user to access and use the Japanese Kana keyboard and/or the Chinese Stroke keyboard.
- Software development requirements documents, including documents defining and describing each Object, Framework, and Project used to implement the '179 Accused Features.
- Documents related to the planning, execution, analysis, and review of all phases of testing, including unit testing, system testing, integration testing, user/user interface/human interface testing, performance testing, and burn-in testing.
- Documents provided to third-party partners, including Apple's business partners and Apple Developer Members, describing the international keyboard capabilities of the '179 Accused Devices with respect to the Japanese Kana keyboard and/or Chinese Stroke keyboard.

'087 and '596 Patents

For all Accused Devices and operating systems:

- Documents that identify the Build ID and Software Release Numbers for each Qualcomm baseband chip found in the Accused Devices.
- Documents relating to Samsung's Third Set of Requests for Production related to the Qualcomm baseband chips in the Accused Devices. In particular, documents relating to Accused Devices that were not accused in *Apple v. Samsung*, Case No. 11-cv-1846-LHK (i.e., iPhone 5, iPad Mini, new iPad (3G), and iPad 4th Generation).
- All Qualcomm documents that date prior to 2012 and relate to products in the previous litigations (e.g. all email chains regarding Apple's consideration to include the Qualcomm baseband chips in its products).
- All attachments and documents discussed in communications between Apple and Qualcomm produced in U.S. International Trade Commission Investigation No. 337-TA-794, U.S. International Trade Commission Investigation No. 337-TA-796, and in *Apple v. Samsung*, Case No. 11-cv-1846-LHK, including technical specifications, test reports, and design documents (e.g. APL7940002885802 identifies a "UMTS Objective Specification" document).
- The following AT&T Documents for all Accused Devices: AT&T Requirements Documents (AT&T Document # 13340); AT&T Handset Compliance Spreadsheet (AT&T Document # 13289); and Lab and Field Test Requirements for Terminal Unit Acceptance (AT&T Document #10776).
- Qualcomm source code that receives and processes RRC peer messages that include the information elements (IEs) as related to HARQ processes.

Please confirm that Apple will complete the production of the described categories immediately.

Very truly yours,

*Amar L. Thakur*

Amar L. Thakur

02198.51990/5252822.1