# EXHIBIT 20

# EXHIBIT C

**SAMSUNG'S SECOND AMENDED PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 7,672,470**

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 7. An audio/visual (A/V) device which processes an audio signal for an external audio reproduction unit, the A/V device comprising: | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPod Touch 5, the iPad 4, and the iPad Mini (the "Accused Devices").  Each Accused Device is an audio/visual (A/V) device which processes an audio signal for an external audio reproduction unit.  Each Accused Device includes an audio output port for connecting an external audio reproduction unit, such as headphones or external speakers.  *See, e.g.,*<br><br>iPod Touch 5 technical specifications available at http://www.apple.com/ipod-touch/specs.html:<br><br><br><br>iPad 4 with Retina display technical specifications available at http://www.apple.com/ipad/specs/: |



**Connectors and Input/Output**

Microphone     3.5-mm stereo
                   headphone minijack

Lightning        Built-in speaker
connector

iPad mini technical specifications available at http://www.apple.com/ipad-mini/specs/:

**Connectors and Input/Output**

Microphone     3.5-mm stereo
                   headphone minijack

Built-in speaker

Lightning
connector

| 7[a] a speaker operable to output the audio signal; | Each Accused Device comprises an internal speaker operable to output an audio signal.  *See* above; *see also, e.g.,* |
|---|---|

When no external reproduction unit is connected, each Accused Device plays music through its built-in speaker.

iPod Touch 5 Music Application when playing a song through the speaker[1]:



iPad 4 with Retina display Music Application when playing a song through the speaker:

---

[1]   Screen images show the operation of the iPod Touch 5, iPad Mini and iPad 4 with Retina display running iOS 6.0 unless otherwise noted.  Previously Accused Devices (as identified in Samsung's original infringement contentions that were served on June 15, 2012 and its first amended contentions that were filed on October 1, 2012) that also run on iOS 6.0 operate in substantially the same way.



iPad mini Music Application when playing a song through the speaker:



iPod Touch 5 home screen, while the device continues to play song started in Music Application through speakers:



iPad 4 with Retina display home screen, while the device continues to play song started in Music Application through speakers:



iPad mini display home screen, while the device continues to play song started in Music Application through speakers:



| | |
|---|---|
| 7[b] an audio output port, which is connectable to an external audio reproduction unit and operable to output the audio | The iPod Touch 5 comprises an audio output port, which is connectable to an external audio reproduction unit and operable to output the audio signal to the external audio reproduction unit.  *See* above; *see also, e.g.,*<br><br>iPod Touch 5 audio output port for headphones (headphone minijack): |

| | |
|---|---|
| signal to the external audio reproduction unit; |  |

iPad 4 with Retina display audio output port for headphones (headphone minijack):

iPad mini audio output port for headphones (headphone minijack):

| | |
|---|---|
| | **Connectors and Input/Output**<br><br>Microphone    3.5–mm stereo headphone minijack<br><br>Built–in speaker<br><br>Lightning connector<br><br>As shown below, when headphones are connected to the audio output port, each Accused Device plays music through the headphones.  When headphones are not connected, the Accused Device plays music through the built-in speakers. |
| 7[c] an audio signal processing unit operable to process the audio signal and output the processed audio signal to one of the speaker and the audio output port; | Each Accused Device comprises an audio signal processing unit operable to process the audio signal and output the processed audio signal to one of the speaker and the audio output port.  For example, each device includes an audio codec chip, and associated hardware and/or software, to process audio and selectively output it to an internal speaker or an external audio port.  *See, e.g.,*<br><br>Sample iPod Touch 5 audio codec chip from teardown available at http://www.ifixit.com/Teardown/iPod+Touch+5th+Generation+Teardown/10803/3: |



Sample iPad 4 with Retina display audio codec chip from teardown available at
http://www.ifixit.com/Teardown/iPad+4+Teardown/11462/1:



Sample iPad mini audio codec chip from teardown available at

<table>
<tr><td></td><td>

http://www.ifixit.com/Teardown/iPad+Mini+Teardown/11423/3:



As shown below, when headphones are connected to the audio output port, each Accused Device automatically plays music through the headphones.  When headphones are not connected, the Accused Device plays music through the built-in speakers.

</td></tr>
<tr><td>

7[d] a display screen operable to display one of a first On-screen Display (OSD) window, which indicates that the external audio reproduction unit is connected to the audio output port,

</td><td>

Each Accused Device comprises a display screen operable to display a first On-screen Display (OSD) window, which indicates that the external audio reproduction unit is connected to the audio output port.

For example, when headphones are connected and a volume control command is received the iPod Touch 5 displays a "headphones" volume control window.

</td></tr>
</table>



When headphones are connected and a volume control command is received the iPad 4 with Retina display displays a "headphones" volume control window:



Similarly, when headphones are connected and a volume control command is received the iPad mini displays a "headphones" volume control window:



| 7[e] and a second OSD window, which indicates that the external audio reproduction unit is not connected to the | Each Accused Device comprises a display screen operable to display a second OSD window, which indicates that the external audio reproduction unit is not connected to the audio output port.<br><br>For example, when headphones are not connected and a volume control command is received the iPod Touch 5 displays the following speaker volume control window. |
| --- | --- |

| | |
|---|---|
| audio output port; | <br><br>When headphones are not connected and a volume control command is received the iPad 4 with Retina display displays the following speaker volume control window: |



When headphones are not connected and a volume control command is received the iPad mini displays the following speaker volume control window:



| 7[f] and a control unit which is operable to receive an input command and which controls the audio signal processing unit and | Each Accused Device comprises a control unit which is operable to receive an input command and which controls the audio signal processing unit and the display screen, wherein if the control unit receives the input command and the external audio reproduction unit is connected to the audio output port, the control unit controls the display screen to automatically display the first OSD window, and wherein if the control unit receives the input command and the external audio reproduction unit is not connected to the audio output port, the control unit controls the display screen to automatically display the second OSD window. |
|---|---|

| | |
|---|---|
| the display screen, wherein if the control unit receives the input command and the external audio reproduction unit is connected to the audio output port, the control unit controls the display screen to automatically display the first OSD window, and wherein if the control unit receives the input command and the external audio reproduction unit is not connected to the audio output port, the control unit controls the display screen to automatically display the second OSD window. | For example, each Accused Device comprises a processor, a touchscreen, and associated circuitry and software. These components receive an input command, such as the command to increase volume, when the user presses the corresponding button on the phone or touches a corresponding area of the touchscreen.<br><br>iPod Touch 5 volume control buttons:<br><br><br><br>iPad 4 with Retina display volume control buttons: |

**External Buttons and Controls**



iPad mini volume control buttons:

**External Buttons and Controls**



If headphones are connected to the audio output port, the Accused Device the volume control window corresponding to the headphones volume level.  *See* claim 7[d].

If headphones are not connected to the audio output port, the phone displays the volume control window corresponding to the speaker volume level.  *See* claim 7[e].

Each Accused Device's Music application also displays a different touch sensitive volume control bar depending

on whether headphones are connected.  When headphones are connected the displayed bar corresponds to the headphones volume level.  When headphones are not connected the displayed bar corresponds to the speaker volume level.

The iPod Touch 5 Music application volume control bar is located at the bottom:



iPad 4 with Retina display Music application volume control bar:



iPad mini Music application volume control bar:



| | |
|---|---|
| 8. The A/V device according to claim 7,<br><br>8[a] wherein if the control unit receives the input command and the external audio reproduction unit is connected to the audio output port, the control unit further controls the audio signal processing unit to | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPod Touch 5, the iPad 4, and the iPad Mini (the "Accused Devices").  Each Accused Device is an A/V device according to claim 7, wherein if the control unit receives the input command and the external audio reproduction unit is connected to the audio output port, the control unit further controls the audio signal processing unit to automatically output the processed audio signal to the audio output port.  *See* claim 7.<br><br>For example, when the Accused Device detects that headphones are connected it automatically outputs the audio signal to the audio output port.  *See* claim 7[d]. |

| | |
|---|---|
| automatically output the processed audio signal to the audio output port, | |
| 8[b] and wherein if the control unit receives the input command and the external audio reproduction unit is not connected to the audio output port, the control unit further controls the audio signal processing unit to automatically output the processed audio signal to the speaker. | Each Accused Device is an A/V device according to claim 7, wherein if the control unit receives the input command and the external audio reproduction unit is not connected to the audio output port, the control unit further controls the audio signal processing unit to automatically output the processed audio signal to the speaker. *See* claim 7.<br><br>For example, when the Accused Device detects that headphones are not connected it automatically outputs the audio signal to the built-in speaker. *See* claim 7[e]. |
| 9. The A/V device according to claim 7, wherein the external audio reproduction unit includes one of headphones and an external speaker. | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPod Touch 5, the iPad 4, and the iPad Mini (the "Accused Devices"). Each Accused Device is an A/V device according to claim 7, wherein the external audio reproduction unit includes one of headphones and an external speaker. *See* claim 7.<br><br>For example, some Accused Devices, such as the iPod Touch 5, are sold with a set of headphones. In addition, other headphones or external speakers may be connected to the Accused Device's audio output port. *See, e.g.,*<br><br>iPod Touch 5 technical specifications available at http://www.apple.com/ipod-touch/specs.html: |

| | |
|---|---|
| | Headphones |



| | |
|---|---|
| 10. The A/V device according to claim 7, wherein the input command includes volume control command. | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPod Touch 5, the iPad 4, and the iPad Mini (the "Accused Devices").  Each Accused Device is an A/V device according to claim 7, wherein the input command includes volume control command. *See* claim 7.<br><br>For example, each Accused Device includes volume control buttons, and displays volume control user interface elements in, for example, the Music application. *See* claim 7[f]. |
| 11. The A/V device according to claim 10, wherein the first OSD window displays previously stored volume level of external audio reproduction unit and the second OSD window displays previously stored volume level of the speaker. | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPod Touch 5, the iPad 4, and the iPad Mini (the "Accused Devices").  Each Accused Device is an A/V device according to claim 10, wherein the first OSD window displays previously stored volume level of external audio reproduction unit and the second OSD window displays previously stored volume level of the speaker. *See* claim 10.<br><br>For example, the headphones volume control window displays a volume bar indicating the previously stored volume level for headphones (audio output port).  *See* claim 7[d].<br><br>Similarly, the built-in speakers volume control window displays a volume bar indicating the previously stored volume level for the speakers.  *See* claim 7[e]. |
| 12. A method for | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPod Touch 5, |

| | |
|---|---|
| controlling an audio/visual (A/V) device having an audio output port, speaker and a display screen, wherein the A/V device processes an audio signal for an external audio reproduction unit, the method comprising: | iPad 4, and the iPad Mini (the "Accused Devices") that each perform each and every step of this claim, including but not limited to testing and use by its employees or agents. Apple also indirectly infringes this claim by offering to sell and selling the Accused Devices that perform the claimed method to customers and by encouraging and aiding those customers to use those products in a manner that meets each and every step of this claim.<br><br>Each Accused Device may be used to perform the claimed method for controlling an audio/visual (A/V) device having an audio output port, speaker and a display screen, wherein the A/V device processes an audio signal for an external audio reproduction unit. *See* claim 7. |
| 12[a] determining whether the external audio reproduction unit is connected to the audio output port of the A/V device; | Each Accused Device performs the step of  determining whether the external audio reproduction unit is connected to the audio output port of the A/V device.  This is evident because each Accused Device automatically outputs sound through headphones when headphones are connected.  *See* claim 7. |
| 12[b] receiving a input command; | Each Accused Device performs the step of receiving an input command.  *See* claim 7(f). |
| 12[c] if the external audio reproduction unit is connected to the audio output port | Each Accused Device meets this claim element because if the external audio reproduction unit is connected to the audio output port of the A/V device, each device automatically displays on the display screen a first OSD window indicating that the external audio reproduction unit is connected to the audio output port.  For example, a volume control window is displayed corresponding to the headphone volume level.  *See* claim 7(f). |

| | |
|---|---|
| of the A/V device, automatically displaying on the display screen a first OSD window indicating that the external audio reproduction unit is connected to the audio output port; | |
| 12[d] and if the external audio reproduction unit is not connected to the audio output port, automatically displaying on the display screen a second OSD window indicating that the external audio reproduction unit is not connected to the audio output port. | Each Accused Device meets this claim element because if the external audio reproduction unit is not connected to the audio output port, each device automatically displays on the display screen a second OSD window indicating that the external audio reproduction unit is not connected to the audio output port.  For example, a volume control window is displayed corresponding to the speaker volume level when headphones are not connected.  *See* claim 7(f). |
| 13. The method according to claim 12,<br><br>13[a] wherein if the | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPod Touch 5, iPad 4, and the iPad Mini (the "Accused Devices") that each perform each and every step of this claim, including but not limited to testing and use by its employees or agents. Apple also indirectly infringes this claim by offering to sell and selling the Accused Devices that perform the claimed method to customers and by encouraging and aiding those customers to use those products in a manner that meets each and every step of this |

| | |
|---|---|
| external audio reproduction unit is connected to the audio output port of the A/V device, the method further comprises automatically outputting the processed audio signal to the audio output port, | claim.<br><br>Each Accused Device performs the method of claim 12, wherein if the external audio reproduction unit is connected to the audio output port of the A/V device, the method further comprises automatically outputting the processed audio signal to the audio output port. *See* claim 8[a]. |
| 13[b] and wherein if the external audio reproduction unit is not connected to the audio output port, the method further comprises automatically outputting the processed audio signal to the speaker. | Each Accused Device meets this claim element because if the external audio reproduction unit is not connected to the audio output port, each device automatically outputs the processed audio signal to the speaker. *See* claim 8[b]. |
| 14. The method according to claim 12, wherein the external audio reproduction unit includes one of headphones and an external speaker. | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPod Touch 5, iPad 4, and the iPad Mini (the "Accused Devices") that each perform each and every step of this claim, including but not limited to testing and use by its employees or agents. Apple also indirectly infringes this claim by offering to sell and selling the Accused Devices that perform the claimed method to customers and by encouraging and aiding those customers to use those products in a manner that meets each and every step of this claim.<br><br>Each Accused Device performs the method of claim 12, wherein the external audio reproduction unit includes one of headphones and an external speaker. *See* claim 9. |

| 15. The method according to claim 12, wherein the input command includes volume control command. | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPod Touch 5, iPad 4, and the iPad Mini (the "Accused Devices") that each perform each and every step of this claim, including but not limited to testing and use by its employees or agents. Apple also indirectly infringes this claim by offering to sell and selling the Accused Devices that perform the claimed method to customers and by encouraging and aiding those customers to use those products in a manner that meets each and every step of this claim.<br><br>Each Accused Device performs the method of claim 12, wherein the input command includes volume control command.  *See* claim 10. |
|---|---|
| 16. The method according to claim 15, wherein the first OSD window displays previously stored volume level of external audio reproduction unit and the second OSD window displays previously stored volume level of the speaker. | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPod Touch 5, iPad 4, and the iPad Mini (the "Accused Devices") that each perform each and every step of this claim, including but not limited to testing and use by its employees or agents. Apple also indirectly infringes this claim by offering to sell and selling the Accused Devices that perform the claimed method to customers and by encouraging and aiding those customers to use those products in a manner that meets each and every step of this claim.<br><br>Each Accused Device performs the method of claim 15, wherein the first OSD window displays previously stored volume level of external audio reproduction unit and the second OSD window displays previously stored volume level of the speaker.  *See* claim 11. |