# EXHIBIT 22

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Patrick M. Shields (Bar No. 204739)<br>patrickshields@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100 | STEPTOE & JOHNSON, LLP<br>John Caracappa (*pro hac vice*)<br>jcaracappa@steptoe.com<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 429-6267<br>Facsimile: (202) 429-3902 |

Attorneys for SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC. and
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendant. | CASE NO. 12-cv-00630-LHK<br><br>**SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S FOURTH SET OF REQUESTS FOR PRODUCTION** |

02198.51981/4920243.6

-1-  Case No. 12-cv-00630-LHK
SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S
FOURTH SET OF REQUESTS FOR PRODUCTION

1   calculated to lead to the discovery of admissible evidence.

2

3   **REQUEST FOR PRODUCTION NO. 274:**

4   All Source Code and executables for each version of each Samsung application installed in the Accused Samsung Products, including for each of the following applications: Phone, Contacts, Internet Browser, Calendar, Email, Music Player, Feeds & Updates, Camera, Gallery, Notes, Quick Search Box, Sync, and Screensaver.

8

9   **OBJECTIONS AND RESPONSE TO REQUEST FOR PRODUCTION NO. 274:**

10  In addition to its general objections, which it hereby incorporates by reference, Samsung objects to this Request on the grounds that: (i) it is temporally and substantively overbroad and unduly burdensome in that it is not limited to any reasonable time period and seeks documents and things related to features or functionality that are not at issue in this litigation; (ii) it is vague and ambiguous with regard to the terms "Source Code," "executables," and "version," "Samsung application," and "installed;" (iii) for devices in which the accused features were designed by Google or another third party, it seeks documents that are not within Samsung's possession, custody, or control; (iv) it seeks the confidential, proprietary and/or trade secret information of third parties, subject to non-disclosure or other confidentiality agreements between Samsung and a third party; (v) it seeks documents that are not relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the discovery of admissible evidence; and (vi) it is unduly burdensome and duplicative to the extent that it seeks documents already requested (*see e.g.*, RFP No. 96).

Notwithstanding the foregoing, and without waiving any objections, Samsung has made, and will continue to make, available for inspection source code for the Accused Samsung Products at the offices of Samsung Telecommunications America, LLC in San Jose, California. Such inspection is consistent with and contingent upon Apple's compliance with paragraphs 10 and 11 of the Parties' Agreed Upon Protective Order.

| | | |
|---|---|---|
| 1 | DATED: September 24, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By /s/ Patrick M. Shields
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   William C. Price
   Patrick M. Shields

John Caracappa (*pro hac vice*)
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington DC 20036
TEL: 202-429-6267
FAX: 202-429-3902

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC