# EXHIBIT 25

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL: (213) 443-3000  FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3227**

WRITER'S INTERNET ADDRESS
**michaelfazio@quinnemanuel.com**

March 26, 2013

VIA E-MAIL

Michael A. Valek
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

Re:   Apple Inc. v. Samsung Electronics Co. et al., Case No. 12-cv-00630-LHK

Dear Counsel:

I write to follow-up on Samsung's letters of March 4, 2013 and March 12, 2013 regarding source code production.

As we explained in those letters, Samsung gave Apple access to all released and unreleased versions of Samsung's source code for all the accused devices.  For the reasons we have already explained, we do not believe that Apple's request that Samsung download source code onto a local hard drive is appropriate or required by the Protective Order.  Nonetheless, in the spirit of compromise, Samsung will supplement its existing production by downloading and making locally available on external hard drives all released versions of source code for all the accused devices.  Samsung will continue to make all released and unreleased versions of the code available live through Perforce until those drives are ready.  Once those hard drives are up and running, Samsung proposes that it continue to make released and unreleased versions of the source code for all the accused devices available through Perforce upon Apple providing one week's notice.

Although we will proceed as quickly as possible, downloading this volume of source is not an immediate process.  Accordingly, if there are specific devices for which Apple would like to prioritize inspection of source code, please identify them promptly so that Samsung may

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000  FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600  FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000  FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000  FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000  FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000  FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000  FAX +49 40 89728 7100

02198.51981/5232504.2

download source code for those devices first.

Additionally, as you know, Apple's production of source code remains woefully incomplete. As Samsung has repeatedly stated, Apple has only produced selected portions of one version of iOS 4 (iOS 4.3.5); a mixed collection of iOS 5 (iOS 5.0, iOS 5.01 and iOS 5.1.1); a mixed collection of iOS 6 (iOS 6.0 and 6.0.1); and one version of Mac OS X (OS X 10.3), with the claim that these selectively produced versions are "representative of other iOS versions." Just as Apple has asked for all versions of Samsung's source code, and for the same reasons, Samsung is entitled to all versions of Apple's source code. And these productions must be complete: Apple has produced only limited portions of source code that Apple unilaterally deems relevant to the accused functionalities. As Samsung has pointed out on numerous occasions, these excerpts of code make Samsung's review unworkable as Samsung continues to request additional code that Apple has omitted, wait for Apple to agree to produce it, and then further wait for Apple to produce that code. Please confirm by March 29 that Apple will produce a full code base for all versions of iOS and Mac OS X for each accused device.

Very truly yours,

Michael L. Fazio