UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-0630-LHK (PSG) |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL COMPLETE PRODUCTION OF SOURCE CODE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Compel Complete Production of Source Code ("Motion to Compel").

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Motion to Compel. Apple is hereby ORDERED to produce, no later than seven days after the date of this order, all source code for all versions of the accused operating systems, software apps and applications, served-based software, and hardware functionalities.

02198.5198

[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL COMPLETE PRODUCTION OF SOURCE CODE

1

2       **IT IS SO ORDERED.**

3

4   DATED:    _____, 2013

5

6                                                        _____

7                                                        Honorable Paul S. Grewal
                                                         United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02198.5198

[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL COMPLETE PRODUCTION OF
SOURCE CODE