1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 5:12-cv-00630-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE A "CASE NARROWING STATEMENT"** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

WHEREAS, on April 24, 2013, the Court issued a Case Management Order in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 471);

WHEREAS, the Court ordered that "[b]y May 8, 2013, each side shall file a Case Narrowing Statement with a revised list of no more than 22 accused products;"

WHEREAS, the parties are conferring regarding their respective Statements;

WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any other deadline presently on calendar in this matter; and

WHEREAS, counsel for both parties agreed to extend the deadline for the parties to submit their Case Narrowing Statements to May 13, 2013.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that parties' Case Narrowing Statements shall be extended to May 13, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The deadline for the parties' Case Narrowing Statements is hereby extended to May 13, 2013.

Dated: _____, 2013      By:_____
                                                HONORABLE LUCY H. KOH