1  BENJAMIN G. DAMSTEDT
   bdamstedt@cooley.com
2  COOLEY LLP
   Five Palo Alto Square
3  3000 El Camino Real
   Palo Alto, CA 94304
4  Telephone: (650) 843-5000

5  Attorneys for Plaintiff and
   Counterclaim-Defendant Apple Inc.
6

7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

APPLE INC., a California corporation,

        Plaintiff,

  vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

        Defendants.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, a California corporation,

        Counterclaim-Plaintiffs,

  v.

APPLE INC., a California corporation,

        Counterclaim-Defendant.

Civil Action No. 12-CV-00630-LHK

**APPLE INC.'S NOTICE OF APPEARANCE OF BENJAMIN G. DAMSTEDT**

PLEASE TAKE NOTICE that attorney Benjamin G. Damstedt of Cooley LLP, a member of the State Bar of California (CA SBN 230311) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc. in the above captioned case.

    Benjamin G. Damstedt
    Cooley LLP
    Five Palo Alto Square
    3000 El Camino Real
    Palo Alto, CA  94306-2155
    Tel:    (650) 843-5000
    Fax:    (650) 849-7400
    Email:  bdamstedt@cooley.com

Dated:  May 9, 2013               */s/ Benjamin G. Damstedt*
                                  Benjamin G. Damstedt (CA SBN 230311)
                                  bdamstedt@cooley.com
                                  COOLEY LLP
                                  Five Palo Alto Square
                                  3000 El Camino Real
                                  Palo Alto, CA 94304
                                  Telephone: (650) 843-5000

                                  Attorneys for Plaintiff and
                                  Counterclaim-Defendant Apple Inc.