1  [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11

| | |
|---|---|
| 12  APPLE INC., a California Corporation, | Civil Case No. 5:12-cv-630-LHK-PSG |
| 13         Plaintiff, | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRODUCTION OF SEARCH TERMS AND CUSTODIANS BY GOOGLE INC.** |
| 14      v. | |
| 15  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **(Re: Docket No. 418)** |
| 16 | |
| 17 | |
| 18 | |
| 19         Defendants. | |
| 20  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 21 | |
| 22 | |
| 23 | |
| 24         Counterclaim-Plaintiffs,  v. | |
| 25  APPLE INC., a California corporation, | |
| 26         Counterclaim-Defendant. | |
| 27 | |
| 28 | |

1    WHEREAS, on March 25, 2013, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") filed a Motion to Compel Discovery of Document Production Information and Diff Program Printouts (Docket No. 418) ("Motion") from non-party Google Inc. ("Google");

WHEREAS, on May 9, 2013, the Court ruled on the Motion, ordering the parties to exchange certain information and conduct a further in-person meet and confer;

WHEREAS, on May 10, 2013, Apple and Google agreed to a schedule that will facilitate a meaningful discussion of remaining disputes;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Apple and Google that:

1. Google will tender its search terms and custodians to Apple no later than 10:00 p.m. PDT on Friday, May 10, 2013;

2. Apple will tender to Google any proposed additional search terms or custodians no later than 12:00 p.m. PDT on Monday, May 13, 2013; and

3. The parties will meet and confer in person in San Francisco on Friday, May 17, 2013.

Dated:  May 10, 2013

By: */s H. Mark Lyon*
Josh A. Krevitt
jkrevitt@gibsondunn.com
H. Mark Lyon
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
(650) 849-5300
(650) 849-5333 facsimile

*Attorneys for Apple Inc.*

By: */s Matthew S. Warren*
Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  91111-4788
(415) 875-6600
(415) 875-6700 facsimile

*Attorneys for Non-Party Google Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____May 13_____, 2013     By: _[signature]_
The Honorable Paul S. Grewal

**ATTESTATION OF E-FILED SIGNATURES**

I, Matthew S. Warren, am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order regarding withdrawal of Apple's Motion to Compel Discovery of Document Production Information and Diff Program Printouts from Google.  In compliance with General Order 45.X.B, I hereby attest that H. Mark Lyon has concurred in this filing.

Dated:  May 10, 2013                                                           /s Matthew S. Warren