JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF PETER J. KOLOVOS REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Samsung filed an Administrative Motion to File Documents Under Seal (Dkt. No. 498) in connection with Samsung's Motion to Compel Complete Production of Source Code for All Accused Products (Dkt. No. 499) ("Samsung's Motion to Compel"). Samsung has moved to seal portions of Samsung's Motion to Compel, portions of the Declaration of Amar L. Thakur in Support of Samsung's Motion to Compel ("the Thakur Declaration"), and Exhibits 19 and 26 to the Thakur Declaration.

3. Attached hereto as **Exhibit A** is a proposed redacted version of Samsung's Motion to Compel. The portions of page 11 of Samsung's Motion to Compel that Samsung has moved to seal contain the names of frameworks and purported descriptions of those frameworks that are defined by and implemented by Apple's source code. The Court has previously allowed the parties to seal such information. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (August 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 8) (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011).) Apple does not seek to seal the portions of pages 4 and 9 of Samsung's Motion to Compel that Samsung has also moved to seal.

4. Attached hereto as **Exhibit B** is a proposed redacted version of Exhibit 19 to the Thakur Declaration. The portions of page 5 redacted in Exhibit B contain information regarding Apple's source code. The Court has previously allowed the parties to seal such information. *See id*. Apple does not seek to seal any other portions of Exhibit B.

5. Attached hereto as **Exhibit C** is a proposed redacted version of Exhibit 26 to the Thakur Declaration. The portions of pages 16 and 17 redacted in Exhibit C contain folder names

1  and other information regarding Apple's source code.  The Court has previously allowed the
2  parties to seal such information.  *See id.*  Apple does not seek to seal any other portions of
3  Exhibit C.
4       6.     The portions of the Thakur Declaration that Samsung has moved to seal contain
5  the names of source code modules and other source code-related information.  The Court has
6  previously allowed the parties to seal such information.  *See id.*
7       7.     The relief requested by Apple is necessary and narrowly tailored to protect
8  confidential information regarding Apple's source code and trade secret information pertaining
9  to the accused Apple products.
10       8.     I declare under the penalty of perjury under the laws of the United States of
11  America that the forgoing is true and correct to the best of my knowledge and that this
12  Declaration was executed this 14th day of May, 2013, in Los Angeles, California.

Dated:  May 14, 2013        */s/ Peter J. Kolovos*
                            Peter J. Kolovos

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 14, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated: May 14, 2013                        /s/ Mark D. Selwyn
                                           Mark D. Selwyn