# EXHIBIT C

# EXHIBIT 26
# FILED UNDER SEAL

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Civil Action No. 12-CV-00630-LHK<br><br>**APPLE INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES (NOS. 28, 29, 33, 34, 36, 37)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES (NOS. 28, 29, 33, 34, 36, 37)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33, Apple Inc. ("Apple") hereby supplements its objections and responses to the Fourth Set of Interrogatories to Apple Inc. (Nos. 28, 29, 33, 34, 36, and 37) served by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC (collectively, "Samsung") on January 11, 2013. These supplemental responses are based on information reasonably available to Apple at the present time. Apple reserves the right to continue discovery and investigation into this matter and reserves the right to amend and supplement these responses when and if additional information becomes available. Apple's objections as set forth herein are made without prejudice to Apple's right to assert any additional or supplemental objections pursuant to Rule 26(e).

## GENERAL OBJECTIONS

The General Objections set forth in Apple's Objections and Reponses to Samsung's Fourth Set of Interrogatories, served on February 14, 2013, are incorporated herein by reference.

## OBJECTIONS AND RESPONSES TO INTERROGATORIES

Subject to the foregoing qualifications and General Objections and the specific objections made below, Apple objects and responds to Samsung's Fourth Set of Interrogatories as follows:

**INTERROGATORY NO. 28**

Separately for each APPLE ACCUSED PRODUCT, IDENTIFY: (1) the Baseband Processor used (listed by name, model number, serial number, part number, and internal code name); (2) the Executable Software incorporated or installed in the Baseband Processor (listed by file name, Build ID, and Software release version); (3) the 3GPP Release(s) supported (including which versions and subversions of the 3GPP specification are supported within each Release); (4) the version(s) of HSUPA supported; (5) the version(s) of HSDPA

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  WH0001712281-1712348, APL630DEF-WH0001712349-1712426, APL630DEF-
2  WH0001712430-1712507, APL630DEF-WH0001712508-1712583, APL630DEF-
3  WH00017261801726248, APL630DEF-WH0001726252-1726351, APL630DEF-
4  WH0001726353-1726452, APL630DEF-WH0001726464-1726601.
5      Apple SOC Manuals:  APL630DEF-WH0001708435-1708676, APL630DEF-
6  WH0001708681-1712045, APL630DEF-WH0001712585-1717115, APL630DEF-
7  WH0001717117-1721647, APL630DEF-WH0001721649-1726179, APL630DEF-
8  WH0001726602-1732790, APL630DEF-WH0001732791-1738775, APL630DEF-
9  WH0001738776-1744368, APL630DEF-WH0001744369-1749888, APL630DEF-
10 WH0001749889-1757765.
11     Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the
12 right to supplement and/or amend its response as appropriate.
13 **INTERROGATORY NO. 34**
14     Separately for each APPLE ACCUSED PRODUCT and each component identified in
15 Interrogatory No. 28, IDENTIFY (1) the Software or portions of Software, including
16 corresponding Software Build IDs, Software release versions, file name, module names, and
17 line numbers, (2) the location of that software (e.g., the applications processor), and (3) the
18 author and/or authors of that software, for:  capturing image signals and/or data; digitizing
19 image signals and/or data; compressing image signals and/or data; storing image signals
20 and/or data; transmitting image signals and/or data; receiving image signals and/or data;
21 exchanging signals and/or data with another device; storing image signals and/or data
22 received from another device; decompressing image signals and/or data; splitting image data
23 and/or signals; organizing image data and/or signals; or state which of these functions are not
24 performed by any component in an APPLE ACCUSED PRODUCT.
25 **RESPONSE TO INTERROGATORY NO. 34**
26     Apple objects to this Interrogatory on the grounds that it is overbroad, unduly
27 burdensome, and not reasonably calculated to lead to the discovery of admissible evidence,
28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  especially to the extent it seeks information about the accused Apple products beyond the
2  components, functionalities, or technologies of those products that may be relevant to
3  Samsung's patents-in-suit, and/or that Samsung has placed at issue in this case in its Patent
4  Rule 3-1 Disclosures.  Accordingly, in responding to this interrogatory, Apple is only
5  providing information for those Apple products that Samsung has accused of infringing
6  the '449 and '239 patents.  Apple also objects to this Interrogatory as vague, overbroad and
7  not relevant to the claims and defenses of the parties to the extent it seeks information about
8  "each component identified in Interrogatory No. 28."  Apple further objects to this
9  Interrogatory as it contains subparts, each of which should count as a separate Interrogatory.
10      Apple also objects to this Interrogatory to the extent it seeks information that is
11  subject to a confidentiality or non-disclosure agreement or governed by a protective order
12  preventing its production, or otherwise seeks confidential, proprietary, or trade secret
13  information of third parties. Apple further objects to this Interrogatory to the extent it
14  requires information outside Apple's possession, custody, and control, including, for
15  example, information concerning components that Apple has purchased from third parties.
16      Subject to and without waiving the foregoing General and Specific Objections, Apple
17  responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced
18  and/or will produce documents responsive to this Interrogatory, and that the burden of
19  ascertaining the answer to this Interrogatory from the produced business records is
20  substantially the same for Apple as for Samsung.
21      Discovery is still in its early stages and Apple is continuing to investigate.  Apple
22  reserves the right to supplement and/or amend its response as appropriate.
23  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 34**
24      In addition to the objections above, Apple states that Samsung's infringement
25  contentions remain severely deficient and fail to identify the accused components for each
26  claimed element, which renders this interrogatory overbroad, unduly burdensome and vague.
27  For example, for the term "means for exchanging," Samsung merely states that "[o]n
28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  information and belief, the iPhone, iPod Touch, iPad, iPad mini, Apple's computers and non-
2  Apple PCs each have a circuit for exchanging the data received by the host computer's
3  interface with the playback unit." Samsung fails to identify any such circuitry in the accused
4  products. Samsung's infringement contentions thus fail to provide the requisite specificity to
5  allow Apple to respond to this interrogatory as stated. Samsung's contentions are similarly
6  deficient for the terms "means for splitting and organizing" and "means for splitting." Apple
7  will only provide information regarding and produce relevant source code identified in
8  Samsung's infringement contentions and that is in its possession, and only to the extent such
9  source code is relevant under the Court's claim construction order.

10       Subject to and without waiving the foregoing General and Specific Objections, Apple
11  supplements its Response to Interrogatory No. 34 as follows:

12       Apple responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple
13  has produced and/or will produce documents responsive to this Interrogatory, and that the
14  burden of ascertaining the answer to this Interrogatory from the produced business records is
15  substantially the same for Apple as for Samsung. Apple identifies, at this time, the following
16  source code folders, which contain source code that perform certain of the functions
17  identified in this interrogatory:



-16-   Case No. 12-CV-00630-LHK
APPLE'S SUPPLEMENTAL RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1 ████████████████████████████████████████████

2 ████████████████████████████████████████████

3

4      Further responding, Apple states that, at the present time, ██████████████

5 ████████████████████████████████████████████

6 ████████████████

7      Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

8 right to supplement and/or amend its response as appropriate.

9 **INTERROGATORY NO. 36**

10      Separately for each APPLE ACCUSED PRODUCT, IDENTIFY (including, where

11 applicable, by manufacturer, name, model number, serial number, part number, internal code

12 name, circuit, and circuit schematic and/or portion thereof); (1) each and every component

13 that converts an optical image into an analog signal, including without limitation each CMOS

14 image sensor; (2) each and every component that converts an optical analog signal to a

15 digital signal, including without limitation each analog-to-digital converter; (3) each and

16 every component that compresses image and/or video signals, including, for example and

17 without limitation, the image and/or video encoder module(s) or logic block(s) of an A4, A5

18 or A6 processor; (4) each and every component which stores compressed image and/or video

19 signals into memory, including, for example and without limitation, the interface circuit to

20 NAND flash memory; (5) each and every component which decompresses image and/or

21 video signals, including, for example and without limitation, the image and/or video decoder

22 module(s) or logic block(s) of an A4, A5 or A6 processor; (6) each and every component

23 which reproduces and displays a decompressed image and/or video signal, including, for

24 example and without limitation, the graphics module(s) or GPU(s) of an A4, A5 or A6

25 processor; (7) each and every component which reproduces a sound signal associated with a

26 video signal; (8) each and every compression method used to store or record images captured

27 with the APPLE ACCUSED PRODUCT's camera(s), including, for example and without

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Dated:  April 17, 2013

/s/ Mark D. Selwyn
Mark D. Selwyn (CA SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# CERTIFICATE OF SERVICE

I, Liv Herriot, hereby certify that on April 17, 2013, true and correct copies of the foregoing document, Apple Inc.'s Supplemental Objections and Responses to Samsung's Fourth Set of Interrogatories (Nos. 28, 29, 33, 34, 36, and 37), was served on counsel for Samsung via electronic mail.

I declare under the penalty of perjury that the foregoing is true and correct.

*/s/ Liv Herriot*
Liv Herriot