1   JOSH A. KREVITT (CA SBN 208552)          WILLIAM F. LEE (*pro hac vice*)
    jkrevitt@gibsondunn.com                  william.lee@wilmerhale.com
2   H. MARK LYON (CA SBN 162061)             WILMER CUTLER PICKERING
    mlyon@gibsondunn.com                      HALE AND DORR LLP
3   GIBSON, DUNN & CRUTCHER LLP              60 State Street
    1881 Page Mill Road                      Boston, Massachusetts  02109
4   Palo Alto, California  94304-1211        Telephone:  (617) 526-6000
    Telephone:  (650) 849-5300               Facsimile:  (617) 526-5000
5   Facsimile:  (650) 849-5333

6   MICHAEL A. JACOBS (CA SBN 111664)        MARK D. SELWYN (CA SBN 244180)
    mjacobs@mofo.com                         mark.selwyn@wilmerhale.com
7   RICHARD S.J. HUNG (CA SBN 197425)        WILMER CUTLER PICKERING
    rhung@mofo.com                            HALE AND DORR LLP
8   MORRISON & FOERSTER LLP                   950 Page Mill Road
    425 Market Street                        Palo Alto, California  94304
9   San Francisco, California  94105-2482    Telephone:  (650) 858-6000
    Telephone:  (415) 268-7000               Facsimile:  (650) 858-6100
10  Facsimile:  (415) 268-7522

11  *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

12                      **UNITED STATES DISTRICT COURT**
                       **NORTHERN DISTRICT OF CALIFORNIA**
13                           **SAN JOSE DIVISION**

14  APPLE INC., a California corporation,

15                Plaintiff,

16

17       vs.                                 Case No. 12-cv-00630-LHK

18  SAMSUNG ELECTRONICS CO., LTD., a         **[PROPOSED] ORDER GRANTING IN-**
    Korean business entity; SAMSUNG          **PART SAMSUNG'S ADMINISTRATIVE**
19  ELECTRONICS AMERICA, INC., a New         **MOTION TO FILE DOCUMENTS**
    York corporation; SAMSUNG               **UNDER SEAL**
20  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
21

22                Defendants.

23

24

25

26

27

28

Pursuant to Civil Local Rule 79-5(d), Apple Inc. ("Apple") has filed the Declaration of Peter J. Kolovos Regarding Samsung's Administrative Motion to File Documents Under Seal (Dkt. No. 498) ("Samsung's Motion to Seal").  Apple requests that the Court issue an order sealing portions of Samsung's Motion to Compel Complete Production of Source Code for All Accused Products ("Samsung's Motion to Compel"), portions of the Declaration of Amar L. Thakur in Support of Samsung's Motion to Compel Complete Production of Source Code for All Accused Products ("the Thakur Declaration") and portions of Exhibits 19 and 26 to the Thakur Declaration.

Apple's request is granted:

- Portions of Samsung's Motion to Compel shall be sealed consistent with the proposed redacted version filed by Apple on May 14, 2013.

- Portions of Exhibit 19 to the Thakur Declaration shall be sealed consistent with the proposed redacted version filed by Apple on May 14, 2013.

- Portions of Exhibit 26 to the Thakur Declaration shall be sealed consistent with the proposed redacted version filed by Apple on May 14, 2013.

- The proposed redacted versions of Samsung's Motion to Compel and Exhibits 19 and 26 to the Thakur Declaration filed by Apple on May 14, 2013, shall remain the publicly available versions filed on ECF.

- Portions of the Thakur Declaration shall be sealed consistent with the redacted version filed by Samsung on May 7, 2013.  This version shall remain the publicly available version filed on ECF.

**IT IS SO ORDERED.**

Dated: _____, 2013

_____
Hon. Paul S. Grewal
United States Magistrate Judge

[PROPOSED] ORDER
Case No. 12-cv-00630 (LHK)