JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") hereby moves to seal the following documents:

1. Portions of Apple's Opposition to Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions ("Apple's Opposition"); and

2. Exhibits 1-6 and 9-11 to the Declaration of Mark D. Selwyn in Support of Apple's Opposition to Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions ("Selwyn Declaration").

Apple has established good cause to file the foregoing documents under seal through the Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Documents Under Seal, filed herewith. Exhibit 1 has been designated by Samsung as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case. Exhibit 2 has been designated by third party Peter Cholnoky as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case. In addition to confidential Apple information, Exhibits 1 and 2 may contain or discuss information confidential to Mr. Cholnoky and third party ReQuest, Exhibits 5 and 6 may contain or discuss information confidential to third party Cirrus Logic, and Exhibits 9 and 10 may contain or discuss information confidential to third party OmniVision. Apple expects that Samsung and the relevant third parties will file supporting declarations as necessary in accordance with Civil L.R. 79-5(d).

Apple's filing, including the complete and unredacted versions of the foregoing documents, will be lodged with the Court for *in camera* review and served on Samsung. Further, in accordance with this Court's Civil Standing Order Regarding Motions to File Under Seal, proposed public redacted versions of the following documents will be publicly e-filed as attachments to this motion:

1. Apple's Opposition; and
2. Exhibit 11 to the Selwyn Declaration

| | |
|---|---|
| Dated: May 14, 2013 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br><br>*/s/ Mark D. Selwyn*<br>Mark D. Selwyn (SBN 244180)<br>(mark.selwyn@wilmerhale.com)<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100<br><br>*Attorneys for Plaintiff and*<br>*Counterclaim-Defendant Apple Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 14, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn<br>
Mark D. Selwyn