JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Exhibit 1 to the Selwyn Declaration has been designated by Samsung as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case.

3. Exhibit 2 to the Selwyn Declaration has been designated by third party Peter Cholnoky as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case, and also contains confidential Apple licensing information, including a proposed payment term. The Court has previously allowed the parties to seal such information. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 10-11) (granting Apple's request to seal payment terms of licensing agreements in part because disclosing this information "will create an asymmetry of information for Apple in the negotiation of future licensing deals.").

4. Exhibits 3 and 4 to the Selwyn Declaration are portions of non-public Apple documents and contain detailed information at the level of capacitors, resistors, and connectors regarding the components and configuration of two accused Apple products. Exhibits 3 and 4 disclose information about the component parts supplied to Apple and how they are used, and the disclosure of the information contained within these exhibits would be harmful to Apple for similar reasons as stated in the Declaration of Beth Kellermann in Support of Apple's Motion to Seal Trial Exhibits (*Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1504 at 3) (supporting sealing schematics showing the configuration of Apple's products because detailed information of this kind constitutes trade secret information)). The Court has previously granted Apple's request to seal product schematics that contain a similar level of detail about product components and configurations. *See, e.g., Apple Inc. v.*

*Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (granting Apple's request to seal schematics related to the Apple iBook and iSight).

5. Exhibits 5, 6, 9, and 10 to the Selwyn Declaration are third party documents in Apple's possession, and also contain detailed information regarding the components used in certain accused Apple products. The disclosure of the information contained in these exhibits would be harmful to Apple for similar reasons as stated with respect to Exhibits 3 and 4.

6. Exhibit 11 to the Selwyn Declaration is a document generated by Samsung that contains non-public information regarding the accused Apple products. The disclosure of the information contained in this exhibit would be harmful to Apple for similar reasons as stated with respect to Exhibits 3 and 4.

7. Pursuant to L.R. 79-5 and General Order No. 62, a copy of the unredacted version of Exhibits 1-6 and 9-11 will be been lodged with the Court for *in camera* review and served on Samsung.

8. Portions of Apple's Opposition to Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions ("Apple's Opposition") discuss and refer to non-public documents and information contained in the aforementioned exhibits. Pursuant to L.R. 79-5 and General Order No. 62, a copy of the unredacted version of Apple's Opposition will be lodged with the Court for *in camera* review and served on Samsung.

9. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 14th day of May, 2013, in Los Angeles, California

Dated: May 14, 2013         */s/ Peter J. Kolovos*
                            Peter J. Kolovos

2

Declaration of Peter J. Kolovos
Case No. 12-cv-00630-LHK (PSG)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 14, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn
Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated:  May 14, 2013            /s/ Mark D. Selwyn
                                Mark D. Selwyn