| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com |    HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts 02109 |
| Palo Alto, California 94304-1211 | Telephone: (617) 526-6000 |
| Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| Facsimile: (650) 849-5333 | |
| | MARK D. SELWYN (SBN 244180) |
| MICHAEL A. JACOBS (CA SBN 111664) | mark.selwyn@wilmerhale.com |
| mjacobs@mofo.com | WILMER CUTLER PICKERING |
| RICHARD S.J. HUNG (CA SBN 197425) |    HALE AND DORR LLP |
| rhung@mofo.com | 950 Page Mill Road |
| MORRISON & FOERSTER LLP | Palo Alto, California 94304 |
| 425 Market Street | Telephone: (650) 858-6000 |
| San Francisco, California 94105-2482 | Facsimile: (650) 858-6100 |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 5:12-cv-00630-LHK |
| Plaintiff, | **DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: June 4, 2013<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

I, Mark D. Selwyn, do hereby declare as follows:

1.      I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for plaintiff and counterclaim-defendant Apple Inc. ("Apple"). I am familiar with and knowledgeable about the facts stated in this declaration and if called upon could and would testify competently as to the statements made herein.

2.      Attached as **Exhibit 1** is a true and correct copy of a document produced by Samsung numbered SAMNDCA630-06439448 - SAMNDCA630-06439451.

3.      Attached as **Exhibit 2** is a true and correct copy of a document produced by Peter Cholnoky numbered Cholnoky_630DEF-00000093 - Cholnoky_630DEF-00000097.

4.      Attached as **Exhibit 3** is a true and correct copy of portions of certain pages from a Bill of Materials for the iPhone 4S.

5.      Attached as **Exhibit 4** is a true and correct copy of portions of certain pages from a Bill of Materials for the new iPad.

6.      Attached as **Exhibit 5** is a true and correct copy of a Cirrus Logic datasheet produced with the numbers APL-ITC796-0000549074 - APL-ITC796-0000549247.

7.      Attached as **Exhibit 6** is a true and correct copy of a Cirrus Logic datasheet produced with the numbers APL-ITC796-X0000002958 - APL-ITC796-X0000003105.

8.      Attached as **Exhibit 7** is a true and correct copy of an excerpt from Apple Inc.'s Objections and Responses to Samsung's First Set of Interrogatories.

9.      Attached as **Exhibit 8** is a true and correct copy of an excerpt from Samsung's Objections and Responses to Apple's Third Set of Interrogatories.

10.     Attached as **Exhibit 9** is a true and correct copy of an OmniVision datasheet produced with the numbers APL630DEF-WH0000098144 - APL630DEF-WH0000098243.

11. Attached as **Exhibit 10** is a true and correct copy of an OmniVision datasheet produced with the numbers APL630DEF-WH0000098046 - APL630DEF-WH0000098143.

12. Attached as **Exhibit 11** is a true and correct copy of Samsung's original infringement contentions dated June 15, 2012 for U.S. Patent No. 6,226,449.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 14th day of May 2013, at Palo Alto, California.

Dated: May 14, 2013                                By:  */s/ Mark D. Selwyn*
                                                                Mark D. Selwyn

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5-1, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5-1 via the Court's ECF system.

Dated: May 14, 2013                                                   By:  /s/ Mark D. Selwyn
                                                                               Mark D. Selwyn