1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | |

Having considered defendants and counterclaim-plaintiffs Samsung's Motion for Leave to Amend and Supplement its Infringement Contentions ("Samsung's Motion") and plaintiff and counterclaim-defendant Apple's Opposition to Samsung's Motion, as well as all supporting documents to those briefs; and all parties having been given notice and an opportunity to be heard;

THE COURT ORDERS THAT:

Samsung's Motion is denied.

DATED: _____            _____
                                    HON. PAUL S. GREWAL
                                    United States Magistrate Judge