JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under
2   Seal ("Apple's Motion to Seal") in connection with Apple's Opposition to Samsung's Motion for
3   Leave to Amend and Supplement Its Infringement Contentions ("Apple's Opposition").
4   Apple has filed the Declaration of Peter J. Kolovos in Support of Apple's Motion to Seal
5   and Samsung, Mr. Cholnoky, ReQuest, Cirrus Logic, and OmniVision have filed declarations as
6   necessary pursuant to Civil L.R. 79-5 and General Order 62.  For good cause shown, the portions
7   of Apple's Opposition that Apple has proposed to seal and Exhibits 1-6 and 9-11 to the
8   Declaration of Mark D. Selwyn in Support of Apple's Opposition to Samsung's Motion for
9   Leave to Amend and Supplement Its Infringement Contentions shall be sealed.

**IT IS SO ORDERED.**

Dated: _____, 2013           _____
                                             Hon. Paul S. Grewal
                                             United States Magistrate Judge