JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**CERTIFICATE OF SERVICE** |

1    I, Andrew L. Liao, hereby declare:

2        I am employed in Santa Clara County, California.  I am over the age of eighteen years and not a party to the above-captioned action.  My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

3

4        On or around May 14, 2013, I served the following documents by electronic service:

5      1.     **APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS [FILED UNDER SEAL]**

6

7      2.     **EXHIBITS 1-6 AND 9-11 TO THE DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS [FILED UNDER SEAL]**

8

9

10 I caused all documents to be sent by e-mail to the individuals identified below:

11 Kevin P.B. Johnson
Victoria F. Maroulis
Quinn Emanuel Urquhart & Sullivan LLP

12 555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065

13 Telephone:  (650) 801-5000
kevinjohnson@quinnemanuel.com

14 victoriamaroulis@quinnemanuel.com

15 Charles K. Verhoeven
Kevin A. Smith

16 Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor

17 San Francisco, CA  94111
Telephone:  (415) 875-6600

18 charlesverhoeven@quinnemanuel.com
kevinsmith@quinnemanuel.com

19

20 Michael Fazio
Quinn Emanuel Urquhart & Sullivan LLP

21 865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017

22 Telephone:  (213) 443-3000
michaelfazio@quinnemanuel.com

23        I declare under penalty of perjury that the foregoing is true and correct.

24        Executed on May 14, 2013, at Palo Alto, California.

25

26

27            Andrew L. Liao

28