**[Counsel Listed on Signature Page]**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| v. | Civil Action No. 12-CV-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME** |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

1    WHEREAS, on May 7, 2013, Samsung Electronics Co., Ltd., Samsung Electronics
2  America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed
3  a Motion to Compel Documents from Related Litigations and Motion to Compel Complete
4  Production of Source Code for All Accused Products (Docket Nos. 496 and 499 (collectively,
5  "Samsung's Motions to Compel"));
6    WHEREAS, Apple's current deadline to file oppositions to Samsung's Motions to
7  Compel is May 21, 2013;
8    WHEREAS, Samsung's current deadline to file replies in support of Samsung's Motions
9  to Compel is May 28, 2013;
10    WHEREAS, the parties wish to have a brief amount of additional time to submit their
11  oppositions and replies; and
12    WHEREAS, this stipulation and corresponding extension of time will not require altering
13  any other deadline presently on calendar in this matter.
14    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties
15  that:
16    (a)    upon entry of the Court Order entering this stipulation, the time for Apple to file
17  oppositions to Samsung's Motions to Compel shall be extended two business days to May 23,
18  2013; and
19    (b)    upon entry of the Court Order entering this stipulation, the time for Samsung to
20  file replies in support of Samsung's Motions to Compel shall be extended two business days to
21  June 3, 2013.

| | | |
|---|---|---|
| Dated:  May 20, 2013 | WILMER CUTLER PICKERING HALE AND DORR LLP | |
| | By: | */s/ Mark D. Selwyn*<br>Mark D. Selwyn |
| | | *Attorneys for Plaintiff and Counterclaim-Defendant APPLE, INC.* |
| Dated: May 20, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | |
| | By: | */s/ Victoria F. Maroulis*<br>Victoria F. Maroulis |
| | | *Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD. SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC* |

1  Pursuant to stipulation, it is so **ORDERED**:

2     (a)    the time for Apple to file oppositions to Samsung's Motions to Compel (Dkt. Nos.

3  496 and 499) shall be extended to May 23, 2013, and

4     (b)    the time for Samsung to file replies in support of Samsung's Motions to Compel

5  (Dkt. Nos. 496 and 499) shall be extended to June 3, 2013.

Dated: _____        By: _____
                                                        Honorable Paul S. Grewal

## ATTESTATION

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45 X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  May 20, 2013    By:    */s/ Mark D. Selwyn*
  Mark D. Selwyn

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 20, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/ Mark D. Selwyn*
Mark D. Selwyn