CHAO HADIDI STARK & BARKER LLP
Bruce J. Barker
bbarker@chsblaw.com
176 East Main Street, Suite 6
Westborough, MA 01581
Telephone: 508 366-3800
Facsimile:  508 366-1833

Attorney for Non-Party
OMNIVISION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Counterclaim-Plaintiffs,<br><br>      v.<br><br>APPLE INC., a California corporation,<br><br>            Counterclaim-Defendants | Case No. 5:12-cv-00630-LHK<br><br>**DECLARATION OF BRUCE J. BARKER ESTABLISHING THAT INFORMATION DESIGNATED IN APPLE'S ADMINISTRATIVE MOTION TO SEAL INCLUDES OMNIVISION'S CONFIDENTIAL INFORMATION.** |

I, Bruce J. Barker, hereby declare as follows:

1. I am a partner of the law firm Chao Hadidi Stark and Barker LLP, counsel for OmniVision Technologies Inc.  I am licensed to practice in the Commonwealth of Massachusetts and in the State of New York, and I was admitted to the Northern District of California in May of 1993.  I am familiar with the facts set forth below and, if called as a witness, could testify competently to those facts.

2. Apple Inc. ("Apple") filed an Administrative Motion to File Under Seal exhibits 9 and 10 of the Selwyn declaration submitted with Apple's Opposition to Samsung's Motion for Leave to Amend and Supplement its Infringement Contentions (docket no. 516)).  Exhibits 9 and 10 of the Selwyn declaration are datasheets that contain OmniVision's confidential information concerning certain OmniVision products, and therefore are sealable.  Confidential information from these manuals is referred to in redacted portions of page 6, lines 6 - 7 and page 17, lines 4 - 10 of Apple's Opposition brief.  I attach hereto a proposed order pursuant to local rules 5-1 (g) and 79-5(d).

3. I declare under penalties of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this declaration was executed this 21st day of May, 2013, in Westborough, Massachusetts.

.

Dated: May 21, 2013                              Chao Hadidi Stark & Barker, LLP


                                                 By  /s/ Bruce J. Barker
                                                     Bruce J Barker
                                                     Attorney for Non-Party
                                                     OmniVision Technologies, Inc.

**Certificate of Service**

I hereby certify that copies of the forgoing Declaration have been served on May 21, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per civil local rule 5-1.

Dated:  May 21, 2013                /s/Bruce J Barker_____
                                    Bruce J Barker