UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendants | Case No. 5:12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS CONTAINING CONFIDENTIAL INFORMATION OF OMNIVISION.** |

Apple Inc. ("Apple") has moved to file under seal exhibits 9 and 10 of the Selwyn declaration submitted in support of Apple's "Opposition to Samsung's Motion for Leave to Amend and Supplement its Infringement Contentions." Counsel for OmniVision Technologies, Inc. ("OmniVision"), Mr. Barker, has filed a declaration under Civil Local Rule 79-5(d) and General Order No. 62 that establishes that these exhibits contain confidential information of OmniVision and therefore are sealable.

Accordingly, for good cause shown, the Court ORDERs that the following documents shall be sealed:

1) Exhibits 9 and 10 of the Selwyn declaration in support of Apple's Opposition to Samsung's Motion for Leave to Amend and Supplement its Infringement Contentions, and

2) Redacted portions of page 6, lines 6 - 7 and page 17, lines 4 - 10 of Apple's "Opposition to Samsung's Motion for Leave to Amend and Supplement its Infringement Contentions."

Dated: _____

HON. Paul S. Grewal
United States Magistrate Judge