1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR LEAVE TO AMEND ITS DISCLOSURE OF ASSERTED CLAIMS & INFRINGEMENT CONTENTIONS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Counterclaim-Plaintiffs,<br>     v.<br><br>APPLE INC., a California corporation,<br><br>                    Counterclaim-Defendant. | |

Apple Inc. ("Apple") has filed its Motion for Leave to Amend and Supplement its Disclosure of Asserted Claims and Infringement Contentions ("Motion").

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Apple's Motion. Accordingly, Apple is permitted to amend its infringement contentions.

**IT IS SO ORDERED.**

Dated: _____

                                        Hon. Paul S. Grewal
                                        United States Magistrate Judge