JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") hereby moves this Court for an order to seal portions of Exhibit 1 to the Declaration of Joshua Furman in Support of Apple's Motion for Leave to Amend and Supplement Its Infringement Contentions ("Furman Declaration").

Apple sets forth good cause to permit filing these documents under seal through the Declaration of Robert Vincent in Support of Apple's Administrative Motion to File Documents Under Seal ("Vincent Decl."), filed herewith. As explained in the Vincent Declaration, the above documents discuss and refer to documents and things that Samsung and third-party Google Inc. have designated as "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY – SOURCE CODE," and "GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials and the Stipulated Amendment to the Protective Order Regarding Google Code Production. Apple accordingly files these documents under seal, and expects that Samsung and Google will comply with L.R. 79-5(d) by filing an appropriate declaration with the Court within seven days for those portions and documents that Samsung- and Google-designated information. Apple's entire filing will be lodged with the Court for in camera review and served on all parties.

Dated: May 21, 2013                                    GIBSON, DUNN & CRUTCHER LLP

                                                       By:   /s/ *H. Mark Lyon*
                                                             H. Mark Lyon
                                                             ***Attorney for Apple Inc.***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule 5-1, and will be served on all counsel for Google, Inc. who have consented to electronic service in accordance with the Northern District of California Local Rules via the Court's ECF system.

Dated: May 21, 2013                                    /s/ *H. Mark Lyon*
                                                       H. Mark Lyon