JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF JOSHUA FURMAN IN SUPPORT OF APPLE INC.'S MOTION FOR LEAVE TO AMEND ITS DISCLOSURE OF ASSERTED CLAIMS & INFRINGEMENT CONTENTIONS** |

I, Joshua Furman, declare:

1. I am an associate at the law firm of Gibson, Dunn & Crutcher ("Gibson Dunn"), counsel of record in this action for Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple"). I am licensed to practice law in the State of New York. I submit this declaration in support of Apple Inc.'s Motion for Leave to Amend its Disclosure of Asserted Claims and Infringement Contentions. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows.

2. Attached as **Exhibit 1** is a true and correct copy of Apple's Fourth Amended Infringement Contentions and claim charts for each asserted patent (Exhibits A-H).

3. Attached as **Exhibit 2** is a true and correct copy of an article entitled "Samsung Galaxy S4 Carriers: AT&T Vs. Sprint Vs. T-Mobile, Which Network Has The Best Device?" dated May 8, 2013 and downloaded from http://www.ibtimes.com/samsung-galaxy-s4-carriers-att-vs-sprint-vs-t-mobile-which-network-has-best-device-1246261 on May 21, 2013.

4. Attached as **Exhibit 3** is a true and correct copy of an article entitled "Verizon pushes up Samsung Galaxy S4 release date to May 23rd" dated May 13, 2013 and downloaded from http://www.theverge.com/2013/5/13/4327454/verizon-samsung-galaxy-s4-release-date-now-may-23rd on May 21, 2013.

5. Apple's counsel acquired the AT&T version of the Samsung Galaxy S4 on April 27, 2013, the Sprint version on May 3, 2013, and the T-Mobile version on May 15, 2013. Apple's counsel immediately began the process of investigating the Galaxy S4 to determine whether it infringes any of the eight asserted patents. As a result of its analysis, Apple determined that the Galaxy S4 infringes certain of the asserted patents in the same way as the other accused Samsung devices.

6. Attached as **Exhibit 4** is a true and correct copy of correspondence dated May 8, 2013 from counsel for Apple to counsel for Samsung informing Samsung that Apple intended to amend its

infringement contentions to add the Galaxy S4 and to add evidentiary citations to its existing contentions.

7. Attached as **Exhibit 5** is a true and correct copy of correspondence dated May 14, 2013 from counsel for Apple to counsel for Samsung transmitting copies of infringement claim charts for the Galaxy S4.

8. Attached as **Exhibit 6** is a true and correct copy of correspondence from counsel for Samsung to counsel for Apple stating that Samsung opposes Apple's motion to amend its contentions to add the Galaxy S4.

9. Apple began reviewing Samsung source code soon after it was first made available and has continued to review additional code since Samsung originally made the code available, with the inspections having continued week-to-week since February. During that time, Samsung continued to produce relevant code for the accused products, and it did not complete its production of source code for all accused products until April 9, 2013. Attached as **Exhibit 7** is a true and correct copy of correspondence from Samsung's counsel to Apple's counsel dated April 9, 2013 detailing production of additional source code.

10. Attached as **Exhibit 8** is a true and correct copy of correspondence I sent on March 6, 2013 to counsel for Samsung. This letter details some of the problems with Samsung's source code production, including unacceptable download times, server outages, and changes in the source code that prevented Apple from effectively reviewing the relevant accused code. After a lengthy meet-and-confer process, Samsung made a local copy of its source code available on May 13, 2013.

11. On March 6, 2013, Apple served an interrogatory on Samsung requesting that Samsung identify the source code version(s) for each accused product and the location where the source code is located in Samsung's production. Samsung served an initial response on April 5, 2013 and a supplemental response on April 12, 2013.

12. On September 28, 2012, Apple served a subpoena on Google Inc. requesting production of source code necessary for Apple's infringement analysis.  The large majority of Google's responsive source code was made available on March 31, 2013, and additional source code was made available on May 13, 2013.  Attached as **Exhibit 9** is a true and correct copy of correspondence dated March 31, 2013 from counsel for Google to counsel for Apple describing Google's production of source code.  Attached as **Exhibit 10** is a true and correct copy of correspondence dated May 13, 2013 from counsel for Google to me describing Google's further production of source code.

13. Attached as **Exhibit 11** is a true and correct copy of correspondence from counsel for Apple to counsel for Samsung notifying Samsung's counsel of the infringement claim charts attached to this declaration as Exhibits A-H to Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                */s/ Joshua Furman*
                                                Joshua Furman

## **ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Joshua Furman has concurred in this filing.

Dated: May 21, 2013           By:   */s/ H. Mark Lyon*

                                          H. Mark Lyon

101519631_1 (DECLARATION OF JOSHUA FURMAN IN SUPPORT OF MOTION TO AMEND CONTENTIONS).DOCX