JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs, | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S FOURTH AMENDED DISCLOSURE OF ASSERTED CLAIMS & INFRINGEMENT CONTENTIONS**<br><br>Judge: Hon. Lucy H. Koh |

1    v.

2   APPLE INC., a California corporation,

3           Counterclaim-Defendant.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Patent Local Rules 3-1 and 3-2, Plaintiff Apple Inc. ("Apple") hereby submits this Fourth Amended Disclosure of Asserted Claims and Infringement Contentions for U.S. Patent Nos. 5,666,502; 5,946,647; 6,847,959; 7,761,414; 8,014,760; 8,046,721; 8,074,172; and 8,086,604 (the "Apple Patents").

Apple is still seeking information from Samsung and third parties that may affect Apple's infringement contentions. Not all information about the accused instrumentalities is publicly available. As such, Apple's investigation into the extent of infringement by Samsung is ongoing, and Apple makes these disclosures based on its current knowledge. In light of the foregoing, Apple reserves the right to supplement or amend these disclosures as further facts are revealed during the course of this litigation.

## I. DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS

### A. Patent Local Rule 3-1(a)-(c) – Identification of Infringed Claims and Accused Instrumentalities

On June 15, 2012, Apple timely served its Disclosure of Asserted Claims & Infringement Contentions ("Infringement Contentions") on Samsung. On October 5, 2012, Apple served its Amended Disclosure of Asserted Claims & Infringement Contentions ("First Amended Infringement Contentions") on Samsung to account for various amendments. On November 15, 2012, this Court granted Apple's Motion for Leave to Amend its Infringement Contentions. *See* Dkt. No. 302. Pursuant the Court's Order, additional infringement charts were served on November 21, 2012. On November 23, 2012, Apple served its Second Amended Disclosure of Asserted Claims & Infringement Contentions ("Second Amended Infringement Contentions"). On November 30, 2012, Apple served its Third Amended Disclosure of Asserted Claims & Infringement Contentions ("Third Amended Infringement Contentions"). On April 22, 2013, Apple submitted its Case Narrowing Statement, dismissing without prejudice certain claims of the Apple Patent and identifying the twenty-two accused products. *See* Dkt. No. 467.

Through this Fourth Amended Disclosure of Asserted Claims & Infringement Contentions ("Fourth Amended Infringement Contentions"), Apple hereby supplements its Infringement Contentions, First Amended Infringement Contentions, Second Amended Infringement Contentions,

and Third Amended Infringement Contentions to provide the information required by Patent Local Rule 3-1 (a)-(d) as set forth in the following exhibits:

| Exhibit A | Infringement by the Accused Products of U.S. Patent No. 5,666,502 |
|---|---|
| Exhibit B | Infringement by the Accused Products of U.S. Patent No. 5,946,647 |
| Exhibit C | Infringement by the Accused Products of U.S. Patent No. 6,847,959 |
| Exhibit D | Infringement by the Accused Products of U.S. Patent No. 7,761,414 |
| Exhibit E | Infringement by the Accused Products of U.S. Patent No. 8,014,760 |
| Exhibit F | Infringement by the Accused Products of U.S. Patent No. 8,046,721 |
| Exhibit G | Infringement by the Accused Products of U.S. Patent No. 8,074,172 |
| Exhibit H | Infringement by the Accused Products of U.S. Patent No. 8,086,604 |

The amended infringement contentions set forth in Exhibits A through H hereto and in any supplemental exhibit are exemplary and not exhaustive. As described in the Infringement Contentions, the First Amended Infringement Contentions, the Second Amended Infringement Contentions, the Third Amended Infringement Contentions, and these Fourth Amended Infringement Contentions, Samsung infringes the Apple patents under 35 U.S.C. § 271(a)-(c) and (g).

**B. Patent Local Rule 3-1(d) – Indirect Infringement**

Samsung induces the infringement of others under 35 U.S.C. § 271(b) to the extent it contracts, instructs, or otherwise induces others to make, use, offer to sell, sell, or import the Accused Instrumentalities within or into the United States. Samsung also contributes to the infringement of others under 35 U.S.C. § 271(c) to the extent it offers to sell, sells, or imports part or all of the Accused Instrumentalities within or into the United States.

To the extent Samsung's direct infringement is based on joint acts of multiple parties, the role of each such party is described according to Apple's current understanding in Apple's Infringement Contentions, the First Amended Infringement Contentions, the Second Amended Infringement Contentions, the Third Amended Infringement Contentions, and these Fourth Amended Infringement Contentions, including Exhibits A through H and any supplemental exhibits, pursuant to Patent L.R. 3-1(d). Defendants infringe each method claim of the charted claims because it has performed each

and every step of the charted claims, including but not limited to through testing and use by its employees. Defendants also infringe those claims by selling Accused Instrumentalities their customers and encouraging those customers to use the products in a manner that meets each and every step of the charted claims.

Apple's investigation is ongoing, and Apple accordingly reserves the right to amend or supplement these assertions based upon continued discovery and investigation. Apple further incorporates by reference its Infringement Contentions, First Amended Infringement Contentions, Second Amended Infringement Contentions, and Third Amended Infringement Contentions under Patent L.R. 3-1(d).

### C. Patent Local Rule 3-1(e) – Nature of Infringement

Based on Apple's current understanding, each element or limitation of each asserted claim of each asserted patent is literally present in the Accused Instrumentalities, except where explicitly indicated. To the extent that any element or limitation of the asserted claims is not found to have literal correspondence in the Accused Instrumentalities, Apple alleges, on information and belief, that any such elements or limitations are present under the doctrine of equivalents in the Accused Instrumentalities. Apple further incorporates by reference its Infringement Contentions, First Amended Infringement Contentions, Second Amended Infringement Contentions, and Third Amended Infringement Contentions under Patent L.R. 3-1(e).

### D. Patent Local Rule 3-1(f) – Priority Dates

Apple provided the information required by Local Rule 3-1 in its Infringement Contentions, First Amended Infringement Contentions, Second Amended Infringement Contentions, and Third Amended Infringement Contentions, and incorporates those disclosures hereto. Apple further incorporates its responses, including supplements thereto, to Samsung's Interrogatory Nos. 2-3.

### E. Patent Local Rule 3-1(g) – Patentee's Asserted Practice of the Claimed Inventions

Apple has already provided the information required by Local Rule 3-1 in its Infringement Contentions, First Amended Infringement Contentions, Second Amended Infringement Contentions, and Third Amended Infringement Contentions, and incorporates those disclosures hereto. Apple is

not amending or supplementing the Asserted Practice of the Claimed Inventions information asserted in those disclosures at this time.

### F. Patent Local Rule 3-1(h) – Willful Infringement

Apple has already provided the information required by Local Rule 3-1 in its Infringement Contentions, First Amended Infringement Contentions, Second Amended Infringement Contentions, and Third Amended Infringement Contentions, and incorporates those disclosures hereto. Apple is not amending or supplementing the Willful Infringement information asserted in those disclosures at this time.

## II. DOCUMENT PRODUCTION ACCOMPANYING DISCLOSURES

Apple has already produced documents pursuant to Local Rule 3-2 concurrently with its Infringement Contentions. Apple is not amending or supplementing the Document Production Accompanying Disclosures information at this time.

GIBSON, DUNN & CRUTCHER LLP

Dated: May 21, 2013          By:  /s/ H. Mark Lyon
                                  H. Mark Lyon

*Attorneys for Plaintiff Apple Inc.*