# EXHIBIT A1

# ADMIRE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,074,172**

**Infringement by Samsung Admire of U.S. Patent No. 8,074,172**

| Claim 18 of the '172 Patent | Infringement by Samsung Admire |
|---|---|
| 18.  A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Admire provides a graphical user interface on a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device.<br><br>The Samsung Admire has an 800 MHz processor.  *See* Admire, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZRAXAR-specs ("Specifications").<br><br>CPU / Processor<br>Processor Speed, Type   800MHz<br><br>The Samsung Admire also has storage as indicated in the Specifications and indicated below.  *Id.*<br><br>Memory<br>Internal Memory   125MB<br>External Memory/microSD™ Capacity   microSD™ card |

---

[1] Apple's inclusion of citations related to the claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 18 of the '172 Patent | Infringement by Samsung Admire |
|---|---|
| | As shown below and in the Specifications, the Samsung Admire's CPU is coupled to a 3.5 inch, 320x480 Pixel 262K TFT touch screen display.  *See id.*  **Display** <br><br> **Main Display Resolution**  320x480 Pixel <br> **Main Display Size**  3.5" <br> **Main Display Technology**  262K TFT |

| Claim 18 of the '172 Patent | Infringement by Samsung Admire |
|---|---|
| | The Samsung Admire provides a graphical user interface and a virtual keyboard on a touch screen, as shown below: |

| Claim 18 of the '172 Patent | Infringement by Samsung Admire |
|---|---|
| |  |
| first area of the touch screen | The Samsung Admire displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Admire Messaging App, as the user the inputs the character string |

| Claim 18 of the '172 Patent | Infringement by Samsung Admire |
|---|---|
| display that displays a current character string being input by a user with the keyboard; | "messaf," the Samsung Admire displays "messaf" in a first area of the touch screen display (the rectangular-shaped area of the screen outlined in orange), which contains the text "This is a new messaf," as shown in the screenshot below:<br><br><br><br>Other applications, such as the Email, Gmail, and Talk applications, provide the same functionality. |
| in a second area | In a second area of the touch screen display, the current string and a suggested replacement string are displayed. |

5

| Claim 18 of the '172 Patent | Infringement by Samsung Admire |
|---|---|
| of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; |  The second area is located below the first area and separated by a gray border.<br><br>Other applications, such as the Email, Gmail, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Admire |
|---|---|
| wherein; the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | The Samsung Admire replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message."  <br> User selects "?" <br> Other applications, such as the Email, Gmail, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Admire |
|---|---|
| | |
| the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Admire replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area. For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br><br>User selects "message" |

8

| Claim 18 of the '172 Patent | Infringement by Samsung Admire |
|---|---|
| | Other applications, such as the Email, Gmail, and Talk applications, provide the same functionality. |
| the current character string in the first area is kept if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.<br><br><br><br>User selects "messaf" |

| Claim 18 of the '172 Patent | Infringement by Samsung Admire |
|---|---|
| | Other applications, such as the Email, Gmail, and Talk applications, provide the same functionality. |

# EXHIBIT A2

# CAPTIVATE GLIDE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,074,172**

**Infringement by Samsung Captivate Glide of U.S. Patent No. 8,074,172**

| Claim 18 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| 18.  A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Captivate Glide provides a graphical user interface on a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device.<br><br>The Samsung Captivate Glide has a 1 GHz dual core processor.  *See* Captivate Glide, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs.<br><br>**CPU**<br>Processor Speed, Type — 1GHz Dual-core Tegra™ 2 Processor<br><br>The Samsung Captivate Glide also has memory as indicated in the Specifications and indicated below.  *Id.*<br><br>**Memory**<br>Internal Memory — 1GB RAM/1GB ROM/8GB |

---

[1] Apple's inclusion of citations related to the claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 18 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| | As shown below and in the Specifications, the Samsung Captivate Glide's CPU is coupled to a 4.0 inch, 480 by 800 pixel color Super AMOLED touch screen display.  *See id.*<br><br><br><br>The Samsung Captivate Glide provides a graphical user interface and a virtual keyboard on a touch screen, as shown below: |

2

| Claim 18 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| |  |
| first area of the touch screen display that displays a current character string being input by a user with the keyboard; | The Samsung Captivate Glide displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Captivate Glide Messaging App, as the user the inputs the character string "messaf," the Samsung Captivate Glide displays "messaf" in a first area of the touch screen display (the rectangular-shaped area of the screen outlined in blue), which contains the text "This is a new messaf," as shown in the screenshot below: |

| Claim 18 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| | <br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |
| in a second area of the touch screen display separate from the | In a second area of the touch screen display, the current string and a suggested replacement string are displayed. |

4

| Claim 18 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | <br><br>The second area is located below the first area and separated by a gray border.<br><br>Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |
| wherein; the | The Samsung Captivate Glide replaces the current character string in the first area with the suggested replacement |

| Claim 18 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message."  User selects "?" Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Captivate Glide replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.  User selects "message" Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same |

| Claim 18 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| | functionality. |
| the current character string in the first area is kept if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.  User selects "messaf" Other applications, such as the Task, Email, Gmail, Memo, Mini Diary, and Talk applications, provide the same |

| Claim 18 of the '172 Patent | Infringement by Samsung Captivate Glide |
|---|---|
| | functionality. |

# EXHIBIT A3

# CONQUER 4G

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,074,172**

**Infringement by Samsung Conquer 4G of U.S. Patent No. 8,074,172**

| Claim 18 of the '172 Patent | Infringement by Samsung Conquer 4G |
|---|---|
| 18. A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Conquer 4G provides a graphical user interface on a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device. *See* Conquer 4G: Specifications*, available at* http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs ("Specifications").<br><br>The Samsung Conquer 4G has a 1 GHz processor. *Id.*<br><br>**CPU / Processor**<br><br>Processor Speed, Type — 1GHz, MSM8655<br><br>The Samsung Conquer 4G also has storage as indicated in the Specifications and indicated below. *Id.*<br><br>**Memory**<br><br>Internal Memory — 512MB<br><br>External Memory/microSD™ Capacity — 32GB |

---

[1] Apple's inclusion of citations related to the claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 18 of the '172 Patent | Infringement by Samsung Conquer 4G |
|---|---|
| | As shown below, and in the Specifications, the Samsung Conquer 4G's CPU is coupled to a 3.5" HVGA touch screen display.   (*See id.*):<br><br><br><br>**Display**<br><br>| **Main Display Resolution** | HVGA |<br>| **Main Display Size** | 3.5" Display |<br>| **Main Display Technology** | 262K TFT |<br>| **Touch Screen** | Yes | |

| Claim 18 of the '172 Patent | Infringement by Samsung Conquer 4G |
|---|---|
| | The Samsung Conquer 4G provides a graphical user interface and a virtual keyboard on a touch screen, as shown below.<br><br> |

| Claim 18 of the '172 Patent | Infringement by Samsung Conquer 4G |
|---|---|
| | |
| first area of the touch screen display that displays a current character string being input by a user with the keyboard; | The Samsung Conquer 4G displays a current character string being input by a user with the keyboard in a first area of the touch screen display. For example, in the Samsung Conquer 4G Messaging App, as the user the inputs the character string "messaf," the Samsung Conquer 4G displays "messaf" in a first area of the touch screen display (the rectangular-shaped area of the screen outlined in orange), which contains the text "This is a new messaf," as shown in the screenshot below:<br><br> |

| Claim 18 of the '172 Patent | Infringement by Samsung Conquer 4G |
|---|---|
| | Other applications, such as the Email, Gmail and Talk applications, provide the same functionality. |
| in a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | In a second area of the touch screen display, the current string and a suggested replacement string are displayed.<br><br><br><br>The second area is located below the first area and separated by a gray border.<br><br>Other applications, such as the Email, Gmail and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Conquer 4G |
|---|---|
| | |
| wherein; the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | The Samsung Conquer 4G replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message."  |

User selects "?"

| Claim 18 of the '172 Patent | Infringement by Samsung Conquer 4G |
|---|---|
| | Other applications, such as the Email, Gmail and Talk applications, provide the same functionality. |
| the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Conquer 4G replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br><br>User selects "message" |

7

| Claim 18 of the '172 Patent | Infringement by Samsung Conquer 4G |
|---|---|
| | Other applications, such as the Email, Gmail and Talk applications, provide the same functionality. |
| the current character string in the first area is kept if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.  User selects "messaf" |

| Claim 18 of the '172 Patent | Infringement by Samsung Conquer 4G |
| --- | --- |
| | Other applications, such as the Email, Gmail and Talk applications, provide the same functionality. |

# EXHIBIT A4

# EXHIBIT II 4.G

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,074,172**

**Infringement by Samsung Exhibit II 4G of U.S. Patent No. 8,074,172**

| Claim 18 of the '172 Patent | Infringement by Samsung Exhibit II 4G |
|---|---|
| 18.  A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Exhibit II 4G provides a graphical user interface on a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device.  *See* Exhibit II 4G: Specifications*, available at* http://www.samsung.com/us/mobile/cell-phones/SGH-T679DBBTMB-specs ("Specifications").<br><br>The Samsung Exhibit II 4G has a 1 GHz processor.  *Id.*<br><br>| CPU | |<br>|---|---|<br>| Processor Speed, Type | 1GHz, MSM8255, Qualcomm |<br><br>The Samsung Exhibit II 4G also has storage as indicated in the Specifications and indicated below.  *Id.*<br><br>| Memory | |<br>|---|---|<br>| Internal Memory | 512MB RAM; 4GB ROM | |

---

[1] Apple's inclusion of citations related to the claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 18 of the '172 Patent | Infringement by Samsung Exhibit II 4G |
|---|---|
| | As shown below and in the Specifications, the Samsung Exhibit II 4G's CPU is coupled to a 3.7 inch, 480 by 800 pixel color 16M TFT touch screen display.  *See id.*   <br><br> **Display** <br><br> Main Display Resolution: 480x800 Pixel <br> Main Display Size: 3.7" <br> Main Display Technology: 16M TFT <br> Touch Screen: Yes |

| Claim 18 of the '172 Patent | Infringement by Samsung Exhibit II 4G |
|---|---|
| | The Samsung Exhibit II 4G provides a graphical user interface and a virtual keyboard on a touch screen, as shown below:  |

| Claim 18 of the '172 Patent | Infringement by Samsung Exhibit II 4G |
|---|---|
| | |
| first area of the touch screen display that displays a current character string being input by a user with the keyboard; | The Samsung Exhibit II 4G displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Exhibit II 4G Messaging App, as the user the inputs the character string "messaf," the Samsung Exhibit II 4G displays "messaf" in a first area of the touch screen display (the rectangular-shaped area of the screen outlined in blue), which contains the text "This is a new messaf," as shown in the screenshot below:  |

| Claim 18 of the '172 Patent | Infringement by Samsung Exhibit II 4G |
|---|---|
| | Other applications, such as the Email, Gmail, Memo, Mini Diary, Talk, and Task applications, provide the same functionality. |
| in a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | In a second area of the touch screen display, the current string and a suggested replacement string are displayed.<br><br><br><br>The second area is located below the first area and separated by a gray border. |

5

| Claim 18 of the '172 Patent | Infringement by Samsung Exhibit II 4G |
|---|---|
| | Other applications, such as the Email, Gmail, Memo, Mini Diary, Talk, and Task applications, provide the same functionality. |
| wherein; the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | The Samsung Exhibit II 4G replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message."  |

6

| Claim 18 of the '172 Patent | Infringement by Samsung Exhibit II 4G |
|---|---|
| | User selects "?"<br><br>Other applications, such as the Email, Gmail, Memo, Mini Diary, Talk, and Task applications, provide the same functionality. |
| the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Exhibit II 4G replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string. |

| Claim 18 of the '172 Patent | Infringement by Samsung Exhibit II 4G |
|---|---|
| | <br>User selects "message"<br>Other applications, such as the Email, Gmail, Memo, Mini Diary, Talk, and Task applications, provide the same functionality. |
| the current character string in the first area is kept if the user performs a second | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display. |

| Claim 18 of the '172 Patent | Infringement by Samsung Exhibit II 4G |
|---|---|
| gesture in the second area on the current character string or the portion thereof displayed in the second area. |  |

Other applications, such as the Email, Gmail, Memo, Mini Diary, Talk, and Task applications, provide the same functionality.

9

# EXHIBIT A5

# GALAXY NEXUS

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,074,172**

**Infringement by Samsung Galaxy Nexus of U.S. Patent No. 8,074,172[1]**

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| 18.  A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising[2]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Nexus provides a graphical user interface on a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device.  *See*  Galaxy Nexus: Specifications*, available at* http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs ("Specifications").<br><br>The Samsung Galaxy Nexus has a 1.2 GHz dual core processor.  *Id.*<br><br>CPU / Processor<br>Processor Speed, Type  1.2GHz Dual-Core Processor<br><br>As indicated in the Specifications, the Samsung Galaxy Nexus also has memory.  *Id.*<br><br>Memory<br>Internal Memory  16GB, 1GB RAM |

[1] The Samsung Galaxy Nexus is available in three versions: Verizon, Sprint, and Unlocked (available from Google).  The screenshots and specifications provided in these claim charts are exemplary and come from a Verizon Galaxy Nexus running the Android Jelly Bean operating system.  The functionality described in this document is identical on the Sprint and Unlocked Galaxy Nexuses running Android Jelly Bean or Android Ice Cream Sandwich.  Therefore, this chart applies to those versions of the Galaxy Nexus as well.  The specifications for the Sprint Galaxy Nexus can be found at http://www.samsung.com/us/mobile/cell-phones/SPH-L700ZKASPR-specs.  The specifications for the Unlocked Galaxy Nexus available from Google can be found at https://play.google.com/store/devices/details/Galaxy_Nexus_HSPA?id=galaxy_nexus_hspa&hl=en.

[2] Apple's inclusion of citations related to the claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | As shown below and in the Specifications, the Samsung Galaxy Nexus's CPU is coupled to a 4.65 inch, 1280x720 pixel color HD Super AMOLED contoured touch screen display.  *See id.* <br><br>  <br><br> **Display** <br><br> **Main Display Resolution**  1280x720 pixels <br><br> **Main Display Size**  4.65" Display <br><br> **Main Display Technology**  HD Super AMOLED™ contoured display |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | The Samsung Galaxy Nexus provides a graphical user interface and a virtual keyboard on a touch screen, as shown below:<br><br> |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | |
| first area of the touch screen display that displays a current character string being input by a user with the keyboard; | The Samsung Galaxy Nexus displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Galaxy Nexus Messaging App, as the user the inputs the character string "messaf," the Samsung Galaxy Nexus displays "messaf" in a first area of the touch screen display, which contains the text "This is a new messaf," as shown in the screenshot below: |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | <br><br>Other applications, such as the Email, Gmail, and Talk applications, provide the same functionality. |
| in a second area of the touch screen display | In a second area of the touch screen display, the current string and a suggested replacement string are displayed. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | <br><br>The second area is located below the first area and differentiated by a different background color.<br><br>Other applications, such as the Email, Gmail, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| wherein; the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | The Samsung Galaxy Nexus replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message." <br><br>  <br> User selects "?" |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | Other applications, such as the Email, Gmail, and Talk applications, provide the same functionality. |
| the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Galaxy Nexus replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br><br>User selects "message" |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | Other applications, such as the Email, Gmail, and Talk applications, provide the same functionality. |
| the current character string in the first area is kept if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.<br><br><br><br>User selects "messaf" |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | Other applications, such as the Email, Gmail, and Talk applications, provide the same functionality. |

# EXHIBIT A6

# GALAXY SII

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,074,172**

**Infringement by Samsung Galaxy S II of U.S. Patent No. 8,074,172[1]**

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy S II |
|---|---|
| 18.  A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising[2]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy S II provides a graphical user interface on a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device.  *See* Galaxy S II: Specifications*, available at* http://www.samsung.com/us/mobile/cell-phones/SGH-I777ZKAATT-specs ("Specifications").<br><br>The Samsung Galaxy S II has a 1.2 GHz dual core processor.  *Id.*<br><br>**CPU / Processor**<br><br>Processor Speed, Type — 1.2 GHz, Dual Core (Samsung Exnyos C210)<br><br>The Samsung Galaxy S II also has storage as indicated in the Specifications and indicated below.  *Id.*<br><br>**Memory**<br><br>Internal Memory — 16GB/1024MB RAM (4GLPDDR*2)<br><br>External Memory/microSD™ Capacity — microSD™ Card |

---

[1] The Samsung Galaxy SII is available from AT&T and T-Mobile.  The screenshots and specifications provided in this claim chart are exemplary and come from the AT&T Galaxy SII.  The functionality described in this document is identical on the T-Mobile Galaxy SII.  Therefore, this chart applies to that version of the Galaxy SII as well.  The specifications for the T-Mobile Galaxy SII can be found at http://www.samsung.com/us/mobile/cell-phones/SGH-T989ZKBTMB-specs.

[2] Apple's inclusion of citations related to the claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy S II |
|---|---|
| | As shown below and in the Specifications, the Samsung Galaxy S II's CPU is coupled to a 4.3 inch, 480x800 pixel color Super AMOLED Plus touch screen display.  *See id.*<br><br><br><br>The Samsung Galaxy S II provides a graphical user interface and a virtual keyboard on a touch screen, as shown below: |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy S II |
|---|---|
| |  |
| first area of the touch screen display that displays a current character string being input by a user with the keyboard; | The Samsung Galaxy S II displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Galaxy S II Messaging App, as the user the inputs the character string "messaf," the Samsung Galaxy S II displays "messaf" in a first area of the touch screen display (the rectangular-shaped area of the screen outlined in blue), which contains the text "This is a new messaf," as shown in the screenshot below: |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy S II |
|---|---|
| |  Other applications, including the Email, Gmail, Task, Talk, Memo, and Mini Diary applications, provide the same functionality. |
| in a second area of the touch screen display separate from the | In a second area of the touch screen display, the current string and a suggested replacement string are displayed. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy S II |
|---|---|
| first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | <br><br>The second area is located below the first area and separated by a gray border.<br><br>Other applications, including the Email, Gmail, Task, Talk, Memo, and Mini Diary applications, provide the same functionality. |
| wherein; the | The Samsung Galaxy S II replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy S II |
|---|---|
| current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message." <br><br>**User selects "?"**<br><br>Other applications, including the Email, Gmail, Task, Talk, Memo, and Mini Diary applications, provide the same functionality. |
| the current | The Samsung Galaxy S II replaces the current character string in the first area with the suggested replacement |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy S II |
|---|---|
| character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | character string if the user performs a first gesture on the suggested replacement character string displayed in the second area. For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br><br>User selects "message"<br><br>Other applications, including the Email, Gmail, Task, Talk, Memo, and Mini Diary applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy S II |
|---|---|
| the current character string in the first area is kept if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.<br><br><br><br>User selects "messaf"<br><br>Other applications, including the Email, Gmail, Task, Talk, Memo, and Mini Diary applications, provide the same functionality. |

# EXHIBIT A7

# GALAXY NOTE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,074,172**

**Infringement by Samsung Galaxy Note of U.S. Patent No. 8,074,172**

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Note |
|---|---|
| 18.  A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Note provides a graphical user interface on a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device.  *See* Galaxy Note: Specifications, *available at* http://www.samsung.com/global/microsite/galaxynote/note/spec.html?type=find ("Specifications").

The Samsung Galaxy Note has a 1.4 GHz dual core processor.  *Id.*



The Samsung Galaxy Note also has storage as indicated in the Specifications and indicated below.  *Id.*

 |

---

[1] Apple's inclusion of citations related to the claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Note |
|---|---|
|  | As shown below and in the Specifications, the Samsung Galaxy Note's CPU is coupled to a 5.3 inch, 1280x800 pixel color HD Super AMOLED touch screen display.  *See id.*  |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Note |
|---|---|
| | The Samsung Galaxy Note provides a graphical user interface and a virtual keyboard on a touch screen, as shown below:  |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Note |
|---|---|
| first area of the touch screen display that displays a current character string being input by a user with the keyboard; | The Samsung Galaxy Note displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Galaxy Note Messaging App, as the user the inputs the character string "messaf," the Samsung Galaxy Note displays "messaf" in a first area of the touch screen display, which contains the text "This is a new messaf," as shown in the screenshot below:<br><br><br><br>Other applications, such as the Email, Gmail, Mini Diary, S Memo, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Note |
|---|---|
| | |
| in a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | In a second area of the touch screen display, the current string and a suggested replacement string are displayed.<br><br><br><br>The second area is located below the first area and is separated by a gray border.<br><br>Other applications, such as the Email, Gmail, Mini Diary, S Memo, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Note |
|---|---|
|  |  |
| wherein; the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | The Samsung Galaxy Note replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter. For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message."  User selects "?" |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Note |
|---|---|
| | Other applications, such as the Email, Gmail, Mini Diary, S Memo, and Talk applications, provide the same functionality. |
| the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Galaxy Note replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.  User selects "message" |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Note |
|---|---|
| | Other applications, such as the Email, Gmail, Mini Diary, S Memo, and Talk applications, provide the same functionality. |
| the current character string in the first area is kept if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.  User selects "messaf" |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Note |
|---|---|
| | Other applications, such as the Email, Gmail, Mini Diary, S Memo, and Talk applications, provide the same functionality. |

# EXHIBIT A8

# GALAXY PLAYER 4.0

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,074,172**

**Infringement by Samsung Galaxy Player 4.0 of U.S. Patent No. 8,074,172**

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Player 4.0 |
|---|---|
| 18.  A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Player 4.0 provides a graphical user interface on a portable electronic device, as evidenced by the presence of an operating system, memory, and a touch screen display.  *See* Galaxy Player 4.0: Specifications*, available at* http://www.samsung.com/us/mobile/mp3-players/YP-G1CWY/XAA-specs ("Specifications"). <br><br> The Samsung Galaxy Player 4.0 runs on the Android operating system.  *Id.* <br><br> The Samsung Galaxy Player 4.0 also has storage as indicated in the Specifications and indicated below.  *Id.* <br><br> <table><tr><td colspan="2">**General**</td></tr><tr><td>**Storage Type**</td><td>Flash Memory</td></tr><tr><td>**Memory Capacity**</td><td>8GB</td></tr></table> |

---

[1] Apple's inclusion of citations related to the claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Player 4.0 |
|---|---|
| | As shown below, and in the Specifications, the Samsung Galaxy Player 4.0 includes a WVGA 800 by 480 pixel Super Clear LCD touch screen display.  (*See id.*):  |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Player 4.0 |
|---|---|
| | The Samsung Galaxy Player 4.0 provides a graphical user interface and a virtual keyboard on a touch screen, as shown below:<br><br> |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Player 4.0 |
|---|---|
| | |
| first area of the touch screen display that displays a current character string being input by a user with the keyboard; | The Samsung Galaxy Player 4.0 displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Galaxy Player 4.0 Memo App, as the user the inputs the character string "messaf," the Samsung Galaxy Player 4.0 displays "messaf" in a first area of the touch screen display (the portion of the screen outlined in yellow), which contains the text "This is a new messaf," as shown in the screenshot below:<br><br><br><br>Other applications, such as the Email, Talk, Gmail, and Mini Diary applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Player 4.0 |
|---|---|
| | |
| in a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | In a second area of the touch screen display, the current string and a suggested replacement string are displayed.<br><br><br><br>The second area is located below the first area and differentiated by a different background color.<br><br>Other applications, such as the Email, Talk, Gmail, and Mini Diary applications, provide the same functionality. |

5

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Player 4.0 |
|---|---|
| | |
| wherein; the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | The Samsung Galaxy Player 4.0 replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message."<br><br><br><br>User selects "?"<br><br>Other applications, such as the Email, Talk, Gmail, and Mini Diary applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Player 4.0 |
|---|---|
| | |
| the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Galaxy Player 4.0 replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br><br>User selects "message"<br><br>Other applications, such as the Email, Talk, Gmail, and Mini Diary applications, provide the same functionality. |

7

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Player 4.0 |
|---|---|
| | |
| the current character string in the first area is kept if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.<br><br><br><br>User selects "messaf"<br><br>Other applications, such as the Email, Talk, Gmail, and Mini Diary applications, provide the same functionality. |

9

# EXHIBIT A9

# GALAXY PLAYER 5.0

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,074,172**

**Infringement by Samsung Galaxy Player 5.0 of U.S. Patent No. 8,074,172**

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Player 5.0 |
|---|---|
| 18.  A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Player 5.0 provides a graphical user interface on a portable electronic device, as evidenced by the presence of an operating system, memory, and a touch screen display.  *See* Galaxy Player 5.0: Specifications, *available at* http://www.samsung.com/us/mobile/mp3-players/YP-G70CWY/XAA-specs ("Specifications"). <br><br> The Samsung Galaxy Player 5.0 runs on the Android operating system.  *Id.* <br><br> The Samsung Galaxy Player 5.0 also has storage as indicated in the Specifications and indicated below.  *Id.* <br><br> <table><tr><td colspan="2">**General**</td></tr><tr><td>Storage Type</td><td>Flash Memory</td></tr><tr><td>Memory Capacity</td><td>8GB</td></tr></table> |

---

[1] Apple's inclusion of citations related to the claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Player 5.0 |
|---|---|
| | As shown below and in the Specifications, the Samsung Galaxy Player 5.0 includes a WVGA 800 by 480 pixel LCD touch screen display.   *See id.*<br><br>**Display**<br><br>| Display Resolution | WVGA (800 x 480) |<br>| Display Screen Size | 5.0" |<br>| Type | LCD |<br><br>**Features**<br><br>| Touch Screen | Multi-Touch | |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Player 5.0 |
|---|---|
| | The Samsung Galaxy Player 5.0 provides a graphical user interface and a virtual keyboard on a touch screen, as shown below:<br><br> |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Player 5.0 |
|---|---|
| first area of the touch screen display that displays a current character string being input by a user with the keyboard; | The Samsung Galaxy Player 5.0 displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Galaxy Player 5.0 Memo App, as the user the inputs the character string "messaf," the Samsung Galaxy Player 5.0 displays "messaf" in a first area of the touch screen display (the portion of the screen outlined in yellow), which contains the text "This is a new messaf," as shown in the screenshot below:<br><br><br><br>Other applications, such as the Email, Mini Diary, Talk, and Gmail applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Player 5.0 |
|---|---|
| in a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | In a second area of the touch screen display, the current string and a suggested replacement string are displayed.<br><br><br><br>The second area is located below the first area and differentiated by a different background color.<br><br>Other applications, such as the Email, Mini Diary, Talk, and Gmail applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Player 5.0 |
|---|---|
| wherein; the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | The Samsung Galaxy Player 5.0 replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message."   User selects "?" Other applications, such as the Email, Mini Diary, Talk, and Gmail applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Player 5.0 |
|---|---|
| the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Galaxy Player 5.0 replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br><br>User selects "message"<br><br>Other applications, such as the Email, Mini Diary, Talk, and Gmail applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Player 5.0 |
|---|---|
| the current character string in the first area is kept if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.<br><br> <br><br>User selects "messaf"<br><br>Other applications, such as the Email, Mini Diary, Talk, and Gmail applications, provide the same functionality. |

8

# EXHIBIT A10

# GALAXY SII EPIC 4G TOUCH

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,074,172**

**Infringement by Samsung Galaxy SII Epic 4G Touch of U.S. Patent No. 8,074,172**

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy SII Epic 4G Touch |
|---|---|
| 18.  A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy SII Epic 4G Touch provides a graphical user interface on a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device. <br><br> The Samsung Galaxy SII Epic 4G Touch has a 1.2 GHz dual core processor.  *See* Galaxy SII Epic 4G Touch, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-specs ("Specifications"). <br><br> <table><tr><td colspan="2">CPU / Processor</td></tr><tr><td>Processor Speed, Type</td><td>1.2 GHz, Dual Core (Samsung Exnyos C210)</td></tr></table> <br> The Samsung Galaxy SII Epic 4G Touch also has memory as indicated in the Specifications and indicated below.  *Id.* <br><br> <table><tr><td colspan="2">Memory</td></tr><tr><td>Internal Memory</td><td>16GB</td></tr><tr><td>External Memory/microSD™ Capacity</td><td>32GB</td></tr></table> |

---

[1] Apple's inclusion of citations related to the claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | As shown below and in the Specifications, the Samsung Galaxy SII Epic 4G Touch's CPU is coupled to a 4.52 inch, 800x480 pixel color Super AMOLED Plus touch screen display. *See id.* <br><br> **Display** <br><br> | Main Display Resolution | 800x480 Pixel | <br> | Main Display Size | 4.52" | <br> | Main Display Technology | Super AMOLED Plus | <br><br>  |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy SII Epic 4G Touch |
|---|---|
| | The Samsung Galaxy SII Epic 4G Touch provides a graphical user interface and a virtual keyboard on a touch screen, as shown below:.  |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy SII Epic 4G Touch |
|---|---|
| first area of the touch screen display that displays a current character string being input by a user with the keyboard; | The Samsung Galaxy SII Epic 4G Touch displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Galaxy SII Epic 4G Touch Messaging App, as the user the inputs the character string "messaf," the Samsung Galaxy SII Epic 4G Touch displays "messaf" in a first area of the touch screen display (the rectangular-shaped area of the screen outlined in blue), which contains the text "This is a new messaf," as shown in the screenshot below:  Other applications, such as the Email, Talk, and Tasks applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy SII Epic 4G Touch |
|---|---|
| in a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | In a second area of the touch screen display, the current string and a suggested replacement string are displayed.<br><br><br><br>The second area is located below the first area and separated by a gray border.<br><br>Other applications, such as the Email, Talk, and Tasks applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy SII Epic 4G Touch |
|---|---|
| wherein; the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | The Samsung Galaxy SII Epic 4G Touch replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message."  User selects "?"  Other applications, such as the Email, Talk, and Tasks applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy SII Epic 4G Touch |
|---|---|
| the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Galaxy SII Epic 4G Touch replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br><br>User selects "message"<br><br>Other applications, such as the Email, Talk, and Tasks applications, provide the same functionality. |

7

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy SII Epic 4G Touch |
|---|---|
| the current character string in the first area is kept if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.  User selects "messaf" Other applications, such as the Email, Talk, and Tasks applications, provide the same functionality. |

# EXHIBIT A11

# GALAXY SII SKYROCKET

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,074,172**

**Infringement by Samsung Galaxy SII Skyrocket of U.S. Patent No. 8,074,172**

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy SII Skyrocket |
|---|---|
| 18.  A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy SII Skyrocket provides a graphical user interface on a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device.<br><br>The Samsung Galaxy SII Skyrocket has a 1.5 GHz dual core processor.  *See* Galaxy SII Skyrocket, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-specs ("Specifications").<br><br>

| CPU | |
|---|---|
| Processor Speed, Type | 1.5 GHz dual-core processor |

The Samsung Galaxy SII Skyrocket also has memory as indicated in the Specifications and indicated below.  *Id.*

| Memory | |
|---|---|
| Internal Memory | 16GB |

---

[1] Apple's inclusion of citations related to the claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy SII Skyrocket |
|---|---|
| | As shown below, and in the Specifications, the Samsung Galaxy SII Skyrocket's CPU is coupled to a 4.5 inch, 800x480 pixel color Super AMOLED Plus touch screen display. *See id.*<br><br><br><br>The Samsung Galaxy SII Skyrocket provides a graphical user interface and a virtual keyboard on a touch screen, as shown below::<br><br> |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy SII Skyrocket |
|---|---|
| first area of the touch screen display that displays a current character string being input by a user with the keyboard; | The Samsung Galaxy SII Skyrocket displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Galaxy SII Skyrocket Messaging App, as the user the inputs the character string "messaf," the Samsung Galaxy SII Skyrocket displays "messaf" in a first area of the touch screen display (the rectangular-shaped area of the screen outlined in blue), which contains the text "This is a new messaf," as shown in the screenshot below:<br><br><br><br>Other applications, such as the Email, Memo, Gmail, Talk, Mini Diary, and Task applications, provide the same functionality. |

3

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy SII Skyrocket |
|---|---|
| in a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | In a second area of the touch screen display, the current string and a suggested replacement string are displayed.<br><br><br><br>The second area is located below the first area and separated by a gray border.<br><br>Other applications, such as the Email, Memo, Gmail, Talk, Mini Diary, and Task applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy SII Skyrocket |
|---|---|
| wherein; the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | The Samsung Galaxy SII Skyrocket replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message."   User selects "?" Other applications, such as the Email, Memo, Gmail, Talk, Mini Diary, and Task applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy SII Skyrocket |
|---|---|
| the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Galaxy SII Skyrocket replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br>User selects "message"<br><br>Other applications, such as the Email, Memo, Gmail, Talk, Mini Diary, and Task applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy SII Skyrocket |
|---|---|
| the current character string in the first area is kept if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.  User selects "messaf" Other applications, such as the Email, Memo, Gmail, Talk, Mini Diary, and Task applications, provide the same functionality. |

# EXHIBIT A12

# STRATOSPHERE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,074,172**

**Infringement by Samsung Stratosphere of U.S. Patent No. 8,074,172**

| Claim 18 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| 18.  A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Stratosphere provides a graphical user interface on a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device.<br><br>The Samsung Stratosphere has a 1 GHz processor.  *See* Stratosphere, Specifications, *available at* http://www.samsung.com/us/mobile/cell-phones/SCH-I405ZWBVZW-specs ("Specifications").<br><br>**CPU**<br><br>Processor Speed, Type — VIA CBP7.1 + CMC220(LTE) + AP (S5PC111, 1GHz)<br><br>The Samsung Stratosphere also has memory as indicated in the Specifications and indicated below.  *Id.*<br><br>**Memory**<br><br>Internal Memory — 4GB |

---

[1] Apple's inclusion of citations related to the claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 18 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| | As shown below and in the Specifications, the Samsung Stratosphere's CPU is coupled to a 4.0 inch, 800x480 pixel color Super AMOLED touch screen display.  *See id.*<br><br> |

2

| Claim 18 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| | For further example, the Samsung Stratosphere provides a graphical user interface and a virtual keyboard on a touch screen, as shown below:<br><br> |

| Claim 18 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| | |
| first area of the touch screen display that displays a current character string being input by a user with the keyboard; | The Samsung Stratosphere displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Stratosphere Messaging App, as the user the inputs the character string "messaf," the Samsung Stratosphere displays "messaf" in a first area of the touch screen display (the rectangular-shaped area of the screen outlined in green), which contains the text "This is a new messaf," as shown in the screenshot below:<br><br><br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

4

| Claim 18 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| | |
| in a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | In a second area of the touch screen display, the current string and a suggested replacement string are displayed.<br><br><br><br>The second area is located below the first area and separated by a dark green border.<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| | |
| wherein; the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | The Samsung Stratosphere replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message." |

| Claim 18 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| | <br><br>User selects "?"<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |
| the current character string in the first area with the suggested replacement | The Samsung Stratosphere replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string. |

| Claim 18 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | <br><br>User selects "message"<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |
| the current character string in the first area is kept if the user | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display. |

| Claim 18 of the '172 Patent | Infringement by Samsung Stratosphere |
|---|---|
| performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | <br><br>User selects "messaf"<br><br>Other applications, such as the Email, Gmail, Memo, and Talk applications, provide the same functionality. |

# EXHIBIT A13

# GALAXY TAB 7.0 PLUS

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,074,172**

**Infringement by Samsung Galaxy Tab 7.0 Plus of U.S. Patent No. 8,074,172**

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| 18.  A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Tab 7.0 Plus provides a graphical user interface on a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device. |
| | The Samsung Galaxy Tab 7.0 Plus has a dual core 1.2 GHz processor.  *See* Galaxy Tab 7.0 Plus Features, *available at* http://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAYXAR-features ("Features"). |
| | The Samsung Galaxy Tab 7.0 Plus also has memory as indicated in the Features and below.  *Id.* |
| | **Memory** • Internal Memory 16GB • micro SD card slot supports up to 32GB |
| | As shown below and in the Features the Samsung Galaxy Tab 7.0 Plus's CPU is coupled to a 7" 1024x600 Pixel TFT touch screen display.  (*See id.*): |

---

[1] Apple's inclusion of citations related to the claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| | <br><br>**Display**<br>\* 7" Display<br>\* 1024 x 600 Pixel<br>\* TFT<br><br>The Samsung Galaxy Tab 7.0 Plus provides a graphical user interface and a virtual keyboard on a touch screen, as shown below:: |

2

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| |  |
| first area of the touch screen | The Samsung Galaxy Tab 7.0 Plus displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Galaxy Tab 7.0 Plus Memo App, as the user the inputs |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| display that displays a current character string being input by a user with the keyboard; | the character string "messaf," the Samsung Galaxy Tab 7.0 Plus displays "messaf" in a first area of the touch screen display (the area of the screen that simulates the appearance of a notebook), which contains the text "This is a new messaf," as shown in the screenshot below:<br><br><br><br>Other applications, such as the Email, Gmail, Pen Memo, and Talk applications, provide the same functionality. |
| in a second area of the touch | In a second area of the touch screen display, the current string and a suggested replacement string are displayed. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | <br><br>The second area is located below the first area and is differentiated by the black background, which is shared with the keyboard.<br><br>Other applications, such as the Email, Gmail, Pen Memo, and Talk applications, provide the same functionality. |
| wherein; the | The Samsung Galaxy Tab 7.0 Plus replaces the current character string in the first area with the suggested |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message." <br><br>User selects "?"<br><br>Other applications, such as the Email, Gmail, Pen Memo, and Talk applications, provide the same functionality. |

6

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Galaxy Tab 7.0 Plus replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br><br>User selects "message"<br><br>Other applications, such as the Email, Gmail, Pen Memo, and Talk applications, provide the same functionality. |

7

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Tab 7.0 Plus |
|---|---|
| the current character string in the first area is kept if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.<br><br><br><br>User selects "messaf"<br><br>Other applications, such as the Email, Gmail, Pen Memo, and Talk applications, provide the same functionality. |

8

# EXHIBIT A14

# GALAXY TAB 8.9

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,074,172**

**Infringement by Samsung Galaxy Tab 8.9 of U.S. Patent No. 8,074,172**

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| 18.  A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Tab 8.9 provides a graphical user interface on a portable electronic device, as evidenced by the presence of a CPU, memory devices, and a display device.<br><br>The Samsung Galaxy Tab 8.9 has a dual core 1 GHz processor.  *See* Galaxy Tab 8.9 Features, *available at* http://www.samsung.com/us/mobile/galaxy-tab/GT-P7310MAAXAR-features ("Features").<br><br>The Samsung Galaxy Tab 8.9 also has memory as indicated in the Features and below.  *Id.*<br><br>**Memory**<br>ˑ 16GB Internal Memory<br><br>As shown below, and in the Features, the Samsung Galaxy Tab 8.9's CPU is coupled to a 8.9" WXGA (1280x800) TFT (PLS) touch screen display.  *See id.*<br><br><br><br>**Display**<br>ˑ 8.9" WXGA (1280x800) TFT (PLS) |

_____

[1] Apple's inclusion of citations related to the claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| | The Samsung Galaxy Tab 8.9 provides a graphical user interface and a virtual keyboard on a touch screen, as shown below:<br><br> |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| | |
| first area of the touch screen display that displays a current character string being input by a user with the keyboard; | The Samsung Galaxy Tab 8.9 displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Galaxy Tab 8.9 Memo App, as the user the inputs the character string "messaf," the Samsung Galaxy Tab 8.9 displays "messaf" in a first area of the touch screen display (the area of the screen that simulates the appearance of a notebook), which contains the text "This is a new messaf," as shown in the screenshot below:<br><br> |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| | Other applications, such as the Email, Gmail, Pen Memo, and Talk applications, provide the same functionality. |
| in a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | In a second area of the touch screen display, the current string and a suggested replacement string are displayed.<br><br><br><br>The second area is located below the first area and is differentiated by the black background, which is shared with the keyboard. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| | Other applications, such as the Email, Gmail, Pen Memo, and Talk applications, provide the same functionality. |
| wherein; the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | The Samsung Galaxy Tab 8.9 replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message."  User selects "?" |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| | Other applications, such as the Email, Gmail, Pen Memo, and Talk applications, provide the same functionality. |
| the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Galaxy Tab 8.9 replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br><br><br>User selects "message" |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Tab 8.9 |
|---|---|
| | Other applications, such as the Email, Gmail, Pen Memo, and Talk applications, provide the same functionality. |
| the current character string in the first area is kept if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display.  <br> User selects "messaf" <br> Other applications, such as the Email, Gmail, Pen Memo, and Talk applications, provide the same functionality. |

# EXHIBIT A15

# TRANSFORM ULTRA

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,074,172**

**Infringement by Samsung Transform Ultra of U.S. Patent No. 8,074,172**

| Claim 18 of the '172 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| 18.  A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Transform Ultra provides a graphical user interface on a portable electronic device, as evidenced by the presence of a CPU, an operating system, and a display device.<br><br>The Samsung Transform Ultra has a 1 GHz processor.  *See* Transform Ultra, Features, *available at* http://www.samsung.com/us/mobile/cell-phones/SPH-M930ZKASPR-features ("Features"))<br><br>The Samsung Transform Ultra runs on Android operating system.  *Id.*<br><br>The Samsung Transform Ultra also includes a 3.5" HVGA touchscreen.  *Id.*<br><br> |

---

[1] Apple's inclusion of citations related to the claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 18 of the '172 Patent | Infringement by Samsung Transform Ultra |
|---|---|
|  | The Samsung Transform Ultra provides a graphical user interface and a virtual keyboard on a touch screen, as shown below:<br><br> |

| Claim 18 of the '172 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | |
| first area of the touch screen display that displays a current character string being input by a user with the keyboard; | The Samsung Transform Ultra displays a current character string being input by a user with the keyboard in a first area of the touch screen display.  For example, in the Samsung Transform Ultra Messaging App, as the user the inputs the character string "messaf," the Samsung Transform Ultra displays "messaf" in a first area of the touch screen display (the rectangular-shaped area of the screen outlined in orange), which contains the text "This is a new messaf," as shown in the screenshot below:  Other applications, such as the Email, Gmail, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | |
| in a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | In a second area of the touch screen display, the current string and a suggested replacement string are displayed.  The second area is located below the first area and separated by a gray border. Other applications, such as the Email, Gmail, and Talk applications, provide the same functionality. |

| Claim 18 of the '172 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | |
| wherein; the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | The Samsung Transform Ultra replaces the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, in the screenshots below, after the user selects the "?" key on the keyboard, a delimiter, the current character string "messaf" displayed in the first area is replaced with the suggested replacement "message."  User selects "?" |

| Claim 18 of the '172 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | Other applications, such as the Email, Gmail, and Talk applications, provide the same functionality. |
| the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | The Samsung Transform Ultra replaces the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area.  For example, in the screenshots below, after the user performs a first gesture of pressing on the suggested replacement string "message" displayed in the second area, the current character string displayed in the first area is replaced by the suggested string.<br><br> |

| Claim 18 of the '172 Patent | Infringement by Samsung Transform Ultra |
|---|---|
| | **User selects "message"** <br><br> Other applications, such as the Email, Gmail, and Talk applications, provide the same functionality. |
| the current character string in the first area is kept if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current character string, the current character string is kept. For example, in the screenshots below, after the user taps on the "messaf" displayed in the second area, "messaf" is left as is in the first area of the display. <br><br>  <br><br> **User selects "messaf"** <br><br> Other applications, such as the Email, Gmail, and Talk applications, provide the same functionality. |