# EXHIBIT B1

# ADMIRE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
# FILED UNDER SEAL

# EXHIBIT B2

# CAPTIVATE GLIDE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
## FILED UNDER SEAL

# EXHIBIT B3


# CONQUER 4G


**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
# FILED UNDER SEAL

# EXHIBIT B4

# DART

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
## FILED UNDER SEAL

# EXHIBIT B5

# EXHIBIT II 4G

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
# FILED UNDER SEAL

# EXHIBIT B6

# GALAXY NEXUS

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
## FILED UNDER SEAL

# EXHIBIT B7

# GALAXY NOTE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
# FILED UNDER SEAL

# EXHIBIT B8

# GALAXY NOTE 10.1

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
# FILED UNDER SEAL

# EXHIBIT B9

# GALAXY NOTE II

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
## FILED UNDER SEAL

# EXHIBIT B10

# GALAXY PLAYER 4.0

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
# FILED UNDER SEAL

# EXHIBIT B11

# GALAXY PLAYER 5.0

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
**FILED UNDER SEAL**

# EXHIBIT B12

# GALAXY RUGBY PRO

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
# FILED UNDER SEAL

# EXHIBIT B13

# GALAXY SII

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
# FILED UNDER SEAL

# EXHIBIT B14


# GALAXY SII EPIC 4G TOUCH


**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
# FILED UNDER SEAL

# EXHIBIT B15

# GALAXY SII SKYROCKET

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
# FILED UNDER SEAL

# EXHIBIT B16

# GALAXY SIII

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
# FILED UNDER SEAL

# EXHIBIT B17

# GALAXY TAB 2.10.1

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
**FILED UNDER SEAL**

# EXHIBIT B18

# GALAXY TAB 7.0 PLUS

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
# FILED UNDER SEAL

# EXHIBIT B19

# GALAXY TAB 8.9

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
# FILED UNDER SEAL

# EXHIBIT B20

# ILLUSION

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
# FILED UNDER SEAL

# EXHIBIT B21

# STRATOSPHERE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
## FILED UNDER SEAL

# EXHIBIT B22

# TRANSFORM ULTRA

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
**FILED UNDER SEAL**

# EXHIBIT B23

# GALAXY S4

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,761,414**
## FILED UNDER SEAL

# EXHIBIT C1

# SAMSUNG ADMIRE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
# FILED UNDER SEAL

# EXHIBIT C2

# CAPTIVATE GLIDE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
# FILED UNDER SEAL

# EXHIBIT C3

# CONQUER 4G

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
## FILED UNDER SEAL

# EXHIBIT C4

# DART

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
# FILED UNDER SEAL

# EXHIBIT C5

# EXHIBIT II 4G

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
## FILED UNDER SEAL

# EXHIBIT C6

# GALAXY NEXUS

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
## FILED UNDER SEAL

# EXHIBIT C7

# GALAXY NOTE 10.1

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
## FILED UNDER SEAL

# EXHIBIT C8

# GALAXY NOTE II

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
# FILED UNDER SEAL

# EXHIBIT C9

# GALAXY NOTE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
# FILED UNDER SEAL

# EXHIBIT C10

# GALAXY PLAYER 4.0

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
# FILED UNDER SEAL

# EXHIBIT C11

# GALAXY PLAYER 5.0

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
# FILED UNDER SEAL

# EXHIBIT C12

# GALAXY RUGBY PRO

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
## FILED UNDER SEAL

# EXHIBIT C13

# GALAXY SII EPIC 4G TOUCH

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
# FILED UNDER SEAL

# EXHIBIT C14

# GALAXY SKYROCKET

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
# FILED UNDER SEAL

# EXHIBIT C15

# GALAXY SII

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
# FILED UNDER SEAL

# EXHIBIT C16

# GALAXY SIII

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
# FILED UNDER SEAL

# EXHIBIT C17

# GALAXY TAB 2.10.1

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
## FILED UNDER SEAL

# EXHIBIT C18


# GALAXY TAB 7.0 PLUS


**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
**FILED UNDER SEAL**

# EXHIBIT C19

# GALAXY TAB 8.9

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
# FILED UNDER SEAL

# EXHIBIT C20

# ILLUSION

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
# FILED UNDER SEAL

# EXHIBIT C21

# STRATOSPHERE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
# FILED UNDER SEAL

# EXHIBIT C22

# TRANSFORM ULTRA

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
## FILED UNDER SEAL

# EXHIBIT C23

# GALAXY S4

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,666,502**
## FILED UNDER SEAL

# EXHIBIT D1

# SAMSUNG ADMIRE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
## FILED UNDER SEAL

# EXHIBIT D2

# CAPTIVATE GLIDE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

# EXHIBIT D3

# CONQUER 4G

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

# EXHIBIT D4

# DART

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

# EXHIBIT D5

# EXHIBIT II 4G

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
## FILED UNDER SEAL

# EXHIBIT D6

# GALAXY NEXUS

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

# EXHIBIT D7

# GALAXY NOTE II

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

# EXHIBIT D8

# GALAXY NOTE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

# EXHIBIT D9

# GALAXY PLAYER 4.0

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
**FILED UNDER SEAL**

# EXHIBIT D10

# GALAXY PLAYER 5.0

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
**FILED UNDER SEAL**

# EXHIBIT D11

# GALAXY SII EPIC 4G TOUCH

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

# EXHIBIT D12

# GALAXY SKYROCKET

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
**FILED UNDER SEAL**

# EXHIBIT D13

# GALAXY SII

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

# EXHIBIT D14

# GALAXY SIII

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

# EXHIBIT D15

# GALAXY TAB 7.0 PLUS

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

# EXHIBIT D16

# GALAXY TAB 8.9

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

# EXHIBIT D17

# ILLUSION

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

# EXHIBIT D18


# STRATOSPHERE


**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

# EXHIBIT D19

# TRANSFORM ULTRA

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
**FILED UNDER SEAL**

# EXHIBIT D20

# GALAXY S4

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,086,604**
# FILED UNDER SEAL

# EXHIBIT E1

# ADMIRE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
# FILED UNDER SEAL

# EXHIBIT E2

# CAPTIVATE GLIDE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
# FILED UNDER SEAL

# EXHIBIT E3

# CONQUER 4G

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
## FILED UNDER SEAL

# EXHIBIT E4

# DART

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
# FILED UNDER SEAL

# EXHIBIT E5


# EXHIBIT II 4G


**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
# FILED UNDER SEAL

# EXHIBIT E6

# GALAXY NEXUS

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
**FILED UNDER SEAL**

# EXHIBIT E7

# GALAXY NOTE 10.1

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
## FILED UNDER SEAL

# EXHIBIT E8

# GALAXY NOTE II

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
# FILED UNDER SEAL

# EXHIBIT E9

# GALAXY NOTE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
**FILED UNDER SEAL**

# EXHIBIT E10

# GALAXY PLAYER 4.0

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
# FILED UNDER SEAL

# EXHIBIT E11

# GALAXY PLAYER 5.0

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
**FILED UNDER SEAL**

# EXHIBIT E12

# GALAXY SII

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
## FILED UNDER SEAL

# EXHIBIT E13

# GALAXY SII EPIC 4G TOUCH

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
**FILED UNDER SEAL**

# EXHIBIT E14

# GALAXY SII SKYROCKET

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
**FILED UNDER SEAL**

# EXHIBIT E15

# GALAXY SIII

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
# FILED UNDER SEAL

# EXHIBIT E16

# GALAXY TAB 2.10.1

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
**FILED UNDER SEAL**

# EXHIBIT E17

# GALAXY TAB 7.0

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
**FILED UNDER SEAL**

# EXHIBIT E18

# GALAXY TAB 8.9

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
# FILED UNDER SEAL

# EXHIBIT E19

# ILLUSION

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
## FILED UNDER SEAL

# EXHIBIT E20

# GALAXY RUGBY PRO

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
**FILED UNDER SEAL**

# EXHIBIT E21

# STRATOSPHERE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
# FILED UNDER SEAL

# EXHIBIT E22

# TRANSFORM ULTRA

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
# FILED UNDER SEAL

# EXHIBIT E23

# GALAXY S4

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 5,946,647**
# FILED UNDER SEAL