# EXHIBIT G1

# ADMIRE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,014,760**
# REDACTED

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,014,760**

| Claim 10 of U.S. Patent No. 8,014,760 | Samsung Admire Phones |
|---|---|
| A portable electronic device with a touch screen display, comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Admire phone is a portable electronic device with a touch screen display.  For example, the Samsung Admire is an Android smartphone with a 3.5" 262K TFT touch screen display. (*See* Samsung Admire Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZRAXAR-specs).  |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| memory; | The Samsung Admire phone contains a memory.  For example, the Samsung Admire contains an Internal Memory with a capacity of 125MB.  (*See* Samsung Admire Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZRAXAR-specs). |
|---|---|
| one or more processors; and | The Samsung Admire phone contains one or more processors.  For example, the Samsung Admire contains an 800 MHz processor.  (*See* Samsung Admire Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZRAXAR-specs). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | The Samsung Admire phone contains one or more programs stored in memory and configured for execution by the one or more processors.  For example, the Samsung Admire stores and executes a version of the Android operating system (for example, the Operating System Android 2.3, Gingerbread).  (*See* Samsung Admire Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZRAXAR-specs).[2] |
| displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | The Samsung Admire phone contains one or more programs with instructions for displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Admire phone displays a list of interactive items comprising missed telephone calls.  Each item in this list includes a first interactive displayed portion (the square area on the right with a green telephone |

---

[2] Every Samsung Admire phone model and software release comprises one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions that implement the accused functionality.



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

<table>
<tr>
<td></td>
<td>icon) and a second interactive displayed portion (the rectangular area with the missed caller's name and phone number and a red "missed call" icon), distinguished by a line separating the two interactive displayed portions.



The Samsung Admire phone implements the accused functionality as described above using instructions ████████████████████████████████████████</td>
</tr>
<tr>
<td>immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return</td>
<td>The Samsung Admire phone contains one or more programs with instructions for, in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, immediately initiating a return telephone call to a return telephone number associated with the respective user selected item.</td>
</tr>
</table>

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| telephone number associated with the respective user selected item; | For example, the following screenshot taken on a Samsung Admire phone is displayed immediately in response to detecting when a user taps with his finger the green telephone icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call.<br><br><br><br>The Samsung Admire phone implements the accused functionality as described above using instructions ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely | The Samsung Admire phone contains one or more programs with instructions for, in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, immediately completely substituting display of the list of interactive items with display of contact information for a respective caller |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.<br><br>For example, the following screenshot taken from a Samsung Admire phone is shown immediately in response to detecting when a user taps with his finger the rectangular area of the first missed call entry. This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie".<br><br><br><br>The Samsung Admire phone implements the accused functionality as described above using instructions ████████████████████████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| a first contact object comprising a telephone number object having the return telephone number, and | The Samsung Admire phone contains one or more programs with instructions for displaying contact information with a first contact object comprising a telephone number object having the return telephone number.<br><br>For example, the following screenshot taken from a Samsung Admire phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Call Annie" comprising her return telephone number (which is blurred out).<br><br><br><br>The Samsung Admire phone implements the accused functionality as described above using instructions ███████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | The Samsung Admire phone contains one or more programs with instructions for displaying contact information with a second contact object associated with a non-telephone communication modality for contacting the respective caller.<br><br>For example, the following screenshot taken from a Samsung Admire phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Send text message" associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br><br><br>The Samsung Admire phone implements the accused functionality as described above using instructions ███████████████████████████████████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | The Samsung Admire phone contains one or more programs with instructions for, in response to detecting user selection of the second contact object, immediately initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Admire phone is displayed immediately in response to detecting when a user selects the contact object labeled "Send text message."  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br><br><br>The Samsung Admire phone implements the accused functionality as described above using instructions ████████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of U.S. Patent No. 8,014,760 | Samsung Admire Phones |
|---|---|
| The device of claim 10, including instructions for, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | The Samsung Admire phone contains one or more programs with instructions for, while displaying a list of interactive items comprising missed telephone calls, displaying within a respective single item in the list a number indicating a plurality of consecutive missed telephone calls.<br><br>For example, the following screenshot taken on a Samsung Admire phone displays within a single item in a list of missed telephone calls a number indicating two consecutive missed telephone calls from "Annie."<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | The Samsung Admire phone implements the accused functionality as described above using instructions ███████████████████████████████████████████ ███████████████████████████████████ |
| **Claim 19 of U.S. Patent No. 8,014,760** | **Samsung Admire Phones** |
| A portable electronic device with a touch screen display, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Admire phone is a portable electronic device with a touch screen display.  For example, the Samsung Admire is an Android smartphone with a 3.5" 262K TFT touch screen display. (*See* Samsung Admire Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZRAXAR-specs).<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| memory; | The Samsung Admire phone contains a memory.  For example, the Samsung Admire contains an Internal Memory with a capacity of 125MB.  (*See* Samsung Admire Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZRAXAR-specs). |
|---|---|
| one or more processors; and | The Samsung Admire phone contains one or more processors.  For example, the Samsung Admire contains an 800 MHz processor.  (*See* Samsung Admire Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZRAXAR-specs). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | The Samsung Admire phone contains one or more programs stored in the memory and configured for execution by the one or more processors.  For example, the Samsung Admire stores and executes a version of the Android operating system (for example, the Operating System Android 2.3, Gingerbread) and one or more application programs.  (*See* Samsung Admire Specifications, http://www.samsung.com/us/mobile/cell-phones/SCH-R720ZRAXAR-specs). |
|---|---|
| displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | The Samsung Admire phone contains one or more programs with instructions for displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>For example, the following screenshot taken on a Samsung Admire phone displays a list of interactive displayed items associated with missed telephone calls and contact information stored in the device. |

13

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The Samsung Admire phone implements the accused functionality as described above using instructions ████████████████████████████████████████████████████

| | |
|---|---|
| wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive | The Samsung Admire phone contains one or more programs with instructions for displaying a list of interactive displayed items associated with missed telephone calls and contact information, wherein each item comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.

For example, the following screenshot taken on a Samsung Admire phone displays a list of interactive items comprising missed telephone calls.  Each item in this list is associated with contact information and includes a first interactive displayed portion (the square area |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| displayed portion; | on the right with a green telephone icon) and a second interactive displayed portion (the rectangular area with the missed caller's name and phone number and a red "missed call" icon), distinguished by a line separating the two interactive displayed portions.<br><br><br><br>The Samsung Admire phone implements the accused functionality as described above using instructions ████████████████████████████████████████ |
| detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first | The Samsung Admire phone contains one or more programs with instructions for detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item; | associated with the first user selected interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Admire phone is displayed immediately in response to detecting when a user taps with his finger the green telephone icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call.<br><br><br><br>The Samsung Admire phone implements the accused functionality as described above using instructions ███████████████████████████████████████████ |
| detecting a finger tap input at a second user selected interactive displayed item | The Samsung Admire phone contains one or more programs with instructions for detecting a finger tap input at a second user selected interactive displayed item associated |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising:

with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item.

For example, the following screenshot taken from a Samsung Admire phone is displayed immediately in response to detecting when a user taps with his finger the rectangular area of the first missed call entry. This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie."



The Samsung Admire phone implements the accused functionality as described above using instructions ████████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ████████████████████████████████████████ |
| a first contact object associated with a telephone number for contacting the caller, and | The Samsung Admire phone contains one or more programs with instructions for displaying contact information with a first contact object comprising a telephone number associated with the caller.<br><br>For example, the following screenshot taken from a Samsung Admire phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Call Annie" associated with her return telephone number (which is blurred out).<br><br><br><br>The Samsung Admire phone implements the accused functionality as described above using instructions ████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ██████████████████████ |
| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Admire phone contains one or more programs with instructions for displaying contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller. |

For example, the following screenshot taken from a Samsung Admire phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Send text message" associated with a non-telephonic communication modality for contacting her, specifically SMS.



The Samsung Admire phone implements the accused functionality as described above using instructions ████████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | ■■■■■■■■■■■■■■■ |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | The Samsung Admire phone contains one or more programs with instructions for, in response to detecting user selection of the second contact object, immediately initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

For example, the following screenshot taken from a Samsung Admire phone is displayed immediately in response to detecting when a user selects the contact object labeled "Send text message."  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.



The Samsung Admire phone implements the accused functionality as described above using instructions ■■■■■■■■■■■■■■■■■■■■■ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | |

# EXHIBIT G2

# CAPTIVATE GLIDE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,014,760**
# REDACTED

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,014,760**

| Claim 10 of U.S. Patent No. 8,014,760 | Samsung Captivate Glide Phones |
|---|---|
| A portable electronic device with a touch screen display, comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Captivate Glide phone is a portable electronic device with a touch screen display.  For example, the Samsung Captivate Glide is an Android smartphone with a 4.0" Super AMOLED touch screen display.  (*See* Samsung Captivate Glide Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs).  |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| memory; | The Samsung Captivate Glide phone contains a memory.  For example, the Samsung Captivate Glide contains an Internal memory with a capacity of 1GB RAM/1GB ROM/8GB.  (*See* Samsung Captivate Glide Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs). |
|---|---|
| one or more processors; and | The Samsung Captivate Glide phone contains one or more processors.  For example, the Samsung Captivate Glide contains a 1GHz Dual-core Tegra 2 processor.  (*See* Samsung Captivate Glide Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | The Samsung Captivate Glide phone contains one or more programs stored in memory and configured for execution by the one or more processors.  For example, the Samsung Captivate Glide stores and executes a version of the Android operating system (for example, the Operating System Android 4.0, Ice Cream Sandwich).  (*See* Samsung Captivate Glide Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs).[2] |
| --- | --- |

---

[2] Every Samsung Captivate Glide phone model and software release comprises one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions that implement the accused functionality. ████████████████

████████████████████

████████████████████████

████████████████████

████████████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | The Samsung Captivate Glide phone contains one or more programs with instructions for displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Captivate Glide phone displays a list of interactive items comprising missed telephone calls.  Each item in the list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing the name and phone number).<br><br><br><br>The Samsung Captivate Glide phone implements the accused functionality as described above using instructions ██████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item; | The Samsung Captivate Glide phone contains one or more programs with instructions for, in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, immediately initiating a return telephone call to a return telephone number associated with the respective user selected item.<br><br>For example, the following screenshot taken on a Samsung Captivate Glide phone is displayed immediately in response to detecting when a user swipes with her finger the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The Samsung Captivate Glide phone implements the accused functionality as described above using instructions ████████████████████████████████████████████

| | |
|---|---|
| immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of | The Samsung Captivate Glide phone contains one or more programs with instructions for, in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, immediately completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.<br><br>For example, the following screenshot taken from a Samsung Captivate Glide phone is shown immediately in response to detecting when a user taps with her finger the name "Annie" of the first missed call entry.  The screenshot completely substitutes the |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| contact objects; the plurality of contact objects including: | interactive missed calls list and displays contact information for the respective missed caller "Annie".<br><br><br><br>The Samsung Captivate Glide phone implements the accused functionality as described above using instructions ██████████████████████████████████████████████ |
| --- | --- |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| a first contact object comprising a telephone number object having the return telephone number, and | The Samsung Captivate Glide phone contains one or more programs with instructions for displaying contact information with a first contact object comprising a telephone number object having the return telephone number.<br><br>For example, the following screenshot taken from a Samsung Captivate Glide phone displays the contact information for the missed caller "Annie" and includes a contact object comprising a telephone number object having her return telephone number.<br><br><br><br>The Samsung Captivate Glide phone implements the accused functionality as described above using instructions ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | The Samsung Captivate Glide phone contains one or more programs with instructions for displaying contact information with a second contact object associated with a non-telephone communication modality for contacting the respective caller.<br><br>For example, the following screenshot taken from a Samsung Captivate Glide phone displays the contact information for the missed caller "Annie" and includes a contact object with a yellow envelope icon associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br><br><br>The Samsung Captivate Glide phone implements the accused functionality as described above using instructions ███████████████████████████████████ |
| immediately in response to detecting | The Samsung Captivate Glide phone contains one or more programs with instructions for, |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | in response to detecting user selection of the second contact object, immediately initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Captivate Glide phone is displayed immediately in response to detecting when a user selects the contact object with a yellow envelope icon. The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br><br><br>The Samsung Captivate Glide phone implements the accused functionality as described above using instructions ██████████████████████████████ ████████████████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 11 of U.S. Patent No. 8,014,760 | Samsung Captivate Glide Phones |
|---|---|
| The device of claim 10, including instructions for, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | The Samsung Captivate Glide phone running software version no. I927UCKI3 contains one or more programs with instructions for, while displaying a list of interactive items comprising missed telephone calls, displaying within a respective single item in the list a number indicating a plurality of consecutive missed telephone calls.<br><br>For example, the following screenshot taken on a Samsung Captivate Glide phone displays within a single item in a list of missed telephone calls a number indicating two consecutive missed telephone calls from "Annie."<br><br><br><br>The Samsung Captivate Glide phone implements the accused functionality as described above using instructions ███████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 19 of U.S. Patent No. 8,014,760 | Samsung Captivate Glide Phones |
|---|---|
| A portable electronic device with a touch screen display, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Captivate Glide phone is a portable electronic device with a touch screen display.  For example, the Samsung Captivate Glide is an Android smartphone with a 4.0" Super AMOLED touch screen display.  (*See* Samsung Captivate Glide Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs).<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| memory; | The Samsung Captivate Glide phone contains a memory.  For example, the Samsung Captivate Glide contains an Internal memory with a capacity of 1GB RAM/1GB ROM/8GB.  (*See* Samsung Captivate Glide Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs). |
| --- | --- |
| one or more processors; and | The Samsung Captivate Glide phone contains one or more processors.  For example, the Samsung Captivate Glide contains a 1GHz Dual-core Tegra 2 processor.  (*See* Samsung Captivate Glide Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | The Samsung Captivate Glide phone contains one or more programs stored in the memory and configured for execution by the one or more processors.  For example, the Samsung Captivate Glide stores and executes a version of the Android operating system (for example, the Operating System Android 4.0, Ice Cream Sandwich) and one or more application programs.  (*See* Samsung Captivate Glide Specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-I927ZKAATT-specs). |
|---|---|
| displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | The Samsung Captivate Glide phone contains one or more programs with instructions for displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.  For example, the following screenshot taken on a Samsung Captivate Glide phone displays a list of interactive displayed items associated with missed telephone calls and contact information stored in the device. |

14

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

<table>
<tr>
<td></td>
<td>



The Samsung Captivate Glide phone implements the accused functionality as described above using instructions █████████████████████████████████████

</td>
</tr>
<tr>
<td>

wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

</td>
<td>

The Samsung Captivate Glide phone contains one or more programs with instructions for displaying a list of interactive displayed items associated with missed telephone calls and contact information, wherein each item comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.

For example, the following screenshot taken on a Samsung Captivate Glide phone displays a list of interactive items comprising missed telephone calls.  Each item in the list includes a first interactive displayed portion (the left square area with a silhouette icon) and a second interactive displayed portion (the remaining portion of the entry containing

</td>
</tr>
</table>

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

<table>
<tr>
<td></td>
<td>the name and phone number).<br><br><br><br>The Samsung Captivate Glide phone implements the accused functionality as described above using instructions ████████████████████████████████████████████████████████</td>
</tr>
<tr>
<td>detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input</td>
<td>The Samsung Captivate Glide phone contains one or more programs with instructions for detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Captivate Glide phone is</td>
</tr>
</table>

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| initiating a telephone call to a telephone number associated with the first user selected interactive displayed item; | displayed immediately in response to detecting when a user taps and swipes with her finger the silhouette icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call.<br><br><br><br>The Samsung Captivate Glide phone implements the accused functionality as described above using instructions ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the | The Samsung Captivate Glide phone contains one or more programs with instructions for detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | second user selected interactive displayed item.<br><br>For example, the following screenshot taken from a Samsung Captivate Glide phone is shown immediately in response to detecting when a user taps with her finger the name "Annie" of the first missed call entry.  The screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie".<br><br><br><br>The Samsung Captivate Glide phone implements the accused functionality as described above using instructions ███████████████████████████████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| a first contact object associated with a telephone number for contacting the caller, and | The Samsung Captivate Glide phone contains one or more programs with instructions for displaying contact information with a first contact object comprising a telephone number associated with the caller. |
|---|---|
| | For example, the following screenshot taken from a Samsung Captivate Glide phone displays the contact information for the missed caller "Annie" and includes a contact object associated with her return telephone number. |
| |  |
| | The Samsung Captivate Glide phone implements the accused functionality as described above using instructions ███████████████████████████████████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Captivate Glide phone contains one or more programs with instructions for displaying contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Captivate Glide phone displays the contact information for the missed caller "Annie" and includes a contact object with a yellow envelope icon associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br><br><br>The Samsung Captivate Glide phone implements the accused functionality as described above using instructions ███████████████████████████████████████████████████████████ |
| immediately in response to detecting | The Samsung Captivate Glide phone contains one or more programs with instructions for, |

20

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | in response to detecting user selection of the second contact object, immediately initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. <br><br> For example, the following screenshot taken from a Samsung Captivate Glide phone is displayed immediately in response to detecting when a user selects the contact object with a yellow envelope icon.  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object. <br><br>  <br><br> The Samsung Captivate Glide phone implements the accused functionality as described above using instructions ██████████████████████████████████ ████████████████████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

# EXHIBIT G3

# CONQUER 4G

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,014,760**
## REDACTED

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,014,760**

| Claim 10 of U.S. Patent No. 8,014,760 | Samsung Conquer 4G Phones |
|---|---|
| A portable electronic device with a touch screen display, comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Conquer 4G phone is a portable electronic device with a touch screen display.  For example, the Samsung Conquer 4G is an Android smartphone with a 3.5" 262K TFT touch screen display.  (*See* Samsung Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs).<br><br> |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| memory; | The Samsung Conquer 4G phone contains a memory.  For example, the Samsung Conquer 4G contains an Internal Memory with a capacity of 512MB.  (*See* Samsung Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs). |
| --- | --- |
| one or more processors; and | The Samsung Conquer 4G phone contains one or more processors.  For example, the Samsung Conquer 4G contains a 1GHz, MSM8655 processor.  (*See* Samsung Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | The Samsung Conquer 4G phone contains one or more programs stored in memory and configured for execution by the one or more processors.  For example, the Samsung Conquer 4G stores and executes a version of the Android operating system (for example, the Operating System Android 2.3, Gingerbread).  (*See* Samsung Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs).[2] |
| --- | --- |

---

[2] Every Samsung Conquer 4G phone model and software release comprises one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions that implement the accused functionality. █████████████

█████████████████████████████████████████

███████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | The Samsung Conquer 4G phone contains one or more programs with instructions for displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Conquer 4G phone displays a list of interactive items comprising missed telephone calls.  Each item in this list includes a first interactive displayed portion (the square area on the right with a green telephone icon) and a second interactive displayed portion (the rectangular area with the missed caller's name and phone number and a red "missed call" icon), distinguished by a line separating the two interactive displayed portions.<br><br><br><br>The Samsung Conquer 4G phone implements the accused functionality as described above using instructions ██████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| |  |
| immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item; | The Samsung Conquer 4G phone contains one or more programs with instructions for, in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, immediately initiating a return telephone call to a return telephone number associated with the respective user selected item.<br><br>For example, the following screenshot taken on a Samsung Conquer 4G phone is displayed immediately in response to detecting when a user taps with his finger the green telephone icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The Samsung Conquer 4G phone implements the accused functionality as described above using instructions ███████████████████████████████████████████████████████████████████████████████████████

| | |
|---|---|
| immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact | The Samsung Conquer 4G phone contains one or more programs with instructions for, in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, immediately completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.

For example, the following screenshot taken from a Samsung Conquer 4G phone is shown immediately in response to detecting when a user taps with his finger the rectangular area |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| information including a plurality of contact objects; the plurality of contact objects including: | of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie".  The Samsung Conquer 4G phone implements the accused functionality as described above using instructions ███████████████████████████ ███████████████████████████████████ ███████████████████████████████████ |
| a first contact object comprising a telephone number object having the return telephone number, and | The Samsung Conquer 4G phone contains one or more programs with instructions for displaying contact information with a first contact object comprising a telephone number object having the return telephone number. For example, the following screenshot taken from a Samsung Conquer 4G phone displays the contact information for the missed caller "Annie" and includes a contact object labeled |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

<table>
<tr>
<td></td>
<td>"Call Annie" comprising her return telephone number (which is blurred out).



The Samsung Conquer 4G phone implements the accused functionality as described above using instructions ████████████████████████████████████████████
████████████████████████████████████████</td>
</tr>
<tr>
<td>a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and</td>
<td>The Samsung Conquer 4G phone contains one or more programs with instructions for displaying contact information with a second contact object associated with a non-telephone communication modality for contacting the respective caller.

For example, the following screenshot taken from a Samsung Conquer 4G phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Send text message" associated with a non-telephonic communication modality for</td>
</tr>
</table>

8

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  |  |
|---|---|
|  | contacting her, specifically SMS.<br><br><br><br>The Samsung Conquer 4G phone implements the accused functionality as described above using instructions ███████████████████████████████████████████ ███████████████████████████████████ |
| immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | The Samsung Conquer 4G phone contains one or more programs with instructions for, in response to detecting user selection of the second contact object, immediately initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Conquer 4G phone is displayed immediately in response to detecting when a user selects the contact object labeled "Send text message." The screenshot shows the initiation of communication with |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br><br><br>The Samsung Conquer 4G phone implements the accused functionality as described above using instructions ███████████████████████████████████████████████████████████████████████████████████ |
| **Claim 11 of U.S. Patent No. 8,014,760** | **Samsung Conquer 4G Phones** |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| The device of claim 10, including instructions for, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls. | The Samsung Conquer 4G phone contains one or more programs with instructions for, while displaying a list of interactive items comprising missed telephone calls, displaying within a respective single item in the list a number indicating a plurality of consecutive missed telephone calls.<br><br>For example, the following screenshot taken on a Samsung Conquer 4G phone displays within a single item in a list of missed telephone calls a number indicating three consecutive missed telephone calls from "Annie."<br><br><br><br>The Samsung Conquer 4G phone implements the accused functionality as described above using instructions ███████████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 19 of U.S. Patent No. 8,014,760 | Samsung Conquer 4G Phones |
|---|---|
| A portable electronic device with a touch screen display, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Conquer 4G phone is a portable electronic device with a touch screen display.  For example, the Samsung Conquer 4G is an Android smartphone with a 3.5" 262K TFT touch screen display.  (*See* Samsung Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs).  |

12

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| memory; | The Samsung Conquer 4G phone contains a memory.  For example, the Samsung Conquer 4G contains an Internal Memory with a capacity of 512MB.  (*See* Samsung Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs). |
| --- | --- |
| one or more processors; and | The Samsung Conquer 4G phone contains one or more processors.  For example, the Samsung Conquer 4G contains a 1GHz, MSM8655 processor.  (*See* Samsung Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | The Samsung Conquer 4G phone contains one or more programs stored in the memory and configured for execution by the one or more processors.  For example, the Samsung Conquer 4G stores and executes a version of the Android operating system (for example, the Operating System Android 2.3, Gingerbread) and one or more application programs. (*See* Samsung Conquer 4G Specifications, http://www.samsung.com/us/mobile/cell-phones/SPH-D600ZKASPR-specs). |
| displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | The Samsung Conquer 4G phone contains one or more programs with instructions for displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.<br><br>For example, the following screenshot taken on a Samsung Conquer 4G phone displays a list of interactive displayed items associated with missed telephone calls and contact information stored in the device. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The Samsung Conquer 4G phone implements the accused functionality as described above using instructions ██████████████████████████████████████

| | |
|---|---|
| wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive | The Samsung Conquer 4G phone contains one or more programs with instructions for displaying a list of interactive displayed items associated with missed telephone calls and contact information, wherein each item comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.

For example, the following screenshot taken on a Samsung Conquer 4G phone displays a list of interactive items comprising missed telephone calls.  Each item in this list is associated with contact information and includes a first interactive displayed portion (the |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| displayed portion; | square area on the right with a green telephone icon) and a second interactive displayed portion (the rectangular area with the missed caller's name and phone number and a red "missed call" icon), distinguished by a line separating the two interactive displayed portions.<br><br><br><br>The Samsung Conquer 4G phone implements the accused functionality as described above using instructions ███████████████████████ |
|---|---|
| detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein | The Samsung Conquer 4G phone contains one or more programs with instructions for detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item; | immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Conquer 4G phone is displayed immediately in response to detecting when a user taps with his finger the green telephone icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call.<br><br><br><br>The Samsung Conquer 4G phone implements the accused functionality as described above using instructions ██████████████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising: | The Samsung Conquer 4G phone contains one or more programs with instructions for detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item.<br><br>For example, the following screenshot taken from a Samsung Conquer 4G phone is displayed immediately in response to detecting when a user taps with his finger the rectangular area of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie."<br><br> |

18

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | The Samsung Conquer 4G phone implements the accused functionality as described above using instructions ██████████████████████████████████████████████████████████████ |
| a first contact object associated with a telephone number for contacting the caller, and | The Samsung Conquer 4G phone contains one or more programs with instructions for displaying contact information with a first contact object comprising a telephone number associated with the caller.<br><br>For example, the following screenshot taken from a Samsung Conquer 4G phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Call Annie" comprising her return telephone number (which is blurred out).<br><br><br><br>The Samsung Conquer 4G phone implements the accused functionality as described above |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | using instructions ███████████████████████████████ |
| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Conquer 4G phone contains one or more programs with instructions for displaying contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller.

For example, the following screenshot taken from a Samsung Conquer 4G phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Send text message" associated with a non-telephonic communication modality for contacting her, specifically SMS. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The Samsung Conquer 4G phone implements the accused functionality as described above using instructions ███████████████████████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | The Samsung Conquer 4G phone contains one or more programs with instructions for, in response to detecting user selection of the second contact object, immediately initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. |

The Samsung Conquer 4G phone contains one or more programs with instructions for, in response to detecting user selection of the second contact object, immediately initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

For example, the following screenshot taken from a Samsung Conquer 4G phone is displayed immediately in response to detecting when a user selects the contact object labeled "Send text message."  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.



The Samsung Conquer 4G phone implements the accused functionality as described above using instructions ███████████████████████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

24

# EXHIBIT G4

# DART

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 8,014,760**
# REDACTED

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

**Infringement Claim Chart for U.S. Patent No. 8,014,760**

| Claim 10 of U.S. Patent No. 8,014,760 | Samsung Dart Phones |
|---|---|
| A portable electronic device with a touch screen display, comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Dart phone is a portable electronic device with a touch screen display.  For example, the Samsung Dart is an Android smartphone with a 3.14" touch screen display.  (*See* Samsung Dart specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB-specs).  |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| memory; | The Samsung Dart phone contains a memory.  For example, the Samsung Dart contains a computer readable storage medium including ROM and RAM, such as included microSD memory with a capacity of 2GB.  (*See* Samsung Dart features, http://www.t-mobile.com/shop/Phones/cell-phone-detail.aspx?cell-phone=Samsung-Dart). |
|---|---|
| one or more processors; and | The Samsung Dart phone contains one or more processors.  For example, the Samsung Dart contains a processor that executes a version of the Android operating system.  (*See* Samsung Dart specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB-specs). |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | The Samsung Dart phone contains one or more programs stored in memory and configured for execution by the one or more processors.  For example, the Samsung Dart stores and executes a version of the Android operating system (for example, the Operating System Android version 2.2, Froyo) and one or more application programs.  (*See* Samsung Dart specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB-specs).[2] |
|---|---|

---

[2]   Every Samsung Dart phone model and software release comprises one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions that implement the accused functionality.

3

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion; | The Samsung Dart phone contains one or more programs with instructions for displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion.<br><br>For example, the following screenshot taken on a Samsung Dart phone displays a list of interactive items comprising missed telephone calls.  Each item in this list includes a first interactive displayed portion (the green telephone icon on the right) distinct from a second interactive displayed portion (the area encompassing the contact name and number).<br><br><br><br>The Samsung Dart phone implements the accused functionality as described above using instructions ███████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item; | The Samsung Dart phone contains one or more programs with instructions for, in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, immediately initiating a return telephone call to a return telephone number associated with the respective user selected item.<br><br>For example, the following screenshot taken on a Samsung Dart phone is displayed immediately in response to detecting when a user taps with his finger the green telephone icon corresponding to the missed caller "Annie" and shows the initiation of a return telephone call.<br><br><br><br>The Samsung Dart phone implements the accused functionality as described above using instructions ███████████████████████████████████████████ ████████████████████████████████████████████████████████ ███████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including: | The Samsung Dart phone contains one or more programs with instructions for, in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, immediately completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects.<br><br>For example, the following screenshot taken from a Samsung Dart phone is shown immediately in response to detecting when a user taps with his finger the the name "Annie" of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie".<br><br><br>The Samsung Dart phone implements the accused functionality as described above using instructions ████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | ████████████████████████████████ |
| a first contact object comprising a telephone number object having the return telephone number, and | The Samsung Dart phone contains one or more programs with instructions for displaying contact information with a first contact object comprising a telephone number object having the return telephone number.

For example, the following screenshot taken from a Samsung Dart phone displays the contact information for the missed caller "Annie" and includes a contact object having her return telephone number.



The Samsung Dart phone implements the accused functionality as described above using instructions ████████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | ████████████ |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and | The Samsung Dart phone contains one or more programs with instructions for displaying contact information with a second contact object associated with a non-telephone communication modality for contacting the respective caller.<br><br>For example, the following screenshot taken from a Samsung Dart phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Send message" associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br><br><br>The Samsung Dart phone implements the accused functionality as described above using instructions ████████████████████████████████████████████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object. | The Samsung Dart phone contains one or more programs with instructions for, in response to detecting user selection of the second contact object, immediately initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Dart phone is displayed immediately in response to detecting when a user selects the contact object labeled "Send message".  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br><br><br>The Samsung Dart phone implements the accused functionality as described above using instructions ████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| Claim 19 of U.S. Patent No. 8,014,760 | Samsung Dart Phones |
|---|---|
| A portable electronic device with a touch screen display, comprising: | To the extent that the preamble may be construed to be limiting, the Samsung Dart phone is a portable electronic device with a touch screen display.  For example, the Samsung Dart is an Android smartphone with a 3.14" touch screen display.  (*See* Samsung Dart specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB-specs).<br><br> |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| memory; | The Samsung Dart phone contains a memory.  For example, the Samsung Dart contains a computer readable storage medium including ROM and RAM, such as included microSD memory with a capacity of 2GB.  (*See* Samsung Dart features, http://www.t-mobile.com/shop/Phones/cell-phone-detail.aspx?cell-phone=Samsung-Dart). |
|---|---|
| one or more processors; and | The Samsung Dart phone contains one or more processors.  For example, the Samsung Dart contains a processor that executes a version of the Android operating system.  (*See* Samsung Dart specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB-specs). |

11

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for: | The Samsung Dart phone contains one or more programs stored in the memory and configured for execution by the one or more processors.  For example, the Samsung Dart stores and executes a version of the Android operating system (for example, the Operating System Android version 2.2, Froyo) and one or more application programs.  (*See* Samsung Dart specifications, http://www.samsung.com/us/mobile/cell-phones/SGH-T499MABTMB-specs). |
| displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and | The Samsung Dart phone contains one or more programs with instructions for displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls, wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device.  For example, the following screenshot taken on a Samsung Dart phone displays a list of interactive displayed items associated with missed telephone calls and contact information stored in the device. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE



The Samsung Dart phone implements the accused functionality as described above using instructions ███████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

| wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion; | The Samsung Dart phone contains one or more programs with instructions for displaying a list of interactive displayed items associated with missed telephone calls and contact information, wherein each item comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion.

For example, the following screenshot taken on a Samsung Dart phone displays a list of interactive items associated with missed telephone calls and contact information.  Each item in this list includes a first interactive displayed portion (the green telephone icon on the right) distinct from a second interactive displayed portion (the area encompassing the |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

|  | contact name and number).  The Samsung Dart phone implements the accused functionality as described above using instructions. ████████████████████████████████████ |
|---|---|
| detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone | The Samsung Dart phone contains one or more programs with instructions for detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item.<br><br>For example, the following screenshot taken on a Samsung Dart phone is displayed immediately in response to detecting a finger tap on the green telephone icon and shows |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| number associated with the first user selected interactive displayed item; | the initiation of a return telephone call.<br><br><br><br>The Samsung Dart phone implements the accused functionality as described above using instructions ███████████████████████████████████████ ███████████████████████████████████ |
| detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input | The Samsung Dart phone contains one or more programs with instructions for detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item. |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising:

For example, the following screenshot taken from a Samsung Dart phone is displayed immediately in response to detecting a finger tap input on the name "Annie" of the first missed call entry.  This screenshot completely substitutes the interactive missed calls list and displays contact information for the respective missed caller "Annie."



The Samsung Dart phone implements the accused functionality as described above using instructions ███████████████████████████████████

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| a first contact object associated with a telephone number for contacting the caller, and | The Samsung Dart phone contains one or more programs with instructions for displaying contact information with a first contact object comprising a telephone number associated with the caller. |
|---|---|
| | For example, the following screenshot taken from a Samsung Dart phone displays the contact information for the missed caller "Annie" and includes a contact object associated with a telephone number associated with the caller "Annie." |
| |  |
| | The Samsung Dart phone implements the accused functionality as described above using instructions ████████████████████████████████████████ ████████████████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| a second contact object associated with a non-telephonic communication modality for contacting the caller; and | The Samsung Dart phone contains one or more programs with instructions for displaying contact information with a second contact object associated with a non-telephonic communication modality for contacting the caller.<br><br>For example, the following screenshot taken from a Samsung Dart phone displays the contact information for the missed caller "Annie" and includes a contact object labeled "Send message" associated with a non-telephonic communication modality for contacting her, specifically SMS.<br><br><br><br>The Samsung Dart phone implements the accused functionality as described above using instructions ████████████████████████████████ ████████████████████████████████████████ ████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object. | The Samsung Dart phone contains one or more programs with instructions for, in response to detecting user selection of the second contact object, immediately initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.<br><br>For example, the following screenshot taken from a Samsung Dart phone is displayed immediately in response to detecting when a user selects the contact object labeled "Send message".  The screenshot shows the initiation of communication with "Annie" via SMS, the non-telephonic communication modality corresponding to the contact object.<br><br><br><br>The Samsung Dart phone implements the accused functionality as described above using instructions ████████████████████████████████████ ██████████████████████████████████████████████████ |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE