# EXHIBIT H1

# ADMIRE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H2

# CAPTIVATE GLIDE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H3

# CONQUER 4G

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H4

# DART

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H5

# EXHIBIT II 4G

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H6

# GALAXY NEXUS

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H7

# GALAXY NOTE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H8

# GALAXY NOTE II

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H9

# GALAXY PLAYER 4.0

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H10

# GALAXY PLAYER 5.0

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H11

# GALAXY SII

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H12

# GALAXY SII EPIC 4G TOUCH

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H13

# GALAXY SII SKYROCKET

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H14

# GALAXY SIII

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H15

# GALAXY TAB 7.0 PLUS

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H16

# GALAXY TAB 8.9

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H17

# ILLUSION

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H18

# STRATOSPHERE

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H19

# TRANSFORM ULTRA

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**

# EXHIBIT H20

# GALAXY S4

**INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,847,959**
**FILED UNDER SEAL**