# EXHIBIT 2

# International Business Times

**Tuesday, May 21, 2013 As of 3:09 PM EDT**

Home    Politics    Economy    Markets / Finance    Companies    Tech / Sci    Media & Culture    Sports    Opinion    TV

## Samsung Galaxy S4 Carriers: AT&T Vs. Sprint Vs. T-Mobile, Which Network Has The Best Device?

Text size: A A **A**

0        0        0        **MORE+**

By FIONNA AGOMUOH | May 08 2013 9:30 PM

3 Smart Phones for $50 or Less

bizu ads

You may have your eyes on the newly released Galaxy S4 smartphone, but if you decide to get it, another question remains: Which carrier will you subscribe to for service?

The highly coveted Galaxy S4 will be available on seven mobile networks in the U.S., but for now only AT&T, Sprint and T-Mobile have the phone available. U.S. Cellular also carries the Samsung Galaxy S4; however, the network provides mobile coverage to just 26 states in the country, which leaves many unable to use its services.

While each carrier's version of the Galaxy S4 is essentially the same, the carrier you choose can affect how much you pay for the device; how many minutes for calls and how many gigabytes of text and data you're allotted each month; what updates you receive and when you receive them; and the quality of your service, among many other things.

Follow @IBTimes

Here's a rundown of the Galaxy S4 on some of the different U.S. carriers that currently sell the phone.

**AT&T**

AT&T was the first carrier to have the Galaxy S4 available after the handset's initial release. The Galaxy S4 became available on April 27, even though many who pre-ordered the AT&T Galaxy S4 received their handsets as early as April 25.

AT&T currently offers two storage options for the Samsung Galaxy S4 -- a 16GB variant that sells for $199.99 with a two-year contract and a 32GB variant that will sell for $249.99 with a two-year contract when it's released on May 10. AT&T is the exclusive carrier of the 32GB Galaxy S4 variant, which may benefit those who require more internal memory -- users have discovered the 16GB Galaxy S4 ships with approximately half of its ROM taken up by Samsung's pre-installed systems and other bloatware.

AT&T has a number of contract plan options for users; however, its talk, text and data plans tend to all be separate charges, which can be costly, depending on how much you use your device. Customers can either mix or match their talk, text and data options, or choose data with unlimited talk and text. AT&T notably has strong LTE coverage, which will be a plus for those who enjoy lightning fast speeds, but the carrier does not offer unlimited data plans.

It was recently discovered that AT&T's Galaxy S4 sells with its bootloader locked, which

IBTIMES TV

MUTE

**Dramatic Amateur Footage Captures The Oklahoma...**

AdChoices



## Business Insider

The Tracking Solutions That Could Lead An Explosion In Mobile Marketing

Traditional Golfers Around World Rejoice At 'Belly Putter' Ban

makes it more difficult for such handsets to be rooted and modified with custom ROM. While many who enjoy rooting their smartphones have expressed concern, developers have already been able to bypass AT&T's Galaxy S4 bootloader, and an unlocking tool is expected to be released to the public in about a month.

The Galaxy S4 on AT&T recently received its first software update, which enhanced performance, according to users. No major changes were made in the update.

## Sprint

Sprint's verion of the Galaxy S4 faced inventory delays due to what Samsung called "overwhelming demand;" however, Sprint now has the device available, and it reports that supplies are constantly replenishing. If the Galaxy S4 is sold out at a location, customers should be able to check back the next day to buy a handset.

Sprint offers the 16GB variant Galaxy S4 that sells for $249.99 with a two-year contract, which is quite pricey; however, the network is offering a deal to new users, who get a $100 discount for transferring their current number to the network. This limited-time deal brings the price of the Samsung Galaxy S4 down to just $149.99.

Sprint is known for its "truly unlimited" data plans that allow uninhibited data use for a set monthly fee; however, Sprint's LTE network is still small compared with networks such as AT&T's and Verizon's.

Sprint has various plans that cater to users' specific talk, text and data needs. In addition to its all-inclusive unlimited plan, some other plans offer unlimited data and unlimited texting while offering anytime minute options.

Sprint confirmed that its Samsung Galaxy S4 ships with its bootloader unlocked. The network has not yet announced any software updates for the Galaxy S4.

## T-Mobile

T-Mobile's Galaxy S4 also faced inventory delays. Although the device became available online last week, it only became available in select stores on Wednesday, and it won't be available nationwide until May 15. You can find out which New York City-area T-Mobile locations are now carrying the Samsung Galaxy S4 here. Customers elsewhere can visit their local T-Mobile stores to find out when the location will have the Samsung Galaxy S4.

T-Mobile offers the 16GB variant of the Galaxy S4 for a $149.99 down payment on its new "no contract" plan. After the down payment, customers must pay off the rest of the phone's value in $20 installments over 24-months. Customers should be advised that while T-Mobile advertises its no contract plan as having no extraneous fees, the remaining balance of the device is due in the event that the service is canceled prematurely. There's also an option to pay for the device in full for $629.

Under T-Mobile's plan, Galaxy S4 customers receive unlimited talk and text for $50 per month with data options of 500MB included free. They can receive 2GB for an extra $10 or unlimited nationwide 4G data for an additional $20. It's important to note that T-Mobile is rapidly expanding its LTE network, so by paying just $70 for unlimited 4G data, T-Mobile could be a fierce adversary for Sprint, whose Everything Data plan starts $80 per month and does not include unlimited talk.

T-Mobile's Galaxy S4 also sells with its bootloader unlocked. This allowed the T-Mobile model to become the first Galaxy S4 to get custom firmware when CyanogenMod founder Steve Kondik released a custom ROM for the device just days after its initial release. The CyanogenMod 10.1 nightly build for the Galaxy S4 is available for public download.

The First Images From 'Call Of Duty: Ghosts' Look Awesome

Xbox One Will Not Work With Old Xbox Games (MSFT)

Apple Is About To Get A Deep Integration With Flickr, Which Is Going To Be Awesome For iPhone Users (AAPL, YHOO)

## MOST POPULAR


Amy's Baking Company Hosts Job Fair To Replace Wait Staff After 'Kitchen Nightmares'


IWatch Coming? Apple Tests 1.5-Inch Displays Overseas


March Against Monsanto Protest Details


Singapore Supervisor Slaps Intern, Calls It 'Nurturing'


How To Help Oklahoma Tornado Victims

## FOLLOW US

## ADS BY GOOGLE

**Top 10 No Contract Phones** DealHunter.us/No-Contract-Phones
Bestselling No Contract Phones At Best Prices Ever!

**Virgin Mobile® iPhone** www.virginmobileusa.com/iphone
Just $30/month, unlimited data & messaging included. No contract.

**Best Phone Plans** LivingFrugal.com
Major Carriers Plans Compared Here. Compare Prices & Save Today!

5/21/13 Samsung Galaxy S4 Carriers: AT&T vs. Sprint vs T-Mobile, Which Network Has The Best Device?

Case 5:12-cv-00630-LHK Document 526-12 Filed 05/21/13 Page 4 of 29

The Samsung Galaxy S4 on T-Mobile was the first model to receive a software update. The update included improvements to the Visual Voicemail app and the NFC-powered ISIS mobile wallet app.

**Verdict?**

There is no correct answer when it comes to choosing a carrier for your new Samsung Galaxy S4. Consumers must decide for themselves which carrier will provide them with the best experience for their Galaxy S4 handset. However, we hope these comparisons will make the decision process a little easier.

For those looking for more storage options and reliable LTE, AT&T may be the right choice. For those looking for unlimited data and plan flexibility, Sprint may be the right choice. For those who want prompt network and third-party support, and to be free of the burden of contracts, T-Mobile may be the right choice. But remember, there are still three other carriers that have yet to release their Galaxy S4 models including Verizon, Cricket and C-Spire.

ADVERTISEMENT


Houston : New trick allows Texas drivers to get auto insurance as low as $9 a week.


'Ordinary Millionaire' Reveals the 3 Simple Steps to Make Money in Stocks.


Texas: Will This $0.50 Stock Hit $6.00? Can You Turn $10,000 into $120,000?


ALERT: What Your Tongue Says About Your Thyroid. See the Photo.

**MORE IN TECH / SCI**


Why Xbox One Is Not Compatible With Xbox 360, Original Xbox Games


Xbox Reveal: Call of Duty Ghosts Screenshots [PHOTOS]


Spotify Charts Launched: What Are The 50 Most Streamed, Shared Songs On


Xbox One Specs: Microsoft Reveals New Gaming System, Controller Features

**NET10 ® Unlimited**
Family Phone Plan, No Contract Up To 4 Phones, Starting at $50/mo.
www.Net10Wireless.com


AdChoices ▷

**IN DEPTH**


**Oklahoma Tornado Survivor Finds Missing Dog During TV Interview**


**Photos And Footage Of Oklahoma Twister's Devastation**


**Without Carbon Credits, Tesla Would Not Be Profitable (Yet)**


**For McDonald's Fast-Food Menu, Less Means More**

Multimedia

5/21/13  Samsung Galaxy S4 Carriers: AT&T vs. Sprint vs. T-Mobile, Which Network Has The Best Device?

Case 5:12-cv-00630-LHK   Document 526-12   Filed 05/21/13   Page 5 of 29







**LEISURE TRAVEL**  **MEDIA & CULTURE**



Social

Corporate

Editions

© Copyright 2013 IBT Media Inc. All Rights Reserved.

# EXHIBIT 3

ANDROID   APPS & SOFTWARE

# Verizon pushes up Samsung Galaxy S4 release date to May 23rd

*By* Chris Welch (http://www.theverge.com/users/ChrisWelch) *on May 13, 2013 03:28 pm*   *Email (mailto:welch@theverge.com)*   *@chriswelch (https://twitter.com/intent/user?*
*screen_name=chriswelch)*

**DON'T MISS STORIES** *FOLLOW THE VERGE*



Verizon Wireless will release Samsung's Galaxy S4 one week earlier than originally planned, with the Android flagship now set to arrive at stores and the carrier's web store on May 23rd. Late last month, Verizon said customers would need to wait until May 30th (http://www.theverge.com/2013/4/24/4260958/pre-orders-for-galaxy-s4-on-verizon-start-tomorrow-ship-date-still) to get their hands on the new handset — already available from all three other major US carriers. The expedited date means Verizon will still be last out of the gate in delivering the S4 to retail, but the wait just got a bit shorter for those awaiting Samsung's latest and greatest. Price-wise, we're talking the same $199.99, but if you've already placed a pre-order, there's a good chance you'll have the device in hand before the end of next week.

SOURCE

VERIZON WIRELESS (HTTP://NEWS.VERIZONWIRELESS.COM/NEWS/2013/04/SAMSUNG-GALAXY-S4.HTML)

RELATED ITEMS    VERIZON WIRELESS    RELEASE DATE    AVAILABILITY    GALAXY S4    SAMSUNG    CELLPHONES

## IN THE *ARTICLE*

8.0



Samsung Galaxy S4
Available: Apr. 27, 2013

*STORYSTREAM*   1



22 UPDATES TO

### Samsung Galaxy S4: everything you need to know

MAY 16   Samsung backtracks on Galaxy S4 storage issues, hints at update to free up space

MAY 13   Verizon pushes up Samsung Galaxy S4 release date to May 23rd

APR 24   Samsung Galaxy S4 launching without Knox security software

APR 24   Verizon Galaxy S4 coming May 30th, pre-orders start tomorrow for $199.99

APR 24   Samsung Galaxy S4 review

APR 23   Samsung Galaxy S4 delayed for T-Mobile and Sprint (update)

16 MORE UPDATES

HEADLINES

# EXHIBIT 4

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Brian M. Buroker
Direct: +1 202.955.8541
Fax: +1 202.530.4200
BBuroker@gibsondunn.com

Client: 03290-00026

May 8, 2013

VIA ELECTRONIC MAIL

Michael L. Fazio
Quinn Emanuel Urquhart & Sullivan
865 S. Figueroa St., 10th Floor
Los Angeles CA 90017

Re:     Apple v. Samsung Elecs. Co. et al., No. 12-cv-0630

Dear Michael:

We are writing to inform you that Apple intends to move the Court for leave to amend its infringement contentions to add the Samsung Galaxy S4 as one of the 22 products it will accuse in this case.  We will be providing infringement charts related to the S4 shortly.

In addition, we are preparing and will be producing updated infringement contentions and claim charts regarding the products previously identified in this case that reflect an analysis of Samsung's and Google's source code.   Apple will be moving for leave to amend its infringement contentions to include those updates soon thereafter as well.

After receipt of these updated materials, we would appreciate Samsung promptly advising us whether it will oppose Apple's motion for leave to amend for the two reasons discussed above.

Sincerely,

*Brian M Buroker*

Brian M. Buroker

BMB/jg

Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich · New York
Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.

# EXHIBIT 5

**Vincent, Robert**

---

| | |
|---|---|
| **From:** | Vincent, Robert |
| **Sent:** | Tuesday, May 14, 2013 7:22 PM |
| **To:** | williamprice@quinnemanuel.com; victoriamaroulis@quinnemanuel.com; kevinjohnson@quinnemanuel.com; charlesverhoeven@quinnemanuel.com; kevinsmith@quinnemanuel.com; michaelfazio@quinnemanuel.com; Amar L. Thakur (amarthakur@quinnemanuel.com) |
| **Cc:** | *** Apple/Samsung; 'WH Apple Samsung NDCal II Service' (WHAppleSamsungNDCalIIService@wilmerhale.com); Samsung NEW (SamsungNEW@quinnemanuel.com) |
| **Subject:** | Apple v. Samsung 630 - Galaxy S4 Infringement Claim Charts |
| **Attachments:** | 5-14-2013 Infringement Charts.zip |

Counsel,

Apple plans to move to amend its infringement contentions to add the Galaxy S4 per the attached charts.  Please let us know by the close of business on Friday, May 17 if you oppose.

Regards,

**Robert A. Vincent**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Dallas, TX 75201-6912
Tel +1 214.698.3281 • Fax +1 214.571.2921
RVincent@gibsondunn.com • www.gibsondunn.com

# EXHIBIT 6

**Vincent, Robert**

| | |
|---|---|
| **From:** | Richard Erwine <richarderwine@quinnemanuel.com> |
| **Sent:** | Monday, May 20, 2013 1:52 PM |
| **To:** | Vincent, Robert |
| **Cc:** | *** Apple/Samsung; 'WH Apple Samsung NDCal II Service' (WHAppleSamsungNDCalIIService@wilmerhale.com); Samsung NEW; William Price; Victoria Maroulis; Kevin Johnson; Kevin Smith; Michael Fazio; Amar Thakur |
| **Subject:** | RE: Apple v. Samsung 630 - Galaxy S4 Infringement Claim Charts |


Rob:

Samsung opposes Apple's motion.

Rich

Richard W. Erwine
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 29th Floor
New York, NY 10010
Direct: (212) 849-7135
Main Fax:  (212) 849-7100
E-mail:  richarderwine@quinnemanuel.com
Web:  www.quinnemanuel.com
PRIVILEGED & CONFIDENTIAL

**From:** Vincent, Robert [mailto:RVincent@gibsondunn.com]
**Sent:** Tuesday, May 14, 2013 8:24 PM
**To:** William Price; Victoria Maroulis; Kevin Johnson; Charles K Verhoeven; Kevin Smith; Michael Fazio; Amar Thakur
**Cc:** *** Apple/Samsung; 'WH Apple Samsung NDCal II Service' (WHAppleSamsungNDCalIIService@wilmerhale.com); Samsung NEW
**Subject:** Apple v. Samsung 630 - Galaxy S4 Infringement Claim Charts

Counsel,

Apple plans to move to amend its infringement contentions to add the Galaxy S4 per the attached charts.  Please let us know by the close of business on Friday, May 17 if you oppose.

Regards,

Robert A. Vincent

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Dallas, TX 75201-6912
Tel +1 214.698.3281 • Fax +1 214.571.2921
RVincent@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

# EXHIBIT 7

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3227**

WRITER'S INTERNET ADDRESS
**michaelfazio@quinnemanuel.com**

April 9, 2013

<u>VIA E-MAIL</u>

Michael A. Valek
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

Re:  <u>Apple Inc. v. Samsung Electronics Co. et al., Case No. 12-cv-00630-LHK</u>

Dear Counsel:

Please take notice of additional source code that will be made available through Ports 1711, 1712, and 1714 of the Perforce servers on the following server paths:

| |
|---|
| SCH-I110 : //GINGER_PROD/USA-CDMA/2011/Viper_JIC/ |
| P7310 : //HONEY_TASK/GALab/Project/Nephrite/ |
| P7310: //HONEY_TASK/GALab/Project/Gemstone/ |
| SCH-R530 : //JB_PROD/MIDAS_D2/SCH-R530U_NA_USC/ |

Very truly yours,

Michael L. Fazio

**quinn emanuel urquhart & sullivan, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000 FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000 FAX +49 40 89728 7100

# EXHIBIT 8

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Joshua Furman
Direct: +1 212.351.2461
Fax: +1 212.351.5261
JFurman@gibsondunn.com

March 6, 2013

<u>VIA E-MAIL</u>

Michael Fazio
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:      *Apple v. Samsung*, 12-cv-630

Dear Michael:

I write in response to your letter of March 4, 2013 regarding the setup of the source code computers at Samsung's office in San Jose.

<u>Samsung's Source Code Is Not Locally Available As Required by the Protective Order</u>

As explained in my previous correspondence, Samsung's current source code setup does not comply with the Protective Order.  Samsung is simply wrong to allege that the current arrangement is one that the "parties agreed to months ago."  There was no such agreement.  Further, Samsung's non-compliance is prejudicing Apple's ability to efficiently and accurately review Samsung's source code.

Specifically, Samsung must provide computers that have all versions of the relevant source code ***on*** the source code computer.  Source code that is available for download is not "on" the computer.  It is clearly "off" of the computer.

The use of the word "available" in section 11(b) does not support your argument to the contrary.  The entire sentence from section 11(b) of the Protective Order reads:

> All Source Code shall be made <u>available</u> by the Producing Party to the Receiving Party in a secure room, ***on at least two secured***, stand-alone computers (running a reasonably current operating system) per software platform produced, without Internet access or network access to other computers, as necessary and appropriate to prevent and protect against any unauthorized copying, transmission, removal, or other transfer of any Source Code outside or away from the computer on which the Source Code is provided for inspection (hereinafter "Confidential Source Code Computer").

Protective Order ¶ 11(b) (emphasis added).

# GIBSON DUNN

Michael Fazio
March 6, 2013
Page 2

As you can see from the full quote, the word "available" is used generally to describe *where* the computers will be made available – in a secure room.  The next sentence describes where the code shall reside in relation to the computer – "*on* at least two."  The Order does not say "available from," or "accessible by" the source code computer or anything that is open to the interpretation that Samsung now gives.  Rather it says "on."

While we appreciate you offering various solutions to overcome the admittedly unacceptable download times and network outages Apple's reviewers have experienced in attempting to work with Samsung's non-compliant setup, that suggestion entirely misses the point.  The Protective Order requires installation of all code on the review computer.  If Samsung were in compliance, there would be no need for any work-around solutions.  And, the solutions you are proposing are not acceptable.  The large volume of code and the duplicative and apparently vestigial pieces of code within the production, looking at single files is not sufficient.  Apple has a right to review all code for a particular device in order to perform an analysis.  Moreover, your explanation for Samsung's non-compliant setup is irrelevant as well. The Protective Order requires a device that stores all requested source code on that machine.  If the volume of source code is high, as you suggest, then Samsung should provide a computer with the appropriate amount of storage space instead of the ones it chose.  We note that your claims that the "volume of source code that Apple has requested – which, as Apple acknowledges, encompasses source code for at least forty device/carrier/Android versions – constitutes terabytes of data, which cannot fit on a local hard drive."  In fact, each of the approximately 50 workspaces constitutes about 15 GB of data; totaling approximately 750 GB of data.  While this volume apparently exceeds the capacity of the hard disks currently installed on the source code computers Samsung chose to use, it is well within the range of hard disks that readily available.  Indeed Samsung itself sells at least seven laptop computers with a hard drive capacity of at least 1 terabyte, a full 25% more than is required to host the produced source code.  Samsung can thus fully comply with its obligations under the Protective Order by supplying appropriate hardware so that all requested code is stored **on** those computers as the Protective Order plainly requires.

Please correct Samsung's non-compliance immediately.

<u>Modification of the Source Code on the Source Code Computer and Failure to Notify Apple of Changes to the Source Code Computer</u>

On February 6, 2013 Samsung agreed "that both parties will provide notice whenever new source code is installed on any inspection computer."  *See* Feb 6 letter from Mr. Thakur.  On February 27 Apple requested that Samsung confirm this agreement as certain changes were made to the source code computer without notice to Apple.  Mr. Rezvani responded on

**GIBSON DUNN**

Michael Fazio
March 6, 2013
Page 3

March 1 by confirming that changes were made and saying that "[i]n the future, we will be more precise in notifying Apple of additions to Samsung's source code."

Nevertheless, it appears that since February 27 not only has more source code been added to Samsung's source code production without notice to Apple, but Samsung has also changed and moved the existing source code.

For example, the client-side path for the workspace  SGH-T999_Galaxy S3 at port 1713 was moved from /ICS_PROD/MIDAS/SGH-T999_USA_TMO_MR to /. In addition, four workspaces (1) SCH-I535_Galaxy S3 at port 1714  (2) SCH-R530_Galaxy S3 at port 1714 (3) SCH-R950_Galaxy Note2 at port 1714  (4) SPH-L710_Galaxy S3 at port 1714  had their mappings to a directory changed and their source code moved to a new directory structure. Moreover, it appears the new directories containing new source code have been added to those workspaces.

Samsung's modification of the source code structure for a number of devices substantially hinders Apple's ability to review the source code.  Source code files are identified by directory and file name.  A change in either makes it almost impossible to find a file that has been previously analyzed.  For example, source code printouts from the source code computer list a file and directory name.  When the file moves from one directory the identification in the printout is no longer valid and the does not correctly identify the analyzed file.  The file could also become lost requiring reviewers to search for the file in its new location and repeat the analysis to confirm that they are looking at the same one previously analyzed.  In some instances this is almost impossible given the vast number of duplicate file names which exist in Samsung's source code production.  Moreover, this problem is exacerbated by the fact that the code is hosted on a remote server.  A change in the remote configuration may entail a change in how the code is downloaded and could result in two local copies in different directories that have the same exact contents or two inconsistent locations for the same workspace were only a partial workspace or particular files downloaded before and after a change (as you suggest doing as a workaround to the slow download speed).

Samsung must provide, in writing, a complete listing of all modifications to the source code produced by Samsung including any changes to directories where the code is found. Samsung must also provide, in writing, a comprehensive mapping of the old directories to the new locations for each modification such that the files from any source code printout can be found in the new location. Samsung must further confirm in writing that no modifications will be made to the already produced code going forward and that Samsung will provide ample notice of any additions to the source code computer.  Last, Samsung must confirm in

**GIBSON DUNN**

Michael Fazio
March 6, 2013
Page 4

writing that no modifications were made to contents of any of the source code files themselves.

<u>Failure to Produce Source Code Printouts</u>

In addition, Samsung has further failed to produce a single page of any of the printouts made by Apple's source code reviewers since February 19th.  The last correspondence Apple has received from Samsung regarding printouts from the source code computer was on February 25th, where Samsung improperly refused to produce certain diff printouts (but failed to address any of the other printouts made by Apple reviewers).  Apple has received no correspondence on this issue since Feb. 25.

Once again, Samsung is not complying with its obligations under the Protective Order.  Section 11(j) plainly requires Samsung to delivery printed source code copies within 48 hours.   The operative language is as follows:  "copies shall be made for outside counsel for the Receiving Party on watermarked paper within 48 hours.  It is the responsibility of the Producing Party to **ensure delivery of the printed documents to outside counsel for the Receiving Party within 48 hours**." Protective Order ¶ 11(j) (emphasis added).

We understand that Samsung may be taking the view that it has 48 hours after the completion of an inspection to provide copies, rather than within 48 hours of when the documents are printed.  Such a position is unsupported by the Protective Order and contrary to the parties practice to date.

Please produce all documents printed by Apple's source code reviewers immediately, given that Samsung did not timely object to any of the material Apple printed.  *See* Protective Order ¶ 11(i).

***

To the extent that Samsung is not willing to address and rectify these issues immediately Apple's lead trial counsel is available to meet and confer on March 15th at the meet and confer currently scheduled at Quinn Emanuel's offices in Redwood Shores.  If Samsung's lead trial counsel is not available on that date Apple's lead trail counsel is also available to meet and confer on March 14th in Palo Alto or San Francisco.

GIBSON DUNN

Michael Fazio
March 6, 2013
Page 5


Sincerely,


*/s/ Joshua Furman*

# EXHIBIT 9

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL: (415) 875-6600  FAX: (415) 875-6700

March 31, 2013

VIA ELECTRONIC MAIL

Michael A. Valek
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, Texas  75201
Apple/Samsung@gibsondunn.com

Re:    Apple Inc. v. Samsung Electronics Co., Ltd. et al., Case No. 12-630 (N.D. Cal.)

Dear Mr. Valek:

I write to update you regarding production of non-party Google Inc. ("Google") in response to the subpoenas (the "Subpoenas") served on Google by plaintiff and counterclaim-defendant Apple Inc. ("Apple").  As you know, on May 3, 2012, we produced, subject of course to our objections and the protective order governing Google's production in this action, highly confidential source code underlying Android builds ITL41D, ITL41F, ICL53F, IMM76D, and IMM76I, which at that time were the only builds used in the Samsung Galaxy Nexus, the sole device at issue in Apple's motion for a preliminary injunction.

Google later released a new version of software for the Galaxy Nexus and, on August 24, 2012, under the same conditions, we added the code underlying Android build JRO03C.  Again subject to our objections and the protective order, we have now added highly confidential source code underlying five additional Android builds used on the Galaxy Nexus:  JRO03O, JZO54K, JOP40C, JOP40D, and JDQ39.  This brings our Galaxy Nexus production to twelve Android

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000  FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000  FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000  FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000  FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000  FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666  FAX +7 495 797 3667

Michael A. Valek
March 31, 2013
Page 2

builds:  ITL41D, ITL41F, ICL53F, IMM76D, IMM76I, IMM76K, JRO03C, JRO03O, JZO54K, JOP40C, JOP40D, and JDQ39.  This production includes the full source code used to build each release for the Galaxy Nexus, as it is maintained within Google.  If there are differences in the directory structure across these builds, it is because there are differences in the way Google stored the source code underlying these builds.

Again subject to our objections and the protective order, we now produce source code underlying Honeycomb builds HRI39, HRI66, HWI69, HRI83, HMJ37, HTJ85B, HTK55D, HTK75D, HLK75C, HLK75D, HLK75F, and HLK75H.  As you know, Samsung heavily modified this code for use on its devices; Google has only the stock Android builds, not the versions ultimately appearing on any accused device, and that is what we have produced.  We have not confirmed which of these builds Samsung used in designing its source code for any accused device; we have simply produced them all.

Finally, again subject to our objections and the protective order governing Google's production in this action, and in addition to source code underlying these applications that we previously provided as part of our Galaxy Nexus production, we also now produce source code underlying Gmail, Google Play Books, Google Play Music, Google Play Store (née Android Market), Google Play Videos and TV, Google Maps, and YouTube.  For each of these applications, we have produced the full source code for all released versions we could locate.  For Gmail, we believe there may be a few more, very early versions we have not yet located; we are continuing to investigate this issue and will update you as we learn more.  For the remaining applications, we have produced the full source code for all released versions.

We are continuing to locate the full set of versions of the proprietary Quick Search Box and Google Now, and will produce them later this week.  Of course, we already produced versions of these applications as part of our Galaxy Nexus production, and you can continue to review those versions in the interim.

As before, this code is available in Quinn Emanuel's Silicon Valley office.  Please direct requests for access to our mailing list, Quinn-Google-N.D.Cal.-00630@quinnemanuel.com.  Thank you for your continued time and courtesy in this matter.

Very truly yours,

/s
Matthew S. Warren

# EXHIBIT 10

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700

May 13, 2013

<u>VIA ELECTRONIC MAIL</u>

Joshua Furman
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
apple/samsung@gibsondunn.com

Re:    <u>Apple Inc. v. Samsung Electronics Co., Ltd., et al., Case No. 12-630 (N.D. Cal.)</u>

Dear Mr. Furman:

I write in response to your letter of this past Friday, May 10, 2013, in which you requested that Google produce highly confidential source code underlying Google Calendar Sync and Google Contacts Sync. Once again, Apple has incorrectly accused Google of a nonexistent production deficiency. Until your letter of Friday, Apple never asked for this highly confidential source code, and Apple failed to identify this source code in its infringement contentions. The only deficiency here is Apple's: Apple has failed to accuse code it now wishes to review. Under those circumstances, Google has no obligation to produce the highly confidential source code referenced in your letter. Nonetheless, in the spirit of cooperation and courtesy, subject of course to our objections and the protective order governing Google's production in this action, we have produced today the highly confidential source code underlying all versions of Google Calendar Sync and Google Contacts Sync provided by Google to OEMs, including Samsung. Again subject to our objections and the protective order, we have produced today highly confidential source code underlying Google Play Books 2.5.93 and 2.6.31; Google Play Movies and TV 1.3.6 and 1.4.10; Google Play Music 4.5.914; YouTube 1.6.20 and 4.4.11; Google Play Store 3.1.7, 3.4.7, 3.5.16, and 3.5.19; and Android Market 2.2.9 and 2.3.6. As before, this highly confidential source code is available in Quinn Emanuel's Silicon Valley office. Please direct requests for access to our mailing list, Quinn-Google-N.D.Cal.-00630@quinnemanuel.com.

Very truly yours,

/s
Matthew S. Warren

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

# EXHIBIT 11

**Vincent, Robert**

| | |
|---|---|
| **From:** | Vincent, Robert |
| **Sent:** | Tuesday, May 21, 2013 3:19 AM |
| **To:** | 'Amar Thakur (amarthakur@quinnemanuel.com)'; 'Michael Fazio'; 'Michael Peng'; 'William Price (williamprice@quinnemanuel.com)'; 'John Caracappa'; 'Michael Heimbold'; 'Huan-Yi Lin'; 'charlesverhoeven@quinnemanuel.com'; 'kevinsmith@quinnemanuel.com'; 'victoriamaroulis@quinnemanuel.com'; 'kevinjohnson@quinnemanuel.com' |
| **Cc:** | *** Apple/Samsung; Clementine; Hung, R.; Jacobs, M.; 'Wilmer Hale' |
| **Subject:** | Apple v. Samsung - 12-cv-630 (LHK) - Apple's Supplemental Infringement Contentions |

Counsel,

Following up on Apple's May 8, 2013 correspondence, Apple provides its updated infringement claim charts regarding the products previously identified in this case that reflect an analysis of Samsung's and Google's source code.  Apple will be moving for leave to amend its infringement contentions to include these updated contentions.  We assume Samsung opposes Apple's motion, but Apple remains willing to continue to meet and confer on the issue.

The charts are available on the FTP site below in the folder: "2013-05-20 Apple Supplemental Infringement Contentions."

The passwords for the FTP site will be sent in a separate email.

**FTP CREDENTIALS**

**Host:** sftp.gibsondunn.com

**Username:**  03290-00026-iz

Regards,

**Robert A. Vincent**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Dallas, TX 75201-6912
Tel +1 214.698.3281 • Fax +1 214.571.2921
RVincent@gibsondunn.com • www.gibsondunn.com