1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

Apple Inc. ("Apple") has filed its Administrative Motion To File Documents Under Seal. Samsung and Google Inc. have filed the declarations required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declarations establish that portions of Exhibit 1 to the Declaration of Joshua Furman in Support of Apple's Motion for Leave to Amend and Supplement Its Infringement Contentions ("Furman Declaration") refer to non-public source code the disclosure of which could harm Samsung and Google.

Accordingly, for good cause shown, the Court HEREBY ORDERS portions of the Furman Declaration may be filed under seal.

**IT IS SO ORDERED.**

Dated: _____

                                                Hon. Paul S. Grewal
United States Magistrate Judge