# Exhibit A

# EXHIBIT 1
# CONFIDENTIAL

| | |
|---|---|
| From: | 신정연 <julie.shin@samsung.com> |
| Sent: | 2011년 7월 26일 화요일 오전 5:26 |
| To: | Peter Cholnoky |
| Subject: | Re: Re: Re: Patent of Interest in ITC case against Apple |
| Attachments: | 201107262126118_QKNMBDIF.jpg |

Thank you. There are no licensees under the patents (including Apple), right?

Regards,
Julie

------- **Original Message** -------
**Sender** : Peter Cholnoky<peter.cholnoky@request.com>
**Date** : 2011-07-26 20:54 (GMT+09:00)
**Title** : Re: Re: Patent of Interest in ITC case against Apple

Julie,

Yes. ReQuest offered the patent to Apple last month. They responded that they did not want to buy it but were interested in getting a license. I told them we were looking for a buyer, not a license.

Peter Cholnoky, CEO
ReQuest
518.490.6155
peter.cholnoky@request.com


2011/7/25 신정연 <julie.shin@samsung.com>
Peter -

Just curious -- has ReQuest ever offered this patent to Apple or had any discussions with Apple?

Thank you,
Julie

------- **Original Message** -------
**Sender** : Peter Cholnoky<peter.cholnoky@request.com>
**Date** : 2011-07-25 10:53 (GMT+09:00)
**Title** : Re: Patent of Interest in ITC case against Apple

Julie,

We did not receive the updated term sheet on Friday, and now expect it by Monday 5PM. Based on past offers, we usually get 2 days. So I expect a Wednesday 5PM deadline for us. That gives you a little

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          SAMNDCA630-06439448

more time. I will try to delay and give you as much time as I can, but as this is our 3rd revision of the term sheet, I don't see additional delays. If anything changes here I will let you know.

I have told our board about your interest and the possible ███████ offer. They are interest and ready to review if you can complete your processes.

Thanks for the update.

Peter

On Jul 24, 2011, at 9:12 PM, "신정연" <julie.shin@samsung.com> wrote:

> Hi Peter -
>
> We are working with our business unit to get their approval for this transaction, and hope to have an update by Monday your time. In the meantime, I was wondering if there are any developments on your end? We would like to know if there has been any delay/extension, as any extra time would be very helpful to us.
>
> Regards,
> Julie
>
>
> ------- **Original Message** -------
> **Sender** : 신정연<julie.shin@samsung.com> 수석변호사/매입그룹(IP)/삼성전자
> **Date** : 2011-07-21 10:55 (GMT+09:00)
> **Title** : Re: RE: RE: RE: Patent of Interest in ITC case against Apple
>
> Dear Peter:
>
> As Charles explained, I would like to have a quick call to discuss this opportunity. I left a voice message and also wanted to email you about my availability. I am available for a call anytime Wednesday night through Thursday 11 am your time, and can be reached at +82-10-4086-6738. I can also call you if you let me know when you're available.
>
> Thank you and regards,
> Julie
>
> ------- **Original Message** -------
> **Sender** : Schill, Charles<CSchill@steptoe.com>
> **Date** : 2011-07-20 23:10 (GMT+09:00)
> **Title** : RE: RE: RE: Patent of Interest in ITC case against Apple
>
>
> Dear Ms. Shin,
>
> Thank you for taking the time to call last evening. I have indicated that Samsung has some interest and Mr. Peter Cholnoky the CEO of ReQuest told me that he would welcome a call today. He asked me to give you his cell phone number (518-301-1893) and indicated that if you don't reach him to leave a message about what time it would

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            SAMNDCA630-06439449

be convenient for him to return your call. I will also copy him on this email so you can respond that way as well. Please let me know if I can be of any further assistance.

Best regards,

Charles

**Charles F. Schill, Esq.  Steptoe & Johnson LLP** | 1330 Connecticut Ave., N.W. | Washington, D.C. 20036 d: 202-429-8162 | f: 202-429-3902 | cschill@steptoe.com | www.steptoe.com

---

From: 신정연 [mailto:julie.shin@samsung.com]
Sent: Monday, July 18, 2011 3:51 AM
To: Schill, Charles
Subject: Re: RE: Patent of Interest in ITC case against Apple

Charles:

I am an in-house counsel in Samsung's IP acquisition group. Based on an initial review, we are interested in acquiring this patent and would like to have a call to further discuss the acquisition opportunity. Please let me know if you are available for a call this week.

Thank you and regards,
Julie


Julie Shin

Senior Legal Counsel

Intellectual Property Center

Samsung Electronics Co.

Telephone: +82-31-279-0991

Facsimile: +82-31-279-4560

Email: julie.shin@samsung.com


<201107251012566_BEI0XT4N.jpg>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA630-06439450

상기 메일은 지정된 수신인만을 위한 것이며, 부정경쟁방지 및 영업비밀보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려주시고 본 메일을 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressees and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA630-06439451