UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3  Administrative Motion to File Documents Under Seal.
4  Apple, Intel, and Alcatel-Lucent have each filed the declarations required under Civil L.R.
5  79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing
6  under seal. The declarations establish that Exhibits 6-10 to the Briggs Declaration contain non-
7  public information regarding Apple, Intel and Alcatel-Lucent's confidential information.  In
8  addition, portions of Samsung's Reply in Support of Samsung's Motion for Leave to Amend and
9  Supplement Its Infringement Contentions discusses and refers to the confidential documents
10 attached to the Briggs Declaration.
11 Accordingly, for good cause shown, the Court HEREBY ORDERS that Exhibits 6-10 to
12 the Briggs Declaration and portions of Samsung's Reply in Support of Samsung's Motion for
13 Leave to Amend and Supplement Its Infringement Contentions may be filed under seal.

15 DATED:

16  The Honorable Paul S. Grewal
    United States Magistrate Judge

02198.51981/5293935.1

-1-
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL