QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S REPLY TO ITS MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS** |

02198.51981/5326191.1

Case No. 12-CV-00630-LHK (PSG)
BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S REPLY TO ITS MOTION
FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS

# DECLARATION OF TODD BRIGGS

I, Todd Briggs, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Samsung's original Infringement Contentions.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Samsung's First Amended Infringement Contentions.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Samsung's Second Amended Infringement Contentions.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Apple's Response to Samsung's Fifth Set of Interrogatories.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from a document produced by Intel, beginning with bates number 160DOC000308.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from a document produced by Alcatel-Lucent, beginning with bates number ATT00001.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from Apple's Supplemental Response to Samsung's Fourth Set of Interrogatories.

9. Attached hereto as **Exhibit 8** a true and correct copy of excerpts from an Apple document, bearing bates numbers APL630DEF-WH0001708694-0001708741.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2013, at Redwood Shores, California.

By  */s/ Todd Briggs*
Todd Briggs

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Todd Briggs.

/s/ Victoria F. Maroulis

Victoria F. Maroulis

02198.51981/5326191.1

-3-   Case No. 12-CV-00630-LHK (PSG)
BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S REPLY TO ITS MOTION
FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS