| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | STEPTOE & JOHNSON, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com | John Caracappa (*pro hac vice*) jcaracappa@steptoe.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com | 1330 Connecticut Avenue, NW Washington, D.C. 20036 |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 | Telephone: (202) 429-6267 Facsimile: (202) 429-3902 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 | |
| 6 | | |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com | |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com | |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 | |
| 10 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 | |
| 11 | William C. Price (Bar No. 108542) | |
| 12 | williamprice@quinnemanuel.com Michael L. Fazio (Bar No. 228601) | |
| 13 | michaelfazio@quinnemanuel.com 865 South Figueroa Street, 10th Floor | |
| 14 | Los Angeles, California  90017-2543 Telephone:   (213) 443-3000 | |
| 15 | Facsimile:   (213) 443-3100 | |
| 16 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS | |
| 17 | AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Redwood Shores, California.

On May 21, 2013, I served true and correct copies of the documents described as

1. Exhibits 4-8 to the Declaration of Todd Briggs in Support of Samsung's Reply in Support of Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions, and

2. Samsung's Reply in Support of Motion for Leave to Amend and Supplement Its Infringement Contentions

by emailing the aforementioned document to the mailings lists of the parties in this action as follows:

**Counsel for Apple, Inc.**

| | |
|---|---|
| Gibson, Dunn & Crutcher LLP<br>Apple/Samsung@gibsondunn.com | Wilmer Cutler Pickering Hale and Dorr LLP<br>WHAppleSamsungNDCalIIService@wilmerhale.com |

Executed on May 21, 2013 at San Carlos, California.

　　　　　　　　　　　　　　　___/s/ Bill Trac_____
　　　　　　　　　　　　　　　Bill Trac

## ATTESTATION

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Bill Trac.

                                                  */s/ Victoria F. Maroulis*

                                                  Victoria F. Maroulis