Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Apple Inc. | Case No: 12cv00630LHK |
| Plaintiff(s), | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3) |
| v. | |
| Samsung Electronics Co., LTD., et al. | |
| Defendant(s). | |

I, Ronald R. Demsher, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Mark D. Selwyn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 60 State Street<br>Boston, MA  02109 | 950 Page Mill Road<br>Palo Alto, CA  94304 |
| MY TELEPHONE # OF RECORD:<br>(617) 526-6105 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 858-6000 |
| MY EMAIL ADDRESS OF RECORD:<br>ronald.demsher@wilmerhale.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mark.selwyn@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 640776.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  05/23/13

Ronald R. Demsher
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Ronald R. Demsher is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER