| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DOCUMENTS FROM RELATED LITIGATIONS** |

Declaration of Peter J. Kolovos
Case No. 12-cv-00630-LHK (PSG)

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Attached as **Exhibit 1** is a true and correct copy of a letter from Amar L. Thakur to Michael A. Valek dated March 1, 2013.

3. Attached as **Exhibit 2** is a true and correct copy of an excerpt from Apple's Objections and Responses to Samsung's Second Set of Requests for Production.

4. Attached as **Exhibit 3** is a true and correct copy of a letter from Michael L. Fazio to Josh Krevitt and Jennifer Rho dated November 28, 2012.

5. Attached as **Exhibit 4** is a true and correct copy of a letter from Michael A. Valek to Michael L. Fazio dated December 1, 2012.

6. Attached as **Exhibit 5** is a true and correct copy of a letter from Amar L. Thakur to Mark D. Selwyn dated December 20, 2012.

7. Attached as **Exhibit 6** is a true and correct copy of a letter from Peter J. Kolovos to Amar L. Thakur dated January 11, 2013.

8. Attached as **Exhibit 7** is a true and correct copy of a letter from Amar L. Thakur to Peter J. Kolovos dated January 14, 2013.

9. Attached as **Exhibit 8** is a true and correct copy of a letter from Amar L. Thakur to Michael A. Valek dated March 5, 2013.

10. Attached as **Exhibit 9** is a true and correct copy of a letter from Amar L. Thakur to Michael A. Valek dated March 3, 2013.

11. Attached as **Exhibit 10** is a true and correct copy of a letter from Peter J. Kolovos to Amar L. Thakur dated March 21, 2013.

12. Attached as **Exhibit 11** is a true and correct copy of a letter from Amar L. Thakur to Brian Buroker and Peter J. Kolovos dated April 12, 2013.

13. Attached as **Exhibit 12** are true and correct copies of screenshots of the results of searches conducted on the United States Patent and Trademark Office website on May 22, 2013, for patents falling under U.S. Patent Classification Nos. 348, 386, 709, and 396.

14. Attached as **Exhibit 13** is a true and correct copy of U.S. Patent No. 6,502,135.

15. Attached as **Exhibit 14** is a true and correct copy of U.S. Patent No. 6,839,759.

16. Attached as **Exhibit 15** is a true and correct copy of U.S. Patent No. 7,188,180.

17. Attached as **Exhibit 16** is a true and correct copy of U.S. Patent No. 7,418,504.

18. Attached as **Exhibit 17** is a true and correct copy of U.S. Patent No. 7,490,151.

19. Attached as **Exhibit 18** is a true and correct copy of U.S. Patent No. 7,921,211.

20. Attached as **Exhibit 19** is a true and correct copy of an excerpt from Samsung's Further Supplemental Responses to Apple's Second and Third Sets of Interrogatories.

21. Attached as **Exhibit 20** is a true and correct copy of a screenshot from the United States Patent and Trademark Office website providing a "Class Definition" for U.S. Patent Classification No. 396.

22. WilmerHale represented Apple in *In the Matter of Certain Electronic Devices, Including Mobile Phones, Portable Music Players, and Computers,* Inv. No. 337-TA-701 ("Nokia Investigation").  Dr. James A. Storer was retained by Apple for purposes of the Nokia Investigation, but did not provide an expert report or deposition testimony.

23. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 23rd day of May, 2013, in Boston, Massachusetts.

Dated:  May 23, 2013         */s/ Peter J. Kolovos*
                              Peter J. Kolovos

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 23, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated: May 23, 2013                    /s/ Mark D. Selwyn
                                       Mark D. Selwyn