# EXHIBIT 7

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL: (213) 443-3000  FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3263**

WRITER'S INTERNET ADDRESS
**amarthakur@quinnemanuel.com**

January 14, 2013

<u>Via E-Mail</u>

Peter J. Kolovos
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109

Re:     <u>Apple v. Samsung Elecs. Co. et al, Case No 12-cv-630</u>

Dear Counsel:

I write in response to your letter of January 11, 2013 (your "letter") regarding Apple's Objections and Responses to Samsung's Eighth set of Requests for Production of Documents and Things (Samsung's "Requests").

Your letter appears to take the position that documents relating to *VirnetX Inc. v. Cisco Systems, Inc. et al.*, No. 6:10-cv-00417-LED (E.D. Tex.) and *VirnetX Inc. v. Apple, Inc*. No. 6:12-cv-00855-LED (E.D. Tex.) (the "VirnetX litigation") can only be relevant if the VirnetX litigation shares a technological nexus with the instant case.  Even if Apple insists on imposing a technological nexus requirement on its production pursuant to Samsung's Requests, it is still obligated to search for and produce any responsive, non-privileged documents because the VirnetX litigation does, in fact, share such a technological nexus with the instant case.

As you know, materials from other litigation have been at issue since at least April 12, 2012 when Samsung served its Second Set of Requests for Production of Documents and Things, including Request for Production No. 61 relating to transcripts from other proceedings involving the Apple patents-in-suit.  Apple's proposed "technological nexus" limitation has been at issue since at least July 25, 2012, when Apple agreed to produce certain materials sharing a technological nexus with the instant case pursuant to Samsung's Request No. 61.

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000  FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600  FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000  FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000  FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000  FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666  FAX +7 495 797 3667

On December 10, 2012, Samsung provided its list of proposed technological nexus cases to Apple.  On December 20, 2012, Apple objected to 22 of Samsung's proposed cases, but provided no explanation as to why those cases did not meet the technological nexus standard.  On December 27, 2012, Apple again refused to provide any explanation as to any of its 22 objections.

As you know, and as stated in Samsung's letter of December 31, 2012, the parties have reached an impasse on this issue.  Nevertheless, in a further good faith attempt to resolve the dispute and without waiving any right, Samsung is willing to discuss Samsung's Requests relating to the VirnetX litigation and Apple's proposed technological nexus limitation at the next meet and confer.

Very truly yours,

Amar L. Thakur