# EXHIBIT 12

**USPTO Patent Full-Text and Image Database**

Home | Quick | Advanced | Pat Num | Help
Next List | Bottom | View Cart

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**CCL/348/$**: 88924 patents.
*Hits 1 through 50 out of 88924*

[ Next 50 Hits ]

[ Jump To ] [     ]

[ Refine Search ] [ ccl/348/$ ]

| | PAT. NO. | Title |
|---|---|---|
| 1 | RE44,225 | Abnormality detection and surveillance system |
| 2 | 8,448,091 | Information processor and recording medium |
| 3 | 8,448,073 | Multiple camera group collaboration system and method |
| 4 | 8,448,056 | Validation analysis of human target |
| 5 | 8,447,999 | Electrical power saving system |
| 6 | 8,447,903 | Electronic device and method for automatically controlling operation of the electronic device |
| 7 | 8,447,619 | User attribute distribution for network/peer assisted speech coding |
| 8 | 8,447,440 | Autonomous behaviors for a remote vehicle |
| 9 | 8,447,437 | Assistant driving system with video recognition |
| 10 | 8,447,171 | Storage medium for storing text-based subtitle data including style information, and reproducing apparatus and method for reproducing text-based subtitle data including style information |
| 11 | 8,447,161 | Imaging apparatus |
| 12 | 8,447,131 | Image processing apparatus and image processing method |
| 13 | 8,447,130 | History-based spatio-temporal noise reduction |
| 14 | 8,447,127 | Film grain simulation method |
| 15 | 8,447,126 | Image processing method and related apparatus |
| 16 | 8,447,121 | Efficient integrated digital video transcoding |
| 17 | 8,447,102 | Vector embedded graphics coding |
| 18 | 8,447,096 | Method and device for processing a depth-map |

19 8,447,087  Apparatus and method for caries detection
20 8,447,074  Image processing apparatus, image processing method, and program
21 8,447,071  Method of automatically tracking and photographing celestial objects and photographic apparatus employing this method
22 8,447,023  Automatic audio priority designation during conference
23 8,446,679  Zoom lens system and electronic imaging apparatus using the same
24 8,446,541  Portable computer
25 8,446,533  Television apparatus and method for controlling the same
26 8,446,532  Image processing apparatus for improving sharpness and image processing method
27 8,446,531  System and method for clock offset detection
28 8,446,530  Dynamic sampling
29 8,446,529  Image display apparatus
30 8,446,528  Display apparatus
31 8,446,527  System of programmable time intervals used for video signal synchronization
32 8,446,526  Image displaying device and method, and image processing device and method
33 8,446,525  Edge detection
34 8,446,524  Apparatus and method for frame rate conversion
35 8,446,523  Image processing method and circuit
36 8,446,522  Photoelectric conversion element unit and image pickup apparatus
37 8,446,521  Distributed agile illumination system and method
38 8,446,520  Zoom lens system, imaging device and camera
39 8,446,519  Focus control apparatus and optical apparatus
40 8,446,518  Photographing apparatus and method to control auxiliary light emission
41 8,446,517  Imaging apparatus and method
42 8,446,516  Generating and outputting video data from refocusable light field video data
43 8,446,515  Image processing apparatus and image processing method
44 8,446,514  Capturing images using a switchable imaging apparatus
45 8,446,513  Imaging apparatus with light transmissive filter
46 8,446,512  Image forming optical system and electronic image pickup apparatus equipped with same
47 8,446,511  Image forming optical system and electronic image pickup apparatus using the same
48 8,446,510  Method and apparatus for improving face image in digital image processor
49 8,446,509  Methods of creating a virtual window
50 8,446,508  Solid state imaging device with optimized locations of internal electrical components



# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**CCL/386/$**: 17380 patents.
*Hits **1** through **50** out of **17380***

[Next 50 Hits]

[Jump To] [____]

[Refine Search] [ccl/386/$]

| | PAT. NO. | | Title |
|---|---|---|---|
| 1 | RE44,231 | T | Apparatus and method for processing audio signals recorded on a medium |
| 2 | 8,447,174 | T | Portable video system |
| 3 | 8,447,173 | T | Information storage medium having multi-angle data structure and apparatus therefor |
| 4 | 8,447,172 | T | Recording medium having a data structure for managing reproduction of text subtitle data recorded thereon and recording and reproducing methods and apparatuses |
| 5 | 8,447,171 | T | Storage medium for storing text-based subtitle data including style information, and reproducing apparatus and method for reproducing text-based subtitle data including style information |
| 6 | 8,447,170 | T | Automatically recording supplemental content |
| 7 | 8,447,169 | T | Process for editing and producing videos |
| 8 | 8,447,168 | T | Recording/reproducing device |
| 9 | 8,447,167 | T | Recording/reproduction device and method for digital broadcasting |
| 10 | 8,447,166 | T | Method and apparatus for recording manufacturer information on a recording medium and for determining whether the manufacturer information is effective |
| 11 | 8,447,165 | T | Summarizing video data |
| 12 | 8,447,164 | T | Recording medium, reproduction device |
| 13 | 8,447,163 | T | Information recording method, information recording medium, and information reproducing method, wherein information is stored on a data recording portion and a management information recording portion |
| 14 | 8,447,162 | T | Saving and restoring control settings for multimedia content receivers |
| 15 | 8,447,161 | T | Imaging apparatus |
| 16 | 8,447,160 | T | Information recording apparatus |

17 8,447,159  Stream recording apparatus
18 8,447,158  Repeater device
19 8,446,533  Television apparatus and method for controlling the same
20 8,444,485  Seamless user navigation between high-definition movie and video game in digital medium
21 8,442,389  Electronic apparatus, reproduction control system, reproduction control method, and program therefor
22 8,442,388  System and method for recording video content
23 8,442,387  Method and system for displaying a series of recordable events
24 8,442,386  Selecting video portions where advertisements can't be inserted
25 8,442,385  Cut point detection system and short recognition system using the same, cut point detection method and cut point detection program
26 8,442,384  Method and apparatus for video digest generation
27 8,442,383  Moving image playback system and image capturing apparatus
28 8,442,382  Stream generation apparatus, stream generation method, coding apparatus, coding method, recording medium and program thereof
29 8,442,381  Information recording method, information recording medium, and information reproducing method, wherein information is stored on a data recording portion and a management information recording portion
30 8,442,380  Information recording method, information recording medium, and information reproducing method, wherein information is stored on a data recording portion and a management information recording portion
31 8,442,379  Broadcast reception apparatus
32 8,442,378  Video recording device
33 8,442,377  Intelligent recording
34 8,442,376  Image data recording/playback device, system, and method
35 8,441,898  Method and devices for copy protection, copy protected record carrier
36 8,438,215  Content delivery system, cache server, and cache control server
37 8,437,625  Playback apparatus program and playback method
38 8,437,624  System and method for digital multimedia stream conversion
39 8,437,623  Recording apparatus and method
40 8,437,622  Altering presentation of received content based on use of closed captioning elements as reference locations
41 8,437,621  Recording/reproducing device, system and server
42 8,437,620  System, method, and computer program product for custom stream generation
43 8,437,619  Method of processing a sequence of coded video frames
44 8,437,618  Content data recording apparatus with encryption by media ID
45 8,437,617  Method and apparatus for modifying the presentation of content
46 8,437,616  Recording system
47 8,437,615  Data recording method
48 8,437,614  Method and apparatus for recording manufacturer information on a recording medium and for determining whether the manufacturer information is effective
49 8,437,613  Content display control apparatus, method therefor, program therefor, and recording

        medium therefor

50 8,437,612  **T** Storage medium recording text-based subtitle stream, reproducing apparatus and reproducing method for reproducing text-based subtitle stream recorded on the storage medium

[Next List] [Top] [View Cart]
[Home] [Quick] [Advanced] [Pat Num] [Help]

# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**CCL/709/$**: 68627 patents.
*Hits **1** through **50** out of **68627***

[Next 50 Hits]

[Jump To] [____]

[Refine Search] [ccl/709/$]

| | PAT. NO. | Title |
|---|---|---|
| 1 | 8,448,257 | Method and system for controlling context-based wireless access to secured network resources |
| 2 | 8,448,250 | Method and apparatus for the transmission of confidential and non-confidential data |
| 3 | 8,448,249 | Methods and systems for using lambda transitions for processing regular expressions in intrusion-prevention systems |
| 4 | 8,448,245 | Automated identification of phishing, phony and malicious web sites |
| 5 | 8,448,232 | System, method, and computer program product for preventing communication of unwanted network traffic by holding only a last portion of the network traffic |
| 6 | 8,448,224 | Intercepting malicious access |
| 7 | 8,448,223 | Security management program, security management method, and portable terminal device |
| 8 | 8,448,217 | Computer program, method, and system for access control |
| 9 | 8,448,216 | Method and apparatus for orchestrating policies in service model of service-oriented architecture system |
| 10 | 8,448,185 | Method and system for dynamic discovery of services in a communication framework |
| 11 | 8,448,183 | Presentation layer application integration |
| 12 | 8,448,182 | System and method for pause and resume message operations on destinations |
| 13 | 8,448,180 | Distributed task system and distributed task management method |
| 14 | 8,448,166 | Automated state migration while deploying an operating system |
| 15 | 8,448,143 | System and method for message choreographies of services |
| 16 | 8,448,012 | Network fault manager |
| 17 | 8,447,973 | System, server, and device for providing contents |

18 8,447,954  T Parallel pipelined vector reduction in a data processing system
19 8,447,936  T Module state management in a virtual machine environment
20 8,447,928  T Electronic apparatus, server, and method for controlling electronic apparatus
21 8,447,887  T Method and apparatus for enabling a network interface to support multiple networks
22 8,447,886  T Collaborative online spreadsheet application
23 8,447,885  T User terminal system, digital rights management system including the user terminal system, and method of managing digital rights
24 8,447,884  T Methods for mapping virtual addresses to physical addresses in a network device and systems thereof
25 8,447,883  T Reducing energy consumption of servers
26 8,447,882  T Software router facilitating network communications between devices utilizing virtual network connections
27 8,447,881  T Load balancing for services
28 8,447,880  T Network stack instance architecture with selection of transport layers
29 8,447,879  T Secure in-band signaling method for mobility management crossing firewalls
30 8,447,878  T Receiving apparatus, transmitting apparatus, communication system, and method of detecting buffer setting of relay server
31 8,447,877  T Always-on wireless internet protocol communication
32 8,447,876  T Content timing method and system
33 8,447,875  T Unified cache and peer-to-peer method and apparatus for streaming media in wireless mesh networks
34 8,447,874  T Web page data streaming
35 8,447,873  T Managing object model communications
36 8,447,872  T Load balancing in a storage system
37 8,447,871  T Simplified method for processing multiple connections from the same client
38 8,447,870  T Wireless mesh networking in wagering game environments
39 8,447,869  T Feature set based content communications systems and methods
40 8,447,868  T Method for extending business systems to a mobile workforce
41 8,447,867  T Content display-playback system, content display-playback method, recording medium having content display-playback program recorded thereon, and operation control apparatus
42 8,447,866  T Network nodes that establish sessions using existing connections identified in a central database
43 8,447,865  T Optimal source interface selection
44 8,447,864  T Distributed differential store with non-distributed objects and compression-enhancing data-object routing
45 8,447,863  T Systems and methods for object recognition
46 8,447,862  T Global load balancing on a content delivery network
47 8,447,861  T Communication device, communication control method and program
48 8,447,860  T Storage area network with target side recognition and routing table upload
49 8,447,859  T Adaptive business resiliency computer system for information technology environments
50 8,447,858  T System for improving quality of service for wireless LANS

[Next List] [Top] [View Cart]
[Home] [Quick] [Advanced] [Pat Num] [Help]

# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**CCL/396/$**: 24511 patents.
*Hits **1** through **50** out of **24511***

[Next 50 Hits]

[Jump To] [____]

[Refine Search] ccl/396/$

| | PAT. NO. | Title |
|---|---|---|
| 1 | 8,447,180 | Imaging apparatus |
| 2 | 8,447,179 | Method and apparatus for applying multi-autofocusing (AF) using contrast AF |
| 3 | 8,447,178 | Image pickup apparatus and method for controlling image pickup apparatus |
| 4 | 8,446,672 | Vibration reduction apparatus with a center of gravity adjusting member to reduce detection errors and optical apparatus |
| 5 | 8,446,518 | Photographing apparatus and method to control auxiliary light emission |
| 6 | 8,446,516 | Generating and outputting video data from refocusable light field video data |
| 7 | 8,446,512 | Image forming optical system and electronic image pickup apparatus equipped with same |
| 8 | 8,446,478 | Vibration correcting device, lens barrel, and optical device |
| 9 | 8,444,333 | Developer, process for treating developing solution, process for producing printing plate, and filter apparatus |
| 10 | 8,444,332 | Lens barrier device and image pickup apparatus thereof |
| 11 | 8,444,331 | Camera module |
| 12 | 8,444,330 | In-magazine imaging device enclosure |
| 13 | 8,444,329 | Camera mounting structure, camera mounting method and exterior panel component of a vehicle |
| 14 | 8,443,513 | Substrate processing apparatus |
| 15 | 8,442,397 | Modulator, apparatus for obtaining light field data using modulator, and apparatus and method for processing light field data using modulator |
| 16 | 8,442,396 | Focus detection apparatus |
| 17 | 8,442,395 | Lens barrel, driving method thereof, and image pickup device |

18 8,442,394 T Imaging apparatus, flash device, and control method thereof
19 8,442,393 T Shake correction apparatus in digital camera
20 8,442,392 T Method and apparatus for operating the automatic focus or the optical imaging stabilizing system
21 8,441,749 T Shape memory alloy actuation apparatus
22 8,441,572 T Imaging device
23 8,439,581 T Shutter assembly
24 8,439,580 T Vibrating device and image equipment having the same
25 8,439,579 T Single-lens reflex camera using phase difference detection method
26 8,437,814 T Slide opening/closing device, method of restricting sliding movement of slide member, electronic apparatus, and mobile terminal device
27 8,437,631 T Imaging device and optical device
28 8,437,630 T Underwater camera housing
29 8,437,629 T Dual optical path prism and camera in a minimally invasive surgical system
30 8,437,096 T Optical device and optical instrument
31 8,436,935 T Image picking-up device with a moving focusing lens
32 8,436,933 T Image pickup system and lens apparatus
33 8,436,912 T Range measurement using multiple coded apertures
34 8,434,951 T Systems and methods for coupling a cover to an enclosure
35 8,434,950 T Aerial photography mount
36 8,434,423 T Substrate carrying apparatus having circumferential sidewall and substrate processing system
37 8,433,444 T Mirror and adjustment method therefor
38 8,433,188 T Actuator and camera module having same
39 8,433,187 T Distance estimation systems and method based on a two-state auto-focus lens
40 8,433,186 T Imaging apparatus, control apparatus, control method therefor, and recording medium
41 8,433,185 T Multiple anti-shake system and method thereof
42 8,432,481 T Image sensing apparatus that controls start timing of charge accumulation and control method thereof
43 8,432,479 T Range measurement using a zoom camera
44 8,432,478 T Image-taking apparatus including lens apparatus operable between housed state and image-taking state
45 8,432,446 T Camera assembly mounted on vehicle's number plate
46 8,432,251 T Secure biometric device
47 8,430,582 T Camera accessory, mount of camera accessory, camera body and mount of camera body
48 8,430,581 T Camera lens assembly and adaptation set
49 8,430,580 T Rotationally deployed actuators
50 8,430,579 T Camera module with molded tape flip chip imager mount and method of manufacture

[Next List] [Top] [View Cart]

[ Home ]  [ Quick ]  [ Advanced ]  [ Pat Num ]  [ Help ]