# EXHIBIT 20

United States Patent and Trademark Office **PATENTS**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Patents** > Guidance, Tools, and Manuals >> Classification >>> Class Definition

Class Numbers & Titles   |   Class Numbers Only   |   USPC Index   |   International   |   HELP

You are viewing a Class definition.

# CLASS 396, PHOTOGRAPHY

Click here for a printable version of this file

### SECTION I - CLASS DEFINITION

GENERAL STATEMENT OF THE CLASS SUBJECT MATTER

A. This class provides for photographic apparatus not classified elsewhere, generally for recording a picture made by a source of light on a photographic medium.

B. This class also includes fluid-treating apparatus for development of film.

C. This class will not receive for original placement a patent claiming alternative embodiments, one of a type proper for this class and one of a type related to another recording class. Patents claiming alternative embodiments will be placed in the class that provides for the alternative and crossed in the appropriate subclass in this class. This class will receive a patent disclosing two types of recording devices when the claims are general or related to this class.

D. Subcombinations of picture recording apparatus not otherwise provided for, such as a removable film-holder unit, hood, camera housing, and camera setting indicator or legend, are classified here.

E. Also classified here are certain accessories related to photography not otherwise provided for such as studio structure (e.g., background, photographic model, or support, etc.), camera mounting or rest, camera attachment (e.g., a vignetter), retouching, or burnishing device.

F. Nonchemical processes involving photographic apparatus of sections A-E, Class Definition, General Statement of the Class Subject Matter, above (e.g., operating such apparatus) are included in this class. See References to Other Classes, below, for processes of radiation imagery chemistry.

### SECTION II - LINES WITH OTHER CLASSES AND WITHIN THIS CLASS

Excluded from Class 396 is subject matter relating to image recording of an original or carrier which is developed by toner and video cameras utilizing a semiconductive or CCD device. Such subject matter may be found elsewhere. See below for the line between Class 396 and Class 348.

LINE BETWEEN CLASS 396 and CLASS 348

Class 396 will receive for original placement a patent disclosing both Class 396 and Class 348 devices when the claims are general or directed only towards Class 396 subject matter and are otherwise proper therefor.

Class 396 will not receive for original placement a patent claiming alternative embodiments, one of