1   JOSH A. KREVITT (CA SBN 208552)        WILLIAM F. LEE (*pro hac vice*)
    jkrevitt@gibsondunn.com                 william.lee@wilmerhale.com
2   H. MARK LYON (CA SBN 162061)            WILMER CUTLER PICKERING
    mlyon@gibsondunn.com                      HALE AND DORR LLP
3   GIBSON, DUNN & CRUTCHER LLP             60 State Street
    1881 Page Mill Road                     Boston, Massachusetts  02109
4   Palo Alto, California  94304-1211       Telephone:  (617) 526-6000
    Telephone:  (650) 849-5300              Facsimile:  (617) 526-5000
5   Facsimile:  (650) 849-5333

6   MICHAEL A. JACOBS (CA SBN 111664)       MARK D. SELWYN (CA SBN 244180)
    mjacobs@mofo.com                        mark.selwyn@wilmerhale.com
7   RICHARD S.J. HUNG (CA SBN 197425)       WILMER CUTLER PICKERING
    rhung@mofo.com                            HALE AND DORR LLP
8   MORRISON & FOERSTER LLP                 950 Page Mill Road
    425 Market Street                       Palo Alto, California  94304
9   San Francisco, California  94105-2482   Telephone:  (650) 858-6000
    Telephone:  (415) 268-7000              Facsimile:  (650) 858-6100
10  Facsimile:  (415) 268-7522

11  *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

12

13                      UNITED STATES DISTRICT COURT

                     NORTHERN DISTRICT OF CALIFORNIA

14                           SAN JOSE DIVISION

15

16  APPLE INC., a California corporation,

17              Plaintiff,

18        vs.                                   Case No. 12-cv-00630-LHK (PSG)

19  SAMSUNG ELECTRONICS CO., LTD., a        **APPLE'S ADMINISTRATIVE MOTION
    Korean business entity; SAMSUNG         TO FILE DOCUMENTS UNDER SEAL**
20  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
21  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
22
23              Defendants.

24

25

26

27

28

ActiveUS 110259578v.2

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") hereby moves to seal the following documents:

1.     Declaration of Yan Arrouye in Support of Apple Inc.'s Opposition to Samsung's Motion to Compel Documents and Source Code ("Apple's Opposition");

2.     Declaration of Michael Chu in Support of Apple's Opposition;

3.     Declaration of Eric Krugler in Support of Apple's Opposition;

4.     Declaration of Darren Lew in Support of Apple's Opposition;

5.     Declaration of Olagappan Manickam in Support of Apple's Opposition;

6.     Declaration of Garrick McFarlane in Support of Apple's Opposition;

7.     Declaration of Arvind Shenoy in Support of Apple's Opposition;

Apple has established good cause to file the foregoing documents under seal through the Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Documents Under Seal, filed herewith.

Apple's filing, including the complete and unredacted versions of the foregoing documents, will be lodged with the Court for *in camera* review and served on Samsung.  Further, in accordance with this Court's Civil Standing Order Regarding Motions to File Under Seal, proposed public redacted versions of all the documents listed above will be publicly e-filed as attachments to this motion.

1

2  Dated:  May 23, 2013

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILMER CUTLER PICKERING
HALE AND DORR LLP

*/s/ Mark D. Selwyn*
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and*
*Counterclaim-Defendant Apple Inc.*

ActiveUS 110259578v.2

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 23, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

Apple's Administrative Motion to
File Documents Under Seal
Case No. 12-cv-00630-LHK (PSG)

ActiveUS 110259578v.2