| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Peter J. Kolovos, hereby declare as follows:

1.      I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation.  I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action.  I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2.      The Declaration of Yan Arrouye in Support of Apple Inc.'s Opposition to Samsung's Motion to Compel Documents and Source Code ("Apple's Opposition") contains the name of an Apple source code library and source code project.  The Court has previously allowed parties to seal such information.  *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (August 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 8) (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011).)

3.      The Declaration of Michael Chu in Support of Apple's Opposition contains the confidential name of a Service defined and implemented by Apple's source code and confidential names for the versions of certain source code functionality.  The Court has previously allowed parties to seal such information.  *See id.*

4.      The Declaration of Eric Krugler in Support of Apple's Opposition contains the confidential names for the versions of certain source code functionality.  The Court has previously allowed parties to seal such information.  *See id.*

5.      The Declaration of Darren Lew in Support of Apple's Opposition contains the confidential names for the versions of certain source code functionality.  The Court has previously allowed parties to seal such information.  *See id.*

6.      The Declaration of Olagappan Manickam in Support of Apple's Opposition contains the confidential names for the versions of certain source code functionality.  The Court has previously allowed parties to seal such information.  *See id.*

7.      The Declaration of Garrick McFarlane in Support of Apple's Opposition contains the confidential name of a Service defined and implemented by Apple's source code and

ActiveUS 110266331v.2

1 confidential names for the versions of certain source code functionality.  The Court has
2 previously allowed parties to seal such information.  *See id.*
3     8. The Declaration of Arvind Shenoy in Support of Apple's Opposition contains the
4 confidential names for the versions of certain source code functionality.  The Court has
5 previously allowed parties to seal such information.  *See id.*
6     9. The relief requested by Apple is necessary and narrowly tailored to protect
7 confidential information regarding Apple's source code.
8     10. Pursuant to L.R. 79-5 and General Order No. 62, a copy of the unredacted version
9 of these declarations will be been lodged with the Court for *in camera* review and served on
10 Samsung.
11     11. I declare under the penalty of perjury under the laws of the United States of
12 America that the foregoing is true and correct to the best of my knowledge and that this
13 Declaration was executed this 23rd day of May, 2013, in Boston, Massachusetts.

Dated:  May 23, 2013      */s/ Peter J. Kolovos*
    Peter J. Kolovos

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 23, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated: May 23, 2013

/s/ Mark D. Selwyn
Mark D. Selwyn