| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) jkrevitt@gibsondunn.com H. MARK LYON (CA SBN 162061) mlyon@gibsondunn.com GIBSON, DUNN & CRUTCHER LLP 1881 Page Mill Road Palo Alto, California  94304-1211 Telephone:  (650) 849-5300 Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) william.lee@wilmerhale.com WILMER CUTLER PICKERING   HALE AND DORR LLP 60 State Street Boston, Massachusetts  02109 Telephone:  (617) 526-6000 Facsimile:  (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) mjacobs@mofo.com RICHARD S.J. HUNG (CA SBN 197425) rhung@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, California  94105-2482 Telephone:  (415) 268-7000 Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) mark.selwyn@wilmerhale.com WILMER CUTLER PICKERING   HALE AND DORR LLP 950 Page Mill Road Palo Alto, California  94304 Telephone:  (650) 858-6000 Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br>           Plaintiff, <br><br>     vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br>           Defendants. | Case No. 12-cv-00630-LHK <br><br> **DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF SOURCE CODE FOR ALL ACCUSED PRODUCTS** |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Attached hereto as **Exhibit A** is a true and accurate copy of Samsung Telecommunications America, LLC, Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s Opposition to Nazomi's Motion to Compel Discovery, dated May 3, 2012, Dkt. No. 179, from *Nazomi Communications, Inc. v. Samsung Telecommunications America, LLC, et al.*, Case No. 10-cv-5545-RMW (N.D. Cal.).

3. Attached hereto as **Exhibit B** is a true and accurate copy of a letter from Michael L. Fazio to Peter J. Kolovos, dated March 1, 2013.

4. Attached hereto as **Exhibit C** is a true and accurate copy of the L.R. 37-2 Joint Stipulation Regarding InTouch Technologies, Inc.'s Motion to Compel Production of Documents and Source Code, dated April 9, 2012, Dkt. No. 29, from *InTouch Technologies, Inc. v. VGO Communications, Inc.*, Case No. 11-cv-9185-AJWx (C.D. Cal.).

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 23rd day of May, 2013, in Boston, Massachusetts.

Dated:  May 23, 2013          */s/ Peter J. Kolovos*
                               Peter J. Kolovos

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 23, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated: May 23, 2013          */s/ Mark D. Selwyn*
                             Mark D. Selwyn