```
JOSH A. KREVITT (CA SBN 208552)           WILLIAM F. LEE (pro hac vice)
jkrevitt@gibsondunn.com                    william.lee@wilmerhale.com
H. MARK LYON (CA SBN 162061)              WILMER CUTLER PICKERING
mlyon@gibsondunn.com                        HALE AND DORR LLP
GIBSON, DUNN & CRUTCHER LLP               60 State Street
1881 Page Mill Road                       Boston, Massachusetts 02109
Palo Alto, California 94304-1211          Telephone: (617) 526-6000
Telephone: (650) 849-5300                 Facsimile: (617) 526-5000
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)         MARK D. SELWYN (CA SBN 244180)
mjacobs@mofo.com                          mark.selwyn@wilmerhale.com
RICHARD S.J. HUNG (CA SBN 197425)         WILMER CUTLER PICKERING
rhung@mofo.com                              HALE AND DORR LLP
MORRISON & FOERSTER LLP                   950 Page Mill Road
425 Market Street                         Palo Alto, California 94304
San Francisco, California 94105-2482      Telephone: (650) 858-6000
Telephone: (415) 268-7000                 Facsimile: (650) 858-6100
Facsimile: (415) 268-7522
```

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF ERICA ATWELL IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE** |

Declaration of Erica Atwell
Case No. 12-cv-00630 (LHK)

ActiveUS 109645868v.1

I, Erica Atwell, hereby declare as follows:

1. I am an IP Litigation Counsel at Apple Inc. ("Apple"). I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows.

2. I am familiar with the process that Apple has used in the above-captioned case to make available Apple source code on specially-designed source code computers for review by Samsung's source code reviewers.

3. As part of the process, numerous Apple engineers have identified source code that relates to functionalities within their area of expertise.

4. After the source code has been identified, it is uploaded to a secure server within Apple for deployment to specially-designed source code computers.

5. I have reviewed the 35 engineer declarations being filed today in support of Apple's opposition to Samsung's motion to compel.

6. The Apple source code collected based on Apple engineers' identification is available on the source code computers at the Palo Alto office of Apple's outside counsel, WilmerHale. Apple has sought consent to make source code belonging to three third parties collected based on Apple engineers' identification available for inspection by May 29, 2013.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this Declaration was executed this 23rd day of May, 2013, in Sunnyvale, California.

Dated: May 23, 2013

*Erica Atwell*
Erica Atwell

Declaration of Erica Atwell
Case No. 12-cv-00630 (LHK)

1

ActiveUS 109645868v.1