| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) jkrevitt@gibsondunn.com H. MARK LYON (CA SBN 162061) mlyon@gibsondunn.com GIBSON, DUNN & CRUTCHER LLP 1881 Page Mill Road Palo Alto, California 94304-1211 Telephone: (650) 849-5300 Facsimile: (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) william.lee@wilmerhale.com WILMER CUTLER PICKERING   HALE AND DORR LLP 60 State Street Boston, Massachusetts 02109 Telephone: (617) 526-6000 Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) mjacobs@mofo.com RICHARD S.J. HUNG (CA SBN 197425) rhung@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, California 94105-2482 Telephone: (415) 268-7000 Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) mark.selwyn@wilmerhale.com WILMER CUTLER PICKERING   HALE AND DORR LLP 950 Page Mill Road Palo Alto, California 94304 Telephone: (650) 858-6000 Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>         Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF JOHN P. PETTIT IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL COMPLETE PRODUCTION OF SOURCE CODE FOR ALL ACCUSED PRODUCTS** |

I, John P. Pettit, hereby declare as follows:

1.     I am an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2.     I am familiar with the details of the source code review machines and their use for the review of source code by Samsung's source code reviewers.

3.     In accordance with Patent Local Rule 4-2, Apple made available a substantial portion of source code to Samsung on August 10, 2012, and has since supplemented that production multiple times, including on September 28, 2012, October 11, 2012, November 9, 2012, December 20, 2012, February 4, 2013, April 16, 2013, May 7, 2013, May 11, 2013, May 17, 2013, May 20, 2013, May 22, 2013, and May 23, 2013. Samsung was notified within one day of each supplemental production of source code that occurred after the parties agreed on February 6, 2013 to provide such notification.

4.     Apple has produced the source code for the relevant accused functionalities across about 40 different versions of Mac OS X, 43 iOS releases, as well as over 20 different server code releases. These versions include the following: iOS versions 2.0, 2.0.1, 2.0.2, 2.1, 2.2, 2.2.1, 3.0, 3.0.1, 3.1, 3.1.2, 3.1.3, 3.2, 3.2.1, 3.2.2, 4.0, 4.0.1, 4.0.2, 4.1, 4.2, 4.2.1, 4.2.5, 4.2.6, 4.2.7, 4.2.8, 4.2.9, 4.2.10, 4.3, 4.3.1, 4.3.2, 4.3.3, 4.3.4, 4.3.5, 5.0, 5.0.1, 5.1, 5.1.1, 6.0, 6.0.1, 6.0.2, 6.1, 6.1.1, 6.1.2, and 6.1.3; and Mac OS X versions 10.4, 10.4.1, 10.4.2, 10.4.3, 10.4.4, 10.4.5, 10.4.6, 10.4.7, 10.4.8, 10.4.9, 10.4.10, 10.5, 10.5.1, 10.5.2, 10.5.3, 10.5.4, 10.5.5, 10.5.6, 10.5.7, 10.5.8, 10.6, 10.6.1, 10.6.2, 10.6.3, 10.6.4, 10.6.5, 10.6.6, 10.6.7, 10.6.8, 10.7, 10.7.1, 10.7.2, 10.7.3, 10.7.4, 10.7.5, 10.8, 10.8.1, 10.8.2, and 10.8.3.

5.     To date, Apple has made more than one million source code files available to Samsung for inspection (which would fill over 4000 boxes in printed form), consisting of more than 500 million lines of code.

ActiveUS 110239164v.1

6. Samsung first sent one of its reviewers to review the source code on October 12, 2012. Samsung has since sent a reviewer to review the source code over 50 times – more than 30 of those trips have occurred in April and May 2013.

7. Apple has also made available on the source code machines Intel code related to the functionalities of forming the MAC-e PDU and performing non-scheduled transmission.

8. The 35 engineers submitting the declarations provided approximately the following number of source code and related files: Joe Abuan (3,900), Thomas Alsina (59,300), Yan Arrouye (39,800), Cristobal Baray (58,600), Andre Boule (350), Greg Chapman (258,000), Michael Chu (300), Dallas De Atley (28,000), Friedrich Drees (940,000), Deborah Goldsmith (500), Harry Guo (1,500), John Harper (17,000), David Heller (2,700), Justin Henzie (42,000), Brittany Hughes (47,000), Alexei Kosut (2,600), Eric Krugler (77,000), Darren Lew (12,000), Olagappan Manickam (7,300), Garrick McFarlane (550), Matt Mora (13,700), Chris Mullens (3,700), Srini Nimmala (80), Nima Parivar (14,000), Adele Peterson (24,000), Dave Rahardja (3,800), Joshua Shaffer (163,000), Meera Shah and Justin Titi (44,900), Arvind Shenoy (45,000), Rolf Toft (52,000), Robert Ulrich (6,200), Ed Voas (66,000), Justin Wood (114,000), Hsi-Jung Wu (9,300).

9. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 23rd day of May, 2013, in Palo Alto, California.

Dated: May 23, 2013          */s/ John P. Pettit*
                              John P. Pettit

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 23, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ *Mark D. Selwyn*
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that John P. Pettit has concurred in this filing.

Dated:  May 23, 2013         /s/ *Mark D. Selwyn*
Mark D. Selwyn