| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **DECLARATION OF JOHN WRIGHT IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE** |

Declaration of John Wright
Case No. 12-cv-00630 (LHK)

I, John Wright, hereby declare as follows:

1. I have been employed at Apple since 2004.  Prior to joining Apple, I worked at Motorola, Data General, Silicon Graphics, and Sun Microsystems, among other companies, with a focus on software development of operating systems across diverse platforms.  I received a B.S. degree in computer science from the University of Illinois.

2. As Senior Director at Apple, my responsibilities include software development, security, and management of Apple's iPhone Operating System (iOS) and Mac OS X.

3. The currently shipping versions of iOS, OS X, iTunes, and iCloud each contain tens of millions of lines of code.  Apple has thousands of employees devoted to the development and maintenance of iOS, OS X, iTunes, and iCloud code, although few have access to the code in its entirety.

4. Apple's iOS, OS X, iTunes, and iCloud source code are highly confidential, sensitive, and proprietary trade secrets, and comprise core assets of Apple's business.  Apple's iOS, OS X, iTunes, and iCloud code differentiate its products from competing products and provide rich and powerful computing environments to Apple's customers that are unique in the market.  Apple's source code is extremely valuable to Apple, and its competitive sensitivity could not be greater.  Apple derives tens of billions of dollars in revenue each year from devices running Apple's confidential iOS, OS X, iTunes, and iCloud source code.

5. Apple's source code is provided the utmost level of protection and security within Apple.  Physical and logical access to the code is limited to select groups of authorized Apple employees, with access being provided only as to portions of code and on a need-to-know basis.  Access to such source code is strictly limited to employees directly involved in software development, management and security.  The employees with access must be approved by management as authorized employees, and receive unique access and security codes and passwords allowing them to review portions of the source code, maintained in highly secure depositories at Apple.

6.  Apple also has significant obligations to keep the copyrighted content of other third parties, entrusted to Apple, secure.  For example, Apple's digital rights management (DRM) software, included as part of the iPhone OS kernel, is extraordinarily sensitive code that is used to prevent unauthorized copying of music and movies purchased from Apple's iTunes store.  There are significant assets belonging to third parties (such as movie studios and record labels) stored on Apple's iTunes Store servers.  Such third parties expect effective DRM if their media are to be distributed over the Internet.  Because of these reasons, and because of its importance to Apple's business, Apple strictly limits access to this DRM code, even inside the company.  At present there are fewer than 15 people in Apple with access to this source code.  Apple's iOS and OS X operating systems also protect personal information of Apple's customers.

7.  In addition, third parties provide some of the code that makes up iOS and OS X.  For example, portions of the code responsible for graphics processing are provided by third parties.  Apple owes such parties a contractual obligation to keep their source code confidential.

8.  I understand the parties to this litigation have agreed to procedures circumscribing access to source code, limiting its disclosure to particular source code machines and to particular outside consultants and counsel.  It remains the case that any disclosure of source code outside Apple carries with it a risk of further, unauthorized disclosure.  For this reason, in litigation. Apple takes great pains to identify and produce only the source code relevant to the issues in dispute.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 17th day of May, 2013, in Cupertino, California.

Dated:  May 17, 2013

_____
John Wright