1  JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
4  Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
5  Facsimile:  (650) 849-5333

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

6  MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
7  RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
8  MORRISON & FOERSTER LLP
425 Market Street
9  San Francisco, California  94105-2482
Telephone:  (415) 268-7000
10  Facsimile:  (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

11  *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

12  **UNITED STATES DISTRICT COURT**

13  **NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

14

APPLE INC., a California corporation,

15

Plaintiff,

16

17  vs.

18  SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
19  ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
20  TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,
21

22  Defendants.

Case No. 12-cv-00630-LHK

**DECLARATION OF JOE ABUAN IN
SUPPORT OF APPLE INC.'S
OPPOSITION TO SAMSUNG'S MOTION
TO COMPEL DOCUMENTS AND
SOURCE CODE**

23

24

25

26

27

28

Declaration of Joe Abuan
Case No. 12-cv-00630 (LHK)

ActiveUS 109089697v.1

1  I, Joe Abuan, hereby declare as follows:

2      1.      I am a Software Engineering Manager at Apple Inc. ("Apple"), and am part of the
3  team responsible for networking/audio/video integration for FaceTime.  I joined Apple in 2002
4  and have been working in the IMG Video team since 2002.

5      2.      Based on my work experience at Apple, I have personal knowledge of the facts
6  set forth in this declaration.

7      3.      I understand that, as part of its discovery obligations, Apple must produce source
8  code for certain functionality in Apple iOS and Mac computer products.

9      4.      As part of my responsibilities at Apple, I am familiar with the FaceTime source
10  code that performs the function of 1) in iOS, setting up a FaceTime call and sending and
11  receiving video, and 2) in OS X, receiving, processing, and playback of FaceTime video.

12     5.      I identified the source code responsible for the first function in the following iOS
13  versions: 6.0, 6.0.1, 6.0.2, 6.1, 6.1.1, 6.1.2, and 6.1.3.

14     6.      I identified the source code responsible for the second function in the following
15  OS X versions: 10.6.6, 10.6.7, 10.6.8, 10.7, 10.7.1, 10.7.2, 10.7.3, 10.7.4, 10.7.5, 10.8, 10.8.1,
16  10.8.2, and 10.8.3

17         I declare under the penalty of perjury under the laws of the United States of America that
18  the forgoing is true and correct to the best of my knowledge, and that this Declaration was
19  executed this 14th day of May, 2013, in Cupertino, California.

20

21

22  Dated: May14, 2013                                    Joe Abuan

23

24

25

26

27

28

Declaration of Joe Abuan
Case No. 12-cv-00630 (LHK)

1

ActiveUS 109089697v.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Joe Abuan
Case No. 12-cv-00630 (LHK)

ActiveUS 109089697v.1