1   JOSH A. KREVITT (CA SBN 208552)
    jkrevitt@gibsondunn.com
2   H. MARK LYON (CA SBN 162061)
    mlyon@gibsondunn.com
3   GIBSON, DUNN & CRUTCHER LLP
    1881 Page Mill Road
4   Palo Alto, California  94304-1211
    Telephone:  (650) 849-5300
5   Facsimile:  (650) 849-5333

6   MICHAEL A. JACOBS (CA SBN 111664)
    mjacobs@mofo.com
7   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
8   MORRISON & FOERSTER LLP
    425 Market Street
9   San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
10  Facsimile:  (415) 268-7522

    WILLIAM F. LEE (*pro hac vice*)
    william.lee@wilmerhale.com
    WILMER CUTLER PICKERING
       HALE AND DORR LLP
    60 State Street
    Boston, Massachusetts  02109
    Telephone:  (617) 526-6000
    Facsimile:  (617) 526-5000

    MARK D. SELWYN (CA SBN 244180)
    mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
       HALE AND DORR LLP
    950 Page Mill Road
    Palo Alto, California  94304
    Telephone:  (650) 858-6000
    Facsimile:  (650) 858-6100

11  *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

12  **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**
13  **SAN JOSE DIVISION**

14

15  APPLE INC., a California corporation,

            Plaintiff,
16

17       vs.                                      Case No. 12-cv-00630-LHK

18  SAMSUNG ELECTRONICS CO., LTD., a      **DECLARATION OF THOMAS ALSINA**
    Korean business entity; SAMSUNG        **IN SUPPORT OF APPLE INC.'S**
19  ELECTRONICS AMERICA, INC., a New       **OPPOSITION TO SAMSUNG'S MOTION**
    York corporation; SAMSUNG              **TO COMPEL DOCUMENTS AND**
20  TELECOMMUNICATIONS AMERICA,            **SOURCE CODE**
    LLC, a Delaware limited liability company,
21

22          Defendants.

23

24

25

26

27

28  _____
                                                  Declaration of Thomas Alsina
                                                  Case No. 12-cv-00630 (LHK)

ActiveUS 109090300v.1

1    I, Thomas Alsina, hereby declare as follows:

2        1.      I am an engineering manager at Apple Inc. ("Apple"), and am part of the team

3    responsible for media applications and stores on iOS.  I joined Apple in 2001 and have been

4    working in the iOS division since 2009.

5        2.      Based on my work experience at Apple, I have personal knowledge of the facts

6    set forth in this declaration.

7        3.      I understand that, as part of its discovery obligations, Apple must produce source

8    code for certain functionality in Apple iOS products.

9        4.      As part of my responsibilities at Apple, I am familiar with the source code for the

10   Music app, including the user interface and email functionality.  I am also familiar with the

11   source code for the functionality of displaying volume controls in the MediaPlayer library.

12       5.      I identified the source code for the Music app and the MediaPlayer functionality

13   in the following iOS versions: 2.0, 2.0.1, 2.0.2, 2.1, 2.2, 2.2.1, 3.0, 3.0.1, 3.1, 3.1.2, 3.1.3, 3.2,

14   3.2.1, 3.2.2, 4.0, 4.0.1, 4.0.2, 4.1, 4.2, 4.2.1, 4.2.5, 4.2.6, 4.2.7, 4.2.8, 4.2.9, 4.2.10, 4.3, 4.3.1,

15   4.3.2, 4.3.3, 4.3.4, 4.3.5, 5.0, 5.0.1, 5.1, 5.1.1, 6.0, 6.0.1, 6.0.2, 6.1, 6.1.1, 6.1.2, and 6.1.3.

16

17       I declare under the penalty of perjury under the laws of the United States of America that

18   the forgoing is true and correct to the best of my knowledge, and that this Declaration was

19   executed this 15th day of May, 2013, in Cupertino, California.

20

21

22   Dated:  May 15, 2013                              _____
                                                        Thomas Alsina

23

24

25

26

27

28
     _____
                                                        Declaration of Thomas Alsina
                                    1                    Case No. 12-cv-00630 (LHK)

     ActiveUS 109090300v.1