JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

APPLE INC., a California corporation,

   Plaintiff,

   vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

   Defendants.

Case No. 12-cv-00630-LHK

**DECLARATION OF FRIEDRICH DREES IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE**

Declaration of Friedrich Drees
Case No. 12-cv-00630 (LHK)

ActiveUS 109090593v.1

I, Friedrich Drees, hereby declare as follows:

1. I am a Software Engineer at Apple Inc. ("Apple"), and am part of the team responsible for Movie Playback. I joined Apple in 2001 and have been working in the IMG group since 2005.

2. Based on my work experience at Apple, I have personal knowledge of the facts set forth in this declaration.

3. I understand that, as part of its discovery obligations, Apple must produce source code for certain functionality in Apple Macintosh computer products.

4. As part of my responsibilities at Apple, I am familiar with the source code that handles the function of playback of video in OS X.

5. I identified the source code responsible for the QuickTime framework in the following OS X versions: 10.4, 10.4.1, 10.4.2, 10.4.3, 10.4.4, 10.4.5, 10.4.6, 10.4.7, 10.4.8, 10.4.10, 10.4.11, 10.5, 10.5.1, 10.5.2, 10.5.3, 10.5.4, 10.5.5, 10.5.6, 10.5.7, 10.5.8, 10.6, 10.6.1, 10.6.2, 10.6.3, 10.6.4, 10.6.5, 10.6.6, 10.6.7, 10.6.8, 10.7, 10.7.1, 10.7.2, 10.7.3, 10.7.4, 10.7.5, 10.8, 10.8.1, 10.8.2, and 10.8.3. I have been unable to locate the source code responsible for the QuickTime framework for OS X version 10.4.9.

6. I identified the source code responsible for the CoreMedia framework in the following OS X versions: 10.5, 10.5.2, 10.5.4, 10.5.5, 10.5.6, 10.5.7, 10.5.8, 10.6, 10.6.1, 10.6.2, 10.6.3, 10.6.4, 10.6.5, 10.6.6, 10.6.7, 10.6.8, 10.7, 10.7.1, 10.7.2, 10.7.3, 10.7.4, 10.7.5, 10.8, 10.8.1, 10.8.2, and 10.8.3. I have been unable to locate the source code responsible for the CoreMedia framework for OS X versions 10.5.1 and 10.5.3.

1  I declare under the penalty of perjury under the laws of the United States of America that
2  the forgoing is true and correct to the best of my knowledge, and that this Declaration was
3  executed this 22nd day of May, 2013, in Cupertino, California.

Dated: May 22, 2013

_____
Friedrich Drees