JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

APPLE INC., a California corporation,

    Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

    Defendants.

Case No. 12-cv-00630-LHK

**DECLARATION OF CHRIS MULLENS IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE**

Declaration of Chris Mullens
Case No. 12-cv-00630 (LHK)

ActiveUS 109088651v.1

I, Chris Mullens, hereby declare as follows:

1. I am a Firmware Engineering Manager at Apple Inc. ("Apple"), and am part of the team responsible for the Multi-Touch Technology. I joined Apple in 2005 and have been working in the Human Interface Devices Software/Firmware team since 2005.

2. Based on my work experience at Apple, I have personal knowledge of the facts set forth in this declaration.

3. I understand that, as part of its discovery obligations, Apple must produce source code for certain functionality in Apple iOS products.

4. As part of my responsibilities at Apple, I am familiar with the firmware for the multi-touch panel of capturing and processing touch data.

5. I identified source code responsible for that firmware in the following iOS versions: 2.0, 2.0.1, 2.0.2, 2.1, 2.2, 2.2.1, 3.0, 3.0.1, 3.1, 3.1.2, 3.1.3, 3.2, 3.2.1, 3.2.2, 4.0, 4.0.1, 4.0.2, 4.1, 4.2, 4.2.1, 4.2.5, 4.2.6, 4.2.7, 4.2.8, 4.2.9, 4.2.10, 4.3, 4.3.1, 4.3.2, 4.3.3, 4.3.4, 4.3.5, 5.0, 5.0.1, 5.1, 5.1.1, 6.0, 6.0.1, 6.0.2, 6.1, 6.1.1, 6.1.2, and 6.1.3.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge, and that this Declaration was executed this 15 day of May, 2013, in Cupertino, California.

Dated: May 15, 2013

Chris Mullens

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 15, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

_____
Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Chris Mullens has concurred in this filing.

Dated: May 15, 2013

_____
Mark D. Selwyn

Declaration of Chris Mullens
Case No. 12-cv-00630 (LHK)
2

ActiveUS 109088651v.1