1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, California 94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333

6  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
7  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
10 Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

11 *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

APPLE INC., a California corporation,

                    Plaintiff,

        vs.

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

                    Defendants.

Case No. 12-cv-00630-LHK

**DECLARATION OF SRINIVASAN
NIMMALA IN SUPPORT OF APPLE
INC.'S OPPOSITION TO SAMSUNG'S
MOTION TO COMPEL DOCUMENTS
AND SOURCE CODE**

Declaration of Srinivasan Nimmala
Case No. 12-cv-00630 (LHK)

ActiveUS 109357678v.1

1   I, Srinivasan Nimmala, hereby declare as follows:

2        1.     I am software engineer at Apple Inc. ("Apple"), where my responsibilities include

3   design and implementation of cellular software code.  I joined Apple in November of 2010, and

4   have been working in the Wireless Technologies group since I joined Apple.

5        2.     Based on my work experience at Apple, I have personal knowledge of the facts

6   set forth in this declaration.

7        3.     I understand that, as part of its discovery obligations, Apple must produce source

8   code for certain functionality in Apple iOS products.

9        4.     As part of my responsibilities at Apple, I am familiar with the baseband software

10  for the Qualcomm MDM6610 baseband chipset used in the accused iPhone 4S device; the

11  Qualcomm MDM9600/9610 baseband chipset used in the accused iPad (3rd gen.) device; and

12  Qualcomm MDM9615 baseband chipset used in the accused iPhone 5, iPad (4th gen.), and iPad

13  mini devices, including certain functionality, such as forming MAC-e PDU and Scheduling

14  Information for UMTS Enhanced Uplink and non-scheduled transmission related to HARQ

15  processes.

16       5.     I identified and provided to Apple's counsel the source code responsible for that

17  functionality.  I also provided to Apple's counsel specific files that I understand that Samsung

18  had requested from Apple.

19

20       I declare under the penalty of perjury under the laws of the United States of America that

21  the forgoing is true and correct to the best of my knowledge, and that this Declaration was

22  executed this 17th day of May, 2013, in Cupertino, California.

23

24

25  Dated:  May 17, 2013              _N. Srinivasan_

                              Srinivasan Nimmala

26

27

28

                                               Declaration of Srinivasan Nimmala
                         1                           Case No. 12-cv-00630 (LHK)