```
JOSH A. KREVITT (CA SBN 208552)              WILLIAM F. LEE (pro hac vice)
jkrevitt@gibsondunn.com                      william.lee@wilmerhale.com
H. MARK LYON (CA SBN 162061)                 WILMER CUTLER PICKERING
mlyon@gibsondunn.com                           HALE AND DORR LLP
GIBSON, DUNN & CRUTCHER LLP                  60 State Street
1881 Page Mill Road                          Boston, Massachusetts 02109
Palo Alto, California 94304-1211             Telephone: (617) 526-6000
Telephone: (650) 849-5300                    Facsimile: (617) 526-5000
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)            MARK D. SELWYN (CA SBN 244180)
mjacobs@mofo.com                             mark.selwyn@wilmerhale.com
RICHARD S.J. HUNG (CA SBN 197425)            WILMER CUTLER PICKERING
rhung@mofo.com                                 HALE AND DORR LLP
MORRISON & FOERSTER LLP                      950 Page Mill Road
425 Market Street                            Palo Alto, California 94304
San Francisco, California 94105-2482         Telephone: (650) 858-6000
Telephone: (415) 268-7000                    Facsimile: (650) 858-6100
Facsimile: (415) 268-7522
```

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **DECLARATION OF DAVE RAHARDJA IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE** |

ActiveUS 109592341v.1

I, Dave Rahardja, hereby declare as follows:

1. I am a Software Engineer at Apple Inc. ("Apple"), and am part of the team responsible for iOS Apps & Frameworks. I joined Apple in 2009 and have been working in the iOS Apps & Frameworks team since 2009.

2. Based on my work experience at Apple, I have personal knowledge of the facts set forth in this declaration.

3. I understand that, as part of its discovery obligations, Apple must produce source code for certain functionality in Apple iOS products.

4. As part of my responsibilities at Apple, I am familiar with the source code that performs the function of transferring Photo Stream content from or to an iOS device.

5. I identified source code responsible for that function in the following iOS versions: 5.0, 5.0.1, 5.1, 5.1.1, 6.0, 6.0.1, 6.0.2, 6.1, 6.1.1, 6.1.2, and 6.1.3.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge, and that this Declaration was executed this 20th day of May, 2013, in Cupertino, California.

Dated: May 20th, 2013

_____
Dave Rahardja