1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, California 94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333

6  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
7  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
10 Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

11 *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

12            UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
13               SAN JOSE DIVISION

14

15 APPLE INC., a California corporation,

16        Plaintiff,

17    vs.

18 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
19 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
20 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
21

22        Defendants.

23

Case No. 12-cv-00630-LHK

**DECLARATION OF JOSH SHAFFER IN
SUPPORT OF APPLE INC.'S
OPPOSITION TO SAMSUNG'S MOTION
TO COMPEL DOCUMENTS AND
SOURCE CODE**

24

25

26

27

28

_____
                          Declaration of Josh Shaffer
                          Case No. 12-cv-00630 (LHK)

1    I, Josh Shaffer, hereby declare as follows:

2        1.        I am a Software Development Manager 3 at Apple Inc. ("Apple"), and was part of

3    the team responsible for aspects of the iOS UIKit framework.  I joined Apple in 2005 and have

4    been working in the iOS Frameworks group since 2008.

5        2.        Based on my work experience at Apple, I have personal knowledge of the facts

6    set forth in this declaration.

7        3.        I understand that, as part of its discovery obligations, Apple must produce source

8    code for certain functionality in Apple iOS products.

9        4.        As part of my responsibilities at Apple, I am familiar with the source code that

10   performs the functions of displaying the text loupe as well as handling touch events in UIKit.

11       5.        I identified the source code repositories for source code responsible for those

12   functions in the following iOS versions: 2.0, 2.0.1, 2.0.2, 2.1, 2.2, 2.2.1, 3.0, 3.0.1, 3.1, 3.1.2,

13   3.1.3, 3.2, 3.2.1, 3.2.2, 4.0, 4.0.1, 4.0.2, 4.1, 4.2, 4.2.1, 4.2.5, 4.2.6, 4.2.7, 4.2.8, 4.2.9, 4.2.10, 4.3,

14   4.3.1, 4.3.2, 4.3.3, 4.3.4, 4.3.5, 5.0, 5.0.1, 5.1, 5.1.1, 6.0, 6.0.1, 6.0.2, 6.1, 6.1.1, 6.1.2, and 6.1.3.

15

16       I declare under the penalty of perjury under the laws of the United States of America that

17   the forgoing is true and correct to the best of my knowledge, and that this Declaration was

18   executed this 15th day of May, 2013, in Cupertino, California.

19

20

21   Dated:  May 15, 2013                                   *Joshua H. Shaffer*
                                                            Josh Shaffer

22

23

24

25

26

27

28

Declaration of Josh Shaffer
Case No. 12-cv-00630 (LHK)

ActiveUS 109056603v.1