JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **DECLARATION OF ROBERT ULRICH IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE** |

ActiveUS 109054975v.1

I, Robert Ulrich, hereby declare as follows:

1. I am a Senior Software Engineer at Apple Inc. ("Apple"), and am part of the team responsible for system configuration utilities. I joined Apple in 1992 and have been working in the System Configuration group since 2000.

2. Based on my work experience at Apple, I have personal knowledge of the facts set forth in this declaration.

3. I understand that, as part of its discovery obligations, Apple must produce source code for certain functionality in Apple Mac computer products.

4. As part of my responsibilities at Apple, I am familiar with the source code that performs the function of displaying a user interface element that allows a user to control the volume of the internal speakers or external audio devices (if connected).

5. I identified the source code responsible for that function in the following OS X versions: 10.4, 10.4.1, 10.4.2, 10.4.3, 10.4.4, 10.4.5, 10.4.6, 10.4.7, 10.4.8, 10.4.9, 10.4.10, 10.5, 10.5.1, 10.5.2, 10.5.3, 10.5.4, 10.5.5, 10.5.6, 10.5.7, 10.5.8, 10.6, 10.6.1, 10.6.2, 10.6.3, 10.6.4, 10.6.5, 10.6.6, 10.6.7, 10.6.8, 10.7, 10.7.1, 10.7.2, 10.7.3, 10.7.4, 10.7.5, 10.8, 10.8.1, 10.8.2, and 10.8.3.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge, and that this Declaration was executed this 15th day of May, 2013, in Cupertino, California.

Dated: May 15, 2013

_____
Robert Ulrich

ActiveUS 109054975v.1

Declaration of Robert Ulrich
Case No. 12-cv-00630 (LHK)

1