| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| | jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| 2 | H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| | mlyon@gibsondunn.com | HALE AND DORR LLP |
| 3 | GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| | 1881 Page Mill Road | Boston, Massachusetts 02109 |
| 4 | Palo Alto, California 94304-1211 | Telephone: (617) 526-6000 |
| | Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| 5 | Facsimile: (650) 849-5333 | |
| 6 | MICHAEL A. JACOBS (CA SBN 111664) | MARK D. SELWYN (CA SBN 244180) |
| | mjacobs@mofo.com | mark.selwyn@wilmerhale.com |
| 7 | RICHARD S.J. HUNG (CA SBN 197425) | WILMER CUTLER PICKERING |
| | rhung@mofo.com | HALE AND DORR LLP |
| 8 | MORRISON & FOERSTER LLP | 950 Page Mill Road |
| | 425 Market Street | Palo Alto, California 94304 |
| 9 | San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| | Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| 10 | Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF JUSTIN WOOD IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE** |
| Defendants. | |

Declaration of Justin Wood
Case No. 12-cv-00630 (LHK)

ActiveUS 109086692v.1

I, Justin Wood, hereby declare as follows:

I am an Engineering Manager at Apple Inc. ("Apple"), and am part of the team responsible for iMessage, FaceTime, and the Apple Push Notification Client. I joined Apple in 2004 and have been working in the Communications Technologies since I joined Apple.

Based on my work experience at Apple, I have personal knowledge of the facts set forth in this declaration.

I understand that, as part of its discovery obligations, Apple must produce source code for certain functionality in Apple iOS products.

As part of my responsibilities at Apple, I am familiar with the source code that performs the functions of setting up a FaceTime connection and also of attaching a video to a message for transmission.

I identified the source code responsible for those functions in the following iOS versions: 2.0, 2.0.1, 2.0.2, 2.1, 2.2, 2.2.1, 3.0, 3.0.1, 3.1, 3.1.2, 3.1.3, 3.2, 3.2.1, 3.2.2, 4.0, 4.0.1, 4.0.2, 4.1, 4.2, 4.2.1, 4.2.5, 4.2.6, 4.2.7, 4.2.8, 4.2.9, 4.2.10, 4.3, 4.3.1, 4.3.2, 4.3.3, 4.3.4, 4.3.5, 5.0, 5.0.1, 5.1, 5.1.1, 6.0, 6.0.1, 6.0.2, 6.1, 6.1.1, 6.1.2, and 6.1.3.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge, and that this Declaration was executed this 17th day of May, 2013, in Cupertino, California.

Dated: May 17, 2013                                  Justin Wood