1   JOSH A. KREVITT (CA SBN 208552)
    jkrevitt@gibsondunn.com
2   H. MARK LYON (CA SBN 162061)
    mlyon@gibsondunn.com
3   GIBSON, DUNN & CRUTCHER LLP
    1881 Page Mill Road
4   Palo Alto, California  94304-1211
    Telephone:  (650) 849-5300
5   Facsimile:  (650) 849-5333

6   MICHAEL A. JACOBS (CA SBN 111664)
    mjacobs@mofo.com
7   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
8   MORRISON & FOERSTER LLP
    425 Market Street
9   San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
10  Facsimile:  (415) 268-7522

    WILLIAM F. LEE (*pro hac vice*)
    william.lee@wilmerhale.com
    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    60 State Street
    Boston, Massachusetts  02109
    Telephone:  (617) 526-6000
    Facsimile:  (617) 526-5000

    MARK D. SELWYN (CA SBN 244180)
    mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    950 Page Mill Road
    Palo Alto, California  94304
    Telephone:  (650) 858-6000
    Facsimile:  (650) 858-6100

11  *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

12              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
13                  **SAN JOSE DIVISION**

14  APPLE INC., a California corporation,

15              Plaintiff,

16      vs.

17                                                  Case No. 12-cv-00630-LHK

18  SAMSUNG ELECTRONICS CO., LTD., a           **DECLARATION OF YAN ARROUYE IN**
    Korean business entity; SAMSUNG             **SUPPORT OF APPLE INC.'S**
19  ELECTRONICS AMERICA, INC., a New           **OPPOSITION TO SAMSUNG'S MOTION**
    York corporation; SAMSUNG                   **TO COMPEL DOCUMENTS AND**
20  TELECOMMUNICATIONS AMERICA,                 **SOURCE CODE**
    LLC, a Delaware limited liability company,
21
                                                Public Redacted Version
22              Defendants.

23

24

25

26

27

28  _____
                                                Declaration of Yan Arrouye
                                                Case No. 12-cv-00630 (LHK)

1  I, Yan Arrouye, hereby declare as follows:

2      1.      I am Director at Apple Inc. ("Apple"), and I am currently a member of the

3  Application Services team. I joined Apple in 1989 and have had various roles at Apple over the

4  last 24 years.

5      2.      Based on my work experience at Apple, I have personal knowledge of the facts

6  set forth in this declaration.

7      3.      I understand that, as part of its discovery obligations, Apple must produce source

8  code for certain functionality in Apple iCloud-related products.

9      4.      As part of my responsibilities at Apple, I am familiar with the source code that

10  performs the function of supporting uploading and downloading content for Photo Stream (the

11  ▮▮▮▮ library).

12      5.      The code for this functionality of Photo Stream is located in the ▮▮▮▮ project

13  for OS and iOS code.

14

15      I declare under the penalty of perjury under the laws of the United States of America that

16  the forgoing is true and correct to the best of my knowledge, and that this Declaration was

17  executed this 16th day of May, 2013, in Cupertino, California.

18

19
   Dated: May 16, 2013
20                                               _____
                                                 Yan Arrouye
21

22

23

24

25

26

27

28
                                                              Declaration of Yan Arrouye
                                          1                   Case No. 12-cv-00630 (LHK)

   ActiveUS 109055786v.1