1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, California 94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333

6  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
7  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
10 Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

11 *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

12          UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
13              SAN JOSE DIVISION

14

15 APPLE INC., a California corporation,

16          Plaintiff,

17    vs.

18 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
19 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
20 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
21

22          Defendants.

Case No. 12-cv-00630-LHK

**DECLARATION OF ERIC KRUGLER IN
SUPPORT OF APPLE INC.'S
OPPOSITION TO SAMSUNG'S MOTION
TO COMPEL DOCUMENTS AND
SOURCE CODE**

Public Redacted Version

23

24

25

26

27

28

ActiveUS 109087306v.1

1  I, Eric Krugler, hereby declare as follows:

2       1.      I am Director of iCloud Storage Engineering at Apple Inc. ("Apple"), and am part

3  of the team responsible for storing photos, documents, and backups.  I joined Apple in March

4  2010 and have been working in the iCloud group since June 2010.

5       2.      Based on my work experience at Apple, I have personal knowledge of the facts

6  set forth in this declaration.

7       3.      I understand that, as part of its discovery obligations, Apple must produce source

8  code for certain functionality in Apple iCloud-related products.

9       4.      As part of my responsibilities at Apple, I am familiar with the source code in

10  Photo Stream that performs the function of receiving an image from a device, and distributing

11  that image to related devices.

12       5.      Along with other engineers, I identified the source code responsible for those

13  functions relating to the following versions:

14

15

16       I declare under the penalty of perjury under the laws of the United States of America that

17  the forgoing is true and correct to the best of my knowledge, and that this Declaration was

18  executed this 16th day of May, 2013, in Cupertino, California.

19

20

21  Dated: May 16, 2013

       Eric Krugler

22

23

24

25

26

27

28

Declaration of Eric Krugler
Case No. 12-cv-00630 (LHK)

ActiveUS 109087306v.1