JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br>Plaintiff, <br><br>vs. <br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br>Defendants. | Case No. 12-cv-00630-LHK <br><br>**DECLARATION OF DARREN LEW IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE** <br><br>Public Redacted Version |

I, Darren Lew, hereby declare as follows:

1. I am an engineering manager at Apple Inc. ("Apple"), and am part of the team responsible for content metadata ingestion, storage, and vending for front-end apps. I joined Apple in 2006 and have been working in the StoreFront Content team since 2012.

2. Based on my work experience at Apple, I have personal knowledge of the facts set forth in this declaration.

3. I understand that, as part of its discovery obligations, Apple must produce source code for certain functionality in Apple iCloud-related products.

4. As part of my responsibilities at Apple, I am familiar with the source code that performs the transferring of content and metadata between iTunes in the Cloud servers and clients, and particularly with the functionality of the Content Service.

5. I identified the source code responsible for that functionality relating to the following versions: [REDACTED]

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge, and that this Declaration was executed this 17th day of May, 2013, in Cupertino, California.

Declaration of Darren Lew
Case No. 12-cv-00630 (LHK)
1
ActiveUS 109369467v.1

| | |
|---|---|
| 1 | |
| 2 | Dated: May 17, 2013 |

*/s/ Darren Lew*
Darren Lew