| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com |
| 2 | H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com | WILMER CUTLER PICKERING<br>   HALE AND DORR LLP |
| 3 | GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road | 60 State Street<br>Boston, Massachusetts 02109 |
| 4 | Palo Alto, California 94304-1211<br>Telephone: (650) 849-5300 | Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| 5 | Facsimile: (650) 849-5333 | |
| 6 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com |
| 7 | RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com | WILMER CUTLER PICKERING<br>   HALE AND DORR LLP |
| 8 | MORRISON & FOERSTER LLP<br>425 Market Street | 950 Page Mill Road<br>Palo Alto, California 94304 |
| 9 | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| 10 | Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF OLAGAPPAN MANICKAM IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE**<br><br>Public Redacted Version |

Declaration of Mani Manickam
Case No. 12-cv-00630 (LHK)

ActiveUS 109368448v.1

I, Olagappan Manickam, hereby declare as follows:

1. I am a Software Engineer at Apple Inc. ("Apple"), and am part of the team responsible for iTunes store servers. I joined Apple in 2009 and have been working in the iTunes store engineering since I joined Apple.

2. Based on my work experience at Apple, I have personal knowledge of the facts set forth in this declaration.

3. I understand that, as part of its discovery obligations, Apple must produce source code for certain functionality in Apple iCloud-related products.

4. As part of my responsibilities at Apple, I am familiar with the source code that performs the transferring of content and metadata between iTunes in the Cloud servers and clients, and particularly with the functionality of the DAAP Service.

5. I identified the source code responsible for that functionality relating to the following versions: ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge, and that this Declaration was executed this 16th day of May, 2013, in Cupertino, California.

Dated: May 16, 2013

_____
Olagappan Manickam