1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO COMPEL COMPLETE PRODUCTION OF SOURCE CODE FOR ALL ACCUSED PRODUCTS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　　Counterclaim-Defendant. | |

1  Having considered defendants and counterclaim-plaintiffs Samsung's Motion to Compel
2  Complete Production of Source Code for All Accused Products ("Samsung's Motion") and plaintiff
3  and counterclaim-defendant Apple's Opposition to Samsung's Motion, as well as all supporting
4  documents to those briefs; and all parties having been given notice and an opportunity to be heard;
5  THE COURT ORDERS THAT:
6  Samsung's Motion is denied.

11  DATED: _____           _____
12                                     HON. PAUL S. GREWAL
                                       United States Magistrate Judge