| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | Case No. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

[PROPOSED] ORDER
Case No. 12-cv-00630-LHK (PSG)

ActiveUS 110262758v.1

1  Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under
2  Seal ("Apple's Motion to Seal") in connection with Apple's Opposition to Samsung's Motion to
3  Compel Complete Production of Source Code for All Accused Products ("Apple's Opposition").
4  Apple has filed the Declaration of Peter J. Kolovos in Support of Apple's Motion to Seal
5  pursuant to Civil L.R. 79-5 and General Order 62.  For good cause shown, the portions of
6  the declarations of Yan Arrouye, Michael Chu, Eric Krugler, Darren Lew, Olagappan
7  Manickam, Garrick McFarlane, and Arvind Shenoy in Support of Apple's Opposition that Apple
8  has proposed to seal shall be sealed.

**IT IS SO ORDERED.**

Dated: _____, 2013      _____
                                    Hon. Paul S. Grewal
                                    United States Magistrate Judge

[PROPOSED] ORDER
Case No. 12-cv-00630-LHK (PSG)

ActiveUS 110262758v.1