| | | |
|---|---|---|
| 1 | JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com |
| 2 | H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 3 | GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road | 60 State Street<br>Boston, Massachusetts  02109 |
| 4 | Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300 | Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| 5 | Facsimile:  (650) 849-5333 | |
| 6 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com |
| 7 | RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 8 | MORRISON & FOERSTER LLP<br>425 Market Street | 950 Page Mill Road<br>Palo Alto, California  94304 |
| 9 | San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000 | Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |
| 10 | Facsimile:  (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | Case No. 12-cv-00630-LHK<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE
Case No. 12-cv-00630-LHK (PSG)

ActiveUS 110275651v.1

I, Michael Silhasek, hereby declare:

I am employed in Santa Clara County, California. I am over the age of eighteen years and am not a party to the above-captioned action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

On May 23, 2013, I served the following documents by electronic service:

1. **DECLARATION OF YAN ARROUYE IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE [FILED UNDER SEAL]**

2. **DECLARATION OF MICHAEL CHU IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE [FILED UNDER SEAL]**

3. **DECLARATION OF ERIC KRUGLER IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE [FILED UNDER SEAL]**

4. **DECLARATION OF DARREN LEW IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE [FILED UNDER SEAL]**

5. **DECLARATION OF OLAGAPPAN MANICKAM IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE [FILED UNDER SEAL]**

6. **DECLARATION OF GARRICK MCFARLANE IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE [FILED UNDER SEAL]**

7. **DECLARATION OF ARVIND SHENOY IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE [FILED UNDER SEAL]**

I caused all documents to be sent by e-mail to the individuals identified below:

Kevin P.B. Johnson
Victoria F. Maroulis
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065
Telephone:  (650) 801-5000
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com

Charles K. Verhoeven
Kevin A. Smith
Quinn Emanuel Urquhart & Sullivan LLP

50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone:  (415) 875-6600
charlesverhoeven@quinnemanuel.com
kevinsmith@quinnemanuel.com

Michael Fazio
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000
michaelfazio@quinnemanuel.com

     I declare under penalty of perjury that the foregoing is true and correct.

     Executed on May 23, 2013, at Palo Alto, California.

_____
Michael Silhasek

ActiveUS 110275651v.1

CERTIFICATE OF SERVICE
Case No. 12-cv-00630-LHK (PSG)

2