QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal
4  the Declaration of Kenneth Korea ("the Korea Declaration"), which describes confidential
5  business information proprietary to Samsung, and portions of Samsung's Motion to Amend the
6  Case Management Order and for Leave to Amend Its Answer to Apple's Counterclaims in Reply
7  ("the Motion") that reference the Korea Declaration and also discuss Samsung's confidential
8  business information.

9   Samsung has established good cause to permit filing the Declaration of Kenneth Korea and
10 portion of the Motion under seal through the Declaration of Daniel Shim in Support of Samsung's
11 Administrative Motion to File Documents Under Seal, filed herewith.  In short, the above
12 documents discuss and refer to negotiations between Samsung and Apple regarding patent
13 licensing between the two companies and include descriptions of offers and negotiating positions.

14  Samsung's entire filing will be lodged with the Court for in camera review and served on
15 all parties.  A proposed public redacted version of the Motion is attached hereto as Exhibit A.

17 DATED:  May 23, 2013        QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

                                By  */s/ Victoria F. Maroulis*
                                    Charles K. Verhoeven
                                    Kevin P.B. Johnson
                                    Victoria F. Maroulis
                                    Michael T. Zeller

                                Attorneys for SAMSUNG ELECTRONICS CO.,
                                LTD., SAMSUNG ELECTRONICS AMERICA,
                                INC., and SAMSUNG
                                TELECOMMUNICATIONS AMERICA, LLC