QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF DANIEL W. SHIM IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Daniel Wooseob Shim, hereby declare as follows:

1.      I am a Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2.      I submit this declaration in support of Samsung's Administrative Motion to Seal. Samsung seeks to seal to seal the Declaration of Kenneth Korea.    Samsung also seeks seal limited portions of its Motion to Amend the Case Management Order and for Leave to Amend its Answer to Apple's Counterclaims in Reply which reference the Korea Declaration.

3.      The Korea Declaration contains highly confidential information that is proprietary to Samsung.    The Korea Declaration discusses negotiations between Samsung and Apple for licenses to intellectual property.    This information is non-public.

4.      The Parties and the Court have agreed that such licensing information is highly sensitive and should be designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. *See* Dkt. 171-1 (Agreed-upon Protective Order), § 9(a).

5.      Samsung and Apple signed two non-disclosure agreements with regard to the negotiations discussed by the Korea Declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Suwon, South Korea on May 23, 2013.



By_____
     Daniel W. Shim

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Daniel Shim.

_/s/ Victoria F. Maroulis_

Victoria F. Maroulis