# EXHIBIT 1

```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4


 5
     APPLE INC., A CALIFORNIA    )  C-11-01846 LHK
 6   CORPORATION,                )
                                 )  SAN JOSE, CALIFORNIA
 7               PLAINTIFF,      )
                                 )  JULY 18, 2012
 8        VS.                    )
                                 )  PAGES 1-146
 9   SAMSUNG ELECTRONICS CO.,    )
     LTD., A KOREAN BUSINESS     )
10   ENTITY; SAMSUNG             )
     ELECTRONICS AMERICA,        )
11   INC., A NEW YORK            )
     CORPORATION; SAMSUNG        )
12   TELECOMMUNICATIONS          )
     AMERICA, LLC, A DELAWARE    )
13   LIMITED LIABILITY           )
     COMPANY,                    )
14                               )
                 DEFENDANTS.     )
15   _____

16             TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE LUCY H. KOH
17             UNITED STATES DISTRICT JUDGE

18

19

20             APPEARANCES ON NEXT PAGE

21

22

23

24  OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                     CERTIFICATE NUMBER 9595
25
```

1   PRESENTATIONS ABOUT THE IMPORTANCE OF THESE DESIGNS
2   AND THE IMPORTANCE OF THESE PATENTS IS A CLASSIC
3   SECONDARY CONSIDERATION ABOUT RECOGNITION OF
4   NOVELTY.
5           THE COURT: OKAY. WELL, WHY DON'T WE DO
6   THIS: I THINK THAT MAKING THESE INDIVIDUAL EXHIBIT
7   RULINGS IN A VACUUM, WITHOUT ACTUALLY SEEING THEM,
8   IS NOT CORRECT.
9           SO IF YOU HAVE ANY SPECIFIC OBJECTION TO
10  ANY DEMONSTRATIVES THAT APPLE IS GOING TO USE IN
11  ITS OPENING, YOU LET ME KNOW.
12          MR. VERHOEVEN: YES, YOUR HONOR.
13          THE COURT: AND THEN I CAN REALLY SEE THE
14  FULL PANOPLY OF WHAT'S GOING TO BE PRESENTED.
15          IT'S REALLY HARD FOR ME, IN THE ABSTRACT
16  RIGHT NOW, WITHOUT KNOWING WHAT ELSE YOU'RE GOING
17  TO PRESENT, WITHOUT KNOWING -- I HAVEN'T SEEN
18  THESE, UNLIKE YOU. I JUST -- IT'S DIFFICULT.
19          MR. VERHOEVEN: THANK YOU, YOUR HONOR.
20          MR. MCELHINNY: THANK YOU, YOUR HONOR.
21          THE COURT: OKAY. ALL RIGHT. WHAT ELSE?
22          MS. MAROULIS: YOUR HONOR, ONE MORE
23  RELATED ISSUE.
24          IN THE COURSE OF PREPARING THE
25  STIPULATION OF THE DISMISSAL AS TO THE CASE

```
 1    NARROWING, WE LEARNED THAT APPLE INTENDS TO
 2    MAINTAIN ITS FRAND AND ANTITRUST CLAIM ON ALL THE
 3    STANDARD ESSENTIAL PATENTS THAT SAMSUNG DROPPED,
 4    AND WE UNDERSTOOD THE COURT'S ORDER NARROWING TO
 5    HAVE THE CASE SMALLER AND LESSER, AND THAT'S WHY
 6    SAMSUNG WENT AHEAD AND DISMISSED WITHOUT PREJUDICE
 7    CERTAIN PATENTS.
 8              WE DID NOT UNDERSTAND, UNTIL JUST A FEW
 9    DAYS AGO, FROM APPLE THAT THEY WILL MAINTAIN THEIR
10    FRAND AND THEIR ANTITRUST COUNTERCLAIMS AS TO THOSE
11    PATENTS, AND WE RESPECTFULLY REQUEST, YOUR HONOR,
12    THAT THEY BE ASKED TO DROP THOSE, BECAUSE THAT
13    DOESN'T NARROW THE CASE IN ANY WAY.
14              THEY PUT THEIR EXPERTS ON THE WITNESS
15    LIST, THEY PUT THE EXHIBITS IN CONNECTION WITH
16    THOSE DISMISSED PATENTS ON THE EXHIBIT LIST.
17              WE'RE GOING TO HAVE TO DISCUSS THE
18    TECHNOLOGY AND ALL THE CIRCUMSTANCES OF THOSE
19    PATENTS.
20              AND SO THE OBJECTIVE THAT YOUR HONOR HAD
21    IN NARROWING THE CASE WAS NOT ACHIEVED.
22              THE COURT:  I DON'T SEE ANY REASON WHY
23    YOU SHOULD DO THAT.
24              MR. LEE:  YOUR HONOR, LET ME SAY TWO
25    THINGS.
```

```
 1              THE FIRST IS IN TERMS OF NARROWING OF THE
 2   CASE, THEY NARROWED THE CASE BY DROPPING ONE PATENT
 3   THAT WE'D BEEN GRANTED SUMMARY JUDGMENT ON.
 4              THE SECOND THING I WOULD SAY IS THAT
 5   THE -- AND I HAVE A PROPOSAL FOR YOUR HONOR TO
 6   ADDRESS YOUR HONOR'S REQUEST OF BOTH OF US THAT WE
 7   NARROW THE CASE.
 8              THE ANTITRUST CLAIM IS A SINGLE CLAIM OF
 9   A MONOPOLISTIC SCHEME.  THERE WERE SEVEN STANDARD
10   ESSENTIAL PATENTS ASSERTED AGAINST US, ALL OF WHICH
11   HAD THE SAME PATTERN AND PRACTICE OF NONDISCLOSURE,
12   INCORPORATION INTO THE STANDARD THAT SAMSUNG IS
13   URGING, AND THEN A LATE DISCLOSURE.
14              THE PATTERN AND PRACTICE IS RELEVANT TO
15   THE ANTITRUST CLAIM -- IS RELEVANT UNDER THE
16   ANTITRUST LAW.
17              NOW, THERE'S TWO THINGS WE COULD DO, AND
18   YOUR HONOR, IF YOUR HONOR CONSIDERS EXACTLY WHAT
19   SAMSUNG IS SAYING IS, "FOR THE WORST PATENTS, THE
20   ONES WE'VE DROPPED, YOU CAN'T PURSUE IT.  YOU CAN'T
21   DEMONSTRATE THE PATTERN AND PRACTICE."
22              SO -- WE UNDERSTAND WE ONLY HAVE 25
23   HOURS.  HERE IS WHAT WE INTEND TO PURSUE:  THE
24   PATTERN AND PRACTICE OF THESE SEVEN PATENTS OF
25   FILING A SECRET PATENT APPLICATION, NONDISCLOSURE,
```

1    AND THEN INCORPORATION OF THE STANDARD AND THEN,
2    YEARS LATER, A DISCLOSURE IS RELEVANT.
3              WE DON'T HAVE TO PROVE ALTERNATIVE
4    TECHNOLOGIES FOR THE DROPPED PATENTS.
5              BUT WE WILL PROVE THAT PATTERN FOR THOSE
6    FOUR.
7              WE WILL PROVE THE ALTERNATIVE
8    TECHNOLOGIES FOR THE THREE PATENTS THAT REMAIN IN
9    THE CASE.
10             THAT WILL ELIMINATE WHAT MS. MAROULIS HAS
11   TALKED ABOUT, THESE ADDITIONAL WITNESSES.
12             THE ONLY THING THAT WILL COME IN IS THE
13   FACT THAT THERE WERE SEVEN PATENTS ASSERTED, THAT
14   THE PATTERN AND PRACTICE OF NONDISCLOSURE WAS THE
15   SAME, AND THEN FOR THE SUBSTANTIVE ANTITRUST CLAIM,
16   WE WILL DEMONSTRATE THE ALTERNATIVE TECHNOLOGIES
17   ONLY FOR THE THREE THAT ARE LEFT IN.
18             THAT WILL BE -- THE ADDITIONAL TIME TO
19   PROVE THE PATTERN AND PRACTICE IS ABOUT A HALF
20   HOUR.  IT WILL COME OUT OF OUR 25 HOURS.
21             BUT THE ANTITRUST CASE IS CLEAR, YOUR
22   HONOR.  IT'S A SINGLE MONOPOLISTIC SCHEME.  IT'S
23   NOT SEVEN DIFFERENT MONOPOLISTIC SCHEME.
24             THE COURT:  THE PROBLEM I HAVE IS APPLE'S
25   CASE IS STILL TOO BIG.  THEY'RE TRYING TO GO AFTER

```
 1    31 ACCUSED PRODUCTS.  THAT'S RIDICULOUS.  OKAY?
 2    YOU'VE GOT UTILITY PATENTS, DESIGN PATENTS, YOU'VE
 3    GOT TRADE DRESS CLAIMS, REGISTERED AND
 4    UNREGISTERED, YOU'VE GOT THE DESIGN ON THE IPAD AND
 5    YOU'VE GOT FOUR DIFFERENT ANTITRUST CLAIMS.
 6              I MEAN, I -- YOU KNOW, I COULD EASILY SAY
 7    THIS CASE IS NOT TRIAL READILY AND JUST VACATE THIS
 8    JULY 30TH DATE BECAUSE THIS IS NOT -- THAT'S
 9    RIDICULOUS.  31 ACCUSED PRODUCTS?
10              THE REASON WHY THE VERDICT FORM IS SO BIG
11    IS YOU'RE BEING TOO GREEDY.  YOU WANT EVERYTHING.
12              SO IF YOU'RE NOW MAKING CLAIMS ON PATENTS
13    THAT HAVE BEEN DISMISSED FROM THE CASE, THEN I'M
14    JUST GOING TO SAY THIS IS NOT TRIAL READY AND I'M
15    GOING TO GO ON VACATION IN THE BEGINNING OF AUGUST
16    BECAUSE THIS IS RIDICULOUS.  YOU'VE GOT TOO MUCH IN
17    THIS CASE RIGHT NOW.
18              IF YOU REALLY WANT TO TRY THIS THING,
19    YOU'VE GOT TO NARROW IT MORE.  WE ARE NOT GOING TO
20    GO TO TRIAL ON 26 PRODUCTS.
21              MR. LEE:  AND MR. MCELHINNY ADDRESSED THE
22    26 PRODUCTS.
23              YOUR HONOR, WE HEAR YOU.  WE WANT THE
24    TRIAL DATE.  IF WE COULD ONLY PURSUE THE ANTITRUST
25    CLAIM AS TO THE THREE PATENTS THAT ARE LEFT IN AND
```

```
 1     THE CONTRACT CLAIM, THAT'S WHAT WE'LL DO.  WE WANT
 2     THE TRIAL DATE.
 3             THE COURT:  SO WHAT DOES THAT MEAN,
 4     YOU'RE DROPPING THE UCL CLAIM AND --
 5             MR. LEE:  NO, YOUR HONOR.
 6             THE COURT:  WHAT DOES THAT MEAN?
 7             MR. LEE:  I THINK WE'RE COLLAPSING TWO
 8     DIFFERENT THINGS.
 9             FOR THE UNFAIR COMPETITION LAW CLAIM, THE
10     ANTITRUST CLAIM, THERE ARE SEVEN PREDICATE PATENTS.
11             THEY'VE DROOPED FOUR OF THE SEVEN AND
12     THERE'S THREE LEFT, SO THAT THE THREE PATENTS THAT
13     WILL GET LITIGATED IN ANY EVENT, BECAUSE THEY'RE
14     PURSUING THEIR SUBSTANTIVE CLAIMS, WILL BE THE
15     BASIS OF THE ANTITRUST CLAIM, THE UCL CLAIM, AND
16     THE BREACH OF CONTRACT CLAIM.
17             BUT IT WILL NARROW IT BY ELIMINATING THE
18     FOUR, WHICH IS WHAT SAMSUNG IS TALKING ABOUT.
19             MR. VERHOEVEN:  THAT ADDRESSES OUR
20     OBJECTION, YOUR HONOR.
21             THE COURT:  OKAY.
22             MR. VERHOEVEN:  THANK YOU, YOUR HONOR.
23             THE COURT:  ALL RIGHT.  ANYTHING ELSE?
24     NO?
25             OKAY.  THANK YOU ALL.  SEE YOU ON
```