# EXHIBIT 5

| | |
|---|---|
| **From:** | Kolovos, Peter [Peter.Kolovos@wilmerhale.com] |
| **Sent:** | Thursday, May 23, 2013 4:46 PM |
| **To:** | Amar Thakur; WH Apple Samsung NDCal II Service; '*** Apple/Samsung' |
| **Cc:** | Samsung NEW |
| **Subject:** | RE: Apple v. Samsung (NDCA2): Letter re Amended Answer to Counterclaims |

Amar – Apple does not stipulate to this amendment.

---

**From:** Amar Thakur [mailto:amarthakur@quinnemanuel.com]
**Sent:** Thursday, May 23, 2013 5:20 PM
**To:** Kolovos, Peter; WH Apple Samsung NDCal II Service; '*** Apple/Samsung'
**Cc:** Samsung NEW
**Subject:** FW: Apple v. Samsung (NDCA2): Letter re Amended Answer to Counterclaims

Peter,

Following up on my telephonic request from a few minutes ago, please provide us a response to this letter today if possible.

Thanks, Amar

---

**From:** Amar Thakur
**Sent:** Tuesday, May 21, 2013 1:20 PM
**To:** 'WH Apple Samsung NDCal II Service'; *** Apple/Samsung; 'Lyon, H. Mark'
**Cc:** Samsung NEW
**Subject:** Apple v. Samsung (NDCA2): Letter re Amended Answer to Counterclaims

Counsel,

Please see the attached correspondence.

Regards, Amar

**Amar L. Thakur**
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3263 Direct
858-248-0479 Mobile
213-443-3000 Main Office Number
213-443-3100 Fax
amarthakur@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.