| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3  Administrative Motion to File Documents Under Seal.
4  Samsung has filed the Declaration of Daniel Shim, as required under Civil L.R. 79-5 and
5  General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.
6  The Shim Declaration establishes that portions of Samsung's Motion to Amend the Case
7  Management Order and for Leave to Amend Its Answer to Apple's Counterclaims in Reply, as
8  well as the Declaration of Kenneth Korea contain Samsung's confidential business and trade secret
9  information.
10  Accordingly, for good cause shown, the Court HEREBY ORDERS that the portions of
11  Samsung's Motion to Stay that contain Samsung's confidential business and trade secret
12  information, as well as the Korea Delcaration, shall be filed under seal.

14  DATED: _____

HON. Lucy H. Koh
United States District Judge