UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO AMEND THE CASE MANAGEMENT ORDER AND FOR LEAVE TO AMEND ANSWER TO APPLE'S COUNTERCLAIMS IN REPLY** |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to
3 Amend the Case Management Order and for Leave to Amend Its Answer to Apple's
4 Counterclaims in Reply.  The Court finds that Samsung has proceeded with diligence in amending
5 its answer to Apple's Counterclaims with respect to the defense of res judicata.  The Court further
6 finds that justice requires such an amendment, that Samsung has not acted in bad faith or unduly
7 delayed in seeking amendment, that Apple will not be prejudiced by Samsung's proposed
8 amendment, and that the amendment will not be futile.

9    Therefore, after considering the papers submitted and the arguments of the parties, and
10 GOOD CAUSE having been shown, the Court GRANTS Samsung's Motion to Amend the Case
11 Management Order and further GRANTS Samsung leave to amend its answer to Apple's
12 Counterclaims in Reply.  Samsung may amend its answer to Apple's Counterclaims in Reply in
13 accordance with the proposed amendment filed with the Court.

16 DATED: _____

   The Honorable Lucy H. Koh
17                                                                                   United States District Judge