1   PERKINS COIE LLP
    Christopher L. Kelley, CSB No. 166608
2   CKelley@perkinscoie.com
    3150 Porter Drive
3   Palo Alto, CA  94304
    Telephone:  650.838.4300
4   Facsimile:   650.838.4350

5   Attorneys for Non-Party
    INTEL CORPORATION
6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12   APPLE INC.,                          Case No. 12-cv-00630-LHK (PSG)

13              Plaintiff,

14        v.                              **NON-PARTY INTEL'S DECLARATION IN
                                          SUPPORT OF SAMSUNG'S
15   SAMSUNG  ELECTRONICS  CO.,  LTD.,    ADMINISTRATIVE MOTION TO FILE
     a    Korean    corporation;  SAMSUNG DOCUMENTS UNDER SEAL (DKT #528)**
16   ELECTRONICS AMERICA, INC., a New
     York   corporation;   and   SAMSUNG
17   TELECOMMUNICATIONS   AMERICA,
     LLC, a Delaware limited liability company,
18
                Defendants.
19

20

21        Samsung recently filed an administrative motion to file under seal (Dkt. #528) an excerpt

22   from Intel's "HSUPA Feature Specification: Protocol Stack Specification" ("HSUPA Feature

23   Specification") which is attached as Exhibit 5 (Dkt # 528-9) to the Declaration of Todd Briggs

24   (Dkt. # 528-4) in Support of Samsung's Reply to its Motion for Leave to Amend and Supplement

25   Its Infringement Contentions (Dkt. # 528-3).  Intel supports Samsung's request to seal the Intel

26   engineering documents submitted as Exhibit 5 to Mr. Brigg's declaration.

27        The Intel engineering material submitted as Exhibit 5 to Mr. Brigg's declaration is from a

28   non-public engineering document provided to Samsung by Intel in discovery. It describes features

1    incorporated within Intel's baseband chip and identifies the modules within Intel's parts that

2    implement these features.  As detailed in the accompanying declaration from Dr. Josef Hausner

3    (attached hereto as Exhibit A), Division Vice President of Intel Mobile Communications GmbH

4    which designs the Intel products used by Apple, the Intel software described in the HSUPA

5    Feature Specification is kept confidential (Hausner Decl. at ¶¶ 3-5, 8), and is a proprietary design

6    of tremendous value to Intel. (Hausner Decl. at ¶¶ 6-7) Intel has good cause to request that the

7    details of this code be kept under seal.

8          Under Fed. R. Civ. P. 26(c), evidence filed in support of non-dispositive motions should

9    be sealed when there is "good cause." *Foltz v. State Farm Mut. Auto Ins. Co*., 331 F.3d 1122,

10   1135 (9th Cir. 2003). Courts in this circuit have often found that a party's interest in securing

11   non-public engineering designs and other proprietary trade secrets constitutes not only "good

12   cause" for sealing court records, *Dynetix Design Solutions, Inc. v. Synopsys, Inc.*, Case No. 11–

13   CV–05973 PSG, 2013 WL 1366046, at 1 (N.D. Cal. Apr. 3, 2013), but also "compelling reason"

14   when that heightened standard has been applied in the context of evidence attached to dispositive

15   motions. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)

16   (compelling reason may be found in avoiding release of trade secrets); *Network Appliance, Inc. v.*

17   *Sun Microsys., Inc.,* Case No. C-07-06053 EDL, 2010 WL 841274 (N.D. Cal. Mar. 10, 2010)

18   (compelling reason to seal documents containing source code [at *5], detailed descriptions of

19   source code [*5] and other "proprietary technical information" [at *2]); *Dish Network, LLC v.*

20   *Sonicview USA, Inc*., Case No. 09CV1553-L(NLS), 2009 WL 2579052, at *1 (S.D. Cal. Aug. 20,

21   2009); *Upek, Inc. v. Authentec, Inc.*, Case No. C 10-00424 JF, 2010 WL 1980189, at *4 (N.D.

22   Cal. May 17, 2010). This Court has previously found compelling reason to seal technical

23   information pertaining to Intel software design in the litigation between Apple and Samsung tried

24   last year. See *Apple, Inc. v. Samsung Electronics Co., Ltd*., No. 11-CV-01846 (LHK), Order

25   Granting-in-Part and Denying-in-Part Motions to Seal (Dkt. # 1649) at 26-28 (N.D. Cal. Aug. 9,

26   2012) and Order re: Intel's Request for Clarification (Dkt. # 1959) at 2-3 (N.D. Cal. Sept. 7,

27   2012).

28

1    The HSUPA Feature Specification document excerpt identifies where specific functions

2    are implemented in Intel's modem software. Intel derives significant commercial value from the

3    software. Hausner Decl. at ¶¶ 6-7. Part of the commercial advantage conferred by the software

4    results from the manner in which the software is designed and organized. Hausner Decl. at ¶ 7.

5    Intel can reasonably anticipate that disclosure of the HSUPA Feature Specification could cause

6    Intel significant commercial harm. Intel's interest in avoiding that harm is more than sufficient to

7    meet the good cause standard for sealing this information.

8    Intel's request is narrowly tailored. Civil L.R. 79-5(a). The Intel HSUPA Feature

9    Specification is cited as evidence to support Samsung's claim that it learned about the relevance

10   of TS 25.309 from third party discovery. The public does not need access to third party

11   engineering documents describing where functions are implemented in Intel's modems in order to

12   understand this simple point.

13   Intel respectfully requests that the Court seal the HSUPA Feature Specification to prevent

14   disclosure of design details of its proprietary and highly valuable software. Good case for this

15   request has been demonstrated in the evidence from Dr. Hausner that Intel will be significantly

16   harmed if it cannot maintain its trade secrets and if its competitors have free access to the fruits of

17   Intel's R&D investment.

18   I declare under penalty of perjury under the laws of the United States of America and the

19   State of California that the foregoing is true and correct to the best of my knowledge and that this

20   declaration was executed on May 28, 2013 at Palo Alto, California.

21

22   By:_____*/s/ Christopher L. Kelley*_____
                  Christopher L. Kelley

23

24

25

26

27

28

-3-

1

**<u>CERTIFICATE OF SERVICE</u>**

2

The undersigned hereby certifies that on May 28, 2013, a true and correct copy of the

3

foregoing was served on the parties via electronic mail pursuant to Civil Local Rule 5-1(h).

4

5

*/s/ Christopher L. Kelley*
Christopher L. Kelley

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28