QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF DANIEL WOOSEOB SHIM** |

1    I, Daniel Wooseob Shim, declare:

2    1.    I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC").  I have

3    personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if

4    called as a witness, could and would testify to those facts under oath.

5    2.    I submit this declaration in support of Apple's Administrative Motion to Seal

6    Exhibit 1 to the Declaration of Joshua Furman in Support of Apple's Motion for Leave to Amend

7    and Supplement Its Infringement Contentions (Dkt. No. 526) ("Exhibit 1").

8    3.    The portions of Exhibit 1 that Apple has moved to seal contain highly-confidential

9    information about Samsung's source code, including the names and descriptions of source code

10   files that Samsung includes in its products, and Samsung's modification of Android source code.

11   Disclosure of this information is likely to cause Samsung harm as competitors could use the

12   information to copy the features found on Samsung's products.  Samsung thus requests that the

13   Court grant Apple's motion to seal portions of Exhibit 1.

14

15

16   I declare under penalty of perjury under the laws of the United States of America that the

17   foregoing is true and correct.  Executed in Suwon, South Korea on May 29, 2013.

18

19

20   

21

22   _____

23   Daniel Wooseob Shim

24

25

26

27

28

-1-                                    Case No. 12-CV-00630-LHK (PSG)
DECLARATION OF DANIEL WOOSEOB SHIM