1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**[~~PROPOSED~~] ORDER REGARDING EXTENSION OF TIME TO FILE A JOINT STATUS REPORT REGARDING THE PARTIES' ABILITY TO STIPULATE TO REPRESENTATIVE PRODUCTS**<br><br>**CASE NO. 5:12-CV-00630-LHK** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      WHEREAS, on April 24, 2013, the Court issued a Case Management Order in this action

2  between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and

3  Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and

4  Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 471);

5      WHEREAS, the Court ordered that "[b]y May 29, 2013, the parties shall file a joint status

6  report regarding the parties' ability to stipulate to representative products. The Court strongly

7  encourages the parties to reach a stipulation on this issue."

8      WHEREAS, the parties are conferring in response to the Court's Order;

9      WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any

10  other deadline presently on calendar in this matter; and

11      WHEREAS, counsel for both parties agreed to extend the deadline for the parties to submit

12  their status report regarding the parties' ability to stipulate to representative products to June 5, 2013.

13      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the

14  deadline for the parties' joint status report regarding the parties' ability to stipulate to representative

15  products shall be extended to June 5, 2013.

16

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The deadline for the parties' to file a

18  Joint Status Report Regarding the Parties Ability to Stipulate to Representative Products, is hereby

19  extended to June 5, 2013.

20

21  Dated:  __May 28, 2013_____, 2013       By:_____

22                                       HONORABLE LUCY H. KOH