# EXHIBIT 4

US008014760B2

(12) **United States Patent**
Forstall et al.

(10) **Patent No.:** **US 8,014,760 B2**
(45) **Date of Patent:** **Sep. 6, 2011**

(54) **MISSED TELEPHONE CALL MANAGEMENT FOR A PORTABLE MULTIFUNCTION DEVICE**

(75) Inventors: **Scott Forstall**, Mountain View, CA (US); **Greg Christie**, San Jose, CA (US); **Scott Herz**, Santa Clara, CA (US); **Imran Chaudhri**, San Francisco, CA (US); **Michael Matas**, Palo Alto, CA (US); **Marcel Van Os**, San Francisco, CA (US); **Stephen O. Lemay**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 766 days.

(21) Appl. No.: **11/769,694**

(22) Filed: **Jun. 27, 2007**

(65) **Prior Publication Data**

US 2008/0057926 A1      Mar. 6, 2008

**Related U.S. Application Data**

(60) Provisional application No. 60/879,469, filed on Jan. 8, 2007, provisional application No. 60/879,253, filed on Jan. 7, 2007, provisional application No. 60/883,782, filed on Jan. 6, 2007, provisional application No. 60/824,769, filed on Sep. 6, 2006.

(51) **Int. Cl.**
| | |
|---|---|
| *H04M 1/725* | (2006.01) |
| *H04M 1/56* | (2006.01) |
| *H04M 3/42* | (2006.01) |
| *H04M 3/00* | (2006.01) |

(52) **U.S. Cl.** ........... **455/412.2**; 379/142.01; 379/201.01; 379/418

(58) **Field of Classification Search** ............... 455/412.2; 379/142.01, 201.01, 418
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,619,555 A | 4/1997 | Fenton et al. | 379/67 |
| 5,627,567 A | 5/1997 | Davidson | 345/173 |
| 5,633,912 A | 5/1997 | Tsoi | 379/58 |
| 5,644,628 A | 7/1997 | Schwarzer et al. | 379/93.19 |

(Continued)

FOREIGN PATENT DOCUMENTS

| DE | 199 83 569 | 10/2001 |
|---|---|---|

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion for International Application No. PCT/US2007/077307, mailed Jul. 22, 2008.

(Continued)

*Primary Examiner* — Marivelisse Santiago Cordero
(74) *Attorney, Agent, or Firm* — Morgan, Lewis & Bockius LLP

(57) **ABSTRACT**

In one aspect of the invention, a computer-implemented method is disclosed for use in conjunction with a portable electronic device with a touch screen display. A list of items comprising missed telephone calls is displayed. Upon detecting user selection of an item in the list, contact information is displayed for a respective caller corresponding to the user selected item. The displayed contact information includes a plurality of contact objects that include a first contact object, comprising a telephone number object having a first telephone number associated with the missed telephone call, and a second contact object. Upon detecting user selection of the second contact object, a communication with the respective caller is initiated via a modality corresponding to the second contact object.

**22 Claims, 64 Drawing Sheets**



US 8,014,760 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,701,340 | A | 12/1997 | Zwick ..................... 379/204 |
| 6,047,054 | A | 4/2000 | Bayless et al. ............... 379/202 |
| 6,070,068 | A | 5/2000 | Sudo ..................... 455/414 |
| 6,088,696 | A | 7/2000 | Moon et al. ..................... 707/10 |
| 6,236,854 | B1 | 5/2001 | Bradshaw, Jr. ............ 455/416 |
| 6,259,436 | B1 | 7/2001 | Moon et al. ................. 345/173 |
| 6,269,159 | B1 | 7/2001 | Cannon et al. .............. 379/202 |
| 6,298,045 | B1 | 10/2001 | Pang et al. ................. 370/261 |
| 6,392,999 | B1 | 5/2002 | Liu et al. .................. 370/260 |
| 6,396,531 | B1 | 5/2002 | Gerszberg et al. ........ 348/14.01 |
| 6,424,711 | B1 | 7/2002 | Bayless et al. ........... 379/355.09 |
| 6,430,284 | B1 | 8/2002 | Jones ......................... 379/229 |
| 6,505,040 | B1 | 1/2003 | Kim ......................... 455/416 |
| 6,516,202 | B1 | 2/2003 | Hawkins et al. ............. 455/556 |
| 6,535,730 | B1 | 3/2003 | Chow et al. ................. 455/416 |
| 6,538,806 | B2 | 3/2003 | Endo et al. ............. 348/14.08 |
| 6,577,721 | B1 | 6/2003 | Vainio et al. ............ 379/202.01 |
| 6,593,949 | B1 * | 7/2003 | Chew et al. ................. 715/841 |
| 6,768,722 | B1 | 7/2004 | Katseff et al. .............. 370/260 |
| 6,839,417 | B2 | 1/2005 | Weisman et al. ........ 379/204.01 |
| 7,007,239 | B1 | 2/2006 | Hawkins et al. ............. 715/780 |
| 7,031,728 | B2 | 4/2006 | Beyer, Jr. .............. 455/456.3 |
| 7,050,557 | B2 | 5/2006 | Creamer et al. ........ 379/205.01 |
| 7,184,428 | B1 | 2/2007 | Gerszberg et al. ........... 370/352 |
| 7,185,058 | B2 | 2/2007 | Blackwell et al. ........... 709/206 |
| 7,231,208 | B2 | 6/2007 | Robertson et al. ........... 455/416 |
| 7,251,479 | B2 * | 7/2007 | Holder et al. ............ 455/412.2 |
| 7,289,614 | B1 * | 10/2007 | Twerdahl et al. ........ 379/142.01 |
| 7,295,852 | B1 | 11/2007 | Davis et al. .................. 455/518 |
| 7,680,513 | B2 * | 3/2010 | Haitani et al. ............ 455/556.2 |
| 7,685,530 | B2 * | 3/2010 | Sherrard et al. ............. 715/764 |
| 7,720,218 | B2 | 5/2010 | Abramson et al. ....... 379/428.03 |
| 2001/0049283 | A1 | 12/2001 | Thomas ..................... 455/426 |
| 2002/0045438 | A1 | 4/2002 | Tagawa et al. ............. 455/412 |
| 2002/0073207 | A1 | 6/2002 | Widger et al. .............. 709/227 |
| 2002/0077158 | A1 | 6/2002 | Scott ......................... 455/567 |
| 2002/0093531 | A1 | 7/2002 | Barile ......................... 345/753 |
| 2002/0128036 | A1 | 9/2002 | Yach et al. ................. 455/552 |
| 2003/0073430 | A1 | 4/2003 | Robertson et al. ........... 455/416 |
| 2003/0138080 | A1 | 7/2003 | Nelson et al. ............ 379/88.16 |
| 2003/0142138 | A1 | 7/2003 | Brown et al. ................. 345/797 |
| 2003/0142200 | A1 | 7/2003 | Canova, Jr. et al. ....... 348/14.08 |
| 2003/0198329 | A1 | 10/2003 | McGee .................. 379/202.01 |
| 2004/0047461 | A1 | 3/2004 | Weisman et al. ........ 379/202.01 |
| 2004/0203674 | A1 | 10/2004 | Shi et al. .................. 455/415 |
| 2005/0015495 | A1 | 1/2005 | Florkey et al. .............. 709/227 |
| 2005/0048958 | A1 | 3/2005 | Mousseau et al. ........... 455/415 |
| 2005/0074107 | A1 | 4/2005 | Renner et al. .......... 379/202.01 |
| 2005/0078613 | A1 | 4/2005 | Covell et al. ............ 379/202.01 |
| 2005/0094792 | A1 | 5/2005 | Berthoud et al. ........ 379/202.01 |
| 2005/0101308 | A1 | 5/2005 | Lee .......................... 455/410 |
| 2005/0123116 | A1 | 6/2005 | Gau ..................... 379/202.01 |
| 2005/0157174 | A1 | 7/2005 | Kitamura et al. ......... 348/207.99 |
| 2005/0286693 | A1 | 12/2005 | Brown et al. .......... 379/114.28 |
| 2006/0002536 | A1 * | 1/2006 | Ambrose ............... 379/201.01 |
| 2006/0015819 | A1 | 1/2006 | Hawkins et al. ............. 715/780 |
| 2006/0030369 | A1 | 2/2006 | Yang ......................... 455/566 |
| 2006/0035632 | A1 | 2/2006 | Sorvari et al. ............... 455/418 |
| 2006/0063539 | A1 | 3/2006 | Beyer, Jr. .............. 455/456.3 |
| 2006/0121925 | A1 | 6/2006 | Jung ......................... 455/518 |
| 2006/0132595 | A1 | 6/2006 | Kenoyer et al. .......... 348/14.08 |
| 2006/0168539 | A1 | 7/2006 | Hawkins et al. ............. 715/780 |
| 2006/0178137 | A1 | 8/2006 | Loveland .................. 455/414.1 |
| 2006/0199612 | A1 | 9/2006 | Beyer, Jr. et al. ........ 455/556.2 |
| 2006/0205432 | A1 | 9/2006 | Hawkins et al. .......... 455/552.1 |
| 2006/0222168 | A1 | 10/2006 | Curley ........................ 379/267 |
| 2006/0264205 | A1 | 11/2006 | Gibbs ........................ 455/413 |
| 2006/0281449 | A1 * | 12/2006 | Kun et al. ................. 455/414.1 |
| 2007/0082697 | A1 | 4/2007 | Bumiller et al. .......... 455/552.1 |
| 2007/0091830 | A1 | 4/2007 | Coulas et al. .............. 370/260 |
| 2007/0111743 | A1 | 5/2007 | Leigh et al. ............... 455/518 |
| 2007/0115919 | A1 | 5/2007 | Chahal et al. ............... 370/352 |
| 2007/0116226 | A1 | 5/2007 | Bennett et al. .......... 379/202.01 |
| 2007/0117508 | A1 | 5/2007 | Jachner ................... 455/3.06 |
| 2007/0123239 | A1 | 5/2007 | Leigh ....................... 455/416 |
| 2007/0123320 | A1 | 5/2007 | Han et al. ................ 455/575.1 |
| 2007/0133771 | A1 * | 6/2007 | Stifelman et al. ........ 379/142.01 |
| 2007/0149188 | A1 | 6/2007 | Miyashita et al. ......... 455/426.1 |
| 2009/0280868 | A1 | 11/2009 | Hawkins et al. .......... 455/566 |
| 2010/0273466 | A1 | 10/2010 | Robertson et al. ........... 455/416 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 804 009 | A2 | 10/1997 |
| EP | 0 804 009 | A3 | 10/1997 |
| EP | 0 859 498 | A2 | 8/1998 |
| EP | 1 069 791 | A1 | 1/2001 |
| EP | 1 621 983 | A2 | 2/2006 |
| EP | 1 635 543 | A1 | 3/2006 |
| EP | 1 763 243 | A2 | 3/2007 |
| GB | 2 338 141 | A | 12/1999 |
| WO | WO 97/08879 | | 3/1997 |
| WO | WO 98/30002 | A2 | 7/1998 |
| WO | WO 98/48551 | A2 | 10/1998 |
| WO | WO 99/16181 | | 4/1999 |
| WO | WO 00/16186 | | 3/2000 |
| WO | WO 00/38042 | A1 | 6/2000 |
| WO | WO 02/32088 | A2 | 4/2002 |
| WO | WO 03/060622 | A2 | 7/2003 |
| WO | WO 03/060622 | A3 | 7/2003 |
| WO | WO 2004/031902 | A2 | 4/2004 |
| WO | WO 2005/053279 | A1 | 6/2005 |
| WO | WO 2006/070228 | A2 | 7/2006 |

## OTHER PUBLICATIONS

Invitation to Pay Additional Fees for International Application PCT/US2007/077307, mailed Mar. 6, 2008.

Coolsmartphone, "Orange SPV C600 Review," http://www.coolsmartphone.com/article569.html, Apr. 14, 2006, 58 pages.

Pocket PC Phone User Manual, Microsoft Corporation, Audiovox PPC 5050, pp. 1 & 48-50, http://www.cellphones.ca/cell-phones/audiovox-ppc-5050/.

International Search Report and Written Opinion for International Application PCT/US2007/077436, mailed Jan. 28, 2008.

Office Action dated Aug. 13, 2009, received in the European Patent Application which corresponds to U.S. Appl. No. 11/769,695 (related).

Office Action dated Oct. 9, 2009, received in Australian Patent Application No. 2009100723.

Office Action dated Oct. 5, 2009, received in Australian Patent Application No. 2009100722.

Office Action dated Feb. 19, 2010, received in Australian Patent Application No. 2008203349, which corresponds to U.S. Appl. No. 11/769,695.

Office Action dated May 25, 2010, received in European Application No. 07 841 759.9, which corresponds to U.S. Appl. No. 11/769,695.

Office Action dated Sep. 3, 2010, received in U.S. Appl. No. 11/769,695.

iChat AV, "Videoconferencing For the Rest of Us," Apr. 13, 2006, 3 pages, http://www.apple.com/macosx/features/ichat.html.

Nokia-Enhancements, "Nokia Video Call Stand PT-8," Apr. 13, 2006, two pages, http://www.nokia.com.au/nokia/0,,60572,00.html.

Nokia-Phone Features, "Nokia 6630 Imaging Smartphone," printed Apr. 13, 2006, 5 pages, http://europe.nokia.com/nokia/0,8764,58711,00.html.

International Search Report and Written Opinion dated Apr. 15, 2008, received in International Application PCT/US2007/080971, which corresponds to U.S. Appl. No. 11/553,429.

International Search Report and Written Opinion dated May 21, 2008, for International Application No. PCT/US2007/088884, which corresponds to U.S. Appl. No. 11/960,673.

Office Action dated Jun. 21, 2010, received in U.S. Appl. No. 11/553,429.

Office Action dated Oct. 6, 2010, received in U.S. Appl. No. 11/553,429.

Notice of Allowance dated Feb. 14, 2011, received in U.S. Appl. No. 11/553,429.

Notice of Allowance dated Apr. 4, 2011, received in U.S. Appl. No. 11/553,429.

Final Office Action dated Jan. 21, 2011, received in U.S. Appl. No. 11/769,695.

**US 8,014,760 B2**

Page 3

Office Action dated Sep. 14, 2010, received in German Patent Appli-
cation No. 11 2007 001 109.2, which comes sonds to U.S. Appl. No.
11/769,695.
Office Action dated Oct. 28, 2010, received in U.S. Appl. No.
11/960,673.

Notice of Allowance dated Mar. 31, 2011, received in U.S. Appl. No.
11/960,673.

* cited by examiner



Memory
102
Portable Multifunction Device
100
Operating System
126
Communication Module
128
Contact/Motion Module
130
Graphics Module
132
Text Input Module
134
GPS Module
135
Applications
136
Contacts Module
137
Telephone Module
138
Video Conference Module
139
E-mail Client Module
140
Instant Messaging Module
141
Blogging Module
142
Camera Module
143
Image Management Module
144
Video Player Module
145
Music Player Module
146
Browsing Module
147
Applications (continued)
136
Calendar Module
148
Widget Modules
149
Weather Widget
149-1
Stocks Widget
149-2
Calculator Widget
149-3
Alarm Clock Widget
149-4
Dictionary Widget
149-5
User-Created Widget(s)
149-6
Widget Creator Module
150
Search Module
151
Power System
162
External Port
124
103
118
104
Controller
122
Peripherals Interface
Processor(s)
120
RF Circuitry
108
110
Speaker
111
Audio Circuitry
Microphone
113
Proximity Sensor
166
I/O Subsystem
158
106
Display Controller
Optical sensor(s) Controller
Other Input Controller(s)
160
156
Touch-Sensitive Display System
112
Optical Sensor(s)
164
Other Input Control Devices
116

Figure 1



**Figure 2**



**Figure 3**



**Figure 4**



**Figure 5**



**Figure 6A**



**Figure 6B**



**Figure 6C**



**Figure 6D**



**Figure 6E**



**Figure 7**



**Figure 8A**



**Figure 8B**



**Figure 9**



**Figure 10A**



**Figure 10B**



**Figure 10C**



**Figure 10D**



**Figure 10E**



**Figure 10F**



**Figure 10G**



**Figure 10H**



**Figure 10I**



**Figure 10J**



**Figure 10K**



**Figure 10L**



**Figure 10M**



**Figure 11A**



**Figure 11B**



**Figure 11C**



**Portable Multifunction Device**
**100**

**Figure 12A**



**Figure 12B**



**Figure 12C**



**Figure 12D**



**Figure 13**

**U.S. Patent**          Sep. 6, 2011          Sheet 36 of 64          US 8,014,760 B2



**Figure 14A**



**Figure 14B**



**Figure 14C**

U.S. Patent          Sep. 6, 2011          Sheet 39 of 64          US 8,014,760 B2



**Figure 14D**



**Figure 15A**



**Figure 15B**



**Figure 16A**



**Figure 16B**



**Figure 17**



**Figure 18A**

U.S. Patent     Sep. 6, 2011     Sheet 46 of 64     US 8,014,760 B2



**Figure 18B**



Portable Multifunction Device
100
206
208
208
Speaker 111
Optical Sensor 164
Proximity Sensor 166
3500A
402
Current Time 404
406
Mailboxes
3502
Inbox
6
3504
Aaron Jones
3506-1
January 30, 2006
3510-1
Re: Project Orion
3508-1
3512-1
Bruce Walker
3506-2
January 30, 2006
3510-2
Lunch meeting today
3508-2
Kim Brook
3506-3
January 30, 2006
3510-3
3508-3
Draft agreement
3514
Bob Adams
January 29, 2006
Project Orion
3512-2
Darin Adler
January 29, 2006
fantasy football
Aaron Jones
January 29, 2006
Fwd: status report
3516
3518
3520
3522
3524
3526
3310
Microphone 113
Home 204

Figure 19A



Portable Multifunction Device
100
206
Speaker 111
Optical Sensor 164
Proximity Sensor 166
3500B
208
208
402
Current Time 404
406
Mailboxes
3502
Inbox
6
3504
Aaron Jones
3506-1
January 30, 2006
3510-1
3512-1
Bruce Walker
3506-2
3514
January 30, 2006
3510-2
Kim Brook
3506-3
January 30, 2006
3510-3
3528
3518
3530
Draft Agreement
January 30, 2006 9:50 AM
Details
John,
3532
The draft agreement for the Redstone Project is attached. Please look it over and give me your comments. Thanks.
3520
3522
3524
3526
3310
Microphone 113
Home 204

Figure 19B



**Figure 19C**



**Figure 19D**



**Figure 19E**



**Figure 19F**



**Figure 20**



**Figure 21A**



**Figure 21B**



**Figure 22A**



**Figure 22B**

5000

At a portable electronic device with a touch-screen display, display a list of items comprising missed telephone calls. — 5002

Display in the list of items a single item corresponding to a plurality of missed telephone calls. — 5004

Display information indicating a number of missed telephone calls in a respective single item in the list of items. — 5006

Display in the list of items a single item corresponding to a plurality of missed telephone calls from a plurality of distinct telephone numbers associated with a respective caller. — 5008

Detect a scrolling gesture comprising substantially vertical movement of a user contact with the touch screen display. — 5010

Scroll the displayed list of items. — 5012

Detect user selection of an item in the list. — 5014

Display contact information, including a plurality of contact objects, for a respective caller corresponding to the user-selected item.

The plurality of contact objects include:

- a first contact object, comprising a telephone number object having a first telephone number associated with the missed telephone call; and

- a second contact object (e.g., an email contact object, a telephone number object having a second telephone number different from the first telephone number, or an instant messaging object). — 5016

Detect user selection of the second contact object. — 5018

Initiate a communication with the respective caller via a modality corresponding to the second contact object (e.g., send an email message, initiate a telephone call to the second telephone number, or send an instant message). — 5020

**Figure 23**



5100

At a portable electronic device with a touch-screen display, display a list of items comprising missed telephone calls. — 5002

Display in the list of items a single item corresponding to a plurality of missed telephone calls. — 5004

Display information indicating a number of missed telephone calls in a respective single item in the list of items. — 5006

Display in the list of items a single item corresponding to a plurality of missed telephone calls from a plurality of distinct telephone numbers associated with a respective caller. — 5008

Detect finger contact with a first portion of a user-selected item in the list. — 5110

Initiate a return telephone call to a return telephone number associated with the user selected item. — 5112

Detect finger contact with a second portion of the respective item in the list. — 5114

Display contact information, including a plurality of contact objects, for a respective caller corresponding to the user-selected item. — 5116

The plurality of contact objects include:

- a first contact object, comprising a telephone number object having the return telephone number; and

- a second contact object (e.g., an email contact object, a telephone number object having a second telephone number different from the return telephone number, or an instant messaging object).

Detect user selection of the second contact object. — 5018

Initiate a communication with the respective caller via a modality corresponding to the second contact object (e.g., send an email message, initiate a telephone call to the second telephone number, or send an instant message). — 5020

Figure 24

5200
5202
At a portable electronic device with a touch-screen display, display missed telephone call information, including a list of items. At least one of the items corresponds to a plurality of missed telephone calls from a respective caller.
5204
Display an item corresponding to a plurality of missed telephone calls from a plurality of distinct telephone numbers associated with a respective caller.
5206
Display an item corresponding to one or more VoIP calls having an associated IP address.
5208
At least two of the plurality of missed telephone calls from the respective caller comprise missed telephone calls from at least two different telephone numbers associated with the respective caller.
5010
Detect a scrolling gesture comprising substantially vertical movement of a user contact with the touch screen display.
5210
Scroll the display of missed telephone call information.
5212
Detect user selection of an item in the list of items.
5214
Display contact information, including a plurality of contact objects, for the respective caller corresponding to the user-selected item.
5216
Detect user selection of a respective contact object of the plurality of contact objects.
5218
Initiate a communication with the respective caller via a modality corresponding to the user-selected contact object.

Figure 25



5300

5302

At a portable electronic device with a touch-screen display
with a plurality of user interface objects, display telephone call
information, including a list of items.  At least one of the items
corresponds to a plurality of telephone calls with a respective
caller.

5010

Detect a scrolling gesture comprising substantially vertical
movement of a user contact with the touch screen display.

5304

Scroll the display of telephone call information.

Figure 26



5400

5402

At a portable electronic device with a touch-screen display with a plurality of user interface objects, display a list of items for prior telephone calls.

Display in the list of items a single item corresponding to a plurality of prior telephone calls.

5404

5406

Detect finger contact with a first portion of a user-selected item in the list.

5408

Initiate a telephone call to a primary telephone number associated with the user-selected item.

5410

Detect finger contact with a second portion of the respective item in the list.

5412

Display contact information, including a plurality of contact objects, for a respective caller associated with the user-selected item.

The plurality of contact objects include:
- a first contact object, comprising a telephone number object having the primary telephone number; and
- a second contact object (e.g., an email contact object, a telephone number object having a secondary telephone number different from the primary telephone number, or an instant messaging object).

5414

Detect user selection of the second contact object.

5416

Initiate a communication with the respective caller via a modality corresponding to the second contact object (e.g., send an email message, initiate a telephone call to the secondary telephone number, or send an instant message).

Figure 27

5500



5502

At a portable electronic device with a touch-screen display with a plurality of user interface objects, detect an incoming telephone call from a caller.

5504

Identify contact information corresponding to the caller.

5506

Display:

- a text identifier of the caller

- an image associated with the caller

- a call answer icon, which if selected by a user of the device, answers the incoming call

- a call decline icon, which if selected by the user of the device, declines the incoming call

**Figure 28**

5600

5602

At a portable electronic device with a touch-screen display
with a plurality of user interface objects, detect that a
telephone call between a user of the device and another entity
has been established.

5604

Display:

- a mute icon for muting a microphone of the device

- a keypad icon for displaying a keypad

- a speaker icon for activating a speaker mode of the device

- a conference call or add call icon for forming a multi-party
telephone call between the user, the other entity, and at least
one additional entity

- a call hold icon for suspending the telephone call

- a contacts icon for displaying a contacts list

-an end call icon for ending the telephone call

**Figure 29**

US 8,014,760 B2

1

**MISSED TELEPHONE CALL MANAGEMENT FOR A PORTABLE MULTIFUNCTION DEVICE**

RELATED APPLICATIONS

This application claims priority to: (A) U.S. Provisional Patent Application No. 60/879,469, filed Jan. 8, 2007, entitled "Portable Multifunction Device"; (B) U.S. Provisional Patent Application No. 60/879,253, filed Jan. 7, 2007, entitled "Portable Multifunction Device"; (C) U.S. Provisional Patent Application No. 60/883,782, filed Jan. 6, 2007, entitled "Telephone Call Management for a Portable Multifunction Device"; and (D) U.S. Provisional Patent Application No. 60/824,769, filed Sep. 6, 2006, entitled "Portable Multifunction Device." All of these applications are incorporated by referenced herein in their entirety.

This application is related to the following applications: (1) U.S. patent application Ser. No. 10/188,182, "Touch Pad For Handheld Device," filed on Jul. 1, 2002; (2) U.S. patent application Ser. No. 10/722,948, "Touch Pad For Handheld Device," filed on Nov. 25, 2003; (3) U.S. patent application Ser. No. 10/643,256, "Movable Touch Pad With Added Functionality," filed on Aug. 18, 2003; (4) U.S. patent application Ser. No. 10/654,108, "Ambidextrous Mouse," filed on Sep. 2, 2003; (5) U.S. patent application Ser. No. 10/840,862, "Multipoint Touchscreen," filed on May 6, 2004; (6) U.S. patent application Ser. No. 10/903,964, "Gestures For Touch Sensitive Input Devices," filed on Jul. 30, 2004; (7) U.S. patent application Ser. No. 11/038,590, "Mode-Based Graphical User Interfaces For Touch Sensitive Input Devices" filed on Jan. 18, 2005; (8) U.S. patent application Ser. No. 11/057, 050, "Display Actuator," filed on Feb. 11, 2005; (9) U.S. Provisional Patent Application No. 60/658,777, "Multi-Functional Hand-Held Device," filed Mar. 4, 2005; and (10) U.S. patent application Ser. No. 11/367,749, "Multi-Functional Hand-Held Device," filed Mar. 3, 2006. All of these applications are incorporated by reference herein.

TECHNICAL FIELD

The disclosed embodiments relate generally to portable electronic devices, and more particularly, to portable devices that are capable of performing multiple communication functions including telephony.

BACKGROUND

As portable electronic devices become more compact, and the number of functions performed by a given device increase, it has become a significant challenge to design a user interface that allows users to easily interact with a multifunction device. This challenge is particular significant for handheld portable devices, which have much smaller screens than desktop or laptop computers. This situation is unfortunate because the user interface is the gateway through which users receive not only content but also responses to user actions or behaviors, including user attempts to access a device's features, tools, and functions. Some portable communication devices (e.g., mobile telephones, sometimes called mobile phones, cell phones, cellular telephones, and the like) have resorted to adding more pushbuttons, increasing the density of push buttons, overloading the functions of pushbuttons, or using complex menu systems to allow a user to access, store and manipulate data. These conventional user interfaces often result in complicated key sequences and menu hierarchies that must be memorized by the user.

2

Many conventional user interfaces, such as those that include physical pushbuttons, are also inflexible. This is unfortunate because it may prevent a user interface from being configured and/or adapted by either an application running on the portable device or by users. When coupled with the time consuming requirement to memorize multiple key sequences and menu hierarchies, and the difficulty in activating a desired pushbutton, such inflexibility is frustrating to most users.

In particular, user interfaces for managing missed telephone calls and prior telephone calls may be frustrating to users. Multiple key sequences and complex menu hierarchies may prevent a user from being able to respond to a missed call easily or to access information about prior calls easily.

Accordingly, there is a need for portable multifunction devices with more transparent and intuitive user interfaces for managing missed telephone calls and prior telephone calls that are easy to use, configure, and/or adapt.

SUMMARY

The above deficiencies and other problems associated with user interfaces for portable devices are reduced or eliminated by the disclosed portable multifunction device. In some embodiments, the device has a touch-sensitive display (also known as a "touch screen") with a graphical user interface (GUI), one or more processors, memory and one or more modules, programs or sets of instructions stored in the memory for performing multiple functions. In some embodiments, the user interacts with the GUI primarily through finger contacts and gestures on the touch-sensitive display. In some embodiments, the functions may include telephoning, video conferencing, e-mailing, instant messaging, blogging, digital photographing, digital videoing, web browsing, digital music playing, and/or digital video playing. Instructions for performing these functions may be included in a computer program product configured for execution by one or more processors.

A computer-implemented method is disclosed for use in conjunction with a portable electronic device with a touch screen display. A list of items comprising missed telephone calls is displayed. Upon detecting user selection of an item in the list, contact information is displayed for a respective caller corresponding to the user selected item. The displayed contact information includes a plurality of contact objects that include a first contact object, comprising a telephone number object having a first telephone number associated with the missed telephone call, and a second contact object. Upon detecting user selection of the second contact object, a communication with the respective caller is initiated via a modality corresponding to the second contact object.

A computer-implemented method is disclosed for use in conjunction with a portable electronic device with a touch screen display. A list of items comprising missed telephone calls is displayed. Upon detecting finger contact with a first portion of a user selected item in the list, a return telephone call is initiated to a return telephone number associated with the user selected item. Upon detecting finger contact with a second portion of the respective item in the list, contact information is displayed for a respective caller associated with the user selected item. The displayed contact information includes a plurality of contact objects that include a first contact object, comprising a telephone number object having the return telephone number, and a second contact object. Upon detecting user selection of the second contact object, a communication is initiated with the respective caller via a modality corresponding to the second contact object.

US 8,014,760 B2

**3**

A computer-implemented method is disclosed for use in conjunction with a portable electronic device with a touch screen display. Missed telephone call information is displayed, including a list of items, wherein at least one of the items corresponds to a plurality of missed telephone calls from a respective caller.

A computer-implemented method is disclosed for use in conjunction with a portable electronic device with a touch screen display of user interface objects. Telephone call information is displayed, including a list of items, wherein at least one of the items corresponds to a plurality of telephone calls with a respective caller. A scrolling gesture is detected comprising substantially vertical movement of a user contact with the touch screen display. In response to the scrolling gesture, the display of telephone call information is scrolled.

A computer-implemented method is disclosed for use in conjunction with a portable electronic device with a touch screen display with a plurality of user interface objects. A list of items for prior telephone calls is displayed. Upon detecting finger contact with a first portion of a user selected item in the list, a telephone call is initiated to a primary telephone number associated with the user selected item. Upon detecting finger contact with a second portion of the respective item in the list, contact information is displayed for a respective caller associated with the user selected item. The displayed contact information includes a plurality of contact objects that include a first contact object, comprising a telephone number object having the primary telephone number, and a second contact object. Upon detecting user selection of the second contact object, a communication is initiated with the respective caller via a modality corresponding to the second contact object.

A computer program product for use in conjunction with a portable electronic device with a touch screen display with a plurality of user interface objects is disclosed. The computer program product comprises a computer readable storage medium and a computer program mechanism embedded therein. The computer program mechanism comprises instructions for displaying a list of items for missed telephone calls. The computer program mechanism also comprises instructions for displaying, upon detecting user selection of an item in the list, contact information for a respective caller corresponding to the user selected item. The displayed contact information includes a plurality of contact objects that include a first contact object, comprising a telephone number object having a first telephone number associated with the missed telephone call, and a second contact object. The computer program mechanism further comprises instructions for initiating, upon detecting user selection of the second contact object, a communication with the respective caller via a modality corresponding to the second contact object.

A computer program product for use in conjunction with a portable electronic device with a touch screen display with a plurality of user interface objects is disclosed. The computer program product comprises a computer readable storage medium and a computer program mechanism embedded therein. The computer program mechanism comprises instructions for displaying a list of items for missed telephone calls and instructions for initiating, upon detecting finger contact with a first portion of a user selected item in the list, a return telephone call to a return telephone number associated with the user selected item. The computer program mechanism also comprises instructions for displaying, upon detecting finger contact with a second portion of the respective item in the list, contact information for a respective caller associated with the user selected item. The displayed contact infor-

**4**

mation includes a plurality of contact objects that include a first contact object, comprising a telephone number object having the return telephone number, and a second contact object. The computer program mechanism further comprises instructions for initiating, upon detecting user selection of the second contact object, a communication with the respective caller via a modality corresponding to the second contact object.

A computer program product for use in conjunction with a portable electronic device with a touch screen display with a plurality of user interface objects is disclosed. The computer program product comprises a computer readable storage medium and a computer program mechanism embedded therein. The computer program mechanism comprises instructions for displaying missed telephone call information, including a list of items, wherein at least one of the items corresponds to a plurality of missed telephone calls from a respective caller.

A computer program product for use in conjunction with a portable electronic device with a touch screen display with a plurality of user interface objects is disclosed. The computer program product comprises a computer readable storage medium and a computer program mechanism embedded therein. The computer program mechanism comprises instructions for displaying telephone call information, including a list of items, wherein at least one of the items corresponds to a plurality of telephone calls with a respective caller. The computer program mechanism also comprises instructions for detecting a scrolling gesture comprising substantially vertical movement of user contact with the touch screen display and instructions for responding to the scrolling gesture by scrolling the display of telephone call information.

A computer program product for use in conjunction with a portable electronic device with a touch screen display with a plurality of user interface objects is disclosed. The computer program product comprises a computer readable storage medium and a computer program mechanism embedded therein. The computer program mechanism comprises instructions for displaying a list of items for prior telephone calls and instructions for initiating, upon detecting finger contact with a first portion of a user selected item in the list, a telephone call to a primary telephone number associated with the user selected item. The computer program mechanism also comprises instructions for displaying, upon detecting finger contact with a second portion of the respective item in the list, contact information for a respective caller associated with the user selected item. The displayed contact information includes a plurality of contact objects that include a first contact object, comprising a telephone number object having the primary telephone number, and a second contact object. The computer program mechanism further comprises instructions for initiating, upon detecting user selection of the second contact object, a communication with the respective caller via a modality corresponding to the second contact object.

A portable electronic device with a touch screen display with a plurality of user interface objects is disclosed, comprising memory, one or more processors, and one or more programs stored in the memory and configured for execution by the one or more processors. The one or more programs include instructions for displaying a list of items for missed telephone calls and instructions for displaying, upon detecting user selection of an item in the list, contact information for a respective caller corresponding to the user selected item. The displayed contact information includes a plurality of contact objects that include a first contact object, comprising a telephone number object having a first telephone number

**5**

associated with the missed telephone call, and a second contact object. The one or more programs also include instructions for initiating, upon detecting user selection of the second contact object, a communication with the respective caller via a modality corresponding to the second contact object.

A portable electronic device with a touch screen display with a plurality of user interface objects is disclosed, comprising memory, one or more processors, and one or more programs stored in the memory and configured for execution by the one or more processors. The one or more programs include instructions for displaying a list of items for missed telephone calls and instructions for initiating, upon detecting finger contact with a first portion of a user selected item in the list, a return telephone call to a return telephone number associated with the user selected item. The one or more programs also include instructions for displaying, upon detecting finger contact with a second portion of the respective item in the list, contact information for a respective caller associated with the user selected item. The displayed contact information includes a plurality of contact objects that include a first contact object, comprising a telephone number object having the return telephone number, and a second contact object. The one or more programs further include instructions for initiating, upon detecting user selection of the second contact object, a communication with the respective caller via a modality corresponding to the second contact object.

A portable electronic device with a touch screen display with a plurality of user interface objects is disclosed, comprising memory, one or more processors, and one or more programs stored in the memory and configured for execution by the one or more processors. The one or more programs include instructions for displaying missed telephone call information, including a list of items, wherein at least one of the items corresponds to a plurality of missed telephone calls from a respective caller.

A portable electronic device with a touch screen display with a plurality of user interface objects is disclosed, comprising memory, one or more processors, and one or more programs stored in the memory and configured for execution by the one or more processors. The one or more programs include instructions for displaying telephone call information, including a list of items, wherein at least one of the items corresponds to a plurality of telephone calls with a respective caller. The one or more programs also include instructions for detecting a scrolling gesture comprising substantially vertical movement of user contact with the touch screen display and instructions for responding to the scrolling gesture by scrolling the display of telephone call information.

A portable electronic device with a touch screen display with a plurality of user interface objects is disclosed, comprising memory, one or more processors, and one or more programs stored in the memory and configured for execution by the one or more processors. The one or more programs include instructions for displaying a list of items for prior telephone calls and instructions for initiating, upon detecting finger contact with a first portion of a user selected item in the list, a telephone call to a primary telephone number associated with the user selected item. The one or more programs also include instructions for displaying, upon detecting finger contact with a second portion of the respective item in the list, contact information for a respective caller associated with the user selected item. The displayed contact information includes a plurality of contact objects that include a first contact object, comprising a telephone number object having the primary telephone number, and a second contact object. The one or more programs further include instructions for

**6**

initiating, upon detecting user selection of the second contact object, a communication with the respective caller via a modality corresponding to the second contact object.

The disclosed embodiments provide more transparent and intuitive user interfaces for managing missed telephone calls and prior telephone calls, thereby reducing user frustrations.

BRIEF DESCRIPTION OF THE DRAWINGS

For a better understanding of the aforementioned embodiments of the invention as well as additional embodiments thereof, reference should be made to the Description of Embodiments below, in conjunction with the following drawings in which like reference numerals refer to corresponding parts throughout the figures.

FIG. **1** is a block diagram illustrating a portable multifunction device with a touch-sensitive display in accordance with some embodiments.

FIG. **2** illustrates a portable multifunction device having a touch screen in accordance with some embodiments.

FIG. **3** illustrates an exemplary user interface for unlocking a portable electronic device in accordance with some embodiments.

FIG. **4** illustrates an exemplary user interface for a menu of applications on a portable multifunction device in accordance with some embodiments.

FIG. **5** illustrates an exemplary user interface for listing instant message conversations on a portable multifunction device in accordance with some embodiments.

FIGS. **6A**-**6E** illustrate an exemplary user interface for inputting text for an instant message in accordance with some embodiments.

FIG. **7** illustrates an exemplary user interface for deleting an instant message conversation in accordance with some embodiments.

FIGS. **8A** and **8B** illustrate an exemplary user interface for a contact list in accordance with some embodiments.

FIG. **9** illustrates an exemplary user interface for entering a phone number for instant messaging in accordance with some embodiments.

FIGS. **10A**-**10M** illustrate an exemplary user interface for displaying and managing contacts in accordance with some embodiments.

FIGS. **11A**-**11C** illustrate an exemplary user interface for displaying and managing favorite contacts in accordance with some embodiments.

FIGS. **12A**-**12D** illustrate an exemplary user interface for displaying and managing recent calls in accordance with some embodiments.

FIG. **13** illustrates an exemplary dial pad interface for calling in accordance with some embodiments.

FIGS. **14A**-**14D** illustrate exemplary user interfaces displayed during a call in accordance with some embodiments.

FIGS. **15A** and **15B** illustrate an exemplary user interface displayed during an incoming call in accordance with some embodiments.

FIGS. **16A** and **16B** illustrate an exemplary user interface for voicemail in accordance with some embodiments.

FIG. **17** illustrates an exemplary user interface for organizing and managing email in accordance with some embodiments.

FIGS. **18A** and **18B** illustrate an exemplary user interface for creating emails in accordance with some embodiments.

FIGS. **19A**-**19F** illustrate an exemplary user interface for displaying and managing an inbox in accordance with some embodiments.

7

FIG. **20** illustrates an exemplary user interface for setting email user preferences in accordance with some embodiments.

FIGS. **21**A and **21**B illustrate an exemplary user interface for creating and managing email rules in accordance with some embodiments.

FIGS. **22**A and **22**B illustrate an exemplary user interface for moving email messages in accordance with some embodiments.

FIG. **23** is a flow diagram illustrating a process for handling missed telephone calls at a portable electronic device with a touch screen display in accordance with some embodiments.

FIG. **24** is a flow diagram illustrating a process for handling missed telephone calls at a portable electronic device with a touch screen display in accordance with some embodiments.

FIG. **25** is a flow diagram illustrating a process for handling missed telephone calls at a portable electronic device with a touch screen display in accordance with some embodiments.

FIG. **26** is a flow diagram illustrating a process for handling prior telephone call information at a portable electronic device with a touch screen display with a plurality of user interface objects in accordance with some embodiments.

FIG. **27** is a flow diagram illustrating a process for handling prior telephone calls at a portable electronic device with a touch screen display with a plurality of user interface objects in accordance with some embodiments.

FIG. **28** is a flow diagram illustrating a process for handling incoming telephone calls at a portable electronic device with a touch screen display with a plurality of user interface objects in accordance with some embodiments.

FIG. **29** is a flow diagram illustrating a process for handling established telephone calls at a portable electronic device with a touch screen display with a plurality of user interface objects in accordance with some embodiments.

## DESCRIPTION OF EMBODIMENTS

Reference will now be made in detail to embodiments, examples of which are illustrated in the accompanying drawings. In the following detailed description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. However, it will be apparent to one of ordinary skill in the art that the present invention may be practiced without these specific details. In other instances, well-known methods, procedures, components, circuits, and networks have not been described in detail so as not to unnecessarily obscure aspects of the embodiments.

Embodiments of a portable multifunction device, user interfaces for such devices, and associated processes for using such devices are described. In some embodiments, the device is a portable communications device such as a mobile telephone that also contains other functions, such as PDA and/or music player functions.

The user interface may include a click wheel in addition to a touch screen. A click wheel is a physical user-interface device that may provide navigation commands based on an angular displacement of the wheel or a point of contact with the wheel by a user of the device. A click wheel may also be used to provide a user command corresponding to selection of one or more items, for example, when the user of the device presses down on at least a portion of the wheel or the center of the wheel. For simplicity, in the discussion that follows, a portable multifunction device that includes a touch screen is used as an exemplary embodiment. It should be understood, however, that some of the user interfaces and associated processes may be applied to other devices, such as personal computers and laptop computers, that may include one or

8

more other physical user-interface devices, such as a click wheel, a physical keyboard, a mouse and/or a joystick.

The device supports a variety of applications, such as a telephone application, a video conferencing application, an e-mail application, an instant messaging application, a blogging application, a digital camera application, a digital video camera application, a web browsing application, a digital music player application, and/or a digital video player application.

The various applications that may be executed on the device may use at least one common physical user-interface device, such as the touch screen. One or more functions of the touch screen as well as corresponding information displayed on the device may be adjusted and/or varied from one application to the next and/or within a respective application. In this way, a common physical architecture (such as the touch screen) of the device may support the variety of applications with user interfaces that are intuitive and transparent.

The user interfaces may include one or more soft keyboard embodiments. The soft keyboard embodiments may include standard (QWERTY) and/or non-standard configurations of symbols on the displayed icons of the keyboard, such as those described in U.S. patent applications Ser. No. 11/459,606, "Keyboards For Portable Electronic Devices," filed Jul. 24, 2006, and Ser. No. 11/459,615, "Touch Screen Keyboards For Portable Electronic Devices," filed Jul. 24, 2006, the contents of which are hereby incorporated by reference. The keyboard embodiments may include a reduced number of icons (or soft keys) relative to the number of keys in existing physical keyboards, such as that for a typewriter. This may make it easier for users to select one or more icons in the keyboard, and thus, one or more corresponding symbols. The keyboard embodiments may be adaptive. For example, displayed icons may be modified in accordance with user actions, such as selecting one or more icons and/or one or more corresponding symbols. One or more applications on the portable device may utilize common and/or different keyboard embodiments. Thus, the keyboard embodiment used may be tailored to at least some of the applications. In some embodiments, one or more keyboard embodiments may be tailored to a respective user. For example, based on a word usage history (lexicography, slang, individual usage) of the respective user. Some of the keyboard embodiments may be adjusted to reduce a probability of a user error when selecting one or more icons, and thus one or more symbols, when using the soft keyboard embodiments.

Attention is now directed towards embodiments of the device. FIG. **1** is a block diagram illustrating a portable multifunction device **100** with a touch-sensitive display **112** in accordance with some embodiments. The touch-sensitive display **112** is sometimes called a "touch screen" for convenience, and may also be known as or called a touch-sensitive display system. The device **100** may include a memory **102** (which may include one or more computer readable storage mediums), a memory controller **122**, one or more processing units (CPU's) **120**, a peripherals interface **118**, RF circuitry **108**, audio circuitry **110**, a speaker **111**, a microphone **113**, an input/output (I/O) subsystem **106**, other input or control devices **116**, and an external port **124**. The device **100** may include one or more optical sensors **164**. These components may communicate over one or more communication buses or signal lines **103**.

It should be appreciated that the device **100** is only one example of a portable multifunction device **100**, and that the device **100** may have more or fewer components than shown, may combine two or more components, or a may have a different configuration or arrangement of the components.

US 8,014,760 B2

9

The various components shown in FIG. 1 may be implemented in hardware, software or a combination of both hardware and software, including one or more signal processing and/or application specific integrated circuits.

Memory 102 may include high-speed random access memory and may also include non-volatile memory, such as one or more magnetic disk storage devices, flash memory devices, or other non-volatile solid-state memory devices. Access to memory 102 by other components of the device 100, such as the CPU 120 and the peripherals interface 118, may be controlled by the memory controller 122.

The peripherals interface 118 couples the input and output peripherals of the device to the CPU 120 and memory 102. The one or more processors 120 run or execute various software programs and/or sets of instructions stored in memory 102 to perform various functions for the device 100 and to process data.

In some embodiments, the peripherals interface 118, the CPU 120, and the memory controller 122 may be implemented on a single chip, such as a chip 104. In some other embodiments, they may be implemented on separate chips.

The RF (radio frequency) circuitry 108 receives and sends RF signals, also called electromagnetic signals. The RF circuitry 108 converts electrical signals to/from electromagnetic signals and communicates with communications networks and other communications devices via the electromagnetic signals. The RF circuitry 108 may include well-known circuitry for performing these functions, including but not limited to an antenna system, an RF transceiver, one or more amplifiers, a tuner, one or more oscillators, a digital signal processor, a CODEC chipset, a subscriber identity module (SIM) card, memory, and so forth. The RF circuitry 108 may communicate with networks, such as the Internet, also referred to as the World Wide Web (WWW), an intranet and/or a wireless network, such as a cellular telephone network, a wireless local area network (LAN) and/or a metropolitan area network (MAN), and other devices by wireless communication. The wireless communication may use any of a plurality of communications standards, protocols and technologies, including but not limited to Global System for Mobile Communications (GSM), Enhanced Data GSM Environment (EDGE), high-speed downlink packet access (HSDPA), wideband code division multiple access (W-CDMA), code division multiple access (CDMA), time division multiple access (TDMA), Bluetooth, Wireless Fidelity (Wi-Fi) (e.g., IEEE 802.11a, IEEE 802.11b, IEEE 802.11g and/or IEEE 802.11n), voice over Internet Protocol (VoIP), Wi-MAX, a protocol for email, instant messaging, and/or Short Message Service (SMS)), or any other suitable communication protocol, including communication protocols not yet developed as of the filing date of this document.

The audio circuitry 110, the speaker 111, and the microphone 113 provide an audio interface between a user and the device 100. The audio circuitry 110 receives audio data from the peripherals interface 118, converts the audio data to an electrical signal, and transmits the electrical signal to the speaker 111. The speaker 111 converts the electrical signal to human-audible sound waves. The audio circuitry 110 also receives electrical signals converted by the microphone 113 from sound waves. The audio circuitry 110 converts the electrical signal to audio data and transmits the audio data to the peripherals interface 118 for processing. Audio data may be retrieved from and/or transmitted to memory 102 and/or the RF circuitry 108 by the peripherals interface 118. In some embodiments, the audio circuitry 110 also includes a headset jack (not shown). The headset jack provides an interface between the audio circuitry 110 and removable audio input/

10

output peripherals, such as output-only headphones or a headset with both output (e.g., a headphone for one or both ears) and input (e.g., a microphone).

The I/O subsystem 106 couples input/output peripherals on the device 100, such as the touch screen 112 and other input/control devices 116, to the peripherals interface 118. The I/O subsystem 106 may include a display controller 156 and one or more input controllers 160 for other input or control devices. The one or more input controllers 160 receive/send electrical signals from/to other input or control devices 116. The other input/control devices 116 may include physical buttons (e.g., push buttons, rocker buttons, etc.), dials, slider switches, joysticks, click wheels, and so forth. In some alternate embodiments, input controller(s) 160 may be coupled to any (or none) of the following: a keyboard, infrared port, USB port, and a pointer device such as a mouse. The one or more buttons (e.g., 208, FIG. 2) may include an up/down button for volume control of the speaker 111 and/or the microphone 113. The one or more buttons may include a push button (e.g., 206, FIG. 2). A quick press of the push button may disengage a lock of the touch screen 112 or begin a process that uses gestures on the touch screen to unlock the device, as described in U.S. patent application Ser. No. 11/322,549 (Unlocking a Device by Performing Gestures on an Unlock Image, filed Dec. 23, 2005), which is hereby incorporated by reference. A longer press of the push button (e.g., 206) may turn power to the device 100 on or off. The user may be able to customize a functionality of one or more of the buttons. The touch screen 112 is used to implement virtual or soft buttons and one or more soft keyboards.

The touch-sensitive touch screen 112 provides an input interface and an output interface between the device and a user. The display controller 156 receives and/or sends electrical signals from/to the touch screen 112. The touch screen 112 displays visual output to the user. The visual output may include graphics, text, icons, video, and any combination thereof (collectively termed "graphics"). In some embodiments, some or all of the visual output may correspond to user-interface objects, further details of which are described below.

A touch screen 112 has a touch-sensitive surface, sensor or set of sensors that accepts input from the user based on haptic and/or tactile contact. The touch screen 112 and the display controller 156 (along with any associated modules and/or sets of instructions in memory 102) detect contact (and any movement or breaking of the contact) on the touch screen 112 and converts the detected contact into interaction with user-interface objects (e.g., one or more soft keys, icons, web pages or images) that are displayed on the touch screen. In an exemplary embodiment, a point of contact between a touch screen 112 and the user corresponds to a finger of the user.

The touch screen 112 may use LCD (liquid crystal display) technology, or LPD (light emitting polymer display) technology, although other display technologies may be used in other embodiments. The touch screen 112 and the display controller 156 may detect contact and any movement or breaking thereof using any of a plurality of touch sensing technologies now known or later developed, including but not limited to capacitive, resistive, infrared, and surface acoustic wave technologies, as well as other proximity sensor arrays or other elements for determining one or more points of contact with a touch screen 112. A touch-sensitive display in some embodiments of the touch screen 112 may be analogous to the multi-touch sensitive tablets described in the following U.S. Pat. No.: 6,323,846 (Westerman et al.), U.S. Pat. No. 6,570, 557 (Westerman et al.), and/or U.S. Pat. No. 6,677,932 (Westerman), and/or U.S. Patent Publication 2002/0015024A1,

US 8,014,760 B2

11

each of which is hereby incorporated by reference. However, a touch screen 112 displays visual output from the portable device 100, whereas touch sensitive tablets do not provide visual output. The touch screen 112 may have a resolution in excess of 100 dpi. In an exemplary embodiment, the touch screen has a resolution of approximately 168 dpi. The user may make contact with the touch screen 112 using any suitable object or appendage, such as a stylus, a finger, and so forth. In some embodiments, the user interface is designed to work primarily with finger-based contacts and gestures, which are much less precise than stylus-based input due to the larger area of contact of a finger on the touch screen. In some embodiments, the device translates the rough finger-based input into a precise pointer/cursor position or command for performing the actions desired by the user.

A touch-sensitive display in some embodiments of the touch screen 112 may be as described in the following applications: (1) U.S. patent application Ser. No. 11/381,313, "Multipoint Touch Surface Controller," filed on May 2, 2006; (2) U.S. patent application Ser. No. 10/840,862, "Multipoint Touchscreen," filed on May 6, 2004; (3) U.S. patent application Ser. No. 10/903,964, "Gestures For Touch Sensitive Input Devices," filed on Jul. 30, 2004; (4) U.S. patent application Ser. No. 11/048,264, "Gestures For Touch Sensitive Input Devices," filed on Jan. 31, 2005; (5) U.S. patent application Ser. No. 11/038,590, "Mode-Based Graphical User Interfaces For Touch Sensitive Input Devices," filed on Jan. 18, 2005; (6) U.S. patent application Ser. No. 11/228,758, "Virtual Input Device Placement On A Touch Screen User Interface," filed on Sep. 16, 2005; (7) U.S. patent application Ser. No. 11/228,700, "Operation Of A Computer With A Touch Screen Interface," filed on Sep. 16, 2005; (8) U.S. patent application Ser. No. 11/228,737, "Activating Virtual Keys Of A Touch-Screen Virtual Keyboard," filed on Sep. 16, 2005; and (9) U.S. patent application Ser. No. 11/367,749, "Multi-Functional Hand-Held Device," filed on Mar. 3, 2006. All of these applications are incorporated by reference herein.

In some embodiments, in addition to the touch screen, the device 100 may include a touchpad (not shown) for activating or deactivating particular functions. In some embodiments, the touchpad is a touch-sensitive area of the device that, unlike the touch screen, does not display visual output. The touchpad may be a touch-sensitive surface that is separate from the touch screen 112 or an extension of the touch-sensitive surface formed by the touch screen.

In some embodiments, the device 100 may include a click wheel as an input control device 116. A user may navigate among and interact with one or more graphical objects (henceforth referred to as icons) displayed in the touch screen 112 by rotating the click wheel or by moving a point of contact with the click wheel (e.g., where the amount of movement of the point of contact is measured by its angular displacement with respect to a center point of the click wheel. The click wheel may also be used to select one or more of the displayed icons. For example, the user may press down on at least a portion of the click wheel or an associated physical button. User commands and navigation commands provided by the user via the click wheel may be processed by an input controller 160 as well as one or more of the modules and/or sets of instructions in memory 102.

The device 100 also includes a power system 162 for powering the various components. The power system 162 may include a power management system, one or more power sources (e.g., battery, alternating current (AC)), a recharging system, a power failure detection circuit, a power converter or inverter, a power status indicator (e.g., a light-emitting diode

12

(LED)) and any other components associated with the generation, management and distribution of power in portable devices.

The device 100 may also include one or more optical sensors 164. FIG. 1 shows an optical sensor coupled to an optical sensor controller 158 in I/O subsystem 106. The optical sensor 164 may include charge-coupled device (CCD) or complementary metal-oxide semiconductor (CMOS) phototransistors. The optical sensor 164 receives light from the environment, projected through one or more lens, and converts the light to data representing an image. In conjunction with an imaging module 144, the optical sensor 164 may capture still images or video. In some embodiments, an optical sensor is located on the back of the device 100, opposite the touch screen display 112 on the front of the device, so that the touch screen display may be used as a viewfinder for either still and/or video image acquisition. In some embodiments, an optical sensor is located on the front of the device so that the user's image may be obtained for videoconferencing while the user views the other video conference participants on the touch screen display. In some embodiments, the position of the optical sensor 164 can be changed by the user (e.g., by rotating the lens and the sensor in the device housing) so that a single optical sensor 164 may be used along with the touch screen display for both video conferencing and still and/or video image acquisition.

The device 100 may also include one or more proximity sensors 166. FIG. 1 shows a proximity sensor 166 coupled to the peripherals interface 118. Alternately, the proximity sensor 166 may be coupled to an input controller 160 in the I/O subsystem 106. The proximity sensor 166 may perform as described in U.S. patent application Ser. No. 11/241,839, "Proximity Detector In Handheld Device," filed Sep. 30, 2005, and Ser. No. 11/240,788, "Proximity Detector In Handheld Device," filed Sep. 30, 2005, which are hereby incorporated by reference. In some embodiments, the proximity sensor turns off and disables the touch screen 112 when the multifunction device is placed near the user's ear (e.g., when the user is making a phone call). In some embodiments, the proximity sensor keeps the screen off when the device is in the user's pocket, purse, or other dark area to prevent unnecessary battery drainage when the device is a locked state.

In some embodiments, the software components stored in memory 102 may include an operating system 126, a communication module (or set of instructions) 128, a contact/motion module (or set of instructions) 130, a graphics module (or set of instructions) 132, a text input module (or set of instructions) 134, a Global Positioning System (GPS) module (or set of instructions) 135, and applications (or set of instructions) 136.

The operating system 126 (e.g., Darwin, RTXC, LINUX, UNIX, OS X, WINDOWS, or an embedded operating system such as VxWorks) includes various software components and/or drivers for controlling and managing general system tasks (e.g., memory management, storage device control, power management, etc.) and facilitates communication between various hardware and software components.

The communication module 128 facilitates communication with other devices over one or more external ports 124 and also includes various software components for handling data received by the RF circuitry 108 and/or the external port 124. The external port 124 (e.g., Universal Serial Bus (USB), FIREWIRE, etc.) is adapted for coupling directly to other devices or indirectly over a network (e.g., the Internet, wireless LAN, etc.). In some embodiments, the external port is a multi-pin (e.g., 30-pin) connector that is the same as, or

US 8,014,760 B2

13

similar to and/or compatible with the 30-pin connector used on iPod (trademark of Apple Computer, Inc.) devices.

The contact/motion module 130 may detect contact with the touch screen 112 (in conjunction with the display controller 156) and other touch sensitive devices (e.g., a touchpad or click wheel). The contact/motion module 130 includes various software components for performing various operations related to detection of contact, such as determining if contact has occurred, determining if there is movement of the contact and tracking the movement across the touch screen 112, and determining if the contact has been broken (i.e., if the contact has ceased). Determining movement of the point of contact may include determining speed (magnitude), velocity (magnitude and direction), and/or an acceleration (a change in magnitude and/or direction) of the point of contact. These operations may be applied to single contacts (e.g., one finger contacts) or to multiple simultaneous contacts (e.g., "multi-touch"/multiple finger contacts). In some embodiments, the contact/motion module 130 and the display controller 156 also detects contact on a touchpad. In some embodiments, the contact/motion module 130 and the controller 160 detects contact on a click wheel.

The graphics module 132 includes various known software components for rendering and displaying graphics on the touch screen 112, including components for changing the intensity of graphics that are displayed. As used herein, the term "graphics" includes any object that can be displayed to a user, including without limitation text, web pages, icons (such as user-interface objects including soft keys), digital images, videos, animations and the like. An animation in this context is a display of a sequence of images that gives the appearance of movement, and informs the user of an action that has been performed (such as moving an email message to a folder). In this context, a respective animation that confirms an action by the user of the device typically takes a pre-defined, finite amount of time, typically between 0.2 and 1.0 seconds, and generally less than two seconds.

The text input module 134, which may be a component of graphics module 132, provides soft keyboards for entering text in various applications (e.g., contacts 137, e-mail 140, IM 141, blogging 142, browser 147, and any other application that needs text input).

The GPS module 135 determines the location of the device and provides this information for use in various applications (e.g., to telephone 138 for use in location-based dialing, to camera 143 and/or blogger 142 as picture/video metadata, and to applications that provide location-based services such as weather widgets, local yellow page widgets, and map/navigation widgets).

The applications 136 may include the following modules (or sets of instructions), or a subset or superset thereof:

- a contacts module 137 (sometimes called an address book or contact list);
- a telephone module 138;
- a video conferencing module 139;
- an e-mail client module 140;
- an instant messaging (IM) module 141;
- a blogging module 142;
- a camera module 143 for still and/or video images;
- an image management module 144;
- a video player module 145;
- a music player module 146;
- a browser module 147;
- a calendar module 148;
- widget modules 149, which may include weather widget 149-1, stocks widget 149-2, calculator widget 149-3,

14

alarm clock widget 149-4, dictionary widget 149-5, and other widgets obtained by the user, as well as user-created widgets 149-6;

- widget creator module 150 for making user-created widgets 149-6; and/or
- search module 151.

Examples of other applications 136 that may be stored in memory 102 include memo pad and other word processing applications, JAVA-enabled applications, encryption, digital rights management, voice recognition, and voice replication.

In conjunction with touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the contacts module 137 may be used to manage an address book or contact list, including: adding name(s) to the address book; deleting name(s) from the address book; associating telephone number(s), e-mail address(es), physical address(es) or other information with a name; associating an image with a name; categorizing and sorting names; providing telephone numbers or e-mail addresses to initiate and/or facilitate communications by telephone 138, video conference 139, e-mail 140, or IM 141; and so forth. Embodiments of user interfaces and associated processes using contacts module 137 are described further below.

In conjunction with RF circuitry 108, audio circuitry 110, speaker 111, microphone 113, touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the telephone module 138 may be used to enter a sequence of characters corresponding to a telephone number, access one or more telephone numbers in the address book 137, modify a telephone number that has been entered, dial a respective telephone number, conduct a conversation and disconnect or hang up when the conversation is completed. As noted above, the wireless communication may use any of a plurality of communications standards, protocols and technologies. Embodiments of user interfaces and associated processes using telephone module 138 are described further below.

In conjunction with RF circuitry 108, audio circuitry 110, speaker 111, microphone 113, touch screen 112, display controller 156, optical sensor 164, optical sensor controller 158, contact module 130, graphics module 132, text input module 134, contacts module 137, and telephone module 138, the videoconferencing module 139 may be used to initiate, conduct, and terminate a video conference between a user and one or more other participants.

In conjunction with RF circuitry 108, touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the e-mail client module 140 may be used to create, send, receive, and manage e-mail. In conjunction with image management module 144, the e-mail module 140 makes it very easy to create and send e-mails with still or video images taken with camera module 143. Embodiments of user interfaces and associated processes using e-mail module 140 are described further below.

In conjunction with RF circuitry 108, touch screen 112, display controller 156, contact module 130, graphics module 132, and text input module 134, the instant messaging module 141 may be used to enter a sequence of characters corresponding to an instant message, to modify previously entered characters, to transmit a respective instant message (for example, using a Short Message Service (SMS) or Multimedia Message Service (MMS) protocol), to receive instant messages and to view received instant messages. In some embodiments, transmitted and/or received instant messages may include graphics, photos, audio files, video files and/or other attachments as are supported in a MMS and/or an Enhanced Messaging Service (EMS). Embodiments of user

15

interfaces and associated processes using instant messaging module **141** are described further below.

In conjunction with RF circuitry **108**, touch screen **112**, display controller **156**, contact module **130**, graphics module **132**, text input module **134**, image management module **144**, and browsing module **147**, the blogging module **142** may be used to send text, still images, video, and/or other graphics to a blog (e.g., the user's blog).

In conjunction with touch screen **112**, display controller **156**, optical sensor(s) **164**, optical sensor controller **158**, contact module **130**, graphics module **132**, and image management module **144**, the camera module **143** may be used to capture still images or video (including a video stream) and store them into memory **102**, modify characteristics of a still image or video, or delete a still image or video from memory **102**.

In conjunction with touch screen **112**, display controller **156**, contact module **130**, graphics module **132**, text input module **134**, and camera module **143**, the image management module **144** may be used to arrange, modify or otherwise manipulate, label, delete, present (e.g., in a digital slide show or album), and store still and/or video images.

In conjunction with touch screen **112**, display controller **156**, contact module **130**, graphics module **132**, audio circuitry **110**, and speaker **111**, the video player module **145** may be used to display, present or otherwise play back videos (e.g., on the touch screen or on an external, connected display via external port **124**).

In conjunction with touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, audio circuitry **110**, speaker **111**, RF circuitry **108**, and browser module **147**, the music player module **146** allows the user to download and play back recorded music and other sound files stored in one or more file formats, such as MP3 or AAC files. In some embodiments, the device **100** may include the functionality of an MP3 player, such as an iPod (trademark of Apple Computer, Inc.).

In conjunction with RF circuitry **108**, touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, and text input module **134**, the browser module **147** may be used to browse the Internet, including searching, linking to, receiving, and displaying web pages or portions thereof, as well as attachments and other files linked to web pages.

In conjunction with RF circuitry **108**, touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, text input module **134**, e-mail module **140**, and browser module **147**, the calendar module **148** may be used to create, display, modify, and store calendars and data associated with calendars (e.g., calendar entries, to do lists, etc.).

In conjunction with RF circuitry **108**, touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, text input module **134**, and browser module **147**, the widget modules **149** are mini-applications that may be downloaded and used by a user (e.g., weather widget **149-1**, stocks widget **149-2**, calculator widget **149-3**, alarm clock widget **149-4**, and dictionary widget **149-5**) or created by the user (e.g., user-created widget **149-6**). In some embodiments, a widget includes an HTML (Hypertext Markup Language) file, a CSS (Cascading Style Sheets) file, and a JavaScript file. In some embodiments, a widget includes an XML (Extensible Markup Language) file and a JavaScript file (e.g., Yahoo! Widgets).

In conjunction with RF circuitry **108**, touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, text input module **134**, and browser module **147**,

16

the widget creator module **150** may be used by a user to create widgets (e.g., turning a user-specified portion of a web page into a widget).

In conjunction with touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, and text input module **134**, the search module **151** may be used to search for text, music, sound, image, video, and/or other files in memory **102** that match one or more search criteria (e.g., one or more user-specified search terms).

Each of the above identified modules and applications correspond to a set of instructions for performing one or more functions described above. These modules (i.e., sets of instructions) need not be implemented as separate software programs, procedures or modules, and thus various subsets of these modules may be combined or otherwise rearranged in various embodiments. In some embodiments, memory **102** may store a subset of the modules and data structures identified above. Furthermore, memory **102** may store additional modules and data structures not described above.

In some embodiments, the device **100** is a device where operation of a predefined set of functions on the device is performed exclusively through a touch screen **112** and/or a touchpad. By using a touch screen and/or a touchpad as the primary input/control device for operation of the device **100**, the number of physical input/control devices (such as push buttons, dials, and the like) on the device **100** may be reduced.

The predefined set of functions that may be performed exclusively through a touch screen and/or a touchpad include navigation between user interfaces. In some embodiments, the touchpad, when touched by the user, navigates the device **100** to a main, home, or root menu from any user interface that may be displayed on the device **100**. In such embodiments, the touchpad may be referred to as a "menu button." In some other embodiments, the menu button may be a physical push button or other physical input/control device instead of a touchpad.

FIG. **2** illustrates a portable multifunction device **100** having a touch screen **112** in accordance with some embodiments. The touch screen may display one or more graphics. In this embodiment, as well as others described below, a user may select one or more of the graphics by making contact or touching the graphics, for example, with one or more fingers **202** (not drawn to scale in the figure). In some embodiments, selection of one or more graphics occurs when the user breaks contact with the one or more graphics. In some embodiments, the contact may include a gesture, such as one or more taps, one or more swipes (from left to right, right to left, upward and/or downward and/or a rolling of a finger (from right to left, left to right, upward and/or downward) that has made contact with the device **100**. In some embodiments, inadvertent contact with a graphic may not select the graphic. For example, a swipe gesture with that sweeps over an application icon may not select the corresponding application when the gesture corresponding to selection is a tap.

The device **100** may also include one or more physical buttons, such as "home" or menu button **204**. As described previously, the menu button **204** may be used to navigate to any application **136** in a set of applications that may be executed on the device **100**. Alternatively, in some embodiments, the menu button is implemented as a soft key in a GUI in touch screen **112**.

In one embodiment, the device **100** includes a touch screen **112**, a menu button **204**, a push button **206** for powering the device on/off and locking the device, and volume adjustment button(s) **208**. The push button **206** may be used to turn the power on/off on the device by depressing the button and holding the button in the depressed state for a predefined time

US 8,014,760 B2

17

interval; to lock the device by depressing the button and releasing the button before the predefined time interval has elapsed; and/or to unlock the device or initiate an unlock process. In an alternative embodiment, the device **100** also may accept verbal input for activation or deactivation of some functions through the microphone **113**.

Attention is now directed towards embodiments of user interfaces ("UI") and associated processes that may be implemented on a portable multifunction device **100**.

FIG. **3** illustrates an exemplary user interface for unlocking a portable electronic device in accordance with some embodiments. In some embodiments, user interface **300** includes the following elements, or a subset or superset thereof:

Unlock image **302** that is moved with a finger gesture to unlock the device;

Arrow **304** that provides a visual cue to the unlock gesture;

Channel **306** that provides additional cues to the unlock gesture;

Time **308**;

Day **310**;

Date **312**; and

Wallpaper image **314**.

In some embodiments, the device detects contact with the touch-sensitive display (e.g., a user's finger making contact on or near the unlock image **302**) while the device is in a user-interface lock state. The device moves the unlock image **302** in accordance with the contact. The device transitions to a user-interface unlock state if the detected contact corresponds to a predefined gesture, such as moving the unlock image across channel **306**. Conversely, the device maintains the user-interface lock state if the detected contact does not correspond to the predefined gesture. As noted above, processes that use gestures on the touch screen to unlock the device are described in U.S. patent application Ser. No. 11/322,549, "Unlocking a Device by Performing Gestures on an Unlock Image," filed Dec. 23, 2005, which is hereby incorporated by reference.

FIG. **4** illustrates an exemplary user interface for a menu of applications on a portable multifunction device in accordance with some embodiments. In some embodiments, user interface **400** includes the following elements, or a subset or superset thereof:

Signal strength indicator **402** for wireless communication;

Time **404**;

Battery status indicator **406**;

Tray **408** with icons for frequently used applications, such as:

Phone **138**;

E-mail client **140**, which may include an indicator **410** of the number of unread e-mails;

Browser **147**; and

Music player **146**;

Icons for other applications, such as:

IM **141**;

Image management **144**;

Camera **143**;

Video player **145**;

Weather **149-1**;

Stocks **149-2**;

Blog **142**;

Calendar **148**;

Calculator **149-3**;

Alarm clock **149-4**;

Dictionary **149-5**; and

User-created widget **149-6**.

In some embodiments, UI **400** displays all of the available applications **136** on one screen so that there is no need to

18

scroll through a list of applications (e.g., via a scroll bar). In some embodiments, as the number of applications increase, the icons corresponding to the applications may decrease in size so that all applications may be displayed on a single screen without scrolling. In some embodiments, having all applications on one screen and a menu button enables a user to access any desired application with at most two inputs, such as activating the menu button **204** and then activating the desired application (e.g., by a tap or other finger gesture on the icon corresponding to the application).

In some embodiments, UI **400** provides integrated access to both widget-based applications and non-widget-based applications. In some embodiments, all of the widgets, whether user-created or not, are displayed in UI **400**. In other embodiments, activating the icon for user-created widget **149-6** may lead to another UI (not shown) that contains the user-created widgets or icons corresponding to the user-created widgets.

In some embodiments, a user may rearrange the icons in UI **400**, e.g., using processes described in U.S. patent application Ser. No. 11/459,602, "Portable Electronic Device With Interface Reconfiguration Mode," filed Jul. 24, 2006, which is hereby incorporated by reference. For example, a user may move application icons in and out of tray **408** using finger gestures.

In some embodiments, UI **400** includes a gauge (not shown) that displays an updated account usage metric for an account associated with usage of the device (e.g., a cellular phone account), as described in U.S. patent application Ser. No. 11/322,552, "Account Information Display For Portable Communication Device," filed Dec. 23, 2005, which is hereby incorporated by reference.

FIG. **5** illustrates an exemplary user interface for listing instant message conversations on a portable multifunction device in accordance with some embodiments. In some embodiments, user interface **500** includes the following elements, or a subset or superset thereof:

**402**, **404**, and **406**, as described above;

"Instant Messages" or other similar label **502**;

Names **504** of the people with whom a user is having instant message conversations (e.g., Jane Doe **504-1**) or the phone number if the person's name is not available (e.g., 408-123-4567 **504-3**);

Text **506** of the last message in the conversation;

Date **508** and/or time of the last message in the conversation;

Selection icon **510** that when activated (e.g., by a finger tap on the icon) initiates transition to a UI for the corresponding conversation (e.g., FIG. **6A** for Jane Doe **504-1**);

Edit icon **512** that when activated (e.g., by a finger tap on the icon) initiates transition to a UI for deleting conversations (e.g., FIG. **7**); and

Create message icon **514** that when activated (e.g., by a finger tap on the icon) initiates transition to the users contact list (e.g., FIG. **8A**).

In some embodiments, the name **504** used for an instant message conversation is determined by finding an entry in the user's contact list **137** that contains the phone number used for the instant message conversation. If no such entry is found, the phone number (of the other party with whom the user is exchanging messages) is displayed (e.g., **504-3**). In some embodiments, if the other party sends messages from two or more different phone numbers, the messages may appear as a single conversation under a single name if all of the phone numbers used are found in the same entry (i.e., the entry for the other party) in the user's contact list **137**.

US 8,014,760 B2

19                                                                  20

Automatically grouping the instant messages into "conversations" (instant message exchanges with the same user or the same phone number) makes it easier for the user to carry on and keep track of instant message exchanges with multiple parties.

FIGS. 6A-6E illustrate an exemplary user interface for inputting text for an instant message in accordance with some embodiments.

In some embodiments, user interface 600A includes the following elements, or a subset or superset thereof:

402, 404, and 406, as described above;

Name 504 corresponding to the phone number used in the instant message conversation (or the phone number itself if the name is not available);

Instant messages icon 602 that when activated (e.g., by a finger tap on the icon) initiates transition to a UI listing instant message conversations (e.g., UI 500);

Instant messages 604 from the other party, typically listed in order along one side of UI 600A;

Instant messages 606 to the other party, typically listed in order along the opposite side of UI 600A to show the back and forth interplay of messages in the conversation;

Timestamps 608 for at least some of the instant messages;

Text entry box 612;

Send icon 614 that when activated (e.g., by a finger tap on the icon) initiates sending of the message in text box 612 to the other party (e.g., Jane Doe 504-1);

Letter keyboard 616 for entering text in box 612;

Alternate keyboard selector icon 618 that when activated (e.g., by a finger tap on the icon) initiates the display of a different keyboard (e.g., 624, FIG. 6C);

Send icon 620 that when activated (e.g., by a finger tap on the icon) initiates sending of the message in text box 612 to the other party (e.g., Jane Doe 504-1); and

Shift key 628 that when activated (e.g., by a finger tap on the icon) capitalizes the next letter chosen on letter keyboard 616.

In some embodiments, a user can scroll through the message conversation (comprised of messages 604 and 606) by applying a vertical swipe gesture 610 to the area displaying the conversation. In some embodiments, a vertically downward gesture scrolls the conversation downward, thereby showing older messages in the conversation. In some embodiments, a vertically upward gesture scrolls the conversation upward, thereby showing newer, more recent messages in the conversation. In some embodiments, as noted above, the last message in the conversation (e.g., 606-2) is displayed in the list of instant messages 500 (e.g., 506-1).

In some embodiments, keys in keyboards 616, 624, and/or 638 briefly change shade and/or color when touched/activated by a user to help the user learn to activate the desired keys.

In some embodiments, user interface 600B (FIG. 6B) includes the following elements, or a subset or superset thereof:

402, 404, 406, 602, 604, 606, 608, 612, 614, 616, 618, and 620 as described above; and

word suggestion area 622 that provides a list of possible words to complete the word fragment being typed by the user in box 612.

In some embodiments, the word suggestion area does not appear in UI 600B until after a predefined time delay (e.g., 2-3 seconds) in text being entered by the user. In some embodiments, the word suggestion area is not used or can be turned off by the user.

In some embodiments, user interface 600C (FIG. 6C) includes the following elements, or a subset or superset thereof:

402, 404, 406, 602, 604, 606, 608, 612, 614, 620, and 622 as described above;

Alternate keyboard 624, which may be made up primarily of digits and punctuation; in some embodiments, frequently used punctuation keys (e.g., period key 630, comma key 632, question mark key 634, and exclamation point key 636) are larger than the other keys of the keyboard 624;

Letter keyboard selector icon 626 that when activated (e.g., by a finger tap on the icon) initiates the display of a letter keyboard (e.g., 616, FIG. 6A); and

Shift key 628 that when activated (e.g., by a finger tap on the icon) initiates display of yet another keyboard (e.g., 638, FIG. 6D).

In some embodiments, keeping the period key 630 near keyboard selector icon 626 reduces the distance that a user's finger needs to travel to enter the oft-used period.

In some embodiments, user interface 600D (FIG. 6D) includes the following elements, or a subset or superset thereof:

402, 404, 406, 602, 604, 606, 608, 612, 614, 620, 622, 626, 628 as described above; and

Another alternate keyboard 638, which may be made up primarily of symbols and punctuation; in some embodiments, frequently used punctuation keys (e.g., period key 630, comma key 632, question mark key 634, and exclamation point key 636) are larger than the other keys.

In some embodiments, user interface 600E (FIG. 6E) includes the following elements, or a subset or superset thereof:

402, 404, 406, 602, 604, 606, 608, 612, 614, 616, 618, and 620, as described above; and

New instant message 606-3 sent to the other party.

In some embodiments, when the user activates a send key (e.g., either 614 or 620), the text in text box 612 "pops" or otherwise comes out of the box and becomes part of the string of user messages 606 to the other party. The black arrows in FIG. 6E illustrate an animated formation of a quote bubble 606-3. In some embodiments, the size of the quote bubble 606-3. In some embodiments, the size of the quote bubble scales with the size of the message. In some embodiments, a sound is also made when the message is sent, such as a droplet sound, to notify the user.

FIG. 7 illustrates an exemplary user interface for deleting an instant message conversation in accordance with some embodiments. In some embodiments, user interface 700 includes the following elements, or a subset or superset thereof:

402, 404, 406, 504, 506, 508, 510, as described above;

Delete icons 702;

Remove icon 704; and

Done icon 706.

In some embodiments, if the user activates edit icon 512 (FIG. 5), the delete icons 702 appear next to each instant message conversation. If a user activates a delete icon (e.g., by tapping it with a finger), the icon may rotate 90 degrees (e.g., 702-4) or otherwise change its appearance and/or a second icon may appear (e.g., remove icon 704). If the user activates the second icon, the corresponding instant message conversation is deleted.

This deletion process, which requires multiple gestures by the user on different parts of the touch screen (e.g., delete icon 702-4 and remove icon 704 are on opposite sides of the touch

US 8,014,760 B2

21

screen) greatly reduces the chance that a user will accidentally delete a conversation or other similar item.

The user activates the done icon **706** (e.g., by tapping on it with a finger) when the user has finished deleting IM conversations and the device returns to UI **500**.

If there is a long list of conversations (not shown) that fill more than the screen area, the user may scroll through the list using vertically upward and/or vertically downward gestures **708** on the touch screen.

FIGS. **8**A and **8**B illustrate an exemplary user interface for a contact list in accordance with some embodiments.

In some embodiments, user interfaces **800**A and **800**B include the following elements, or a subset or superset thereof:

**402**, **404**, **406**, as described above;

Groups icon **802** that when activated (e.g., by a finger tap on the icon) initiates display of groups of contacts;

First name icon **804** that when activated (e.g., by a finger tap on the icon) initiates an alphabetical display of the user's contacts by their first names (FIG. **8**B);

Last name icon **806** that when activated (e.g., by a finger tap on the icon) initiates an alphabetical display of the user's contacts by their last names (FIG. **8**A);

Alphabet list icons **808** that the user can touch to quickly arrive at a particular first letter in the displayed contact list;

Cancel icon **810** that when activated (e.g., by a finger tap on the icon) initiates transfer back to the previous UI (e.g., UI **500**); and

Other number icon **812** that when activated (e.g., by a finger tap on the icon) initiates transfer to a UI for entering a phone number for instant messaging, such as a phone number that is not in the user's contact list (e.g., UI **900**, FIG. **9**).

As described in U.S. patent application Ser. No. 11/322, 547, "Scrolling List With Floating Adjacent Index Symbols," filed Dec. 23, 2005, which is hereby incorporated by reference, the user may scroll through the contact list using vertically upward and/or vertically downward gestures **814** on the touch screen.

FIG. **9** illustrates an exemplary user interface for entering a phone number for instant messaging in accordance with some embodiments. In some embodiments, user interface **900** includes the following elements, or a subset or superset thereof:

**402**, **404**, **406**, **602**, and **624**, as described above;

Cancel icon **902** that when activated (e.g., by a finger tap on the icon) initiates transfer back to the previous UI (e.g., UI **800**A or UI **800**B);

Save icon **904** that when activated (e.g., by a finger tap on the icon) initiates saving the entered phone number in the instant messages conversation list (e.g., UI **500**) and displaying a UI to compose an instant message to be sent to the entered phone number (e.g., UI **600**A); and

Number entry box **906** for entering the phone number using keyboard **624**.

Note that the keyboard displayed may depend on the application context. For example, the UI displays a soft keyboard with numbers (e.g., **624**) when numeric input is needed or expected. The UI displays a soft keyboard with letters (e.g., **616**) when letter input is needed or expected.

FIGS. **10**A-**10**M illustrate an exemplary user interface for displaying and managing contacts in accordance with some embodiments.

22

In some embodiments, in response to the user activating phone icon **138** in UI **400** (FIG. **4**) (e.g., by a finger tap on the icon), the user's contact list is displayed (e.g., UI **2600**A, FIG. **10**A).

As described in U.S. patent application Ser. No. 11/322, 547, "Scrolling List With Floating Adjacent Index Symbols," filed Dec. 23, 2005, which is hereby incorporated by reference, the user may scroll through the contact list using vertically upward and/or vertically downward gestures **2602** on the touch screen.

In some embodiments, in response to the user activating add new contact icon **2604** (e.g., by a finger tap on the icon), the touch screen displays a user interface for editing the name of the contact (e.g., UI **2600**B, FIG. **10**B).

In some embodiments, in response to the user entering the contact name (e.g., entering "Ron Smith" via keyboard **616** in UI **2600**C, FIG. **10**C) and activating the save icon **2606** (e.g., by a finger tap on the icon), the contacts module creates and displays a new entry for the contact (e.g., UI **2600**D, FIG. **10**D).

In some embodiments, in response to the user activating add new phone icon **2608** (e.g., by a finger tap on the icon or on the row containing the icon), the touch screen displays a user interface for editing the phone number(s) of the contact (e.g., UI **2600**E, FIG. **10**E).

In some embodiments, in response to the user entering the phone number (e.g., via keyboard **624** in UI **2600**E, FIG. **10**E); specifying the type of phone number (e.g., by a tap or other predefined gesture on mobile icon **2618**, home icon **2620**, or work icon **622**); and activating the save icon **2618** (e.g., by a finger tap on the icon), the contacts module creates a phone number for the corresponding contact.

In some embodiments, the user can select additional phone number types. For example, in response to the user activating selection icon **2624** (e.g., by a finger tap on the icon), the touch screen displays a phone label UI (e.g., UI **2600**F, FIG. **10**F). In some embodiments, in response to the user activating a label in UI **2600**F, the chosen label is displayed in place of work icon **2622** in UI **2600**E. In some embodiments, the chosen label is also highlighted in UI **2600**E to indicate to the user that the phone number being entered will be given the chosen label.

In some embodiments, the user can add custom phone labels to UI **2600**F by activating an add labels icon **2628** and entering the label via a soft keyboard (e.g., **616**, not shown).

In some embodiments, the user can delete one or more of the labels in UI **2600**F. In some embodiments, only the user's custom labels may be deleted. For example, in response to the user activating the edit icon **2630** (e.g., by a finger tap on the icon), the touch screen displays a delete icon **2632** next to the labels that may be deleted (e.g., UI **2600**G, FIG. **10**G). If a user activates a delete icon (e.g., by tapping it with a finger), the icon may rotate 90 degrees (e.g., **2634**, FIG. **10**H) or otherwise change its appearance and/or a second icon may appear (e.g., remove icon **2636**, FIG. **10**H). If the user activates the second icon, the contact module deletes the corresponding label. This deletion process is analogous to the process described above with respect to FIG. **7**. As noted above, a deletion process that requires multiple gestures by the user on different parts of the touch screen (e.g., delete icon **2632** and remove icon **2636** are on opposite sides of the touch screen in UI **2600**H) greatly reduces the chance that a user will accidentally delete a label or other similar item. The user activates the done icon **2638** (e.g., by tapping on it with a finger) when the user has finished deleting labels and the device returns to UI **2600**F.

In some embodiments, in response to the user activating add new email icon **2610** (FIG. **10**D) (e.g., by a finger tap on the icon or on the row containing the icon), the touch screen displays a user interface for editing the email address(es) of the contact (e.g., UI **2600**I, FIG. **10**I).

In some embodiments, in response to the user entering the email address (e.g., via keyboard **616** in UI **2600**I, FIG. **10**I); specifying the type of email address (e.g., by a tap or other predefined gesture on home icon **2640**, work icon **2642**, or other icon **2644**); and activating the save icon **2648** (e.g., by a finger tap on the icon), the contacts module creates an email address for the corresponding contact.

In some embodiments, the user can select additional email address types by activating selection icon **2646**; add custom email address types, and/or delete email address types using processes and UIs analogous to those described for phone number types (FIGS. **10**F-**10**H).

In some embodiments, in response to the user activating add new address icon **2612** (FIG. **10**D) (e.g., by a finger tap on the icon or on the row containing the icon), the touch screen displays a user interface for editing the physical address(es) of the contact (e.g., UI **2600**J, FIG. **10**J).

In some embodiments, in response to the user entering the address (e.g., via keyboard **616** in UI **2600**J, FIG. **10**J); specifying the type of address (e.g., by a tap or other predefined gesture on home icon **2650**, work icon **2652**, or other icon **2654**); and activating the save icon **2658** (e.g., by a finger tap on the icon), the contacts module creates an address for the corresponding contact.

In some embodiments, the user can select additional address types by activating selection icon **2656**; add custom address types, and/or delete address types using processes and UIs analogous to those described for phone number types (FIGS. **10**F-**10**H).

In some embodiments, in response to the user activating add new ringtone icon **2614** (FIG. **10**D) (e.g., by a finger tap on the icon or on the row containing the icon), the touch screen displays a user interface for selecting ringtones (e.g., UI **2600**K, FIG. **10**K).

In some embodiments, in response to the user selecting a ringtone (e.g., by tap or other predefined gesture on the ringtone or the row containing the ringtone) and activating the save icon **2660** (e.g., by a finger tap on the icon), the contacts module assigns a ringtone to the corresponding contact.

In some embodiments, the user can add new ringtones by activating add icon **2662**.

In some embodiments, a thumbnail image or other graphic **2616** (FIG. **10**D) can be added for the contact.

FIG. **10**L illustrates an exemplary user interface for an existing contact list entry in accordance with some embodiments. In response to the user selecting edit icon **2664** (e.g., by a finger tap on the icon), the touch screen displays a user interface for editing the contact (e.g., UI **2600**M, FIG. **10**M). In response to user selections, the contact list module may delete one or more items of existing contact information, add new phone numbers, add new email addresses, add new physical addresses, and/or add new ringtones using the processes and UIs described above (e.g., FIGS. **10**E-**10**K).

FIGS. **11**A-**11**C illustrate an exemplary user interface for displaying and managing favorite contacts in accordance with some embodiments. UI **2700**A (FIG. **11**A) displays an exemplary list of favorites. In some embodiments, each row in the list that corresponds to a favorite includes the name **2702** of the favorite, the type of phone number **2704** for the favorite that will be called, and an additional information icon **2706**. In some embodiments, in response to the user activating icon **2706** for a particular favorite (e.g., by a finger tap on the icon),

the touch screen displays the corresponding contact list entry for that favorite (e.g., UI **2600**L, FIG. **10**L). In some embodiments, in response to a user tap or other predefined gesture elsewhere (i.e., a tap or gesture other than on icon **2702**) in the row corresponding to a particular favorite, the phone module dials the corresponding phone number **2704** for that particular favorite.

In some embodiments, in response to the user activating add favorite icon **2708** (e.g., by a finger tap on the icon), the device displays the user's contact list, from which the user selects the contact list entry for a new favorite and a phone number in the entry for the new favorite.

In response to the user activating the edit icon **2710** (e.g., by a finger tap on the icon), the touch screen displays a delete icon **2712** next to the favorites (e.g., UI **2700**B, FIG. **11**B). If a user activates a delete icon (e.g., by tapping it with a finger), the icon may rotate 90 degrees (e.g., **2714**, FIG. **11**C) or otherwise change its appearance and/or a second icon may appear (e.g., remove icon **2716**, FIG. **11**C). If the user activates the second icon, the corresponding favorite is deleted. This deletion process is analogous to the process described above with respect to FIGS. **7**, **10**G and **10**H. As noted above, a deletion process that requires multiple gestures by the user on different parts of the touch screen (e.g., delete icon **2714** and remove icon **2716** are on opposite sides of the touch screen in UI **2700**C) greatly reduces the chance that a user will accidentally delete a favorite or other similar item. The user activates the done icon **2718** (e.g., by tapping on it with a finger) when the user has finished deleting favorites and the device returns to UI **2700**A.

FIGS. **12**A-**12**D illustrate an exemplary user interface for displaying and managing recent calls in accordance with some embodiments.

In some embodiments, in response to the user activating All icon **2810**, the touch screen displays a list of all recent calls (e.g., UI **2800**A, FIG. **12**A). In some embodiments, in response to the user activating Missed icon **2812**, the touch screen displays a list of recent missed calls (e.g., UI **2800**B, FIG. **12**B). The handling of missed calls is described further below with reference to FIGS. **23**-**25**. The handling of telephone call information including recent calls is described further below with reference to FIGS. **26**-**27**.

In some embodiments, each row in a list corresponds to a call or a consecutive sequence of calls involving the same person or the same number (without an intervening call involving another person or another phone number). In some embodiments, each row includes: the name **2802** of the other party (if available via the contact module) or the phone number (if the name of the other party is not available); the number **2804** of consecutive calls (in an exemplary embodiment, number **2804** is not displayed if the number of consecutive calls is equal to one); the date and/or time **2806** of the last call; and an additional information icon **2808**. In some embodiments, in response to the user activating icon **2808** for a particular row (e.g., by a finger tap on the icon), the touch screen displays the corresponding contact list entry for the other party (e.g., UI **2800**C, FIG. **12**C) or UI **2800**D (FIG. **12**D) if the phone number cannot be associated with an entry in the user's contact list. In some embodiments, in response to a user tap or other predefined gesture elsewhere (i.e., a tap or gesture other than on icon **2808**) in a given row, the phone module dials the corresponding phone number for that row.

In some embodiments, some rows may include icons indicating whether the last call associated with the row was missed or answered.

25

If the list of recent calls fills more than the screen area, the user may scroll through the list using vertically upward and/or vertically downward gestures **2814** on the touch screen.

In some embodiments, UI **2800**C highlights (e.g., with color, shading, and/or bolding) the phone number associated with the recent call (e.g., the two recent incoming calls from Bruce Walker in UI **2800**A came from Bruce Walker's work number **2816**). In some embodiments, in response to a user tap or other predefined gesture on the highlighted number **2816**, the phone module dials the highlighted number (e.g., **2816**). In some embodiments, in response to a user tap or other predefined gesture on another number in the contact list entry (e.g., home number **2818**), the phone module dials the corresponding number. In some embodiments, in response to a user tap or other predefined gesture on an email address in the contact list entry (e.g., either work email **2820** or home email **2822**), the mail module prepares an email message with the selected email address, ready for text input by the user. In some embodiments, in response to a user tap or other pre-defined gesture on an instant message object corresponding to a telephone number (not shown), the instant message module prepares an instant message to the corresponding telephone number, ready for text input by the user. Thus, by selecting icon **2808** (FIG. **12**A) in the Recent Calls UI **2800**C, the user may easily respond to a caller using the same number involved in the previous call (e.g., **2816**), another number associated with the same caller (e.g., **2818**), or another mode of communication besides the phone (e.g., an email to the caller's work **2820** or home **2822** email address).

In some embodiments, UI **2800**D provides one or more options for a user to make use of a phone number in a recent call that is not associated with an entry in the user's contact list. In some embodiments, in response to a tap or other predefined user gesture, the device may: call the phone number (e.g., if the gesture is applied to icon **2824**); create a new contact with the phone number (e.g., if the gesture is applied to icon **2826**); add the phone number to an existing contact (e.g., if the gesture is applied to icon **2828**); or check the call history associated with the number (e.g., if the gesture is applied to icon **2830**).

FIG. **13** illustrates an exemplary dial pad interface for calling in accordance with some embodiments. In response to the user activating the number keys in dial pad **2902** (e.g., by finger taps on the number icons), the touch pad displays the selected digits **2904**. In some embodiments, the phone module automatically adds the parentheses and dashes to the selected digits to make the number easier to read. In response to the user activating the call icon **2906**, the phone module dials or transmits the selected digits.

FIGS. **14**A-**14**D illustrate exemplary user interfaces displayed during a call in accordance with some embodiments. In some embodiments, the UI indicates that a call is being attempted **3002** (UI **3000**A, FIG. **14**A and UI **3000**C, FIG. **14**C) and then indicates the connection time **3004** after the connection is made (UI **3000**B, FIG. **14**B and UI **3000**D, FIG. **14**D).

In some embodiments, in response to a tap or other predefined user gesture, the device may: mute the call (e.g., if the gesture is applied to icon **3006**); place the call on hold (e.g., if the gesture is applied to icon **3008**); place the call on a speaker (e.g., if the gesture is applied to icon **3010**); setup a conference call (e.g., if the gesture is applied to conference icon **3012**, FIGS. **14**A-**14**B or to add call icon **3018**, FIGS. **14**C-**14**D); display a keypad (e.g., if the gesture is applied to icon **3016**); display a contacts list (e.g., if the gesture is applied to icon **3020**);or end the call (e.g., if the gesture is applied to icon

26

**3014**). Display of corresponding items in the user interface is further described below with regard to process **5600** (FIG. **29**).

FIGS. **15**A and **15**B illustrate an exemplary user interface displayed during an incoming call in accordance with some embodiments.

In some embodiments, if the incoming call is from a phone number that is associated with a person or other entry in the user's contact list, then the touch screen may display: the name **3102** of the person or entry; a graphic **3104** associated with the person or entry; a Decline icon **3106** that when activated (e.g., by a finger tap on the icon) causes the phone module to decline the call and/or initiate voicemail for the call; and an answer icon **3108** that when activated (e.g., by a finger tap on the icon) causes the phone module to answer the call (e.g., UI **3100**A, FIG. **15**A). Display of these items is further described below with regard to process **5500** (FIG. **28**).

In some embodiments, if the incoming call is from a phone number that is not associated with a person or other entry in the user's contact list, then the touch screen may display: the phone number of the other party **3110**; a Decline icon **3106** that when activated (e.g., by a finger tap on the icon) causes the phone module to decline the call and/or initiate voicemail for the call; and an answer icon **3108** that when activated (e.g., by a finger tap on the icon) causes the phone module to answer the call (e.g., UI **3100**B, FIG. **15**B).

In some embodiments, the device pauses some other applications (e.g., the music player **146**, video player, and/or slide show) when there is an incoming call; displays UI **3100**A or UI **3100**B prior to the call being answered; displays UI **3000**B during the call; and terminates the pause on the other applications if the incoming call is declined or the call ends. In some embodiments, there is a smooth transition into and out of a pause (e.g., a smooth lowering and raising of the sound volume for the music player).

FIGS. **16**A and **16**B illustrate an exemplary user interface for voicemail in accordance with some embodiments. In some embodiments, user interfaces **3200**A and **3200**B include the following elements, or a subset or superset thereof:

**402**, **404**, and **406**, as described above;

backup icon **3202** that when activated (e.g., by a finger tap on the icon) initiates a process that backs up and replays the preceding few seconds of the voicemail message;

Progress bar **3204** that indicates what fraction of a voicemail message has been played and that may be used to help scroll through the message in response to a user gesture **3206**;

Speed up icon **3208** that when activated (e.g., by a finger tap on the icon) initiates a process that speeds up playback of the voicemail message, which may also adjust the sound frequency or pitch of the fast playback so that the words, although spoken quickly, are still easy to understand;

Names **3210** of the people (associated with incoming phone numbers via the user's contact list) who have left voicemail messages (e.g., Aaron Jones **3210**-**1**) or the phone number if the person's name is not available (e.g., 408-246-8101 **3210**-**3**);

Date **3212** and/or time of the voicemail;

Additional information icon **3214** that when activated (e.g., by a finger tap on the icon) initiates transition to the corresponding contact list entry (e.g., UI **2800**C, FIG. **12**C) or to a UI for unknown phone numbers (e.g., UI **2800**D, FIG. **12**D);

Speaker icon **3216** that when activated (e.g., by a finger tap on the icon) initiates playback of the voicemail through a speaker;

Options icon **3218** that when activated (e.g., by a finger tap on the icon) initiates display of a menu of additional voicemail options;

Pause icon **3220** that when activated (e.g., by a finger tap on the icon) initiates pausing of the voicemail;

Delete symbol icon **3222** that when activated (e.g., by a finger tap on the icon) initiates display of a UI to confirm that the user wants to delete the corresponding voicemail (e.g., UI **3200**B, FIG. **16**B).

Cancel icon **3226** that when activated (e.g., by a finger tap on the icon) changes the display from UI **3200**B to UI **3200**A without canceling the corresponding voicemail;

Delete icon **3228** that when activated (e.g., by a finger tap on the icon) deletes the corresponding voicemail and changes the display from UI **3200**B to UI **3200**A; and

Play icon **3230** that when activated (e.g., by a finger tap on the icon) initiates or continues playback of the voicemail.

If the list of voicemail messages fills more than the screen area, the user may scroll through the list using vertically upward and/or vertically downward gestures **3224** on the touch screen.

In some embodiments, in response to a user tap or other predefined gesture in the row corresponding to a particular voicemail (but other than a tap or gesture on icon **3214**), the phone module initiates playback of the corresponding voicemail. Thus, there is random access to the voicemails and the voicemails may be heard in any order.

In some embodiments, in response to a user gesture, the playback position in the voicemail can be modified. For example, in response to the user's finger touching **3206** at or near the current playback position within the progress bar and then sliding along the progress bar, the playback position may be altered to correspond to the position of the user's finger along the progress bar. This user gesture on the progress bar makes it easy for a user to skip to and/or replay portions of interest in the voicemail message.

FIG. **17** illustrates an exemplary user interface for organizing and managing email in accordance with some embodiments. In some embodiments, user interface **3300** includes the following elements, or a subset or superset thereof:

**402**, **404**, and **406**, as described above;

a set of mailboxes, such as inbox **3302**, which may be organized in rows with a selection icon **3306** for each row;

a settings icon **3308** that when activated (e.g., by a finger tap on the icon) initiates display of a UI to input mailbox settings (e.g., UI **3600**, FIG. **20**); and

a create email icon **3310** that when activated (e.g., by a finger tap on the icon) initiates display of a UI for creating a new email message (e.g., UI **3400**, FIG. **18**).

If the set of mailboxes fills more than the screen area, the user may scroll through the mailboxes using vertically upward and/or vertically downward gestures **3312** on the touch screen.

FIGS. **18**A and **18**B illustrate an exemplary user interface for creating emails in accordance with some embodiments.

In response to the user activating create email icon **3310** (UI **3300**, FIG. **17**), the device displays UI **3400**A.

In some embodiments, if the user makes a tap or other predefined gesture on the subject line **3408** or in the body of the email **3412** (FIG. **18**A), a letter keyboard **616** appears and the user may input the subject and/or body text (FIG. **18**B). In some embodiments, to enter the email address, the user makes

a tap or other predefined gesture on the To: line **3406** of the email; the user's contact list appears (e.g., FIG. **8**A); the user makes a tap or other predefined gesture on the desired recipient/contact; and the device places the corresponding email address in the email message (FIG. **18**B). In some embodiments, the user may also enter the email address using one or more keyboards (e.g., **616** and **624**, not shown). The device sends the email message in response to the user activating the send icon **3404** (FIG. **18**B) (e.g., by a finger tap on the icon). Alternatively, if the user activates the cancel icon **3402**, the device may display a save draft icon and a don't save icon (not shown). The device saves the draft if the user activates the save draft icon, e.g., in a drafts folder in mail client **140** (FIG. **17**). The device deletes the draft if the user activates the don't save icon.

In some embodiments, in response to the user activating the attach icon **3410** (e.g., by a finger tap on the icon), the touch screen displays a UI for adding attachments (not shown).

FIGS. **19**A-**19**F illustrate an exemplary user interface for displaying and managing an inbox in accordance with some embodiments. An analogous user interface may be used to display and manage the other mailboxes (e.g., drafts, sent, trash, personal, and/or work in UI **3300**). In some embodiments, user interfaces **3500**A-**3500**F include the following elements, or a subset or superset thereof:

**402**, **404**, **406**, and **3310**, as described above;

mailboxes icon **3502** that when activated (e.g., by a finger tap on the icon) initiates the display of mailbox UI **3300** (FIG. **17**);

unread messages icon **3504** that displays the number of unread messages in the inbox;

names **3506** of the senders of the email messages;

subject lines **3508** for the email messages;

dates **3510** of the email messages;

unread message icons **3512** that indicate messages that have not been opened;

preview pane separator **3518** that separates the list of messages from a preview of a selected message in the list;

settings icon **3520** that when activated (e.g., by a finger tap on the icon) initiates the display of settings UI **3600** (FIG. **20**);

move message icon **3522** that when activated (e.g., by a finger tap on the icon) initiates the display of move message UI **3800**A (FIG. **22**);

Delete symbol icon **3524** that when activated (e.g., by a finger tap on the icon) initiates display of a UI to confirm that the user wants to delete the selected email (e.g., UI **3500**E, FIG. **19**E);

Reply/Forward icon **3526** that when activated (e.g., by a finger tap on the icon) initiates display of a UI to select how to reply or forward the selected email (e.g., UI **3500**F, FIG. **19**F);

Preview pane **3528** that displays a portion of the selected email message;

Details icon **3530** that when activated (e.g., by a finger tap on the icon) initiates display of email addressing details **3534** (FIG. **19**C);

Cancel icon **3540** that when activated (e.g., by a finger tap on the icon) returns the device to the previous user interface (e.g., UI **3500**D);

Delete icon **3542** that when activated (e.g., by a finger tap on the icon) deletes the selected email;

Reply icon **3544** that when activated (e.g., by a finger tap on the icon) initiates creation of an email replying to the sender;

29

Reply All icon **3546** that when activated (e.g., by a finger tap on the icon) initiates creation of an email replying to the sender and the other parties included in the selected email (e.g., by cc:);

Forward icon **3548** that when activated (e.g., by a finger tap on the icon) initiates creation of an email to be forwarded;

If the set of emails fill more than the screen area (or more than the screen area above the preview pane), the user may scroll through the emails using vertically upward and/or vertically downward gestures **3514** on the touch screen.

In some embodiments, the email subjects **3508** are not displayed if the preview pane **3528** is used (as shown in FIGS. 19B-19F). In some embodiments, the position of the preview pane separator can be adjusted (see FIG. 19A) by the user making contact **3516** at or near the preview pane separator and moving the separator to the desired location by dragging the finger contact **3538**. In some embodiments, arrows **3539** or other graphics appear during the positioning of the preview pane separator (e.g., UI **3500**D, FIG. 19D) to help guide the user.

In some embodiments, in response to a tap or other predefined gesture by the user in a row containing information (e.g., **3506**, **3510**, and/or **3508**) about a particular email message, some or all of the text in the row is highlighted (e.g., by coloring, shading, or bolding) and the corresponding message is displayed in the preview pane area. In some embodiments, in response to a tap or other predefined gesture by the user in a row containing information (e.g., **3506**, **3510**, and/or **3508**) about a particular email message, the email message is displayed on the full screen if the preview pane is not being used.

In some embodiments, if the selected email fills more than the preview pane area, the user may scroll through the email using two-dimensional gestures **3532** in the preview pane with vertical and/or horizontal movement of the email on the touch screen.

In some embodiments, in response to user activation of an additional information icon (e.g., ">") on the detail information **3534** (e.g., by a finger tap **3536** on the icon), the touch screen may display contact list information for the corresponding party, if available (e.g., UI **2800**C, FIG. 12C) or a UI analogous to UI **2800**D, FIG. 12D.

FIG. 20 illustrates an exemplary user interface for setting email user preferences in accordance with some embodiments. In some embodiments, user interface **3600** includes the following elements, or a subset or superset thereof:

**402**, **404**, and **406**, as described above;

Done icon **3602** that when activated (e.g., by a finger tap on the icon) returns the device to the previous UI;

Accounts **3604** for entering email account information;

Message list displays **3606** for selecting whether sender **3506** and/or subject **3508** information is displayed in the emails lists;

Display newest messages **3608** for selecting whether the newest messages are displayed at the top or bottom of the screen;

Message display locations **3610** for selecting whether the messages are displayed in the preview pane or full screen;

Preferred message format **3612** for selecting how the messages are formatted (e.g., HTML or plain text);

Rules **3614** for creating rules for managing email messages (e.g., using UI **3700**A, FIG. 21A, and UI **3700**B, FIG. 21B);

Selection icons **3616** that when activated (e.g., by a finger tap on the icon) show choices for the corresponding settings.

30

In some embodiments, a user may tap anywhere in the row for a particular setting to initiate display of the corresponding setting choices.

FIGS. 21A and 21B illustrate an exemplary user interface for creating and managing email rules in accordance with some embodiments. In some embodiments, user interface **3700**A includes the following elements, or a subset or superset thereof:

**402**, **404**, and **406**, as described above;

Settings icon **3702** that when activated (e.g., by a finger tap on the icon) returns the device to the settings UI **3600** (FIG. 20);

Rules **3704**;

Selection icons **3706** that when activated (e.g., by a finger tap on the icon) show choices for the corresponding rules.

Add icon **3708** that when activated (e.g., by a finger tap on the icon) displays a UI for creating a new rule (e.g., UI **3700**B, FIG. 21B);

Done icon **3710** that when activated (e.g., by a finger tap on the icon) returns the device to the settings UI **3600** (FIG. 20);

In some embodiments, a user may tap anywhere in the row for a particular rule to initiate display of the corresponding rule (e.g., UI **3700**B, FIG. 21B).

FIGS. 22A and 22B illustrate an exemplary user interface for moving email messages in accordance with some embodiments.

In response to the user activating move message icon **3522** (see UI **3500**A, FIG. 19A), the device displays UI **3800**A, with some information **3804** for the selected message displayed.

In some embodiments, if the user makes a tap **3802** or other predefined gesture on a row corresponding to a particular mailbox or other folder, the message is moved to the corresponding mailbox or folder (e.g., Work in FIG. 22A). In some embodiments, the selected row is highlighted and an animation appears to move the message information **3804** into the selected row (as illustrated schematically in FIG. 22B).

FIG. 23 is a flow diagram illustrating a process **5000** for handling missed telephone calls at a portable electronic device with a touch screen display in accordance with some embodiments. A list of items comprising missed telephone calls is displayed (**5002**). For example, UI **2800**B (FIG. 12B) displays a list of missed calls. In some embodiments, a single item in the list of items corresponds to a plurality of missed telephone calls (**5004**). In some embodiments, information indicating a number of missed calls is displayed in a respective single item in the list (**5006**). For example, the top item in UI **2800**B for Bruce Walker **2803** corresponds to two missed telephone calls, as indicated by the number **2805**. In some embodiments, the plurality of calls corresponding to the single item are consecutive in time. In some embodiments, a single item in the list of items corresponds to a plurality of missed telephone calls from a plurality of distinct telephone numbers associated with a respective caller (**5008**). Displaying a single item in the list of items that corresponds to a plurality of missed telephone calls condenses the missed call list and makes it easy for a user to determine which people are trying to contact the user and how many times they have tried to contact the user.

In some embodiments, a scrolling gesture comprising substantially vertical movement of a user contact with the touch screen display is detected (**5010**). In response, the displayed list of items is scrolled (**5012**). For example, the list of items displayed in UI **2800**B is scrolled in response to vertical

**31**

gesture **2814** (FIG. **12**B). The scrolling gesture provides a simple way for the user to rapidly scan the list of items.

Upon detecting user selection of an item in the list (**5014**), contact information is displayed for a respective caller corresponding to the user-selected item (**5016**). For example, if a user selects the item for Bruce Walker **2803** in UI **2800**B (FIG. **12**B), contact information for Bruce Walker is displayed in UI **2800**C (FIG. **12**C). The contact information includes a plurality of contact objects. The plurality of contact objects include a first contact object, comprising a telephone number object having a first telephone number associated with the missed telephone call, and a second contact object. In some embodiments, the second contact object is an email contact object. In some embodiments, the second contact object is a telephone number object having a second telephone number different from the first telephone number. In some embodiments, the second contact object is an instant messaging object. In the example of FIG. **12**C, work telephone number **2816**, from which the two missed calls were made, corresponds to the first contact object. Any of objects **2818**, **2820**, and **2822** could correspond to the second contact object.

Upon detecting user selection of the second contact object (**5018**), a communication is initiated with the respective caller via a modality corresponding to the second contact object (**5020**). In some embodiments, in which the second contact object is an email contact object, the modality corresponding to the second contact object includes sending an email message. For example, user selection of object **2820** in UI **2800**C (FIG. **12**C) would initiate an email to Bruce Walker's work email address. In some embodiments, in which the second contact object is a telephone number object having a second telephone number different from the first telephone number, the modality corresponding to the second contact object includes initiating a telephone call to the second telephone number. For example, user selection of object **2818** in UI **2800**C would initiate a telephone call to Bruce Walker's home number. In some embodiments, in which the second contact object is an instant messaging object, the modality corresponding to the second contact object includes sending an instant message. Providing a plurality of contact objects makes it easy for a user to choose and initiate communications with the missed caller by any available communication modality, rather than being limited to calling back the missed caller at the phone number associated with the missed call. For example, rather than calling Bruce Walker back at his work number, a user can just as easily call Bruce at home or send Bruce an email message.

While the missed telephone call handling process **5000** described above includes a number of operations that appear to occur in a specific order, it should be apparent that the process **5000** can include more or fewer operations, which can be executed serially or in parallel (e.g., using parallel processors or a multi-threading environment), an order of two or more operations may be changed and/or two or more operations may be combined into a single operation. For example, operations **5010** and **5012** may be omitted if the item to be selected in operation **5014** is displayed initially in operation **5002**.

FIG. **24** is a flow diagram illustrating a process **5100** for handling missed telephone calls at a portable electronic device with a touch screen display in accordance with some embodiments. A list of items comprising missed telephone calls is displayed (**5002**), as described above with regard to process **5000** (FIG. **23**). In some embodiments, a single item in the list of items corresponds to a plurality of missed telephone calls (**5004**). In some embodiments, information indi-

**32**

cating a number of missed calls is displayed in a respective single item in the list of items (**5006**). In some embodiments, a single item in the list of items corresponds to a plurality of missed telephone calls from a plurality of distinct telephone numbers associated with a respective caller (**5008**). Displaying a single item in the list of items that corresponds to a plurality of missed telephone calls condenses the missed call list and makes it easy for a user to determine which people are trying to contact the user and how many times they have tried to contact the user.

In some embodiments, a scrolling gesture comprising substantially vertical movement of a user contact with the touch screen display is detected. In response, the displayed list of items is scrolled (not shown). The scrolling gesture provides a simple way for the user to rapidly scan the list of items.

Upon detecting finger contact with a first portion of a user-selected item in the list (**5110**), a return telephone call is initiated to a return telephone number associated with the user-selected item (**5112**). In some embodiments, for example, in response to a tap or other predefined gesture on a row in UI **2800**B (FIG. **12**B) other than on icon **2808**, a return telephone call is initiated to the corresponding number for that row.

Upon detecting finger contact with a second portion of the respective item in the list (**5114**), contact information is displayed for a respective caller corresponding to the user-selected item (**5116**). The contact information includes a plurality of contact objects. The plurality of contact objects include a first contact object, comprising a telephone number object having the return telephone number, and a second contact object. In some embodiments, the second contact object is an email contact object. In some embodiments, the second contact object is a telephone number object having a second telephone number different from the return telephone number. In some embodiments, the second contact object is an instant messaging object. For example, in some embodiments, in response to a tap or other predefined gesture on icon **2808** in the top row in UI **2800**B (FIG. **12**B), corresponding contact information is displayed in UI **2800**C (FIG. **12**C). In the example of FIG. **12**C, work telephone number **2816**, from which the two missed calls were made, corresponds to the first contact object. Any of objects **2818**, **2820**, and **2822** could correspond to the second contact object.

Upon detecting user selection of the second contact object (**5018**), a communication is initiated with the respective caller via a modality corresponding to the second contact object (**5020**). In some embodiments, in which the second contact object is an email contact object, the modality corresponding to the second contact object includes sending an email message. In some embodiments, in which the second contact object is a telephone number object having a second telephone number different from the return telephone number, the modality corresponding to the second contact object includes initiating a telephone call to the second telephone number. In some embodiments, in which the second contact object is an instant messaging object, the modality corresponding to the second contact object includes sending an instant message. In some embodiments, detecting contacts with either the first portion or second portion of an item makes it easy for a user to either: (a) immediately call back the phone number associated with the missed call—without having to view the contact information associated with the missed call (e.g., FIG. **12**C), or (b) view the contact information to choose from a plurality of communication modalities associated with the missed caller.

While the missed telephone call handling process **5100** described above includes a number of operations that appear

33

to occur in a specific order, it should be apparent that the process **5100** can include more or fewer operations, which can be executed serially or in parallel (e.g., using parallel processors or a multi-threading environment), an order of two or more operations may be changed and/or two or more operations may be combined into a single operation.

FIG. **25** is a flow diagram illustrating a process **5200** for handling missed telephone calls at a portable electronic device with a touch screen display in accordance with some embodiments. Missed telephone call information is displayed, including a list of items. At least one of the items corresponds to a plurality of missed telephone calls from a respective caller (**5202**). In some embodiments, a respective item in the list of items corresponds to a plurality of missed telephone calls from a plurality of distinct telephone numbers associated with the respective caller (**5204**). In some embodiments, at least two of the plurality of missed telephone calls from the respective caller comprise missed telephone calls from at least two different telephone numbers associated with the respective caller (**5208**). In some embodiments, a respective item in the list of items corresponds to one or more VoIP calls having an associated IP address (**5206**). Displaying a single item in the list of items that corresponds to a plurality of missed telephone calls condenses the missed call list and makes it easy for a user to determine which people are trying to contact the user and how many times they have tried to contact the user.

In some embodiments, a scrolling gesture comprising substantially vertical movement of a user contact with the touch screen display is detected (**5010**). In response, the displayed list of items is scrolled (**5210**). The scrolling gesture provides a simple way for the user to rapidly scan the list of items.

Upon detecting user selection of an item in the list of items (**5212**), contact information is displayed for a respective caller corresponding to the user-selected item. The contact information includes a plurality of contact objects (**5214**). In some embodiments, examples of contact objects include the examples described above with regard to operation **5016** in FIG. **23**. Upon detecting user selection of a respective contact object of the plurality of contact objects (**5216**), a communication is initiated with the respective caller via a modality corresponding to the user-selected contact object (**5218**). In some embodiments, examples of modalities include the examples described above with regard to operation **5020** in FIG. **23**. Providing a plurality of contact objects makes it easy for a user to choose and initiate communications with the missed caller by any available communication modality, rather than being limited to calling back the missed caller at the phone number associated with the missed call. For example, rather than calling Bruce Walker back at his work number, a user can just as easily call Bruce at home or send Bruce an email message,

While the missed telephone call handling process **5200** described above includes a number of operations that appear to occur in a specific order, it should be apparent that the process **5200** can include more or fewer operations, which can be executed serially or in parallel (e.g., using parallel processors or a multi-threading environment), an order of two or more operations may be changed and/or two or more operations may be combined into a single operation. For example, operations **5010** and **5012** may be omitted if the item to be selected in operation **5014** is displayed initially in operation **5002**. In another example, all operations except operation **5202** may be omitted.

FIG. **26** is a flow diagram illustrating a process **5300** for handling telephone call information at a portable electronic device with a touch screen display with a plurality of user

34

interface objects in accordance with some embodiments. Telephone call information is displayed, including a list of items. At least one of the items corresponds to a plurality of telephone calls with a respective caller (**5302**). For example, UI **2800**A (FIG. **12**A) displays telephone call information for all recent calls. The entry for Kim Brook **2802** corresponds to three telephone calls, as indicated by number **2804**. Displaying a single item in the list of items that corresponds to a plurality of missed telephone calls condenses the missed call list and makes it easy for a user to determine which people are trying to contact the user and how many times they have tried to contact the user. A scrolling gesture comprising substantially vertical movement of a user contact with the touch screen display is detected (**5010**). For example, vertical gesture **2814** is detected. In response, the display of telephone call information is scrolled (**5304**). The scrolling gesture provides a simple way for the user to rapidly scan the list of items.

While the prior telephone call handling process **5300** described above includes a number of operations that appear to occur in a specific order, it should be apparent that the process **5300** can include more or fewer operations, which can be executed serially or in parallel (e.g., using parallel processors or a multi-threading environment), an order of two or more operations may be changed and/or two or more operations may be combined into a single operation

FIG. **27** is a flow diagram illustrating a process **5400** for handling prior telephone calls at a portable electronic device with a touch screen display with a plurality of user interface objects in accordance with some embodiments. A list of items for prior telephone calls is displayed (**5402**). In some embodiments, a single item in the list of items corresponds to a plurality of prior telephone calls (**5404**). For example, UI **2800**A (FIG. **12**A) displays telephone call information for all recent calls. The entry for Kim Brook **2802** corresponds to three telephone calls, as indicated by number **2804**. Displaying a single item in the list of items that corresponds to a plurality of missed telephone calls condenses the missed call list and makes it easy for a user to determine which people are trying to contact the user and how many times they have tried to contact the user.

Upon detecting finger contact with a first portion of a user-selected item in the list (**5406**), a telephone call is initiated to a primary telephone number associated with the user-selected item (**5408**). In some embodiments, for example, in response to a tap or other predefined gesture on a row in UI **2800**A (FIG. **12**A) other than on icon **2808**, a return telephone call is initiated to the corresponding number for that row.

Upon detecting finger contact with a second portion of the respective item in the list (**5410**) (e.g., icon **2808**), contact information is displayed for a respective caller associated with the user-selected item (**5412**). The displayed contact information includes a plurality of contact objects that include a first contact object and a second contact object. The first contact object comprises a telephone number object having the primary telephone number. In some embodiments, the second contact object is an email contact object, an instant messaging object, or a telephone number object having a secondary telephone number different from the primary telephone number.

Upon detecting user selection of the second contact object (**5414**), a communication is initiated with the respective caller via a modality corresponding to the second contact object (**5416**). In some embodiments, in which the second contact object is an email contact object, the modality corresponding to the second contact object includes sending an email message. In some embodiments, in which the second contact object is a telephone number object having a secondary tele-

35                                        36

phone number different from the primary telephone number, the modality corresponding to the second contact object includes initiating a telephone call to the secondary telephone number. In some embodiments, in which the second contact object is an instant messaging object, the modality corresponding to the second contact object includes sending an instant message. In some embodiments, examples of contact objects and corresponding modalities correspond to the examples provided with regard to operations **5016** and **5020** in FIG. **23**. In some embodiments, detecting contacts with either the first portion or second portion of an item makes it easy for a user to either: (a) immediately call back the phone number associated with the missed call—without having to view the contact information associated with the missed call (e.g., FIG. **12**C), or (b) view the contact information to choose from a plurality of communication modalities associated with the missed caller.

While the prior telephone call handling process **5400** described above includes a number of operations that appear to occur in a specific order, it should be apparent that the process **5400** can include more or fewer operations, which can be executed serially or in parallel (e.g., using parallel processors or a multi-threading environment), an order of two or more operations may be changed and/or two or more operations may be combined into a single operation.

FIG. **28** is a flow diagram illustrating a process **5500** for handling incoming telephone calls at a portable electronic device with a touch screen display with a plurality of user interface objects in accordance with some embodiments. An incoming telephone call from a caller is detected (**5502**). In some embodiments, contact information corresponding to the caller is identified (**5504**). A text identifier of the caller (e.g., the caller's name **3102**, FIG. **15**A) and an image associated with the caller (e.g., graphic **3104**) are displayed (**5506**). In some embodiments, the text identifier and the image are from the identified contact information. A call answer icon (e.g., icon **3108**, FIG. **15**A) is displayed, which if selected by a user of the device, answers the incoming telephone call. A call decline icon (e.g., icon **3106**) is displayed, which if selected by the user of the device, declines the incoming call. This process **5500** provides call information and explains the call options available to a user in a simple, clear manner.

While the incoming telephone call handling process **5500** described above includes a number of operations that appear to occur in a specific order, it should be apparent that the process **5500** can include more or fewer operations, which can be executed serially or in parallel (e.g., using parallel processors or a multi-threading environment), an order of two or more operations may be changed and/or two or more operations may be combined into a single operation.

FIG. **29** is a flow diagram illustrating a process **5600** for handling established telephone calls at a portable electronic device with a touch screen display with a plurality of user interface objects in accordance with some embodiments. Upon detecting that a telephone call between a user of the device and another entity has been established (**5602**), the following items are displayed (**5604**): a mute icon for muting a microphone of the device; a keypad icon for displaying a keypad; a speaker icon for activating a speaker of the device; a conference call icon or add call icon for forming a multi-party telephone call between the user, the other entity and at least one additional entity; a call hold icon for suspending the telephone call; a contacts icon for displaying a contacts list; and an end call icon for ending the telephone call. Examples of these items are illustrated in UI **3000**B, FIG. **14**B, and UI **3000**D, FIG. **14**D. In some embodiments, not all of the listed items are displayed. For example, in UI **3000**B

(FIG. **14**B), the contacts icon and the keypad icon are not displayed. This process **5600** provides call information and explains the call options available to a user in a simple, clear manner.

The foregoing description, for purpose of explanation, has been described with reference to specific embodiments. However, the illustrative discussions above are not intended to be exhaustive or to limit the invention to the precise forms disclosed. Many modifications and variations are possible in view of the above teachings. The embodiments were chosen and described in order to best explain the principles of the invention and its practical applications, to thereby enable others skilled in the art to best utilize the invention and various embodiments with various modifications as are suited to the particular use contemplated.

What is claimed is:

**1**. A method, comprising:

at a portable electronic device with a touch screen display:

displaying a list of interactive items comprising missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion;

immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item;

immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller corresponding to the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including:

a first contact object comprising a telephone number object having the return telephone number; and

a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and

immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.

**2**. The method of claim **1**, wherein the second contact object is an email contact object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an email message with the selected email address associated with the second contact object, ready for text input by the user.

**3**. The method of claim **1**, wherein the second contact object is an instant messaging object, and wherein initiating the communication via the non-telephonic communication modality corresponding to the second contact object includes preparing an instant message to the number associated with the second contact object, ready for text input by the user.

**4**. The method of claim **1**, wherein a single item in the list of interactive items corresponds to a plurality of consecutive missed telephone calls.

**5**. The method of claim **1**, including, while displaying the list of interactive items comprising missed telephone calls,

**37**

displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.

**6**. The method of claim **1**, wherein a single item in the list of interactive items corresponds to a plurality of missed telephone calls from a plurality of distinct telephone numbers associated with a respective caller.

**7**. The method of claim **1**, wherein the second interactive displayed portion of the respective user selected item is identified by an icon displayed within the respective user selected item.

**8**. A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

   display a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion;

   immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiate a return telephone call to a return telephone number associated with the respective user selected item;

   immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including:
      a first contact object comprising a telephone number object having the return telephone number, and
      a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and

   immediately in response to detecting user selection of the second contact object, initiate a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.

**9**. The computer readable storage medium of claim **8**, including instructions that cause the device to, while displaying the list of interactive items comprising missed telephone calls, display, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.

**10**. A portable electronic device with a touch screen display, comprising:

   memory;

   one or more processors; and

   one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for:
      displaying a list of interactive items for missed telephone calls, wherein each item in the list of interactive items includes a first interactive displayed portion and a second interactive displayed portion distinct from the first interactive displayed portion;
      immediately in response to detecting a finger gesture on the first interactive displayed portion of a respective user selected item in the list, initiating a return telephone call to a return telephone number associated with the respective user selected item;

**38**

      immediately in response to detecting a finger gesture on the second interactive displayed portion of the respective user selected item in the list, completely substituting display of the list of interactive items with display of contact information for a respective caller associated with the respective user selected item, the displayed contact information including a plurality of contact objects; the plurality of contact objects including:
         a first contact object comprising a telephone number object having the return telephone number, and
         a second contact object associated with a non-telephonic communication modality for contacting the respective caller; and
      immediately in response to detecting user selection of the second contact object, initiating a communication with the respective caller via the non-telephonic communication modality corresponding to the second contact object.

**11**. The device of claim **10**, including instructions for, while displaying the list of interactive items comprising missed telephone calls, displaying, within a respective single item in the list, a number indicating a plurality of consecutive missed telephone calls.

**12**. A method performed at a portable electronic device with a touch screen display, comprising:

   displaying a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls,
      wherein at least one interactive displayed item in the list is associated with a missed telephone call,
      wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and
      wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;
   wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:
   receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item, and
   receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to the that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including:
      a first contact object comprising a telephone number associated with the caller, and
      a second contact object associated with a non-telephonic communication modality for contacting the caller; and
   detecting a user tap input with the second contact object, and immediately in response to that input, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

39

40

**13**. The method of claim **12**, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item.

**14**. A portable electronic device, comprising:

one or more processors;

a touch screen display;

a computer readable storage medium containing instructions that when executed by the one or more processors perform operations in the portable electronic device, the instructions comprising:

instructions to display a list on the touch screen display, the list comprising a plurality of interactive displayed items associated with telephone calls,

wherein at least one interactive displayed item in the list is associated with a missed telephone call,

wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and

wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

instructions to receive a finger tap input in the first interactive displayed portion of an interactive displayed item associated with a missed call and contact information, and immediately in response to that input, to initiate a telephone call to a telephone number associated with that interactive displayed item;

instructions to receive a finger tap input in the second interactive displayed portion of an interactive displayed item associated with both a missed call and contact information, and immediately in response to that input to completely substituting display of the list with display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including simultaneous display of a plurality of contact objects, the plurality of contact objects including:

a first contact object associated with initiating a telephone call to the caller,

a second contact object associated with sending an email to the caller, and

a third contact object associated with sending an instant message to the caller; and

instructions to detect a finger tap input at any one contact object of the plurality of contact objects, and immediately in response to that input, to initiate a communication to the corresponding caller of the type corresponding to the contact object at which the input was detected.

**15**. The device of claim **14**, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the item.

**16**. A method performed at a portable electronic device with a touch screen display, comprising:

displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls,

wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and

wherein each such interactive displayed item associated with both a missed telephone call and contact infor-

mation comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item;

detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising:

a first contact object associated with a telephone number for contacting the caller, and

a second contact object associated with a non-telephonic communication modality for contacting the caller; and

immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

**17**. The method of claim **16**, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item.

**18**. A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

display a list on the touch screen display, the list comprising a first plurality of interactive displayed items associated with telephone calls,

wherein at least one interactive displayed item in the list is associated with a missed telephone call,

wherein at least one interactive displayed item associated with a missed telephone call is also associated with contact information stored in the portable electronic device, and

wherein each interactive displayed item associated with a missed telephone call and also associated with contact information includes a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

wherein for each interactive displayed item associated with a missed telephone call and contact information, the portable electronic device is configured to:

receive a finger tap input in the first interactive displayed portion of the interactive displayed item, and immediately in response to that input to initiate a return telephone call to a telephone number associated with that interactive displayed item, and

receive a finger tap input in the second interactive displayed portion of the interactive displayed item, and

US 8,014,760 B2

41

immediately in response to that input to completely substituting display of the list with display of display of contact information for a caller corresponding to that interactive displayed item, the displayed contact information including a plurality of contact objects, the plurality of contact objects including:

a first contact object comprising a telephone number associated with the caller, and

a second contact object associated with a non-telephonic communication modality for contacting the caller; and

detect a user tap input with the second contact object, and immediately in response to that input, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

19. A portable electronic device with a touch screen display, comprising:

memory;

one or more processors; and

one or more programs stored in the memory and configured for execution by the one or more processors, the one or more programs including instructions for:

displaying a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls,

wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and

wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

detecting a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiating a telephone call to a telephone number associated with the first user selected interactive displayed item;

detecting a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substituting display of the list of interactive items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising:

a first contact object associated with a telephone number for contacting the caller, and

a second contact object associated with a non-telephonic communication modality for contacting the caller; and

42

immediately in response to detecting user selection of the second contact object, initiating a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

20. The device of claim 19, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item.

21. A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

display a list of items, the list comprising a plurality of interactive displayed items associated with telephone calls,

wherein at least one interactive displayed item in the list is associated with a missed telephone call and is also associated with contact information stored in the portable electronic device, and

wherein each such interactive displayed item associated with both a missed telephone call and contact information comprises at least a first interactive displayed portion and a second interactive displayed portion, the second interactive displayed portion being distinct from the first interactive displayed portion;

detect a finger tap input at a first user selected interactive displayed item associated with both a missed telephone call and contact information, wherein the finger tap input is with the first interactive displayed portion of the selected interactive displayed item, and immediately in response to that input initiate a telephone call to a telephone number associated with the first user selected interactive displayed item;

detect a finger tap input at a second user selected interactive displayed item associated with both a missed telephone call and contact information, where the finger tap input is with the second interactive displayed portion of the selected interactive displayed item, and immediately in response to that input completely substitute display of the list of items with display of contact information for a caller corresponding to the second user selected interactive displayed item, the displayed contact information including a plurality of contact objects comprising:

a first contact object associated with a telephone number for contacting the caller, and

a second contact object associated with a non-telephonic communication modality for contacting the caller; and

immediately in response to detecting user selection of the second contact object, initiate a communication with the corresponding caller through the non-telephonic communication modality corresponding to the second contact object.

22. The computer readable storage medium of claim 21, wherein the second interactive displayed portion of each interactive displayed item is identified by an icon displayed within the interactive displayed item.

* * * * *