# EXHIBIT 7

| | |
|---|---|
| **From:** | Levin, Gary H. (Woodcock Washburn) [levin@woodcock.com] |
| **Sent:** | Friday, January 04, 2013 4:51 PM |
| **To:** | Amar Thakur |
| **Cc:** | John McKee |
| **Subject:** | Samsung Subpoenas to Microsoft -- Source Code Inspection |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Amar,

For the review of the source code for Windows 95 and Win Mobile 5, we will make the code available with the understanding that, except as set out below, it will be produced and received according to the provisions of the protective order entered by the court in the 00630 action on May 9, 2012.  The source code will be made available in our offices in Philadelphia, and the inspection is tentatively scheduled to begin on January 10.

> We will provide a room for the source-code inspection that will be available from 8am to 5 pm.  The room is not secured by lock or card-key access but will be monitored from outside the room.   Should more than one day be needed for the inspection, we will remove the computers for storage in a locked area between inspection sessions.
>
> A single stand-alone computer will be made available for each of the Windows 95 and Win Mobile 5 codes.  (The computers will each contain KDiff,  PowerGrep, Understand, and Notepad++ review tools.)
>
> No more than 10 individuals identified by Samsung may have access to the inspection room at any one time.  (Paragraph 11(b) of the protective order suggests 25.)
>
> We will not pre-number the paper for printing portions of the source code (paragraph 11(i)), but will re-copy what Samsung designates/prints at the inspection on Bates-numbered paper and forward the copies to you within 2 business days.

Please give me a call if you have any questions about our proposal.  I look forward to speaking with you about the remaining issues on the subpoenas on Monday.

Best
Gary

> **Gary H. Levin**
> **Woodcock Washburn LLP**
> Cira Centre, 12th Floor
> 2929 Arch Street
> Philadelphia, PA 19104-2891
> 215.564.8363
> Fax: 215.568.3439
> Email: levin@woodcock.com
> www.woodcock.com