# EXHIBIT 10

# FILED UNDER SEAL