# EXHIBIT 11

**From:** John McKee
**Sent:** Tuesday, May 21, 2013 10:34 PM
**To:** "*** Apple/Samsung' (Apple/Samsung@gibsondunn.com)'; 'Wilmer Hale'
**Cc:** Samsung NEW
**Subject:** Apple v Samsung 12-cv-630: Invalidity Contentions

Counsel,

Samsung intends to move to amend its Patent Local Rule 3-3 invalidity contentions to include the amended and supplemental invalidity claim charts available at this FTP:

FTP address:    ftp.quinnemanuel.com
FTP Username:   ftp106
FTP Password:   Ve783e8P

We will also serve a few additional charts later this week, along with a revised cover document incorporating the new information.

Samsung plans to move to amend its invalidity contentions to include these amended and supplemental claim charts and the revised cover document. Please let us know by the close of business on Friday, May 24 if Apple will oppose that motion.

Best,

**John McKee**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7219 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
JohnMcKee@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.