# EXHIBIT 15

LODGED WITH THE COURT
(FILE TOO LARGE TO SUBMIT ELECTRONICALLY)