# EXHIBIT 16

LODGED WITH THE COURT
(FILE TOO LARGE TO SUBMIT ELECTRONICALLY)