# EXHIBIT 19

LODGED WITH THE COURT
(FILE TOO LARGE TO SUBMIT ELECTRONICALLY)