1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-0630-LHK (PSG) |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Leave to Amend and Its Invalidity Contentions ("Motion to Amend").

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's Motion to Amend. Accordingly, Samsung is permitted to amend its invalidity contentions.

02198.5198

-1-   Case No. 12-CV-0630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR LEAVE TO AMEND
ITS INVALIDITY CONTENTIONS

**IT IS SO ORDERED.**

DATED: _____, 2013

_____
Honorable Paul S. Grewal
United States Magistrate Judge

02198.5198

-2-   Case No. 12-CV-0630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS