1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, California  94304-1211
   Telephone:  (650) 849-5300
5  Facsimile:  (650) 849-5333

6  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
7  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
10 Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

11 *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

12

13                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
14                         **SAN JOSE DIVISION**

15

16 APPLE INC., a California corporation,

17            Plaintiff,

18       vs.                                         Case No. 12-cv-00630-LHK

19 SAMSUNG ELECTRONICS CO., LTD., a                  **DECLARATION OF PETER J.**
   Korean business entity; SAMSUNG                   **KOLOVOS REGARDING SAMSUNG'S**
20 ELECTRONICS AMERICA, INC., a New                  **ADMINISTRATIVE MOTION TO FILE**
   York corporation; SAMSUNG                         **DOCUMENTS UNDER SEAL**
21 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
22
23            Defendants.

24

25

26

27

28

                                          Declaration of Peter J. Kolovos
                                          Case No. 12-cv-00630 (LHK)

I, Peter J. Kolovos, hereby declare as follows:

1.      I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation.  I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action.  I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2.      Samsung filed an Administrative Motion to File Documents Under Seal (Dkt. No. 528), including Exhibits 4-8 to the Declaration of Todd Briggs in Support of Samsung's Reply to its Motion for Leave to Amend and Supplement its Infringement Contentions ("Briggs Declaration") (Dkt. No. 528-4) and portions of Samsung's Reply in Support of Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions ("Samsung's Reply Brief").

3.      Exhibits 4, 7, and 8 to the Briggs Declaration contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Apple.

4.      Attached hereto as **Exhibit A** is a proposed redacted version of Exhibit 4 to the Briggs Declaration.  The portions of pages 8-13 redacted in Exhibit A contain the confidential names of Services defined and implemented by Apple's source code in certain of the accused Apple products.  Those portions also contain non-public information regarding the operation of various Apple products.  The Court has previously allowed the parties to seal such information. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (August 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 8) (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011).).  Apple does not seek to seal any other portions of Exhibit A.

5.      Attached hereto as **Exhibit B** is a proposed redacted version of Exhibit 7 to the Briggs Declaration.  The portions of page 8 redacted in Exhibit B contain third party filenames and confidential information regarding the source code for the baseband processors in certain of

1    the accused Apple products.  The Court has previously allowed the parties to seal such

2    information.  *See id.*  Apple does not seek to seal any other portions of Exhibit B.

3           6.      Exhibit 8 to the Briggs Declaration is an excerpt from a non-public Apple

4    document, specifically a datasheet pertaining to a System On a Chip ("SOC"), and contains

5    detailed technical information regarding the components and configuration for an accused Apple

6    product.  Exhibit 8 contains proprietary Apple information and the public disclosure of this

7    information would be harmful to Apple for similar reasons as stated in the Declaration of Beth

8    Kellermann in Support of Apple's Motion to Seal Trial Exhibits (*Apple Inc. v. Samsung*

9    *Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1504 at 3) (supporting

10   sealing schematics showing the configuration of Apple's products because detailed information

11   of this kind constitutes trade secret information)).  The Court has previously granted Apple's

12   request to seal product schematics that contain a similar level of detail regarding the accused

13   Apple products.  *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-

14   01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (granting Apple's request to seal schematics related to

15   the Apple iBook and iSight).

16          7.      The relief requested by Apple is necessary and narrowly tailored to protect

17   confidential information regarding source code and trade secret information pertaining to the

18   accused Apple products.

19          8.      I declare under the penalty of perjury under the laws of the United States of

20   America that the forgoing is true and correct to the best of my knowledge and that this

21   Declaration was executed this 28th day of May, 2013, in Boston, Massachusetts.

22

23

24   Dated:  May 28, 2013                          */s/ Peter J. Kolovos*
                                                    Peter J. Kolovos

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that a true and correct copy of the above and foregoing document has

3  been served on May 28, 2013 to all counsel of record who are deemed to have consented to

4  electronic service via the Court's ECF system per Civil Local Rule 5-1.

5

6
<br>                              /s/ Mark. D Selwyn
<br>                              Mark D. Selwyn

7

8

**ATTESTATION OF E-FILED SIGNATURE**

9      I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this

10  Declaration.  In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has

11  concurred in this filing.

12

Dated:  May 28, 2013               */s/ Mark D. Selwyn*

13                                   Mark D. Selwyn

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28