# EXHIBIT B

# EXHIBIT 7
# FILED UNDER SEAL

| | |
|---|---|
| 1  JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>2  H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>3  GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>4  Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300<br>5  Facsimile:  (650) 849-5333<br>6  MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>7  RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>8  MORRISON & FOERSTER LLP<br>425 Market Street<br>9  San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>10  Facsimile:  (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Civil Action No. 12-CV-00630-LHK<br><br>**APPLE INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES (NOS. 28, 29, 33, 34, 36, 37)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

1  Subject to and without waiving the foregoing General and Specific Objections, Apple
2  responds as follows: to the best of Apple's understanding, all of the functions identified by
3  this interrogatory are practiced by the baseband processor included in the Apple products that
4  Samsung has accused of infringing the '087 and '596 patents.  The software for these
5  baseband processors is third party software. The information currently available to Apple is
6  insufficient to permit Apple to identify the software or portions of software that perform the
7  identified functions.
8  Discovery is still in its early stages and Apple is continuing to investigate.  Apple
9  reserves the right to supplement and/or amend its response as appropriate.

10 **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 29**

11  Subject to and without waiving the foregoing General and Specific Objections, Apple
12 supplements its Response to Interrogatory No. 29 as follows:
13  The Qualcomm software ████████████████████████████████
14 ████████████████████████████████
15  The Qualcomm software ████████████████████████████████
16 ████████████████████████████████

17  Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the
18 right to supplement and/or amend its response as appropriate.

19 **INTERROGATORY NO. 33**

20  Separately for each APPLE ACCUSED PRODUCT, IDENTIFY:  (1) each and every
21 still and video camera used (listed by manufacturer, name, model number, serial number, part
22 number, and internal code name); (2) each and every camera module and/or camera
23 processor used (listed by manufacturer, name, model number, serial number, part number,
24 and internal code name); (3) each and every image and/or image signal processor used (listed
25 by manufacturer, name, model number, serial number, part number, and internal code name);
26 (4) each and every RF communication module used (identified by manufacturer, name,
27 model number, serial number, part number, and internal code name); (5) each and every
28

1  applications processor used (identified by manufacturer, name, model number, serial number,
2  part number, and internal code name; (6) each and every physical or electrical connection
3  between each of these components, each other, and each baseband processor; (7) the
4  Executable Software incorporated or installed in each of these components (listed by file
5  name, Build ID, and Software release version); (8) to the extent any of the software complies
6  with any camera or image related standard, IDENTIFY the standards and portions of the
7  standards the software complies with, and IDENTIFY any documents which reflect these
8  categories of documents.

9  **RESPONSE TO INTERROGATORY NO. 33**

10         Apple objects to this Interrogatory on the grounds that it is overbroad, unduly
11 burdensome, and not reasonably calculated to lead to the discovery of admissible evidence,
12 especially to the extent it seeks information about the accused Apple products beyond the
13 components, functionalities, or technologies of those products that may be relevant to
14 Samsung's patents-in-suit, and/or that Samsung has placed at issue in this case in its Patent
15 Rule 3-1 Disclosures.  Accordingly, in responding to this interrogatory, Apple is only
16 providing information for those Apple products that Samsung has accused of infringing
17 the '449 and '239 patents.  Apple further objects to this Interrogatory as it contains subparts,
18 each of which should count as a separate Interrogatory.

19         Apple also objects to this Interrogatory to the extent it seeks information that is
20 subject to a confidentiality or non-disclosure agreement or governed by a protective order
21 preventing its production, or otherwise seeks confidential, proprietary, or trade secret
22 information of third parties. Apple further objects to this Interrogatory to the extent it
23 requires information outside Apple's possession, custody, and control, including, for
24 example, information concerning components that Apple has purchased from third parties.

25         Subject to and without waiving the foregoing General and Specific Objections, Apple
26 responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced
27 and/or will produce documents responsive to this Interrogatory, and that the burden of
28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

ascertaining the answer to this Interrogatory from the produced business records is substantially the same for Apple as for Samsung.  Apple designates, at this time, the following documents from which information responsive to this Interrogatory may be ascertained:

<u>Apple iPad related documents</u>: APL630DEF-WH0000026153 - APL630DEF-WH0000026480, APL630DEF-WH0000027897 - APL630DEF-WH0000027904, APL630DEF-WH0000027915 - APL630DEF-WH0000027926, APL630DEF-WH0000027932 - APL630DEF-WH0000028141, APL630DEF-WH0000029888 - APL630DEF-WH0000030564, APL630DEF-WH0000030744 - APL630DEF-WH0000031234, APL630DEF-WH0000037645 - APL630DEF-WH0000038047, APL630DEF-WH0000039112 - APL630DEF-WH0000039313, APL630DEF-WH0000039348 - APL630DEF-WH0000039899, APL630DEF-WH0000039902 - APL630DEF-WH0000086511, APL630DEF-WH0000088266 - APL630DEF-WH0000090345,  APL630DEF-WH0000094540 - APL630DEF-WH0000095739, APLNDC-WH0000021212, APLNDC-WH0000021290 - APLNDC-WH0000021306.

<u>Apple iPhone related documents</u>: APL630DEF-WH0000026481 - APL630DEF-WH0000027150, APL630DEF-WH0000027889,  APL630DEF-WH0000027896, APL630DEF-WH0000027905 - APL630DEF-WH0000027906, APL630DEF-WH0000027911 - APL630DEF-WH0000027914, APL630DEF-WH0000027927 - APL630DEF-WH0000027931, APL630DEF-WH0000028479 - APL630DEF-WH0000028573, APL630DEF-WH0000030565 - APL630DEF-WH0000030743, APL630DEF-WH0000038048 - APL630DEF-WH0000038759, APL630DEF-WH0000038830 - APL630DEF-WH0000039111, APL630DEF-WH0000039314 - APL630DEF-WH0000039347, APL630DEF-WH0000090406 - APL630DEF-WH0000094539, APL630DEF-WH0000095740 - APL630DEF-WH0000097088, APLNDC-WH0000021243.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1 <u>Apple iPod touch related documents</u>: APL630DEF-WH0000027890 - APL630DEF-
2 WH0000027895, APL630DEF-WH0000027907 - APL630DEF-WH0000027910,
3 APL630DEF-WH0000028273 - APL630DEF-WH0000028391.
4 <u>Apple iMac related documents</u>: APL630DEF-WH0000018006 - APL630DEF-
5 WH0000018976, APL630DEF-WH0000028598 - APL630DEF-WH0000029887.
6 <u>Apple MacBook Pro related documents</u>: APL630DEF-WH0000021022 -
7 APL630DEF-WH0000025379, APL630DEF-WH0000035506 - APL630DEF-
8 WH0000037615.
9 <u>Apple MacBook Air related documents</u>: APL630DEF-WH0000020068 -
10 APL630DEF-WH0000021021, APL630DEF-WH0000034008 - APL630DEF-
11 WH0000034539.
12 Discovery is still in its early stages and Apple is continuing to investigate.  Apple
13 reserves the right to supplement and/or amend its response as appropriate.
14 **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 33**
15 In addition to the objections above, Apple further objects to Samsung's interrogatory
16 to the extent that it seeks information about software outside Apple's custody or control.
17 Apple will only provide information regarding and produce source code identified in
18 Samsung's infringement contentions and that is in its possession, and only to the extent such
19 source code is relevant under the Court's claim construction order.
20 Subject to and without waiving the foregoing General and Specific Objections, Apple
21 supplements its Response to Interrogatory No. 33 as follows:
22 Documents produced by Apple are sufficient to allow Samsung to identify each
23 component of each accused Apple product, and the physical or electrical connection between
24 each of these components.  This information is available in the Bill of Materials, SOC
25 manual, Schematics, and Image Sensor Datasheets (identified below by Bates number in
26 accordance with Rule 33(d)).  Each Bill of Materials identifies the commercial name of the
27 accused Apple product on the first page and lists each component in the accused Apple
28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  product.  Each Bill of Materials also identifies Apple's internal name for the accused Apple
2  product in the section "Product Line(s)."  The Schematics identify the Apple internal name
3  for the accused Apple product.  Both the Bill of Materials and Schematics identify the
4  camera(s) used by that product, and the Schematics or SOC manuals illustrate the
5  connections to the camera(s).  Each Bill of Materials and Schematic identifies the SOC in
6  each accused product, and the Schematics or SOC manual illustrates the connections to the
7  SOC.  The Bill of Materials, SOC manual, and Schematics illustrate the camera module
8  and/or camera processor used, and the Schematic or SOC manual illustrates the connections
9  to those components.  The Bill of Materials or Schematics illustrate the RF communications
10 module used by that product, and the Schematics illustrate the connections to that the RF
11 communications module.  The SOC User's Manuals (also identified by Bates number below)
12 provide information regarding components for performing image and video
13 compression/decompression, memory, display, graphics processing units, and numerous
14 other components.
15        Apple identifies the following additional responsive documents:
16        BOMs: APL630DEF-WH0000037645-37663, APL630DEF-WH0000038048-38099,
17 APL630DEF-WH0000039946-86511, APL630DEF-WH0000088266- 90345, APL630DEF-
18 WH0000090406-94539, APL630DEF-WH0000094540-95739, APL630DEF-
19 WH0000095740-97088, APL630DEF-WH0001591991-1593139, APL630DEF-
20 WH0001593140-1593263, APL630DEF-WH0001593264-1593406, APL630DEF-
21 WH0001593407-1593547, APL630DEF-WH0001593548-1593803, APL630DEF-
22 WH0001593804-1593934, APL630DEF-WH0001593935-1594059, APL630DEF-
23 WH0001594060-1595082, APL630DEF-WH0001595083-1595222, APL630DEF-
24 WH0001595223-1595351, APL630DEF-WH0001603948-1604052, APL630DEF-
25 WH0001614717-1614925, APL630DEF-WH0001624645-1624852, APL-ITC796-
26 0000400747-401444, APL-ITC796-0000401445-402456, APL-ITC796-0000402846-
27 402962, APL-ITC796-0000402963-403080, APL-ITC796-0000403081-403266, APL-
28

-12-    Case No. 12-CV-00630-LHK
APPLE'S SUPPLEMENTAL RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

ITC796-0000408790-408862, APL-ITC796-0000408863-409106, APL-ITC796-0000409107-409262, APL-ITC796-0000409263-409698, APL-ITC796-0000409699-432546, APL-ITC796-0000432547-432821, APL-ITC796-0000432822-433992, APL-ITC796-0000433993-435337, APL-ITC796-0000435338-435455, APL-ITC796-0000437557-437660, APL-ITC796-0000437661-437702, APL-ITC796-0000545949-545968, APL-ITC796-0000545969-545997, APL-ITC796-0000545998-547077.

Schematics: APL630DEF-WH0000027997, APL630DEF-WH0001558252, APL630DEF-WH0001557419, APL630DEF-WH0000026153, APL630DEF-WH0000028100, APL630DEF-WH0000028050, APL630DEF-WH0001558132, APL630DEF-WH0000028541, APL630DEF-WH0000028508, APL630DEF-WH0000028479, APL630DEF-WH0000028273, APL630DEF-WH0000028363, APL630DEF-WH0000028172, APL630DEF-WH0001558196, APL630DEF-WH0001558193, APL630DEF-WH0001558192, APL630DEF-WH0001558183, APL630DEF-WH0001558187, APL630DEF-WH0000027901, APL630DEF-WH0000027903, APL630DEF-WH0000027921, APL630DEF-WH0000027924, APL630DEF-WH0000027899, APL630DEF-WH0000027897, APL630DEF-WH0000027919, APL630DEF-WH0000027915, APL630DEF-WH0000027906, APL630DEF-WH0000027905, APL630DEF-WH0000027927, APL630DEF-WH0000027930, APL630DEF-WH0000027896, APL630DEF-WH0000027889, APL630DEF-WH0000027913, APL630DEF-WH0000027911, APL630DEF-WH0000027890, APL630DEF-WH0000027893, APL630DEF-WH0000027907, APL630DEF-WH0000027909

Image Sensor Datasheets:  APL630DEF-WH0000097306-97400, APL630DEF-WH0000097401-97727, APL630DEF-WH0000097728-97941, APL630DEF-WH0000097942-98045, APL630DEF-WH0000098046-98143, APL630DEF-WH0000098144-98243, APL630DEF-WH0001708357-1708434, APL630DEF-WH0001712049-1712162, APL630DEF-WH0001712166-1712279, APL630DEF-

1  WH0001712281-1712348, APL630DEF-WH0001712349-1712426, APL630DEF-
2  WH0001712430-1712507, APL630DEF-WH0001712508-1712583, APL630DEF-
3  WH00017261801726248, APL630DEF-WH0001726252-1726351, APL630DEF-
4  WH0001726353-1726452, APL630DEF-WH0001726464-1726601.

5  Apple SOC Manuals:  APL630DEF-WH0001708435-1708676, APL630DEF-
6  WH0001708681-1712045, APL630DEF-WH0001712585-1717115, APL630DEF-
7  WH0001717117-1721647, APL630DEF-WH0001721649-1726179, APL630DEF-
8  WH0001726602-1732790, APL630DEF-WH0001732791-1738775, APL630DEF-
9  WH0001738776-1744368, APL630DEF-WH0001744369-1749888, APL630DEF-
10 WH0001749889-1757765.

11 Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the
12 right to supplement and/or amend its response as appropriate.

13 **INTERROGATORY NO. 34**

14 Separately for each APPLE ACCUSED PRODUCT and each component identified in
15 Interrogatory No. 28, IDENTIFY (1) the Software or portions of Software, including
16 corresponding Software Build IDs, Software release versions, file name, module names, and
17 line numbers, (2) the location of that software (e.g., the applications processor), and (3) the
18 author and/or authors of that software, for:  capturing image signals and/or data; digitizing
19 image signals and/or data; compressing image signals and/or data; storing image signals
20 and/or data; transmitting image signals and/or data; receiving image signals and/or data;
21 exchanging signals and/or data with another device; storing image signals and/or data
22 received from another device; decompressing image signals and/or data; splitting image data
23 and/or signals; organizing image data and/or signals; or state which of these functions are not
24 performed by any component in an APPLE ACCUSED PRODUCT.

25 **RESPONSE TO INTERROGATORY NO. 34**

26 Apple objects to this Interrogatory on the grounds that it is overbroad, unduly
27 burdensome, and not reasonably calculated to lead to the discovery of admissible evidence,
28