| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING IN-PART SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil Local Rule 79-5(d), Apple Inc. ("Apple") has filed the Declaration of Peter J. Kolovos Regarding Samsung's Administrative Motion to File Documents Under Seal (Dkt. No. 528) ("Samsung's Motion to Seal").  Apple requests that the Court issue an order sealing Exhibit 8 and portions of Exhibits 4 and 7 to the Declaration of Todd Briggs in Support of Samsung's Reply to its Motion for Leave to Amend and Supplement its Infringement Contentions ("Briggs Declaration").

Apple's request is granted:

- Portions of Exhibit 4 to the Briggs Declaration shall be sealed consistent with the proposed redacted version publicly filed by Apple on May 28, 2013.

- Portions of Exhibit 7 to the Briggs Declaration shall be sealed consistent with the proposed redacted version publicly filed by Apple on May 28, 2013.

- Exhibit 8 to the Briggs Declaration shall be sealed.

- The proposed redacted versions of Exhibits 4 and 7 to the Briggs Declaration filed by Apple on May 28, 2013, shall remain the publicly available versions filed on ECF.

**IT IS SO ORDERED.**

Dated: _____, 2013          _____
                                         Hon. Paul S. Grewal
                                         United States Magistrate Judge