QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF AMAR L. THAKUR IN SUPPORT OF SAMSUNG'S MOTION TO PRECLUDE APPLE FROM ASSERTING UNTIMELY DATES OF CONCEPTION** |

I, Amar L. Thakur, declare as follows:

1.      I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.      Attached hereto as Exhibit A is a true and correct copy of Apple, Inc.'s ("Apple") Disclosure of Asserted Claims and Infringement Contentions, dated June 15, 2012.

3.      Attached hereto as Exhibit B is a true and correct copy of Samsung's First Set of Interrogatories to Apple, dated September 25, 2012.

4.      Attached hereto as Exhibit C is a true and correct copy of relevant excerpts from Apple's Objections and Responses to Samsung's First Set of Interrogatories, dated November 8, 2012.  Apple's Responses assert dates of conception for the following asserted Apple Patents relevant to this Motion: ███████████████████████████████████████ ████████████████████████████████████████████████ Patent searches by Samsung and its experts relied on those dates of conception.

5.      Attached hereto as Exhibit D is a true and correct copy of relevant excerpts from the transcript of the December 7, 2012 deposition of Stephen Capps.

6.      Attached hereto as Exhibit E is a true and correct copy of relevant excerpts from the transcript of the January 16, 2013 deposition of Gordon Freedman.

7.      Attached hereto as Exhibit F is a true and correct copy of relevant excerpts from the transcript of the January 17, 2013 deposition of Gordon Freedman.

8.      Attached hereto as Exhibit G is a true and correct copy of relevant excerpts from the transcript of the January 24, 2013 deposition of Michael Matas.

9.      Attached hereto as Exhibit H is a true and correct copy of the cover page from the transcript of the March 14, 2013 deposition of Scott Herz.

1       10.     Attached hereto as Exhibit I is a true and correct copy of relevant excerpts from the

2  transcript of the March 29, 2013 deposition of Scott Forstall.

3       11.     Attached hereto as Exhibit J is a true and correct copy of relevant excerpts from the

4  transcript of the April 4, 2013 deposition of Bas Ording.

5       12.     Attached hereto as Exhibit K is a true and correct copy of relevant excerpts from

6  Apple's Second Supplemental Objections and Responses to Samsung's First Set of

7  Interrogatories, dated April 10, 2013.

8       13.     Attached hereto as Exhibit L is a true and correct copy of a letter from Amar

9  Thakur to Brian Buroker, dated May 1, 2013.  Apple never responded to the portion of this letter

10  that requests Apple withdraw its new, earlier conception dates.

11       14.     Attached hereto as Exhibit M is a true and correct copy of a letter from Amar

12  Thakur to Brian Buroker, dated May 14, 2013.

13       15.     Counsel for Samsung raised the issues identified in my May 1, 2013 letter during a

14  Lead Counsel Meet & Confer on May 15, 2013.  Counsel for Samsung requested that Apple

15  withdraw the new dates of conception.  Counsel for Apple refused, and no further response to

16  Samsung's requests concerning the dates of conception has been forthcoming.

17       16.     Samsung is relying on the Microsoft Windows Vista Operating System ("Vista") as

18  prior art against the '414 patent.  On December 17, 2012, Samsung served a subpoena on

19  Microsoft Corporation ("Microsoft") seeking documentation and source code about Vista,

20  including two specific versions of the software, Vista Beta 1 and Vista Beta 2.  Upon information

21  and belief, Vista Beta 1 was released in July 2005—prior to Apple's newly alleged conception

22  date—and Vista Beta 2 was released in May 2006—after the new date.  Attached hereto as Exhibit

23  N is a true and correct copy of a Samsung's Notice of Third-Party Subpoena, dated December 17,

24  2012.  In response to the subpoena, Microsoft made Vista source code available for inspection on

25  March 1, 2013, in the offices of its outside counsel in Philadelphia, PA.  Since that date, Samsung

26  has invested considerable time and effort analyzing the produced source, with the understanding

27  that Vista Beta 2 would sufficiently predate the '414 patent.  In light of Apple's newly alleged

28

THAKUR DECLARATION ISO SAMSUNG'S MOTION TO PRECLUDE APPLE FROM ASSERTING
UNTIMELY DATES OF CONCEPTION

1  conception date for the '414 patent, however, Samsung can no longer rely on Vista Beta 2 and

2  must expend additional resources evaluating Vista Beta 1 exclusively.

3      17.    Samsung is also relying on the Microsoft Windows Mobile operating system

4  ("Windows Mobile") as prior art against the '760 patent.  On August 31, 2012, Samsung served a

5  subpoena on Microsoft seeking documentation and source code concerning Windows Mobile 5, a

6  version of the Windows Mobile operating system that was released in 2005.  Attached hereto as

7  Exhibit O is a true and correct copy of a Samsung's Notice of Subpoena to Microsoft Corporation

8  for Production of Documents and Things, dated August 31, 2012.  In early January 2013,

9  Microsoft made the Windows Mobile source code available for inspection, and Samsung inspected

10  the source code on January 16-18, 2013.  Samsung has analyzed that source code and included

11  references to that code in the Amended Invalidity Contentions that it served on Apple on March

12  25, 2013.

13      18.    However, in light of Apple's new date of conception, Samsung has had to go back

14  to third-party Microsoft to request production of source code for earlier versions of the Windows

15  Mobile operating system.  Attached hereto as Exhibit P is a true and correct copy of a Samsung's

16  Notice of Third Party Subpoenas, dated May 6, 2013.

17      19.    In late January 2013, counsel for Apple proposed that the parties in both this

18  litigation and *Motorola Mobility LLC v. Apple Inc.* (S.D. Fla. 12-cv-20271-RNS) could

19  simultaneously depose witnesses noticed for depositions in both matters to maximize efficiency

20  and minimize legal costs as well as the burden to witnesses.  Both parties agreed to a system

21  whereby time at such depositions would be split equally between the two matters, and where any

22  minimum deposition time would be halved.  Furthermore, the parties agreed that any time spent

23  discussing issues or patents that are only relevant to one of the two cases would not be split

24  between the two litigations, but would instead count fully against only the relevant litigation.

25

26

27

28

1    Several depositions have been taken under this agreement, including the depositions of Scott

2    Forstall, Scott Herz, and Bas Ording.

3

4        I declare under penalty of perjury under the laws of the State of California that the

5    foregoing is true and correct.

6

7                                            _Amar L. Thakur_

8                                            _____

                                                         Amar L. Thakur

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THAKUR DECLARATION ISO SAMSUNG'S MOTION TO PRECLUDE APPLE FROM ASSERTING
UNTIMELY DATES OF CONCEPTION