# EXHIBIT L

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3263**

WRITER'S INTERNET ADDRESS
**amarthakur@quinnemanuel.com**

May 1, 2013

<u>VIA E-MAIL</u>

Brian M. Buroker
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave, N.W.
Washington, D.C. 20036-5306

Re:   Apple Inc. v. Samsung Elecs. Co., Ltd., Case No. 12-cv-630 LHK

Dear Counsel:

I write regarding Apple's responses to Samsung Interrogatory Nos. 2 and 3. Apple has asserted earlier conception dates for the '502, '414, '760, '172 and '721 patents. For all but the '721 patent, Apple did not assert this earlier conception date until April 10—a mere three months before the close of fact discovery. This assertion is highly prejudicial to Samsung, as it necessitates new prior art searches and efforts to locate witnesses in light of the earlier conception dates. Please let us know whether Apple agrees to withdraw the earlier conception dates.

Additionally, Apple's identification of documents supporting these conception dates, and evidencing diligence to Apple's asserted reduction to practice is insufficient. Apple bears the burden of production in proving these earlier conception dates, and Interrogatory No. 2 requests Apple identify <u>all documents</u> relating to the conception of the Apple patents.

Likewise, Interrogatory No. 3 requests all facts and circumstances relating to any alleged diligence between the asserted conception and reduction to practice dates, the identity of each person with knowledge of such diligence, the nature of each person's participation, involvement,

quinn emanuel urquhart & sullivan, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000 FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000 FAX +49 40 89728 7100

and/or contribution to the diligence in reduction to practice, and identification of all documents relating to any alleged diligence between the asserted conception and reduction to practice dates. Apple asserts the filing date of each patent as its date of constructive reduction to practice, and bears the burden of proving diligence, yet has provided no response related to the diligence in the reduction to practice of the asserted patents, instead merely repeating its response to Interrogatory No. 2.

Apple's responses to Interrogatory No. 2 leave open the possibility of adding additional conception & reduction to practice evidence even though the parties have agreed that neither party may supplement these Interrogatories without good cause. For example:

U.S. Patent No 7,761,414:
Apple's produced evidence consists of only 25 emails, many of which have no apparent relation to the claimed invention. Apple has produced a large amount of Freedman source code from the 2006 time period, but has not stated that it is relying on any of this code, or whether it is relevant to the conception or reduction to practice of the '414 patent.

U.S. Patent No. 5,666,502:
Apple has not identified what Newton functionality reduced the invention to practice. Furthermore, the source code path identified by Apple contains approximately 35 files, many of which have no apparent relevance to the '502 patent.

U.S. Patent No. 8,046,721:
Apple's identification of documents evidencing the conception and reduction to practice of the '721 patent is open-ended; Apple has taken the position that it may rely on any of the 1,350+ Director files present on the Director file review computer, and refused to provide both Director files in native format and a listing of all the files it believes it has made available for inspection.

U.S. Patent No. 8,014,760:
Apple's identification of documents evidencing the conception and reduction to practice of the '760 patent is open-ended; Apple has taken the position that it may rely on any of the 1,350+ Director files present on the Director file review computer, and refused to provide both Director files in native format and a listing of all the files it believes it has made available for inspection.

U.S. Patent No. 8,074,172:
Apple's identification of documents evidencing the conception and reduction to practice of the '172 patent is open-ended; Apple has taken the position that it may rely on any of the 1,350+ Director files present on the Director file review computer, and refused to provide both Director files in native format and a listing of all the files it believes it has made available for inspection.

Please be prepared to discuss these issues at the next scheduled meet and confer.

Very truly yours,

*Amar L. Thakur*

Amar L. Thakur