1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO PRECLUDE APPLE FROM ASSERTING UNTIMELY DATES OF CONCEPTION** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02198.51981/5337517.1

1       Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2   Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to

3   Preclude Apple from Asserting Untimely Dates of Conception.  The Court finds that Apple's

4   belated supplementation of essential interrogatory responses, concerning the dates of conception

5   for four of Apple's asserted patents, violates the Patent Local Rules requiring parties to crystallize

6   their contentions early in litigation.  The Court further finds that Apple unduly delayed in

7   amending its interrogatory responses concerning the dates of conception for four of Apple's

8   asserted patents until after key depositions of named inventors, and that Samsung would otherwise

9   be prejudiced by having to redo multiple depositions and restart discovery efforts with third

10  parties.

11      Therefore, after considering the papers submitted and the arguments of the parties, the

12  Court GRANTS Samsung's Motion to Preclude Apple from Asserting Untimely Dates of

13  Conception and further PRECLUDES Apple from relying on any date of conception for the '502,

14  '414, '760, and '172 patents other than those identified in its November 8, 2012 responses to

15  Samsung's Interrogatory No. 2.

16

17

18  DATED:  _____          _____

19                                The Honorable Paul S. Grewal
                                  United States District Judge

20

21

22

23

24

25

26

27

28

-1-
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO PRECLUDE APPLE FROM ASSERTING
UNTIMELY DATES OF CONCEPTION