QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S NOTICE REGARDING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 531)**<br><br>Honorable Paul S. Grewal |

# NOTICE REGARDING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Civil Local Rule 79-5(d), Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") submit this Notice regarding Apple Inc.'s motion to seal portions of its Opposition to Samsung's Motion to Compel Documents from Related Litigations and Exhibit 19 to the Declaration of Peter J. Kolovos in Support of Apple's Opposition.  (Dkt. No. 531.)  Apple's Opposition and Exhibit 19 to the Kolovos Declaration include excerpts from Samsung's Further Supplemental Responses to Apple's Second and Third Sets of Interrogatories dated April 10, 2013.  Samsung does not maintain a claim of confidentiality over Apple's Opposition or Exhibit 19 to the Kolovos Declaration.

DATED: May 30, 2013              Respectfully submitted,

                                 QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP

                                   By  */s/ Michael L. Fazio*

                                     Charles K. Verhoeven
                                     Kevin A. Smith
                                     Kevin P.B. Johnson
                                     Victoria F. Maroulis
                                     William C. Price
                                     Michael L. Fazio
                                     Attorneys for SAMSUNG ELECTRONICS CO.,
                                     LTD., SAMSUNG ELECTRONICS AMERICA,
                                     INC. and SAMSUNG
                                     TELECOMMUNICATIONS AMERICA, LLC