

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT ANNA BONNY CHAUVET IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MRS. CHAUVET WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 17, 2007, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued May 21, 2013

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER