1 | WILLIAMS & CONNOLLY LLP
2 | Aaron Maurer (pro hac vice)
  | amaurer@wc.com
3 | Dov P. Grossman (pro hac vice)
  | dgrossman@wc.com
4 | David M. Krinsky (pro hac vice)
5 | dkrinsky@wc.com
  | David M. Horniak (Bar No. 268441)
6 | dhorniak@wc.com
  | 725 Twelfth Street, N.W.
7 | Washington, DC  20005
  | Telephone:  (202) 434-5000
8 | Fax:  (202) 434-5029

10 | QUINN EMANUEL URQUHART &
   | SULLIVAN, LLP
11 | Charles K. Verhoeven (Bar No. 170151)
   | Charlesverhoeven@quinnemanuel.com
12 | 50 California Street, 22nd Floor
   | San Francisco, California 94111
13 | Telephone: (415) 875-6600
   | Facsimile: (415) 875-6700

15 | Attorneys for SAMSUNG ELECTRONICS CO.,
   | LTD., SAMSUNG ELECTRONICS AMERICA,
16 | INC., and SAMSUNG
   | TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF DAVID M. HORNIAK** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD. et al., | |
| Defendants. | |

NOTICE OF APPEARANCE OF DAVID M. HORNIAK – 12-CV-00630-LHK

1  PLEASE TAKE NOTICE that David M. Horniak, an attorney with the law firm of
2  Williams & Connolly LLP and admitted to practice before this Court, and whose contact
3  information appears below, hereby enters his appearance as an additional attorney in the above-
4  captioned matter for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America,
5  Inc., and Samsung Telecommunications America, LLC.

>   David M. Horniak (Bar No. 268441)
>   Williams & Connolly LLP
>   725 Twelfth Street, N.W.
>   Washington, DC  20005
>   Telephone:  (202) 434-5000
>   Fax:  (202) 434-5029
>   dhorniak@wc.com

Dated:  June 3, 2013                     WILLIAMS & CONNOLLY LLP


                                         By: */s/David M. Horniak*
                                             David M. Horniak

                                         Attorneys for SAMSUNG ELECTRONICS CO.,
                                         LTD., SAMSUNG ELECTRONICS AMERICA,
                                         INC., and SAMSUNG
                                         TELECOMMUNICATIONS AMERICA, LLC