QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 12-CV-00630-LHK (PSG) <br><br> **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2 Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3 America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal
4 the following documents:

5   1. The confidential, unredacted version of Samsung's Reply in Support of Motion to
6      Compel Complete Production of Source Code For All Accused Products;
7   2. The Reply Declaration of Amar L. Thakur in Support of Samsung's Motion to
8      Compel Complete Production of Source Code For All Accused Products ("Reply
9      Thakur Declaration"); and
10  3. Exhibits 3, 4 and 10 to the Declaration of Amar L. Thakur.

11  The above documents discuss, refer to, or comprise documents that Apple has designated
12 as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order.
13 Samsung accordingly files these documents under seal, and expects that Apple will comply with
14 L.R. 79-5(d) by filing an appropriate declaration with the Court within seven days for those
15 portions and documents that reference Apple-designated information.
16  Pursuant to General Order 62, Samsung's entire filing will be lodged with the Court for *in*
17 *camera* review and served on all parties.  Proposed redacted versions of Samsung's Reply in
18 Support of Motion to Compel Complete Production of Source Code For All Accused Products and
19 the Reply Thakur Declaration have been filed concurrently with this motion.

| | |
|---|---|
| DATED: June 3, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By */s/ Victoria F. Maroulis*<br>   Charles K. Verhoeven<br>   Kevin P.B. Johnson<br>   Victoria F. Maroulis<br><br>Attorneys for Defendants<br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>and SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC |