QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 12-cv-0630 LHK (PSG) <br><br> **REPLY DECLARATION OF AMAR L. THAKUR IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL COMPLETE PRODUCTION OF SOURCE CODE** <br><br><br> **PUBLIC REDACTED VERSION** |

02198.51990/5348030.1

REPLY DECLARATION OF AMAR L. THAKUR IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL
COMPLETE PRODUCTION OF SOURCE CODE

I, Amar L. Thakur, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Reply In Support of Its Motion to Compel Complete Production of Source Code.  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Over the first nine months of discovery in this case, Apple produced less than 3 gigabytes of source code for all 22 accused products.  In the 27 days since Samsung filed its Motion, Apple has produced more than 94 gigabytes of source code.  Of the "more than one million source code files" Apple claims it has now produced, only 66,000 of those files were produced before Samsung filed its Motion on May 7, 2013.

3. Attached hereto as Exhibit 1 is a true and correct copy of a document entitled "iOS Technology Overview," retrieved on May 27, 2013 from Apple's website, at https://developer.apple.com/library/ios/documentation/Miscellaneous/Conceptual/iPhoneOSTech Overview/iPhoneOSTechOverview.pdf.

4. Apple has not produced all source code for the iOS and Mac OS X operating systems, which enable the accused software applications and hardware components.  Without iOS and Mac OS X source code, it will be difficult, if not impossible, for Samsung to trace the operation of the accused functionalities from start to finish.

5. Apple's recent source code productions include at least tens of thousands of source code files produced in duplicate—*i.e.*, the same files for the same version of iOS or Mac OS X, production in duplicate, triplicate, and sometimes more.  For example, Apple's productions for just two versions of the UIKit framework include at least 9,500 duplicate source code files, while Apple's production of multitouch firmware source code includes at least 14,000 duplicate files.

6. Apple continues to withhold source code for functionalities that Samsung has explicitly accused of infringing the '757 patent since the beginning of this case.  Attached hereto

as Exhibit 2 is a true and correct copy of Samsung's original Patent L.R. 3-1 Disclosures For U.S. Patent No. 7,577,757, served on June 15, 2012.

7. For example, Apple has not produced source code for the ████████████████████████████████████████████████████████████

8. Similarly, Apple has not produced the source code corresponding to a screenshot of the iCloud settings screen that Samsung has included in all iterations of its infringement contentions for the '757 patent.

9. Attached hereto as Exhibit 3 is a true and correct copy of Apple's Responses to Samsung's Fifth Set of Interrogatories (No. 38), which describes the operation of the features accused of infringing the '757 patent.

10. Apple has not produced all source code for the server-side functionalities accused of infringing the '757 patent, including source code related to features that Apple's written discovery responses identify as central to the accused systems. For example, Apple's production excludes over 2,000 source code files that operate or enable the server functionality of iTunes with iCloud, iTunes Match, and Photo Stream.

11. Apple continues to withhold source code ███████████████████████████████████████████████████████████████████████████████████████████

12. Apple also continues to withhold source code for ███████████████████████████████████████████████████████████████████████████████████████████████████

13. Attached hereto as Exhibit 4 is a true and correct copy of a document produced by Apple in this litigation, bearing Bates label APL630DEF-WH0000156261, describing the ████████████████████████

14. Attached hereto as Exhibit 5 is a true and correct copy of Samsung's Second Amended Patent L.R. 3-1 Disclosures For U.S. Patent No. 7,232,058, served on November 19, 2012.

15. Apple has not produced all source code for the functionalities accused of infringing the '058 patent. For example, Apple has not produced source code for ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

16. Apple also has not produced source code for a number of key methods relating to the '058 patent, ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

17. While Yan Arrouye states in his declaration that he identified over 39,800 source code files as relevant to the MMCS functionality for Photo Stream, Samsung has only located 1,738 files in Apple's production that are directly related to MMCS functionality.

18. Samsung has not been able to locate the ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ referred to in the Declaration of Eric Krugler.

19. After identifying discrepancies between the source code that Apple says it produced and the source code Apple's engineers say they provided to Apple, Samsung has requested a deposition of Erica Atwell.

20. Attached hereto as Exhibit 6 is a true and correct copy of an email that I received on May 31, 2013 from Apple's counsel refusing to make Ms. Atwell available for deposition. During a telephonic meet and confer on June 3, 2013, counsel for Apple again refused to make Ms. Atwell available.

21. Attached hereto as Exhibit 7 is a true and correct copy of Samsung's Third Amended Patent L.R. 3-1 Disclosures For U.S. Patent No. 5,579,239, served on April 25, 2013.

22. Attached hereto as Exhibit 8 is a true and correct copy of Samsung's Second Amended Patent L.R. 3-1 Disclosures For U.S. Patent No. 6,226,449, served on November 19, 2012.

23. Attached hereto as Exhibit 9 is a true and correct copy of Samsung's Second Amended Patent L.R. 3-1 Disclosures For U.S. Patent No. 7,672,470, served on November 19, 2012.

24. Apple has frustrated Samsung's attempts to obtain other discovery that would allow Samsung to identify by name the components accused of infringing the '239, '449 and '470 patents. For example, in response to Samsung's Interrogatory Nos. 33, 36, and 37, which asked Apple to identify various camera and audio components in the accused products, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Attached hereto as Exhibit 10 is a true and correct copy of an excerpt from Apple's Responses to Samsung's Fourth Set of Interrogatories.

25. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

26. Apple has not produced all operating system source code that manages and enables the interaction between the components that Samsung accused of infringing the '239, '449 and '470 patents, including the integrated circuits, modules, cards, graphical processing units, codecs, encoders, decoders, image sensors, CMOS sensors, CCD sensors, and camera modules. For example, Apple's production excludes ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

27. Apple has not produced all source code relating the application processor accused of infringing the '239 and '449 patents. Apple's production excludes, *inter alia*, source code that controls and enables the interactions between the application processor and Wi-Fi chip.

28.	Apple has not produced source code for the Camera app, which allows users to capture photos or videos, and to access the Camera Roll and Albums features that Samsung accuses of infringing the '449 patent.

29.	Attached hereto as Exhibit 11 is a true and correct copy of Samsung's original Patent L.R. 3-1 Disclosures For U.S. Patent No. 5,579,239, served on June 15, 2012.

30.	Apple's belated and massive source code productions come on the eve of the depositions of Apple's technical witnesses, the majority of which are set to take place over the next several weeks.  Attached hereto as Exhibit 12 is a true and correct copy of a letter from Apple's counsel to Samsung's counsel, dated May 31, 2013, offering deposition dates for Apple witness designated to testify on topics relating to the technical operation of the accused products.

31.	Attached hereto as Exhibit 13 is a true and correct copy of a letter from Samsung's counsel to Apple's counsel, dated May 29, 2013, canceling the Rule 30(b)(6) deposition of Chris Wysocki, Apple's designee on topics relating to iTunes and iTunes source code, after Apple produced over 28,000 additional iTunes source code files just four days before the deposition.

32.	Apple's recent productions of source code consist largely of source code that Samsung requested more than five months ago.  Attached hereto as Exhibit 14 is a true and correct copy of a letter from Samsung's counsel to Apple's counsel, dated December 23, 2012, wherein Samsung requests additional source code for over 30 different software applications and hardware components, including iCloud, iCloud-related server software, MobileMusicPlayer and MobileSlideShow.

33.	Attached hereto as Exhibit 15 is a true and correct copy of a letter from Apple's counsel to Samsung's counsel, dated January 8, 2013.  In this letter, Apple counsel states that the source code requested in Samsung's December 23, 2012 letter related to "applications or functionalities that are either absent from Samsung's contentions, or about which Samsung's contentions are incomplete."

34. After Samsung filed its Motion, Apple produced more than 4.7 gigabytes of iCloud source code, 65,000 server-related source code files, 1.15 gigabytes of source code for MobileMusicPlayer and 3.36 gigabytes of source code for MobileSlideShow.

35. Despite Apple's claim that its August 10, 2012 production of source code included "server code related to the DAAP servers, part of the iCloud accused functionality" (Opp. at 18), Apple's August production included just 334 kilobytes of source code for the DAAP servers—a mere 143 source code files.

36. Throughout the four litigations between Apple and Samsung since 2011, I am not aware of any instances where either party's source code was inadvertently disclosed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 3rd day of June, 2013, in Los Angeles, California.

_____
Amar L. Thakur