# EXHIBIT 1

# iOS Technology Overview



# Contents

**About the iOS Technologies** 7

At a Glance  8

    The iOS Architecture is Layered  8

    The iOS Technologies Are Packaged as Frameworks  9

    iOS and OS X Share Many of the Same Frameworks  9

    You Use Xcode to Develop Apps  9

    The Developer Library is There to Help You  10

How to Use This Document  10

See Also  11

**Cocoa Touch Layer**  12

High-Level Features  12

    Auto Layout  12

    Storyboards  13

    Document Support  13

    Multitasking  13

    Printing  14

    UI State Preservation  14

    Apple Push Notification Service  15

    Local Notifications  15

    Gesture Recognizers  15

    Peer-to-Peer Services  16

    Standard System View Controllers  16

    External Display Support  17

Cocoa Touch Frameworks  17

    Address Book UI Framework  17

    Event Kit UI Framework  17

    Game Kit Framework  18

    iAd Framework  18

    Map Kit Framework  19

    Message UI Framework  19

    Twitter Framework  19

    UIKit Framework  20

**Media Layer** 22
Graphics Technologies 22
Audio Technologies 23
Video Technologies 24
AirPlay 25
Media Layer Frameworks 25
    Assets Library Framework 25
    AV Foundation Framework 26
    Core Audio 26
    Core Graphics Framework 27
    Core Image Framework 27
    Core MIDI Framework 28
    Core Text Framework 28
    Core Video Framework 28
    Image I/O Framework 28
    GLKit Framework 29
    Media Player Framework 29
    OpenAL Framework 30
    OpenGL ES Framework 30
    Quartz Core Framework 30

**Core Services Layer** 31
High-Level Features 31
    iCloud Storage 31
    Automatic Reference Counting 33
    Block Objects 33
    Data Protection 34
    File-Sharing Support 34
    Grand Central Dispatch 35
    In-App Purchase 35
    SQLite 36
    XML Support 36
Core Services Frameworks 36
    Accounts Framework 36
    Address Book Framework 37
    Ad Support Framework 37
    CFNetwork Framework 37
    Core Data Framework 38
    Core Foundation Framework 38

- Core Location Framework  39
- Core Media Framework  39
- Core Motion Framework  40
- Core Telephony Framework  40
- Event Kit Framework  40
- Foundation Framework  40
- Mobile Core Services Framework  41
- Newsstand Kit Framework  41
- Pass Kit Framework  42
- Quick Look Framework  42
- Social Framework  42
- Store Kit Framework  43
- System Configuration Framework  43

**Core OS Layer**  44
- Accelerate Framework  44
- Core Bluetooth Framework  44
- External Accessory Framework  45
- Generic Security Services Framework  45
- Security Framework  45
- System  46

**Migrating from Cocoa**  47
- General Migration Notes  47
  - Migrating Your Data Model  47
  - Migrating Your User Interface  48
  - Memory Management  49
- Framework Differences  49
  - UIKit Versus AppKit  49
  - Foundation Framework Differences  53
  - Changes to Other Frameworks  53

**iOS Developer Tools**  56
- Xcode  56
- Instruments  58
- The Developer Library  59

**iOS Frameworks**  62
- Device Frameworks  62
- Simulator Frameworks  67

System Libraries  67

**Document Revision History**  69

# Figures and Tables

**About the iOS Technologies**  7
Figure I-1     Layers of iOS  8

**Media Layer**  22
Table 2-1      Core Audio frameworks  27

**Migrating from Cocoa**  47
Table 5-1      Differences in interface technologies  49
Table 5-2      Foundation technologies unavailable in iOS  53
Table 5-3      Differences in frameworks common to iOS and OS X   54

**iOS Developer Tools**  56
Figure A-1     An Xcode project window  57
Figure A-2     Running a project from Xcode  58
Figure A-3     Using Instruments to tune your application  59
Figure A-4     The iOS Developer Library  60

**iOS Frameworks**  62
Table B-1      Device frameworks  62

# About the iOS Technologies

iOS is the operating system that runs on iPhone, iPod touch, and iPad devices. The operating system manages the device hardware and provides the technologies required to implement native apps. The operating system also ships with various system apps, such as Phone, Mail, and Safari, that provide standard system services to the user.

The **iOS Software Development Kit (SDK)** contains the tools and interfaces needed to develop, install, run, and test native apps that appear on an iOS device's Home screen. Native apps are built using the iOS system frameworks and Objective-C language and run directly on iOS. Unlike web apps, native apps are installed physically on a device and are therefore always available to the user, even when the device is in Airplane mode. They reside next to other system apps and both the app and any user data is synced to the user's computer through iTunes.



In addition to native apps, it is possible to create web apps using a combination of HTML, cascading style sheets (CSS), and JavaScript code. Web apps run inside the Safari web browser and require a network connection to access your web server. Native apps, on the other hand, are installed directly on the device and can run without the presence of a network connection.

# At a Glance

The iOS SDK provides the resources you need to develop native iOS apps. Therefore, understanding a little about the technologies and tools that make up this SDK can help you make better choices about how to design and implement your apps.

## The iOS Architecture is Layered

At the highest level, iOS acts as an intermediary between the underlying hardware and the apps that appear on the screen. The apps you create rarely talk to the underlying hardware directly. Instead, apps communicate with the hardware through a set of well-defined system interfaces that protect your app from hardware changes. This abstraction makes it easy to write apps that work consistently on devices with different hardware capabilities.

The implementation of iOS technologies can also be viewed as a set of layers, which are shown in Figure I-1. At the lower layers of the system are the fundamental services and technologies on which all apps rely; higher-level layers contain more sophisticated services and technologies.

Figure I-1   Layers of iOS



As you write your code, you should prefer the use of higher-level frameworks over lower-level frameworks whenever possible. The higher-level frameworks are there to provide object-oriented abstractions for lower-level constructs. These abstractions generally make it much easier to write code because they reduce the amount of code you have to write and encapsulate potentially complex features, such as sockets and threads. Although

they abstract out lower-level technologies, they do not mask those technologies from you. The lower-level frameworks are still available for developers who prefer to use them or who want to use aspects of those frameworks that are not exposed by the higher layers.

**Relevant chapters:** "Cocoa Touch Layer" (page 12), "Media Layer" (page 22), "Core Services Layer" (page 31), "Core OS Layer" (page 44)

## The iOS Technologies Are Packaged as Frameworks

Apple delivers most of its system interfaces in special packages called frameworks. A **framework** is a directory that contains a dynamic shared library and the resources (such as header files, images, helper apps, and so on) needed to support that library. To use frameworks, you link them into your app project just as you would any other shared library. Linking them to your project gives you access to the features of the framework and also lets the development tools know where to find the header files and other framework resources.

**Relevant sections:** "iOS Frameworks" (page 62)

## iOS and OS X Share Many of the Same Frameworks

If you are an existing Cocoa developer, writing iOS apps should feel familiar. Many of the technologies found in OS X can also be found in iOS. The biggest differences between the two platforms occur at the user interface level but even then there are similarities in how you present and manage your app's interface. As a result, porting apps from OS X to iOS is possible with a little bit of work.

**Relevant chapter:** "Migrating from Cocoa" (page 47)

## You Use Xcode to Develop Apps

Xcode is the development environment you use to create, test, debug, and tune your apps. Xcode comprises the Xcode app, which is a wrapper for all of the other tools you need to build your apps, including Instruments and iOS Simulator. You use Xcode to write your code and then run your apps in iOS Simulator or directly on an attached iOS device. After debugging your app, you can use Xcode to launch Instruments and profile your app's performance.

Development on an actual device requires signing up for Apple's paid iOS Developer Program and configuring a device for development purposes. You can obtain a copy of Xcode and the iOS SDK and you find out more about the iOS Developer Program at the iOS Dev Center.

Relevant chapters: "iOS Developer Tools" (page 56)

## The Developer Library is There to Help You

The iOS Developer Library is an important resource for you to use during development. It contains reference information for the various technologies. It also contains programming guides, release notes, tech notes, sample code, and many other resources offering tips and guidance about the best way to create your apps.

You can access the iOS Developer Library from the Apple Developer website or from Xcode. In Xcode, choosing Help > Developer Documentation displays the Xcode documentation window, which is the central resource for accessing information about iOS development. You can use this window to browse the documentation, perform searches, and bookmark documents you may want to refer to later.

Relevant sections: "The Developer Library" (page 59)

## How to Use This Document

iOS Technology Overview is an introductory guide for anyone who is new to the iOS platform. It provides an overview of the technologies and tools that have an impact on the development process and provides links to relevant documents and other sources of information. You should use this document to do the following:

- Orient yourself to the iOS platform.
- Learn about iOS software technologies, why you might want to use them, and when.
- Learn about development opportunities for the platform.
- Get tips and guidelines on how to move to iOS from other platforms.
- Find key documents relating to the technologies you are interested in.

This document does not provide information about user-level features that have no impact on the software development process, nor does this document list the hardware capabilities of specific iOS devices.

New developers should find this document useful for getting familiar with iOS. Experienced developers can use it as a road map for exploring specific technologies and development techniques.

## See Also

If you are new to iOS development, this book provides only an overview of the system. To learn more about how to develop iOS apps, you should read the following documents:

- *Start Developing iOS Apps Today* provides a guided tour of the development process, starting with how to set up your system and ending with the process of how to submit apps to the App Store. If you are new to developing iOS apps, this is another good starting point for exploring iOS app development.

- *iOS Human Interface Guidelines* provides guidance and information about how to design your app's user interface.

- *App Distribution Guide* describes the iOS development process from the perspective of the tools. This document covers the configuration and provisioning of devices for development and covers the use of Xcode (and other tools) for building, running, and testing your software.