# EXHIBIT 5

# EXHIBIT E

## SAMSUNG'S SECOND AMENDED PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 7,232,058

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 1. A data displaying apparatus comprising: | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPod Touch 5, the iPad 4, and the iPad Mini (the "Accused Devices") that each comprise a data displaying apparatus. |
| a user input unit for outputting a data-display request signal if there is a data-display request from a user; | Each Accused Device has a touchscreen and a home button that are user input units.  On information and belief, the touchscreen firmware that operates and is pre-loaded on the Accused Devices outputs a data-display request signal if there is a data-display request from a user.  The home button on the Accused Devices outputs a data-display request signal upon being pressed by the user. |
| a memory unit for storing a plurality of data and a plurality of identification information corresponding to said plurality of data; | Each Accused Device has a memory unit comprised of  internal flash memory and dynamic random access memory for storing a plurality of data and a plurality of identification information corresponding to such data (e.g., icons, folder names, file names, and pictures). |
| a display unit for displaying the plurality of data; | Each Accused Device has a screen for displaying the plurality of data. |
| and a controller for controlling said display unit to display the plurality of identification information if said data display request signal is inputted by the user, | Each Accused Device has a controller that controls the display unit to display a plurality of identification information upon request by the user.  For example, the Accused Devices run using an A5 or A6X processor that includes a graphical processor unit that is a specialized electronic circuit designed to rapidly manipulate and alter memory in such a way so as to accelerate the building of images in a frame buffer intended for output to a display.  The Accused Devices store and display many types of identification information.  For example, when a user presses the home button on the Accused Devices, a plurality of icons and/or folders of icons is displayed:[1] |

---

[1]    Screen images show the operation of the iPod Touch 5 running iOS 6.0 unless otherwise noted.  The iPad 4, the iPad Mini, and the previously accused devices (as identified in Samsung's original infringement contentions that were served on June 15, 2012 and its amended infringement contentions that were filed on October 1, 2012) that also run on iOS 6.0 operate in substantially the same way.



In another example, when a uses touches a folder of icons (i.e., a plurality of identification information), <u>the icons contained within that folder</u> are displayed:



In a further example, when a user touches the "Notes" icon, a list of the user's Notes (i.e., a plurality of identification information) is displayed:



Due to the larger screen size of the iPad 4 and iPad Mini in relation to the iPad Touch 5, the iPad 4 and iPad Mini displays the list of notes on the left side of the screen with the contents of the selected note displayed on the right side. The below iPad Mini screenshot indicates that the second note has been selected, and depicts the first note being lifted to reveal the second note. This functionality is present on all of the Accused Devices, but is most readily apparent on the iPad 4 and iPad Mini.



When the iPad 4 and iPad Mini are placed in portrait mode, the iPad 4 and iPad Mini display the list of notes as an window overlaid on the contents of the selected note displayed, as shown in this iPad Mini screenshot:



In another example, when a when a user opens an inbox in the "Mail" application, a list of the user's email filenames (i.e., a plurality of identification information) is displayed as shown in this screenshot from an iPod Touch 5:



On the iPad 4 and iPad Mini, the list of emails is displayed on the left side of the screen with the contents of the selected email displayed on the right side.  The below iPad Mini screenshot indicates that the second email has been selected for display:



When the iPad 4 and iPad Mini are placed in portrait mode, the iPad 4 and iPad Mini display the list of the user's email filenames as an window overlaid on the contents of the selected email displayed, as shown in this iPad Mini screenshot:



| | |
|---|---|
| display data corresponding to specific identification information via a first layer if the specific identification information is selected from among the plurality of identification information, | Each of the Accused Devices has a controller that controls the display unit to display data corresponding to a specific identification information (e.g., a particular icon, folder, file name or picture) when selected by a user.<br><br>For example, when a user selects a particular note from the list of "Notes", the Accused Devices display that note (i.e., data corresponding to specific identification information) via a first layer:<br><br><br><br>In another example, when a user selects an email file, the Accused Devices display that email file (i.e., data corresponding to specific identification information) via a first layer: |

| | |
|---|---|
| |  |
| and display a specific area of the specific information in an enlarged form via a second layer if the specific area is selected from the specific identification information of the first layer. | Each of the Accused Devices allows for the use of a magnifying glass in text fields in certain applications that are pre-loaded by Apple on the Accused Devices, including Safari, Notes, Calendar, Mail and Contacts.<br><br>As described in the iPod Touch User Guide for iOS 6.0 software at p. 23:[2] |

---

[2]   Apple, "iPod Touch User Guide," http://manuals.info.apple.com/en_US/ipod_touch_user_guide.pdf (last visited at November 13, 2012).

**Editing text**

If you need to edit text, an onscreen magnifying glass lets you position the insertion point where you need it. You can select text, and cut, copy, and paste text. In some apps, you can also cut, copy, and paste photos and videos.

**Position the insertion point:** Touch and hold to bring up the magnifying glass, then drag to position the insertion point.



**Select text:** Tap the insertion point to display the selection buttons. Tap Select to select the adjacent word, or tap Select All to select all text.

You can also double-tap a word to select it. Drag the grab points to select more or less text. In read-only documents, such as webpages, touch and hold to select a word.

In the "Notes" application, as displayed below for example, upon selection of the word "touchscreen" by the user using its finger on the touchscreen, the Accused Devices display that specific area in an enlarged form via a second layer:



In the "Mail" application, as displayed below for example, upon selection of the word "Package" by the user using its finger on the touchscreen, the Accused Devices display that specific area in an enlarged form via a second layer:



| | |
|---|---|
| 4. The data displaying apparatus as set forth in claim 1, wherein each of said plurality of identification information is a file name. | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPod Touch 5, iPad 4, and iPad Mini (the "Accused Devices") that each comprise a data displaying apparatus.<br><br>Each of the Accused Devices stores and displays a plurality of identification information as file names.  For example, in the Messages application, the identification information is the name of the message file.  In another example, in the Mail application, the identification information is the subject matter name of the email file. |
| 9.  A data displaying method comprising: | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPod Touch 5, iPad 4, and the iPad Mini (the "Accused Devices") that each perform each and every step of this claim. Apple also indirectly infringes this claim by offering to sell and selling the Accused Devices that perform the claimed methods to customers and by encouraging and aiding those customers to use those products in a manner that meets each and every step of this claim. |
| displaying a plurality of identification information corresponding respectively to a plurality of data if a data-display request signal is inputted by a user; | Each Accused Devices displays a plurality of identification information (e.g., icons, folder names, file names, and pictures) if a data-display request signal is inputted by a user.<br><br>For example, when a user presses the home button on one of the Accused Devices, that Accused Device displays a plurality of icons and/or folders of icons:<br><br> |

In another example, when a uses touches a folder of icons (i.e., a plurality of identification information), the Accused Devices display the icons contained within that folder:



In a further example, when a user touches the "Notes" icon, for example, the Accused Devices display a list of the user's Notes (i.e., a plurality of identification information):



Due to the larger screen size of the iPad 4 and iPad Mini in relation to the iPod Touch 5, the iPad 4 and iPad Mini displays the list of notes on the left side of the screen with the contents of the selected note displayed on the right side. The below iPad Mini screenshot indicates that the second note has been selected, and depicts the first note being lifted to reveal the second note. This functionality is present on all of the Accused Devices, but is most readily apparent on the iPad.



When the iPad 4 and iPad Mini are placed in portrait mode, the iPad 4 and iPad Mini display the list of notes as an window overlaid on the contents of the selected note displayed, as shown in this iPad Mini screenshot:



In another example, when a when a user opens an inbox in the "Mail" application, a list of the user's email filenames (i.e., a plurality of identification information) is displayed, as shown in this screenshot from an iPod Touch 5:



On the iPad 4 and iPad Mini, the list of emails is displayed on the left side of the screen with the contents of the selected email displayed on the right side.  The below iPad Mini screenshot indicates that the second email has been selected for display:



When the iPad 4 and iPad Mini are placed in portrait mode, the iPad 4 and iPad Mini display the list of the user's email filenames as an window overlaid on the contents of the selected email displayed, as shown in this iPad Mini screenshot:



| displaying specific data corresponding to a specific one of the plurality of identification information via a first layer if | Each Accused Device displays specific data corresponding to a specific one of the plurality of identification information (e.g., a particular icon, folder, file name or picture) that is selected by a user. |
|---|---|

| the specific identification information is selected from the plurality of identification information; | For example, when a user selects a particular note from the list of "Notes", the Accused Devices display that note (i.e., data corresponding to specific identification information) via a first layer:<br><br><br><br>In another example, when a user selects an email file, the Accused Devices display that email file (i.e., data corresponding to specific identification information) via a first layer:<br><br> |

| | |
|---|---|
| and enlarging and displaying a specific area of the specific data of the first layer via a second layer if the specific area is selected from the specific data displayed via the first layer, wherein the second layer enlarges the specific area. | Each of the Accused Devices allows for the use of a magnifying glass inside the text fields in certain applications that are pre-loaded by Apple on the Accused Devices, including Safari, Notes, Calendar, Mail and Contacts.<br><br>As described in the iPod Touch User Guide for iOS 6.0 software at p. 23:[3]<br><br>**Editing text**<br>If you need to edit text, an onscreen magnifying glass lets you position the insertion point where you need it. You can select text, and cut, copy, and paste text. In some apps, you can also cut, copy, and paste photos and videos.<br><br>**Position the insertion point**: Touch and hold to bring up the magnifying glass, then drag to position the insertion point.<br><br><br><br>**Select text**: Tap the insertion point to display the selection buttons. Tap Select to select the adjacent word, or tap Select All to select all text.<br><br>You can also double-tap a word to select it. Drag the grab points to select more or less text. In read-only documents, such as webpages, touch and hold to select a word.<br><br>In the "Notes" application, as displayed below for example, upon selection of the word "touchscreen" by the user using its finger on the touchscreen, the Accused Devices display that specific area in an enlarged form via a second layer: |

[3]   Apple, "iPod Touch User Guide," http://manuals.info.apple.com/en_US/ipod_touch_user_guide.pdf (last visited at November 13, 2012).



In the "Mail" application, as displayed below for example, upon selection of the word "Package" by the user using its finger on the touchscreen, the Accused Devices display that specific area in an enlarged form via a second layer:



| 12. The data displaying method as set forth in claim 9, wherein each of the plurality of identification information is a | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPod Touch 5, iPad 4, and the iPad Mini (the "Accused Devices") that each perform each and every step of this claim. Apple also indirectly infringes this claim by offering to sell and selling the Accused Devices that each perform the claimed methods to customers and by encouraging and aiding those |

| file name. | customers to use those products in a manner that meets each and every step of this claim. |
|---|---|
|  | The Accused Devices store and display a plurality of identification information as file names.  For example, in the Messages application, the identification information is the name of the message file.  In another example, in the Mail application, the identification information is the subject matter name of the email file. |
| 17. A data displaying apparatus comprising: | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPod Touch 5, iPad 4, and the iPad Mini (the "Accused Devices") that each comprise a data displaying apparatus. |
| a user input unit for outputting a data-display request signal if there is a data display request from a user; | Each Accused Device has a touchscreen and a home button that are user input units.  On information and belief, the touchscreen firmware that operates and is pre-loaded on the Accused Devices output a data-display request signal if there is a data-display request from a user.  The home button on the Accused Devices outputs a data-display request signal upon being pressed by the user. |
| a memory unit for storing a plurality of data and a plurality of identification information corresponding to said plurality of data; | Each Accused Device has a memory unit comprised of  internal flash memory and dynamic random access memory for storing a plurality of data and a plurality of identification information corresponding to such data (e.g., icons, folder names, file names, and pictures). |
| a display unit for displaying the plurality of data; | Each Accused Device has a screen for displaying the plurality of data. |
| and a controller for controlling said display unit in response to the data-display request by the user to display the plurality of identification information, | Each Accused Device has a controller that controls the display unit to display a plurality of identification information upon request by the user.  For example, the Accused Devices run using a A5 or A6X  processor that includes a graphical processor unit that is a specialized electronic circuit designed to rapidly manipulate and alter memory in such a way so as to accelerate the building of images in a frame buffer intended for output to a display.  The Accused Devices store and display many types of identification information.  For example, when a user presses the home button on the Accused Devices, a plurality of icons and/or folders of icons is displayed: |



In another example, when a uses touches a folder of icons (i.e., a plurality of identification information), <u>the icons contained within that folder</u> are displayed:



In a further example, when a user touches the "Notes" icon, a list of the user's Notes (i.e., a plurality of identification information) is displayed:



Due to the larger screen size of the iPad 4 and iPad Mini in relation to the iPod Touch 5, the iPad 4 and iPad Mini displays the list of notes on the left side of the screen with the contents of the selected note displayed on the right side.  The below iPad Mini screenshot indicates that the second note has been selected, and depicts the first note being lifted to reveal the second note.  This functionality is present on all of the Accused Devices, but is most readily apparent on the iPad.



When the iPad 4 and iPad Mini are placed in portrait mode, the iPad 4 and iPad Mini display the list of notes as an window overlaid on the contents of the selected note displayed, as displayed below on the iPad Mini:



In another example, when a when a user opens an inbox in the "Mail" application, a list of the user's email filenames (i.e., a plurality of identification information) is displayed as shown in this screenshot from an iPod Touch:



On the iPad 4 and iPad Mini, the list of emails is displayed on the left side of the screen with the contents of the selected email displayed on the right side.  The below iPad Mini screenshot indicates that the second email has been selected for display:



When the iPad 4 and iPad Mini are placed in portrait mode, the iPad 4 and iPad Mini display the list of the user's email filenames as an window overlaid on the contents of the selected email displayed, as shown in this iPad Mini screenshot:



| said display unit further displaying data corresponding to specific identification information via a first layer if the specific identification information is selected from among the plurality of identification information, | Each Accused Device has a controller that controls the display unit to display data corresponding to a specific identification information (a particular icon, folder, file name or picture) when selected by a user. |
|---|---|
| | For example, when a user selects a particular note from the list of "Notes", the Accused Devices display that note (i.e., data corresponding to specific identification information) via a first layer:<br><br><br><br>In another example, when a user selects an email file, the Accused Devices display that email file (i.e., data corresponding to specific identification information) via a first layer: |

| | |
|---|---|
| |  |
| and displaying a specific area of the specific information in an enlarged form via a second layer if the specific area is selected from the specific identification information of the first layer. | Each Accused Device allows for the use of a magnifying glass in text fields in certain applications that are pre-loaded by Apple on the Accused Devices, including Safari, Notes, Calendar, Mail and Contacts.<br><br>As described in the iPod Touch Guide for iOS 6.0 software at p. 23:[4] |

[4]   Apple, "iPod Touch User Guide," http://manuals.info.apple.com/en_US/ipod_touch_user_guide.pdf (last visited at November 13, 2012).

### Editing text

If you need to edit text, an onscreen magnifying glass lets you position the insertion point where you need it. You can select text, and cut, copy, and paste text. In some apps, you can also cut, copy, and paste photos and videos.

**Position the insertion point:** Touch and hold to bring up the magnifying glass, then drag to position the insertion point.



**Select text:** Tap the insertion point to display the selection buttons. Tap Select to select the adjacent word, or tap Select All to select all text.

You can also double-tap a word to select it. Drag the grab points to select more or less text. In read-only documents, such as webpages, touch and hold to select a word.

In the "Notes" application, as displayed below for example, upon selection of the word "touchscreen" by the user using its finger on the touchscreen, the Accused Devices display that specific area in an enlarged form via a second layer:



In the "Mail" application, as displayed below for example, upon selection of the word "Package" by the user using its finger on the touchscreen, the Accused Devices display that specific area in an enlarged form via a second layer:

