# EXHIBIT 6

## Joby Martin

| | |
|---|---|
| **From:** | Kolovos, Peter [Peter.Kolovos@wilmerhale.com] |
| **Sent:** | Friday, May 31, 2013 6:49 PM |
| **To:** | Amar Thakur; 'Stone, Rod (RStone@gibsondunn.com)'; WH Apple Samsung NDCal II Service |
| **Cc:** | Samsung NEW |
| **Subject:** | RE: Apple v. Samsung (NDCA2) - Deposition of Erica Atwell/Reply on Source Code motion |

Amar,

Apple will not make Ms. Atwell available for deposition on June 5th.  The deposition notice was served in violation of the Local Rules, and we will be serving our objections shortly.  While we are willing to discuss resolution of Samsung's motion to compel, there is no need for Samsung to depose Ms. Atwell (or any other declarant) in order for the parties to engage in such discussions.  Nor is any such deposition necessary to the resolution of Samsung's motion, as Ms. Atwell's declaration was not "the centerpiece" of Apple's opposition.

Finally, Apple does not agree to a further extension of the deadline for Samsung to file its reply.

-- Peter

---

**From:** Amar Thakur [mailto:amarthakur@quinnemanuel.com]
**Sent:** Friday, May 31, 2013 6:39 PM
**To:** 'Stone, Rod (RStone@gibsondunn.com)'; Kolovos, Peter; WH Apple Samsung NDCal II Service; Kolovos, Peter
**Cc:** Samsung NEW
**Subject:** Apple v. Samsung (NDCA2) - Deposition of Erica Atwell/Reply on Source Code motion

Peter and Rod,

I write the follow-up on the attached subpoena of Erica Atwell.  Can you please confirm that she will appear for her deposition on June 5, 2013.

Also, in light of the fact that Ms. Atwell's declaration is the centerpiece of Apple's Opposition to Samsung's motion to compel source code and our proposed discussion on Wednesday afternoon to see if we can resolve at least part of Samsung's source code motion, we would like to ask Apple for a 3-day extension to file a Reply on Samsung's motion to compel source code.  Thus, Samsung's Reply Brief would be due on June 6, 2013.  We will send you a draft stipulation if you agree to this extension.

Please let us know if you agree to this 3-day extension.  We would appreciate a response today to this request.

Thanks, Amar

**Amar L. Thakur**
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3263 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
amarthakur@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended

recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.