# EXHIBIT 8

# EXHIBIT G

## SAMSUNG'S SECOND AMENDED PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 6,226,449

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 25. A digital camera comprising: | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPod Touch 5, the iPad 4, and the iPad Mini (the "Accused Devices") that each comprise a digital camera. |
| a lens, | The Accused Devices have at least one lens. For example, the rear-facing lens of an iPod Touch 5 can be seen in the upper left hand corner of the back of the device:[1] |
| an imaging device which converts an optical image into | On information and belief, each Accused Device has an imaging device that converts an optical image into an analog signal. The Accused Devices use a CMOS Image Sensor (or similar device) that converts an optical image into an electronic analog signal. For example, the iPod Touch 5's CMOS Image Sensor is depicted below:[2] |

[1] Screen images show the operation of the iPod Touch 5 running iOS 6.0 unless otherwise noted. The iPad 4, iPad Mini and the previously accused devices (as identified in Samsung's original infringement contentions that were served on June 15, 2012 and its first amended contentions that were filed on October 1, 2012) that also run on iOS 6.0 operate in substantially the same way.

| | |
|---|---|
| an analog signal; | |
| an A/D converter which converts said analog signal from said imaging device to a digital signal; | On information and belief, each Accused Device has an imaging device that converts an analog signal into a digital signal. The Accused Devices use a CMOS Image Sensor (or similar device) that has an A/D converter that converts an analog signal into a digital signal. For example, the iPod Touch 5's CMOS Image Sensor is depicted below:[3] |
| a compressor which compresses said digital signal outputted from said A/D converter, and generates | On information and belief, the Accused Devices have a compressor which compresses the digital signal outputted by the A/D converter. The Accused Devices compress moving image data by a different method than they compress still image data. For example, the Accused Devices run on the A5 or A6X processor, which has a video encoder that utilizes at least the H.264 and MPEG-4 standards for compressing moving images and the JPEG standard for compressing still images. The iPod Touch 5's A5 processor is depicted below:[4] |

[2] iFixit, "iPod Touch 5th Generation Teardown," http://www.ifixit.com/Teardown/iPod+Touch+5th+Generation+Teardown/10803/2 (last visited November 12, 2012)

[3] *Id.*

[4] iFixit, "iPod Touch 5th Generation Teardown," http://www.ifixit.com/Teardown/iPod+Touch+5th+Generation+Teardown/10803/3 (last visited November 12, 2012)

| | |
|---|---|
| compressed data by using a different compressing method for moving image signals and for still image signals; | <br><br><br>Apple's specifications for the iPod Touch 5 identify the following supported video formats:[5]<br><br>AirPlay Mirroring to Apple TV support at 720p<br><br>AirPlay video streaming to Apple TV (3rd generation) at up to 1080p and Apple TV (2nd generation) at up to 720p<br><br>H.264 video up to 1080p, 30 frames per second, Main Profile level 4.1 with AAC-LC audio up to 160 Kbps, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats<br><br>MPEG-4 video up to 2.5 Mbps, 640 by 480 pixels, 30 frames per second, Simple Profile with AAC-LC audio up to 160 Kbps per channel, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats<br><br>Motion JPEG (M-JPEG) up to 35 Mbps, 1280 by 720 pixels, 30 frames per second, audio in ulaw, PCM stereo audio in .avi file format<br><br>Apple's specifications for the iPod 4 and iPad Mini identify the following supported video formats:[6] |

---

5 Apple, iPod Touch "Tech Specs," http://www.apple.com/ipod-touch/specs.html (last visited October 15, 2012).

6 Apple, iPad Mini "Tech Spec," http://www.apple.com/ipad-mini/specs/ (last visited November, 12 2012); Apple, iPad "Tech Spec," http://www.apple.com/ipad/specs/ (last visited November, 12 2012).

| | |
|---|---|
| | AirPlay Mirroring to Apple TV (2nd and 3rd generation) at 720p<br><br>AirPlay video streaming to Apple TV (3rd generation) at up to 1080p and Apple TV (2nd generation) at up to 720p<br><br>Video mirroring and video out support: Up to 720p through Lightning Digital AV Adapter and Lightning to VGA Adapter; video playback up to 1080p (sold separately)<br><br>Video formats supported: H.264 video up to 1080p, 30 frames per second, High Profile level 4.1 with AAC-LC audio up to 160 Kbps, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; MPEG-4 video up to 2.5 Mbps, 640 by 480 pixels, 30 frames per second, Simple Profile with AAC-LC audio up to 160 Kbps per channel, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; Motion JPEG (M-JPEG) up to 35 Mbps, 1280 by 720 pixels, 30 frames per second, audio in ulaw, PCM stereo audio in .avi file format |
| a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal; | On information and belief, the Accused Devices have a recording circuit that records both compressed moving image data and compressed still image data to a NAND flash module for storage. |
| a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded | On information and belief, each Accused Device has a decompressor which decompresses the compressed digital data. The Accused Devices decompress compressed moving image data by a different method than they decompress compressed still image data. For example, the Accused Devices run an A5 or A6X processor that has a video decoder that utilizes the H.264 and MPEG-4 standards for decompressing moving images and the JPEG standard for decompressing still images. For example, the iPod Touch 5's A5 processor is depicted below: |

| | |
|---|---|
| compressed data is a moving image signal or a still image signal; |  |
| a reproducing circuit which reproduces a moving image signal, a sound signal in synchronous to said moving image signal, and a still image signal; and | On information and belief, each Accused Device has a reproducing circuit which can reproduce a moving image signal, a sound signal that is synchronous to a moving image signal, and a still image signal. For example, the Accused Devices run on the A5 or A6X processor that has a graphical processing unit (GPU) that is a specialized electronic circuit designed to rapidly manipulate and alter memory in such a way so as to accelerate the building of images in a frame buffer intended for output to a display.  For example, the iPod Touch 5's A5 processor  has a dual-core PowerVR SGX543MP2 GPU inside.  On information and belief, an Accused Devices' display has one or more display drivers for converting received imaged data from the GPU into an image signal capable of being displayed by the display. |
| a display which displays said moving image signals and still image signals outputted from said reproducing circuit, and a list of said moving image signal and still image signal as a search mode, and a list of | Each Accused Device has a display which can display moving image signals and still image signals that are outputted from the reproducing circuit.  The Accused Devices display these image signals within the "Photos" application that is pre-loaded by Apple on each of the Accused Devices that are sold.<br><br>The display lists the moving image signals and still image signals in a search mode within the "Photos" application that Apple refers to as "Camera Roll": |

classifications as a classification mode;

The display also lists the classifications (i.e., “Albums”) as a classification mode. The Accused Devices allow the user to arbitrarily create classifications. The display displays the list of classification when the user clicks the "Albums" button in the upper left hand corner. One example of a list of Albums is shown below:

| | |
|---|---|
| wherein said recording circuit records each one of said plurality of image signals with classification data, and | On information and belief, each Accused Device has a recording circuit that records the classification data (i.e., the identification of the Albums that contain a particular image signal) for each moving image signal and still image signal that is recorded. |
| said display lists a plurality of classifications and a number of images belonging to each classification. | Each Accused Device has a display that lists the Albums (i.e., the plurality of classifications) and images representing the image signals that are in each Album.<br><br>One example of a list of a plurality of classifications (i.e., a list of Albums) is shown above, including the number of images belonging to each classification (i.e., an Album). One example of a list of a number of images belonging to a classification (i.e., an Album) is shown below: |
| 27. A digital camera according to claim 25,<br><br>wherein said | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPod Touch 5, the iPad 4, and the iPad Mini (the "Accused Devices") that each comprise a digital camera.<br><br>Each Accused Device allows for the classification of a particular image signal to be changed at the direction of the user. |

<table>
<tr>
<td>classification is able to change by a direction of a user.</td>
<td>

For example, a user can use the Photos Application to add a moving image signal in one classification into another classification. First, the Accused Devices provide a icon labeled "Edit" (shown by the arrow) that a user may touch to select one or more image signals:

After the 'Edit" icon is pressed by the user, the display displays this screen:

A moving image signal is identified and distinguished from the still images signals by the movie camera and video duration shown at the bottom of the reduced size image. After the moving image signal is selected by the user, the display displays this screen:

</td>
</tr>
</table>



| | <br>After the "Add To" Button is pressed by the user, the display displays this screen, which allows the user to add the selected image signal to an existing classification or a new classification:<br><br>After the "Add to Existing Album" is pressed by the user, the display displays this screen: |
|---|---|



| | |
|---|---|
| |  <br>After the "iPhone" Album is pressed by the user, the display displays this screen, indicating that the moving image signal has a new classification and is now listed as being within "iPhone" classification:<br> <br> <br>The user may then delete the moving image signal from its original album. The Accused Devices provide a icon labeled "Edit" on the "Plants" album screen that a user may touch to select one or more image signals within that |

album:

After the 'Edit" icon is pressed by the user, the display displays this screen:

After the moving image signal is selected by the user, the display displays this screen:



After the "Remove" Button is pressed by the user, the display displays this screen, which allows the user to remove the selected image signal from the album:



After the "Remove From Album" Button is pressed by the user, the display displays this screen, indicating that the moving image signal has been removed from the "Plants" album:

| | |
|---|---|
| | iPod<br>2:04 PM<br>Albums<br>Plants<br>Edit<br>Albums<br>Photo Stream<br>Places |