# EXHIBIT 11

# EXHIBIT H

# SAMSUNG'S PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 5,579,239

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 1. An apparatus for transmission of data, comprising: | Apple directly infringes this claim through testing and use of the claimed apparatus for transmitting data by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed apparatus that are found in the iPhone (4 and 4S), iPod Touch (4th generation), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim. |
| a mobile remote unit including: | The iPhone (all generations), iPod Touch (4th generation) and iPad (all generations) are each mobile remote units (collectively "Mobile Remote Units"). |
| a.) means for capturing, digitizing, and compressing at least one composite signal; | The Mobile Remote Units have a means for capturing, digitizing and compressing a composite signal into a digital file.  On information and belief, the Mobile Remote Units each use a CMOS Image Sensor that converts an optical image into an electronic analog signal, and then uses an A/D converter that converts the analog signal into a digital signal.  For example, the iPhone 4S's CMOS Image Sensor is depicted below:<br><br><br><br>The Mobile Remote Units each have an A4 or an A5 processor with a graphical processing unit (GPU) that captures the digital composite signal and uses a video encoder that utilizes at least the H.264 and MPEG-4 standards for compressing the digital signal into a compressed digital file.<br><br>For example, the iPhone 4S's A5 processor is depicted below: |



According to the iPhone 4S's specifications, it captures video in HD format at up to 30 frames per second:

Camera, Photos, and Video

· 8–megapixel iSight camera
· Autofocus
· Tap to focus
· Face detection in still images
· LED flash
· Video recording, HD (1080p) up to 30 frames per second with audio
· Video stabilization
· Front camera with VGA–quality photos and video at up to 30 frames per second
· Photo and video geotagging





The specifications further described that the iPhone 4S supports numerous video compression standards:

| | |
|---|---|
| | • Video formats supported: H.264 video up to 1080p, 30 frames per second, High Profile level 4.1 with AAC-LC audio up to 160 Kbps, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; MPEG-4 video up to 2.5 Mbps, 640 by 480 pixels, 30 frames per second, Simple Profile with AAC-LC audio up to 160 Kbps per channel, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; Motion JPEG (M-JPEG) up to 35 Mbps, 1280 by 720 pixels, 30 frames per second, audio in ulaw, PCM stereo audio in .avi file format |
| b.) means for storing said composite signal; | The Mobile Remote Units each have a NAND flash module for storing the compressed composite signal as a digital file. |
| c.) means for transmitting said composite signal; | On information and belief, the Mobile Remote Units have at least two types of computer interfaces for transmitting composite signals to a host unit.  First, each Mobile Remote Unit with cellular capabilities (i.e., all iPhones and certain iPads) has a baseband chip for transmitting the compressed composite signal across cellular frequencies.  Second, each Mobile Remote Unit also has a wireless chip for transmitting the compressed composite signal across Wi-Fi frequencies. <br><br> A user can transmit videos from a Mobile Remote Unit to a host unit over a cellular frequency using Apple's software components that are pre-loaded on the Mobile Remote Unit as described in more detail below with respect to claim 15.  For example, a user can email or message a video to any third party, or directly send the video for uploading to YouTube, over a cellular frequency as depicted here: |



A user can also transmit videos from a Mobile Remote Unit to a host unit over WiFi by using Apple's iTunes software.  As described in the iPhone User's Guide, for example, Syncing With iTunes allows a user to transmit a copy of videos stored on the Mobile Remote Unit to a host unit:

## Syncing with iTunes

Syncing with iTunes copies information from your computer to iPhone, and vice versa. You can sync by connecting iPhone to your computer using the Dock Connector to USB Cable, or you can set up iTunes to sync wirelessly using Wi-Fi. You can set iTunes to sync music, photos, video, podcasts, apps, and more. For information about syncing iPhone with a computer, open iTunes, then select iTunes Help from the Help menu.

**Set up wireless iTunes syncing:**  Connect iPhone to your computer using the Dock Connector to USB Cable. In iTunes, turn on "Sync over Wi-Fi connection" in the device's Summary pane.

When Wi-Fi syncing is turned on, iPhone syncs automatically every day. iPhone must be connected to a power source, both iPhone and your computer must be on the same wireless network, and iTunes must be open on your computer. For more information, see "iTunes Wi-Fi Sync" on page 164.

| a host unit including: | Apple's computers (i.e.,  iMac, MacBook Air, MacBook Pro, Mac Mini and Mac Pro) and non-Apple PCs |
|---|---|

| | with iTunes are each host units. |
|---|---|
| a.) means for receiving at least one composite signal transmitted by the remote unit; | On information and belief, Apple's computers and non-Apple PCs each have a computer interface(s) for receiving a composite signal transmitted by the remote unit either over cellular or WiFi frequencies.<br><br>Apple's software, as described below, works in conjunction with that computer interface(s) to allow a host computer unit to receive information from a Mobile Remote Unit such as an iPhone.<br><br>**Syncing with iTunes**<br>Syncing with iTunes copies information from your computer to iPhone, and vice versa. You can sync by connecting iPhone to your computer using the Dock Connector to USB Cable, or you can set up iTunes to sync wirelessly using Wi-Fi. You can set iTunes to sync music, photos, video, podcasts, apps, and more. For information about syncing iPhone with a computer, open iTunes, then select iTunes Help from the Help menu.<br><br>**Set up wireless iTunes syncing:** Connect iPhone to your computer using the Dock Connector to USB Cable. In iTunes, turn on "Sync over Wi-Fi connection" in the device's Summary pane.<br><br>When Wi-Fi syncing is turned on, iPhone syncs automatically every day. iPhone must be connected to a power source, both iPhone and your computer must be on the same wireless network, and iTunes must be open on your computer. For more information, see "iTunes Wi-Fi Sync" on page 164. |
| a playback unit including: | On information and belief, Apple's computers and non-Apple PCs each have a playback unit for playing the composite signal and displaying it to the user. |
| a.) means for exchanging data with said host unit; | On information and belief, Apple's computers and non-Apple PCs each have a circuit for exchanging the data received by the host computer's interface with the  playback unit.  Apple's software, such as Quicktime, works in conjunction with that computer interface(s) and the circuit to allow a host computer unit to receive data from a Mobile Remote Unit such as an iPhone and transmit it to playback unit for playback unit. |
| b.) means for storing the composite signal received by the host unit; | Apple's computers and non-Apple PCs each have a hard or NAND flash drive for storing the composite signal that is received by the host computer's interface from a Mobile Remote Unit and then exchanged with the playback unit. For example, composite signals that are received by the host unit via email, messaging or Syncing with iTunes are transmitted to the playback unit and stored on the computer's hard or NAND flash |

| | drive. |
|---|---|
| c.) means for decompressing said composite signal. | On information and belief, Apple's computers and non-Apple PC computers each have a graphical processing unit such as a video card, including a video decoder, for decompressing the compressed composite signal for playback. |
| 2. An apparatus according to claim 1 wherein the host unit and the playback unit are combined in a single computer. | Apple directly infringes this claim through testing and use of the claimed apparatus for transmitting data by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed apparatus that are found in the iPhone (4 and 4S), iPod Touch (3rd and 4th generations), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim.<br><br>On information and belief, Apple's computers (iMac, MacBook Air, MacBook Pro, Mac Mini and Mac Pro) and non-Apple PC computers have both the host unit and the playback unit within the same single computer. |
| 3. An apparatus according to claim 1 wherein the composite signal is transmitted over telephone lines, cellular, radio or other telemetric frequencies. | Apple directly infringes this claim through testing and use of the claimed apparatus for transmitting data by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed apparatus that are found in the iPhone (4 and 4S), iPod Touch (3rd and 4th generations), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim.<br><br>The Mobile Remote Units (as defined above) can transmit composite signals to a host computer over cellular and other radio frequencies, including WiFi frequencies. |
| 4. An apparatus according to claim 3 further including means for splitting and organizing the digitized, compressed audio and/or video signal prior to | Apple directly infringes this claim through testing and use of the claimed apparatus for transmitting data by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed apparatus that are found in the iPhone (4 and 4S), iPod Touch (3rd and 4th generations), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim. |

| | |
|---|---|
| transmission. | On information and belief, each of the Mobile Remote Units(as defined above) has software that splits and organizes the digitized, compressed audio and/or video signal prior to transmission to the host unit. |
| 5. An apparatus according to claim 1 wherein the means for capturing, digitizing, and compressing said composite signal includes a video capture device installed in said remote unit to capture said composite signal in real time. | Apple directly infringes this claim through testing and use of the claimed apparatus for transmitting data by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed apparatus that are found in the iPhone (4 and 4S), iPod Touch (3rd and 4th generations), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim.<br><br>The Mobile Remote Units each have a graphical processing unit in the A4 or A5 processor for capturing the composite signal in real time.  [looks for docs re capturing video]<br><br>The Mobile Remote Units each (as defined above) each have a video capture device capture to the composite signal in real time.  The Mobile Remote Units each have an A4 or an A5 processor with a graphical processing unit (GPU) that captures the digital composite signal and uses a video encoder that utilizes at least the H.264 and MPEG-4  standards for compressing the digital signal into a compressed digital file.<br><br>For example, the iPhone 4S's A5 processor is depicted below:<br><br><br><br>According to the iPhone 4S's specifications, it captures video in HD format at up to 30 frames per second. |

| | |
|---|---|
| | Camera, Photos, and Video<br><br>• 8-megapixel iSight camera<br>• Autofocus<br>• Tap to focus<br>• Face detection in still images<br>• LED flash<br>• Video recording, HD (1080p) up to 30 frames per second with audio<br>• Video stabilization<br>• Front camera with VGA-quality photos and video at up to 30 frames per second<br>• Photo and video geotagging   |
| 6. An apparatus according to claim 5 wherein the means for capturing, compressing and digitizing said Composite signal includes an audio capture device installed in said remote unit. | Apple directly infringes this claim through testing and use of the claimed apparatus for transmitting data by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed apparatus that are found in the iPhone (4 and 4S), iPod Touch (3rd and 4th generations), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim.<br><br>The Mobile Remote Units (as defined above) each have a audio capture device with a codec for capturing audio signals.  For example, the audio codec in the iPhone 4s is the Apple 338S0987 that is made by Cirrus. The specifications for the iPhone 4S indicates that it captures audio while recording video: |

<table>
<tr><td></td><td>
Camera, Photos, and Video

· 8–megapixel iSight camera

· Autofocus

· Tap to focus

· Face detection in still images

· LED flash

· Video recording, HD (1080p) up to 30 frames per second with audio

· Video stabilization

· Front camera with VGA–quality photos and video at up to 30 frames per second

· Photo and video geotagging

As described in the iPhone User's Guide, audio is also captured by the Voice Memo feature:

**About Voice Memos**

Voice Memos lets you use iPhone as a portable recording device using the built-in microphone, iPhone or Bluetooth headset mic, or supported external microphone. Recordings using the built-in microphone are mono, but you can record stereo using an external stereo microphone.

These voice memos can also be transmitted from a Mobile Remote Unit to a host unit by email, message or Syncing With iTunes.
</td></tr>
<tr><td>
7. An apparatus according to claim 3 wherein the means for transmitting the composite signal includes: at least one interface installed in conjunction with said remote unit; a cellular
</td><td>
Apple directly infringes this claim through testing and use of the claimed apparatus for transmitting data by and at the direction of its employees.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed apparatus that are found in the iPhone (4 and 4S), iPod Touch (3rd and 4th generations), iPad (all generations), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, and PCs with iTunes (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the products in a manner that meets each and every step of this claim.

On information and belief, the Mobile Remote Units (as defined above) have at least one interface installed that is connected to a cellular telephone.  For example, the iPhone 4S has a baseband processor that allows
</td></tr>
</table>

| telephone connected to each said interface. | the cellular telephone to interface with a cellular network.  Indeed, Apple lables the the iPhone 4S a "world phone" because it has multiple interfaces that allow it to interface with both the CDMA and GSM cellular networks, as described in the specifications for that device:<br><br>**Cellular and Wireless**<br><br>• World phone<br>• UMTS/HSDPA/HSUPA (850, 900, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz)<br>• CDMA EV–DO Rev. A (800, 1900 MHz)[4]<br>• 802.11b/g/n Wi-Fi (802.11n 2.4GHz only)<br>• Bluetooth 4.0 wireless technology |
|---|---|
| 15. An apparatus for transmission of data, comprising: | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the iPhone (4 and 4S) and iPad (all Generations) (collectively the "Accused Devices") that each comprise an apparatus for transmission of data. |
| a computer including a video capture module to capture and compress video in real time; | The Accused Devices each comprise a computer that includes a video capture module to capture and compress video in real time.  The Mobile Remote Units each use a CMOS Image Sensor that converts an optical image into an electronic analog signal, and then uses an A/D converter that converts the analog signal into a digital signal.  For example, the iPhone 4S's CMOS Image Sensor is depicted below:<br><br> |

The Mobile Remote Units each have an A4 or an A5 processor with a graphical processing unit (GPU) for capturing from the iPhone's camera  and uses a video encoder for compressing the digital signal into a compressed digital file in real time according to one of three compression standards:  H.264, MPEG-4 and Motion JPEG (M-JPEG).

For example, the iPhone 4S's A5 processor is depicted below:



According to the iPhone 4S's specifications, it captures video in HD format at up to 30 frames per second in real time:

Camera, Photos, and Video

- 8-megapixel iSight camera
- Autofocus
- Tap to focus
- Face detection in still images
- LED flash
- Video recording, HD (1080p) up to 30 frames per second with audio
- Video stabilization
- Front camera with VGA–quality photos and video at up to 30 frames per second
- Photo and video geotagging





| | |
|---|---|
| | The specifications further described that the iPhone 4S supports numerous video compression standards:<br><br>· Video formats supported: H.264 video up to 1080p, 30 frames per second, High Profile level 4.1 with AAC-LC audio up to 160 Kbps, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; MPEG-4 video up to 2.5 Mbps, 640 by 480 pixels, 30 frames per second, Simple Profile with AAC-LC audio up to 160 Kbps per channel, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; Motion JPEG (M-JPEG) up to 35 Mbps, 1280 by 720 pixels, 30 frames per second, audio in ulaw, PCM stereo audio in .avi file format |
| means for transmission of said captured video over a cellular frequency. | The Accused Devices allow for the transmission of a captured video over a cellular frequency in a variety of ways.   The Photos application that is pre-loaded on the Accused Devices provides the user with three ways (email, messages, and sending to YouTube) to share a captured video with another person over a cellular frequency. As explained by Apple:<br><br>Now playing everywhere.<br><br>It's premiere time. You can shoot video right in the Messages app and send it through iMessage or as an MMS. Or attach it to an email. Or post it on Facebook or YouTube. With AirPlay and Apple TV, you can show your movies to a large audience on your HDTV.*<br><br>After a video is captured by an Accused Device, it can be accessed through the Photos application as shown below:[1] |

---

[1]   Screen images show the operation of the Accused Devices on an iPhone running iOS 5.1.1 unless otherwise noted.



When a user clicks on the icon in the bottom left hand corner of the screen, three options for transmitting the video are displayed:



Upon selection of the "Email Video" option, the Accused Devices display this screen that depicts the video being processed by the Accused Device for attachment to an email:



Upon selection of the "Message" option, the Accused Devices display this screen:



Upon selection of the "Send to YouTube" option, the Accused Devices display this screen:



On information and belief, the Accused Devices have at least one cellular antenna and supporting hardware and software, including a baseband chip, for transmitting the captured video over a cellular frequency. For example, on information and belief, the iPhone 4S and iPad 3 include a dual mode baseband processor and antenna that supports both the GSM and CDMA cellular communication networks.  The iPhone's specifications indicate the networks that are available to a user:

## Cellular and Wireless

- World phone
- UMTS/HSDPA/HSUPA (850, 900, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz)
- CDMA EV–DO Rev. A (800, 1900 MHz)[4]
- 802.11b/g/n Wi–Fi (802.11n 2.4GHz only)
- Bluetooth 4.0 wireless technology

The iPhone User Guide shows the status icons that indicate what networks are available for use by the phone

| | at a given time: |
|---|---|
| | <table><tr><td>4G</td><td>UMTS</td><td>Shows that your carrier's 4G UMTS (GSM) network is available, and iPhone can connect to the Internet over that network. (iPhone 4S only. Not available in all areas.) See "Network" on page 163.</td></tr><tr><td>3G</td><td>UMTS/EV-DO</td><td>Shows that your carrier's 3G UMTS (GSM) or EV-DO (CDMA) network is available, and iPhone can connect to the Internet over that network. See "Network" on page 163.</td></tr><tr><td>E</td><td>EDGE</td><td>Shows that your carrier's EDGE (GSM) network is available, and iPhone can connect to the Internet over that network. See "Network" on page 163.</td></tr><tr><td>o</td><td>GPRS/1xRTT</td><td>Shows that your carrier's GPRS (GSM) or 1xRTT (CDMA) network is available, and iPhone can connect to the Internet over that network. See "Network" on page 163.</td></tr><tr><td>📶</td><td>Wi-Fi*</td><td>Shows that iPhone is connected to the Internet over a Wi-Fi network. The more bars, the stronger the connection. See "Wi-Fi" on page 158.</td></tr></table> |
| 16. The apparatus of claim 15 wherein the means for transmission of said captured video over a cellular frequency includes; | Apple infringes this claim by selling the iPhone (4 and 4S) and iPad (all Generations) (collectively the "Accused Devices") that each comprise an apparatus for transmission of captured video over a cellular frequency. |
| at least two interfaces operating in conjunction with said computer; | On information and belief, the Accused Devices each have at least two interfaces for transmission of captured video over a cellular frequency.  Each Accused Device has a baseband processor that supports either or both the GSM and CDMA cellular communication networks.  Indeed, Apples describe the iPhone 4S as a "world phone" because it has multiple interfaces that allow it to interface with both the CDMA and GSM cellular networks: |

| | |
|---|---|
| Cellular and Wireless | • World phone<br><br>• UMTS/HSDPA/HSUPA (850, 900, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz)<br><br>• CDMA EV-DO Rev. A (800, 1900 MHz)[4]<br><br>• 802.11b/g/n Wi-Fi (802.11n 2.4GHz only)<br><br>• Bluetooth 4.0 wireless technology |

On information and belief, the earlier generation Accused Devices, such as the iPhone 4, iPad and iPad2, also have multiple interfaces that allow them to connect with multiple generations of the GSM or CDMA networks depending on availability.

For example, the iPhone User Guide for iOS 4.2/4.3 shows that an iPhone 4 GSM model is capable of connecting to at least three generations of the GSM network:  3G UMTS, EDGE, and GPRS.

## Status Icons

The icons in the status bar at the top of the screen give information about iPhone:

| Status icon | | What it means |
|---|---|---|
| ◢ | Cell signal* | Shows whether you're in range of the cellular network and can make and receive calls. The more bars, the stronger the signal. If there's no signal, the bars are replaced with "No service." |
| ✈ | Airplane mode | Shows that airplane mode is on—you cannot use the phone, access the Internet, or use Bluetooth® devices. Non-wireless features are available. See "Airplane Mode" on page 187. |
| 3G | UMTS/EV-DO | Shows that your carrier's 3G UMTS (GSM) or EV-DO (CDMA) network is available, and iPhone can connect to the Internet over that network. See "How iPhone Connects to the Internet" on page 22. |
| E | EDGE | Shows that your carrier's EDGE network is available (GSM models), and iPhone can connect to the Internet over that network. See "How iPhone Connects to the Internet" on page 22. |
| o | GPRS/1xRTT | Shows that your carrier's GPRS (GSM) or 1xRTT (CDMA) network is available, and iPhone can connect to the Internet over that network. See "How iPhone Connects to the Internet" on page 22. |
| 🛜 | Wi-Fi* | Shows that iPhone is connected to the Internet over a Wi-Fi network. The more bars, the stronger the connection. See "Joining a Wi-Fi Network" on page 23. |

| | |
|---|---|
| | Each of these generations constitutes a separate interface operating in conjunction with the Accused Devices. |
| a cellular telephone connected to each said interface. | The Accused Devices are cell phones that are connected to each interface.  For example, the iPhone 4S is a world phone that is both a CDMA cellular telephone connected to a CDMA interface and a GSM telephone connected to a GSM interface. |
| 17. The apparatus of | On information and belief, each of the Accused Devices has software that splits the captured video into |

| claim 16 further including means for splitting the captured video into pieces for transmission through said interfaces. | pieces for transmission through the multiple interfaces described above with respect to claim 16. |
|---|---|