# EXHIBIT 12

WILMERHALE

May 31, 2013

**BY ELECTRONIC MAIL**

Michael Silhasek

+1 650 858 6083(t)
+1 650 858 6100(f)
michael.silhasek@wilmerhale.com

Amar L. Thakur, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Email: amarthakur@quinnemanuel.com

Re:   Apple Inc. v. Samsung Electronics Co. Ltd., et al.,
      Case No. 12-cv-00630 (N.D. Cal.)

Dear Amar:

First, Apple also offers June 25 for the deposition of Andy Belk and June 27 for the deposition of Chris Wysocki for the topics identified in Apple's May 17, 2013 letter.

Second, subject to and as limited by Apple's objections and responses, Apple is designating the following individuals as its 30(b)(6) designees on the topics set forth in Samsung's 30(b)(6) notices for the patents and topics indicated below.  Please confirm these dates by June 4, 2013.

| Witness | 30(b)(6) Topic | Date |
|---|---|---|
| Cris Baray | Samsung's Fourth 30(b)(6) Notice: 1(a), 1(b), 1(d) (second), 2, 3, 8 – 10, and 11 (limited to non-privileged efforts to avoid infringement) as they relate to the '239 and '449 Patents with respect to the Mail app on the accused iOS devices. | June 11 or 12 |
| Greg Chapman | Samsung's Fourth 30(b)(6) Notice: 1(a), 1(b), 1(d) (second), 2, 3, 8 – 10, and 11 (limited to non-privileged efforts to avoid infringement) as they relate to the '239 and '449 Patents with respect to image display and video playback on the accused iOS devices and Mac computers and as they relate to the '470 patent with respect to the determination of volume levels and the display of volume levels on the Home screen of the accused iOS devices. | June 19 |

Amar L. Thakur, Esq.
May 31, 2013
Page 2

**WilmerHale**

| Witness | 30(b)(6) Topic | Date |
|---|---|---|
| Anup Sharma | Samsung's Fourth 30(b)(6) Notice: 1(a), 1(b), 1(c), 1(d) (first), 1(e) (first), 1(d) (second), 2, 8 (limited to software or firmware executed on third party components), 9 (limited to software or firmware executed on third party components), 10, and 11 (limited to non-privileged efforts to avoid infringement), for the '239 and '449 patents with respect to image sensors in the accused iOS devices. | June 21 |
| Tim Millet | Samsung's Fourth 30(b)(6) Notice: Topics 1(a), (b), (c), (d) (first), (e) (first), (d) (second), 2, 8 (limited to software or firmware executed on third party components), 9 (limited to software or firmware executed on third party components), 10, and 11 (limited to non-privileged efforts to avoid infringement), as they relate to the '239 and '449 patents with respect to image and video compression, decompression, and reproduction functionality and identification of relevant components on the iOS devices; and as they relate to the '239 patent with respect to identification of components on the accused Mac computers. | June 26 |
| Justin Titi | Samsung's Fourth 30(b)(6) Notice: 1(a), 1(b), 1(d)(second), 2, 3, 8 – 10, and 11 (limited to non-privileged efforts to avoid infringement) as they relate to the '239 and '449 Patents with respect to the Photo app in the accused iOS devices. | June 27 |
| Alexei Kosut | Samsung's Fourth 30(b)(6) Notice: 1(a), 1(b), 1(c), 1(d) (first), 1(e) (first), 1(d) (second), 2, 3, 8 – 10, and 11 (limited to non-privileged efforts to avoid infringement) as they relate to the '470 Patent with respect to detection of external audio devices and identification of related components in the accused iOS devices. | July 3 |
| Max Muller | Samsung's Fourth 30(b)(6) Notice: 1(a), 1(b), 1(c), 1(d) (first), 1(e) (first), 1(d) (second), 2, 3, 8 – 10, and 11 (limited to non-privileged efforts to avoid infringement) as they relate to the '757 Patent with respect to iTunes (server).<br><br>Samsung's Sixth 30(b)(6) Notice: 4, 5, and 9-13 with respect to iTunes (server). | July 3 |

Amar L. Thakur, Esq.
May 31, 2013
Page 3

WILMERHALE

Finally, we await Samsung's confirmation of the depositions below, for which topics were proposed on May 24, 2013:

- Eric Krugler ( June 6)
- Chris Mullens (June 25)
- Josh Shaffer (June 26 or 27)
- Justin Wood (June 26 or 27)
- Morgan Winer (June 26 or July 2)
- Patrick Murphy (July 3)

Regards,

Michael Silhasek

cc:   Counsel of Record