# EXHIBIT 13

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3263**

WRITER'S INTERNET ADDRESS
amarthakur@quinnemanuel.com

May 22, 2013

Peter J. Kolovos
Wilmer Cutler Hale Pickering & Dorr LLP
60 State Street
Boston, MA 02109

Re:   Apple Inc. v. Samsung Electronics Co. Ltd., Case No. 12-cv-00630-LHK

Dear Peter:

More than four months have passed since Samsung specifically requested source code for iTunes and iTunes WiFi Sync, as well as related OS X and server-side source code. *See, e.g.,* 12/20/2012 letter from A. Thakur to P. Kolovos. Despite Samsung's repeated requests, however, Apple waited until just yesterday to produce almost 5 gigabytes (over 28,000 thousand files) of source code related to iTunes—including the iOS and Mac OS X frameworks that control synchronization, which is highly relevant to Samsung' '757 and '239 patents.

Apple's production comes just four days before the deposition of Chris Wysocki, whom Apple has designated as its corporate representative on topics relating to the iTunes client and iTunes Wi-FI sync, including Topic 8 of Samsung's Fourth Rule 30(b)(6) Notice, which specifically calls for Mr. Wysocki to testify regarding iTunes source code. Given the timing and volume of Apple's production of source code relevant to iTunes, Samsung cannot adequately prepare for Mr. Wysocki's deposition. Accordingly, Samsung is forced to cancel Mr. Wysocki's deposition. Please provide a date for Mr. Wysocki's deposition after June 1, which is 10 days after Apple's production of the relevant source code. If Apple intends to further produce source code or documents relevant to Mr. Wysocki's deposition, please notify us immediately and provide a date at least 10 days after Apple completes producing such source code and documents.

Furthermore, given that a number of other technical witnesses are scheduled to testfy in the next several weeks, Apple should inform Samsung of whether it intends to continue producing source code related to the accused features, and whether Apple intends to honor its commitment to

quinn emanuel urquhart & sullivan, llp

02198.51990/5326555.3   NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

Peter J. Kolovos
May 22, 2013

produce all relevant documents and source code at least ten days in advance of the corresponding deposition.

Very truly yours,

*Amar L. Thakur*

Amar L. Thakur

02198.51990/5326555.3

02198.51990/5326555.3