# EXHIBIT 14

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

December 23, 2012

<u>Via E-Mail</u>

John Pettit
Wilmer Cutler Pickering Hale and Dorr
950 Page Mill Road
Palo Alto, CA 94304

Re:   <u>Apple v. Samsung Elecs. Co. et al, Case No 12-cv-630</u>

Dear Counsel:

I write regarding Apple's deficient production of source code relating to the accused features and functionalities of various Apple products. Initially, it appears that Apple's Responses and Objections to Samsung's INTERROGATORY NO. 13 ("Apple's Responses"), are out dated. Apple's Responses includes no information regarding source code corresponding to iOS 6. By January 3, 2013, please confirm that Apple will supplement its Responses to INTERROGATORY NO. 13, and a date certain by which Apple will do so.

Second, Samsung has discovered deficiencies in Apple's source code production. While our review is on-going and we may discover further deficiencies, we seek immediate production of the source code described in this letter. It appears Apple has produced irrelevant source code while failing to produce source code corresponding to screenshots and user guide references in Samsung's Infringement Contentions. For example, Apple has, without explanation, manually deleted lines of code within the single file that comprises the Springboard App, withholding production of relevant portions of source code. It is clear Apple's strategy of manually editing and selectively producing portions of Apps and other features accused of infringing Samsung's patents is unworkable. Samsung requests production of complete applications, much as Samsung has provided Apple.

- Source code relating to Springboard. Please produce the entirety of this file for all versions of iOS. Apple's current production includes a partial production of this file for

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

certain iOS versions, relevant to certain '470 Patent, but omits portions of the file relevant to other features relevant to the '470 and '058 Patents.

- Source code relating to the Notes App for iOS 6. Apple's production includes relevant code for iOS 4 and 5, but omits code for iOS 6 relevant to the '058 and '179 Patents.

- Source code relating to the Mail App. Apple's production includes source code relevant certain accused features for iOS 4 and iOS 5, but not all accused features for iOS 4 and iOS 5, and no source code for iOS 6, which is relevant to '058 Patent.

- Source code relating to CoreData and SQLite for all versions of iOS. Apple has failed to produce any source code related to the accused functionalities, which is related to the '059 Patent.

- Source code relating to UIKit for iOS 6. Apple's production includes relevant code for iOS 4 and iOS 5, but omits code for iOS 6 relevant to the '058 and '179 Patents.

- Source code relating to Safari for iOS 4. Apple's production includes relevant code for iOS 5 and iOS 6, but omits code for iOS 4, which relevant to the '058 Patent.

- Source code relating to Calendar for iOS 6. Apple's production includes relevant code for iOS 5 and iOS 6, but omits code for iOS 4, which is relevant to the '058 Patent.

- Source code relating to the Touch Controller Chip Firmware for all versions of iOS. Apple has failed to produce any source code related to this accused functionality, which is relevant to the '058 Patent.

- Source code relating to MobileMediaPlayer for iOS 6 and OS X. Apple's production includes relevant code for iOS 5 and iOS 4, but omits code for iOS 6 and OS X, which is relevant to '470 Patent.

- Source code relating to EmbeddedCoreMedia for iOS 4, iOS 6, and OS X . Apple's production includes relevant code for iOS 5, but omits code for iOS 4, iOS 6 and OS X, which is relevant to '470 Patent.

- Source code relating to EmbeddedAVFoundation for iOS 4, iOS 6, and OS X, relevant to the '470 Patent and iOS 6 relevant to the '449 Patent.. Apple's production includes relevant code for iOS 5, but omits code for iOS 4, iOS 6 and OS X, which is relevant to the '470 Patent.. Apple's production includes relevant code for iOS 4 and 5, but omits code for iOS 6, which is relevant to the '449 Patent.

- Source code relating to MobileSlideShow. Apple has produced only a few lines of code relating to the '239 Patent, not all relevant source code for this App for all versions of iOS, which is relevant to the '239 Patent, the '757 Patent, and '449 Patent.

- Source code relating to MessageUI/Message for all versions of iOS. Apple has failed to produce any source code related to this accused functionality, which is relevant to the '239 Patent.

- Source code relating to ChatKit for all versions of iOS. Apple has failed to produce any source code related to this accused functionality, which is relevant to the '239Patent.

2

- Source code relating to MobileMail in all versions of iOS.  Apple has failed to produce any source code related to this accused functionality, which is relevant to the '239 Patent.

- Source code relating to YouTube.   Apple's production includes some code related to this accused functionality, but Apple's selective production of portions of this App make it difficult to determine if all relevant source code has been produced.  Please make a complete production of relevant source code, which is relevant to the '239 Patent.

- Source code relating to the Camera App for all versions of iOS.  Apple has failed to produce any source code relevant to the '239 Patent and '449 Patent.

- Source code relating to iTunes Sync for iOS 3, iOS 6, OS X, and Windows.  Apple's production includes relevant code for iOS 4 and 5, but omits code for iOS 3, iOS 6, OS X, and Windows which is relevant to the '239 Patent and '757 Patent.

- Source code relating to OS X Mail.  Apple has failed to produce any source code related to this accused functionality, which is relevant to the '239 Patent.

- Source code relating to iMessage for OS X.  Apple has failed to produce any source code related to this accused functionality, which is relevant to the '239 Patent.

- Source code relating to CoreTelephony and other features relevant to detecting and selecting wireless and cellular networks for all versions of iOS.  Apple has failed to produce any source code related to this accused functionality, which is relevant to the '239 Patent.

- Source code relating to EmbeddedAVFoundation for iOS 3 and iOS 6.  Apple's production includes relevant code for iOS 4 and iOS 5 related to the '239 Patent accused functionality, but omits code for iOS 3 and iOS 6 related to the '239 Patent accused functionality.  Apple's production also includes relevant code for iOS 4 and iOS 5 related to the '449 Patent accused functionality, but omits code for iOS 6 related to the '449 Patent accused functionality.

- Source code relating to the Voice Memos App for all versions of iOS.  Apple has failed to produce any source code related to this accused functionality, which is relevant to the '239 Patent.

- Source code relating to the iCloud Client Sync for iOS 6.  Apple's production includes relevant code for iOS 5, OS X, and PC/ iTunes, but omits code for iOS 4 and iOS 6.

- Source code relating to the iCloud server .  Apple has failed to produce any source code to iCloud server side implementation, which is relevant to the '757 Patent.

- Source code relating to MobileMusicPlayer for iOS  4 and iOS 6.  Apple's production includes relevant code for iOS 5, but omits code for iOS 4 and iOS 6, which is relevant to the '757 Patent.

- Source code relating to the iCloud Client App for iOS 5 and iOS 6.  Apple's production includes relevant code for iOS 4, but Apple has failed to produce source code related to this accused functionality for iOS 5 and iOS 6, which is relevant to the '757 Patent.

3

- Source code relating to PhotoStream for OS X.  Apple's production includes relevant code for iOS 5 and PC/ iTunes, but omits code for OS X client and server side code, which is relevant to the '757 Patent.

- Source code relating to iTunes USB Sync for iOS versions 1 through 6.  Apple has failed to produce any source code related to this accused functionality, which is relevant to the '757 Patent.

- Source code relating to iTunes WiFi Sync for iOS 5 and iOS 6.  Apple has failed to produce any source code related to this accused functionality, which is relevant to the '757 Patent.

- Source code relating to iTunes Home Sharing for iOS 6.  Apple's production includes relevant code for iOS 5, OSX, and PC/ iTunes, but omits code for iOS 6, which is relevant to the '757 Patent.

- Source code relating to iTunes Settings for OS X, and PC/iTunes.  Apple has failed to produce source code related to this accused functionality, which is relevant to the '757 Patent.

- Source code relating to Photo Capture on OS X and PC.  Apple has failed to produce source code related to this accused functionality, which is relevant to the '757 Patent.

- Source code relating to Audio Capture on OS X and PC.  Apple has failed to produce source code related to this accused functionality, which is relevant to the '757 Patent.

- Source code relating to CMOS Firmware for iOS 4, iOS, 5, and iOS 6.  Apple has failed to produce any source code related to the '449 Patent .

- Source code relating to album and photo view UI.  Apple's production includes code for iOS 4 and iOS 5 relating to the '757 Patent accused album/ photo view UI functionality, but omits code for iOS 3 and iOS 6, which is relevant to the '757 Patent.

As you know, each category of code recited above relates to Samsung's Infringement Contentions pursuant to Patent Local Rule 3-1.  Apple therefore has an obligation to produce this code.  Samsung has already expended considerable time and resources identifying source code that Apple has failed to produce.  Therefore, as stated above, Samsung requests production of full versions of iOS, Apps, and applications relevant to this case.

By January 3, please provide a date by which Apple will produce the source code in question.

Very truly yours,

Amar L. Thakur

4

5

02198.51981/5100058.5