# EXHIBIT 15

WILMERHALE

January 8, 2013

**John Pettit**

+1 650 858 6056 (t)
+1 650 858 6100 (f)
john.pettit@wilmerhale.com

Amar L. Thakur, Esq.
Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Re:  Apple v. Samsung Elecs. Co. et al., Case No. 12-cv-630

Dear Amar:

I write in response to your letter of December 23, 2012 regarding Apple's production of source code for the accused Apple products.

First, your letter accuses Apple of "manually delet[ing] lines of code" from some unnamed source code file relating to Springboard prior to production to Samsung. Apple has not done so. If you believe something is missing from a specific file or files, please provide those details so that we can review them.

With respect to your other source code requests, Apple is in the process of producing the iOS 6 source code corresponding to the iOS 4 and/or iOS 5 productions existing on the source code computer. We will provide a date shortly for the completion of that iOS 6 source code production, and will update Apple's response to Interrogatory 13 to reflect that production.

With respect to your remaining source code requests, Apple is only obligated to produce source code that is relevant to the infringement theories that are adequately disclosed in Samsung's infringement contentions. However, based on our initial review of the remaining requests, it appears that Samsung is seeking code for applications or functionalities that are either absent from Samsung's contentions, or about which Samsung's contentions are incomplete. For example, while you request "CoreData" and "SQLite" code for all iOS versions, we fail to see how this code "correspond[s] to screenshots and user guide references in Samsung's Infringement Contentions." Therefore, please explain in detail, and with specific reference to Samsung's Infringement Contentions, the relevance of the requested code beyond what has already been produced, so that we can assess the appropriateness of each request.

Best regards,

John Pettit