NEIL D. GREENSTEIN (SBN 123980)
TECHMARK
3525 Del Mar Heights Road, Suite 780
San Diego, CA 92130
Telephone: (858) 704-0515, X303
Facsimile:  (408) 280-2250
Email: ndg@techmark.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE OFFICE

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company<br><br>Defendant. | Civil Action No.: 12-CV-00630-LHK (PSG)<br><br><br>NOTICE OF APPEARANCE ON BEHALF OF THIRD-PARTY, EMBARCADERO TECHNOLOGIES, INC. |

Notice is hereby given that the undersigned attorney, Neil D. Greenstein, enters his appearance as counsel in this matter for Third-Party Witness, Embarcadero Technologies, Inc.

Dated:  June 4, 2013                                   Respectfully submitted,

                                                 NEIL D. GREENSTEIN
                                                 TECHMARK


                                       By:  /s/ Neil D. Greenstein
                                             Neil D. Greenstein
                                             Attorney for Third-Party Witness,
                                             Embarcadero Technologies, Inc..