Neil D. Greenstein (SBN 123980)
TECHMARK
3525 Del Mar Heights Road, #780
San Diego, CA 92130-2122
Telephone: (858) 704-0515, X303
Facsimile: (408) 280-2250
Email: ndg@TechMark.com

Attorneys for Third Party,
EMBARCADERO TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE OFFICE

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company<br><br>Defendant. | Civil Action No.: 12-CV-00630-LHK (PSG)<br><br>DECLARATION OF DUNCAN SHARP IN SUPPORT OF MOTION TO SEAL CONFIDENTIAL DOCUMENTS OF THIRD-PARTY, EMBARCADERO TECHNOLOGIES, INC. |

I, Duncan Sharp, state:

1. I am in-house counsel for third-party, Embarcadero Technologies, Inc. ("Embarcadero"). I am providing this declaration in support of Samsung's administrative motion to file documents under seal; namely, the confidential documents of Embarcadero.

2. Embarcadero was served with four (4) subpoenae in this action – three by Samsung and one by Apple. In response to those subpoenae, Embarcadero produced certain

- 1 -

Case No. 12-CV-00630 LHK (PSG)      Sharp Dec. Supporting Sealing of 3rd party, Embarcadero, Conf Docs

confidential business documents and several different versions of highly confidential computer source code in accordance with and subject to the protective order entered in this action.

3. The confidential business information and highly confidential computer source code produced by Embarcadero is confidential business information and highly confidential source code that Embarcadero acquired in connection with an acquisition of certain assets from Borland Software.

4. Embarcadero is in the software business and undertakes numerous steps to maintain the confidentiality of its confidential business information and software, particularly source code, as such materials have tremendous intrinsic value.  Embarcadero has diligently maintained the confidentiality of the confidential business information and highly confidential computer software produced to the parties in this action.  Public revelation of such confidential business information and highly confidential software would significantly harm Embarcadero and would have a significant negative business impact to Embarcadero.

5. Exhibits 17 and 18 to the Declaration of Amar Thakur In Support of Samsung's Motion For Leave to Amend Its Invalidity Contentions, lodged on or about May 28, 2013 and referenced in SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL filed by Attorney Victoria F. Maroulis, include and make detailed references to Embarcadero's confidential business information and highly confidential computer source code.

/ / /

/ / /

/ / /

6. Embarcadero requests that this Court file under seal Embarcadero's Confidential business information and Highly Confidential source code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of June, 2013.

By: _____
        Duncan Sharp