IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD, <br><br> Defendant. | Case No. 12-CV-00630-LHK (PSG) <br><br> **DECLARATION OF THIRD-PARTY MICROSOFT IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL CERTAIN SUBMISSIONS CONTAINING HIGHLY CONFIDENTIAL MICROSOFT INFORMATION** |

I, William J. Harmon, declare and state as follows:

1. I am an attorney at Microsoft Corporation. Pursuant to Local Rule 79-5, I submit this Declaration in support of Samsung's Administrative Motion to File Documents under Seal (Docket Entry 540). Documents attached to this Administrative Motion contain highly confidential Microsoft information that was produced to Samsung pursuant to subpoenas issued in this action. Specifically, this declaration is submitted to confirm that Exhibits 20 and 22 supporting Samsung's Motion for Leave to Amend its Invalidity Contentions disclose information relating to Microsoft's Windows Mobile operating systems that is confidential and sealable. (I understand Samsung's Motion for Leave has been filed as Attachment #1 to Docket Entry 540, and that Exhibits 20 and 22 have been filed as Attachments #22 and 24, respectively of Docket Entry 540.) I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could competently testify to them on behalf of Microsoft under oath.

2. The requested relief is necessary and narrowly tailored to protect the confidentiality of the information contained in the afore-mentioned exhibits.

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

Woodcock Washburn LLP
One Liberty Place, 46th Floor

3. As part of my role at Microsoft, I am familiar with the development of Microsoft's source code and related confidential information and in the procedures Microsoft employs to maintain source code and other information secure within the company. Although Microsoft does choose to make certain information, such as emulators, derived from its source code available, generally the source code and other related information, such as source code paths and underlying designs and specifications, are maintained in confidence.

4. Access to source code and related confidential information is limited within Microsoft to a select group of individuals involved in software development, management, and security. Source code and related information and software is archived under secure conditions with limited access. I understand the Microsoft information relating to Windows Mobile operating systems produced to Samsung in response to its subpoenas was obtained from such secure sites within Microsoft.

5. Source code for Windows Mobile operating systems is maintained under high security because it controls how certain Microsoft devices and software operates. This security applies even with respect to products that are no longer supported by Microsoft because aspects of such a product's software and underlying code are often the foundation for later generation products.

6. In this case, confidential information directly derived from Microsoft source code for the Windows Mobile operating systems is disclosed in Exhibits 20 and 22 of Samsung's Motion for Leave. Public exposure of this information would cause significant competitive harm to Microsoft. Here, because Microsoft is a third party to this litigation and did not choose to put its information into issue, sealing of the information is especially appropriate.

7. I understand that Exhibits 20 and 22 are invalidity claim charts prepared by Samsung that rely, in part, on information produced by Microsoft relating to Windows Mobile

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

Woodcock Washburn LLP
One Liberty Place, 46th Floor

systems. Although some of the information in the claim charts is from public sources, such as devices operating the software and emulators that are available on-line, in places the charts refer to some source code paths. These references appear in pages 9, 14, 50, 56, 65, 87, 125, 126, and 128 of Exhibit 20 and pages 11, 38-39, 71, 135, 161, 187, 188, and 190 of Exhibit 22. Microsoft considers and treats this information as proprietary and public disclosure of it would be harmful to Microsoft's business, for reasons given above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated:   June 3, 2013                    By: _____
                                              William J. Harmon

Woodcock Washburn LLP
One Liberty Place, 46th Floor

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)