UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 12-cv-0630-LHK-PSG <br><br> **[PROPOSED ORDER] GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Documents Under Seal (Dkt. No. 540). Pursuant to Civil L.R. 79-5(d), Samsung moved to seal certain documents and information designated as "HIGHLY CONFIDENTIAL—ATTORNEYS EYES ONLY" by third-party Microsoft Corp. ("Microsoft").

Microsoft has filed the declaration required under Civil L.R. 79-5(d) and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that the documents listed below contain, discuss, or refer to information

1  that has been designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by
2  Microsoft.
3      Accordingly, for good cause shown, the Court ORDERS that the following documents
4  shall be filed under seal:

5  • Exhibit 20 to the Declaration of Amar L. Thakur In Support of Samsung's Motion For
6    Leave to Amend Its Invalidity Contentions ("Thalur Declaration"); and

7  • Exhibit 22 to the Thakur Declaration.

10  **IT IS SO ORDERED.**

12  DATED:   June _____, 2013

_____
Hon. Paul S. Grewal
United States Magistrate Judge

02198.5198

-2-    Case No. 12-cv-0630-LHK (PSG)
**[PROPOSED ORDER] GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**