1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
14 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS CO.,
16 LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18                     UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
|---|---|
21 | Plaintiff, | **DECLARATION OF AMAR THAKUR IN SUPPORT OF SAMSUNG'S PARTIAL OPPOSITION TO APPLE INC.'S MOTION FOR LEAVE TO AMEND ITS DISCLOSURE OF ASSERTED CLAIMS & INFRINGEMENT CONTENTIONS** |
22 | vs. | |
23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
26 | Defendants. | |

27
28

## DECLARATION OF AMAR THAKUR

I, Amar Thakur, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as **Exhibit 1** are true and correct excerpts from the November 6, 2012, hearing before Judge Grewal in this case.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the "Explore Galaxy S 4 Smartphone, Features & Accessories" webpage from the Samsung.com website, available at http://www.samsung.com/us/guide-to-galaxy-smart-devices/galaxy-s-4-smartphone.html.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an October 2012 email exchange between Joshua Furman, counsel for Apple, and Shahin Rezvani, counsel for Samsung.

5. Attached hereto as **Exhibit 4** are true and correct excerpts from the April 24, 2013, hearing before Judge Koh in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 4, 2013, at Los Angeles, California.

By  */s/ Amar Thakur*

Amar Thakur

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Amar Thakur.

                                                                           */s/ Victoria F. Maroulis*

                                                                           Victoria F. Maroulis