# EXHIBIT 1

```
1                          UNITED STATES DISTRICT COURT
2                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
                              SAN JOSE DIVISION
3

4        APPLE, INC.,

5                 PLAINTIFF,              CASE NO.
                                          CV-12-0630-LHK-PSG
6           VS.
                                          SAN JOSE, CALIFORNIA
7        SAMSUNG ELECTRONICS COMPANY
         LIMITED, ET AL.,                 NOVEMBER 6, 2012
8
                  DEFENDANTS.
9

10

                              TRANSCRIPT OF PROCEEDINGS
11                    BEFORE THE HONORABLE PAUL S. GREWAL
                    UNITED STATES DISTRICT MAGISTRATE JUDGE
12

13                        A-P-P-E-A-R-A-N-C-E-S

14

         FOR THE PLAINTIFF:    GIBSON, DUNN & CRUTCHER
15                             BY:   JASON C. LO
                               333 SOUTH GRAND AVENUE
16                             LOS ANGELES, CALIFORNIA 90071

17                             WILMER, CUTLER, PICKERING, HALE & DORR
                               BY:  MARK D. SELWYN
18                             950 PAGE MILL ROAD
                               PALO ALTO, CALIFORNIA 94304
19
         FOR THE DEFENDANTS:   QUINN, EMANUEL, URQUHART & SULLIVAN
20                             BY:   VICTORIA F. MAROULIS
                                     TODD M. BRIGGS
21                             555 TWIN DOLPHIN DRIVE, SUITE 560
                               REDWOOD SHORES, CALIFORNIA 94065
22

23       OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, CRR
                                     CERTIFICATE NUMBER 8074
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
         TRANSCRIPT PRODUCED WITH COMPUTER.
```

|  |  |  |
|---|---|---|
|  | 1 | SAN JOSE, CALIFORNIA                    NOVEMBER 6, 2012. |
|  | 2 | P R O C E E D I N G S |
| 12:14PM | 3 | (COURT CONVENED.) |
| 12:14PM | 4 | THE CLERK:  YES, YOUR HONOR.  APPLE VERSUS SAMSUNG, |
| 12:14PM | 5 | CV-12-0630. |
| 12:14PM | 6 | MATTER ON FOR DEFENDANT'S MOTION FOR LEAVE TO SUPPLEMENT |
| 12:14PM | 7 | ITS INFRINGEMENT CONTENTIONS AND PLAINTIFF'S MOTION FOR LEAVE |
| 12:14PM | 8 | TO AMEND ITS DISCLOSURE OF ASSERTED CLAIMS. |
| 12:14PM | 9 | MS. MAROULIS:  GOOD MORNING, YOUR HONOR.  VICTORIA |
| 12:14PM | 10 | MAROULIS FROM QUINN EMANUEL AND WITH ME MY PARTNER, TODD |
| 12:14PM | 11 | BRIGGS, COUNSEL FOR SAMSUNG. |
| 12:14PM | 12 | THE COURT:  GOOD AFTERNOON.  I SHOULD SAY WELCOME |
| 12:14PM | 13 | BACK. |
| 12:14PM | 14 | MR. LO:  GOOD MORNING, YOUR HONOR.  JASON LO FROM |
| 12:14PM | 15 | GIBSON, DUNN & CRUTCHER ON BEHALF OF APPLE. |
| 12:14PM | 16 | MR. SELWYN:  AND GOOD AFTERNOON, YOUR HONOR.  MARK |
| 12:14PM | 17 | SELWYN FROM WILMER HALE ON BEHALF OF APPLE. |
| 12:14PM | 18 | THE COURT:  AFTERNOON.  WELCOME BACK I SHOULD SAY AS |
| 12:14PM | 19 | WELL.  I HAVE BOTH MOTIONS BEFORE ME, AND I WANTED TO START |
| 12:14PM | 20 | WITH SAMSUNG'S MOTION TO ADD THE IPHONE 5. |
| 12:14PM | 21 | AND I'M EAGER TO HEAR FROM YOU, MS. MAROULIS, OR ANY OF |
| 12:14PM | 22 | YOUR COLLEAGUES.  I'LL PUT OUT THE INITIAL QUESTION, THOUGH. |
| 12:15PM | 23 | IS EVERYBODY BASICALLY IN AGREEMENT THAT THE IPHONE 5 SHOULD BE |
| 12:15PM | 24 | IN SUBJECT TO A HORSE TRADE OR A REVOLUTION OF APPLE'S |
| 12:15PM | 25 | AMENDMENTS? |

12:15PM 1      MS. MAROULIS:  YOUR HONOR, IT'S OUR UNDERSTANDING

12:15PM 2   THAT OUR MOTION IS UNOPPOSED.  APPLE IS SAYING THAT THEIR

12:15PM 3   MOTION IS COMPARABLE, BUT THAT'S A SEPARATE SOLUTION.

12:15PM 4      AND SIMILARLY WE DO NOT OPPOSE THEIR DESIRE TO BRING IN

12:15PM 5   THE NEW PHONE.

12:15PM 6      THE COURT:  WE'LL GET TO THAT IN A MOMENT.  IN THAT

12:15PM 7   SENSE MAYBE, MS. MAROULIS, I OUGHT TO HEAR FROM APPLE FIRST AND

12:15PM 8   GIVE YOU A CHANCE TO RESPOND.

12:15PM 9      MS. MAROULIS:  THAT'S FINE, YOUR HONOR.

12:15PM 10      THE COURT:  MAKE SURE WE'RE ALL ON THE SAME PAGE.

12:15PM 11      MR. SELWYN:  YOUR HONOR, IT'S A LITTLE BIT MORE

12:15PM 12   NUANCED THAN THAT.

12:15PM 13      THE COURT:  I SUSPECTED YOU THOUGHT SO, MR. SELWYN,

12:15PM 14   SO WHY DON'T YOU TELL ME.

12:15PM 15      MR. SELWYN:  APPLE BELIEVES THAT BOTH PARTIES ARE

12:15PM 16   SEEKING THE SAME RELIEF ON ESSENTIALLY THE SAME BASIS, AND,

12:15PM 17   THEREFORE, IN OUR RESPONSE WHAT WE SAID IS THAT WE DON'T OPPOSE

12:15PM 18   THE MOTION TO AMEND PROVIDED THAT BOTH SIDES ARE GIVEN LEAVE TO

12:15PM 19   AMEND UNDER THE CIRCUMSTANCE.

12:15PM 20      IT SEEMS TO US IF THE SAME STANDARD IS APPLIED TO BOTH

12:16PM 21   PARTIES, THE RESULT SHOULD BE THE SAME.  SO BOTH MOTIONS SHOULD

12:16PM 22   BE GRANTED OR BOTH MOTIONS SHOULD BE DENIED IF THE SAME

12:16PM 23   STANDARD IS APPLIED.

12:16PM 24      THE COURT:  WELL, THEN PERHAPS I WAS WRONG TO START

12:16PM 25   WITH THE IPHONE 5 AND MAYBE WE OUGHT TO START WITH APPLE'S

| | | |
|---|---|---|
| 12:16PM | 1 | MOTION. |
| 12:16PM | 2 | LET ME BEGIN WITH -- WITH SOME HELP, I HAVE LUMPED THESE |
| 12:16PM | 3 | REQUESTS OF PRODUCTS AT ISSUE INTO THREE BASIC CATEGORIES. |
| 12:16PM | 4 | IT SEEMS THAT THE FIRST ISSUE CONCERNS NEW SAMSUNG |
| 12:16PM | 5 | PRODUCTS. |
| 12:16PM | 6 | AND AS I UNDERSTOOD BOTH OF THE PAPERS, AND WHAT |
| 12:16PM | 7 | MS. MAROULIS JUST SAID, SAMSUNG DOES NOT OPPOSE YOUR REQUEST TO |
| 12:16PM | 8 | ADD THE GALAXY NOTE 10.1 TO THE S III3. |
| 12:16PM | 9 | IS THAT YOUR UNDERSTANDING AS WELL. |
| 12:16PM | 10 | MR. SELWYN:  THAT'S MY UNDERSTANDING, AND WITH THE |
| 12:16PM | 11 | COURT'S PERMISSION, I'LL ALLOW MR. LO TO ADDRESS IT. |
| 12:16PM | 12 | THE COURT:  OH, I'M SORRY.  MR. LO, GO AHEAD. |
| 12:16PM | 13 | MR. LO:  GOOD MORNING, YOUR HONOR. |
| 12:16PM | 14 | THE COURT:  GOOD MORNING. |
| 12:16PM | 15 | MR. LO:  YOUR HONOR'S STATEMENT WAS BASICALLY |
| 12:16PM | 16 | CORRECT.  AS I UNDERSTAND IT, SAMSUNG DOES NOT OPPOSE THE |
| 12:17PM | 17 | ADDITION OF THE NOTE 10.1. |
| 12:17PM | 18 | AND YOUR HONOR POSED THE QUESTION OF THE GALAXY S3.  THAT |
| 12:17PM | 19 | ONE WAS ACTUALLY NOT AN AMENDMENT.  THE ONLY CHANGE WE MADE TO |
| 12:17PM | 20 | THAT WAS PRIOR TO SERVICE OF THE INITIAL INFRINGEMENT |
| 12:17PM | 21 | CONTENTIONS, THE S3 WAS AVAILABLE ONLY IN THE UNITED KINGDOM |
| 12:17PM | 22 | AND SO THERE WAS REFERENCES TO URL'S AND TO PICTURES TO THE |
| 12:17PM | 23 | UNITED KINGDOM VERSION AND THEN WHEN IT BECAME AVAILABLE IN THE |
| 12:17PM | 24 | UNITED STATES, WE SIMPLY SWAPPED OUT THE REFERENCES. |
| 12:17PM | 25 | THE COURT:  SO JUST I'M CLEAR, THOUGH, WHEN YOU SAY |

| | | |
|---|---|---|
| 12:17PM | 1 | "SWAPPED OUT," ARE YOU LOOKING TO KEEP THE UK VERSION IN THIS |
| 12:17PM | 2 | CASE OR IS EVERYBODY IN AGREEMENT THAT WHAT WE'RE TALKING ABOUT |
| 12:17PM | 3 | HERE IS THE U.S. VERSION RELEASED IN JUNE? |
| 12:17PM | 4 | MR. LO:  THE U.S. VERSION THAT WAS RELEASED, YES. |
| 12:17PM | 5 | THE COURT:  SO IT WAS ORIGINALLY DISCLOSED, YOU WERE |
| 12:17PM | 6 | USING VISUALS OF THE UK PHONE EVEN THOUGH YOU WERE ACTUALLY |
| 12:17PM | 7 | ACCUSING THE U.S.? |
| 12:17PM | 8 | MR. LO:  YOU'RE CORRECT, YOUR HONOR. |
| 12:17PM | 9 | THE COURT:  IN ANY EVENT, IT APPEARS THAT THERE'S NO |
| 12:17PM | 10 | DISAGREEMENT FROM SAMSUNG ON THAT, ALTHOUGH MS. MAROULIS OR HER |
| 12:17PM | 11 | COLLEAGUE WILL CORRECT ME IF I'M WRONG. |
| 12:17PM | 12 | SO LET'S TURN TO THE SO-CALLED "JELLY BEAN" PHONES. |
| 12:18PM | 13 | MR. LO:  YES. |
| 12:18PM | 14 | THE COURT:  AND I WAS A BIT CONFUSED AS TO WHETHER |
| 12:18PM | 15 | OR NOT, AND PERHAPS SAMSUNG WAS AS WELL, APPLE IS LOOKING TO |
| 12:18PM | 16 | ADD OR ACCUSE EVERY PHONE THAT USES THE JELLY BEAN OPERATING |
| 12:18PM | 17 | SYSTEM THAT SAMSUNG USES OR JUST THE NEXUS, FOR EXAMPLE. |
| 12:18PM | 18 | MR. LO:  APPLE IS SEEKING TO ADD AT THIS POINT ONLY |
| 12:18PM | 19 | THE PHONES THAT ALREADY HAVE THE JELLY BEAN AVAILABLE TO IT AND |
| 12:18PM | 20 | THAT'S SIMPLY ONE PHONE AND THAT'S THE GALAXY NEXUS AND THERE |
| 12:18PM | 21 | ARE DIFFERENT VARIANTS OF THAT SAME PHONE FOR DIFFERENT |
| 12:18PM | 22 | CARRIERS. |
| 12:18PM | 23 | BUT, FOR EXAMPLE, THERE HAVE BEEN ANNOUNCEMENTS THAT JELLY |
| 12:18PM | 24 | BEAN MAY BE RELEASED FOR THE GALAXY -- FOR THE SAMSUNG S3, AND |
| 12:18PM | 25 | THAT'S NOT BEEN RELEASED YET, AND WE DO NOT CONTEND THAT THAT |

| | | |
|---|---|---|
| 12:18PM | 1 | COMES AUTOMATICALLY AS PART OF THIS MOTION AND THAT'S NOT A |
| 12:18PM | 2 | REQUEST WE ARE SEEKING, AND, IN FACT, BARRING FURTHER GUIDANCE |
| 12:18PM | 3 | FROM THIS COURT, OUR VIEW WOULD BE NOW THAT THE CLAIM |
| 12:18PM | 4 | CONSTRUCTION IS UNDERWAY, WE DON'T THINK IT WOULD BE |
| 12:18PM | 5 | APPROPRIATE TO CONTINUE TO ADD ADDITIONAL PRODUCTS AS WELL. |
| 12:18PM | 6 | THE COURT:  JUST SO I'M CLEAR, MR. LO, IF YOU GOT, |
| 12:18PM | 7 | ON THIS POINT ANYWAY, EVERYTHING THAT YOU WANTED FROM ME TODAY, |
| 12:18PM | 8 | THE GALAXY NEXUS PHONE WOULD BE IN, BUT THERE WOULD BE NO OTHER |
| 12:19PM | 9 | PHONES ADDED AS A RESULT OF MY ORDER THAT CONTAIN THE JELLY |
| 12:19PM | 10 | BEAN OPERATING SYSTEM FOR THE SIMPLE FACT THAT THERE ARE NO |
| 12:19PM | 11 | OTHER SAMSUNG PHONES IN THE U.S. USING THAT? |
| 12:19PM | 12 | MR. LO:  THAT WOULD BE CORRECT, YES. |
| 12:19PM | 13 | THE COURT:  SO AS TO THE NEXT CATEGORY OF |
| 12:19PM | 14 | AMENDMENTS, AS I UNDERSTAND IT, WOULD BE THE PROPOSED |
| 12:19PM | 15 | AMENDMENTS WHERE YOU'RE LOOKING TO ADD LANGUAGE AND EXEMPLARY |
| 12:19PM | 16 | LANGUAGE AND I DON'T UNDERSTAND SAMSUNG TO BE OPPOSING THOSE |
| 12:19PM | 17 | AMENDMENTS BASED ON THEIR PAPERS ANYWAY. |
| 12:19PM | 18 | SO UNLESS SAMSUNG TELLS ME DIFFERENTLY, I THINK WE CAN |
| 12:19PM | 19 | MOVE ON.  AND I'LL GIVE YOU A CHANCE TO RESPOND IF THEY TELL ME |
| 12:19PM | 20 | DIFFERENTLY. |
| 12:19PM | 21 | MR. LO:  THANK YOU, YOUR HONOR. |
| 12:19PM | 22 | THE COURT:  THE THIRD CATEGORY CONCERNS WHAT I THINK |
| 12:19PM | 23 | APPLE SAID WAS MISTAKENLY OMITTED CHARTS AND CLAIMS AND SO |
| 12:19PM | 24 | FORTH AND HERE, AGAIN, THERE ARE CERTAIN CLAIMS AND CHARTS |
| 12:19PM | 25 | WHICH I DO NOT UNDERSTAND TO BE OPPOSED BY SAMSUNG, AND I'LL |

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15                     _____

16                     IRENE RODRIGUEZ, CSR, CRR
                       CERTIFICATE NUMBER 8076
17

18
                       DATED:  NOVEMBER 6, 2012
19

20

21

22

23

24

25