# EXHIBIT 2

NEWS    ABOUT SAMSUNG

LOGIN | HELP WITH MY ORDER | CART (0)

SHOP PRODUCTS    GET SUPPORT    BUSINESS SOLUTIONS

Search

Home > Guide to the Galaxy

Guide to the Galaxy

Tweet   Like 1.1k   1.4k

Smartphones | Tablets | Cameras

# Brilliant. Inside and Out.

Smarter ways to connect, create and share make the sleek and stylish line of Galaxy Smartphones the leader in next-generation mobile devices.

Galaxy S III    Galaxy S 4    Galaxy Note II

## It Takes a Lot of Things to be The Next Big Thing

Available colors: **Black Mist**

Available At

# Product Details

EXPLORE PRODUCT DETAILS

### Shoot Like a Pro

Capture moments with the 13MP autofocus camera. Take simultaneous front and back photos with Dual Camera, edit them right on your phone with Eraser Shot and relive the memories in brilliant clarity with Story Album.

See 11 Camera Tips for Your Galaxy S 4





### Touch Free

Experience a whole new way to interact with your smartphone. Wave your hand at the screen to accept calls with Air Gesture, read content by tilting your head or phone with Smart Scroll and preview content by barely touching the screen with Air View.

### Group Play

It's easy to connect, work or play with the Galaxy S 4. With Group Play, you can connect up to 8 phones wirelessly to play games and share your favorite tunes, photos, and documents - no Wi-Fi necessary.





## Hardware Excellence

View all your content on a stunning 5-inch Full HD Super AMOLED™ display that's powered by a robust 1.9GHz quad-core processor - all in a light 0.29LB smartphone.







### Tips & Tricks: Galaxy S 4

Learn the basics of your Galaxy S 4 with these useful tips.

GET STARTED

### Galaxy S 4 Simulator

Discover the fine details of the Galaxy S 4 in this simulated tour.

TAKE A TOUR

### Experience WatchOn

The best place to discover and watch TV shows and movies.

LEARN MORE

## Featured Accessories

VIEW ALL ACCESSORIES







### S-View Flip Cover

This convenient case allows view-through access to alerts, status and vital information in stylish flip cover form. Available in white and black.

GET IT NOW

### Smart Dock

Convert your Galaxy® smartphone into a mini desktop computer with this work center hub.

GET IT NOW

### Battery Charging System

Always keep a fully charged spare battery handy to replace a low battery and extend your day.

GET IT NOW

Upgrading is easy. Get a quote, purchase a device and you're set.
**Get Started**

### Owners Hub

Enjoy exclusive access to great apps, videos, tips and more.
**Get Support**





Features and specs may vary by device and carrier. Screen images simulated. Appearance of device may vary. "4G" used in conjunction with a Samsung product refers to it operating with the identified carrier's applicable 4G network. Samsung, Galaxy S, Galaxy Note, Exynos, Samsung Link, S Pen and HD Super AMOLED are trademarks of Samsung Electronics Co., Ltd. Android is a trademark of Google, Inc. Company names, product names and marks mentioned herein are the property of their respective owners and may be trademarks or registered trademarks. Streaming Tab to TVs is available for digital TVs with purchase of AllShare Cast Wireless Hub. The above content is provided for information purposes only. All information included herein is subject to change without notice.

SAFE Disclaimer of Warranties
To the full extent permitted by law, Samsung Electronics Co., Ltd.., Samsung Telecommunications America, LLC, and its affiliates (collectively referred to herein as "Samsung") expressly disclaims any and all warranties, express or implied, including without limitation warranties of merchantability and fitness for a particular purpose, with respect to information technology security protection and SAFE™ certified devices. In no event shall Samsung be liable for any direct, indirect, incidental, punitive, or consequential damages of any kind whatsoever with respect to information technology security protection and SAFE™ certified devices. Enterprise IT security protection will be effected by features or functionality associated with the E-Mail Platform, MDM and VPN solutions selected by customer. Choice of an e-mail, master data management, and virtual private network solution is at the sole discretion of the software provider, solution provider or user and any associated effect on information technology security protection is solely the responsibility of the software provider, solution provider or user.

| Who We Are | Shop | What We Make | | | | | How can we help you ? |
|---|---|---|---|---|---|---|---|
| About Samsung | Shopping Cart | **TV + Video** | **Mobile** | **Photo** | **Computing** | **Home Appliances** | Find product support |
| Careers | Order History | TVs | Cell Phones | Cameras | Laptops | | Register your product |
| Sustainability | Help with Your Order | Blu-ray & DVD Players | Tablets | Galaxy Camera | All-in-One PCs | Washers & Dryers | Product recycling |
| News | Order Tracking | Home Theater Systems | Cell Phone Accessories | Camcorders | Tablet PCs | Refrigerators | Get downloads |
| Investor Relations | | | | SD Cards | Chromebook | Microwaves | Owner benefits |
| | | | Laptops | | Monitors | Dishwashers | Articles |
| | | | Chromebook | | Printers | Ranges | Shopping guides |

Case 5:12-cv-00630-LHK   Document 568-3   Filed 06/04/13   Page 6 of 6

Media Players    Memory & Storage   Vacuums                                           Samsung Wireless Accessibility
Follow Us:                          LED Lighting                                      Contact us

Business    Apps    Privacy    Legal    Sitemap    RSS        USA / English      945k      Like   1m    Copyright © 1995-2013 SAMSUNG All rights reserved.
                                                                                                        Search