# EXHIBIT 3

| | |
|---|---|
| **From:** | Furman, Joshua [JFurman@gibsondunn.com] |
| **Sent:** | Wednesday, October 31, 2012 10:02 AM |
| **To:** | Shahin Rezvani |
| **Cc:** | Michael Fazio; *** Apple/Samsung |
| **Subject:** | RE: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.) - Source code inspection |

Shahin,

Thank you.  Mr. Sowayan and I will be inspecting the source code on November 6th and 7th.  Mr. Sowayan may also inspect the code on the 8th.

Regards,
Josh

Joshua R. Furman

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193 Tel +1 212.351.2461 * Fax +1 212.351.5261
JFurman@gibsondunn.com * www.gibsondunn.com

-----Original Message-----
From: Shahin Rezvani [mailto:shahinrezvani@quinnemanuel.com]
Sent: Friday, October 26, 2012 12:52 PM
To: Furman, Joshua
Cc: Michael Fazio; *** Apple/Samsung
Subject: RE: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.) - Source code inspection

Josh:

The source code will be available for inspection on November 6 and 7 in San Jose, with Cygwin and Notepad++ installed as well.

Please confirm that Mr. Sowayan and you still plan on attending.

Regards,
Shahin

-----Original Message-----
From: Furman, Joshua [mailto:JFurman@gibsondunn.com]
Sent: Monday, October 22, 2012 3:18 PM
To: Shahin Rezvani
Cc: Michael Fazio; *** Apple/Samsung
Subject: Re: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.) - Source code inspection

Shahin,

Thank you for getting back to me.  We would like to have the entire Cygwin package installed rather than the "GnuWin32 diff" that you mentioned, since there are tools in Cygwin in addition to the diff program that are useful for our review.  Addtionally, rather than dealing with the hastle of a license and disk for Visual Slick Edit,  please install Notepad++ on the source code computers, which is freely downloadable from http://notepad-plus-plus.org<http://notepad-plus-plus.org/>

Please confirm that we can inspect the code on November 6 and 7.

Regards,
Josh


Joshua R. Furman

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193 Tel +1 212.351.2461 * Fax +1 212.351.5261
JFurman@gibsondunn.com<mailto:JFurman@gibsondunn.com> *
www.gibsondunn.com<http://www.gibsondunn.com/>

From: Shahin Rezvani <shahinrezvani@quinnemanuel.com<mailto:shahinrezvani@quinnemanuel.com>>
Date: Friday, October 19, 2012 8:48 PM
To: Joshua Furman <jfurman@gibsondunn.com<mailto:jfurman@gibsondunn.com>>
Cc: Michael Fazio <michaelfazio@quinnemanuel.com<mailto:michaelfazio@quinnemanuel.com>>
Subject: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.) - Source code inspection

Josh:

I am working with Mike Fazio and overseeing Samsung's source code inspection.  I look forward to working with you as well.  Source code responsive to Apple's requests for production and the publicly-available versions of the Android source code corresponding to the versions of Android that Samsung is producing will be made available at Samsung's offices in San Jose at 95 West Plumeria Drive (zip code 95134).

As you might know, pursuant to stipulation and order (D.I. 0084), the parties are currently proceeding under the January 30, 2012 Protective Order in the '1846 matter (D.I. 687). Accordingly, please provide us a CD or DVD containing Visual Slick Edit, as required by Paragraph 11(c) of the Protective Order, and we will make sure that it is loaded on the computer.  You can send the CD or DVD to my attention.  Also, in lieu of Cygwin, please confirm that Apple is agreeable to use GnuWin32 diff, which is also a command-prompt-based diff program.

Once we receive the CD or DVD containing Visual Slick Edit, we can arrange dates for the inspection, such dates being no fewer than 14 days after our receipt of the disc (also per Paragraph 11(c) of the Protective Order).

Thank you for your courtesies in this regard,

Shahin
_____
This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
_____