[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Counterclaim-Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Counterclaim-Defendant. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE A JOINT STATUS REPORT REGARDING THE PARTIES' ABILITY TO STIPULATE TO REPRESENTATIVE PRODUCTS** |

1  WHEREAS, on April 24, 2013, the Court issued a Case Management Order in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 471);

WHEREAS, the Court ordered that "[b]y May 29, 2013, the parties shall file a joint status report regarding the parties' ability to stipulate to representative products. The Court strongly encourages the parties to reach a stipulation on this issue;"

WHEREAS, on May 28, 2013, the Court granted the parties' stipulation extending time to file a joint status report to June 5, 2013;

WHEREAS, the parties are continuing to confer in response to the Court's Order;

WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any other deadline presently on calendar in this matter; and

WHEREAS, counsel for both parties agreed to extend the deadline for the parties to submit their status report regarding the parties' ability to stipulate to representative products to June 7, 2013.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the deadline for the parties' joint status report regarding the parties' ability to stipulate to representative products shall be extended to June 7, 2013.

Dated: June 5, 2013

| By: /s/ H. Mark Lyon | By: /s/ Victoria Maroulis |
|---|---|
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

## ATTESTATION OF E-FILED SIGNATURES

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Extension of Time to File A Joint Status Report Regarding The Parties' Ability To Stipulate To Representative Products. In compliance with General Order 45.X.B, I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: June 5, 2013                                       /s/ __H. Mark Lyon_____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: June 5, 2013                                       /s/ __H. Mark Lyon_____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 5:12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE A JOINT STATUS REPORT REGARDING THE PARTIES' ABILITY TO STIPULATE TO REPRESENTATIVE PRODUCTS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **CASE NO. 5:12-CV-00630-LHK** |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

1  WHEREAS, on April 24, 2013, the Court issued a Case Management Order in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 471);

WHEREAS, the Court ordered that "[b]y May 29, 2013, the parties shall file a joint status report regarding the parties' ability to stipulate to representative products. The Court strongly encourages the parties to reach a stipulation on this issue."

WHEREAS, on May 28, 2013, the Court granted the parties' stipulation extending time to file a joint status report to June 5, 2013;

WHEREAS, the parties are continuing to confer in response to the Court's Order;

WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any other deadline presently on calendar in this matter; and

WHEREAS, counsel for both parties agreed to extend the deadline for the parties to submit their status report regarding the parties' ability to stipulate to representative products to June 5, 2013.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the deadline for the parties' joint status report regarding the parties' ability to stipulate to representative products shall be extended to June 7, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The deadline for the parties' to file a Joint Status Report Regarding the Parties Ability to Stipulate to Representative Products, is hereby extended to June 5, 2013.

Dated: _____, 2013     By:_____
                                               HONORABLE LUCY H. KOH