# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Apple Inc.

                               Plaintiff(s),

          v.

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC

                             Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No:  12-cv-00630-LHK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Samuel Drezdzon , an active member in good standing of the bar of District of Columbia , hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Samsung Electronics Co., Ltd., et al. in the above-entitled action. My local co-counsel in this case is Victoria F. Maroulis , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1299 Pennsylvania Ave. NW, Suite 825 Washington, DC 20004 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, CA 94065 |
| MY TELEPHONE # OF RECORD: (202) 538-8000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (650) 801-5000 |
| MY EMAIL ADDRESS OF RECORD: samueldrezdzon@quinnemanuel.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: victoriamaroulis@quinnemanuel.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NC44353 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated:  June 5, 2013

                                        Samuel Drezdzon
                                          APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Samuel Drezdzon is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Christie S. Cameron Roeder, Clerk of the Supreme Court of North Carolina, do

hereby certify that on August 24, 2012,  license to practice as an Attorney and Counselor at

Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners

to

## SAMUEL MARK DREZDZON

according to the certified list of licentiates reported by the Secretary of said Board and filed

in my office as required by statute.

    To the date of this certificate, no order revoking said license has been filed with this

Court and no order suspending same is in effect.

    WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in

Raleigh, this March 5, 2013.

*Christie S Cameron Roeder*

Christie S. Cameron Roeder
Clerk of the Supreme Court
of the State of North Carolina