QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2   Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3   America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal
4   the following documents:

5      1. Samsung's Supplemental Brief in Support of Samsung's Motion for Leave to
6         Amend and Supplement Its Infringement Contentions ("Supplemental Brief");
7      2. The Declaration of Todd Briggs in Support of Samsung's Motion for Leave to
8         Amend and Supplement Its Infringement Contentions ("Briggs Declaration"); and
9      3. Exhibits 1-4 to the Briggs Declaration.

10   Samsung has established good cause to permit filing these documents under seal through
11  the Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents
12  Under Seal ("Trac Decl."), filed herewith.  In short, the above documents discuss and refer to
13  documents and things that Apple has designated as "HIGHLY CONFIDENTIAL - ATTORNEYS'
14  EYES ONLY" under the Agreed Upon Protective Order Regarding Disclosure and Use of
15  Discovery Materials.  Samsung accordingly files these documents under seal, and expects that
16  Apple will comply with L.R. 79-5(d) by filing an appropriate declaration with the Court within
17  seven days for those portions and documents that reference Apple-designated information.
18  Samsung's entire filing will be lodged with the Court for *in camera* review and served on all
19  parties.

20  DATED: June 6, 2013          QUINN EMANUEL URQUHART &
21                                         SULLIVAN, LLP
22
23                               By */s/ Victoria Maroulis*
24                                 Victoria F. Maroulis
                               Attorneys for Defendants
25                                 SAMSUNG ELECTRONICS CO., LTD.,
                               SAMSUNG ELECTRONICS AMERICA, INC.,
26                                 and SAMSUNG TELECOMMUNICATIONS
27                                 AMERICA, LLC
28