QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF BILL TRAC  IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51981/5354702.1

TRAC DECL. ISO MOTION TO FILE DOCUMENTS UNDER SEAL

I, Bill Trac, declare:

1. I am a member of the State Bar of California and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Exhibits 1-4 to the Declaration of Todd Briggs in Support of Samsung's Supplemental Brief to Its Motion for Leave to Amend and Supplement Its Infringement Contentions ("Briggs Declaration") contain information that has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by Apple under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials ("Protective Order"). In addition, portions of the Briggs Declaration contains discussions regarding these documents. Pursuant to L.R. 79-5 and General Order No. 62, a copy Exhibits 1-4 and of the unredacted version of the Briggs Declaration has been lodged with the Court for in camera review and served on all parties.

3. Portions of the Supplemental Brief in Support of Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions ("Supplemental Brief") discuss and refer to non-public documents and information contained in the aforementioned exhibits. Pursuant to L.R. 79-5 and General Order No. 62, a copy of the unredacted version of Samsung's Reply Brief has been lodged with the Court for in camera review and served on all parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 6, 2013 at Redwood Shores, California.

*/s/ Bill Trac*
Bill Trac

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Bill Trac.

                                                  */s/ Victoria F. Maroulis*

                                                  Victoria F. Maroulis