# EXHIBIT 1

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 12-CV-00630-LHK (PSG) <br><br> **SUPPLEMENTAL BRIEF IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS** <br><br> Date:    June 11, 2013 <br> Time:    10:00 a.m. <br> Place:    Courtroom 5, 4th Floor <br> Judge:    Hon. Paul S. Grewal <br><br> **[PROPOSED REDACTED VERSION]** |

In its opening and reply briefs, Samsung established that it has good cause to amend its infringement contentions to include allegations of willful infringement of the '757 patent by Apple. Opening Br. at 6-7; Reply Br. at 4-5. On May 30, nine days *after* Samsung filed its reply brief, Apple produced over 3000 pages of responsive documents that are highly relevant to Samsung's motion.

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
██████████████████████████████ All of these documents were responsive to document requests Samsung served in July 2012.[1] For ten months, Apple withheld documents clearly responsive to these requests and did not inform Samsung of their existence.

Given the extreme delay by Apple in producing these documents, Samsung has good cause to amend its infringement contentions to accuse Apple of willfully infringing the '757 patent. Patent L.R. 3-6(c) (good cause for amending infringement contentions includes "(c) Recent discovery of nonpublic information . . .").

---

[1] On July 30, 2012, Samsung served requests for production seeking, for example, "All communications with or related to ReQuest, Inc.," "All documents relating to any communications relating to third parties relating to the Samsung patents," and "All opinions of counsel relating to any of the Samsung patents." Opening Br. at Ex. 5.

-1-
SUPPLEMENTAL BRIEF IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS

1  DATED: June 6, 2013               QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
2

3

4                                    By */s/ Victoria Maroulis*
                                        Victoria F. Maroulis
5                                       Attorney for SAMSUNG ELECTRONICS CO.,
                                        LTD., SAMSUNG ELECTRONICS AMERICA,
6                                       INC., and SAMSUNG
                                        TELECOMMUNICATIONS AMERICA, LLC
7