QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>            vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS**<br><br>Date:      June 11, 2013<br>Time:     10:00 a.m.<br>Place:    Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

1    Pursuant to Civil Local Rules 7-3(d) and 7-11, Samsung respectfully requests leave to file

2  a supplemental brief in support of Samsung's Motion to Amend and Supplement Its Infringement

3  Contentions.   Samsung's proposed supplemental brief is attached hereto as Exhibit 1.   Samsung

4  has good cause for its supplemental filing because Apple produced documents on May 30 that are

5  highly relevant to its willful infringement of the '757 patent, a topic at issue in Samsung's

6  amended contentions.   Apple produced these documents after Samsung filed its reply brief, and

7  therefore these documents could not have been included in Samsung's moving or reply papers.

8  Samsung diligently reviewed these recently produced documents and informed Apple of its

9  intention to file supplemental briefing on June 4.   Apple indicated it would oppose Samsung's

10  proposed filing the following day.

11    Because Samsung could not have included these newly produced documents in its opening

12  or reply papers, and because these documents are highly relevant to Samsung's motion to amend

13  its infringement contentions to accuse Apple of willfully infringing the '757 patent, Samsung's

14  Motion for Leave to File a Supplemental Brief should be granted.

15

16  DATED: June 6, 2013                    QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
17

18

19                                        By  */s/ Victoria Maroulis*
                                          _____
20                                          Victoria F. Maroulis
                                          Attorney for SAMSUNG ELECTRONICS CO.,
21                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                          INC., and SAMSUNG
22                                          TELECOMMUNICATIONS AMERICA, LLC

23

24

25

26

27

28

MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF SAMSUNG'S MOTION FOR
LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS