1 | QUINN EMANUEL URQUHART &
SULLIVAN, LLP
2 | Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
3 | Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
4 | 50 California Street, 22nd Floor
San Francisco, California 94111
5 | Telephone: (415) 875-6600
Facsimile: (415) 875-6700
6 |
Kevin P.B. Johnson (Bar No. 177129)
7 | kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
8 | victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
9 | Redwood Shores, California 94065
Telephone: (650) 801-5000
10 | Facsimile: (650) 801-5100

11 | William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
12 | Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
13 | 865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
14 | Telephone: (213) 443-3000
Facsimile: (213) 443-3100

15 |
Attorneys for SAMSUNG ELECTRONICS CO.,
16 | LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
17 | TELECOMMUNICATIONS AMERICA, LLC

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20 | APPLE INC., a California corporation,

21 | Plaintiff,

22 | vs.

23 | SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
24 | ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
25 | TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

26 |
Defendants.

27 |

28 |

CASE NO. 12-CV-00630-LHK (PSG)

**SUPPLEMENTAL DECLARATION OF
TODD BRIGGS IN SUPPORT OF
SAMSUNG'S SUPPLEMENTAL BRIEF
TO ITS MOTION FOR LEAVE TO
AMEND AND SUPPLEMENT ITS
INFRINGEMENT CONTENTIONS**

**[PROPOSED REDACTED VERSION]**

02198.51981/5351961.1

Case No. 12-CV-00630-LHK (PSG)

SUPP. BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S SUPPLEMENTAL BRIEF TO ITS MOTION
FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS

## DECLARATION OF TODD BRIGGS

I, Todd Briggs, declare as follows:

1.      I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of an email, beginning with bates number APL630DEF-WH-A0000025327.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ beginning with bates number APL630DEF-WH-A0000024404.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ beginning with bates number APL630DEF-WH-A0000024926.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ beginning with bates number APL630DEF-WH-A0000024954.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 6, 2013, at Redwood Shores, California.

By  */s/ Todd Briggs*

Todd Briggs

SUPP. BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S SUPPLEMENTAL BRIEF TO ITS MOTION
FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS

1

**ATTESTATION**

2      I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

3  foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic

4  filing of this document has been obtained from Todd Briggs.

5

6                                                  */s/ Victoria F. Maroulis*

7                                                  Victoria F. Maroulis

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPP. BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S SUPPLEMENTAL BRIEF TO ITS MOTION
FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS