1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2   Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3   Administrative Motion to File Documents Under Seal.
4   Apple, Intel, and Alcatel-Lucent have each filed the declarations required under Civil L.R.
5   79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing
6   under seal. The declarations establish that Exhibits 1-4 to the Briggs Declaration in Support of
7   Samsung's Supplemental Brief for Its Motion for Leave to Amend and Supplement Its
8   Infringement Contentions ("Briggs Declaration") contain Apple's non-public, confidential
9   information.  In addition, portions of Samsung's Supplemental Brief in Support of Samsung's
10  Motion for Leave to Amend and Supplement Its Infringement Contentions ("Supplemental Brief")
11  and portions of the Briggs Declaration discuss and refer to these confidential documents.
12  Accordingly, for good cause shown, the Court HEREBY ORDERS that Exhibits 1-4 to the
13  Briggs Declaration and portions of the Briggs Declaration and the Supplemental Brief may be
14  filed under seal.

16  DATED:

The Honorable Paul S. Grewal
United States Magistrate Judge