1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18
                    UNITED STATES DISTRICT COURT
19
            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California St., 22nd Floor, San Francisco, California.

On June 6, 2013, I served true and correct copies of the documents described as

1. The Declaration of Todd Briggs in Support of Samsung's Supplemental Brief to Its Motion for Leave to Amend and Supplement Its Infringement Contentions, and Exhibits 1-4 thereto; and

2. Samsung's Reply in Support of Motion for Leave to Amend and Supplement Its Infringement Contentions

by emailing the aforementioned document to the mailings lists of the parties in this action as follows:

**Counsel for Apple, Inc.**

| Gibson, Dunn & Crutcher LLP | Wilmer Cutler Pickering Hale and Dorr LLP |
|---|---|
| Apple/Samsung@gibsondunn.com | WHAppleSamsungNDCalIIService@wilmerhale.com |

Executed on June 6, 2013 at San Francisco, California.

       /s/ Alex Baxter
Alex Baxter

1 **ATTESTATION**

2   I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the
3 foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic
4 filing of this document has been obtained from Alex Baxter.

5

6                                                                  */s/ Victoria F. Maroulis*
7                                                                     Victoria F. Maroulis

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28