JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630 (LHK)<br><br>**DECLARATION OF BJ WATROUS**<br><br>**FILED UNDER SEAL**<br><br>*HIGHLY CONFIDENTIAL, ATTORNEYS' EYE ONLY*<br><br>Date: July 11, 2013<br>Time: 1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

DECLARATION OF BJ WATROUS
Case No. 12-cv-00630 (LHK)

*HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY*

I, BJ Watrous, hereby declare as follows:

1. I am currently employed by Apple as Vice President and Chief Intellectual Property Counsel of Apple Inc. I have been employed by Apple continuously since June 2011.

2. I have responsibility for Apple's intellectual property strategy worldwide, including with respect to the development and management of Apple's portfolio of patents and other intellectual property, Apple's patent licensing program—including both in- and out-licensing, and the settlement of patent-related litigation.

3. Since joining Apple, I have been directly involved in Apple's license negotiations with Samsung. I have met with Ken Korea and his colleagues at Samsung on several occasions, ██████████████████████████████████████████████████████████████████

4. I have reviewed Mr. Korea's Declaration submitted in support of Samsung's Motion To Amend The Case Management Order And For Leave To Amend Its Answer To Apple's Counterclaims In Reply ("Motion").

5. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

6. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

DECLARATION OF BJ WATROUS
Case No. 12-cv-00630 (LHK)

1

*HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY*

7. Apple remains a willing licensee of FRAND encumbered patents—including Samsung's █████

8. █████

DECLARATION OF BJ WATROUS
Case No. 12-cv-00630 (LHK)

2

1  █████████████████████████████████████████████████████████
2  █████████████████████████████████████████████████████████
3  █████████████████████████████████████████████████████████
4  ████████████████████████ *Microsoft Corp. v. Motorola, Inc.* decision, in which the court applied this framework to conclude that the FRAND rates for Motorola's portfolios of video compression and Wi-Fi patents were 0.555 cents/unit, and 3.471 cents/unit, respectively. (*Microsoft Corp. v. Motorola, Inc.*, Case No. C10-1823, 2013 U.S. Dist. LEXIS 60233 (D. Wash. Apr. 25, 2013.))

10. █████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in California on June 5th, 2013.

By: _____

BJ Watrous

---

3

DECLARATION OF BJ WATROUS
Case No. 12-cv-00630 (LHK)