JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") hereby moves to seal the following document:

1. Apple's Opposition to Samsung's Motion for Leave to File Supplemental Briefing.

The above document discusses or refers to information from documents that Samsung and Peter Cholnoky have designated as Highly Confidential – Attorney's Eyes Only under the protective order. Apple accordingly files this document under seal, and expects that Samsung or Peter Cholnoky will comply with L.R. 79-5(d) by filing an appropriate declaration with the Court within seven days for those portions and documents that reference designated information

Apple's filing, including the complete and unredacted version of the foregoing document, will be lodged with the Court for *in camera* review and served on Samsung. Further, in accordance with this Court's Civil Standing Order Regarding Motions to File Under Seal, the proposed public redacted version of the document listed above will be publicly e-filed as an attachment to this motion.

| | |
|---|---|
| Dated: June 7, 2013 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | /s/ Mark D. Selwyn |
| | Mark D. Selwyn (SBN 244180) |
| | (mark.selwyn@wilmerhale.com) |
| | 950 Page Mill Road |
| | Palo Alto, CA  94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6100 |
| | |
| | *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on June 7, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                        /s/ Mark D. Selwyn
                                        Mark D. Selwyn