JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | Case No. 12-cv-00630 (LHK)<br><br>**APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING**<br><br><br>**PUBLIC REDACTED VERSION** |

Samsung's motion for leave to file supplemental briefing should be denied for two reasons.

***First***, Samsung's motion centers around the premise that Apple improperly withheld the '757 opinion of counsel and related documents produced on May 30, 2013. But Apple did not improperly withhold anything. Rather, having elected to rely on an opinion of counsel for the '757 patent, Apple acted in full compliance with its discovery obligations by ***timely*** producing all these privileged opinion-related documents within the time frame required by Patent Local Rule 3-7. *See* Pat. L.R. 3-7 (requiring a party relying upon advice of counsel as a patent-related defense to produce the written advice and related documents for which privilege has been waived "***not later than 50 days*** after service by the Court of its Claim Construction Ruling") (emphasis added). Intent on trying to cast Apple as having improperly withheld these documents, Samsung inexplicably fails even to mention Patent Local Rule 3-7 in its motion.[1]

***Second***, nothing in Apple's recent opinion of counsel-based production changes the fact that ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. Selwyn Decl. ISO Opp. to Mot. to Amend Ex. 1 (7/26/2011 ReQuest-Samsung email discussing ▬▬▬▬▬▬▬▬); *id.* Ex. 2 (ReQuest-Samsung due diligence materials discussing ▬▬▬▬▬▬▬▬). ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬, Samsung cannot rely on documents that Apple produced many months later in an attempt to excuse its failure to allege at the outset the willfulness contentions it now seeks to include in its Patent Local Rule 3-1(h) disclosures.

---

[1] Samsung also fails to mention that, throughout this litigation, it has withheld ReQuest-Samsung communications about the '757 patent acquisition on improper privilege grounds. On May 10, 2013, Samsung finally produced hundreds of pages of ReQuest-Samsung communications, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. Selwyn Decl. ISO Opp. to Supp. Brief., Ex. 1 (Jun. 4, 2013 Ltr. from Silhasek to Fazio re Samsung's withholding of ReQuest-Samsung communications). Samsung only today confirmed that it is willing to produce other ReQuest-Samsung communications that it has been improperly withholding on grounds of privilege.

OPPOSITION TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING
1                                                      Case No. 12-cv-00630 (LHK)

ActiveUS 111115482v.1

1    For these reasons, Apple respectfully requests that the Court deny Samsung's motion for
2    leave to file a supplemental brief.

5    Dated:  June 7, 2013                                             /s/ Mark D. Selwyn
                                                                            Mark D. Selwyn

ActiveUS 111115482v.1

Case 5:12-cv-00630-LHK   Document 582-1   Filed 06/07/13   Page 4 of 4

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on June 7, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                           /s/ Mark D. Selwyn
                                           Mark D. Selwyn

ActiveUS 111115482v.1