# Exhibit D
# Public Redacted Version

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   JOSH A. KREVITT (CA SBN 208552)
    jkrevitt@gibsondunn.com
2   H. MARK LYON (CA SBN 162061)
    mlyon@gibsondunn.com
3   GIBSON, DUNN & CRUTCHER LLP
    1881 Page Mill Road
4   Palo Alto, California  94304-1211
    Telephone:  (650) 849-5300
5   Facsimile:  (650) 849-5333

6   MICHAEL A. JACOBS (CA SBN 111664)
    mjacobs@mofo.com
7   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
8   MORRISON & FOERSTER LLP
    425 Market Street
9   San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
10  Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

11

12

13          **UNITED STATES DISTRICT COURT**
14          **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN JOSE DIVISION**
15

16  APPLE INC., a California corporation,          Civil Action No. 12-CV-00630-LHK

17              Plaintiff,                          **APPLE INC.'S SECOND**
                                                    **SUPPLEMENTAL OBJECTIONS AND**
18          vs.                                     **RESPONSES TO SAMSUNG'S FOURTH**
                                                    **SET OF INTERROGATORIES (NOS. 28,**
19  SAMSUNG ELECTRONICS CO., LTD., a               **29, 30, 32, 33, 34, 35, 36, 37)**
    Korean business entity; SAMSUNG
20  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG                       **HIGHLY CONFIDENTIAL –**
21  TELECOMMUNICATIONS AMERICA,                     **ATTORNEYS' EYES ONLY**
    LLC, a Delaware limited liability company,
22

23              Defendants.

24

25

26

27

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S
SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S
<u>FOURTH SET OF INTERROGATORIES (NOS. 28, 29, 30, 32, 33, 34, 35, 36, 37)</u>**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33, Apple Inc. ("Apple") hereby supplements its objections and responses to the Fourth Set of Interrogatories to Apple Inc. (Nos. 28, 29, 30, 32, 33, 34, 35, 36, and 37) served by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC (collectively, "Samsung") on January 11, 2013.  These supplemental responses are based on information reasonably available to Apple at the present time.  Apple reserves the right to continue discovery and investigation into this matter and reserves the right to amend and supplement these responses when and if additional information becomes available.  Apple's objections as set forth herein are made without prejudice to Apple's right to assert any additional or supplemental objections pursuant to Rule 26(e).

**GENERAL OBJECTIONS**

The General Objections set forth in Apple's Objections and Reponses to Samsung's Fourth Set of Interrogatories, served on February 14, 2013, are incorporated herein by reference.

**OBJECTIONS AND RESPONSES TO INTERROGATORIES**

Subject to the foregoing qualifications and General Objections and the specific objections made below, Apple objects and responds to Samsung's Fourth Set of Interrogatories as follows:

**<u>INTERROGATORY NO. 28</u>**

Separately for each APPLE ACCUSED PRODUCT, IDENTIFY:  (1) the Baseband Processor used (listed by name, model number, serial number, part number, and internal code name); (2) the Executable Software incorporated or installed in the Baseband Processor (listed by file name, Build ID, and Software release version); (3) the 3GPP Release(s) supported (including which versions and subversions of the 3GPP specification are supported

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   within each Release); (4) the version(s) of HSUPA supported; (5) the version(s) of HSDPA

2   supported, and (6) the version(s) of HSPA+ supported, and IDENTIFY any documents which

3   reflect these categories of documents.

4   **RESPONSE TO INTERROGATORY NO. 28**

5   **[RESPONSE DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS'**

6   **EYES ONLY]**

7   Apple objects to this Interrogatory on the grounds that it is overbroad, unduly

8   burdensome, and not reasonably calculated to lead to the discovery of admissible evidence,

9   especially to the extent it seeks information about the accused Apple products beyond the

10   components, functionalities, or technologies of those products that may be relevant to

11   Samsung's patents-in-suit, and/or that Samsung has placed at issue in this case in its Patent

12   Rule 3-1 Disclosures. Accordingly, in responding to this interrogatory, Apple is only

13   providing information for those Apple products that Samsung has accused of infringing

14   the '087 and '596 patents, and only for the versions of those products that are compatible

15   with the 3GPP UMTS standard, as all other Apple products are outside the scope of

16   Samsung's infringement contentions for those patents. Apple objects that the phrase

17   "Executable Software incorporated or installed" is vague, overbroad, and not reasonably

18   calculated to lead to the discovery of admissible evidence. Apple objects to this

19   Interrogatory as it contains subparts, each of which should count as a separate Interrogatory.

20   Apple objects to the phrases "supported" and "which reflect these categories" as vague and

21   ambiguous.  Apple also objects to this Interrogatory to the extent it seeks information that is

22   subject to a confidentiality or non-disclosure agreement or governed by a protective order

23   preventing its production, or otherwise seeks confidential, proprietary, or trade secret

24   information of third parties. Apple further objects to this Interrogatory to the extent it

25   requires information outside Apple's possession, custody, and control, including, for

26   example, information concerning components that Apple has purchased from third parties.

27

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Subject to and without waiving the foregoing General and Specific Objections, Apple responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced and/or will produce documents responsive to this Interrogatory, and that the burden of ascertaining the answer to this Interrogatory from the produced business records is substantially the same for Apple as for Samsung. Apple further designates, at this time, the following documents from which information responsive to this Interrogatory may be ascertained:

Apple iPhone related documents: APL7940001420530 - APL7940001420761, APL7940001420762 - APL794000142941, APL7940011143026 - APL7940011143139, APL7940011143160 - APL7940011143179, APL7940011143201 - APL7940011143361, and APL7940011143362 - APL7940011143627.

Apple iPad related documents: APL7940001421024 - APL7940001421103, APL7940001421104 - APL7940001421202, and APL7940011143180 - APL7940011143200.

Apple further responds that at least the following baseband chips are included in the Accused Products in the United States:

| Product | Baseband Chip |
|---|---|
| iPhone 4 (AT&T) | PMB 9801 |
| iPhone 4S (AT&T) | MDM6610 |
| iPhone 5 (AT&T) | MDM9615 |
| iPad 2  (Wi-Fi + 3G) (AT&T) | PMB 9801 |
| new iPad (Wi-Fi + 3G) (AT&T) | MDM9600 / 9610 |
| iPad 4th Gen. Wi-Fi + Cellular (AT&T) | MDM9615 |
| iPad Mini Wi-Fi + Cellular (AT&T) | MDM9615 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Discovery is still in its early stages and Apple is continuing to investigate.  Apple reserves the right to supplement and/or amend its response as appropriate.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 28**

In addition to the objections above, Apple further objects to this interrogatory to the extent it seeks information for Apple products other than those that Samsung has accused of infringing the '239, '087 and '596 patents, as all other Apple products are outside the scope of Samsung's infringement contentions for those patents.  Accordingly, in responding to this interrogatory, Apple is only providing information for those Apple products that Samsung has accused of infringing the '239, '087 and '596 patents.

Subject to and without waiving the foregoing General and Specific Objections, Apple supplements its Response to Interrogatory No. 28 as follows:

The following baseband chips are included in the Accused Products in the United States:

| Product | Baseband Chip | Code Names |
|---|---|---|
| iPhone  (GSM) | PMB8876 | |
| iPhone 3G (GSM) | PMB8878 | |
| iPhone 3GS (GSM) | PMB8878 | |
| iPhone 4 (CDMA) | MDM6600 | |
| iPhone 4 (GSM) | PMB 9801 | |
| iPhone 4S  (GSM/CDMA) | MDM6610 | ■ |
| iPhone 5  (GSM/CDMA) | MDM9615 | ■ |
| iPad Wi-Fi + 3G (GSM) | PMB 8878 | |
| iPad 2  (Wi-Fi + 3G) (CDMA) | MDM6600 | |
| iPad 2  (Wi-Fi + 3G) (GSM) | PMB 9801 | |
| new iPad (Wi-Fi + 3G)  (GSM/CDMA) | MDM9600 / 9610 | ■ |

APPLE'S SECOND SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| iPad 4th Gen. Wi-Fi + Cellular (GSM/CDMA) | MDM9615 | ■ |
| iPad Mini Wi-Fi + Cellular (GSM/CDMA) | MDM9615 | ■ |

Apple further responds that the Accused Products support at least the following standards:

| Product | Standards |
|---|---|
| iPhone (GSM) | GSM/EDGE (850, 900, 1800, 1900 MHz) |
| iPhone 3G (GSM) | GSM/EDGE (850, 900, 1800, 1900 MHz) <br><br> UMTS/HSDPA (850, 1900, 2100 MHz) |
| iPhone 3GS (GSM) | GSM/EDGE (850, 900, 1800, 1900 MHz) <br><br> UMTS/HSDPA (850, 1900, 2100 MHz) |
| iPhone 4 (CDMA) | CDMA EV-DO Rev. A (800, 1900 MHz) |
| iPhone 4 (GSM) | GSM/EDGE (850, 900, 1800, 1900 MHz); <br><br> UMTS/HSPA+/DC-HSDPA (850, 900, <br><br> 1900, 2100 MHz) |
| iPhone 4S (GSM/CDMA) | CDMA EV-DO Rev. A (800, 1900 MHz); <br><br> GSM/EDGE (850, 900, 1800, 1900 MHz); <br><br> UMTS/HSPA+/DC-HSDPA (850, 900, |
| iPhone 5 (GSM/CDMA) | CDMA EV-DO Rev. A and Rev. B (800, <br><br> 1900, 2100 MHz); UMTS/HSPA+/DC- <br><br> HSDPA (850, 900, 1900, 2100 MHz); <br><br> GSM/EDGE (850, 900, 1800, 1900 MHz) |

APPLE'S SECOND SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| iPad Wi-Fi + 3G (GSM) | UMTS/HSDPA (850, 1900, 2100 MHz) GSM/EDGE (850, 900, 1800, 1900 MHz) |
|---|---|
| iPad 2  (Wi-Fi + 3G) (CDMA) | CDMA EV-DO Rev. A (800, 1900 MHz) |
| iPad 2  (Wi-Fi + 3G) (GSM) | GSM/EDGE (850, 900, 1800, 1900 MHz); UMTS/HSPA+/DC-HSDPA (850, 900, 1900, 2100 MHz) |
| new iPad (Wi-Fi + 3G) (GSM/CDMA) | CDMA EV-DO Rev. A (800, 1900 MHz); UMTS/HSPA/HSPA+/DC-HSDPA (850, 900, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz) |
| iPad 4th Gen. Wi-Fi + Cellular (GSM/CDMA) | CDMA EV-DO Rev. A and Rev. B (800, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz); UMTS/HSPA+/DC-HSDPA (850, 900, 1900, 2100 MHz) |
| iPad Mini Wi-Fi + Cellular (GSM/CDMA) | CDMA EV-DO Rev. A and Rev. B (800, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz); UMTS/HSPA+/DC-HSDPA (850, 900, 1900, 2100 MHz) |

The Qualcomm software ████████████████████

████████████████████

The Qualcomm software ████████████████████

████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

2 right to supplement and/or amend its response as appropriate.

3 **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 28**

4    Subject to and without waiving the foregoing General and Specific Objections, Apple

5 supplements its Response to Interrogatory No. 28 as follows:

6    The most recent Baseband / Baseband Build IDs / iOS versions for the Accused

7 Products are as follows:

8

| Products | Chipsets | iOS | Baseband | Baseband Build ID |
|---|---|---|---|---|
| iPhone 3G (GSM) | PMB8878 | ██████ | | |
| iPhone 3GS (GSM) | PMB8878 | ██████ | | |
| iPad (GSM) | PMB8878 | ██████ | | |
| iPhone 4 (GSM); iPad 2 (GSM) | PMB9801 | ██████ | | |
| iPhone 4S (GSM/CDMA) | MDM6610 | █████ | | ███████ |
| iPad 3rd. Gen. (GSM/CDMA) | MDM9600/9610 | █████ | | ████████ |
| iPhone 5 (GSM/CDMA); iPad 4th Gen. (GSM/CDMA); iPad mini (GSM/CDMA) | MDM9615 | █████ | | ████████ |

██████████████████████████████████████

████████████████████████████████████████

████████████████████████████

APPLE'S SECOND SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1 ███████████████████████████████████

2 ██████████████

3 ████████████████████████████████████

4 █████████████████████████████████████████

5 █████████████████████████████████████

6 ████████████████████████████████

7     Discovery is still ongoing and Apple is continuing to investigate. Apple reserves the

8 right to supplement and/or amend its response as appropriate.

9

10 **INTERROGATORY NO. 29**

11     Separately for each APPLE ACCUSED PRODUCT and each Baseband Processor,

12 IDENTIFY the Software or portions of Software, including corresponding Software Build

13 IDs, Software release versions, file name, and line numbers, for (1) performing non-

14 scheduled transmissions, and (2) forming and transmitting control information for an uplink

15 packet data service, including forming and transmitting a MAC-e PDU, or state which of

16 these functions are not performed by the APPLE ACCUSED PRODUCT or Baseband

17 Processor.

18 **RESPONSE TO INTERROGATORY NO. 29**

19     Apple objects to this Interrogatory on the grounds that it is overbroad, unduly

20 burdensome, and not reasonably calculated to lead to the discovery of admissible evidence,

21 especially to the extent it seeks information about the accused Apple products beyond the

22 components, functionalities, or technologies of those products that may be relevant to

23 Samsung's patents-in-suit, and/or that Samsung has placed at issue in this case in its Patent

24 Rule 3-1 Disclosures. Accordingly, in responding to this interrogatory, Apple is only

25 providing information for those Apple products that Samsung has accused of infringing

26 the '087 and '596 patents, and only for the versions of those products that are compatible

27 with the 3GPP UMTS standard, as all other Apple products are outside the scope of

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  Samsung's infringement contentions for those patents.  Apple also objects to this

2  Interrogatory as it contains subparts, each of which should count as a separate Interrogatory.

3  Apple objects to the terms "forming" and "transmitting" as vague and ambiguous.

4       Apple also objects to this Interrogatory to the extent it seeks information that is

5  subject to a confidentiality or non-disclosure agreement or governed by a protective order

6  preventing its production, or otherwise seeks confidential, proprietary, or trade secret

7  information of third parties. Apple further objects to this Interrogatory to the extent it

8  requires information outside Apple's possession, custody, and control, including, for

9  example, information concerning components that Apple has purchased from third parties.

10      Subject to and without waiving the foregoing General and Specific Objections, Apple

11  responds as follows: to the best of Apple's understanding, all of the functions identified by

12  this interrogatory are practiced by the baseband processor included in the Apple products that

13  Samsung has accused of infringing the '087 and '596 patents.  The software for these

14  baseband processors is third party software. The information currently available to Apple is

15  insufficient to permit Apple to identify the software or portions of software that perform the

16  identified functions.

17      Discovery is still in its early stages and Apple is continuing to investigate.  Apple

18  reserves the right to supplement and/or amend its response as appropriate.

19  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 29**

20      Subject to and without waiving the foregoing General and Specific Objections, Apple

21  supplements its Response to Interrogatory No. 29 as follows:

22      The Qualcomm software ███████████████████████████████████

23  █████████████████████████████

24      The Qualcomm software █████████████████████████████████████

25  ███████████████████████████████████

26      Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

27  right to supplement and/or amend its response as appropriate.

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 29**

Subject to and without waiving the foregoing General and Specific Objections, Apple supplements its Response to Interrogatory No. 29 as follows:

The most recent Baseband / Baseband Build IDs / iOS versions for the Accused Products are as follows:

| Products | Chipsets | iOS | Baseband | Baseband Build ID |
|----------|----------|-----|----------|-------------------|
| iPhone 3G (GSM) | PMB8878 | ███████████ | | |
| iPhone 3GS (GSM) | PMB8878 | ███████████ | | |
| iPad (GSM) | PMB8878 | ███████████ | | |
| iPhone 4 (GSM); iPad 2 (GSM) | PMB9801 | ███████████ | | |
| iPhone 4S (GSM/CDMA) | MDM6610 | █████████ | | ██████████████ |
| iPad 3rd. Gen. (GSM/CDMA) | MDM9600/9610 | █████████ | | ██████████████ |
| iPhone 5 (GSM/CDMA); iPad 4th Gen. (GSM/CDMA); iPad mini (GSM/CDMA) | MDM9615 | █████████ | | ██████████████ |

APPLE'S SECOND SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1 ████████████████████████████████████████████

2 █████████████████████████████████████████████

3 ████████████████████████████████████████

4 ████████████████████████████████████

5       Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

6 right to supplement and/or amend its response as appropriate.

7

8 **INTERROGATORY NO. 30**

9       For each APPLE ACCUSED PRODUCT, IDENTIFY whether APPLE contends that

10 product complies with the 3GPP Standard, including compliance with 3GPP Technical

11 Specification 25.331 v.6.0.0 or later, 25.321 v.6.0.0 or later, and 25.309 v.6.0.0 or later. If

12 APPLE contends that an APPLE ACCUSED PRODUCT does not comply with the 3GPP

13 Standard or Technical Specification, APPLE should so state.

14 **RESPONSE TO INTERROGATORY NO. 30**

15       Apple objects to this Interrogatory on the grounds that it is overly broad, unduly

16 burdensome, and not reasonably calculated to lead to the discovery of admissible evidence to

17 the extent that it is not limited in time. Apple also objects to this Interrogatory to the extent it

18 seeks information that is subject to a confidentiality or non-disclosure agreement or governed

19 by a protective order preventing its production, or otherwise seeks confidential, proprietary

20 or trade secret information of third parties. Apple further objects to this Interrogatory to the

21 extent it requires information outside Apple's possession, custody and control, including, for

22 example, information concerning components that Apple has purchased from third parties.

23 Apple also objects to this Interrogatory as not relevant to the claims or defenses of the parties

24 nor reasonably calculated to lead to the discovery of admissible evidence to the extent it

25 seeks information about the accused Apple products beyond the components, functionalities,

26 or technologies of those products that may be relevant to Samsung's patents-in-suit, and/or

27 that Samsung has placed at issue in this case in its Patent Rule 3-1 Disclosures. Accordingly,

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  in responding to this interrogatory, Apple is only providing information for those Apple

2  products that Samsung has accused of infringing the '087 and '596 patents, and only for the

3  versions of those products that are compatible with the 3GPP UMTS standard, as all other

4  Apple products are outside the scope of Samsung's infringement contentions for those

5  patents.

6          Subject to and without waiving its objections, ███████████████████████

7  ████████████████████████████████████████████████████████████████████

8  ████████████████████████████████████████████████████████████████

9  ██████████████████████████████████████████████

10         Discovery is still in its early stages and Apple is continuing to investigate. Apple

11  reserves the right to supplement and/or amend its response as appropriate.

12  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 30**

13         Subject to and without waiving the foregoing General and Specific Objections, Apple

14  supplements its Response to Interrogatory No. 30 as follows:

15  ████████████████████████████████████████████████████

16  ████████████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████████████

18  ██████████████████████████████████████████████████

19         Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

20  right to supplement and/or amend its response as appropriate.

21

22  **INTERROGATORY NO. 32**

23         For each APPLE ACCUSED PRODUCT, IDENTIFY by Bates Number the final

24  submitted and completed version (completed by Apple and submitted to AT&T) of the

25  following documents:

26         (1) AT&T Device Requirements Document (AT&T Document # 13340);

27         (2) Handset Specification Compliance Spreadsheet (AT&T Document # 13289); and

28

APPLE'S SECOND SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1      (3) Lab and Field Test Requirements for Terminal Unit Acceptance (AT&T

2      Document #10776)

3  **RESPONSE TO INTERROGATORY NO. 32**

4          Apple objects to this Interrogatory on the grounds that it is overbroad, unduly

5  burdensome, and not reasonably calculated to lead to the discovery of admissible evidence,

6  especially to the extent it seeks information about the accused Apple products beyond the

7  components, functionalities, or technologies of those products that may be relevant to

8  Samsung's patents-in-suit, and/or that Samsung has placed at issue in this case in its Patent

9  Rule 3-1 Disclosures.

10         Apple also objects to this Interrogatory to the extent it seeks information that is

11 subject to a confidentiality or non-disclosure agreement or governed by a protective order

12 preventing its production, or otherwise seeks confidential, proprietary, or trade secret

13 information of third parties. Apple further objects to this Interrogatory to the extent it

14 requires information outside Apple's possession, custody, and control, including, for

15 example, information concerning components that Apple has purchased from third parties.

16         Subject to and without waiving the foregoing General and Specific Objections, Apple

17 responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple will produce

18 documents responsive to this Interrogatory to the extent they exist, and are located after a

19 reasonable search, and that the burden of ascertaining the answer to this Interrogatory from

20 the produced business records is substantially the same for Apple as for Samsung.

21 Discovery is still in its early stages and Apple is continuing to investigate. Apple reserves the

22 right to supplement and/or amend its response as appropriate.

23 **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 32**

24         In addition to the objections above, Apple further objects to Samsung's interrogatory

25 on the grounds that "final submitted and completed version" is vague and ambiguous.

26         Subject to and without waiving the foregoing General and Specific Objections, Apple

27 supplements its Response to Interrogatory No. 32 as follows:

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    Apple identifies the following responsive documents, although notes that these

2    documents are not necessarily final, submitted or completed versions: APL630DEF-

3    WH0003870431-APL630DEFWH0003871748; APL630DEF-WH0003871749-

4    APL630DEF-WH0003873058.

5    Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

6    right to supplement and/or amend its response as appropriate.

7    **INTERROGATORY NO. 33**

8    Separately for each APPLE ACCUSED PRODUCT, IDENTIFY:  (1) each and every

9    still and video camera used (listed by manufacturer, name, model number, serial number, part

10   number, and internal code name); (2) each and every camera module and/or camera

11   processor used (listed by manufacturer, name, model number, serial number, part number,

12   and internal code name); (3) each and every image and/or image signal processor used (listed

13   by manufacturer, name, model number, serial number, part number, and internal code name);

14   (4) each and every RF communication module used (identified by manufacturer, name,

15   model number, serial number, part number, and internal code name); (5) each and every

16   applications processor used (identified by manufacturer, name, model number, serial number,

17   part number, and internal code name; (6) each and every physical or electrical connection

18   between each of these components, each other, and each baseband processor; (7) the

19   Executable Software incorporated or installed in each of these components (listed by file

20   name, Build ID, and Software release version); (8) to the extent any of the software complies

21   with any camera or image related standard, IDENTIFY the standards and portions of the

22   standards the software complies with, and IDENTIFY any documents which reflect these

23   categories of documents.

24   **RESPONSE TO INTERROGATORY NO. 33**

25   Apple objects to this Interrogatory on the grounds that it is overbroad, unduly

26   burdensome, and not reasonably calculated to lead to the discovery of admissible evidence,

27   especially to the extent it seeks information about the accused Apple products beyond the

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   components, functionalities, or technologies of those products that may be relevant to

2   Samsung's patents-in-suit, and/or that Samsung has placed at issue in this case in its Patent

3   Rule 3-1 Disclosures.  Accordingly, in responding to this interrogatory, Apple is only

4   providing information for those Apple products that Samsung has accused of infringing

5   the '449 and '239 patents.  Apple further objects to this Interrogatory as it contains subparts,

6   each of which should count as a separate Interrogatory.

7        Apple also objects to this Interrogatory to the extent it seeks information that is

8   subject to a confidentiality or non-disclosure agreement or governed by a protective order

9   preventing its production, or otherwise seeks confidential, proprietary, or trade secret

10  information of third parties. Apple further objects to this Interrogatory to the extent it

11  requires information outside Apple's possession, custody, and control, including, for

12  example, information concerning components that Apple has purchased from third parties.

13       Subject to and without waiving the foregoing General and Specific Objections, Apple

14  responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced

15  and/or will produce documents responsive to this Interrogatory, and that the burden of

16  ascertaining the answer to this Interrogatory from the produced business records is

17  substantially the same for Apple as for Samsung.  Apple designates, at this time, the

18  following documents from which information responsive to this Interrogatory may be

19  ascertained:

20  Apple iPad related documents: APL630DEF-WH0000026153 - APL630DEF-

21  WH0000026480, APL630DEF-WH0000027897 - APL630DEF-WH0000027904,

22  APL630DEF-WH0000027915 - APL630DEF-WH0000027926, APL630DEF-

23  WH0000027932 - APL630DEF-WH0000028141, APL630DEF-WH0000029888 -

24  APL630DEF-WH0000030564, APL630DEF-WH0000030744 - APL630DEF-

25  WH0000031234, APL630DEF-WH0000037645 - APL630DEF-WH0000038047,

26  APL630DEF-WH0000039112 - APL630DEF-WH0000039313, APL630DEF-

27  WH0000039348 - APL630DEF-WH0000039899, APL630DEF-WH0000039902 -

28

APPLE'S SECOND SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL630DEF-WH0000086511, APL630DEF-WH0000088266 - APL630DEF-WH0000090345,  APL630DEF-WH0000094540 - APL630DEF-WH0000095739, APLNDC-WH0000021212, APLNDC-WH0000021290 - APLNDC-WH0000021306.

Apple iPhone related documents: APL630DEF-WH0000026481 - APL630DEF-WH0000027150, APL630DEF-WH0000027889,  APL630DEF-WH0000027896, APL630DEF-WH0000027905 - APL630DEF-WH0000027906, APL630DEF-WH0000027911 - APL630DEF-WH0000027914, APL630DEF-WH0000027927 - APL630DEF-WH0000027931, APL630DEF-WH0000028479 - APL630DEF-WH0000028573, APL630DEF-WH0000030565 - APL630DEF-WH0000030743, APL630DEF-WH0000038048 - APL630DEF-WH0000038759, APL630DEF-WH0000038830 - APL630DEF-WH0000039111, APL630DEF-WH0000039314 - APL630DEF-WH0000039347, APL630DEF-WH0000090406 - APL630DEF-WH0000094539, APL630DEF-WH0000095740 - APL630DEF-WH0000097088, APLNDC-WH0000021243.

Apple iPod touch related documents: APL630DEF-WH0000027890 - APL630DEF-WH0000027895, APL630DEF-WH0000027907 - APL630DEF-WH0000027910, APL630DEF-WH0000028273 - APL630DEF-WH0000028391.

Apple iMac related documents: APL630DEF-WH0000018006 - APL630DEF-WH0000018976, APL630DEF-WH0000028598 - APL630DEF-WH0000029887.

Apple MacBook Pro related documents: APL630DEF-WH0000021022 - APL630DEF-WH0000025379, APL630DEF-WH0000035506 - APL630DEF-WH0000037615.

Apple MacBook Air related documents: APL630DEF-WH0000020068 - APL630DEF-WH0000021021, APL630DEF-WH0000034008 - APL630DEF-WH0000034539.

Discovery is still in its early stages and Apple is continuing to investigate.  Apple reserves the right to supplement and/or amend its response as appropriate.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 33**

2       In addition to the objections above, Apple further objects to Samsung's interrogatory

3   to the extent that it seeks information about software outside Apple's custody or control.

4   Apple will only provide information regarding and produce source code identified in

5   Samsung's infringement contentions and that is in its possession, and only to the extent such

6   source code is relevant under the Court's claim construction order.

7       Subject to and without waiving the foregoing General and Specific Objections, Apple

8   supplements its Response to Interrogatory No. 33 as follows:

9       Documents produced by Apple are sufficient to allow Samsung to identify each

10  component of each accused Apple product, and the physical or electrical connection between

11  each of these components.  This information is available in the Bill of Materials, SOC

12  manual, Schematics, and Image Sensor Datasheets (identified below by Bates number in

13  accordance with Rule 33(d)).  Each Bill of Materials identifies the commercial name of the

14  accused Apple product on the first page and lists each component in the accused Apple

15  product.  Each Bill of Materials also identifies Apple's internal name for the accused Apple

16  product in the section "Product Line(s)."  The Schematics identify the Apple internal name

17  for the accused Apple product.  Both the Bill of Materials and Schematics identify the

18  camera(s) used by that product, and the Schematics or SOC manuals illustrate the

19  connections to the camera(s).  Each Bill of Materials and Schematic identifies the SOC in

20  each accused product, and the Schematics or SOC manual illustrates the connections to the

21  SOC.  The Bill of Materials, SOC manual, and Schematics illustrate the camera module

22  and/or camera processor used, and the Schematic or SOC manual illustrates the connections

23  to those components.  The Bill of Materials or Schematics illustrate the RF communications

24  module used by that product, and the Schematics illustrate the connections to that the RF

25  communications module.  The SOC User's Manuals (also identified by Bates number below)

26  provide information regarding components for performing image and video

27

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  compression/decompression, memory, display, graphics processing units, and numerous

2  other components.

3      Apple identifies the following additional responsive documents:

4      BOMs: APL630DEF-WH0000037645-37663, APL630DEF-WH0000038048-38099,

5  APL630DEF-WH0000039946-86511, APL630DEF-WH0000088266- 90345, APL630DEF-

6  WH0000090406-94539, APL630DEF-WH0000094540-95739, APL630DEF-

7  WH0000095740-97088, APL630DEF-WH0001591991-1593139, APL630DEF-

8  WH0001593140-1593263, APL630DEF-WH0001593264-1593406, APL630DEF-

9  WH0001593407-1593547, APL630DEF-WH0001593548-1593803, APL630DEF-

10  WH0001593804-1593934, APL630DEF-WH0001593935-1594059, APL630DEF-

11  WH0001594060-1595082, APL630DEF-WH0001595083-1595222, APL630DEF-

12  WH0001595223-1595351, APL630DEF-WH0001603948-1604052, APL630DEF-

13  WH0001614717-1614925, APL630DEF-WH0001624645-1624852, APL-ITC796-

14  0000400747-401444, APL-ITC796-0000401445-402456, APL-ITC796-0000402846-

15  402962, APL-ITC796-0000402963-403080, APL-ITC796-0000403081-403266, APL-

16  ITC796-0000408790-408862, APL-ITC796-0000408863-409106, APL-ITC796-

17  0000409107-409262, APL-ITC796-0000409263-409698, APL-ITC796-0000409699-

18  432546, APL-ITC796-0000432547-432821, APL-ITC796-0000432822-433992, APL-

19  ITC796-0000433993-435337, APL-ITC796-0000435338-435455, APL-ITC796-

20  0000437557-437660, APL-ITC796-0000437661-437702, APL-ITC796-0000545949-

21  545968, APL-ITC796-0000545969-545997, APL-ITC796-0000545998-547077.

22      Schematics: APL630DEF-WH0000027997, APL630DEF-WH0001558252,

23  APL630DEF-WH0001557419, APL630DEF-WH0000026153, APL630DEF-

24  WH0000028100, APL630DEF-WH0000028050, APL630DEF-WH0001558132,

25  APL630DEF-WH0000028541, APL630DEF-WH0000028508, APL630DEF-

26  WH0000028479, APL630DEF-WH0000028273, APL630DEF-WH0000028363,

27  APL630DEF-WH0000028172, APL630DEF-WH0001558196, APL630DEF-

28

APPLE'S SECOND SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WH0001558193, APL630DEF-WH0001558192, APL630DEF-WH0001558183,

APL630DEF-WH0001558187, APL630DEF-WH0000027901, APL630DEF-

WH0000027903, APL630DEF-WH0000027921, APL630DEF-WH0000027924,

APL630DEF-WH0000027899, APL630DEF-WH0000027897, APL630DEF-

WH0000027919, APL630DEF-WH0000027915, APL630DEF-WH0000027906,

APL630DEF-WH0000027905, APL630DEF-WH0000027927, APL630DEF-

WH0000027930, APL630DEF-WH0000027896, APL630DEF-WH0000027889,

APL630DEF-WH0000027913, APL630DEF-WH0000027911, APL630DEF-

WH0000027890, APL630DEF-WH0000027893, APL630DEF-WH0000027907,

APL630DEF-WH0000027909

Image Sensor Datasheets: APL630DEF-WH0000097306-97400, APL630DEF-

WH0000097401-97727, APL630DEF-WH0000097728-97941, APL630DEF-

WH0000097942-98045, APL630DEF-WH0000098046-98143, APL630DEF-

WH0000098144-98243, APL630DEF-WH0001708357-1708434, APL630DEF-

WH0001712049-1712162, APL630DEF-WH0001712166-1712279, APL630DEF-

WH0001712281-1712348, APL630DEF-WH0001712349-1712426, APL630DEF-

WH0001712430-1712507, APL630DEF-WH0001712508-1712583, APL630DEF-

WH00017261801726248, APL630DEF-WH0001726252-1726351, APL630DEF-

WH0001726353-1726452, APL630DEF-WH0001726464-1726601.

Apple SOC Manuals: APL630DEF-WH0001708435-1708676, APL630DEF-

WH0001708681-1712045, APL630DEF-WH0001712585-1717115, APL630DEF-

WH0001717117-1721647, APL630DEF-WH0001721649-1726179, APL630DEF-

WH0001726602-1732790, APL630DEF-WH0001732791-1738775, APL630DEF-

WH0001738776-1744368, APL630DEF-WH0001744369-1749888, APL630DEF-

WH0001749889-1757765.

Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

right to supplement and/or amend its response as appropriate.

APPLE'S SECOND SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 33**

2       Subject to and without waiving the foregoing General and Specific Objections, Apple

3   supplements its Response to Interrogatory No. 33 as follows:

4       Apple identifies the following additional responsive documents:

5       BOMs:  APL630DEF-WH0004031426-4031563, APL630DEF-WH0004031564-

6   4031633, APL630DEF-WH0004031634-4032171.

7       Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

8   right to supplement and/or amend its response as appropriate.

9   **INTERROGATORY NO. 34**

10      Separately for each APPLE ACCUSED PRODUCT and each component identified in

11  Interrogatory No. 28, IDENTIFY (1) the Software or portions of Software, including

12  corresponding Software Build IDs, Software release versions, file name, module names, and

13  line numbers, (2) the location of that software (e.g., the applications processor), and (3) the

14  author and/or authors of that software, for:  capturing image signals and/or data; digitizing

15  image signals and/or data; compressing image signals and/or data; storing image signals

16  and/or data; transmitting image signals and/or data; receiving image signals and/or data;

17  exchanging signals and/or data with another device; storing image signals and/or data

18  received from another device; decompressing image signals and/or data; splitting image data

19  and/or signals; organizing image data and/or signals; or state which of these functions are not

20  performed by any component in an APPLE ACCUSED PRODUCT.

21  **RESPONSE TO INTERROGATORY NO. 34**

22      Apple objects to this Interrogatory on the grounds that it is overbroad, unduly

23  burdensome, and not reasonably calculated to lead to the discovery of admissible evidence,

24  especially to the extent it seeks information about the accused Apple products beyond the

25  components, functionalities, or technologies of those products that may be relevant to

26  Samsung's patents-in-suit, and/or that Samsung has placed at issue in this case in its Patent

27  Rule 3-1 Disclosures.  Accordingly, in responding to this interrogatory, Apple is only

28

APPLE'S SECOND SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   providing information for those Apple products that Samsung has accused of infringing

2   the '449 and '239 patents.  Apple also objects to this Interrogatory as vague, overbroad and

3   not relevant to the claims and defenses of the parties to the extent it seeks information about

4   "each component identified in Interrogatory No. 28."  Apple further objects to this

5   Interrogatory as it contains subparts, each of which should count as a separate Interrogatory.

6          Apple also objects to this Interrogatory to the extent it seeks information that is

7   subject to a confidentiality or non-disclosure agreement or governed by a protective order

8   preventing its production, or otherwise seeks confidential, proprietary, or trade secret

9   information of third parties. Apple further objects to this Interrogatory to the extent it

10  requires information outside Apple's possession, custody, and control, including, for

11  example, information concerning components that Apple has purchased from third parties.

12         Subject to and without waiving the foregoing General and Specific Objections, Apple

13  responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced

14  and/or will produce documents responsive to this Interrogatory, and that the burden of

15  ascertaining the answer to this Interrogatory from the produced business records is

16  substantially the same for Apple as for Samsung.

17         Discovery is still in its early stages and Apple is continuing to investigate.  Apple

18  reserves the right to supplement and/or amend its response as appropriate.

19  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 34**

20         In addition to the objections above, Apple states that Samsung's infringement

21  contentions remain severely deficient and fail to identify the accused components for each

22  claimed element, which renders this interrogatory overbroad, unduly burdensome and vague.

23  For example, for the term "means for exchanging," Samsung merely states that "[o]n

24  information and belief, the iPhone, iPod Touch, iPad, iPad mini, Apple's computers and non-

25  Apple PCs each have a circuit for exchanging the data received by the host computer's

26  interface with the playback unit."  Samsung fails to identify any such circuitry in the accused

27  products.  Samsung's infringement contentions thus fail to provide the requisite specificity to

28

APPLE'S SECOND SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  allow Apple to respond to this interrogatory as stated.  Samsung's contentions are similarly

2  deficient for the terms "means for splitting and organizing" and "means for splitting."  Apple

3  will only provide information regarding and produce relevant source code identified in

4  Samsung's infringement contentions and that is in its possession, and only to the extent such

5  source code is relevant under the Court's claim construction order.

6       Subject to and without waiving the foregoing General and Specific Objections, Apple

7  supplements its Response to Interrogatory No. 34 as follows:

8       Apple responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple

9  has produced and/or will produce documents responsive to this Interrogatory, and that the

10  burden of ascertaining the answer to this Interrogatory from the produced business records is

11  substantially the same for Apple as for Samsung.  Apple identifies, at this time, the following

12  source code folders, which contain source code that perform certain of the functions

13  identified in this interrogatory:



Case No. 12-CV-00630-LHK

APPLE'S SECOND SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   ███████████████████████████████████

2   ███████████████████████████████████

3   ████████████

4   Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

5   right to supplement and/or amend its response as appropriate.

6   **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 34**

7   Subject to and without waiving the foregoing General and Specific Objections, Apple

8   supplements its Response to Interrogatory No. 34 as follows:

9   Apple identifies, at this time, the following source code folders, which contain source

10  code that perform certain of the functions identified in this interrogatory:

11  ███████████████████████████████████

12  ███████████████████████████████████

13  ███████████████████████████████████

14  Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

15  right to supplement and/or amend its response as appropriate.

16  **INTERROGATORY NO. 35:**

17  For each feature identified in Samsung's infringement contentions for each

18  SAMSUNG PATENT, describe each way Apple markets, promotes, teaches, instructs,

19  demonstrates, advertises, or otherwise shows customers and/or end users each identified

20  feature for each APPLE ACCUSED PRODUCT, and identify any documents which reflect

21  the same.

22  **RESPONSE TO INTERROGATORY NO. 35**

23  Apple objects to this Interrogatory on the grounds that it is overbroad, unduly

24  burdensome, and not reasonably calculated to lead to the discovery of admissible evidence,

25  especially to the extent it seeks information about the accused Apple products beyond the

26  components, functionalities, or technologies of those products that may be relevant to

27  Samsung's patents-in-suit, and/or that Samsung has placed at issue in this case in its Patent

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Rule 3-1 Disclosures. Apple further objects to this Interrogatory as overbroad and unduly burdensome to the extent it seeks the identification of "each way" that Apple performs the identified actions. Apple also objects to the phrases "feature identified in Samsung's infringement contentions" and "otherwise shows" as vague and ambiguous.

Subject to and without waiving the foregoing General and Specific Objections, Apple responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced and/or will produce documents responsive to this Interrogatory, and that the burden of ascertaining the answer to this Interrogatory from the produced business records is substantially the same for Apple as for Samsung.

Apple designates, at this time, the following documents from which information responsive to this Interrogatory may be ascertained:

APL630DEF-WH000002633- APL630DEF-WH0000027150, APL630DEFWH0000028574- APL630DEF-WH0000037636, APL630DEF-WH-A0000003961-APL630DEF-WH-A0000004112.

Discovery is still in its early stages and Apple is continuing to investigate.  Apple reserves the right to supplement and/or amend its response as appropriate.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 35**

Subject to and without waiving the foregoing General and Specific Objections, Apple supplements its Response to Interrogatory No. 35 as follows:

Apple designates, at this time, the following additional documents from which information responsive to this Interrogatory may be ascertained:

APL630DEF-WH0001757766 - APL630DEF-WH0001759522;

APL630DEF-WH0003928147 - APL630DEF-WH0003928599;

APL630DEF-WH0004238289 - APL630DEF-WH0004238301;

APL630DEF-WH0004238384 - APL630DEF-WH0004238445;

APL630DEF-WH0004238521 - APL630DEF-WH0004238522;

APL630DEF-WH0004396507 – APL630DEF-WH0004402802;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    APL-ITC796-0000091022 - APL-ITC796-0000091045;

2    APLNDC630-0000128212 - APLNDC630-0000128230.

3           Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

4    right to supplement and/or amend its response as appropriate.

5    **INTERROGATORY NO. 36**

6           Separately for each APPLE ACCUSED PRODUCT, IDENTIFY (including, where

7    applicable, by manufacturer, name, model number, serial number, part number, internal code

8    name, circuit, and circuit schematic and/or portion thereof); (1) each and every component

9    that converts an optical image into an analog signal, including without limitation each CMOS

10   image sensor; (2) each and every component that converts an optical analog signal to a

11   digital signal, including without limitation each analog-to-digital converter; (3) each and

12   every component that compresses image and/or video signals, including, for example and

13   without limitation, the image and/or video encoder module(s) or logic block(s) of an A4, A5

14   or A6 processor; (4) each and every component which stores compressed image and/or video

15   signals into memory, including, for example and without limitation, the interface circuit to

16   NAND flash memory; (5) each and every component which decompresses image and/or

17   video signals, including, for example and without limitation, the image and/or video decoder

18   module(s) or logic block(s) of an A4, A5 or A6 processor; (6) each and every component

19   which reproduces and displays a decompressed image and/or video signal, including, for

20   example and without limitation, the graphics module(s) or GPU(s) of an A4, A5 or A6

21   processor; (7) each and every component which reproduces a sound signal associated with a

22   video signal; (8) each and every compression method used to store or record images captured

23   with the APPLE ACCUSED PRODUCT's camera(s), including, for example and without

24   limitation, JPEG; (9) each and every compression method supported for display and/or

25   playback of stored or recorded images, including, for example and without limitation, JPEG;

26   (10) each and every compression method used to store or record videos captured with the

27   APPLE ACCUSED PRODUCT's camera, including, for example and without limitation,

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    MPEG4 and H.264; (11) each and every compression method supported for display and/or

2    playback of stored or recorded videos, including, for example and without limitation,

3    MPEG4 and H.264.

4    **RESPONSE TO INTERROGATORY NO. 36**

5         Apple objects to this Interrogatory on the grounds that it is overbroad, unduly

6    burdensome, and not reasonably calculated to lead to the discovery of admissible evidence,

7    especially to the extent it seeks information about the accused Apple products beyond the

8    components, functionalities, or technologies of those products that may be relevant to

9    Samsung's patents-in-suit, and/or that Samsung has placed at issue in this case in its Patent

10   Rule 3-1 Disclosures.  Accordingly, in responding to this interrogatory, Apple is only

11   providing information for those Apple products that Samsung has accused of infringing

12   the '449 and '239 patents.  Apple also objects to this Interrogatory as overbroad and unduly

13   burdensome to the extent it seeks the identification of "each and every" component or

14   method that performs the identified functions.  Apple further objects to this Interrogatory as

15   it contains subparts, each of which should count as a separate Interrogatory.

16        Apple further objects that the phrase "compression method" and the terms

17   "compresses," "stores," "decompresses" and "reproduces" are vague, overbroad, and not

18   reasonably calculated to lead to the discovery of admissible evidence.

19        Apple objects to this Interrogatory to the extent it seeks information that is subject to

20   a confidentiality or non-disclosure agreement or governed by a protective order preventing its

21   production, or otherwise seeks confidential, proprietary, or trade secret information of third

22   parties. Apple further objects to this Interrogatory to the extent it requires information outside

23   Apple's possession, custody, and control, including, for example, information concerning

24   components that Apple has purchased from third parties.

25        Subject to and without waiving the foregoing General and Specific Objections, Apple

26   responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced

27   and/or will produce documents responsive to this Interrogatory, and that the burden of

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  ascertaining the answer to this Interrogatory from the produced business records is

2  substantially the same for Apple as for Samsung.

3       Apple designates, at this time, the following documents from which information

4  responsive to this Interrogatory may be ascertained:

5       Apple iPad related documents: APL630DEF-WH0000026153 - APL630DEF-

6  WH0000026480, APL630DEF-WH0000027897 - APL630DEF-WH0000027904,

7  APL630DEF-WH0000027915 - APL630DEF-WH0000027926, APL630DEF-

8  WH0000027932 - APL630DEF-WH0000028141, APL630DEF-WH0000029888 -

9  APL630DEF-WH0000030564, APL630DEF-WH0000030744 - APL630DEF-

10  WH0000031234, APL630DEF-WH0000037645 - APL630DEF-WH0000038047,

11  APL630DEF-WH0000039112 - APL630DEF-WH0000039313, APL630DEF-

12  WH0000039348 - APL630DEF-WH0000039899, APL630DEF-WH0000039902 -

13  APL630DEF-WH0000086511, APL630DEF-WH0000088266 - APL630DEF-

14  WH0000090345,  APL630DEF-WH0000094540 - APL630DEF-WH0000095739,

15  APLNDC-WH0000021212, APLNDC-WH0000021290 - APLNDC-WH0000021306.

16       Apple iPhone related documents: APL630DEF-WH0000026481 - APL630DEF-

17  WH0000027150, APL630DEF-WH0000027889,  APL630DEF-WH0000027896,

18  APL630DEF-WH0000027905 - APL630DEF-WH0000027906, APL630DEF-

19  WH0000027911 - APL630DEF-WH0000027914, APL630DEF-WH0000027927 -

20  APL630DEF-WH0000027931, APL630DEF-WH0000028479 - APL630DEF-

21  WH0000028573, APL630DEF-WH0000030565 - APL630DEF-WH0000030743,

22  APL630DEF-WH0000038048 - APL630DEF-WH0000038759, APL630DEF-

23  WH0000038830 - APL630DEF-WH0000039111, APL630DEF-WH0000039314 -

24  APL630DEF-WH0000039347, APL630DEF-WH0000090406 - APL630DEF-

25  WH0000094539, APL630DEF-WH0000095740 - APL630DEF-WH0000097088, APLNDC-

26  WH0000021243]

27

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    Apple iPod touch related documents: [APL630DEF-WH0000027890 - APL630DEF-

2 WH0000027895, APL630DEF-WH0000027907 - APL630DEF-WH0000027910,

3 APL630DEF-WH0000028273 - APL630DEF-WH0000028391.

4    Apple iMac related documents: APL630DEF-WH0000018006 - APL630DEF-

5 WH0000018976, APL630DEF-WH0000028598 - APL630DEF-WH0000029887.

6    Apple MacBook Pro related documents: APL630DEF-WH0000021022 -

7 APL630DEF-WH0000025379, APL630DEF-WH0000035506 - APL630DEF-

8 WH0000037615.

9    Apple MacBook Air related documents: APL630DEF-WH0000020068 -

10 APL630DEF-WH0000021021, APL630DEF-WH0000034008 - APL630DEF-

11 WH0000034539.

12    Discovery is still in its early stages and Apple is continuing to investigate.  Apple

13 reserves the right to supplement and/or amend its response as appropriate.

14 **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 36**

15    In addition to the objections above, Apple states that Samsung's infringement

16 contentions remain severely deficient and fail to identify the accused components for each

17 claimed element, which renders this interrogatory overbroad, unduly burdensome and vague.

18 For example, Samsung merely states that "[o]n information and belief, the Accused Devices

19 have a recording circuit. . . ."  However, Samsung fails to identify any such circuitry in the

20 accused products.  Samsung's infringement contentions thus fail to provide the requisite

21 specificity to allow Apple to respond to this interrogatory as stated.

22    Subject to and without waiving the foregoing General and Specific Objections, Apple

23 supplements its Response to Interrogatory No. 36 as follows:

24    Documents produced by Apple are sufficient to allow Samsung to identify each

25 component of each accused product.  This information is available in the products' Bills of

26 Materials (identified below by Bates number in accordance with Rule 33(d)).  Each Bill of

27 Materials identifies the commercial name of the accused Apple product on the first page and

28

APPLE'S SECOND SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   lists each component in the accused Apple product.  Each Bill of Materials also identifies

2   Apple's internal name for the accused Apple product in the section "Product Line(s)."  For

3   example, Samsung can identify "each CMOS image sensor," which may perform

4   functionality associated with analog-to-digital conversion.  The details of each image sensor

5   identified in each product's corresponding Bill of Materials can be found in image sensor

6   datasheets (identified by Bates number below).  Further, the Bill of Materials specifies the

7   Samsung SOC in each accused product.  The SOC User's Manuals (also identified by Bates

8   number below) provide information regarding the methods and components for performing

9   image and video compression/decompression, memory, display, graphics processing units,

10  and numerous other components.

11         Apple identifies the following additional responsive documents.

12         BOMS:  APL630DEF-WH0000037645-37663, APL630DEF-WH0000038048-

13  38099, APL630DEF-WH0000039946-86511, APL630DEF-WH0000088266- 90345,

14  APL630DEF-WH0000090406-94539, APL630DEF-WH0000094540-95739, APL630DEF-

15  WH0000095740-97088, APL630DEF-WH0001591991-1593139, APL630DEF-

16  WH0001593140-1593263, APL630DEF-WH0001593264-1593406, APL630DEF-

17  WH0001593407-1593547, APL630DEF-WH0001593548-1593803, APL630DEF-

18  WH0001593804-1593934, APL630DEF-WH0001593935-1594059, APL630DEF-

19  WH0001594060-1595082, APL630DEF-WH0001595083-1595222, APL630DEF-

20  WH0001595223-1595351, APL630DEF-WH0001603948-1604052, APL630DEF-

21  WH0001614717-1614925, APL630DEF-WH0001624645-1624852, APL-ITC796-

22  0000400747-401444, APL-ITC796-0000401445-402456, APL-ITC796-0000402846-

23  402962, APL-ITC796-0000402963-403080, APL-ITC796-0000403081-403266, APL-

24  ITC796-0000408790-408862, APL-ITC796-0000408863-409106, APL-ITC796-

25  0000409107-409262, APL-ITC796-0000409263-409698, APL-ITC796-0000409699-

26  432546, APL-ITC796-0000432547-432821, APL-ITC796-0000432822-433992, APL-

27  ITC796-0000433993-435337, APL-ITC796-0000435338-435455, APL-ITC796-

28

APPLE'S SECOND SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

0000437557-437660, APL-ITC796-0000437661-437702, APL-ITC796-0000545949-
545968, APL-ITC796-0000545969-545997, APL-ITC796-0000545998-547077.

Image Sensor Datasheets:  APL630DEF-WH0000097306-97400, APL630DEF-
WH0000097401-97727, APL630DEF-WH0000097728-97941, APL630DEF-
WH0000097942-98045, APL630DEF-WH0000098046-98143, APL630DEF-
WH0000098144-98243, APL630DEF-WH0001708357-1708434, APL630DEF-
WH0001712049-1712162, APL630DEF-WH0001712166-1712279, APL630DEF-
WH0001712281-1712348, APL630DEF-WH0001712349-1712426, APL630DEF-
WH0001712430-1712507, APL630DEF-WH0001712508-1712583, APL630DEF-
WH00017261801726248, APL630DEF-WH0001726252-1726351, APL630DEF-
WH0001726353-1726452, APL630DEF-WH0001726464-1726601.

SOC User's Manuals:  APL630DEF-WH0001708435-1708676, APL630DEF-
WH0001708681-1712045, APL630DEF-WH0001712585-1717115, APL630DEF-
WH0001717117-1721647, APL630DEF-WH0001721649-1726179, APL630DEF-
WH0001726602-1732790, APL630DEF-WH0001732791-1738775, APL630DEF-
WH0001738776-1744368, APL630DEF-WH0001744369-1749888, APL630DEF-
WH0001749889-1757765.

Responsive documents may include third-party confidential information.  Apple is
working to obtain approval from third parties to produce additional responsive documents in
its possession.

Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the
right to supplement and/or amend its response as appropriate.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 36**

Subject to and without waiving the foregoing General and Specific Objections, Apple
supplements its Response to Interrogatory No. 36 as follows:

Apple identifies the following additional responsive documents.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

BOMs:  APL630DEF-WH0004031426-4031563, APL630DEF-WH0004031564-4031633, APL630DEF-WH0004031634-4032171.

Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the right to supplement and/or amend its response as appropriate.

**INTERROGATORY NO. 37**

Separately for each APPLE ACCUSED PRODUCT, IDENTIFY (including, where applicable, by manufacturer, name, model number, serial number, part number, internal code name, circuit, and circuit schematic and/or portion thereof); (1) each and every speaker; (2) each and every stereo headphone jack; (3) each and every audio processing component, including, for example and without limitation, each audio codec chip; (4) each and every display; (5) each and every processor; (6) each and every touchscreen control and/or sensor circuit, including, for example and without limitation, each touchscreen or trackpad controller chip.

**RESPONSE TO INTERROGATORY NO. 37**

Apple objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, especially to the extent it seeks information about the accused Apple products beyond the components, functionalities, or technologies of those products that may be relevant to Samsung's patents-in-suit, and/or that Samsung has placed at issue in this case in its Patent Rule 3-1 Disclosures.  Accordingly, in responding to this interrogatory, Apple is only providing information for those Apple products that Samsung has accused of infringing the '470 patent.  Apple also objects to this Interrogatory as overbroad and unduly burdensome to the extent it seeks the identification of "each and every" component that performs the identified functions. Apple further objects to this Interrogatory as it contains subparts, each of which should count as a separate Interrogatory.

Apple also objects to this Interrogatory to the extent it seeks information that is subject to a confidentiality or non-disclosure agreement or governed by a protective order

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  preventing its production, or otherwise seeks confidential, proprietary, or trade secret

2  information of third parties. Apple further objects to this Interrogatory to the extent it

3  requires information outside Apple's possession, custody, and control, including, for

4  example, information concerning components that Apple has purchased from third parties.

5       Subject to and without waiving the foregoing General and Specific Objections, Apple

6  responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced

7  and/or will produce documents responsive to this Interrogatory, and that the burden of

8  ascertaining the answer to this Interrogatory from the produced business records is

9  substantially the same for Apple as for Samsung.

10      Apple designates, at this time, the following documents from which information

11  responsive to this Interrogatory may be ascertained:

12      Apple iPad related documents: APL630DEF-WH0000026153 - APL630DEF-

13  WH0000026480, APL630DEF-WH0000027897 - APL630DEF-WH0000027904,

14  APL630DEF-WH0000027915 - APL630DEF-WH0000027926, APL630DEF-

15  WH0000027932 - APL630DEF-WH0000028141, APL630DEF-WH0000029888 -

16  APL630DEF-WH0000030564, APL630DEF-WH0000030744 - APL630DEF-

17  WH0000031234, APL630DEF-WH0000037645 - APL630DEF-WH0000038047,

18  APL630DEF-WH0000039112 - APL630DEF-WH0000039313, APL630DEF-

19  WH0000039348 - APL630DEF-WH0000039899, APL630DEF-WH0000039902 -

20  APL630DEF-WH0000086511, APL630DEF-WH0000088266 - APL630DEF-

21  WH0000090345,  APL630DEF-WH0000094540 - APL630DEF-WH0000095739,

22  APLNDC-WH0000021212, APLNDC-WH0000021290 - APLNDC-WH0000021306.

23      Apple iPhone related documents: APL630DEF-WH0000026481 - APL630DEF-

24  WH0000027150, APL630DEF-WH0000027889,  APL630DEF-WH0000027896,

25  APL630DEF-WH0000027905 - APL630DEF-WH0000027906, APL630DEF-

26  WH0000027911 - APL630DEF-WH0000027914, APL630DEF-WH0000027927 -

27  APL630DEF-WH0000027931, APL630DEF-WH0000028479 - APL630DEF-

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WH0000028573, APL630DEF-WH0000030565 - APL630DEF-WH0000030743, APL630DEF-WH0000038048 - APL630DEF-WH0000038759, APL630DEF-WH0000038830 - APL630DEF-WH0000039111, APL630DEF-WH0000039314 - APL630DEF-WH0000039347, APL630DEF-WH0000090406 - APL630DEF-WH0000094539, APL630DEF-WH0000095740 - APL630DEF-WH0000097088, APLNDC-WH0000021243.

Apple iPod touch related documents: APL630DEF-WH0000027890 - APL630DEF-WH0000027895, APL630DEF-WH0000027907 - APL630DEF-WH0000027910, APL630DEF-WH0000028172 - APL630DEF-WH0000028391, APL630DEF-WH0000031235 - APL630DEF-WH0000032291.

Apple Mac Mini related documents: APL630DEF-WH0000018977- APL630DEF-WH0000019760, APL630DEF-WH0000032292- APL630DEF-WH0000033307.

Apple MacBook Pro related documents: APL630DEF-WH0000019761- APL630DEF-WH0000020067, APL630DEF-WH0000033308- APL630DEF-WH0000034007.

Apple MacBook Air related documents: APL630DEF-WH0000020068- APL630DEF-WH0000021021, APL630DEF-WH0000034008- APL630DEF-WH0000034539.

Apple Mac Pro related documents: APL630DEF-WH0000021022-APL630DEF-WH0000025379, APL630DEF-WH0000035506- APL630DEF-WH0000037615.

Apple iMac related documents: APL630DEF-WH0000018006- APL630DEF-WH0000018976, APL630DEF-WH0000028598- APL630DEF-WH0000029887.

Discovery is still in its early stages and Apple is continuing to investigate.  Apple reserves the right to supplement and/or amend its response as appropriate.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 37**

Subject to and without waiving the foregoing General and Specific Objections, Apple supplements its Response to Interrogatory No. 37 as follows:

Documents produced by Apple are sufficient to allow Samsung to identify each component of each accused Apple product. This information is available in the products' Bills of Materials (identified below by Bates number in accordance with Rule 33(d)). Each Bill of Materials identifies the commercial name of the accused Apple product on the first page and lists each component incorporated in the accused Apple product. Each Bill of Materials also identifies Apple's internal name for the accused Apple product in the section "Product Line(s)." The Bill of Materials for each accused Apple product includes "each audio codec chip," which may perform audio processing functionality. The details of each audio codec identified in each accused Apple product's corresponding Bill of Materials can be found in Cirrus Logic Datasheets (identified by Bates number below). Further, the Bill of Materials specifies the Samsung SOC in each accused product. The SOC User's Manuals (also identified by Bates numbers below) provide information regarding the processor and audio processing components. The Schematics (also identified by Bates numbers below), organized by the same Apple internal name that can be found in the Bill of Materials, identifies certain component information, such as the audio codec chip and touchscreen controller chip used in each product.

Apple identifies the following additional responsive documents:

BOMs: APL630DEF-WH0000037645-37663, APL630DEF-WH0000038048-38099, APL630DEF-WH0000039946-86511, APL630DEF-WH0000088266- 90345, APL630DEF-WH0000090406-94539, APL630DEF-WH0000094540-95739, APL630DEF-WH0000095740-97088, APL630DEF-WH0001591991-1593139 , APL630DEF-WH0001593140-1593263, APL630DEF-WH0001593264-1593406, APL630DEF-WH0001593407-1593547, APL630DEF-WH0001593548-1593803, APL630DEF-WH0001593804-1593934, APL630DEF-WH0001593935-1594059, APL630DEF-

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WH0001594060-1595082, APL630DEF-WH0001595083-1595222, APL630DEF-WH0001595223-1595351, APL630DEF-WH0001603948-1604052, APL630DEF-WH0001614717-1614925, APL630DEF-WH0001624645-1624852, APL-ITC796-0000400747-401444, APL-ITC796-0000401445-402456, APL-ITC796-0000402846-402962, APL-ITC796-0000402963-403080, APL-ITC796-0000403081-403266, APL-ITC796-0000408790-408862, APL-ITC796-0000408863-409106, APL-ITC796-0000409107-409262, APL-ITC796-0000409263-409698, APL-ITC796-0000409699-432546, APL-ITC796-0000432547-432821, APL-ITC796-0000432822-433992, APL-ITC796-0000433993-435337, APL-ITC796-0000435338-435455, APL-ITC796-0000437557-437660, APL-ITC796-0000437661-437702, APL-ITC796-0000545949-545968, APL-ITC796-0000545969-545997, APL-ITC796-0000545998-547077.

SOC User's Manuals: APL630DEF-WH0001708435-1708676, APL630DEF-WH0001708681-1712045, APL630DEF-WH0001712585-1717115, APL630DEF-WH0001717117-1721647, APL630DEF-WH0001721649-1726179, APL630DEF-WH0001726602-1732790, APL630DEF-WH0001732791-1738775, APL630DEF-WH0001738776-1744368, APL630DEF-WH0001744369-1749888, APL630DEF-WH0001749889-1757765.

Schematics: APL630DEF-WH0000027997 - APL630DEF-WH0000028049, APL630DEF-WH0001558252 - APL630DEF-WH0001558281, APL630DEF-WH0001557419 - APL630DEF-WH0001557457, APL630DEF-WH0000026153 - APL630DEF-WH0000026200, APL630DEF-WH0000028100 - APL630DEF-WH0000028141, APL630DEF-WH0000028050 - APL630DEF-WH0000028090, APL630DEF-WH0001558132 - APL630DEF-WH0001558182, APL630DEF-WH0000028541 - APL630DEF-WH0000028573, APL630DEF-WH0000028508 - APL630DEF-WH0000028540, APL630DEF-WH0000028479 - APL630DEF-WH0000028507, APL630DEF-WH0000028273 - APL630DEF-WH0000028304, APL630DEF-WH0000028363 - APL630DEF-WH0000028391, APL630DEF-

APPLE'S SECOND SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  WH0000028172 - APL630DEF-WH0000028190, APL630DEF-WH0000028436 -

2  APL630DEF-WH0000028478, APL630DEF-WH0000028392 - APL630DEF-

3  WH0000028435, APL630DEF-WH0000028142 - APL630DEF-WH0000028160,

4  APL630DEF-WH0000028252 - APL630DEF-WH0000028272, APL630DEF-

5  WH0000028191 - APL630DEF-WH0000028213.

6        Cirrus Logic Audio Codec Datasheets:  APC-ITC796-0000549074 - APC-ITC796-

7  0000549247, APC-ITC796-X0000002958 - APC-ITC796-X0000003105, CLI00001 –

8  CLI00269,  CLI00270 – CLI00444, CLI00445 – CLI00517.

9        Responsive documents may also be produced by third parties, and Apple will

10  supplement this response upon production of additional responsive documents by third

11  parties.

12        Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

13  right to supplement and/or amend its response as appropriate.

14  **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 37**

15        Subject to and without waiving the foregoing General and Specific Objections, Apple

16  supplements its Response to Interrogatory No. 37 as follows:

17        Apple identifies the following additional responsive documents.

18        BOMs:  APL630DEF-WH0004031426-4031563, APL630DEF-WH0004031564-

19  4031633, APL630DEF-WH0004031634-4032171.

20        Cirrus Logic Audio Codec Datasheets:  CLI00896 – CLI00969, CLI00970 –

21  CLI01057, CLI01058 – CLI101230, CLI01231 – CLI01418, CLI01419 – CLI-01634,

22  CLI01635 – CLI01823, CLI01824 – CLI02158, CLI02497 – CLI02831, CLI02846 –

23  CLI03114, CLI03115 – CLI03462, CLI03463 – CLI03637, CLI03638 – CLI03856,

24  CLI03857 – CLI03902, CLI03903 – CLI04056, CLI04057 – CLI04205, CLI05376 –

25  CLI05509, APL-ITC796-0000524516 – APL-ITC796-0000524691.

26        Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

27  right to supplement and/or amend its response as appropriate.

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Dated:  May 14, 2013

*/s/ Mark D. Selwyn*
Mark D. Selwyn (CA SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

Case No. 12-CV-00630-LHK
APPLE'S SECOND SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## **CERTIFICATE OF SERVICE**

I, Liv Herriot, hereby certify that on May 14, 2013, true and correct copies of the foregoing document, Apple Inc.'s Second Supplemental Objections and Responses to Samsung's Fourth Set of Interrogatories (Nos. 28, 29, 30, 32, 33, 34, 35, 36, and 37), was served on counsel for Samsung via electronic mail.

I declare under the penalty of perjury that the foregoing is true and correct.

*/s/ Liv Herriot*
Liv Herriot

APPLE'S SECOND SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES