1  JOSH A. KREVITT (CA SBN 208552)          WILLIAM F. LEE (*pro hac vice*)
   jkrevitt@gibsondunn.com                  william.lee@wilmerhale.com
2  H. MARK LYON (CA SBN 162061)             WILMER CUTLER PICKERING
   mlyon@gibsondunn.com                       HALE AND DORR LLP
3  GIBSON, DUNN & CRUTCHER LLP              60 State Street
   1881 Page Mill Road                      Boston, Massachusetts  02109
4  Palo Alto, California  94304-1211        Telephone:  (617) 526-6000
   Telephone:  (650) 849-5300               Facsimile:  (617) 526-5000
5  Facsimile:  (650) 849-5333

6  MICHAEL A. JACOBS (CA SBN 111664)        MARK D. SELWYN (CA SBN 244180)
   mjacobs@mofo.com                         mark.selwyn@wilmerhale.com
7  RICHARD S.J. HUNG (CA SBN 197425)        WILMER CUTLER PICKERING
   rhung@mofo.com                             HALE AND DORR LLP
8  MORRISON & FOERSTER LLP                  950 Page Mill Road
   425 Market Street                        Palo Alto, California  94304
9  San Francisco, California  94105-2482    Telephone:  (650) 858-6000
   Telephone:  (415) 268-7000               Facsimile:  (650) 858-6100
10 Facsimile:  (415) 268-7522

11

   *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*
12

13                    **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
14                         **SAN JOSE DIVISION**

15

   APPLE INC., a California corporation,
16
             Plaintiff,
17
      vs.                                    Case No. 12-cv-00630-LHK (PSG)
18
   SAMSUNG ELECTRONICS CO., LTD., a          **[PROPOSED] ORDER GRANTING IN-
19 Korean business entity; SAMSUNG           PART SAMSUNG'S ADMINISTRATIVE
   ELECTRONICS AMERICA, INC., a New          MOTION TO FILE DOCUMENTS
20 York corporation; SAMSUNG                 UNDER SEAL**
   TELECOMMUNICATIONS AMERICA,
21 LLC, a Delaware limited liability company,

22           Defendants.

23

24

25

26

27

28

ActiveUS 111132978v.1

1    Pursuant to Civil Local Rule 79-5(d), Apple Inc. ("Apple") has filed the Declaration of

2  Peter J. Kolovos Regarding Samsung's Administrative Motion to File Documents Under Seal

3  (Dkt. No. 563) ("Samsung's Motion to Seal").  Apple requests that the Court issue an order

4  sealing portions of Samsung's Reply in Support of Motion to Compel Complete Production of

5  Source Code for All Accused Products ("Samsung's Reply"), portions of Reply Declaration of

6  Amar L. Thakur in Support of Samsung's Motion to Compel Complete Production of Source

7  Code ("Thakur Declaration"), portions of Exhibits 3 and 10 to the Thakur Declaration, and

8  Exhibit 4 to the Thakur Declaration.

9    Apple's request is granted:

10
11
- Portions of Samsung's Reply shall be sealed consistent with the proposed redacted version publicly filed by Apple on June 10, 2013.

12
13
- Portions of the Thakur Declaration shall be sealed consistent with the proposed redacted version publicly filed by Apple on June 10, 2013.

14
- Portions of Exhibit 3 to the Thakur Declaration shall be sealed consistent with the proposed redacted version publicly filed by Apple on June 10, 2013.

15
16
- Portions of Exhibit 10 to the Thakur Declaration shall be sealed consistent with the proposed redacted version publicly filed by Apple on June 10, 2013.

17
- Exhibit 4 to the Thakur Declaration shall be sealed in full.

18
19
- The proposed redacted versions of Samsung's Reply, the Thakur Declaration, and Exhibits 3 and 10 to the Thakur Declaration filed by Apple on June 10, 2013, shall remain the publicly available versions filed on ECF.

20

21  **IT IS SO ORDERED.**

22

23  Dated: _____, 2013                    _____
                                                       Hon. Paul S. Grewal
24                                                     United States Magistrate Judge

25

26

27

28

ActiveUS 111132978v.1