# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: June 11, 2013                               Time in Court: 1 hour and 28 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER**: **CV12-00630 LHK**
Plaintiff Attorney(s) present: Mark Selwyn, Peter Kolovos, John Pettit and Mark Lyon
Defendant Attorney(s) present: Victoria Maroulis, Kevin Johnson, Todd Briggs and Amardeep Thakur

### PROCEEDINGS:
1.) Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions (Doc. 476)
2.) Samsung's Motion to Compel Documents from Related Litigations (Doc. 496)
3.) Samsung's Motion to Compel Complete Production of Source Code for All Accused Products (Doc. 499)

Counsel present oral arguments.
The court takes matters under submission; written order after hearing to be issued.

///