UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br>  v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | |

Apple Inc. ("Apple") has filed its Administrative Motion To File Documents Under Seal. Samsung and Google Inc. have filed the declarations required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declarations establish that Exhibits 2 and 3 to the Supplemental Declaration of Joshua Furman in Support of Apple Inc.'s Motion for Leave to Amend Its Disclosure of Asserted Claims & Infringement Contentions ("Furman Declaration") refer to non-public source code the disclosure of which could harm Samsung and Google.

Accordingly, for good cause shown, the Court HEREBY ORDERS that Exhibits 2 and 3 to the Furman Declaration may be filed under seal.

**IT IS SO ORDERED.**

Dated: _____

                                                            Hon. Paul S. Grewal
                                                            United States Magistrate Judge