JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SUPPLEMENTAL DECLARATION OF JOSHUA FURMAN IN SUPPORT OF APPLE INC.'S MOTION FOR LEAVE TO AMEND ITS DISCLOSURE OF ASSERTED CLAIMS & INFRINGEMENT CONTENTIONS** |

I, Joshua Furman, declare:

1. I am an associate at the law firm of Gibson, Dunn & Crutcher ("Gibson Dunn"), counsel of record in this action for Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple"). I am licensed to practice law in the State of New York. I submit this declaration in support of Apple Inc.'s Motion for Leave to Amend its Disclosure of Asserted Claims and Infringement Contentions. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows.

2. Attached as **Exhibit 1** is a true and correct copy of correspondence I sent on June 7, 2013 to counsel for Samsung. As set forth therein, Apple offered to withdraw amendments to any claim that has the "each" term construed by the Federal Circuit in *Apple Inc. v. Samsung Electronics Co.*, 695 F.3d 1370 (Fed. Cir. 2012)—*i.e.*, all asserted claims of the '604 patent and claim 1 of the '959 patent—if Samsung agreed to not oppose Apple's supplementation of its infringement contentions with regards to claims 24, 25 and 27 of the '959 patent for all accused devices, which do not include the "each" limitation. To date, Samsung has not accepted Apple's offer.

3. Attached as **Exhibit 2** is a true and correct copy of Apple's Infringement Claim Chart for U.S. Patent No. 6,847,959, as copy of which was sent to Samsung on June 7, 2013.

4. Attached as **Exhibit 3** is a true and correct copy of a redlined version of Apple's Infringement Claim Chart for U.S. Patent No. 6,847,959, showing the differences between the infringement contention chart for claim 24 of the '959 patent that accompanied Apple's Motion to Amend and the version sent to Samsung's counsel that accompanied my June 7, 2013 letter. A copy of this redlined version was sent to Samsung on June 10, 2013.

-1-

5. Attached as **Exhibit 4** is a true and correct copy of Apple's Opposition to Samsung's Motion for Leave to Supplement its Infringement Contentions (Docket No. 713), filed on February 3, 2012 in Case No. 5:11-cv-01846-LHK.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Joshua Furman*
Joshua Furman

## **ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Joshua Furman has concurred in this filing.

Dated:  June 11, 2013    By:    /s/ H. Mark Lyon

H. Mark Lyon

SUPPLEMENTAL DECLARATION OF JOSHUA FURMAN
Case No. 12-CV-00630-LHK

Gibson, Dunn & Crutcher LLP