# EXHIBIT 1

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Joshua Furman
Direct: +1 212.351.2461
Fax: +1 212.351.5261
JFurman@gibsondunn.com

June 7, 2013

VIA ELECTRONIC MAIL

Michael Fazio
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California  90017

Re:     *Apple v. Samsung*, 12-cv-630 - Apple's Motion to Amend Infringement Contentions

Dear Michael:

I write in response to Samsung's Opposition to Apple's Motion to Amend Infringement Contentions (D.I. 568).  Apple appreciates that Samsung has not opposed Apple's amendments to "add detail and evidence to Apple's infringement contentions." (*Id.* at 1) While Apple disagrees with Samsung's contention that Apple's supplementation with regards to the '604 and '959 patents is improper, Apple proposes the following compromise to avoid burdening the Court.

Apple proposes to withdraw its amendments to all the claims that have the "each" term construed by the Fed. Cir.– all claims of the '604 patent and claim 1 of the '959 patent.  In return Samsung will agree to not oppose Apple's supplementation of its infringement contentions with regards to claims 24, 25, and 27 of the '959 patent for all accused devices as shown in the enclosed example for the Samsung Galaxy S III.

The proposed supplementation to claims 24, 25, and 27 of the '959 patent  as shown in the attached example do not add any new theories and, in line with the other amendments that Samsung has not opposed, "add detail and evidence to Apple's infringement contentions" including citations to source code (including Google source code produced in April 2013).

Please let us know if you agree to this proposal by noon Pacific on Sunday June 9, 2013, so that the parties can notify the Court that the only issue to be resolved is the addition of the Galaxy S4.

Sincerely,

*/s/ Joshua Furman*

JRF

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.