# EXHIBIT 2
# FILED UNDER SEAL - Contains Source Code – Highly Confidential – Attorney's Eyes Only