| | |
|---|---|
| JOSH KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone:  650.849.5300<br>Facsimile:   650.849.5333<br><br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Counterclaim-Plaintiffs,<br><br>      v.<br><br>APPLE INC., a California corporation,<br>             Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") hereby moves this Court for an order to seal the following documents: Exhibits B and L to the Declaration of Brian Buroker In Support of Apple's Opposition to Samsung's Motion to Preclude Apple From Asserting Untimely Dates of Conception.

Exhibits B and L contain or discuss information that Samsung has designated "Highly Confidential-Attorney's Eyes Only" pursuant to the Protective Order entered in this case, or is otherwise information that is believed to be deemed confidential by Samsung. Apple accordingly files these documents under seal, and expects that Samsung will comply with L.R. 79-5(d) by filing an appropriate declaration with the Court within seven days for those portions and documents that reference Samsung-designated information.

Pursuant to General Order No. 62, the complete, unredacted versions of these documents will be lodged with the Court for *in camera* review and served on Samsung. Further, in accordance with this Court's Civil Standing Order Regarding Motions to File Under Seal, proposed public versions of the documents will be publicly e-filed as attachments to this Motion to Seal.

GIBSON, DUNN & CRUTCHER LLP

Dated: June 11, 2013         By:    */s/ H. Mark Lyon*
                                    H. Mark Lyon
                                    ***Attorney for Plaintiff Apple Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: June 11, 2013                    By:     */s/ H. Mark Lyon*

                                                H. Mark Lyon