JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF BRIAN M. BUROKER IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO PRECLUDE APPLE FROM ASSERTING UNTIMELY DATES OF CONCEPTION** |

I, Brian M. Buroker, declare as follows:

1.       I am a partner at the law firm of Gibson, Dunn & Crutcher ("Gibson Dunn"), counsel of record in this action for Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple").  I am licensed to practice law in the District of Columbia and the Commonwealth of Virginia.  I submit this declaration in support of Apple Inc.'s Opposition to Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's  (collectively, "Samsung") Motion to Preclude Apple From Asserting Untimely Dates of Conception.  I have personal knowledge of the matters set forth herein, except where stated otherwise, and if called to testify, I could and would competently testify thereto.

2.       On June 15, 2012, Apple served its Disclosure of Asserted Claims and Infringement Contentions.  On August 10, 2012, Samsung served its Invalidity Contentions.  Attached hereto as **Exhibit A** is a true and correct copy of relevant excerpts from Samsung's Patent Local Rules 3-3 and 3-4 Disclosures, dated August 10, 2012.

3.       On July 7, 2013, Apple served its Second Set of Interrogatories to Defendant and Counterclaim Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., And Samsung Telecommunications America, LLC.  In Interrogatory No. 12, Apple requested that Samsung state the dates of conception for each of the patents it asserted in this case.  On August 20, 2012, Samsung served its Objections and Responses to Apple's Second Set of Interrogatories.  Attached hereto as **Exhibit B** is a true and correct copy of relevant excerpts from Samsung's Objections and Responses to Apple's Second Set of Interrogatories dated August 20, 2012.

4.       On September 25, 2012, Samsung served its First Set of Interrogatories to Apple.  In Interrogatory No. 2, Samsung requested that Apple state the dates of conception for each of the patents asserted in this case, including the '502, '414, '760, and '172 patents.  On November 8, 2012, Apple served its Objections and Responses to Samsung's First Set of Interrogatories.

5.       Between December 2012 and May 2013, Samsung deposed some of the named inventors of the '502, '414, '760, and '172 patents.  Attached hereto as **Exhibit C** is a true and

Gibson, Dunn &
Crutcher LLP

1    correct copy of relevant excerpts from the transcript of the December 7, 2012 deposition of Stephen

2    Capps.  Mr. Capps is scheduled to be deposed by Samsung again on June 21, 2013.

3         6.    Attached hereto as **Exhibit D** is a true and correct copy of relevant excerpts from the

4    transcript of the January 16, 2013 deposition of Gordon Freedman.

5         7.    Attached hereto as **Exhibit E** is a true and correct copy of relevant excerpts from the

6    transcript of the January 17, 2013 deposition of Gordon Freedman.

7         8.    Attached hereto as **Exhibit F** is a true and correct copy of relevant excerpts from the

8    transcript of the January 24, 2013 deposition of Michael Matas.

9         9.    Attached hereto as **Exhibit G** is a true and correct copy of the cover page from the

10   transcript of the March 14, 2013 deposition of Scott Herz.

11        10.   Attached hereto as **Exhibit H** is a true and correct copy of relevant excerpts from the

12   transcript of the March 29, 2013 deposition of Scott Forstall.

13        11.   Attached hereto as **Exhibit I** is a true and correct copy of relevant excerpts from the

14   transcript of the April 4, 2013 deposition of Bas Ording.

15        12.   Attached hereto as **Exhibit J** is a true and correct copy of relevant excerpts from the

16   transcript of the May 9, 2013 deposition of Stephen Lemay.

17        13.   In March 2013, the parties discussed supplementing their respective interrogatory

18   responses with information obtained during discovery and further investigation.  On March 12 and

19   March 18, Apple and Samsung engaged in telephonic meet and confer discussions about the proposed

20   schedule for supplementing the parties' respective interrogatory responses, including Apple's

21   response to Samsung's Interrogatory No. 2 and Samsung's response to Apple's Interrogatory No. 12,

22   both of which relate to dates of conception for the patents in suit.  Attached hereto as **Exhibit K** is a

23   true and correct copy of Letter from Michael L. Fazio to Michael A. Valek dated March 20, 2013,

24   memorializing the parties' agreement.

25        14.   In accordance with the parties' agreement, on April 10, 2013, Apple served Apple's

26   Second Supplemental Objections and Responses to Samsung's First Set of Interrogatories.  On the

27   same day, Samsung served Samsung's Further Supplemental Responses to Apple's Second and Third

28

Gibson, Dunn &
Crutcher LLP

Sets of Interrogatories.  Attached hereto as **Exhibit L** is a true and correct copy of relevant excerpts from Samsung's Further Supplemental Responses to Apple's Second and Third Sets of Interrogatories, dated April 10, 2013.

15.     Samsung has provided Apple with copies of over 200 third party subpoenas that it has served to date, including many subpoenas served in just the last few weeks.  According to our records, the earliest third party subpoenas Samsung served in this matter were served on Thomas Bonura, James R. Miller, Bonnie Nardi and David Wright on or around March 9, 2012, and the most recent subpoenas were served on Kodak and Hitachi on June 6, 2013.  In addition, Samsung has served seven subpoenas on Microsoft dated July 12, 2012; August 2, 2012; August 31, 2012; December 4, 2013; December 17, 2012; April 18, 2013, May 6, 2013 and June 6, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_/s/ Brian Buroker_
Brian Buroker

Case No. 12-CV-00630-LHK
DECLARATION OF BRIAN M. BUROKER

Gibson, Dunn &
Crutcher LLP

1

**<u>ATTESTATION</u>**

2      I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this

3  Declaration.  In compliance with General Order 45, X.B., I hereby attest that Brian M. Buroker has

4  concurred in this filing.

5

6  Dated:  June 11, 2013                 By:   _/s/ H. Mark Lyon_

7                                                    H. Mark Lyon

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF BRIAN M. BUROKER