JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF BRIAN M. BUROKER IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS** |

I, Brian M. Buroker, declare as follows:

1. I am a partner at the law firm of Gibson, Dunn & Crutcher ("Gibson Dunn"), counsel of record in this action for Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple"). I am licensed to practice law in the District of Columbia and the Commonwealth of Virginia. I submit this declaration in support of Apple Inc.'s Opposition to Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively, "Samsung") Motion For Leave To Amend Its Invalidity Contentions. I have personal knowledge of the matters set forth herein, except where stated otherwise, and if called to testify, I could and would competently testify thereto.

2. On June 15, 2012, Apple served its Disclosure of Asserted Claims and Infringement Contentions. On August 10, 2012, Samsung served its Invalidity Contentions. Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts from Samsung's Patent Local Rules 3-3 and 3-4 Disclosures, dated August 10, 2012.

3. On September 25, 2012, Samsung served its First Set of Interrogatories to Apple. In Interrogatory No. 2, Samsung requested that Apple state the dates of conception for each of the patents asserted in this case, including the '502, '414, '760, and '172 patents. On November 8, 2012, Apple served its Objections and Responses to Samsung's First Set of Interrogatories.

4. In March 2013, the parties discussed supplementing their respective interrogatory responses with information obtained during discovery and further investigation. On March 12 and March 18, Apple and Samsung engaged in telephonic meet and confer discussions about the proposed schedule for supplementing the parties' respective interrogatory responses, including Apple's response to Samsung's Interrogatory No. 2 and Samsung's response to Apple's Interrogatory No. 12, both of which relate to dates of conception for the patents in suit. Attached hereto as **Exhibit 2** is a true and correct copy of Letter from Michael L. Fazio to Michael A. Valek dated March 20, 2013, memorializing the parties' agreement.

5. In accordance with the parties' agreement, on April 10, 2013, Apple served Apple's Second Supplemental Objections and Responses to Samsung's First Set of Interrogatories. On the

1  same day, Samsung served Samsung's Further Supplemental Responses to Apple's Second and Third Sets of Interrogatories.

6. On April 25, 2013, Samsung served its Second Amended Invalidity Contentions pursuant to a stipulation between the parties that allowed for this amendment.  Attached hereto as **Exhibit 3** is a true and correct copy of relevant excerpts from Samsung's Second Amended Patent Local Rules 3-3 and 3-4 Disclosures, dated April 25, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brian Buroker
Brian Buroker

## ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Brian M. Buroker has concurred in this filing.

Dated:  June 11, 2013         By:   /s/ H. Mark Lyon
                                    H. Mark Lyon