QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REQUESTS FOR ADMISSION** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  WHEREAS, Apple Inc. ("Apple") commenced this action (the "Litigation") against
2 Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
3 Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the
4 Parties" and individually each a "Party") on February 8, 2012;
5  WHEREAS, Samsung subsequently filed counterclaims against Apple;
6  WHEREAS, the Parties and third parties subsequently have voluminous amounts of
7 documents in connection with discovery;
8  WHEREAS, pursuant to the Court's Case Management Order (Docket No. 160), the fact
9 discovery cutoff in this litigation is July 8, 2013; and
10  WHEREAS, the Parties have determined that it is in their mutual interest to have
11 additional time to prepare Requests for Admission asking for the authenticity of documents
12 produced by the Parties and third parties, in the hope that they might reach agreement regarding
13 authenticity and therefore obviate the need for mutually burdensome discovery;
14  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as
15 follows:
16  1.  The deadline to serve Requests for Admission asking for the authenticity of
17 documents shall be extended to August 20, 2013.

DATED:   June 12, 2013

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Amar L. Thakur*
    Charles K. Verhoeven
    Kevin P.B. Johnson
    Victoria F. Maroulis
    William C. Price
    Michael L. Fazio

    Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

By  */s/ Rod J. Stone [with permission]*
    Josh A. Krevitt
    H. Mark Lyon
    Michael A. Jacobs
    Richard S. J. Hung
    William F. Lee
    Mark D. Selwyn

    Attorneys for APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER REGARDING REQUESTS FOR ADMISSION**<br><br>**CASE NO. 5:12-CV-00630-LHK** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | |

1   WHEREAS, Apple Inc. ("Apple") commenced this action (the "Litigation") against
2  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
3  Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the
4  Parties" and individually each a "Party") on February 8, 2012;

5   WHEREAS, Samsung subsequently filed counterclaims against Apple;

6   WHEREAS, the Parties and third parties subsequently have produced thousands of pages
7  of documents in connection with discovery in the Litigation;

8   WHEREAS, pursuant to the Court's Case Management Order (Docket No. 160), the fact
9  discovery cutoff in this litigation is July 8, 2013; and

10   WHEREAS, the Parties have determined that it is in their mutual interest to have
11  additional time to prepare Requests for Admission asking for the authenticity of documents
12  produced by the Parties and third parties, in the hope that they might reach agreement regarding
13  authenticity and therefore obviate the need for mutually burdensome discovery;

14   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as
15  follows:

16   The deadline to serve Requests for Admission asking for the authenticity of documents
17  shall be extended to August 20, 2013.

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**   The deadline for the parties to serve
20  Requests for Admission asking for the authenticity of documents shall be extended to August 20,
21  2013.

Dated:   _____, 2013        By:_____
                                           HONORABLE LUCY H. KOH