1
2
3                    UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5                           SAN JOSE DIVISION
6

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 5:12-cv-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER REGARDING REQUESTS FOR ADMISSION** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **CASE NO. 5:12-CV-00630-LHK** |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

1  WHEREAS, Apple Inc. ("Apple") commenced this action (the "Litigation") against
2 Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
3 Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the
4 Parties" and individually each a "Party") on February 8, 2012;

5  WHEREAS, Samsung subsequently filed counterclaims against Apple;

6  WHEREAS, the Parties and third parties subsequently have produced thousands of pages
7 of documents in connection with discovery in the Litigation;

8  WHEREAS, pursuant to the Court's Case Management Order (Docket No. 160), the fact
9 discovery cutoff in this litigation is July 8, 2013; and

10  WHEREAS, the Parties have determined that it is in their mutual interest to have
11 additional time to prepare Requests for Admission asking for the authenticity of documents
12 produced by the Parties and third parties, in the hope that they might reach agreement regarding
13 authenticity and therefore obviate the need for mutually burdensome discovery;

14  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as
15 follows:

16  The deadline to serve Requests for Admission asking for the authenticity of documents
17 shall be extended to August 20, 2013.

18

19 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**   The deadline for the parties to serve
20 Requests for Admission asking for the authenticity of documents shall be extended to August 20,
21 2013.

22

23
24  Dated:   _____, 2013     By:_____
                                             HONORABLE LUCY H. KOH
25