JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF PETER J. KOLOVOS REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Samsung filed an Administrative Motion to File Documents Under Seal (Dkt. No. 577), including portions of Samsung's Supplemental Brief in Support of Samsung's Motion for Leave to Amend and Supplement Its Infringement Contentions ("Samsung's Supplemental Brief"), portions of the Supplemental Declaration of Todd Briggs in Support of Samsung's Supplemental Brief it Its Motion for Leave to Amend and Supplement Its Infringement Contentions ("Briggs Declaration"), and Exhibits 1-4 to the Briggs Declaration.

3. Apple does not seek the sealing of any portions of Samsung's Supplemental Brief or the Briggs Declaration.

4. Exhibit 1 to the Briggs Declaration is an email chain reflecting privileged communications between outside counsel and Apple about certain patents. Exhibit 2 to the Briggs Declaration is a PowerPoint presentation for use in connection with an offer to acquire patents. Exhibits 3 and 4 to the Briggs Declaration are opinion letters from outside counsel to Apple. All four documents reflect a confidential patent analysis prepared by outside counsel at Apple's request in connection with an offer to sell patents. The disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Erica Tierney in Support of Apple's Corrected Renewed Motion to Seal (*Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 2250-1 at 6-7 (supporting sealing license agreements, draft license agreements and emails negotiating license agreements))).

5. The relief requested by Apple is necessary and narrowly tailored to protect Apple's confidential patent analysis in connection with offers to sell intellectual property from

1  other parties.  The disclosure of such information would provide a competitive advantage to
2  parties that attempt to sell intellectual property to Apple.
3       6.      I declare under the penalty of perjury under the laws of the United States of
4  America that the forgoing is true and correct to the best of my knowledge and that this
5  Declaration was executed this 13th day of June, 2013, in Boston, Massachusetts.

Dated:  June 13, 2013                  /s/ Peter J. Kolovos
                                       Peter J. Kolovos

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on June 13, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn<br>
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated:  June 13, 2013                     */s/ Mark D. Selwyn*
                                          Mark D. Selwyn