QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

02198.51981/5366129.1

Case No. 12-CV-00630-LHK
SAMSUNG'S MOT. TO FILE DOCUMENTS UNDER SEAL

1  Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal portions of Samsung's Reply Brief In Support of Samsun's Motion to Amend the Case Management Order ("the Reply"), and Exhibit 2 to the Declaration of Alex Baxter submitted therewith.  Samsung seeks to seal those portions of the Reply that reference the Declaration of Kenneth Korea, submitted under seal in support of Samsung's Motion to Amend the Case Management Order and for Leave to Amend Its Answer to Apple's Counterclaims in Reply ("the Motion") (Dkt. 535),  and Exhibit 2 to the Baxter Declaration, that discuss Samsung's confidential business information.

Samsung has established good cause to permit filing Exhibit 2 to the Baxter Declaration and portions of the Reply under seal through the Declaration of Daniel Shim in Support of Samsung's Administrative Motion to File Documents Under Seal, filed herewith.  In short, the above documents discuss and refer to negotiations between Samsung and Apple regarding patent licensing between the two companies and include descriptions of offers and negotiating positions.

Samsung's entire filing will be lodged with the Court for in camera review and served on all parties.  A proposed public redacted version of the Reply is attached hereto.

DATED:  June 13, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Victoria F. Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC