1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS CO.,
16 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18                     UNITED STATES DISTRICT COURT

19           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| 21         Plaintiff, | **DECLARATION OF DANIEL W. SHIM IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 22         vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26         Defendants. | |

02198.51981/5317460.2

Case No. 12-CV-00630-LHK
DECLARATION OF DANIEL W. SHIM

I, Daniel Wooseob Shim, hereby declare as follows:

1. I am a Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Samsung's Administrative Motion to Seal. Samsung seeks to seal to Exhibit 2 to the Declaration of Alex Baxter.   Samsung also seeks seal limited portions of its Reply Brief in Support of Samsung's Motion to Amend the Case Management Order.

3. Exhibit 2 contains highly confidential information that is proprietary to Samsung. This exhibit discusses negotiations between Samsung and Apple for licenses to intellectual property.   This information is non-public.

4. The Parties and the Court have agreed that such licensing information is highly sensitive and should be designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. *See* Dkt. 171-1 (Agreed-upon Protective Order), § 9(a).

5. Samsung and Apple signed two non-disclosure agreements with regard to the negotiations discussed by Exhibit 2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Suwon, South Korea on June 13, 2013.



By _____
Daniel W. Shim

02198.51981/5317460.2 1

Case No. 12-CV-00630-LHK
DECLARATION OF DANIEL W. SHIM

2

1 **ATTESTATION**

2   I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the
3 foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic
4 filing of this document has been obtained from Daniel Shim.

5

6         */s/ Victoria F. Maroulis*
7         Victoria F. Maroulis

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 02198.51981/5317460.2 1

Case No. 12-CV-00630-LHK
DECLARATION OF DANIEL W. SHIM
3