QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF ALEX BAXTER IN SUPPORT OF SAMSUNG'S REPLY BRIEF TO ITS MOTION TO AMEND THE CASE MANAGEMENT ORDER** |

02198.51981/5366072.1

Case No. 12-CV-00630-LHK (PSG)
BAXTER DECLARATION IN SUPPORT OF SAMSUNG'S REPLY BRIEF TO ITS
MOTION FOR TO AMEND THE CASE MANAGEMENT ORDER

## DECLARATION OF ALEX BAXTER

I, Alex Baxter, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Notice of Final Determination issued by the International Trade Commission in Investigation No. 337-TA-794.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a letter from BJ Watrous to Jae Wan Chi, dated May 16, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2013, at San Francisco, California.

By  /s/ Alex Baxter

Alex Baxter

02198.51981/5366072.1

-2- Case No. 12-CV-00630-LHK (PSG)
BAXTER DECLARATION IN SUPPORT OF SAMSUNG'S REPLY TO ITS
MOTION FOR TO AMEND THE CASE MANAGEMENT ORDER

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Alex Baxter.


     */s/ Victoria F. Maroulis*

Victoria F. Maroulis

02198.51981/5366072.1

-3-     Case No. 12-CV-00630-LHK (PSG)
BAXTER DECLARATION IN SUPPORT OF SAMSUNG'S REPLY TO ITS
MOTION FOR TO AMEND THE CASE MANAGEMENT ORDER