1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3  Administrative Motion to File Documents Under Seal.
4   Samsung has filed the Declaration of Daniel Shim, as required under Civil L.R. 79-5 and
5  General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.
6  The Shim Declaration establishes that portions of Samsung's Reply Brief in Support of Samsung's
7  Motion to Amend the Case Management Order, as well as Exhibit 2 to the Declaration of Alex
8  Baxter, contain Samsung's confidential business and trade secret information.
9   Accordingly, for good cause shown, the Court HEREBY ORDERS that the portions of
10 Samsung's Reply Brief that contain Samsung's confidential business and trade secret information,
11 as well as Exhibit 2 to the Baxter Declaration, shall be filed under seal.

13 DATED: _____

HON. Lucy H. Koh
United States District Judge