UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | CASE NO. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER REGARDING REQUESTS FOR ADMISSION**<br><br>**CASE NO. 5:12-CV-00630-LHK** |

1  WHEREAS, Apple Inc. ("Apple") commenced this action (the "Litigation") against
2  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
3  Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the
4  Parties" and individually each a "Party") on February 8, 2012;

5  WHEREAS, Samsung subsequently filed counterclaims against Apple;

6  WHEREAS, the Parties and third parties subsequently have produced thousands of pages
7  of documents in connection with discovery in the Litigation;

8  WHEREAS, pursuant to the Court's Case Management Order (Docket No. 160), the fact
9  discovery cutoff in this litigation is July 8, 2013; and

10  WHEREAS, the Parties have determined that it is in their mutual interest to have
11  additional time to prepare Requests for Admission asking for the authenticity of documents
12  produced by the Parties and third parties, in the hope that they might reach agreement regarding
13  authenticity and therefore obviate the need for mutually burdensome discovery;

14  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as
15  follows:

16  The deadline to serve Requests for Admission asking for the authenticity of documents
17  shall be extended to August 20, 2013.

18

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**   The deadline for the parties to serve
20  Requests for Admission asking for the authenticity of documents shall be extended to August 20,
21  2013.

22

23  Dated:   June 14     , 2013     By: *Lucy H. Koh*
24                                          HONORABLE LUCY H. KOH

01980.52084/5357271.2

-1-

12-CV-00630-LHK
~~Case No.~~ CASE NO. ~~11-cv-01846-LHK~~
JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING AUTHENTICITY OF DOCUMENTS