QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF AMAR L. THAKUR IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO PRECLUDE APPLE FROM ASSERTING UNTIMELY DATES OF CONCEPTION** |

### DECLARATION OF AMAR L. THAKUR

I, Amar L. Thakur, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of a letter from Amar Thakur to Peter J. Kolovos of Wilmer Cutler Pickering Hale and Dorr LLP, dated January 3, 2013.

3. Samsung's Interrogatory No. 2 requested Apple's contentions regarding the dates of conception for each of Apple's patents, as well as "the identity of all documents (by Bates numbers) relating to such contentions."  As is evidenced by Exhibit C to my declaration in support of Samsung's moving papers (Declaration of Amar Thakur in Support of Samsung's Motion to Preclude Apple from Asserting Untimely Dates of Conception dated May 28, 2013), when Apple responded to Samsung's interrogatory, it failed to provide document citations in support of its response.  I raised this issue in my January 3, 2013 letter attached hereto as Exhibit A.  When the meet and confer process finally ended in March 2013, and Samsung agreed to a schedule to supplement interrogatory responses concerning conception and reduction to practice, I believed Apple's supplementation to Interrogatory No. 2 would focus on identifying the documents that support Apple's asserted conception dates.  I did not expect that Apple's supplementation would contain new dates of conception for four of Apple's asserted patents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on the 18th day of June, 2013, in Los Angeles, California.

Amar L. Thakur

-1-
THAKUR DECLARATION ISO SAMSUNG'S REPLY RE MOTION TO PRECLUDE APPLE FROM ASSERTING UNTIMELY DATES OF CONCEPTION