1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100

15

16 UNITED STATES DISTRICT COURT

17 NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 19         Plaintiff, | **DECLARATION OF DANIEL WOOSEOB SHIM** |
| 20      vs. | |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24         Defendants. | |
| 25 | |

26

27

28

I, Daniel Wooseob Shim, declare:

1.      I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC").  I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2.      I submit this declaration in support of Apple's Administrative Motion to Seal Exhibits 3 and 4 to the Supplemental Declaration of Joshua Furman in Support of Apple's Motion for Leave to Amend and Supplement Its Infringement Contentions (Dkt. No. 592) ("Exhibits 3 and 4").

3.      Exhibits 3 and 4 contain highly-confidential information about Samsung's source code, including the names and descriptions of source code files that Samsung includes in its products, and Samsung's modification of Android source code.  As this Court has previously found, disclosure of source code excerpts and file names, and detailed descriptions of code is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products.  Samsung thus requests that the Court grant Apple's motion to seal Exhibits 3 and 4.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Suwon, South Korea on June 18, 2013.



Daniel Wooseob Shim