Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF APPLE'S MOTION FOR LEAVE TO AMEND ITS DISCLOSURE OF ASSERTED CLAIMS & INFRINGEMENT CONTENTIONS** |

I, Lindsay Cooper, declare under 28 U.S.C. § 1746:

1. I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Apple's Administrative Motion to File Under Seal. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. On June 11, 2013, Apple Inc. ("Apple") filed an administrative motion to file documents under seal (Docket No. 592), which sought to protect information non-party Google designated as "GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" and discussed in Exhibits 2 and 3 to the Supplemental Declaration of Joshua Furman in Support of Apple's Motion for Leave to Amend Its Disclosure of Asserted Claims & Infringement Contentions (Docket No. 592, Attachments 5 and 6). Pursuant to Civil L.R. 79-5(d), non-party Google submits this Declaration in support of Apple's administrative motion to file documents under seal (Docket No. 592), to the extent Apple's Motion and supporting documents reference non-party Google's highly confidential or proprietary business information.

3. Selected portions of Exhibit 2 (Docket No. 592, Attachment 5) discuss non-party Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 512) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

4. Selected portions of Exhibit 3 (Docket No. 592, Attachment 6) discuss non-party Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 512) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on June 18, 2013.

By /s/ Lindsay Cooper
Lindsay Cooper