1  Amy H. Candido
   amycandido@quinnemanuel.com
2  Matthew S. Warren
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
4  50 California Street, 22nd Floor
   San Francisco, California  94111-4788
5  (415) 875-6600
   (415) 875-6700 facsimile
6
7  Attorneys for Non-Party Google Inc.
8

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                    SAN JOSE DIVISION
12

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF APPLE'S MOTION FOR LEAVE TO AMEND ITS DISCLOSURE OF ASSERTED CLAIMS & INFRINGEMENT CONTENTIONS** |

Apple has filed an administrative motion to file documents under seal (Docket No. 592), which sought to protect information non-party Google Inc. ("Google") designated as "GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" and discussed in Exhibits 2 and 3 to the Supplemental Declaration of Joshua Furman in Support of Apple's Motion for Leave to Amend Its Disclosure of Asserted Claims & Infringement Contentions (Docket No. 592, Attachments 5 and 6). Google has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes selected portions of Exhibits 2 and 3 to the Supplemental Declaration of Joshua Furman (Docket No. 592, Attachments 5 and 6) contain Google's highly confidential and proprietary information and could be used to its disadvantage by competitors if they are not filed under seal.

Accordingly, for good cause shown, the Court ORDERS that the confidential, unredacted version of Exhibits 2 and 3 to the Supplemental Declaration of Joshua Furman in Support of Apple's Motion for Leave to Amend Its Disclosure of Asserted Claims & Infringement Contentions shall be filed under seal.

**IT IS SO ORDERED.**

DATED: _____    _____
　　　　　　　　　　　　　　　　　　　　　Hon. Paul S. Grewal
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge