1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Bar No. 250814)
3  kevinsmith@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
   Michael L. Fazio (Bar No. 228601)
12 michaelfazio@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
13 Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
14 Facsimile:  (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

18                    UNITED STATES DISTRICT COURT

19           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG)
21 |            Plaintiff,                 | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
22 |            vs.                        |
23 | SAMSUNG ELECTRONICS CO., LTD., a      |
24 | Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG
25 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
26 |
27 |            Defendants.

28

1  Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2 Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3 America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal
4 the following documents:

5  1. The confidential, unredacted version of Samsung's Reply in Support of Its Motion
6    for Leave to Amend Its Invalidity Contentions.

7  The above documents discuss, refer to, or comprise documents that Apple has designated
8 as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order.
9 Samsung accordingly files these documents under seal, and expects that Apple will comply with
10 L.R. 79-5(d) by filing an appropriate declaration with the Court within seven days for those
11 portions and documents that reference Apple-designated information.

12  Pursuant to General Order 62, Samsung's entire filing will be lodged with the Court for *in*
13 *camera* review and served on all parties.  A proposed redacted version of Samsung's Reply in
14 Support of Its Motion for Leave to Amend Its Invalidity Contentions has been filed concurrently
15 with this motion.

DATED: June 18, 2013	QUINN EMANUEL URQUHART &
	SULLIVAN, LLP

	By */s/ Michael L. Fazio*
	    Charles K. Verhoeven
	    Kevin P.B. Johnson
	    Victoria F. Maroulis

	    Attorneys for Defendants
	    SAMSUNG ELECTRONICS CO., LTD.,
	    SAMSUNG ELECTRONICS AMERICA, INC.,
	    and SAMSUNG TELECOMMUNICATIONS
	    AMERICA, LLC