Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Counterclaim-Plaintiff,<br><br>       v.<br><br>APPLE INC., a California corporation,<br><br>            Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK-PSG<br><br>**GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION TO QUASH APPLE'S SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND TESTIMONY** |

1  Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, non-party Google Inc.
2  ("Google") hereby brings this administrative motion to file the following documents under seal:
3  1. Exhibit 7 to the Declaration of Kristin J. Madigan in support of Google's Motion to
4  Quash Apple's Subpoenas for the Production of Documents and Testimony, which is a true and
5  correct copy of a letter from Michael Valek to Matthew S. Warren, dated May 20, 2013.
6  2. Exhibit 8 to the Declaration of Kristin J. Madigan in support of Google's Motion to
7  Quash Apple's Subpoenas for the Production of Documents and Testimony, which is a true and
8  correct copy of a letter from Michael Valek to Matthew S. Warren, dated May 24, 2013.
9  3. Exhibit 13 to the Declaration of Kristin J. Madigan in support of Google's Motion
10 to Quash Apple's Subpoenas for the Production of Documents and Testimony, which is a true and
11 correct copy of Apple's Fifth and Sixth Subpoenas to Google, served on June 4, 2013.
12 4. Exhibit 14 to the Declaration of Kristin J. Madigan in support of Google's Motion
13 to Quash Apple's Subpoenas for the Production of Documents and Testimony, which is a true and
14 correct copy of Responses and Objections of Non-Party Google Inc. to Subpoena to Produce
15 Documents Served by Plaintiff and Counterclaim-Defendant Apple Inc., dated on June 18, 2013.
16 5. Exhibit 15 to the Declaration of Kristin J. Madigan in support of Google's Motion
17 to Quash Apple's Subpoenas for the Production of Documents and Testimony, which is a true and
18 correct copy of Responses and Objections of Non-Party Google Inc. to Subpoena to Testify at a
19 Deposition in a Civil Action Served by Plaintiff and Counterclaim-Defendant Apple Inc., dated
20 June 18, 2013.
21 6. Portions of Google's Motion to Quash Apple's Subpoenas for the Production of
22 Documents and Testimony that reflect the confidential information in the foregoing exhibits.
23 Google has established good cause to permit filing these documents under seal through the
24 Declaration of Lindsay M. Cooper in Support of Google Inc.'s Administrative Motion to File
25 Documents Under Seal ("Cooper Declaration"), filed herewith. In short, the above documents
26 discuss and refer to documents and things that Google has designated as "GOOGLE'S HIGHLY
27 CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" under the under the protective
28 order governing confidentiality in this action (Docket No. 512) and the agreed addendum to the

1  protective order regarding Google source code production (Docket No. 159).  Google accordingly
2  files these documents under seal, and expects that Apple will comply with L.R. 79-5(d) by filing
3  an appropriate declaration with the Court within seven days for those portions and documents that
4  reference Apple-designated information.  Google's entire filing will be lodged with the Court for
5  *in camera* review and served on all parties.

6  DATED:  June 18, 2013               QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                       By: */s Matthew S. Warren*
                                           Amy H. Candido
                                           amycandido@quinnemanuel.com
                                           Matthew S. Warren
                                           matthewwarren@quinnemanuel.com
                                           QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                           50 California Street, 22nd Floor
                                           San Francisco, California  91111-4788
                                           (415) 875-6600
                                           (415) 875-6700 facsimile

                                           *Attorneys for Non-Party Google Inc.*