Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiff,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF LINDSAY M. COOPER IN SUPPORT OF GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Lindsay M. Cooper, declare under 28 U.S.C. § 1746:

1. I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. I submit this declaration in support of Google's Administrative Motion to File Under Seal. Google seeks to seal Exhibits 7, 8, 13, 14, and 15 to the Declaration of Kristin J. Madigan in support of Google's Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony, and to seal portions of Google's Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony that reflect the confidential information in the foregoing Exhibits.

3. Exhibits 7, 8, 13, 14, and 15 to the Declaration of Kristin J. Madigan in support of Google's Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony, and portions of Google's Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony that reflect the confidential information in the foregoing Exhibits, contain information Google designated as "GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" under the protective order governing confidentiality in this action (Docket No. 512) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

I declare under penalty of perjury under the last of the United States that the foregoing is true and correct. Executed in San Francisco, California, on June 18, 2013.

By: */s Lindsay M. Cooper*
     Lindsay M. Cooper

**GENERAL ORDER ATTESTATION**

I, Matthew S. Warren, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Lindsay M. Cooper has concurred in this filing.

By: */s Matthew S. Warren*
Matthew S. Warren