```
 1  Amy H. Candido
    amycandido@quinnemanuel.com
 2  Matthew S. Warren
    matthewwarren@quinnemanuel.com
 3  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
 4  50 California Street, 22nd Floor
    San Francisco, California  94111-4788
 5  (415) 875-6600
    (415) 875-6700 facsimile
 6

 7  Attorneys for Non-Party Google Inc.

 8

 9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12
```

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Counterclaim-Plaintiff,<br><br>     v.<br><br>APPLE INC., a California corporation,<br><br>          Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION TO QUASH APPLE'S SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND TESTIMONY** |

Google has filed an Administrative Motion to File Documents Under Seal, which sought to protect information non-party Google designated as "GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY."

Non-party Google Inc. ("Google") has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that Exhibits 7, 8, 13, 14, and 15 to the Declaration of Kristin J. Madigan in support of Google's Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony, and portions of Google's Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony that reflect the confidential information in the foregoing Exhibits, contain non-party Google's highly confidential and proprietary information and could be used to its disadvantage by competitors if they are not filed under seal.

Accordingly, for good cause shown, the Court ORDERS that Exhibits 7, 8, 13, 14, and 15 to the Declaration of Kristin J. Madigan in support of Google's Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony, and portions of Google's Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony that reflect the confidential information in the foregoing Exhibits, shall be filed under seal.

**IT IS SO ORDERED.**

DATED: _____  _____
Hon. Paul S. Grewal
United States Magistrate Judge