```
 1  Amy H. Candido (Bar No. 237829)
    amycandido@quinnemanuel.com
 2  Matthew S. hew S. Warren (Bar No. 230565)
    Matthew S. hewwarren@quinnemanuel.com
 3  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    50 California Street, 22nd Floor
 4  San Francisco, California   94111-4788
    (415) 875-6600
 5  (415) 875-6700 facsimile

 6  Attorneys for Non-Party Google Inc.

 7

 8                     UNITED STATES DISTRICT COURT

 9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION
```

| | |
|---|---|
| APPLE INC., a California Corporation, | Civil Case No. 5:12-cv-630-LHK-PSG |
| Plaintiff, | **DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF GOOGLE'S MOTION TO QUASH APPLE'S SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND TESTIMONY** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Hearing:**<br><br>Date:  TBD<br>Time:  TBD<br>Place: Courtroom 5, Fourth Floor<br>Judge: Hon. Paul S. Grewal |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

I, Kristin J. Madigan, declare:

1. I am a member of the State Bar of California and an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Google Inc. ("Google"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Matthew S. Warren to Michael A. Valek, dated May 16, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Michael A. Valek to Matthew S. Warren, dated June 4, 2013.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Michael Valek to Matthew S. Warren, dated June 17, 2013.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Matthew S. Warren to Michael Valek, dated March 22, 2013.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Matthew S. Warren to Michael Valek, dated April 9, 2013.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter from Matthew S. Warren to Frederick Chung, dated May 19, 2013.

8. Attached hereto as Exhibit 7 is a true and correct copy of a letter from Michael Valek to Matthew S. Warren, dated May 20, 2013.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter from Michael Valek to Matthew S. Warren, dated May 24, 2013.

10. Attached hereto as Exhibit 9 is a true and correct copy of a letter from Lindsay Cooper to Michael Valek, dated May 10, 2013.

11. Attached hereto as Exhibit 10 is a true and correct copy of a letter from Lindsay Cooper to Michael Valek, dated May 30, 2013.

12. Attached hereto as Exhibit 11 is a true and correct copy of a letter from Lindsay Cooper to Michael Valek, dated June 3, 2013.

1     13.     Attached hereto as Exhibit 12 is a true and correct copy of a letter from Lindsay
2  Cooper to Michael Valek, dated June 7, 2013.
3     14.     Attached hereto as Exhibit 13 is a true and correct copy of Apple's Fifth and Sixth
4  Subpoenas to Google, served on June 4, 2013.
5     15.     On June 18, 2013, Google and Apple conducted a telephonic meet and confer
6  regarding the Fifth and Sixth Subpoenas. During that conference, Google requested that Apple
7  withdraw the subpoenas. Apple refused.
8     16.     Attached hereto as Exhibit 14 is a true and correct copy of Responses and
9  Objections of Non-Party Google Inc. to Subpoena to Produce Documents Served by Plaintiff and
10 Counterclaim-Defendant Apple Inc., dated on June 18, 2013.
11    17.     Attached hereto as Exhibit 15 is a true and correct copy of Responses and
12 Objections of Non-Party Google Inc. to Subpoena to Testify at a Deposition in a Civil Action
13 Served by Plaintiff and Counterclaim-Defendant Apple Inc., dated June 18, 2013.

DATED: June 18, 2013

By: */s Kristin J. Madigan*
Kristin J. Madigan

**GENERAL ORDER ATTESTATION**

I, Matthew S. Warren, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Kristin J. Madigan has concurred in this filing.

By: */s Matthew S. Warren*
Matthew S. Warren