# EXHIBIT 1

quinn emanuel trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700

May 16, 2013

<u>VIA ELECTRONIC MAIL</u>

Michael A. Valek
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, Texas  75201
apple/samsung@gibsondunn.com

Re:   <u>Apple Inc. v. Samsung Electronics Co., Ltd. et al., Case No. 12-630 (N.D. Cal.)</u>

Dear Mr. Valek:

As you know, non-party Google Inc. ("Google") has agreed, subject to its objections and as narrowed by our subsequent meet-and-confer discussions, to provide testimony on certain topics in response to the subpoenas served on Google by plaintiff and counterclaim-defendant Apple Inc. ("Apple").  I now provide specifics.

**1.      Google Witnesses for Deposition**

Paul Westbrook will testify regarding topics 1-9 as those topics relate to synchronization by the Android Gmail application.  Mr. Westbrook is available for deposition on Tuesday, June 4, 2013, at Quinn Emanuel's Silicon Valley office.

Fred Quintana will testify regarding topics 1-9, as those topics relate to synchronization by Google's Android Calendar and Contacts applications.  Mr. Quintana is available for deposition on Thursday, June 6, 2013, at Quinn Emanuel's Silicon Valley office.

Dianne Hackborn will testify regarding topics 1-9, as those topics relate to Linkify and Intents.  Ms. Hackborn is available for deposition on Tuesday, June 11, 2013, at Quinn Emanuel's Silicon Valley office.

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

Michael A. Valek
May 16, 2013
Page 2

Jeff Hamilton will testify regarding topics 1-9, as those topics relate to Google's missed call screen.  Mr. Hamilton is available for deposition on Wednesday, June 12, 2013 in Austin, Texas.  Mr. Hamilton's deposition will respond to Apple's subpoenas in both this action and in *Apple Inc. v. Motorola Mobility LLC et al.*, Case No. 12-20271 (S.D. Fla.).

Jim Miller will testify regarding topics 1-9, as those topics relate to the insecure keyguard screen.  Mr. Miller is available for deposition on Thursday, June 13, 2013.  Mr. Miller's deposition will respond to Apple's subpoenas in both this action and in *Apple Inc. v. Motorola Mobility LLC et al.*, Case No. 12-20271 (S.D. Fla.).

Ken Wakasa will testify regarding topics 1-9, as those topics relate to the Android Keyboard.  Mr. Wakasa is available for deposition on Tuesday, June 18, 2013, in Hong Kong.  Mr. Wakasa's deposition will respond to Apple's subpoenas in both this action and in *Apple Inc. v. Motorola Mobility LLC et al.*, Case No. 12-20271 (S.D. Fla.).

Bjorn Bringert will testify regarding topics 1-9, as those topics relate to Google's Quick Search Box and Google Now.  Mr. Bringert is available for deposition on Friday, June 21, 2013, in Bath, England.

Cary Clark will testify regarding topics 1-9, as those topics relate to Browser, CacheBuilder, and WebView.  Mr. Clark is available for deposition on Tuesday, June 25, 2012 in Chapel Hill, North Carolina.

**2.   Google's Document Production**

Apple has requested that Google search for and produce responsive, non-privileged documents from additional custodians, and has also asked Google search for and produce responsive, non-privileged documents from existing custodians using additional search terms.  Should Google collect, process, review and produce additional materials, we may not complete our production before these depositions.  These depositions will proceed with the understanding that each witness will only testify once, even if Google later produces additional documents in response to Apple's requests.

*   *   *   *   *

As soon as possible, please confirm these dates as well as the locations for the depositions of Messrs. Hamilton, Wakasa, Bringert and Clark.  Thank you for your continued time and courtesy in this matter.

Very truly yours,

/s
Matthew S. Warren