# EXHIBIT 2

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

2100 McKinney Avenue
Dallas, TX 75201-6912
Tel 214.698.3100
www.gibsondunn.com

Michael Valek
Direct: +1 214.698.3369
Fax: +1 214.571.2916
MValek@gibsondunn.com

June 4, 2013

VIA ELECTRONIC MAIL

Matthew S. Warren
Quinn Emanuel Urquart & Sullivan LLP
50 California St., 22nd Floor
San Francisco, CA 94111

Re:   Apple v. Samsung (12-cv-630)

Dear Counsel:

This letter confirms our discussions yesterday regarding the scheduling of some of the upcoming depositions of Google witnesses:

1) Apple confirmed that it will take the deposition of Mr. Westbrook on June 11, 2013, Mr. Quintana on June 13, 2013, Ms. Hackborn on June 18, 2013 and Mr. Clark on June 19, 2013 in Quinn Emanuel's Silicon Valley office.

2) Google confirmed that Mr. Westbrook will be designated both on Gmail and the Android Mail application as they relate to Topics 1-9.

3) Apple accepted Google's offer to move the date for Mr. Bringert's deposition to June 28, 2013, and confirmed that it will take Mr. Bringert's deposition on June 28, 2013 in Bath, England.

4) Apple's counsel for the Samsung case accepted Google's offer to move the date for Mr. Wakasa's deposition to June 25, 2013, and confirmed that it will take Mr. Wakasa's deposition on June 25, 2013 in Hong Kong.  As we discussed, any agreement to Google's request that this deposition be combined with the deposition of Mr. Wakasa in the Motorola case is subject to Google agreeing to the conditions that have been proposed by Apple's counsel and resolving any pending document production issues.

5) Google confirmed that it will look for new deposition dates for Mr. Hamilton and Mr. Miller.  Apple proposed July 2, 2013, as an alternative date for Mr. Miller and you agreed to check with the witness regarding the same.  Again, as we discussed, any agreement to Google's request that these depositions be combined with the depositions of the same

GIBSON DUNN

Matthew S. Warren
June 4, 2013
Page 2

witnesses in the Motorola case is subject to Google agreeing to the conditions that have been proposed by Apple's counsel and resolving any pending document production issues.

6) You agreed to accept service of subpoenas on behalf of these witnesses for their personal deposition.

Sincerely,

*/s/ Michael A. Valek*

MAV/pdd

101528372.1