# EXHIBIT 3

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

2100 McKinney Avenue
Dallas, TX 75201-6912
Tel 214.698.3100
www.gibsondunn.com

Michael Valek
Direct: +1 214.698.3369
Fax: +1 214.571.2916
MValek@gibsondunn.com

June 17, 2013

VIA ELECTRONIC MAIL

Matthew S. Warren
Quinn Emanuel Urquart & Sullivan LLP
50 California St., 22nd Floor
San Francisco, CA 94111

Re:     Apple v. Samsung (12-cv-630)

Dear Counsel:

This letter responds to your recent letters, including Google's June 16, 2013 letter, regarding deposition dates for Google witnesses.

First, Apple's counsel in the Samsung case will proceed with the depositions of Mr. Clark on June 25, 2013 in Quinn Emanuel's Silicon Valley office and Mr. Hamilton on June 27, 2013[1] in Austin, TX.

Second, Apple's counsel in the Samsung case cannot agree to your proposal to move Mr. Wakasa's deposition in this case to July 9, 2013. Google previously offered and Apple accepted to proceed with Mr. Wakasa's deposition on June 25, 2013 in Hong Kong. Apple's counsel in the Samsung case has already made travel preparations and scheduled other depositions with the June 25, 2013 date in mind and Google's last minute proposal to postpone it until after the close of discovery in the Samsung case is unacceptable, particularly given that the current deadline for initial expert disclosures is only about two weeks later. Accordingly, Apple's counsel in the Samsung case will proceed with Mr. Wakasa's deposition in Gibson Dunn's Hong Kong offices on June 25, 2013, as previously agreed.

While we remain open in principal to combining Mr. Wakasa's deposition with the Motorola action, Google must agree, without reservation, to the full set of reasonable conditions proposed by Apple's counsel in both cases and resolve its outstanding document production

---

[1] Google's June 16, 2013 letter (and earlier letters) indicates that Mr. Hamilton is offered for deposition on July 27, 2013. When I spoke with you about this last week, you indicated that this was a typographical error and that Mr. Hamilton was being offered for deposition on June 27, 2013.

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

**GIBSON DUNN**

Matthew S. Warren
June 17, 2013
Page 2

issues in the Motorola case to the satisfaction of Apple's counsel in that matter.[2]  If Google cannot do so in time for the June 25, 2013 deposition, then Mr. Wakasa's deposition will proceed only with respect to Google's discovery obligations in the Samsung case.

Third, we are evaluating whether we can proceed with the depositions of Ms. Hsieh and Mr. Gold on July 2, 2013.  While Apple has been asking for dates for the depositions on Topics 10 and 12 for months, Google waited until June 16, 2013 to identify these witnesses and offer dates for their depositions.  Moreover, neither of Ms. Hsieh, nor Mr. Gold, are listed as custodians for Google's document production.  Please confirm that Google will search the custodial files for these newly-identified witnesses and produce responsive, non-privileged documents at least 10 days in advance of their deposition.

Fourth, we understand that Google is producing additional documents on June 17, 2013 that are related to the subject matter of Mr. Hamilton's deposition and responsive to search terms proposed by Apple's counsel in the Motorola case and that such documents will also be produced to Apple in this case.  We further understand that any other such additional document productions will be produced to Apple's counsel in the Samsung case.

Fifth, we understand that Mr. Miller has family issues and will do our best to accommodate his schedule in light of the same.  That said, as discussed above, time is running short in the Samsung case.  If Mr. Miller's deposition cannot proceed the week of July 8, 2013, Google will need to provide an alternate corporate representative for the subject matter on which Mr. Miller is designated to testify.

Sixth, as you know, Apple sent notice of the source code relating to Ms. Hackborne's deposition on June 13, 2013.  We understand that Google has located that notice in its files and will bring printouts of that source code to Ms. Hackborne's deposition, as requested.  We will endeavor to route future notices of such and other correspondence to the full service list identified in your June 16, 2013 letter.

---

[2]  As we have repeatedly informed you, Apple's counsel at Gibson Dunn does not represent Apple in the Motorola case and cannot negotiate on Apple's behalf regarding any discovery issues in that matter.

GIBSON DUNN

Matthew S. Warren
June 17, 2013
Page 3


Finally, while you previously represented that all subject matter relating to Topic 15 was privileged, Apple reserves its right to seek a witness in response to that topic after Google produces its privilege log on June 21, 2013.

Sincerely,


*/s/ Michael A. Valek*

MAV/pdd