# EXHIBIT 9

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700

May 10, 2013

<u>VIA ELECTRONIC MAIL AND OVERNIGHT COURIER</u>

Michael A. Valek
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, Texas  75201
apple/samsung@gibsondunn.com

Re:   <u>Apple Inc. v. Samsung Electronics Co., Ltd. et al., Case No. 12-630 (N.D. Cal.)</u>

Dear Mr. Valek:

Enclosed please find one CD-ROM containing documents produced by non-party Google Inc. ("Google"), subject to our objections, in response to the subpoena served by Plaintiff Apple Inc. ("Apple").  The CD-ROM contains documents bearing Bates numbers GOOG-NDCAL630-00054066 through GOOG-NDCAL630-00060684.  These documents include Google's confidential business information under the protective order entered by the Court on May 2, 2012 and December 17, 2012.  We have encrypted this data using TrueCrypt, an open-source encryption program.  For more information, visit http://truecrypt.org.  Please call me to confirm receipt of the CD-ROM so that I can send you the decryption password.

Very truly yours,

/s
Lindsay M. Cooper

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS