EXHIBIT 10

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700

May 30, 2013

VIA ELECTRONIC MAIL

Michael A. Valek
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, Texas 75201
apple/samsung@gibsondunn.com

Re:    Apple Inc. v. Samsung Electronics Co., Ltd. et al., Case No. 12-630 (N.D. Cal.)

Dear Mr. Valek:

I write regarding the production of non-party Google Inc. ("Google") in response to the subpoenas (the "Subpoenas") served on Google by plaintiff and counterclaim-defendant Apple Inc. ("Apple").  Subject of course to our objections, we produce today documents bearing Bates numbers GOOG-NDCAL630-00060685 through GOOG-NDCAL630-00062037.  Please find the documents as follows:

|          |                            |
|----------|----------------------------|
| Site:    | ftp://ftp.quinnemanuel.com |
| Username: | ftp305                    |
| Password: | s57Y37qH                  |

This site will remain available until Wednesday, June 5, 2013.  We have encrypted these documents using TrueCrypt, an open-source encryption program.  For more information, please visit http://truecrypt.org.  Once your office has downloaded the TrueCrypt file, please call me for the decryption password.

Very truly yours,

/s
Lindsay M. Cooper

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | NEW YORK | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS