1  Amy H. Candido (Bar No. 237829)
   amycandido@quinnemanuel.com
2  Matthew S. Warren (Bar No. 230565)
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   50 California Street, 22nd Floor
4  San Francisco, California  94111-4788
   (415) 875-6600
5  (415) 875-6700 facsimile

6  *Attorneys for Non-Party Google Inc.*

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  APPLE INC., a California Corporation,        Civil Case No. 5:12-cv-630-LHK-PSG

13              Plaintiff,                       **[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO QUASH APPLE'S SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND TESTIMONY**

14         v.

15  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG
16  ELECTRONICS AMERICA, INC., a New
    York corporation; and SAMSUNG
17  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
18
                Defendants.
19

20  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG
21  ELECTRONICS AMERICA, INC., a New
    York corporation; and SAMSUNG
22  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
23
                Counterclaim-Plaintiffs,
24         v.

25  APPLE INC., a California corporation,

26              Counterclaim-Defendant.

27

28

1   Non-party Google Inc. ("Google") has filed a Motion to Quash Apple's Subpoenas for the
2   Production of Documents and Testimony (the "Motion to Quash").
3   Having considered the arguments of the parties and the papers submitted, and good cause
4   having been shown, the Court hereby GRANTS Google's Motion to Quash.
5   **IT IS SO ORDERED.**
6
7   DATED: _____, 2013
8
9
10                                              _____
                                                Honorable Paul S. Grewal
11                                              United States Magistrate Judge