Amy H. Candido (Bar No. 237829)
amycandido@quinnemanuel.com
Matthew S. Warren (Bar No. 230565)
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California   94111-4788
(415) 875-6600
(415) 875-6700 facsimile

*Attorneys for Non-Party Google Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York  corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Civil Case No. 5:12-cv-630-LHK-PSG<br><br>**GOOGLE'S MOTION TO SHORTEN TIME FOR BRIEFING REGARDING ITS MOTION TO QUASH APPLE'S SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND TESTIMONY**<br><br>**Hearing:**<br><br>Date:    July 2, 2013<br>Time:   10:00 a.m.<br>Place:   Courtroom 5, Fourth Floor<br>Judge:  Hon. Paul S. Grewal |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York  corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiffs,<br>   v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | |

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that non-party Google Inc. ("Google") shall and does hereby move the Court, under Civil Local Rules 6-1(b) and 6-3, to shorten time for briefing and hearing on Google's Motion to Quash Apple Inc.'s Subpoena for the Production of Documents and Testimony.  This Motion is based on this notice of motion and supporting memorandum of points and authorities; the Declaration of Kristin J. Madigan; and such other written or oral argument as may be presented at or before the time this motion is deemed submitted by the Court.

**RELIEF REQUESTED**

Google seeks an order shortening the time for the briefing and hearing on its Motion to Quash Apple Inc.'s Subpoenas for the Production of Documents and Testimony.

**GOOGLE'S CERTIFICATION PURSUANT TO FED. R. CIV. P. 37(a)(1)**

Google hereby certifies that it has in good faith conferred with Apple in an effort to resolve the discovery dispute described immediately above without Court action.  Google's efforts to resolve this dispute without court intervention are described in the Declaration of Kristin J. Madigan, submitted concurrently herewith.

DATED:  June 18, 2013         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s Matthew S. Warren*
   Amy H. Candido
   amycandido@quinnemanuel.com
   Matthew S. Warren
   matthewwarren@quinnemanuel.com
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
   50 California Street, 22nd Floor
   San Francisco, California  91111-4788
   (415) 875-6600
   (415) 875-6700 facsimile

   *Attorneys for Non-Party Google Inc.*

**MEMORANDUM OF POINTS AND AUTHORITIES**

Google seeks an order shortening time for briefing on its Motion to Quash Apple Inc.'s Subpoena for the Production of Documents and Testimony (the "Motion"), filed concurrently with this Motion to Shorten Time for Briefing Regarding its Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony. Google argues in the Motion that the subpoena for documents ("Fifth Subpoena") and the subpoena for testimony ("Sixth Subpoena") that Apple served on Google on June 4, 2013 should be quashed.

An order shortening time for briefing on the Motion is necessary because the close of fact discovery in this case is July 8, 2013. Unless the Court shortens time to hear Google's Motion, Apple's response will not be due until July 2, 2013, just six days before the close of fact discovery, and the Court will not hear Google's Motion before July 23, 2013, more than two weeks after the close of fact discovery. A shortened briefing schedule will not prejudice Apple. Apple is well-versed in all six of its subpoenas to Google in this case, as well as the nature of discovery sought in its Apple's Fifth Subpoena and Sixth Subpoena.

Accordingly, Google requests that:

1. Apple's Opposition to Google's Motion be filed on or before June 26, 2013, eight days after the filing of Google's Motion.

2. Google's Reply in support of its Motion be filed on or before June 30, 2013, four days after the filing of Apple's Opposition.

3. The Court, in its discretion, may set a hearing date or resolve the motion on the papers.

On June 18, 2013, Google and Apple conducted a telephonic meet and confer regarding the Fifth and Sixth Subpoenas. During that conference, Google requested that Apple withdraw the subpoenas. Apple refused. The parties further met and conferred in an effort to reach agreement regarding the briefing schedule for Google's Motion to Quash, but were unable to reach agreement. *See* Declaration of Kristin J. Madigan in Support of Google's Motion to Shorten Time for Briefing Regarding its Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony, ¶ 2. Google submits that its proposed briefing schedule is appropriate because it

1  maintain the 2:1 ratio of time available for preparing the opposition and reply briefs, and will
2  ensure that briefing is completed before the fact discovery cut-off of July 8.

## CONCLUSION

For all the foregoing reasons, Google respectfully requests that the Court grant Google's Motion to Shorten Time for Briefing Regarding its Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony.

DATED:  June 18, 2013           QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s Matthew S. Warren*
    Amy H. Candido
    amycandido@quinnemanuel.com
    Matthew S. Warren
    matthewwarren@quinnemanuel.com
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    50 California Street, 22nd Floor
    San Francisco, California  91111-4788
    (415) 875-6600
    (415) 875-6700 facsimile

*Attorneys for Non-Party Google Inc.*