```
 1  Amy H. Candido (Bar No. 237829)
    amycandido@quinnemanuel.com
 2  Matthew S. Warren (Bar No. 230565)
    matthewwarren@quinnemanuel.com
 3  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    50 California Street, 22nd Floor
 4  San Francisco, California  94111-4788
    (415) 875-6600
 5  (415) 875-6700 facsimile

 6  Attorneys for Non-Party Google Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York  corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Civil Case No. 5:12-cv-630-LHK-PSG<br><br>**DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF GOOGLE'S MOTION TO SHORTEN TIME FOR BRIEFING REGARDING ITS MOTION TO QUASH APPLE'S SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND TESTIMONY**<br><br>**Hearing:**<br><br>Date:    TBD<br>Time:   TBD<br>Place:  Courtroom 5, Fourth Floor<br>Judge:  Hon. Paul S. Grewal |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York  corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiffs,<br>    v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | |

I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google"). I submit this declaration in support of Google's Motion to Shorten Time for Briefing Regarding its Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony (the "Motion to Shorten Time"), filed concurrently with Google's Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony (the "Motion to Quash"). I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. On June 18, 2013, Google and Apple conducted a telephonic meet and confer regarding the Fifth and Sixth Subpoenas. During that conference, Google requested that Apple withdraw the subpoenas. Apple refused. The parties further met and conferred in an effort to reach agreement regarding the briefing schedule for Google's Motion to Quash, but were unable to reach agreement.

3. The relief requested in Google's Motion to Shorten Time is necessary to allow the court to decide Google's Motion to Quash prior to the close of fact discovery.

4. The present request to shorten the briefing and hearing schedule on Google's Motion to Quash will not affect the schedule of the case.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on June 18, 2013.

By /s/ Kristin J. Madigan
Kristin J. Madigan

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GENERAL ORDER ATTESTATION**

I, Matthew S. Warren, am the ECF user whose ID and password are being used to file this Declaration.  In compliance with General Order 45(X)(B), I hereby attest that Kristin J. Madigan has concurred in this filing.

By: */s Matthew S. Warren*
Matthew S. Warren