1  Amy H. Candido (Bar No. 237829)
   amycandido@quinnemanuel.com
2  Matthew S. Warren (Bar No. 230565)
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   50 California Street, 22nd Floor
4  San Francisco, California  94111-4788
   (415) 875-6600
5  (415) 875-6700 facsimile

6  *Attorneys for Non-Party Google Inc.*

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | APPLE INC., a California Corporation, | Civil Case No. 5:12-cv-630-LHK-PSG

13 |            Plaintiff,                 | **[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO SHORTEN TIME FOR BRIEFING REGARDING ITS MOTION TO QUASH APPLE'S SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND TESTIMONY**

14 |            v.                         |

15 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York  corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

18 |            Defendants.

20 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York  corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

24 |            Counterclaim-Plaintiffs,
25 |     v.
26 | APPLE INC., a California corporation,
27 |            Counterclaim-Defendant.
28

1
2   Non-party Google Inc. ("Google") has filed a Motion to Quash Apple's Subpoenas for the
3   Production of Documents and Testimony (the "Motion to Quash").  Google concurrently filed a
4   Motion to Shorten Time for Briefing Regarding its Motion to Quash Apple's Subpoenas for the
5   Production of Documents and Testimony (the "Motion to Shorten Time").
6   Having considered the arguments of the parties and the papers submitted, and good cause
7   having been shown, the Court hereby GRANTS Google's Motion to Shorten Time.  The Court
8   hereby ORDERS plaintiff and counterclaim-defendant Apple Inc. to file a response by June 26,
9   2013, for Google to file its reply by June 30, 2013.  The Court will decide the motion on the
10  papers and no hearing will be required.
11  **IT IS SO ORDERED.**
12
13  DATED: _____, 2013
14
15
16                                          _____
                                            Honorable Paul S. Grewal
17                                          United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28