Mark D. Selwyn (SBN 244180)
(*mark.selwyn@wilmerhale.com*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(*william.lee@wilmerhale.com*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 12-cv-00630-LHK<br><br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF APPLE INC.** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Victor F. Souto of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Apple Inc. in this action.  Pursuant to General Order 45 IV(c), counsel respectfully requests that they be included via email on the Court's notification of all electronic filings in this action at the following email address: vic.souto@wilmerhale.com.


Dated:  June 19, 2013

WILMER CUTLER PICKERING
   HALE AND DORR LLP


/s/ Victor F. Souto
Victor F. Souto
WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone:  (212) 937 - 7224
Facsimile:   (212) 230 - 8888

*Counsel for Apple Inc.*

NOTICE OF APPEARANCE
Case No. 12-cv-00630-LHK

1

2

## **CERTIFICATE OF SERVICE**

3

    The undersigned hereby certifies that a true and correct copy of the above and foregoing

4

document has been served on June 19, 2013, to all counsel of record who are deemed to have

5

consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

6

7

    _/s/ Victor F. Souto_____
    Victor F. Souto

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE
Case No. 12-cv-00630-LHK