UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 12-CV-0630-LHK (PSG)<br><br>**ORDER DENYING MOTION TO SHORTEN TIME**<br><br>(**Re: Docket No. 615**) |

Google Inc. ("Google") seeks to have this court hear on shortened time its motion to quash two subpoenas served by Apple Inc. ("Apple") on the grounds that absent the grant of its request its motion will not be heard before the close of fact discovery, which is July 8, 2013. Google does not explain what prejudice, if any, it will suffer if the motion were heard after the cut-off. Google in fact fails to describe how the fact discovery deadline affects it at all. As it has reminded this court in previous appearances,[1] Google is not a party to this litigation. It would seem that any prejudice that could arise from the discovery cut-off would be suffered by the parties alone. Perhaps the court is just not getting something. Maybe even something obvious. But in the absence of any persuasive explanation by Google as to why it should be permitted to jump the line ahead of many

---
[1] *See* Docket Nos. 445, 507.

Case No: 12-0630 LHK (PSG)
ORDER

1

other parties who patiently await their number to be called, the court must decline this special request.

The court DENIES the motion to shorten time.  Google shall notice the motion for hearing pursuant to Civil L.R. 7-2(a), and the parties shall file their papers in compliance with the Civil Local Rules.

**IT IS SO ORDERED.**

Dated: June 19, 2013

PAUL S. GREWAL
United States Magistrate Judge

2

Case No: 12-0630 LHK (PSG)
ORDER