1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Hearing:**<br><br>Date:     June 26, 2013<br>Time:     2:00 p.m.<br>Place:    Courtroom 8, 4th Floor<br>Judge:    Hon. Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | |

WHEREAS, on April 24, 2013, the Court set a Case Management Conference for June 26, 2013, in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 471), before which the parties' Joint Case Management Statement is currently due on June 19, 2013;

WHEREAS, the parties believe that a one-day extension of time to submit their Joint Case Management Statement will allow the parties to narrow their areas of disagreement for a focused discussion at the Case Management Conference;

WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any other deadline presently on calendar in this matter (*i.e.,* the Case Management Conference date will remain unchanged);

WHEREAS, the current deadline for the parties to submit their Joint Case Management Statement is June 19, 2013; and

WHEREAS, both parties agreed to extend the deadline for the parties to submit their Joint Case Management Statement to June 20, 2013. **PURSUANT TO STIPULATION, IT IS SO ORDERED.** The deadline for the parties' Joint Case Management Statement is hereby extended to June 20, 2013.

Dated: _____, 2013        By:_____
                                               HONORABLE LUCY H. KOH