1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11  APPLE INC., a California corporation,          CASE NO. 5:12-cv-00630-LHK

12                  Plaintiff,                     [PROPOSED] ORDER REGARDING
                                                   EXTENSION OF TIME TO FILE JOINT
13          v.                                     CASE MANAGEMENT CONFERENCE
                                                   STATEMENT
14  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG                    **Hearing:**
15  ELECTRONICS AMERICA, INC., a New York
    corporation; and SAMSUNG                       Date:      June 26, 2013
16  TELECOMMUNICATIONS AMERICA, LLC, a             Time:      2:00 p.m.
    Delaware limited liability company,            Place:     Courtroom 8, 4th Floor
17                                                 Judge:     Hon. Lucy H. Koh
                    Defendants.
18

19  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG
20  ELECTRONICS AMERICA, INC., a New York
    corporation, and SAMSUNG
21  TELECOMMUNICATIONS AMERICA, LLC, a
    Delaware limited liability company,
22
                    Counterclaim-Plaintiffs,
23
            v.
24
    APPLE INC., a California corporation,
25
                    Counterclaim-Defendant.
26

27

28

WHEREAS, on April 24, 2013, the Court set a Case Management Conference for June 26, 2013, in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 471), before which the parties' Joint Case Management Statement is currently due on June 19, 2013;

WHEREAS, the parties believe that a one-day extension of time to submit their Joint Case Management Statement will allow the parties to narrow their areas of disagreement for a focused discussion at the Case Management Conference;

WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any other deadline presently on calendar in this matter (*i.e.,* the Case Management Conference date will remain unchanged);

WHEREAS, the current deadline for the parties to submit their Joint Case Management Statement is June 19, 2013; and

WHEREAS, both parties agreed to extend the deadline for the parties to submit their Joint Case Management Statement to June 20, 2013. **PURSUANT TO STIPULATION, IT IS SO ORDERED.** The deadline for the parties' Joint Case Management Statement is hereby extended to June 20, 2013.

Dated: ___June 20, 2013___, 2013       By: _____

HONORABLE LUCY H. KOH