1  Amy H. Candido (Bar No. 237829)
   amycandido@quinnemanuel.com
2  Matthew S. Warren (Bar No. 230565)
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   50 California Street, 22nd Floor
4  San Francisco, California  94111-4788
   (415) 875-6600
5  (415) 875-6700 facsimile

6  *Attorneys for Non-Party Google Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York  corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Civil Case No. 5:12-cv-630-LHK-PSG<br><br>**NOTICE OF HEARING ON GOOGLE'S MOTION TO QUASH APPLE'S SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND TESTIMONY**<br><br>**Hearing:**<br><br>Date:   July 23, 2013<br>Time:   10:00 a.m.<br>Place:  Courtroom 5, Fourth Floor<br>Judge:  Hon. Paul S. Grewal |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York  corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

**NOTICE OF HEARING ON MOTION**

Pursuant to Civil L.R. 7-2 and the Court's order of June 19, 2013 (Docket No. 617), Google hereby notices its Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony (Docket No. 614-3), filed on June 18, 2013, for hearing at 10:00 a.m. on Tuesday, July 23, 2013, before the Honorable Paul S. Grewal of the United States District Court for the Northern District of California, Courtroom 5, 4th Floor, 280 South First Street, San Jose, California.

DATED:  June 20, 2013         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s Matthew S. Warren*
Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  91111-4788
(415) 875-6600
(415) 875-6700 facsimile

*Attorneys for Non-Party Google Inc.*