1  [COUNSEL LISTED ON SIGNATURE PAGES]
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                             SAN JOSE DIVISION

| | |
|---|---|
| 11 APPLE INC., a California corporation, | CASE NO. 5:12-cv-00630-LHK |
| 12         Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE DATE** |
| 13    v. | |
| 14 SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Hearing:** |
| 15 | Date:   June 26, 2013 |
| 16 | Time:   2:00 p.m. |
| 17 | Place:  Courtroom 8, 4th Floor |
| 18         Defendants. | Judge:  Hon. Lucy H. Koh |
| 19 SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 20 | |
| 21 | |
| 22 | |
| 23         Counterclaim-Plaintiffs, | |
| 24    v. | |
| 25 APPLE INC., a California corporation, | |
| 26         Counterclaim-Defendant. | |

27
28

WHEREAS, on April 24, 2013, the Court set a Case Management Conference for June 26, 2013, in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 471).

WHEREAS, on June 20, 2013, the Court ordered, per the parties' joint stipulation, that the deadline for the parties' Joint Case Management Statement would be extended to June 20, 2013 (D.I. 619);

WHEREAS, Samsung has requested moving the date for the Case Management Conference from June 26, 2013, to July 11, 2013, and Apple is agreeable to holding the Case Management Conference on July 11, 2013;

WHEREAS, the parties continue to confer regarding case issues relating to the Case Management Conference and believe that additional time to meet and confer regarding these issues would be helpful in narrowing the points that may be in dispute at the Case Management Conference;

WHEREAS, this scheduling adjustment will not alter any other deadline currently on calendar in this matter; and

WHEREAS, counsel for both parties agree to move the Case Management Conference date from June 26, 2013, to July 11, 2013, or a date that is otherwise convenient for the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the date for the Case Management Conference before the Court shall be moved from June 26, 2013, to July 11, 2013, or a date that is otherwise convenient for the Court.

Dated: June 20, 2013

| By: /s/ H. Mark Lyon | By: /s/ Victoria Maroulis |
|---|---|
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONSAMERICA, LLC |

<---

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

STIPULATION REGARDING CASE MANAGEMENT CONFERENCE DATE
CASE NO. 5:12-CV-00630-LHK

## ATTESTATION OF E-FILED SIGNATURES

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Case Management Conference Date. In compliance with General Order 45.X.B, I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: June 20, 2013                                        /s/ __H. Mark Lyon_____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: June 20, 2013                                        /s/ __H. Mark Lyon_____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE DATE**<br><br><u>**Hearing**</u>:<br><br>Date:     June 26, 2013<br>Time:    2:00 p.m.<br>Place:   Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1   WHEREAS, on April 24, 2013, the Court set a Case Management Conference for June 26, 2013, in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 471).

WHEREAS, on June 20, 2013, the Court ordered, per the parties' joint stipulation, that the deadline for the parties' Joint Case Management Statement would be extended to June 20, 2013 (D.I. 619);

WHEREAS the parties continue to confer regarding case issues relating to the Case Management Conference and believe that additional time to meet and confer regarding these issues would be helpful in narrowing the points that may be in dispute at the Case Management Conference;

WHEREAS Samsung has requested moving the date for the Case Management Conference from June 26, 2013, to July 11, 2013, and Apple is agreeable to holding the Case Management Conference on that date;

WHEREAS this scheduling adjustment will not alter any other deadline currently on calendar in this matter; and

WHEREAS counsel for both parties agreed to move the Case Management Conference date from June 26, 2013, to July 11, 2013, or a date that is otherwise convenient for the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The date for the Case Management Conference shall be moved from June 26, 2013, to July 11, 2013.

Dated: _____, 2013      By:_____
                                              HONORABLE LUCY H. KOH