1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE DATE**<br><br>**Hearing:**<br><br>Date:     June 26, 2013<br>Time:    2:00 p.m.<br>Place:   Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1  WHEREAS, on April 24, 2013, the Court set a Case Management Conference for June 26, 2013, in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 471).

WHEREAS, on June 20, 2013, the Court ordered, per the parties' joint stipulation, that the deadline for the parties' Joint Case Management Statement would be extended to June 20, 2013 (D.I. 619);

WHEREAS the parties continue to confer regarding case issues relating to the Case Management Conference and believe that additional time to meet and confer regarding these issues would be helpful in narrowing the points that may be in dispute at the Case Management Conference;

WHEREAS Samsung has requested moving the date for the Case Management Conference from June 26, 2013, to July 11, 2013, and Apple is agreeable to holding the Case Management Conference on that date;

WHEREAS this scheduling adjustment will not alter any other deadline currently on calendar in this matter; and

WHEREAS counsel for both parties agreed to move the Case Management Conference date from June 26, 2013, to July 11, 2013, or a date that is otherwise convenient for the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The date for the Case Management Conference shall be moved from June 26, 2013, to July 11, 2013.

Dated: _____, 2013     By:_____
                                              HONORABLE LUCY H. KOH