[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT OF CASE SCHEDULE**<br><br>**Hearing:**<br><br>Date:　　June 26, 2013<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 8, 4th Floor<br>Judge:　　Hon. Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Counterclaim-Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　Counterclaim-Defendant. | |

WHEREAS, on April 24, 2013, the Court issued a Case Management Order in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") setting forth dates for case narrowing events and confirming that other dates in the case schedule remain as previously set (D.I. 471).

WHEREAS the parties have conferred regarding the current case schedule and agree that certain limited amendments to the schedule with respect to expert discovery, opening and opposition briefs on dispositive motions, and the final date for the parties to dismiss without prejudice a final patent from the case pursuant to the Court's order of April 24, 2013, (D.I. 471) would be beneficial to both sides;

WHEREAS the parties' proposal for limited amendments to the case schedule would not alter any dates for the parties' reply briefs on dispositive motions, the hearing before the Court on dispositive motions, the final pretrial conference before the Court, or trial;

WHEREAS, because the dates for reply briefs on dispositive motions and the hearing on dispositive motions would remain unaltered, the parties' proposal for limited amendments to the case schedule would not in any way diminish the amount of time the Court has set for its consideration of the parties' dispositive motions following the conclusion of briefing on those motions; and

WHEREAS all other dates previously set by the Court would remain the same.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the case schedule is amended as follows:

| Scheduled Event | Original Date | Amended Date |
|---|---|---|
| Initial Expert Reports | July 26, 2013 | August 9, 2013 |
| Rebuttal Expert Reports | August 16, 2013 | September 10, 2013 |
| Close of Expert Discovery | August 30, 2013 | September 27, 2013 |
| Last Day to File Dispositive Motions | September 26, 2013 | October 3, 2013 |
| Opposition Briefs on Dispositive Motions | October 24, 2013 | October 29, 2013 |

STIPULATION REGARDING AMENDMENT OF CASE SCHEDULE
CASE NO. 5:12-CV-00630-LHK

| Dismissal without prejudice of a final patent from the case so that neither side will be asserting more than five patents | September 2, 2013 | September 30, 2013 |

Dated: June 20, 2013

By: *s/ H. Mark Lyon*

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

Josh A. Krevitt (CA SBN 208552)
jkrevitt@gibsondunn.com
H. Mark Lyon (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Michael A. Jacobs (CA SBN 111664)
mjacobs@mofo.com
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

William F. Lee (*pro hac vice*)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304

By: */s/ Victoria Maroulis*

Attorney for Defendants and Counterclaim-SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONSAMERICA, LLC

Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

## ATTESTATION OF E-FILED SIGNATURES

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Amendment of Case Schedule.  In compliance with General Order 45.X.B, I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: June 20, 2013                                                         /s/ __H. Mark Lyon_____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: June 20, 2013                                                         /s/ __H. Mark Lyon_____