UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER REGARDING AMENDMENT OF CASE SCHEDULE**<br><br>**Hearing:**<br><br>Date:     June 26, 2013<br>Time:    2:00 p.m.<br>Place:   Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | |

WHEREAS, on April 24, 2013, the Court issued a Case Management Order in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") setting forth dates for case narrowing events and confirming that other dates in the case schedule remain as previously set (D.I. 471).

WHEREAS the parties have conferred regarding the current case schedule and agree that certain limited amendments to the schedule with respect to expert discovery, opening and opposition briefs on dispositive motions, and the final date for the parties to dismiss without prejudice a final patent from the case pursuant to the Court's order of April 24, 2013, (D.I. 471) would be beneficial to both sides;

WHEREAS the parties' proposal for limited amendments to the case schedule would not alter any dates for the parties' reply briefs on dispositive motions, the hearing before the Court on dispositive motions, the final pretrial conference before the Court, or trial;

WHEREAS, because the dates for reply briefs on dispositive motions and the hearing on dispositive motions would remain unaltered, the parties' proposal for limited amendments to the case schedule would not in any way diminish the amount of time the Court has set for its consideration of the parties' dispositive motions following the conclusion of briefing on those motions; and

WHEREAS all other dates previously set by the Court would remain the same.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The case schedule shall be amended as follows:

| Scheduled Event | Original Date | Amended Date |
| --- | --- | --- |
| Initial Expert Reports | July 26, 2013 | August 9, 2013 |
| Rebuttal Expert Reports | August 16, 2013 | September 10, 2013 |

| | | |
|---|---|---|
| Close of Expert Discovery | August 30, 2013 | September 27, 2013 |
| Last Day to File Dispositive Motions | September 26, 2013 | October 3, 2013 |
| Opposition Briefs on Dispositive Motions | October 24, 2013 | October 29, 2013 |
| Dismissal without prejudice of a final patent from the case so that neither side will be asserting more than five patents | September 2, 2013 | September 30, 2013 |

All other dates in the case schedule remain as previously set.


Dated: _____, 2013        By:_____
                                                                      HONORABLE LUCY H. KOH