[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Hearing:**<br><br>Date:    June 26, 2013<br>Time:   2:00 p.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | |

Pursuant to this Court's Civil Local Rule 16-10(d), the parties jointly submit this Joint Case Management Statement to update their prior Case Management Statement (D.I. 464), submitted on April 19, 2013, and offer their proposals for the remainder of the case, including with respect to ADR. The parties jointly request that the currently-scheduled Case Management Conference be postponed until July 11, 2013. Additionally, discussion between the parties to date has resulted in an agreement to propose to the Court an amendment to the case schedule with regard to certain dates not affecting the trial and dispositive motion hearing dates. The parties will be filing a Joint Stipulation today, in that regard.

### 1. Progress or Changes Since the Last Statement

Pursuant to the Court's order, the parties each have submitted an identification of their list of 22 accused products (D.I. 513, 514), as well as their Joint Status Report. (D.I. 584). The Joint Status Report also discusses the parties' views about a potential stipulation regarding representative products. In addition, the parties also filed a joint stipulation regarding the deadline for serving Requests for Admission relating to authenticating documents, which the Court entered on June 14, 2013. D.I. 595, 605.

Since submitting their previous Case Management Statement on April 19, 2013, the parties have filed additional motions with the Court. The parties each have filed motions to amend their infringement contentions, on April 30, 2013 and May 21, 2013. (D.I. 476, 525). Judge Grewal held a hearing regarding Samsung's motion to amend infringement contentions on June 11, 2013, and has scheduled the hearing regarding Apple's motion to amend infringement contentions for June 25, 2013. On May 7, 2013, Samsung filed two motions to compel against Apple, which were heard by Judge Grewal on June 11, 2013: (1) Samsung's Motion to Compel Documents from Related Litigations, D.I. 496, and (2) Samsung's Motion to Compel Complete Production of Source Code, D.I. 498-99. Disposition of these motions is pending. Samsung also filed a Motion to Amend the Case Management Order and for Leave to Amend Its Answer to Apple's Counterclaims in Reply on May 23, 2013, which is set for hearing on July 11. *See* D.I. 535.

Briefing on the following additional motions filed with the Court is still ongoing: (1) Samsung's Motion to Preclude Apple from Asserting Untimely Dates of Conception, D.I. 543, and

(2) Samsung's Motion to Amend Invalidity Contentions, D.I. 540.  Both motions are set for hearing before the Court on July 2, 2013.

The following discovery motions, which were previously pending at the time of the prior April 19, 2013 case management statement, have since been resolved: (1) Apple's Motion to Compel Discovery of Document Production Information and Diff Program Printouts from Google, Inc. (D.I. 418); and (2) Samsung's Motion to Compel Production of Documents Responsive to Samsung's Seventh Set of Requests for Production (RFP Nos. 337-349) (D.I. 433).  The Court resolved Apple's Motion to Compel in an Order dated May 9, 2013 (D.I. 501), and the parties resolved Samsung's Motion to Compel and filed a joint stipulation accordingly on May 6, 2013.  (*See* D.I. 491, entered by the Court on May 7, 2013 (D.I. 493).

The parties also have served additional privilege logs and disclosures regarding their search terms pursuant to the proposed Stipulation Regarding Discovery, Protective Order, Privilege Logs, and Expert Discovery filed on May 9, 2012 and entered by the Court on December 17, 2012.  (D.I. 171, 328.)

**2.      Issue Regarding Depositions of Witnesses**

Apple has raised with Samsung an issue regarding the substantial number of party witnesses identified in the parties' Initial Disclosures and Apple's ability to depose all such witnesses on whose testimony Samsung may rely in connection with dispositive motions (*i.e.,* in a declaration) or at trial.  Specifically, given the time limits on party depositions in this case, Apple is not able to depose many of the Samsung witnesses identified on Samsung's initial disclosures.  Apple has proposed that the parties agree that if a party identifies a witness on its pretrial Witness List or submits a declaration from a witness, and that trial witness or declarant was not previously deposed, the witness's deposition may be taken at an appropriate time after the fact discovery cutoff.  Though Samsung disagrees with Apple's proposal to conduct depositions after fact discovery cut-off in this manner, the parties are meeting-and-conferring in an effort to resolve, or at least narrow, this issue.

### 3. Settlement and ADR

The parties do not have any new progress regarding mediation or settlement since submitting their previous Case Management Statement on April 19, 2013.  (D.I. 464).

Dated: June 20, 2013

| By: /s/ H. Mark Lyon | By: /s/ Victoria F. Maroulis |
|---|---|
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| JOSH A. KREVITT (CA SBN 208552) jkrevitt@gibsondunn.com H. MARK LYON (CA SBN 162061) mlyon@gibsondunn.com GIBSON, DUNN & CRUTCHER LLP 1881 Page Mill Road Palo Alto, CA  94304-1211 Telephone: (650) 849-5300 Facsimile: (650) 849-5333 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com QUINN EMANUEL URQUHART & SULLIVAN LLP 50 California Street, 22nd Floor San Francisco, California 94111 Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| MICHAEL A. JACOBS (CA SBN 111664) mjacobs@mofo.com RICHARD S.J. HUNG (CA SBN 197425) rhung@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, California 94105-2482 Telephone: (415) 268-7000 Facsimile: (415) 268-7522 | Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY)) kevinjohnson@quinnemanuel.com Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com QUINN EMANUEL URQUHART & SULLIVAN LLP 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| WILLIAM F. LEE (*pro hac vice*) William.lee@wilmerhale.com WILMER CUTLER PICKERING  HALE AND DORR LLP 60 State Street Boston, Massachusetts 02109 Telephone: (617) 526-6000 Facsimile: (617) 526-5000 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com QUINN EMANUEL URQUHART & SULLIVAN LLP 865 South Figueroa Street, 10th Floor Los Angeles, California 90017-2543 Telephone: (213) 443-3000 HALE AND DORR LLP 950 Page Mill Road Palo Alto, CA 94304 Telephone: (650) 858-6000 Facsimile: (650) 858-6100 |
| MARK D. SELWYN (CA SBN 244180) mark.selwyn@wilmerhale.com WILMER CUTLER PICKERING Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com | |

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Joint Case Management Conference Statement. In compliance with General Order 45.X.B, I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: June 20, 2013                                          /s/ _H. Mark Lyon_____

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: June 20, 2013                                          /s/ __H. Mark Lyon_____