Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK-PSG<br><br>**NOTICE OF APPEARANCE** |

1 | TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 | PLEASE TAKE NOTICE that Patrick D. Curran, an attorney with the firm of Quinn

3 Emanuel Urquhart & Sullivan, LLP and admitted to appear *pro hac vice* before this Court in this

4 action, and whose contact information appears below, hereby enters an appearance as an

5 additional attorney of record for non-party Google Inc.

> Patrick D. Curran (New York Bar. No. 4648077)
> Quinn Emanuel Urquhart & Sullivan, LLP
> 51 Madison Avenue, 22nd Floor
> New York, New York  10010
> Telephone:  212-849-7216
> Facsimile:  212-849-7100
> patrickcurran@quinnemanuel.com

DATED: June 24, 2013                    QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP


                                        By: */s/ Patrick D. Curran*
                                            Patrick D. Curran
                                            Attorney for non-party Google Inc.