# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**

Courtroom 5 - 4th Floor

## Civil Minute Order

Date: June 25, 2013                                    Time in Court: 1 hour and 6 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge

**TITLE: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER**: CV12-00630 PSG
Plaintiff Attorney(s) present: Josh Krevitt and Mark Lyon
Defendant Attorney(s) present: Sean Pak, Bill Price and Jordan Jaffe

### PROCEEDINGS:
### Plaintiffs Motion for Leave to Amend Its Disclosure of Asserted Claims and Infringement Contentions (Doc. 525)

Counsel present oral arguments.
The court takes matter under submission; written order after hearing to be issued.

///