# EXHIBIT 1

# EXHIBIT A

**SAMSUNG'S SECOND AMENDED PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 7,756,087**

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D))[1] |
|---|---|
| 1. A method for performing non-scheduled transmission in a user equipment (UE) of a mobile communication system for supporting an enhanced uplink dedicated channel (E-DCH), comprising the steps of:<br><br>[a] receiving non-scheduled transmission information indicating k transmission time intervals (TTIs) for transmitting non-scheduled data via the E-DCH, wherein non- | Each of the Accused Apple Products[2] performs the claimed method for performing non-scheduled transmission in a user equipment (UE) of a mobile communication system for supporting an enhanced uplink dedicated channel (E-DCH).  Each of the Accused Apple Products meets the HSPA+ standard as set forth in 3GPP TS 25.321 v. 7.0.0 or later.<br><br>*See, e.g.,* iPad Mini technical specifications available at http://www.apple.com/ipad-mini/specs/:<br><br><ul><li>Model A1454*<ul><li>GSM/EDGE (850, 900, 1800, 1900 MHz)</li><li>UMTS/HSPA+/DC-HSDPA (850, 900, 1900, 2100 MHz)</li><li>LTE (Bands 4 and 17)</li></ul></li><li>Model A1455*<ul><li>CDMA EV-DO Rev. A and Rev. B (800, 1900, 2100 MHz)</li><li>GSM/EDGE (850, 900, 1800, 1900 MHz)</li><li>UMTS/HSPA+/DC-HSDPA (850, 900, 1900, 2100 MHz)</li><li>LTE (Bands 1, 3, 5, 13, 25)</li></ul></li></ul> |

[1]   Each of the Accused Apple Products comprises a baseband processor.  *See, e.g.,* Apple's website disclosing LTE/HSPA+/HSPA network compatibly in both iPad mini and iPad 4, implying a baseband processor, available at http://www.apple.com/ipad/compare/.  Samsung reserves the right to supplement this response with additional information obtained through Apple and third party discovery.

[2]   The Accused Apple Products include the iPad mini with Wi+Fi and 4G and the iPad 4 (also known as the iPad with Retina display).  These infringement contentions demonstrates the operation of the Accused Apple Products supporting HSPA+.  Previously accused devices (as identified in Samsung's original infringement contentions that were served on June 15, 2012) that support HSPA or HSUPA operate in substantially the same way.

| scheduled transmissions can be performed during the k TTIs within a period having N TTIs; | *See, e.g.,* iPad 4 technical specifications available at http://www.apple.com/ipad/specs/: |
|---|---|
| | <ul><li>Model A1459*<ul><li>GSM/EDGE (850, 900, 1800, 1900 MHz)</li><li>UMTS/HSPA+/DC-HSDPA (850, 900, 1900, 2100 MHz)</li><li>LTE (Bands 4 and 17)</li></ul></li><li>Model A1460*<ul><li>CDMA EV-DO Rev. A and Rev. B (800, 1900, 2100 MHz)</li><li>GSM/EDGE (850, 900, 1800, 1900 MHz)</li><li>UMTS/HSPA+/DC-HSDPA (850, 900, 1900, 2100 MHz)</li><li>LTE (Bands 1, 3, 5, 13, 25)</li></ul></li></ul><br>Each of the Accused Apple Products performs the step of receiving non-scheduled transmission information indicating k transmission time intervals (TTIs) for transmitting non-scheduled data via the E-DCH, wherein non-scheduled transmissions can be performed during the k TTIs within a period having N TTIs. For example, a period N is defined in the HSPA standard as an integer between 1 and 8 and, as shown in the table below, k transmission time intervals (TTIs) are represented as bits set to "1" in the Information Element "2ms non-scheduled transmission grant HARQ process allocation."<br><br>This information is received by the user equipment pursuant to the standard.  A transmission time interval may be, for example, 2ms.<br><br>*See, e.g.,* 3GPP TS 25.331 v. 7.0.0 § 10.3.5.1b (emphasis added):[3]<br><br>10.3.5.1b     Added or reconfigured E-DCH MAC-d flow<br><br>This IE is used in relation to MAC-d flows mapped to the E-DCH transport channel. |

---

[3]   Corresponding disclosure may also be found in earlier versions of 3GPP TS 25.331.

| | | Information Element/Group name | Need | Multi | Type and reference | Semantics description | Version | |
|---|---|---|---|---|---|---|---|---|
| | | E-DCH MAC-d  flow identity | MP | | E-DCH MAC-d flow identity 10.3.5.7e | | REL-6 | |
| | | E-DCH MAC-d flow power offset | OP | | Integer(0..6) | Only allowed to be absent when already defined for this E-DCH MAC-d flow, unit is dB | REL-6 | |
| | | E-DCH MAC-d flow maximum number of  retransmissions | OP | | Integer (0..15) | Only allowed to be absent when already defined for this E-DCH MAC-d flow | REL-6 | |
| | | E-DCH MAC-d flow multiplexing list | OP | | Bitstring (maxE-DCHMACdFlow) | Indicates, if this is the first MAC-d flow for which PDUs are placed in the MAC-e PDU, the other MAC-d flows from which MAC-d PDUs are allowed to be included in the same MAC-e PDU. Bit 0 is for MAC-d flow 0, Bit 1 is for MAC-d flow 1, … Value '1' for a bit means multiplexing is allowed. Bit 0 is the first/leftmost bit of the bit string. NOTE: The bit that corresponds to the MAC-d flow itself is ignored. | REL-6 | |
| | | CHOICE transmission grant type | OP | | | Only allowed to be absent when already defined | REL-6 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | for this E-DCH MAC-d flow | |
| | >Non-scheduled transmission grant info | | | | REL-6 |
| | >>Max MAC-e PDU contents size | MP | | Integer (1..19982) | | REL-6 |
| | >>2ms non-scheduled transmission grant HARQ process allocation | MD | | Bitstring (8) | MAC-d PDUs for this MAC-d flow are only allowed to be transmitted in those processes for which the bit is set to "1". Bit 0 corresponds to HARQ process 0, bit 1 corresponds to HARQ process 1,... Default value is: transmission in all HARQ processes is allowed. Bit 0 is the first/leftmost bit of the bit string. | REL-6 |
| | >Scheduled transmission grant info | | | NULL | | REL-6 |
| | Apple infringes this claim because it has performed each and every step of this claim, including but not limited to testing and use by its employees or agents. Apple also infringes this claim by selling the Accused Apple Products to customers and encouraging those customers to use the products in a manner that meets each and every step of this claim. | | | | | |
| [b] and transmitting data on at least one TTI of the k TTIs within the period; wherein the parameter k is an integer greater than 0 and less than or equal to a positive integer N. | Each of the Accused Apple Products performs the step of transmitting data on at least one TTI of the k TTIs within the period, wherein the parameter k is an integer greater than 0 and less than or equal to a positive integer N.  For example, as defined in the HSPA standard, each of the Accused Apple Products transmits data during one or more (k) TTIs, within a period of N TTIs. N corresponds, for example, to eight, the number of bits in the Bitstring (8), and the Bitstring (8) refers to '2ms non-scheduled transmission grant HARQ process allocation.' | | | | | |

*See, e.g.,* 3GPP TS 25.331 v. 7.0.0 § 10:

## 10.2.33   RADIO BEARER SETUP

This message is sent by UTRAN to the UE to establish new radio bearer(s). It can also include modifications to the configurations of transport channels and/or physical channels.

RLC-SAP: AM or UM

Logical channel: DCCH

Direction: UTRAN → UE

| Information Element/Group name | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|
| Message Type | MP | | Message Type | | |
| [...] | | | | | |
| **RB Information Elements** | | | | | |
| CHOICE specification mode | MP | | | | REL-6 |
| >Complete specification | | | | | REL-6 |
| [...] | | | | | |
| **TrCH Information Elements** | | | | | |
| **Uplink transport channels** | | | | | |
| [...] | | | | | |
| >>Added or Reconfigured TrCH information list | OP | 1 to <maxTrCH> | | | |
| >>>Added or Reconfigured UL TrCH information | MP | | Added or Reconfigured UL TrCH information 10.3.5.2 | | |
| [...] | | | | | |

10.3.5.2        Added or Reconfigured UL TrCH information

| | | Information Element/Group name | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|---|---|
| | | [...] | | | | | |
| | | UL Transport channel identity | MP | | Transport channel identity 10.3.5.18 | | |
| | | | CV-NotE-DCH | | | | REL-6 |
| | | CHOICE UL parameters | | | | | REL-6 |
| | | >DCH,USCH | | | | | REL-6 |
| | | >>TFS | MP | | Transport Format Set 10.3.5.23 | | |
| | | >E-DCH | | | | | REL-6 |
| | | >>E-DCH Transmission Time Interval | MP | | Integer(2,10) | Unit is ms. | REL-6 |
| | | >>HARQ info for E-DCH | MP | | 10.3.5.7d | | REL-6 |
| | | >>Added or reconfigured E-DCH MAC-d flow list | OP | <1 to maxE-DCHMACdFlow> | | | REL-6 |
| | | >>>Added or reconfigured E-DCH MAC-d flow | MP | | Added or reconfigured E-DCH MAC-d flow 10.3.5.1b | | REL-6 |
| | | Note 1: If included in System Information Block Type 16, the values 'E-DCH' does not apply for the IE "Uplink transport channel type". | | | | | |

| 2. The method of claim 1, wherein the non-scheduled transmission information is configured by a bit map of N bits indicating the k TTIs using specific bit values. | Each of the Accused Apple Products performs the method of claim 1, wherein the non-scheduled transmission information is configured by a bit map of N bits indicating the k TTIs using specific bit values. The TTIs are indicated using a bitstring as defined in the standard.

*See* Claim 1*; see also, e.g.*, 3GPP TS 25.331 v. 7.0.0 § 10.3.5 (emphasis added):

### 10.3.5.1b      Added or reconfigured E-DCH MAC-d flow

This IE is used in relation to MAC-d flows mapped to the E-DCH transport channel.

| Information Element/Group name | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|
| E-DCH MAC-d  flow identity | MP | | E-DCH MAC-d flow identity | | REL-6 |
|

| | | | | 10.3.5.7e | | | |
|---|---|---|---|---|---|---|---|
| | E-DCH MAC-d flow power offset | OP | | Integer(0..6) | Only allowed to be absent when already defined for this E-DCH MAC-d flow, unit is dB | REL-6 | |
| | E-DCH MAC-d flow maximum number of retransmissions | OP | | Integer (0..15) | Only allowed to be absent when already defined for this E-DCH MAC-d flow | REL-6 | |
| | E-DCH MAC-d flow multiplexing list | OP | | Bitstring (maxE-DCHMACdFlow) | Indicates, if this is the first MAC-d flow for which PDUs are placed in the MAC-e PDU, the other MAC-d flows from which MAC-d PDUs are allowed to be included in the same MAC-e PDU. Bit 0 is for MAC-d flow 0, Bit 1 is for MAC-d flow 1, … Value '1' for a bit means multiplexing is allowed. Bit 0 is the first/leftmost bit of the bit string.  NOTE: The bit that corresponds to the MAC-d flow itself is ignored. | REL-6 | |
| | CHOICE transmission grant type | OP | | | Only allowed to be absent when already defined for this E-DCH MAC-d flow | REL-6 | |
| | >Non-scheduled transmission | | | | | REL-6 | |

| | grant info | | | | | |
|---|---|---|---|---|---|---|
| | >>Max MAC-e PDU contents size | MP | | Integer (1..19982) | | REL-6 |
| | >>2ms non-scheduled transmission grant HARQ process allocation | MD | | Bitstring (8) | MAC-d PDUs for this MAC-d flow are only allowed to be transmitted in those processes for which the bit is set to "1". Bit 0 corresponds to HARQ process 0, bit 1 corresponds to HARQ process 1,... Default value is: transmission in all HARQ processes is allowed. Bit 0 is the first/leftmost bit of the bit string. | REL-6 |
| | >Scheduled transmission grant info | | | NULL | | REL-6 |

3GPP TS 25.321 v. 7.0.0 § 11.8.1.4 (emphasis added):

11.8.1.4. E-TFC Selection

…

The HARQ process ID for the upcoming transmission is determined using the following formulae:

-       For 2ms TTI:      CURRENT_HARQ_PROCESS_ID = [5*CFN + subframe number] mod HARQ_RTT

-       For 10ms TTI:    CURRENT_HARQ_PROCESS_ID = [CFN] mod HARQ_RTT

Based on this current HARQ process ID and the RRC configuration, the UE shall determine whether to take the scheduled and non-scheduled grants into account in the upcoming transmission.

**3GPP TS 25.331 v. 7.0.0 § 8.6.5.18 (emphasis added):**

8.6.5.18 Added or reconfigured E-DCH MAC-d flow

If the IE "Added or reconfigured E-DCH MAC-d flow" is included, the UE shall:

…

1>      if the IE "Non-scheduled transmission grant info" is included:

2>      if the TTI configured on the E-DCH equals 2ms, and the IE "2ms non-scheduled transmission grant HARQ process allocation" is configured for this MAC-d flow:

3>      <u>MAC-d PDU's for logical channels belonging to this MAC-d flow shall only be included in a MAC-e PDU transmitted by HARQ processes allowed by the IE "2ms non-scheduled transmission grant HARQ process allocation",</u> with a total contribution from this MAC-d flow not exceeding the size as signalled by the IE "Max MAC-e PDU contents size".

2>      else:

3>      MAC-d PDU's for logical channels belonging to this MAC-d flow shall be included in a MAC-e PDU transmitted by any HARQ process, with a total contribution from this MAC-d flow (i.e. including MAC-e/es headers) not exceeding the size as signalled by the IE "Max MAC-e PDU contents size".

**3GPP TS 25.331 v. 7.0.0 § 10.3.5.1b (emphasis added):**

10.3.5.1b Added or reconfigured E-DCH MAC-d flow

(Information element) 2ms non-scheduled transmission grant HARQ process allocation:

(Semantics description) <u>MAC-d PDUs for this MAC-d flow are only allowed to be transmitted in those processes for which the bit is set to "1".</u>

Bit 0 corresponds to HARQ process 0, bit 1 corresponds to HARQ process 1,…

Default value is: transmission in all HARQ processes is allowed. Bit 0 is the first/leftmost bit of the bit string.

**3GPP TS 25.321 v. 7.0.0 § 11.8.1.4 (emphasis added):**

11.8.1.4. E-TFC Selection

| | |
|---|---|
| | RRC can allocate non-scheduled transmission grants to individual MAC-d flows in order to reduce the transmission delays. <u>When a 2ms TTI is configured each non-scheduled grant is applicable to the specific set of HARQ processes indicated by RRC. The applicability of scheduled grants can be also restricted to a specific set of HARQ processes when a 2ms TTI is configured.</u> HARQ process restriction and reservation is under the control of the serving cell Node B and indicated to the UE by RRC.<br><br>Apple infringes this claim because it has performed each and every step of this claim, including but not limited to through testing and use by its employees. Apple also infringes this claim by selling Accused Apple Products to customers and encouraging those customers to use the products in a manner that meets each and every step of this claim. |
| 6. The method of claim 1, wherein the step of transmitting the data comprises the step of:<br><br>transmitting the data within a data rate allowed by a radio network controller (RNC) on at least one of the k TTIs. | Each of the Accused Apple Products performs the method of claim 1, wherein the step of transmitting the data comprises transmitting the data within a data rate allowed by a radio network controller (RNC) on at least one of the k TTIs.  *See* claim 1.<br><br>The Information Elements (IEs) defined in TS 25.331 for the RRC layer are sent by a RNC to the UE. The IE 'Max MAC-e PDU contents size' corresponds to a data rate as claimed because the IE is related to the maximum number of bits that can be transmitted during a TTI.  There is only one MAC-e PDU during a TTI.<br><br>3GPP TS 25.321 v. 7.0.0 § 9:<br><br>9.1.5    MAC PDU (E-DCH) |



**Figure 9.1.5.1 MAC-es PDU**

Figure 9.1.5.1 MAC-es PDU

Figure 9.1.5.2a: MAC-e PDU

3GPP TS 25.331 v. 7.0.0 § 8.6.5.18 (emphasis added):

1>       if the IE "Non-scheduled transmission grant info" is included:

2>      if the TTI configured on the E-DCH equals 2ms, and the IE "2ms non-scheduled transmission grant HARQ process allocation" is configured for this MAC-d flow:

3>      MAC-d PDU's for logical channels belonging to this MAC-d flow shall only be included in a MAC-e PDU transmitted by HARQ processes allowed by the IE "2ms non-scheduled transmission grant HARQ process allocation", with a total contribution from this MAC-d flow (i.e. including MAC-e/es headers) not exceeding the size as signalled by the IE "Max MAC-e PDU contents size".

3GPP TS 25.331 v. 7.0.0 § 10.3.5.1b (emphasis added):

## 10.3.5.1b      Added or reconfigured E-DCH MAC-d flow

This IE is used in relation to MAC-d flows mapped to the E-DCH transport channel.

| Information Element/Group name | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|
| >Non-scheduled transmission grant info | | | | | REL-6 |
| >>Max MAC-e PDU contents size | MP | | Integer (1..19982) | | REL-6 |
| >>2ms non-scheduled transmission grant HARQ process allocation | MD | | Bitstring (8) | MAC-d PDUs for this MAC-d flow are only allowed to be transmitted in those processes for which the bit is set to "1". Bit 0 corresponds to HARQ process 0, bit 1 corresponds to HARQ process 1,… Default value is: transmission in all HARQ processes is allowed. Bit 0 is the first/leftmost bit of the bit string. | REL-6 |

| | | | | | |
|---|---|---|---|---|---|
| >Scheduled transmission grant info | | | NULL | | REL-6 |

3GPP TS 25.321 v. 7.0.0 § 4 (emphasis added):

4.2.3.4   MAC-e/es entity – UE Side

Multiplexing and TSN setting:

The multiplexing and TSN setting entity is responsible for concatenating multiple MAC-d PDUs into MAC-es PDUs, and to multiplex one or multiple MAC-es PDUs into a single MAC-e PDU, to be transmitted in the next TTI, as instructed by the E-TFC selection function.

3GPP TS 25.331 v. 7.0.0 § 10 (emphasis added):

Title: Radio Resource Control (RRC) Protocol Specification

10.2.33   RADIO BEARER SETUP

This message is sent by UTRAN to the UE to establish new radio bearer(s). It can also include modifications to the configurations of transport channels and/or physical channels.

  RLC-SAP: AM or UM

  Logical channel: DCCH

  Direction: UTRAN → UE

3GPP TS 25.301 v. 7.0.0 § X:

5.6.10.3 Protocol termination

The protocol termination points for E-DCH in the control and user planes are presented in figure 5.6.10.3-1 and figure 5.6.10.3-2, respectively.



**Figure 5.6.10.3-1: Protocol termination points for E-DCH, control plane**

Apple infringes this claim because it has performed each and every step of this claim, including but not limited to through testing and use by its employees. Apple also infringes this claim by selling Accused Apple Products to customers and encouraging those customers to use the products in a manner that meets each and every step of this claim.

| | |
|---|---|
| 7. The method of claim 1, wherein the step of transmitting the data comprises the steps of:<br><br>[a] computing a non-scheduled transmission determination value according to a connection frame number (CFN) for generating a frame to be used in communication with a Node B accessed | Each of the Accused Apple Products performs the method of claim 1, wherein the step of transmitting the data comprises computing a non-scheduled transmission determination value according to a connection frame number (CFN) for generating a frame to be used in communication with a Node B accessed by the UE and a subframe number.<br><br>*See* Claim 1; *see also, e.g.,* 3GPP TS 25.321 v. 7.0.0 § 11:<br><br># 11.8    Control of E-DCH transmission and reception<br><br>## 11.8.1    UE operation<br><br>### 11.8.1.1        HARQ Operation |

| | |
|---|---|
| by the UE and a subframe number; | **11.8.1.1.1       HARQ entity**<br><br>There is one HARQ entity at the UE. A number of parallel HARQ processes are used in the UE to support the HARQ entity, allowing transmissions to take place continuously while waiting for the feedback on the successful or unsuccessful reception of previous transmissions.<br><br>At a given TTI, the HARQ entity identifies the HARQ process for which a transmission should take place. Also, based on the timing, it routes the receiver feedback (ACK/NACK information), relayed by the physical layer, to the appropriate HARQ process.<br><br>The number of HARQ processes is equal to the HARQ round-trip-time (HARQ_RTT). The HARQ_RTT is equal to 4 for 10ms TTI and 8 for 2ms TTI. The TTI duration shall be configured by the higher layers. Each process is associated with a number from 0 to HARQ_RTT-1.<br><br>[...]<br><br>**11.8.1.4       E-TFC Selection**<br><br>[...]<br><br>At each TTI boundary, UEs in CELL_DCH state with an E-DCH transport channel configured shall determine the state of each E-TFC for every MAC-d flow configured based on its required transmit power versus the maximum UE transmit power (see [7] and [12]). If no DCH transport channel is configured or if a DCH transport channel is configured and the selected TFC is "empty" (see [3]), the UE shall consider that E-TFCs included in the minimum set of E-TFCs are always in supported state (see [7]).<br><br>At every TTI boundary for which a new transmission is requested by the HARQ entity (see subclause 11.8.1.1.1), the UE shall perform the operations described below. UEs configured both with DCH and E-DCH transport channels shall perform TFC selection before performing E-TFC selection.<br><br>The Serving Grant Update function provides the E-TFC selection function with the maximum E-DPDCH to DPCCH power ratio that the UE is allowed to allocate for the upcoming transmission for scheduled data (held in the Serving Grant state variable – see subclause 11.8.1.3).<br><br>[...]<br><br>The HARQ process ID for the upcoming transmission is determined using the following formulae:<br><br>- For 2ms TTI:       CURRENT_HARQ_PROCESS_ID = [5*CFN + subframe number] **mod** HARQ_RTT<br><br>- For 10ms TTI:      CURRENT_HARQ_PROCESS_ID = [CFN] **mod** HARQ_RTT<br><br>Based on this current HARQ process ID and the RRC configuration, the UE shall determine whether to take the scheduled and |

non-scheduled grants into account in the upcoming transmission. If they are not supposed to be taken into account, then the corresponding grant shall be assumed to not exist. If the variable Serving_Grant has the value "Zero_Grant" after the Serving Grant Update, then the Serving Grant shall not be taken into account in the upcoming transmission.

The above two equations are identical to equations (1) and (2) in '087 patent:

Non-scheduled Transmission Determination Value 2ms TTI = TTI Number mod N = (CFNx5+Subframe Number) mod N.....Equation (2)

Non-scheduled Transmission Determination Value 10ms TTI = CFN mod N.....Equation (1)

The value CURRENT_HARQ_PROCESS_ID in the standard is the "Non-scheduled Transmission Determination Value in the '087 patent.  The value HARQ_RTT in the standard is "N" in the '087 patent.

3GPP TS 25.331 v. 7.0.0 § 8:

### 8.5.15.1      Initialisation for CELL_DCH state after state transition

When the UE receives any of the messages causing the UE to perform a state transition to CELL_DCH, the UE shall set the CFN in relation to the SFN of the first radio link listed in the IE "Downlink information per radio link list" included in that message according to the following formula:

- for FDD:

$$CFN = (SFN - (DOFF \ div \ 38400)) \ mod \ 256$$

where the formula gives the CFN of the downlink DPCH or F-DPCH frame which starts at the same time as or which starts during the PCCPCH frame with the given SFN. DOFF is determined according to subclause 8.6.6.14.

Definition from 3GPP TS 21.905 v. 9.1.0 § 4:

CFN      Connection Frame Number

Apple infringes this claim because it has performed each and every step of this claim, including but not limited to testing and use by its employees or agents. Apple also infringes this claim by selling Accused Apple Products to customers and encouraging those customers to use the products in a manner that meets each and every step of this claim.

| | |
|---|---|
| [b] and transmitting the data in TTIs in which non-scheduled transmission determination values correspond to values of the k TTIs. | Each of the Accused Apple Products performs the step of transmitting the data in TTIs in which non-scheduled transmission determination values correspond to values of the k TTIs. *See* 7[a]. |
| 8. The method of claim 7, wherein the non-scheduled transmission determination value is computed by (CFN*n+Subframe Number)mod N, where a TTI size of the E-DCH is 1/n of a frame length. | Each of the Accused Apple Products performs the method of claim 7, wherein the non-scheduled transmission determination value is computed by (CFN*n+Subframe Number)mod N, where a TTI size of the E-DCH is 1/n of a frame length.<br><br>*See* Claim 7; *see also, e.g.,* 3GPP TS 25.321 v. 7.0.0 § 11.8.1.4:<br><br>11.8.1.4        E-TFC Selection<br><br>[...]<br><br>The HARQ process ID for the upcoming transmission is determined using the following formulae:<br><br>-    For 2ms TTI:        CURRENT_HARQ_PROCESS_ID = [5*CFN + subframe number] **mod** HARQ_RTT<br><br>-    For 10ms TTI:        CURRENT_HARQ_PROCESS_ID = [CFN] **mod** HARQ_RTT<br><br>Based on this current HARQ process ID and the RRC configuration, the UE shall determine whether to take the scheduled and non-scheduled grants into account in the upcoming transmission.<br><br>Apple infringes this claim because it has performed each and every step of this claim, including but not limited to testing and use by its employees or agents. Apple also infringes this claim by selling Accused Apple Products to customers and encouraging those customers to use the products in a manner that meets each and every step of this claim. |
| 9. An apparatus for performing non-scheduled transmission in a user equipment (UE) | Each of the Accused Apple Products is an apparatus for performing non-scheduled transmission in a user equipment (UE) of a mobile communication system for supporting an enhanced uplink dedicated channel (E-DCH). *See* Claim 1. |

| | |
|---|---|
| of a mobile communication system for supporting an enhanced uplink dedicated channel (E-DCH), comprising:<br><br>[a] a receiver receiving non-scheduled transmission information indicating k transmission time intervals (TTIs) for transmitting non-scheduled data via the E-DCH, wherein non-scheduled transmissions can be performed during the k TTIs within a period having N TTIs; | Each of the Accused Apple Products comprises a receiver receiving non-scheduled transmission information indicating k transmission time intervals (TTIs) for transmitting non-scheduled data via the E-DCH, wherein non-scheduled transmissions can be performed during the k TTIs within a period having N TTIs.  *See* Claim 1[a]. |
| [b] and a transmitter transmitting data on at least one TTI of the k TTIs within the period; wherein the k is an integer greater than 0 and less than or equal to a positive integer N. | Each of the Accused Apple Products comprises a transmitter transmitting data on at least one TTI of the k TTIs within the period; wherein the k is an integer greater than 0 and less than or equal to a positive integer N.  *See* Claim 1[b]. |

| 10. The apparatus of claim 9, wherein the non-scheduled transmission information is configured by a bit map of N bits indicating the k TTIs using specific bit values. | Each of the Accused Apple Products comprises the apparatus of claim 9, wherein the non-scheduled transmission information is configured by a bit map of N bits indicating the k TTIs using specific bit values. *See* Claims 9 and 2. |
|---|---|
| 14. The apparatus of claim 9, wherein the transmitter transmits the data within a data rate allowed by a radio network controller (RNC) on at least one TTI of the k TTIs. | Each of the Accused Apple Products comprises the apparatus of claim 9, wherein the transmitter transmits the data within a data rate allowed by a radio network controller (RNC) on at least one TTI of the k TTIs. *See* Claims 9 and 6. |
| 15. The apparatus of claim 9, wherein the transmitter computes a non-scheduled transmission determination value according to a connection frame number (CFN) for generating a frame to be used in communication with a Node B accessed by the UE and a subframe number, and transmits the data in | Each of the Accused Apple Products comprises the apparatus of claim 9, wherein the transmitter computes a non-scheduled transmission determination value according to a connection frame number (CFN) for generating a frame to be used in communication with a Node B accessed by the UE and a subframe number, and transmits the data in TTIs in which non-scheduled transmission determination values correspond to values of the k TTIs.  *See* Claims 9 and 7; *see also, e.g.*, 3GPP TS 25.321 v. 7.0.0 § 11 and 3GPP TS 25.331 v. 7.0.0 § 8 cited in Claim 7. |

| | |
|---|---|
| TTIs in which non-scheduled transmission determination values correspond to values of the k TTIs. | |
| 16. The apparatus of claim 15, wherein the non-scheduled transmission determination value is computed by (CFN*n+Subframe Number)mod N, where a TTI size of the E-DCH is 1/n of a frame length. | Each of the Accused Apple Products comprises the apparatus of claim 15, wherein the non-scheduled transmission determination value is computed by (CFN*n+Subframe Number)mod N, where a TTI size of the E-DCH is 1/n of a frame length.  *See* Claims 15 and 8; *see also, e.g.,* 3GPP TS 25.321 v. 7.0.0 § 11.8.1.4 cited in Claim 8. |
| 34. An apparatus for transmitting uplink data in user equipment (UE) of a mobile communication system for supporting an enhanced uplink dedicated channel (E-DCH), comprising:<br><br>a receiver receiving at least one of scheduling assignment information generated by the Node B based on a scheduling information and non- | Each of the Accused Apple Products is an apparatus for transmitting uplink data in user equipment (UE) of a mobile communication system for supporting an enhanced uplink dedicated channel (E-DCH).<br><br>Each of the Accused Apple Products comprises a receiver receiving at least one of scheduling assignment information generated by the Node B based on a scheduling information and non-scheduled transmission information indicating k transmission time intervals (TTIs) for transmitting non-scheduled data via the E-DCH within a period having N TTIs, a controller selecting a Node B controlled scheduling mode or an non-scheduled transmission mode to transmit data, and a transmitter transmitting uplink data according to the scheduling assignment information in the Node B controlled scheduling mode, and transmitting uplink data on at least one TTI of the k TTIs within the period in the non-scheduled transmission mode, wherein the parameter k is an integer greater than 0, and less than or equal to a positive integer N. *See* claim 1.<br><br>The RRC S/W block in the Accused Apple Products receives IE "Non-scheduled transmission grant info" or IE "Scheduled transmission grant info," and selects a Node B controlled scheduling mode or a non-scheduled transmission mode to transmit data based on the IEs. |

| | |
|---|---|
| scheduled transmission information indicating k transmission time intervals (TTIs) for transmitting non-scheduled data via the E-DCH within a period having N TTIs;<br><br>a controller selecting a Node B controlled scheduling mode or an non-scheduled transmission mode to transmit data; and<br><br>a transmitter transmitting uplink data according to the scheduling assignment information in the Node B controlled scheduling mode, and transmitting uplink data on at least one TTI of the k TTIs within the period in the non-scheduled transmission mode;<br><br>wherein the parameter k is an integer greater than 0, and less than or equal to a positive integer N. | *See* Claim 1; *see also, e.g,* 3GPP TS 25.331 v. 7.0.0 § 11 (emphasis added):<br><br>[for FDD:]<br><br>1>    if the IE "Non-scheduled transmission grant info" is included:<br><br>    2>  if the TTI configured on the E-DCH equals 2ms, and the IE "2ms non-scheduled transmission grant HARQ process allocation" is configured for this MAC-d flow:<br><br>        3>      MAC-d PDU's for logical channels belonging to this MAC-d flow shall only be included in a MAC-e PDU transmitted by HARQ processes allowed by the IE "2ms non-scheduled transmission grant HARQ process allocation", with a total contribution from this MAC-d flow (i.e. including MAC-e/es headers) not exceeding the size as signalled by the IE "Max MAC-e PDU contents size".<br><br>    2>  else:<br><br>        3>      MAC-d PDU's for logical channels belonging to this MAC-d flow shall be included in a MAC-e PDU transmitted by any HARQ process, with a total contribution from this MAC-d flow (i.e. including MAC-e/es headers) not exceeding the size as signalled by the IE "Max MAC-e PDU contents size".<br><br>1>    if the IE "Scheduled transmission grant info" is included:<br><br>    2>  transmission of MAC-d PDU's for logical channels belonging to this MAC-d flow shall be in accordance with the received scheduled grant on E-AGCH/E-RGCH (see [15]). |
| 35. The apparatus of | Each of the Accused Apple Products comprises the apparatus of claim 34, wherein the non-scheduled |

| | |
|---|---|
| claim 34, wherein the non-scheduled transmission information is configured by a bit map of N bits indicating the k TTIs using specific bit values. | transmission information is configured by a bit map of N bits indicating the k TTIs using specific bit values. *See* claim 34.<br><br>The non-scheduled transmission information in the Accused Apple Products is configured by a bit map of N bits indicating the k TTIs using specific bit values. The TTIs are indicated using a bitstring as defined in the standard.  *See* Claims 35 and 2; *see also, e.g.,* 3GPP TS 25.331 v. 7.0.0 § 10.3.5.1b and 3GPP TS 25.321 v. 7.0.0 § 11.8.1.4, cited in claim 2. |
| 39. The apparatus of claim 34, wherein the transmitter computes a non-scheduled transmission determination value according to a connection frame number (CFN) for generating a frame to be used in communication with a Node B accessed by the UE and a subframe number, and transmits the data in TTIs in which non-scheduled transmission determination values correspond to values of the k TTIs. | Each of the Accused Apple Products comprises the apparatus of claim 34, wherein the transmitter computes a non-scheduled transmission determination value according to a connection frame number (CFN) for generating a frame to be used in communication with a Node B accessed by the UE and a subframe number, and transmits the data in TTIs in which non-scheduled transmission determination values correspond to values of the k TTIs.  *See* Claims 34 and 7; *see also, e.g.,* claim 34**;** 3GPP TS 25.321 v. 7.0.0 § 11 and 3GPP TS 25.331 v. 7.0.0 § 8 as cited in claim 7. |
| 40. The apparatus of claim 39, wherein the non-scheduled | Each of the Accused Apple Products comprises the apparatus of claim 39, wherein the non-scheduled transmission determination value is computed by (CFN*n+Subframe Number)mod N, where a TTI size of the E-DCH is 1/n of a frame length. *See* Claims 39 and 8; *see also, e.g.,* 3GPP TS 25.321 v. 7.0.0 § 11 as |

| transmission determination value is computed by (CFN*n+Subframe Number)mod N, where a TTI size of the E-DCH is 1/n of a frame length. | cited in claim 8. |
| --- | --- |