# EXHIBIT 7

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL: (213) 443-3000  FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3263**

WRITER'S INTERNET ADDRESS
amarthakur@quinnemanuel.com

February 28, 2013

<u>VIA E-MAIL</u>

Peter J. Kolovos
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Re:     *Apple Inc. v. Samsung Elecs. Co., Ltd.*, Case No. 12-cv-0630 LHK (PSG)

Dear Counsel:

I write regarding Apple's responses to interrogatories, production of documents, and production of source code that relate to the Qualcomm baseband chips in the Apple accused products.  As you know, Qualcomm-related discovery is highly relevant to the two standards essential patents that Samsung has asserted in this case: U.S. Patent Nos. 7,756,087 and 7,551,596 (the "'087 and '596 Patents," respectively).  While Samsung addresses other issues related to many of these same interrogatories and requests for production elsewhere, Apple's Qualcomm-related productions and responses are severely deficient in at least several respects, as laid out below.  As explained below, Apple's on-going failures to correct these deficiencies continue to prejudice Samsung.

**Samsung's Fourth Set of Interrogatories**

Apple's responses to Samsung's Fourth Set of Interrogatories Nos. 28 and 29 (Apple's "Response") are but one example of Apple's failure to timely provide proper responses, resulting in prejudicial delay.  These interrogatories seek information regarding Qualcomm baseband

quinn emanuel urquhart & sullivan, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000  FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000  FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000  FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000  FAX +49 40 89728 7100

chips that is clearly within Apple's possession and requires minimal effort for Apple to include in its Response. Yet, Apple's Response to does nothing more than list out the baseband processor model number of each accused Apple product.

Specifically, Interrogatory Nos. 28 and 29 request, among other things, that Apple identify the Build ID and Software Release Numbers for each Qualcomm baseband chip found in the accused Apple products. Jason Shi, Apple's corporate representative in Investigation No. 337-TA-794 (the "794 Investigation"), testified that ascertaining the Software Release Numbers for an Apple product was easy and involves simply printing out a copy of the history of software release numbers from Apple's software version control tool. (*See* Jason Shi Feb. 24, 2012 Dep. Tr. at pp. 246-250.) Indeed, Apple has already made available for inspection certain Qualcomm source code within its possession and, in doing so, Apple must necessarily have determined the Qualcomm source code releases that are incorporated in the accused Apple products.

Despite having this easily obtained, highly responsive information at its fingertips, Apple still failed to provide complete responses to Interrogatory Nos. 28 and 29. Please provide supplemental responses to Samsung's Interrogatory Nos. 28 and 29 immediately.

**Samsung's Third Set of Requests for Production of Documents**

Samsung's Third Set of Requests for Production of Documents contain a number of Requests that call for production of all non-privileged documents relating to Qualcomm baseband chips, including at least Request Nos. 159-164, 173-178, and 182. Apple has agreed to produce in response to each of these Requests. Samsung served these Requests on July 31, 2012.

However, in the intervening *seven months*, Apple has not produced a single Qualcomm document. The only documents related to the Qualcomm baseband chips that Samsung received from Apple are documents produced in prior actions: the 794 Investigation and Case No. 11-cv-01846-LHK (the "1846 Case"). These productions are more than a year old and many of the documents themselves date as far back as 2008. While there are many overlapping issues between these three cases, there are also some differences. For example, Samsung has accused different Apple products of infringing the '087 and '596 patents (*i.e.*, iPhone 5, iPad Mini (3G), iPad 3 (3G), and iPad 4 (4G)). Each of these products utilizes a Qualcomm chip that was not at issue in the prior cases. (*See, e.g.*, Apple's Objections and Responses to Samsung's Fourth Set of Interrogatories at pp. 9-10.) Apple has not produced any documents related to the Qualcomm chips that reside within these products.

The prejudice from Apple's failure to supplement the productions in previous actions is compounded by the fact that those productions are themselves flawed. For example, Apple contemplated incorporating Qualcomm baseband chips at least as early as 2008. However, Apple produced only 40 emails between Apple and Qualcomm. It is unbelievable that Apple and Qualcomm would have exchanged only 40 emails over the past five years. In fact, Jason Shi testified in the 794 Investigation that Apple and Qualcomm engineers discuss source code and chip development in detail. (*See* Jason Shi Feb. 24, 2012 Dep. Tr. at pp. 235-236.)

Moreover, the few emails that Apple did produce in the 794 Investigation and 1846 Case further reveal the extent of Apple's failure to produce all relevant documents. These emails discuss technical specifications, test reports, and design specifications, and other documents that Apple has failed to produce. For example, the email at bates number APL7940002885802 identifies a "UMTS Objective Specification." This specification, whose title demonstrates it is highly relevant to the '087 and '596 Patents, was never produced to Samsung. Similarly, emails at APL7940002885865 and APL7940002886286 discuss other Qualcomm technical and design specifications. These documents, too, are absent from Apple's production.

Please provide a date certain by which Samsung can expect Apple to complete its production of Qualcomm documents responsive to Samsung's Requests for Production Nos. 159-164, 173-178, and 182.

**Apple's Production of Qualcomm Source Code**

On February 10, 2013, immediately upon review of Apple's Qualcomm source code production, Samsung emailed Apple to explain that Apple's production was missing relevant source code. Samsung stated that Apple failed to produce Qualcomm source code that receives and processes RRC peer messages that include the information elements (IEs) as related to HARQ processes. Samsung asked Apple to make this source code available for inspection immediately. Samsung renewed its request in a February 16, 2013 email. More than two weeks later, Apple has yet to respond at all. Please do so immediately.

Apple's failure to adequately respond to Samsung's Interrogatories, produce any Qualcomm-related documents, and make a complete production of source code (indeed, to even respond to emails regarding its deficient source code production) is unjustified and continues to prejudice Samsung's ability to conduct discovery and develop its case.

Please confirm that Apple will provide supplemental responses to Samsung's Interrogatories Nos. 28 and 29, produce all responsive, non-privileged documents relating to the Qualcomm baseband chips in the accused Apple products, and remedy its deficient Qualcomm source code production. Please provide a date by which Samsung can expect to receive these responses and documents.

Very truly yours,

Amar L. Thakur

3