# EXHIBIT 11

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3263**

WRITER'S INTERNET ADDRESS
**amarthakur@quinnemanuel.com**

April 24, 2013

<u>VIA E-MAIL</u>

Peter J. Kolovos
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Re:   *Apple Inc. v. Samsung Elecs. Co., Ltd.*, Case No. 12-cv-0630 LHK (PSG)

Dear Counsel:

I write in response to your March 29, 2013 letter and to follow-up on our discussion during the March 21, 2013 lead trial counsel meet and confer regarding Apple's responses to the production of documents and source code that relate to the Qualcomm baseband chips in the accused Apple products.

Samsung has requested this same discovery now for months. On February 10, 2013, immediately upon review of Apple's Qualcomm source code production, Samsung emailed Apple to explain that Apple's production was missing relevant source code. Samsung renewed this request in a February 16, 2013 email. On February 28, 2013, Samsung sent Apple a letter asking it to produce documents and reiterated for a third time its request that Apple produce the missing relevant source code related to the Qualcomm baseband chips in the accused Apple products. Apple ignored these requests and Samsung raised these issues at the lead trial counsel meet and confer on March 21, 2013. *See* 3/20/13 Letter from Thakur to Kolovos at 2. At this meet and confer, Apple assured Samsung that it would supplement its production of relevant Qualcomm related documents and source code by <u>April 10, 2013</u>. *See* 3/25/13 Letter from Thakur to Kolovos at 2-3.

It has now been well over a month since Apple agreed to produce documents and make available for inspection source code that relates to the Qualcomm baseband chips and *almost a year* since Samsung served its discovery requests. *See* Samsung's 3rd Set of Requests for Production. Yet, as of today, Apple has not produced even a single Qualcomm document related to the accused Apple products that were not accused of infringement in the prior litigations. In fact, Apple has

failed to produce in this case *any* Qualcomm generated documents within its possession. Apple's litigation tactics to delay this production is in direct contradiction to the assurances of future productions it already provided Samsung back in March at the lead trial counsel meet and confer.

Absent assurances of a complete production of these requested documents and source code by May 10, 2013, we will escalate this issue and raise it at the next lead trial counsel meet and confer. Furthermore, to the extent Apple refuses to produce the relevant Qualcomm source code, please let us know if Apple will stipulate that there is no meaningful difference between the Qualcomm code related to the accused functionality in the '087 and '596 patents it receives from Qualcomm and the code that is loaded and sold on the accused Apple products.

Very truly yours,

Amar L. Thakur