# EXHIBIT 13

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3263**

WRITER'S INTERNET ADDRESS
**amarthakur@quinnemanuel.com**

May 3, 2013

Peter J. Kolovos, Esq.
WilmerHale
60 State Street
Boston, Massachusetts 02109

Re:   Apple v. Samsung Elecs. Co. et al, Case No 12-cv-630 (N.D.Cal.)

Dear Counsel:

As you know, at the lead counsel meet and confer on May 2, 2013, the parties discussed Apple's production of technical documents as referenced in various correspondence, including Samsung's letter of April 8, 2013.

During that discussion, purely in the interest of compromise and in an effort to resolve the dispute without court intervention, Samsung agreed to provide Apple with a shortened list of especially important documents so that Apple could consider whether to agree to an expedited and immediate production of said documents.

Samsung now provides this list with the express reservation that this list is in no way to be interpreted to interfere with Samsung's other requests for documents, or for other discovery more generally.  Indeed, Samsung continues to demand the full scope of technical documents detailed elsewhere, as well as the full scope of production with regard to other outstanding document requests, including, but not limited to, source code requests and other requests relating to the accused devices and operating systems.

**Technical Documents**: For each Accused Device and operating system:

- User Guides, Demo Guides, Finger Tips, Reviewer's Guides, and Sales Guides

- Bills of Materials in searchable format. (Apple's produced BOMs are illegible.)

- Documents describing how iTunes, iCloud, iTunes Match, and Apple ID operate, including how iTunes, iCloud, iTunes Match, and Apple ID synchronize music, video or photos and data associated with music, video, or photos.

- Documents describing the logical/physical location of the software and hardware (*e.g.*, servers) used with iTunes, iCloud, iTunes Match, including how music, video, and photos and data associated with music video or photos is synchronized and any synchronization of music, video or photos across the software and hardware.

- Documents describing the structure and operation of the application processors, including the A4, A5, and A6 application processors. This includes the structure and operation of any portions of the applications processors used for transmission of video files and portions used for compression or decompression of audio, images, or videos.

- Documents describing the structure and operation of any component in the Accused Devices that implements, supports, processes, or provides wireless communications functions, including baseband processors, transceivers, wireless communication chips, and WiFi chips. This includes any such component manufactured by third parties, including Qualcomm, Intel, and Broadcom.

- Documents describing the structure and operation of any component relating to capturing, digitizing, or compressing audio and/or video data. This includes technical specifications for any such component manufactured by third parties, including Omnivision, Sony, and Cirrus. Digitizes includes any analog to digital conversion or digital to analog conversion.

- Documents describing interconnections for following components: camera lens, CMOS sensor chip, microphone, application processor chip, audio chip, display, and audio output

- Documents describing the structure and operation of each audio component, such as audio codec chip.

- Documents describing how the following components are interconnected: built-in speaker, stereo headphone port, an audio codec or other audio processing chip, a display screen, memory, volume control buttons, and application processor (A4, A5, A6, etc.)

- Documents describing the UIKit software package, including the magnifying glass/loupe feature.

- Documents describing the development, implementation, and review of the UIKit software package, including the magnifying glass/loupe feature.

- Documents describing how the following components are interconnected: touch screen, touch screen controller, memory, and application processor (A4, A5, A6, etc.)

- Documents describing how the multi-touch firmware communicates touch data from the touch screen to software.

- Documents describing the testing of the Japanese Kana keyboard and Chinese Stroke keyboard.

- Documents describing each component of the touch screen display, including the touch screen controller and all other display controllers.

- Documents describing the structure and operation of each Qualcomm baseband chip.

- Documents that identify the Build ID and Software Release Numbers for each Qualcomm baseband chip.

- The following AT&T Documents for all Accused Devices: AT&T Requirements Documents (AT&T Document # 13340); AT&T Handset Compliance Spreadsheet (AT&T Document # 13289); and Lab and Field Test Requirements for Terminal Unit Acceptance (AT&T Document #10776).

**Source Code**: For each Accused Devices and operating system:

- Source code for all application processors, including the A4, A5, and A6 application processors.

- Source code related to transferring data between the application processor and the baseband processor, wireless communication chip, and/or WiFi chip including application processor code that initializes the baseband processor, wireless communication chip, and/or WiFi chip, or is called to initialize the baseband processor, wireless communication chip, and/or WiFi chip.

- Source code for any component that implements, supports, processes, or provides wireless communication functions, including baseband processors, transceivers, wireless communication chips, and WiFi chips.  This includes any such component manufactured by third parties, including Qualcomm, Intel, and Broadcom.

- Source code related to capturing, digitizing, or compressing audio and/or video data.  This includes source code for components manufactured by third parties, including Omnivision, Sony, and Cirrus.  Digitizing includes any analog to digital conversion or digital to analog conversion.

- Source code, including application processor (A4, A5, A6, etc.) source code implementing compression, storage, decompression, playback, and display of images and videos captured with the digital cameras.

- Source code relating to storing images and videos captured with the digital camera(s), including all data, such as EXIF data, location data, or Album data, stored with each image or video.

- Source code for the Photos application, including all code relating to the Camera Roll, Albums, the icons overlayed on thumbnail images, and the ability to list the number of images or videos contained in an Album.

- Source code, including application processor (A4, A5, A6, etc.) source code enabling output of sound through the built-in speaker or through the stereo headphone port, switching between the speaker and headphone port, displaying the volume control bar for the speaker or headphone port, storing and displaying different volume levels for speaker and headphones port, and processing volume control inputs.

- Source code for the Music application, including all code relating to playback and volume control.

- Qualcomm source code that receives and processes RRC peer messages that include the information elements (IEs) as related to HARQ processes.

Please let us know whether Apple will agree to produce these documents immediately.

Very truly yours,

*Amar L. Thakur*

Amar L. Thakur

02198.51981/5300281.2

02198.51981/5300281.2