# EXHIBIT 14

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3263

WRITER'S INTERNET ADDRESS
amarthakur@quinnemanuel.com

May 29, 2013

**Via Email**
Peter J. Kolovos
Wilmer Cutler Hale Pickering & Dorr LLP
60 State Street
Boston, MA 02109

Re:     Apple Inc. v. Samsung Electronics Co. Ltd., Case No. 12-cv-00630-LHK

Dear Peter:

I write to follow up on my April 24, 2013 and May 3, 2013 letters regarding Apple's production of Qualcomm-related technical documents.  The May-3 letter memorializes the compromise reached at the lead counsel meet and confer on May 2, 2013 where Samsung agreed to provide Apple with a shortened list of especially important documents so that Apple can consider whether to agree to an expedited and immediate production.

Regarding the listed Qualcomm-related discovery, Apple fails to meet its end of the bargain.  Samsung compromised by narrowing its list to a single item: *documents describing the structure and operation of each Qualcomm baseband chip*.  And yet Apple provides no indication as to whether it will produce these documents.  These Qualcomm documents are undeniably relevant and discoverable because Samsung identifies Qualcomm chips within the Apple products as capable of practicing the functionality of Samsung's '087, '596, and '239 patents.  As stated in Samsung's April-24 letter, Apple has made false assurances that it will produce these documents for *months*, forcing Samsung to escalate this issue.

Please confirm by May 31, 2013 that Apple with complete production of Qualcomm-related technical documents by June 5, 2013.

Very truly yours,

*Amar L. Thakur*

Amar L. Thakur

quinn emanuel urquhart & sullivan, llp
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS