# EXHIBIT 15

WilmerHale

June 4, 2013

Peter J. Kolovos

+1 617 526 6493 (t)
+1 617 526 5000 (f)
peter.kolovos@wilmerhale.com

<u>VIA ELECTRONIC MAIL</u>

Amar L. Thakur
Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California  90017

Re:   *Apple Inc. v. Samsung Elecs. Co.*, Case No. 12-CV-00630-LHK (N.D. Cal. 2012)

Dear Amar:

I write in response to your May 29, 2013 letter.  Apple has produced many documents describing the structure and operation of the Qualcomm baseband chips contained in the accused Apple products.  *See, e.g.*, APL7940014391077 - APL7940014391598; APL7940014417571 - APL7940014417711; APL7940014497594 - APL7940014497606; APL7940014687986 - APL7940014688091; APL7940017229165 - APL7940017229256; APL7940017735664 - APL7940017735727; APL7940017735892 - APL7940017736060; APL7940017737869 - APL7940017738041; APL7940017738394 -  APL7940017738463; APL7940017976770 - APL7940017976874; APL7940017996358 - APL7940017996406; APL630DEF-WH0003878679 - APL630DEF-WH0003878810.

Best regards,

/s/ Peter J. Kolovos


Peter J. Kolovos