# EXHIBIT 16

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3263

WRITER'S INTERNET ADDRESS
amarthakur@quinnemanuel.com

June 5, 2013

Peter J. Kolovos, Esq.
WilmerHale
60 State Street
Boston, Massachusetts 02109

Re:   Apple v. Samsung Elecs. Co. et al, Case No 12-cv-630 (N.D.Cal.)

Dear Counsel:

I write to follow up on Samsung's various letters (including those of May 29 and April 24, 2013) related to Apple's failure to produce Qualcomm documents.

Brett Bachtell, counsel for Qualcomm, has informed counsel for Samsung over the phone that documents which have been requested from Qualcomm – in particular, technical documents that Qualcomm has made available to Apple relating to Qualcomm components used in Apple devices – are going to be produced by Apple, not Qualcomm.

As explained in Samsung's letter of April 24, Apple is obligated to produce these documents under at least Samsung's Third Set of Requests for Production, served well over a year ago. The Qualcomm documents produced by Apple in the 794 Investigation (including all those referred to in your letter of June 6, 2013) are not responsive to Samsung's Request for the products accused in this case that were not at issue in the 794 Investigation (i.e., iPhone 5, iPad Mini, iPad 3, and iPad 4). Additionally, the production from the 794 Investigation is flawed and incomplete for the reasons stated in Samsung's letter of February 28, 2013. Moreover, the document APL630DEF-WH0003878679 - APL630DEF-WH0003878810 cited in your letter is also irrelevant – it is merely a 100 page list of bug fixes to the software operating with the Qualcomm chips.

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

Therefore, please produce all Qualcomm documents within Apple's possession, custody, or control responsive to Samsung's requests for production by June 14, 2013.

Very truly yours,

*Amar L. Thakur*

Amar L. Thakur

02198.51990/5352559.1