# EXHIBIT 17

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3263

WRITER'S INTERNET ADDRESS
amarthakur@quinnemanuel.com

June 14, 2013

Peter J. Kolovos, Esq.
WilmerHale
60 State Street
Boston, Massachusetts 02109


Re:    Apple v. Samsung Elecs. Co. et al, Case No 12-cv-630 (N.D.Cal.)


Dear Counsel:

I write to follow up on Samsung's most recent letter of June 5, 2013 (which was itself a follow up letter to those of May 29 and April 24, 2013) related to Apple's failure to produce Qualcomm documents.

We have not received a response to the June 5 letter. Please provide a response by the close of business Monday, June 17, 2013.


Very truly yours,

Amar L. Thakur

Amar L. Thakur

quinn emanuel urquhart & sullivan, llp
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS