# EXHIBIT 18

# Mario Gutierrez

**From:** Michael Fazio
**Sent:** Saturday, June 22, 2013 8:08 AM
**To:** Samsung NEW
**Subject:** FW: Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.)

---

**From:** Miller, Elise [mailto:Elise.Miller@wilmerhale.com]
**Sent:** Saturday, June 22, 2013 8:07 AM
**To:** Amar Thakur
**Cc:** 'JRho@gibsondunn.com' (JRho@gibsondunn.com); 'MLyon@gibsondunn.com' (MLyon@gibsondunn.com); '*** Apple/Samsung' (Apple/Samsung@gibsondunn.com); WH Apple Samsung NDCal II Service; Scott Florance; Michael Fazio
**Subject:** Apple v. Samsung, Case No. 12-cv-00630 (N.D. Cal.)

Amar,

As discussed during Thursday's lead trial counsel meet-and-confer, yesterday Apple made yet another production of documents in Apple's possession that were generated by Qualcomm and/or relate to the Qualcomm baseband chips incorporated into certain of the accused Apple devices. We believe that Apple's production of source code and documents has provided Samsung with sufficient information to understand the structure and operation of each Qualcomm chipset. We ask that you review this latest production, and if you continue to believe Apple's production is incomplete, provide us a specific list of missing documents. Further, to the extent that you believe there are standard Qualcomm specifications missing from Apple's production, please explain why Samsung has not located and produced such documents from its own files.

Best regards,

**Elise Miller | WilmerHale**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
+1 202 663 6332 (t)
+1 202 663 6363 (f)
elise.miller@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.