# EXHIBIT 30

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3263

WRITER'S INTERNET ADDRESS
amarthakur@quinnemanuel.com

June 21, 2013

<u>VIA E-MAIL</u>

Peter J. Kolovos
WilmerHale
60 State Street
Boston, MA 02109

Re:    *Apple Inc. v. Samsung Elecs. Co., Ltd.*, Case No. 12-cv-00630-LHK (N.D.Cal.)

Dear Counsel:

I write to in response to your May 23, 2013 letter and to follow-up on our discussions regarding Apple's supplemental responses to Samsung's Interrogatory No. 32.  At the Lead Counsel Meet and Confer on May 15 and in your letter of May 23, Apple agreed to "supplement its response by May 24 to identify the requested AT&T requirements and test documented completed by Apple and submitted to AT&T."  However, Apple's Third Supplemental Response to Samsung's Interrogatory No. 32 still remains deficient.

Interrogatory No. 32 requests Apple to identify the final versions of the AT&T documents identified in the interrogatory for each accused Apple product.  Apple does not dispute the relevance of this request, but instead states that it is seeking permission from AT&T to produce these documents.  By failing to identify, by bates number, *any* final version of the identified AT&T documents for *any* of the accused Apple products, Apple's response is thoroughly lacking the information Samsung seeks in this request.   Nearly four weeks have passed since Apple's last supplement of Interrogatory No. 32.  Samsung served Interrogatory No. 32 back in January, so Apple has known about this request for over five months.  Apple's delay in providing Samsung with the information it seeks is wholly improper.

By no later than the close of business on Monday, June 24, 2013, Apple must make a firm commitment to providing a complete response to Interrogatory No. 32—identifying the bates numbers of all final submitted and completed versions of the AT&T documents identified in this interrogatory, and identifying the corresponding Apple product—by Friday, June 30, 2013.  To

the extent Apple does not make this commitment that Samsung seeks, Samsung will move to compel a complete response from Apple.


Very truly yours,

Amar L. Thakur