1  WILLIAM F. LEE (*pro hac vice*)
   william.lee@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  60 State Street
   Boston, Massachusetts  02109
4  Telephone:  (617) 526-6000
   Facsimile:  (617) 526-5000
5

6  MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
7  WILMER CUTLER PICKERING
      HALE AND DORR LLP
8  950 Page Mill Road
   Palo Alto, California  94304
9  Telephone:  (650) 858-6000
   Facsimile:  (650) 858-6100
10

11 Attorneys for Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF APPLE INC.** |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that David C. Yang of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Apple Inc. in this action. Pursuant to General Order 45 IV(c), counsel respectfully requests that he be included via email on the Court's notification of all electronic filings in this action at the following email address: david.yang@wilmerhale.com.

Dated:  June 27, 2013

WILMER CUTLER PICKERING
  HALE AND DORR LLP

/s/ David C. Yang
David C. Yang
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:  (212) 443-5300
Facsimile:   (212) 443-5400

*Counsel for Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 27, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

/s/ David C. Yang
David C. Yang