| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | STEPTOE & JOHNSON, LLP<br>John Caracappa (*pro hac vice*) |
| 2 | Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com | jcaracappa@steptoe.com<br>1330 Connecticut Avenue, NW |
| 3 | Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com | Washington, D.C. 20036<br>Telephone: (202) 429-6267 |
| 4 | 50 California Street, 22nd Floor<br>San Francisco, California 94111 | Facsimile: (202) 429-3902 |
| 5 | Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 | |

1
2
3
4
5
6
7  Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
   kevinjohnson@quinnemanuel.com
8  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
9  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
10 Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
11
12 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
   Michael L. Fazio (Bar. No. 228601)
13 michaelfazio@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
14 Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
15 Facsimile:  (213) 443-3100

16 Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA,
17 INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

18

UNITED STATES DISTRICT COURT

19

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    PLEASE TAKE NOTICE that Scott B. Kidman, an attorney with the firm of Quinn
2  Emanuel Urquhart & Sullivan, LLP and admitted to practice before this Court, and whose contact
3  information appears below, hereby enters an appearance as an additional attorney of record for
4  Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
5  Telecommunications America, LLC.

> Scott B. Kidman (Bar No. 119856)
> Quinn Emanuel Urquhart & Sullivan, LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, California 90017-2543
> Telephone:  (213) 443-3000
> Facsimile:  (213) 443-3100
> scottkidman@quinnemanuel.com

DATED: June 28, 2013                    QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP


                                        By: */s/ Scott B. Kidman*
                                            Scott B. Kidman
                                            Attorneys for Defendants Samsung Electronics
                                            Co., Ltd., Samsung Electronics America, Inc., and
                                            Samsung Telecommunications America, LLC

-2-                                        Case No. 12-CV-00630-LHK
                                           NOTICE OF APPEARANCE