JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 5:12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S SUBMISSION ON CASE NARROWING PURSUANT TO COURT ORDER OF APRIL 24, 2013** |

Pursuant to the Court's April 24, 2013 Order (D.I. 471) ("Order"), Apple Inc. ("Apple") hereby identifies the asserted patents, asserted claims, and accused products to which it will limit its infringement assertions going forward in this action. Apple reserves all rights regarding patents, claims, and products dismissed without prejudice pursuant to the Court's Order, including the right to reassert any of these patents, claims or products in a subsequently filed action.

**I.   Asserted Patents**

Pursuant to the Court's Order, Apple states that it will work with Samsung to shortly file a joint stipulation of dismissal without prejudice of all claims, defenses, counterclaims and counter-defenses with regard to U.S. Patent Nos. 5,666,502 and 8,086,604. Apple continues to assert all claims of infringement with regard to U.S. Patent No. 6,847,959, which is related to the same unified search feature to which U.S. Patent 8,086,604 is directed. In addition, Apple continues to assert all claims of infringement with regard to U.S. Patent Nos. 5,946,647; 7,761,414; 8,014,760; 8,046,721; and 8,074,172.

**II.   Asserted Claims**

Pursuant to the Court's Order, Apple identifies the following 15 claims to which Apple will limit its infringement assertions going forward in this action:

U.S. Patent No. 5,946,647:  Claims 1, 4, 6, 8, 9.

U.S. Patent No. 6,847,959:  Claims 24, 25, 27.

U.S. Patent No. 7,761,414:  Claims 11, 20.

U.S. Patent No. 8,014,760:  Claims 10, 11, 19.

U.S. Patent No. 8,046,721:  Claim 8.

U.S. Patent No. 8,074,172:  Claim 18.

**III.   Accused Products**

Pursuant to the Court's Order, and subject to Apple's positions reflected in Apple's May 13, 2013 List of Accused Products (D.I. 514) and the June 7, 2013 Joint Status Report Concerning Representative Products (D.I. 584), Apple identifies the following 18 accused products to which Apple will limit its infringement assertions going forward in this action, subject to any Court order regarding accused products, and subject to the continued assertion, under a representative products

approach, of any accused products previously identified in Apple's May 13, 2013 submission (D.I. 514) that are not listed below:

1. Admire
2. Captivate Glide
3. Conquer 4G
4. Dart
5. Exhibit II 4G
6. Galaxy Nexus
7. Galaxy Note
8. Galaxy Note 10.1
9. Galaxy Note II
10. Galaxy Rugby Pro
11. Galaxy SII
12. Galaxy SII Epic 4G Touch
13. Galaxy SII Skyrocket
14. Galaxy S III
15. Galaxy Tab 2 10.1
16. Illusion
17. Stratosphere
18. Transform Ultra.

GIBSON, DUNN & CRUTCHER LLP

Dated: June 28, 2013           By:  /s/  H. Mark Lyon

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5-1, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with the Northern District of California Local Rules via the Court's ECF system.

Dated: June 28, 2013      By:      /s/ H. Mark Lyon
                                         H. Mark Lyon