QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **SAMSUNG'S JUNE 28, 2013 CASE NARROWING STATEMENT** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Pursuant to the Court's Case Management Order issued on April 24, 2013 (Dkt. 471),
2   Samsung submits this statement narrowing its offensive case to no more than 6 patents, 15
3   asserted claims and no more than 18 accused Apple products.
4   Samsung is willing to dismiss without prejudice U.S. Patent Nos. 6,672,470 and
5   7,232,058.  Samsung is also willing to dismiss without prejudice all asserted claims from the
6   remaining six Samsung patents except for the 15 listed below:

- U.S. Patent No. 7,756,087 – Claims 10, 35 and 40.
- U.S. Patent No. 7,551,596 – Claims 1 and 13.
- U.S. Patent No. 7,577,757 – Claims 1, 14 and 15.
- U.S. Patent No. 6,292,179 – Claims 1 and 7.
- U.S. Patent No. 6,226,449 – Claims 25 and 27.
- U.S. Patent No. 5,579,239 – Claims 1, 7, and 15.

Samsung also identifies the following 18 accused Apple products:

1. iPhone 3GS
2. iPhone 4
3. iPhone 4S
4. iPhone 5
5. iPad 2
6. iPad 3
7. iPad 4
8. iPad Mini
9. iPod Touch (5th generation)
10. iPod Touch (4th generation)
11. MacBook Air
12. MacBook Pro
13. iMac

-2-   Case No. 12-CV-00630-LHK
SAMSUNG'S JUNE 28, 2013 CASE NARROWING STATEMENT

02198.51981/5279307.1

1       14. Mac Mini

2       15. Mac Pro

3       16. iTunes (including iTunes Match)

4       17. iCloud

5       18. Apple TV (1st generation)

6                                          * * *

Samsung intends to confer with Apple, and subsequently file a stipulation of dismissal without prejudice and proposed order with respect to the patents, claims and products that it will not assert against Apple at trial in this case.

DATED: June 28, 2013          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
    Charles K. Verhoeven
    Kevin P.B. Johnson
    Victoria F. Maroulis
    Michael T. Zeller
    Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC