UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No.: 12-CV-0630-LHK<br><br>**[PROPOSED] ORDER GRANTING PETITIONER NOKIA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF ITS PETITION TO CONFIRM AN INTERNATIONAL ARBITRATION AWARD** |

1   On July 1, 2013, non-party Nokia Corporation filed an administrative motion to seal

2   Nokia's motion for protective order and the supporting declarations and exhibits thereto.

3   Nokia's Motion to Seal is GRANTED. Consistent with and to the extent described in

4   Nokia's motion to seal and supporting declaration, the documents at issue may be filed under seal.

5   IT IS SO ORDERED.

6

7   Dated: _____          _____