1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS CO.,
16 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18                UNITED STATES DISTRICT COURT

19         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 21          Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SAMSUNG'S MOTIONS TO PRECLUDE AND AMENDED INVALIDITY CONTENTIONS** |
| 22      vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26          Defendants. | |

02198.51990/5396700.4

1   WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action (the

2  "Litigation") against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and

3  Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple,

4  "the Parties" and individually each a "Party") on February 8, 2012;

5   WHEREAS, Samsung subsequently filed counterclaims against Apple;

6   WHEREAS, on August 10, 2012, the parties served their Patent Local Rule 3-3 Invalidity

7  Contentions;

8   WHEREAS, Samsung served its First Set of Interrogatories to Apple on September 25,

9  2012, including Interrogatory No. 2, which asked Apple to identify, *inter alia*, the date of

10  conception for each of its asserted claims;

11   WHEREAS, Apple served its Objections and Responses to Samsung's First Set of

12  Interrogatories, including to Interrogatory No. 2, on November 8, 2012;

13   WHEREAS, on January 23, 2013, this Court granted the parties leave to amend their initial

14  Invalidity Contentions;

15   WHEREAS, Apple supplemented its response to Interrogatory No. 2 on April 10, 2013 to

16  assert earlier conception dates for 4 of the 8 Apple patents-in-suit;

17   WHEREAS, on April 29, 2013, this Court granted the parties leave to further amend their

18  Invalidity Contentions;

19   WHEREAS, on May 28, 2013, Samsung filed its (1) Motion for Leave to Amend Its

20  Invalidity Contentions [Dkt. 540]; and (2) Motion to Preclude Apple from Asserting Untimely

21  Dates of Conception [Dkt. 543], collectively, the "Motions";

22   WHEREAS, on June 11, 2013, Apple filed its (1) Opposition to Samsung's Motion for

23  Leave to Amend Its Invalidity Contentions [Dkt. 594]; and (2) Opposition to Samsung's Motion to

24  Preclude Apple From Asserting Untimely Dates of Conception [Dkt. 593];

25   WHEREAS, the hearing for said Motions is scheduled for Tuesday, July 2, 2013 before

26  this Court;

27   WHEREAS, on June 27, 2013 Samsung served an additional invalidity claim chart

28  concerning the '959 patent on Apple, identified as Exhibit C-21; and

1    WHEREAS, the Parties have reached agreement concerning the additional invalidity claim
2 chart identified as Exhibit C-21 and on issues raised in the Motions set for hearing on July 2, such
3 that the hearing need not go forward.
4    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as
5 follows:
6    1.    Samsung will withdraw its Motion to Preclude Apple from Asserting Untimely
7 Dates of Conception [Dkt. 543].   By withdrawing its Motion, Samsung does not accept the
8 conception dates asserted by Apple in Apple's response to Samsung Interrogatory No. 2, and
9 expressly reserves all rights to challenge them.
10    2.    Apple will withdraw its opposition to Samsung's Motion for Leave to Amend Its
11 Invalidity Contentions [Dkt. 540] with respect to the '760 patent.   Specifically, Apple does not
12 oppose the proposed amendments concerning the '760 patent as set forth in Samsung's Third
13 Amended Patent Local Rules 3-3 and 3-4 Disclosures as well as in Second Amended Exhibits E-1
14 through E-8 and Amended Exhibit E-9 as submitted with the motion.
15    3.    Samsung asserts that there is good cause for leave to amend under Patent Local
16 Rule 3-6 to add Exhibit C-21 to Samsung's invalidity contentions.   Apple consents to Samsung's
17 request for leave to amend its invalidity contentions to include Exhibit C-21 concerning the '959
18 patent – as sent to Apple on June 27, 2013, and attached hereto as Exhibit A.   Provided that
19 Samsung is granted leave to amend its invalidity contentions to include Exhibit C-21, Samsung
20 will forego filing a motion to compel on Apple's production of documents and things concerning
21 Applesearch and WAIS.

**IT IS SO STIPULATED:**

DATED: July 1, 2013                    Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Amar Thakur*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   William C. Price
   Amar Thakur

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

By */s/ Rod J. Stone [with permission]*
   Josh A. Krevitt
   H. Mark Lyon
   Michael A. Jacobs
   Richard S. J. Hung
   William F. Lee
   Mark D. Selwyn

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

   1.   Samsung's Motion to Preclude Apple from Asserting Untimely Dates of Conception [Dkt. 543] is withdrawn.   By withdrawing its Motion, Samsung does not accept the conception dates asserted by Apple for any patent set forth in Apple's response to Samsung Interrogatory No. 2, and expressly reserves all rights to challenge them.

   2.   Apple's opposition to Samsung's Motion for Leave to Amend Its Invalidity Contentions [Dkt. 540] with respect to the '760 patent is withdrawn as to the proposed amendments concerning the '760 patent as set forth in the cover document to Samsung's invalidity contentions as well as in Second Amended Exhibits E-1 through E-8 and Amended Exhibit E-9 as submitted with the motion.   Samsung is granted leave to amend its invalidity contentions

1   concerning the '760 patent as set forth Samsung's Third Amended Patent Local Rules 3-3 and 3-4
2   Disclosures; Second Amended Exhibits E-1 through E-8; and Amended Exhibit E-9 as submitted
3   with Docket 540.
4       3.    Samsung is granted leave to amend its invalidity contentions to included Exhibit C-
5   21 concerning the '959 patent, and attached hereto as Exhibit A.   Samsung will forego filing a
6   motion to compel on Apple's production of documents and things concerning Applesearch and
7   WAIS.

9   DATED:   July ___, 2013

_____
HON. PAUL S. GREWAL