1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Bar No. 250814)
3  kevinsmith@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
   Michael L. Fazio (Bar No. 228601)
12 michaelfazio@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
13 Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
14 Facsimile:  (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

18                   UNITED STATES DISTRICT COURT

19           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 21           Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 22      vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 27           Defendants. | |

28

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal the following documents:

1. CORRECTED Exhibit A to the Parties' Joint Stipulation and [Proposed] Order Regarding Samsung's Motions to Preclude and Amended Invalidity Contentions, attached here to as CORRECTED Exhibit A.

The above document discusses, refers to, or comprises documents and/or information that Apple has designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order.  Samsung accordingly files these documents under seal, and expects that Apple will comply with L.R. 79-5(d) by filing an appropriate declaration with the Court within seven days for those portions and documents that reference Apple-designated information.

Pursuant to General Order 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.  A redacted version of CORRECTED Exhibit A has been filed concurrently with this motion.

DATED: July 1, 2013  QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Amar Thakur*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Amar Thakur

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC