1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18                     UNITED STATES DISTRICT COURT

19               NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
   |---|---|
21 | Plaintiff, | **SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |
22 | vs. | |
23 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG | |
24 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
25 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
26 | Defendants. | |
27
28

**SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

1  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively "Samsung") hereby move the Court to remove
3  from its docket Exhibit A to the Stipulation with Proposed Order re Samsung's Proposed
4  Invalidity Contentions (Dkt. No. 648).   Samsung has filed the correct version of Exhibit A to the
5  Stipulation with Proposed Order re Samsung's Proposed Invalidity Contentions as the
6  CORRECTED Exhibit A to Samsung's Administrative Motion To File Documents Under Seal
7  (Dkt. No. 649)..
8
9
10  DATED: July 1, 2013                     QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
11
12                                          By  */s/ Amar L. Thakur*
                                                Amar L. Thakur
13                                              Attorney for SAMSUNG ELECTRONICS CO.,
                                                LTD., SAMSUNG ELECTRONICS AMERICA,
14                                              INC., and SAMSUNG
                                                TELECOMMUNICATIONS AMERICA, LLC
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-
**SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**