UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 12-CV-0630-LHK<br><br>**[CORRECTED PROPOSED] ORDER GRANTING NOKIA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR PROTECTIVE ORDER** |

1

On July 1, 2013, non-party Nokia Corporation filed an administrative motion to seal Nokia's motion for protective order and the supporting declarations and exhibits thereto.

Nokia's Motion to Seal is GRANTED. Consistent with and to the extent described in Nokia's motion to seal and supporting declaration, the documents at issue may be filed under seal.

IT IS SO ORDERED.


Dated: _____                    _____