| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 12 | Michael L. Fazio (Bar No. 228601) michaelfazio@quinnemanuel.com |
| 13 | 865 South Figueroa Street, 10th Floor Los Angeles, California  90017-2543 |
| 14 | Telephone:   (213) 443-3000 Facsimile:   (213) 443-3100 |
| 15 | |
| 16 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 17 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 20 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 21 | Plaintiff, | **SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |
| 22 | vs. | |
| 23 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG | |
| 24 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

**SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

1  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively "Samsung") hereby move the Court to remove
3  from its docket Exhibit A to the Stipulation with Proposed Order re Samsung's Proposed
4  Invalidity Contentions (Dkt. No. 648).   Samsung has filed the correct version of Exhibit A to the
5  Stipulation with Proposed Order re Samsung's Proposed Invalidity Contentions as the
6  CORRECTED Exhibit A to Samsung's Administrative Motion To File Documents Under Seal
7  (Dkt. No. 649)..

10  DATED: July 1, 2013         QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

12                              By  /s/ Amar L. Thakur
                                    Amar L. Thakur
13                                  Attorney for SAMSUNG ELECTRONICS CO.,
                                    LTD., SAMSUNG ELECTRONICS AMERICA,
14                                  INC., and SAMSUNG
                                    TELECOMMUNICATIONS AMERICA, LLC

17  Date: July 2, 2013

IT IS SO ORDERED

Paul S. Grewal

Judge Paul S. Grewal

-1-
**SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**