UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: July 2, 2013                                    Time in Court: 6 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge

**TITLE: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER**: **CV12-00630 LHK**
Plaintiff Attorney(s) present: Mark Lyon
Defendant Attorney(s) present: Amar Thakur

### PROCEEDINGS:
**1.) Defendants Motion for Leave to Amend Its Invalidity Contentions (Doc. 540)**
**2.) Defendants Motion to Preclude Apple from Asserting Untimely Dates of Conception (Doc. 543)**

Parties represent to the court that issues have been resolved.
The court will post order granting stipulation withdrawing motions.

///