# EXHIBIT B

# EXHIBIT 4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    JOSH A. KREVITT (CA SBN 208552)
     jkrevitt@gibsondunn.com
2    H. MARK LYON (CA SBN 162061)
     mlyon@gibsondunn.com
3    GIBSON, DUNN & CRUTCHER LLP
     1881 Page Mill Road
4    Palo Alto, California  94304-1211
     Telephone:  (650) 849-5300
5    Facsimile:  (650) 849-5333

6    MICHAEL A. JACOBS (CA SBN 111664)
     mjacobs@mofo.com
7    RICHARD S.J. HUNG (CA SBN 197425)
     rhung@mofo.com
8    MORRISON & FOERSTER LLP
     425 Market Street
9    San Francisco, California  94105-2482
     Telephone:  (415) 268-7000
10   Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

11

12

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

14

15

16   APPLE INC., a California corporation,

17         Plaintiff,

18      vs.

19

20   SAMSUNG ELECTRONICS CO., LTD., a
     Korean business entity; SAMSUNG
21   ELECTRONICS AMERICA, INC., a New
     York corporation; SAMSUNG
22   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
23
           Defendants.
24

25

26

27

28

Civil Action No. 12-CV-00630-LHK

**APPLE INC.'S THIRD SUPPLEMENTAL
OBJECTIONS AND RESPONSES TO
SAMSUNG'S FOURTH SET OF
INTERROGATORIES (NOS. 28, 29, 31, 32
AND 34)**

**HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S
SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S
<u>FOURTH SET OF INTERROGATORIES (NOS. 28, 29, 31, 32, 34)</u>**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33, Apple Inc. ("Apple") hereby supplements its objections and responses to the Fourth Set of Interrogatories to Apple Inc. (Nos. 28, 29, 31, 32, and 34) served by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC (collectively, "Samsung") on January 11, 2013.  These supplemental responses are based on information reasonably available to Apple at the present time.  Apple reserves the right to continue discovery and investigation into this matter and reserves the right to amend and supplement these responses when and if additional information becomes available.  Apple's objections as set forth herein are made without prejudice to Apple's right to assert any additional or supplemental objections pursuant to Rule 26(e).

**GENERAL OBJECTIONS**

The General Objections set forth in Apple's Objections and Reponses to Samsung's Fourth Set of Interrogatories, served on February 14, 2013, are incorporated herein by reference.

**OBJECTIONS AND RESPONSES TO INTERROGATORIES**

Subject to the foregoing qualifications and General Objections and the specific objections made below, Apple objects and responds to Samsung's Fourth Set of Interrogatories as follows:

**<u>INTERROGATORY NO. 28</u>**

Separately for each APPLE ACCUSED PRODUCT, IDENTIFY:  (1) the Baseband Processor used (listed by name, model number, serial number, part number, and internal code name); (2) the Executable Software incorporated or installed in the Baseband Processor (listed by file name, Build ID, and Software release version); (3) the 3GPP Release(s) supported (including which versions and subversions of the 3GPP specification are supported

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  within each Release); (4) the version(s) of HSUPA supported; (5) the version(s) of HSDPA

2  supported, and (6) the version(s) of HSPA+ supported, and IDENTIFY any documents which

3  reflect these categories of documents.

4  **RESPONSE TO INTERROGATORY NO. 28**

5  **[RESPONSE DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS'**

6  **EYES ONLY]**

7          Apple objects to this Interrogatory on the grounds that it is overbroad, unduly

8  burdensome, and not reasonably calculated to lead to the discovery of admissible evidence,

9  especially to the extent it seeks information about the accused Apple products beyond the

10  components, functionalities, or technologies of those products that may be relevant to

11  Samsung's patents-in-suit, and/or that Samsung has placed at issue in this case in its Patent

12  Rule 3-1 Disclosures. Accordingly, in responding to this interrogatory, Apple is only

13  providing information for those Apple products that Samsung has accused of infringing

14  the '087 and '596 patents, and only for the versions of those products that are compatible

15  with the 3GPP UMTS standard, as all other Apple products are outside the scope of

16  Samsung's infringement contentions for those patents. Apple objects that the phrase

17  "Executable Software incorporated or installed" is vague, overbroad, and not reasonably

18  calculated to lead to the discovery of admissible evidence. Apple objects to this

19  Interrogatory as it contains subparts, each of which should count as a separate Interrogatory.

20  Apple objects to the phrases "supported" and "which reflect these categories" as vague and

21  ambiguous.  Apple also objects to this Interrogatory to the extent it seeks information that is

22  subject to a confidentiality or non-disclosure agreement or governed by a protective order

23  preventing its production, or otherwise seeks confidential, proprietary, or trade secret

24  information of third parties. Apple further objects to this Interrogatory to the extent it

25  requires information outside Apple's possession, custody, and control, including, for

26  example, information concerning components that Apple has purchased from third parties.

27
APPLE'S THIRD SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Subject to and without waiving the foregoing General and Specific Objections, Apple responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced and/or will produce documents responsive to this Interrogatory, and that the burden of ascertaining the answer to this Interrogatory from the produced business records is substantially the same for Apple as for Samsung. Apple further designates, at this time, the following documents from which information responsive to this Interrogatory may be ascertained:

Apple iPhone related documents: APL7940001420530 - APL7940001420761, APL7940001420762 - APL794000142941, APL7940011143026 - APL7940011143139, APL7940011143160 - APL7940011143179, APL7940011143201 - APL7940011143361, and APL7940011143362 - APL7940011143627.

Apple iPad related documents: APL7940001421024 - APL7940001421103, APL7940001421104 - APL7940001421202, and APL7940011143180 - APL7940011143200.

Apple further responds that at least the following baseband chips are included in the Accused Products in the United States:

| **Product** | **Baseband Chip** |
|---|---|
| iPhone 4 (AT&T) | PMB 9801 |
| iPhone 4S (AT&T) | MDM6610 |
| iPhone 5 (AT&T) | MDM9615 |
| iPad 2  (Wi-Fi + 3G) (AT&T) | PMB 9801 |
| new iPad (Wi-Fi + 3G) (AT&T) | MDM9600 / 9610 |
| iPad 4th Gen. Wi-Fi + Cellular (AT&T) | MDM9615 |
| iPad Mini Wi-Fi + Cellular (AT&T) | MDM9615 |

APPLE'S THIRD SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Discovery is still in its early stages and Apple is continuing to investigate.  Apple reserves the right to supplement and/or amend its response as appropriate.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 28**

In addition to the objections above, Apple further objects to this interrogatory to the extent it seeks information for Apple products other than those that Samsung has accused of infringing the '239, '087 and '596 patents, as all other Apple products are outside the scope of Samsung's infringement contentions for those patents.  Accordingly, in responding to this interrogatory, Apple is only providing information for those Apple products that Samsung has accused of infringing the '239, '087 and '596 patents.

Subject to and without waiving the foregoing General and Specific Objections, Apple supplements its Response to Interrogatory No. 28 as follows:

The following baseband chips are included in the Accused Products in the United States:

| **Product** | **Baseband Chip** | **Code Names** |
|---|---|---|
| iPhone  (GSM) | PMB8876 | |
| iPhone 3G (GSM) | PMB8878 | |
| iPhone 3GS (GSM) | PMB8878 | |
| iPhone 4 (CDMA) | MDM6600 | |
| iPhone 4 (GSM) | PMB 9801 | |
| iPhone 4S  (GSM/CDMA) | MDM6610 | ■ |
| iPhone 5  (GSM/CDMA) | MDM9615 | ■ |
| iPad Wi-Fi + 3G (GSM) | PMB 8878 | |
| iPad 2  (Wi-Fi + 3G) (CDMA) | MDM6600 | |
| iPad 2  (Wi-Fi + 3G) (GSM) | PMB 9801 | |

APPLE'S THIRD SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| new iPad (Wi-Fi + 3G)  (GSM/CDMA) | MDM9600 / 9610 | ■ |
| iPad 4th Gen. Wi-Fi + Cellular (GSM/CDMA) | MDM9615 | ■ |
| iPad Mini Wi-Fi + Cellular (GSM/CDMA) | MDM9615 | ■ |

Apple further responds that the Accused Products support at least the following standards:

| **Product** | **Standards** |
| --- | --- |
| iPhone (GSM) | GSM/EDGE (850, 900, 1800, 1900 MHz) |
| iPhone 3G (GSM) | GSM/EDGE (850, 900, 1800, 1900 MHz)<br>UMTS/HSDPA (850, 1900, 2100 MHz) |
| iPhone 3GS (GSM) | GSM/EDGE (850, 900, 1800, 1900 MHz)<br>UMTS/HSDPA (850, 1900, 2100 MHz) |
| iPhone 4 (CDMA) | CDMA EV-DO Rev. A (800, 1900 MHz) |
| iPhone 4 (GSM) | GSM/EDGE (850, 900, 1800, 1900 MHz);<br>UMTS/HSPA+/DC-HSDPA (850, 900, 1900, 2100 MHz) |
| iPhone 4S (GSM/CDMA) | CDMA EV-DO Rev. A (800, 1900 MHz);<br>GSM/EDGE (850, 900, 1800, 1900 MHz);<br>UMTS/HSPA+/DC-HSDPA (850, 900, |
| iPhone 5 (GSM/CDMA) | CDMA EV-DO Rev. A and Rev. B (800, 1900, 2100 MHz); UMTS/HSPA+/DC-HSDPA (850, 900, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz) |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| iPad Wi-Fi + 3G (GSM) | UMTS/HSDPA (850, 1900, 2100 MHz) GSM/EDGE (850, 900, 1800, 1900 MHz) |
|---|---|
| iPad 2  (Wi-Fi + 3G) (CDMA) | CDMA EV-DO Rev. A (800, 1900 MHz) |
| iPad 2  (Wi-Fi + 3G) (GSM) | GSM/EDGE (850, 900, 1800, 1900 MHz); UMTS/HSPA+/DC-HSDPA (850, 900, 1900, 2100 MHz) |
| new iPad (Wi-Fi + 3G) (GSM/CDMA) | CDMA EV-DO Rev. A (800, 1900 MHz); UMTS/HSPA/HSPA+/DC-HSDPA (850, 900, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz) |
| iPad 4th Gen. Wi-Fi + Cellular (GSM/CDMA) | CDMA EV-DO Rev. A and Rev. B (800, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz); UMTS/HSPA+/DC-HSDPA (850, 900, 1900, 2100 MHz) |
| iPad Mini Wi-Fi + Cellular (GSM/CDMA) | CDMA EV-DO Rev. A and Rev. B (800, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz); UMTS/HSPA+/DC-HSDPA (850, 900, 1900, 2100 MHz) |

The Qualcomm software ███████████████████████████████
███████████████████████████

The Qualcomm software ███████████████████████████████
████████████████████████████

APPLE'S THIRD SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

2   right to supplement and/or amend its response as appropriate.

3   **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 28**

4   Subject to and without waiving the foregoing General and Specific Objections, Apple

5   supplements its Response to Interrogatory No. 28 as follows:

6   The most recent Baseband / Baseband Build IDs / iOS versions for the Accused

7   Products are as follows:

8

| Products | Chipsets | iOS | Baseband | Baseband Build ID |
|----------|----------|-----|----------|-------------------|
| iPhone 3G (GSM) | PMB8878 | 4.2.1 | ███ | |
| iPhone 3GS (GSM) | PMB8878 | 6.1.3 | ████ | |
| iPad (GSM) | PMB8878 | 5.1.1 | ███ | |
| iPhone 4 (GSM); iPad 2 (GSM) | PMB9801 | 6.1.3 | ███ | |
| iPhone 4S (GSM/CDMA) | MDM6610 | 6.1.3 | ██ | ████████ |
| iPad 3rd. Gen. (GSM/CDMA) | MDM9600/9610 | 6.1.3 | ██ | █████████ |
| iPhone 5 (GSM/CDMA); iPad 4th Gen. (GSM/CDMA); iPad mini (GSM/CDMA) | MDM9615 | 6.1.4 | ███ | ████████ |

████████████████████████

████████████████████████

-7-                              Case No. 12-CV-00630-LHK

APPLE'S THIRD SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the right to supplement and/or amend its response as appropriate.

**THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 28**

In addition to the objections above, Apple further objects to Samsung's interrogatory as overbroad to the extent it seeks information about "HSDPA."  HSDPA is a downlink technology, whereas the technologies claimed by the '087 and '596 patents are related to the uplink.  Thus, HSDPA technology is irrelevant, and no response to this interrogatory with respect to HSDPA is required.

Subject to and without waiving the foregoing General and Specific Objections, Apple supplements its Response to Interrogatory No. 28 as follows:

Accordingly, The most recent Baseband / Baseband Build IDs / iOS versions for the Accused Products are as follows:

| Products | Chipsets | iOS | Baseband | Baseband Build ID |
|---|---|---|---|---|
| iPhone 3G (GSM) | PMB8878 | 4.2.1 | ▉ | ▉ |

| | | | | | |
|---|---|---|---|---|---|
| iPhone 3GS (GSM) | PMB8878 | 6.1.3 | ███ | ███ | |
| iPad (GSM) | PMB8878 | 5.1.1 | ███ | ███ | |
| iPhone 4 (GSM); iPad 2 (GSM) | PMB9801 | 6.1.3 | ███ | ███ | |
| iPhone 4S (GSM/CDMA) | MDM6610 | 6.1.3 | ██ | ████████ | |
| iPad 3rd. Gen. (GSM/CDMA) | MDM9600/9610 | 6.1.3 | ██ | █████████ | |
| iPhone 5 (GSM/CDMA); iPad 4th Gen. (GSM/CDMA); iPad mini (GSM/CDMA) | MDM9615 | 6.1.4 | ██ | █████████ | |

Apple identifies, at this time, the following source code folders, which contain source code that perform certain of the functions identified in this interrogatory. The following source code folders contain source code for Qualcomm software ████████



The following source code folders contain source code for Intel software ████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    • ████████████████████████████

2         ████████████████████████

3

4    Apple further designates, at this time, the following documents from which information

5    responsive to this Interrogatory may be ascertained, including the requested information

6    about supported versions and subversions:

7         Apple iPhone related documents: APL630DEF-WH0001777742 - APL630DEF-

8    WH0001777785, APL630DEF-WH0001777807 - APL630DEF-WH0001777850,

9    APL630DEF-WH0001777898 - APL630DEF-WH0001777924, APL630DEF-

10   WH0001777964 - APL630DEF-WH0001777992, APL630DEF-WH0001777996 -

11   APL630DEF-WH0001778019, APL630DEF-WH0001778109 - APL630DEF-

12   WH0001778132, APL630DEF-WH0001778190 - APL630DEF-WH0001778224,

13   APL630DEF-WH0001778347 - APL630DEF-WH0001778631, APL630DEF-

14   WH0001779406 - APL630DEF-WH0001779429, APL630DEF-WH0001780049 -

15   APL630DEF-WH0001780079, APL630DEF-WH0001780107 - APL630DEF-

16   WH0001780136, APL630DEF-WH0001780214 - APL630DEF-WH0001780239,

17   APL630DEF-WH0001780501 - APL630DEF-WH0001780526, APL630DEF-

18   WH0001782328 - APL630DEF-WH0001782375, APL630DEF-WH0001782797 -

19   APL630DEF-WH0001782856, APL630DEF-WH0001783111 - APL630DEF-

20   WH0001783157, S-ITC-003902108 - S-ITC-003902373.

21        Apple iPad related documents: APL630DEF-WH0001777119 - APL630DEF-

22   WH0001777308, APL630DEF-WH0001778260 - APL630DEF-WH0001778293,

23   APL630DEF-WH0001779433 - APL630DEF-WH0001779456, APL630DEF-

24   WH0001779551 - APL630DEF-WH0001779583, APL630DEF-WH0001779682 -

25   APL630DEF-WH0001779708, APL630DEF-WH0001779805 - APL630DEF-

26   WH0001779846, APL630DEF-WH0001780018 - APL630DEF-WH0001780046,

27                                         -10-                    Case No. 12-CV-00630-LHK

28   APPLE'S THIRD SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   APL630DEF-WH0001780139 - APL630DEF-WH0001780167, APL630DEF-

2   WH0001780318 - APL630DEF-WH0001780372.

3

4        Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

5   right to supplement and/or amend its response as appropriate.

6

7   **INTERROGATORY NO. 29**

8        Separately for each APPLE ACCUSED PRODUCT and each Baseband Processor,

9   IDENTIFY the Software or portions of Software, including corresponding Software Build

10   IDs, Software release versions, file name, and line numbers, for (1) performing non-

11   scheduled transmissions, and (2) forming and transmitting control information for an uplink

12   packet data service, including forming and transmitting a MAC-e PDU, or state which of

13   these functions are not performed by the APPLE ACCUSED PRODUCT or Baseband

14   Processor.

15   **RESPONSE TO INTERROGATORY NO. 29**

16        Apple objects to this Interrogatory on the grounds that it is overbroad, unduly

17   burdensome, and not reasonably calculated to lead to the discovery of admissible evidence,

18   especially to the extent it seeks information about the accused Apple products beyond the

19   components, functionalities, or technologies of those products that may be relevant to

20   Samsung's patents-in-suit, and/or that Samsung has placed at issue in this case in its Patent

21   Rule 3-1 Disclosures.  Accordingly, in responding to this interrogatory, Apple is only

22   providing information for those Apple products that Samsung has accused of infringing

23   the '087 and '596 patents, and only for the versions of those products that are compatible

24   with the 3GPP UMTS standard, as all other Apple products are outside the scope of

25   Samsung's infringement contentions for those patents.  Apple also objects to this

26

APPLE'S THIRD SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Interrogatory as it contains subparts, each of which should count as a separate Interrogatory. Apple objects to the terms "forming" and "transmitting" as vague and ambiguous.

Apple also objects to this Interrogatory to the extent it seeks information that is subject to a confidentiality or non-disclosure agreement or governed by a protective order preventing its production, or otherwise seeks confidential, proprietary, or trade secret information of third parties. Apple further objects to this Interrogatory to the extent it requires information outside Apple's possession, custody, and control, including, for example, information concerning components that Apple has purchased from third parties.

Subject to and without waiving the foregoing General and Specific Objections, Apple responds as follows: to the best of Apple's understanding, all of the functions identified by this interrogatory are practiced by the baseband processor included in the Apple products that Samsung has accused of infringing the '087 and '596 patents. The software for these baseband processors is third party software. The information currently available to Apple is insufficient to permit Apple to identify the software or portions of software that perform the identified functions.

Discovery is still in its early stages and Apple is continuing to investigate. Apple reserves the right to supplement and/or amend its response as appropriate.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 29**

Subject to and without waiving the foregoing General and Specific Objections, Apple supplements its Response to Interrogatory No. 29 as follows:

The Qualcomm software █████████████████████████████████████████████
████████████████████████████████

The Qualcomm software █████████████████████████████████████████████
██████████████████████████████████

Discovery is still ongoing and Apple is continuing to investigate. Apple reserves the right to supplement and/or amend its response as appropriate.

APPLE'S THIRD SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 29**

Subject to and without waiving the foregoing General and Specific Objections, Apple supplements its Response to Interrogatory No. 29 as follows:

The most recent Baseband / Baseband Build IDs / iOS versions for the Accused Products are as follows:

| Products | Chipsets | iOS | Baseband | Baseband Build ID |
|---|---|---|---|---|
| iPhone 3G (GSM) | PMB8878 | 4.2.1 | ██████ | |
| iPhone 3GS (GSM) | PMB8878 | 6.1.3 | ██████ | |
| iPad (GSM) | PMB8878 | 5.1.1 | ██████ | |
| iPhone 4 (GSM); iPad 2 (GSM) | PMB9801 | 6.1.3 | ████████ | |
| iPhone 4S (GSM/CDMA) | MDM6610 | 6.1.3 | █████ | ████████████████ |
| iPad 3rd. Gen. (GSM/CDMA) | MDM9600/9610 | 6.1.3 | █████ | ██████████████████████ |
| iPhone 5 (GSM/CDMA); iPad 4th Gen. (GSM/CDMA); iPad mini (GSM/CDMA) | MDM9615 | 6.1.4 | █████ | ██████████████████████ |

████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1 ████████████████████████████████████████

2 ████████████████

3 ████████████████████████████████████████████

4 ████████████████████████████████████████████████

5 ████████████████████████████████████████████

6 ████████████████████████████████████████

7      Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

8 right to supplement and/or amend its response as appropriate.

9 **THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 29**

10      Subject to and without waiving the foregoing General and Specific Objections, Apple

11 supplements its Response to Interrogatory No. 29 as follows:

12 ████████████████████████████████████████

13 ████████████████████████████████████████████

14 ████████████████████████████████████████████

15 ████████ Accordingly, The most recent Baseband / Baseband Build IDs / iOS versions for

16 the Accused Products are as follows:

17

| Products | Chipsets | iOS | Baseband | Baseband Build ID |
|---|---|---|---|---|
| iPhone 3G (GSM) | PMB8878 | 4.2.1 | ████ | ████ |
| iPhone 3GS (GSM) | PMB8878 | 6.1.3 | ████ | ████ |
| iPad (GSM) | PMB8878 | 5.1.1 | ████ | ████ |
| iPhone 4 (GSM); iPad 2 (GSM) | PMB9801 | 6.1.3 | ████ | ████ |
| iPhone 4S (GSM/CDMA) | MDM6610 | 6.1.3 | ████ | ████████ |

APPLE'S THIRD SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



| iPad 3rd. Gen. (GSM/CDMA) | MDM9600/9610 | 6.1.3 | ▆▆ | ▆▆▆▆▆▆ |
| iPhone 5 (GSM/CDMA);<br><br>iPad 4th Gen. (GSM/CDMA);<br><br>iPad mini (GSM/CDMA) | MDM9615 | 6.1.4 | ▆▆ | ▆▆▆▆▆▆ |

Apple identifies, at this time, the following source code folders, which contain source code that perform certain of the functions identified in this interrogatory. The following source code folders contain source code for Qualcomm software ▆▆▆▆▆

The following source code folders contain source code for Intel software ▆▆▆

Discovery is still ongoing and Apple is continuing to investigate. Apple reserves the right to supplement and/or amend its response as appropriate.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**INTERROGATORY NO. 31:**

Describe any testing performed on each APPLE ACCUSED PRODUCT, including by or with any third party, for certification of compliance with 3GPP standards and/or for compliance with a 3GPP carrier's network.

**RESPONSE TO INTERROGATORY NO. 31**

Apple objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, especially to the extent it seeks information about the accused Apple products beyond the components, functionalities, or technologies of those products that may be relevant to Samsung's patents-in-suit, and/or that Samsung has placed at issue in this case in its Patent Rule 3-1 Disclosures. Accordingly, in responding to this interrogatory, Apple is only providing information for those Apple products that Samsung has accused of infringing the '087 and '596 patents, and only for the versions of those products that are compatible with the 3GPP UMTS standard, as all other Apple products are outside the scope of Samsung's infringement contentions for those patents. Apple further objects to this Interrogatory as it contains subparts, each of which should count as a separate Interrogatory.

Apple also objects to this Interrogatory to the extent it seeks information that is subject to a confidentiality or non-disclosure agreement or governed by a protective order preventing its production, or otherwise seeks confidential, proprietary, or trade secret information of third parties. Apple further objects to this Interrogatory to the extent it requires information outside Apple's possession, custody, and control, including, for example, information concerning components that Apple has purchased from third parties.

Subject to and without waiving the foregoing General and Specific Objections, Apple responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced and/or will produce documents responsive to this Interrogatory, and that the burden of ascertaining the answer to this Interrogatory from the produced business records is

-16-

Case No. 12-CV-00630-LHK

APPLE'S THIRD SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

substantially the same for Apple as for Samsung. Apple further designates, at this time, the following documents from which information responsive to this Interrogatory may be ascertained:

Apple iPhone related documents: APL7940001420530 - APL7940001420761, APL7940001420762 - APL794000142941, APL7940011143026 - APL7940011143139, APL7940011143160 - APL7940011143179, APL7940011143201 - APL7940011143361, and APL7940011143362 - APL7940011143627.

Apple iPad related documents: APL7940001421024 - APL7940001421103, APL7940011143180 - APL7940011143200 and APL7940001421104 - APL7940001421202.

Discovery is still in its early stages and Apple is continuing to investigate. Apple reserves the right to supplement and/or amend its response as appropriate.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 31**

Subject to and without waiving the foregoing General and Specific Objections, Apple supplements its Response to Interrogatory No. 31 as follows:

Apple further designates, at this time, the following documents from which information responsive to this Interrogatory may be ascertained:

Apple iPhone related documents: APL630DEF-WH0001777742 - APL630DEF-WH0001777785, APL630DEF-WH0001777807 - APL630DEF-WH0001777850, APL630DEF-WH0001777898 - APL630DEF-WH0001777924, APL630DEF-WH0001777964 - APL630DEF-WH0001777992, APL630DEF-WH0001777996 - APL630DEF-WH0001778019, APL630DEF-WH0001778109 - APL630DEF-WH0001778132, APL630DEF-WH0001778190 - APL630DEF-WH0001778224, APL630DEF-WH0001778347 - APL630DEF-WH0001778631, APL630DEF-WH0001779406 - APL630DEF-WH0001779429, APL630DEF-WH0001780049 - APL630DEF-WH0001780079, APL630DEF-WH0001780107 - APL630DEF-WH0001780136, APL630DEF-WH0001780214 - APL630DEF-WH0001780239,

APPLE'S THIRD SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   APL630DEF-WH0001780501 - APL630DEF-WH0001780526, APL630DEF-

2   WH0001782328 - APL630DEF-WH0001782375, APL630DEF-WH0001782797 -

3   APL630DEF-WH0001782856, APL630DEF-WH0001783111 - APL630DEF-

4   WH0001783157, S-ITC-003902108 - S-ITC-003902373.

5         Apple iPad related documents: APL630DEF-WH0001777119 - APL630DEF-

6   WH0001777308, APL630DEF-WH0001778260 - APL630DEF-WH0001778293,

7   APL630DEF-WH0001779433 - APL630DEF-WH0001779456, APL630DEF-

8   WH0001779551 - APL630DEF-WH0001779583, APL630DEF-WH0001779682 -

9   APL630DEF-WH0001779708, APL630DEF-WH0001779805 - APL630DEF-

10  WH0001779846, APL630DEF-WH0001780018 - APL630DEF-WH0001780046,

11  APL630DEF-WH0001780139 - APL630DEF-WH0001780167, APL630DEF-

12  WH0001780318 - APL630DEF-WH0001780372.

13        Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

14  right to supplement and/or amend its response as appropriate.

15  **INTERROGATORY NO. 32**

16        For each APPLE ACCUSED PRODUCT, IDENTIFY by Bates Number the final

17  submitted and completed version (completed by Apple and submitted to AT&T) of the

18  following documents:

19        (1) AT&T Device Requirements Document (AT&T Document # 13340);

20        (2) Handset Specification Compliance Spreadsheet (AT&T Document # 13289); and

21        (3) Lab and Field Test Requirements for Terminal Unit Acceptance (AT&T

22        Document #10776)

23  **RESPONSE TO INTERROGATORY NO. 32**

24        Apple objects to this Interrogatory on the grounds that it is overbroad, unduly

25  burdensome, and not reasonably calculated to lead to the discovery of admissible evidence,

26  especially to the extent it seeks information about the accused Apple products beyond the

27                                    -18-                    Case No. 12-CV-00630-LHK

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    components, functionalities, or technologies of those products that may be relevant to

2    Samsung's patents-in-suit, and/or that Samsung has placed at issue in this case in its Patent

3    Rule 3-1 Disclosures.

4         Apple also objects to this Interrogatory to the extent it seeks information that is

5    subject to a confidentiality or non-disclosure agreement or governed by a protective order

6    preventing its production, or otherwise seeks confidential, proprietary, or trade secret

7    information of third parties. Apple further objects to this Interrogatory to the extent it

8    requires information outside Apple's possession, custody, and control, including, for

9    example, information concerning components that Apple has purchased from third parties.

10        Subject to and without waiving the foregoing General and Specific Objections, Apple

11   responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple will produce

12   documents responsive to this Interrogatory to the extent they exist, and are located after a

13   reasonable search, and that the burden of ascertaining the answer to this Interrogatory from

14   the produced business records is substantially the same for Apple as for Samsung.

15   Discovery is still in its early stages and Apple is continuing to investigate. Apple reserves the

16   right to supplement and/or amend its response as appropriate.

17   **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 32**

18        In addition to the objections above, Apple further objects to Samsung's interrogatory

19   on the grounds that "final submitted and completed version" is vague and ambiguous.

20        Subject to and without waiving the foregoing General and Specific Objections, Apple

21   supplements its Response to Interrogatory No. 32 as follows:

22        Apple identifies the following responsive documents, although notes that these

23   documents are not necessarily final, submitted or completed versions: APL630DEF-

24   WH0003870431-APL630DEFWH0003871748; APL630DEF-WH0003871749-

25   APL630DEF-WH0003873058.

26

27                                          -19-                    Case No. 12-CV-00630-LHK

28   APPLE'S THIRD SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

2    right to supplement and/or amend its response as appropriate.

3    **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 32**

4    Subject to and without waiving the foregoing General and Specific Objections, Apple

5    supplements its Response to Interrogatory No. 32 as follows:

6    Apple identifies Revision 5.2 with a revision date of 3/22/2013 as the most recent

7    version of AT&T Document Number 13340.  Apple is seeking AT&T's permission to

8    produce this document and will supplement its response with bates numbers once it obtains

9    consent and this document is produced.

10    With respect to AT&T Document Numbers 13289 and 10776, Apple has identified

11    the versions of those documents that were submitted when each Apple accused product was

12    launched.  Apple is seeking AT&T's permission to produce these documents and will

13    supplement its response with bates numbers once it obtains consent and produces these

14    documents.

15    Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the

16    right to supplement and/or amend its response as appropriate.

17    **INTERROGATORY NO. 34**

18    Separately for each APPLE ACCUSED PRODUCT and each component identified in

19    Interrogatory No. 28, IDENTIFY (1) the Software or portions of Software, including

20    corresponding Software Build IDs, Software release versions, file name, module names, and

21    line numbers, (2) the location of that software (e.g., the applications processor), and (3) the

22    author and/or authors of that software, for:  capturing image signals and/or data; digitizing

23    image signals and/or data; compressing image signals and/or data; storing image signals

24    and/or data; transmitting image signals and/or data; receiving image signals and/or data;

25    exchanging signals and/or data with another device; storing image signals and/or data

26    received from another device; decompressing image signals and/or data; splitting image data

27    

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

and/or signals; organizing image data and/or signals; or state which of these functions are not performed by any component in an APPLE ACCUSED PRODUCT.

**RESPONSE TO INTERROGATORY NO. 34**

Apple objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, especially to the extent it seeks information about the accused Apple products beyond the components, functionalities, or technologies of those products that may be relevant to Samsung's patents-in-suit, and/or that Samsung has placed at issue in this case in its Patent Rule 3-1 Disclosures.  Accordingly, in responding to this interrogatory, Apple is only providing information for those Apple products that Samsung has accused of infringing the '449 and '239 patents.  Apple also objects to this Interrogatory as vague, overbroad and not relevant to the claims and defenses of the parties to the extent it seeks information about "each component identified in Interrogatory No. 28."  Apple further objects to this Interrogatory as it contains subparts, each of which should count as a separate Interrogatory.

Apple also objects to this Interrogatory to the extent it seeks information that is subject to a confidentiality or non-disclosure agreement or governed by a protective order preventing its production, or otherwise seeks confidential, proprietary, or trade secret information of third parties. Apple further objects to this Interrogatory to the extent it requires information outside Apple's possession, custody, and control, including, for example, information concerning components that Apple has purchased from third parties.

Subject to and without waiving the foregoing General and Specific Objections, Apple responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple has produced and/or will produce documents responsive to this Interrogatory, and that the burden of ascertaining the answer to this Interrogatory from the produced business records is substantially the same for Apple as for Samsung.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    Discovery is still in its early stages and Apple is continuing to investigate.  Apple

2    reserves the right to supplement and/or amend its response as appropriate.

3    **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 34**

4    In addition to the objections above, Apple states that Samsung's infringement

5    contentions remain severely deficient and fail to identify the accused components for each

6    claimed element, which renders this interrogatory overbroad, unduly burdensome and vague.

7    For example, for the term "means for exchanging," Samsung merely states that "[o]n

8    information and belief, the iPhone, iPod Touch, iPad, iPad mini, Apple's computers and non-

9    Apple PCs each have a circuit for exchanging the data received by the host computer's

10   interface with the playback unit."  Samsung fails to identify any such circuitry in the accused

11   products.  Samsung's infringement contentions thus fail to provide the requisite specificity to

12   allow Apple to respond to this interrogatory as stated.  Samsung's contentions are similarly

13   deficient for the terms "means for splitting and organizing" and "means for splitting."  Apple

14   will only provide information regarding and produce relevant source code identified in

15   Samsung's infringement contentions and that is in its possession, and only to the extent such

16   source code is relevant under the Court's claim construction order.

17   Subject to and without waiving the foregoing General and Specific Objections, Apple

18   supplements its Response to Interrogatory No. 34 as follows:

19   Apple responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple

20   has produced and/or will produce documents responsive to this Interrogatory, and that the

21   burden of ascertaining the answer to this Interrogatory from the produced business records is

22   substantially the same for Apple as for Samsung.  Apple identifies, at this time, the following

23   source code folders, which contain source code that perform certain of the functions

24   identified in this interrogatory:

25   ████████████████████████████████████████

26   ████████████████████████████████

27   -22-                    Case No. 12-CV-00630-LHK
     APPLE'S THIRD SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Further responding, Apple states that, at the present time, it is not aware of any software in the accused products for "splitting image data and/or signals," or "organizing image data and/or signals."

Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the right to supplement and/or amend its response as appropriate.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 34**

Subject to and without waiving the foregoing General and Specific Objections, Apple supplements its Response to Interrogatory No. 34 as follows:

Apple identifies, at this time, the following source code folders, which contain source code that perform certain of the functions identified in this interrogatory:

Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the right to supplement and/or amend its response as appropriate.

-23-

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  **THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 34**

2      Subject to and without waiving the foregoing General and Specific Objections, Apple

3  supplements its Response to Interrogatory No. 34 as follows:

4      Apple identifies, at this time, the following additional source code folders, which

5  contain source code that perform certain of the functions identified in this interrogatory:



Case No. 12-CV-00630-LHK

APPLE'S THIRD SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

█████████████████████████

Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the right to supplement and/or amend its response as appropriate.

Case No. 12-CV-00630-LHK
APPLE'S THIRD SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES

1  Dated:  May 25, 2013

*/s/ Mark D. Selwyn*
Mark D. Selwyn (CA SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**CERTIFICATE OF SERVICE**

I, Andrew Liao, hereby certify that on May 25, 2013, true and correct copies of the foregoing document, Apple Inc.'s Third Supplemental Objections and Responses to Samsung's Fourth Set of Interrogatories (Nos. 28, 29, 31, 32, and 34), was served on counsel for Samsung via electronic mail.

I declare under the penalty of perjury that the foregoing is true and correct.

_/s/ Andrew Liao_
Andrew Liao

APPLE'S THIRD SUPP. RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES