# EXHIBIT E

# EXHIBIT 36

```
                                                              Page 1
 1              STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4  APPLE INC., a California        )
    corporation,                    )
 5                                  )
                   Plaintiff,       )
 6                                  )
         vs.                        ) No: 11-CV-01846-LHK
 7                                  )
    SAMSUNG ELECTRONICS CO., LTD,   )
 8  a Korean business entity;       )
    SAMSUNG ELECTRONICS AMERICA,    )
 9  INC., a New York corporation;   )
    SAMSUNG TELECOMMUNICATIONS      )
10  AMERICA, LLC, a Delaware        )
    limited liability company       )
11                                  )
                   Defendants.      )
12  _____)
13
14     **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
16            DEPOSITION OF JASON SHI
17            Redwood City, California
18             Thursday, March 1, 2012
19
20
21
22
23  Reported By:
24  LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25  JOB NO. 46596
```

Highly Confidential - Attorneys' Eyes Only

Page 2

1
2
3
4        March 1, 2012
5         9:20 a.m.
6
7
8      Videotaped deposition of JASON
9   SHI, held at held at Quinn Emanuel
10  Urquhart & Sullivan LLP, 555 Twin
11  Dolphin Drive, Suite 500, Redwood
12  Shores, California, pursuant to
13  Subpoena before Linda Vaccarezza, a
14  Certified Shorthand Reporter of the
15  State of California.
16
17
18
19
20
21
22
23
24
25

Page 3

1  A P P E A R A N C E S:
2      QUINN EMANUEL URQUHART & SULLIVAN LLP
3      Attorneys for Defendants
4          1299 Pennsylvania Avenue NW
5          Suite 825
6   BY:  MARISSA R. DUCCA, ESQ.
7        JOSHUA GOSHORN, ESQ.
8
9
10
11     WILMERHALE
12     Attorneys for Plaintiff
13         399 Park Avenue
14         New York, New York 10022
15  BY:  ROBERT J GUNTHER, JR, ESQ.
16
17
18
19
20
    VIDEOGRAPHER:  Pete Sias
21
22
23
24
25

Highly Confidential - Attorneys' Eyes Only

Page 4

1        (Exhibits 1900 and 1901 were
2    marked for identification.)
3        THE VIDEOGRAPHER.  Good morning.
4    This is the start of disc labeled Number
5    1 in the videotaped deposition of Jason                09:49
6    Shi in the matter of Apple, Inc., versus
7    Samsung Electronics Company, Limited, in
8    the United States District Court Northern
9    District of California, San Jose
10   Division.  Case Number 11 CV 01846 LHK.                09:49
11            This deposition is being held
12   at 555 Twin Dolphin Drive in Redwood
13   Shores, California on March 1, 2012, at
14   approximately 9:50 a.m.
15            My name is Pete Sais, and I am a              09:49
16   legal video specialist from TSG Reporting,
17   Inc., headquartered at 747 Third Avenue, New
18   York, New York.
19            The court reporter is Linda
20   Vaccarezza, in association with TSG                    09:49
21   Reporting.
22            Will counsel please introduce
23   yourself and the court reporter can swear
24   in the witness and we can proceed.
25       MS. DUCCA:  My name is Marissa Ducca.              09:50

Highly Confidential - Attorneys' Eyes Only

Page 5

1  I'm with Quin Emanuel Urquhart & Sullivan.  I

2  represent Samsung.

3           With me today is Jason Patel, also of

4  Quinn Emanuel, and Joshua Goshorn?

5              MR. GUNTHER:  And for Apple, Bob          09:50

6        Gunther from WilmerHale.

7                     JASON SHI

8     having been duly sworn, by the Certified Shorthand

9     Reporter, was examined and testified as follows:

10                   EXAMINATION                          09:50

11  BY MS. DUCCA:

12        Q.   Good morning, Dr. Shi.

13        A.   Good morning.

14        Q.   How are you today?

15        A.   Great.  Thanks.                            09:50

16        Q.   Do you understand that you are

17  designated as a corporate representative for

18  Apple under a number of deposition topics today?

19        A.   Yes, I understand.

20        Q.   In front of you we marked as               09:50

21  Exhibit 1901 Samsung's Amended First 30(b)(6)

22  Deposition Notice to Apple, Inc., on technical

23  patent topics?

24        A.   Yes.

25              MR. GUNTHER:  I'm sorry, the first one    09:50

Page 45

1  Bates number ending in 32179?
2       A.   Yes.
3       Q.   █████████████████████████
   ████████████████████
   ████████████████████████ █
   ████████████████████████
█  ██    ██
8       Q.   Are the Apple products we have
9  been discussing today 3GPP GSM and UMTS products?
10           MR. GUNTHER:  Object to the form.                    11:22
11      Lack of foundation.
12           THE WITNESS:  Yeah, they are GSM
13      and UMTS products.
14      ██  ████████████████████████
██ ████████████████████████████ ██
██ ████████████████████████████
17           MR. GUNTHER:  Objection to form.
18      Lack of foundation.
19           ████████  ██████████
██      ████████████████████ ██
██ ██████████
22      Q.   If you could turn to the page
23 ending with Bates number ending 32180.
24      A.   (Witness complies.)
25           Yes.                                                 11:23

Highly Confidential - Attorneys' Eyes Only

Page 46

1 ▮ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
2 ▮ ▇▇▇▇▇▇▇▇▇▇▇
3 ▮ ▇▇▇▇▇▇▇▇▇▇▇▇
4 ▮ ▇▇▇▇▇▇▇▇▇
5 ▮ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇
6 ▮ ▇▇▇▇▇
7 ▮ ▮ ▇
8 ▮ ▮ ▇▇▇▇▇▇▇
9 ▮ ▇
10 ▮ ▮ ▇▇▇▇ ▇
11 ▮ ▮ ▇▇▇▇▇▇▇
12 ▮ ▇▇▇▇▇▇▇▇▇
13 ▮ ▇▇▇

14        MR. GUNTHER:  Objection to form.
15   Lack of foundation.                                     11:24
16             ▇▇▇▇ ▇▇▇▇
17 ▮ ▮ ▇▇▇▇▇▇▇▇▇
18 ▮ ▇▇▇▇
19 ▮ ▇▇▇▇▇ ▇▇▇
20 ▮ ▇▇▇▇▇▇▇▇                                               11:24
21        MR. GUNTHER:  Objection to form.
22             ▇▇▇▇ ▇▇▇▇
23 ▮ ▮ ▇▇▇▇▇▇▇▇
24 ▮ ▇▇▇▇
25        MR. GUNTHER:  Same objection.                     11:24

Page 47

```
 1      [REDACTED]
 2 [REDACTED]
 3 [REDACTED]
 4              MR. GUNTHER:  Same objection.
 5      [REDACTED]
 6 [REDACTED]
 7 [REDACTED]
 8              MR. GUNTHER:  Same objection.
 9      [REDACTED]
10 [REDACTED]
11 [REDACTED]
12              MR. GUNTHER:  Same objection.
13      [REDACTED]
14       Q.    If you would turn to the next page
15 that ends in -- that has Bates numbers ending in      11:25
16 32181.
17       A.    Yes.
18       Q.    [REDACTED]
19 [REDACTED]
20 [REDACTED]
21 [REDACTED]
22 [REDACTED]
23 [REDACTED]
24 [REDACTED]
25 [REDACTED]                                           11:26
```

```
                                                              Page 48
 1      █    █
 █    █    ██████████████████████████
 █       ███████████████████████████████
 █       ███████████████████████████████
 █       ████████████████████████████████████     ███
 █    █    █
 █    █    ████████████████████████
 █       ██████████████████████████
 █       ████████████████████████████████
10   ███████████████                                          11:26
11           MR. GUNTHER:   Objection to form.
12      Outside the scope.  Lack of foundation.
13              ████████████  █████████████████
 █          ████████████████████████████
 █       █    █████████████████                               11:26
16           MR. GUNTHER:   Same objections.
17              ██████████████  ████████████
 █          █████████████████████████████████
 █       █    █████████████████████████████
 █       █████████████                              ████
 █       █    █████████████████████████████████
 █    ████████████████████████████████████
 █       █    █
24           MR. GUNTHER:   Same objection.
25              ██████████████   █████████████              11:27
```

Page 49

1  ▮

▮

▮

4           MR. GUNTHER:  Same objections.

5

▮

7      Q.   Who at Apple would keep the 13289

8  spreadsheets that were submitted to AT&T?

9           MR. GUNTHER:  Lack of foundation.

10          You can answer.                              11:27

11          THE WITNESS:  This is Brian

12  Cassidy's team.

▮

▮

▮

▮

17          MR. GUNTHER:  Lack of foundation.

▮

19     Q.   And is that spreadsheet in Excel

20  format?                                              11:28

21     A.   Yes.

22     Q.   If you would turn in the document

23  to the page with Bates number ending in 32251.

24     A.   (Witness complies.)

25  ▮                                                    11:29

1  Q. Do you know anything about the
2  chain of possession, custody or commerce of the
3  Intel baseband processors from their manufacture
4  to their provision to Apple?
5         MR. GUNTHER: Same objection.
6         THE WITNESS: I don't know.
7  Q. Do you know anything about any
8  intermediaries and Apple manufacturers in that
9  process?
10        MR. GUNTHER: Same objection.
11        THE WITNESS: No. I don't know.
12 Q. But you do know that Foxconn
13 incorporates the baseband processor into the
14 Apple products, correct?
15 A. Yes.
16 Q. We talked about Intel and
17 Infineon's role in the software that is loaded on
18 the baseband processor, correct?
19 A. Yes.
20 Q. And we also discussed Apple's role
21 in that software, correct?
22        MR. GUNTHER: Objection to form.
23        THE WITNESS: Yes.
24 Q. Are there any other entities that
25 have a role in developing the software that is

Page 112

1  loaded on the baseband processor in the Apple
2  processors we have discussed?
3              MR. GUNTHER:  Object to the form.
4              THE WITNESS:  I don't think so.
5              MS. DUCCA:  That's all the
6  questions I have.
7              MR. GUNTHER:  Thank you.
8              THE WITNESS:  That's great news.
9              THE VIDEOGRAPHER:  This marks the
10 end of Volume 1, Disk 2 and concludes today's
11 deposition of Jason Shi.
12             Time is 1:17 p.m., and we are off
13 the record.
14             (Time noted:  1:17 p.m.)
15
16                           _____
17                            JASON SHI
18
19
20      Subscribed and sworn to before me
21      This        day of              , 2012.
22      _____
23
24
25

Highly Confidential - Attorneys' Eyes Only

Page 113

1       C E R T I F I C A T E
2  STATE OF CALIFORNIA      )
3                           )
4  COUNTY OF SAN FRANCISCO  )
5        I, LINDA VACCAREZZA, a Certified
6  Shorthand Reporter for the State of
7  California, do hereby certify:
8        That JASON SHI, the witness whose
9  deposition is hereinbefore set forth, was
10 duly sworn by me and that such deposition
11 is a true record of the testimony given
12 by such witness.
13       I further certify that I am not
14 related to any of the parties to this
15 action by blood or marriage; and that I
16 am in no way interested in the outcome of
17 this matter.
18       IN WITNESS WHEREOF, I have hereunto
19 set my hand this 1st day of March, 2012.
20
21    _____
22     LINDA VACCAREZZA, CSR. NO. 10201
23
24
25

TSG Reporting - Worldwide    877-702-9580

1  -------------I N D E X----------------

2  WITNESS          EXAMINATION BY        PAGE

3  JASON SHI        MS. DUCCA              5

4  -------------EXHIBITS----------------

5  DEFENDANTS                            PAGE

6  Exhibit 1900

7  Samsung's Amended First Deposition

8  Notice to Apple....................4

9

10 Exhibit 1901

11 Devide Requirements, Bates stamped

12 APL7940013032125 through

13 APL7940013033474...................4

14

15 Exhibit 1902

16 Samsung's Second Deposition Notice to

17 Apple.............................43

18

19 Exhibit 1903

20 N90 Platform Wireless System Architecture

21 Bates stamped APL79401357128 through

22 APL79401357148....................81

23

24

25

Highly Confidential - Attorneys' Eyes Only

Page 115

1      ERRATA SHEET FOR THE TRANSCRIPT OF:
2  Case Name:  Apple Inc VS. Samsung Electronics
3  Dep. Date:  March 1, 2012
4  Deponent:   Jason Shi
5  Pg. Ln.   Now Reads        Should Read           Reason
6  __ __    _____    _____    _____
7  __ __    _____    _____    _____
8  __ __    _____    _____    _____
9  __ __    _____    _____    _____
10 __ __    _____    _____    _____
11 __ __    _____    _____    _____
12 __ __    _____    _____    _____
13 __ __    _____    _____    _____
14 __ __    _____    _____    _____
15 __ __    _____    _____    _____
16 __ __    _____    _____    _____
17
                                  _____
18                                Signature of Deponent
19
        SUBSCRIBED AND SWORN BEFORE ME
20
        THIS_____ DAY OF_____, 2012.
21

        _____
22
        (Notary Public)  MY COMMISSION
23
        EXPIRES:_____
24
25