# EXHIBIT E

# EXHIBIT 36

Highly Confidential - Attorneys' Eyes Only

```
                                                              Page 1
 1              STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                SAN JOSE DIVISION
 4   APPLE INC., a California          )
     corporation,                      )
 5                                     )
                   Plaintiff,          )
 6                                     )
         vs.                           )  No: 11-CV-01846-LHK
 7                                     )
     SAMSUNG ELECTRONICS CO., LTD,     )
 8   a Korean business entity;         )
     SAMSUNG ELECTRONICS AMERICA,      )
 9   INC., a New York corporation;     )
     SAMSUNG TELECOMMUNICATIONS        )
10   AMERICA, LLC, a Delaware          )
     limited liability company         )
11                                     )
                   Defendants.         )
12   _____)
13
14      **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
16             DEPOSITION OF JASON SHI
17              Redwood City, California
18               Thursday, March 1, 2012
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 46596
```

Highly Confidential - Attorneys' Eyes Only

Page 2

1
2
3
4                    March 1, 2012
5                     9:20 a.m.
6
7
8         Videotaped deposition of JASON
9    SHI, held at held at Quinn Emanuel
10   Urquhart & Sullivan LLP, 555 Twin
11   Dolphin Drive, Suite 500, Redwood
12   Shores, California, pursuant to
13   Subpoena before Linda Vaccarezza, a
14   Certified Shorthand Reporter of the
15   State of California.
16
17
18
19
20
21
22
23
24
25

Highly Confidential - Attorneys' Eyes Only

Page 3

1       A P P E A R A N C E S:
2           QUINN EMANUEL URQUHART & SULLIVAN LLP
3           Attorneys for Defendants
4               1299 Pennsylvania Avenue NW
5               Suite 825
6        BY:  MARISSA R. DUCCA, ESQ.
7             JOSHUA GOSHORN, ESQ.
8
9
10
11          WILMERHALE
12          Attorneys for Plaintiff
13              399 Park Avenue
14              New York, New York 10022
15       BY:  ROBERT J GUNTHER, JR, ESQ.
16
17
18
19
20
        VIDEOGRAPHER:  Pete Sias
21
22
23
24
25

Highly Confidential - Attorneys' Eyes Only

Page 4

| | | |
|---|---|---|
| 1 | (Exhibits 1900 and 1901 were | |
| 2 | marked for identification.) | |
| 3 | THE VIDEOGRAPHER.  Good morning. | |
| 4 | This is the start of disc labeled Number | |
| 5 | 1 in the videotaped deposition of Jason | 09:49 |
| 6 | Shi in the matter of Apple, Inc., versus | |
| 7 | Samsung Electronics Company, Limited, in | |
| 8 | the United States District Court Northern | |
| 9 | District of California, San Jose | |
| 10 | Division.  Case Number 11 CV 01846 LHK. | 09:49 |
| 11 | This deposition is being held | |
| 12 | at 555 Twin Dolphin Drive in Redwood | |
| 13 | Shores, California on March 1, 2012, at | |
| 14 | approximately 9:50 a.m. | |
| 15 | My name is Pete Sais, and I am a | 09:49 |
| 16 | legal video specialist from TSG Reporting, | |
| 17 | Inc., headquartered at 747 Third Avenue, New | |
| 18 | York, New York. | |
| 19 | The court reporter is Linda | |
| 20 | Vaccarezza, in association with TSG | 09:49 |
| 21 | Reporting. | |
| 22 | Will counsel please introduce | |
| 23 | yourself and the court reporter can swear | |
| 24 | in the witness and we can proceed. | |
| 25 | MS. DUCCA:  My name is Marissa Ducca. | 09:50 |

Highly Confidential - Attorneys' Eyes Only

Page 5

1  I'm with Quin Emanuel Urquhart & Sullivan.  I
2  represent Samsung.
3           With me today is Jason Patel, also of
4  Quinn Emanuel, and Joshua Goshorn?
5           MR. GUNTHER:  And for Apple, Bob        09:50
6       Gunther from WilmerHale.
7                    JASON SHI
8    having been duly sworn, by the Certified Shorthand
9    Reporter, was examined and testified as follows:
10                  EXAMINATION                     09:50
11 BY MS. DUCCA:
12      Q.   Good morning, Dr. Shi.
13      A.   Good morning.
14      Q.   How are you today?
15      A.   Great.  Thanks.                        09:50
16      Q.   Do you understand that you are
17 designated as a corporate representative for
18 Apple under a number of deposition topics today?
19      A.   Yes, I understand.
20      Q.   In front of you we marked as           09:50
21 Exhibit 1901 Samsung's Amended First 30(b)(6)
22 Deposition Notice to Apple, Inc., on technical
23 patent topics?
24      A.   Yes.
25           MR. GUNTHER:  I'm sorry, the first one 09:50

Page 45

1    Bates number ending in 32179?

2         A.   Yes.

3         Q.   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉   ▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉   ▉▉   ▉▉

8         Q.   Are the Apple products we have

9    been discussing today 3GPP GSM and UMTS products?

10             MR. GUNTHER:  Object to the form.        11:22

11        Lack of foundation.

12             THE WITNESS:  Yeah, they are GSM

13        and UMTS products.

14        ▉   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉   ▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

17             MR. GUNTHER:  Objection to form.

18        Lack of foundation.

19             ▉▉▉▉▉▉▉▉   ▉▉▉▉▉▉▉▉▉▉▉
▉   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉   ▉
▉   ▉▉▉▉▉▉▉▉▉▉

22        Q.   If you could turn to the page

23   ending with Bates number ending 32180.

24        A.   (Witness complies.)

25             Yes.                                     11:23



Page 46

```
14         MR. GUNTHER:  Objection to form.
15    Lack of foundation.                              11:24
...
21         MR. GUNTHER:  Objection to form.
...
25         MR. GUNTHER:  Same objection.               11:24
```

```
                                                              Page 47
1          ▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓
▓  ▓   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓  ▓▓▓▓▓▓▓▓▓▓
4          MR. GUNTHER:  Same objection.
5          ▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓                    ▓
▓  ▓   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓  ▓▓▓▓▓▓▓▓▓▓
8          MR. GUNTHER:  Same objection.
9          ▓▓▓▓▓▓▓▓   ▓▓▓
▓  ▓   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                    ▓
▓  ▓▓▓▓▓▓▓▓▓▓
12         MR. GUNTHER:  Same objection.
13         ▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓
14    Q.   If you would turn to the next page
15 that ends in -- that has Bates numbers ending in    11:25
16 32181.
17    A.   Yes.
18    Q.   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓    ▓   ▓                                        ▓
▓    ▓   ▓▓▓▓▓▓▓▓▓▓▓▓▓
▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓ ▓▓▓▓▓▓▓   ▓▓▓▓▓▓                                 11:26
```



Highly Confidential - Attorneys' Eyes Only

Page 49

1  ████ ██████████████████████████████
2  ████████████████████████████████████████
3  ██████████████████████████
4           MR. GUNTHER:  Same objections.
5           ████████  ████████████████  ████
6     ████████████████████
7       Q.   Who at Apple would keep the 13289
8  spreadsheets that were submitted to AT&T?
9           MR. GUNTHER:  Lack of foundation.
10          You can answer.                        11:27
11          THE WITNESS:  This is Brian
12 Cassidy's team.
13 ██  ██  ████████████████████████████
14 ██████████████████████████████████████
15 ████████████████████████████████████  ████
16 ██  ██████████████████████
17          MR. GUNTHER:  Lack of foundation.
18 ██       ██████████  ████
19      Q.   And is that spreadsheet in Excel
20 format?                                          11:28
21      A.   Yes.
22      Q.   If you would turn in the document
23 to the page with Bates number ending in 32251.
24      A.   (Witness complies.)
25          ██  ████████████████████████████        11:29

Highly Confidential - Attorneys' Eyes Only

Page 111

1  Q. Do you know anything about the
2  chain of possession, custody or commerce of the
3  Intel baseband processors from their manufacture
4  to their provision to Apple?
5      MR. GUNTHER: Same objection.
6      THE WITNESS: I don't know.
7  Q. Do you know anything about any
8  intermediaries and Apple manufacturers in that
9  process?
10     MR. GUNTHER: Same objection.
11     THE WITNESS: No. I don't know.
12 Q. But you do know that Foxconn
13 incorporates the baseband processor into the
14 Apple products, correct?
15 A. Yes.
16 Q. We talked about Intel and
17 Infineon's role in the software that is loaded on
18 the baseband processor, correct?
19 A. Yes.
20 Q. And we also discussed Apple's role
21 in that software, correct?
22     MR. GUNTHER: Objection to form.
23     THE WITNESS: Yes.
24 Q. Are there any other entities that
25 have a role in developing the software that is

Highly Confidential - Attorneys' Eyes Only

Page 112

1  loaded on the baseband processor in the Apple
2  processors we have discussed?
3           MR. GUNTHER:  Object to the form.
4           THE WITNESS:  I don't think so.
5           MS. DUCCA:  That's all the
6  questions I have.
7           MR. GUNTHER:  Thank you.
8           THE WITNESS:  That's great news.
9           THE VIDEOGRAPHER:  This marks the
10 end of Volume 1, Disk 2 and concludes today's
11 deposition of Jason Shi.
12          Time is 1:17 p.m., and we are off
13 the record.
14          (Time noted:  1:17 p.m.)
15
16                         _____
17                         JASON SHI
18
19
20      Subscribed and sworn to before me
21      This         day of              , 2012.
22      _____
23
24
25

Highly Confidential - Attorneys' Eyes Only

Page 113

1      C E R T I F I C A T E

2  STATE OF CALIFORNIA    )

3                         )

4  COUNTY OF SAN FRANCISCO )

5      I, LINDA VACCAREZZA, a Certified

6  Shorthand Reporter for the State of

7  California, do hereby certify:

8      That JASON SHI, the witness whose

9  deposition is hereinbefore set forth, was

10 duly sworn by me and that such deposition

11 is a true record of the testimony given

12 by such witness.

13     I further certify that I am not

14 related to any of the parties to this

15 action by blood or marriage; and that I

16 am in no way interested in the outcome of

17 this matter.

18     IN WITNESS WHEREOF, I have hereunto

19 set my hand this 1st day of March, 2012.

20

21   _____

22    LINDA VACCAREZZA, CSR. NO. 10201

23

24

25

```
                                                       Page 114
1          -------------I N D E X----------------
2          WITNESS         EXAMINATION BY       PAGE
3          JASON SHI       MS. DUCCA              5
4          -------------EXHIBITS----------------
5          DEFENDANTS                            PAGE
6          Exhibit 1900
7          Samsung's Amended First Deposition
8          Notice to Apple....................4
9
10         Exhibit 1901
11         Devide Requirements, Bates stamped
12         APL7940013032125 through
13         APL7940013033474...................4
14
15         Exhibit 1902
16         Samsung's Second Deposition Notice to
17         Apple.............................43
18
19         Exhibit 1903
20         N90 Platform Wireless System Architecture
21         Bates stamped APL79401357128 through
22         APL79401357148....................81
23
24
25
```

Highly Confidential - Attorneys' Eyes Only

Page 115

```
 1      ERRATA SHEET FOR THE TRANSCRIPT OF:
 2   Case Name:  Apple Inc VS. Samsung Electronics
 3   Dep. Date:  March 1, 2012
 4   Deponent:   Jason Shi
 5   Pg. Ln.  Now Reads        Should Read         Reason
 6   __ __    _____     _____    _____
 7   __ __    _____     _____    _____
 8   __ __    _____     _____    _____
 9   __ __    _____     _____    _____
10   __ __    _____     _____    _____
11   __ __    _____     _____    _____
12   __ __    _____     _____    _____
13   __ __    _____     _____    _____
14   __ __    _____     _____    _____
15   __ __    _____     _____    _____
16   __ __    _____     _____    _____
17
                              _____
18                            Signature of Deponent
19
       SUBSCRIBED AND SWORN BEFORE ME
20
       THIS_____ DAY OF_____, 2012.
21
       _____
22
       (Notary Public)  MY COMMISSION
23
       EXPIRES:_____
24
25
```