| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK (PSG) <br><br> **[PROPOSED] ORDER GRANTING IN-PART SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

[PROPOSED] ORDER
Case No. 12-cv-00630-LHK (PSG)

ActiveUS 112474272v.1

Pursuant to Civil Local Rule 79-5(d), Apple Inc. ("Apple") has filed the Declaration of Peter J. Kolovos Regarding Samsung's Administrative Motion to File Documents Under Seal (Dkt. No. 632) ("Samsung's Motion to Seal").  Apple requests that the Court issue an order sealing portions of Samsung's Motion to Compel Production of Documents and Response to Interrogatory No. 32 ("Samsung's Motion"), portions of Exhibits 4, 12, 26, and 36 to the Declaration of Amar L. Thakur in Support of Samsung's Motion ("Thakur Declaration") and all of Exhibits 25, 31-35 to the Thakur Declaration.

Apple's request is granted:

- Portions of Samsung's Motion shall be sealed consistent with the proposed redacted version publicly filed by Apple on July 2, 2013.

- Portions of Exhibits 4, 12, 26, and 36 to the Thakur Declaration shall be sealed consistent with the proposed redacted versions publicly filed by Apple on July 2, 2013.

- Exhibits 25, 31-35 to the Thakur Declaration shall be sealed in full.

- The proposed redacted versions of Samsung's Motion and Exhibits 4, 12, 26, and 36 to the Thakur Declaration filed by Apple on June 13, 2013, shall remain the publicly available versions filed on ECF.

**IT IS SO ORDERED.**

Dated: _____, 2013          _____

Hon. Paul S. Grewal
United States Magistrate Judge