1   JOSH A. KREVITT (CA SBN 208552)          WILLIAM F. LEE (*pro hac vice*)
    jkrevitt@gibsondunn.com                   william.lee@wilmerhale.com
2   H. MARK LYON (CA SBN 162061)             WILMER CUTLER PICKERING
    mlyon@gibsondunn.com                        HALE AND DORR LLP
3   GIBSON, DUNN & CRUTCHER LLP              60 State Street
    1881 Page Mill Road                      Boston, Massachusetts  02109
4   Palo Alto, California  94304-1211        Telephone:  (617) 526-6000
    Telephone:  (650) 849-5300               Facsimile:  (617) 526-5000
5   Facsimile:  (650) 849-5333

6   MICHAEL A. JACOBS (CA SBN 111664)        MARK D. SELWYN (CA SBN 244180)
    mjacobs@mofo.com                          mark.selwyn@wilmerhale.com
7   RICHARD S.J. HUNG (CA SBN 197425)        WILMER CUTLER PICKERING
    rhung@mofo.com                              HALE AND DORR LLP
8   MORRISON & FOERSTER LLP                  950 Page Mill Road
    425 Market Street                        Palo Alto, California  94304
9   San Francisco, California  94105-2482    Telephone:  (650) 858-6000
    Telephone:  (415) 268-7000               Facsimile:  (650) 858-6100
10  Facsimile:  (415) 268-7522

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING IN-PART SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil Local Rule 79-5(d), Apple Inc. ("Apple") has filed the Declaration of Peter J. Kolovos Regarding Samsung's Administrative Motion to File Documents Under Seal (Dkt. No. 632) ("Samsung's Motion to Seal").  Apple requests that the Court issue an order sealing portions of Samsung's Motion to Compel Production of Documents and Response to Interrogatory No. 32 ("Samsung's Motion"), portions of Exhibits 4, 12, 26, and 36 to the Declaration of Amar L. Thakur in Support of Samsung's Motion ("Thakur Declaration") and all of Exhibits 25, 31-35 to the Thakur Declaration.

Apple's request is granted:

- Portions of Samsung's Motion shall be sealed consistent with the proposed redacted version publicly filed by Apple on July 2, 2013.

- Portions of Exhibits 4, 12, 26, and 36 to the Thakur Declaration shall be sealed consistent with the proposed redacted versions publicly filed by Apple on July 2, 2013.

- Exhibits 25, 31-35 to the Thakur Declaration shall be sealed in full.

- The proposed redacted versions of Samsung's Motion and Exhibits 4, 12, 26, and 36 to the Thakur Declaration filed by Apple on June 13, 2013, shall remain the publicly available versions filed on ECF.

**IT IS SO ORDERED.**

Dated: _____, 2013          _____
                                         Hon. Paul S. Grewal
                                         United States Magistrate Judge