UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**NON-PARTY DECLARATION OF SUSAN SWEENEY IN SUPPORT OF SEALING EXHIBITS 32 AND 33 TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSE TO INTERROGATORY NO. 32 (DKT. 633)** |

I, Susan Sweeney, declare as follows:

1. I am employed as a Manager, Customer Service by Qualcomm Technologies, Inc., a subsidiary of third-party Qualcomm Incorporated. ("Qualcomm"). I have personal knowledge of the matters discussed in this Declaration.

2. I submit this declaration in support of sealing Exhibits 32 and 33 to Samsung's Motion to Compel Production of Documents and Response to Interrogatory No. 32, which was filed on June 25, 2013 (Dkt. 633) ("Samsung's Motion to Compel").

3. Exhibit 32 contains information that Qualcomm considers to be confidential and proprietary business information that is highly sensitive to Qualcomm. This Qualcomm document contains information that relates to Qualcomm's business decisions and strategies regarding the development of its technology. This Qualcomm document was disclosed by Qualcomm to its customer Apple as "Qualcomm Confidential and Proprietary" and labeled on its front page subject to a non-disclosure agreement due to the sensitive and proprietary nature of the information it contains. Qualcomm believes the information in this document provides certain competitive advantages, and it maintains this information highly confidential. Because this information pertains to Qualcomm's business and technical decisions and strategies, Qualcomm requests that it not be disclosed to the general public or to a potential competitor not subject to the Protective Order in this Action.

4. Exhibit 33 contains information that Qualcomm considers to be confidential and proprietary business information that is highly sensitive to Qualcomm. This Qualcomm document contains information that relates to Qualcomm's business decisions and strategies regarding the development of its technology. This Qualcomm document was disclosed by Qualcomm to its customer Apple as "Qualcomm Confidential and Proprietary." Qualcomm believes the information in this document provides certain competitive advantages, and it maintains this information highly confidential. Because this information pertains to Qualcomm's business and technical decisions and strategies, Qualcomm requests that it not be disclosed to the general public or to a potential competitor not subject to the Protective Order in this Action.

1    I have personal knowledge of the facts set forth in this declaration and declare under
2    penalty of perjury under the laws of the United States of America and the State of California that
3    the foregoing is true and correct.
4    Executed at San Diego, California on July 1, 2013.

*[signature]*
Susan Sweeney

DM_US 43516906-1.050278.0417