1   JOSH A. KREVITT (CA SBN 208552)           MICHAEL A. JACOBS (CA SBN 111664)
    jkrevitt@gibsondunn.com                    mjacobs@mofo.com
2   H. MARK LYON (CA SBN 162061)               RICHARD S.J. HUNG (CA SBN 197425)
    mlyon@gibsondunn.com                       rhung@mofo.com
3   GIBSON, DUNN & CRUTCHER LLP                MORRISON & FOERSTER LLP
    1881 Page Mill Road                        425 Market Street
4   Palo Alto, CA  94304-1211                  San Francisco, CA  94105-2482
    Telephone: (650) 849-5300                  Telephone: (415) 268-7000
5   Facsimile: (650) 849-5333                  Facsimile: (415) 268-7522

6   *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

7

8                          UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
9                              SAN JOSE DIVISION

10  APPLE INC., a California Corporation,

11          Plaintiff,

12      v.

13  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG
14  ELECTRONICS AMERICA, INC., a New
    York corporation; and SAMSUNG            CASE NO. 12-cv-00630-LHK (PSG)
15  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company, **DECLARATION OF SHANNON MADER IN
16                                            SUPPORT OF APPLE'S ADMINISTRATIVE
            Defendants.                       MOTION TO FILE DOCUMENTS UNDER
17  SAMSUNG ELECTRONICS CO., LTD., a         SEAL**
    Korean corporation; SAMSUNG
18  ELECTRONICS AMERICA, INC., a New
    York corporation; and SAMSUNG
19  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability
20  company,

21          Counterclaim-Plaintiffs,
        v.
22
    APPLE INC., a California corporation,
23              Counterclaim-
                Defendant.
24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

I, Shannon Mader, declare and state as follows:

1.      I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple").  Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in connection with Apple's Administrative Motion To File Documents Under Seal to confirm that certain documents and information contained in Its Opposition to Google Inc.'s Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony, and supporting Declarations and Exhibits, are confidential and sealable. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2.      The following documents, which Apple hereby seeks to file under seal, constitute or otherwise discuss information designated as "Highly Confidential-Attorney's Eyes Only" by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") or by Google, Inc.  Such information is highlighted.

3.      Pursuant to Civil L.R. 7-11, Holly Jones, counsel for Apple, met and conferred with Prashanth Chennakesavan, counsel for Samsung, on July 2, 2013.  Samsung does not oppose Apple's Administrative Motions to File Documents Under Seal as a procedural mechanism for filing portions of Apple's Opposition under seal.  Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

4.      Pursuant to Civil L.R. 7-11, Holly Jones, counsel for Apple, met and conferred with Kristin Madigan, counsel for Google, on July 2, 2013.  Google does not oppose Apple's Administrative Motions to File Documents Under Seal as a procedural mechanism for filing portions of Apple's Opposition under seal.  Google reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

5.      Portions of Apple's Opposition to Google Inc.'s Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony reference the contents of documents or information designated as "Highly Confidential-Attorney's Eyes Only" by Samsung or Google.  These portions of the brief have been redacted and should remain under seal.

1

6.       Exhibit 3 to the Declaration of Michael Valek In Support of Opposition to Google Inc.'s Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony (the "Valek Declaration") references the contents of documents or information designated as "Highly Confidential-Attorney's Eyes Only" or "Highly Confidential Source Code– Outside Attorneys' Eyes Only" by Samsung or Google and should remain under seal.

7.       Exhibit 13 to the Declaration of Shannon Mader In Support of Opposition to Google Inc.'s Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony (the "Mader Declaration") references the contents of documents or information designated as "Highly Confidential-Attorney's Eyes Only" or "Highly Confidential Source Code– Outside Attorneys' Eyes Only" by Samsung or Google and should remain under seal.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.


Dated: July 2, 2013

                                          /s/ Shannon Mader
                                          Shannon Mader


**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Shannon Mader has concurred in this filing.


Dated: July 2, 2013

                                     /s/ H. Mark Lyon
                                     H. Mark Lyon

MADER DECL. ISO APPLE'S ADMIN.
MOTION TO FILE UNDER SEAL
CASE NO. 5:12-CV-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP