JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF SHANNON MADER IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Shannon Mader, declare and state as follows:

1. I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple"). Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in connection with Apple's Administrative Motion To File Documents Under Seal to confirm that certain documents and information contained in Its Opposition to Google Inc.'s Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony, and supporting Declarations and Exhibits, are confidential and sealable. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. The following documents, which Apple hereby seeks to file under seal, constitute or otherwise discuss information designated as "Highly Confidential-Attorney's Eyes Only" by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") or by Google, Inc. Such information is highlighted.

3. Pursuant to Civil L.R. 7-11, Holly Jones, counsel for Apple, met and conferred with Prashanth Chennakesavan, counsel for Samsung, on July 2, 2013. Samsung does not oppose Apple's Administrative Motions to File Documents Under Seal as a procedural mechanism for filing portions of Apple's Opposition under seal. Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

4. Pursuant to Civil L.R. 7-11, Holly Jones, counsel for Apple, met and conferred with Kristin Madigan, counsel for Google, on July 2, 2013. Google does not oppose Apple's Administrative Motions to File Documents Under Seal as a procedural mechanism for filing portions of Apple's Opposition under seal. Google reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

5. Portions of Apple's Opposition to Google Inc.'s Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony reference the contents of documents or information designated as "Highly Confidential-Attorney's Eyes Only" by Samsung or Google. These portions of the brief have been redacted and should remain under seal.

6. Exhibit 3 to the Declaration of Michael Valek In Support of Opposition to Google Inc.'s Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony (the "Valek Declaration") references the contents of documents or information designated as "Highly Confidential-Attorney's Eyes Only" or "Highly Confidential Source Code– Outside Attorneys' Eyes Only" by Samsung or Google and should remain under seal.

7. Exhibit 13 to the Declaration of Shannon Mader In Support of Opposition to Google Inc.'s Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony (the "Mader Declaration") references the contents of documents or information designated as "Highly Confidential-Attorney's Eyes Only" or "Highly Confidential Source Code– Outside Attorneys' Eyes Only" by Samsung or Google and should remain under seal.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: July 2, 2013

*/s/ Shannon Mader*
Shannon Mader

## ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Shannon Mader has concurred in this filing.

Dated: July 2, 2013

/s/ *H. Mark Lyon*
H. Mark Lyon