JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil Local Rule 79-5(d), Apple Inc. ("Apple") has filed an Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal"). Apple requests that the Court issue an order sealing portions of its Opposition to Google Inc.'s Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony ("Apple's Opposition") and Exhibit 3 to the Declaration of Michael Valek in Support of Apple's Opposition ("Valek Declaration") and Exhibits 13 to the Declaration of Shannon Mader in Support of Apple's Opposition ("Mader Declaration").

Apple's request is granted:

- Portions of Apple's Opposition shall be sealed consistent with the proposed redacted version publicly filed by Apple on July 2, 2013.
- Exhibit 3 to the Valek Declaration shall be sealed in full.
- Exhibit 13 to the Mader Declaration shall be sealed in full.
- The proposed redacted version of Apple's Opposition filed by Apple on July 2, 2013, shall remain the publicly available version filed on ECF.

**IT IS SO ORDERED.**

Dated: _____, 2013

_____
Hon. Paul S. Grewal
United States Magistrate Judge