| | |
|---|---|
| JOSH KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, CA  94304-1211 | San Francisco, California 94105-2482 |
| Telephone: 650.849.5300 | Telephone: (415) 268-7000 |
| Facsimile:  650.849.5333 | Facsimile:  (415) 268-7522 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF SHANNON MADER IN SUPPORT OF APPLE INC.'S OPPOSITION TO GOOGLE INC.'S MOTION TO QUASH APPLE'S SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND TESITMONY** |

I, Shannon Mader, declare and state as follows:

1. I am an associate with the law firm of Gibson, Dunn & Crutcher ("Gibson Dunn"), counsel of record in this action for Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I submit this declaration in support of Apple Inc.'s Opposition to Google Inc.'s Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony ("Motion to Quash"). I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows.

2. Attached hereto as Exhibit 1 is a true and correct copy of relevant excerpts from Samsung's First Set of Requests for Production, dated March 6, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of Apple's Notice of Third-Party Subpoenas to Google Inc., dated April 5, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts from Samsung's Second Set of Requests for Production, dated April 12, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of Samsung's Objections and Responses to Apple's First Set of Preliminary Injunction Interrogatories (No. 1-10), dated March 27, 2012.

6. Attached hereto as Exhibit 5 is a true and correct copy of Samsung's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), dated May 16, 2012. In its disclosures, Samsung identifies the following Google employees as individuals who are likely to have discoverable information that Google may use to support its claims or defenses: Björn Bringert, Cary Clark, Dianne Hackborn, Jim Miller, Jens Nagel, and Ken Wakasa.

7. Attached hereto as Exhibit 6 is a true and correct copy of relevant excerpts from Samsung's Third Set of Requests for Production, dated July 31, 2012.

8. Attached hereto as Exhibit 7 is a true and correct copy of Samsung's Objections and Responses to Apple's Fourth Set of Requests for Production, dated September 24, 2012.

9. Attached hereto as Exhibit 8 is a true and correct copy of Apple Inc.'s Notice of Third-Party Subpoenas to Google Inc., dated September 28, 2012.

10. Attached hereto as Exhibit 9 is a true and correct copy of Responses and Objections of Non-Party Google Inc. to Subpoena to Produce Documents Served by Plaintiff and Counterclaim-Defendant Apple Inc., dated October 15, 2012.

11. Attached hereto as Exhibit 10 is a true and correct copy of relevant excerpts from Samsung's Ninth Set of Requests for Production, dated November 19, 2012.

12. Attached hereto as Exhibit 11 is a true and correct copy of relevant excerpts from Samsung's Fourteenth Set of Requests for Production, dated March 1, 2013

13. Attached hereto as Exhibit 12 is a true and correct copy of Samsung's Amended and Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), dated June 8, 2013.  In its disclosures, Samsung identifies the following Google employees as individuals who are likely to have discoverable information that Google may use to support its claims or defenses:  Björn Bringert, Cary Clark, Dianne Hackborn, Jeff Hamilton, Jim Miller, Jens Nagel, Fred Quintana, Ken Wakasa, and Paul Westbrook.

14. Attached hereto as Exhibit 13 is a true and correct copy of Samsung's Objections and Response to Apple's Tenth Set of Interrogatories (No. 45), dated June 10, 2013.

15. Attached hereto as Exhibit 14 is a true and correct copy of Samsung's Amended and Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), dated June 17, 2013.  In its disclosures, Samsung identifies the following Google employees as individuals who are likely to have discoverable information that Google may use to support its claims or defenses:  Hiroshi Lockheimer.

16. On June 18, 2013, Samsung served a notice of subpoena and subpoenas for ABF Software, Adam Cheyer, Benjamin Pierce, Bill Luciw, Blakely Sokoloff Taylor & Zafman LLP, Bonnie Nardi, Brad Hochberg, Bruce Horn, Buchanan Ingersoll & Rooney PC, C. Douglass Thomas, Charles Bedard, Chris Brigham, Dag Kittlaus, David Casseres, David Orange, David Wright, Deanna Thomas, Eric Proul, Eric Roth, Frank Canova, Gitta Salomon, Hyung Sohn, Ivan Yurtin, James LaBarre, James R. Miller, James Scheller, Jean Luc Lebrun, Jeremy Wyld, Joakim Ingers, John F. Guay, John Thompson-Rohrlich, Kevin Tiene, Kumar Vora, Matthew Holloway, Mike Kobb, Mike Mallie, Oliver Steele, Patrick Holleran, Ralph Sprague, Robert Beyers, Robert Bowers, Ruth Ritter,

Scott Shwarts, Stephen P. Capps, Steve Ashburn, Steve Sasson, Steve Wolfe, Tatiana Rossin, Thomas Bonura, Tim Harrington, Tim Oren, and Wayne Yurtin.  Attached hereto as Exhibit 15 is a true and correct copy of Samsung's Notice of Third Party Subpoenas, dated June 18, 2013.

17. To date, Samsung has served two or more subpoenas on more than sixty non-parties. Attached hereto as Exhibit 16 is a chart listing every third party on which Samsung has served two or more subpoenas. Since June 4, Samsung has served approximately 95 subpoenas.

18. To date, Google has produced approximately 65,000 pages of documents. To date, Apple has produced approximately 1.5 million pages of documents.

Executed on July 2, 2013 in Los Angeles, CA.

By: /s/ Shannon Mader
Shannon Mader

## ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Shannon Mader has concurred in this filing.

Dated: July 2, 2013

/s/ H. Mark Lyon
H. Mark Lyon