Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK-PSG<br><br>**NOTICE OF APPEARANCE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Derek J. Tang, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP and admitted to appear *pro hac vice* before this Court in this action, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for non-party Google Inc.

Derek J. Tang (New York Bar. No. 4540514)
Quinn Emanuel Urquhart & Sullivan, LLP
50 California St, 22nd Floor
San Francisco, CA 94111
Telephone:  415-875-6600
Facsimile:  415-875-6700
derektang@quinnemanuel.com

DATED: July 3, 2013                    QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP



                                       By:  */s/ Derek J. Tang*
                                            Derek J. Tang
                                            Attorney for non-party Google Inc.

**ATTESTATION OF E-FILED SIGNATURES**

I, Kristin J. Madigan, am the ECF user whose ID and password are being used to file this Notice of Appearance of Derek J. Tang on behalf of non-party Google Inc.  In compliance with General Order 45.X.B, I hereby attest that Derek J. Tang has concurred in this filing.

Dated:  July 3, 2013                                    */s Kristin J. Madigan*