1  [Counsel Listed on Signature Page]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                          SAN JOSE DIVISION

10 | APPLE INC., a California corporation,              |
11 |         Plaintiff,                                 |
12 |     v.                                             | Civil Action No. 12-CV-00630-LHK
13 | SAMSUNG ELECTRONICS CO., LTD., a                   | **JOINT STIPULATION AND**
   | Korean corporation; SAMSUNG                        | **[PROPOSED] ORDER FOR**
14 | ELECTRONICS AMERICA, INC., a New                   | **ADDITIONAL TIME TO PREPARE**
   | York corporation; SAMSUNG                          | **DISCOVERY RESPONSES**
15 | TELECOMMUNICATIONS AMERICA,                        |
   | LLC, a Delaware limited liability company,         |
16 |                                                    |
   |         Defendants.                                |
17 |                                                    |
18 |                                                    |
   | SAMSUNG ELECTRONICS CO., LTD., a                   |
19 | Korean corporation; SAMSUNG                        |
   | ELECTRONICS AMERICA, INC., a New                   |
20 | York corporation; SAMSUNG                          |
   | TELECOMMUNICATIONS AMERICA,                        |
21 | LLC, a Delaware limited liability company,         |
22 |         Counterclaim-Plaintiffs,                   |
23 |     v.                                             |
24 | APPLE INC., a California corporation,              |
25 |         Counterclaim-Defendant.                    |

26

27

28

WHEREAS, Apple Inc. ("Apple") commenced this action against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the Parties" and individually each a "Party") on February 8, 2012;

WHEREAS, Samsung subsequently filed counterclaims against Apple;

WHEREAS, on June 7, 2013, Apple served its 12th Set of Interrogatories and its 2nd and 3rd Sets of Requests for Admission to Samsung;

WHEREAS, on June 7, 2013, Samsung served its 10th Set of Interrogatories and its 4th Set of Requests for Admission to Apple;

WHEREAS, the Parties' current deadline to serve responses to Apple's 12th Set of Interrogatories, Samsung's 10th Set of Interrogatories, Apple's 2nd Set of Requests for Admissions, Apple's 3rd Set of Requests for Admissions, and Samsung's 4th Set of Requests for Admissions served on June 7, 2013 (collectively, the "Discovery Requests") is July 8, 2013;

WHEREAS, the Parties' current deadline to move to compel further responses to the Discovery Requests is July 15, 2013

WHEREAS, the Parties' current deadline to supplement existing Interrogatory responses is July 8, 2013;

WHEREAS, pursuant to the Court's Case Management Order (Docket No. 160), the fact discovery cutoff in this litigation is July 8, 2013;

WHEREAS, the Parties wish to have a brief amount of additional time to submit their responses to the Discovery Requests and supplement existing Interrogatory responses;

WHEREAS, the Parties wish to have additional time to supplement Interrogatory responses with document citations and depositions citations only for depositions taken on or after July 8, 2013; and

WHEREAS, this stipulation and corresponding extension of time will not require altering any other deadline presently on calendar in this matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

(a) the time for the Parties to serve responses to the Discovery Requests and to supplement all existing Interrogatory responses shall be extended by five business days to July 15, 2013;

(b) the time for the Parties to move to compel further responses to the Discovery Requests shall be extended five business days to July 22, 2013; and

(c) the Parties shall be permitted to supplement all Interrogatory responses with document citations and deposition citations only for depositions taken on or after July 8, 2013 until August 23, 2013.

**IT IS SO STIPULATED:**

Dated: July 3, 2013         GIBSON, DUNN & CRUTCHER LLP

                            By:  /s/ H. Mark Lyon
                                 H. Mark Lyon

                            *Attorneys for Plaintiff and
                            Counterclaim-Defendant APPLE, INC.*


Dated: July 3, 2013         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                            By:  /s/ Victoria F. Maroulis
                                 Victoria F. Maroulis

                            *Attorneys for Defendants and
                            Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO.,
                            LTD. SAMSUNG ELECTRONICS AMERICA, INC., and
                            SAMSUNG TELECOMMUNICATIONS AMERICA, LLC*

* * *

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

(a) the time for the Parties to serve responses to the Discovery Requests and to supplement all existing Interrogatory responses shall be extended to July 15, 2013;

(b) the time for the Parties to move to compel further responses to the Discovery Requests shall be extended five business days to July 22, 2013; and

(c) the Parties shall be permitted to supplement all Interrogatory responses with document citations and deposition citations only for depositions taken on or after July 8, 2013 until August 23, 2013.

Dated: _____       By: _____
                                    HONORABLE LUCY H. KOH

## ATTESTATION

I, Mark Lyon, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45 X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: July 3, 2013      By:   /s/ H. Mark Lyon
                                H. Mark Lyon

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 3, to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

 /s/ H. Mark Lyon
H. Mark Lyon