QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

STEPTOE & JOHNSON, LLP
John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG DEFENDANTS' THIRD AMENDED DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**<br><br>[PATENT L.R. 3-1, 3-2] |

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") submit this Third Amended Disclosure of Asserted Claims and Infringement Contentions pursuant to Patent Local Rules 3-1 and 3-2 for U.S. Patent Nos. 7,756,087, 7,551,596, 7,577,757, 6,292,179, 6,226,449, and 5,579,239 (the "Samsung patents").

**I.      IDENTIFICATION OF INFRINGED CLAIMS AND ACCUSED PRODUCTS [PATENT L.R. 3-1(a)-(d)]**

On June 15, 2012, Samsung timely served its Disclosure of Asserted Claims and Infringement Contentions (the "Original Disclosure"). On September 28, 2012, Samsung served its Amended Disclosure of Asserted Claims and Infringement Contentions (the "First Amended Disclosure") to provide information required by Patent Local Rule 3-1(a)-(d) for the iPhone 5.  On November 15, 2012, the Court granted Samsung's motion for leave to amend its disclosures through the First Amended Disclosure.  *See* Dkt. No. 302.  On November 19, 2012, Samsung served its Second Amended Disclosure of Asserted Claims and Infringement Contentions (the "Second Amended Disclosure") to provide information required by Patent Local Rule 3-1 (a)-(d) for newly released products such as the iPad 4, iPad Mini, and iPod Touch (5th generation).  The parties subsequently entered into a stipulation, and on January 16, 2013, the Court entered the stipulation permitting the amendments served in its Second Amended Disclosure. On April 22, 2013, Samsung submitted its Case Narrowing Statement, dismissing without prejudice certain claims of the Samsung patents.

On June 26, 2013, the Court granted Samsung's motion to amend its infringement contentions in part, and these Third Amended Disclosure of Asserted Claims and Infringement Contentions address the amendments permitted by the Court.  (Dkt. No. 636.)  Two days later, on June 28, 2013, Samsung agreed to dismiss without prejudice U.S. Patent Nos. 7,672,470 and 7,232,058 and certain claims from the other patents that remain.  (Dkt. 646.)  Accordingly, Samsung has omitted Exhibits C and E in this disclosure, which previously addressed those patents, and has omitted the claims it agreed to dismiss for the remaining patents in the other claim charts.

1  Samsung hereby supplements its Original Disclosure, First Amended Disclosure and
2  Second Amended Disclosure to provide the information required by Patent Local Rule 3-1 (a)-(d)
3  as set forth in the following exhibits:

4  **Exhibit A** U.S. Patent No. 7,756,087

5  **Exhibit B** U.S. Patent No. 7,551,596

6  **Exhibit D** U.S. Patent No. 7,577,757

7  **Exhibit F** U.S. Patent No. 6,292,179

8  **Exhibit G** U.S. Patent No. 6,226,449

9  **Exhibit H** U.S. Patent No. 5,579,239

10  The amended infringement contentions set forth in Exhibits A, B, D, F, G, and H hereto are
11  exemplary and not exhaustive.

12  As described in the Original Disclosure, the First Amended Disclosure, the Second
13  Amended Disclosure, and this supplemental amendment thereto, Apple infringes the Samsung
14  patents under 35 U.S.C. § 271(a), (b) and/or (c). Samsung further accuses any other Apple
15  products that Apple is currently developing, making and using including but not limited to any
16  newer but unreleased versions of the accused products that have been recently announced by
17  Apple. Accordingly, Samsung reserves its right to further supplement this amended disclosure to
18  include any additional Apple products it identifies through discovery and its continuing
19  investigation. Samsung further reserves the right to supplement its disclosures to include any
20  additional information it learns about the accused Apple products through discovery (which is at
21  its earliest stages) and its continuing investigation.

## II.  LITERAL INFRINGEMENT AND DOCTRINE OF EQUIVALENTS [PATENT L.R. 3-1(e)]

The accused Apple products literally infringe the asserted claims of the Samsung patents. The accused products also infringe under the doctrine of equivalents for the reasons set forth in Exhibits A, B, D, F, G, and H.  To the extent that any element or limitation of the asserted claims is not found to have literal correspondence in the accused Apple products, the accused Apple products infringe under the doctrine of equivalents.  Samsung further incorporates by reference it

Original Disclosure, First Amended Disclosure, and Second Amended Disclosure under Patent L.R. 3-1(e).

### III. PRIORITY DATES [PATENT L.R. 3-1(f)]

Samsung has already provided the information required by Local Rule 3-1 in its Disclosure of Asserted Claims and Infringement Contentions served on June 15, 2012. Samsung is not amending or supplementing the Priority Date information asserted in that Disclosure at this time.

### IV. PRODUCTS INCORPORATING OR REFLECTING THE CLAIMED INVENTIONS [PATENT L.R. 3-1(g)]

**Exhibit I** discloses exemplary Samsung products that incorporate or reflect the claimed inventions of the Samsung patents.

### V. APPLE'S WILLFUL INFRINGEMENT [PATENT L.R. 3-1(h)]

Before initiating this lawsuit, Apple was aware that its products infringed many Samsung patents, including patents that Samsung has asserted against Apple in this action. Despite this knowledge, Apple continues to infringe Samsung's patents and continues to act in a subjectively and objectively reckless manner including, but not limited to, making, using, selling, and offering to sell the Apple products accused of infringement in this action. Apple has willfully infringed U.S. Patent Nos. 7,756,087 and U.S. Patent No. 6,292,179 since at least September 2010 when Samsung informed Apple of its infringement. Apple has continued to willfully infringe these patents and the other Samsung patents since the filing of Samsung's counterclaims.

### VI. DOCUMENT PRODUCTION ACCOMPANYING DISCLOSURE [PATENT L.R. 3-2]

Samsung has already produced documents pursuant to Local Rule 3-2 ("Document Production Accompanying Disclosure") concurrently with the service of its Disclosure of Asserted Claims and Infringement Contentions on June 15, 2012. Samsung is not supplementing that production at this time.

1  DATED: July 3, 2013                    QUINN EMANUEL URQUHART & SULLIVAN LLP

2

3                                          By /s/ Victoria Maroulis
                                              Victoria Maroulis
4                                             Attorneys for Defendants
                                              SAMSUNG ELECTRONICS CO., LTD.,
5                                             SAMSUNG ELECTRONICS AMERICA, INC. and
                                              SAMSUNG TELECOMMUNICATIONS
6                                             AMERICA, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28