# EXHIBIT D

## SAMSUNG'S THIRD AMENDED PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 7,577,757

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 1. A system for synchronizing devices in a multimedia environmental, the system comprising: | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees, including through testing and use of the claimed system at Apple stores.   Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the iPhone (all generations), iPod Touch (all generations), iPad (all generations), iPad Mini, iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, Apple TV, PCs with iTunes, the iCloud system including iTunes Match, and the iTunes system (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the Accused Devices in conjunction with the previously accused Apple products in a manner that meets each and every step of this claim.[1] |
| at least one central storage and interface device, wherein | Apple's Mac Products, including the iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, and Apple TV (collectively the "Mac Products"), are central storage and interface devices, wherein audio, video, or photographic data, including content information and content management information, relating to the user, are stored in digital form. |

---

[1]   In its original infringement contentions served on June 15, 2012, Samsung alleged that the iPhone (all generations prior to the iPhone 5), iPod Touch (all generations), iPad (all generations prior to the iPad 4), iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, Apple TV, and PCs with iTunes were collectively the "Accused Devices" that have been used by Apple and its customers to create systems that infringe each and every asserted claim of the '757 patent.  On October 1, 2012, Samsung filed a Motion for Leave to Amend its infringement contentions to further accuse the iPhone 5 of infringing its patents, and on November 15, 2012, Samsung's Motion was granted.  On November 19, 2012, pursuant to the Court's November 15 Order, Samsung served Second Amended Infringement Contentions to accuse the iPod Touch (5th Generation), iPad mini, and iPad 4 of infringing its patents.  Those previously accused devices operate in substantially the same way as described herein.

In Samsung's Third Amended Infringement Contentions, Samsung supplements its infringement contentions in response to the Court's claim construction regarding the '757 patent.  In addition, Samsung clarifies that all Accused Products described in these infringement contentions and all prior infringement contentions also infringe the '757 patent under the doctrine of equivalents for the same reasons that Apple literally infringes, and for the reasons described in further detail herein.  Further, to the extent that the previously accused devices vary from the products described herein, Samsung continues to allege infringement under previously disclosed theories of infringement, including all claims previously asserted against Apple's devices.

| audio, video, or photographic data, including content information and content management information, relating to at least one user, are stored in digital form; and | Apple's iCloud service, including its iTunes Match service that works with iCloud, includes at least a central storage and interface device, wherein audio, video, or photographic data, including content information and content management information, relating to the user, are stored in digital form.  As described by Apple on its website, Apple's iCloud is a central storage service that "automatically and securely stores" a user's multimedia content and allows access to it "from whichever device you happen to be using":<br><br>**Your content. On all your devices.**<br><br>iCloud is so much more than a hard drive in the sky. It makes it quick and effortless to access just about everything on the devices you use every day. iCloud automatically and securely stores your content so it's always available to your iPhone, iPad, iPod touch, Mac, or PC. It gives you access to your music, movies, apps, latest photos, and more from whichever device you happen to be using. And it keeps your email, contacts, and calendars up to date across all your devices. No syncing required. No management required. In fact, no anything required. iCloud does it all for you.<br><br>As described on Apple's website, iTunes Match is a service that allows a user to store all of its music in iCloud so that the user can access, listen, and download that music anytime and anywhere on an iPhone (all generations), iPod Touch (all generations), iPad (all generations), iPad Mini, iMac (all models), MacBook Air (all models), MacBook Pro (all models), Mac Mini (all models), Mac Pro (all models), Apple TV (all generations), or PC that runs iTunes. |

## How iTunes Match works.

iTunes determines which songs in your collection are available in the iTunes Store. Any music with a match is automatically added to iCloud for you to listen to anytime, on any device. Since there are more than 20 million songs in the iTunes Store, chances are your music is already in iCloud. And for the few songs that aren't, iTunes uploads what it can't match (which is much faster than uploading your entire music library). Even better, all the music iTunes matches plays back from iCloud at 256-Kbps AAC DRM-free quality — even if your original copy was of lower quality.

Once your music is in iCloud, you can stream it to any of your devices. Just browse the complete list of all your music stored in the cloud. To listen to a song, tap the iCloud icon next to it and your song starts playing. You can store up to 25,000 songs in iCloud (more if songs are purchased from the iTunes Store), but only what you want to play is stored on your device. So you have immediate access to a huge music library without taking up storage space.

(**http://www.apple.com/itunes/itunes-match/**, viewed 9/24/2012)

Non-Apple PC computers, including desktops and laptops, that run Apple's iTunes software are further examples of central storage and interface devices, wherein audio, video, or photographic data, including content information and content management information, relating to the user, are stored in digital form.

Apple's iTunes service, with or without the iTunes Match service that works with iTunes, includes at least a central

<table>
<tr>
<td></td>
<td>storage and interface device, wherein audio, video, or photographic data, including content information and content management information, relating to the user, are stored in digital form.  For example, as described by Apple on its website, Apple's iTunes services stores digital copies of "more than 26 million songs in the iTunes Store," at "256-Kbps AAC DRM-free quality."

## How iTunes Match works.

iTunes determines which songs in your collection are available in the iTunes Store. Any music with a match is automatically added to iCloud for you to listen to anytime, on any device. Since there are more than 26 million songs in the iTunes Store, chances are your music is already in iCloud.[3] And for the few songs that aren't, iTunes uploads what it can't match (which is much faster than uploading your entire music library). Even better, all the music iTunes matches plays back from iCloud at 256-Kbps AAC DRM-free quality — even if your original copy was of lower quality.

(http://www.apple.com/itunes/itunes-match/, viewed 4/22/2013)

Apple's iTunes, along with the Mac Products, PCs with iTunes, Apple TV, and iCloud, are referred to collectively as the "Central Devices."</td>
</tr>
<tr>
<td>and at least one zone, each zone having at least one zone specific storage and</td>
<td>Apple's iPhone, iPod Touch, iPad, iPad Mini, iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro and Apple TV devices, and PCs with iTunes (collectively the "Zone Devices") are storage and interface devices that reside in a specific location and are capable of storing or interfacing with information stored in a central storage and interface device.  For example, each of these devices may reside in a room or similar location, or be coupled to devices residing in a room or similar location, such as a dock, including docks sold on Apple's website.  For</td>
</tr>
</table>

interface device capable of storing or interfacing with information stored in the central storage and interface device, wherein audio, video, or photographic information, relating to at least one user, contained within the zone specific storage and interface device and the central storage and interface device, are updated in relation to the zone specific storage and interface devices and the central storage and interface device, whereby the at least one user can be situated in any one of the zones and access the

example, Apple markets and sells docks such as the Bose SoundDock Series II Digital Music System for the iPhone and iPod, or the XtremeMac InCharge X2 Charging Station for iPod, iPhone, or iPad.



(http://store.apple.com/us/product/TS836VC/A/bose-sounddock-series-ii-digital-music-system?fnode=4b, viewed 04/25/13)

audio, video, or photographic information related to the at least one user.



(http://store.apple.com/us/product/H8446ZM/A/xtrememac-incharge-x2-charging-station-for-ipod-iphone-or-ipad?fnode=45, viewed 4/25/13)

Furthermore, these devices may reside in a location under Apple's ownership and/or control, including but not limited to an Apple store, as they are being assembled, used and/or sold by Apple by and at the direction of Apple's employees.

Apple's software that is pre-loaded on a Zone Device allows the user of a Zone Device to store or interface with the user's audio, video, or photographic information stored on a Central Device.  Apple's software also allows the audio, video, or photographic information contained within a Zone Device and a Central Device to be updated in relation to each other.  As a result, Apple's software allows the user to be situated in one zone and to access all of the user's audio, video, or photographic information stored on the Zone Device or on the Central Device.

The iPhone User Guide (for iOS 6.1 Software), for example, describes a variety of ways information can be exchanged between a Central Device and a Zone Device using Apple's software:

## Managing content on your iOS devices

You can transfer information and files between your iOS devices and computers using either iCloud or iTunes.

- *iCloud* stores content such as music, photos, calendars, contacts, documents, and more, and wirelessly pushes it to your other iOS devices and computers, keeping everything up to date. See iCloud below.

- *iTunes* syncs music, video, photos, and more, between your computer and iPhone. Changes you make on one device are copied to the other when you sync. You can also use iTunes to copy a file to iPhone for use with an app, or to copy a document you've created on iPhone to your computer. See Syncing with iTunes on page 16.

You can use iCloud or iTunes, or both, depending on your needs. For example, you can use iCloud Photo Stream to automatically get photos you take on iPhone to your other devices, and use iTunes to sync photo albums from your computer to iPhone.

*Important:* Don't sync items in the Info pane of iTunes (such as contacts, calendars, and notes) and also use iCloud to keep that information up to date on your devices. Otherwise, duplicated data may result.

**( iPhone User Guide For iOS 6.1 Software, pg. 14)**

The iPod Touch User Guide (for iOS 6.1 software), for example, describes a variety of ways information can be exchanged between a Central Device and a Zone Device using Apple's software:

## Managing content on your iOS devices

You can transfer information and files between your iOS devices and computers using iCloud or iTunes.

- *iCloud* stores your photos, apps, contacts, calendars, and more, and wirelessly pushes them to your devices, keeping everything up to date. See iCloud below.

- *iTunes* syncs music, video, photos, and more between your computer and iPod touch. You can connect iPod touch to your computer using USB, or set it up to sync wirelessly using Wi-Fi. Changes you make on one device are copied to the other when you sync. You can also use iTunes to copy a file to iPod touch for use with an app, or to copy a document you've created on iPod touch to your computer. See Syncing with iTunes on page 15.

You can use iCloud, iTunes, or both, depending on your needs. For example, you can use Photo Stream to automatically put photos you take with iPod touch on all of your devices, and use iTunes to sync photo albums from your computer to iPod touch.

*Important:* Don't sync items in the Info pane of iTunes (such as contacts, calendars, and notes) if you use iCloud to keep that information up to date on your devices. Otherwise, you might see duplicate items.

**( iPod Touch User Guide For iOS 6.1 Software, pg. 14)**

<u>**iCloud**</u>

Apple's iCloud service allows a user to store, interface with and access all of the user's multimedia information stored on iCloud from a Zone Device. For example, any of the user's songs stored in iCloud can be streamed or downloaded, over Wi-Fi or a cellular network, to an iOS device or a computer running iTunes. Updates resulting from new music purchases or changes to the user's existing multimedia library are automatically downloaded to a Zone Device over Wi-Fi or a cellular network.  Updates resulting from new music purchases or changes to the user's existing multimedia library are automatically downloaded to all Zone Devices over Wi-Fi or a cellular network. As described on Apple's website:

### New purchases. Automatically everywhere.

iCloud can automatically download new music purchases to all your devices over Wi-Fi — or over a cellular network if you choose. Which means you can buy a song from iTunes on your iPad at home, and find it waiting for you on your iPhone during your morning commute. All without having to sync.[1] And now, when you buy an album, song, movie, or TV show on any device, it's instantly accessible in your iTunes library on your Mac or PC.



### Your past purchases. Available on all your devices.

Now you can download music, movies, and TV shows you've previously purchased to all your devices. When you buy from iTunes, iCloud stores your purchase history. So you can see what you've bought — no matter which device you bought it on. You can access your purchase history from the iTunes Store on your iPhone, iPad, iPod touch, Mac, PC, or Apple TV. Since you already own the songs, albums, movies, or TV shows in your purchase history, you can tap to download them to any of your devices.[1] And whenever you play a movie, TV episode, podcast, iTunes U lesson, or audiobook on one device, all your other devices will automatically remember where you left off. Just sign in to the iTunes Store with your Apple ID.

Try iTunes in the Cloud today.
Download iTunes, free for Mac and PC ▸

(http://www.apple.com/icloud/features/itunes-in-the-cloud/, viewed 04/22/13)

Apple also describes how to set up iCloud on its devices.  The iPhone User Guide (for iOS 6.1 software), for example, provides instructions to a user for setting up an iCloud account and using its functionality:

## iCloud

iCloud stores your content, including music, photos, contacts, calendars, and supported documents. Content stored in iCloud is pushed wirelessly to your other iOS devices and computers set up with the same iCloud account.

iCloud is available on devices with iOS 5 or later, on Mac computers with OS X Lion v10.7.2 or later, and on PCs with the iCloud Control Panel for Windows (Windows Vista Service Pack 2 or Windows 7 required).

iCloud features include:

- *iTunes in the Cloud*—Download previous iTunes music and TV show purchases to iPhone for free, anytime.
- *Apps and Books*—Download previous App Store and iBookstore purchases to iPhone for free, anytime.
- *Photo Stream*—Photos you take appear on all your devices. You can also create photo streams to share with others. See Photo Stream on page 71.
- *Documents in the Cloud*—For iCloud-enabled apps, keep documents and app data up to date across all your devices.
- *Mail, Contacts, Calendars*—Keep your mail contacts, calendars, notes, and reminders up to date across all your devices.
- *Backup*—Back up iPhone to iCloud automatically when connected to power and Wi-Fi. See Backing up iPhone on page 150.
- *Find My iPhone*—Locate your iPhone on a map, display a message, play a sound, lock the screen, or remotely wipe the data. See Find My iPhone on page 34.
- *Find My Friends*—Share your location with people who are important to you. Download the free app from the App Store.
- *iTunes Match*—With an iTunes Match subscription, all your music—including music you've imported from CDs or purchased somewhere other than iTunes—appears on all of your devices and can be downloaded and played on demand. See iTunes Match on page 62.
- *iCloud Tabs*—See the webpages you have open on your other iOS devices and OS X computers. See Chapter 7, Safari, on page 55.

With iCloud, you get a free email account and 5 GB of storage for your mail, documents, and backups. Your purchased music, apps, TV shows, and books, as well as your photo streams, don't count against your free space.

**Sign in or create an iCloud account, and set iCloud options:** Go to Settings > iCloud.

**Purchase additional iCloud storage:** Go to Settings > iCloud > Storage & Backup, then tap Manage Storage. For information about purchasing iCloud storage, go to help.apple.com/icloud.

**View and download previous purchases:**

- *iTunes Store purchases:* Go to iTunes, tap More, then tap Purchased.
- *App Store purchases:* Go to App Store, tap Updates, then tap Purchased.
- *iBookstore purchases:* Go to iBooks, tap Store, then tap Purchased.

**Turn on Automatic Downloads for music, apps, or books:** Go to Settings > iTunes & App Stores.

For more information about iCloud, go to www.apple.com/icloud. For support information, go to www.apple.com/support/icloud.

**(iPhone User Guide For iOS 6.1 Software, pg. 15)**

The iPod Touch User Guide (for iOS 6.1 software), for example, provides instructions to a user for setting up an iCloud account and using its functionality:

## iCloud

iCloud is a service that stores your content, including music, photos, contacts, calendars, and supported documents. Content stored in iCloud is wirelessly pushed to your other iOS devices and computers set up with the same iCloud account.

iCloud is available on an iOS device with iOS 5 or later, on a Mac with OS X Lion v10.7.2 or later, and on a PC with the iCloud Control Panel for Windows (Windows Vista Service Pack 2 or Windows 7 required).

*Note:* iCloud is not available in all areas, and iCloud features may vary by area. For more information, go to www.apple.com/icloud.

iCloud features include:

- *iTunes in the Cloud*—Download your previous iTunes music and TV show purchases to iPod touch for free, anytime.

- *Apps and Books*—Download your previous App Store and iBookstore purchases to iPod touch for free, any time.

- *Photo Stream*—Photos you take on one device appear on all your other devices. See Photo Stream on page 58.

- *Documents in the Cloud*—For iCloud-enabled apps, keep documents and app data up to date across all your devices.

- *Mail, Contacts, Calendars*—Keep your mail contacts, calendars, notes, and reminders up to date across all your devices.

- *Backup*—Back up iPod touch automatically when connected to power and Wi-Fi. See Backing up iPod touch on page 132.

- *Find My iPod*—Locate your iPod touch on a map, display a message, play a sound, lock the screen, or remotely wipe the data. See Find My iPod on page 33.

- *Find My Friends*—Share your location with people who are important to you. Download the free app from the App Store.

- *iTunes Match*—With an iTunes Match subscription, all your music, including music you've imported from CDs or purchased somewhere other than iTunes, appears on all of your devices and can be downloaded and played on demand. See iTunes Match on page 45.
- *iCloud Tabs*—See the webpages you have open on your other iOS devices or computers with OS X Mountain Lion or later installed. See Chapter 15, Safari, on page 70.

With iCloud, you get a free mail account and 5 GB of storage for your mail, documents, and backups. Your purchased music, apps, TV shows, and books don't count against your free space.

**Sign in or create an iCloud account, and set iCloud options:** Go to Settings > iCloud.

**Purchase additional iCloud storage:** Go to Settings > iCloud > Storage & Backup, then tap Manage Storage. For information about purchasing iCloud storage, go to help.apple.com/icloud.

**View and download previous purchase:**

- *iTunes Store purchases:* Go to iTunes, tap More, then tap Purchased.
- *App Store purchases:* Go to App Store, tap Updates, then tap Purchased.
- *iBookstore purchases:* Go to iBooks, tap Store, then tap Purchased.

**Turn on Automatic Downloads for music, apps, or books:** Go to Settings > iTunes & App Stores.

For more information about iCloud, go to www.apple.com/icloud. For support, go to www.apple.com/support/icloud.

**(iPod Touch User Guide For iOS 6.1 Software, pgs. 14-15)**

For example, Apple's website provides instructions to a user for activating iCloud on its devices, including the automatic download feature on Mac devices:



**4**

**Enable automatic downloads in iTunes.**

To enable automatic downloads for your music, apps, and books, open iTunes and choose Preferences. Then click Store and select Music, Apps, and Books.*
(Requires iTunes 10.5 or later.)



(http://www.apple.com/icloud/setup/mac.html, viewed 04/22/13).

Samsung is seeking discovery from Apple regarding the structure and operation of Apple's iCloud and iTunes services, including Apple's data centers and servers.  Samsung reserves the right to amend its infringement contentions in response to additional discovery to accuse portions of iCloud and/or iTunes as Zone Devices.

**iTunes Match**

Apple's iTunes Match service allows a user to store all of the user's songs in iCloud, including songs not obtained from iTunes or the iTunes Store.  iTunes Match allows a user to store, interface with and access all of the user's multimedia information stored on iCloud from a Zone Device. As described on Apple's website:

# A match made in iCloud.

With iTunes in the Cloud, the music you buy from the iTunes Store automatically appears on all your devices.[1] And for music you haven't purchased from iTunes, iTunes Match is the perfect solution. iTunes Match is built right into iTunes on your computer and the Music app on your iOS devices.[2] It lets you store your entire collection in iCloud, even music you've imported from CDs or purchased somewhere other than iTunes. When it's in iCloud, it's available on all your devices. So you can enjoy all your music anywhere, anytime — on your iPhone, iPad, iPod touch, Mac, PC, or Apple TV.

## How iTunes Match works.

iTunes determines which songs in your collection are available in the iTunes Store. Any music with a match is automatically added to iCloud for you to listen to anytime, on any device. Since there are more than 26 million songs in the iTunes Store, chances are your music is already in iCloud.[3] And for the few songs that aren't, iTunes uploads what it can't match (which is much faster than uploading your entire music library). Even better, all the music iTunes matches plays back from iCloud at 256-Kbps AAC DRM-free quality — even if your original copy was of lower quality.

Once your music is in iCloud, you can play it from any of your devices. Just browse the complete list of all your music stored in the cloud and tap to play to it. You can store up to 25,000 songs in iCloud (more if songs are purchased from the iTunes Store), but only what you play or download is stored on your device. Tap the iCloud download button to download music from an artist, album, or playlist. So you have immediate access to a huge music library without having to worry about the storage space on your device.

(**http://www.apple.com/itunes/itunes-match/**, viewed 4/24/13)

16

Apple also describes how to set up iTunes Match on its devices.  The iPhone User Guide (for iOS 6.1 software), for example, provides instructions to a user for setting up iTunes Match and using its functionality:

## iTunes Match

iTunes Match stores your music library in iCloud—including songs imported from CDs—and lets you play your collection on iPhone and your other iOS devices and computers. iTunes Match is offered as a paid subscription. To find out where it's available, see support.apple.com/kb/HT5085.

**Subscribe to iTunes Match:** In iTunes on your computer, go to Store > Turn On iTunes Match, then click the Subscribe button.

Once you subscribe, iTunes adds your music, playlists, and Genius Mixes to iCloud. Your songs that match music already in the iTunes Store are automatically available in iCloud. Other songs are uploaded. You can download and play matched songs at up to iTunes Plus quality (256 kbps DRM-free AAC), even if your original was of lower quality. For more information, see www.apple.com/icloud/features.

**Turn on iTunes Match:** Go to Settings > Music.

Turning on iTunes Match removes synced music from iPhone, and disables Genius Mixes and Genius Playlists.

*Note:* If "Use Cellular Data for iTunes" in Settings > General > Cellular is on, cellular data charges may apply.

Songs are downloaded to iPhone when you play them. You can also download songs and albums manually.

**Download a song or album to iPhone:** While browsing, tap ☁.

*Note:* When iTunes Match is on, downloaded music is automatically removed from iPhone when space is needed, starting with the oldest and least played songs. iCloud icons (☁) reappear for removed songs and albums, showing that the songs and albums are still available through iCloud, but not stored locally on iPhone.

**Manually remove a song or album:** Swipe sideways across the song or album, then tap Delete.

**Show only music that's been downloaded from iCloud:** Go to Settings > Music, then turn off Show All Music (available only when iTunes Match is turned on).

**Manage your devices using iTunes Match or Automatic Downloads:** In iTunes on your computer, go to Store > View My Apple ID. Sign in, then click Manage Devices in the "iTunes in the Cloud" section.

**(iPhone User Guide For iOS 6.1 Software, pg. 62)**

The iPod Touch User Guide (for iOS 6.1 software), for example, provides instructions to a user for setting up iTunes Match and using its functionality:

## iTunes Match

iTunes Match stores your music library in iCloud—including songs imported from CDs—and lets you play your collection on iPod touch and your other iOS devices and computers. iTunes Match is offered as a paid subscription. To find out where it's available, see support.apple.com/kb/HT5085.

**Subscribe to iTunes Match:** In iTunes on your computer, choose Store > Turn On iTunes Match, then click the Subscribe button.

Once you subscribe, iTunes adds your music, playlists, and Genius Mixes to iCloud. Your songs that match music already in the iTunes Store are automatically available in iCloud. Other songs are uploaded. You can download and play matched songs at up to iTunes Plus quality (256 kbps DRM-free AAC), even if your original was of lower quality. For more information, see www.apple.com/icloud/features.

**Turn on iTunes Match:** Go to Settings > Music.

Turning on iTunes Match removes synced music from iPod touch, and disables Genius Mixes and Genius Playlists.

Songs are downloaded to iPod touch when you play them. You can also download songs and albums manually.

**Download a song or album to iPod touch:** While browsing, tap ☁.

*Note:* When iTunes Match is on, downloaded music is automatically removed from iPod touch when space is needed, starting with the oldest and least played songs. iCloud icons (☁) reappear for removed songs and albums, showing that the songs and albums are still available through iCloud, but not stored locally on iPod touch.

**Manually remove a song or album:** Swipe sideways across the song or album, then tap Delete.

**Show only music that's been downloaded from iCloud:** Go to Settings > Music, then turn off Show All Music (available only when iTunes Match is turned on).

**Manage your devices using iTunes Match or Automatic Downloads:** In iTunes on your computer, go to Store > View My Apple ID. Sign in, then click Manage Devices in the "iTunes in the Cloud" section.

**(iPod Touch User Guide For iOS 6.1 Software, pg. 45)**

For example, Apple's website provides instructions to a user for subscribing to iTunes Match on a computer, including the Mac Computers and PCs:

**iTunes Match minimum system requirements:**

- iTunes 10.5.1 or later on your Mac or PC
- iOS 5.0.1 or later on your iPhone, Pad, or iPod touch

▼ **To subscribe to iTunes Match**

1. Open the latest version of iTunes on your computer. You cannot subscribe to iTunes Match from an iOS device.
2. Choose **Store > Turn On iTunes Match.**
3. From the main screen, click the subscribe button.
4. If you already have an existing Apple ID that you use for iTunes Store purchases, sign in with that Apple ID, and click Subscribe. Review this article if you want to use the same Apple ID for iTunes Store purchases and iCloud. Otherwise, click Create Account to create an Apple ID.
5. You may be asked to validate your billing information at this point.
6. After you have added a valid payment method, click "Subscribe" to continue.

    **Note:** You may use store credit to pay for your iTunes Match subscription; however, you must have a valid payment method on file at the time of sign up.

7. Once you agree to the iTunes Match Terms and Conditions, iTunes will automatically scan your iTunes library for matches.
8. A status indicator will allow you to track progress. You may also manually pause and resume iTunes at any time by clicking the Stop or Start button.
9. Once iTunes has completed scanning, matching, and uploading any unmatched songs, click Done.
10. The download button [⬇] will be displayed next to items that are available for download from iCloud. If the download button is not visible, this means that the item already exists locally in your iTunes library.

(**http://support.apple.com/kb/ht4914,** viewed 4/24/13)

Samsung is seeking discovery from Apple regarding the structure and operation of Apple's iCloud and iTunes services, including Apple's data centers and servers. Samsung reserves the right to amend its infringement contentions in response to additional discovery to accuse portions of iCloud and/or iTunes as Zone Devices.

**Photo Stream**

Similarly, Photo Stream allows a user to take a photo on a Zone Device or a non-Apple device with a digital camera and that photo will automatically appear on the Central Device and all other Zone Devices.

Because certain Zone Devices have limited memory, Apple designed Photo Stream to allow the Central Device to be the "master photo library." As further described on Apple's website:

## Master photo library. On your Mac or PC.



Keeping a complete set of your photos on your Mac is as simple as turning on Photo Stream in iPhoto or Aperture. Every new photo you take appears in a Photo Stream album just as it does on your iPhone, iPad, and iPod touch. But since your Mac has more storage than your iOS device, it automatically imports every picture from your Photo Stream into your photo library so you can edit, delete, and share the ones you want. Want to get the photos you've taken on your point-and-shoot or DSLR camera into your Photo Stream to view on all your other devices? The photos you import to your library from a camera or SD card are automatically uploaded to your Photo Stream. If you have a PC, you can auto-import and upload pictures, too. Just turn on Photo Stream, grab a camera, and start shooting.

(**http://www.apple.com/icloud/features/photo-stream.html**, viewed 04/22/13)

Apple instructs a user on how to use its Photo Stream software.  For example, Apple provides instructions to a user for activating Photo Stream in the iPhone User's Guide (for iOS 6.1 Software):

## Photo Stream

With Photo Stream, a feature of iCloud (see iCloud on page 15), photos you take on iPhone automatically appear on your other devices set up with Photo Stream, including your Mac or PC. Photo Stream also lets you share select photos with friends and family, directly to their devices or on the web.

### About Photo Stream

When Photo Stream is turned on, photos you take on iPhone (as well as any other photos added to your Camera Roll) appear in your photo stream after you leave the Camera app and iPhone is connected to the Internet via Wi-Fi. These photos appear in the My Photo Stream album on iPhone and on your other devices set up with Photo Stream.

**Turn on Photo Stream:** Go to Settings > iCloud > Photo Stream.

Photos added to your photo stream from your other iCloud devices also appear in My Photo Stream. iPhone and other iOS devices can keep up to 1000 of your most recent photos in My Photo Stream. Your computers can keep all your Photo Stream photos permanently.

**( iPhone User Guide For iOS 6.1 Software, pg. 71)**

For example, Apple provides instructions to a user for activating Photo Stream in the iPod Touch User's Guide (for iOS 6.1 Software):

## Photo Stream

With Photo Stream, a feature of iCloud (see iCloud on page 14), photos you take on iPod touch automatically appear on your other devices set up with Photo Stream, including your Mac or PC. Photo Stream also lets you share select photos with friends and family, directly to their devices or on the web.

### About Photo Stream

When Photo Stream is turned on, photos you take on iPod touch (as well as any other photos added to your Camera Roll) appear in your photo stream after you leave the Camera app and iPod touch is connected to the Internet via Wi-Fi. These photos appear in the My Photo Stream album on iPod touch and on your other devices set up with Photo Stream.

**Turn on Photo Stream:** Go to Settings > iCloud > Photo Stream.

Photos added to your photo stream from your other iCloud devices also appear in My Photo Stream. iPod touch and other iOS devices can keep up to 1000 of your most recent photos in My Photo Stream. Your computers can keep all your Photo Stream photos permanently.

**( iPod Touch User Guide For iOS 6.1 Software, pg. 58)**

For example, Apple provides instructions to a user for activating Photo Stream for Mac Computers on its website:



(**http://www.apple.com/icloud/setup/mac.html**, viewed 04/22/13)

Apple also provides software that allows a user's Zone Device to store or interface with the user's multimedia content on a Central Device even if the user does not have an iCloud account.

**Syncing With iTunes**

A user can sync music, photos and video between a Zone Device and a Central Device using iTunes. For example, as described in the iPhone User Guide for iOS 6.1 Software:

## Syncing with iTunes

Syncing with iTunes copies information from your computer to iPhone, and vice versa. You can sync by connecting iPhone to your computer, or you can set up iTunes to sync wirelessly with Wi-Fi. You can set iTunes to sync music, photos, videos, podcasts, apps, and more. For information about syncing iPhone with your computer, open iTunes, then choose iTunes Help from the Help menu.

**Set up wireless iTunes syncing:** Connect iPhone to your computer. In iTunes on the computer, select your iPhone, click Summary, then turn on "Sync with this iPhone over Wi-Fi."

When Wi-Fi syncing is turned on, iPhone syncs every day. iPhone must be connected to a power source, iPhone and your computer must both be on the same wireless network, and iTunes must be open on your computer. For more information, see iTunes Wi-Fi Sync on page 136.

**(iPhone User Guide For iOS 6.1 Software, pg. 16)**

For example, as described in the iPod Touch User Guide for iOS 6.1 Software:

## Syncing with iTunes

Syncing with iTunes copies information from your computer to iPod touch, and vice versa. You can sync by connecting iPod touch to your computer, or you can set up iTunes to sync wirelessly with Wi-Fi. You can set iTunes to sync photos, videos, podcasts, apps, and more. For information about syncing iPod touch, open iTunes on your computer, then select iTunes Help from the Help menu.

**Set up wireless iTunes syncing:** In iTunes on the computer, select your iPod touch, click Summary, then turn on "Sync with this iPod over Wi-Fi."

When Wi-Fi syncing is turned on, iPod touch syncs when it's connected to a power source, both iPod touch and your computer are connected to the same wireless network, and iTunes is open on the computer. For more information, see iTunes Wi-Fi Sync on page 97.

**(iPod Touch User Guide For iOS 6.1 Software, pg. 15)**

**<u>Home Sharing</u>**

Apple's Home Sharing software allows a user with a second desktop or laptop computer (e.g, iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro or PC) to operate it as a zone specific storage and interface device that is capable of storing or interfacing with multimedia information stored on a Central Device. As described on Apple's website, Home Sharing allows a user to share the user's "iTunes media libraries between up to five computers in your household."

 Understanding Home Sharing

**Summary**

Home Sharing in iTunes is designed to let you easily share your iTunes media libraries between up to five computers in your household. You can also use Home Sharing to play your iTunes content on your iOS devices and Apple TV (2nd generation) if they are connected to your home Wi-Fi network.

less

**Products Affected**

Apple TV (2nd generation), Apple TV (3rd generation), iPad, iPhone, iPod touch, iTunes 10, iTunes 11, iTunes 9

**(http://support.apple.com/kb/HT3819#, viewed 04/22/13)**

Home Sharing also allows a Zone Device to interface with a Central Device by playing its iTunes content.  The iPhone User's Guide (for iOS 6.1 Software), for example, instructs a user how to interface with the user's iTunes library on the user's Mac or PC:

## Home Sharing

Home Sharing lets you play music, movies, and TV shows from the iTunes library on your Mac or PC. iPhone and your computer must be on the same Wi-Fi network.

*Note:* Home Sharing requires iTunes 10.2 or later, available at www.itunes.com/download. Bonus content, such as digital booklets and iTunes Extras, can't be shared.

Play music from your iTunes library on iPhone:

1. In iTunes on your computer, choose File > Home Sharing > Turn On Home Sharing. Log in, then click Create Home Share.

2. On iPhone, go to Settings > Music, then log in to Home Sharing using the same Apple ID and password.

3. In Music, tap More, then tap Shared and choose your computer's library.

Return to content on iPhone: Tap Shared and choose My iPhone.

**(iPhone User Guide For iOS 6.1 Software, pg. 63)**

The iPod Touch User's Guide (for iOS 6.1 Software), for example, instructs a user how to interface with the user's iTunes library on the user's Mac or PC:

## Home Sharing

Home Sharing lets you play music, movies, and TV shows from the iTunes library on your Mac or PC. iPod touch and your computer must be on the same Wi-Fi network.

*Note:* Home Sharing requires iTunes 10.2 or later, available at www.itunes.com/download. Bonus content, such as digital booklets and iTunes Extras, can't be shared.

**Play music from your iTunes library on iPod touch:**

1  In iTunes on your computer, choose File > Home Sharing > Turn On Home Sharing. Log in, then click Create Home Share.

2  On iPod touch, go to Settings > Music, then log in to Home Sharing using the same Apple ID and password.

3  In Music, tap More, then tap Shared and choose your computer's library.

   Return to content on iPod touch:  Tap Shared and choose My iPod touch.

**(iPod Touch User Guide For iOS 6.1 Software, pg. 46)**

Apple's website, for example, instructs a user how to interface with the user's iTunes library between the user's Mac and/or PC computers:

## Home Sharing your iTunes libraries among your family computers

Home Sharing enables you to stream or transfer music, movies, TV shows, apps, and more among up to five authorized computers in your household. To do so, you will need to Turn on Home Sharing on each computer using the same Apple ID. Once set up, all the libraries from your computers you've enabled Home Sharing on will show up in the SHARED area of iTunes:



With Home Sharing, you can stream music and video from one authorized computer to another, or simply drag music between computer libraries. You can also choose to have iTunes automatically import purchases you make on any of your Home Sharing computers to your own library. To do so, select the library and use the Settings button at the lower right of the iTunes window to check what you'd like copied.

(http://support.apple.com/kb/HT3819, viewed 04/22/13)

Apple's website, for example, further instructs a user how to automatically transfer music between the user's Mac and/or PC computers using home sharing:

▼ Setting up Automatic Transfer

Automatic Transfer can transfer your newly-purchased apps, books, music, TV shows, and movie purchases to your other computers setup for Home Sharing.

To automatically transfer content between computers, click the Settings button in the lower-right while viewing a Home Share and select which content to transfer. Automatic transfer of iTunes Store content is off by default.



**Note**: The Settings and Import button are not present if you are using Music Sharing, which is different from Home Sharing. See this article for more information.

- Automatic transfer applies to new purchases from the iTunes Store whenever they are made. However, updates are not transferred (such as those from the App Store).

- Automatic transfer only applies to iTunes Store content you purchase or download after enabling Home Sharing.

- Previously downloaded or non-iTunes Store content can only be manually transferred. It may be necessary to authorize iTunes Store content for playback on other computers.

- Audiobooks purchased through the iTunes Store can be automatically or manually transferred.

- Home Sharing cannot transfer or stream audiobook content purchased from Audible.com. See Audible.com for assistance in using their content on multiple computers.

- In addition, rentals from the iTunes Store cannot be streamed or transferred to another computer using Home Sharing.

(http://support.apple.com/kb/HT4620, viewed 04/22/13)

| | |
|---|---|
| | To the extent Apple argues that the accused devices are not "zone specific storage and interface devices" because they do not reside in a room or similar location, or are otherwise mobile or portable devices, this limitation is still met under the doctrine of equivalents because the use of a mobile device instead of a device residing in a room or similar location is an insubstantial difference.  A mobile device performs substantially the same function as a "zone specific storage and interface device," as it stores information and interfaces with audio, video or photographic information stored on a central storage and interface device and updates audio, video or photographic information in relation to the central storage and interface device.  A mobile device performs this function in substantially the same way by exchanging audio, video or photographic information with a central storage and interface device through one or more networks, such as a LAN or WAN.  A mobile device also obtains substantially the same result as a device residing in a room or similar location, which is to allow the user to be situated in any zone or location and access audio, video, or photographic information related to at least one user. |
| 14. The system of claim 1 wherein the central storage and interlace device is disposed to be coupled to a wireless mobile device via LAN. | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees, including through the testing and use of the claimed system at Apple stores.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the iPhone, iPod Touch, iPad, iPad mini, iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, Apple TV, PCs with iTunes, the iCloud system including iTunes Match, and the iTunes system (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the Accused Devices in conjunction with the previously accused Apple products in a manner that meets each and every step of this claim.<br><br>*See* Claims 1 and 4.  The iPhone, iPad, iPad mini and iPod touch are each wireless mobile device that can be coupled to a Central Device via LAN (e.g., a hardwired connection or Wi-Fi). |
| 15. The system of claim 1, wherein the central storage and interface device is disposed | Apple directly infringes this claim through testing and use of the claimed system for synchronizing its devices in a multimedia environment by and at the direction of its employees, including through the testing and use of the claimed system at Apple stores.  Apple also indirectly infringes this claim by offering to sell and selling components of the claimed system that are found in the iPhone, iPod Touch, iPad, iPad mini, iMac, MacBook Air, MacBook Pro, Mac Mini, Mac Pro, Apple TV, PCs with iTunes, the iCloud system including iTunes Match, and |

| | |
|---|---|
| to be coupled to a wireless mobile device via WAN. | the iTunes system (collectively the "Accused Devices") to customers and by encouraging and aiding those customers to use the Accused Devices in conjunction with the previously accused Apple products in a manner that meets each and every step of this claim. |
| | *See* Claims 1, 3 and 4.  The iPhone, iPad, iPad mini and iPod Touch are each wireless mobile devices that can be coupled to a Central Device via WAN (e.g., the Internet, including over a cellular network). |