# EXHIBIT F

# SAMSUNG'S THIRD AMENDED PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 6,292,179

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 1. A software keyboard system using a touch screen, comprising: [a] a screen displaying a keyboard image; | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale all models of the iPhone, the iPod Touch, and the iPad (the "Accused Devices").[1] Each of Apple's Accused Devices is a software keyboard system that uses a touch screen. *See* SAMNDCA630-00835494 – 540; s*ee, e.g.,* iPhone 4S technical specifications available at http://www.apple.com/iphone/iphone-4s/specs.html:  |

---

[1]   "Accused Devices" refers to all Apple products that implement a touchscreen keyboard as described herein, including all models of iPhone, iPad and iPod Touch.  Exemplary documents and screenshots are provided in these charts for at least one iPhone, iPad, and iPod Touch model; however,  all iPhone models, all iPad models, and all iPod Touch models operate in substantially the same way, regardless of operating system. and are accused on the same bases articulated in these charts for the exemplary products.

| | |
|---|---|
| | **Keyboard Support**<br><br>English (U.S.), English (UK), Chinese – Simplified (Handwriting, Pinyin, Stroke), Chinese – Traditional (Handwriting, Pinyin, Zhuyin, Cangjie, Stroke), French, French (Canadian), French (Switzerland), German (Germany), German (Switzerland), Italian, Japanese (Romaji, Kana), Korean, Spanish, Arabic, Bulgarian, Catalan, Cherokee, Croatian, Czech, Danish, Dutch, Emoji, Estonian, Finnish, Flemish, Greek, Hawaiian, Hebrew, Hindi, Hungarian, Icelandic, Indonesian, Latvian, Lithuanian, Macedonian, Malay, Norwegian, Polish, Portuguese, Portuguese (Brazil), Romanian, Russian, Serbian (Cyrillic/Latin), Slovak, Swedish, Thai, Tibetan, Turkish, Ukrainian, Vietnamese<br><br>The iPhone 4S displays a keyboard image, such as the Japanese (Kana) keyboard and the Chinese Stroke keyboard[2]: |

---

[2]   Screen images show the operation of the Accused Devices running iOS 5.0 or later unless otherwise noted.  However, the accused functionalities operate in the same way for all versions of iOS 4, iOS 5, and iOS 6.  On information and belief, the accused functionalities also operate in substantially the same way for all versions of iOS 3; however, Apple has not produced relevant source code for iOS 3.



iPhone 5 technical specifications available at http://www.apple.com/iphone/specs.html:

Display

Retina display

4-inch (diagonal) widescreen Multi-Touch display

1136-by-640-pixel resolution at 326 ppi

800:1 contrast ratio (typical)

500 cd/m2 max brightness (typical)

Fingerprint-resistant oleophobic coating on front

Support for display of multiple languages and characters simultaneously

**Keyboard Support**

English (U.S.), English (UK), Chinese – Simplified (Handwriting, Pinyin, Stroke), Chinese – Traditional (Handwriting, Pinyin, Zhuyin, Cangjie, Stroke), French, French (Canadian), French (Switzerland), German (Germany), German (Switzerland), Italian, Japanese (Romaji, Kana), Korean, Spanish, Arabic, Bulgarian, Catalan, Cherokee, Croatian, Czech, Danish, Dutch, Emoji, Estonian, Finnish, Flemish, Greek, Hawaiian, Hebrew, Hindi, Hungarian, Icelandic, Indonesian, Latvian, Lithuanian, Macedonian, Malay, Norwegian, Polish, Portuguese, Portuguese (Brazil), Romanian, Russian, Serbian (Cyrillic/Latin), Slovak, Swedish, Thai, Tibetan, Turkish, Ukrainian, Vietnamese

The iPhone 5 displays a keyboard image, such as the Japanese (Kana) keyboard and the Chinese Stroke keyboard:



iPod Touch 5 technical specifications available at http://www.apple.com/ipod-touch/specs.html:

| Display | 4-inch (diagonal) widescreen display with Multi-Touch IPS technology |  |
|---|---|---|
| | Retina display | |
| | 1136-by-640-pixel resolution at 326 pixels per inch | |
| | 800:1 contrast ratio (typical) | |
| | 500 cd/m2 max brightness (typical) | |
| | Fingerprint-resistant oleophobic coating | |

## Keyboard Support

English (U.S.), English (Australian), English (Canadian), English (UK), Chinese – Simplified (Handwriting, Pinyin, Stroke), Chinese – Traditional (Handwriting, Pinyin, Zhuyin, Cangjie, Stroke), French, French (Canadian), French (Switzerland), German (Germany), German (Switzerland), Italian, Japanese (Romaji, Kana), Korean, Spanish, Arabic, Bulgarian, Catalan, Cherokee, Croatian, Czech, Danish, Dutch, Emoji, Estonian, Finnish, Flemish, Greek, Hawaiian, Hebrew, Hindi, Hungarian, Icelandic, Indonesian, Latvian, Lithuanian, Macedonian, Malay, Norwegian, Polish, Portuguese (Portugal), Portuguese (Brazil), Romanian, Russian, Serbian (Cyrillic/Latin), Slovak, Swedish, Thai, Tibetan, Turkish, Ukrainian, Vietnamese

The iPod Touch 5 displays a keyboard image, such as the Japanese (Kana) keyboard and the Chinese Stroke keyboard:



iPad 4 with Retina display technical specifications available at http://www.apple.com/ipad/specs/:

**Display**

- **Retina display**
- 9.7-inch (diagonal) LED-backlit Multi-Touch display with IPS technology
- 2048-by-1536 resolution at 264 pixels per inch (ppi)
- Fingerprint-resistant oleophobic coating



- Keyboard support for English (U.S.), English (Australian), English (Canadian), English (UK), Chinese – Simplified (Handwriting, Pinyin, Stroke), Chinese – Traditional (Handwriting, Pinyin, Zhuyin, Cangjie, Stroke), French, French (Canadian), French (Switzerland), German (Germany), German (Switzerland), Italian, Japanese (Romaji, Kana), Korean, Spanish, Arabic, Bulgarian, Catalan, Cherokee, Croatian, Czech, Danish, Dutch, Emoji, Estonian, Finnish, Flemish, Greek, Hawaiian, Hebrew, Hindi, Hungarian, Icelandic, Indonesian, Latvian, Lithuanian, Macedonian, Malay, Norwegian, Polish, Portuguese (Portugal), Portuguese (Brazil), Romanian, Russian, Serbian (Cyrillic/Latin), Slovak, Swedish, Thai, Tibetan, Turkish, Ukrainian, Vietnamese

The iPad 4 with Retina display displays a keyboard image, such as the Japanese (Kana) keyboard and the Chinese Stroke keyboard:



iPad mini technical specifications available at http://www.apple.com/ipad-mini/specs/:

**Display**

- 7.9-inch (diagonal) LED-backlit Multi-Touch display with IPS technology
- 1024-by-768 resolution at 163 pixels per inch (ppi)
- Fingerprint-resistant oleophobic coating



- Keyboard support for English (U.S.), English (Australian), English (Canadian), English (UK), Chinese – Simplified (Handwriting, Pinyin, Stroke), Chinese – Traditional (Handwriting, Pinyin, Zhuyin, Cangjie, Stroke), French, French (Canadian), French (Switzerland), German (Germany), German (Switzerland), Italian, Japanese (Romaji, Kana), Korean, Spanish, Arabic, Bulgarian, Catalan, Cherokee, Croatian, Czech, Danish, Dutch, Emoji, Estonian, Finnish, Flemish, Greek, Hawaiian, Hebrew, Hindi, Hungarian, Icelandic, Indonesian, Latvian, Lithuanian, Macedonian, Malay, Norwegian, Polish, Portuguese (Portugal), Portuguese (Brazil), Romanian, Russian, Serbian (Cyrillic/Latin), Slovak, Swedish, Thai, Tibetan, Turkish, Ukrainian, Vietnamese

iPad mini displays a keyboard image, such as the Japanese (Kana) keyboard and the Chinese Stroke keyboard:



| | |
|---|---|
| 1[b] a touch panel on said screen, generating a coordinate | Each Accused Device comprises a touch panel on said screen, generating a coordinate value in accordance with a position pressed by a stylus.  For example, each Accused Device includes a multi-touch screen panel and associated circuitry.  The associated circuitry includes, for example, a touch screen controller chip that generates a coordinate value according to where the screen is touched (pressed) by, for example, the user's finger (stylus). |

| | |
|---|---|
| value in accordance with a position pressed by a stylus; | Sample iPhone 4S touch screen controller chip:<br><br><br><br>Sample iPhone 5 touch screen controller chip, from teardown available at http://www.ifixit.com/Teardown/iPhone-5-Teardown/10525/3: |



Sample iPod Touch 5 touch screen controller chip, from teardown available at
http://www.ifixit.com/Teardown/iPod+Touch+5th+Generation+Teardown/10803/3:



Sample iPad 4 with Retina display touch screen controller chip, from teardown available at http://www.ifixit.com/Teardown/iPad+4+Teardown/11462/2:



Sample iPad mini touch screen controller chip, from teardown available at
http://www.ifixit.com/Teardown/iPad+Mini+Teardown/11423/2:



| | |
|---|---|
| 1[c] a converter receiving said coordinate value and outputting a digital value; | Each Accused Device comprises a converter receiving said coordinate value and outputting a digital value. *See* 1[b]. A digital value is necessary for processing by each Accused Device's digital circuitry. |

| 1[d] a memory storing:<br><br>names of keys forming said keyboard image,<br><br>for each of said keys, a plurality of respective key codes, and<br><br>for each of said key codes, corresponding screen and direction range information; | Each Accused Device comprises a memory. *See, e.g.,*<br><br>iPhone 4S technical specifications available at http://www.apple.com/iphone/iphone-4s/specs.html:<br><br>Capacity¹   16GB   32GB   64GB<br><br>iPhone 5 technical specifications available at http://www.apple.com/iphone/specs.html:<br><br>Capacity¹   16GB   32GB   64GB<br><br>iPod Touch 5 technical specifications available at http://www.apple.com/ipod-touch/specs.html:<br><br>Capacity²   32GB   64GB<br><br>iPad 4 with Retina display technical specifications available at http://www.apple.com/ipad/specs/:<br><br>Storage²   16GB  32GB  64GB    16GB  32GB  64GB<br><br>iPad mini technical specifications available at http://www.apple.com/ipad-mini/specs/:<br><br>Storage²   16GB  32GB  64GB    16GB  32GB  64GB<br><br>Each Accused Device also includes a processor with internal memory and access to RAM.  For example, the iPhone |

4S includes an A5 processor:



iPhone 5 features list available at http://www.apple.com/iphone/features/:

# A6 chip.

## Performance and graphics up to twice as fast. With battery life to spare.

**Faster CPU performance.**

With the new A6 chip, just about everything you do on iPhone 5 is noticeably faster — up to twice as fast compared with the A5 chip. So apps launch, web pages load, and email attachments appear almost instantly.



iPod Touch 5 features list available at http://www.apple.com/ipod-touch/features/:

## Dual-core A5 chip. Power meets play.

It's the most powerful iPod touch ever. That's because the dual-core A5 chip provides up to twice the processing power and up to seven times faster graphics than the previous generation. So games are incredibly responsive and realistic. Your samurai swordplay is sharper than ever, your zombie-dodging ultrasmooth. And because the A5 chip isn't a power hog, you get the same great battery life: up to 40 hours of music or 8 hours of video on a single charge.¹ So you can keep on swinging, slicing, and racing. And listening, watching, and browsing.



iPad 4 with Retina display features list available at http://www.apple.com/ipad/features/:



## Powerful A6X chip. We doubled down on performance.

iPad mini features list available at http://www.apple.com/ipad-mini/features/:



**Powerful A5 chip.**

iPad is known for its fast, fluid performance, and iPad mini doesn't disappoint. It features the powerful and power-efficient A5 chip, which makes everything you do feel smooth and natural. From the little things like switching from app to app and swiping from page to page, to the big things like editing photos, watching movies, and playing games.

The Accused Devices store in memory the names of keys forming a keyboard image. Some keys are a assigned a plurality of respective key codes, which are also stored in memory. For example, on the iPhone 4S, the Japanese (Kana) numeric input keyboard assigns a plurality of key codes (5, +, x and ÷) to the key labeled "5":



The key codes assigned to the "5" key are enlarged when the key is pressed and held:



The iPhone 5 stores in memory the names of keys forming a keyboard image.  Some keys are a assigned a plurality of respective key codes, which are also stored in memory.  For example, the Japanese (Kana) numeric input keyboard assigns a plurality of key codes (5, +, x and ÷) to the key labeled "5":



The key codes assigned to the "5" key are enlarged when the key is pressed and held:



The iPod Touch 5 stores in memory the names of keys forming a keyboard image. Some keys are a assigned a plurality of respective key codes, which are also stored in memory. For example, the Japanese (Kana) numeric input keyboard assigns a plurality of key codes (5, +, x and ÷) to the key labeled "5":



The key codes assigned to the "5" key are enlarged when the key is pressed and held:



Similarly, the Japanese (Kana) keyboard on the iPad 4 with Retina display shows keys which are assigned a plurality of respective key codes, which are also stored in memory:



Similarly, the Japanese (Kana) keyboard on the iPad mini shows keys which are assigned a plurality of respective key codes, which are also stored in memory:



Each Accused Device stores in memory, for each of said key codes, corresponding screen and direction range

| | |
|---|---|
| | information, as shown below.  For example, other keyboards such as the Chinese (Stroke) keyboards,  assign different key codes to the same keys, and the different codes and keyboards are stored in memory and accessed as needed. |
| 1[e] a controller controlling said display of said keyboard image, receiving said digital value for a trace of said stylus, and determining the position and direction of said trace; | Each Accused Device comprises a controller controlling said display of said keyboard image, receiving said digital value for a trace of said stylus, and determining the position and direction of said trace.  For example, each Accused Device  includes a processor and associated chips and circuitry to control the display and process input from the touch screen.  *See, e.g.,* claim 1[b-d].<br><br>When a user slides a finger (stylus) on, for example, a key in the Japanese (Kana) keyboard, the Accused Device controller receives a digital value corresponding to the user's inputted trace and determines the position and direction of the trace.  This is evident because, as shown below, the controller selects a key input based on the position and direction of the trace. |
| 1[f] wherein said controller selects one of said key codes based on said position and on said direction of said trace, and | Each Accused Device's controller selects a key code based on the position and direction of a trace.<br><br>For example, in the iPhone 4S, when a user slides a finger on top of the "5" key in the numeric Japanese (Kana) keyboard, one of the key codes assigned to the "5" key is selected.<br><br>Sliding the finger to the left results in selecting and inputting the "+" key code: |



Sliding the finger to the right results in selecting and inputting the "÷" key code:



Sliding the finger in the up direction results in selecting and inputting the "x" key code:



In the iPhone 5, when a user slides a finger on top of the "5" key in the numeric Japanese (Kana) keyboard, one of the key codes assigned to the "5" key is selected.

Sliding the finger to the left results in selecting and inputting the "+" key code:



Sliding the finger to the right results in selecting and inputting the "÷" key code:



Sliding the finger in the up direction results in selecting and inputting the "x" key code:



In the iPod Touch 5, when a user slides a finger on top of the "5" key in the numeric Japanese (Kana) keyboard, one of the key codes assigned to the "5" key is selected.

Sliding the finger to the left results in selecting and inputting the "+" key code:



Sliding the finger to the right results in selecting and inputting the "÷" key code:



Sliding the finger in the up direction results in selecting and inputting the "x" key code:



Similarly, sliding the finger to the left in the previously identified key of the iPad Japanese (Kana) keyboard results in selecting a first key code:



Sliding the finger to the right in the previously identified key of the iPad Japanese (Kana) keyboard results in selecting a second key code:



The iPad mini has the same functionality:





| 1[g] wherein said controller controls said | Each Accused Device's controller controls said screen to display, in said keyboard image, an image of said generated key code for a predetermined time after said controller selects said one of said key codes, and then to restore said image of said generated key code to its original state. |
|---|---|

| screen to display, in said keyboard image, an image of said generated key code for a predetermined time after said controller selects said one of said key codes, and then to restore said image of said generated key code to its original state. | For example, in the iPhone 4S, when the finger touches the "5" key from right to left, the "+" key code is selected. The selected key code is displayed for a predetermined amount of time:<br><br><br><br>After the predetermined amount of time has passed, the keyboard image is restored to its original state: |



In the iPhone 5, when the finger touches the "5" key from right to left, the "+" key code is selected.  The selected key code is displayed for a predetermined amount of time:



After the predetermined amount of time has passed, the keyboard image is restored to its original state:



In the iPod Touch 5, when the finger touches the "5" key from right to left, the "+" key code is selected.  The selected key code is displayed for a predetermined amount of time:



After the predetermined amount of time has passed, the keyboard image is restored to its original state:



The iPad 4 with Retina display and iPad mini have the same functionality, as shown above.

| | |
|---|---|
| 7. A method for recognizing key codes, in a software keyboard | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale all models of the iPhone, the iPod Touch, and the iPad (the "Accused Devices") that each perform each and every step of this claim.

Apple also indirectly infringes this claim by offering to sell and selling the Accused Devices that perform the claimed method to customers and by encouraging and aiding those customers to use those products in a manner that meets |

| system using a touch panel, comprising the steps of: | each and every step of this claim.

Each Accused Device performs a method for recognizing key codes, in a software keyboard system using a touch panel. *See* claim 1. |
|---|---|
| (a) displaying an image of a keyboard including keys with a plurality of key codes; | Each Accused Device performs the step of displaying an image of a keyboard including keys with a plurality of key codes. *See* claim 1[a, d].

Apple infringes this claim, and the dependent claims identified herein, because it has performed each and every claimed step, including but not limited to testing and use by its employees or agents. Apple also infringes the asserted claims by selling the Accused Devices to customers and encouraging those customers to use the products in a manner that meets each and every step of the claims. |
| 7(b) obtaining the trace of a stylus; | Each Accused Device performs the step of obtaining the trace of a stylus. *See* claim 1[e]. |
| 7(c) determining a key area in which the trace of the stylus is drawn; | Each Accused Device performs the step of determining a key area in which the trace of the stylus is drawn. *See* claim 1[e-f]. |
| 7(d) obtaining a direction of the trace drawn on the determined key area; | Each Accused Device performs the step of obtaining a direction of the trace drawn on the determined key area. *See* claim 1[e-f]. |
| 7(e) searching | Each Accused Device performs the step of searching key code information in accordance with the key area and the |

| | |
|---|---|
| key code information in accordance with the key area and the trace direction to generate a selected key code of the plurality of key codes of the key area; and | trace direction to generate a selected key code of the plurality of key codes of the key area.  *See* claim 1[e-f]. |
| 7(f) displaying on the image of the keyboard an image of the key code generated by step (e) to be distinguished from the others of the plurality of key codes, and then restoring the image to its original state. | Each Accused Device performs the step of displaying on the image of the keyboard an image of the key code generated by step (e) to distinguish it from the other available key codes, and then restoring the image to its original state.  *See* claim 1[g]. |