# EXHIBIT G

**SAMSUNG'S THIRD AMENDED PATENT L.R. 3-1(A)-(D)**
**DISCLOSURES FOR U.S. PATENT NO. 6,226,449**

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 25. A digital camera comprising: | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the Accused Devices[1], each of which comprises at least one digital camera. |
| a lens, | Each Accused Device has at least one lens.<br><br>For example, the iPhone 5 has a rear-facing lens and a front-facing lens. *See, e.g.*:<br><br> |
| an imaging device which converts an optical image into an | Each Accused Device has an imaging device that converts an optical image into an analog signal.  Each Accused Device uses a CMOS Image Sensor (or similar device) that converts an optical image into an electronic analog signal.  For example, an iPhone 5's CMOS Image Sensor is depicted below: |

---

[1]   "Accused Devices" refers to all versions, models or generations of the iPhone 3GS, iPhone 4, iPhone 4S, iPhone 5, iPod Touch (5th Gen.) and iPod Touch (4th Gen.).  The product and screen images shown herein are representative, and the Accused Devices are not limited to the specific product model, version or generation used in the images.

| | |
|---|---|
| analog signal; |  |
| an A/D converter which converts said analog signal from said imaging device to a digital signal; | Each Accused Device includes an A/D converter which converts said analog signal from said imaging device to a digital signal.  Each Accused Device uses a CMOS Image Sensor (or similar device) to capture image data.  The captured imaged data is converted from an analog signal to a digital signal by an A/D converter, which may be incorporated into the image sensor chip.<br><br>For example, an iPhone 5 CMOS Image Sensor is depicted below:<br><br> |
| a compressor which | Each Accused Device has a compressor which compresses the digital signal outputted by the A/D converter. |

| | |
|---|---|
| compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals and for still image signals; | Each Accused Device compresses moving image data by a different method than it compresses still image data. For example, the iPhone 5 runs on the A6 processor, which has a video encoder that utilizes at least the H.264 and MPEG-4 standards for compressing moving images and the JPEG standard for compressing still images. Each Accused Device has a similar processor.  The iPhone 5's A6 processor is depicted below:<br><br><br><br>Apple's specifications for the iPhone 5 identify the following supported video formats:[2]<br><br>Video formats supported: H.264 video up to 1080p, 30 frames per second, High Profile level 4.1 with AAC-LC audio up to 160 Kbps, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; MPEG-4 video up to 2.5 Mbps, 640 by 480 pixels, 30 frames per second, Simple Profile with AAC-LC audio up to 160 Kbps per channel, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; Motion JPEG (M-JPEG) up to 35 Mbps, 1280 by 720 pixels, 30 frames per second, audio in ulaw, PCM stereo audio in .avi file format |
| a recording circuit which records compressed data, said compressed data including a moving image signal, and a | Each Accused Device includes a recording circuit which records compressed data  including a moving image signal and a still image signal.  For example, each Accused Device includes a NAND flash module for storage. |

---

[2]   Apple, iPhone 5 "Tech Specs," http://www.apple.com/iphone/specs.html (last visited September 26, 2012).

| | |
|---|---|
| still image signal; | |
| a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal; | Each Accused Device has a decompressor which decompresses the compressed digital data.  Each Accused Device decompresses compressed moving image data by a different method than it decompresses compressed still image data.  For example, the iPhone 5 runs an A6 processor that has a video decoder that utilizes the H.264 and MPEG-4 standards for decompressing moving images and the JPEG standard for decompressing still images.  Each Accused Device has a similar processor.  For example, an iPhone 5's A6 processor is represented below:<br><br> |
| a reproducing circuit which reproduces a moving image signal, a sound signal in synchronous to said moving image signal, and a still image signal; and | Each Accused Device has a reproducing circuit which can reproduce a moving image signal, a sound signal that is synchronous to a moving image signal, and a still image signal.  For example, the Accused Devices include a processor, each processor also including a graphical processing unit (GPU) that is a specialized electronic circuit designed to rapidly manipulate and alter memory in such a way so as to accelerate the building of images in a frame buffer intended for output to a display.  For example, the iPod Touch 5's A5 processor has a dual-core PowerVR SGX543MP2 GPU inside.  Each Accused Device's display has one or more display drivers for converting received imaged data from the GPU into an image signal capable of being displayed by the display. |
| a display which displays said moving | Each Accused Device includes a display which displays said moving image signals and still image signals outputted from said reproducing circuit, and a list of said moving image signal and still image signal as a search |

| | |
|---|---|
| image signals and still image signals outputted from said reproducing circuit, and a list of said moving image signal and still image signal as a search mode, and a list of classifications as a classification mode; | mode, and a list of classifications as a classification mode.<br><br>The Accused Devices include a display which can display videos and photos outputted from the reproducing circuit.  Each Accused Device displays these image signals, for example, within the "Photos" application that is pre-loaded by Apple on each Accused Device.<br><br>The display lists the videos and photos in a search mode within the "Photos" application that Apple refers to as "Camera Roll":<br><br><br><br>The display also lists the classifications (i.e., "Albums")  as a classification mode.  Each Accused Device allows the user to arbitrarily create classifications.  The display displays the list of classifications in the "Albums" screen.  One example of an Albums list screen is shown below: |

| | |
|---|---|
| wherein said recording circuit records each one of said plurality of image signals with classification data, and | Each Accused Device includes a recording circuit, wherein said recording circuit records each one of said plurality of image signals with classification data.  For example, the recording circuit records the identification of the album or albums that contain a particular image signal, for each moving image signal and still image signal that is stored. |
| said display lists a plurality of classifications and a number of images belonging to each classification. | Each Accused Device's display lists a plurality of classifications and a number of images belonging to each classification.  For example, the Accused Devices display a list of Albums (*i.e.*, the plurality of classifications) and a number of still or video images that are in each Album.

One example of a list of a plurality of classifications (*i.e.*, a list of Albums) is shown below, including the number of images belonging to each Album indicated in parentheses: |



| | |
|---|---|
| 27. A digital camera according to claim 25, | Apple infringes this claim by manufacturing, using, importing, selling and offering for sale the Accused Devices that comprises a digital camera.

Each Accused Device allows for the classification of a particular image signal to be changed at the direction of the user. |
| wherein said classification is able to change by a direction of a user. | For example, a user can use the Photos application to add a moving image signal in one classification into another classification.  First, the Accused Device provides a icon labeled "Edit" (shown by the arrow) that a user may touch to select one or more image signals: |



After the "Edit" icon is pressed by the user, the display displays this screen:

A moving image signal is identified and distinguished from still image signals by the movie camera and video duration indications shown at the bottom of the reduced size image.  After the moving image signal is selected by the user, the display displays this screen:



After the "Add To" Button is pressed by the user, the display displays this screen, which allows the user to add the selected image signal to an existing classification or a new classification:



After the "Add to Existing Album" is pressed by the user, the display displays this screen:



After the "iPhone" Album is pressed by the user, the display displays this screen, indicating that the moving image signal has a new classification and is now listed as being within "iPhone" classification:





The user may then delete the moving image signal from its original album.  The Accused Device provides a icon labeled "Edit" on the original album screen that a user may touch to select one or more image signals

within that album:



After the "Edit" icon is pressed by the user, the display displays this screen:

After the moving image signal is selected by the user, the display displays this screen:



After the "Remove" Button is pressed by the user, the display displays this screen, which allows the user to remove the selected image signal from the album:



After the "Plants" Album is pressed by the user, the display displays this screen, indicating that the moving

image signal has been removed from the original album:

