[COUNSEL LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO REDUCE INVALIDITY REFERENCES / SYSTEMS / COMBINATIONS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1       WHEREAS, Apple Inc. ("Apple") commenced this action against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the Parties" and individually each a "Party") on February 8, 2012;

      WHEREAS, Samsung subsequently filed counterclaims against Apple;

      WHEREAS, on April 24, 2013, the Court issued a Case Management Order (D.I. 471) which provides, inter alia, that "[b]y July 5, 2013, the parties will be required to reduce their invalidity references/systems/combinations to 45 per side." (*Id.*)

      WHEREAS, the parties require a small amount of additional time to meet and confer regarding their submissions;

      WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any other deadline presently on calendar in this matter; and

      WHEREAS, counsel for both parties agreed to extend the deadline for reducing their invalidity references/systems/combinations to 45 per side by one business day to July 8, 2013.

      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the deadline for the parties to reduce their invalidity references/systems/combinations to 45 per side shall be extended to July 8, 2013.

Dated: July 5, 2013

| By: *s/ Mark D. Selwyn* | By: */s/ Patrick D. Curran* |
|---|---|
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONSAMERICA, LLC |

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | |
| jkrevitt@gibsondunn.com | Charles K. Verhoeven (Bar No. 170151) |
| H. MARK LYON (CA SBN 162061) | charlesverhoeven@quinnemanuel.com |
| mlyon@gibsondunn.com | Kevin A. Smith (Bar No. 250814) |
| GIBSON, DUNN & CRUTCHER LLP | kevinsmith@quinnemanuel.com |
| 1881 Page Mill Road | QUINN EMANUEL URQUHART & |
| Palo Alto, CA 94304-1211 | SULLIVAN LLP |
| Telephone: (650) 849-5300 | 50 California Street, 22nd Floor |
| Facsimile: (650) 849-5333 | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| MICHAEL A. JACOBS (CA SBN 111664) | Facsimile: (415) 875-6700 |
| mjacobs@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | Kevin P.B. Johnson (Bar No. 177129 (CA); |
| rhung@mofo.com | 2542082 (NY)) |
| MORRISON & FOERSTER LLP | kevinjohnson@quinnemanuel.com |
| 425 Market Street | Victoria F. Maroulis (Bar No. 202603) |
| San Francisco, California 94105-2482 | victoriamaroulis@quinnemanuel.com |
| Telephone: (415) 268-7000 | QUINN EMANUEL URQUHART & |
| Facsimile: (415) 268-7522 | SULLIVAN LLP |
| | 555 Twin Dolphin Drive, 5th Floor |
| WILLIAM F. LEE (*pro hac vice*) | Redwood Shores, California 94065 |
| William.lee@wilmerhale.com | Telephone: (650) 801-5000 |
| WILMER CUTLER PICKERING | Facsimile: (650) 801-5100 |
|   HALE AND DORR LLP | |
| 60 State Street | William C. Price (Bar No. 108542) |
| Boston, Massachusetts 02109 | williamprice@quinnemanuel.com |
| Telephone: (617) 526-6000 | QUINN EMANUEL URQUHART & |
| Facsimile: (617) 526-5000 | SULLIVAN LLP |
| | 865 South Figueroa Street, 10th Floor |
| MARK D. SELWYN (CA SBN 244180) | Los Angeles, California 90017-2543 |
| mark.selwyn@wilmerhale.com | Telephone: (213) 443-3000 |
| WILMER CUTLER PICKERING | Facsimile: (213) 443-3100 |
|   HALE AND DORR LLP | |
| 950 Page Mill Road | |
| Palo Alto, CA 94304 | |
| Telephone: (650) 858-6000 | |
| Facsimile: (650) 858-6100 | |

## ATTESTATION OF E-FILED SIGNATURES

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Extension of Time to Reduce Invalidity References / Systems / Combinations to 45 per Side. In compliance with General Order 45.X.B, I hereby attest that Mark D. Selwyn has concurred in this filing.

Dated: July 5, 2013 /s/ Patrick D. Curran

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: July 5, 2013 /s/ Patrick D. Curran

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.  | CASE NO. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER REGARDING EXTENSION OF TIME TO REDUCE INVALIDITY REFERENCES / SYSTEMS / COMBINATIONS**<br><br>**CASE NO. 5:12-CV-00630-LHK** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1       WHEREAS, on April 24, 2013, the Court issued a Case Management Order in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 471);

      WHEREAS, the Court ordered that "[b]y July 5, 2013, the parties will be required to reduce their invalidity references/systems/combinations to 45 per side." (*Id.*)

      WHEREAS, the parties require a small amount of additional time to meet and confer regarding their submissions;

      WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any other deadline presently on calendar in this matter; and

      WHEREAS, counsel for both parties agreed to extend the deadline for reducing their invalidity references/systems/combinations to 45 per side to July 8, 2013.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the deadline for the parties' reduction of their invalidity references/systems/combinations to 45 per side shall be extended to July 8, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The deadline for the parties to reduce their invalidity references/systems/combinations to 45 per side is hereby extended to July 8, 2013..

Dated: _____, 2013     By:_____
                                                                                 HONORABLE LUCY H. KOH