```
 1  HOGAN LOVELLS US LLP
    Christian E. Mammen (Bar No. 188454)
 2  3 Embarcadero Center, 15th Floor
    San Francisco, California 94111
 3  Telephone:   (415) 374-2300
 4  Facsimile:   (415) 374-2499
    chris.mammen@hoganlovells.com
 5
    Attorneys for Third-Party Respondent
 6  NUANCE COMMUNICATIONS, INC.

 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9
                        SAN FRANCISCO DIVISION
10
11
12  APPLE INC.,                        Case No. 5:12-cv-00630-LHK
13          Plaintiff,                 STIPULATION MODIFYING
                                       PROTECTIVE ORDER
14  v.
15  SAMSUNG ELECTRONICS CO., LTD.,
    ET AL.,
16
17          Defendant.
18
19
20      IT IS HEREBY STIPULATED between Producing Party Nuance Communications, Inc.
21  ("Nuance") and Requesting Party Samsung Electronics Co., LTD ("Samsung") that the Agreed
22  Upon Protective Order Regarding Disclosure and Use of Discovery Materials [Docket No. 171-1]
23  ("Protective Order") will apply to Nuance's production of documents or things in this action;
24  provided that the Protective Order is modified, pursuant to Section 4(d) of the Protective Order, in
25  the following respects as to source code in Nuance's production:
26  ///
27  ///
28
```
HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 7 -

NUANCE'S OBJECTIONS AND RESPONSES TO SAMSUNG'S SUBPOENA

\\041286/000003 - 1058689 v1

| P.O. Section | Protective Order Language | Modification |
|---|---|---|
| 2(b)(iii) (p.3, ll. 5-6) | "'Outside Counsel' means … (iii) outside, independent attorneys contracted to provide legal advice to a Party in connection with this action." | Delete subsection (iii). No contract attorneys will be permitted access to Nuance's production. |
| 10(c)(ii) (p.11, ll. 7-8) | Confidential source code material may be disclosed to … "any copying or clerical litigation support services working at the direction of such counsel, paralegals, and staff" | Add at the end of the quoted language "and who are employees of Outside Counsel's law firm." No third party vendors will be permitted to handle Nuance's production. |
| 11(b) (p.12, l. 5) | "…on at least two secured, stand-alone computers …" | "…on one or more secured, stand-alone computers …" |
| 11(b) (p.12, l. 12) | "…no more than a total of 25 individuals identified by the Receiving Party shall have access to the secure room …" | "…no more than a total of 3 individuals identified by the Receiving Party shall have access to the secure room …" |
| 11(f) (p.13, l. 8) | "9:00 am to 7:00 pm" | "9:00 am to 5:00 pm" |
| 11(i) (p.14, l. 15) | "Printed portions which exceed 50 continuous pages or 10% or more of a specific software" | "Printed portions which exceed 10 continuous pages or 5% or more of a specific software, or as otherwise agreed between Receiving Party and Producing Party" |
| 11(i) (p.14, l. 22) | "…no more than a total of 40 individuals …" | "…no more than a total of 10 individuals…" |
| 11(j) (p.15, l. 3) | "…no more than ten (10) additional paper copies …" | "…no more than three (3) additional paper copies …" |
| 11(l) (p.15, l. 18) | "supplier" | "supplier" as used in this context is understood to mean "Producing Party" |

It is further agreed as follows:

- Any hard copies of confidential source code produced by Nuance that must be transported will be transported only by hand, by Federal Express, or by similarly reliable carriers.
- The Requesting Party may not attach any peripherals of any kind to the Source Code Computer.

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NUANCE'S OBJECTIONS AND RESPONSES TO SAMSUNG'S SUBPOENA

\\041286/000003 - 1058689 v1

- Only the Requesting Party will be given access to the Source Code Computer, under the procedures set forth in the Protective Order. Any other Party will receive only a copy of the hard copy printout of source code selected by the Requesting Party.
- In addition to the "patent prosecution bar" set forth in section 6(b) of the Protective Order, any Party receiving or otherwise having access to any copy of Nuance's confidential source code will establish an ethical wall between all individuals with access to Nuance's confidential source code and any individuals substantively involved in patent prosecution for that Party.

It is expressly understood that Nuance's production of any documents or things in the above-captioned action will be subject to, and are conditioned upon, the terms of this Stipulation. To the extent copies of documents or things produced by Nuance are provided to any other Party in this action, other than the Requesting Party, such Party's acceptance of such documents or things will operate as that Party's agreement to be bound by the terms of this Stipulation, and a copy of this Stipulation will be provided to any such Party with any such copies of documents or things.

Dated: July 5, 2013

HOGAN LOVELLS US LLP

By: _____
Christian E. Mammen
Attorneys for Third-Party Respondent
NUANCE COMMUNICATIONS, INC.

Dated: July 5, 2013

QUINN EMANUEL URQUHART & SULLIVAN

By: /s/ Amar Thakur
Attorneys for Defendant
SAMSUNG ELECTRONICS CO., LTD.