1  [COUNSEL LISTED ON SIGNATURE PAGES]
2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO REDUCE INVALIDITY REFERENCES / SYSTEMS / COMBINATIONS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Counterclaim-Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>            Counterclaim-Defendant. | |

1  WHEREAS, Apple Inc. ("Apple") commenced this action against Samsung Electronics Co.,
2  Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC
3  (collectively "Samsung," and together with Apple, "the Parties" and individually each a "Party") on
4  February 8, 2012;

5  WHEREAS, Samsung subsequently filed counterclaims against Apple;

6  WHEREAS, on April 24, 2013, the Court issued a Case Management Order (D.I. 471) which
7  provides, inter alia, that "[b]y July 5, 2013, the parties will be required to reduce their invalidity
8  references/systems/combinations to 45 per side." (*Id*.)

9  WHEREAS, the parties require a small amount of additional time to meet and confer
10 regarding their submissions;

11 WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any
12 other deadline presently on calendar in this matter; and

13 WHEREAS, counsel for both parties agreed to extend the deadline for reducing their
14 invalidity references/systems/combinations to 45 per side by one business day to July 8, 2013.

15 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the
16 deadline for the parties to reduce their invalidity references/systems/combinations to 45 per side shall
17 be extended to July 8, 2013.

Dated: July 5, 2013

By: /s/ Mark D. Selwyn                                By: /s/ Patrick D. Curran

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

Attorney for Defendants and Counterclaim- SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONSAMERICA, LLC

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

**ATTESTATION OF E-FILED SIGNATURES**

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Extension of Time to Reduce Invalidity References / Systems / Combinations to 45 per Side. In compliance with General Order 45.X.B, I hereby attest that Mark D. Selwyn has concurred in this filing.

Dated: July 5, 2013                                          /s/    Patrick D. Curran


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.


Dated: July 5, 2013                                          /s/    Patrick D. Curran

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER REGARDING EXTENSION OF TIME TO REDUCE INVALIDITY REFERENCES / SYSTEMS / COMBINATIONS**<br><br>**CASE NO. 5:12-CV-00630-LHK** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1   WHEREAS, on April 24, 2013, the Court issued a Case Management Order in this action
2  between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and
3  Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and
4  Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 471);

5   WHEREAS, the Court ordered that "[b]y July 5, 2013, the parties will be required to reduce
6  their invalidity references/systems/combinations to 45 per side." (*Id.*)

7   WHEREAS, the parties require a small amount of additional time to meet and confer
8  regarding their submissions;

9   WHEREAS, this stipulation and the corresponding scheduling adjustment will not alter any
10 other deadline presently on calendar in this matter; and

11  WHEREAS, counsel for both parties agreed to extend the deadline for reducing their
12 invalidity references/systems/combinations to 45 per side to July 8, 2013.

14 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the
15 deadline for the parties' reduction of their invalidity references/systems/combinations to 45 per side
16 shall be extended to July 8, 2013.

18 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The deadline for the parties to reduce
19 their invalidity references/systems/combinations to 45 per side is hereby extended to July 8, 2013..

21 Dated:   July 8           , 2013      By:_____*Lucy H. Koh*_____
                                              HONORABLE LUCY H. KOH