| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 03/2013) | TRANSCRIPT ORDER Please use one form per court reporter. *CJA counsel please use Form CJA24* *Please read instructions on next page.* | COURT USE ONLY DUE DATE: |
|---|---|---|

| 1. NAME Victoria F. Maroulis | 2. PHONE NUMBER (650) 801-5022 | 3. EMAIL ADDRESS victoriamaroulis@quinnemanuel.c | 4. TODAY'S DATE 07/08/2013 |
|---|---|---|---|
| 4. MAILING ADDRESS: 555 Twin Dolphin Drive, 5th Fl. Redwood Shores, CA 94065 | 5. CASE NAME Apple v. Samsung | | 6. CASE NUMBER 12-CV-000630 |
| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR Lee-Anne Shortridge | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL     ☐ CRIMINAL     ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☐ NON-APPEAL ☑ CIVIL     ■ CJA: Do not use this form; use Form CJA24 | | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | | b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | | | | | c. DELIVERY TYPE (Choose one per line) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 07/02/2013 | PSG | | | ● | ○ | ○ | ● | ○ | ○ | ○ | ● | ○ | ○ | ○ |

10. ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

| 11. SIGNATURE /s/ Victoria Maroulis | 12. DATE 07/08/2013 |
|---|---|

DISTRIBUTION:   ☐ COURT COPY     ☐ TRANSCRIPTION COPY     ☐ ORDER RECEIPT     ☐ ORDER COPY