| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) |
| | charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) |
| | kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor |
| | San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| 6 | |
| | Kevin P.B. Johnson (Bar No. 177129) |
| 7 | kevinjohnson@quinnemanuel.com |
| | Victoria F. Maroulis (Bar No. 202603) |
| 8 | victoriamaroulis@quinnemanuel.com |
| | 555 Twin Dolphin Drive, 5th Floor |
| 9 | Redwood Shores, California 94065 |
| | Telephone: (650) 801-5000 |
| 10 | Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) |
| | williamprice@quinnemanuel.com |
| 12 | Michael L. Fazio (Bar No. 228601) |
| | michaelfazio@quinnemanuel.com |
| 13 | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California 90017-2543 |
| 14 | Telephone:   (213) 443-3000 |
| | Facsimile:   (213) 443-3100 |
| 15 | |
| | Attorneys for SAMSUNG ELECTRONICS |
| 16 | CO., LTD., SAMSUNG ELECTRONICS |
| | AMERICA, INC. and SAMSUNG |
| 17 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 20 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 21 | Plaintiff, | **DECLARATION OF ANTHONY P. ALDEN IN SUPPORT OF NOKIA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 22 | vs. | |
| 23 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG | |
| 24 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26 | Defendants. | |

I, Anthony P. Alden, declare:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Nokia's Administrative Motion to File Documents Under Seal related to its Motion for a Protective Order (Dkt. No. 647).

3. Nokia's Motion relates to confidential communications between Nokia and Samsung, which are subject to a non-disclosure agreement.

4. I am informed and believe that Samsung would be prejudiced by the disclosure of such communications. Given the confidential nature of the communications, Samsung cannot go into detail concerning their content or importance, and the prejudice to Samsung from their disclosure. However, Samsung supports sealing for the reasons stated by Nokia in its motion to seal.

5. For the foregoing reasons, Samsung requests that Nokia's Motion and supporting declarations be sealed in their entirety.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on July 8, 2013.

_____
Anthony P. Alden

-1- Case No. 12-CV-00630-LHK (PSG)
ALDEN DECLARATION ISO NOKIA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL