QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-cv-0630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2 Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3 America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal
4 the following documents:

5    1. The confidential, unredacted version of Samsung's Motion to Compel Production
6       of Financial Documents and to Enforce the April 12. 2013 Order ("Motion to
7       Compel");
8    2. The confidential, unredacted version of the Declaration of Amar L. Thakur in
9       Support of Samsung's Motion to Compel ("Thakur Declaration"); and
10   3. Exhibits 5-25, 31-37, and 42-44 to the Thakur Declaration.

11   The above documents discuss, refer to, or comprise documents that Apple has designated
12 as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order.
13 Samsung accordingly files these documents under seal, and expects that Apple will comply with
14 L.R. 79-5(d) by filing an appropriate declaration with the Court within seven days for those
15 portions and documents that reference Apple-designated information.

16   Pursuant to General Order 62, Samsung's entire filing will be lodged with the Court for *in
17 camera* review and served on all parties. A proposed redacted version of Samsung's Motion to
18 Compel has been filed concurrently with this motion.

19 DATED: July 8, 2013                QUINN EMANUEL URQUHART &
20                                    SULLIVAN, LLP

22                                    By */s/ Victoria F. Maroulis*
23                                        Charles K. Verhoeven
                                          Kevin P.B. Johnson
24                                        Victoria F. Maroulis

25                                    Attorneys for Defendants
                                      SAMSUNG ELECTRONICS CO., LTD.,
26                                    SAMSUNG ELECTRONICS AMERICA, INC.,
                                      and SAMSUNG TELECOMMUNICATIONS
27                                    AMERICA, LLC
28