# EXHIBIT 3

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S OBJECTIONS AND RESPONSES TO SAMSUNG'S NINTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 364-587)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

**REQUEST FOR PRODUCTION NO. 542:**

DOCUMENTS sufficient to identify YOUR expenses, on a monthly basis, for U.S. marketing and advertising activities related to each version of the iPad.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 542:**

Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, vague, ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including but not limited to its use of the terms "identify YOUR expenses, on a monthly basis," "for U.S. marketing and advertising activities," and "related to each version of the iPad." Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence on the grounds that and to the extent it is not limited in its temporal scope appropriately. Apple objects to this request on the grounds that and to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense or common interest privilege, or any other applicable privilege, doctrine, or immunity, as well as the protections of Federal Rule of Civil Procedure 26(b)(4)(B). Apple further objects to this request to the extent it seeks confidential or proprietary information not made publicly available.

Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce non-privileged responsive documents in its possession, custody, or control, if any, that can be located after a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 543:**

DOCUMENTS sufficient to show YOUR profits, on a monthly basis, from the sale of each version of the iPhone on a product by product basis from 2007 through the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 543:**

Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, vague, ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including but not limited to its use of the

terms "YOUR profits," "on a monthly basis," "from the sale of each version of the iPhone," "a product by product basis," and "2007 through the present." Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence on the grounds that and to the extent it is not limited in its temporal or geographic scope appropriately. Apple also objects to this request as duplicative of Samsung's other requests, including but not limited to Request No. 101, and incorporates by reference its objections to Request No. 101. Apple objects to this request on the grounds that and to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense or common interest privilege, or any other applicable privilege, doctrine, or immunity, as well as the protections of Federal Rule of Civil Procedure 26(b)(4)(B). Apple further objects to this request to the extent it seeks confidential or proprietary information not made publicly available.

Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce non-privileged responsive documents in its possession, custody, or control, if any, that can be located after a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 544:**

DOCUMENTS sufficient to show YOUR profits, on a monthly basis, from the sale of each version of the iPad on a product by product basis from 2010 through the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 544:**

Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, vague, ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including but not limited to its use of the terms "YOUR profits," "on a monthly basis," "from the sale of each version of the iPad," "a product by product basis," and "2010 through the present." Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence on the grounds that and to the extent it is not limited in its temporal or geographic scope appropriately. Apple also objects to

this request as duplicative of Samsung's other requests, including but not limited to Request No. 101, and incorporates by reference its objections to Request No. 101.  Apple objects to this request on the grounds that and to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense or common interest privilege, or any other applicable privilege, doctrine, or immunity, as well as the protections of Federal Rule of Civil Procedure 26(b)(4)(B).  Apple further objects to this request to the extent it seeks confidential or proprietary information not made publicly available.

Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce non-privileged responsive documents in its possession, custody, or control, if any, that can be located after a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 545:**

All DOCUMENTS RELATING TO YOUR gross margin on each version of the iPhone from 2007 through the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 545:**

Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, vague, ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including but not limited to its use of the terms "All DOCUMENTS RELATING TO," "YOUR gross margin," "on each version of the iPhone," and "2007 through the present." Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence on the grounds that and to the extent it is not limited in its temporal or geographic scope appropriately, and/or to the extent it requests documents beyond those sufficient to show Apple's gross margin.  Apple objects to this request on the grounds that and to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense or common interest privilege, or any other applicable privilege, doctrine, or immunity, as well as the protections of

Federal Rule of Civil Procedure 26(b)(4)(B).  Apple further objects to this request to the extent it seeks confidential or proprietary information not made publicly available.

Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce non-privileged responsive documents in its possession, custody, or control, if any, that can be located after a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 546:**

All DOCUMENTS RELATING TO YOUR gross margin on each version of the iPad from 2010 through the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 546:**

Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, vague, ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including but not limited to its use of the terms "All DOCUMENTS RELATING TO," "YOUR gross margin," "on each version of the iPad," and "2010 through the present." Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence on the grounds that and to the extent it is not limited in its temporal or geographic scope appropriately, and/or to the extent it requests documents beyond those sufficient to show Apple's gross margin.  Apple objects to this request on the grounds that and to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense or common interest privilege, or any other applicable privilege, doctrine, or immunity, as well as the protections of Federal Rule of Civil Procedure 26(b)(4)(B).  Apple further objects to this request to the extent it seeks confidential or proprietary information not made publicly available, including confidential information of third parties, which Apple is under an obligation not to disclose.

Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce non-privileged responsive documents in its possession, custody, or control, if any, that can be located after a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 547:**

All DOCUMENTS RELATING TO projected U.S. sales, in either units or dollars, of each version of the iPhone from 2007 through the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 547:**

Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, vague, ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including but not limited to its use of the terms "All DOCUMENTS RELATING TO," "projected U.S. sales, in either units or dollars," "each version of the iPhone," and "2007 through the present." Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence on the grounds that and to the extent it is not limited in its temporal scope appropriately and/or requests documents other than projections of U.S. sales. Apple objects to this request on the grounds that and to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense or common interest privilege, or any other applicable privilege, doctrine, or immunity, as well as the protections of Federal Rule of Civil Procedure 26(b)(4)(B). Apple further objects to this request to the extent it seeks confidential or proprietary information not made publicly available.

Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce non-privileged responsive documents in its possession, custody, or control, if any, that can be located after a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 548:**

All DOCUMENTS RELATING TO projected U.S. sales, in either units or dollars, of each version of the iPad, from 2010 through the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 548:**

Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, vague, ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including but not limited to its use of the terms "All DOCUMENTS RELATING TO," "projected U.S. sales, in either units or dollars," "each version of the iPad," and "2010 through the present." Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence on the grounds that and to the extent it is not limited in its temporal scope appropriately, and/or requests documents other than projections of U.S. sales. Apple objects to this request on the grounds that and to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense or common interest privilege, or any other applicable privilege, doctrine, or immunity, as well as the protections of Federal Rule of Civil Procedure 26(b)(4)(B). Apple further objects to this request to the extent it seeks confidential or proprietary information not made publicly available.

Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce non-privileged responsive documents in its possession, custody, or control, if any, that can be located after a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 549:**

All DOCUMENTS RELATING TO profitability projections for each version of the iPhone.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 549:**

Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, vague, ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including but not limited to its use of the terms "All DOCUMENTS RELATING TO," "profitability projections," and "each version of the iPhone." Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the

discovery of admissible evidence on the grounds that and to the extent it requests documents that have no bearing on any relevant question in this litigation, and to the extent it is not limited in its temporal or geographic scope appropriately, and/or requests documents other than profitability projections. Apple objects to this request to the extent it seeks premature discovery of analyses performed by or opinions of experts in this litigation. Apple objects to this request to the extent it seeks documents outside of Apple's possession, custody, or control. Apple objects to this request on the grounds that and to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense or common interest privilege, or any other applicable privilege, doctrine, or immunity, as well as the protections of Federal Rule of Civil Procedure 26(b)(4)(B). Apple further objects to this request to the extent it seeks confidential or proprietary information not made publicly available.

Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce non-privileged responsive documents in its possession, custody, or control, if any, that can be located after a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 550:**

All DOCUMENTS RELATING TO profitability projections for each version of the iPad.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 550:**

Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, vague, ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including but not limited to its use of the terms "All DOCUMENTS RELATING TO," "profitability projections," and "each version of the iPad." Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence on the grounds that and to the extent it requests documents that have no bearing on any relevant question in this litigation, and to the extent it is not limited in its temporal or geographic scope appropriately, and/or requests documents other than profitability projections. Apple objects to this request to the extent it seeks premature discovery of analyses

performed by or opinions of experts in this litigation.  Apple objects to this request to the extent it seeks documents outside of Apple's possession, custody, or control.  Apple objects to this request on the grounds that and to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense or common interest privilege, or any other applicable privilege, doctrine, or immunity, as well as the protections of Federal Rule of Civil Procedure 26(b)(4)(B).  Apple further objects to this request to the extent it seeks confidential or proprietary information not made publicly available.

Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce non-privileged responsive documents in its possession, custody, or control, if any, that can be located after a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 551:**

All financial reporting DOCUMENTS circulated internally on a regular or periodic basis that RELATE TO U.S. sales, either in units or dollars, of any version of the iPhone.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 551:**

Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, vague, ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including but not limited to its use of the terms "All," "financial reporting DOCUMENTS circulated internally on a regular or periodic basis," "that RELATE TO U.S. sales, either in units or dollars," and "any version of the iPhone."  Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence on the grounds that and to the extent it is not limited in its temporal scope appropriately, and is not limited to claims and defenses in the present litigation.  Apple also objects to this request as duplicative of Samsung's other requests, including but not limited to Request No. 555, and incorporates by reference its objections to Request No. 555.  Apple objects to this request on the grounds that and to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense or common interest privilege, or any

other applicable privilege, doctrine, or immunity, as well as the protections of Federal Rule of Civil Procedure 26(b)(4)(B).  Apple further objects to this request to the extent it seeks confidential or proprietary information not made publicly available.

Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce non-privileged responsive documents in its possession, custody, or control, if any, that can be located after a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 552:**

All financial reporting DOCUMENTS circulated internally on a regular or periodic basis that RELATE TO U.S. sales, either in units or dollars, of any version of the iPad.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 552:**

Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, vague, ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including but not limited to its use of the terms "All," "financial reporting DOCUMENTS circulated internally on a regular or periodic basis," "that RELATE TO U.S. sales, either in units or dollars," and "any version of the iPad."  Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence on the grounds that and to the extent it is not limited in its temporal scope appropriately, and is not limited to claims and defenses in the present litigation.  Apple also objects to this request as duplicative of Samsung's other requests, including but not limited to Request No. 556, and incorporates by reference its objections to Request No. 556.  Apple objects to this request on the grounds that and to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense or common interest privilege, or any other applicable privilege, doctrine, or immunity, as well as the protections of Federal Rule of Civil Procedure 26(b)(4)(B).  Apple further objects to this request to the extent it seeks confidential or proprietary information not made publicly available.

Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce non-privileged responsive documents in its possession, custody, or control, if any, that can be located after a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 553:**

All financial reporting DOCUMENTS circulated internally on a regular or periodic basis that RELATE TO YOUR profitability margins on any version of the iPhone.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 553:**

Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, vague, ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including but not limited to its use of the terms "All," "financial reporting DOCUMENTS circulated internally on a regular or periodic basis," "that RELATE TO YOUR profitability margins," and "any version of the iPhone." Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence on the grounds that and to the extent it is not limited in its temporal or geographic scope appropriately, and is not limited to claims and defenses in the present litigation. Apple also objects to this request as duplicative of Samsung's other requests, including but not limited to Request No. 555, and incorporates by reference its objections to Request No. 555. Apple objects to this request on the grounds that and to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense or common interest privilege, or any other applicable privilege, doctrine, or immunity, as well as the protections of Federal Rule of Civil Procedure 26(b)(4)(B). Apple further objects to this request to the extent it seeks confidential or proprietary information not made publicly available.

Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce non-privileged responsive documents in its possession, custody, or control, if any, that can be located after a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 554:**

All financial reporting DOCUMENTS circulated internally on a regular or periodic basis that RELATE TO YOUR profitability margins on any version of the iPad.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 554:**

Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, vague, ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including but not limited to its use of the terms "All," "financial reporting DOCUMENTS circulated internally on a regular or periodic basis," "that RELATE TO YOUR profitability margins," and "any version of the iPad." Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence on the grounds that and to the extent it is not limited in its temporal or geographic scope appropriately, and is not limited to claims and defenses in the present litigation. Apple also objects to this request as duplicative of Samsung's other requests, including but not limited to Request No. 556, and incorporates by reference its objections to Request No. 556. Apple objects to this request on the grounds that and to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense or common interest privilege, or any other applicable privilege, doctrine, or immunity, as well as the protections of Federal Rule of Civil Procedure 26(b)(4)(B). Apple further objects to this request to the extent it seeks confidential or proprietary information not made publicly available.

Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce non-privileged responsive documents in its possession, custody, or control, if any, that can be located after a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 555:**

All financial reporting DOCUMENTS circulated internally on a regular or periodic basis that RELATE TO the financial performance in the U.S. of any version of the iPhone.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 555:**

Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, vague, ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including but not limited to its use of the terms "All," "financial reporting DOCUMENTS circulated internally on a regular or periodic basis," "that RELATE TO the financial performance," and "any version of the iPhone." Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence on the grounds that and to the extent it is not limited in its temporal or geographic scope appropriately, and is not limited to claims and defenses in the present litigation. Apple also objects to this request as duplicative of Samsung's other requests, including but not limited to Request Nos. 551 and 553, and incorporates by reference its objections to Request Nos. 551 and 553. Apple objects to this request on the grounds that and to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense or common interest privilege, or any other applicable privilege, doctrine, or immunity, as well as the protections of Federal Rule of Civil Procedure 26(b)(4)(B). Apple further objects to this request to the extent it seeks confidential or proprietary information not made publicly available.

Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce non-privileged responsive documents in its possession, custody, or control, if any, that can be located after a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 556:**

All financial reporting DOCUMENTS circulated internally on a regular or periodic basis that RELATE TO the financial performance in the U.S. of any version of the iPad.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 556:**

Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, vague, ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including but not limited to its use of the

terms "All," "financial reporting DOCUMENTS circulated internally on a regular or periodic basis," "that RELATE TO the financial performance," and "any version of the iPad." Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence on the grounds that and to the extent it is not limited in its temporal or geographic scope appropriately, and is not limited to claims and defenses in the present litigation. Apple also objects to this request as duplicative of Samsung's other requests, including but not limited to Request Nos. 552 and 554, and incorporates by reference its objections to Request Nos. 552 and 554. Apple objects to this request on the grounds that and to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense or common interest privilege, or any other applicable privilege, doctrine, or immunity, as well as the protections of Federal Rule of Civil Procedure 26(b)(4)(B). Apple further objects to this request to the extent it seeks confidential or proprietary information not made publicly available.

Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce non-privileged responsive documents in its possession, custody, or control, if any, that can be located after a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 557:**

DOCUMENTS sufficient to identify all categories of information that YOU track in any database that RELATE TO U.S. iPhone sales.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 557:**

Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, vague, ambiguous, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including but not limited to its use of the terms "to identify all categories of information" "that YOU track in any database" and "RELATE TO U.S. iPhone sales." Apple objects to this request on the grounds that and to the extent it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence on the grounds that and to the extent it is not limited in