# EXHIBIT 26

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3263**

WRITER'S INTERNET ADDRESS
**amarthakur@quinnemanuel.com**

April 16, 2013

**Via Email**
Michael A. Valek
Gibson Dunn & Crutcher, LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

Re:   Apple Inc. v. Samsung Elecs. Co., Ltd., et al., Case No. 12-cv-00630 (N.D. Cal.)

Dear Counsel:

On April 12, 2013, Judge Grewal granted Samsung's Motion to Compel Apple to Produce Pricing Information, and ordered Apple to produce documents responsive to Samsung's Request for Production No. 199, including but not limited to:

> [D]ocuments revealing: (1) "internal analysis by Apple of how it determines pricing for its products"; (2) "price elasticity/price sensitivity studies relating to the accused products"; (3) "documents discussing any price premiums for products that incorporate the patented features"; and (4) "discussions of pricing with wireless carriers, who heavily subsidize Apple's products."

See Order re Motions to Compel, April 12, 2013, at 8:17-20 (Dkt. 450) ("Order"). Please confirm that Apple will produce all documents responsive to Samsung's Request for Production No. 199 no later than April 23, 2013.

Very truly yours,

Amar L. Thakur

quinn emanuel urquhart & sullivan, llp
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS