# EXHIBIT 30

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Rod Stone
Direct: +1 213.229.7256
Fax: +1 213.229.6256
RStone@gibsondunn.com

Client: 03290-00026

May 27, 2013


VIA E-MAIL

Michael Fazio
Quinn Emanuel Urquhart & Sullivan
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Re:     Apple v. Samsung, 12-cv-06300-LHK (PSG)

Counsel,

I write to confirm that Apple will produce by May 31 all documents responsive to the
Court's Order on Samsung's Motion to Compel Pricing Strategy Document found via direct
searches.

Additionally, in response to Scott Watson's letter of May 20, I can confirm that Apple will
produce the iPhone Buyer Surveys from Q3 of 2012 and Q1 of 2013 as well as the iPad
Tracking Surveys from Q4 of 2012 and Q1 of 2013 by Tuesday, May 28.  We also expect to
produce the iPhone Buyer Survey for Q4 of 2012 shortly, but are experiencing technical
difficulties with the production of that report, which we are working to resolve.  Finally, the
Buyer Surveys for Q2 2013, which just recently ended, are still in progress and therefore are
not available for production at this time.

Sincerely,


/s/ Rod Stone

RJS/jla


Beijing · Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.