# EXHIBIT 39

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3227

WRITER'S INTERNET ADDRESS
michaelfazio@quinnemanuel.com

June 15, 2013

<u>VIA E-MAIL</u>

Rod Stone
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Re: *Apple v. Samsung Elecs. Co., Ltd.*, Case No. 12-cv-00630-LHK (N.D. Cal.)

Dear Counsel:

I write to again follow-up on Apple's production of pricing documents, which was ordered by the Court on April 12, 2013. To date, Apple has produced approximately 35 Price Committee Reports. These reports, however, appear to have been generated on a monthly basis starting in December 2006 – according to Apple's document production to date. Accordingly, Apple should have produced approximately twice as many Price Committee Reports.

Further, the Court ordered that Apple produce additional pricing documents, to include: "price elasticity/price sensitivity studies relating to the accused products"; "documents discussing any price premiums for products that incorporate the patented features"; and "discussions of pricing with wireless carriers, who heavily subsidize Apple's products." To date, Apple still has not produced these pricing documents. If Apple contends to the contrary, then please immediately provide the bates numbers of these Apple documents. Given that the Court's Order has now been outstanding for more than two months, Samsung requests a response to these issues no later than Monday, June 17, and Apple's confirmation that any unproduced documents required by the Court's Order will be produced no later than June 19, 2013.

Very truly yours,

Michael L. Fazio

quinn emanuel urquhart & sullivan, llp
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS