# EXHIBIT 40

**Joby Martin**

| | |
|---|---|
| **From:** | Michael Fazio |
| **Sent:** | Sunday, June 30, 2013 7:53 PM |
| **To:** | '*** Apple/Samsung' (Apple/Samsung@gibsondunn.com); WH Apple Samsung NDCal II Service |
| **Subject:** | Apple v. Samsung, Case No. 12-cv-00630 |
| **Attachments:** | June 15 Letter.pdf |

Counsel,

Please confirm that Apple has produced all pricing documents pursuant to the Court's Order dated April 12, 2013. Though Samsung has located several additional pricing committee reports, consistent with the attached letter, Samsung has not located the other pricing documents ordered by the Court and it also does not appear that all the pricing committee reports have been produced.  If Apple contends that all such pricing documents have been produced, please provide the bates numbers of those documents.

Thank you.

Best regards,

Michael Fazio