# EXHIBIT 41

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3227**

WRITER'S INTERNET ADDRESS
**michaelfazio@quinnemanuel.com**

July 5, 2013

**VIA E-MAIL**

Rod Stone
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Re:   *Apple v. Samsung Elecs. Co., Ltd.*, Case No. 12-cv-00630-LHK (N.D. Cal.)

Dear Counsel:

I write to again follow-up on Samsung's letter dated June 15, 2013 and email dated June 30, 2013, to which Apple has not responded and regarding Apple's pricing documents ordered produced by the Court on April 12, 2013. Samsung has not received the documents ordered by the Court. If Apple contends that all such pricing documents have been produced, please provide the bates numbers of those documents. Assuming, however, that Apple has not completed its production of pricing documents, then Samsung has no choice but to seek further relief from the Court, including resumed depositions of Apple's employees once Apple's production of pricing documents is completed.

Very truly yours,

Michael L. Fazio