UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-0630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE APRIL 12, 2013 ORDER** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Compel Production of Financial Documents and to Enforce the April 12. 2013 Order ("Motion to Compel").

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Motion to Compel.   Apple is hereby ORDERED to

(1)   produce, no later than August 15, 2013, documents showing monthly or quarterly U.S. revenues, margins, profits, and cost breakdowns by product and memory size,

(2) produce, no later than August 15, 2013, all documents responsive to the Court's April 12 Order concerning pricing documents, and

(3) make available a witness to testify regarding Apple's pricing strategies.

**IT IS SO ORDERED.**

DATED: _____, 2013

_____
Honorable Paul S. Grewal
United States Magistrate Judge