JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S CASE NARROWING IDENTIFICATION OF INVALIDITY REFERENCES/SYSTEMS/ COMBINATIONS** |

1     Pursuant to the Court's April 24, 2013 Case Management Order (Dkt. 471), Apple hereby
2  submits its list of 45 invalidity references/systems/combinations.  References below to exhibits
3  are to the exhibits to Apple's invalidity contentions.  Apple reserves the right for Apple or its
4  experts to explain how certain modifications of the prior art cited in the below references and
5  combinations would have been obvious in light of the knowledge of those of ordinary skill in the
6  art as demonstrated by the state of the art as of the time of the alleged inventions.

7

8  '087 Patent
9  1.     U.S. Patent No. 7,321,780 (Ex. A-1)
10 2.     U.S. Patent No. 7,321,780 (Ex. A-1) + U.S. Patent No. 7,123,596 (Ex. A-1)
11 3.     U.S. Patent No. 7,321,780 (Ex. A-1) + 3GPP Tdoc R1-03-0284 (Ex. A-3) + U.S. Patent
12        No. 6,721,294 (Ex. A-3)
13 4.     U.S. Patent No. 7,321,780 (Ex. A-1) + 3GPP Tdoc R1-04-0680 (Ex. A-6) + U.S. Patent
14        No. 6,721,294 (Ex. A-6)
15 5.     U.S. Patent No. 7,321,780 (Ex. A-1) + 3GPP Tdoc R1-03-0284 (Ex. A-3) + U.S. Patent
16        No. 6,721,294 (Ex. A-3) + U.S. Patent No. 7,123,596 (Ex. A-1)
17 6.     U.S. Patent No. 7,321,780 (Ex. A-1) + 3GPP Tdoc R1-04-0680 (Ex. A-6) + U.S. Patent
18        No. 6,721,294 (Ex. A-6) + U.S. Patent No. 7,123,596 (Ex. A-1)
19 7.     U.S. Patent No. 7,321,780 (Ex. A-1) + 3GPP Tdoc R1-03-0284 (Ex. A-3) + 3GPP Tdoc
20        R1-04-0680 (Ex. A-6) + U.S. Patent No. 6,721,294 (Ex. A-4) + U.S. Patent No.
21        7,123,596 (Ex. A-1)

22

23 '596 Patent
24 8.     U.S. Patent No. 8,259,656 (Ex. B-16) + R2-042664 (25.309 CR) (Ex. B-14)
25 9.     U.S. Patent No. 8,259,656 (Ex. B-16) + Qualcomm 10/29/04 Proposal (Ex. B-15)
26 10.    R2-042664 (25.309 CR) (Ex. B-14) + U.S. Patent Pub. No. 2003/0147371 (Ex. B-4)

27
28

11. Qualcomm 10/29/04 Proposal (Ex. B-15) + R2-042065 (Nortel) (Ex. B-13) + U.S. Patent Pub. No. 2003/0147371 (Ex. B-4)

12. Motorola 10/29/04 Proposal (Ex. B-15) + R2-042065 (Nortel) (Ex. B-13) + U.S. Patent Pub. No. 2003/0147371 (Ex. B-4) + R2-041313 (Ericsson) (Ex. B-11)

13. Siemens 11/10/04 Proposal (Ex. B-9) + U.S. Patent Pub. No. 2003/0147371 (Ex. B-4)

14. R2-041348 (LG) (Ex. B-12) + R2-042065 (Nortel) (Ex. B-13) + U.S. Patent Pub. No. 2003/0147371 (Ex. B-4)

15. R2-041358 (Nokia) (Ex. B-12) + R2-042065 (Nortel) (Ex. B-13) + U.S. Patent Pub. No. 2003/0147371 (Ex. B-4)

'757 Patent

16. U.S. Patent No. 7,587,446 (Ex. D-1)

17. U.S. Patent Application No. 2002/0026442 A1 (Ex. D-2)

18. U.S. Patent No. 7,020,704 (Ex. D-3)

19. U.S. Patent No. 7,020,704 (Ex. D-3) + Aztec RadioMedia/Digigram HitPlayer (Ex. D-10)

20. U.S. Patent No. 7,020,704 (Ex. D-3) + U.S. Patent Application No. 2002/0026442 A1 (Ex. D-2)

21. U.S. Patent No. 7,020,704 (Ex. D-3) + U.S. Patent No. 7,587,446 (Ex. D-1)

22. U.S. Patent No. 7,587,446 (Ex. D-1) + The Oracle 8i System (Ex. D-5)

23. U.S. Patent No. 7,020,704 (Ex. D-3) + Lansonic DAS-750 Digital Audio Server (Ex. D-19)

24. U.S. Patent No. 7,020,704 (Ex. D-3) + U.S. Patent No. 6,636,873 (Ex. D-4)

25. PCT International Patent Application No. WO 96/21898 (Ex. D-8) + Lansonic DAS-750 Digital Audio Server (Ex. D-19)

'179 Patent

26. U.S. Patent No. 6,104,317 (Ex. F-1) + Jap. Patent No. H8-249122

27. U.S. Patent No. 6,104,317 (Ex. F-1) + U.S. Patent No. 6,094,197 (Ex. F-2)
28. U.S. Patent No. 6,104,317 (Ex. F-1) + U.S. Patent No. 6,073,036
29. Jap. Patent No. H8-272787 (Ex. F-3) + Jap. Patent No. H8-249122
30. Jap. Patent No. H8-272787 (Ex. F-3) + U.S. Patent No. 6,094,197 (Ex. F-2)
31. U.S. Patent No. 6,094,197 (Ex. F-2) + Jap. Patent No. H8-249122
32. U.S. Patent No. 6,094,197 (Ex. F-2)
33. U.S. Patent No. 6,104,317 (Ex. F-1) + Dan Venolia & Forrest Neiberg, "T-Cube: A Fast, Self Disclosing Pen-Based Alphabet, Human Factors in Computing Systems" 265-270 (April 24-28, 1994)

'449 Patent

34. Ricoh RDC-1 + ArcSoft PhotoStudio (Ex. G-4)
35. U.S. Patent No. 6,104,430 + U.S. Patent No. 5,796,428 in view of Apple PhotoFlash (Ex. G-1)
36. U.S. Patent No. 5,444,483 + U.S. Patent No. 5,796,428 in view of Apple PhotoFlash (Ex. G-2)
37. Casio QV-10A + Apple PhotoFlash in view of Ricoh RDC-1 (Ex. G-9)
38. Ricoh RDC-1 + Apple PhotoFlash (Ex. G-4)
39. U.S. Patent No. 5,633,678 + Apple PhotoFlash in view of Ricoh RDC-1 (Ex. G-6)
40. U.S. Patent No. 6,104,430 + U.S. Patent No. 5,796,428 in view of Windows 95 (Ex. G-1)

'239 Patent

41. U.S. Patent No. 4,963,995 (Ex. H-1)
42. Kodak SV9600 (Ex. H-2) [with supporting documentation]
43. U.S. Patent No. 7,433,921 (Ex. H-4)
44. Kodak SV9600 (H-2) + ActionMedia II (Ex. H-9)
45. U.S. Patent No. 4,963,995 (Ex. H-1) + U.S. Patent No. 4,825,457 (Ex. H-6)

* * *

Apple believes that its identification of 45 invalidity "references/systems/combinations" in the manner set forth above is consistent with the Court's April 24 Order that the parties "reduce their invalidity references/systems/combinations to 45 per side" (Dkt. 471), because Apple's identification counts each "combination" separately in Apple's list of 45, even if one or more of the prior art items listed in a combination appears in another combination or is also listed separately.  However, based on meet and confer discussions between the parties, Apple understands that Samsung is taking a different approach to counting its 45 invalidity "references/systems/combinations," such that Samsung is simply providing a list of 45 individual prior art items, without separately listing any combinations.  Therefore, by way of example, where a party is relying on Reference A and Reference B as anticipatory or single-reference obvious references, but then also is relying on those two same references for an obviousness combination, under Apple's approach the two references and one combination each would be listed separately and count as three "references/systems/combinations," while under Samsung's approach the party would only list the two references and count them as two of the party's 45 references.  Equally problematic, Samsung's approach provides no disclosure to Apple of which among the hundreds of possible prior art combinations Samsung actually intends to rely.[1]

While Apple believe that Samsung's method of counting is a not a proper interpretation of the Court's Order, to the extent the Court agrees with Samsung's method, Apple's list of 45 references would be as follows:

'087 Patent

1. U.S. Patent No. 7,321,780

2. U.S. Patent No. 7,123,596

3. 3GPP Tdoc R1-03-0284

---

[1] Apple agrees with Samsung that when the parties identify a system (*e.g.*, a prior art product), the parties may rely on both references describing the system and the system itself, and that they will collectively count as one for purposes of the limit of 45 invalidity references.

4. U.S. Patent No. 6,721,294

5. 3GPP Tdoc R1-04-0680

'596 Patent

6. U.S. Patent No. 8,259,656

7. R2-042664 (25.309 CR)

8. Qualcomm 10/29/04 Proposal

9. U.S. Patent Pub. No. 2003/0147371

10. R2-042065 (Nortel)

11. Motorola 10/29/04 Proposal

12. R2-041313 (Ericsson)

13. Siemens 11/10/04 Proposal

14. R2-041348 (LG)

15. R2-041358 (Nokia)

16. 3GPP TR 25.896 v6.0.0

'757 Patent

17. U.S. Patent No. 7,587,446

18. U.S. Patent Application No. 2002/0026442 A1

19. U.S. Patent No. 7,020,704

20. Aztec RadioMedia/Digigram HitPlayer

21. The Oracle 8i System

22. Lansonic DAS-750 Digital Audio Server

23. U.S. Patent No. 6,636,873

24. PCT International Patent Application No. WO 96/21898

25. Perforce 99.1 System

'179 Patent

26. U.S. Patent No. 6,104,317

27. Jap. Patent No. H8-249122

28. U.S. Patent No. 6,094,197

29. U.S. Patent No. 6,073,036

30. Jap. Patent No. H8-272787

31. Dan Venolia & Forrest Neiberg, "T-Cube: A Fast, Self Disclosing Pen-Based Alphabet, Human Factors in Computing Systems" 265-270 (April 24-28, 1994)

'449 Patent

32. Ricoh RDC-1

33. ArcSoft PhotoStudio

34. U.S. Patent No. 6,104,430

35. U.S. Patent No. 5,796,428

36. Apple PhotoFlash

37. U.S. Patent No. 5,444,483

38. Casio QV-10A

39. U.S. Patent No. 5,633,678

40. Windows 95

'239 Patent

41. U.S. Patent No. 4,963,995

42. Kodak SV9600 [with supporting documentation]

43. U.S. Patent No. 7,433,921

44. ActionMedia II

45. U.S. Patent No. 4,825,457

Dated: July 8, 2013

/s/ Mark D. Selwyn
Mark D. Selwyn (CA SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 8, 2013, the foregoing document was filed electronically in compliance with Civil Local Rule 5-1, and will be served via the Court's ECF system on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with the Northern District of California Local Rules.

*/s/ Mark D. Selwyn*
Mark D. Selwyn