QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>         Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG'S REDUCTION OF INVALIDITY REFERENCES** |

Pursuant to the Court's Case Management Order issued on April 24, 2013 (Dkt. 471), Samsung submits this statement regarding the narrowing of Samsung's invalidity defenses, including the identification of 45 references/systems/combinations for use in those defenses.

References are listed below under the asserted Apple patents against which they are being asserted as prior art. For prior art identified herein as a system or software, Samsung may rely on multiple documents describing that system or software to establish the relevant functionality of such a system or software. Samsung reserves the right to rely on live demonstrations of devices or software; manuals for devices or software; source code implementing the relevant functionality in software; and/or any other evidence describing the functionality of a system in order to demonstrate invalidity pursuant to that system.

**U.S. Patent No. 5,946,647:**

1. Embedded Buttons System.
2. MHonArc System/Mosaic System.
3. Perspective System.
4. Perspective System, in combination with Newton Programmer's Guide, copyright 1993, 1994 Apple Computer, Inc.
5. Sidekick System.
6. Sidekick System, in combination with Dick Grune & Ceriel Jacobs, *Parsing Techniques – a Practical Guide*, Ellis Horwood (1st Ed. 1990), Chichester, England, 1990 ("Grune"); Salton94; and HIG. This combination is offered based on the currently-asserted claims of the '647 patent. Apple's narrowing of the asserted claims may result in further narrowing of this combination as well.
7. *Sidekick Version 1.5 Owner's Handbook,* Borland International, Inc, Scotia Valley, CA, March 1985 ("*Sidekick Handbook*").
8. *Sidekick Handbook*, in combination with Grune; Salton94; and HIG. This combination is offered based on the currently-asserted claims of the '647

patent. Apple's narrowing of the asserted claims may result in further narrowing of this combination as well.

9. U.S. Patent 5,437,036 to Stamps et al. in combination with "Embedded Menus: Selecting Items in Context," Vol 29, No. 4., Communications of the Association for Computing Machinery, 312, April 1986 ("Koved").

**U.S. Patent No. 6,847,959:**

10. U.S. Patent No. 5,926,808 to Evans et al. ("Evans").

11. Evans in combination with Grossman and Sherlock System. This combination is offered based on the currently-asserted claims of the '959 patent. Apple's narrowing of the asserted claims may result in further narrowing of this combination as well.

12. U.S. Patent No. 6,005,565 to Legall et al. ("Legall") in combination with U.S. Patent No. 5,855,015 to Shoham ("Shoham") and Sherlock System. This combination is offered based on the currently-asserted claims of the '959 patent. Apple's narrowing of the asserted claims may result in further narrowing of this combination as well.

13. U.S. Patent No. 6,834,276 to Jensen et al. ("Jensen") in combination with Shoham.

14. U.S. Patent No. 7,653,614 to Smith ("Smith") in combination with Shoham

15. AppleSearch System.

16. Metacrawler System.

17. Newton System running Hemlock, in combination with Sherlock System. This combination is offered based on the currently-asserted claims of the '959 patent. Apple's narrowing of the asserted claims may result in further narrowing of this combination as well.

18. Sherlock System.

19. WAIS System.

**U.S. Patent No. 7,761,414**

20. Evolution.

21. iSync.

22. iTunes.

23. U.S. Patent Application Publication No. 2004/0139235 to Rashid et al. ("Rashid").

24. Rashid, in combination with U.S. Patent No. 6,000,000 to Hawkins et al.

25. Thunderbird.

26. U.S. Patent No. 7,506,006 to Vadlamani et al. in combination with Hill et al., Smart Client Architecture and Design Guide.

27. Windows Mobile ActiveSync.

**U.S. Patent No. 8,014,760**

28. U.S. Patent No. 7,289,614 to Twerdahl et al. ("Twerdahl") in combination with U.S Patent No. 7,280,652 to Bocking et al. ("Bocking").

29. Twerdahl in combination with U.S. Patent No. 7,231,229 to Hawkins et al. ("Hawkins") and Bocking. This combination is offered based on the currently-asserted claims of the '760 patent. Apple's narrowing of the asserted claims may result in further narrowing of this combination as well.

30. Windows Mobile Operating System.

31. Windows Mobile Operating System, in combination with Bocking.

32. Windows Mobile Operating System in combination with Nokia 5140 User Guide ©2004 ("Nokia") and TealPhone. This combination is offered based on the currently-asserted claims of the '760 patent. Apple's narrowing of the asserted claims may result in further narrowing of this combination as well.

33. Windows Mobile Operating System in combination with Twerdahl and Bocking. This combination is offered based on the currently-asserted claims of

the '760 patent. Apple's narrowing of the asserted claims may result in further narrowing of this combination as well.

**U.S. Patent No. 8,046,721**

34. International Patent Application Publication No. WO 03/38569 A2 to Hypponen ("Hypponen").

35. Neonode N1 Quickstart Guide V0.5 ("Neonode"), in combination with Plaisant et al., "Touchscreen Toggle Design" and accompanying video (1992 ACM CHI Conference) ("Plaisant").

36. U.S. Patent Application Pub. No. 2005/0253817 A1 to Rytivaara ("Rytivaara"), in combination with Plaisant.

37. U.S. Patent Application Pub. No. 2005/0289476 A1 to Tokkonen, in combination with Neonode.

38. Hypponen in combination with Neonode.

39. Neonode in combination with Plaisant and Tokkonen.

**U.S. Patent No. 8,074,172**

40. U.S. Patent No. 5,953,541 to King ("King").

41. King in combination with Int'l Pub No. WO 2005/008899 ("Xrgomics").

42. U.S. Patent No. 7,880,730 to Robinson ("Robinson '730").

43. Robinson '730 in combination with Xrgomics.

44. Robinson '730 in combination with TextPlus System.

45. Robinson '730 in combination with Toshiyuki Masui, *PO Box: An Efficient Text Input Method for Handheld Ubiquitous Computers*, Lecture Notes in Computer Science 1707 (1999).

1  DATED: July 8, 2013

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   Michael T. Zeller
   Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
   INC., and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

**ATTESTATION OF E-FILED SIGNATURES**

I, Jacob K. Danziger, am the ECF user whose ID and password are being used to file Samsung's Reduction of Invalidity References.  In compliance with General Order 45.X.B, I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: July 8, 2013                                    /s/ Jacob K. Danziger

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: July 8, 2013                                    /s/ Jacob K. Danziger