| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 12 | Michael L. Fazio (Bar No. 228601) michaelfazio@quinnemanuel.com |
| 13 | 865 South Figueroa Street, 10th Floor Los Angeles, California 90017-2543 |
| 14 | Telephone:   (213) 443-3000 Facsimile:   (213) 443-3100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **DECLARATION OF DANIEL WOOSEOB SHIM** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Daniel Wooseob Shim, declare:

1. I am a Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Apple's Administrative Motion to Seal Exhibit 13 to the Declaration of Shannon Mader in Support of Apple Inc.'s Opposition to Google Inc.'s Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony ("Mader Exhibit 13") (Dkt. No. 656).

3. Mader Exhibit 13 consists of Samsung's Objections and Response to Apple's Tenth Set of Interrogatories (No. 45) dated June 10, 2013 and was designated "Highly Confidential – Attorneys' Eyes Only" under the Protective Order. Limited portions of the document include Samsung's actual and estimated number of engineering hours to create alternative designs of certain software features included in Samsung's products. The number of engineering hours required to create an alternative design tends to reveal the complexity of the source code that drives the particular feature. Samsung considers details about the design and development of its software, including the number of hours required to develop such features, highly confidential because the information could be used to Samsung's competitive disadvantage.

4. For the foregoing reasons, Samsung requests that the following lines of Mader Exhibit 13 be sealed: page 10 lines 2 & 21; page 11 line 1; page 12 lines 4 & 25-27.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Suwon, South Korea on July 9, 2013.



Daniel Wooseob Shim

-1- Case No. 12-CV-00630-LHK (PSG)
DECLARATION OF DANIEL WOOSEOB SHIM