Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Counterclaim-Plaintiff,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>   Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF APPLE'S OPPOSITION TO GOOGLE INC.'S MOTION TO QUASH APPLE'S SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND TESTIMONY** |

I, Lindsay Cooper, declare under 28 U.S.C. § 1746:

1. I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Apple's Administrative Motion to File Under Seal. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. On July 2, 2013, Apple Inc. ("Apple") filed an administrative motion to file documents under seal (Docket No. 656), which sought to protect information non-party Google designated as confidential in Exhibit 2[1] to the Declaration of Michael Valek in support of Apple Inc.'s Opposition to Google Inc.'s Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony ("Apple's Opposition") (Docket No. 656, Attachment 5). Pursuant to Civil L.R. 79-5(d), non-party Google submits this Declaration in support of Apple's administrative motion to file documents under seal (Docket No. 656), to the extent Apple's Opposition and supporting documents reference non-party Google's highly confidential or proprietary business information.

3. Selected portions of Exhibit 2 to the Declaration of Michael Valek in support of Apple's Opposition (Docket No. 656, Attachment 5) discuss proprietary information that is confidential to non-party Google, produced under the protective order governing confidentiality in this action (Docket No. 512).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Francisco, California, on July 9, 2013.

By /s/ Lindsay Cooper
Lindsay Cooper

---

[1] Apple's Administrative Motion to Seal incorrectly refers to Exhibit 3 to the Declaration of Michael Valek in support of Apple's Opposition, which Apple filed publicly. *See* Docket No. 656, Attachment 5. Instead, Exhibit 2 to Mr. Valek's Declaration was submitted and should remain under seal.