1   Amy H. Candido
    amycandido@quinnemanuel.com
2   Matthew S. Warren
    matthewwarren@quinnemanuel.com
3   QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
4   50 California Street, 22nd Floor
    San Francisco, California  94111-4788
5   (415) 875-6600
    (415) 875-6700 facsimile
6

7   Attorneys for Non-Party Google Inc.

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12

13   APPLE INC., a California corporation,

14               Plaintiff,

15          v.                                CASE NO. 12-CV-00630-LHK-PSG

16   SAMSUNG ELECTRONICS CO., LTD., a         **[PROPOSED] ORDER GRANTING**
     Korean corporation; SAMSUNG             **APPLE INC.'S ADMINISTRATIVE**
17   ELECTRONICS AMERICA, INC., a New         **MOTION TO FILE DOCUMENTS**
     York corporation, and SAMSUNG           **UNDER SEAL IN SUPPORT OF APPLE'S**
18   TELECOMMUNICATIONS AMERICA,              **OPPOSITION TO GOOGLE INC.'S**
     LLC, a Delaware limited liability company, **MOTION TO QUASH APPLE'S**
19                                            **SUBPOENAS FOR THE PRODUCTION**
                 Defendants.                  **OF DOCUMENTS AND TESTIMONY**
20
     SAMSUNG ELECTRONICS CO., LTD., a
21   Korean corporation; SAMSUNG
     ELECTRONICS AMERICA, INC., a New
22   York corporation, and SAMSUNG
     TELECOMMUNICATIONS AMERICA,
23   LLC, a Delaware limited liability company,

24               Counterclaim-Plaintiff,

25          v.

26   APPLE INC., a California corporation,

27               Counterclaim-Defendant.

28

1     Apple has filed an administrative motion to file documents under seal (Docket No. 656),

2  which sought to protect information non-party Google Inc. ("Google") designated as confidential

3  in Exhibit 2 to the Declaration of Michael Valek in support of Apple Inc.'s Opposition to Google

4  Inc.'s Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony

5  ("Apple's Opposition") (Docket No. 656, Attachment 5).  Google has filed the declaration

6  required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for

7  this Court to permit filing under seal.  The declaration establishes that selected portions of Exhibit

8  2 to the Declaration of Michael Valek in support of Apple's Opposition contain Google's highly

9  confidential and proprietary information and could be used to its disadvantage by competitors if

10  they are not filed under seal.

11     Accordingly, for good cause shown, the Court ORDERS that the confidential, unredacted

12  version of Exhibit 2 to the Declaration of Michael Valek in support of Apple's Opposition shall be

13  filed under seal.

14     **IT IS SO ORDERED.**

15

16  DATED: _____

17                                              Hon. Paul S. Grewal
                                                United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28