**[Counsel Listed on Signature Page]**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| v. | Civil Action No. 12-CV-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING AND CONSOLIDATING DEADLINE TO FILE MOTIONS TO COMPEL** |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

02198.51990/5408575.1

Case No. 12-CV-00630-LHK
STIPULATION AND [PROPOSED] ORDER EXTENDING AND CONSOLIDATING DEADLINE TO FILE MOTIONS TO COMPEL

1  WHEREAS, Apple Inc. ("Apple") commenced this action against Samsung Electronics
2  Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC
3  (collectively "Samsung") on February 8, 2012;

4  WHEREAS, Samsung subsequently filed counterclaims against Apple;

5  WHEREAS, during the course of this action, the Parties have served multiple sets of
6  discovery, to include Interrogatories, Requests for Admissions and Requests for Production
7  (collectively, the "Discovery");

8  WHEREAS, the Parties have engaged in extensive correspondence and meet and confers
9  (including numerous lead trial counsel meet and confers), related to the Discovery and have
10 resolved numerous disputes through the meet and confer process;

11 WHEREAS, the Parties' current deadline for filing motions to compel related to Requests
12 for Production, Interrogatories and Requests for Admissions served prior to June 7, 2013, is
13 July 15, 2013;

14 WHEREAS, the Parties' current deadline to move to compel additional responses to
15 Interrogatories and Requests for Admissions that were served on June 7, 2013 is July 22, 2013
16 [Dkt. No. 664];

17 WHEREAS, the Parties seek a brief amount of additional time to resolve disputes related
18 to the Requests for Production, Interrogatories and Requests for Admission served prior to June 7,
19 2013, and anticipate that this additional time will significantly reduce the burden on the Court to
20 resolve discovery disputes;

21 WHEREAS, the Parties further seek to consolidate the deadline for filing motions to
22 compel related to all Discovery to July 22, 2013.

23 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that:

24 The time for the Parties to file motions to compel related to all Discovery shall be extended
25 to July 22, 2013.

26 **IT IS SO STIPULATED:**

27
28

02198.51990/5408575.1

-2-   Case No. 12-CV-00630-LHK
STIPULATION AND [PROPOSED] ORDER EXTENDING AND CONSOLIDATING DEADLINE
TO FILE MOTIONS TO COMPEL

Dated:  July 9, 2013         WILMER CUTLER PICKERING
                             HALE AND DORR LLP

                             By:  */s/ Peter J. Kolovos*
                                  Peter J. Kolovos

                             *Attorneys for Plaintiff and*
                             *Counterclaim-Defendant APPLE, INC.*

Dated:  July 9, 2013         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                             By:  */s/ Victoria F. Maroulis*
                                  Victoria F. Maroulis

                             *Attorneys for Defendants and*
                             *Counterclaim-Plaintiffs SAMSUNG ELECTRONICS*
                             *CO., LTD. SAMSUNG ELECTRONICS AMERICA,*
                             *INC., and SAMSUNG TELECOMMUNICATIONS*
                             *AMERICA, LLC*

02198.51990/5408575.1

-3-   Case No. 12-CV-00630-LHK
STIPULATION AND [PROPOSED] ORDER EXTENDING AND CONSOLIDATING DEADLINE
TO FILE MOTIONS TO COMPEL

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The time for the Parties to file motions to compel related to all Discovery shall be extended to July 22, 2013.

Dated: _____     By: _____
                                          HONORABLE LUCY H. KOH

02198.51990/5408575.1

-4-   Case No. 12-CV-00630-LHK
STIPULATION AND [PROPOSED] ORDER EXTENDING AND CONSOLIDATING DEADLINE TO FILE MOTIONS TO COMPEL

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated: July 9, 2013                     By: */s/ Victoria F. Maroulis*
                                              Victoria F. Maroulis

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 9, to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated: July 9, 2013                     By: */s/ Victoria F. Maroulis*
                                              Victoria F. Maroulis

02198.51990/5408575.1

-5-                     Case No. 12-CV-00630-LHK
STIPULATION AND [PROPOSED] ORDER EXTENDING AND CONSOLIDATING DEADLINE TO FILE MOTIONS TO COMPEL