| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts  02109 |
| Palo Alto, California  94304-1211 | Telephone:  (617) 526-6000 |
| Telephone:  (650) 849-5300 | Facsimile:  (617) 526-5000 |
| Facsimile:  (650) 849-5333 | |
| MICHAEL A. JACOBS (CA SBN 111664) | MARK D. SELWYN (CA SBN 244180) |
| mjacobs@mofo.com | mark.selwyn@wilmerhale.com |
| RICHARD S.J. HUNG (CA SBN 197425) | WILMER CUTLER PICKERING |
| rhung@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California  94304 |
| San Francisco, California  94105-2482 | Telephone:  (650) 858-6000 |
| Telephone:  (415) 268-7000 | Facsimile:  (650) 858-6100 |
| Facsimile:  (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 12-cv-00630-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |

1  In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") hereby moves to seal the following documents:

1. Portions of Apple Inc.'s Opposition to Samsung's Motion to Compel Production of Documents and Response to Interrogatory No. 32 ("Apple's Opposition");

2. Portions of the Declaration of S. Calvin Walden in Support of Apple's Opposition; and

3. Portions of Exhibits A and B to the Declaration of S. Calvin Walden in Support of Apple's Opposition.

Apple has established good cause to file the foregoing documents under seal through the Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Documents Under Seal, filed herewith.

Apple's filing, including the complete and unredacted versions of the foregoing documents, will be lodged with the Court for *in camera* review and served on Samsung. Further, in accordance with this Court's Civil Standing Order Regarding Motions to File Under Seal, proposed public redacted versions of all the documents listed above will be publicly e-filed as attachments to this motion.

1
2  Dated:  July 9, 2013                                    WILMER CUTLER PICKERING
                                                              HALE AND DORR LLP
3
4                                                           */s/ Mark D. Selwyn*                     _
                                                            Mark D. Selwyn (SBN 244180)
                                                            (mark.selwyn@wilmerhale.com)
5                                                           950 Page Mill Road
                                                            Palo Alto, CA  94304
6                                                           Telephone:  (650) 858-6000
                                                            Facsimile:  (650) 858-6100
7
                                                            *Attorneys for Plaintiff and*
8                                                           *Counterclaim-Defendant Apple Inc.*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 9, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn
