JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Declaration of Peter J. Kolovos
Case No. 12-cv-00630-LHK (PSG)

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted pro hac vice in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Portions of Apple Inc.'s Opposition to Samsung's Motion to Compel Production of Documents and Response to Interrogatory No. 32 ("Apple's Opposition") on pages 3 and 13 and Exhibit A to the Declaration of S. Calvin Walden in Support of Apple's Opposition, filed therewith, contain confidential information about the source code for hardware used in the accused Apple products. This information is proprietary to Apple and the public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Beth Kellermann in Support of Apple's Motion to Seal Trial Exhibits (*Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1504 at 3) (supporting sealing schematics showing the configuration of Apple's products because detailed information of this kind constitutes trade secret information)). The Court has previously allowed the parties to seal source code information. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (August 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 8) (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011).)

3. Portions of Apple Inc.'s Opposition on pages 1, 4, 6, 7, 10, 12-14, and 17, portions of the Declaration of S. Calvin Walden in Support of Apple's Opposition on pages 1-3, 5, and 6, and Exhibit B to the Declaration of S. Calvin Walden in Support of Apple's Opposition, filed therewith, contain information that is confidential to Qualcomm. Apple accordingly files these documents under seal, and expects that Qualcomm will comply with L.R. 79-5(d) by filing an appropriate declaration with the Court within seven days for those portions and documents that reference confidential information. The information on pages 10, 12-14 of Apple Inc.'s Opposition and on pages 5-6 of the Declaration of S. Calvin Walden in Support of Apple's

1  Opposition is also confidential to Apple as it contains detailed information about the third party
2  components in the Apple products and documentation relating to those products. This
3  information is proprietary to Apple and the public disclosure of this information would be
4  harmful to Apple for similar reasons as stated in the Declaration of Beth Kellermann in Support
5  of Apple's Motion to Seal Trial Exhibits (*Apple Inc. v. Samsung Electronics Co., Ltd., et al.*,
6  Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1504 at 3) (supporting sealing schematics showing
7  the configuration of Apple's products because detailed information of this kind constitutes trade
8  secret information)).

9     4. Portions of Apple Inc.'s Opposition on pages 8, 9, 19, and 20 and portions of the
10 Declaration of S. Calvin Walden in Support of Apple's Opposition on page 4 contain
11 information that Apple has designated as Highly Confidential – Attorney's Eyes Only under the
12 protective order or is confidential to Apple and AT&T.  This information reflects the confidential
13 business practices and technical documentation shared between Apple and AT&T.  The public
14 disclosure of this information would be harmful to Apple for similar reasons as stated in the
15 Declaration of Beth Kellermann in Support of Apple's Motion to Seal Trial Exhibits (*Apple Inc.
16 v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1504 at 3)
17 (supporting sealing schematics showing the configuration of Apple's products because detailed
18 information of this kind constitutes trade secret information)). The Court has previously granted
19 Apple's request to seal confidential technical information that contains a similar level of detail
20 regarding the accused Apple products. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et
21 al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (granting Apple's request to seal
22 schematics related to the Apple iBook and iSight).

23     5. Pursuant to L.R. 79-5 and General Order No. 62, a copy of the unredacted
24 versions of Apple's Opposition, the Declaration of S. Calvin Walden in Support of Apple's
25 Opposition, and Exhibits A and B to the Declaration of S. Calvin Walden in Support of Apple's
26 Opposition will be lodged with the Court for *in camera* review and served on Samsung.

27
28

6. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 9th day of July, 2013, in Boston, Massachusetts.

Dated: July 9, 2013            */s/ Peter J. Kolovos*
                                           Peter J. Kolovos

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 9, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn
Mark D. Selwyn

ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated:   July 9, 2013              */s/ Mark D. Selwyn*
Mark D. Selwyn