| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **DECLARATION OF S. CALVIN WALDEN IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSE TO INTERROGATORY NO. 32** <br><br> **FILED UNDER SEAL** |

I, S. Calvin Walden, hereby declare as follows:

1.      I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation.  I am licensed to practice law in the State of New York, and have been admitted *pro hac vice* in this action.  I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2.      Attached as Exhibit A is a true and correct copy of an excerpt from the transcript of the June 28, 2013 deposition of Srinivasan Nimmala.

3.      Apple has produced more than thirty test reports describing testing performed by Cetecom (an independent testing laboratory) for conformance of the accused Apple products with 3GPP/UMTS test specifications, including 3GPP TS 34.123-1.  Apple has identified those test reports by Bates number to Samsung in interrogatory responses. Apple has produced all test reports for the accused products that it has been able to locate after a reasonable search.

4.      In addition to these Cetecom reports, Apple has also produced all relevant test results for the stand-alone Qualcomm chipsets that it was able to locate through searches of the files of the relevant Apple custodians identified to Samsung. *See, e.g.*, APL630DEF-WH0005228370 - APL630DEF-WH0005228424, APL630DEF-WH0007591513 - APL630DEF-WH0007591529, APL630DEF-WH0007642701 - APL630DEF-WH0007642755, APL630DEF-WH0008405929 - APL630DEF-WH0008406066.

5.      To date, Apple has produced over 1,500 Qualcomm-confidential documents from Apple engineers and technical repositories, including over 700 additional documents from ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ In total, Apple has produced over 615,668 pages of documents that are marked Qualcomm confidential.   The production of approximately 40 documents are still pending third-party consent.  Apple expects to produce them this week.  The remainder of the Qualcomm confidential documents from ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇ were produced yesterday.

1    6.    Apple has produced correspondence between Apple and Qualcomm regarding the accused functionality of the '087 and '596 patents. Apple collected this correspondence using search terms and custodians that Apple has disclosed to Samsung. These custodians are Srinivasan Nimmala, Jason Shi, Louis Sanguinetti, and Steve Schell. Messrs. Sanguinetti and Schell were added as custodians at Samsung's request. Samsung has not objected to the search terms Apple has applied to these custodians relating to the '087 and '596 patents.

7.    Apple initially collected and produced documents about the Qualcomm chipsets from two Apple engineers. Apple identified Jason Shi as a custodian of documents potentially relevant to the '087 and '596 patents on September 13, 2012 and Srinivasan Nimmala as a relevant custodian on May 10, 2013. On April 25, 2013, Apple produced 352 Qualcomm confidential documents from Mr. Shi and 83 documents from Mr. Nimmala. Apple produced an additional five Qualcomm documents from Mr. Shi and 17 Qualcomm documents from Mr. Nimmala on June 14, 2013. Apple produced an additional three Qualcomm documents from Mr. Shi on July 8. On May 10, 2013, Apple provided Samsung with the search terms it used for these two custodians.   Samsung does not contend that Apple did not produce Mr. Nimmala's documents sufficiently far in advance of his deposition

8.    On May 10, 2013, in response to a request by Samsung, Apple agreed to add Apple engineers Steve Schell and Louis Sanguinetti as custodians. Apple immediately began collecting documents from those two custodians. Apple produced 18 Qualcomm confidential documents from Mr. Sanguinetti on June 21, 2013. Apple produced 11 Qualcomm confidential documents from Mr. Schell and an additional 183 documents from Mr. Sanguinetti on July 8, 2013. On June 28, 2013, Apple provided Samsung with the search terms it used for these two custodians. Samsung has not requested that Apple search the files of any other Apple engineers relating to the '087 or '596 patents.

9.    On July 8, Apple produced over 850 additional Qualcomm confidential documents from the ███████████████████ and other targeted collections.

10.     On June 20, 2013, during the parties' lead-trial counsel meet-and-confer, Samsung, for the first time, requested that Apple search for and produce responsive documents from the ▮▮▮▮▮.  Other than ▮▮▮▮▮, Samsung has not identified any other repository of Qualcomm documents from which it seeks production of documents (and Apple has not located any other repositories from which it has not searched).  ▮▮▮▮▮.

11.     Apple immediately contacted Qualcomm to obtain Qualcomm's consent for this collection.  On June 24, Apple located and collected documents obtained from ▮▮▮▮▮ and immediately began reviewing these documents for production.  Apple completed review of these documents on July 3 and promptly requested Qualcomm's consent to produce approximately 700 documents.  Apple produced the vast majority of these documents yesterday and expects to complete production this week (once it resolves remaining third party consent issues for approximately 40 of these documents).

12.     Attached as Exhibit B is a true and correct copy of a June 25, 2013 Email from Peter Kolovos (counsel for Apple) to Amar Thakur (counsel for Samsung).  Samsung did not respond to this email.

13.     Attached as Exhibit C is a true and correct copy of a July 2, 2013 Email from Calvin Walden (counsel for Apple) to Amar Thakur (counsel for Samsung).

14.     On July 3, I participated in a telephonic meet and confer with Samsung's counsel regarding Samsung's request for Qualcomm documents.  Samsung declined to provide further guidance about what documents would satisfy its request until after it had reviewed Apple's forthcoming supplemental productions.  The parties have agreed to speak again on July 10.

15.     Attached as Exhibit D is a true and correct excerpt of a copy of a May 9, 2013 Letter from Michael Silhasek (counsel for Apple) to Amar Thakur (counsel for Samsung).

16. Attached as Exhibit E is a true and correct copy of a June 25, 2013 Email from Peter Kolovos (counsel for Apple) to Alex Binder (counsel for Samsung). Samsung did not respond to this email.

17. Attached as Exhibit F is a true and correct copy of Apple's Fourth Supplemental Responses to Samsung's Fourth Set of Interrogatories.

18. On the July 3 teleconference with Samsung's counsel, Samsung identified additional documents it contended should be identified in Apple's supplemental response to Interrogatory No. 32. Specifically, ███████████████████████████████ ███████████████████████████████████████ ████████████████ Samsung had not previously requested this information. Apple has agreed to provide Samsung with a subset of documents requested by Samsung that are sufficient for Samsung to obtain the information it seeks. Apple intends to supplement its interrogatory response with this additional information by the end of the week.

19. Apple has produced the relevant Qualcomm source code in its possession for the functionality accused by Samsung of infringing the '596 and '087 patents, and has further identified that source code in its interrogatory responses. Apple understands that Qualcomm has also produced the relevant code. Samsung has had the opportunity to question both Qualcomm and Apple about this code. Samsung chose not to question Apple's 30(b)(6) witness about the Qualcomm code and did not even request Apple bring any source code to the deposition.

20. Apple has produced device specifications and similar technical documents for the Qualcomm MDM6610, MDM9600, MDM9610, and MDM9615 chipsets. For example, Apple has produced device specifications, release notes and testing documents for the MDM6610, MDM9615 and MDM9600/MDM9610 chipsets, and reference schematics for the MDM9615 and MDM9600/MDM9610 chipsets. *See e.g.*, APL630DEF-WH0003881913 - APL630DEF-WH0003881954, APL630DEF-WH0005810586 - APL630DEF-WH0005810627, APL630DEF-WH0007017163 - APL630DEF-WH0007017207, APL630DEF-WH0007251268 - APL630DEF-WH0007251373, APL630DEF-WH0007253676 - APL630DEF-WH0007253767, APL630DEF-

1  WH0007254525 - APL630DEF-WH0007254575, APL630DEF-WH0007254576 - APL630DEF-
2  WH0007254626, APL630DEF-WH0007254627 - APL630DEF-WH0007254673, APL630DEF-
3  WH0007588355 - APL630DEF-WH0007588422, APL630DEF-WH0007936331 - APL630DEF-
4  WH0007936441, APL630DEF-WH0008300749 - APL630DEF-WH0008300853, APL630DEF-
5  WH0008306912 - APL630DEF-WH0008307029, APL630DEF-WH0008307199 - APL630DEF-
6  WH0008307323, APL630DEF-WH0008307324 - APL630DEF-WH0008307448, APL630DEF-
7  WH0008323182 - APL630DEF-WH0008323220, APL630DEF-WH0008327045 - APL630DEF-
8  WH0008327102, APL630DEF-WH0008328706 - APL630DEF-WH0008328793, APL630DEF-
9  WH0008419039 - APL630DEF-WH0008419083, APL630DEF-WH0008419534 -
10 APL630DEF-WH0008419631, APL630DEF-WH0008419640 - APL630DEF-WH0008419688,
11 APL630DEF-WH0008419855 -APL630DEF-WH0008419950.  Apple has also produced other
12 Qualcomm documents, such as Qualcomm training presentations on the MDM6x00 chips,
13 Software User Manuals for the MDM9615, a User Guide for the MDM9600/MDM9610, Chipset
14 Master Documents for the MDM9x15, and a MDM9610 Mobile Data Modem Revision Guide.
15 *See e.g.* APL630DEF-WH0007017208 - APL630DEF-WH0007017223, APL630DEF-
16 WH0007017224 - APL630DEF-WH0007017282, APL630DEF-WH0007018197 - APL630DEF-
17 WH0007018213, APL630DEF-WH0007590349 - APL630DEF-WH0007590489, APL630DEF-
18 WH0008324203 -APL630DEF-WH0008324237, APL630DEF-WH0008324238 - APL630DEF-
19 WH0008324275, APL630DEF-WH0008356517 - APL630DEF-WH0008356534, APL630DEF-
20 WH0008356612 - APL630DEF-WH0008356648, APL630DEF-WH0008419632 - APL630DEF-
21 WH0008419639.

22 ▮
23 ▮
24 ▮
25 ▮
26 ▮
27
28

1 ██████████████████████████████████████████████████████████
2 ██████████████████████████████████████████████████████████████
3 ██████████████████████████████████████████████████████████████
4 ████████████████████████████████████████████
5 ██████████████████████████████████████████████████████████████
6 ████████████████████████████████████████████████.

7     24.    Apple's recent collection of Qualcomm-related documents, including its
8 collection of documents from the ████████████████████████, has included the
9 collection of technical specifications for the RTR8600 and RTR8605 transceivers, which Apple
10 has produced. *See, e.g.*, APL630DEF-WH0008300854 - APL630DEF-WH0008300922,
11 APL630DEF-WH0008323025 - APL630DEF-WH0008323051, APL630DEF-WH0008323052 -
12 APL630DEF-WH0008323078, APL630DEF-WH0008420575 - APL630DEF-WH0008420663,
13 APL630DEF-WH0008420743 - APL630DEF-WH0008420787.

14     25.    I declare under the penalty of perjury under the laws of the United States of
15 America that the forgoing is true and correct to the best of my knowledge and that this
16 Declaration was executed this 9th day of July, 2013, in New York, New York.

Dated: July 9, 2013                         */S/ S. Calvin Walden*
                                                    S. Calvin Walden

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 9, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that S. Calvin Walden has concurred in this filing.

Dated: July 9, 2013

*/s/ Mark D. Selwyn*
Mark D. Selwyn