# EXHIBIT A

Highly Confidential - Outside Attorneys' Eyes Only

Page 1

1        IN THE UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3              SAN JOSE DIVISION
4

5    APPLE INC., a California
     corporation,
6
                Plaintiff,
7
     vs.                              NO. 12-CV-00630-LHK
8

     SAMSUNG ELECTRONICS CO., LTD.,
9    a Korean corporation; SAMSUNG
     ELECTRONICS AMERICA, INC., a
10   New York corporation; SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC,
11   a Delaware limited liability
     company,
12
                Defendants.
13   _____/
14

15

16     HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY
17    VIDEOTAPED 30(b)(6) DEPOSITION OF SRINIVASAN NIMMALA
18               PALO ALTO, CALIFORNIA
19               FRIDAY, JUNE 28, 2013
20

21

22   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
23        CSR LICENSE NO. 9830
24        JOB NO. 61462
25

Highly Confidential - Outside Attorneys' Eyes Only

Page 2

1                    PALO ALTO, CALIFORNIA

2                    FRIDAY, JUNE 28, 2013

3                         9:33 a.m.

4

5

6

7

8          Videotaped 30(b)(6) Deposition of

9          SRINIVASAN NIMMALA, taken at WILMERHALE

10         950 Page Mill Road, Palo Alto, California

11         pursuant to Notice, before me,

12         ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR,

13         CLR ~ CSR License No. 9830.

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Outside Attorneys' Eyes Only

1   A P P E A R A N C E S:

2

3

4        FOR THE PLAINTIFFS APPLE INC.:

5        WILMERHALE

6        By:  S. CALVIN WALDEN, Esq.

7            DAVID YANG, Esq.

8        7 World Trade Center

9        250 Greenwich Street

10       New York, New York 10007

11

12

13

14

15       FOR THE DEFENDANTS SAMSUNG ELECTRONICS CO.

16       LTD:

17       QUINN EMANUEL URQUHART & SULLIVAN

18       By:  DEEPA ACHARYA, Esq.

19       1299 Pennsylvania Avenue, N.W.

20       Washington, D.C. 20004

21

22

23

24

25

Highly Confidential - Outside Attorneys' Eyes Only

Page 4

1    A P P E A R A N C E S:   (Continued.)

2

3

4         FOR THE DEFENDANTS SAMSUNG ELECTRONICS CO.

5         LTD:

6         WILLIAMS & CONNOLLY

7         By:  AARON MAURER, Esq.

8              DAVID HORNIAK, Esq.

9         725 Twelfth Street, N.W.

10        Washington, D.C. 20005

11

12

13

14        ALSO PRESENT:   Pete Sais, Videographer

15                        Ryan Moran, Apple Inc.

16

17                     ---oOo---

18

19

20

21

22

23

24

25

Highly Confidential - Outside Attorneys' Eyes Only

Page 5

|    |                                                       |       |
|----|-------------------------------------------------------|-------|
| 1  | PALO ALTO, CALIFORNIA                                  | 09:26 |
| 2  | FRIDAY, JUNE 28, 2013                                  |       |
| 3  | 9:33 A.M.                                              |       |
| 4  |                                                       |       |
| 5  |                                                       |       |
| 6  |                                                       |       |
| 7  | THE VIDEOGRAPHER:  Good morning.  This is the          | 09:31 |
| 8  | start of disc labeled No. 1 in the videotaped         | 09:32 |
| 9  | deposition of Srinivasan Nimmala.                     | 09:32 |
| 10 | In the matter of Apple Inc. versus Samsung            | 09:33 |
| 11 | Electronics Company Limited, et al.  In the United    | 09:33 |
| 12 | States District Court, Northern District of           | 09:33 |
| 13 | California, San Jose Division.  Case                  | 09:33 |
| 14 | No. 12-CV-00630 LHK.                                   | 09:33 |
| 15 | This deposition is being held at                      | 09:33 |
| 16 | 950 Page Mill Road in Palo Alto, California, on       | 09:33 |
| 17 | June 27 [sic], 2013, at approximately 9:34 a.m.        | 09:33 |
| 18 | My name is Pete Sais from TSG Reporting,               | 09:33 |
| 19 | Inc., and I'm the legal video specialist.             | 09:33 |
| 20 | The court reporter is Andrea Ignacio, in              | 09:33 |
| 21 | association with TSG Reporting.                        | 09:33 |
| 22 | Will counsel please introduce yourselves, and         | 09:33 |
| 23 | the court reporter can swear in the witness, and we   | 09:33 |
| 24 | can proceed.                                           | 09:33 |
| 25 | MS. ACHARYA:  Deepa Acharya from Quinn                 | 09:33 |

Highly Confidential - Outside Attorneys' Eyes Only

Page 146

Highly Confidential - Outside Attorneys' Eyes Only

Page 147

1

Highly Confidential - Outside Attorneys' Eyes Only

Page 148

Highly Confidential - Outside Attorneys' Eyes Only

Page 149