# EXHIBIT B

| | |
|---|---|
| **From:** | Kolovos, Peter |
| **Sent:** | Tuesday, June 25, 2013 5:46 PM |
| **To:** | amarthakur@quinnemanuel.com; Michael Fazio (michaelfazio@quinnemanuel.com); Samsung NEW (SamsungNEW@quinnemanuel.com) |
| **Cc:** | *** Apple/Samsung (Apple/Samsung@gibsondunn.com); WH Apple Samsung NDCal II Service |
| **Subject:** | Apple v. Samsung -- Production of Qualcomm Documents |

Counsel,

I write to follow-up on the discussion during last week's meet and confer regarding Apple's production of documents related to Qualcomm chipsets.  While we continue to believe (as noted in Rod Stone's June 24 letter) that Apple's production to date provides Samsung with sufficient information to understand the relevant structure and operation of each Qualcomm chipset, ███████████████████████████████████████████ ███████████████████     To the extent we identify non-duplicative responsive documents, we will endeavor to produce them as soon as possible.  Thus, there does not appear to be any disagreement between the parties on this issue.

Relatedly, we understand that Qualcomm made a production of hardware design documents to Samsung last Thursday, June 20, and that Samsung represented that it would produce those documents to Apple.  As Samsung has informed us that it will proceed with a deposition of a Qualcomm hardware engineer next Wednesday, please produce these documents as soon as possible.

-- Peter


**Peter J. Kolovos | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6493 (t)
+1 617 526 5000 (f)
peter.kolovos@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.