# EXHIBIT C

| | |
|---|---|
| **From:** | Walden, S. Calvin |
| **Sent:** | Tuesday, July 02, 2013 1:26 PM |
| **To:** | WH Apple Samsung NDCal II Service; Apple/Samsung@gibsondunn.com; SamsungNEW@quinnemanuel.com; amarthakur@quinnemanuel.com; michaelfazio@quinnemanuel.com; scottflorance@quinnemanuel.com |
| **Subject:** | Apple v. Samsung - Samsung Motion to Compel Documents and Response to Interrogatory No. 32 |

Amar,

Are you or folks from your team available for a teleconference tomorrow to discuss Samsung's Motion to Compel Production of Documents and Response to Interrogatory No. 32. We are hopeful that recent discovery activities by Apple have and/or will moot all or at least portions of Samsung's motion, and thus we would like to discuss.

We are generally available on July 3, and can use the following dial-in if there is a time that works for you:

Dial: 800-227-6333
Passcode: 715-7215

Thanks,

Calvin

**S. Calvin Walden | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 937 7215 (t)
+1 212 230 8888 (f)
calvin.walden@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.