# EXHIBIT D

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

## WilmerHale

May 9, 2013

**BY ELECTRONIC MAIL**

Amar L. Thakur, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Email: amarthakur@quinnemanuel.com

**Michael Silhasek**

+1 650 858 6083(t)
+1 650 858 6100(f)
michael.silhasek@wilmerhale.com

Re:   <u>Apple Inc. v. Samsung Electronics Co. Ltd., et al.</u>,
      Case No. 12-cv-00630 (N.D. Cal.)

Dear Amar:

I write in response to your letter of April 23, 2013 and as a follow up to the parties' meet and confer teleconference on May 7, 2013 regarding Apple's Responses to Samsung's Fourth Set of Interrogatories.

As an initial matter, there is no merit to Samsung's complaints about Apple's reliance on Fed. R. Civ. P. 33(d) in responding to these interrogatories.  For example, while Samsung alleges that Apple possesses, but has not cited, responsive information regarding third party components, Apple has cited documents regarding the relevant third party components in its responses,[1] and will supplement its responses as it receives consent to produce additional third party documents. Moreover, while Samsung complains that "some of the documents appear to be printouts from a searchable database of products accessible to Apple but not to Samsung," Apple has produced Bills of Material in a searchable format.[2]

Further, Samsung argues that Apple's reliance on Fed. R. Civ. P. 33(d) is inappropriate because the relevant information cannot be discerned from the documents produced by Apple to date. Samsung cites to purported problems with a handful of documents—mostly Bills of Materials. Notably, Samsung has not claimed these alleged problems have prevented it from discerning any

---

[1] *See, e.g.*, Cirrus Logic Audio Codec Datasheets (APC-ITC796-0000549074 - APC-ITC796-0000549247, APC-ITC796-X0000002958 - APC-ITC796-X0000003105, CLI00001 – CLI00269, CLI00270 – CLI00444, CLI00445 – CLI00517) and OmniVision Image Sensor Datasheets (APL630DEF-WH0000097306 - APL630DEF-WH0000098243).
[2] Apple's production includes the following searchable BOMs for iOS products: APL-ITC796-0000432547- APL-ITC796-0000432637 (iPhone 3G); APL-ITC796-0000432822- APL-ITC796-0000432943 (iPhone 3GS); APL-ITC796-0000433993- APL-ITC796-0000434152 (iPhone 4); APL630DEF-WH0000094030- APL630DEF-WH0000094131 (iPhone 4S); APL630DEF-WH0001591991 - APL630DEF-WH0001592213 (iPhone 5); APL-ITC796-0000400747- APL-ITC796-0000400865 (iPad); APL-ITC796-0000402846- APL-ITC796-0000402962 (iPad 2); APL630DEF-WH0000088700 - APL630DEF-WH0000088869 (iPad Third Gen.); APL630DEF-WH0001593140 (iPad Fourth Gen.) APL630DEF-WH0001593548- APL630DEF-WH0001593660 (iPad Mini); APL-ITC796-0000408790- APL-ITC796-0000408862 (iPod Touch); APL-ITC796-0000408863- APL-ITC796-0000408984 (iPod Touch Second Gen.); APL-ITC796-0000409107- APL-ITC796-0000409211 (iPod Touch Third Gen.); APL630DEF-WH0004031426- APL630DEF-WH0004031494 (iPod Touch Fourth Gen); APL630DEF-WH0004031564 -  APL630DEF-WH0004031633 (iPod Touch Fifth Gen.).

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

Amar L. Thakur, Esq.
May 9, 2013
Page 3

**WILMERHALE**

Interrogatory asks whether Apple *contends* its products are compliant with specific standards . . . [t]hus, even if Apple does not know whether its products are standards-compliant," Apple should respond.

Apple will further supplement its responses by May 14, 2013 as to whether it "contends" the Apple Accused Products "comply" with the 3GPP Standard, specifically 3GPP Technical Specification 25.331 v.6.0.0 or later and 25.321 v.6.0.0 or later.  Apple will not address Technical Specification 25.309, however, which is not cited in Samsung's infringement contentions.

**Interrogatory No. 31**

This interrogatory seeks information about testing, including third-party testing, "for certification of compliance with 3GPP standards and/or for compliance with a 3GPP carrier's network." Apple will further supplement its response by May 24, 2013 to identify by Bates numbers additional documents pursuant to Rule 33(d).

**Interrogatory No. 32**

Samsung asks that Apple identify "the final submitted and completed version[s] (completed by Apple and submitted to AT&T)" of three documents:  AT&T Requirements Documents (AT&T Document # 13340); AT&T Handset Compliance Spreadsheet (AT&T Document # 13289); and Lab and Field Test Requirements for Terminal Unit Acceptance (AT&T Document #10776).

Apple has already agreed to produce such documents, to the extent any such documents describe the accused features and functionality identified by Samsung in its Infringement Contentions (*see* Apple's Response to Samsung RFP No. 619).  Several examples of the documents sought have already been produced. (*See, e.g.,* APL630DEF-WH0003870431-APL630DEF-WH0003871748; APL630DEF-WH0003871749-APL630DEF-WH0003873058.)  Barring unforeseen circumstances, the production of any additional documents will be completed no later than 10 days before the deposition of Apple's designated 30(b)(6) witness relating to the functionality accused of infringing the '087 and '596 patents.

Apple will further supplement its response by May 14, 2013 to identify by Bates number the additional documents that have already been produced pursuant to Rule 33(d), and will further supplement this response to identify additional documents after they are produced.

**Interrogatory No. 33**

Apple's response to Interrogatory No. 33 explains the precise process to determine the information Samsung seeks using the documents produced by Apple.  By utilizing the BOMs, schematics, SOC manuals, and camera sensor datasheets, Samsung can identify each component it requests and the connections between those components.  Each BOM identifies the Apple internal name for each Apple product.  By utilizing that internal name, Samsung can identify the

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

Amar L. Thakur, Esq.
May 9, 2013
Page 7

WILMERHALE

Regards,

Michael Silhasek

cc:     Counsel of Record