# EXHIBIT E

| | |
|---|---|
| **From:** | Kolovos, Peter |
| **Sent:** | Tuesday, June 25, 2013 9:22 AM |
| **To:** | Alex Binder; MJacobs@mofo.com; RHung@mofo.com; Selwyn, Mark; 'jkrevitt@gibsondunn.com'; 'mlyon@gibsondunn.com'; MReiter@gibsondunn.com; '*** Apple/Samsung'; WH Apple Samsung NDCal Service |
| **Cc:** | Michael Fazio; Amar Thakur; Samsung NEW |
| **Subject:** | RE: Apple v. Samsung (12-00630) - Correspondence |

Counsel,

I write in reply to your June 21 letter.  Apple produced additional AT&T documents responsive to Samsung's Interrogatory No. 32 on Friday, June 21st, and will provide an updated interrogatory response by Monday, July 1st.

-- Peter

---

**From:** Alex Binder [mailto:alexbinder@quinnemanuel.com]
**Sent:** Friday, June 21, 2013 6:25 PM
**To:** MJacobs@mofo.com; RHung@mofo.com; Selwyn, Mark; 'jkrevitt@gibsondunn.com'; 'mlyon@gibsondunn.com'; MReiter@gibsondunn.com; '*** Apple/Samsung'; WH Apple Samsung NDCal Service
**Cc:** Michael Fazio; Amar Thakur; Samsung NEW
**Subject:** Apple v. Samsung (12-00630) - Correspondence

Counsel – Please find the attached correspondence.

**Alex Binder**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6408 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
alexbinder@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.