# EXHIBIT F

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Civil Action No. 12-CV-00630-LHK<br><br>**APPLE INC.'S FOURTH SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES (NO. 32)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S FOURTH SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S <u>FOURTH SET OF INTERROGATORIES (NO. 32)</u>**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33, Apple Inc. ("Apple") hereby supplements its objections and responses to the Fourth Set of Interrogatories to Apple Inc. (No. 32) served by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC (collectively, "Samsung") on January 11, 2013.  These supplemental responses are based on information reasonably available to Apple at the present time.  Apple reserves the right to continue discovery and investigation into this matter and reserves the right to amend and supplement these responses when and if additional information becomes available.  Apple's objections as set forth herein are made without prejudice to Apple's right to assert any additional or supplemental objections pursuant to Rule 26(e).

**GENERAL OBJECTIONS**

The General Objections set forth in Apple's Objections and Reponses to Samsung's Fourth Set of Interrogatories, served on February 14, 2013, are incorporated herein by reference.

**OBJECTIONS AND RESPONSES TO INTERROGATORIES**

Subject to the foregoing qualifications and General Objections and the specific objections made below, Apple objects and responds to Samsung's Fourth Set of Interrogatories as follows:

**<u>INTERROGATORY NO. 32</u>**

For each APPLE ACCUSED PRODUCT, IDENTIFY by Bates Number the final submitted and completed version (completed by Apple and submitted to AT&T) of the following documents:

(1) AT&T Device Requirements Document (AT&T Document # 13340);

(2) Handset Specification Compliance Spreadsheet (AT&T Document # 13289); and

1  (3) Lab and Field Test Requirements for Terminal Unit Acceptance (AT&T
2      Document #10776)

3  **RESPONSE TO INTERROGATORY NO. 32**

4  Apple objects to this Interrogatory on the grounds that it is overbroad, unduly
5  burdensome, and not reasonably calculated to lead to the discovery of admissible evidence,
6  especially to the extent it seeks information about the accused Apple products beyond the
7  components, functionalities, or technologies of those products that may be relevant to
8  Samsung's patents-in-suit, and/or that Samsung has placed at issue in this case in its Patent
9  Rule 3-1 Disclosures.

10  Apple also objects to this Interrogatory to the extent it seeks information that is
11  subject to a confidentiality or non-disclosure agreement or governed by a protective order
12  preventing its production, or otherwise seeks confidential, proprietary, or trade secret
13  information of third parties. Apple further objects to this Interrogatory to the extent it
14  requires information outside Apple's possession, custody, and control, including, for
15  example, information concerning components that Apple has purchased from third parties.

16  Subject to and without waiving the foregoing General and Specific Objections, Apple
17  responds that in accordance with Federal Rule of Civil Procedure 33(d), Apple will produce
18  documents responsive to this Interrogatory to the extent they exist, and are located after a
19  reasonable search, and that the burden of ascertaining the answer to this Interrogatory from
20  the produced business records is substantially the same for Apple as for Samsung.
21  Discovery is still in its early stages and Apple is continuing to investigate. Apple reserves the
22  right to supplement and/or amend its response as appropriate.

23  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 32**

24  In addition to the objections above, Apple further objects to Samsung's interrogatory
25  on the grounds that "final submitted and completed version" is vague and ambiguous.

26  Subject to and without waiving the foregoing General and Specific Objections, Apple
27  supplements its Response to Interrogatory No. 32 as follows:

28

1    Apple identifies the following responsive documents, although notes that these
2    documents are not necessarily final, submitted or completed versions: APL630DEF-
3    WH0003870431-APL630DEFWH0003871748; APL630DEF-WH0003871749-
4    APL630DEF-WH0003873058.
5    Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the
6    right to supplement and/or amend its response as appropriate.

7    **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 32**

8    Subject to and without waiving the foregoing General and Specific Objections, Apple
9    supplements its Response to Interrogatory No. 32 as follows:
10   Apple identifies Revision 5.2 with a revision date of 3/22/2013 as the most recent
11   version of AT&T Document Number 13340.  Apple is seeking AT&T's permission to
12   produce this document and will supplement its response with bates numbers once it obtains
13   consent and this document is produced.
14   With respect to AT&T Document Numbers 13289 and 10776, Apple has identified
15   the versions of those documents that were submitted when each Apple accused product was
16   launched.  Apple is seeking AT&T's permission to produce these documents and will
17   supplement its response with bates numbers once it obtains consent and produces these
18   documents.
19   Discovery is still ongoing and Apple is continuing to investigate.  Apple reserves the
20   right to supplement and/or amend its response as appropriate.

21   **THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 32**

22   Subject to and without waiving the foregoing General and Specific Objections, Apple
23   supplements its Response to Interrogatory No. 32 as follows:
24   Apple identifies Revision 5.2  with a revision date of 3/22/2013 as the most recent
25   version of AT&T Document Number 13340.  Apple identifies this document as
26   APL630DEF-WH0005310812 - APL630DEF-WH000531212.
27
28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   With respect to AT&T Document Numbers 13289 and 10776, Apple identifies the
2   following responsive documents as versions of those documents that were submitted when
3   each Apple accused product was launched:
4

| AT&T Document Number | Product | Bates Range |
| --- | --- | --- |
| 13289 | iPhone 4 | APL630DEF-WH0005789950 |
| 10776 | iPhone 4S | APL630DEF-WH0005789951 |
| 13289 | iPhone 4S | APL630DEF-WH0005789979 |
| 10776 | iPhone 5 | APL630DEF-WH0005789959 |
| 13289 | iPhone 5 | APL630DEF-WH0005789976 |
| 10776 | iPad 2 | APL630DEF-WH0005789956 |
| 13289 | iPad 2 | APL630DEF-WH0005789977 |
| 10776 | new iPad | APL630DEF-WH0005789970; APL630DEF-WH0005789971 |
| 13289 | new iPad | APL630DEF-WH0005789974 |
| 10776 | iPad 4th Gen | APL630DEF-WH0005789975 |
| 13289 | iPad 4th Gen | APL630DEF-WH0005789973 |
| 10776 | iPad mini | APL630DEF-WH0005789978 |
| 13289 | iPad mini | APL630DEF-WH0005789973 |

Apple recently located the version of 10776 that was submitted when the iPhone 4 was launched and will supplement this response with the bates number for that document once it has been produced.

Discovery is still ongoing and Apple is continuing to investigate. Apple reserves the right to supplement and/or amend its response as appropriate.

Dated:  July 1, 2013

/s/ Mark D. Selwyn
Mark D. Selwyn (CA SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## CERTIFICATE OF SERVICE

I, Liv Herriot, hereby certify that on July 1, 2013, true and correct copies of the foregoing document, Apple Inc.'s Fourth Supplemental Objections and Responses to Samsung's Fourth Set of Interrogatories (No. 32), was served on counsel for Samsung via electronic mail.

I declare under the penalty of perjury that the foregoing is true and correct.

*/s/ Liv Herriot*
Liv Herriot