JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under
2 Seal ("Apple's Motion to Seal") in connection with Apple Inc.'s Opposition to Samsung's
3 Motion to Compel Production of Documents and Response to Interrogatory No. 32 ("Apple's
4 Opposition").
5    Apple has filed the Declaration of Peter J. Kolovos in Support of Apple's Motion to Seal
6 pursuant to Civil L.R. 79-5 and General Order 62.  For good cause shown, the portions of
7 Apple's Opposition, the Declaration of S. Calvin Walden in Support of Apple's Opposition and
8 Exhibits A and B to the Declaration of S. Calvin Walden in Support of Apple's Opposition, filed
9 therewith, that Apple has proposed to seal shall be sealed.

**IT IS SO ORDERED.**

Dated: _____, 2013         _____
                                        Hon. Paul S. Grewal
                                        United States Magistrate Judge

[PROPOSED] ORDER
Case No. 12-cv-00630-LHK (PSG)

1

ActiveUS 112593093v.1