| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com |   HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts  02109 |
| Palo Alto, California  94304-1211 | Telephone:  (617) 526-6000 |
| Telephone:  (650) 849-5300 | Facsimile:  (617) 526-5000 |
| Facsimile:  (650) 849-5333 | |
| MICHAEL A. JACOBS (CA SBN 111664) | MARK D. SELWYN (CA SBN 244180) |
| mjacobs@mofo.com | mark.selwyn@wilmerhale.com |
| RICHARD S.J. HUNG (CA SBN 197425) | WILMER CUTLER PICKERING |
| rhung@mofo.com |   HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California  94304 |
| San Francisco, California  94105-2482 | Telephone:  (650) 858-6000 |
| Telephone:  (415) 268-7000 | Facsimile:  (650) 858-6100 |
| Facsimile:  (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
|       Plaintiff, | |
|   vs. | Case No. 12-cv-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **CERTIFICATE OF SERVICE** |
|       Defendants. | |

I, Liv Herriot, hereby declare:

I am employed in Santa Clara County, California.  I am over the age of eighteen years and am not a party to the above-captioned action.  My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

On July 9, 2013, I served the following document by electronic service:

1. **APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSE TO INTERROGATORY NO. 32 ("APPLE'S OPPOSITION") [FILED UNDER SEAL]**

2. **DECLARATION OF S. CALVIN WALDEN IN SUPPORT OF APPLE'S OPPOSITION [FILED UNDER SEAL]**

3. **EXHIBIT A TO THE DECLARATION OF S. CALVIN WALDEN IN SUPPORT OF APPLE'S OPPOSITION [FILED UNDER SEAL]**

4. **EXHIBIT B TO THE DECLARATION OF S. CALVIN WALDEN IN SUPPORT OF APPLE'S OPPOSITION [FILED UNDER SEAL]**

I caused the above documents to be sent by e-mail to the individuals identified below:

Victoria F. Maroulis
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065
Telephone:  (650) 801-5000
victoriamaroulis@quinnemanuel.com

Charles K. Verhoeven
Kevin A. Smith
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone:  (415) 875-6600
charlesverhoeven@quinnemanuel.com
kevinsmith@quinnemanuel.com

Michael Fazio
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000
michaelfazio@quinnemanuel.com

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on July 9, 2013, at Palo Alto, California.

                                              Liv Herriot