UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION FOR PROTECTIVE ORDER BY NOKIA CORPORATION** |

02198.51990/5411039.1

1    WHEREAS, on July 1, 2013, Nokia Corporation filed its Motion for Protective Order by
2 Nokia Corporation (Dkt. 647) and service was effectuated by overnight delivery;
3    WHEREAS the opposition of Samsung Electronics Co., Ltd., Samsung Electronics
4 America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") is
5 currently due on July 18, 2013, and Samsung has requested an extension until July 24, 2013 to file
6 its opposition;
7    WHEREAS Nokia Corporation consents to Samsung's request for an extension of time;
8    THEREFORE, the parties, through their undersigned counsel of record, stipulate as
9 follows:
10   1.   Samsung's opposition to the Motion for Protective Order by Nokia Corporation
11 shall be due on July 24, 2013.
12   2.   Nokia's reply in support of its Motion for Protective Order shall be due on July 31,
13 2013.

16   IT IS SO STIPULATED.

18 DATED: July 10, 2013                ALSTON & BIRD, LLP

20                          By  */s/ Ryan W. Koppelman*
21                             Randall L. Allen
                               Ryan W. Koppelman
22                             Attorneys for NOKIA CORPORATION

1  DATED: July 10, 2013                    QUINN EMANUEL URQUHART &
2                                          SULLIVAN, LLP
3
4                                          By  */s/ Victoria F. Maroulis*
                                               Charles K. Verhoeven
5                                              Kevin P.B. Johnson
                                               Victoria F. Maroulis
6                                              Attorneys for
7                                              SAMSUNG ELECTRONICS CO., LTD.,
                                               SAMSUNG ELECTRONICS AMERICA, INC.,
8                                              and SAMSUNG TELECOMMUNICATIONS
                                               AMERICA, LLC
9

10

11

12
                              **ORDER**
13

14
        Based on the foregoing stipulation, and for good cause shown,
15
        **IT IS SO ORDERED.**
16

17

18  DATED: _____      _____
19                                  The Honorable Paul S. Grewal
                                    United States Magistrate Judge
20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Stipulation.   In compliance with General Order 45 X.B., I hereby attest that Ryan W. Koppelman has concurred in this filing.

Dated:   July 10, 2013                         By:   */s/ Victoria F. Maroulis*
                                                                 Victoria F. Maroulis

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 9, to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated:   July 10, 2013                         By:   */s/ Victoria F. Maroulis*
                                                                 Victoria F. Maroulis