```
 1  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
 2  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
 3  Kevin A. Smith (Bar No. 250814)
    kevinsmith@quinnemanuel.com
 4  50 California Street, 22nd Floor
    San Francisco, California 94111
 5  Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
 6
    Kevin P.B. Johnson (Bar No. 177129)
 7  kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
 8  victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
 9  Redwood Shores, California 94065
    Telephone: (650) 801-5000
10  Facsimile: (650) 801-5100

11  William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
12  Michael L. Fazio (Bar No. 228601)
    michaelfazio@quinnemanuel.com
13  865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543
14  Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100
15
    Attorneys for SAMSUNG ELECTRONICS CO.,
16  LTD., SAMSUNG ELECTRONICS AMERICA,
    INC. and SAMSUNG
17  TELECOMMUNICATIONS AMERICA, LLC
```

18
### UNITED STATES DISTRICT COURT
19
### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51981/5409263.1

1   Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2   Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3   America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal
4   the following document:

5       1.  Samsung's Notice of Motion and Motion for Relief from Nondispositive Pretrial
6          Order of Magistrate Judge.

7   Samsung has established good cause to permit filing these documents under seal through
8   the Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents
9   Under Seal, filed herewith.  In short, the above documents discuss and refer to documents and
10  things that Apple and Samsung have designated as "HIGHLY CONFIDENTIAL - ATTORNEYS'
11  EYES ONLY" under the Agreed Upon Protective Order Regarding Disclosure and Use of
12  Discovery Materials.  Samsung accordingly files these documents under seal, and expects that
13  Apple will comply with L.R. 79-5(d) by filing an appropriate declaration with the Court within
14  seven days for those portions and documents that reference Apple-designated information.
15  Samsung's entire filing will be lodged with the Court for *in camera* review and served on all
16  parties.

17  DATED: July 10, 2013                QUINN EMANUEL URQUHART &
18                                       SULLIVAN, LLP
19
20                                       By */s/ Victoria Maroulis*
21                                           Victoria F. Maroulis
                                             Attorneys for Defendants
22                                           SAMSUNG ELECTRONICS CO., LTD.,
                                             SAMSUNG ELECTRONICS AMERICA, INC.,
23                                           and SAMSUNG TELECOMMUNICATIONS
                                             AMERICA, LLC
24
25
26
27
28