UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1     Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3 Administrative Motion to File Documents Under Seal.
4     Samsung and Apple have each filed the declarations required under Civil L.R. 79-5 and
5 General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.
6 The declarations establish that Samsung's Notice of Motion and Motion for Relief from
7 Nondispositive Pretrial Order of Magistrate Judge ("Motion for Relief") contain Apple's non-
8 public, confidential information.
9
10    Accordingly, for good cause shown, the Court HEREBY ORDERS that Samsung's Motion
11 for Relief may be filed under seal.
12
13 DATED: _____

The Honorable Lucy H. Koh
United States District Court Judge