1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

02198.51981/5411061.1

1       Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2 Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion for

3 Relief from Nondispositive Pretrial Order of Magistrate Judge ("Motion for Relief"), requesting

4 relief from the portion of Judge Grewal's June 26, 2013 Order (Dkt. 636) denying Samsung's

5 motion to amend its infringement contentions to accuse Apple of willfully infringing U.S. Patent

6 No. 7,577,757.  The Court having considered all the relevant briefings, evidence, and arguments,

7 and good cause appearing therefor:

8       IT IS HEREBY ORDERED that pursuant to Local Rule 72-2, Fed. R. Civ. P. 72(a) and 28

9 U.S.C. § 636(b)(1)(A), Samsung's Motion for Relief is GRANTED.

10

11

12 DATED:       _____

_____

13                             The Honorable Lucy H. Koh
United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

**PROPOSED ORDER GRANTING SAMSUNG'S MOTION FOR RELIEF
FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**