JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S MOTION TO FILE UNDER SEAL ITS AMENDED INFRINGEMENT CONTENTIONS** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") hereby moves this Court for an order to seal its amended infringement contentions for U.S. Patent No. 6,847,959 submitted pursuant to the Court's Order of June 26, 2013 (D.I. 636), attached as Exhibit A to Apple's Notice of Submission of Amended Infringement Contentions ("Amended Infringement Contentions").

Apple's Amended Infringement Contentions contain or discuss information that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") and/or third party Google Inc. ("Google") have designated "Highly Confidential – Attorneys' Eyes Only," "Highly Confidential – Outside Attorneys' Eyes Only – Source Code," and/or "Google's Highly Confidential – Outside Attorneys' Eyes Only – Source Code" pursuant to the Protective Order, and amendments thereof, entered in this case, or is otherwise information that is believed to be deemed confidential by Samsung and/or Google.  Apple accordingly files these documents under seal, and expects that Samsung and Google will comply with L.R. 79-5(d) by filing an appropriate declaration with the Court within seven days for those portions and documents that reference information designated confidential by Samsung and Google.

Pursuant to General Order No. 62, the complete, unredacted versions of these documents will be lodged with the Court for *in camera* review and served on Samsung and Google.

Dated: July 10, 2013                                              GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *H. Mark Lyon*
H. Mark Lyon

*Attorney for Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule 5-1, and will be served on all counsel of record who have consented to electronic service in accordance with the Northern District of California Local Rules via the Court's ECF system.

Dated: July 10, 2013   By: _____*/s/ H. Mark Lyon*_____
                                          H. Mark Lyon