**[Counsel Listed on Signature Page]**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | Civil Action No. 12-CV-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DATE FOR CASE MANAGEMENT CONFERENCE AND DATE FOR HEARING REGARDING SAMSUNG'S MOTION TO AMEND THE CASE MANAGEMENT ORDER** |

- 1 -

1      WHEREAS, on June 21, 2013, the Court set a Case Management Conference and hearing

2  regarding Samsung's Motion to Amend the Case Management Order and for Leave to Amend its

3  Answer to Apple's Counterclaims in Reply ("Samsung's Motion to Amend the Case

4  Management Order") for July 17, 2013;

5      WHEREAS, Apple's lead counsel is unavailable on July 17, 2013;

6      WHEREAS, counsel for both parties agree to move the date for the Case Management

7  Conference and the date for the hearing regarding Samsung's Motion to Amend the Case

8  Management Order from July 17, 2013 to July 31, 2013, or a date that is otherwise convenient

9  for the Court;

10      WHEREAS, this scheduling adjustment will not require altering any other deadline

11  presently on calendar in this matter;

12      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties

13  that:  the date for the Case Management Conference before the Court and the date for the hearing

14  regarding Samsung's Motion to Amend the Case Management Order shall be moved from

15  July 17, 2013 to July 31, 2013, or a date that it otherwise convenient for the Court.

16

17

18  Dated:  July 11, 2013          WILMER CUTLER PICKERING
                                   HALE AND DORR LLP

19                         By:     */s/ Mark D. Selwyn*
20                                 Mark D. Selwyn

21                                 *Attorneys for Plaintiff and*
                                   *Counterclaim-Defendant APPLE, INC.*

22

23  Dated:  July 11, 2013          QUINN EMANUEL URQUHART & SULLIVAN, LLP

24                         By:     */s/ Victoria F. Maroulis*
25                                 Victoria F. Maroulis

26                                 *Attorneys for Defendants and*
                                   *Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO.,*
27                                 *LTD. SAMSUNG ELECTRONICS AMERICA, INC., and*
                                   *SAMSUNG TELECOMMUNICATIONS AMERICA, LLC*

28

- 2 -

1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

10  APPLE INC., a California corporation,

11              Plaintiff,

12          v.                                    Civil Action No. 12-CV-00630-LHK

13  SAMSUNG ELECTRONICS CO., LTD., a       **[PROPOSED] ORDER REGARDING**
    Korean corporation; SAMSUNG            **DATE FOR CASE MANAGEMENT**
14  ELECTRONICS AMERICA, INC., a New       **CONFERENCE AND DATE FOR**
    York corporation; SAMSUNG             **HEARING REGARDING SAMSUNG'S**
15  TELECOMMUNICATIONS AMERICA,            **MOTION TO AMEND THE CASE**
    LLC, a Delaware limited liability company,  **MANAGEMENT ORDER**

16                                          
              Defendants.

17

18

19  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG
20  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
21  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,

22            Counterclaim-Plaintiffs,

23          v.

24  APPLE INC., a California corporation,

25            Counterclaim-Defendant.

26

27

28

WHEREAS, on June 21, 2013, the Court set a Case Management Conference and hearing regarding Samsung's Motion to Amend the Case Management Order and for Leave to Amend its Answer to Apple's Counterclaims in Reply ("Samsung's Motion to Amend the Case Management Order") for July 17, 2013;

WHEREAS, Apple's lead counsel is unavailable on July 17, 2013;

WHEREAS, counsel for both parties agree to move the date for the Case Management Conference and the date for the hearing regarding Samsung's Motion to Amend the Case Management Order from July 17, 2013 to July 31, 2013, or a date that is otherwise convenient for the Court;

WHEREAS, this scheduling adjustment will not require altering any other deadline presently on calendar in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that: the date for the Case Management Conference before the Court and the date for the hearing regarding Samsung's Motion to Amend the Case Management Order shall be moved from July 17, 2013 to July 31, 2013, or a date that it otherwise convenient for the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The date for the Case Management Conference before the Court and the hearing regarding Samsung's Motion to Amend the Case Management Order and for Leave to Amend its Answer to Apple's Counterclaims in Reply shall be moved from July 17, 2013, to July 31, 2013.

Dated: _____, 2013          By: _____
                                                Honorable Lucy H. Koh

- 4 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ATTESTATION

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45 X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  July 11, 2013                    By:     */s/ Mark D. Selwyn*
                                                              Mark D. Selwyn


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 11, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/ Mark D. Selwyn*
Mark D. Selwyn