1  [Counsel Listed on Signature Page]

2
3
4
5
6
7

8         UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
9                SAN JOSE DIVISION

10 APPLE INC., a California corporation,

11         Plaintiff,

12     v.                                              Civil Action No. 12-CV-00630-LHK

13 SAMSUNG ELECTRONICS CO., LTD., a                    **JOINT STIPULATION AND**
   Korean corporation; SAMSUNG                         **[PROPOSED] ORDER EXTENDING AND**
14 ELECTRONICS AMERICA, INC., a                        **CONSOLIDATING DEADLINE TO FILE**
   New York corporation; SAMSUNG                       **MOTIONS TO COMPEL**
15 TELECOMMUNICATIONS
   AMERICA, LLC, a Delaware limited liability
16 company,

17         Defendants.

18

19 SAMSUNG ELECTRONICS CO., LTD., a
   Korean corporation; SAMSUNG
20 ELECTRONICS AMERICA, INC., a
   New York corporation; SAMSUNG
21 TELECOMMUNICATIONS
   AMERICA, LLC, a Delaware limited liability
22 company,

23         Counterclaim-Plaintiffs,

24     v.

25 APPLE INC., a California corporation,

26         Counterclaim-Defendant.

27
28

02198.51990/5408575.1

Case No. 12-CV-00630-LHK
STIPULATION AND [PROPOSED] ORDER EXTENDING AND CONSOLIDATING DEADLINE
TO FILE MOTIONS TO COMPEL

1   WHEREAS, Apple Inc. ("Apple") commenced this action against Samsung Electronics
2   Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC
3   (collectively "Samsung") on February 8, 2012;

4   WHEREAS, Samsung subsequently filed counterclaims against Apple;

5   WHEREAS, during the course of this action, the Parties have served multiple sets of
6   discovery, to include Interrogatories, Requests for Admissions and Requests for Production
7   (collectively, the "Discovery");

8   WHEREAS, the Parties have engaged in extensive correspondence and meet and confers
9   (including numerous lead trial counsel meet and confers), related to the Discovery and have
10  resolved numerous disputes through the meet and confer process;

11  WHEREAS, the Parties' current deadline for filing motions to compel related to Requests
12  for Production, Interrogatories and Requests for Admissions served prior to June 7, 2013, is
13  July 15, 2013;

14  WHEREAS, the Parties' current deadline to move to compel additional responses to
15  Interrogatories and Requests for Admissions that were served on June 7, 2013 is July 22, 2013
16  [Dkt. No. 664];

17  WHEREAS, the Parties seek a brief amount of additional time to resolve disputes related
18  to the Requests for Production, Interrogatories and Requests for Admission served prior to June 7,
19  2013, and anticipate that this additional time will significantly reduce the burden on the Court to
20  resolve discovery disputes;

21  WHEREAS, the Parties further seek to consolidate the deadline for filing motions to
22  compel related to all Discovery to July 22, 2013.

23  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that:

24  The time for the Parties to file motions to compel related to all Discovery shall be extended
25  to July 22, 2013.

26  **IT IS SO STIPULATED:**

| | | |
|---|---|---|
| 1 | Dated: July 9, 2013 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | | |
| 3 | | By: */s/ Peter J. Kolovos*<br>     Peter J. Kolovos |
| 4 | | |
| 5 | | *Attorneys for Plaintiff and Counterclaim-Defendant APPLE, INC.* |
| 6 | | |
| 7 | Dated: July 9, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 8 | | |
| 9 | | By: */s/ Victoria F. Maroulis*<br>     Victoria F. Maroulis |
| 10 | | |
| 11 | | *Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD. SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC* |

02198.51990/5408575.1

-3-     Case No. 12-CV-00630-LHK
STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING AND CONSOLIDATING DEADLINE TO FILE MOTIONS TO COMPEL

1       * * *

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3       The time for the Parties to file motions to compel related to all Discovery shall be extended

4  to July 22, 2013.

6  Dated: July 10, 2013                By: *[signature]*
                                       PAUL S. GREWAL, U.S. MAGISTRATE JUDGE

02198.51990/5408575.1

-4-                                                        Case No. 12-CV-00630-LHK
STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING AND CONSOLIDATING DEADLINE
TO FILE MOTIONS TO COMPEL