1  [Counsel Listed on Signature Page]

2
3
4
5
6
7

8           **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
9                    **SAN JOSE DIVISION**

10

11 APPLE INC., a California corporation,

           Plaintiff,
12
      v.                                    Civil Action No. 12-CV-00630-LHK
13
   SAMSUNG ELECTRONICS CO., LTD., a        **STIPULATION AND [PROPOSED]**
14 Korean corporation; SAMSUNG             **ORDER REGARDING DATE FOR CASE**
   ELECTRONICS AMERICA, INC., a New        **MANAGEMENT CONFERENCE AND**
15 York corporation; SAMSUNG               **DATE FOR HEARING REGARDING**
   TELECOMMUNICATIONS AMERICA,             **SAMSUNG'S MOTION TO AMEND THE**
16 LLC, a Delaware limited liability company, **CASE MANAGEMENT ORDER**

17         Defendants.

18

19 SAMSUNG ELECTRONICS CO., LTD., a
   Korean corporation; SAMSUNG
20 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
21 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
22
           Counterclaim-Plaintiffs,
23
      v.
24
   APPLE INC., a California corporation,
25
           Counterclaim-Defendant.
26

27
28

1  WHEREAS, on June 21, 2013, the Court set a Case Management Conference and hearing regarding Samsung's Motion to Amend the Case Management Order and for Leave to Amend its Answer to Apple's Counterclaims in Reply ("Samsung's Motion to Amend the Case Management Order") for July 17, 2013;

WHEREAS, Apple's lead counsel is unavailable on July 17, 2013;

WHEREAS, counsel for both parties agree to move the date for the Case Management Conference and the date for the hearing regarding Samsung's Motion to Amend the Case Management Order from July 17, 2013 to July 31, 2013, or a date that is otherwise convenient for the Court;

WHEREAS, this scheduling adjustment will not require altering any other deadline presently on calendar in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that: the date for the Case Management Conference before the Court and the date for the hearing regarding Samsung's Motion to Amend the Case Management Order shall be moved from July 17, 2013 to July 31, 2013, or a date that it otherwise convenient for the Court.


Dated: July 11, 2013         WILMER CUTLER PICKERING
                                HALE AND DORR LLP

                             By:    /s/ Mark D. Selwyn
                                    Mark D. Selwyn

                                    *Attorneys for Plaintiff and
                                    Counterclaim-Defendant APPLE, INC.*


Dated: July 11, 2013         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                             By:    /s/ Victoria F. Maroulis
                                    Victoria F. Maroulis

                                    *Attorneys for Defendants and
                                    Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO.,
                                    LTD. SAMSUNG ELECTRONICS AMERICA, INC., and
                                    SAMSUNG TELECOMMUNICATIONS AMERICA, LLC*

- 3 -

1
2
3
4
5
6
7
8   **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**
    **SAN JOSE DIVISION**
9

10  APPLE INC., a California corporation,

11          Plaintiff,

12     v.                                               Civil Action No. 12-CV-00630-LHK

13  SAMSUNG ELECTRONICS CO., LTD., a                    **[PROPOSED] ORDER REGARDING**
    Korean corporation; SAMSUNG                         **DATE FOR CASE MANAGEMENT**
14  ELECTRONICS AMERICA, INC., a New                    **CONFERENCE AND DATE FOR**
    York corporation; SAMSUNG                           **HEARING REGARDING SAMSUNG'S**
15  TELECOMMUNICATIONS AMERICA,                         **MOTION TO AMEND THE CASE**
    LLC, a Delaware limited liability company,          **MANAGEMENT ORDER**
16
            Defendants.
17

18
    SAMSUNG ELECTRONICS CO., LTD., a
19  Korean corporation; SAMSUNG
    ELECTRONICS AMERICA, INC., a New
20  York corporation; SAMSUNG
    TELECOMMUNICATIONS AMERICA,
21  LLC, a Delaware limited liability company,

22          Counterclaim-Plaintiffs,

23     v.

24  APPLE INC., a California corporation,

25          Counterclaim-Defendant.

26
27
28

1    WHEREAS, on June 21, 2013, the Court set a Case Management Conference and hearing
2  regarding Samsung's Motion to Amend the Case Management Order and for Leave to Amend its
3  Answer to Apple's Counterclaims in Reply ("Samsung's Motion to Amend the Case
4  Management Order") for July 17, 2013;

5    WHEREAS, Apple's lead counsel is unavailable on July 17, 2013;

6    WHEREAS, counsel for both parties agree to move the date for the Case Management
7  Conference and the date for the hearing regarding Samsung's Motion to Amend the Case
8  Management Order from July 17, 2013 to July 31, 2013, or a date that is otherwise convenient
9  for the Court;

10   WHEREAS, this scheduling adjustment will not require altering any other deadline
11 presently on calendar in this matter;

12   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties
13 that:  the date for the Case Management Conference before the Court and the date for the hearing
14 regarding Samsung's Motion to Amend the Case Management Order shall be moved from
15 July 17, 2013 to July 31, 2013, or a date that it otherwise convenient for the Court.

16   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The date for the Case
17 Management Conference before the Court and the hearing regarding Samsung's Motion to
18 Amend the Case Management Order and for Leave to Amend its Answer to Apple's
19 Counterclaims in Reply shall be moved from July 17, 2013, to July 31, 2013.

Dated:   July 12         , 2013        By:   *Lucy H. Koh*
                                              Honorable Lucy H. Koh

## ATTESTATION

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45 X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  July 11, 2013                         By:      */s/ Mark D. Selwyn*
                                                                      Mark D. Selwyn

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 11, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/ Mark D. Selwyn*
Mark D. Selwyn