JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF MARK BUCKLEY IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE THE APRIL 12, 2013 ORDER AND SUPPORTING DOCUMENTS)** |

I, Mark Buckley, declare and state as follows:

1. I am an employee of Apple, Inc. ("Apple"), where I am employed as a Finance Manager. As part of my role, I am very familiar with financial information and systems at Apple, and the efforts Apple takes to ensure that sensitive financial information is kept confidential. I submit this declaration in support of Apple's motion regarding sealing, filed contemporaneously herewith. I have personal knowledge of the matters set forth below. If called as a witness, I could and would competently testify as follows.

2. Apple seeks to seal the following documents, or portions thereof, which contain or reference highly sensitive, non-public Apple financial data, the public release of which would critically harm Apple:

   a. Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013, Order;

   b. The Declaration of Amar L. Thakur in Support of Samsung's Motion to Compel Production of Financial Documents and to Enforce April 12, 2013, Order (the "Thakur Declaration"); and

   c. Exhibits 5-10, 12-25, 34-38, and 42-44 to the Thakur Declaration.

3. I have reviewed each of these documents and am aware that these documents contain Apple's specific and current financial information (as well as data for preceding years), which includes breakdowns of actual and/or estimated revenue, sales, costs, and profit margins for various Apple product lines and other sources of revenue as well as highly sensitive documents relating to the pricing of Apple products. Also included are certain of Apple's forecasts and projections, created using this highly confidential and proprietary information. This confidential financial data is not included in Apple's SEC filings and is not otherwise disclosed to the public, during, for example, Apple's earnings calls. Furthermore, virtually all of this confidential information directly relates to products that Apple continues to sell. Thus, while Apple does release some limited financial information regarding entire product lines, such as the entire iPhone product line or the entire iPad product line, during its earnings calls and in its SEC filings, Apple does not release the significantly more detailed financial information contained in the documents at issue here and listed above. Such

information thus provides far more insight into Apple's operating expenses and finances than Apple has previously disclosed to the public—or is disclosed in practice by other companies in Apple's industry, and particularly Apple's competitors. Exposure of this financial information, currently kept confidential, to the public would cause Apple severe harm.

4. Apple strictly maintains the confidentiality of this information even within Apple. Apple goes to extensive lengths to protect the confidentiality of its financial information. Apple's highly sensitive financial data is in fact among the most painstakingly protected information at the company, on par with source code. Only a limited number of individuals are authorized to receive this information, even within Apple, and on a need-to-know basis. Apple limits the individuals knowledgeable about this detailed financial information to only those who need to know in order to perform their normal job responsibilities, and requires those individuals to maintain this data in the strictest of confidentiality. For example, Apple restricts system access to its nonpublic financial information to a small list of individuals who have been approved by a Vice-President of Finance. This is reviewed at least once every quarter and revised as appropriate to ensure that Apple employees who no longer need access do not receive the information. I am not aware of Apple ever sharing this information with its vendors. Moreover, many of the documents at issue in Apple's sealing motion contain confidential financial data and estimates used by a select group of Apple executives to determine pricing of Apple products. Apple restricts access to these documents to only certain individuals within the company as well.

5. Additionally, while Apple endeavors to not share its nonpublic financial data—including cost data, product line details, and breakdowns of revenue, licensing revenue, and profit margins—with third parties, in the rare instance when it is required to share any nonpublic financial data with third parties, Apple insists on very restrictive nondisclosure agreements and/or protective orders. Apple therefore maintains this information as highly confidential in the ordinary course of business and does not disclose it publicly.

6. As explained in my prior declaration submitted in this matter in connection with Apple's renewed motion to seal similar financial information, *see* D.I. 442, disclosure of the specific financial information at issue here would cause Apple severe harm.

7. The financial information that Apple seeks to seal here is some of the most sensitive of Apple's financial information. For example, while Apple views even general profit margin information across different products—and for not just the present, but also historically and over a lengthy period of time—to be confidential and competitively sensitive, specific cost, profit margin, and operating expense information for particular products and product lines is even more so because it has the most value to companies seeking to compete with Apple. Indeed, even with respect to entire product lines, for which Apple discloses limited financial information, there is much more specific information at issue here, such as Apple's costs, profit margins, and operating expenses, that would cause severe harm to Apple if it were to be publicly disclosed. Moreover, the historical data showing the evolution of Apple's sales, costs, profit margins, and operating expenses would give Apple's competitors and vendors insight into Apple's cost structure and how and why Apple has made strategic decisions based on such financial information. Apple's profit and loss data for particular products is only shared with a very limited group of individuals at Apple. It is not shared externally. Apple even precludes its original equipment manufacturer ("OEM") suppliers from having visibility into its cost structure. For those components sourced directly from component manufacturers, Apple itself buys from these manufacturers and provides the component parts to the OEM's so that they are not aware of the cost of Apple's products.

8. For the reasons explained above, and to be explained, it would cause severe competitive harm to Apple if the specific and substantial financial information contained in these documents were publicly disclosed. The financial information contained in these documents provides a detailed overview of the financial information for Apple's products that Apple relies upon in determining which products to sell and how to position them in the market, including how to price those products. Public disclosure of this information would thus permit Apple's competitors to tailor their product offerings, prices, advertising, costs, budgets, and business strategies to more effectively compete with Apple. As just one example, this data—current and historical, and including data for products that Apple continues to sell—would enable Apple's competitors to learn exactly which Apple products have been the most profitable during which particular periods, as well as the specific distribution of sales across various of Apple's product models, and to alter their development

priorities, product offerings, and marketing strategies to counter Apple accordingly. Indeed, this information would inform Apple's competitors about Apple's operating expenses for its products across time. As another example, this data reveals detailed breakdowns of financial information used by Apple executives to develop pricing for Apple's iPhone and iPad products. Based on this information, Apple's competitors could learn how Apple sets its prices, and in turn, how to better compete directly with Apple.

9. The documents that are at issue in Samsung's motion to seal its motion to compel production of financial information and to enforce the April 12, 2013 order also include highly sensitive financial information and similar documents prepared for consideration during discussions of pricing of Apple's products. Apple considers its process of setting the prices for its products, including the manner in which such prices are set and the information considered when doing so, to be highly proprietary and, at its core, to be a trade secret. Not only is the particular collection of quantitative data that is gathered considered to be proprietary, as it reveals the factors considered by Apple, but so is the critical qualitative narrative relating both to such financial information and strategic information about Apple's product lines and product goals, all of which is considered in order to determine the prices at which Apple should set its newly launching products in the marketplace. Moreover, many of the products discussed in these materials continue to be sold by Apple today. But even for older Apple product models, disclosure of these materials to the public, including Apple's competitors, would critically harm Apple. Specifically, access to Apple's pricing, cost, and profit information, as well as knowledge of the various expenses that Apple faces and the manner in which Apple considers such information, would give competitors a substantial and unfair advantage over Apple. Apple's expenses, cost and profit information—including to the extent that information is used to inform Apple's pricing decisions—would also provide an economic boon to Apple's competitors if disclosed, giving them a substantial and unfair advantage over Apple.

10. Moreover, disclosure of the specific types of information considered by Apple in setting prices would cause Apple significant harm. Apple follows neither a pre-set formula for setting its margins, nor does it follow an industry standard; the specific margins set for particular products are unique to Apple and they are not publicly disclosed. As a result, competitors could only

1  learn this information from disclosure of Apple's confidential internal documents.  Competitors could
2  then tailor their product offerings and pricing to undercut Apple.  For example, the detailed
3  information at issue here could permit Apple's competitors to identify the best-selling products, or
4  the specific products and product lines for which they could most successfully undercut Apple's
5  pricing, and choose to focus on those products and models.  Similarly, the information at issue in the
6  motion includes projections and forecasts, and would reveal to Apple's competitors how it projects its
7  costs, revenues, and profitability into the future, and sets it current prices and product decisions
8  accordingly.  Competitors could use such information to, at unfair advantage to Apple, specifically
9  target Apple's future products as well as gain a roadmap to how Apple generally sets prices.  Thus,
10 for example, use of this information would permit Apple's competitors to determine exactly what
11 price level would make a given product unprofitable to Apple, and target their product offerings at
12 exactly that price, or otherwise identify the products on which Apple has substantial profits, low
13 costs, and wide margins, and thus would be most susceptible to a price cut.

14         11.    Access to Apple's cost information would also harm Apple with respect to component
15 suppliers.  Apple's suppliers could use this information to alter their pricing on components Apple
16 uses in its products, looking at the cost of goods for Apple's related products and Apple's product
17 margins on specific products.  Apple's suppliers could also, using the financial information at issue,
18 identify the products for which Apple has the lowest margins and is thus more vulnerable to a cost
19 increase.  Apple's suppliers would gain asymmetric advantages during contract negotiations, as they
20 could use information concerning Apple's profits and costs in order to raise prices on components
21 purchased by Apple for Apple products, by looking at the costs for Apple's products and product
22 margins on specific products.

23         12.    Moreover, the financial data in these documents reflect pricing information from
24 Apple's suppliers, which may consider such information to be valuable and confidential trade secrets.
25 Disclosing this data would therefore harm not only Apple, but potentially third parties as well.

26         13.    None of the information described above is disclosed publicly by Apple or any
27 competitor of whom I am aware.  As a result, if Apple's information were disclosed, it would not
28 simply be harmed—it would have no defense, as it has no access to similar data from the competitors

1  that would use the information against Apple. This is not a matter of Apple wanting to keep secret
2  information that most of the world shares—this type of information is generally understood in the
3  industry to be critically important to keep under lock and key.
4      14.   As explained generally above, there are very significant harms to Apple that will result
5  if the information at issue in Samsung's motion were revealed to the public. I have reviewed
6  Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013,
7  Order; the Thakur Declaration; and Exhibits 5-11, 12-25, 34-38, and 42-44 to the Thakur Declaration.
8  Below is a chart detailing the specific items in each that are sealable for the reasons explained above.
9  Apple will lodge proposed redacted versions of these exhibits in highlighted form with the Court.

| Document to be Sealed | Sensitive Information to be Redacted | Notes |
|---|---|---|
| Samsung's Motion to Compel | Documents the scope and nature of Apple's processes for maintaining financial information and setting prices | Apple seeks to seal, in very limited nature, only the particular statements in Samsung's Motion to Compel that reveal the nature and scope of financial information that Apple maintains, or doesn't maintain, in the ordinary course of business, as well as Apple's highly confidential processes for setting prices. Such information is highly proprietary and confidential to Apple.<br><br>Disclosure of this information, and, by implication, the decisions that Apple makes regarding which financial information to collect and use in its ordinary course of business, including to determine pricing for its products, would be extremely harmful to Apple. It would, for example, allow Apple's competitors, investors, suppliers, and the market more generally to know exactly what types of financial information Apple maintains, and act accordingly in their own business with Apple. Similarly, revealing information about Apple's highly proprietary processes for setting prices would permit Apple's competitors and suppliers, as well as the market more generally, to predict, using Apple's confidential information, what Apple's new prices may be and how they will be determined. The scope of Apple's financial information processes, and its particular contours, is thus deemed by Apple to be highly proprietary and confidential. Indeed, the information about the particular financial information that Apple maintains, as well as the manner in which it sets its |

| Document to be Sealed | Sensitive Information to be Redacted | Notes |
|---|---|---|
| | | prices, is maintained on a need to know basis at Apple; access to and knowledge of such information is restricted to a limited set of individuals at Apple. |
| Thakur Declaration | Information considered by and strategies for setting prices of Apple's products | Apple seeks to seal information referencing Apple's highly confidential and proprietary processes for discussing and determining prices for its new products. Information relating to such processes is maintained on a "need to know" basis; knowledge of such processes is restricted to a very limited set of individuals at Apple.<br><br>Disclosure of this information to Apple's competitors, suppliers, and the market more generally would thus substantially harm Apple. For example, and in particular, Apple's competitors would gain invaluable insight into the manner in which Apple sets prices for its newly launching products, and would benefit —at the revelation of Apple's confidential information and at Apple's direct expense—from knowledge of Apple's internal processes and how accordingly to use such information when competing in the market. |
| Exhibit 5 | Specific financial data regarding units sold of iPhone models from 2007 to 2013, as well as Apple's revenue derived from those sales and average standard costs. | This exhibit consists entirely of detailed financial data concerning the iPhone product line, including the specific number of units sold by model number and by memory capacity, as well as total iPhone billings and revenue, average selling price, and average standard cost, broken down by fiscal quarter, both worldwide and in the U.S.<br><br>Apple seeks to seal this data, which is specific to various iPhone product models, rather than the entire product line. Apple maintains this data as highly confidential, and it is not otherwise publicly disclosed. This financial information would be valuable to Apple's competitors, as it would give them insight into Apple's strategies regarding product mix and profit margins during the life cycle of the iPhone products. For example, this detailed financial data would inform Apple's competitors, suppliers, resellers, and other parties about Apple's iPhone sales by model and memory size. |

| Document to be Sealed | Sensitive Information to be Redacted | Notes |
|---|---|---|
| Exhibit 6 | Documents the GAAP Line of Business Reporting for Apple's current products, including iPhone, iPad, MacBook, Mac, and accessories, as well as other sources of revenue such as advertising, for years ranging from 2007 to 2012 | Apple seeks to seal the non-public, detailed breakdowns of the financial information associated with its currently-selling product lines. While Apple is not seeking to seal financial information that was previously publicly disclosed, Apple here is seeking to seal the detailed contents of its Line of Business Reports for various of Apple's current product lines, each of which provide detailed financial information over a period of years concerning, for example, revenue, specific costs, margins, and other sensitive data.<br><br>This data is not released publicly, and its disclosure would substantially harm Apple by allowing competitors to gain insight into product-line-specific financial data that could be used to undercut Apple's prices, and in turn diminish Apple's competitive standing. |
| Exhibit 7 | Documents the nature of Apple's financial information and processes for maintaining such information | This exhibit is a letter between counsel in this case regarding Apple's financial productions. Apple seeks to seal the discussions of the types of financial data that Apple does, and does not, maintain in the ordinary course of business, including unit sales, revenue, standard margins, and profit and loss data for particular Apple product lines. It also includes discussion of the manner in which Apple maintains data concerning app and accessory sales in the ordinary course of business, as well as references certain of the highly proprietary processes that Apple uses to consider and determine pricing for its products.<br><br>Disclosure of this information would be harmful to Apple in that it would allow competitors, as well as investors and the market more broadly, to know exactly what types of financial information Apple maintains, as well as certain of the types of financial information that Apple deems to be relevant and considers in its ordinary course of business. The scope of Apple's financial information processes, and its particular contours, is thus deemed by Apple to be highly proprietary and confidential. Indeed, the information about the particular financial information that Apple maintains, as well as the manner in which it sets its prices, is maintained on a need to know basis at Apple; access to and knowledge of such information is restricted to a limited set of |

| Document to be Sealed | Sensitive Information to be Redacted | Notes |
|---|---|---|
| | | individuals. |
| Exhibit 8 | Documents the nature of Apple's financial information and processes for maintaining such information | This exhibit is a letter between counsel in this case regarding Apple's financial productions. It contains reference to the same types of financial data discussed in Exhibit 7, in even greater detail.<br><br>Specifically, this letter discusses the types of data that Apple does, and does not, maintain in the ordinary course of business, including unit sales, revenue, standard margins, and profit and loss data for particular Apple product lines.<br><br>It also includes reference to Apple's maintenance of data concerning app and accessory sales in the ordinary course of business. Public disclosure of this information would harm Apple for the same reasons as discussed above with respect to Exhibit 7. |
| Exhibit 9 | Documents the nature of Apple's financial information and processes for maintaining such information | This exhibit is a letter between counsel in this case regarding Apple's financial productions, and as with Exhibits 7-8, it also contains detailed information concerning the types of financial data Apple maintains in the ordinary course of business. In particular, the letter makes express mention of Apple's maintenance of unit sales by internal product codes (and the product models for which Apple does not maintain that data), aggregate sales revenue for the iPhone product line and how Apple does not maintain such data on a model-by-model basis in the U.S., standard margin data for iPhone, Line of Business Reports for Apple's product lines, expense and cost information and how that data is broken out among Apple's products, and digital content and app sales.<br><br>Public disclosure of this information would harm Apple for the same reasons as discussed above with respect to Exhibit 7. |
| Exhibit 10 | Documents the nature of Apple's financial information and processes for maintaining such information | This exhibit is another letter between counsel in this case regarding Apple's financial productions, and again, as with Exhibits 7-9, it also contains detailed information concerning the types of financial data Apple maintains in the ordinary course of business.<br><br>For example, the letter references: Apple's use of internal product codes, Apple's maintenance of U.S. sales data for the iPhone product line (and how Apple does not maintain such data by model or |

| Document to be Sealed | Sensitive Information to be Redacted | Notes |
|---|---|---|
| | | memory size), Apple's confidential and highly sensitive Line of Business Reports and the products for which Apple maintains such reports, Apple's maintenance of standard margin data (and how Apple does not maintain such data on a U.S. basis by model or memory size), Apple's maintenance of cost and expense data broken out by model, including the extent to which Apple maintains specific cost, revenue, and other expenditures at the U.S. level for particular product lines, and Apple's maintenance of advertising expenditure data.<br><br>Public disclosure of this information would harm Apple for the same reasons as discussed above with respect to Exhibit 7. |
| Exhibit 12 | Documents the units sold, revenue, and standard costs for Apple's current products, including Macs and iPads | Apple seeks to seal the confidential U.S. sales data for multiple lines of current Apple products, including the iPad and the Mac, broken out by product line and model over a period of several fiscal years and fiscal quarters. Apple has limited its sealing request to only that information that has never been publicly disclosed. The confidential information that Apple here seeks to seal consists of the very detailed financial information such as the number of units of each model sold, the revenue generated by specific product models, and the standard costs associated with those models. Apple does not publicly disclose such detailed breakdowns – Apple maintains this data as highly confidential, and it is not otherwise publicly disclosed. This financial information would be valuable to Apple's competitors, as it would give them insight into Apple's strategies regarding product mix and profit margins. For example, this detailed financial data would inform Apple's competitors, suppliers, resellers, and other parties about Apple's very specific sales.<br><br>This data is kept highly confidential at Apple, and access to it is limited to select Apple personnel. Moreover, public release of this data would substantially harm Apple, to the benefit of Apple's competitors who would be able to obtain detailed information concerning the costs and revenue associated with particular Apple products. That information, in turn, would allow Apple's competitors to unfairly compete with Apple by setting their own product prices at levels that would |

| Document to be Sealed | Sensitive Information to be Redacted | Notes |
|---|---|---|
| | | impact Apple's ability to generate sufficient revenue. |
| Exhibits 13-14 | Documents the sales and sales estimates for Apple's iPhones and iPads, including units sold, revenues, and costs, for particular models | Apple seeks to seal data that identifies, on a particularized model-by-model basis, sales numbers specific to various iPhone and iPad models. These exhibits contain data concerning units sold, costs, standard margin, average selling price, average standard cost, and billings for Apple iPad and iPhone products. Apple maintains this data as highly confidential and not publicly disclosed, particularly to the extent that it constitutes financial information on a model-by-model basis, rather than for whole product lines. Moreover, even within Apple, and as the exhibits themselves state in footers on each page, the information contained in the exhibits is maintained by Apple on a "need to know confidential" basis. This information is highly sensitive, and public exposure of this information would substantially harm Apple and benefit Apple's direct competitors. This information would be valuable to competitors because it would provide them insight into Apple's strategies regarding product mix at the time of launching a new smartphone or tablet model and over the course of the product's life cycle. |
| Exhibit 15 | Documents Apple's estimated gross margin information for current Apple product lines | Apple seeks to seal its highly proprietary projections and estimates of its gross margins for certain of its current products: the iPod, iPad, Mac, and iPhone products. As the document itself confirms, which is marked as being maintained by Apple on a "need to know confidential basis," such information is highly sensitive data. This information, including the gross margin data, is highly sensitive to Apple and the public disclosure of this information would substantially harm Apple, as its competitors could determine how Apple estimates gross margins for particular products and in turn set their own prices to at points designed specifically to undercut Apple's margins and better compete with Apple. |
| Exhibits 16, 18, 42-44 | Documents the information considered by and strategies for setting prices of Apple's products | Apple seeks to seal in their entirety these highly confidential presentations, which were prepared for consideration during discussions of pricing for Apple's new products. As stated in these presentations, the information contained in them is kept confidential even internally at Apple, and maintained on a "need to know" basis. |

| Document to be Sealed | Sensitive Information to be Redacted | Notes |
|---|---|---|
| | | These presentations contain not only detailed and highly sensitive quantitative data concerning iPhone and iPad price-setting, including information concerning Apple's target gross margins at various price points for particular products, but also qualitative description of Apple's confidential internal considerations taken into account when setting prices for Apple products.  Moreover, the specific collection of the information contained within these presentations provides critical and un-replicable insight into Apple's price-setting strategies; simply knowing who is setting such decisions, and the particular factors that are considered, is very proprietary to Apple.  This information is treated with the utmost confidentiality at Apple; disclosure of this information, and its existence, is restricted to very limited set of individuals on a need-to-know basis.<br><br>Disclosure of this information to Apple's competitors would thus substantially harm Apple.  Those competitors would not only gain invaluable insight into the specific financial data Apple uses to set prices for its newly launching products, they also would benefit—at Apple's direct expense—from gaining insight into how Apple prices its current products, and may price its future products.  Public disclosure of the factors considered by Apple and its critical narrative relating to and analysis of such financial data, all of which are considered by Apple to be highly confidential and, at their core, Apple's trade secrets, would thus give competitors a substantial and unfair advantage over Apple.  Disclosure of Apple's expenses, cost and profit information—including to the extent that information is used to inform Apple's pricing decisions—would thus provide an economic boon to Apple's competitors at Apple's expense. |
| Exhibit 17 | Documents estimated gross margins for Apple's line of iPhone products | Apple seeks to seal a single-page chart that details Apple's estimated gross margins for its iPhone products, as well as other expected financial information, on a model-by-model basis.  This document thus contains information that would be valuable to a competitor and provide that competitor with insight into Apple's target product sales mix, as broken down by particular iPhone |

| Document to be Sealed | Sensitive Information to be Redacted | Notes |
|---|---|---|
| | | model, target average selling prices for those products, and Apple's target total costs for those products.<br><br>This information would enable Apple's competitors to view the specific data Apple looks to when estimating its future product mix, as well as the target margins Apple may seek across its product lines. Those competitors could then set their own prices specifically to undercut Apple's target margins, thereby substantially impacting Apple's sales and profits. |
| Exhibits 19-20 | Reveals certain of the individuals involved in Apple's pricing decisions as well as the specific information considered by such individuals | Apple seeks to seal its internal emails exchanged between certain of the individuals who may have been involved in discussions regarding price for particular Apple products. As explained above, the process by which Apple sets its prices is considered to be highly confidential and proprietary at Apple; such information is protected on a need-to-know-basis. Moreover, these internal emails contain and attach further highly confidential information, and particularly documents that lay out Apple's intended product release strategy for current product lines, including the iPhone and iPad, as well as Apple's sensitive cost and margin data. In addition, the emails set forth specific gross margin data as well as information concerning changes in Apple's product costs and those changes' impacts on Apple's margins, in the case of Exhibit 19.<br><br>As the attachments note, this information is "Apple Inc. Strictly Confidential" and kept internally at Apple on a "Need to Know" basis. Indeed, access to these materials is restricted at Apple to a very select group of people.<br><br>Public disclosure of this information would provide Apple's competitors with critical insight into how Apple plans its future product releases and the information Apple considers about its future products. |
| Exhibits 21-24 | Details projected and current costs, materials, and components for Apple's iPhone and iPad products | Apple seeks to seal detailed financial data regarding the components, and their respective costs, as well as future projections of such costs, for its products in the iPhone and iPad lines currently being sold by Apple. This data also includes the detailed cost breakdowns of specific features in these products. |

| Document to be Sealed | Sensitive Information to be Redacted | Notes |
|---|---|---|
| | | Public disclosure of this information would critically harm Apple by allowing its competitors to learn the costs facing Apple for particular, myriad components of some of its flagship products. Disclosure of this information would also harm Apple's suppliers, whose pricing information for particular components with respect to Apple would be disseminated to their competitors and to other customers, who may then demand pricing similar to that of Apple. |
| Exhibit 25 | Details current and projected price, gross margin, and cost information for Apple's iPhone products | This exhibit contains data on Apple's pricing estimates for iPhone products (some of which are still on sale today), including ways in which prices have exhibited key variances over time. The exhibit also provides US targets for selling prices, total cost, and gross margin for iPhones currently being sold. As the exhibit states, it is confidential information kept on a "need to know" basis internally at Apple. Its public disclosure would expose Apple to critical harm in that Apple's competitors could determine how Apple sets target prices and aims to set costs in order to achieve target gross margins. Apple's competitors could then price their own products at points designed specifically to undercut Apple's margins. |
| Exhibits 34–35 | Reflects Apple internal processes for setting pricing for its products | Apple seeks to seal only the information reflected in these documents that reveals Apple's highly confidential processes for considering and determining prices for its products, as well as the personal information for an Apple employee. The specific processes employed by Apple to consider and determine its pricing for its products is considered to be highly confidential and proprietary by Apple, and is disclosed only on a need-to-know basis. Information about these processes, and how Apple sets its prices, is highly restricted to a very limited set of personnel. Simply knowing who is setting such decisions, and the particular factors that are considered, is treated with the utmost confidentiality at Apple; disclosure of this information, and its existence, is restricted to very limited set of individuals on a need-to-know basis. Disclosure of this information to Apple's competitors would thus substantially harm Apple. Those competitors would gain invaluable |

| Document to be Sealed | Sensitive Information to be Redacted | Notes |
|---|---|---|
| | | insight into Apple's procedures for setting prices. Moreover, disclosure of the information contained in these documents would reveal the private information of an individual Apple employee. |
| Exhibit 36 | Details Apple's pricing information for its iPhone products | This exhibit consists entirely of information concerning Apple's proposed pricing for the iPhone, including highly sensitive information used to determine such pricing in granular detail. This information is, like Apple's other financial data, treated with the utmost confidentiality and its disclosure is limited to a very restricted set of individuals at Apple, on a need-to-know basis.<br><br>Public disclosure of this information would significantly harm Apple as its competitors, suppliers, and the market generally would gain significant insight into how Apple determines prices for its iPhone products, and could use such information, to an unfair advantage over Apple, if and when they were negotiating with Apple. These entities would thus gain an unfair advantage over Apple through use of this information. |
| Exhibit 37 | Documents pricing information and strategy for Apple's iPod, iPhone, and accessory products | Apple seeks to seal an internal email circulated between select Apple personnel involved in iPhone and iPod pricing issues, which references the strategy for the particular sales adjustment and other internal pricing strategy decisions for the iPhone.<br><br>As with other of the exhibits considered during Apple's pricing discussions, public disclosure of information contained in this email would provide Apple's competitors with critical insight into how Apple sets its prices for newly launching products, including iPhone. |
| Exhibit 38 | Documents potential pricing strategies for the iPad products | Apple seeks to seal a detailed chart that contains sensitive Apple financial and pricing data for Apple's iPad products from dates prior to the launch of the referenced products. This chart contains detailed financial information used to determine and confirm pricing for iPad models prior to launch, as well as corresponding standard cost, product cost and gross margin, on a model-by-model basis. Such information is highly protected at Apple, particularly as Apple does not publicly release its financial information for specific models within a particular product line. |

| Document to be Sealed | Sensitive Information to be Redacted | Notes |
|---|---|---|
|  |  | As with other pricing-related information, public disclosure of the information in this exhibit would critically harm Apple by allowing Apple's competitors to gain insight into the data Apple relies upon to inform its product pricing decisions, and the gross margins Apple seeks to attain for various specific product models at various price points. This information could be used by Apple's competitors to adjust their own pricing specifically in order to undercut Apple's margins. |

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 15th day of July, 2013 at Cupertino, CA.

By: */s/ Mark Buckley*
    Mark Buckley

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Declaration.  In compliance with General Order 45.X.B, I hereby attest that Mark Buckley has concurred in this filing.

Dated: July 15, 2013                              /s/ H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: July 15, 2013                              /s/ H. Mark Lyon