UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>          Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Counterclaim-Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br>          Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE THE APRIL 12, 2013 ORDER AND SUPPORTING DOCUMENTS)** |

1  Pursuant to Civil Local Rule 79-5(d), Samsung has filed an Administrative Motion to File
2  Documents Under Seal (Samsung's Motion to Compel Production of Financial Documents and to
3  Enforce the April 12, 2013, Order), D.I. 669) ("Samsung's Motion to Seal").  In support of
4  Samsung's Motion to Seal, Apple filed the supporting declarations of Cyndi Wheeler and Mark
5  Buckley.
6  These declarations, as required under Civil L.R. 79-5 and General Order No. 62, provide good
7  cause for this Court to file the documents at issue in Samsung's Motion to Seal as they establish that
8  the documents and information included in Samsung's Motion to Seal are sealable under applicable
9  law.  Civil L.R. 79-5(a).
10  Accordingly, the Court HEREBY ORDERS that there is good cause to seal the following
11  documents, and portions thereof, which may be filed under seal:
12  a.  Portions of Samsung's Motion to Compel Production of Financial Documents ad to
13      Enforce the April 12, 2013, Order ("Motion to Compel") shall be sealed consistent
14      with the proposed redacted version publicly filed by Apple on July 15, 2013;
15  b.  Portions of the Declaration of Amar L. Thakur in Support of Samsung's Motion to
16      Compel Production of Financial Documents and to Enforce April 12, 2013, Order (the
17      "Thakur Declaration") shall be sealed consistent with the proposed redacted version
18      publicly filed by Apple on July 15, 2013;
19  c.  Portions of Exhibits 5 to 12, 34, and 35 to the Thakur Declaration shall be sealed
20      consistent with the proposed redacted version publicly filed by Apple on July 15,
21      2013;
22  d.  Exhibits 13 to 25, 36 to 38, and 42 to 44 shall be sealed in full.
23  The proposed redacted versions of Samsung's Motion to Compel, the Thakur Declaration, and
24  Exhibits 5 to 12, 34, and 35, filed by Apple on July 15, 2013, shall remain the publicly available
25  versions filed on ECF.
26  Having considered the motion and declarations identified above, and finding good cause
27  therefore, the Court hereby GRANTS Samsung's Motion to Seal.  Samsung's Motion to Compel
28  Production of Financial Documents and to Enforce the April 12, 2013, Order; the Thakur

Declaration; and Exhibits 5-11, 12-25, 34-38, and 42-44, and portions thereof, thereto shall be filed under seal.

**IT IS SO ORDERED.**

Dated: _____, 2013

_____
Hon. Paul S. Grewal
United States Magistrate Judge