# EXHIBIT 5
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## FY2007 - Q1FY2013
## iPhone Summary

**Domestic Summary**
*US Only*

| | FY07Q1 | FY07Q2 | FY07Q3 | FY07Q4 | FY2007 | FY08Q1 | FY08Q2 | FY08Q3 | FY08Q4 | FY2008 | FY09Q1 | FY09Q2 | FY09Q3 | FY09Q4 | FY2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M68 Units (in k) | | | | | | | | | | | | | | | |
| 4GB | | | | | | | | | | | | | | | |
| 8GB | | | | | | | | | | | | | | | |
| 16GB | | | | | | | | | | | | | | | |
| N82 Units (in k) | | | | | | | | | | | | | | | |
| 8GB | | | | | | | | | | | | | | | |
| 16GB | | | | | | | | | | | | | | | |
| N88 Units (in k) | | | | | | | | | | | | | | | |
| 16GB | | | | | | | | | | | | | | | |
| 32GB | | | | | | | | | | | | | | | |
| N88A Units (in k) | | | | | | | | | | | | | | | |
| 8GB | | | | | | | | | | | | | | | |
| N90 Units (in k) | | | | | | | | | | | | | | | |
| 16GB | | | | | | | | | | | | | | | |
| 32GB | | | | | | | | | | | | | | | |
| 8GB | | | | | | | | | | | | | | | |
| N92 Units (in k) | | | | | | | | | | | | | | | |
| 8GB | | | | | | | | | | | | | | | |
| 16GB | | | | | | | | | | | | | | | |
| 32GB | | | | | | | | | | | | | | | |
| N94 Units (in k) | | | | | | | | | | | | | | | |
| 16GB | | | | | | | | | | | | | | | |
| 32GB | | | | | | | | | | | | | | | |
| 64GB | | | | | | | | | | | | | | | |
| N41/42 Units (in k) | | | | | | | | | | | | | | | |
| 16GB | | | | | | | | | | | | | | | |
| 32GB | | | | | | | | | | | | | | | |
| 64GB | | | | | | | | | | | | | | | |
| Other Units (in k) | | | | | | | | | | | | | | | |
| Refurb Units (in k) | | | | | | | | | | | | | | | |
| **Total Handset Units** (in k) | - | - | 270 | 1,119 | 1,389 | 1,833 | 1,630 | 692 | 2,660 | 6,815 | 2,041 | 1,678 | 2,532 | 3,475 | 9,726 |
| **Total Handset Billings** (USD $M) | - | - | 143 | 506 | 649 | 729 | 671 | 311 | 1,645 | 3,355 | 1,222 | 1,004 | 1,390 | 1,996 | 5,612 |
| * **Total Handset Revenue** (USD $M) | | | | | | | | | | | | | | | |
| * **ASP** | - | - | 529 | 452 | 467 | 398 | 412 | 449 | 618 | 492 | 599 | 598 | 549 | 574 | 577 |
| ASC | | | | | | | | | | | | | | | |
| Rev Share (USD $M) | | | | | | | | | | | | | | | |

*\* Difference between Billing Amt & Revenue Amt deemed immaterial.*
*Due to System limitations, Revenue Amt used to calculate ASP beginning in Q4FY11 and onward.*

**FY2007 - Q1FY2013**
**iPhone Summary**

**Domestic Summary**
*US Only*

| | FY10Q1 | FY10Q2 | FY10Q3 | FY10Q4 | FY2010 | FY11Q1 | FY11Q2 | FY11Q3 | FY11Q4 | FY2011 | FY12Q1 | FY12Q2 | FY12Q3 | FY12Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M68 Units *(in k)* | | | | | | | | | | | | | | |
|   4GB | | | | | | | | | | | | | | |
|   8GB | | | | | | | | | | | | | | |
|   16GB | | | | | | | | | | | | | | |
| N82 Units *(in k)* | | | | | | | | | | | | | | |
|   8GB | | | | | | | | | | | | | | |
|   16GB | | | | | | | | | | | | | | |
| N88 Units *(in k)* | | | | | | | | | | | | | | |
|   16GB | | | | | | | | | | | | | | |
|   32GB | | | | | | | | | | | | | | |
| N88A Units *(in k)* | | | | | | | | | | | | | | |
|   8GB | | | | | | | | | | | | | | |
| N90 Units *(in k)* | | | | | | | | | | | | | | |
|   16GB | | | | | | | | | | | | | | |
|   32GB | | | | | | | | | | | | | | |
|   8GB | | | | | | | | | | | | | | |
| N92 Units *(in k)* | | | | | | | | | | | | | | |
|   8GB | | | | | | | | | | | | | | |
|   16GB | | | | | | | | | | | | | | |
|   32GB | | | | | | | | | | | | | | |
| N94 Units *(in k)* | | | | | | | | | | | | | | |
|   16GB | | | | | | | | | | | | | | |
|   32GB | | | | | | | | | | | | | | |
|   64GB | | | | | | | | | | | | | | |
| N41/42 Units *(in k)* | | | | | | | | | | | | | | |
|   16GB | | | | | | | | | | | | | | |
|   32GB | | | | | | | | | | | | | | |
|   64GB | | | | | | | | | | | | | | |
| Other Units *(in k)* | | | | | | | | | | | | | | |
| Refurb Units *(in k)* | | | | | | | | | | | | | | |
| **Total Handset Units** *(in k)* | 2,501 | 2,666 | 2,778 | 4,912 | 12,858 | 3,767 | 6,810 | 5,670 | 4,820 | 21,066 | 15,073 | 10,687 | 8,342 | 10,441 |
| **Total Handset Billings** *(USD $M)* | 1,385 | 1,444 | 1,562 | 2,841 | 7,232 | 2,102 | 4,256 | 3,438 | 0 | 9,796 | | | | |
| * **Total Handset Revenue** *(USD $M)* | | | | | | | | | 2,850 | 2,850 | 9,393 | 6,678 | 5,083 | 6,392 |
| * **ASP** | 554 | 542 | 562 | 578 | 563 | 558 | 625 | 606 | 591 | 601 | 623 | 625 | 609 | 612 |
| ASC | | | | | | | | | | | | | | |
| Rev Share *(USD $M)* | | | | | | | | | | | | | | |

* *Difference between Billing Amt & Revenue Amt deemed immaterial.*
*Due to System limitations, Revenue Amt used to calculate ASP beginning in Q4FY11 and onward.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y000000009

APPLE - HIGHLY CONFIDENTIAL (AEO)

US Summary - iPhone
2

Case 5:12-cv-00630-LHK   Document 686-2   Filed 07/15/13   Page 4 of 7



### FY2007 - Q1FY2013
### iPhone Summary

**Domestic Summary**
*US Only*

|  | FY2012 | FY13Q1 | FY2013 |
|---|---|---|---|
| M68 Units *(in k)* | | | |
|   4GB | | | |
|   8GB | | | |
|   16GB | | | |
| N82 Units *(in k)* | | | |
|   8GB | | | |
|   16GB | | | |
| N88 Units *(in k)* | | | |
|   16GB | | | |
|   32GB | | | |
| N88A Units *(in k)* | | | |
|   8GB | | | |
| N90 Units *(in k)* | | | |
|   16GB | | | |
|   32GB | | | |
|   8GB | | | |
| N92 Units *(in k)* | | | |
|   8GB | | | |
|   16GB | | | |
|   32GB | | | |
| N94 Units *(in k)* | | | |
|   16GB | | | |
|   32GB | | | |
|   64GB | | | |
| N41/42 Units *(in k)* | | | |
|   16GB | | | |
|   32GB | | | |
|   64GB | | | |
| Other Units *(in k)* | | | |
| Refurb Units *(in k)* | | | |
| **Total Handset Units** *(in k)* | | | |
| **Total Handset Billings** *(USD $M)* | | | |
| **\* Total Handset Revenue** *(USD $M)* | | | |
| **\* ASP** | | | |
| **ASC** | | | |
| Rev Share *(USD $M)* | | | |

*\* Difference between Billing Amt & Revenue Amt deemed immaterial.*
*Due to System limitations, Revenue Amt used to calculate ASP beginning in Q4FY11 and onward.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y000000010

APPLE - HIGHLY CONFIDENTIAL (AEO)

US Summary - iPhone
3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000000011

**FY2007 - Q1FY2013**
**iPhone Summary**

**WW Summary**

| | FY07Q1 | FY07Q2 | FY07Q3 | FY07Q4 | FY2007 | FY08Q1 | FY08Q2 | FY08Q3 | FY08Q4 | FY2008 | FY09Q1 | FY09Q2 | FY09Q3 | FY09Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M68 Units (in k) | | | | | | | | | | | | | | |
| 4GB | | | | | | | | | | | | | | |
| 8GB | | | | | | | | | | | | | | |
| 16GB | | | | | | | | | | | | | | |
| N82 Units (in k) | | | | | | | | | | | | | | |
| 8GB | | | | | | | | | | | | | | |
| 16GB | | | | | | | | | | | | | | |
| N88 Units (in k) | | | | | | | | | | | | | | |
| 16GB | | | | | | | | | | | | | | |
| 32GB | | | | | | | | | | | | | | |
| N88A Units (in k) | | | | | | | | | | | | | | |
| 8GB | | | | | | | | | | | | | | |
| N90 Units (in k) | | | | | | | | | | | | | | |
| 8GB | | | | | | | | | | | | | | |
| 16GB | | | | | | | | | | | | | | |
| 32GB | | | | | | | | | | | | | | |
| N92 Units (in k) | | | | | | | | | | | | | | |
| 8GB | | | | | | | | | | | | | | |
| 16GB | | | | | | | | | | | | | | |
| 32GB | | | | | | | | | | | | | | |
| N94 Units (in k) | | | | | | | | | | | | | | |
| 16GB | | | | | | | | | | | | | | |
| 32GB | | | | | | | | | | | | | | |
| 64GB | | | | | | | | | | | | | | |
| N41/42 Units (in k) | | | | | | | | | | | | | | |
| 16GB | | | | | | | | | | | | | | |
| 32GB | | | | | | | | | | | | | | |
| 64GB | | | | | | | | | | | | | | |
| Other Units (in k) | | | | | | | | | | | | | | |
| Refurb Units (in k) | | | | | | | | | | | | | | |
| **Total Handset Units** (in k) | 0 | 0 | 270 | 1,119 | 1,389 | 2,315 | 1,703 | 717 | 6,892 | 11,627 | 4,363 | 3,793 | 5,208 | 7,367 |
| **Total Handset Billings** (USD $M) | - | 0 | 143 | 506 | 649 | 941 | 713 | 334 | 4,383 | 6,371 | 2,612 | 2,207 | 2,919 | 4,485 |
| * Total Handset Revenue (USD $M) | | | | | | | | | | | | | | |
| * ASP | - | - | 529 | 452 | 467 | 406 | 419 | 466 | 636 | 548 | 599 | 582 | 560 | 609 |
| ASC | | | | | | | | | | | | | | |
| Rev Share (USD $M) | | | | | | | | | | | | | | |

\* Difference between Billing Amt & Revenue Amt deemed immaterial.
Due to System limitations, Revenue Amt used to calculate ASP beginning in Q4FY11 and

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y000000012

**FY2007 - Q1FY2013**
**iPhone Summary**

**WW Summary**

| | FY2009 | FY10Q1 | FY10Q2 | FY10Q3 | FY10Q4 | FY2010 | FY11Q1 | FY11Q2 | FY11Q3 | FY11Q4 | FY2011 | FY12Q1 | FY12Q2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M68 Units (in k) | | | | | | | | | | | | | |
|   4GB | | | | | | | | | | | | | |
|   8GB | | | | | | | | | | | | | |
|   16GB | | | | | | | | | | | | | |
| N82 Units (in k) | | | | | | | | | | | | | |
|   8GB | | | | | | | | | | | | | |
|   16GB | | | | | | | | | | | | | |
| N88 Units (in k) | | | | | | | | | | | | | |
|   16GB | | | | | | | | | | | | | |
|   32GB | | | | | | | | | | | | | |
| N88A Units (in k) | | | | | | | | | | | | | |
|   8GB | | | | | | | | | | | | | |
| N90 Units (in k) | | | | | | | | | | | | | |
|   8GB | | | | | | | | | | | | | |
|   16GB | | | | | | | | | | | | | |
|   32GB | | | | | | | | | | | | | |
| N92 Units (in k) | | | | | | | | | | | | | |
|   8GB | | | | | | | | | | | | | |
|   16GB | | | | | | | | | | | | | |
|   32GB | | | | | | | | | | | | | |
| N94 Units (in k) | | | | | | | | | | | | | |
|   16GB | | | | | | | | | | | | | |
|   32GB | | | | | | | | | | | | | |
|   64GB | | | | | | | | | | | | | |
| N41/42 Units (in k) | | | | | | | | | | | | | |
|   16GB | | | | | | | | | | | | | |
|   32GB | | | | | | | | | | | | | |
|   64GB | | | | | | | | | | | | | |
| Other Units (in k) | | | | | | | | | | | | | |
| Refurb Units (in k) | | | | | | | | | | | | | |
| **Total Handset Units** (in k) | 20,730 | 8,737 | 8,752 | 8,398 | 14,102 | 39,989 | 16,235 | 18,647 | 20,338 | 17,073 | 72,294 | 37,044 | 35,064 |
| **Total Handset Billings** (USD $M) | 12,223 | 5,425 | 5,256 | 5,005 | 8,642 | 24,327 | 10,151 | 12,004 | 13,066 | | 35,221 | | |
| * Total Handset Revenue (USD $M) | | | | | | | | | | 10,627 | 10,627 | 23,985 | 22,313 |
| * ASP | 590 | 621 | 601 | 596 | 613 | 608 | 625 | 644 | 642 | 622 | 634 | 647 | 636 |
| ASC | | | | | | | | | | | | | |
| Rev Share (USD $M) | | | | | | | | | | | | | |

*\* Difference between Billing Amt & Revenue Amt deemed immaterial.*
*Due to System limitations, Revenue Amt used to calculate ASP beginning in Q4FY11 and*

**FY2007 - Q1FY2013**
**iPhone Summary**

**WW Summary**

| | FY12Q3 | FY12Q4 | FY2012 | FY13Q1 | FY2013 |
|---|---|---|---|---|---|
| M68 Units *(in k)* | | | | | |
|   4GB | | | | | |
|   8GB | | | | | |
|   16GB | | | | | |
| N82 Units *(in k)* | | | | | |
|   8GB | | | | | |
|   16GB | | | | | |
| N88 Units *(in k)* | | | | | |
|   16GB | | | | | |
|   32GB | | | | | |
| N88A Units *(in k)* | | | | | |
|   8GB | | | | | |
| N90 Units *(in k)* | | | | | |
|   8GB | | | | | |
|   16GB | | | | | |
|   32GB | | | | | |
| N92 Units *(in k)* | | | | | |
|   8GB | | | | | |
|   16GB | | | | | |
|   32GB | | | | | |
| N94 Units *(in k)* | | | | | |
|   16GB | | | | | |
|   32GB | | | | | |
|   64GB | | | | | |
| N41/42 Units *(in k)* | | | | | |
|   16GB | | | | | |
|   32GB | | | | | |
|   64GB | | | | | |
| Other Units *(in k)* | | | | | |
| Refurb Units *(in k)* | | | | | |
| **Total Handset Units** *(in k)* | | | | | |
| **Total Handset Billings** *(USD $M)* | | | | | |
| * **Total Handset Revenue** *(USD $M)* | | | | | |
| * **ASP** | | | | | |
| **ASC** | | | | | |
| Rev Share *(USD $M)* | | | | | |

* Difference between Billing Amt & Revenue Amt deemed immaterial.
Due to System limitations, Revenue Amt used to calculate ASP beginning in Q4FY11 and

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000000013

APPLE - HIGHLY CONFIDENTIAL (AEO)