EXHIBIT 6

FILED UNDER SEAL

**HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY**

## Line of Business Reporting • iPhone

| *M$* | Q3'07 Act. | Q4'07 Act. | Q1'08 Act. | Q2'08 Act. | Q3'08 Act. | Q4'08 Act. | Q1'09 Act. | Q2'09 Act. | Q3'09 Act. | Q4'09 Act. | Q1'10 Act. | Q2'10 Act. | Q3'10 Act. | Q4'10 Act. | Q1'11 Act. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Apple** | iPhone | iPhone | iPhone | iPhone | iPhone | iPhone | iPhone | iPhone | iPhone | iPhone | iPhone | iPhone | iPhone | iPhone | iPhone |
| Total Revenue | 137 | 447 | 987 | 775 | 451 | 4,329 | 2,872 | 2,378 | 3,005 | 4,538 | 5,502 | 5,375 | 5,271 | 8,776 | 10,388 |
| **Units (K)** | 270 | 1,119 | 2,315 | 1,703 | 717 | 6,892 | 4,363 | 3,793 | 5,208 | 7,367 | 8,737 | 8,752 | 8,398 | 14,102 | 16,235 |

*Note: iPhone Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.*

APPLE – HIGHLY CONFIDENTIAL (AEO)

APLNDC630-Y00000015

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

APLNDC630-Y00000016

| *iPhone* | | | | | | | |
|---|---|---|---|---|---|---|---|
| *M$* | Q2'11 Act. | Q3'11 Act. | Q4'11 Act. | Q1'12 Act | Q2'12 Act | Q3'12 Act | Q4'12 Act |
| **Total Apple** | iPhone | iPhone | iPhone | iPhone | iPhone | iPhone | iPhone |
| Total Revenue | 12,225 | 13,312 | 10,836 | 24,267 | | | |
| Units (K) | 18,647 | 20,338 | 17,073 | 37,044 | | | |

APPLE - HIGHLY CONFIDENTIAL (AEO)

## Line of Business Reporting • iPad

| M$ | Q3'10 Act. | Q4'10 Act. | Q1'11 Act. | Q2'11 Act. | Q3'11 Act. | Q4'11 Act. | Q1'12 Act | Q2'12 Act | Q3'12 Act | Q4'12 Act |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Apple** | iPad | iPad | iPad | iPad | iPad | iPad | iPad | iPad | iPad | iPad |
| Total Revenue | 2,042 | 2,634 | 4,397 | 2,663 | 5,660 | 6,634 | 8,875 | | | |
| | | | | | | | | | | |
| Units (K) | 3,270 | 4,188 | 7,331 | 4,694 | 9,246 | 11,123 | 15,434 | | | |

*Note: iPad Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.*

APPLE - HIGHLY CONFIDENTIAL (AEO)

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

APLNDC630-Y00000017

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

APLNDC630-Y00000018

| | Line of Business Reporting • iPod | | | | | | | | | | | | | | | | | iPod |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| M$ | Q4'07 Act. | Q1'08 Act. | Q2'08 Act. | Q3'08 Act. | Q4'08 Act. | Q1'09 Act. | Q2'09 Act. | Q3'09 Act. | Q4'09 Act. | Q1'10 Act. | Q2'10 Act. | Q3'10 Act. | Q4'10 Act. | Q1'11 Act. | Q2'11 Act. | Q3'11 Act. | Q4'11 Act. | Q1'12 Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Apple | iPod | iPod | iPod | iPod | iPod | iPod | iPod | iPod | iPod | iPod | iPod | iPod | iPod | iPod | iPod | iPod | iPod | iPod |

*Note: iPod Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.*

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

APLNDC630-Y0000019

| | Q2'12 Act | Q3'12 Act | Q4'12 Act |
|---|---|---|---|
| | iPod | iPod | iPod |



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Line of Business Reporting • iMac

| M$ | Q3'06 Act. | Q4'06 Act. | Q1'07 Act. | Q2'07 Act. | Q3'07 Act. | Q4'07 Act. | Q1'08 Act. | Q2'08 Act. | Q3'08 Act. | Q4'08 Act. | Q1'09 Act. | Q2'09 Act. | Q3'09 Act. | Q4'09 Act. | Q1'10 Act. | Q2'10 Act. | Q3'10 Act. | Q4'10 Act. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Apple** | iMac | iMac | iMac | iMac | iMac | iMac | iMac | iMac | iMac | iMac | iMac | iMac | iMac | iMac | iMac | iMac | iMac | iMac |

*Note: iMac Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.*

## *iMac*

| | Q1'11 Act. | Q2'11 Act. | Q3'11 Act. | Q4'11 Act. | Q1'12 Act | Q2'12 Act | Q3'12 Act | Q4'12 Act |
|---|---|---|---|---|---|---|---|---|
| | iMac | iMac | iMac | iMac | iMac | iMac | iMac | iMac |

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

APLNDC630-Y00000021

APPLE - HIGHLY CONFIDENTIAL (AEO)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Line of Business Reporting • Cube / PwrMac / MacPro

| M$ | Q4'06 Act. | Q1'07 Act. | Q2'07 Act. | Q3'07 Act. | Q4'07 Act. | Q1'08 Act. | Q2'08 Act. | Q3'08 Act. | Q4'08 Act. | Q1'09 Act. | Q2'09 Act. | Q3'09 Act. | Q4'09 Act. | Q1'10 Act. | Q2'10 Act. | Q3'10 Act. | Q4'10 Act. | Q1'11 Act. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Apple** | MacPro | MacPro | MacPro | MacPro | MacPro | MacPro | MacPro | MacPro | MacPro | MacPro | MacPro | MacPro | MacPro | MacPro | MacPro | MacPro | MacPro | MacPro |

*Note:  PwrMac Revenue, Std Cost, Units direct.  Other amounts allocated based on overall company results.*

APLNDC630-Y00000022

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

APLNDC630-Y0000023

### MacPro

| | Q2'11 Act. | Q3'11 Act. | Q4'11 Act. | Q1'12 Act | Q2'12 Act | Q3'12 Act | Q4'12 Act |
|---|---|---|---|---|---|---|---|
| | MacPro | MacPro | MacPro | MacPro | MacPro | MacPro | MacPro |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000024

| Line of Business Reporting • iBook / MBook | | | | | | | | | | | | | | | | | | | | | *MBook* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| *M$* | Q3'06 Act. | Q4'06 Act. | Q1'07 Act. | Q2'07 Act. | Q3'07 Act. | Q4'07 Act. | Q1'08 Act. | Q2'08 Act. | Q3'08 Act. | Q4'08 Act. | Q1'09 Act. | Q2'09 Act. | Q3'09 Act. | Q4'09 Act. | Q1'10 Act. | Q2'10 Act. | Q3'10 Act. | Q4'10 Act. | Q1'11 Act. | Q2'11 Act. | Q3'11 Act. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Apple** | MBook | MBook | MBook | MBook | MBook | MBook | MBook | MBook | MBook | MBook | MBook | MBook | MBook | MBook | MBook | MBook | MBook | MBook | MBook | MBook | MBook |

*Note:  iBook Revenue, Std Cost, Units direct.  Other amounts allocated based on overall company results.*

APPLE - HIGHLY CONFIDENTIAL (AEO)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000025



| *M$* | Q4'11 Act. | Q1'12 Act | Q2'12 Act | Q3'12 Act | Q4'12 Act |
|---|---|---|---|---|---|
| **Total Apple** | MBook | MBook | MBook | MBook | MBook |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y00000026

| Line of Business Reporting • MBAir | | | | | | | | | | | | | | | | | | *MBAir* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *M$* | Q1'08 Act. | Q2'08 Act. | Q3'08 Act. | Q4'08 Act. | Q1'09 Act. | Q2'09 Act. | Q3'09 Act. | Q4'09 Act. | Q1'10 Act. | Q2'10 Act. | Q3'10 Act. | Q4'10 Act. | Q1'11 Act. | Q2'11 Act. | Q3'11 Act. | Q4'11 Act. | Q1'12 Act | Q2'12 Act |
| **Total Apple** | MBAir | MBAir | MBAir | MBAir | MBAir | MBAir | MBAir | MBAir | MBAir | MBAir | MBAir | MBAir | MBAir | MBAir | MBAir | MBAir | MBAir | MBAir |

*Note:  MBAir Revenue, Std Cost, Units direct.  Other amounts allocated based on overall company results.*

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

APLNDC630-Y00000027



| | Q3'12<br>Act<br>MBAir | Q4'12<br>Act<br>MBAir |
|---|---|---|

APPLE - HIGHLY CONFIDENTIAL (AEO)

MBAir Total Qtrs

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y00000028

## Line of Business Reporting • MBPro

| M$ | Q3'06 Act. | Q4'06 Act. | Q1'07 Act. | Q2'07 Act. | Q3'07 Act. | Q4'07 Act. | Q1'08 Act. | Q2'08 Act. | Q3'08 Act. | Q4'08 Act. | Q1'09 Act. | Q2'09 Act. | Q3'09 Act. | Q4'09 Act. | Q1'10 Act. | Q2'10 Act. | Q3'10 Act. | Q4'10 Act. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Apple | MBPro | MBPro | MBPro | MBPro | MBPro | MBPro | MBPro | MBPro | MBPro | MBPro | MBPro | MBPro | MBPro | MBPro | MBPro | MBPro | MBPro | MBPro |

*Note:  MBPro Revenue, Std Cost, Units direct.  Other amounts allocated based on overall company results.*



Q1'11
Act.

MBPro

APLNDC630-Y0000029

MBPro Total Qtrs
15

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

## MBPro

| Q2'11 Act. | Q3'11 Act. | Q4'11 Act. | Q1'12 Act | Q2'12 Act | Q3'12 Act | Q4'12 Act |
|---|---|---|---|---|---|---|
| MBPro | MBPro | MBPro | MBPro | MBPro | MBPro | MBPro |

APPLE - HIGHLY CONFIDENTIAL (AEO)

APLNDC630-Y00000030

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000000031

## Line of Business Reporting • Ph.Acc — *Ph.Acc*

| M$ | Q3'07 Act. | Q4'07 Act. | Q1'08 Act. | Q2'08 Act. | Q3'08 Act. | Q4'08 Act. | Q1'09 Act. | Q2'09 Act. | Q3'09 Act. | Q4'09 Act. | Q1'10 Act. | Q2'10 Act. | Q3'10 Act. | Q4'10 Act. | Q1'11 Act. | Q2'11 Act. | Q3'11 Act. | Q4'11 Act. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Apple** | Ph.Acc | Ph.Acc | Ph.Acc | Ph.Acc | Ph.Acc | Ph.Acc | Ph.Acc | Ph.Acc | Ph.Acc | Ph.Acc | Ph.Acc | Ph.Acc | Ph.Acc | Ph.Acc | Ph.Acc | Ph.Acc | Ph.Acc | Ph.Acc |
| Total Revenue | 4 | 41 | 49 | 42 | 31 | 77 | 68 | 49 | 55 | 67 | 76 | 69 | 63 | 46 | 80 | 74 | -2 | 145 |
| Units (K) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

*Note: Ph.Acc Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.*



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y00000032

## Line of Business Reporting • iPad.Acc

| *M$* | Q3'10 Act. | Q4'10 Act. | Q1'11 Act. | Q2'11 Act. | Q3'11 Act. | Q4'11 Act. | Q1'12 Act | Q2'12 Act | Q3'12 Act | Q4'12 Act |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Apple** | iPad.Acc | iPad.Acc | iPad.Acc | iPad.Acc | iPad.Acc | iPad.Acc | iPad.Acc | iPad.Acc | iPad.Acc | iPad.Acc |
| Total Revenue | 124 | 158 | 211 | 172 | 385 | 234 | 278 | | | |
| Units (K) | -- | -- | -- | -- | -- | -- | -- | | | |

*Note:  iPad.Acc Revenue, Std Cost, Units direct.  Other amounts allocated based on overall company results.*

APPLE - HIGHLY CONFIDENTIAL (AEO)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000033

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

APLNDC630-Y0000000034

## Line of Business Reporting • Mus.Acc

| M$ | Q1'06 Act. | Q2'06 Act. | Q3'06 Act. | Q4'06 Act. | Q1'07 Act. | Q2'07 Act. | Q3'07 Act. | Q4'07 Act. | Q1'08 Act. | Q2'08 Act. | Q3'08 Act. | Q4'08 Act. | Q1'09 Act. | Q2'09 Act. | Q3'09 Act. | Q4'09 Act. | Q1'10 Act. | Q2'10 Act. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Apple** | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc |
| Total Revenue | 253 | 183 | 167 | 155 | 243 | 144 | 135 | 114 | 207 | 141 | 127 | 129 | 166 | 126 | 118 | 130 | 191 | 146 |
| Units (K) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

*Note:  Mus.Acc Revenue, Std Cost, Units direct.  Other amounts allocated based on overall company results.*

APPLE - HIGHLY CONFIDENTIAL (AEO)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000035



| Mus.Acc | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| *M$* | Q3'10 Act. | Q4'10 Act. | Q1'11 Act. | Q2'11 Act. | Q3'11 Act. | Q4'11 Act. | Q1'12 Act | Q2'12 Act | Q3'12 Act | Q4'12 Act |
| **Total Apple** | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc | Mus.Acc |
| Total Revenue | 138 | 138 | 178 | 142 | 137 | 146 | 213 | | | |
| Units (K) | -- | -- | -- | -- | -- | -- | -- | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y00000036

| **Line of Business Reporting • Mac.Acc / Accssries** |
|:---:|

| M$ | Q4'09 Act. | Q1'10 Act. | Q2'10 Act. | Q3'10 Act. | Q4'10 Act. | Q1'11 Act. | Q2'11 Act. | Q3'11 Act. | Q4'11 Act. | Q1'12 Act | Q2'12 Act | Q3'12 Act | Q4'12 Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Apple** | Mac.Acc | Mac.Acc | Mac.Acc | Mac.Acc | Mac.Acc | Mac.Acc | Mac.Acc | Mac.Acc | Mac.Acc | Mac.Acc | Mac.Acc | Mac.Acc | Mac.Acc |

*Note: Accssries Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.*

APPLE - HIGHLY CONFIDENTIAL (AEO)

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

APLNDC630-Y00000037

## Line of Business Reporting • iTS

| M$ | Q2'06 Act. | Q3'06 Act. | Q4'06 Act. | Q1'07 Act. | Q2'07 Act. | Q3'07 Act. | Q4'07 Act. | Q1'08 Act. | Q2'08 Act. | Q3'08 Act. | Q4'08 Act. | Q1'09 Act. | Q2'09 Act. | Q3'09 Act. | Q4'09 Act. | Q1'10 Act. | Q2'10 Act. | Q3'10 Act. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Apple** | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS |

*Note:  iTS Revenue, Std Cost, Units direct.  Other amounts allocated based on overall company results.*

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

| iTS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| *M$* | Q4'10 Act. | Q1'11 Act. | Q2'11 Act. | Q3'11 Act. | Q4'11 Act. | Q1'12 Act | Q2'12 Act | Q3'12 Act | Q4'12 Act |
|---|---|---|---|---|---|---|---|---|---|
| **Total Apple** | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS |

APPLE - HIGHLY CONFIDENTIAL (AEO)

APLNDC630-Y00000038

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

## Line of Business Reporting • Mob.Adv

| M$ | Q2'10 Act. | Q3'10 Act. | Q4'10 Act. | Q1'11 Act. | Q2'11 Act. | Q3'11 Act. | Q4'11 Act. | Q1'12 Act | Q2'12 Act | Q3'12 Act | Q4'12 Act |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Apple** | Mob.Adv | Mob.Adv | Mob.Adv | Mob.Adv | Mob.Adv | Mob.Adv | Mob.Adv | Mob.Adv | Mob.Adv | Mob.Adv | Mob.Adv |

*Note: Mob.Adv Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.*

APPLE –HIGHLY CONFIDENTIAL (AEO)

APLNDC630-Y0000039

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000000040

## Line of Business Reporting • Total

*M$*

| **Total Apple** | Q2'06 Act. Total | Q3'06 Act. Total | Q4'06 Act. Total | Q1'07 Act. Total | Q2'07 Act. Total | Q3'07 Act. Total | Q4'07 Act. Total | Q1'08 Act. Total | Q2'08 Act. Total | Q3'08 Act. Total | Q4'08 Act. Total | Q1'09 Act. Total | Q2'09 Act. Total | Q3'09 Act. Total | Q4'09 Act. Total | Q1'10 Act. Total | Q2'10 Act. Total | Q3'10 Act. Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 4,359 | 4,370 | 4,837 | 7,123 | 5,286 | 5,563 | 6,606 | 10,430 | 7,980 | 7,561 | 11,520 | 11,880 | 9,084 | 9,734 | 12,207 | 15,683 | 13,499 | 15,700 |
| Units (K) | 1,112 | 1,327 | 1,610 | 1,606 | 1,517 | 1,764 | 2,164 | 2,319 | 2,289 | 2,496 | 2,611 | 2,524 | 2,216 | 2,603 | 3,053 | 3,362 | 2,943 | 3,472 |

*Note:  Total Revenue, Std Cost, Units direct.  Other amounts allocated based on overall company results.*

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

APLNDC630-Y0000041



|  | Q4'10 Act. | Q1'11 Act. |
|---|---|---|
|  | Total | Total |
|  | 20,343 | 26,741 |
|  | 3,885 | 4,134 |

APPLE - HIGHLY CONFIDENTIAL (AEO)

Total Comp Total Qtrs

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

APLNDC630-Y0000042

### Total

| Q2'11 Act. | Q3'11 Act. | Q4'11 Act. | Q1'12 Act | Q2'12 Act | Q3'12 Act | Q4'12 Act |
|---|---|---|---|---|---|---|
| Total | Total | Total | Total | Total | Total | Total |
| 24,667 | 28,571 | 28,270 | 46,333 | 39,186 | 35,023 | 35,966 |
| 3,760 | 3,947 | 4,894 | 5,198 | 4,018 | 4,020 | 4,922 |