# EXHIBIT 7
# FILED UNDER SEAL

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3203**

WRITER'S INTERNET ADDRESS
scottwatson@quinnemanuel.com

May 6, 2013

<u>VIA E-MAIL</u>

Michael A. Valek
Gibson, Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071

Re:   <u>Apple v. Samsung Elecs., et al, Case No. 12-CV-00630-LHK (N.D. Cal.)</u>

Dear Counsel:

I write to regarding certain deficiencies in Apple's financial document production of April 15-16, 2013 and May 1, 2013. We have reviewed your production and in addition to what you have produced, we request you supplement your production with documents sufficient to show the following:

(1) U.S. units for the iPhone 4S and iPhone 5 by carrier and by memory size. ████████████████████████████████████████████████████

(2) U.S. sales revenue for all iPhone models by carrier and by memory size.

(3) U.S. standard margins for all iPhone models by carrier and by memory size.

(4) U.S. P&L data by product line. ████████████████████████████████████████

(5) Expenses/costs broken out by category for all products accused of infringing the Samsung patents by model and by carrier where applicable.

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Paveletskaya Plaza, Paveletskaya Square, 2/3, 115054 Moscow, Russia | TEL +7 499 277 1000 FAX +7 499 277 1001
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000 FAX +49 40 89728 7100

(6) Unit sales and revenue for the products and services set forth in the document with beginning Bates number APLNDC630-Y00000452 going back to 2006 (the information provided begins in January 2009) and cost and standard margin data for the entire period.

(7) The product names by model that correspond with the product codes used in the documents produced, including the documents with beginning Bates numbers APLNDC630-Y00000008, APLNDC630-Y00000043 and APLNDC630-Y00000452.

Please confirm that Apple will be supplementing its production and provide a date by which Apple will do so.

Also, please confirm whether the documents produced include accessory data for all accused products and whether the app data includes all app sales for the time period stated or only app sales made through iTunes.

Additionally, with respect to Apple's production of pricing documents previously ordered by the Court, to date Apple has produced exactly nine pricing documents comprising 59 pages. These documents consist of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ It thus appears that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Yet Apple has not produced these ▓▓▓▓ for the overwhelming majority of the time period at issue in this case. Nor has Apple produced communications between Apple and the carriers regarding pricing. Please produce all such documents without further delay.

Very truly yours,

*/s/ Scott L. Watson*

Scott L. Watson

2