# EXHIBIT 9
# FILED UNDER SEAL

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3203

WRITER'S INTERNET ADDRESS
scottwatson@quinnemanuel.com

June 7, 2013

<u>VIA E-MAIL</u>

Rod J. Stone
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Re:     <u>Apple v. Samsung Elecs., et al, Case No. 12-CV-00630-LHK (N.D. Cal.)</u>

Dear Rod:

I write regarding your letter dated May 31, 2013 which responds to my letter dated May 6, 2013.  As a preliminary matter, Samsung is not seeking documents "beyond those covered by Samsung's exisiting document requests."  The information Samsung seeks is fairly covered by Samsung's existing requests, including RFP nos. 101, 197, 539-556 and 854.  The specific responses in your May 6 letter are addressed below.

     1.     APLNDC630-Y00000008 provides unit sales data by product code, not by product or model name.  Please confirm the product codes that correspond with the iPhone 4S and iPhone 5.

     2.     APLNDC630-Y00000015 provides aggregate sales revenue data for the iPhone.  Your letter states that ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Please confirm that Apple will, at a minimum, provide U.S. sales revenue data by iPhone model and, ████████ by iPhone model and memory size. Also, please confirm that ████████████████████████████████████

     3.     Similarly, APLNDC630-Y00000015 provides standard margin data for the iPhone in the aggregate.  ████████████████████████

███████████████████████████████████ please confirm that Apple will, at a minimum, provide U.S. standard margin data by iPhone model and, ████████, by iPhone model and memory size.

      4.      Your letter states "Apple has provided Line of Business reports . . . for each product at issue."  We have been unable to locate Line of Business reports for Mac mini and Apple TV products.  If such documents have been produced, please identify them by Bates numbers.  Otherwise, please confirm that Apple will produce Line of Business reports for Mac mini and Apple TV forthwith.

      5.      Your letter states that ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████  Please confirm that Apple will produce such information.

      6.      Thank you for clarifying the information contained in the columns labeled "Net Sales" and "Net Actual Price" in APLNDC630-Y00000452.  Regarding the time period covered by the document, Samsung is entitled to seek damages as far as six years prior to the filing of its claims in this lawsuit.  Obviously, if there were no sales of a particular product in any given time period, there will be no information to provide for that time period.  Please confirm that Apple will provide the information set forth in APLNDC630-Y00000452 for the requested time period.

      7.      APLNDC630-Y00000043 may provide the product codes Apple uses to track product models internally but it does not identify the model those internal codes correspond to.  Samsung's financial document requests seek information by product model, not product code.  Please confirm that Apple will produce documents sufficient to identify the product models that correspond with Apple's internal product codes.

Please confirm that Apple will be supplementing its production and provide a date by which Apple will do so.

Very truly yours,

*/s/ Scott L. Watson*

Scott L. Watson