# EXHIBIT 10
# FILED UNDER SEAL

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Rod Stone
Direct: +1 213.229.7256
Fax: +1 213.229.6256
RStone@gibsondunn.com

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

June 24, 2013

VIA ELECTRONIC MAIL

Scott L. Watson
Quinn Emanuel Urquhart & Sullivan LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:   *Apple Inc. v. Samsung Electronics Co.*, No. 12-cv-0630

Dear Scott:

I write to follow up on the parties' discussions during last Thursday's lead trial counsel meet and confer regarding Samsung's requests for certain categories of Apple financial data.

1. In its June 7, 2013, letter to Apple, Samsung asks that Apple confirm "the product codes that correspond with the iPhone 4S and iPhone 5" in APLNDC630-Y00000008. The product code in APLNDC630-Y00000008 that corresponds to the iPhone 4S is "N94." The product codes in APLNDC630-Y00000008 that correspond to the iPhone 5 are "N41/42."

2. Also in its June 7, 2013, letter, Samsung requests that Apple, "at a minimum, provide U.S. sales revenue data by iPhone model and, ▉▉▉▉▉ by iPhone model and memory size." As stated in Apple's May 30, 2013, letter, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ For example, as we previously noted, the document beginning at APLNDC630-Y00000015 contains Line of Business Reports for Apple products, including iPhone, and provides total revenue for the iPhone line on the first page. These Line of Business Reports reflect worldwide data. Apple also produced U.S. quarterly total handset billings/revenue for the iPhone line in the document beginning at Bates number APLNDC630-Y00000008.[1]

---

[1] Note that in its May 30, 2013, letter, Apple mistakenly identified APLNDC630-Y00000015 as containing U.S. data. The Bates number referenced in that discussion should have been APLNDC630-Y00000008.

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

**GIBSON DUNN**

Scott L. Watson
June 24, 2013
Page 2

3. In its June 7, 2013, letter, Samsung requests that Apple "provide U.S. standard margin data by iPhone model and, ▮▮▮▮▮▮ by iPhone model and memory size." As stated in Apple's May 30, 2013, letter, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Apple has, however, produced worldwide standard margin data for the iPhone line in the document beginning at Bates number APLNDC630-Y00000015. Apple also produced U.S. quarterly total handset revenue for the iPhone line as well as quarterly average selling cost for the iPhone line in the document beginning at Bates number APLNDC630-Y00000008.

4. In its June 7, 2013, letter, Samsung requests Line of Business Reports for Mac mini and Apple TV products. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5. In its June 7, 2013, letter, Samsung requests that Apple produce documents sufficient to show expense/cost information broken out by model. Samsung also has separately requested that Apple produce U.S. revenue, cost, R&D expenditures, and standard margin for all product lines, all accessories, and iTunes. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6. Samsung requests unit sales and revenue data for the products and services set forth in the document beginning at Bates number APLNDC630-Y00000452 going back to 2006 because "Samsung is entitled to seek damages as far as six years prior to the filing of its claims in this lawsuit." Samsung has not, however, alleged that Apple had notice of the Samsung patents-in-suit prior to the time periods reflected in APLNDC630-Y00000452. *See* Samsung's Second Supplemental Response to Interrogatory No. 11, Apr. 10, 2013. Absent such notice, Samsung is not entitled to damages for the earlier periods for which Samsung requests additional data.

**GIBSON DUNN**

Scott L. Watson
June 24, 2013
Page 3

7. In its May 6, 2013, letter, Samsung requested that Apple produce documents sufficient to show "[t]he product names by model that correspond with the product codes used in the documents produced, including the documents beginning at Bates numbers APLNDC630-Y00000008, APLNDC630-Y00000043 and APLNDC630-Y00000452." Again, these product codes are how Apple tracks product models internally. Moreover, Apple included the corresponding products and release dates for the product codes used in the document beginning at Bates number APLNDC630-Y00000043. During the parties' lead trial counsel meet and confer, Apple asked Samsung what additional detail it was seeking. Samsung said that it would consider its request and provide clarity by Monday, June 24.

8. Samsung has requested that Apple produce U.S. advertising expenditures. Apple has produced worldwide and U.S. advertising spend data for "iPhone," "iPad," "Mac," and "Music." *See* APLNDC630-Y00000746-747.

   Please confirm that Samsung has similarly produced documents showing its advertising spending, and provide Bates numbers for those documents.

9. Samsung has requested that Apple produce U.S. product line sales forecasts.

10. Samsung has requested that Apple provide the percentage of iOS device sales made through Apple's online store and Apple's retail store. and will endeavor to do promptly.

11. Samsung has requested that Apple provide a document sufficient to show the royalties paid under various licenses, which Samsung proposed limiting at the lead trial counsel meet and confer to those licenses that cover the patents in suit. Apple believes it can provide such a document pursuant to that limitation (*i.e.*, a document sufficient to show royalties paid under only licenses covering the patents in suit), and will endeavor to do so promptly. Please confirm that Samsung will also provide this information.

GIBSON DUNN

Scott L. Watson
June 24, 2013
Page 4


Sincerely,

*/s/ Rod Stone*

Rod Stone
RJS/cjm