# EXHIBIT 34
# FILED UNDER SEAL



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000875040