# EXHIBIT 35
# FILED UNDER SEAL



Highly Confidential - Attorneys' Eyes Only     APLNDC630-0000875131