# EXHIBIT 12
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000043

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013

| | UNITS Q1 FY06 | UNITS Q2 FY06 | UNITS Q3 FY06 | UNITS Q4 FY06 | UNITS Q1 FY07 | UNITS Q2 FY07 | UNITS Q3 FY07 | UNITS Q4 FY07 | UNITS Q1 FY08 | UNITS Q2 FY08 | UNITS Q3 FY08 | UNITS Q4 FY08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC PRO | | | | | | | | | | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000000044

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | UNITS Q1 FY09 | UNITS Q2 FY09 | UNITS Q3 FY09 | UNITS Q4 FY09 | UNITS Q1 FY10 | UNITS Q2 FY10 | UNITS Q3 FY10 | UNITS Q4 FY10 | UNITS Q1 FY11 | UNITS Q2 FY11 | UNITS Q3 FY11 | UNITS Q4 FY11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| IMAC | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC MINI | | | | | | | | | | | | |
| MAC PRO | | | | | | | | | | | | |

APPLE - HIGHLY CONFIDENTIAL (AEO)



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000045

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000046

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013

| | REVENUE Q3 FY07 | REVENUE Q4 FY07 | REVENUE Q1 FY08 | REVENUE Q2 FY08 | REVENUE Q3 FY08 | REVENUE Q4 FY08 | REVENUE Q1 FY09 | REVENUE Q2 FY09 | REVENUE Q3 FY09 |
|---|---|---|---|---|---|---|---|---|---|
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC PRO | | | | | | | | | |

APPLE - HIGHLY CONFIDENTIAL (AEO)

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

APLNDC630-Y0000047

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | REVENUE Q4 FY09 | REVENUE Q1 FY10 | REVENUE Q2 FY10 | REVENUE Q3 FY10 | REVENUE Q4 FY10 | REVENUE Q1 FY11 | REVENUE Q2 FY11 | REVENUE Q3 FY11 | REVENUE Q4 FY11 |
|---|---|---|---|---|---|---|---|---|---|
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC PRO | | | | | | | | | |

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013

| | REVENUE Q1 FY12 | REVENUE Q2 FY12 | REVENUE Q3 FY12 | REVENUE Q4 FY12 | REVENUE Q1 FY13 | STD COST Q1 FY06 | STD COST Q2 FY06 | STD COST Q3 FY06 | STD COST Q4 FY06 |
|---|---|---|---|---|---|---|---|---|---|
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| IMAC | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC MINI | | | | | | | | | |
| MAC PRO | | | | | | | | | |

APPLE - HIGHLY CONFIDENTIAL (AEO)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
APLNDC630-Y0000048

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013

| | STD COST Q1 FY07 | STD COST Q2 FY07 | STD COST Q3 FY07 | STD COST Q4 FY07 | STD COST Q1 FY08 | STD COST Q2 FY08 | STD COST Q3 FY08 | STD COST Q4 FY08 | STD COST Q1 FY09 | STD COST Q2 FY09 |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| IMAC | | | | | | | | | | |
| MAC MINI | | | | | | | | | | |
| MAC MINI | | | | | | | | | | |
| MAC MINI | | | | | | | | | | |
| MAC MINI | | | | | | | | | | |
| MAC MINI | | | | | | | | | | |
| MAC MINI | | | | | | | | | | |
| MAC MINI | | | | | | | | | | |
| MAC MINI | | | | | | | | | | |
| MAC MINI | | | | | | | | | | |
| MAC MINI | | | | | | | | | | |
| MAC MINI | | | | | | | | | | |
| MAC MINI | | | | | | | | | | |
| MAC PRO | | | | | | | | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000049

US Sales thru Q1'13

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000050

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000051

APPLE INC
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | STD COST Q4 FY11 | STD COST Q1 FY12 | STD COST Q2 FY12 | STD COST Q3 FY12 | STD COST Q4 FY12 | STD COST Q1 FY13 |
|---|---|---|---|---|---|---|
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| IMAC | | | | | | |
| MAC MINI | | | | | | |
| MAC MINI | | | | | | |
| MAC MINI | | | | | | |
| MAC MINI | | | | | | |
| MAC MINI | | | | | | |
| MAC MINI | | | | | | |
| MAC MINI | | | | | | |
| MAC MINI | | | | | | |
| MAC MINI | | | | | | |
| MAC MINI | | | | | | |
| MAC MINI | | | | | | |
| MAC PRO | | | | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000052

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | UNITS Q1 FY06 | UNITS Q2 FY06 | UNITS Q3 FY06 | UNITS Q4 FY06 | UNITS Q1 FY07 | UNITS Q2 FY07 | UNITS Q3 FY07 | UNITS Q4 FY07 | UNITS Q1 FY08 | UNITS Q2 FY08 | UNITS Q3 FY08 | UNITS Q4 FY08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAC PRO | | | | | | | | | | | | |
| MAC PRO | | | | | | | | | | | | |
| MAC PRO | | | | | | | | | | | | |
| MAC PRO | | | | | | | | | | | | |
| MAC PRO | | | | | | | | | | | | |
| MAC PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |



**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013

| | UNITS Q1 FY09 | UNITS Q2 FY09 | UNITS Q3 FY09 | UNITS Q4 FY09 | UNITS Q1 FY10 | UNITS Q2 FY10 | UNITS Q3 FY10 | UNITS Q4 FY10 | UNITS Q1 FY11 | UNITS Q2 FY11 | UNITS Q3 FY11 | UNITS Q4 FY11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAC PRO | | | | | | | | | | | | |
| MAC PRO | | | | | | | | | | | | |
| MAC PRO | | | | | | | | | | | | |
| MAC PRO | | | | | | | | | | | | |
| MAC PRO | | | | | | | | | | | | |
| MAC PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |

APPLE - HIGHLY CONFIDENTIAL (AEO)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000053

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013

| | UNITS Q1 FY12 | UNITS Q2 FY12 | UNITS Q3 FY12 | UNITS Q4 FY12 | UNITS Q1 FY13 | REVENUE Q1 FY06 | REVENUE Q2 FY06 | REVENUE Q3 FY06 | REVENUE Q4 FY06 | REVENUE Q1 FY07 | REVENUE Q2 FY07 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAC PRO | | | | | | | | | | | |
| MAC PRO | | | | | | | | | | | |
| MAC PRO | | | | | | | | | | | |
| MAC PRO | | | | | | | | | | | |
| MAC PRO | | | | | | | | | | | |
| MAC PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000054

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | REVENUE Q3 FY07 | REVENUE Q4 FY07 | REVENUE Q1 FY08 | REVENUE Q2 FY08 | REVENUE Q3 FY08 | REVENUE Q4 FY08 | REVENUE Q1 FY09 | REVENUE Q2 FY09 | REVENUE Q3 FY09 |
|---|---|---|---|---|---|---|---|---|---|
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
APLNDC630-Y0000000055
APPLE - HIGHLY CONFIDENTIAL (AEO)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y00000056

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013

| | REVENUE Q4 FY09 | REVENUE Q1 FY10 | REVENUE Q2 FY10 | REVENUE Q3 FY10 | REVENUE Q4 FY10 | REVENUE Q1 FY11 | REVENUE Q2 FY11 | REVENUE Q3 FY11 | REVENUE Q4 FY11 |
|---|---|---|---|---|---|---|---|---|---|
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013

| | REVENUE Q1 FY12 | REVENUE Q2 FY12 | REVENUE Q3 FY12 | REVENUE Q4 FY12 | REVENUE Q1 FY13 | STD COST Q1 FY06 | STD COST Q2 FY06 | STD COST Q3 FY06 | STD COST Q4 FY06 |
|---|---|---|---|---|---|---|---|---|---|
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y00000057



HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

APLNDC630-Y00000058

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000059

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | STD COST Q3 FY09 | STD COST Q4 FY09 | STD COST Q1 FY10 | STD COST Q2 FY10 | STD COST Q3 FY10 | STD COST Q4 FY10 | STD COST Q1 FY11 | STD COST Q2 FY11 | STD COST Q3 FY11 |
|---|---|---|---|---|---|---|---|---|---|
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MAC PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK PRO | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y00000060

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | STD COST Q4 FY11 | STD COST Q1 FY12 | STD COST Q2 FY12 | STD COST Q3 FY12 | STD COST Q4 FY12 | STD COST Q1 FY13 |
|---|---|---|---|---|---|---|
| MAC PRO | | | | | | |
| MAC PRO | | | | | | |
| MAC PRO | | | | | | |
| MAC PRO | | | | | | |
| MAC PRO | | | | | | |
| MAC PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK PRO | | | | | | |
| MACBOOK AIR | | | | | | |
| MACBOOK AIR | | | | | | |
| MACBOOK AIR | | | | | | |
| MACBOOK AIR | | | | | | |
| MACBOOK AIR | | | | | | |
| MACBOOK AIR | | | | | | |
| MACBOOK AIR | | | | | | |
| MACBOOK AIR | | | | | | |

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | UNITS Q1 FY06 | UNITS Q2 FY06 | UNITS Q3 FY06 | UNITS Q4 FY06 | UNITS Q1 FY07 | UNITS Q2 FY07 | UNITS Q3 FY07 | UNITS Q4 FY07 | UNITS Q1 FY08 | UNITS Q2 FY08 | UNITS Q3 FY08 | UNITS Q4 FY08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | | |
| APPLE TV | | | | | | | | | | | | |
| APPLE TV | | | | | | | | | | | | |
| APPLE TV | | | | | | | | | | | | |
| APPLE TV | | | | | | | | | | | | |
| APPLE TV | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |

US Sales thru Q1 13

APPLE - HIGHLY CONFIDENTIAL (AEO)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000061

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | UNITS Q1 FY09 | UNITS Q2 FY09 | UNITS Q3 FY09 | UNITS Q4 FY09 | UNITS Q1 FY10 | UNITS Q2 FY10 | UNITS Q3 FY10 | UNITS Q4 FY10 | UNITS Q1 FY11 | UNITS Q2 FY11 | UNITS Q3 FY11 | UNITS Q4 FY11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | | |
| APPLE TV | | | | | | | | | | | | |
| APPLE TV | | | | | | | | | | | | |
| APPLE TV | | | | | | | | | | | | |
| APPLE TV | | | | | | | | | | | | |
| APPLE TV | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |

US Sales thru Q1'13

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000062

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000063

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013

| | UNITS Q1 FY12 | UNITS Q2 FY12 | UNITS Q3 FY12 | UNITS Q4 FY12 | UNITS Q1 FY13 | REVENUE Q1 FY06 | REVENUE Q2 FY06 | REVENUE Q3 FY06 | REVENUE Q4 FY06 | REVENUE Q1 FY07 | REVENUE Q2 FY07 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MACBOOK AIR | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | | |
| | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | |
| MACBOOK | | | | | | | | | | | |
| | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | | |
| | | | | | | | | | | | |
| APPLE TV | | | | | | | | | | | |
| APPLE TV | | | | | | | | | | | |
| APPLE TV | | | | | | | | | | | |
| APPLE TV | | | | | | | | | | | |
| APPLE TV | | | | | | | | | | | |
| | | | | | | | | | | | |
| IPAD | | | | | | | | | | | |
| IPAD | | | | | | | | | | | |
| IPAD | | | | | | | | | | | |
| IPAD | | | | | | | | | | | |
| IPAD | | | | | | | | | | | |
| IPAD | | | | | | | | | | | |
| IPAD | | | | | | | | | | | |
| IPAD | | | | | | | | | | | |
| IPAD | | | | | | | | | | | |
| IPAD | | | | | | | | | | | |
| IPAD | | | | | | | | | | | |

APPLE - HIGHLY CONFIDENTIAL (AEO)

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | REVENUE Q3 FY07 | REVENUE Q4 FY07 | REVENUE Q1 FY08 | REVENUE Q2 FY08 | REVENUE Q3 FY08 | REVENUE Q4 FY08 | REVENUE Q1 FY09 | REVENUE Q2 FY09 | REVENUE Q3 FY09 |
|---|---|---|---|---|---|---|---|---|---|
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | |
| | | | | | | | | | |
| APPLE TV | | | | | | | | | |
| APPLE TV | | | | | | | | | |
| APPLE TV | | | | | | | | | |
| APPLE TV | | | | | | | | | |
| APPLE TV | | | | | | | | | |
| | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |

US Sales thru Q1'13

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000064

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000065

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | REVENUE Q4 FY09 | REVENUE Q1 FY10 | REVENUE Q2 FY10 | REVENUE Q3 FY10 | REVENUE Q4 FY10 | REVENUE Q1 FY11 | REVENUE Q2 FY11 | REVENUE Q3 FY11 | REVENUE Q4 FY11 |
|---|---|---|---|---|---|---|---|---|---|
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |

APPLE - HIGHLY CONFIDENTIAL (AEO)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013

| | REVENUE | REVENUE | REVENUE | REVENUE | REVENUE | STD COST | STD COST | STD COST | STD COST |
|---|---|---|---|---|---|---|---|---|---|
| | [redacted] | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| MACBOOK | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | |
| APPLE TV | | | | | | | | | |
| APPLE TV | | | | | | | | | |
| APPLE TV | | | | | | | | | |
| APPLE TV | | | | | | | | | |
| APPLE TV | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |

APPLE - HIGHLY CONFIDENTIAL (AEO)

APLNDC630-Y00000066

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000067

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013

| | STD COST Q1 FY07 | STD COST Q2 FY07 | STD COST Q3 FY07 | STD COST Q4 FY07 | STD COST Q1 FY08 | STD COST Q2 FY08 | STD COST Q3 FY08 | STD COST Q4 FY08 | STD COST Q1 FY09 | STD COST Q2 FY09 |
|---|---|---|---|---|---|---|---|---|---|---|
| MACBOOK AIR | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | |
| APPLE TV | | | | | | | | | | |
| APPLE TV | | | | | | | | | | |
| APPLE TV | | | | | | | | | | |
| APPLE TV | | | | | | | | | | |
| APPLE TV | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |

US Sales thru Q1'13

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | STD COST Q3 FY09 | STD COST Q4 FY09 | STD COST Q1 FY10 | STD COST Q2 FY10 | STD COST Q3 FY10 | STD COST Q4 FY10 | STD COST Q1 FY11 | STD COST Q2 FY11 | STD COST Q3 FY11 | |
|---|---|---|---|---|---|---|---|---|---|---|
| MACBOOK AIR | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | |
| MACBOOK AIR | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| MACBOOK | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | |
| IPOD TOUCH | | | | | | | | | | |
| APPLE TV | | | | | | | | | | |
| APPLE TV | | | | | | | | | | |
| APPLE TV | | | | | | | | | | |
| APPLE TV | | | | | | | | | | |
| APPLE TV | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |

APPLE - HIGHLY CONFIDENTIAL (AEO)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000068



APPLE INC
SAMSUNG 630
US SALES DATA thru Q1 FY2013

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

APLNDC630-Y0000069

APPLE - HIGHLY CONFIDENTIAL (AEO)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y00000070

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | UNITS Q1 FY06 | UNITS Q2 FY06 | UNITS Q3 FY06 | UNITS Q4 FY06 | UNITS Q1 FY07 | UNITS Q2 FY07 | UNITS Q3 FY07 | UNITS Q4 FY07 | UNITS Q1 FY08 | UNITS Q2 FY08 | UNITS Q3 FY08 | UNITS Q4 FY08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | | |

HIGHLY   CONFIDENTIAL   –   ATTORNEYS'   EYES   ONLY

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | | UNITS Q1 FY09 | UNITS Q2 FY09 | UNITS Q3 FY09 | UNITS Q4 FY09 | UNITS Q1 FY10 | UNITS Q2 FY10 | UNITS Q3 FY10 | UNITS Q4 FY10 | UNITS Q1 FY11 | UNITS Q2 FY11 | UNITS Q3 FY11 | UNITS Q4 FY11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IPAD | | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | | |
| IPAD | | | | | | | | | | | | | |
| | TOTAL IPAD | - | - | - | - | - | - | 2,293,735 | 1,968,908 | 3,597,348 | 1,913,834 | 4,293,229 | 3,795,366 |
| IPAD ACCESSORY | | | | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | | | |

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013

| | UNITS Q1 FY12 | UNITS Q2 FY12 | UNITS Q3 FY12 | UNITS Q4 FY12 | UNITS Q1 FY13 | REVENUE Q1 FY06 | REVENUE Q2 FY06 | REVENUE Q3 FY06 | REVENUE Q4 FY06 | REVENUE Q1 FY07 | REVENUE Q2 FY07 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IPAD | | | | | | | | | | | |
| IPAD | | | | | | | | | | | |
| IPAD | | | | | | | | | | | |
| IPAD | | | | | | | | | | | |
| IPAD | | | | | | | | | | | |
| TOTAL IPAD | 5,966,841 | 4,460,385 | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | | |
| IPHONE ACCESSOR | | | | | | | | | | | |
| IPHONE ACCESSOR | | | | | | | | | | | |
| IPHONE ACCESSOR | | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | | |



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000072

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | | REVENUE Q3 FY07 | REVENUE Q4 FY07 | REVENUE Q1 FY08 | REVENUE Q2 FY08 | REVENUE Q3 FY08 | REVENUE Q4 FY08 | REVENUE Q1 FY09 | REVENUE Q2 FY09 | REVENUE Q3 FY09 |
|---|---|---|---|---|---|---|---|---|---|---|
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| | TOTAL IPAD | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - |
| IPAD ACCESSORY | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000073

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000074

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | | REVENUE Q4 FY09 | REVENUE Q1 FY10 | REVENUE Q2 FY10 | REVENUE Q3 FY10 | REVENUE Q4 FY10 | REVENUE Q1 FY11 | REVENUE Q2 FY11 | REVENUE Q3 FY11 | REVENUE Q4 FY11 |
|---|---|---|---|---|---|---|---|---|---|---|
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| | TOTAL IPAD | $        - | $        - | $        - | $ 1,397,852,237 | $ 1,223,480,152 | $ 2,064,581,427 | $ 1,067,404,775 | $ 2,582,629,921 | $ 2,172,069,576 |
| IPAD ACCESSORY | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |

APPLE - HIGHLY CONFIDENTIAL (AEO)

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | REVENUE Q1 FY12 | REVENUE Q2 FY12 | REVENUE Q3 FY12 | REVENUE Q4 FY12 | REVENUE Q1 FY13 | STD COST Q1 FY06 | STD COST Q2 FY06 | STD COST Q3 FY06 | STD COST Q4 FY06 |
|---|---|---|---|---|---|---|---|---|---|
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| TOTAL IPAD | $ 3,240,194,893 | $ 2,386,598,692 | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000075

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y00000076

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | STD COST Q1 FY07 | STD COST Q2 FY07 | STD COST Q3 FY07 | STD COST Q4 FY07 | STD COST Q1 FY08 | STD COST Q2 FY08 | STD COST Q3 FY08 | STD COST Q4 FY08 | STD COST Q1 FY09 | STD COST Q2 FY09 |
|---|---|---|---|---|---|---|---|---|---|---|
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y0000077

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | STD COST Q3 FY09 | STD COST Q4 FY09 | STD COST Q1 FY10 | STD COST Q2 FY10 | STD COST Q3 FY10 | STD COST Q4 FY10 | STD COST Q1 FY11 | STD COST Q2 FY11 | STD COST Q3 FY11 |
|---|---|---|---|---|---|---|---|---|---|
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| IPAD | | | | | | | | | |
| | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | |
| IPAD ACCESSORY | | | | | | | | | |
| | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | |
| IPHONE ACCESSORY | | | | | | | | | |
| | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | |
| MUSIC ACCESSORY | | | | | | | | | |
| | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | |
| MAC ACCESSORY | | | | | | | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APLNDC630-Y00000078

**APPLE INC**
SAMSUNG 630
US SALES DATA thru Q1 FY2013



| | STD COST<br>Q4 FY11 | STD COST<br>Q1 FY12 | STD COST<br>Q2 FY12 | STD COST<br>Q3 FY12 | STD COST<br>Q4 FY12 | STD COST<br>Q1 FY13 |
|---|---|---|---|---|---|---|
| IPAD | | | | | | |
| IPAD | | | | | | |
| IPAD | | | | | | |
| IPAD | | | | | | |
| IPAD | | | | | | |
| IPAD ACCESSORY | | | | | | |
| IPAD ACCESSORY | | | | | | |
| IPAD ACCESSORY | | | | | | |
| IPAD ACCESSORY | | | | | | |
| IPHONE ACCESSORY | | | | | | |
| IPHONE ACCESSORY | | | | | | |
| IPHONE ACCESSORY | | | | | | |
| MUSIC ACCESSORY | | | | | | |
| MUSIC ACCESSORY | | | | | | |
| MUSIC ACCESSORY | | | | | | |
| MUSIC ACCESSORY | | | | | | |
| MAC ACCESSORY | | | | | | |
| MAC ACCESSORY | | | | | | |
| MAC ACCESSORY | | | | | | |
| MAC ACCESSORY | | | | | | |
| MAC ACCESSORY | | | | | | |
| MAC ACCESSORY | | | | | | |