[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE THE APRIL 12, 2013 ORDER** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | |

1  Pursuant to Civil L.R. 6-2, Samsung Electronics Co., Ltd., Samsung Electronics America,
2  Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc.
3  ("Apple") (all collectively, the "Parties") file this Stipulation regarding the briefing schedule for
4  Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12,
5  2013, Order [Dkt. No. 669].

6  WHEREAS, on July 8, 2013, Samsung filed a Motion to Compel Production of Financial
7  Documents and to Enforce the April 12, 2013, Order [Dkt. No. 669] (the "Motion");

8  WHEREAS Apple's opposition to Samsung's Motion is currently due July 22, 2013, and
9  Samsung's reply in support of its Motion is due July 29, 2013;

10  WHEREAS the Court set a hearing on Samsung's Motion for August 13, 2013;

11  WHEREAS, the parties continue to confer regarding Samsung's Motion in an effort to
12  resolve the issues raised therein or at least narrow the issues requiring resolution by the Court;

13  WHEREAS the Parties believe that additional time for opposition and reply briefs may
14  facilitate resolution of some or all of the issues raised in Samsung's Motion; and

15  WHEREAS this stipulation and corresponding extensions of time proposed by the Parties
16  will not impact the date set by the Court for a hearing on Samsung's Motion or any other dates on
17  calendar in this matter;

19  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
20  Parties that:

21  (a)   upon entry of the Court Order entering this stipulation, the deadline for Apple to file
22  its brief in opposition to Samsung's Motion shall be extended to July 30, 2013; and

23  (b)   upon entry of the Court Order entering this stipulation, the deadline for Samsung to
24  file its reply in support of its Motion shall be extended to August 6, 2013.

1   IT IS SO STIPULATED.

2

3   DATED:   July 16, 2013

4   By  /s/ H. Mark Lyon                                          By  /s/ Amar Thakur

5   Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

    Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

9   Josh A. Krevitt (CA SBN 208552)
    jkrevitt@gibsondunn.com
10  H. Mark Lyon (CA SBN 162061)
    mlyon@gibsondunn.com
11  GIBSON, DUNN & CRUTCHER LLP
    1881 Page Mill Road
12  Palo Alto, CA   94304-1211
    Telephone: (650) 849-5300
13  Facsimile: (650) 849-5333

    Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
    Kevin A. Smith (Bar No. 250814)
    kevinsmith@quinnemanuel.com
    QUINN EMANUEL URQUHART & SULLIVAN LLP
    50 California Street, 22nd Floor
    San Francisco, California 94111
    Telephone: (415) 875-6600
    Facsimile: (415) 875-6700

15  Michael A. Jacobs
16  (CA SBN 111664)
    mjacobs@mofo.com
17  Richard S.J. Hung (CA SBN 197425)
    rhung@mofo.com
18  MORRISON & FOERSTER LLP
    425 Market Street
19  San Francisco, California 94105-2482
    Telephone: (415) 268-7000
20  Facsimile: (415) 268-7522

    Kevin P.B. Johnson
    (Bar No. 177129 (CA); 2542082 (NY))
    kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
    QUINN EMANUEL URQUHART & SULLIVAN LLP
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California 94065
    Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

22  William F. Lee (pro hac vice)
    William.lee@wilmerhale.com
23  WILMER CUTLER PICKERING HALE AND DORR LLP
24  60 State Street
25  Boston, Massachusetts 02109
    Telephone: (617) 526-6000
26  Facsimile: (617) 526-5000

    William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
    Amar L. Thakur (Bar. No. 194025)
    amarthakur@quinnemanuel.com
    QUINN EMANUEL URQUHART & SULLIVAN LLP
    865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

1          * * *

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3  (1)    The deadline for Apple to file its brief in opposition to Samsung's Motion to Compel
4         Production of Financial Documents and to Enforce the April 12, 2013, Order [Dkt. No.
5         669], is hereby extended to July 30, 2013.

6  (2)    The deadline for Samsung to file its reply brief in support of its Motion to Compel
7         Production of Financial Documents and to Enforce the April 12, 2013, Order [Dkt. No.
8         669], is hereby extended to August 6, 2013.

Dated:   July ___, 2013

By: _____
    HONORABLE PAUL S. GREWAL

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order.  In compliance with General Order 45.X.B, I hereby attest that Amar Thakur has concurred in this filing.

Dated: July 16, 2013                                        /s/ H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: July 16, 2013                                        /s/ H. Mark Lyon