1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS CO.,
16 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18
                    UNITED STATES DISTRICT COURT
19
          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal
4  the following documents:

5    1. Portions of Samsung's Reply in Support of Its Motion to Compel Production of
6       Documents in Response to Interrogatory No. 32;
7    2. Portions of the Declaration of Samuel Drezdzon in Support of Samsung's Reply in
8       Support of Its Motion to Compel Production of Documents in Response to
9       Interrogatory No. 32 ("Drezdzon Declaration");
10   3. Exhibits 37 and 40 to the Drezdzon Declaration; and
11   4. Portions of Exhibits 38 and 39 to the Drezdzon Declaration.

12    Samsung has established good cause to permit filing these documents under seal through
13 the Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents
14 Under Seal, filed herewith.  In short, the above documents discuss and refer to documents and
15 things that Apple and third-party Qualcomm have designated as "HIGHLY CONFIDENTIAL -
16 ATTORNEYS' EYES ONLY" and "QUALCOMM – OUTSIDE ATTORNEYS' EYES ONLY"
17 under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials
18 and the Supplemental Protective Order Regarding Discovery from Non-Party Qualcomm.
19 Samsung accordingly files these documents under seal, and expects that Apple and Qualcomm
20 will comply with L.R. 79-5(d) by filing an appropriate declaration with the Court within seven
21 days for those portions and documents that reference Apple-designated information.  Samsung's
22 entire filing will be lodged with the Court for *in camera* review and served on all parties.

1  DATED: July 16, 2013            QUINN EMANUEL URQUHART &
2                                                      SULLIVAN, LLP
3
4                                              By */s/ Victoria Maroulis*
                                                      Victoria F. Maroulis
5                                              Attorneys for Defendants
                                                      SAMSUNG ELECTRONICS CO., LTD.,
6                                              SAMSUNG ELECTRONICS AMERICA, INC.,
                                                      and SAMSUNG TELECOMMUNICATIONS
7                                              AMERICA, LLC
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28