UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>         vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

02198.51981/5420907.1

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3 Administrative Motion to File Documents Under Seal.
4    Samsung and Apple have each filed the declarations required under Civil L.R. 79-5 and
5 General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.
6 The declarations establish that Samsung's Reply in Support of Its Motion to Compel Production of
7 Documents in Response to Interrogatory No. 32 ("Samsung's Reply"), the Declaration of Samuel
8 Drezdzon in Support of Samsung's Reply in Support of Its Motion to Compel Production of
9 Documents in Response to Interrogatory No. 32 ("Drezdzon Declaration"), and Exhibits 37, 38, 39
10 and 40 to the Drezdzon Declaration contain Apple's and Qualcomm's non-public, confidential
11 information.

13    Accordingly, for good cause shown, the Court HEREBY ORDERS that Samsung's Reply,
14 the Drezdzon Declaration, and Exhibits 37, 38, 39 and 40 to the Drezdzon Declaration may be
15 filed under seal.

17 DATED: _____

The Honorable Lucy H. Koh
United States District Court Judge

02198.51981/5420907.1

-1-
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL