```
 1  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
 2  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
 3  Kevin A. Smith (Bar No. 250814)
    kevinsmith@quinnemanuel.com
 4  50 California Street, 22nd Floor
    San Francisco, California 94111
 5  Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
 6
    Kevin P.B. Johnson (Bar No. 177129)
 7  kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
 8  victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
 9  Redwood Shores, California 94065
    Telephone: (650) 801-5000
10  Facsimile: (650) 801-5100

11  William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
12  Michael L. Fazio (Bar No. 228601)
    michaelfazio@quinnemanuel.com
13  865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543
14  Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100
15
    Attorneys for SAMSUNG ELECTRONICS
16  CO., LTD., SAMSUNG ELECTRONICS
    AMERICA, INC. and SAMSUNG
17  TELECOMMUNICATIONS AMERICA, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF SAMUEL DREZDZON IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSE TO INTERROGATORY NO. 32** |

I, Samuel Drezdzon, declare:

1. I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 37 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ produced by Apple in this case at bates APL630DEF-WH0008324203 – 37.

3. Attached hereto as Exhibit 38 is a true and correct copy of a letter sent from Apple's counsel to Samsung's counsel on July 12, 2013.

4. Attached hereto as Exhibit 39 is a true and correct copy of a letter sent from Samsung's counsel to Apple's counsel on July 12, 2013.

5. Attached hereto as Exhibit 40 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ produced by Apple in this case at bates APL630DEF-WH0001779287 – 317.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 16, 2013 at Washington, D.C.

　　　　　　　　　　　　　　　　　　　*/s/ Samuel Drezdzon*
　　　　　　　　　　　　　　　　　　　Samuel Drezdzon

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Samuel Drezdzon.


                                                        */s/ Victoria F. Maroulis*

                                                       Victoria F. Maroulis