# EXHIBIT 38

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**WILMERHALE**

July 16, 2013

**Peter J. Kolovos**

+1 617 526 6493 (t)
+1 617 526 5000 (f)
peter.kolovos@wilmerhale.com

**By E-mail**

Amar L. Thakur, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:   <u>Apple Inc. v. Samsung Elecs. Co., Ltd., et al.</u>
      Case No. 12-cv-00630 (N.D. Cal.)

Dear Amar:

      I write in response to your July 12 letter regarding Apple's production of Qualcomm technical documents. As Samsung knows, Apple has never refused to produce Qualcomm technical documents and was already in the process of reviewing documents from the Qualcomm customer-facing intranet for production when Samsung filed its motion to compel. Apple has produced, both in the 794 investigation, and in this case, the documents described in your July 12 letter. Apple understands that your July 12 letter outlines the full scope of Samsung's requests for Qualcomm technical documents, and that, with the identification of these documents, Samsung's motion to compel has been mooted.

      First, Samsung identifies five categories of documents for which it erroneously claims Apple has not produced documents "for *any* of the MDM6610/9600/9610/9615 chipsets." In fact, Apple has produced documents in all five categories.



Amar L. Thakur, Esq.
July 16, 2013
Page 2

**WILMERHALE**

Second, Samsung's assertion that there are gaps in the production of several other categories of Qualcomm documents is similarly erroneous. It appears much of Samsung's confusion arises from a misunderstanding of Qualcomm's naming convention for its chips.[1] As detailed below, Apple has produced multiple versions of the documents described in the categories Samsung identifies in your July 12 letter, even though Samsung has *never* explained the relevance of any of these documents:



[1] [redacted]

Amar L. Thakur, Esq.
July 16, 2013
Page 3

WilmerHale



Amar L. Thakur, Esq.
July 16, 2013
Page 4

WILMERHALE

- 

As this letter makes clear, Apple's search for and production of documents has been comprehensive.  Apple understands Samsung's motion to compel to be mooted.  Please confirm Apple's understanding is correct.

      With regards to Apple's production of Qualcomm related emails, as outlined in Apple's Opposition, Apple has produced emails from the custodians identified by Apple and/or requested by Samsung using the search terms it has disclosed.  Samsung has never objected to the search terms for the '087 and '596 patents and has not requested additional custodians.  Apple has complied with the parties' agreements with regard to e-discovery.

Very truly yours,

/s/ Peter J. Kolovos

Peter J. Kolovos