# EXHIBIT 39

quinn emanuel  trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3263

WRITER'S INTERNET ADDRESS
amarthakur@quinnemanuel.com

July 12, 2013

Peter J. Kolovos
Wilmer Cutler Hale Pickering & Dorr LLP
60 State Street
Boston, MA 02109

Re:  Apple Inc. v. Samsung Electronics Co. Ltd., Case No. 12-cv-00630-LHK

Dear Peter:

I write to follow up on Samsung's motion to compel and our recent meet and confers on July 3 and July 10, 2013 regarding Apple's production of Qualcomm technical documents.  We appreciate Apple's apparent efforts to moot the motion.  We are disappointed, however, that Apple refused to produce these documents until Samsung filed its motion.  These documents should have been produced months ago, and Samsung has been prejudiced by Apple's late production of over 700 documents.

While we are continuing to review these documents, based on our preliminary review of Apple's production, it appears that there are numerous documents Apple still has not produced.  The following highly relevant documents are listed in ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (*see*, *e.g.*, APL630DEF-WH0008324203) and were not produced for *any* of the MDM6610/9600/9610/9615 chipsets:

- ❖ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
  - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
  - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
  - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
  - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

In addition, there were gaps in the production of several categories of documents.  For instance, versions of documents were present for some of the chips but not others, or ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.  Apple's production of the following categories of documents thus remains deficient:

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS



Moreover, Apple has not remedied the other outstanding document production issues enumerated in Samsung's motion to compel. The fact that Apple has only produced *19 emails* in its July document productions serves as an example.

Please confirm by July 15, 2013 that Apple will complete production of the aforementioned Qualcomm technical documents immediately.

Very truly yours,

Amar L. Thakur