[COUNSEL LISTED ON SIGNATURE PAGES]

1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 5:12-cv-00630-LHK |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE THE APRIL 12, 2013 ORDER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 6-2, Samsung Electronics Co., Ltd., Samsung Electronics America,

2  Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc.

3  ("Apple") (all collectively, the "Parties") file this Stipulation regarding the briefing schedule for

4  Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12,

5  2013, Order [Dkt. No. 669].

6    WHEREAS, on July 8, 2013, Samsung filed a Motion to Compel Production of Financial

7  Documents and to Enforce the April 12, 2013, Order [Dkt. No. 669] (the "Motion");

8    WHEREAS Apple's opposition to Samsung's Motion is currently due July 22, 2013, and

9  Samsung's reply in support of its Motion is due July 29, 2013;

10    WHEREAS the Court set a hearing on Samsung's Motion for August 13, 2013;

11    WHEREAS, the parties continue to confer regarding Samsung's Motion in an effort to

12  resolve the issues raised therein or at least narrow the issues requiring resolution by the Court;

13    WHEREAS the Parties believe that additional time for opposition and reply briefs may

14  facilitate resolution of some or all of the issues raised in Samsung's Motion; and

15    WHEREAS this stipulation and corresponding extensions of time proposed by the Parties

16  will not impact the date set by the Court for a hearing on Samsung's Motion or any other dates on

17  calendar in this matter;

18

19    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

20  Parties that:

21    (a)   upon entry of the Court Order entering this stipulation, the deadline for Apple to file

22  its brief in opposition to Samsung's Motion shall be extended to July 30, 2013; and

23    (b)   upon entry of the Court Order entering this stipulation, the deadline for Samsung to

24  file its reply in support of its Motion shall be extended to August 6, 2013.

25

26

27

28

1    IT IS SO STIPULATED.

2

3   DATED:   July 16, 2013

4   By   */s/ H. Mark Lyon*                         By   */s/ Amar Thakur*

5        Attorney for Plaintiff and Counterclaim-          Attorney for Defendants and Counterclaim-
         Defendant APPLE INC.                               Plaintiff SAMSUNG ELECTRONICS CO.,
6                                                           LTD., SAMSUNG ELECTRONICS
                                                            AMERICA,   INC., AND SAMSUNG
7                                                           TELECOMMUNICATIONSAMERICA,
                                                            LLC
8

9        Josh A. Krevitt (CA SBN 208552)                   Charles K. Verhoeven (Bar No. 170151)
         jkrevitt@gibsondunn.com                           charlesverhoeven@quinnemanuel.com
10       H. Mark Lyon (CA SBN 162061)                      Kevin A. Smith (Bar No. 250814)
         mlyon@gibsondunn.com                              kevinsmith@quinnemanuel.com
11       GIBSON, DUNN & CRUTCHER LLP                       QUINN EMANUEL URQUHART &
         1881 Page Mill Road                               SULLIVAN LLP
12       Palo Alto, CA   94304-1211                        50 California Street, 22nd Floor
         Telephone: (650) 849-5300                         San Francisco, California 94111
13       Facsimile: (650) 849-5333                         Telephone: (415) 875-6600
                                                           Facsimile: (415) 875-6700
14

15       Michael A. Jacobs                                 Kevin P.B. Johnson
         (CA SBN 111664)                                   (Bar No. 177129 (CA); 2542082 (NY))
16       mjacobs@mofo.com                                  kevinjohnson@quinnemanuel.com
         Richard S.J. Hung (CA SBN 197425)                 Victoria F. Maroulis (Bar No. 202603)
17       rhung@mofo.com                                    victoriamaroulis@quinnemanuel.com
         MORRISON & FOERSTER LLP                           QUINN EMANUEL URQUHART &
18       425 Market Street                                 SULLIVAN LLP
         San Francisco, California 94105-2482              555 Twin Dolphin Drive, 5th Floor
19       Telephone: (415) 268-7000                         Redwood Shores, California 94065
         Facsimile: (415) 268-7522                         Telephone: (650) 801-5000
20                                                         Facsimile: (650) 801-5100
21

22       William F. Lee (pro hac vice)                     William C. Price (Bar No. 108542)
         William.lee@wilmerhale.com                        williamprice@quinnemanuel.com
23       WILMER CUTLER PICKERING                           Amar L. Thakur (Bar. No. 194025)
         HALE AND DORR LLP                                 amarthakur@quinnemanuel.com
24       60 State Street                                   QUINN EMANUEL URQUHART &
         Boston, Massachusetts 02109                       SULLIVAN LLP
25       Telephone: (617) 526-6000                         865 South Figueroa Street, 10th Floor
         Facsimile: (617) 526-5000                         Los Angeles, California 90017-2543
26                                                         Telephone: (213) 443-3000
                                                           Facsimile: (213) 443-3100
27

28

                                    -2-                              Case No. :12-cv-00630-LHK
                      STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE

1    Mark D. Selwyn (CA SBN 244180)
     mark.selwyn@wilmerhale.com
2    WILMER CUTLER PICKERING
     HALE AND DORR LLP
3    950 Page Mill Road
     Palo Alto, CA 94304
4    Telephone: (650) 858-6000
     Facsimile: (650) 858-6100
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                    * * *

2   **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3   (1)    The deadline for Apple to file its brief in opposition to Samsung's Motion to Compel

4          Production of Financial Documents and to Enforce the April 12, 2013, Order [Dkt. No.

5          669], is hereby extended to July 30, 2013.

6   (2)    The deadline for Samsung to file its reply brief in support of its Motion to Compel

7          Production of Financial Documents and to Enforce the April 12, 2013, Order [Dkt. No.

8          669], is hereby extended to August 6, 2013.

9

10

11  Dated:   July 17, 2013

12

13                              By: _____

14                                  HONORABLE PAUL S. GREWAL

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order.   In compliance with General Order 45.X.B, I hereby attest that Amar Thakur has concurred in this filing.


Dated: July 16, 2013                              */s/ H. Mark Lyon*


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.


Dated: July 16, 2013                              */s/ H. Mark Lyon*