```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                           SAN JOSE DIVISION

 4

 5
       APPLE INC., A CALIFORNIA          )  C-12-00630 LHK
 6     CORPORATION,                      )
                                         )  SAN JOSE, CALIFORNIA
 7                     PLAINTIFF,        )
                                         )  JULY 2, 2013
 8              VS.                      )
                                         )  PAGES 1-8
 9     SAMSUNG ELECTRONICS CO., LTD.,    )
       A KOREAN BUSINESS ENTITY;         )
10     SAMSUNG ELECTRONICS AMERICA,      )
       INC., A NEW YORK CORPORATION;     )
11     SAMSUNG TELECOMMUNICATIONS        )
       AMERICA, LLC, A DELAWARE          )
12     LIMITED LIABILITY COMPANY,        )
                                         )
13                     DEFENDANTS.       )
                                         )
14                                       )
                                         )
15

16                       TRANSCRIPT OF PROCEEDINGS
                   BEFORE THE HONORABLE PAUL S. GREWAL
17                    UNITED STATES MAGISTRATE JUDGE

18

19

20                      APPEARANCES ON NEXT PAGE

21

22

23

24    OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595
25
```

```
 1
 2      A P P E A R A N C E S:

 3      FOR APPLE:              GIBSON, DUNN & CRUTCHER
                                BY:  H. MARK LYON
 4                              1881 PAGE MILL ROAD
                                PALO ALTO, CALIFORNIA  94304
 5

 6

 7      FOR SAMSUNG:            QUINN, EMANUEL, URQUHART,
                                OLIVER & HEDGES
 8                              BY:  AMAR THAKUR
                                865 SOUTH FIGUEROA STREET
 9                              10TH FLOOR
                                LOS ANGELES, CALIFORNIA  90017
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1      SAN JOSE, CALIFORNIA                          JULY 2, 2013
 2                      P R O C E E D I N G S
 3        (COURT CONVENED AND THE FOLLOWING PROCEEDINGS WERE HELD:)
 4              THE COURT:  MR. RIVERA, WOULD YOU CALL THE NEXT CASE,
 5      PLEASE?
 6              THE CLERK:  YES, YOUR HONOR.
 7        CALLING APPLE, INC. VERSUS SAMSUNG ELECTRONICS, ET AL, CASE
 8      NUMBER CV-12-630 LHK, MATTER ON FOR DEFENDANT'S MOTION FOR
 9      LEAVE TO AMEND ITS INVALIDITY CONTENTIONS AND DEFENDANT'S
10      MOTION TO PRECLUDE APPLE FROM ASSERTING UNTIMELY DATES OF
11      CONCEPTION.
12        COUNSEL, PLEASE STATE YOUR APPEARANCES.
13              MR. LYON:  GOOD MORNING, YOUR HONOR.  MARK LYON FOR
14      APPLE.
15              THE COURT:  MR. LYON, GOOD MORNING, SIR.
16              MR. THAKUR:  GOOD MORNING, YOUR HONOR.  AMAR THAKUR
17      FOR SAMSUNG.
18              THE COURT:  MR. THAKUR, GOOD MORNING TO YOU AS WELL.
19        COUNSEL, I UNDERSTAND LATE LAST NIGHT YOU REACHED A
20      RESOLUTION OF THE MATTER THAT WAS BEFORE THE COURT, AT LEAST AS
21      OF 11:30 WHEN I WENT TO BED.
22        I JUST HAD A FEW QUESTIONS, IF I MIGHT, REGARDING THE
23      RESOLUTION --
24              MR. LYON:  SURE.
25              THE COURT:  -- SO THAT I CAN PROPERLY UNDERSTAND WHAT
```

```
 1        WE CAN PUT TO BED AND WHAT MAY REMAIN IN DISPUTE.
 2            IN PARAGRAPH 1 OF THE STIPULATION, SAMSUNG INDICATES THAT
 3        IT IS RESERVING ITS RIGHT TO CHALLENGE THE CONCEPTION DATES
 4        THEMSELVES THAT APPLE HAS NOW ASSERTED BY WAY OF THE AMENDMENT.
 5            AND MR. THAKUR, I GUESS I'LL BEGIN WITH YOU, SIR.  I TAKE
 6        IT WHAT YOU'RE SAYING IS YOU ARE NO LONGER DISPUTING APPLE'S
 7        RIGHTS TO ASSERT THE DATES; HOWEVER, YOU VERY MUCH RESERVE YOUR
 8        RIGHTS TO CHALLENGE THE DATES THEMSELVES AT TRIAL OR AT SOME
 9        LATER POINT.
10                MR. THAKUR:  EXACTLY RIGHT.
11                THE COURT:  OKAY.  ALL RIGHT.
12            MR. LYON, CAN I ASK, JUST FOR MY OWN BENEFIT, AT THIS
13        POINT, HAVE WE PUT THE ISSUE OF THE CONCEPTION DATES TO BED FOR
14        PURPOSES OF WHAT IT IS APPLE IS CLAIMING?  OR ARE FURTHER
15        AMENDMENTS LIKELY TO HAPPEN DOWN THE ROAD?
16                MR. LYON:  NO.  I BELIEVE AT THIS POINT WE'VE GONE
17        THROUGH ALL THE EVIDENCE AT THIS POINT NOW AND I THINK THESE
18        ARE THE EARLIEST DATES THAT WE FEEL WE CAN SUPPORT.
19            AND SO, YOU KNOW, OBVIOUSLY THEY CAN TEST THOSE AND THAT'S
20        FINE, BUT WE THINK THOSE ARE THE DATES OF OUR FIRST PATENTS.
21                THE COURT:  ALL RIGHT.  THE OTHER -- ANOTHER QUESTION
22        I HAD CONCERNED PARAGRAPH 3, WHICH INDICATES THAT IF THE
23        STIPULATION IS ENTERED AS AN ORDER, SAMSUNG WILL FORGO FILING A
24        MOTION TO COMPEL.
25            I WILL NOTE I BELIEVE I HAVE YET ANOTHER MOTION TO COMPEL
```

```
1    ON CALENDAR FOR TWO OR THREE WEEKS FROM NOW.  IS THAT RIGHT?
2             MR. THAKUR:  CORRECT, YOUR HONOR, BUT THAT'S NOT THE
3    MOTION.
4             THE COURT:  OKAY.  ALL RIGHT.
5             MR. THAKUR:  ANOTHER MOTION WAS PERCOLATING AND IT
6    WAS ALLOWED TO -- IT BECAME PART OF THE DEAL.
7             THE COURT:  OKAY.  AND I UNDERSTAND.  AND, LOOK, I
8    THINK SOME OF YOUR PREDECESSORS OR COLLEAGUES HAVE HEARD ME
9    LAMENT THE LACK OF HORSE TRADING IN THIS RELATIONSHIP, SO I'M
10   THE LAST PERSON TO CRITICIZE A DEAL BEING CUT TO TAKE MATTERS
11   OFF MY CALENDAR, BUT I JUST WANT TO MAKE SURE I UNDERSTAND WHAT
12   THIS DEAL WILL COVER.
13      APPLE'S SEARCH AND WAYS, ARE THESE BOTH PRIOR ART THAT
14   SAMSUNG IS ASSERTING AGAINST THE APPLE PATENTS?
15            MR. THAKUR:  CORRECT, YOUR HONOR.
16            THE COURT:  ALL RIGHT.  WELL, THE LAST QUESTION I'LL
17   ASK YOU ALL -- AND I'M REALLY JUST LOOKING FOR EDIFICATION MORE
18   THAN ANYTHING ELSE -- IS IT SEEMS TO ME THAT AT A VERY LATE
19   HOUR LAST NIGHT, AFTER THE COURT HAD INVESTED SOME TIME
20   PREPARING FOR THIS MORNING'S HEARING, YOU ALL DID WHAT WE
21   ALWAYS URGE YOU TO DO, WHICH IS TO KEEP WORKING AT IT AND YOU
22   REACHED A DEAL.  AND, AGAIN, I'M THE LAST PERSON TO CRITICIZE
23   CONTINUING WORK ON THAT SUBJECT.
24      BUT IT DID OCCUR TO ME THIS MORNING WHEN I LEARNED THAT THE
25   DISPUTE HAD BEEN RESOLVED THAT THIS DISCUSSION IDEALLY, IN A
```

1    PERFECT WORLD, WOULD HAVE HAPPENED A FEW DAYS AGO, EVEN BEFORE
2    THE MOTION HAD BEEN BROUGHT UNDER THE MEET AND CONFER
3    ARRANGEMENTS THAT HAVE BEEN SET OUT IN THIS COURT.
4        DO YOU ALL HAVE ANY INSIGHT AS TO WHY THE EARLIER MEET AND
5    CONFER WAS UNSUCCESSFUL IN THE WAY THAT THIS MOST RECENT ONE
6    WAS?
7            MR. LYON:  MAYBE I CAN ADDRESS THAT, MR. THAKUR.
8            THE COURT:  GO AHEAD, MR. LYON.
9            MR. LYON:  SO WE HAD MEET AND CONFERS BEFORE THE
10   MOTION WAS FILED, OBVIOUSLY, ON THESE ISSUES AND THEN IT WAS
11   FILED.
12           THE COURT:  SURE.
13           MR. LYON:  BEFORE WE FILED OUR OPPOSITION, WE INVITED
14   FURTHER DISCUSSION, AND THEN WE FILED OUR OPPOSITION.
15       I THINK ALL THE PARTIES' POSITIONS COALESCED BY THE
16   BRIEFING AND SORT OF EVERYBODY WAS ABLE TO STARKLY SEE WHAT WAS
17   THERE.
18       MR. THAKUR CONTACTED US, I BELIEVE IT WAS SUNDAY --
19           MR. THAKUR:  CORRECT.
20           MR. LYON:  -- AND WE HAD SOME DISCUSSIONS AND WE WERE
21   ABLE TO KIND OF COME TO AN AGREEMENT.
22       UNFORTUNATELY, BECAUSE OF THE TIME DIFFERENCE AND THE
23   KOREAN CLIENTS AND EVERYTHING, WE WEREN'T REALLY ABLE TO GET IT
24   LOCKED DOWN UNTIL AFTER MIDNIGHT LAST NIGHT WHEN WE FILED
25   EVERYTHING, BUT WE HAD THE DEAL IN PLACE EFFECTIVELY AS OF VERY

1   EARLY YESTERDAY MORNING.

2       SO IT ISN'T A SITUATION WHERE -- AND WE CERTAINLY RESPECT

3   YOUR TIME ON THIS -- BUT IT'S A SITUATION WHERE WE WERE TRYING

4   TO GET IT AS QUICKLY AS WE COULD.  IT JUST DIDN'T -- IT SORT OF

5   RAPIDLY CAME TOGETHER AND THEN IT TOOK TIME BECAUSE OF THE TIME

6   DELAYS.

7           THE COURT:  LOOK, AS I SAID, I'M HAPPY THAT YOU ALL

8   HAVE CONTINUED TO WORK ON THIS.  I'M NOT CRITICAL OF THAT ONE

9   BIT.

10      I'M JUST CURIOUS, DO EITHER OF YOU HAVE ANY THOUGHTS AS TO

11  WHETHER THE COURT COULD IMPOSE A DIFFERENT STRUCTURE ON THE

12  MEET AND CONFER, OR THE PARTIES COULD ARRANGE THOSE DISCUSSIONS

13  IN A WAY THAT MIGHT HAVE ACCELERATED THIS KIND OF PRODUCTIVE

14  CONVERSATION?

15          MR. THAKUR:  IN THIS PARTICULAR SET, I DON'T THINK

16  SO.  THERE'S A CERTAIN SET OF FACTS THAT CAME ABOUT.  ONE WAS

17  THERE WAS A CASE NARROWING ON FRIDAY, SO ONE OF THE TWO PATENTS

18  THAT WOULD HAVE BEEN AT ISSUE IN THIS MOTION TO PRECLUDE, OR A

19  KEY PATENT, SORT OF CAME OUT OF THE CASE.

20      AND THERE IS A PRIOR ART NARROWING THAT'S COMING ON FRIDAY.

21      SO AS I WAS PREPARING AN ORAL ARGUMENT ON SUNDAY, IT BECAME

22  APPARENT TO ME THAT A DEAL WAS NOW POSSIBLE THAT MIGHT NOT HAVE

23  BEEN BEFORE FRIDAY.

24          THE COURT:  OKAY.  WELL, I HAD A FEELING THAT THE

25  WHITTLING THAT TOOK PLACE ON FRIDAY HAD SOMETHING TO DO WITH

```
 1    THIS, BUT I WANTED TO CONFIRM.
 2        ALL RIGHT.  WELL, I'M GOING TO SIGN THIS ORDER.  I'LL POST
 3    IT ON THE DOCKET.
 4        I APPRECIATE YOUR THOUGHTFUL COMMENTS THIS MORNING, AND
 5    FEEL FREE TO CONTINUE TO MEET AND CONFER.
 6            MR. LYON:  WE WILL, YOUR HONOR.  THANK YOU VERY MUCH.
 7            THE COURT:  OKAY.  HAVE A GOOD DAY.
 8            MR. THAKUR:  THANK YOU, YOUR HONOR.
 9         (THE PROCEEDINGS IN THIS MATTER WERE CONCLUDED.)
```

```
 1
 2
 3                    CERTIFICATE OF REPORTER
 4
 5
 6
 7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED
 8   STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
 9   280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
10   CERTIFY:
11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13   ABOVE-ENTITLED MATTER.
14
15
16                    _____
                      LEE-ANNE SHORTRIDGE, CSR, CRR
17                    CERTIFICATE NUMBER 9595
18                    DATED:  JULY 18, 2013
19
20
21
22
23
24
25
```