[COUNSEL LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | Case No. 12-cv-00630-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSE TO INTERROGATORY NO. 32**<br><br>Date: July 23, 2013<br>Time: 10:00 a.m.<br>Courtroom: 5, 4th Floor<br>Honorable Paul S. Grewal |

Stipulation Regarding Withdrawal of Samsung's
Motion to Compel Production of Documents and Response to Interrogatory No. 32
Case No. 12-cv-00630-LHK (PSG)

WHEREAS, on June 25, 2013, Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed a Motion to Compel Production of Documents and Response to Interrogatory No. 32 (Dkt. 633);

WHEREAS, on July 9, 2013, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") filed an Opposition to Samsung's Motion to Compel;

WHEREAS, on July 16, 2013, Samsung filed its Reply in support of its Motion to Compel;

WHEREAS, the hearing on Samsung's Motion to Compel is set for July 23, 2013 at 10:00 a.m.;

WHEREAS, the Parties continued to meet and confer regarding Samsung's Motion to Compel, and reached an agreement that has resolved this discovery dispute without the Court's intervention.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that Samsung's Motion to Compel Production of Documents and Response to Interrogatory No. 32 (Dkt. 633) is withdrawn.

No other dates or deadlines shall be modified by this stipulation and order.

Dated: July 18, 2013        WILMER CUTLER PICKERING
                            HALE AND DORR LLP

                            By:   */s/ Mark D. Selwyn*
                                  Mark D. Selwyn

                            *Attorneys for Plaintiff and
                            Counterclaim-Defendant APPLE, INC.*

Dated: July 18, 2013        QUINN EMANUEL URQUHART & SULLIVAN, LLP

                            By:   */s/ Victoria F. Maroulis*
                                  Victoria F. Maroulis

                            *Attorneys for Defendants and
                            Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO.,
                            LTD. SAMSUNG ELECTRONICS AMERICA, INC., and
                            SAMSUNG TELECOMMUNICATIONS AMERICA, LLC*

Stipulation Regarding Withdrawal of Samsung's
Motion to Compel Production of Documents and Response to Interrogatory No. 32
1                        Case No. 12-cv-00630-LHK (PSG)

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Dated: July 22, 2013                    By: _____

4                                              The Honorable Paul S. Grewal

5                                              U.S. Magistrate Judge

Stipulation Regarding Withdrawal of Samsung's
Motion to Compel Production of Documents and Response to Interrogatory No. 32
2                    Case No. 12-cv-00630-LHK (PSG)

## ATTESTATION

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45 X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: July 18, 2013        By:    /s/ Mark D. Selwyn
                                                 Mark D. Selwyn

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 18, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                          /s/ Mark D. Selwyn
                                                          Mark D. Selwyn

Stipulation Regarding Withdrawal of Samsung's
Motion to Compel Production of Documents and Response to Interrogatory No. 32
3        Case No. 12-cv-00630-LHK (PSG)