UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | **SECOND STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION FOR PROTECTIVE ORDER BY NOKIA CORPORATION** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51855/5421362.1

Case No. 12-cv-00630-LHK
SECOND STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING
SCHEDULE FOR MOTION FOR PROTECTIVE ORDER BY NOKIA CORPORATION

WHEREAS, on July 1, 2013, Nokia Corporation filed its Motion for Protective Order by Nokia Corporation (Dkt. 647) and service was effectuated by overnight delivery;

WHEREAS the Court previously entered the parties' Stipulation and [Proposed] Order Modifying Briefing Schedule for Motion for Protective Order by Nokia Corporation (Dkt. 690) and extended the briefing schedule;

WHEREAS the opposition of Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") is currently due on July 24, 2013 and Nokia's reply is due on July 31, 2013;

WHEREAS the parties are in discussions to try to informally resolve the motion and believe that additional time would facilitate their efforts at informal resolution;

THEREFORE, the parties, through their undersigned counsel of record, stipulate as follows:

1. Samsung's opposition to the Motion for Protective Order by Nokia Corporation shall be due on August 14, 2013.

2. Nokia's reply in support of its Motion for Protective Order shall be due on August 21, 2013.

3. The hearing shall be moved to August 27, 2013.

IT IS SO STIPULATED.

DATED: July 22, 2013                    ALSTON & BIRD, LLP


By  */s/ Ryan W. Koppelman*
    Randall L. Allen
    Ryan W. Koppelman
    Attorneys for NOKIA CORPORATION

02198.51855/5421362.1

-1-     Case No. 12-cv-00630-LHK
SECOND STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING
SCHEDULE FOR MOTION FOR PROTECTIVE ORDER BY NOKIA CORPORATION

1  DATED: July 22, 2013                    QUINN EMANUEL URQUHART &
2                                          SULLIVAN, LLP

4                                          By  */s/ Victoria F. Maroulis*
5                                              Charles K. Verhoeven
                                               Kevin P.B. Johnson
6                                              Victoria F. Maroulis
                                               Attorneys for
7                                              SAMSUNG ELECTRONICS CO., LTD.,
                                               SAMSUNG ELECTRONICS AMERICA, INC.,
8                                              and SAMSUNG TELECOMMUNICATIONS
                                               AMERICA, LLC

## **ORDER**

Based on the foregoing stipulation, and for good cause shown,

**IT IS SO ORDERED.**

DATED: _____    _____
                              The Honorable Paul S. Grewal
                              United States Magistrate Judge

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Stipulation.   In compliance with General Order 45 X.B., I hereby attest that Ryan W. Koppelman has concurred in this filing.

Dated:   July 22, 2013                                 By:  */s/ Victoria F. Maroulis*
                                                                         Victoria F. Maroulis

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 22, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated:   July 22, 2013                                 By:  */s/ Victoria F. Maroulis*
                                                                         Victoria F. Maroulis

02198.51855/5421362.1

-3-                                 Case No. 12-cv-00630-LHK
SECOND STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING
SCHEDULE FOR MOTION FOR PROTECTIVE ORDER BY NOKIA CORPORATION