1  [COUNSEL LISTED ON SIGNATURE PAGE]

2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

| | |
|---|---|
| 12  APPLE INC., a California Corporation, | Civil Case No. 5:12-cv-630-LHK-PSG |
| 13            Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF GOOGLE'S MOTION TO QUASH APPLE'S SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND TESTIMONY** |
| 14       v. | |
| 15  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| | **(Re: Docket No. 614-3)** |
| 18           Defendants. | |
| 20  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24           Counterclaim-Plaintiffs,       v. | |
| 25  APPLE INC., a California corporation, | |
| 26           Counterclaim-Defendant. | |

1    WHEREAS, on June 4, 2013, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple")
2 served non-party Google Inc. ("Google") with two subpoenas ("June 4 Subpoenas") seeking the
3 production of additional documents and testimony;
4    WHEREAS, on June 18, 2013, non-party Google Inc. ("Google") filed a Motion to Quash
5 Apple's Subpoenas for the Production of Documents and Testimony (Docket No. 614-3) ("Motion
6 to Quash");
7    WHEREAS, on July 2, 2013, Apple filed an Opposition to Google's Motion to Quash
8 (Docket No. 656-3);
9    WHEREAS, on July 9, 2013, Google filed a Reply in support of its Motion to Quash
10 (Docket No. 677);
11   WHEREAS, the hearing on Google's Motion to Quash is set for July 23, 2013, at 10 a.m.
12 PDT;
13   WHEREAS, Apple and Google have continued to meet and confer regarding Apple's June
14 4 subpoenas and Google's Motion to Quash;
15   WHEREAS, as a result of these continued discussions, Google has agreed to produce
16 additional materials, including through the use of electronic searching on particular custodians,
17 and Google and Apple will meet and confer to agree on search terms for this searching within 48
18 hours, and in the event that counsel for Google and Apple are unable to agree upon appropriate
19 search terms, they jointly agree to submit the matter for resolution by the Court, and further agree
20 to have the matter heard on an expedited basis, subject to the Court's approval;
21   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Apple and
22 Google that Google's Motion to Quash is withdrawn.

Dated: July 22, 2013

| By: */s H. Mark Lyon* | By: */s Matthew S. Warren* |
|---|---|
| Josh A. Krevitt | Amy H. Candido |
| jkrevitt@gibsondunn.com | amycandido@quinnemanuel.com |
| H. Mark Lyon | Matthew S. Warren |
| mlyon@gibsondunn.com | matthewwarren@quinnemanuel.com |
| GIBSON, DUNN & CRUTCHER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 1881 Page Mill Road | |
| Palo Alto, CA  94304-1211 | 50 California Street, 22nd Floor |
| (650) 849-5300 | San Francisco, California  91111-4788 |
| (650) 849-5333 facsimile | (415) 875-6600 |
| | (415) 875-6700 facsimile |
| *Attorneys for Apple Inc.* | |
| | *Attorneys for Non-Party Google Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2013       By: _____
                                                 The Honorable Paul S. Grewal

**ATTESTATION OF E-FILED SIGNATURES**

I, Matthew S. Warren, am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Regarding Withdrawal of Google's Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony.  In compliance with General Order 45.X.B, I hereby attest that H. Mark Lyon has concurred in this filing.

Dated:  July 22, 2013                                                  */s Matthew S. Warren*