1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation, | Civil Case No. 5:12-cv-630-LHK-PSG |
| Plaintiff, | **REVISED JOINT STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF GOOGLE'S MOTION TO QUASH APPLE'S SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND TESTIMONY** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | **(Re: Docket No. 614-3)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

1  WHEREAS, on June 4, 2013, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple")
2 served non-party Google Inc. ("Google") with two subpoenas ("June 4 Subpoenas") seeking the
3 production of additional documents and testimony;
4  WHEREAS, on June 18, 2013, non-party Google Inc. ("Google") filed a Motion to Quash
5 Apple's Subpoenas for the Production of Documents and Testimony (Docket No. 614-3) ("Motion
6 to Quash");
7  WHEREAS, on July 2, 2013, Apple filed an Opposition to Google's Motion to Quash
8 (Docket No. 656-3);
9  WHEREAS, on July 9, 2013, Google filed a Reply in support of its Motion to Quash
10 (Docket No. 677);
11  WHEREAS, the hearing on Google's Motion to Quash is set for July 23, 2013, at 10 a.m.
12 PDT;
13  WHEREAS, Apple and Google have continued to meet and confer regarding Apple's June
14 4 subpoenas and Google's Motion to Quash;
15  WHEREAS, as a result of these continued discussions, Apple and Google have now
16 reached agreement on all disputes between them concerning Apple's June 4 subpoenas and
17 Google's Motion to Quash;
18  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Apple and
19 Google that Google's Motion to Quash is withdrawn.
20
21
22
23
24
25
26
27
28

1  Dated: July 23, 2013

2  By: */s H. Mark Lyon*                                By: */s Matthew S. Warren*
3      Josh A. Krevitt                                       Amy H. Candido
       jkrevitt@gibsondunn.com                               amycandido@quinnemanuel.com
4      H. Mark Lyon                                          Matthew S. Warren
       mlyon@gibsondunn.com                                  matthewwarren@quinnemanuel.com
5      GIBSON, DUNN & CRUTCHER LLP                           QUINN EMANUEL URQUHART &
       1881 Page Mill Road                                   SULLIVAN, LLP
6      Palo Alto, CA  94304-1211                             50 California Street, 22nd Floor
       (650) 849-5300                                        San Francisco, California  91111-4788
7      (650) 849-5333 facsimile                              (415) 875-6600
                                                             (415) 875-6700 facsimile
8
       *Attorneys for Apple Inc.*
9
                                                             *Attorneys for Non-Party Google Inc.*
10

11 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12

13 Dated: _____, 2013    By: _____
                                                The Honorable Paul S. Grewal
14

**ATTESTATION OF E-FILED SIGNATURES**

I, Matthew S. Warren, am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Regarding Google's Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony.  In compliance with General Order 45.X.B, I hereby attest that H. Mark Lyon has concurred in this filing.

Dated:  July 23, 2013                                                  /s Matthew S. Warren