UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: July 23, 2013     Time in Court: 6 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Irene Rodriguez

**TITLE: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER**: CV12-00630 LHK
Plaintiff Attorney(s) present: Daniel Thomasch
Non-Party Google Attorney(s) present: Patrick Curran and Amy Candido

### PROCEEDINGS:
### Google's Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony (Doc. 614)

Motion not heard.  A further stipulated request to withdraw Google's Motion to Quash in its entirety previously filed.
The court expresses its concern over Google's request to seal case citations.  Counsel for Google states requests were erroneously submitted.

///