# EXHIBIT A

# EXHIBIT 38

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**WILMERHALE**

July 16, 2013

**By E-mail**

Peter J. Kolovos

+1 617 526 6493 (t)
+1 617 526 5000 (f)
peter.kolovos@wilmerhale.com

Amar L. Thakur, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:   Apple Inc. v. Samsung Elecs. Co., Ltd., et al.
      Case No. 12-cv-00630 (N.D. Cal.)

Dear Amar:

I write in response to your July 12 letter regarding Apple's production of Qualcomm technical documents. As Samsung knows, Apple has never refused to produce Qualcomm technical documents and was already in the process of reviewing documents from the Qualcomm customer-facing intranet for production when Samsung filed its motion to compel. Apple has produced, both in the 794 investigation, and in this case, the documents described in your July 12 letter. Apple understands that your July 12 letter outlines the full scope of Samsung's requests for Qualcomm technical documents, and that, with the identification of these documents, Samsung's motion to compel has been mooted.

First, Samsung identifies five categories of documents for which it erroneously claims Apple has not produced documents "for *any* of the MDM6610/9600/9610/9615 chipsets." In fact, Apple has produced documents in all five categories. Apple has produced at least three "Product Overview" documents (*see* APL7940008108277, APL7940014392756, APL7940015763884) and has also produced Product Requirements documents. (*See* APL7940005547308, APL7940014706265, APL630DEF-WH0003928111.) Apple has produced Mobile Data Modem Device Specifications for the MDM6610, MDM9600/MDM9610 and MDM9615M. (*See* APL630DEF-WH0007251268, APL630DEF-WH0008300749, APL630DEF-WH0008322218, APL630DEF-WH0008419855, APL630DEF-WH0007253676, APL630DEF-WH0008418942, APL630DEF-WH0007252497; *see also* APL630DEF-WH0008419534 (MDM9610 Device Specification.) Apple has produced WCDMA/3G Protocol Implementation Conformance Statements for the MDM6610, MDM9600/9610 and MDM9615. (*See* APL630DEF-WH0008360520, APL630DEF-WH0008361001, APL630DEF-WH0008383614, APL630DEF-WH0008369167, APL630DEF-WH0008369515.) Apple has also produced the two final documents you identify in your letter: the "Application Note: Recommended Parameter Settings for HSDPA" and HSUPA and "Presentation: HSUPA Overview" documents. (*See*  APL7940015117954, APL7940015119873, APL7940015117867.)

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

Amar L. Thakur, Esq.
July 16, 2013
Page 2

**WILMERHALE**

Second, Samsung's assertion that there are gaps in the production of several other categories of Qualcomm documents is similarly erroneous. It appears much of Samsung's confusion arises from a misunderstanding of Qualcomm's naming convention for its chips.[1] As detailed below, Apple has produced multiple versions of the documents described in the categories Samsung identifies in your July 12 letter, even though Samsung has *never* explained the relevance of any of these documents:

- 3G Results: Apple has produced 3G results documents for the MDM6610, MDM9600/9610 and MDM9615. (*See* APL630DEF-WH0007591513, APL7940014696223, APL7940015538496, APL7940015632016, APL7940017736928, APL630DEF-WH0005228370, APL630DEF-WH0007642701, APL630DEF-WH0008405929.)

- 3G Protocol Implementation Conformance Statements: Apple has produced 3G PICs documents for the MDM6610, MDM9600/9610 and MDM9615. (*See* APL630DEF-WH0008360520, APL630DEF-WH0008361001, APL630DEF-WH0008383614, APL630DEF-WH0008369167, APL630DEF-WH0008369515.)

- Reference Schematics: Apple has produced Reference Schematics for the MDM9600/9610 and MDM9615. (*See* APL630DEF-WH0007588355, APL630DEF-WH0007254627, APL630DEF-WH0007254576, APL630DEF-WH0007254525, APL630DEF-WH0008419039.)

- Chipset Training Documents: Apple has produced Chipset Training documents for the MDM6610, MDM9600/9610 and MDM9615. (*See* APL630DEF-WH0007017208, APL630DEF-WH0007018286, APL7940017736804, APL7940017738255, APL7940017739690, APL630DEF-WH0007017283, APL7940017738174, APL7940017738191, APL7940017738238, APL630DEF-WH0007248714, APL630DEF-WH0007248816, APL7940017229257, APL7940014392412, APL7940014392644, APL7940014711472, APL7940014772809, APL7940015481771, APL630DEF-WH0008356229, APL630DEF-WH0008356025, APL630DEF-WH0008356151, APL630DEF-WH0008355964, APL630DEF-WH0008355996.)

- User Guides: Apple has produced User Guides for the MDM6610, MDM9600/9610 and MDM9615. (*See* APL630DEF-WH0007256678, APL7940012665497, APL7940017737869, APL630DEF-WH0007254384, APL630DEF-WH0007590349,

**WILMERHALE**

Amar L. Thakur, Esq.
July 16, 2013
Page 3

- APL7940014393472, APL630DEF-WH0008356517 and APL630DEF-WH0008356612.)

- Chipset Master Documents: Apple has produced Chipset Master Documents for the MDM9615.  (*See* APL630DEF-WH0008324203, APL630DEF-WH0008324238.)

- Software Architecture and Feature Overviews:  Apple has produced software architecture and feature overview documents, including software architecture and software interface documents, for the MDM6610, MDM9600/9610 and MDM9615.  (*See* APL7940017735788, APL7940017739238, APL7940014389533, APL630DEF-WH0007338455, APL630DEF-WH0007589733, APL7940014391077, APL7940014392950, APL630DEF-WH0007932445, APL630DEF-WH0008416621, APL7940014396322, APL630DEF-WH0008417592, APL7940014405345, APL7940014396028, APL630DEF-WH0008324447, APL630DEF-WH0008324506, APL630DEF-WH0008346172: APL630DEF-WH0008416464, APL630DEF-WH0008315325, APL630DEF-WH0008416773, APL630DEF-WH0007934487.)

- User Equipment Configuration and PICS Mapping: Apple has produced numerous versions of these documents.  (*See* APL630DEF-WH0008321288, APL630DEF-WH0008321387, APL630DEF-WH0008321486, APL630DEF-WH0008321585, APL630DEF-WH0008321684, APL630DEF-WH0008321783, APL630DEF-WH0008322092, APL630DEF-WH0008322155.)

- Chipset Design Guidelines: Apple has produced Mobile Data Modem Design Guidelines and Chipset Design Guidelines for the MDM6610 and MDM9615. (*See* APL630DEF-WH0007016946, APL630DEF-WH0007018222, APL7940017735664, APL7940017737032, APL7940017740617, APL630DEF-WH0008323269.)

- Pin Assignment Spreadsheets: Apple has produced Pin Assignment Spreadsheets for the MDM9600/MDM9610 and MDM9615.  (*See* APL630DEF-WH0008425409, APL630DEF-WH0008323813.)

- Peripherals Overviews:  Apple has produced multiple copies of this document.  (*See* APL630DEF-WH0008315393, APL630DEF-WH0008315435, APL630DEF-WH0008416180, APL630DEF-WH0008416689, APL630DEF-WH0008416731.)

- Transceiver Device Specifications:  Apple has produced device specifications for both the RTR8600 and RTR9605 (the two transceivers discussed in Samsung's motion to compel).  (*See* APL630DEF-WH0008420575, APL630DEF-WH0008300854.)

Amar L. Thakur, Esq.
July 16, 2013
Page 4

WILMERHALE

- RTRxxxx Reference Schematics: Apple has produced Reference and RF Schematics for the RTR8600 and RTR8605 transceivers. (*See* APL630DEF-WH0008323052, APL630DEF-WH0008323025, APL630DEF-WH0007254627, APL630DEF-WH0007254576 APL630DEF-WH0007254525, APL630DEF-WH0008419039, APL630DEF-WH0008417543.)

As this letter makes clear, Apple's search for and production of documents has been comprehensive. Given that Apple has now searched Qualcomm's customer-facing intranet and produced documents in the categories identified in your July 12 letter, Apple understands Samsung's motion to compel to be mooted. Please confirm Apple's understanding is correct.

With regards to Apple's production of Qualcomm related emails, as outlined in Apple's Opposition, Apple has produced emails from the custodians identified by Apple and/or requested by Samsung using the search terms it has disclosed. Samsung has never objected to the search terms for the '087 and '596 patents and has not requested additional custodians. Apple has complied with the parties' agreements with regard to e-discovery.

Very truly yours,

*/s/ Peter J. Kolovos*

Peter J. Kolovos