# EXHIBIT B

# EXHIBIT 39

quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3263

WRITER'S INTERNET ADDRESS
amarthakur@quinnemanuel.com

July 12, 2013

Peter J. Kolovos
Wilmer Cutler Hale Pickering & Dorr LLP
60 State Street
Boston, MA 02109

Re:   Apple Inc. v. Samsung Electronics Co. Ltd., Case No. 12-cv-00630-LHK

Dear Peter:

I write to follow up on Samsung's motion to compel and our recent meet and confers on July 3 and July 10, 2013 regarding Apple's production of Qualcomm technical documents. We appreciate Apple's apparent efforts to moot the motion. We are disappointed, however, that Apple refused to produce these documents until Samsung filed its motion. These documents should have been produced months ago, and Samsung has been prejudiced by Apple's late production of over 700 documents.

While we are continuing to review these documents, based on our preliminary review of Apple's production, it appears that there are numerous documents Apple still has not produced. The following highly relevant documents are listed in Qualcomm's Chipset Master Documents (*see*, *e.g.*, APL630DEF-WH0008324203) and were not produced for *any* of the MDM6610/9600/9610/9615 chipsets:

- ❖ Product Overviews
- ❖ WCDMA Protocol Implementation Conformance Statements (PICS)
- ❖ Mobile Data Modem Device Specifications
- ❖ Application Note: Recommended Parameter Settings for HSDPA and HSUPA
- ❖ Presentation: HSUPA Overview

In addition, there were gaps in the production of several categories of documents. For instance, versions of documents were present for some of the chips but not others, or ███████ ████████████████████████████████████████ Apple's production of the following categories of documents thus remains deficient:

- 3G Results, which are identified in ¶ 4 Calvin Walden's Declaration in Support of Apple's Response to Samsung's Motion to Compel (*see also* APL630DEF-WH0007591513 (showing charts of the test results, but the test results are illegible due to a flaw in the production))
- 3G Protocol Implementation Conformance Statements
- Reference Schematics
- Chipset Training Documents
- User Guides
- Chipset Master Documents
- Software Architecture and Feature Overviews
- User Equipment Configuration and PICS Mapping
- Chipset Design Guidelines
- Pin Assignment Spreadsheets
- Peripherals Overviews
- Transceiver Device Specifications
- RTRxxxx Reference Schematics

Moreover, Apple has not remedied the other outstanding document production issues enumerated in Samsung's motion to compel. The fact that Apple has only produced *19 emails* in its July document productions serves as an example.

Please confirm by July 15, 2013 that Apple will complete production of the aforementioned Qualcomm technical documents immediately.

Very truly yours,

Amar L. Thakur