UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**NON-PARTY DECLARATION OF SUSAN SWEENEY IN SUPPORT OF SEALING EXHIBIT 37 TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSE TO INTERROGATORY NO. 32** |

I, Susan Sweeney, declare as follows:

1. I am employed as a Manager, Customer Service by Qualcomm Technologies, Inc., a subsidiary of third-party Qualcomm Incorporated. ("Qualcomm"). I have personal knowledge of the matters discussed in this Declaration.

2. I submit this declaration in support of sealing Exhibit 37 to Samsung's Reply in Support of Its Motion to Compel Production of Documents and Response to Interrogatory No. 32.

3. Exhibit 37 contains information that Qualcomm considers to be confidential and proprietary technical data that is highly sensitive to Qualcomm. This Qualcomm document contains information that relates to technical data for features/technology of Qualcomm products. Qualcomm marked this document "Qualcomm Confidential and Proprietary" and "Restricted Distribution: Not to be distributed to anyone who is not an employee of either Qualcomm or a subsidiary of Qualcomm without the express approval of Qualcomm's Configuration Management." Qualcomm also marked the front page with the following designation: "This document contains Qualcomm confidential and proprietary information and must be shredded when discarded." Qualcomm believes the information in this document provides certain competitive advantages, and it maintains this information highly confidential. It was produced the with designation, "Highly Confidential Attorneys' Eyes Only." Because this information pertains to Qualcomm's proprietary and confidential technical data for features/technology of its products, Qualcomm requests that it not be disclosed to the general public or to a potential competitor not subject to the Protective Order in this Action.

I have personal knowledge of the facts set forth in this declaration and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California on July 22, 2013.

*Susan Sweeney*
Susan Sweeney

DM_US 43780783-1.050278.0417