JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING IN-PART SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil Local Rule 79-5(d), Apple Inc. ("Apple") has filed the Declaration of Peter J. Kolovos Regarding Samsung's Administrative Motion to File Documents Under Seal (Dkt. No. 689) ("Samsung's Motion to Seal"). Apple requests that the Court issue an order sealing portions of Exhibits 38-39 to the Declaration of Samuel Drezdzon in Support of Samsung's Reply in Support of its Motion to Compel Production of Documents and Response to Interrogatory No. 32 ("Drezdzon Declaration") and all of Exhibits 37 and 40 to the Drezdzon Declaration.

Apple's request is granted:

- Portions of Exhibits 38 and 39 to the Drezdzon Declaration shall be sealed consistent with the proposed redacted versions publicly filed by Apple on July 23, 2013.

- Exhibits 37 and 40 to the Drezdzon Declaration shall be sealed in full.

- The proposed redacted versions of Exhibits 38 and 39 to the Drezdzon Declaration filed by Apple on June 23, 2013 shall remain the publicly available versions filed on ECF.

**IT IS SO ORDERED.**

Dated: _____, 2013        _____
                                       Hon. Paul S. Grewal
                                       United States Magistrate Judge