1  [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

| | |
|---|---|
| 12  APPLE INC., a California Corporation, | Civil Case No. 5:12-cv-630-LHK-PSG |
| 13         Plaintiff, | **REVISED JOINT STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF GOOGLE'S MOTION TO QUASH APPLE'S SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND TESTIMONY** |
| 14         v. | |
| 15  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 16 | |
| 17 | **(Re: Docket No. 614-3)** |
| 18 | |
| 19         Defendants. | |
| 20  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 21 | |
| 22 | |
| 23 | |
| 24         Counterclaim-Plaintiffs,          v. | |
| 25  APPLE INC., a California corporation, | |
| 26         Counterclaim-Defendant. | |
| 27 | |
| 28 | |

1  WHEREAS, on June 4, 2013, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple")
2 served non-party Google Inc. ("Google") with two subpoenas ("June 4 Subpoenas") seeking the
3 production of additional documents and testimony;
4  WHEREAS, on June 18, 2013, non-party Google Inc. ("Google") filed a Motion to Quash
5 Apple's Subpoenas for the Production of Documents and Testimony (Docket No. 614-3) ("Motion
6 to Quash");
7  WHEREAS, on July 2, 2013, Apple filed an Opposition to Google's Motion to Quash
8 (Docket No. 656-3);
9  WHEREAS, on July 9, 2013, Google filed a Reply in support of its Motion to Quash
10 (Docket No. 677);
11  WHEREAS, the hearing on Google's Motion to Quash is set for July 23, 2013, at 10 a.m.
12 PDT;
13  WHEREAS, Apple and Google have continued to meet and confer regarding Apple's June
14 4 subpoenas and Google's Motion to Quash;
15  WHEREAS, as a result of these continued discussions, Apple and Google have now
16 reached agreement on all disputes between them concerning Apple's June 4 subpoenas and
17 Google's Motion to Quash;
18  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Apple and
19 Google that Google's Motion to Quash is withdrawn.

Dated: July 23, 2013

| By: */s H. Mark Lyon* | By: */s Matthew S. Warren* |
|---|---|
| Josh A. Krevitt | Amy H. Candido |
| jkrevitt@gibsondunn.com | amycandido@quinnemanuel.com |
| H. Mark Lyon | Matthew S. Warren |
| mlyon@gibsondunn.com | matthewwarren@quinnemanuel.com |
| GIBSON, DUNN & CRUTCHER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 1881 Page Mill Road | 50 California Street, 22nd Floor |
| Palo Alto, CA  94304-1211 | San Francisco, California  91111-4788 |
| (650) 849-5300 | (415) 875-6600 |
| (650) 849-5333 facsimile | (415) 875-6700 facsimile |
| *Attorneys for Apple Inc.* | *Attorneys for Non-Party Google Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____July 23_____, 2013        By: /s/ Paul S. Grewal

                                                                            The Honorable Paul S. Grewal

**ATTESTATION OF E-FILED SIGNATURES**

I, Matthew S. Warren, am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Regarding Google's Motion to Quash Apple's Subpoenas for the Production of Documents and Testimony.  In compliance with General Order 45.X.B, I hereby attest that H. Mark Lyon has concurred in this filing.

Dated:  July 23, 2013                                                              /s Matthew S. Warren