1  [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

| | |
|---|---|
| 11  APPLE INC., a California corporation, | |
| 12              Plaintiff, | |
| 13       v. | CASE NO. 5:12-cv-00630-LHK |
| 14  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **JOINT STIPULATION REGARDING AUTHENTICITY OF SOURCE CODE** |
| 17              Defendants. | |
| 19  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 22              Counterclaim-Plaintiffs, | |
| 23       v. | |
| 24  APPLE INC., a California corporation, | |
| 25              Counterclaim-Defendant. | |

27

28

1   WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action (the "Litigation") against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the Parties" and individually each a "Party") on February 8, 2012;

5   WHEREAS, Samsung subsequently filed counterclaims against Apple;

6   WHEREAS, Apple has made available for Samsung's inspection, in connection with discovery in the Litigation and pursuant to the provisions of the Protective Order (Dkt. No. 512), certain source code files associated with certain Apple software releases that are relevant to Samsung's invalidity defenses;

10  WHEREAS, Apple has produced to Samsung, in connection with discovery in the Litigation, certain executable software associated with certain Apple software releases that are relevant to Samsung's invalidity defenses;

13  WHEREAS, the Parties have determined that it is in their mutual interest to avoid the significant and unnecessary burden and expense associated with the file-by-file authentication of source code and executable software produced by Apple in this litigation, and that stipulating to the authenticity of certain source code files and executable software will promote the orderly and efficient progress of the Litigation;

18  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

1. Apple agrees that, for purposes of Rule 901 of the Federal Rules of Evidence, Apple will not contest the authenticity of any source code file, including any true and correct copy thereof made pursuant to the Protective Order, made available for inspection by Apple in connection with the Litigation.

2. Apple agrees that, for purposes of Rule 901 of the Federal Rules of Evidence, Apple will not contest the authenticity of any executable software produced by Apple in connection with the Litigation.

3. Apple agrees that, for purposes of Rule 901 of the Federal Rules of Evidence, Apple will not contest the public availability of any executable software produced by Apple in connection with the Litigation.

4. The Newton source code that Apple has made available for Samsung's inspection in the Litigation is authentic source code that was implemented in Newton software that was used publicly, commercially sold, offered for sale, or publicly accessible prior to January 5, 1999.

5. The Sherlock source code for Sherlock versions 2.0 and earlier that Apple has made available for Samsung's inspection in the Litigation is authentic source code that was implemented in Sherlock software that was used publicly, commercially sold, offered for sale, or publicly accessible prior to January 5, 2000.

6. The AppleSearch source code for AppleSearch versions 1.0 and 1.5 that Apple has made available for Samsung's inspection in the Litigation is authentic source code that was implemented in AppleSearch software that was used publicly, commercially sold, offered for sale, or publicly accessible prior to January 5, 1999.

7. The iTunes source code for iTunes versions 6.0.1 and earlier that Apple has made available for Samsung's inspection in the Litigation is authentic source code that was implemented in iTunes software that was used publicly, commercially sold, offered for sale, or publicly accessible prior to January 7, 2006.

8. The iSync source code for iSync versions 2.1.1 and earlier that Apple has made available for Samsung's inspection in the Litigation is authentic source code that was implemented in iSync software that was used publicly, commercially sold, offered for sale, or publicly accessible on or before January 10, 2006.

9. The Sync Services source code that Apple has made available for Samsung's inspection in the Litigation is authentic source code that was implemented in Sync Services software that was used publicly, commercially sold, offered for sale, or publicly accessible on or before January 10, 2006.

10. The iCal source code for iCal versions 2.0.3 and earlier that Apple has made available for Samsung's inspection in the Litigation is authentic source code that was implemented in iCal software that was used publicly, commercially sold, offered for sale, or publicly accessible prior to January 7, 2006.

11. The Address Book source code for Address Book versions 4.0.3 and earlier that Apple has made available for Samsung's inspection in the Litigation is authentic source code that was implemented in Address Book software that was used publicly, commercially sold, offered for sale, or publicly accessible prior to January 7, 2006.

12. The Safari source code for Safari versions 2.0.3 and earlier that Apple has made available for Samsung's inspection in the Litigation is authentic source code that was implemented in Safari software that was used publicly, commercially sold, offered for sale, or publicly accessible on or before January 10, 2006.

13. The .MAC source code for .MAC versions 1.0.2 and earlier that Apple has made available for Samsung's inspection in the Litigation, and that is responsible for syncing data with a .Mac server, is authentic source code that was implemented in .MAC software that was used publicly, commercially sold, offered for sale, or publicly accessible prior to January 7, 2006.

14. The Mac OS X source code for Mac OS X versions 10.4.3 and earlier that Apple has made available for Samsung's inspection in the Litigation is authentic source code that was implemented in Mac OS X software that was used publicly, commercially sold, offered for sale, or publicly accessible prior to January 7, 2006.

15. The Newton executable software that Apple produced in the Litigation is an authentic copy of software that was used publicly, commercially sold, offered for sale, or publicly accessible prior to January 5, 1999.

16. The Sherlock executable software for Sherlock versions 2.0 and earlier that Apple produced in the Litigation is an authentic copy of software that was used publicly, commercially sold, offered for sale, or publicly accessible prior to January 5, 2000.

17. The AppleSearch executable software for AppleSearch versions 1.5 and earlier that Apple produced in the Litigation is an authentic copy of software that was used publicly, commercially sold, offered for sale, or publicly accessible prior to January 5, 1999.

18. The iTunes executable software for iTunes versions 6.0.1 and earlier that Apple produced in the Litigation is an authentic copy of software that was used publicly, commercially sold, offered for sale, or publicly accessible prior to January 7, 2006.

19. The iSync executable software for iSync versions 2.1.1 and earlier that Apple produced in the Litigation is an authentic copy of software that was used publicly, commercially sold, offered for sale, or publicly accessible on or before January 10, 2006.

20. The Mac OS X executable software for Mac OS X versions 10.4.3 and earlier that Apple produced in the Litigation is an authentic copy of software that was used publicly, commercially sold, offered for sale, or publicly accessible prior to January 7, 2006.

DATED: July 24, 2013

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: */s/ H. Mark Lyon* | By */s/ Amar Thakur* |
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA   94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>WILLIAM F. LEE (*pro hac vice*)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC | Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael L. Fazio (Bar No. 228601)<br>michaelfazio@quinnemanuel.com<br>Amar Thakur (Bar. No. 194025)<br>athakur@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Attorneys for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this JOINT STIPULATION REGARDING AUTHENTICITY OF SOURCE CODE.  In compliance with General Order 45.X.B, I hereby attest that Amar Thakur has concurred in this filing.

Dated:  July 24, 2013					By:  */s/ H. Mark Lyon*
						H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated:  July 24, 2013					By:  */s/ H. Mark Lyon*
						H. Mark Lyon