1
2           UNITED STATES DISTRICT COURT
3           NORTHERN DISTRICT OF CALIFORNIA
4           SAN JOSE DIVISION
5
6
7
8

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Counterclaim-Plaintiffs,<br>   v.<br><br>APPLE INC., a California corporation,<br><br>            Counterclaim-Defendant. | |

Steven S. Kim, whose business address and telephone number is Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166-0193, (212) 351-3800, and who is an active member in good standing of the bar of the State of New York, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Apple Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.  All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                  Hon. Lucy H. Koh
                                                  United States District Court Judge