[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO CONDUCT DEPOSITIONS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | |

1    Pursuant to Civil L.R. 6-2, Samsung Electronics Co., Ltd., Samsung Electronics America,
2 Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc.
3 ("Apple") file this Stipulation regarding the deposition schedule for several witnesses.
4    WHEREAS, on May 2, 2012, the Court entered a scheduling order setting forth July 8,
5 2013 as the fact discovery cut-off;
6    WHEREAS, on July 8, 2013, the Court issued an order granting the parties' Stipulation
7 Regarding Extension of Time to Conduct Depositions, permitting the parties to conduct certain
8 depositions after the July 8, 2013 fact discovery cut-off and no later than July 29, 2013;
9    WHEREAS, Samsung filed a Motion to Compel Production of Financial Documents and
10 Enforce the April 12, 2013 (Dkt. No. 686) on July 8, 2013, seeking an order compelling Apple to
11 make available a witness to testify regarding Apple's pricing strategies ("Samsung's Motion to
12 Compel");
13    WHEREAS, in partial resolution of Samsung's Motion to Compel, Apple has agreed to
14 make Apple employee, Mark Donnelly – who is knowledgeable about Apple's pricing practices
15 and pricing strategies – available for deposition;
16    WHEREAS, in an effort to avoid burdening the Court with further discovery motion
17 practice, Apple also has agreed to designate a witness or witnesses to testify regarding certain
18 topics in Samsung's Fifth Rule 30(b)(6) Notice;
19    WHEREAS, certain third party depositions have not yet gone forward as the parties are
20 continuing to discuss whether declarations regarding authentication of documents may obviate the
21 need for depositions of such third parties.   Should such depositions be ultimately deemed
22 necessary, the parties agree that the depositions of the following third party witnesses may be
23 conducted after July 29, 2013 and by no later than August 31, 2013: Eastman Kodak; Digigram;
24 ICAP Patent Brokerage; Oracle; ArcSoft, Inc.; Gibbons P.C.; Infineon Technologies AG; Intel
25 Mobile Communications GmbH; Intel Corporation; Qualcomm, Inc.; Novell, Inc.; Palm, Inc.;
26 Carnegie Mellon; Internet Archive; Microsoft Corporation; OMD; Hitachi America; and Sony
27 Electronics, Inc.;
28

-1-   Case No. :12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF
TIME TO CONDUCT DEPOSITIONS

WHEREAS, the parties continue to discuss further depositions of Apple, Samsung and third party witnesses previously noticed or served with a subpoena during the fact discovery period, and the parties reserve their rights to file a further stipulation seeking to conduct such depositions at a future date;

WHEREAS, due to witness unavailability, the parties have agreed to conduct the following party and third party witness depositions after July 29, 2013 and by no later than August 31, 2013: Apple employee Mark Donnelly; the Apple witness or witnesses designated to testify on topics from Samsung's Fifth Rule 30(b)(6) Notice; and the following third parties: Kenneth Parulski; TBWA Worldwide, Inc.; Steve Sasson; Broadcom Corporation; Sylvia Hall-Ellis; Nuance Communications, Inc.; Microsoft Corporation; Kyocera Communications, Inc.; T-Mobile; Ericsson Inc.; and the Google Inc. witness or witnesses designated to testify on topics from Apple's June 4, 2013 subpoena;

WHEREAS, either party may use these depositions and declarations for all permissible purposes in this case and they shall be treated the same as depositions and declarations taken before the fact discovery cut-off;

WHEREAS, nothing in this agreement precludes either party from moving the Court to take a deposition not listed above, or moving the Court for further testimony from a third-party witness, upon a showing of good cause;

WHEREAS, nothing in this agreement alters or in any way affects the parties' time limitations for depositions as set forth in the Court's scheduling order entered on May 2, 2012;

WHEREAS, this stipulation and extension of time will not require altering any other deadline presently on calendar in this matter.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that the foregoing party witnesses and third party witness depositions may occur after July 29, 2013 and by no later than August 31, 2013.

IT IS SO STIPULATED.

DATED: July 29, 2013

| By /s/ Mark Lyon | By /s/ Victoria F. Maroulis |
|---|---|
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| Josh A. Krevitt (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. Mark Lyon (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA   94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| Michael A. Jacobs<br>(CA SBN 111664)<br>mjacobs@mofo.com<br>Richard S.J. Hung (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | Kevin P.B. Johnson<br>(Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| William F. Lee (pro hac vice)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 | William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

1  Mark D. Selwyn (CA SBN 244180)
   mark.selwyn@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, CA 94304
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    * * *

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

  Dated:   July 29   , 2013
5

6

7                                          By: _____
                                                HONORABLE PAUL S. GREWAL
8                                               United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF E-FILED SIGNATURES**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Extension of Time to Conduct Depositions.   In compliance with General Order 45.X.B, I hereby attest that H. Mark Lyon has concurred in this filing.

Dated: July 29, 2013              */s/ Victoria F. Maroulis*
                                            Victoria F. Maroulis

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: July 29, 2013              */s/ Victoria F. Maroulis*

-6-  Case No. :12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO CONDUCT DEPOSITIONS