JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE THE APRIL 12, 2013 ORDER AND SUPPORTING DOCUMENTS)** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") hereby moves this Court for an order to seal the following documents:

1. Portions of Apple's Opposition to Samsung's Motion to Compel Production of Financial Documents to Enforce the April 12, 2013 Order ("Apple's Opposition");

2. Portions of the Declaration of Mark Buckley in support of Apple's Opposition ("Buckley Declaration"); and

3. Portions of Exhibit 4 to the Declaration of Rod Stone in support of Apple's Opposition ("Stone Declaration").

Apple's Opposition, the Buckley Declaration, and Exhibit 4 to the Stone Declaration contain or discuss Apple's highly sensitive financial data, and in particular the scope of financial information maintained and considered by Apple during its business operations. Apple has established good cause to permit the filing of the above Apple confidential information under seal through the Declaration of Mark Buckley filed in support of this Administrative Motion to File Documents Under Seal, filed herewith. As further detailed in the Declaration of Mark Buckley in support of Apple's Administrative Motion to File Documents Under Seal, the Apple confidential financial information referenced within Apple's Opposition, the Buckley Declaration, and Exhibit 4 to the Stone Declaration relates to, among other things, Apple's specific and current financial information, and in particular Apple's confidential and proprietary processes regarding the specific financial data that it does (and does not) track and consider in the ordinary course of business. (Buckley Dec. ¶ 3.) It is Apple's policy to strictly maintain the confidentiality of such information. (*Id.* ¶ 4.) This information reflects, among other things, Apple's operating practices and finances and could be used by Apple's competitors to its severe disadvantage. (*Id.*) The requested relief is thus necessary and narrowly tailored to protect the confidentiality of Apple's confidential information contained in Apple's Opposition and supporting documents.

Pursuant to General Order No. 62, the complete, unredacted versions of these documents will be lodged with the Court for in camera review and served on Samsung. Further, in accordance with this Court's Civil Standing Order Regarding Motions to File Under Seal, proposed public versions of the documents will be publicly e-filed as attachments to this Motion to Seal.

Dated: July 30, 2013

GIBSON, DUNN & CRUTCHER LLP

By: /s/ H. Mark Lyon
H. Mark Lyon

Attorneys for Apple Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule 5-1, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with the Northern District of California Local Rules via the Court's ECF system.

Dated:  July 30, 2013              By:      /s/ H. Mark Lyon
H. Mark Lyon