| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiff,<br>  v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF MARK BUCKLEY IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE THE APRIL 12, 2013 ORDER AND SUPPORTING DOCUMENTS)** |

BUCKLEY DECLARATION IN SUPPORT OF APPLE'S SEALING MOTION
12-CV-00630-LHK (PSG)

I, Mark Buckley, declare and state as follows:

1. I am an employee of Apple, Inc. ("Apple"), where I am employed as a Finance Manager. As part of my role, I am very familiar with financial information and systems at Apple, and the efforts Apple takes to ensure that sensitive financial information is kept confidential. I submit this declaration in support of Apple's motion regarding sealing, filed contemporaneously herewith. I have personal knowledge of the matters set forth below. If called as a witness, I could and would competently testify as follows.

2. Apple seeks to seal the following documents, or portions thereof, which contain or reference highly sensitive, non-public Apple financial data, the public release of which would critically harm Apple:

   a. Apple's Opposition to Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order;

   b. Declaration of Mark Buckley in support of Apple's Opposition to Samsung's Motion to Compel Production of Financial Documents and to Enforce April 12, 2013 Order (the "Buckley Declaration"); and

   c. Exhibit 4 to the Declaration of Rod Stone in support of Apple's Opposition to Samsung's Motion to Compel Production of Financial Documents and to Enforce April 12, 2013 Order (the "Stone Declaration").

3. I have reviewed each of these documents and am aware that these documents contain discussion of Apple's specific and current financial information, and in particular Apple's confidential and proprietary processes regarding the specific financial data that it does (and does not) track and reference in the ordinary course of business. These documents further contain discussions of how and where Apple would generate certain financial data, as well as the processes by which it stores the underlying data. Such information would provide substantial insight into Apple's operating practices and finances – far more insight than Apple has previously disclosed to the public or that is disclosed in practice by other companies in Apple's industry, and particularly Apple's competitors. Exposure of this information, which Apple maintains under strict confidentiality protections, to the public would cause Apple severe harm.

4. Apple strictly maintains the confidentiality of this information even within Apple. Apple goes to extensive lengths to protect the confidentiality of its financial information. Apple's highly sensitive financial data – both the exact numbers and types of information that Apple does and does not consider in conducting its business – is among the most highly protected information at the company. Only a limited number of individuals are authorized to receive this information, even within Apple, and on a need-to-know basis. Apple limits the individuals knowledgeable about this detailed financial information to only those who need to know in order to perform their normal job responsibilities, and requires those individuals to maintain this data in the strictest of confidentiality. For example, Apple restricts system access to its nonpublic financial information to a small list of individuals who have been approved by a Vice-President of Finance. This is reviewed at least once every quarter and revised as appropriate to ensure that Apple employees who no longer need access do not receive the information. I am not aware of Apple ever sharing this information with its vendors, or of Apple informing its vendors about the scope of financial information that it considers regarding components provided by such vendors.

5. Additionally, while Apple endeavors to not share its nonpublic financial data with third parties, in the rare instance when it is required to share any nonpublic financial data with third parties, Apple insists on very restrictive nondisclosure agreements and/or protective orders. Apple therefore maintains this information as highly confidential in the ordinary course of business and does not disclose it publicly.

6. As explained in my prior declaration submitted in this matter in connection with Samsung's Motion to Seal Its Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order, *see* D.I. 685, disclosure of the specific financial information at issue here, and particularly how Apple generates it and would generate other financial data, would cause Apple severe harm.

7. The information that Apple seeks to seal here is critical to Apple. For example, this data would give Apple's competitors and vendors insight into Apple's cost structure and financial data processes, as well as how and why Apple has made strategic decisions based on such financial information. The financial data that Apple maintains as part of its business operations, and that it has

1  deemed necessary for consideration during those business operations, is highly proprietary and
2  confidential to Apple.  Indeed, such information is only shared with a very limited group of
3  individuals at Apple.  It is not shared externally.  Apple even precludes its original equipment
4  manufacturer ("OEM") suppliers from having visibility into its cost structure.

5        8.     For the reasons explained above, and to be explained, it would cause severe
6  competitive harm to Apple if the information contained in these documents were publicly disclosed.
7  The financial information contained in these documents provides a detailed overview of the types of
8  financial information for Apple's products that Apple relies upon in determining which products to
9  sell and how to position them in the market, including how to price those products.  Public disclosure
10 of this information would thus permit Apple's competitors to gain insight into how Apple considers
11 its product offerings and the financial information that it deems relevant to such product offerings –
12 and, once armed with such information, to gain intelligence regarding the details of such information
13 and then tailor their product offerings, prices, advertising, costs, budgets, and business strategies to
14 more effectively compete with Apple.

15       9.     Access to this information would also harm Apple with respect to component
16 suppliers and competitors.  Apple's suppliers could use this information to leverage its knowledge of
17 the level of detail at which Apple considers component costs – both how individualized an analysis is
18 conducted for particular components and whether such analysis is conducted at a global or a national
19 scale – by, for example, gaining asymmetric advantages during contract negotiations from knowing
20 the size of the order that Apple would ideally place with such suppliers.

21       10.     None of the information described above is disclosed publicly by Apple or any
22 competitor of whom I am aware.  As a result, if Apple's information were disclosed, it would not
23 simply be harmed—it would have no defense, as it has no access to similar data from the competitors
24 that would use the information against Apple.  This is not a matter of Apple wanting to keep secret
25 information that most of the world shares.

26       11.     As explained generally above, there are substantial harms to Apple that will result if
27 the information at issue in Apple's Opposition and supporting papers were revealed to the public.  I
28 have reviewed Apple's Opposition to Samsung's Motion to Compel Production of Financial

1  Documents and to Enforce the April 12, 2013 Order; the Buckley Declaration; and Exhibit 4 to the
2  Stone Declaration.  Below is a chart detailing the specific items in each that are sealable for the
3  reasons explained above.  Apple will lodge proposed redacted versions of these exhibits in
4  highlighted form with the Court.

| Document to be Sealed | Sensitive Information to be Redacted | Notes |
|---|---|---|
| Apple's Opposition to Samsung's Motion to Compel | Documents the scope and nature of Apple's processes for maintaining financial information, identifies the information kept and considered by Apple in its business operations, and explains the processes by which Apple would generate certain information not kept in the ordinary course of business | Apple seeks to seal, in very limited nature, only the particular statements in Apple's Opposition to Samsung's Motion to Compel that reveal the nature and scope of financial information that Apple maintains, or does not maintain, in the ordinary course of business, as well as Apple's highly confidential and proprietary processes for generating certain financial data not kept in the ordinary course of business.<br><br>Disclosure of this information, and, by implication, the decisions that Apple makes regarding which financial information to collect and use in its ordinary course of business would be extremely harmful to Apple.  It would, for example, allow Apple's competitors, investors, suppliers, and the market more generally to know exactly what types of financial information Apple maintains, and act accordingly in their own business with Apple.  Similarly, revealing information about Apple's highly proprietary processes for considering and tracking financial information would permit Apple's competitors and suppliers, as well as the market more generally, to predict, using Apple's confidential information, what Apple's revenues, profits, margins, costs, and potentially its new prices may be and how they will be determined.  The scope of Apple's financial information processes, and its particular contours, is thus deemed by Apple to be highly proprietary and confidential.  Indeed, the information about the particular financial information that Apple maintains, as well as the scope of such financial information that is kept and considered by Apple as part of its business operations, is maintained on a need to know basis at Apple; access to and knowledge of such information is restricted to a limited set of |

| Document to be Sealed | Sensitive Information to be Redacted | Notes |
|---|---|---|
| | | individuals at Apple. |
| Buckley Declaration | Contains information that reveals the scope and nature of Apple's processes for maintaining financial information, identifies the information kept and considered by Apple in its business operations, and explains the processes by which Apple would generate certain information not kept in the ordinary course of business | Apple seeks to seal, in very limited nature, only the particular statements in the Buckley Declaration that are of critical sensitivity to Apple and are kept highly confidential both within and without Apple. Like Apple's Opposition to Samsung's Motion to Compel, but in more detail, the Buckley Declaration reveals the nature and scope of financial information that Apple maintains, or does not maintain, in the ordinary course of business, as well as explains Apple's highly confidential and proprietary processes for generating certain financial data not kept in the ordinary course of business.<br><br>Disclosure of this information, and, by implication, the decisions that Apple makes regarding which financial information to collect and use in its ordinary course of business, including to determine pricing for its products, would be extremely harmful to Apple. It would, for example, allow Apple's competitors, investors, suppliers, and the market more generally to know exactly what types of financial information Apple maintains, and act accordingly in their own business with Apple. Similarly, revealing information about Apple's highly proprietary processes for considering and tracking financial information would permit Apple's competitors and suppliers, as well as the market more generally, to predict, using Apple's confidential information, what Apple's revenues, profits, margins, costs, and potentially its new prices may be and how they will be determined. The scope of Apple's financial information processes, and its particular contours, is thus deemed by Apple to be highly proprietary and confidential. Indeed, the information about the particular financial information that Apple maintains, as well as the scope of such financial information that is kept and considered by Apple as part of its business operations, is maintained on a need to know basis at Apple; access to and knowledge of such information is restricted to a limited set of individuals at Apple. |
| Exhibit 4 to the Stone Declaration | Contains information that reveals the scope | Apple seeks to seal, in limited nature, only the |

| Document to be Sealed | Sensitive Information to be Redacted | Notes |
|---|---|---|
| | and nature of Apple's processes for maintaining financial information, identifies the information kept and considered by Apple in its business operations, and explains the processes by which Apple would generate certain information not kept in the ordinary course of business | particular statements in Exhibit 4 to the Stone Declaration, which is the transcript of my deposition taken in this case.  Like my declaration and Apple's Opposition to Samsung's Motion to Compel, the information in the deposition transcript reveals the nature and scope of financial information that Apple maintains, or does not maintain, in the ordinary course of business, as well as explains Apple's highly confidential and proprietary processes for generating certain financial data not kept in the ordinary course of business.  Exhibit 4 does so in painstaking and significant detail, as it involves questioning about very particular and very specific items of Apple financial information; during my deposition, Samsung's counsel delved deeply into the heart of Apple's financial processes to ask about very specific categories of financial information, such as standard costs, research and development expenses, costs of certain components, etc., and particularly how they are tracked, the scope of the information that is tracked, who would consider that data and where it may be found, and how Apple would generate such information, if it could even do so.<br><br>Disclosure of this information, and, by implication, the decisions that Apple makes regarding which financial information to collect and use in its ordinary course of business would be extremely harmful to Apple.  It would, for example, allow Apple's competitors, investors, suppliers, and the market more generally to know exactly what types of financial information Apple maintains, and act accordingly in their own business with Apple.  Similarly, revealing information about Apple's highly proprietary processes for considering and tracking financial information would permit Apple's competitors and suppliers, as well as the market more generally, to predict, using Apple's confidential information, what Apple's revenues, profits, margins, costs, and potentially its new prices may be and how they will be determined.  The scope of Apple's financial information processes, and its particular contours, is thus deemed by Apple |

| Document to be Sealed | Sensitive Information to be Redacted | Notes |
|---|---|---|
| | | to be highly proprietary and confidential.  Indeed, the information about the particular financial information that Apple maintains, as well as the scope of such financial information that is kept and considered by Apple as part of its business operations, is maintained on a need to know basis at Apple; access to and knowledge of such information is restricted to a limited set of individuals at Apple. |

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed this 30th day of July, 2013 at Cupertino, CA.

By: ___/s/ Mark Buckley_____
       Mark Buckley

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45.X.B, I hereby attest that Mark Buckley has concurred in this filing.

Dated: July 30, 2013                    /s/ H. Mark Lyon