| | |
|---|---|
| JOSH KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA  94304-1211 <br> Telephone: 650.849.5300 <br> Facsimile:   650.849.5333 | WILLIAM F. LEE (pro hac vice) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

***Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 12-cv-00630-LHK (PSG) <br><br> **DECLARATION OF SHANNON MADER IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE THE APRIL 12, 2013 ORDER AND SUPPORTING DOCUMENTS)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br> Counterclaim-Defendant. | |

I, Shannon Mader, declare and state as follows:

1. I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple").  Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in connection with Apple's Administrative Motion To File Documents Under Seal (Apple's Opposition to Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order and Supporting Documents) ("Apple's Opposition"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. The following documents, which Apple hereby seeks to file under seal, contain Apple confidential information.  Such information is highlighted in the proposed sealed versions being provided concurrently by Apple.

3. Pursuant to Civil L.R. 7-11, Holly Jones, counsel for Apple, met and conferred with Michael Fazio, counsel for Samsung, on July 30, 2013.  Samsung does not oppose Apple's Administrative Motion to File Documents Under Seal (Apple's Opposition to Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order) as a procedural mechanism for filing portions of Apple's Opposition to Samsung's Motion to Compel and supporting documents under seal.  Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: July 30, 2013

              */s/ Shannon Mader*
              Shannon Mader

101562877.1

## ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Shannon Mader has concurred in this filing.

Dated: July 30, 2013

/s/ *H. Mark Lyon*
H. Mark Lyon