JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE THE APRIL 12, 2013 ORDER AND SUPPORTING DOCUMENTS)** |

[PROPOSED] ORDER
Case No. 5:12-cv-00630-LHK (PSG)

Pursuant to Civil Local Rule 79-5(d), Apple Inc. ("Apple") has filed an Administrative Motion to File Documents Under Seal (Apple's Opposition to Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013 Order and Supporting Documents) ("Apple's Opposition"). In Support of Apple's Motion to Seal, Apple filed the supporting declaration of Mark Buckley and Shannon Mader. These declarations, as required under Civil L.R. 79-5 and General Order No. 62, provide good cause for this Court to file the documents at issue in Apple's Motion to Seal under seal as they establish that the documents and information included in Apple's Motion to Seal are sealable under applicable law. Civil L.R. 79-5(a).

Accordingly, the Court HEREBY ORDERS that there is good cause to seal the following documents, and portions thereof, which may be filed under seal:

- Portions of Apple's Opposition to Samsung's Motion to Compel Production of Financial Documents and to Enforce the April 12, 2013, Order ("Apple's Opposition") shall be sealed consisted with the proposed redacted version publicly filed by Apple on July 30, 2013;

- Portions of the Declaration of Mark Buckley in support of Apple's Opposition to Samsung's Motion to Compel Production of Financial Documents and to Enforce April 12, 2013 Order (the "Buckley Declaration") shall be sealed consistent with the proposed redacted version publicly filed by Apple on July 30, 2013; and

- Portions of Exhibit 4 to the Declaration of Rod Stone in support of Apple's Opposition to Samsung's Motion to Compel Production of Financial Documents and to Enforce April 12, 2013 Order (the "Stone Declaration") shall be sealed consistent with the proposed redacted version publicly filed by Apple on July 30, 2013.

The proposed redacted versions of Apple's Opposition, the Buckley Declaration, and Exhibit 4 to the Stone Declaration filed by Apple on July 30, 2013, shall remain the publicly available versions filed on ECF.

Having considered the motion and declaration identified above, and finding good cause therefore, the Court hereby GRANTS Apple's Motion to Seal. Apple's Opposition; the Buckley Declaration; and Exhibit 4 to the Stone Declaration, and portions thereof, thereto shall be filed under seal.

1  **IT IS SO ORDERED.**

3  Dated: _____, 2013      _____
4                                       Hon. Paul S. Grewal
                                         United States Magistrate Judge