JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**DECLARATION OF MARK BUCKLEY IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE THE APRIL 12, 2013 ORDER** |

1  I, Mark Buckley, declare and state as follows:

2      1.    I am an employee of Apple, Inc. ("Apple"), where I am employed as a Finance
3  Manager.  As part of my role, I am very familiar with financial information and systems at Apple,
4  including how such information and systems are maintained by Apple in the ordinary course of its
5  business.  I have personal knowledge of the matters set forth below.  If called as a witness, I could
6  and would competently testify as follows.

7      2.    On July 9, 2013, I was deposed by Samsung in my capacity as a designated corporate
8  representative of Apple concerning various financial topics, including unit sales, revenue, standard
9  margin, gross margin, and costs of goods sold for the Apple products at issue in this litigation, as well
10 as the information contained in financial documents that Apple has produced in this litigation.
11 During my deposition, I testified regarding the financial data tha[REDACTED]
12 [REDACTED]

13     3.    I understand that Samsung's present motion seeks U.S. revenues, margins, profits, and
14 cost breakdowns by Apple product by memory size.

15     4.    As I indicated during my deposition, Apple's production of financial documents in this
16 case reflects [REDACTED] For example, I understand
17 that Apple produced a number of Line of Business Reports, [REDACTED]
18 [REDACTED]
19 [REDACTED] As I stated during my
20 deposition, [REDACTED]

21     5.    I also understand that Apple produced U.S. and worldwide unit sales by iPhone model
22 and storage capacity, as well as total revenue or billings, average selling price, and average standard
23 cost for the iPhone line on a U.S. and worldwide basis.  Similarly, I understand that Apple produced
24 U.S. unit sales, revenue, and standard cost by model, as well as adjustments by product line, for other
25 of the products at issue in this case.  Again, the type and format of financial data Apple produced for
26 each product or product line in this case reflec[REDACTED]
27 [REDACTED]
28 [REDACTED]

1  ████████████████████████████████████
2  ████████████████████████████████████
3  ████████████████████████████████████
4  ████████████████████████████████████
5  ████████████████████████████████████
6  ████████████████████████████████████
7  ████████████████████████████████████
8  ████████████████████████████████████
9  ████████████████████████████████████
10 ████████████████████████████████████
11 ████████████████████████████████████
12 ████████████████████████████████████
13 ████████████████████████████████████
14 ████████████████████████████████████
15 ████████████████████████████████████
16 ██████████████████████
17     6.     During my deposition, I was asked about ███████
18 ████████████████████████████████████
19 ████████████████████████████████████
20 ████████████████████████████████████
21 ████████████████████████████████████
22 ████████████████████████████████████
23 ████████████████████████████████████
24 ████████████████████████████████████
25 ████████████████████████████████████
26 ████████████████████████████████████
27 ████████████████████████████████████
28 ████████████████████████████████████



[Paragraphs 1–6 redacted]

7. I understand that Samsung also seeks to compel Apple to produce U.S. margin and profit data on a per-product basis. Again, Apple does maintain gross margin data by product line at the worldwide level, which would be reflected in Apple's various Line of Business Reports, which I understand have already been produced to Samsung.

8. 

[Paragraph 8 redacted]

9. With respect to per-product cost breakdowns sought by Samsung, I understand that Apple has produced in this case costed bills of materials for the accused products. Those bills of

1  materials detail ▮▮▮▮▮ Apple also
2  would have included cost information in any Line of Business Reports produced to Samsung in this
3  case, ▮▮▮▮▮
4  ▮▮▮▮▮
5  ▮▮▮▮▮
6  ▮▮▮▮▮
7  ▮▮▮▮▮
8  ▮▮▮▮▮
9  ▮▮▮▮▮
10 ▮▮▮▮▮
11 ▮▮▮▮▮
12 ▮▮▮▮▮
13 ▮▮▮▮▮
14 ▮▮▮▮▮
15 ▮▮▮▮▮
16 ▮▮▮▮▮
17 ▮▮▮▮▮
18 ▮▮▮▮▮
19 ▮▮▮▮▮
20      10.   I have reviewed the documents attached as exhibits to the Declaration of Amar L.
21 Thakur, filed in connection with Samsung's motion to compel.  None of those documents alter my
22 opinions set forth above.  In particular, I understand that Samsung argues in its motion that certain of
23 those documents (namely Exhibits 13 through 25) demonstrate that ▮▮▮▮▮
24 ▮▮▮▮▮
25 ▮▮▮▮▮
26 ▮▮▮▮▮
27 ▮▮▮▮▮
28 ▮▮▮▮▮

1 ▪
2 ▪
3 ▪
4 ▪

5    11.    Finally, during my deposition, Samsung's attorney asked me about ▪
6 which I explained was ▪
7 ▪
8 ▪
9 ▪ For
10 example, as I explained during my deposition▪
11 ▪
12 ▪
13 ▪
14 ▪
15 ▪
16 ▪
17
18    I declare under the penalty of perjury under the laws of the United States of America that the
19 foregoing is true and correct to the best of my knowledge. Executed this 30th day of July, 2013, at
20 Cupertino, CA.
21
22                                   By:    */s/ Mark Buckley*
23                                           Mark Buckley
24
25
26
27
28

## ATTESTATION OF E-FILED SIGNATURES

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45.X.B, I hereby attest that Mark Buckley has concurred in this filing.

Dated: July 30, 2013                                  /s/ H. Mark Lyon

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: July 30, 2013                                  /s/ H. Mark Lyon

Gibson, Dunn & Crutcher LLP

BUCKLEY DECLARATION
12-CV-00630-LHK (PSG)

6