# EXHIBIT 1

**From:** Michael Fazio [mailto:michaelfazio@quinnemanuel.com]
**Sent:** Monday, July 22, 2013 11:53 AM
**To:** Stone, Rod
**Subject:** Apple v. Samsung

Rod,

I wanted to confirm our discussion earlier today that Samsung withdraws its notice of deposition for Eric Jue and, in exchange, Apple withdraws its 12th 30(b)(6) deposition notice.

This email also confirms that Apple's July 8 document production (in conjunction with its prior document productions) and Apple's offer of Mr. Donnelly's deposition satisfies the portion of Samsung's pending motion regarding enforcement of the Court's April 12th order pertaining to pricing documents, and Samsung will not further pursue that portion of its motion.

Thanks.


Best regards,
Michael Fazio

# EXHIBIT 2

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3227**

WRITER'S INTERNET ADDRESS
**michaelfazio@quinnemanuel.com**

July 19, 2013

**VIA ELECTRONIC MAIL**

Peter J. Kolovos                                Rod Stone
Wilmer Cutler Pickering Hale and Dorr LLP       Gibson Dunn & Crutcher, LLP
60 State Street                                 333 South Grand Avenue
Boston, MA 02179                                Los Angeles, CA 90071

Re:   Apple v. Samsung Elecs. Co. et al, Case No 12-cv-630

Dear Counsel:

I write to follow-up on the parties' discussions of various discovery issues at the lead trial counsel meet and confer yesterday.

Samsung's Production of Financial Documents

Apple noted that, in its view, there may have been financial documents referenced during the deposition of Joseph Cheong that Samsung has not produced.  Samsung noted that Samsung has produced all financial documents pursuant to the parties' extensive negotiations and agreement regarding production of financial documents that resulted from the parties' February 15-16 lead trial counsel meet and confer and correspondence subsequent thereto.  Samsung further noted that it has imaged and produced documents from Joseph Cheong's hard drive and noted that it was not aware that Apple had undertaken comparable search efforts with respect to its financial document custodians.

Samsung noted that if Apple contends that any further documents described by Mr. Cheong during his deposition are within the parties' agreement and have not been produced, Samsung will consider conducting additional searches for such documents.  Samsung concluded, however, that at this point of the litigation – that is, after fact discovery has closed – and particularly in light of the parties' extensive back and forth negotiations regarding each other's financial document productions, Samsung is not inclined to search for further financial documents outside the scope of the parties' agreement.

**quinn emanuel urquhart & sullivan, llp**
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

Documents Relating to Qualcomm  (Apple's Twelfth and Twenty-First Sets of RFPs)

The parties confirmed that Samsung will withdraw its motion to compel in exchange for Apple's commitment not to pursue these Requests.

Documents Relating to Idea Group Meetings

Samsung agreed to further respond to this issue by separate letter and, specifically, to provide the bates numbers of documents it has produced that are exemplary of the documents sought by Apple.

Very truly yours,

Michael L. Fazio

# EXHIBIT 3

**From:** Michael Fazio [mailto:michaelfazio@quinnemanuel.com]
**Sent:** Sunday, July 21, 2013 6:48 PM
**To:** Stone, Rod
**Subject:** Apple v. Samsung

Rod,

I wanted to confirm our recent discussions that Samsung will not pursue the discovery relating to Mr. Vellturo until the expert discovery period in this case, and that by so agreeing Samsung is not waiving its right to any such discovery at that time.

I also wanted to provide a cumulative listing of the requests for production from Apple's 19th Set of RFPs upon which the parties have reached agreement and for which Samsung understands Apple will not be pursuing further discovery:  784-787, 790-792, 794-796, 802, 804, 812-815, 820.

Lastly, we confirm that Samsung will not seek gross margin reports referenced by Mr. Buckley at his deposition and, in exchange, Samsung understands that Apple will not seek further detailed back-up documentation related to Samsung's financial document productions, such as that set forth in document bates numbered SAMNDCA-D-0000012-14.

Best regards,
Michael Fazio

# EXHIBIT 4

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 1

1            UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                 SAN JOSE DIVISION
4

5   APPLE, INC., a California   )
    corporation,                )
6                               )
            Plaintiff,          )
7                               )
        vs.                     ) No. 12 CV 00630 LHK
8                               )
    SAMSUNG ELECTRONICS CO.,    )
9   LTD., a Korean business     )
    entity; SAMSUNG ELECTRONICS )
10  AMERICA, INC., a New York   )
    corporation; and SAMSUNG    )
11  TELECOMMUNICATIONS AMERICA, )
    LLC, a Delaware limited     )
12  liability company,          )
                                )
13          Defendants.         )
                                )
14

15      CONFIDENTIAL   OUTSIDE COUNSEL EYES ONLY
16             VIDEO DEPOSITION OF
17               MARK BUCKLEY
18              Palo Alto, CA
19           Tuesday, July 9, 2013
20

21

22  REPORTED BY:
23  SUSAN F. MAGEE, RPR, CCRR, CLR, CSR No. 11661
24  Job No. 63458
25

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 2

1

2

3

4

5                         July 9, 2013

6                         9:45 a.m.

7

8

9          CONFIDENTIAL   OUTSIDE COUNSEL EYES ONLY

10         VIDEO DEPOSITION OF MARK BUCKLEY held at

11         the offices of GIBSON, DUNN & CRUTCHER

12         1881 Page Mill Road, Palo Alto, CA,

13         pursuant to Notice before SUSAN F. MAGEE,

14         RPR, CCRR, CLR, CSR No. 11661.

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 3

1    APPEARANCES:

2            GIBSON DUNN & CRUTCHER

3            Attorney for Plaintiff

4            Counterclaim Defendant Apple, Inc.

5                2100 McKinney Avenue

6                Dallas, TX 75201

7             BY: MARK REITER, ESQ.

8

9

10

11           GIBSON DUNN & CRUTCHER

12               200 Park Avenue

13               New York, NY 10166

14           BY:  SCOTT LESLIE, ESQ.

15               JOSH KREVITT, ESQ.

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 4

1    APPEARANCES (continued):

2              APPLE

3                  M/S: 36 3NYJ

4                  1 Infinite Loop

5                  Cupertino, CA 95014

6         BY: ERICA ATWELL, In house Counsel

7              CYNDI WHEELER, In house Counsel

8

9

10

11            QUINN EMANUEL URQUHART & SULLIVAN

12            Attorney for Defendants

13                  865 South Figueroa Street

14                  Los Angeles, CA 90017

15         BY: ANTHONY ALDEN, ESQ.

16

17

18

19

20            Also Present:

21                  JOHN BROWNING

22

23            The Videographer:

24                  PHILIP KNOWLES

25                        o0o

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 5

1          PALO ALTO, CA, TUESDAY, JULY 9, 2013

2                      9:45 a.m.

3

                                                          08:47

4          THE VIDEOGRAPHER:  Good morning, Counsel.       09:43

5    This is the start of tape labeled number 1 of the    09:44

6    videotaped deposition of Mark Buckley in the matter   09:44

7    of Apple, Inc. vs. Samsung Electronics Company        09:44

8    Limited in the United States District Court in the    09:44

9    Northern District of California, San Jose Division,   09:44

10   with Case No. 12-CV-00630-LHK.                        09:44

11         This deposition is being held at               09:45

12   1881 Page Mill Road in the city of Palo Alto,         09:45

13   California, on July 9th, 2013, at approximately       09:45

14   9:45 a.m.                                             09:45

15         My name is Philip Knowles from               09:45

16   TSG Reporting and I am a legal video specialist.      09:45

17   The court reporter is Susan Magee also in             09:45

18   association with TSG Reporting.                       09:45

19         Will counsel please introduce themselves       09:45

20   for the video record.                                 09:45

21         MR. ALDEN:  Anthony Alden from                09:45

22   Quinn Emanuel on behalf of Samsung.  With me is       09:45

23   John Browning from Analysis Group.                    09:45

24         MR. REITER:  Mark Reiter with Gibson, Dunn     09:45

25   & Crutcher for Apple and the witness.  With me is     09:45

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 6

1    Scott Leslie also with Gibson Dunn, and Erica Atwell    09:45

2    of Apple.    09:45

3         THE VIDEOGRAPHER:  Thank you, Counsel.    09:45

4         Will the court reporter please swear in the    09:45

5    witness.    09:45

6

7                   MARK BUCKLEY,

8    called as a witness, having been duly sworn by a

9    Certified Shorthand Reporter, was examined and

10   testified as follows:

11

12        THE VIDEOGRAPHER:  You may proceed.    09:45

13                                                 09:45

14             EXAMINATION BY MR. ALDEN            09:45

15                                                 09:45

16    Q.  Good morning, Mr. Buckley.  How are you    09:45

17   today?    09:46

18    A.  Good.  Good morning.    09:46

19    Q.  You and I have met before; correct?    09:46

20    A.  We have.    09:46

21    Q.  You understand that in today's deposition    09:46

22   you're under an obligation to tell the truth; is    09:46

23   that correct?    09:46

24    A.  Yes.    09:46

25    Q.  Is there any reason why you can't give your    09:46

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 21

1          (Exhibit 3 was marked for identification by    10:10

2    the court reporter and is attached hereto.)         10:10

3          BY MR. ALDEN:   Q.   Mr. Buckley, are you      10:10

4    familiar with this document?                         10:10

5      A.   I am.                                          10:10

6      Q.   What is it?                                    10:10

7      A.   Let me just go through and make sure all      10:10

8    the pages are --                                      10:10

9      Q.   Sure.                                          10:10

10     A.   These are line of business reports for        10:11

11   various products.                                     10:11

12     Q.   And what are line of business reports?        10:11

13     A.   They are a worldwide view of our main lines   10:11

14   of business down to the contribution margin.         10:11

15     Q.   When you say "worldwide view," just to be     10:11

16   clear, is all the data in Exhibit 3 worldwide data   10:11

17   as opposed to U.S. only?                              10:11

18     A.   Yes.  ███████ ████████ ██████████████.       10:11

19     Q.   ███████████ ███████████ ████████████████     10:11

20   ████████ ██████ █████████ █████████ █████████ █████   10:11

21     A.   ████                                          10:11

22     Q.   Which -- if you'll look at the document,      10:11

23   ██████████ █████████ █████████ ████████████ ███████  10:11

24   ████████ ████████ ██████ █████████ █████████ ██████  10:12

25     A.   Can you -- or just repeat the question.        10:12

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 22

1   Sorry.                                                          10:12

2       Q.  I can say it again if you'll like.  Sure.              10:12

3           You'll see that on the left-hand side there            10:12

4   are a number of line items --                                  10:12

5       A.  Yeah.                                                   10:12

6       Q.  -- starting with total revenue and it goes             10:12

7   down to units?                                                 10:12

8       A.  Yes.                                                    10:12

9       Q.  Do you see that?                                       10:12

10      A.  Mm-hmm.                                                 10:12

11      Q.  I'm -- I just want you to identify which of            10:12

12  those line items Apple could produce data for --               10:12

13      A.  Okay.                                                   10:12

14      Q.  -- ███ ██ ██ ███ ███ with respect             10:12

15  to the products that are represented in Exhibit 3.             10:12

16          MR. REITER:  Objection.  Lacks foundation.             10:12

17  Assumes facts not in evidence.                                 10:12

18          THE WITNESS:  So you're asking me can we               10:12

19  look at iPhone revenue ██ ██ ██                           10:12

20          BY MR. ALDEN:  Q.  That would be                       10:12

21  encompassed within my question.  If you want me to             10:13

22  break it down, I'm happy to break it down into                 10:13

23  individual questions.                                          10:13

24      A.  No.  I'll answer each one.                             10:13

25          So revenue, we can get a total iPhone                  10:13

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 26

1     Probably other things, too, but it's a big     10:17

2   exercise to try to figure this out.               10:17

3     Q.   Does -- are you aware as to whether Apple   10:17

4   ███████████████████████████████████████████       10:18

5   ███████████                                        10:18

6     A.   ██████████████████████████                  10:18

7     Q.   ████████████████████████████████████        10:18

8   ██████████                                         10:18

9     A.   ███████████████████████████████             10:18

10  ████████████████████████████████████████████      10:18

11  █████████████████ ███████                          10:18

12    Q.   Well, let me be even more precise.          10:18

13    A.   Okay.                                       10:18

14    Q.   ███████████████████████████████████         10:18

15  ████████████████████████████████████████          10:18

16  ████████████████████                               10:18

17    MR. REITER:  Objection.  Vague.                  10:18

18    THE WITNESS:  █████████████████████              10:18

19  ██████████████████████████████████████             10:18

20    BY MR. ALDEN:  Q.  Yes.                          10:18

21    A.   ████                                        10:18

22    Q.   ████████████████                            10:18

23    MR. REITER:  Objection.  Lacks foundation.       10:18

24    THE WITNESS:  Well, I think what we're --        10:18

25  we're starting to talk about here, I think I -- I  10:19

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 27

1   kind of get where you're going, but we've already          10:19
2   talked about the difficulties of some of these line         10:19
3   items already.  If we continue to go down further,          10:19
4   it will continue to be difficult, so it's not              10:19
5   something we do.                                            10:19
6          BY MR. ALDEN:  Q.  So just to be clear,             10:19
7   ███████████████████████████████████████████               10:19
8   ███████████████████████████████████████████               10:19
9   ████████████████████████████████████████                  10:19
10         A.  ██████████████████████████████████             10:19
11  ██████████████████████                                     10:19
12         Q.  Sorry.  I'm not sure I understood your          10:19
13  response.  Is that a yes to my question or a no to         10:19
14  my question?                                               10:19
15         A.  ████████████████████████████████████           10:19
16  ███████████████████████████████████████████               10:19
17  ███████████████████████████████████                       10:19
18         Q.  Okay.  ████████████████████████████             10:19
19  ████████████████████████████████                          10:19
20         MR. REITER:  Objection.  Misstates                  10:19
21  testimony.                                                 10:20
22         THE WITNESS:  ███  ████  ████  ████████             10:20
23  ███████████████████████████████████████████               10:20
24  ███████████████████████████████████████████               10:20
25  ██████████████████  ███████████  ████  ██████             10:20

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 28

1   ███ ██                                              10:20

2        And we're a worldwide company.  ███ ███        10:20

3   ████████████████████████████████████████████       10:20

4   ████████████████████████████ ████                  10:20

5   ████████████████████████████████████████████       10:20

6   █████████████████████                              10:20

7        BY MR. ALDEN:  Q.  ███ ███ ███ ███             10:20

8        MR. REITER:  Objection.  Asked and            10:20

9   answered.                                           10:20

10       THE WITNESS:  I think there's -- I don't       10:20

11  know.  I mean, I -- ████████████████████            10:20

12  ████████████████████████████████████████████       10:20

13  ████████████████████████████████████████████       10:20

14  ██████████████████████████████████                 10:20

15  ████████████████████████████████████████████       10:20

16  ████████████████████████████████████████████       10:20

17  ██████████████████████████████████████████?        10:20

18  ████████████████████████████████████              10:21

19  ██████                                             10:21

20        ██████████████████████████████████          10:21

21  ██████████████████████████████████                 10:21

22  ████████████████████████████████████████          10:21

23  ████████████████████████████████████████          10:21

24  ████████████████████████████████████              10:21

25        BY MR. ALDEN:  Q.  Does Apple calculate a     10:21

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 31

| | | | |
|---|---|---|---|
| 1 | A. ▓▓▓▓ | | 10:24 |
| 2 | ▓▓ | | 10:24 |
| 3 | Q. ▓▓▓▓ | | 10:24 |
| 4 | A. ▓▓▓ | | 10:24 |
| 5 | Q. But it also -- | | 10:24 |
| 6 | A. ▓▓▓▓ | | 10:24 |
| 7 | ▓▓ | | 10:24 |
| 8 | Q. ▓▓▓ | | 10:24 |
| 9 | ▓▓ | | 10:24 |
| 10 | A. ▓▓▓▓ | | 10:24 |
| 11 | ▓▓▓▓ | | 10:25 |
| 12 | ▓▓▓▓ | | 10:25 |
| 13 | Q. ▓▓▓▓ | | 10:25 |
| 14 | ▓ | | 10:25 |
| 15 | ▓▓▓ | | 10:25 |
| 16 | A. ▓▓▓ | | 10:25 |
| 17 | ▓▓▓▓, | | 10:25 |
| 18 | ▓▓▓▓ | | 10:25 |
| 19 | Not a full picture.  Not actuals. | | 10:25 |
| 20 | Q. ▓▓▓ | | 10:25 |
| 21 | ▓▓▓▓ | | 10:25 |
| 22 | ▓▓▓▓ | | 10:25 |
| 23 | ▓▓▓ | | 10:25 |
| 24 | A.  There's lots of things that go into making | | 10:25 |
| 25 | up gross margin.  ▓▓▓ | | 10:25 |

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 32

| | | |
|---|---|---|
| 1 | ███████ ██████ ██████ ███ ██████ | 10:25 |
| 2 | █████████████ ███████ ████ ██████████ | 10:25 |
| 3 | ████████ ██████ ████ █████████████ | 10:25 |
| 4 | ███████ ██████ ████ ████ | 10:26 |
| 5 | ████████ ██████████████ | 10:26 |
| 6 | ██████ █████ ████ ██ ███████████ | 10:26 |
| 7 | ██████ ██████████████████████ | 10:26 |
| 8 | █████ ████████ ████ ████ █████ | 10:26 |
| 9 | ██████ ██████ ████████ ████ | 10:26 |
| 10 | █████████████ ████ █████ | 10:26 |
| 11 | █████ ██████ ████ █████ ████ | 10:26 |
| 12 | ████████████████████████████ | 10:26 |
| 13 | █████ ██████ ████ █████ ████ | 10:26 |
| 14 | ████ ██ ██████████████ ████ | 10:26 |
| 15 | ████ ██ ████ ██████ | 10:26 |
| 16 | █████ ██████ ████ ████ █████ | 10:26 |
| 17 | ██████ ██████ ████ ████ ████ | 10:26 |
| 18 | ████ ██ ████ ████ ████ ████ ██ ████ | 10:26 |
| 19 | ██████ ████ ████ █████ ████ | 10:26 |
| 20 | ██████ ████ ████ | 10:26 |
| 21 | Q.   So if we can -- I'll try and go through | 10:26 |
| 22 | these one by one, if that's all right with you. ████ | 10:27 |
| 23 | ████ ██████ ████ ████ ████ ████ | 10:27 |
| 24 | ████████ ████ ████ ████ | 10:27 |
| 25 | ████ ██ ████ ████ ████ ████ | 10:27 |

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 35

1   account is something disc?                          10:29

2       A.  I don't -- I'm sorry.  I'm not sure what I   10:29

3   said disc there, but ███████████████████████████     10:29

4   ███████████████████████                               10:29

5       Q.  Okay.  ████████████████████████████          10:29

6       A.  █████████████████████████████████████        10:29

7   ████████████████████████████████████████████████     10:29

8   ████████████████████████████████████████████████     10:29

9   █████████████████████████████████████                10:29

10      Q.  ████████████████████████████████████████     10:29

11  ████████████████████████████████████████████████     10:29

12      A.  ████████████████████████████████             10:29

13      Q.  ████████  ████████████████                    10:29

14      A.  ██████████████  ████████████████████          10:29

15  ████████████████████████████████████████████████     10:29

16  ████████  ████████ -- I'll probably think of some today,  10:30

17  but right now I'm not thinking of any that are --    10:30

18  ████████████████████████████████████████████████     10:30

19  ████████████████████████████████████████████████     10:30

20  ████████████████                                      10:30

21      Q.  Other than -- and please, if you do          10:30

22  remember any, just point them out to me.             10:30

23      A.  Oh, I will.  I will.                          10:30

24      Q.  ██████████████████████████, are there any    10:30

25  other that aren't  -- strike that.                    10:30

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 36

| | | |
|---|---|---|
| 1 | ██████████████████████████████ | 10:30 |
| 2 | ███████████████████████████████████ | 10:30 |
| 3 | ███████████████████████████████████ | 10:30 |
| 4 | ██████████████████████████████ | 10:30 |
| 5 | ███████████████████████████████████ | 10:30 |
| 6 | ███████████████████████ | 10:30 |
| 7 | A.   ████████████████████████████ | 10:30 |
| 8 | ██████████████████████████████ | 10:31 |
| 9 | ███████████████████████████████████ | 10:31 |
| 10 | ██████████████ | 10:31 |
| 11 | Q.   Any other reasons? | 10:31 |
| 12 | A.   ██████████████████████████ | 10:31 |
| 13 | ███████████████████████████████████ | 10:31 |
| 14 | █████ | 10:31 |
| 15 | Q.   And what is the -- you refer to the fact | 10:31 |
| 16 | ██████████████████████████████ | 10:31 |
| 17 | ██████████████ | 10:31 |
| 18 | What is the difference between revenue and | 10:31 |
| 19 | net revenue? | 10:31 |
| 20 | A.   You know, what I -- | 10:31 |
| 21 | MR. REITER:  Objection.  Misstates | 10:31 |
| 22 | testimony. | 10:31 |
| 23 | THE WITNESS:  Yeah.  What I said is the | 10:31 |
| 24 | retail price is what is listed ██████████ | 10:31 |
| 25 | ███████ -- so a -- you know, an iPad, 499.  So | 10:31 |

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 38

1   lower. ███████ ████████ ████████ ███████        10:33

2   ████████ ██████ ██████ ██████ ██████ ██████     10:33

3   ████████ ████ ████ ████ ██████ ██████           10:33

4   ████ ████ ██████ ██████ ██████ ██████           10:33

5   ████ ████ ████ ██████                           10:33

6        BY MR. ALDEN:  Q.  So you account, say, as  10:33

7   a general manager whether ████ ████ ████         10:33

8   ████████ ████ ████ ██████ ██████ ████           10:33

9        A.  ███                                     10:33

10       Q.  ████ ████ ████ ████                     10:33

11       A.  I could say I don't know; it could go   10:33

12   either way.                                     10:33

13       Q.  I can't ask for more than that.         10:34

14       A.  Yeah.  I -- we have to look at it.      10:34

15       Q.  You mentioned -- ████ ████ ████ ████    10:34

16   ████ ████ ██████ ██████ ██████                  10:34

17        ████ ████ ██████ ██████ ██████             10:34

18   ████ ████ ████ ████ ████ ████ ██████            10:34

19   ████ ████ ████ ████ ████ ██████                 10:34

20   ████ ████ ████ ████ ██████                      10:34

21       A.  ████ ████ ████ ████ ████ ██████         10:34

22   ████ ████ ██████ ████ █ ████ ██████             10:34

23   ████ ████ ████ ████ ████ ████ ██████            10:34

24   ████ ██████                                     10:34

25       Q.  And when you say "a subset," which subset  10:34

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 45

```
 1      A.  I'm sorry.  I know in the U.S., but what    10:43
 2   was it for the -- ███ ███ ███ ███ ███ ███          10:43
 3   ████                                               10:43
 4      Q.  ██ ██ ██ ███                                10:43
 5      A.  ███ ███   ███                               10:43
 6          You know, ███ █ ███ ██ ██ ███               10:43
 7   ███ ██ ███ ██ ██ ██ ██ ███                         10:43
 8   ███ ██ ██ ██ ██ ██ ██ ██                           10:43
 9   ███ ██ ███ ██ ██ ██ ███                            10:43
10   ███ ██ ██ ██   ███ ██ ██ ██                        10:43
11   ██                                                 10:43
12      Q.  Is there no --                              10:43
13      A.  And I --                                    10:43
14      Q.  Sorry.                                      10:43
15      A.  You know, ███ ██ ██ ██ ██ ███               10:43
16   ███ ██ ███ ██ ██ ██ ██ ██ ██                       10:43
17   ██ ██ ██ ██ ███ ██                                 10:43
18      Q.  ██ ███ ██ ██ ██ ██ ███                      10:43
19   ███ ██ ███ ██ ██ ██ ██                             10:44
20   ███ ██ ██ ██ ██ ███                                10:44
21   ███ ██ ██ ██ ██ ██ ██ ██ ██                        10:44
22   ██ █ ██                                            10:44
23      A.  ███ ██ ███ ██ ██ ██ ██ ███                  10:44
24   ███ ██ ███ ██ ██ ███                               10:44
25   ███ ██ ██ ██ ██ ██ ██ ██                           10:44
```

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 46

| # | | Time |
|---|---|---|
| 1 | ████████ | 10:44 |
| 2 | ███ | 10:44 |
| 3 | I would say let's go a step further and | 10:44 |
| 4 | figure out what is it?  What's the expense?  How | 10:44 |
| 5 | should it be allocated? ██████ | 10:44 |
| 6 | ████████ | 10:44 |
| 7 | ████████ | 10:44 |
| 8 | ████████ | 10:44 |
| 9 | Q. ██████ | 10:44 |
| 10 | A.  I was giving an example of -- of earlier | 10:44 |
| 11 | about ████████ | 10:44 |
| 12 | ████████ | 10:44 |
| 13 | Q. ██████ | 10:44 |
| 14 | A. ███ | 10:44 |
| 15 | Q. ████████ | 10:44 |
| 16 | ████████ | 10:45 |
| 17 | A.  You know, that's not my area of the job. | 10:45 |
| 18 | ████████ | 10:45 |
| 19 | ██████ | 10:45 |
| 20 | Q. ████████ | 10:45 |
| 21 | ██████ | 10:45 |
| 22 | A. ████████ | 10:45 |
| 23 | ██ | 10:45 |
| 24 | Q. █ | 10:45 |
| 25 | A. █ | 10:45 |

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 47

1     Q.  Any other financial reports?                    10:45

2     A.  I'm sure there's many financial reports. █      10:45

3     ████████████████████████████████████████████       10:45

4     ████████████ ███████████████████████████████       10:45

5     ████████████ ████████ ██████████████████████       10:45

6     ████████████████████████████████████████████       10:45

7     ██████████████████████████████                      10:45

8     Q.  ██████████████████████████████████              10:45

9     █████████████████████████████████████               10:45

10          MR. REITER:  Objection.  Lacks foundation.    10:45

11          THE WITNESS:  ██████ ██ ████████ ████         10:45

12          BY MR. ALDEN:  Q.  ████████████               10:46

13    ████████████████████████████████████████████       10:46

14    ████████████ ████ ████████                          10:46

15          MR. REITER:  Objection.  Lacks foundation.    10:46

16          THE WITNESS:  ████ ██ ████████ ████ █         10:46

17    ████████████████████████████████████████████       10:46

18    ████████████████████████████ ███████████████       10:46

19    ████████████████████████████████████████            10:46

20    ████ █ ████████████████████████                     10:46

21          BY MR. ALDEN:  Q.  Does Apple --              10:46

22    A.  But let me, you know --                          10:46

23    Q.  Yeah.                                            10:46

24    A.  ████████████████████████████████████            10:46

25    ████ ████ ██████████████████████████                10:46

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 48



```
 1                                              10:46
 2                                              10:46
 3                                              10:46
 4                                              10:46
 5                                              10:46
 6                                              10:46
 7     Q.                                       10:46
 8                                              10:46
 9     A.  I'm not.  You're asking --           10:47
10     Q.  You're not aware of any reports?     10:47
11     A.                                       10:47
12                                              10:47
13                                              10:47
14                                              10:47
15                                              10:47
16                                              10:47
17                                              10:47
18                                There's       10:47
19     divisions around the world.              10:47
20     Q.                                       10:47
21                                              10:47
22                                              10:47
23     A.                                       10:47
24     Q.                                       10:47
25                                              10:47
```

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 49

| | | |
|---|---|---|
| 1 | ███████████████████████████████ | 10:47 |
| 2 | ███ | 10:47 |
| 3 | A. ███████████████ | 10:47 |
| 4 | Q. ████████████████████ | 10:47 |
| 5 | ████████████████████████████████ | 10:48 |
| 6 | ██████████████████████ | 10:48 |
| 7 | MR. REITER:  Objection.  Vague. | 10:48 |
| 8 | THE WITNESS:  How is that different than | 10:48 |
| 9 | the previous question? | 10:48 |
| 10 | BY MR. ALDEN:  Q.  Well, I guess one is one | 10:48 |
| 11 | could be either present- or past-looking.  One could | 10:48 |
| 12 | be forward-looking. | 10:48 |
| 13 | A.  Oh, okay. ████████████ | 10:48 |
| 14 | █████████████████████████████ | 10:48 |
| 15 | ██████ ████████████ | 10:48 |
| 16 | Q. ████████████████████████ | 10:48 |
| 17 | ███████ ████████ | 10:48 |
| 18 | A. ███ █████████████████ | 10:48 |
| 19 | Q.  Are you aware, ████████████ | 10:48 |
| 20 | █████████████████████████████████ | 10:48 |
| 21 | ████████████████████████████████ | 10:48 |
| 22 | A. ██████████████ | 10:48 |
| 23 | Q.  Have you looked into that? | 10:48 |
| 24 | A. ████████████████████████ | 10:48 |
| 25 | █████████████████████████████ | 10:48 |

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 50

1   ███████ ████ ████ ████ ████ ████                    10:49

2       Q.   Let me ask the question again.              10:49

3            Have you personally investigated --          10:49

4       A.   I --                                        10:49

5       Q.   -- ████ ████ ████ ████ ████ ████           10:49

6   ████ ████ ████ ████ ████ ████ ████                  10:49

7   ████ ███ ████ ████                                  10:49

8       A. ████ ████ ███ ████                           10:49

9       Q.   ████ ████ ████ ████ ████                   10:49

10  ████ ████ ████ ████ -- well, let me rephrase        10:49

11  that.                                               10:49

12          ████ ████ ████ ████ ████ ████ ████         10:49

13  ████ ████ ████ ████ ████ ████ ████                 10:49

14  ████ ███ ████ ████ ████                            10:49

15      A.   Sorry.  That was a little long.  Can you    10:49

16  ask that -- want to just read it back.              10:50

17          (Record read.)                              10:50

18          THE WITNESS:  ████████  ████ ████ ████ ███. 10:50

19          BY MR. ALDEN:  Q.  Have you investigated     10:50

20  whether Apple does so?                              10:50

21      A.   ████ ████ ████ ████ ████ ████ ██          10:50

22  ████ ████ ████ ████ ████ ████                      10:50

23      Q.   Okay.  ████ ████ ███ ████ ████ ████        10:50

24  ████ ███ ████                                       10:50

25          ████ ████ ████ ████ ████ ████ ████         10:50

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 53

| | | |
|---|---|---|
| 1 | A.  Yes. | 11:04 |
| 2 | Q.  �these are redacted | 11:04 |
| 3 | redacted | 11:04 |
| 4 | A.  ▭ | 11:04 |
| 5 | Q.  And let's be clear about what I mean by | 11:04 |
| 6 | "model."  By "model," I'm -- and I'm happy to change | 11:04 |
| 7 | the nomenclature if you use a different one. | 11:04 |
| 8 | A.  Actually, why -- just tell me what you mean | 11:04 |
| 9 | and then I'll -- I'll answer appropriately. | 11:04 |
| 10 | Q.  All right.  So when I say "model," I'm | 11:04 |
| 11 | talking about iPhone 4, iPhone 4S, iPhone 5 being | 11:04 |
| 12 | different models.  If you prefer I use "products," | 11:04 |
| 13 | I can -- for that, I can do so and use "models" for | 11:04 |
| 14 | different configurations within products.  I can do | 11:04 |
| 15 | that. | 11:05 |
| 16 | I just want to make sure that we're using | 11:05 |
| 17 | the -- referring to the same terms when I ask a | 11:05 |
| 18 | question and you provide an answer so I don't sit | 11:05 |
| 19 | here taking up your time for an hour asking you | 11:05 |
| 20 | about models and you're thinking about something | 11:05 |
| 21 | totally different than what I'm asking about. | 11:05 |
| 22 | A.  Okay.  Well, I'm going to -- I'll say what | 11:05 |
| 23 | I think we should probably do moving forward and you | 11:05 |
| 24 | can agree or not, but a few caveats.  So yes, we can | 11:05 |
| 25 | say models are original iPhone, iPhone 3G, 3GS, 4, | 11:05 |

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 54

1    4S and 5.                                          11:05

2         However, there are product codes or          11:05

3    products within each of those, and so for iPhone 4  11:05

4    you can have an N90, an N90A, N92, N92A.  But for  11:05

5    simplicity, we can -- or however -- however you    11:05

6    want, if you want to just say models are the       11:05

7    generations, then that's fine.                     11:05

8         Q.  Why don't we go with the models are the  11:05

9    generations, and if it seems like I'm getting      11:05

10   confused, we can change it at that point.          11:05

11        A.  Okay.                                     11:05

12        Q.  That's kind of how I think of it, so why  11:05

13   don't we -- so I think the answer will be the same,  11:06

14   but I just want to ask the question again to make  11:06

15   sure we have a clear record.                       11:06

16   ████ ██ ████ ████ ██ ████ ██ ████████              11:06

17   ██ ██ ████████ ██ ████                             11:06

18        A.  ███                                       11:06

19        Q.  Is -- you see the first line in Exhibit 3  11:06

20   is total revenue.                                  11:06

21   ████ ██ ████ ████ ████████ ██ ██                   11:06

22   █████████ ███                                      11:06

23        MR. REITER:  ██ ████████ ██ ██ ████ ████      11:06

24        BY MR. ALDEN:  Q.  ███ ████ ████ ██████       11:06

25   ████████ ██ ███ ████ █████████ ████████ █          11:06

TSG Reporting - Worldwide   877-702-9580

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 55

| | | |
|---|---|---|
| 1 | ███████████████████████ | 11:06 |
| 2 | ███████████████████████ | 11:06 |
| 3 | ██████████ | 11:06 |
| 4 | A.  Okay.  And I'm sorry.  The question was can | 11:06 |
| 5 | you do -- | 11:06 |
| 6 | Q.  ███████████████████ | 11:06 |
| 7 | ███████████████████████ | 11:06 |
| 8 | A.  █████████████████ | 11:06 |
| 9 | Q.  ████████████████████████ | 11:07 |
| 10 | ████ | 11:07 |
| 11 | █████████████████ | 11:07 |
| 12 | █████████████ | 11:07 |
| 13 | A.  ██████████████████ | 11:07 |
| 14 | ██████████ | 11:07 |
| 15 | Q.  ███████████████████ | 11:07 |
| 16 | ████████ | 11:07 |
| 17 | A.  █████████████████ | 11:07 |
| 18 | ██████████████████████ | 11:07 |
| 19 | ████████████████████████ | 11:07 |
| 20 | ███████████████ | 11:07 |
| 21 | ████████████████████ | 11:07 |
| 22 | ████████████████████████ | 11:07 |
| 23 | ████████████████████ | 11:08 |
| 24 | ███████████████████ | 11:08 |
| 25 | ███████████████████████ | 11:08 |

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 56

1    Q.   So maybe we can cut through a lot of this.    11:08

2         I think what you're saying is that ████     11:08

3    ████████████████████████████████████████████    11:08

4    ████████████████████████████████████████████    11:08

5    ████████████████████████████████ is that correct?    11:08

6    A.   Sort of -- let me try to say it again.    11:08

7    ████████████████████████████████████████████    11:08

8    ████████████████████████████████████████████    11:08

9    ████████████████████████████████████████████    11:09

10       ██████████████████████████████████████     11:09

11   ████████████████████████████████████████████    11:09

12   ██████████████████████████████████ --          11:09

13   ████████████████████████████████████████████    11:09

14   ████████████████████████████████████████ ███    11:09

15   ████████████████████████████████████████       11:09

16   ████████████████████████████████████████ ██     11:09

17   ████████████████████████████                    11:09

18       ████████████████████████████████████████    11:09

19   ████████ ████████████████████████████████████   11:09

20   ████████████████████████████████████████       11:09

21   ████████████████████████████████████████       11:09

22   ████████     ████████████████████████████       11:09

23   ████████████ ██████████████████████            11:09

24       ████████████████████████████████████████    11:10

25   ████ ████████████████████████████████          11:10

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 57

| | | |
|---|---|---|
| 1 | ███████████████████████████ | 11:10 |
| 2 | ███████████████████████████ | 11:10 |
| 3 | ████████████████████████. That's | 11:10 |
| 4 | a lot. | 11:10 |
| 5 | Q.  That's a lot, so I'll try and -- I'll try | 11:10 |
| 6 | and break it down to understand it.  Are you saying | 11:10 |
| 7 | that from a certain point in time -- sorry.  Let me | 11:10 |
| 8 | strike that. | 11:10 |
| 9 | ███████████████████████ | 11:10 |
| 10 | ███████████████████████████ | 11:10 |
| 11 | ████████████████████ | 11:10 |
| 12 | MR. REITER:  Misstates testimony. | 11:10 |
| 13 | THE WITNESS: ███████████████ | 11:10 |
| 14 | ███████████████████████████ | 11:10 |
| 15 | ███████████████████████ | 11:10 |
| 16 | ███████████████████████████ | 11:10 |
| 17 | ██████████████████████████ | 11:11 |
| 18 | ███ | 11:11 |
| 19 | BY MR. ALDEN:  Q.  Okay. ██████████ | 11:11 |
| 20 | ███████████████████████████ | 11:11 |
| 21 | █████████████████ | 11:11 |
| 22 | MR. REITER:  Objection.  Misstates | 11:11 |
| 23 | testimony. | 11:11 |
| 24 | THE WITNESS: ████████████ | 11:11 |
| 25 | ████████████████████████ | 11:11 |

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 58

```
1   ████████████████████████████████████████████         11:11

2   ████████████████████████████████████████████         11:11

3        ████████████████████████████     ██████         11:11

4   █████████████████████████████████████.               11:12

5        BY MR. ALDEN:   Q.   All right.   So from        11:12

6   ██████████████████████████████████████████████       11:12

7   ████████████████████████████████████████████         11:12

8   ██████is that correct?                                11:12

9        MR. REITER:   Objection.   Misstates             11:12

10  testimony.                                            11:12

11       THE WITNESS:   No.   I'm just saying that the    11:12

12  ██████████████████████████████████████████████       11:12

13  ██████████████████████████████████████████████       11:12

14  ██████████████████████████████████████████████       11:12

15  ██████████████                                        11:12

16       ████████████████████████████████████████        11:12

17  ████████████████████████████████████████             11:12

18       BY MR. ALDEN:   Q.   Mm-hmm.                     11:12

19       A.   ███████████████████████████████████        11:12

20  ██████████████████████████████████████████████       11:12

21  ██████████████████████████████████████████████       11:12

22  ███████████████████████████████████████████          11:12

23  ████████████████████████████   ████████████████      11:12

24  ███████████████████████████                          11:12

25       ████████████████████████████████████████        11:12
```

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 59

```
 1  ███████████████████████████████████████   11:13

 2  ███████████████████████████████           11:13

 3       Q.  Okay.  So let's -- let's try and break that   11:13

 4  down.                                       11:13

 5          ████████████████████████████████   11:13

 6  ████████████████████████████ is that       11:13

 7  correct?                                    11:13

 8       A. █████                               11:13

 9       Q.  Okay.                              11:13

10       A. ███████████                         11:13

11       Q.  Okay. ████████████████████████     11:13

12  ██████████████████████████████             11:13

13  ██████████████████████████████████         11:13

14  ███████████████                            11:13

15       A. ████████████████████████████████   11:13

16  ██████████████████████████████████████████ 11:14

17  ██████████████████████████████████         11:14

18  ███████████████████████████████. I'd       11:14

19  have to research.                           11:14

20       Q.  And I just -- I want to make sure that   11:14

21  we're on the same page.                     11:14

22          ██████████████████████             11:14

23  ████████████████████████████████,          11:14

24  ████████████████████████████████████████   11:14

25  ████████████████████████████████           11:14
```

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 60

| | | |
|---|---|---|
| 1 | ████████████████████████████████ | 11:14 |
| 2 | ██████████████████████ | 11:14 |
| 3 | A. ██████████ | 11:14 |
| 4 | Q. Okay. | 11:14 |
| 5 | A. ████████████████████████████ | 11:14 |
| 6 | ██████████████████████████ | 11:14 |
| 7 | ████████████████████████████████ | 11:14 |
| 8 | ██████████████████████████ | 11:14 |
| 9 | Q. ████████████████, are there | 11:14 |
| 10 | any -- well, strike that. | 11:15 |
| 11 | ██████████████████████ | 11:15 |
| 12 | ████████████ | 11:15 |
| 13 | MR. REITER: Objection. Lacks foundation. | 11:15 |
| 14 | BY MR. ALDEN:  Q.  You don't know? | 11:15 |
| 15 | A.  No. | 11:15 |
| 16 | Q.  Could you estimate? | 11:15 |
| 17 | A.  No. | 11:15 |
| 18 | Q. ██████████████████████ | 11:15 |
| 19 | ████████████ | 11:15 |
| 20 | MR. REITER:  Objection.  Lacks foundation. | 11:15 |
| 21 | THE WITNESS:  I have not researched it. | 11:15 |
| 22 | BY MR. ALDEN:  Q.  Any estimate? | 11:15 |
| 23 | A.  No, I wouldn't. | 11:15 |
| 24 | Q. ██████████████████████████ | 11:15 |
| 25 | ████████████████? | 11:15 |

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 65

1    iPhone?                                              11:22

2        A.   Shortly less than the iPhone.   The -- the  11:22

3    iPhone you asked?                                    11:22

4        Q.   Yes.                                        11:22

5        A.   ████████████████████████████████████       11:22

6    ███████ ██████ █████ █████████████████████           11:22

7    ████████████████████████████████████████████         11:22

8    █████████                                            11:22

9        Q.   ████████████████████████████████           11:22

10   █████████████████████████████████████████████        11:22

11   ████████████████████████████████████████████████     11:23

12   ████████ is that correct?                            11:23

13       A.   Yes.  ████████████████████████████          11:23

14   ████████  Yes, that is correct.                      11:23

15       Q.   I thought, though -- and you can correct me  11:23

16   if I'm wrong -- that ████████████████████             11:23

17   ██████████████████████████████████████████████████   11:23

18   ████████████████████████████████████████████████████ 11:23

19   █████████████████████████████████                    11:23

20       A.   █████████████████████████████████████       11:23

21   ███████████████████████████  ███████████████████     11:23

22   ████████████████████████████████  ████               11:23

23   █████████████████████████████████████████████████    11:23

24   ██████████████████████████████████████████████       11:23

25   ████████████████████████████████████████             11:24

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 133

1       ███████████████████████████████████        01:49

2       ████████ ████ ███████                       01:49

3           Q.  And this first page is for the      01:49

4       United States only; correct?                01:49

5           A.  Correct.                             01:49

6           Q.  First three pages?                   01:49

7           A.  When it says domestic, it's U.S. only.  01:49

8           Q.  And the next line item is total handset  01:49

9       revenue.                                     01:49

10          A.  Right.                               01:49

11          Q.  What does that represent?            01:49

12          A.  ███████████████████████████████     01:49

13      ███████████████████████████████████████     01:50

14      ███████████████████████████████████████     01:50

15      ███████████████?                             01:50

16          Q.  Yes.                                 01:50

17          A.  ██████████████████████████████████. 01:50

18      ███████████████████████████████████████     01:50

19      ███████████████████████████████████████     01:50

20      ███████████████████████████████████████     01:50

21      ███████████████████████████████████████     01:50

22      ████████████████████████████████████████.   01:50

23          Q.  ██████████████████████████████████  01:50

24      ███████████████████████████████████████     01:50

25      ███████████████████████████████████████     01:50

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 134

| | | |
|---|---|---|
| 1 | ██████ ███ ███ ████ ███ ██████ | 01:50 |
| 2 | ████ █ ████ ████ | 01:50 |
| 3 | A.  I think I -- ███ ███ ███ ███ ███ | 01:50 |
| 4 | ████ ███ ███ ███ ███ ███ ███ ███ | 01:50 |
| 5 | ███ ███ ███ ███ ███ ███ ███ ███ | 01:50 |
| 6 | ███ █ █ ████.  Unless you want to read it back to | 01:50 |
| 7 | me. | 01:50 |
| 8 | Q.  ██ ███ ███ ███ ███ █ ███ ███ | 01:50 |
| 9 | ███ ███ ███ ███ ███ ███ ███ ███ | 01:51 |
| 10 | ███ █ ███ ██ ███ ███ ███ | 01:51 |
| 11 | ███ ███ ██ ███ █ █ ███ ███ | 01:51 |
| 12 | A.  █ ███ ███ ███ █ ██ | 01:51 |
| 13 | ███ ███ █ ███ ███ ███ ██ | 01:51 |
| 14 | ████ ███ ███ ███, | 01:51 |
| 15 | ███ ██ ███ ███ ███ | 01:51 |
| 16 | ███ ███ █ ███ ██ ███ █ | 01:51 |
| 17 | ███ ███ █ ███ ███ ██ | 01:51 |
| 18 | ███ ███ ██ ███ ███ ███ ███ | 01:51 |
| 19 | ███ █ █ ███ ███ ██ | 01:51 |
| 20 | Does that make sense?  It's -- | 01:51 |
| 21 | Q.  I think so.  ███ ███ ███ ███ | 01:51 |
| 22 | ███ ███ ███ ███ ███ ███ | 01:51 |
| 23 | ███ ███ ███ ██ █ ███ ███ ██ | 01:51 |
| 24 | A.  Correct. | 01:51 |
| 25 | Q.  How is -- well, there's a line.  If you -- | 01:51 |