United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff, | ) | CASE MANAGEMENT ORDER; |
| | ) | ORDER DENYING SAMSUNG'S |
| v. | ) | MOTION TO AMEND THE CASE |
| | ) | MANAGEMENT ORDER AND FOR |
| SAMSUNG ELECTRONICS CO., LTD., a | ) | LEAVE TO AMEND ITS ANSWER TO |
| Korean corporation; SAMSUNG | ) | APPLE'S COUNTERCLAIMS IN |
| ELECTRONICS AMERICA, INC., a New York | ) | REPLY; ORDER DENYING |
| corporation; and SAMSUNG | ) | SAMSUNG'S MOTION FOR RELIEF |
| TELECOMMUNICATIONS AMERICA, LLC, | ) | FROM NONDISPOSITIVE PRETRIAL |
| a Delaware limited liability company, | ) | ORDER OF MAGISTRATE JUDGE |
| | ) | |
| Defendants. | ) | |

Clerk:  Martha Parker Brown            Plaintiff's Attorneys:  Josh Krevitt, Mark Lyon, Mark Reiter,
Reporter:  Lee-Anne Shortridge         Bill Lee, Mark Selwyn
                                       Defendants' Attorneys:  Victoria Maroulis, Kevin Johnson,
                                       Alexander Baxter, Marissa Ducca, Maxim Price

A case management conference was held on July 31, 2013. A further case management conference is set for October 30, 2013, at 2:00 p.m.

By August 2, 2013, the parties shall file stipulations of dismissal without prejudice regarding the patents, claims, and accused products that the parties have dropped from the case.

In regard to the parties' invalidity "references/systems/combinations," the Court clarified that each combination must be identified separately an count towards the numerical limit on invalidity references/systems/combinations.

The parties agree to meet and confer regarding the counting of accused products after expert discovery.

For the reasons stated on the record, the Court DENIED Samsung's Motion to Amend the Case Management Order and for Leave to Amend Its Answer to Apple's Counterclaims in Reply. *See* ECF No. 535-1.

For the reasons stated on the record, the Court also DENIED Samsung's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge. *See* ECF No. 680-3. Accordingly, the Court DENIED as MOOT Samsung's request to set a briefing schedule on this motion.

The Court amended the case schedule as follows:

By September 27, 2013, the parties will be required to dismiss without prejudice one patent from the case so that neither side will be asserting more than five patents. In addition, the parties will be required to limit their asserted claims to 10 per side and limit their accused products to 15 per side.

By September 30, 2013, the parties will be required to reduce their invalidity references/systems/combinations to 25 per side.

By February 6, 2014, the parties will be required to limit their asserted claims to 5 per side and limit their accused products to 10 per side. In addition, the parties will be required to reduce their invalidity references/systems/combinations to 15 per side.

During expert discovery, each side will be limited to 15 experts and 15 opening expert reports. Each side shall be limited to filing no more than 5 *Daubert* motions in this case. At trial, each side shall be limited to no more than 12 testifying experts.

| Scheduled Event | Date |
|---|---|
| Initial Expert Disclosures | August 12, 2013 |
| Rebuttal Expert Reports | September 13, 2013 |
| Close of Expert Discovery | September 27, 2013 |
| Last Day to File Dispositive Motions | October 3, 2013 |
| Opposition Briefs on Dispositive Motions | October 29, 2013 |
| Reply Briefs on Dispositive Motions | November 14, 2013 |
| Hearing on Dispositive Motions | December 12, 2013, at 1:30 p.m. |
| Hearing on *Daubert* motions | January 23, 2014, at 1:30 p.m. |
| Final Pretrial Conference | March 5, 2014, at 2:00 p.m. |
| Jury Trial | March 31, 2014, at 9:00 a.m. |

2
Case No.: 12-CV-00630-LHK
CASE MANAGEMENT ORDER; ORDER DENYING SAMSUNG'S MOTION TO AMEND THE CASE MANAGEMENT ORDER AND FOR LEAVE TO AMEND ITS ANSWER TO APPLE'S COUNTERCLAIMS IN REPLY; ORDER DENYING SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE

| Length of Trial | 12 days |
|---|---|

**IT IS SO ORDERED.**

Dated: July 31, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge