| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) |
| | charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) |
| | kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor |
| | San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| 6 | |
| | Kevin P.B. Johnson (Bar No. 177129) |
| 7 | kevinjohnson@quinnemanuel.com |
| | Victoria F. Maroulis (Bar No. 202603) |
| 8 | victoriamaroulis@quinnemanuel.com |
| | 555 Twin Dolphin Drive, 5th Floor |
| 9 | Redwood Shores, California 94065 |
| | Telephone: (650) 801-5000 |
| 10 | Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) |
| | williamprice@quinnemanuel.com |
| 12 | Michael L. Fazio (Bar No. 228601) |
| | michaelfazio@quinnemanuel.com |
| 13 | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California  90017-2543 |
| 14 | Telephone:  (213) 443-3000 |
| | Facsimile:  (213) 443-3100 |
| 15 | |
| 16 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS |
| 17 | AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | **SAMSUNG'S NOTICE OF DISMISSAL OF PATENTS, CLAIMS AND ACCUSED PRODUCTS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

NOTICE OF DISMISSAL
Case No. 5:12-cv-00630-LHK

Pursuant to the Court's July 31, 2013 order directing the parties to dismiss patents, claims and accused products in this case without prejudice, Samsung hereby dismisses the following without prejudice:

1. Samsung dismisses without prejudice the following patents or asserted claims within each patent:

    a. U.S. Patent No. 7,756,087:  Claims 1, 2, 6-9, 14-16, 34 and 39
    b. U.S. Patent No. 7,551,596:  Claims 4, 6, 16 and 18
    c. U.S. Patent No. 7,672,470:  All asserted claims
    d. U.S. Patent No. 7,577,757:  Claims 2-5, 11 and 12
    e. U.S. Patent No. 7,232,058:  All asserted claims
    f. U.S. Patent No. 6,292,179:  Claims 3-6, 8, 10 and 11
    g. U.S. Patent No. 5,579,239:  Claims 2-6, 16 and 17

2. Samsung dismisses without prejudice its claims against all accused products in this case except the products listed below.  Samsung's dismissal is made without prejudice to its arguments regarding the definition of "products" and "representative products":

    a. iPhone 3GS
    b. iPhone 4
    c. iPhone 4S
    d. iPhone 5
    e. iPad 2
    f. iPad 3
    g. iPad 4
    h. iPad Mini
    i. iPod Touch (5th generation)
    j. iPod Touch (4th generation)
    k. MacBook Air
    l. MacBook Pro
    m. iMac

        n. Mac Mini

        o. Mac Pro

        p. iTunes (including iTunes Match)

        q. iCloud

        r. Apple TV (1st generation)

DATED: August 2, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
    Victoria F. Maroulis

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

NOTICE OF DISMISSAL
CASE NO. 5:12-CV-00630-LHK