JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**APPLE INC.'S NOTICE OF DISMISSAL OF PATENTS, CLAIMS, AND ACCUSED PRODUCTS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's July 31, 2013 order to enter a stipulation to dismiss claims in this case, Apple Inc. ("Apple") hereby dismisses the following without prejudice:

1. Apple agrees to dismiss without prejudice the following patents or asserted claims within each patent:
   a. U.S. Patent No. 5,666,502:  All asserted claims
   b. U.S. Patent No. 5,946,647:  Claim 2
   c. U.S. Patent No. 6,847,959:  Claims 1-5, 9-12, 14-17, 19-20, 22, 23, 28-30 and 32-33
   d. U.S. Patent No. 7,761,414:  Claims 1-2, 4, 6-7, 10, 12, 14, 16, 17, 21-24, 26-28 and 30-32
   e. U.S. Patent No. 8,014,760:  Claims 1-5, 7-9, 12-18 and 20-22
   f. U.S. Patent No. 8,046,721:  Claims 1-7 and 9-15
   g. U.S. Patent No. 8,074,172:  Claims 2-6, 9-12, 17, 19-21, 23-25 and 27-37
   h. U.S. Patent No. 8,086,604:  All asserted claims.

2. Apple agrees to dismiss without prejudice its claims as identified against the following accused products:
   a. Galaxy Player 4.0
   b. Galaxy Player 5.0
   c. Galaxy Tab 7.0 Plus
   d. Galaxy Tab 8.9

   Notwithstanding the dismissal of these products as accused products at trial, Apple's dismissal is made without prejudice to its arguments regarding the definition of "products" and "representative products" (as set forth in the discussion of its position in the Joint Status Report Concerning Representative Products, Dkt. No. 584) and subject to its position that the dismissed products may still form the basis for Apple's infringement claims and damages at trial as representative products.

Dated: August 2, 2013

/s/ H. Mark Lyon

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: August 2, 2013                                             /s/    H. Mark Lyon