WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Apple Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FROM REMOVAL OF SERVICE LIST** |

1  PLEASE TAKE NOTICE that Anna Tin-Yee Lee of WILMER CUTLER PICKERING
2  HALE AND DORR LLP hereby withdraws her appearance as counsel for Plaintiff Apple Inc. in
3  the above-captioned matter.  Additionally, the undersigned request that she be removed from the
4  service list of Plaintiff's counsel.

6  Dated:  August 5, 2013                    WILMER CUTLER PICKERING HALE
7                                              AND DORR LLP

9                                            By: /s/ Mark D. Selwyn
                                                 Mark D. Selwyn
                                                 950 Page Mill Road
10                                               Palo Alto, CA  94304
                                                 Telephone:  (650) 858-6000
11                                               Facsimile:   (650) 858-6100

12                                               Attorney for APPLE INC.

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 5, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

                                              /s/ Mark D. Selwyn
                                              Mark D. Selwyn