QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF AMAR L. THAKUR IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL DEPOSITION TESTIMONY, OR IN THE ALTERNATIVE, A DECLARATION, REGARDING AUTHENTICATION OF DOCUMENTS FROM INTEL CORPORATION** |

02198.51981/5455163.1

THAKUR DECLARATION ISO SAMSUNG'S MOTION TO COMPEL AUTHENTICATION OF DOCUMENTS FROM INTEL CORP.

# DECLARATION OF AMAR L. THAKUR

I, Amar L. Thakur, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Intel Corporation ("Intel"), dated October 15, 2012 (exhibits omitted)

3. Attached hereto as Exhibit B is a true and correct copy of a Subpoena to Testify at a Deposition in a Civil Action to Intel Corporation ("Intel"), dated October 15, 2012 (exhibits omitted).

4. Attached hereto as Exhibit C is a true and correct copy of a Non-Party Intel Corporation's Responses and Objections to Samsung's Subpoena to Testify at A Deposition in a Civil Case, dated October 26, 2012.

5. After Intel produced documents pursuant to the 2012 Subpoenas, the parties met and conferred over the course of several months concerning Intel's document production and depositions, during which Samsung stated it would not take the deposition of Intel's corporate representative until Intel's document production was complete.

6. Attached hereto as Exhibit D is a true and correct copy of a subpoena to Intel seeking deposition and documents related to United States Patent No. 5,579,239, dated May 23, 2013 (exhibits omitted).

7. Attached hereto as Exhibit E is a true and correct copy of Non-Party Intel Corporation's Responses and Objections to Samsung's (May 23) Subpoena in a Civil Case, dated June 20, 2013.

02198.51981/5455163.1

-1-

THAKUR DECLARATION ISO SAMSUNG'S MOTION TO COMPEL AUTHENTICATION OF DOCUMENTS FROM INTEL CORP.

8. Attached hereto as Exhibit F is a true and correct copy of an email from Susan Crane of Perkins Coie that accompanied Intel's document production of 79 Bates-stamped pages, dated June 21, 2013.

9. On June 24 and 25, attorneys from Quinn Emanuel deposed Intel's corporate representatives in London, United Kingdom. Attached hereto as Exhibit G is a true and correct copy of excerpts from the deposition of Intel's corporate representative (Naga Kandasamy), taken June 24, 2013. Exhibit 1 to Mr. Kandasamy's deposition included Samsung's Subpoena to Testify at a Deposition in a Civil Action, dated October 15, 2012.

10. During the June Depositions, both of Intel's witnesses identified relevant and responsive documents they had reviewed while preparing for their depositions that had not been produced by Intel. Attached hereto as Exhibit H is a true and correct copy of a letter I sent to Christopher Kelley of Perkins Coie, dated June 27, 2013. Among these documents were ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ which related to the functionality at issue in this case.

11. On June 27, 2013, Samsung requested that Intel produce the documents identified by its witnesses, and provide an additional witness to testify regarding the authenticity of the documents. After the parties met and conferred, Intel agreed to produce the documents, with one exception: Intel refused to produce the ▌▌▌▌ claiming that locating these documents would be unduly burdensome. Intel pointed to a ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ in order to obviate the need for a purportedly burdensome document search. Samsung accepted that compromise in exchange for Intel's agreement to authenticate the ▌▌▌▌ Intel also suggested that it would provide a declaration authenticating all of the documents identified by Samsung, including the ▌▌▌▌ to avoid the need for additional depositions. Samsung agreed to forego a follow-up deposition authenticating the requested documents in exchange for Intel's promised declaration.

12. Intel then produced the new documents on July 8, 2013, including documents relevant to whether Apple products incorporating certain Intel chipsets infringe two of Samsung's

1  asserted patents – U.S. Patent Nos. 7,756,087 and 7,551,596 (the standards patents).  Attached
2  hereto as Exhibit I is a true and correct copy of a letter dated July 5, 2013 from Susan Crane of
3  Perkins Coie that accompanied Intel's document production of 1,714 Bates-stamped pages.
4  Although the letter accompanying the document production is dated July 5, 2013, Samsung did
5  not receive the letter or the documents until July 8.

6        13.    Attached hereto as Exhibit J is a true and correct copy of a July 8, 2013 email I sent
7  to Christopher Kelley of Perkins Coie with a draft of a declaration for authenticating certain Intel
8  documents.

9        14.    Later that day, following further review of Intel's supplemental production,
10 Samsung updated the draft declaration, filling in blanks with Bates numbers from Intel's
11 production, and providing further details.  Attached hereto as Exhibit K is a true and correct copy
12 of a July 8, 2013 email I sent to Christopher Kelley of Perkins Coie with a declaration for
13 authenticating documents that Intel had produced.

14       15.    Attached hereto as Exhibit L is a true and correct copy of an email I sent to
15 Christopher Kelley of Perkins Coie, dated July 10, 2013.

16       16.    Attached hereto as Exhibit M is a true and correct copy of an email from
17 Christopher Kelley of Perkins Coie to me, dated July 10, 2013.

18       17.    Attached hereto as Exhibit N is a true and correct copy of an email I sent to
19 Christopher Kelley of Perkins Coie, dated July 16, 2013.  Intel did not respond to this email.

20       18.    I called counsel for Intel on July 19, 2013.  When there was no response, I left a
21 voicemail message concerning the draft declaration.  Intel did not return that call, nor did I receive
22 any acknowledgement that anyone from Perkins Coie or Intel had listened to my voicemail
23 message.

24       19.    Attached hereto as Exhibit O is a true and correct copy of an email I sent to
25 Christopher Kelley of Perkins Coie, dated July 19, 2013.  Nobody from Perkins Coie or Intel ever
26 responded to this email.

27       20.    I called counsel for Intel again on July 22, 2013 and left a voicemail message
28 concerning the draft declaration.  Nobody from Perkins Coie or Intel returned that call, nor did I

02198.51981/5455163.1

-3-

THAKUR DECLARATION ISO SAMSUNG'S MOTION TO COMPEL AUTHENTICATION OF DOCUMENTS FROM INTEL CORP.

1  receive any acknowledgement that anyone from Perkins Coie or Intel had listened to my voicemail
2  message.
3      21.  I called counsel for Intel again on July 23, 2013 and left a voicemail message
4  concerning the draft declaration.
5      22.  Attached hereto as Exhibit P is a true and correct copy of a July 24, 2013 email I
6  sent to Christopher Kelley of Perkins Coie.
7      23.  On Thursday, July 25, 2013, Samsung and Intel held a meet and confer to discuss
8  the declaration.  Knowing that the deadline to conduct depositions or receive declarations from
9  third parties was right around the corner on Monday July 29, Samsung requested an updated
10 declaration as soon as possible.  Intel stated that it believed it could provide an updated declaration
11 on Monday, July 29, 2013.
12     24.  Intel did not provide its declaration on July 29, 2013.  Nonetheless, Samsung has
13 continued in its efforts to secure the declaration, including emails on July 29, July 30, July 31, and
14 August 2.  Attached hereto as Exhibit Q is a true and correct copy of an email trail between
15 counsel for Samsung and counsel for Intel from Monday, July 29 to Friday, August 2, 2013.
16     25.  Attached hereto as Exhibit R is a true and correct copy of an email trail between
17 counsel for Samsung and counsel for Intel from Monday, July 29 to Friday, August 2, 2013.
18     26.  Assuming Intel honors its promise to provide a declaration authenticating the 14
19 documents identified in its email dated August 2, 2013 (contained in Exhibit R attached hereto),
20 Samsung seeks authentication of just four remaining documents, three of which were part of
21 Intel's late production, and one of which is a spreadsheet that Samsung accepted as the result of a
22 meet and confer compromise:

- 160DOC001526 to ■■■ ;
- 160DOC001582 to 160DOC001833 ■■■ ;
- 160DOC001834 to ■■■ ;
- 593DOC00158 ■■■ .

27. These documents will help Samsung establish that Apple products incorporating certain Intel chipsets infringe two of Samsung's patents-in-suit – U.S. Patent No. 7,756,087 ("'087 patent) and U.S. Patent No. 7,551,596 ("'596 patent") – which Samsung has asserted against baseband processors that Apple purchases from Intel.  The documents identified above specify ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

28. If Intel *does not* honor the commitment made in its August 2, 2013 email, then Samsung *also* requests authentication for the fourteen documents identified by Intel:

- 160DOC001179 to 160DOC001224 ████████████████████;
- 160DOC001225 to 160DOC001301 ████████████████
- 160DOC001302 to 160DOC001525 ████████████████
- 160DOC002106 to 160DOC002893 ████████████████
- 593DOC000325 to 593DOC000357 ████████████████
- 750DOC000873 to 750DOC000897 ████████████████
- 750DOC000899 to 750DOC001007 ████████████████
- 750DOC001018 to 750DOC001051 ████████████████
- 593DOC000325 to 593DOC000357 ████████████████
- 750DOC001086 to 750DOC001171 ████████████████
- 160DOC000100 to 160DOC000307 ████████████████
- 593DOC00158, ████████████████
- 593DOC00159, ████████ and
- 593DOC000358, an invoice record.

02198.51981/5455163.1

-5-

THAKUR DECLARATION ISO SAMSUNG'S MOTION TO COMPEL AUTHENTICATION OF DOCUMENTS FROM INTEL CORP.

*See* Exhibit R attached hereto.  Each of these documents are relevant to issues in this case, including the '087 and '596 patents, as well as documents relevant to the "means for transmitting" limitation in claim 1 of the '239 patent, which the Court has construed to include modems and software steps that initialize ports (such as the port to the baseband processor or to the RF or antenna), obtaining the data to be transmitted, and transmitting the data.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on the 5th day of August, 2013, in Los Angeles, California.

_____
Amar L. Thakur