# EXHIBIT F

From: "Crane, Susan (Perkins Coie)" <SCrane@perkinscoie.com>
Date: June 21, 2013, 9:43:29 PM EDT
To: Amar Thakur <amarthakur@quinnemanuel.com>, "mark.selwyn@wilmerhale.com" <mark.selwyn@wilmerhale.com>
Cc: "Kelley, Christopher L. (Perkins Coie)" <CKelley@perkinscoie.com>
Subject: 6/21/2013 Apple v Samsung Case 12-cv-00630 Document Production

Today we delivered by courier a document production, Bates range 160DOC001025 to 160DOC001104, to Michael Kim of Quinn Emanuel
San Francisco and to Wilmer Hale Palo Alto directed to Mark Selwyn, of the document entitled ████████,
████████████████████████████████████████████████████████████████

Susan

**Susan J. Crane | Perkins Coie LLP**
LITIGATION PARALEGAL
3150 Porter Drive
Palo Alto, CA 94304-1212
PHONE: 650.838.4483
FAX: 650.838.4350
E-MAIL: scrane@perkinscoie.com

---

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department and IRS regulations, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including any attachments) is not intended or written by Perkins Coie LLP to be used, and cannot be used by the taxpayer, for the purpose of (i) avoiding penalties that may be imposed on the taxpayer under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or any attachments).

* * * * * * * * * *

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

1