# EXHIBIT G

INTEL CONFIDENTIAL BUSINESS INFORMATION
OUTSIDE ATTORNEYS' EYES ONLY

Page 1

1            UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
2                  SAN JOSE DIVISION
3    APPLE INC, a California Corporation,
4                     Plaintiff,
5    v.                                CASE NO.
                                       11-cv-01847-LHK
6    SAMSUNG ELECTRONICS CO., LTD., a  12-cv-00630-LHK
     Korean business entity; SAMSUNG
7    ELECTRONICS AMERICA, INC,.
     a New York corporation; SAMSUNG
8    TELECOMMUNICATIONS, a Delaware limited liability
     company,
9                     Defendants.
     _____/
10
11       INTEL CONFIDENTIAL BUSINESS INFORMATION
             OUTSIDE   ATTORNEYS'   EYES   ONLY
12
13   VIDEOTAPED DEPOSITION OF NAGA KARTHICK KANDASAMY
14                      VOLUME 1
15                Monday, June 24, 2013
16                  AT:  9:12 a.m.
17                    Taken at:
18        QUINN EMANUEL URQUHART & SULLIVAN
                    One Fleet Place
19                  London EC4M 7RA
                    United Kingdom
20
21
22
23   Court Reporter:
24   Kim Cole, MBIVR, Accredited Real-time Reporter
25   Job # 61754

INTEL CONFIDENTIAL BUSINESS INFORMATION
OUTSIDE ATTORNEYS' EYES ONLY

Page 2

```
 1            A P P E A R A N C E S
 2   FOR APPLE INC.:
 3            WILMERHALE
              By: Kate Saxton
 4            60 State Street
              Boston, MA 02109
 5
 6
     FOR SAMSUNG ELECTRONICS CO. LTD.:
 7
              QUINN EMANUEL URQUHART & SULLIVAN
 8            By: ALAN WHITEHURST
                  DEEPA ACHARYA
 9            1299 Pennsylvania Avenue NW
              Washington D.C. 20004
10
11   FOR THE WITNESS:
12            PERKINS COIE
              BY: CHRISTOPHER KELLEY
13            3150 Porter Drive
              Palo Alto, CA 94304
14
15   ALSO PRESENT:
16            JOSHUA GOSHORN (Consultant for Quinn
     Emanuel)
17
              MADELEINE COLE
18            Editor
19            SIMON ADDINSELL
              Videographer
20
21
22
23
24
25
```

INTEL CONFIDENTIAL BUSINESS INFORMATION
OUTSIDE ATTORNEYS' EYES ONLY

Page 3

1           W I T N E S S   I N D E X

2

3  Witness                                                Page

4  NAGA MARTHICK KANDASAMY (sworn) ......................6

5       Examination by MR. WHITEHURST ...................6

6       Examination by MS. SAXTON ....................267

INTEL CONFIDENTIAL BUSINESS INFORMATION
OUTSIDE ATTORNEYS' EYES ONLY

Page 4

1            E X H I B I T   I N D E X
2
3   No.              Description
4   Exhibit 1 marked for identification .......10
          Notice of Subpoena
5
    Exhibit 2 marked for identification .......24
6         Product Brief, X-Gold 616
7   Exhibit 3 marked for identification .......53
          ETSA TS 125.321
8
    Exhibit 4 marked for identification .......79
9         ETSI TS 125.309
10  Exhibit 5 marked for identification .......82
          etsi ts 125.331
11
    Exhibit 6 marked for identification .......94
12        Product Specification X-Gold
13  Exhibit 7 marked for identification ......130
          HSUPA Feature Specification
14
    Exhibit 8 marked for identification ......132
15        Detailed Design Description
16  Exhibit 9  marked for identification .....173
          UMTS Generic Data Control
17        Functional Specification
18  Exhibit 10 marked for identification .....199
          UMTS Generic Data Control
19        Functional Specification
20
21
22
23
24
25

INTEL CONFIDENTIAL BUSINESS INFORMATION
OUTSIDE ATTORNEYS' EYES ONLY

Page 5

1                    Monday, June 24, 2013
2          THE VIDEOGRAPHER:  This is the beginning of
3   tape 1 in volume 1 of the deposition of Naga Karthick
4   Kandasamy in the matter of Apple Inc., a California
5   corporation, Plaintiff versus Samsung Electronics
6   Co., Ltd., a Korean corporation, et al defendants.
7   This matter is in the United States District Court,
8   Northern District of California, San Jose Division,
9   and it's case number 12-CV-00630-LHK.  Today's date
10  is 24 June 2013 and the time is 9:12 a.m.  The
11  deposition is taking place in the offices of Quinn
12  Emanuel in London.  The Court Reporter is Kim Cole,
13  the Editor is Madeleine Cole, the Videographer Simon
14  Addinsell, all with TSG reporting.  Could counsel in
15  the room please introduce themselves and state who
16  they represent today please.
17         MR. WHITEHURST:  Good morning, Alan
18  Whitehurst and Deepa Acharya from Quinn Emanuel for
19  Samsung.  Also with us today is Joshua Goshorn.
20         MS. SAXTON:  Kate Saxton, Wilmer Hale on
21  behalf of Apple Inc.
22         MR. KELLEY:  Christopher Kelley or Perkins
23  Coie, on behalf of the witness.
24
25

INTEL CONFIDENTIAL BUSINESS INFORMATION
OUTSIDE ATTORNEYS' EYES ONLY

Page 6

1          NAGA MARTHICK KANDASAMY
2   having been duly sworn testified as follows:
3          THE VIDEOGRAPHER:  It is 9.13.  You are on
4   the record counsel.  Please begin.
5                    EXAMINATION
6          MR. WHITEHURST:  Please state your full
7   name for the record.
8       A.  Naga Karthick Kandasamy.
9       Q.  Would you please spell that for our Court
10  Reporter?
11      A.  NAGA, KARTHICK, KANDASAMY.
12      Q.  And where do you currently live?
13      A.  Munich, Germany.
14      Q.  Good morning, my name is Alan Whitehurst and
15  I will be taking your deposition today.
16      A.  Good morning.
17      Q.  Do you realize that you are under oath?
18      A.  Yeah.
19      Q.  And that your testimony today has the same
20  effect as if you were in a courtroom before a judge
21  or a jury?
22      A.  I do.
23      Q.  Is there any reason that you're unable to
24  testify truthfully today?
25      A.  No.

INTEL CONFIDENTIAL BUSINESS INFORMATION
OUTSIDE ATTORNEYS' EYES ONLY

Page 7

1    Q.  Have you ever testified in a deposition
2    before?
3    A.  No.
4    Q.  Have you ever testified in a court
5    proceeding before?
6    A.  No.
7    Q.  Have you ever provided sworn testimony of
8    any kind?
9    A.  No.
10   Q.  Have you ever acted as an expert in
11   a litigation?
12   A.  No.
13   Q.  Who is your current employer?
14   A.  Intel mobile communications.
15   Q.  And where do you work?
16   A.  Munich, Germany.
17   Q.  Where in Munich, Germany?
18   A.  Do you want the full address?
19   Q.  Please.
20   A.  Am Campeon.
21   Q.  If it's okay with you, I'm going to refer to
22   Intel Mobile Communications as IMC.  How long have
23   you worked at IMC?
24   A.  The past seven years.
25   Q.  And what is your current position at IMC?

INTEL CONFIDENTIAL BUSINESS INFORMATION
OUTSIDE ATTORNEYS' EYES ONLY

Page 8

1  A. Component Lead for GDCI.
2  Q. And how long have you held this position at
3  IMC?
4  A. Two-and-a-half years.
5  Q. And what was your position before that?
6  A. Software engineer in the GDCI Component.
7  Q. Was that your position when you joined IMC?
8  A. Yes.
9  Q. What did you do before IMC?
10 A. I was a telecommunications engineer.
11 Q. Where were you a telecommunications
12 engineer?
13 A. I started at Motorola, Bangalore, and then
14 later at Optime in Munich Germany.
15 Q. When did you start with Motorola?
16 A. 2002.
17 Q. And when did you start with Optima?
18 A. Optime in 2005.
19 Q. And did you work at Optime until you joined
20 IMC?
21 A. Optime was brought [sic.] by Infineon, which
22 was brought by Intel so I ended up at Intel.
23     MR. WHITEHURST: The Court Reporter I
24 didn't get that, I'm sorry.
25 A. Optime was brought, was sold to Infineon,

INTEL CONFIDENTIAL BUSINESS INFORMATION
OUTSIDE ATTORNEYS' EYES ONLY

Page 9

1   which later sold us to Intel.
2   BY MR. WHITEHURST
3       Q.  What is your educational background after
4   high school?
5       A.  I have a bachelors in electrical and
6   electronics, a masters in telecommunications and
7   software engineering.
8       Q.  And where is your bachelors from?
9       A.  From India.
10      Q.  In what year did you get your bachelors?
11      A.  2002.
12      Q.  Where did you get your masters from?
13      A.  The Illinois Institute of Technology in
14  Chicago.
15      Q.  What year?
16      A.  2005.
17      Q.  And, after obtaining your masters, you
18  joined Motorola; is that correct?
19      A.  I did my masters while I was at Motorola.
20      Q.  Why did you leave Motorola?
21      A.  Better opportunity.
22      Q.  Do you recall what year Infineon acquired
23  Optime?
24      A.  Not really.
25      Q.  Do you currently own any Intel stock?

INTEL CONFIDENTIAL BUSINESS INFORMATION
OUTSIDE ATTORNEYS' EYES ONLY

Page 10

1       A.  Yes, I do.
2       Q.  How much Intel stock do you own?
3       A.  I can't really remember the number but
4  a couple, a couple of hundred.
5       Q.  I am going to hand you what has been marked
6  as exhibit 1.
7    (Exhibit Kandasamy 1 marked for identification.)
8  BY MR. WHITEHURST
9       Q.  Have you seen this subpoena before?
10      A.  No.
11      Q.  If you would turn to the third page.  Do you
12  see a document from the United States District Court
13  for the Northern District of California?
14          MR. KELLEY:  It's double-sided.  So you
15  mean -- you're talking about the subpoena itself?
16  BY MR. WHITEHURST
17      Q.  Have you ever seen this subpoena before?
18      A.  No.
19      Q.  If you would turn to what is labeled
20  attachment A.
21      A.  Yeah.
22      Q.  Have you ever seen these definitions before?
23      A.  No.
24      Q.  If you would turn a few pages later to
25  deposition topics.  Have you ever seen these

INTEL CONFIDENTIAL BUSINESS INFORMATION
OUTSIDE ATTORNEYS' EYES ONLY

Page 20

1   familiar -- I don't quite understand what you mean by
2   control information -- I would have to say no.
3       Q.  Okay.  Any other topics that you're not...?
4       A.  22 is fine.  Number 6, the license part: I'm
5   not familiar with how it works at Intel.  The rest
6   are fine, but within the scope of UGDCI, because they
7   contain a big umbrella of components under them.  So,
8   within the scope of UGDCI, I am comfortable with the
9   rest.
10      Q.  Okay.  Let me summarize this and make sure
11  we're on the same page.  You're prepared to testify
12  on topics 1 and 2 today; is that correct?
13      A.  Within the scope of UGDCI, yes.
14      Q.  You're not prepared to testify regarding
15  topic number 3?
16      A.  Yes.
17      Q.  You're prepared to testify regarding number
18  5?
19      A.  Yes.
20      Q.  You're prepared to testify regarding topic
21  number 6, but not the licensed part; is that correct?
22      A.  And the storage and execution; I've no
23  dealing with that.
24      Q.  You're prepared to testify regarding topic
25  number 7?

INTEL CONFIDENTIAL BUSINESS INFORMATION
OUTSIDE ATTORNEYS' EYES ONLY

Page 21

1      A.   Within the scope of UGDCI, yes.

2      Q.   You are not prepared to testify regarding

3 topic number 8?

4      A.   Yes.

5      Q.   You are not prepared to testify regarding

6 topic number 19?

7      A.   Yes.

8      Q.   You are prepared to testify regarding the

9 ability of Intel base span processors to transmit

10 scheduling information for up-link packet data, but

11 not for other control information?  Did I get that

12 correct?

13     A.   Yes, within the scope of UGDCI, yes.

14     Q.   You are not prepared to testify regarding

15 topic 21?

16     A.   Yes.

17     Q.   You are prepared to testify regarding topic

18 22?

19     A.   On the scope of UGDCI, yes.

20     Q.   You are prepared to testify regarding topics

21 26 and 27?

22     A.   But not the certification, once again, and

23 the testing.

24     Q.   So, for topic 26, you're prepared to testify

25 regarding the design and development but not the

INTEL CONFIDENTIAL BUSINESS INFORMATION
OUTSIDE ATTORNEYS' EYES ONLY

Page 281

1       CERTIFICATE OF REPORTER

2           I, KIM COLE, hereby certify that the
3   witness in the foregoing deposition was by me duly
4   sworn to tell the truth, the whole truth, and nothing
5   but the truth in the within-entitled cause;
6           That said deposition was taken in shorthand
7   by me, a Certified Court Reporter and Member of the
8   British Institute of Verbatim Reporters of the United
9   Kingdom, and was thereafter transcribed into
10  typewriting, and that the foregoing transcript
11  constitutes a full, true and correct report of said
12  deposition and of the proceedings which took place;
13          That I am a disinterested person to the
14  said action.
15          IN WITNESS WHEREOF, I have hereunto set my
16  hand this 25th day of June 2013.
17
18  _____
19          KIM COLE, MBIVR
20
21
22
23
24
25