# EXHIBIT H

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3263

WRITER'S INTERNET ADDRESS
amarthakur@quinnemanuel.com

June 27, 2013

Christopher L. Kelley
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304

Re: Apple v. Samsung Elecs., et al., Case No. 12-cv-00630-LHK (N.D. Cal.)

Dear Counsel:

Based on information learned during the depositions of Mr. Kandasamy and Mr. Mennchen, we are writing to inform you of several deficiencies in Intel's production. The following categories of documents were identified during Mr. Kandasamy's and Mr. Mennchen's depositions, are responsive to Samsung's document requests, and should be produced without further delay:



quinn emanuel urquhart & sullivan, llp
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS



As a result of these deficiencies, Samsung requests that Intel confirm that it will promptly (1) produce the documents listed above and (2) provide a resumed deposition in the United States to allow Samsung to question the deponent on the withheld documents and improper privilege instruction. By July 1, 2013, confirm that Intel will satisfy these requests, or Samsung will be forced to bring this issue before the Court due to the imminent close of fact discovery.

Very truly yours,

*Amar L. Thakur*

Amar L. Thakur