# EXHIBIT I



Susan Crane
PHONE: (650) 838-4483
FAX:   (650) 838-4683
EMAIL: SCrane@perkinscoie.com

3150 Porter Drive
Palo Alto, CA 94304-1212
PHONE: 650.838.4300
FAX: 650.838.4350
www.perkinscoie.com

July 5, 2013

**VIA FED-EX**

Michael Kim
Litigation Paralegal
Quinn Emanuel
50 California Street
San Francisco, CA

Mark Selwyn, Esq.
Wilmer Hale
950 Page Mill Road
Palo Alto, CA 94304

Re:   **Apple v. Samsung**
      **CAND, Civil Action 12-cv-00630**
      **Client-Matter No. 20336-1338**

Dear Messrs. Kim and Selwyn:

Enclosed please find a CD containing Intel's supplemental document production responsive to Samsung's subpoena, Bates numbered 160DOC001179 through 160DOC002893. Please note that the documents are being produced subject to the protective order and the stipulation of the parties pertaining to Intel confidential information.

Very truly yours,

Susan Crane
Litigation Paralegal

SC:sjc

enclosure