# EXHIBIT K

| | |
|---|---|
| **From:** | Amar Thakur |
| **Sent:** | Monday, July 08, 2013 6:04 PM |
| **To:** | Kelley, Christopher L. (Perkins Coie) |
| **Cc:** | Samsung NEW |
| **Subject:** | RE: Samsung / Apple -630 case - Intel 902.11 Declaration (Updated 7/8/13 at 6pm) |
| **Attachments:** | 5402808_4_Intel 902(11) Declaration.doc |

Chris,

Based on Intel's recent production after I sent my earlier email, attached for your review is an updated draft of Intel's 902.11 declaration.

Regards, Amar

**Amar L. Thakur**
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3263 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
amarthakur@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF<br>INTEL CORPORATION** |

**DECLARATION OF _____**

      I, _____, declare as follows:

      1.     This declaration is made pursuant to Fed. R. Evid. 803(6) and 902(11) for the purpose of authenticating and certifying as business records various publications made available on the internet by Intel Corporation ("Intel").

      2.     I am currently _____, and have been _____ since _____. In my role as _____, I am in charge of _____. I have personal knowledge of the information contained herein.

      3.     Intel is not a party to the above-captioned litigation.

      4.     At Intel, there was a process to maintain the integrity, authenticity and accuracy of documents posted to Clear Case, an internal document management system. The documents saved in Clear Case are updated and maintained in the ordinary course of business from its

inception to today. The materials saved on Clear Case are true and accurate copies of materials concerning Intel products.

5. On October 15, 2012, Samsung served a subpoena on Intel seeking, among other things, documents concerning certain Intel products. In response to the requests concerning such information, Intel produced certain documents.

6. The document marked 160DOC001526 to 160DOC001581 is a true and correct copy of the ███████████████████████████████████ available through Clear Case.

7. The document marked 160DOC001582 to 160DOC001833 is a true and correct copy of the ███████████████████████████████████ available through Clear Case.

8. The document marked 160DOC001834 to 160DOC002105 is a true and correct copy of the ███████████████████████████████████ available through Clear Case.

9. The document marked 160DOC001179 to 160DOC001224 is a true and correct copy of the ███████████████████████████████████████ available through Clear Case.

10. The document marked 160DOC001225 to 160DOC001301 is a true and correct copy of the ████████████████████████ available through Clear Case.

11. The document marked 160DOC001302 to 160DOC001525 is a true and correct copy of the ███████████████████████████████████ available through Clear Case.

12. The document marked 160DOC002106 to 160DOC002893 is a true and correct copy of the ███████████████████ available through Clear Case.

13. The document marked 593DOC00158 is a true and correct copy of the ████████ ████████████████████████████.

14. The document marked 593DOC000323 to 593DOC000324 is a true and correct copy of the ████████████████

2

15. The document marked 593DOC002961 to 593DOC004487 is a true and correct copy of the ███████████████████████████████ available through Clear Case.

16. The document marked 593DOC000160 to 593DOC000322 is a true and correct copy of the ██████████████ available through Clear Case.

17. The document marked 593DOC000325 to 593DOC000357 is a true and correct copy of the ██████████████████ available through Clear Case.

18. The document marked 593DOC000358 is a true and correct copy of the ██████████████.

19. The document marked 593DOC000359 to 593DOC000522 is a true and correct copy of the ██████████████████ available through Clear Case.

20. The document marked 750DOC000655 to 750DOC000689 is a true and correct copy of the ███████████████████████████ available through Clear Case.

21. The document marked 750DOC000873 to 750DOC000897 is a true and correct copy of the ████████████████████ available through Clear Case.

22. The document marked 750DOC000899 to 750DOC001007 is a true and correct copy of the ████████████████████ available through Clear Case.

23. The document marked 750DOC001018 to 750DOC001051 is a true and correct copy of the ████████████████████ available through Clear Case.

24. The document marked 750DOC001086 to 750DOC001171 is a true and correct copy of the ████████████████████ available through Clear Case.

25. The document marked 750DOC002740 to 750DOC002774 is a true and correct copy of the ██████████████████████████ available through Clear Case.

26. The document marked 593DOC000159 is a true and correct copy of the ████ ████.

3

27. The document marked 160DOC000100 to 160DOC000307 is a true and correct copy of the ███████████████████████████████████ available through Clear Case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed:   July 8, 2013                                    _____

4