# EXHIBIT P

| | |
|---|---|
| **From:** | Amar Thakur |
| **Sent:** | Wednesday, July 24, 2013 2:31 PM |
| **To:** | Amar Thakur; Kelley, Christopher L. (Perkins Coie) |
| **Cc:** | Todd Briggs; James Razick; Marissa Ducca; Alan Whitehurst; Deepa Acharya; Alex Binder; Roxanna Manuel |
| **Subject:** | RE: Samsung / Apple -630 case - Intel 902.11 Declaration (Updated 7/8/13 at 6pm) |

Chris,

I have sent you several emails (see below) and left you voicemails (including one yesterday) relating to Intel's 902.11 declaration, and you have failed to respond to any of them. We really would like to avoid motion practice, but this radio silence may leave us little choice.

Please let us know when we can speak today.

Regards, Amar

**From:** Amar Thakur
**Sent:** Friday, July 19, 2013 2:07 PM
**To:** Amar Thakur
**Cc:** Kelley, Christopher L. (Perkins Coie); Amar Thakur; Todd Briggs; James Razick; Marissa Ducca; Alan Whitehurst; Deepa Acharya; Alex Binder
**Subject:** Re: Samsung / Apple -630 case - Intel 902.11 Declaration (Updated 7/8/13 at 6pm)

Chris,

When are you available to discuss getting this stipulation finalized? I am available today after 4pm PST, and most of Monday.

On Jul 16, 2013, at 11:26 AM, "Amar Thakur" <amarthakur@quinnemanuel.com> wrote:

> Chris,
>
> We really need to get this declaration finalized ASAP because we are negotiating with Apple tomorrow on which declarations are mutually acceptable so that we may forego depositions. We would like to include Intel in those negotiations tomorrow. Can you provide us a redlined version of the declaration by tomorrow morning?
>
> Thanks, Amar
>
> **From:** Kelley, Christopher L. (Perkins Coie) [mailto:CKelley@perkinscoie.com]
> **Sent:** Wednesday, July 10, 2013 6:32 PM
> **To:** Amar Thakur
> **Subject:** RE: Samsung / Apple -630 case - Intel 902.11 Declaration (Updated 7/8/13 at 6pm)
>
> Amar:
>
> I have looked at this. Unfortunately it is not accurate that all or even most of the documents that we produced to you were retrieved from Clear Case. Accordingly, I am working on revised draft. Whoever signs this for Intel will need to verify the provenance of each document individually.

The list of documents that you present is rather long.  Surely some of these are more important than others.  If so, please let us know and we will focus on getting those checked out first.

Chris

---

**From:** Amar Thakur [mailto:amarthakur@quinnemanuel.com]
**Sent:** Wednesday, July 10, 2013 1:21 PM
**To:** Kelley, Christopher L. (Perkins Coie)
**Cc:** Alan Whitehurst; Deepa Acharya; Samuel Drezdzon; James Razick; Marissa Ducca; Todd Briggs; Amar Thakur; Alex Binder
**Subject:** RE: Samsung / Apple -630 case - Intel 902.11 Declaration (Updated 7/8/13 at 6pm)

Chris,

Have you reviewed the attached 902.11 declaration?  If yes, any comments?

Regards, Amar

---

**From:** Amar Thakur
**Sent:** Monday, July 08, 2013 6:04 PM
**To:** Kelley, Christopher L. (Perkins Coie)
**Cc:** Samsung NEW
**Subject:** RE: Samsung / Apple -630 case - Intel 902.11 Declaration (Updated 7/8/13 at 6pm)

Chris,

Based on Intel's recent production after I sent my earlier email, attached for your review is an updated draft of Intel's 902.11 declaration.

Regards, Amar

**Amar L. Thakur**
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3263 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
amarthakur@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department and IRS regulations, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including any attachments) is not intended or written by Perkins Coie LLP to be used, and cannot be used by the taxpayer, for the purpose of (i) avoiding penalties that may be imposed on the taxpayer under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or any attachments).

\* \* \* \* \* \* \* \* \* \*

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.