# EXHIBIT Q

| | |
|---|---|
| **From:** | Alan Whitehurst |
| **To:** | Kelley, Christopher L. (Perkins Coie) |
| **Cc:** | Samsung NEW |
| **Subject:** | RE: Samsung / Apple -630 case - Intel 902.11 Declaration |
| **Date:** | Friday, August 02, 2013 8:35:22 AM |

Chris,

When we spoke several weeks ago, you indicated that Intel was willing to execute a declaration to authenticate documents in lieu of another deposition. Since then, we have contacted you numerous times regarding the declaration. In light of Intel's failure to timely provide the requested declaration, we have no choice but to proceed with a motion to compel. We assume that Intel will oppose the motion. If our understanding is not correct, please contact me immediately.

Sincerely,

Alan

---

**From:** Alan Whitehurst
**Sent:** Wednesday, July 31, 2013 1:47 PM
**To:** Kelley, Christopher L. (Perkins Coie)
**Cc:** Samsung NEW
**Subject:** RE: Samsung / Apple -630 case - Intel 902.11 Declaration

Chris –

Thank you for the update. Please confirm that we will receive the signed declaration by 3 pm PT today. If not, please let us know when you are available for a phone call to discuss.

Thanks,

Alan

---

**From:** Kelley, Christopher L. (Perkins Coie) [mailto:CKelley@perkinscoie.com]
**Sent:** Tuesday, July 30, 2013 11:10 PM
**To:** Alan Whitehurst
**Subject:** RE: Samsung / Apple -630 case - Intel 902.11 Declaration

Alan:

We are working on this. I have had a couple of exchanges with Intel about this today.

Chris

---

**From:** Alan Whitehurst [mailto:AlanWhitehurst@quinnemanuel.com]
**Sent:** Monday, July 29, 2013 1:50 PM
**To:** Amar Thakur; Kelley, Christopher L. (Perkins Coie)
**Cc:** Todd Briggs; James Razick; Marissa Ducca; Deepa Acharya; Alex Binder; Roxanna Manuel

**Subject:** Samsung / Apple -630 case - Intel 902.11 Declaration

Chris,

Further to last Thursday's call, when can we expect to receive the declaration? We need it as soon as possible to send to Apple before the deadline.

Best,

Alan

_____

**Alan Whitehurst**
**Quinn Emanuel Urquhart & Sullivan, LLP**
The Warner Building
1299 Pennsylvania Ave., NW, Suite 825
Washington, DC 20004
Direct: +1.202.538.8103
Fax: +1.202.538.8100
Mobile: +1.703.850.3329

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department and IRS regulations, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including any attachments) is not intended or written by Perkins Coie LLP to be used, and cannot be used by the taxpayer, for the purpose of (i) avoiding penalties that may be imposed on the taxpayer under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or any attachments).

* * * * * * * * * *

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.