# EXHIBIT R

| | |
|---|---|
| **From:** | Alan Whitehurst |
| **Sent:** | Friday, August 02, 2013 5:34 PM |
| **To:** | Kelley, Christopher L. (Perkins Coie) |
| **Cc:** | Samsung NEW |
| **Subject:** | RE: Samsung / Apple -630 case - Intel 902.11 Declaration |

Chris,

The documents you identified do not include the documents that Intel produced *after* the Intel depositions. As we previously noted, we repeatedly asked Intel to confirm that it had finished producing relevant documents in this case. Based on your confirmation, we took Intel's deposition back in June. When you produced these additional documents after the deposition, we made it clear that we wanted a second deposition to authenticate these documents. However, we agreed to forgo this deposition in exchange for a declaration that would authenticate the late produced documents. Similarly, in exchange for forgoing the production of trace logs that the Intel witness said he had seen and reviewed, we agreed to use the Comneon Internal Testing Results spreadsheet Intel produced in the 794 Investigation.

Intel needs to authenticate at least the following documents:

- 160DOC001526 to 160DOC001581, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"
- 160DOC001582 to 160DOC001833, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"
- 160DOC001834 to 160DOC002105, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"
- 593DOC00158, ▮▮▮▮▮▮▮▮▮▮▮"

Please prepare a declaration for the documents listed in your email. When can you send us an executed declaration?

Please also let us know when you will send an executed declaration for the four documents listed above.

Sincerely,

Alan

---

**From:** Kelley, Christopher L. (Perkins Coie) [mailto:CKelley@perkinscoie.com]
**Sent:** Friday, August 02, 2013 7:42 PM
**To:** Alan Whitehurst
**Subject:** RE: Samsung / Apple -630 case - Intel 902.11 Declaration

Alan:

I am not going to respond to threats. You have known since I communicated with Amar on July 10 that the draft declaration that you sent us was not accurate in its particulars and could not be signed as drafted. I further explained at that time that the list of documents that you wanted us to investigate was lengthy and it would be helpful if you could direct us to those that were most important. You did not respond with alternative language for the declaration and you did not assist us by prioritizing the documents.

Here is a list of documents that we have sourced and could authenticate in a written declaration:

    i.   160DOC001179 to 160DOC001224, entitled ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"

▮▮▮▮"

1

  ii.  160DOC001225 to 160DOC001301, entitled ███████████████"

  iii.  160DOC001302 to 160DOC001525, entitled ███████████████████"

  iv.  160DOC002106 to 160DOC002893, entitled ██████████████"

  v.  593DOC000325 to 593DOC000357, entitled ████████████"

  vi.  750DOC000873 to 750DOC000897, entitled ██████████████"

  vii.  750DOC000899 to 750DOC001007, entitled █████████████"

  viii.  750DOC001018 to 750DOC001051, entitled █████████████"

  ix.  593DOC000325 to 593DOC000357, entitled "████████████"

  x.  750DOC001086 to 750DOC001171, entitled "████████████"

  xi.  160DOC000100 to 160DOC000307, entitled ████████████████████"

  xii.  593DOC00158, a 2010 test report for the XMM6160;

  xiii.  593DOC00159, a 2007 test report; and

  xiv.  593DOC000358, an invoice record.

Based on your emails, we will prepare a declaration that includes only those items above and will get it signed. If there are other documents on your list that are important and not merely duplicative of the material found in the documents above please identify them and we will work on those.

Chris

---

**From:** Alan Whitehurst [mailto:AlanWhitehurst@quinnemanuel.com]
**Sent:** Friday, August 02, 2013 2:28 PM
**To:** Alan Whitehurst; Kelley, Christopher L. (Perkins Coie)
**Subject:** RE: Samsung / Apple -630 case - Intel 902.11 Declaration

Chris – just in case it wasn't clear, by "Friday," I mean today. Thanks.

---

**From:** Alan Whitehurst
**Sent:** Friday, August 02, 2013 5:22 PM
**To:** Kelley, Christopher L. (Perkins Coie)
**Cc:** Samsung NEW
**Subject:** RE: Samsung / Apple -630 case - Intel 902.11 Declaration

Chris,

We still don't have the declaration. Please send us the declaration by Friday, or we will have no choice but to proceed with our motion to compel to preserve out rights.

Sincerely,

Alan

2

**From:** Kelley, Christopher L. (Perkins Coie) [mailto:CKelley@perkinscoie.com]
**Sent:** Friday, August 02, 2013 4:48 PM
**To:** Alan Whitehurst
**Cc:** Samsung NEW
**Subject:** RE: Samsung / Apple -630 case - Intel 902.11 Declaration

Alan:

The hang up with the declaration has been the number of documents identified in your declaration and the difficulty of tracking down sources to authenticate all of them. Intel has spent considerable time on that task. We are now able to provide authentication for the majority of the documents on the list that you gave us. I will prepare a declaration that addresses the documents that we can speak to and omits the others so that a statement on the majority of the documents is not delayed by the smaller number of documents that we are struggling with. If this declaration omits documents that you genuinely need authenticated for trial, we will continue our work on those.

There is no basis for a motion to compel. We presented two witnesses who were capable of identifying and discussing documents to the extent that they were relevant to the case. If you wished to have certain documents authenticated you should have asked these witnesses about them. Our offer to provide a declaration of authentication was motivated entirely by courtesy, not obligation.

Chris Kelley

---

**From:** Alan Whitehurst [mailto:AlanWhitehurst@quinnemanuel.com]
**Sent:** Friday, August 02, 2013 8:35 AM
**To:** Kelley, Christopher L. (Perkins Coie)
**Cc:** Samsung NEW
**Subject:** RE: Samsung / Apple -630 case - Intel 902.11 Declaration

Chris,

When we spoke several weeks ago, you indicated that Intel was willing to execute a declaration to authenticate documents in lieu of another deposition. Since then, we have contacted you numerous times regarding the declaration. In light of Intel's failure to timely provide the requested declaration, we have no choice but to proceed with a motion to compel. We assume that Intel will oppose the motion. If our understanding is not correct, please contact me immediately.

Sincerely,

Alan

---

**From:** Alan Whitehurst
**Sent:** Wednesday, July 31, 2013 1:47 PM
**To:** Kelley, Christopher L. (Perkins Coie)
**Cc:** Samsung NEW
**Subject:** RE: Samsung / Apple -630 case - Intel 902.11 Declaration

Chris –

Thank you for the update. Please confirm that we will receive the signed declaration by 3 pm PT today. If not, please let us know when you are available for a phone call to discuss.

Thanks,

3

Alan

---

**From:** Kelley, Christopher L. (Perkins Coie) [mailto:CKelley@perkinscoie.com]
**Sent:** Tuesday, July 30, 2013 11:10 PM
**To:** Alan Whitehurst
**Subject:** RE: Samsung / Apple -630 case - Intel 902.11 Declaration

Alan:

We are working on this. I have had a couple of exchanges with Intel about this today.

Chris

---

**From:** Alan Whitehurst [mailto:AlanWhitehurst@quinnemanuel.com]
**Sent:** Monday, July 29, 2013 1:50 PM
**To:** Amar Thakur; Kelley, Christopher L. (Perkins Coie)
**Cc:** Todd Briggs; James Razick; Marissa Ducca; Deepa Acharya; Alex Binder; Roxanna Manuel
**Subject:** Samsung / Apple -630 case - Intel 902.11 Declaration

Chris,

Further to last Thursday's call, when can we expect to receive the declaration? We need it as soon as possible to send to Apple before the deadline.

Best,

Alan

**Alan Whitehurst**
Quinn Emanuel Urquhart & Sullivan, LLP
The Warner Building
1299 Pennsylvania Ave., NW, Suite 825
Washington, DC 20004
Direct: +1.202.538.8103
Fax: +1.202.538.8100
Mobile: +1.703.850.3329

---

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department and IRS regulations, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including any attachments) is not intended or written by Perkins Coie LLP to be used, and cannot be used by the taxpayer, for the purpose of (i) avoiding penalties that may be imposed on the taxpayer under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or any attachments).

* * * * * * * * *

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error,

please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.