UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-0630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL DEPOSITION TESTIMONY OR, IN THE ALTERNATIVE, A DECLARATION REGARDING AUTHENTICATION OF DOCUMENTS FROM INTEL CORPORATION** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Compel Deposition Testimony Or, In The Alternative, A Declaration Regarding Authentication Of Documents From Intel Corporation (Samsung's "Motion to Compel").

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Motion to Compel. Accordingly, for good cause shown, the Court hereby ORDERS Intel to produce a witness capable of testifying to the authenticity of documents produced by Intel, or, in the alternative, to provide a declaration to authenticate such documents, including such documents as follow:

1  • 160DOC001526 to 160DOC001581;
2  • 160DOC001582 to 160DOC001833;
3  • 160DOC001834 to 160DOC002105;
4  • 593DOC00158;
5  • 160DOC001179 to 160DOC001224;
6  • 160DOC001225 to 160DOC001301;
7  • 160DOC001302 to 160DOC001525;
8  • 160DOC002106 to 160DOC002893;
9  • 593DOC000325 to 593DOC000357;
10 • 750DOC000873 to 750DOC000897;
11 • 750DOC000899 to 750DOC001007;
12 • 750DOC001018 to 750DOC001051;
13 • 593DOC000325 to 593DOC000357;
14 • 750DOC001086 to 750DOC001171;
15 • 160DOC000100 to 160DOC000307;
16 • 593DOC00158;
17 • 593DOC00159; and
18 • 593DOC000358.

20 **IT IS SO ORDERED.**

22 DATED: _____, 2013

_____
Honorable Paul S. Grewal
United States Magistrate Judge