UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 1h40m

**JUDGE LUCY H. KOH**

CRT REPRTR: __LEE-ANNE SHORTRIDGE__   DATE: __7/31/13__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
CASE #: __C12-00630LHK__

CASE TITLE: __APPLE INC.__ VS. __SAMSUNG ELECTRONICS CO., LTD, et al__

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

__JOSH KREVITT, MARK LYON__             __VICTORIA MAROULIS, KEVIN JOHNSON,__

__WILLIAM LEE, MARK SELWYN__            __MARISSA DUCCA, MAX PRICE__

                                         __ALEX BAXTER__

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   {X} FURTHER CASE MANAGEMENT CONF.   {X} MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     {X}     { }   1. __TO AMEND CASE MANAGEMENT ORDER & LEAVE TO AMEND ANSWER TO APPLE'S COUNTERCLAIMS IN REPLY__
{ }     {X}     { }   2. __FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAG. JUDGE__
{ }     { }     { }   3.
{ }     { }     { }   4.

**DISPOSITION of TODAY'S PROCEEDINGS**

[ ] SETTLED    [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED     [ ] DENIED     [ ] SUBMITTED     [ ] DENIED/GRANTED in part

**[ ] BRIEFS TO BE FILED AS FOLLOWS:**

{ } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments: