QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-0630 LHK (PSG)<br><br>**REPLY DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS** |

I, Michael L. Fazio, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Reply In Support of Motion to Compel Production of Financial Documents. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of a true and correct copy of excerpts from the transcript of the deposition of Mark Buckley, dated July 9, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of a true and correct copy of excerpts from Apple's Fourth Set of Requests For Production to Samsung, dated August 13, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of a true and correct copy of a letter from Michael Fazio to Josh Krevitt, dated March 8, 2013.

5. Attached hereto as Exhibit 4 is a true and correct copy of a true and correct copy of a letter from Michael Valek to Michael Fazio, dated February 26, 2013

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 6th day of August, 2013, in Los Angeles, California.

Michael L. Fazio