# EXHIBIT 2

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile: (650) 849-5333 | HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendant. <br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,, <br><br> Counter-Claimant, <br><br> v. <br><br> APPLE INC., a California corporation,, <br><br> Counter-Defendant. | CASE NO. 12-cv-00630-LHK (PSG) <br><br> **APPLE INC.'S FOURTH SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS AND COUNTERCLAIM PLAINTIFFS** |

**REQUEST NO. 308:**

All Documents relating to any valuation or assessment of the value of the FroYo, Gingerbread, Honey Comb, Ice Cream Sandwich and Jelly Bean versions of the Android operating system and/or platform or any part or portion thereof.

**REQUEST NO. 309:**

All Documents relating to any valuation or assessment of the value of the Accused Features.

**REQUEST NO. 310:**

All Documents concerning Samsung's business case for the Accused Features.

**REQUEST NO. 311:**

All Documents sufficient to show, by month, the amount spent by Samsung for advertising, marketing, and promotion of each of the Accused Samsung Products in the United States on a product-by-product basis, including the advertising, marketing, and promotion for the inclusion of any of the accused features in such products.

**REQUEST NO. 312:**

All Documents reflecting or relating to any actual or projected Samsung revenue and profits in connection with any sales, licenses or any other activity relating to the Accused Samsung Products, including profit and loss statements, income statements, any other financial statements or projections, and documents that describe, analyze or comment on such actual or projected revenues and profits.

**REQUEST NO. 313:**

All Documents showing the actual costs and projected costs associated with each Accused Samsung Products, including the research, development, creation, design, engineering, manufacturing, importation, marketing, distribution and sale of each product.

**REQUEST NO. 314:**

Quarterly and annual summary documents from which the following may be determined relating to any Accused Samsung Product:

    a. Pricing of each product;
    b. Total gross and net revenues;
    c. Total gross and net profits;

      d. Discounts;
      e. Promotional incentives or rebates;
      f. Total quantity of units sold;
      g. Cost of goods sold;
      h. Sales commissions and selling expenses; and
      i. General and administrative expenses, and any other allocation of the expenses to any of the Accused Samsung Products.

**REQUEST NO. 315:**

All Documents sufficient to show the number of units of each Accused Samsung Product sold by any defendant in the United States by month, the quarterly gross and net revenues for each Accused Samsung Product since 2005, the quarterly gross and net incomes for each Accused Samsung Product since 2005 and the quarterly gross and net profits for each Accused Samsung Product since 2005.

**REQUEST NO. 316:**

All Documents sufficient to show, from 2005 to the present, the amount of revenue that any defendant has obtained by month due to the sale of accessories or other goods or services that are designed to work with any Accused Samsung Product.

Dated: August 13, 2012

                                                GIBSON, DUNN & CRUTCHER LLP

                                                By:  */s/Mark Lyon*
                                                     **Attorneys for Apple Inc.**