| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor<br>San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| 6 | Kevin P.B. Johnson (Bar No. 177129) |
| 7 | kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603) |
| 8 | victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor |
| 9 | Redwood Shores, California 94065<br>Telephone: (650) 801-5000 |
| 10 | Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com |
| 12 | Michael L. Fazio (Bar No. 228601)<br>michaelfazio@quinnemanuel.com |
| 13 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543 |
| 14 | Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100 |
| 15 | Attorneys for SAMSUNG ELECTRONICS CO., |
| 16 | LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 17 | TELECOMMUNICATIONS AMERICA, LLC |

18   UNITED STATES DISTRICT COURT

19   NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-0630-LHK (PSG) |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal the following documents:

1. The confidential, unredacted version of Samsung's Reply In Support of Motion to Compel Production of Financial Documents;
2. Exhibit 1 to Reply Declaration of Michael L. Fazio In Support of Motion to Compel Production of Financial Documents.

The above documents discuss, refer to, or comprise documents that Apple has designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order. Samsung accordingly files these documents under seal, and expects that Apple will comply with L.R. 79-5(d) by filing an appropriate declaration with the Court within seven days for those portions and documents that reference Apple-designated information.

Pursuant to General Order 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties. A proposed redacted version of Reply In Support of Motion to Compel Production of Financial Documents has been filed concurrently with this motion.

DATED: August 6, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC