QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**NOTICE REGARDING EXHIBITS TO THE DECLARATION OF AMAR L. THAKUR IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE APRIL 12, 2013 ORDER** |

99999.78003/5458031.1

Case No. 12-CV-00630-LHK (PSG)
NOTICE REGARDING EXHIBITS TO THAKUR DECLARATION ISO SAMSUNG'S MOTION TO COMPEL
PRODUCTION OF FINANCIAL DOCUMENTS AND TO ENFORCE APRIL 12, 2013 ORDER

1    PLEASE TAKE NOTICE that in the interest of reducing the volume of documents filed
2 with the Court and minimizing the burden created by the parties' requests to file documents under
3 seal, counsel for the parties have reached agreement whereby Samsung withdraws Exhibits 26-44 to
4 the Declaration of Amar L. Thakur In Support of Samsung's Motion to Compel Production of
5 Financial Documents and to Enforce April 12, 2013 Order ("Thakur Declaration").   These exhibits
6 relate to a portion of Samsung's Motion that the parties have since resolved.   Samsung also agreed
7 to replace Exhibits 5, 6, 11-16, and 18-25 to the Thakur Declaration with excerpted versions of the
8 documents originally filed with the Court.
9    Accordingly, Samsung hereby withdraws Exhibits 26-44 to the Thakur Declaration, and
10 lodges replacement versions of Exhibits 5, 6, 11-16, and 18-25 to the Thakur Declaration with the
11 Court for *in camera* review pursuant to General Order 62.

13   DATED:   August 6, 2013        QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP

16                                  By */s/ Victoria F. Maroulis*
                                        Victoria F. Maroulis
17                                      Attorney for SAMSUNG ELECTRONICS CO.,
                                        LTD., SAMSUNG ELECTRONICS AMERICA,
18                                      INC., and SAMSUNG
                                        TELECOMMUNICATIONS AMERICA, LLC