**[Counsel Listed on Signature Page]**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiffs,<br>  v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | Civil Action No. 12-CV-00630-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS WITHOUT PREJUDICE** |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in a further effort to
2 narrow the case as the Court has requested (*see* the Court's March 8, 2013 Order Regarding Stay
3 and Case Narrowing and Continuing the Case Management Conference (Dkt. No. 394), and the
4 Court's April 24, 2013 Case Management Order (Dkt. No. 471)), the Parties, through their
5 respective counsel of record, hereby stipulate and agree as set forth below.
6    WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action (the
7 "Litigation") against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and
8 Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple,
9 "the Parties" and individually each a "Party") on February 8, 2012;
10    WHEREAS, pursuant to the Court's May 2, 2012 Minute Order and Case Management
11 Order, a trial in this action will commence on March 31, 2014 (Dkt. No. 160); and
12    WHEREAS, the parties have previously undertaken to reduce the number of patent
13 claims to be tried in this Action (Dkt. Nos. 468, 513; 645, 646, and 670), and Apple seeks (and
14 Samsung agrees) to further narrow and simplify the claims to be tried;
15    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as
16 follows:
17    1.   This Stipulation and Order dismisses without prejudice any claims by Apple
18 against Samsung for violation of Section 2 of the Sherman Antitrust Act (Nineteenth
19 Counterclaim), and Unfair Competition Under Cal. Bus. & Prof. Code §17200, et seq.
20 (Twentieth Counterclaim).
21    2.   This Stipulation and Order is not an adjudication on the merits of any of the
22 claims or counterclaims that are hereby dismissed without prejudice.

Dated:  August 12, 2013    WILMER CUTLER PICKERING
                            HALE AND DORR LLP

                            By:    /s/ Mark D. Selwyn_____
                                   Mark D. Selwyn
                                   *Attorneys for Plaintiff and
                                   Counterclaim-Defendant APPLE, INC.*


Dated: August 12, 2013    QUINN EMANUEL URQUHART & SULLIVAN, LLP

                            By:    /s/ Todd M. Briggs  _____
                                   Todd M. Briggs
                                   *Attorneys for Defendants and
                                   Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO.,
                                   LTD. SAMSUNG ELECTRONICS AMERICA, INC., and
                                   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC*

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2013    By: _____
　　　　　　　　　　　　　　　　　　　The Honorable Lucy H. Koh
　　　　　　　　　　　　　　　　　　　United States District Judge

## ATTESTATION

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45 X.B., I hereby attest that Todd M. Briggs has concurred in this filing.

Dated:  August 12, 2013                              By:    /s/ Mark D. Selwyn
                                                                          Mark D. Selwyn

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 12, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                                 /s/ Mark D. Selwyn
                                                                 Mark D. Selwyn