[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO CONDUCT DEPOSITION** |

1   Pursuant to Civil L.R. 6-2, Samsung Electronics Co., Ltd., Samsung Electronics America,
2   Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc.
3   ("Apple") file this Stipulation regarding the deposition of Google Inc.

4   WHEREAS, on May 2, 2012, the Court entered a scheduling order setting forth July 8,
5   2013 as the fact discovery cut-off;

6   WHEREAS, on July 8, 2013, the Court issued an order granting the parties' Stipulation
7   Regarding Extension of Time to Conduct Depositions, permitting the parties to conduct certain
8   depositions after the July 8, 2013 fact discovery cut-off and no later than July 29, 2013;

9   WHEREAS, Apple has been discussing with Google Inc. ("Google") further depositions of
10  Google's witnesses designated on topics in Apple's September 28, 2012 subpoena to Google;

11  WHEREAS, in the effort to avoid burdening the Court with further discovery disputes,
12  Google has agreed to make Amith Yamasani available on August 14, 2013, as Google's 30(b)(6)
13  representative on Topics 6 and 7 in Apple's September 28, 2012 subpoena to Google, under
14  certain agreed-upon conditions, in exchange for resolution of discovery issues between Apple and
15  Google relating to depositions of Google that have already occurred;

16  WHEREAS, either party may use this deposition for all permissible purposes in this case
17  and it shall be treated the same as depositions taken before the fact discovery cut-off;

18  WHEREAS, nothing in this agreement alters or in any way affects the parties' time
19  limitations for depositions as set forth in the Court's scheduling order entered on May 2, 2012;

20  WHEREAS, this stipulation and extension of time will not require altering any other
21  deadline presently on calendar in this matter.

22  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
23  parties that the foregoing deposition of Google 30(b)(6) representative Amith Yamasani may
24  occur on August 14, 2013.

25

26  IT IS SO STIPULATED.

27

28

-1-   Case No. :12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF
TIME TO CONDUCT DEPOSITION

DATED: August 13, 2013

By: /s/ H. Mark Lyon

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

Josh A. Krevitt (CA SBN 208552)
jkrevitt@gibsondunn.com
H. Mark Lyon (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA   94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Michael A. Jacobs
(CA SBN 111664)
mjacobs@mofo.com
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

William.lee@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State StreetWilliam F. Lee (pro hac vice)
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

By: /s/ Victoria F. Maroulis

Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA,   INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson
(Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

Dated: _____, 2013

4

5

6                                                By: _____
                                                      HONORABLE PAUL S. GREWAL
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION OF E-FILED SIGNATURES

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Extension of Time to Conduct Deposition. In compliance with General Order 45.X.B, I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: August 13, 2013              */s/ H. Mark Lyon*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: August 13, 2013              */s/ H. Mark Lyon*