**[Counsel Listed on Signature Page]**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| v. | Civil Action No. 12-CV-00630-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING CLAIMS WITHOUT PREJUDICE** |
| Defendants. | |
| | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in a further effort to
2    narrow the case as the Court has requested (*see* the Court's March 8, 2013 Order Regarding Stay
3    and Case Narrowing and Continuing the Case Management Conference (Dkt. No. 394), and the
4    Court's April 24, 2013 Case Management Order (Dkt. No. 471)), the Parties, through their
5    respective counsel of record, hereby stipulate and agree as set forth below.

6    WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action (the
7    "Litigation") against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and
8    Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple,
9    "the Parties" and individually each a "Party") on February 8, 2012;

10   WHEREAS, pursuant to the Court's May 2, 2012 Minute Order and Case Management
11   Order, a trial in this action will commence on March 31, 2014 (Dkt. No. 160); and

12   WHEREAS, the parties have previously undertaken to reduce the number of patent
13   claims to be tried in this Action (Dkt. Nos. 468, 513; 645, 646, and 670), and Apple seeks (and
14   Samsung agrees) to further narrow and simplify the claims to be tried;

15   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as
16   follows:

17   1.    This Stipulation and Order dismisses without prejudice any claims by Apple
18   against Samsung for violation of Section 2 of the Sherman Antitrust Act (Nineteenth
19   Counterclaim), and Unfair Competition Under Cal. Bus. & Prof. Code §17200, et seq.
20   (Twentieth Counterclaim).

21   2.    This Stipulation and Order is not an adjudication on the merits of any of the
22   claims or counterclaims that are hereby dismissed without prejudice.

---

JOINT STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING CLAIMS W/O PREJUDICE
1                                                    Case No. 12-cv-00630-LHK (PSG)

1  Dated: August 12, 2013  WILMER CUTLER PICKERING
    HALE AND DORR LLP
2
        By:   /s/ Mark D. Selwyn
3            Mark D. Selwyn
             *Attorneys for Plaintiff and*
4            *Counterclaim-Defendant APPLE, INC.*

5

6  Dated: August 12, 2013  QUINN EMANUEL URQUHART & SULLIVAN, LLP

7
        By:   /s/ Todd M. Briggs
8            Todd M. Briggs
             *Attorneys for Defendants and*
9            *Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO.,*
             *LTD. SAMSUNG ELECTRONICS AMERICA, INC., and*
10           *SAMSUNG TELECOMMUNICATIONS AMERICA, LLC*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3   Dated:  August 13, 2013   , 2013        By:  *Lucy H. Koh*
4                                                 The Honorable Lucy H. Koh
                                                  United States District Judge

## ATTESTATION

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45 X.B., I hereby attest that Todd M. Briggs has concurred in this filing.

Dated: August 12, 2013                          By:     */s/ Mark D. Selwyn*
                                                                                   Mark D. Selwyn

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 12, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                                      */s/ Mark D. Selwyn*
                                                                        Mark D. Selwyn