# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: August 13, 2013                                  Time in Court: 30 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER**: **CV12-00630 LHK**
Plaintiff Attorney(s) present: Mark Lyon
Defendant Attorney(s) present: Michael Fazio

**PROCEEDINGS:**
**Samsung's Motion to Compel (Doc. 669)**

Mr. Lyon moves to seal the courtroom; no opposition by Mr. Fazio.
The court denies Mr. Lyon's request to seal the courtroom.
Counsel present oral arguments.
The court takes matter under submission; written order after hearing to be issued.

///