# EXHIBIT 1
# FILED UNDER SEAL

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 1

1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

5    APPLE, INC., a California    )
     corporation,                 )
6                                 )
            Plaintiff,            )
7                                 )
        vs.                       ) No. 12-CV-00630-LHK
8                                 )
     SAMSUNG ELECTRONICS CO.,     )
9    LTD., a Korean business      )
     entity; SAMSUNG ELECTRONICS  )
10   AMERICA, INC., a New York    )
     corporation; and SAMSUNG     )
11   TELECOMMUNICATIONS AMERICA,  )
     LLC, a Delaware limited      )
12   liability company,           )
                                  )
13          Defendants.           )
                                  )
14

15      CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

16              VIDEO DEPOSITION OF

17                 MARK BUCKLEY

18                 Palo Alto, CA

19              Tuesday, July 9, 2013

20

21

22   REPORTED BY:

23   SUSAN F. MAGEE, RPR, CCRR, CLR, CSR No. 11661

24   Job No. 63458

25

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 2

1

2

3

4

5                          July 9, 2013

6                           9:45 a.m.

7

8

9            CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

10           VIDEO DEPOSITION OF MARK BUCKLEY held at

11           the offices of GIBSON, DUNN & CRUTCHER

12           1881 Page Mill Road, Palo Alto, CA,

13           pursuant to Notice before SUSAN F. MAGEE,

14           RPR, CCRR, CLR, CSR No. 11661.

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 3

1    APPEARANCES:

2              GIBSON DUNN & CRUTCHER

3              Attorney for Plaintiff

4              Counterclaim-Defendant Apple, Inc.

5                 2100 McKinney Avenue

6                 Dallas, TX 75201

7               BY: MARK REITER, ESQ.

8

9

10

11             GIBSON DUNN & CRUTCHER

12                200 Park Avenue

13                New York, NY 10166

14             BY:  SCOTT LESLIE, ESQ.

15                 JOSH KREVITT, ESQ.

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 4

1    APPEARANCES (continued):

2            APPLE

3                M/S: 36-3NYJ

4                1 Infinite Loop

5                Cupertino, CA 95014

6        BY: ERICA ATWELL, In-house Counsel

7            CYNDI WHEELER, In-house Counsel

8

9

10

11        QUINN EMANUEL URQUHART & SULLIVAN

12        Attorney for Defendants

13            865 South Figueroa Street

14            Los Angeles, CA 90017

15        BY: ANTHONY ALDEN, ESQ.

16

17

18

19

20        Also Present:

21            JOHN BROWNING

22

23        The Videographer:

24            PHILIP KNOWLES

25                --o0o--

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 5

1          PALO ALTO, CA, TUESDAY, JULY 9, 2013

2                      9:45 a.m.

3
                                                          08:47

4          THE VIDEOGRAPHER:  Good morning, Counsel.      09:43

5    This is the start of tape labeled number 1 of the    09:44

6    videotaped deposition of Mark Buckley in the matter  09:44

7    of Apple, Inc. vs. Samsung Electronics Company       09:44

8    Limited in the United States District Court in the   09:44

9    Northern District of California, San Jose Division,  09:44

10   with Case No. 12-CV-00630-LHK.                        09:44

11         This deposition is being held at               09:45

12   1881 Page Mill Road in the city of Palo Alto,        09:45

13   California, on July 9th, 2013, at approximately      09:45

14   9:45 a.m.                                            09:45

15         My name is Philip Knowles from                 09:45

16   TSG Reporting and I am a legal video specialist.     09:45

17   The court reporter is Susan Magee also in            09:45

18   association with TSG Reporting.                      09:45

19         Will counsel please introduce themselves       09:45

20   for the video record.                                09:45

21         MR. ALDEN:  Anthony Alden from                 09:45

22   Quinn Emanuel on behalf of Samsung.  With me is      09:45

23   John Browning from Analysis Group.                   09:45

24         MR. REITER:  Mark Reiter with Gibson, Dunn     09:45

25   & Crutcher for Apple and the witness.  With me is    09:45

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 6

1   Scott Leslie also with Gibson Dunn, and Erica Atwell    09:45

2   of Apple.                                              09:45

3        THE VIDEOGRAPHER:  Thank you, Counsel.            09:45

4        Will the court reporter please swear in the       09:45

5   witness.                                               09:45

6

7              MARK BUCKLEY,

8   called as a witness, having been duly sworn by a

9   Certified Shorthand Reporter, was examined and

10  testified as follows:

11

12       THE VIDEOGRAPHER:  You may proceed.               09:45

13                                                         09:45

14              EXAMINATION BY MR. ALDEN                   09:45

15                                                         09:45

16   Q.  Good morning, Mr. Buckley.  How are you           09:45

17  today?                                                 09:46

18   A.  Good.  Good morning.                              09:46

19   Q.  You and I have met before; correct?              09:46

20   A.  We have.                                          09:46

21   Q.  You understand that in today's deposition         09:46

22  you're under an obligation to tell the truth; is       09:46

23  that correct?                                          09:46

24   A.  Yes.                                              09:46

25   Q.  Is there any reason why you can't give your       09:46

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 23

```
 1    revenue.                                              10:13
 2         Q.  ██████████████████                          10:13
 3         A.  ███████   ██████                             10:13
 4         Q.  Okay.  ██████████████████  ███               10:13
 5    ████████████████████████████████████████             10:13
 6    ███████████████████████                               10:13
 7         A.  ████████████████████████████                 10:13
 8         Q.  █████████████████████████████                10:13
 9    ████████████████████████                              10:13
10         A. ████████████████████                          10:13
11         Q.  ██████████████████████                       10:13
12    █████████████████████████████████████?               10:13
13         A.  ███████████████  ████████████                10:13
14    ████████████████████████████████                     10:14
15    ███████████████   ███████████████                    10:14
16    ████████████████████████████████████████             10:14
17    ███████████████████████████████████                  10:14
18    ███████████████████████████████████                  10:14
19    ███████████████████████████████████                  10:14
20    ████████████                                          10:14
21         Q.  ██████████████████████████████              10:14
22    █████████████                                         10:14
23         A.  ███████████████████████                     10:14
24    ████████████████████████████                         10:14
25    ████████████████████████████                         10:14
```

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 28

| | |
|---|---|
| 1 | ███ ██ | 10:20 |
| 2 | And we're a worldwide company. ██ ██ | 10:20 |
| 3 | ████████████████████████ | 10:20 |
| 4 | ██████████████████ ██ | 10:20 |
| 5 | ████████████████████████ | 10:20 |
| 6 | ████████████ | 10:20 |
| 7 | BY MR. ALDEN:  Q. ████████ | 10:20 |
| 8 | MR. REITER:  Objection.  Asked and | 10:20 |
| 9 | answered. | 10:20 |
| 10 | THE WITNESS:  I think there's -- I don't | 10:20 |
| 11 | know.  I mean, I -- ██████████ | 10:20 |
| 12 | ████████████████████████ | 10:20 |
| 13 | ████████████████████████ | 10:20 |
| 14 | ██████████████████ | 10:20 |
| 15 | ████████████████████████ | 10:20 |
| 16 | ████████████████████████ | 10:20 |
| 17 | ████████████████████████ | 10:20 |
| 18 | ████████████████████ | 10:21 |
| 19 | ███ | 10:21 |
| 20 | ████████████████████ | 10:21 |
| 21 | ████████████████████ | 10:21 |
| 22 | ████████████████████████ | 10:21 |
| 23 | ██████████████████? | 10:21 |
| 24 | ████████████████████ | 10:21 |
| 25 | BY MR. ALDEN:  Q.  Does Apple calculate a | 10:21 |

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 31

| | | |
|---|---|---|
| 1 | A. ████  ████ ███ ████ ████ ████ ████ | 10:24 |
| 2 | ████ | 10:24 |
| 3 | Q. ████ ████ ████ ████ | 10:24 |
| 4 | A. ████ ████ ███ ████ | 10:24 |
| 5 | Q.  But it also -- | 10:24 |
| 6 | A. ████ ████ ████ ████ | 10:24 |
| 7 | ████ ████ | 10:24 |
| 8 | Q. ████ ████ ████ ████ | 10:24 |
| 9 | ████ ████ | 10:24 |
| 10 | A. ████ ████ ████ ████ | 10:24 |
| 11 | ████ ████ ████ ████ | 10:25 |
| 12 | ████ ████ ████ ████ | 10:25 |
| 13 | Q. ████ ████ ████ ████ | 10:25 |
| 14 | ████ | 10:25 |
| 15 | ████ ████ ████ | 10:25 |
| 16 | A. ████ ████ ████ ████ | 10:25 |
| 17 | ████ ████ ████ ████, | 10:25 |
| 18 | ████ ████ ████ ████ | 10:25 |
| 19 | Not a full picture.  Not actuals. | 10:25 |
| 20 | Q. ████ ████ ████ ████ | 10:25 |
| 21 | ████ ████ ████ ████ | 10:25 |
| 22 | ████ ████ ████ ████ | 10:25 |
| 23 | ████ ████ ████ ████ | 10:25 |
| 24 | A.  There's lots of things that go into making | 10:25 |
| 25 | up gross margin.  ████ ████ ████ | 10:25 |

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 32



1    ████████████████████████████████                    10:25

2    ████████████████████████████████████████            10:25

3    ██████████████████████████████████                  10:25

4    ██████████████████████████                          10:26

5                                                         10:26

6                                                         10:26

7                                                         10:26

8                                                         10:26

9                                                         10:26

10                                                        10:26

11                                                        10:26

12                                                        10:26

13                                                        10:26

14                                                        10:26

15                                                        10:26

16                                                        10:26

17                                                        10:26

18                                                        10:26

19                                                        10:26

20                                                        10:26

21        Q.  So if we can -- I'll try and go through     10:26

22    these one by one, if that's all right with you. ██  10:27

23    ████████████████████████████████████████████████    10:27

24                                                         10:27

25                                                         10:27

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 42

```
 1                                               10:38

 2                                               10:38

 3                                               10:38

 4                                               10:38

 5                                               10:38

 6                                               10:38

 7         BY MR. ALDEN:   Q.   No.   I understand that.   10:39

 8   I guess what I'm -- what I'm just confirming your   10:39

 9                                               10:39

10                                               10:39

11                                               10:39

12   A.                                          10:39

13                                               10:39

14                                               10:39

15                                               10:39

16                                               10:39

17                                               10:39

18        Q.   Let's talk about -- and I know this has   10:39

19   been fun for you, so let's stay on the same line and   10:39

20   talk about                                  10:39

21                                               10:39

22        Well, let me ask, what does             10:40

23   refer to in Exhibit 3?                      10:40

24        A.   So I mentioned earlier             10:40

25                                               10:40
```

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 45

```
 1       A.  I'm sorry.  I know in the U.S., but what      10:43
 2   was it for the -- ███ ███ ████ ███ ████             10:43
 3   ███                                                   10:43
 4       Q.  ██ ███ ███ ███                                10:43
 5       A.  ██ ████ ████   ███                            10:43
 6           You know, ████ ███ ████ ██ ███ ████          10:43
 7   ███ ███ ███ ███ ███ ███ ███                           10:43
 8   ███ ██ ███ ███ ███ ███ ██ ███                         10:43
 9   ███ ███ ███ ███ ███ ███                               10:43
10   ███ ██ ██ ██ ███ ███ ██ ███                           10:43
11   ███                                                   10:43
12       Q.  Is there no --                                10:43
13       A.  And I --                                      10:43
14       Q.  Sorry.                                        10:43
15       A.  You know, ████ ███ ███ ██ ████               10:43
16   ██ ██ ███ ███ ███ ███ ██ ███                          10:43
17   ██ ██ ███ ██ ██ ██ ██ ██                              10:43
18       Q.  ████████████████████████                     10:43
19   ████████████████████████████                         10:44
20   ████████████████████████████                         10:44
21   ████████████████████████████                         10:44
22   ████████████████████████████                         10:44
23       A.  ███ ██ ███ ███ ███ ███ ██                     10:44
24   ████████████████████████████                         10:44
25   ████████████████████████████                         10:44
```

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 46

| | | |
|---|---|---|
| 1 | ██████ ████ ███ ████ ████ █ ████ ████ ████ | 10:44 |
| 2 | █ ████ ████ | 10:44 |
| 3 | I would say let's go a step further and | 10:44 |
| 4 | figure out what is it?  What's the expense?  How | 10:44 |
| 5 | should it be allocated? ████ ████ ███ ███ | 10:44 |
| 6 | ██ ██ █████ ███ ███ █████ █ ███ | 10:44 |
| 7 | ████ ████ ████ ███████ ███ ███ | 10:44 |
| 8 | ████ ███ ███ ███ ███ | 10:44 |
| 9 | Q.  ████ ████ ████ | 10:44 |
| 10 | A.  I was giving an example of -- of earlier | 10:44 |
| 11 | about ████ ████ ████ ███ ███ ███ ████ | 10:44 |
| 12 | ███ ███ ███ ███ ███ ███ ███ | 10:44 |
| 13 | Q.  ████ ████ ███ ███ | 10:44 |
| 14 | A.  ███ ███ ███ | 10:44 |
| 15 | Q.  █████ ████ ███ ████ ████ ████ | 10:44 |
| 16 | ████ ████ █ ███ █ ███ ████ | 10:45 |
| 17 | A.  You know, that's not my area of the job. | 10:45 |
| 18 | ████ ███ █ ████ █ █ ███ █ ████ ██n | 10:45 |
| 19 | ████ █ █ ███ ███ | 10:45 |
| 20 | Q.  ████ ████ ████ ███ ████ ████ | 10:45 |
| 21 | ████ ███ ███ ███ ███ | 10:45 |
| 22 | A.  ████ ███ ███ ███ ███ ███ | 10:45 |
| 23 | ███ ███ | 10:45 |
| 24 | Q.  ███ | 10:45 |
| 25 | A.  ███ | 10:45 |

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



Page 51

| | | |
|---|---|---|
| 1 | ███████████████████████████ | 10:50 |
| 2 | ███████████████████████████ | 10:50 |
| 3 | ███████████████████████████ | 10:50 |
| 4 | A. ████████████████ ███████ | 10:50 |
| 5 | ███████████████████████████ | 10:50 |
| 6 | ███████████████████████████ | 10:50 |
| 7 | Q. ████████████████████ | 10:50 |
| 8 | A. ████████████████████ | 10:50 |
| 9 | ███████████████████████ | 10:50 |
| 10 | ███████████████████████ | 10:50 |
| 11 | Q. ████████████████████████ | 10:50 |
| 12 | ████████████ | 10:50 |
| 13 | A. ████████████████████████ | 10:50 |
| 14 | ███████████████████████ | 10:51 |
| 15 | ███████████████████████ | 10:51 |
| 16 | Q. ████████████████████████ | 10:51 |
| 17 | A. ███████████ █████████ | 10:51 |
| 18 | ██████████████████████ | 10:51 |
| 19 | Q. ██████████████████ | 10:51 |
| 20 | ███████████████████████████ | 10:51 |
| 21 | ███████████████████████████ | 10:51 |
| 22 | ███████████████████████████ | 10:51 |
| 23 | A. ███████████████████ | 10:51 |
| 24 | ███████████████████████████ | 10:51 |
| 25 | ███████████████████████████ | 10:51 |

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 52

1   ███████████████████████████████████   10:51

2          MR. REITER:  Anthony, we've been going   10:51

3   about an hour, so whenever it's a good time for you.   10:51

4          MR. ALDEN:  We can take a short break now.   10:51

5          THE WITNESS:  That would be great.  I have   10:51

6   to use the restroom.   10:51

7          THE VIDEOGRAPHER:  This marks the end of   10:51

8   Disk 1 to the deposition of Paul Buckley -- I'm   10:52

9   sorry.   10:52

10          MR. ALDEN:  Mark.   10:52

11          THE VIDEOGRAPHER:  Mark Buckley.  The time   10:52

12   is now 10:52 a.m.  We are going off the record.   10:52

13          (Recess taken from 10:52 a.m. to   10:52

14   11:03 a.m.)   11:03

15          THE VIDEOGRAPHER:  This marks the beginning   11:03

16   of Disk 2 to the deposition of Mark Buckley.  The   11:03

17   time is now 11:03 a.m.  We are on the record.   11:03

18          BY MR. ALDEN:  Q.  Mr. Buckley, you   11:03

19   appreciate you're still under oath?   11:03

20      A.  I do.   11:03

21      Q.  ██████████████████████████████   11:03

22   ████████████████████████████████████   11:03

23   ████████████████████████████████████   11:03

24   ████████████████████████████████████   11:04

25   ████████████████████████████████████   11:04

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 53

1     A.  Yes.                                 11:04

2     Q. █████████████████████████  11:04

3 █████████████████████████████████████  11:04

4     A.  ████                      11:04

5     Q.  And let's be clear about what I mean by  11:04

6 "model."  By "model," I'm -- and I'm happy to change  11:04

7 the nomenclature if you use a different one.  11:04

8     A.  Actually, why -- just tell me what you mean  11:04

9 and then I'll -- I'll answer appropriately.  11:04

10     Q.  All right.  So when I say "model," I'm  11:04

11 talking about iPhone 4, iPhone 4S, iPhone 5 being  11:04

12 different models.  If you prefer I use "products,"  11:04

13 I can -- for that, I can do so and use "models" for  11:04

14 different configurations within products.  I can do  11:04

15 that.                           11:05

16      I just want to make sure that we're using  11:05

17 the -- referring to the same terms when I ask a  11:05

18 question and you provide an answer so I don't sit  11:05

19 here taking up your time for an hour asking you  11:05

20 about models and you're thinking about something  11:05

21 totally different than what I'm asking about.  11:05

22     A.  Okay.  Well, I'm going to -- I'll say what  11:05

23 I think we should probably do moving forward and you  11:05

24 can agree or not, but a few caveats.  So yes, we can  11:05

25 say models are original iPhone, iPhone 3G, 3GS, 4,  11:05

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 59

```
 1                                              11:13
 2                                              11:13
 3      Q.  Okay.  So let's -- let's try and break that   11:13
 4  down.                                        11:13
 5                                              11:13
 6                              is that          11:13
 7  correct?                                     11:13
 8      A.                                       11:13
 9      Q.  Okay.                                11:13
10      A.                                       11:13
11      Q.  Okay.                                11:13
12                                              11:13
13                                              11:13
14                                              11:13
15      A.                                       11:13
16                                              11:14
17                                              11:14
18                              I'd             11:14
19  have to research.                            11:14
20      Q.  And I just -- I want to make sure that   11:14
21  we're on the same page.                      11:14
22                                              11:14
23                                              11:14
24                                              11:14
25                                              11:14
```

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 60

```
 1                                                      11:14
 2                                                      11:14
 3    A.   ██████ ██████                                11:14
 4    Q.   Okay.                                        11:14
 5    A.   ████ ██ ████ ██████ ██ █████ ████ █          11:14
 6                                                      11:14
 7                                                      11:14
 8                                                      11:14
 9    Q.   ██████ ██████ ██████ ██████, are there       11:14
10  any -- well, strike that.                           11:15
11                                                      11:15
12                                                      11:15
13         MR. REITER:  Objection.  Lacks foundation.   11:15
14         BY MR. ALDEN:  Q.  You don't know?           11:15
15    A.   No.                                          11:15
16    Q.   Could you estimate?                          11:15
17    A.   No.                                          11:15
18    Q.   ██████ ██████ ██ ██ ████ █                   11:15
19  ██████ ██████                                       11:15
20         MR. REITER:  Objection.  Lacks foundation.   11:15
21         THE WITNESS:  I have not researched it.      11:15
22         BY MR. ALDEN:  Q.  Any estimate?             11:15
23    A.   No, I wouldn't.                              11:15
24    Q.   ██████ ██████ ██ ██ ████ ████ █              11:15
25  ██ ██████ ██ ████                                   11:15
```

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 63

1    years.  Let's assume there's no leap year, there        11:18

2    was -- so 365, 730 days, and the day you go out buy      11:18

3    your iPhone ███████████████████████████████             11:18

4    ████████████████████████████████                        11:18

5       Q.  ████████                                          11:18

6       A.  ████                                              11:18

7       Q.  ██████████████████████████████                   11:18

8    ██████████████████████████████████                      11:19

9    ███████████                                             11:19

10          MR. REITER:  Objection.  Lacks foundation.        11:19

11          THE WITNESS:  It was too vague of a               11:19

12   question.  Can you be more specific or . . .             11:19

13          BY MR. ALDEN:  Q.  Sure.  ████████                11:19

14   ██████████████████████████████████                      11:19

15   █████████████████████████████████                       11:20

16   █████████████████                                       11:20

17      A.  ██████████                                        11:20

18      Q.  ███████                                           11:20

19      A.  █████████   ██████████████████                   11:20

20   ████████                                                11:20

21      Q.  ██████████████                                    11:20

22      A.  ███████████                                       11:20

23      Q.  Why is that?                                      11:20

24      A.  ███████████████████                              11:20

25   █████████████████████████████                           11:20

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 64

1      Q.  ███████████████████████████         11:20

2   ████████████████████████████████████       11:20

3   ███████████████████████████████            11:20

4         MR. REITER:  Objection.  Misstates    11:21

5   testimony.                                  11:21

6         THE WITNESS:  ████████████████        11:21

7   █████████████████████████  ████████████    11:21

8   ██████████████                              11:21

9        ████████████████████████████          11:21

10        BY MR. ALDEN:  Q.  Correct.           11:21

11     A.  ██████████████████████████████      11:21

12  █████                                       11:21

13     Q.  I wasn't laughing.  I was trying to get it  11:21

14  all down.                                   11:21

15     A.  Sure.                                11:21

16     Q.  █████████████████████████████████   11:21

17  ███████████████████████████████████████    11:21

18  ███████████████████████████████            11:21

19  ████████████                               11:21

20     A.  ████                                 11:21

21     Q.  ██████████████████████████████      11:21

22  ████████████████                            11:22

23     A.  ████████████████████████████████,   11:22

24  █████████████████████████████████          11:22

25     Q.  ███████████████████████████         11:22

TSG Reporting - Worldwide    877-702-9580

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 65

1    iPhone?                                                    11:22

2        A.   Shortly less than the iPhone.   The -- the       11:22

3    iPhone you asked?                                         11:22

4        Q.   Yes.                                             11:22

5        A.   ███████████████████████████                     11:22

6    ████████████████████████████████████                     11:22

7    ████████████████████████████████████                     11:22

8    ████████████████████████████████████                     11:22

9        Q.   ████████████████████████████                    11:22

10   █████████████████████████████████████                    11:22

11   █████████████████████████████████████                    11:23

12   ██████████  is that correct?                             11:23

13       A.   Yes.   █████████████████████                    11:23

14   ██████████   Yes, that is correct.                       11:23

15       Q.   I thought, though -- and you can correct me      11:23

16   if I'm wrong -- that ██████████████████                  11:23

17   █████████████████████████████████████                    11:23

18   █████████████████████████████████████                    11:23

19   ████████████████████████                                 11:23

20       A.   ███████████████████████████████                 11:23

21   ████████████████████   ██████████████                    11:23

22   ████████████████████████   █████████                     11:23

23   █████████████████████████████████████                    11:23

24   █████████████████████████████████████                    11:23

25   █████████████████████████████████                        11:24

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



Page 66

| | | |
|---|---|---|
| 1 | | 11:24 |
| 2 | | 11:24 |
| 3 | | 11:24 |
| 4 | | 11:24 |
| 5 | | 11:24 |
| 6 | | 11:24 |
| 7 | | 11:24 |
| 8 | | 11:24 |
| 9 | | 11:24 |
| 10 | | 11:24 |
| 11 | | 11:24 |
| 12 | | 11:24 |
| 13 | | 11:24 |
| 14 | | 11:24 |
| 15 | | 11:24 |
| 16 | | 11:24 |
| 17 | | 11:24 |
| 18 | | 11:24 |
| 19 | | 11:24 |
| 20 | Q.   And are these -- | 11:24 |
| 21 | A. | 11:24 |
| 22 | | 11:25 |
| 23 | Q. | 11:25 |
| 24 | | 11:25 |
| 25 | A. | 11:25 |

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 67

1 ███████████████████████████████████        11:25

2 ███████████████████████████              11:25

3      Q. ████████████████████████           11:25

4 ███████████████████████████████████        11:25

5 ███████                                      11:25

6         MR. REITER:  Objection.  Vague.     11:25

7         THE WITNESS: ██████████████         11:25

8         BY MR. ALDEN:  Q.  Sorry.  What do you mean   11:25

9 ██████████████████                          11:25

10     A. █████████████████  ██████████        11:25

11 ████████████  ████████████████████████      11:25

12 ████████████████████  █████████████████     11:25

13 ███████████████████████████████████        11:26

14 ██████████████████████                      11:26

15     Q. ███████████████████████            11:26

16     A. ███████████████████████████         11:26

17 ████████████████  ████████████████████      11:26

18 █████████████████████████                   11:26

19     Q. What do you call them?              11:26

20     A. ████████████                        11:26

21     Q. ██████████████████                  11:26

22     A. ██████████████████████              11:26

23     Q. Have you produced these reports to counsel?   11:26

24     A. No.                                  11:26

25     Q. ████████████████████████████         11:26

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 68

1   me back up.                                                    11:27

2                                                                  11:27

3                                                                  11:27

4                                                                  11:27

5                                                                  11:27

6   is that correct?                                              11:27

7        A.                                                       11:27

8        Q.                                                       11:27

9                                                                 11:27

10                                                                11:27

11       A.                                                       11:27

12       Q.                                                       11:27

13                                                                11:27

14       A.                                                       11:27

15       Q.                                                       11:27

16                                                                11:28

17       A.  I don't.                                             11:28

18       Q.  All right.  I want to dig in a little bit            11:28

19  into                    I'm sure this will be riveting        11:28

20  for you and for everyone here.  You mentioned that            11:28

21  we've been over this somewhat, but I want to kind of          11:28

22  do it in a more structured way and focus on it                11:28

23  specifically.                                                 11:28

24                                                                11:28

25                                                                11:28

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 69

```
1    A.  ███████████████████              11:28

2    Q.  ████████████████████             11:28

3    A.  ████████████████████████         11:28

4    Q.  Sorry.  Could you go a bit slower.   11:29

5    A.  ████████████  ████████████████   11:29

6  ███████████                            11:29

7    Q.  ████████████                     11:29

8    A.  ███████████████████████          11:29

9  ████████████████████████████.          11:29

10   Q.  Now, I think I asked you this, but I just   11:29

11 want to make sure we've covered it.     11:30

12        ████████████████████████        11:30

13 ██████████████████████                  11:30

14        MR. REITER:  Objection.  Vague.  11:30

15        BY MR. ALDEN:  Q.  So I can break it down   11:30

16 if you'll like.                         11:30

17   A.  ████  ██████████████  ███  █████   11:30

18 █████████████████████  ████████████     11:30

19 ████████                                11:30

20   Q.  ██████████████████████████       11:30

21 ███████████                             11:30

22   A.  █████                             11:30

23   Q.  Let's go back to deferrals, amortization.   11:30

24        Could you tell me what a deferral   11:30

25 amortization means?                     11:30
```

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 70

1        A.   Accounting rules, and at the original        11:30

2   launch of the phone in '07, the rules were if you     11:30

3   were going to be offering free software upgrades or   11:31

4   updates over the life of the phone, that you          11:31

5   couldn't recognize the revenue at the point of sale;  11:31

6   you had to recognize it evenly over the life of       11:31

7   the -- estimated life of the phone.                   11:31

8        Q.   And did those accounting rules change at    11:31

9   some point?                                           11:31

10       A.   Yeah.  I don't remember exactly, but I      11:31

11  thought it was the end of 2010.                       11:31

12       Q.   Prior to the change in accounting rules,    11:31

13  how would Apple calculate the amount of the deferral  11:31

14  on the iPhone?                                        11:31

15       A.   So whatever the dollar amount for the phone 11:31

16  was and the date of sale, it would have been on --    11:31

17  ratably over the next two years.                      11:31

18       Q.   And after the change in accounting rules,   11:32

19  how did Apple calculate the amount of deferral on     11:32

20  the sale of iPhones?                                  11:32

21       A.   It was a certain dollar amount that was     11:32

22  determined by technical accounting and may have       11:32

23  changed over the years.                               11:32

24       Q.   That's a certain dollar amount of deferral  11:32

25  per phone sold?                                       11:32

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 71

| | | |
|---|---|---|
| 1 | A.  Correct. | 11:32 |
| 2 | Q. ████████████████████████ | 11:32 |
| 3 | ████████████████████████████ | 11:32 |
| 4 | ████████████████████████ | 11:32 |
| 5 | ████████████████████████████ | 11:32 |
| 6 | A. ████████████████████ | 11:33 |
| 7 | █████ | 11:33 |
| 8 | Q. ████████████████████████ | 11:33 |
| 9 | ████████████████████████████ | 11:33 |
| 10 | ████████████████ | 11:33 |
| 11 | A. ████████████████ | 11:33 |
| 12 | Q. ██████████ | 11:33 |
| 13 | A.  And your question now is? | 11:33 |
| 14 | Q. ████████████████████ | 11:33 |
| 15 | ████████████ | 11:33 |
| 16 | A. ███ | 11:33 |
| 17 | MR. ALDEN:  I'd like to mark as Exhibit 4 a | 11:33 |
| 18 | document Bates numbered SAMNDCA10796306 through | 11:33 |
| 19 | -96386. | 11:34 |
| 20 | (Exhibit 4 was marked for identification by | 11:34 |
| 21 | the court reporter and is attached hereto.) | 11:34 |
| 22 | BY MR. ALDEN:  Q.  Mr. Buckley, do you | 11:34 |
| 23 | recognize this document? | 11:34 |
| 24 | A.  I recognize it being a -- an amended 10-K. | 11:34 |
| 25 | Q.  Of Apple; correct? | 11:34 |

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 116

1  ███████████████████████████████  01:23

2  ███████████████████████████  01:24

3  █████████████████████████████████  01:24

4  ██████████████████████████████  01:24

5  ████████████  01:24

6      BY MR. ALDEN:  Q.  ███████████████  01:24

7  █████████████████████████  01:24

8  ████████████  01:24

9      MR. REITER:  Objection.  Asked and  01:24

10  answered.  01:24

11      THE WITNESS:  ██████████████  01:24

12  ██████████████████████████████████  01:24

13  ████████  ██████████████████████  01:24

14  █████████████████████████████████  01:24

15  ███████████████████████████████.  01:24

16      BY MR. ALDEN:  Q.  █████████████  01:24

17  ██████████████████████████████████  01:24

18  ██████████████████████████████████  01:24

19      A.  ███████████████████████  01:25

20  ██████████  ███████████  01:25

21      Q.  ████  01:25

22      A.  █████████████████  01:25

23      Q.  █████████████████████  01:25

24  ███████████████████████████████  01:25

25  ██████████  01:25

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 117

```
 1    A.  ████████████████████████        01:25
 2  ████████████████████████████████      01:25
 3  ███████████████████████████  ██        01:25
 4  █████████████████████████████████      01:25
 5  ███████████████████                    01:25
 6    Q.  ███████████████                  01:25
 7    A.  ████████████████████████         01:25
 8  ████████████████████████████           01:25
 9  ████████████████                       01:25
10    Q.  And would the -- and I'm not entirely sure  01:25
11  I'm clear.                             01:25
12      █████████████████████████         01:25
13  █████████████████████████████████      01:25
14  █████████████████████████████████      01:25
15  ███████████████                        01:25
16    A.  ████   █████████████████         01:26
17    Q.  █████    ████████████████████    01:26
18  ███████████                            01:26
19    A.  █████████████████████████████    01:26
20  ██████████████████████████████         01:26
21  █████████████████████████.             01:26
22    Q.  When you say -- sorry.  ████████  01:26
23  ████████████████████████████           01:26
24    A.  █████████████████████            01:26
25    Q.  ████████████████████████████     01:26
```

CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 118

1  ███████████████████████████████████            01:26

2  ████████████████████████████████████████       01:26

3  ██████████████████████████                      01:26

4      A.  ████  ███████████████████████████       01:26

5  ████████████████████████████████████████████   01:26

6  ██████████████████████████████████             01:26

7  ████████████████████████████████████████████   01:26

8      Q.  Understood.                             01:26

9      A.  Okay.                                   01:26

10     Q.  ██████████████████████████████          01:26

11 ███████████████████████████████               01:27

12 ██████████████████████████████████             01:27

13 ████████████████████████████████████           01:27

14 ██████                                          01:27

15     A.  I don't know.                           01:27

16         MR. ALDEN:  I'd like to mark as Exhibit --  01:27

17 7 are we up to?                                 01:27

18         THE REPORTER:  Yes.                     01:27

19         MR. ALDEN:  Document Bates labeled      01:27

20 APLNDC630-Y00000746.                            01:27

21         (Exhibit 7 was marked for identification by  01:27

22 the court reporter and is attached hereto.)     01:28

23         BY MR. ALDEN:  Q.  You know what I'm going  01:28

24 to ask?  Are you familiar with this document?   01:28

25     A.  I am.                                   01:28