UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION FOR PROTECTIVE ORDER BY NOKIA CORPORATION** |

02198.51855/5465510.1

Case No. 12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING
SCHEDULE FOR MOTION FOR PROTECTIVE ORDER BY NOKIA CORPORATION

1  WHEREAS, on July 1, 2013, Nokia Corporation filed its Motion for Protective Order by Nokia Corporation (Dkt. 647) and service was effectuated by overnight delivery;

WHEREAS the Court entered the parties' Stipulation and [Proposed] Order Modifying Briefing Schedule for Motion for Protective Order by Nokia Corporation (Dkt. 698) and extended the briefing schedule and moved the hearing date;

WHEREAS the opposition of Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") is currently due on August 14, 2013 and Nokia's reply is due on August 21, 2013;

WHEREAS the hearing is scheduled for August 27, 2013;

WHEREAS the parties continue to engage in discussions to try to informally resolve Nokia's Motion for Protective Order and believe that additional time would facilitate their efforts at informal resolution and potentially result in the withdrawal of the Motion for Protective Order by Nokia Corporation;

THEREFORE, the parties, through their undersigned counsel of record, stipulate as follows:

1.  Samsung's opposition to the Motion for Protective Order by Nokia Corporation shall be due on August 19, 2013.

2.  Nokia's reply in support of its Motion for Protective Order shall be due on August 22, 2013.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: August 12, 2013 | ALSTON & BIRD, LLP |
| 2 | | |
| 3 | | By  */s/ Ryan W. Koppelman* |
| 4 | | Randall L. Allen |
| 5 | | Ryan W. Koppelman |
| | | Attorneys for NOKIA CORPORATION |
| 6 | DATED: August 12, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  */s/ Victoria F. Maroulis*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   Attorneys for
   SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG ELECTRONICS AMERICA, INC.,
   and SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC

## ORDER

Based on the foregoing stipulation, and for good cause shown,

**IT IS SO ORDERED.**

DATED:  August 14, 2013

_____
The Honorable Paul S. Grewal
United States Magistrate Judge

## ATTESTATION

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Stipulation.   In compliance with General Order 45 X.B., I hereby attest that Ryan W. Koppelman has concurred in this filing.

Dated:   August 12, 2013　　　　　　　　　　By:  */s/ Victoria F. Maroulis*
　　　　　　　　　　　　　　　　　　　　　　　　　　Victoria F. Maroulis

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 12, to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated:   August 12, 2013　　　　　　　　　　By:  */s/ Victoria F. Maroulis*
　　　　　　　　　　　　　　　　　　　　　　　　　　Victoria F. Maroulis

02198.51855/5465510.1

-3-　　　　　　　　　Case No. 12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING
SCHEDULE FOR MOTION FOR PROTECTIVE ORDER BY NOKIA CORPORATION