[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSION OF TIME TO CONDUCT DEPOSITION** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1    Pursuant to Civil L.R. 6-2, Samsung Electronics Co., Ltd., Samsung Electronics America,
2 Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc.
3 ("Apple") file this Stipulation regarding the deposition of Google Inc.
4    WHEREAS, on May 2, 2012, the Court entered a scheduling order setting forth July 8,
5 2013 as the fact discovery cut-off;
6    WHEREAS, on July 8, 2013, the Court issued an order granting the parties' Stipulation
7 Regarding Extension of Time to Conduct Depositions, permitting the parties to conduct certain
8 depositions after the July 8, 2013 fact discovery cut-off and no later than July 29, 2013;
9    WHEREAS, Apple has been discussing with Google Inc. ("Google") further depositions of
10 Google's witnesses designated on topics in Apple's September 28, 2012 subpoena to Google;
11    WHEREAS, in the effort to avoid burdening the Court with further discovery disputes,
12 Google has agreed to make Amith Yamasani available on August 14, 2013, as Google's 30(b)(6)
13 representative on Topics 6 and 7 in Apple's September 28, 2012 subpoena to Google, under
14 certain agreed-upon conditions, in exchange for resolution of discovery issues between Apple and
15 Google relating to depositions of Google that have already occurred;
16    WHEREAS, either party may use this deposition for all permissible purposes in this case
17 and it shall be treated the same as depositions taken before the fact discovery cut-off;
18    WHEREAS, nothing in this agreement alters or in any way affects the parties' time
19 limitations for depositions as set forth in the Court's scheduling order entered on May 2, 2012;
20    WHEREAS, this stipulation and extension of time will not require altering any other
21 deadline presently on calendar in this matter.
22    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
23 parties that the foregoing deposition of Google 30(b)(6) representative Amith Yamasani may
24 occur on August 14, 2013.
25
26    IT IS SO STIPULATED.
27
28

DATED: August 13, 2013

| By: /s/ H. Mark Lyon | By: /s/ Victoria F. Maroulis |
|---|---|
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| Josh A. Krevitt (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. Mark Lyon (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| Michael A. Jacobs<br>(CA SBN 111664)<br>mjacobs@mofo.com<br>Richard S.J. Hung (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | Kevin P.B. Johnson<br>(Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State StreetWilliam F. Lee (pro hac vice)<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 | William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| Mark D. Selwyn (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 | |

-2-

Case No. :12-cv-00630-LHK
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSION OF TIME TO CONDUCT DEPOSITION

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3
4 Dated: \_\_August 14\_\_, 2013

6 By: _____*Paul S. Grewal*_____
7 HONORABLE PAUL S. GREWAL

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Extension of Time to Conduct Deposition. In compliance with General Order 45.X.B, I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: August 13, 2013                                      /s/ H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: August 13, 2013                                      /s/ H. Mark Lyon