| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com |   HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts  02109 |
| Palo Alto, California  94304-1211 | Telephone:  (617) 526-6000 |
| Telephone:  (650) 849-5300 | Facsimile:  (617) 526-5000 |
| Facsimile:  (650) 849-5333 | |
| | |
| MICHAEL A. JACOBS (CA SBN 111664) | MARK D. SELWYN (CA SBN 244180) |
| mjacobs@mofo.com | mark.selwyn@wilmerhale.com |
| RICHARD S.J. HUNG (CA SBN 197425) | WILMER CUTLER PICKERING |
| rhung@mofo.com |   HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California  94304 |
| San Francisco, California  94105-2482 | Telephone:  (650) 858-6000 |
| Telephone:  (415) 268-7000 | Facsimile:  (650) 858-6100 |
| Facsimile:  (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
|         Plaintiff, | |
|     vs. | Case No. 12-cv-00630-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |
|         Defendants. | |

1    In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  ("Apple") hereby moves to seal the following document:
3        1. Apple Inc.'s Notice of Joinder in Nokia Corporation's Motion for Protective
4           Order ("Notice of Joinder").
5    The underlying Notice of Joinder should be sealed for the reasons outlined in Nokia's
6  Motion to Seal. (Dkt. 647.)  Apple expects that pursuant to Civil Local Rule 79-5(d), Nokia and
7  Samsung may file declarations in support of filing this material under seal.
8        Apple's filing, including the complete version of the foregoing document, will be lodged
9  with the Court for *in camera* review and served on Samsung and Nokia.

ActiveUS 114847978v.2

1

Apple's Administrative Motion to
File Documents Under Seal
Case No. 12-cv-00630-LHK (PSG)

1
2   Dated:  August 16, 2013                    WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
3
                                               */s/ Mark D. Selwyn*
4                                              Mark D. Selwyn (SBN 244180)
                                               (mark.selwyn@wilmerhale.com)
5                                              950 Page Mill Road
                                               Palo Alto, CA  94304
6                                              Telephone:  (650) 858-6000
                                               Facsimile:  (650) 858-6100
7
                                               *Attorneys for Plaintiff and*
8                                              *Counterclaim-Defendant Apple Inc.*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on August 16, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

          /s/ Mark D. Selwyn
          Mark D. Selwyn