QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**NOKIA CORPORATION'S NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER BY NOKIA CORPORATION (DKT. 647)**<br><br>Date: August 27, 2013<br>Time: 10:00 a.m.<br>Courtroom: 5, 4th Floor<br>Hon. Paul S. Grewal |

1    PLEASE TAKE NOTICE THAT Nokia Corporation hereby withdraws its Motion for
2 Protective Order by Nokia Corporation (Dkt. 647).   Nokia Corporation and defendants Samsung
3 Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications
4 America, LLC have reached an agreement that is contained in a stipulation filed concurrently with
5 this Notice of Withdrawal of Motion for Protective Order with the Court.

6
7 DATED: August 18, 2013                ALSTON & BIRD, LLP

8                                        By  */s/ Ryan Koppelman*
                                              Ryan Koppelman
9                                             Attorney for NOKIA CORPORATION

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-
NOKIA CORPORATION'S NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER BY NOKIA
CORPORATION (DKT. 647)

## ATTESTATION

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Stipulation.   In compliance with General Order 45 X.B., I hereby attest that Ryan W. Koppelman has concurred in this filing.

Dated:   August 18, 2013                           By:  */s/ Victoria F. Maroulis*
                                                             Victoria F. Maroulis