1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Cal. Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kevin P.B. Johnson (Cal. Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Cal. Bar No. 202603)
7  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive 5th Floor
8  Redwood Shores, California 94065
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100

10 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13
   Attorneys for SAMSUNG ELECTRONICS CO.,
14 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
15 TELECOMMUNICATIONS AMERICA, LLC

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-0630-LHK (PSG) |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2   Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3   America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal
4   the following documents:

5       1. Stipulation and [Proposed] Order Re Motion For Protective Order By Nokia
6          Corporation.

7   Samsung has established good cause to permit filing these documents under seal through
8   the Declaration of Jae-Hwan Kim in Support of Samsung's Administrative Motion to File
9   Documents Under Seal, filed herewith.  In short, the above documents discuss and refer to
10  documents and things that Samsung has designated as "HIGHLY CONFIDENTIAL -
11  ATTORNEYS' EYES ONLY" and "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS'
12  EYES ONLY – SOURCE CODE" under the Protective Order.  Samsung accordingly files these
13  documents under seal.  Samsung's entire filing will be lodged with the Court for *in camera* review
14  and served on all parties.

15  DATED: August 18, 2013    QUINN EMANUEL URQUHART &
16                             SULLIVAN, LLP

18                             By */s/ Victoria Maroulis*
19                                Victoria F. Maroulis
                                  Attorneys for Defendants
20                                SAMSUNG ELECTRONICS CO., LTD.,
                                  SAMSUNG ELECTRONICS AMERICA, INC.,
21                                and SAMSUNG TELECOMMUNICATIONS
22                                AMERICA, LLC