1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED ORDER] GRANTING APPLE'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

1       Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2   Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's

3   Administrative Motion to File Documents Under Seal.

4       Samsung has filed the declaration required under Civil L.R. 79-5(d) and General Order No.

5   62 to provide evidence of good cause for this Court to permit filing under seal. The declaration

6   establishes that information contained in the Stipulation and [Proposed] Order Re Motion For

7   Protective Order By Nokia Corporation relates to confidential licensing-related communications

8   between Samsung and Nokia Corporation and their respective counsel.    Accordingly, for good

9   cause shown, the Court ORDERS that this document shall be filed under seal.

10

11

12       **IT IS SO ORDERED.**

13

14   DATED:    _____, 2013

15

16

17                                         _____
                                           Hon. Paul S. Grewal

18                                         United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

**[PROPOSED ORDER] GRANTING ADMINISTRATIVE MOTIONS
TO FILE DOCUMENTS UNDER SEAL**