1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE MOTION FOR PROTECTIVE ORDER BY NOKIA CORPORATION** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | PUBLIC REDACTED VERSION |
| Defendants. | |

1    WHEREAS, on July 1, 2013, Nokia Corporation filed its Motion for Protective Order by

2   Nokia Corporation (Dkt. 647);

3    WHEREAS the Court entered the parties' Stipulation and [Proposed] Order Modifying

4   Briefing Schedule for Motion for Protective Order by Nokia Corporation (Dkt. 698) and extended

5   the briefing schedule and moved the hearing date;

6    WHEREAS the Court entered the parties' Stipulation and [Proposed] Order Modifying

7   Briefing Schedule for Motion for Protective Order by Nokia Corporation (Dkt. 730) and extended

8   the briefing schedule;

9    WHEREAS the parties have agreed to a process for addressing the issues in Nokia's

10   Motion for Protective Order;

11    THEREFORE, the parties, through their undersigned counsel of record, stipulate as

12   follows ("Stipulation"):

13                    1. ███████████████████████████████████████

14   ██████████████████████████

15                    2. ███████████████████████████████████████

16   ███████████████████████████████████████████████████

17   ███████████████████████████████████████████████████

18   ███████████████████████████████████████████████████

19   ███████████████████████████████████████████████████

20   ███████████████████████████████████████████████████

21   ███████████████████████████████████████████████████

22   ███████████████████████████████████████████████████

23   ███████████████████████████████████████████████████

24   ███████████████████████████████████████████████████

25   ███████████████████████████████████████████████████

26   ███████████████████████████████████████████████████

27   ██

28

-1-                    Case No. 12-cv-00630-LHK

STIPULATION AND [PROPOSED] ORDER RE MOTION FOR
PROTECTIVE ORDER BY NOKIA CORPORATION

1    3.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12   ▮▮▮▮▮▮▮▮▮▮▮▮

13   4.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[1] ▮▮▮▮▮▮▮ ▮

21   ──────────────────

22   [1] "Document" shall have the meaning under the Federal Rules of Civil Procedure and include

23   any document or electronically stored information—including, without limitation, all originals,
     copies (if the originals are not available), non-identical copies and drafts, including but not limited

24   to letters, correspondence, memoranda, records, summaries of personal conversations or
     interviews, minutes or records or notes of meetings or conferences, notes, opinions, analyses,

25   opinions or reports of experts or consultants, reports, calendars, appointment books, speeches, or

26   electronically transmitted messages (including "e-mail"), including but not limited to any
     information contained in any computer, Blackberry, personal digital assistant (PDA) or similar.

27   For purposes of clarity, back up media shall be handled as discussed in paragraph 6.

28

                              STIPULATION AND [PROPOSED] ORDER RE MOTION FOR
                              PROTECTIVE ORDER BY NOKIA CORPORATION





8.

99999.78003/5475843.1

Case No. 12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER RE MOTION FOR
PROTECTIVE ORDER BY NOKIA CORPORATION



1    a. ▄▄▄▄▄▄▄▄▄▄

2    b. ▄▄▄▄▄▄▄▄▄▄▄▄▄▄

3    ▄▄▄▄▄▄

4    c. ▄▄▄▄▄▄▄▄▄▄▄▄▄▄

5    ▄▄▄▄

6    d. ▄▄▄▄▄▄▄▄▄▄▄▄▄▄

7    ▄▄▄▄▄▄▄▄▄▄▄▄▄▄

8    ▄▄

9    e. ▄▄▄▄▄▄▄▄▄▄▄▄

10   f. ▄▄▄▄▄▄▄▄▄▄▄▄▄▄

11   g. ▄▄▄▄▄▄▄▄▄▄▄▄▄▄

12   ▄▄▄▄▄▄

13   h. ▄▄▄▄▄▄▄▄▄▄▄

14       9. ▄▄▄▄▄▄▄▄▄▄▄▄▄▄

15   ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

16   ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

17   ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

18   ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

19   ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

20   ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

21   ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

22   ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

23   ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

24   ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

25   ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

26   ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

27   ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

28

99999.78003/5475843.1

Case No. 12-cv-00630-LHK

STIPULATION AND [PROPOSED] ORDER RE MOTION FOR
PROTECTIVE ORDER BY NOKIA CORPORATION



10.

11.

99999.78003/5475843.1

Case No. 12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER RE MOTION FOR
PROTECTIVE ORDER BY NOKIA CORPORATION

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████

3

4      IT IS SO STIPULATED.

5

6 DATED: August 18, 2013       ALSTON & BIRD, LLP

7

8                   By   */s/ Ryan W. Koppelman*

9                      Randall L. Allen

10                      Ryan W. Koppelman
                     Attorneys for NOKIA CORPORATION

11 DATED: August 18, 2013       QUINN EMANUEL URQUHART &

12                      SULLIVAN, LLP

13

14                   By   */s/ Victoria F. Maroulis*

15                      Charles K. Verhoeven

16                      Kevin P.B. Johnson
                     Victoria F. Maroulis

17                      Attorneys for
                     SAMSUNG ELECTRONICS CO., LTD.,

18                      SAMSUNG ELECTRONICS AMERICA, INC.,
                     and SAMSUNG TELECOMMUNICATIONS

19                      AMERICA, LLC

20

21

22

23                     **<u>ORDER</u>**

24

25      Based on the foregoing stipulation, and for good cause shown,

26      **IT IS SO ORDERED.**

27

28

STIPULATION AND [PROPOSED] ORDER RE MOTION FOR
PROTECTIVE ORDER BY NOKIA CORPORATION

1   DATED: _____

                                                _____

2                                                The Honorable Paul S. Grewal
                                             United States Magistrate Judge

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Stipulation.    In compliance with General Order 45 X.B., I hereby attest that Ryan W. Koppelman has concurred in this filing.


Dated:   August 18, 2013                          By:   /s/ Victoria F. Maroulis
                                                         Victoria F. Maroulis

STIPULATION AND [PROPOSED] ORDER RE MOTION FOR
PROTECTIVE ORDER BY NOKIA CORPORATION