UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 12-cv-0630-LHK-PSG<br><br>**[PROPOSED ORDER] GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal.

Samsung has filed the declaration required under Civil L.R. 79-5(d) and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that information contained in Samsung's Response to Apple's Notice of Joinder In Motion For Protective Order By Nokia Corporation relates to confidential licensing-related communications between Samsung and Nokia Corporation and their respective counsel. Accordingly, for good cause shown, the Court ORDERS that this document shall be filed under seal.

**IT IS SO ORDERED.**

DATED: _____, 2013

_____
Hon. Paul S. Grewal
United States Magistrate Judge