UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER DENYING APPLE'S NOTICE OF JOINDER IN MOTION FOR PROTECTIVE ORDER BY NOKIA CORPORATION** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  On July 1, 2013, non-party Nokia Corporation filed a Motion for Protective Order (the
2  Motion"). On August 16, 2013, Apple filed a purported "Notice of Joinder" in the Motion. On
3  August 18, 2013, Nokia withdrew the Motion. Having considered the papers submitted, Apple's
4  request to join in Nokia's motion is hereby DENIED. Apple shall recover no relief from its
5  attempted joinder in the Motion. The Court further orders that the hearing on the Motion is taken
6  off-calendar.

8  IT IS SO ORDERED.

10  DATED:

The Honorable Paul S. Grewal
United States Magistrate Judge