[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REQUESTS FOR ADMISSION CONCERNING AUTHENTICITY OF DOCUMENTS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1   WHEREAS, Apple commenced this action (the "Litigation") against Samsung on February

2   8, 2012;

3   WHEREAS, Samsung subsequently filed counterclaims against Apple;

4   WHEREAS, the Parties and third parties subsequently have produced thousands of pages

5   of documents in connection with discovery in the Litigation;

6   WHEREAS, pursuant to the Court's Case Management Order (Docket No. 160), the fact

7   discovery cutoff in this Litigation was July 8, 2013;

8   WHEREAS, on June 14, 2013, this Court extended the deadline for the Parties to serve

9   Requests for Admission asking for the authenticity of documents to August 20, 2013 (Docket No.

10   605);

11   WHEREAS, the Parties have determined that it is in their mutual interest to have

12   additional time to prepare Requests for Admission asking for authenticity of documents produced

13   by the Parties and third parties, in the hope that they might reach agreement regarding authenticity

14   and therefore obviate the need for mutually burdensome discovery;

15   WHEREAS, the parties have agreed to conduct the deposition of third party witness Sylvia

16   Hall-Ellis by no later than October 17, 2013;

17   WHEREAS, the parties agreed, by stipulation, to conduct additional depositions after the

18   July 8, 2013 discovery cut-off (Docket Nos. 666, 710), and further agreed, by stipulation, to

19   supplement their Interrogatory responses by August 23, 2013 with document citations and

20   depositions citations only for depositions taken on or after July 8, 2013 (Docket No. 664);

21   WHEREAS, the Parties wish to have additional time to supplement Interrogatory

22   responses with document citations and deposition citations only for depositions taken on or after

23   July 8, 2013;

24   WHEREAS, this stipulation and corresponding extension of time proposed by the Parties

25   will not impact any other dates on calendar in this matter;

26   //

27   //

28

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

1.      The Deadline to serve Requests for Admission asking for authenticity of documents shall be extended to September 17, 2013.

2.      The deposition of third party witness Sylvia Hall-Ellis will take place no later than October 17, 2013.

3.      The Parties shall be permitted to supplement all Interrogatory responses with document citations and deposition citations only for depositions taken on or after July 8, 2013 until September 17, 2013.

* * *

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1.      The Deadline to serve Requests for Admission asking for authenticity of documents shall be extended to September 17, 2013.

2.      The deposition of third party witness Sylvia Hall-Ellis will take place no later than October 17, 2013.

3.      The Parties shall be permitted to supplement all Interrogatory responses with document citations and deposition citations only for depositions taken on or after July 8, 2013 until September 17, 2013.

Dated: _____, 2013

By: _____
                HONORABLE LUCY H. KOH

1    DATED: August 20, 2013

2    By  */s/ H. Mark Lyon*                              By   */s/ Victoria Maroulis*

3        Attorney for Plaintiff and Counterclaim-            Attorney for Defendants and Counterclaim-
4        Defendant APPLE INC.                                Plaintiff SAMSUNG ELECTRONICS CO.,
                                                             LTD., SAMSUNG ELECTRONICS
5        Josh A. Krevitt (CA SBN 208552)                    AMERICA,    INC., AND SAMSUNG
         jkrevitt@gibsondunn.com                            TELECOMMUNICATIONSAMERICA,
6        H. Mark Lyon (CA SBN 162061)                       LLC
         mlyon@gibsondunn.com
7        GIBSON, DUNN & CRUTCHER LLP                        Charles K. Verhoeven (Bar No. 170151)
8        1881 Page Mill Road                                charlesverhoeven@quinnemanuel.com
         Palo Alto, CA   94304-1211                         Kevin A. Smith (Bar No. 250814)
9        Telephone: (650) 849-5300                          kevinsmith@quinnemanuel.com
         Facsimile: (650) 849-5333                          QUINN EMANUEL URQUHART &
10                                                           SULLIVAN LLP
11       Michael A. Jacobs                                  50 California Street, 22nd Floor
         (CA SBN 111664)                                    San Francisco, California 94111
12       mjacobs@mofo.com                                   Telephone: (415) 875-6600
         Richard S.J. Hung (CA SBN 197425)                  Facsimile: (415) 875-6700
13       rhung@mofo.com
14       MORRISON & FOERSTER LLP                            Kevin P.B. Johnson
         425 Market Street                                  (Bar No. 177129 (CA); 2542082 (NY))
15       San Francisco, California 94105-2482               kevinjohnson@quinnemanuel.com
         Telephone: (415) 268-7000                          Victoria F. Maroulis (Bar No. 202603)
16       Facsimile: (415) 268-7522                          victoriamaroulis@quinnemanuel.com
                                                             QUINN EMANUEL URQUHART &
17       William F. Lee (pro hac vice)                      SULLIVAN LLP
18       William.lee@wilmerhale.com                         555 Twin Dolphin Drive, 5th Floor
         WILMER CUTLER PICKERING                            Redwood Shores, California 94065
19         HALE AND DORR LLP                                Telephone: (650) 801-5000
         60 State Street                                    Facsimile: (650) 801-5100
20       Boston, Massachusetts 02109
         Telephone: (617) 526-6000                          William C. Price (Bar No. 108542)
21       Facsimile: (617) 526-5000                          williamprice@quinnemanuel.com
                                                             QUINN EMANUEL URQUHART &
22       Mark D. Selwyn (CA SBN 244180)                     SULLIVAN LLP
23       mark.selwyn@wilmerhale.com                         865 South Figueroa Street, 10th Floor
         WILMER CUTLER PICKERING                            Los Angeles, California 90017-2543
24         HALE AND DORR LLP                                Telephone: (213) 443-3000
         950 Page Mill Road                                 Facsimile: (213) 443-3100
25       Palo Alto, CA 94304
         Telephone: (650) 858-6000
26       Facsimile: (650) 858-6100

27

28
                                              -3-            CASE NO. 12-cv-00630-LHK (PSG)
                                       STIPULATION AND [PROPOSED] ORDER REGARDING RFAS
                                       CONCERNING AUTHENTICITY OF DOCUMENTS

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Requests for Admission Concerning Authenticity of Documents.   In compliance with General Order 45.X.B, I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: August 20, 2013                            /s/      H. Mark Lyon


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: August 20, 2013                            /s/ H. Mark Lyon