[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REQUESTS FOR ADMISSION CONCERNING AUTHENTICITY OF DOCUMENTS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1  WHEREAS, Apple commenced this action (the "Litigation") against Samsung on February 2 8, 2012;

3  WHEREAS, Samsung subsequently filed counterclaims against Apple;

4  WHEREAS, the Parties and third parties subsequently have produced thousands of pages 5 of documents in connection with discovery in the Litigation;

6  WHEREAS, pursuant to the Court's Case Management Order (Docket No. 160), the fact 7 discovery cutoff in this Litigation was July 8, 2013;

8  WHEREAS, on June 14, 2013, this Court extended the deadline for the Parties to serve 9 Requests for Admission asking for the authenticity of documents to August 20, 2013 (Docket No. 10 605);

11 WHEREAS, the Parties have determined that it is in their mutual interest to have 12 additional time to prepare Requests for Admission asking for authenticity of documents produced 13 by the Parties and third parties, in the hope that they might reach agreement regarding authenticity 14 and therefore obviate the need for mutually burdensome discovery;

15 WHEREAS, the parties have agreed to conduct the deposition of third party witness Sylvia 16 Hall-Ellis by no later than October 17, 2013;

17 WHEREAS, the parties agreed, by stipulation, to conduct additional depositions after the 18 July 8, 2013 discovery cut-off (Docket Nos. 666, 710), and further agreed, by stipulation, to 19 supplement their Interrogatory responses by August 23, 2013 with document citations and 20 depositions citations only for depositions taken on or after July 8, 2013 (Docket No. 664);

21 WHEREAS, the Parties wish to have additional time to supplement Interrogatory 22 responses with document citations and deposition citations only for depositions taken on or after 23 July 8, 2013;

24 WHEREAS, this stipulation and corresponding extension of time proposed by the Parties 25 will not impact any other dates on calendar in this matter;

26 //
27 //
28

-1- CASE NO. 12-cv-00630-LHK (PSG)
STIPULATION AND [PROPOSED] ORDER REGARDING RFAS
CONCERNING AUTHENTICITY OF DOCUMENTS

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

1. The Deadline to serve Requests for Admission asking for authenticity of documents shall be extended to September 17, 2013.

2. The deposition of third party witness Sylvia Hall-Ellis will take place no later than October 17, 2013.

3. The Parties shall be permitted to supplement all Interrogatory responses with document citations and deposition citations only for depositions taken on or after July 8, 2013 until September 17, 2013.

* * *

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. The Deadline to serve Requests for Admission asking for authenticity of documents shall be extended to September 17, 2013.

2. The deposition of third party witness Sylvia Hall-Ellis will take place no later than October 17, 2013.

3. The Parties shall be permitted to supplement all Interrogatory responses with document citations and deposition citations only for depositions taken on or after July 8, 2013 until September 17, 2013.

Dated: __August 21__, 2013

By: *Lucy H. Koh*
HONORABLE LUCY H. KOH

1 DATED: August 20, 2013

2 By  */s/ H. Mark Lyon*                              By  */s/ Victoria Maroulis*

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

Josh A. Krevitt (CA SBN 208552)
jkrevitt@gibsondunn.com
H. Mark Lyon (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA   94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Michael A. Jacobs
(CA SBN 111664)
mjacobs@mofo.com
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

William F. Lee (pro hac vice)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA,   INC., AND SAMSUNG TELECOMMUNICATIONSAMERICA, LLC

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson
(Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

-3-    CASE NO. 12-cv-00630-LHK (PSG)
STIPULATION AND [PROPOSED] ORDER REGARDING RFAS
CONCERNING AUTHENTICITY OF DOCUMENTS

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Requests for Admission Concerning Authenticity of Documents.   In compliance with General Order 45.X.B, I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: August 20, 2013                                  /s/      H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: August 20, 2013                                  /s/ H. Mark Lyon