1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18                 UNITED STATES DISTRICT COURT

19        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 21              Plaintiff, | **DECLARATION OF JAE-HWAN KIM IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| 22              vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG | |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26 | |
| 27              Defendants. | |

28

I, Jae-Hwan Kim, declare:

1.    I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC").    I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2.    I submit this declaration in support of Apple's Administrative Motion to File Under Seal its Notice of Joinder in Nokia Corporation's Motion for Protective Order ("Apple's Notice") (Dkt. No. 738).

3.    Apple's Notice and Nokia's Protective Order Motion relate to confidential communications between Nokia and Samsung, which are subject to a non-disclosure agreement.

4.    As explained in detail in my declarations dated August 18, 2013 and August 20, 2013 (Dkt. Nos. 741 & 743), which are hereby incorporated by reference, Samsung would be prejudiced by the disclosure of any details of its communications with Nokia.

5.    For the reasons stated in my August 18 and August 20 declarations, Samsung requests that the Court grant Apple's Administrative Motion to File Under Seal.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.    Executed in Suwon, South Korea on August 24, 2013.


_____/s/ Jae-Hwan Kim_____
Jae-Hwan Kim

KIM DECLARATION ISO APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

**ATTESTATION**

I, Michael L. Fazio, am the ECF User whose ID and password are being used to file this Declaration.    In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jae-Hwan Kim has concurred in this filing.


Dated:   August 23, 2013                    By:   _/s/ Michael L. Fazio_____
                                                                    Michael L. Fazio