[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO CONDUCT DEPOSITION** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1    Pursuant to Civil L.R. 6-2, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc. ("Apple") file this Stipulation regarding the deposition of Apple witness Sarah Chandler.

WHEREAS, on May 2, 2012, the Court entered a scheduling order setting forth July 8, 2013 as the fact discovery cut-off;

WHEREAS, on July 8, 2013, the Court issued an order granting the parties' Stipulation Regarding Extension of Time to Conduct Depositions, permitting the parties to conduct certain depositions after the July 8, 2013 fact discovery cut-off and no later than July 29, 2013;

WHEREAS, on July 29, 2013, the Court issued an order granting the parties' Stipulation Regarding Extension of Time to Conduct Depositions, permitting the parties to conduct certain depositions after July 29, 2013, and by no later than August 31, 2013;

WHEREAS, in an effort to avoid burdening the Court with further discovery motion practice, Apple has agreed to make Sarah Chandler available on September 20, 2013, to testify as Apple's 30(b)(6) representative on certain topics in Samsung's Fifth Rule 30(b)(6) Notice;

WHEREAS, either party may use this deposition for all permissible purposes in this case and it shall be treated the same as depositions taken before the fact discovery cut-off;

WHEREAS, nothing in this agreement alters or in any way affects the parties' time limitations for depositions as set forth in the Court's scheduling order entered on May 2, 2012;

WHEREAS, this stipulation and extension of time will not require altering any other deadline presently on calendar in this matter.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that the deposition of Sarah Chandler as Apple's 30(b)(6) representative on certain topics in Samsung's Fifth Rule 30(b)(6) Notice may occur on September 20, 2013.

IT IS SO STIPULATED.

1  DATED: September 2, 2013

2  By  /s/ Mark Lyon                                    By  /s/ Victoria F. Maroulis

   Attorney for Plaintiff and Counterclaim-           Attorney for Defendants and Counterclaim-
   Defendant APPLE INC.                               Plaintiff SAMSUNG ELECTRONICS CO.,
                                                      LTD., SAMSUNG ELECTRONICS
                                                      AMERICA, INC., AND SAMSUNG
                                                      TELECOMMUNICATIONSAMERICA,
                                                      LLC

   Josh A. Krevitt (CA SBN 208552)                    Charles K. Verhoeven (Bar No. 170151)
   jkrevitt@gibsondunn.com                            charlesverhoeven@quinnemanuel.com
   H. Mark Lyon (CA SBN 162061)                       Kevin A. Smith (Bar No. 250814)
   mlyon@gibsondunn.com                               kevinsmith@quinnemanuel.com
   GIBSON, DUNN & CRUTCHER LLP                        QUINN EMANUEL URQUHART &
   1881 Page Mill Road                                SULLIVAN LLP
   Palo Alto, CA   94304-1211                         50 California Street, 22nd Floor
   Telephone: (650) 849-5300                          San Francisco, California 94111
   Facsimile: (650) 849-5333                          Telephone: (415) 875-6600
                                                      Facsimile: (415) 875-6700

   Michael A. Jacobs                                  Kevin P.B. Johnson
   (CA SBN 111664)                                    (Bar No. 177129 (CA); 2542082 (NY))
   mjacobs@mofo.com                                   kevinjohnson@quinnemanuel.com
   Richard S.J. Hung (CA SBN 197425)                  Victoria F. Maroulis (Bar No. 202603)
   rhung@mofo.com                                     victoriamaroulis@quinnemanuel.com
   MORRISON & FOERSTER LLP                            QUINN EMANUEL URQUHART &
   425 Market Street                                  SULLIVAN LLP
   San Francisco, California 94105-2482               555 Twin Dolphin Drive, 5th Floor
   Telephone: (415) 268-7000                          Redwood Shores, California 94065
   Facsimile: (415) 268-7522                          Telephone: (650) 801-5000
                                                      Facsimile: (650) 801-5100

   William F. Lee (pro hac vice)
   William.lee@wilmerhale.com                         William C. Price (Bar No. 108542)
   WILMER CUTLER PICKERING                            williamprice@quinnemanuel.com
      HALE AND DORR LLP                               QUINN EMANUEL URQUHART &
   60 State Street                                    SULLIVAN LLP
   Boston, Massachusetts 02109                        865 South Figueroa Street, 10th Floor
   Telephone: (617) 526-6000                          Los Angeles, California 90017-2543
   Facsimile: (617) 526-5000                          Telephone: (213) 443-3000
                                                      Facsimile: (213) 443-3100

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*  *  *

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2013

By: _____
HONORABLE PAUL S. GREWAL

**ATTESTATION OF E-FILED SIGNATURES**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Extension of Time to Conduct Deposition.   In compliance with General Order 45.X.B, I hereby attest that H. Mark Lyon has concurred in this filing.

Dated: September 2, 2013          */s/ Victoria F. Maroulis*
                                  Victoria F. Maroulis

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: September 2, 2013          */s/ Victoria F. Maroulis*
                                  Victoria F. Maroulis