[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO CONDUCT DEPOSITION** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1    Pursuant to Civil L.R. 6-2, Samsung Electronics Co., Ltd., Samsung Electronics America,

2 Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc.

3 ("Apple") file this Stipulation regarding the deposition of Apple witness Sarah Chandler.

4    WHEREAS, on May 2, 2012, the Court entered a scheduling order setting forth July 8,

5 2013 as the fact discovery cut-off;

6    WHEREAS, on July 8, 2013, the Court issued an order granting the parties' Stipulation

7 Regarding Extension of Time to Conduct Depositions, permitting the parties to conduct certain

8 depositions after the July 8, 2013 fact discovery cut-off and no later than July 29, 2013;

9    WHEREAS, on July 29, 2013, the Court issued an order granting the parties' Stipulation

10 Regarding Extension of Time to Conduct Depositions, permitting the parties to conduct certain

11 depositions after July 29, 2013, and by no later than August 31, 2013;

12    WHEREAS, in an effort to avoid burdening the Court with further discovery motion

13 practice, Apple has agreed to make Sarah Chandler available on September 20, 2013, to testify as

14 Apple's 30(b)(6) representative on certain topics in Samsung's Fifth Rule 30(b)(6) Notice;

15    WHEREAS, either party may use this deposition for all permissible purposes in this case

16 and it shall be treated the same as depositions taken before the fact discovery cut-off;

17    WHEREAS, nothing in this agreement alters or in any way affects the parties' time

18 limitations for depositions as set forth in the Court's scheduling order entered on May 2, 2012;

19    WHEREAS, this stipulation and extension of time will not require altering any other

20 deadline presently on calendar in this matter.

21    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

22 parties that the deposition of Sarah Chandler as Apple's 30(b)(6) representative on certain topics

23 in Samsung's Fifth Rule 30(b)(6) Notice may occur on September 20, 2013.

24

25    IT IS SO STIPULATED.

26

27

28

1   DATED: September 2, 2013

2   By   /s/ Mark Lyon                          By   /s/ Victoria F. Maroulis

3
      Attorney for Plaintiff and Counterclaim-       Attorney for Defendants and Counterclaim-
4     Defendant APPLE INC.                            Plaintiff SAMSUNG ELECTRONICS CO.,
                                                      LTD., SAMSUNG ELECTRONICS
5                                                     AMERICA, INC., AND SAMSUNG
                                                      TELECOMMUNICATIONSAMERICA,
6                                                     LLC

7
      Josh A. Krevitt (CA SBN 208552)                 Charles K. Verhoeven (Bar No. 170151)
8     jkrevitt@gibsondunn.com                         charlesverhoeven@quinnemanuel.com
      H. Mark Lyon (CA SBN 162061)                    Kevin A. Smith (Bar No. 250814)
9     mlyon@gibsondunn.com                            kevinsmith@quinnemanuel.com
      GIBSON, DUNN & CRUTCHER LLP                     QUINN EMANUEL URQUHART &
10    1881 Page Mill Road                             SULLIVAN LLP
      Palo Alto, CA   94304-1211                      50 California Street, 22nd Floor
11    Telephone: (650) 849-5300                       San Francisco, California 94111
      Facsimile: (650) 849-5333                       Telephone: (415) 875-6600
12                                                    Facsimile: (415) 875-6700

13
      Michael A. Jacobs                               Kevin P.B. Johnson
14    (CA SBN 111664)                                 (Bar No. 177129 (CA); 2542082 (NY))
      mjacobs@mofo.com                                kevinjohnson@quinnemanuel.com
15    Richard S.J. Hung (CA SBN 197425)               Victoria F. Maroulis (Bar No. 202603)
      rhung@mofo.com                                  victoriamaroulis@quinnemanuel.com
16    MORRISON & FOERSTER LLP                         QUINN EMANUEL URQUHART &
      425 Market Street                               SULLIVAN LLP
17    San Francisco, California 94105-2482            555 Twin Dolphin Drive, 5th Floor
      Telephone: (415) 268-7000                       Redwood Shores, California 94065
18    Facsimile: (415) 268-7522                       Telephone: (650) 801-5000
                                                      Facsimile: (650) 801-5100
19
      William F. Lee (pro hac vice)
20    William.lee@wilmerhale.com                      William C. Price (Bar No. 108542)
      WILMER CUTLER PICKERING                         williamprice@quinnemanuel.com
21       HALE AND DORR LLP                            QUINN EMANUEL URQUHART &
      60 State Street                                 SULLIVAN LLP
22    Boston, Massachusetts 02109                     865 South Figueroa Street, 10th Floor
      Telephone: (617) 526-6000                       Los Angeles, California 90017-2543
23    Facsimile: (617) 526-5000                       Telephone: (213) 443-3000
                                                      Facsimile: (213) 443-3100
24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

1

* * *

2   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4
    Dated:    September 3 , 2013
5

6

7   By:    _Paul S. Grewal_ _____
8          HONORABLE PAUL S. GREWAL

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ATTESTATION OF E-FILED SIGNATURES

2

      I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this

3

Stipulation and [Proposed] Order Regarding Extension of Time to Conduct Deposition.   In

4

compliance with General Order 45.X.B, I hereby attest that H. Mark Lyon has concurred in this

5

filing.

6

7

Dated: September 2, 2013                         */s/ Victoria F. Maroulis*
                                                             Victoria F. Maroulis

8

9

## CERTIFICATE OF SERVICE

10

      The undersigned hereby certifies that the foregoing document was filed electronically in

11

compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties

12

who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's

13

ECF system.

14

15

Dated: September 2, 2013                         */s/ Victoria F. Maroulis*
                                                             Victoria F. Maroulis

16

17

18

19

20

21

22

23

24

25

26

27

28