Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Apple Inc.

                Plaintiff(s),

v.

Samsung Electronics Co., LTD., et al.

                Defendant(s).

Case No: 12cv00630LHK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

I, Thomas Anderson, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Mark D. Selwyn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
1875 Pennsylvania Avenue, NW
Washington, DC 20006

MY TELEPHONE # OF RECORD:
(202) 663-6227

MY EMAIL ADDRESS OF RECORD:
tom.anderson@wilmerhale.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
950 Page Mill Road
Palo Alto, CA 94304

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(650) 858-6000

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
mark.selwyn@wilmerhale.com

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 456642.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/13/13

                                        Thomas Anderson
                                        APPLICANT

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Thomas Anderson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 4, 2013

                                        Lucy H. Koh
                               UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER