| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, CA 94304-1211 | San Francisco, CA 94105-2482 |
| Telephone: (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1  Daniel J. Thomasch, whose business address and telephone number is Gibson, Dunn &
2  Crutcher LLP, 200 Park Avenue, New York, NY 10166-0193, (212) 351-3800, and who is an active
3  member in good standing of the bar of the State of New York, has applied in the above-entitled action
4  for admission to practice in the Northern District of California on a *pro hac vice* basis, representing
5  Apple Inc.

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.
9  Service of papers upon and communication with co-counsel designated in the application will
10 constitute notice to the party.  All future filings in this action are subject to the requirements
11 contained in General Order No. 45, Electronic Case Filing.

**IT IS SO ORDERED.**

Dated:  September 4, 2013

*Lucy H. Koh*

~~Hon. Paul S. Grewal~~
~~United States Magistrate Judge~~

[P~~ROPOSED~~] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*
12-cv-00630-LHK (PSG)