[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF CLAIMS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's July 31, 2013 order to enter a stipulation to dismiss claims in this case, the parties, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Apple Inc. ("Apple") filed an Amended Complaint for Patent Infringement against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the parties" and individually each a "Party") (Dkt. No. 261) ;

WHEREAS, Samsung filed Samsung Defendants' Answer, Affirmative Defenses, and Counterclaims To Apple, Inc.'s Amended Complaint against Apple (Dkt. No. 264);

WHEREAS, pursuant to the Court's April 24, 2013 Case Management Order, the parties were instructed to reduce the number of asserted claims and accused products (Dkt. No. 471);

WHEREAS, on June 28, the parties filed statements reducing the number of asserted claims and accused products to 15 claims and 18 accused products each (Dkt. Nos. 645 and 646);

WHEREAS, pursuant to the Court's July 31, 2013 Case Management Order, the parties were instructed to "dismiss without prejudice one patent from the case so that neither side will be asserting more than five patents" by September 27, 2013 (Dkt. No. 713);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the following patents shall be dismissed without prejudice by each party such that as of the entry of this stipulation, neither side is now asserting more than five patents as required by the Court's July 31, 2013 Case Management Order, as described below:

1. Samsung agrees to dismiss without prejudice its allegations of patent infringement based on all claims of U.S. Patent No. 6,292,179.
2. Apple agrees to dismiss without prejudice its counterclaims as they relate to U.S. Patent No. 6,292,179.
3. Apple agrees to dismiss without prejudice its allegations of patent infringement based on all claims of U.S. Patent No. 8,014,760.
4. Samsung agrees to dismiss without prejudice its counterclaims as they relate to U.S. Patent No. 8,014,760.

By entering into this Stipulation the parties expressly reserve all of their rights, claims, and defenses not dismissed herein.

**IT IS SO STIPULATED.**

Dated: September 6, 2013

By: */s/ H. Mark Lyon*                                    By: */s/ Victoria F. Maroulis*

| | |
|---|---|
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| Josh A. Krevitt (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. Mark Lyon (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| Michael A. Jacobs<br>(CA SBN 111664)<br>mjacobs@mofo.com<br>Richard S.J. Hung (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | Kevin P.B. Johnson<br>(Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| William F. Lee (pro hac vice)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 | |

| | |
|---|---|
| Mark D. Selwyn (CA SBN 244180) | William C. Price (Bar No. 108542) |
| mark.selwyn@wilmerhale.com | williamprice@quinnemanuel.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 950 Page Mill Road | 865 South Figueroa Street, 10th Floor |
| Palo Alto, CA 94304 | Los Angeles, California 90017-2543 |
| Telephone: (650) 858-6000 | Telephone: (213) 443-3000 |
| Facsimile: (650) 858-6100 | Facsimile: (213) 443-3100 |

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
2
3 Dated: <u>September 9</u>, 2013   By: <u>*Lucy H. Koh*</u>
      HONORABLE LUCY H. KOH
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28