UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: 12-CV-0630-LHK (PSG)<br><br>**ORDER RE: HEARING**<br><br>(**Re: Docket No. 741, 742**) |

In this patent infringement case, third-party Nokia Corporation ("Nokia") filed a motion for protective order charging Samsung Electronics Co. Ltd. et. al.'s ("Samsung") outside counsel, Quinn Emmanuel, with improper disclosure of confidential licensing agreements in violation of the protective order in *Apple v. Samsung*, Case No. 11-1846 (N.D. Cal. Apr. 15, 2011). Samsung and Nokia have now filed a lengthy (but secret) stipulation purporting to resolve their dispute.[1] While the court applauds any good faith attempt to resolve disputes outside of the court, it remains troubled about two issues. First, the court is concerned about potential violations of a court-imposed protective order by Samsung's counsel. Second, if the parties seek the court's assistance

---

[1] *See* Docket No. 742.

1

Case No: 12-0630 LHK (PSG)
ORDER RE: HEARING

in enforcing a stipulated settlement, which may include an award of sanctions,[2] they should be prepared to provide good cause for why nearly all of the settlement's terms should be sealed. Accordingly, the parties shall appear for hearing on September 20, 2013 at 10:00 AM to discuss the aforementioned issues.

**IT IS SO ORDERED.**

Dated: September 12, 2013

PAUL S. GREWAL
United States Magistrate Judge

---

[2] *See id.* at ¶ 10.

Case No: 12-0630 LHK (PSG)
ORDER RE: HEARING