JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Joseph Mueller, hereby declare as follows:

1. I am a member in good standing of the Massachusetts bar and a partner at WilmerHale. I am admitted *pro hac vice* in this case, and serve as outside counsel to Apple.

2. I have personal knowledge of the matters set out herein.

3. Attached as **Exhibit A** is a proposed redacted version of Apple Inc.'s Notice of Motion Related to September 20, 2013 Hearing ("Apple's Notice").

4. Apple does not maintain any claim of confidentiality with respect to Apple's Notice, however, Apple's Notice may include information that Samsung and/or Nokia consider confidential.

5. Pursuant to L.R. 79-5 and General Order No. 62, a copy of the unredacted version of Apple's Notice will be lodged with the Court for *in camera* review and served on counsel for Samsung.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of September, 2013 at Boston, Massachusetts.

> */s/* Joseph Mueller
> Joseph Mueller

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on September 15, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

>  */s/* Mark D. Selwyn
>  Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Joseph Mueller has concurred in this filing.

Dated: September 15, 2013    */s/* Mark D. Selwyn
                             Mark D. Selwyn