# EXHIBIT A

**Contains Attorneys' Eyes Only Information Subject to Protective Order**

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts 02109 |
| Palo Alto, California 94304-1211 | Telephone: (617) 526-6000 |
| Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| Facsimile: (650) 849-5333 | |
| MICHAEL A. JACOBS (CA SBN 111664) | MARK D. SELWYN (CA SBN 244180) |
| mjacobs@mofo.com | mark.selwyn@wilmerhale.com |
| RICHARD S.J. HUNG (CA SBN 197425) | WILMER CUTLER PICKERING |
| rhung@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | **PUBLIC REDACTED VERSION**<br><br>Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S NOTICE OF MOTION RELATED TO SEPTEMBER 20, 2013 HEARING**<br><br>DATE: September 20, 2013<br>TIME: 10:00 A.M.<br>COURTROOM: 5, 4TH FLOOR<br>HONORABLE PAUL S. GREWAL |

1  The Court has set a hearing for September 20, 2013, to discuss "troubl[ing]" issues

2  ████████████████████████████████████████████████████████████████

3  (Dkt. No. 765.)  Apple provides notice that it has filed a related Motion to Compel Further

4  Discovery and for Sanctions for Violations of Protective Order in Case No. 11-cv-01846, for

5  which the Court has set an October 1, 2013 hearing.  (Case No. 11-cv-01846, Dkt. No. 2374.)

6  ████████████████████████████████████████████████████████████████

7  ████████████████████████████████████████████████████████████████

8  ████████████████████████████████████████████████████████████████

9  ██████████████████████████████████

Dated:  September 15, 2013

Respectfully submitted,

*/s/* William F. Lee
William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**Contains Attorneys' Eyes Only Information Subject to Protective Order**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on September 15, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                          */s/* Mark D. Selwyn  
                                          Mark D. Selwyn