1   JOSH A. KREVITT (CA SBN 208552)              WILLIAM F. LEE (*pro hac vice*)
    jkrevitt@gibsondunn.com                       william.lee@wilmerhale.com
2   H. MARK LYON (CA SBN 162061)                 WILMER CUTLER PICKERING
    mlyon@gibsondunn.com                            HALE AND DORR LLP
3   GIBSON, DUNN & CRUTCHER LLP                  60 State Street
    1881 Page Mill Road                           Boston, Massachusetts  02109
4   Palo Alto, California  94304-1211             Telephone:  (617) 526-6000
    Telephone:  (650) 849-5300                    Facsimile:  (617) 526-5000
5   Facsimile:  (650) 849-5333

6   MICHAEL A. JACOBS (CA SBN 111664)            MARK D. SELWYN (CA SBN 244180)
    mjacobs@mofo.com                              mark.selwyn@wilmerhale.com
7   RICHARD S.J. HUNG (CA SBN 197425)            WILMER CUTLER PICKERING
    rhung@mofo.com                                  HALE AND DORR LLP
8   MORRISON & FOERSTER LLP                      950 Page Mill Road
    425 Market Street                             Palo Alto, California  94304
9   San Francisco, California  94105-2482         Telephone:  (650) 858-6000
    Telephone:  (415) 268-7000                    Facsimile:  (650) 858-6100
10  Facsimile:  (415) 268-7522

11  *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc*

12
                        **UNITED STATES DISTRICT COURT**
13                    **NORTHERN DISTRICT OF CALIFORNIA**
                            **SAN JOSE DIVISION**
14

15

16  APPLE INC., a California corporation,

17              Plaintiff,
                                                  Case No. 12-cv-00630-LHK (PSG)
18        vs.

19  SAMSUNG ELECTRONICS CO., LTD., a             **[PROPOSED] ORDER GRANTING**
    Korean business entity; SAMSUNG              **APPLE'S ADMINISTRATIVE MOTION**
20  ELECTRONICS AMERICA, INC., a New             **TO FILE DOCUMENTS UNDER SEAL**
    York corporation; SAMSUNG
21  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
22

23              Defendants.

24

25

26

27

28

Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") in connection with Apple Inc.'s Notice of Motion Related to September 20, 2013 Hearing ("Apple's Notice").

Apple has filed the Declaration of Joseph Mueller in Support of Apple's Motion to Seal. For good cause shown, Apple's Notice shall be sealed.

**IT IS SO ORDERED.**

Dated: _____, 2013

_____
Hon. Paul S. Grewal
United States Magistrate Judge

[PROPOSED] ORDER GRANTING
APPLE'S MOTION TO SEAL
Case No. 12-cv-00630-LHK (PSG)