| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Cal. Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 4 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 5 | |
| 6 | Kevin P.B. Johnson (Cal. Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 7 | Victoria F. Maroulis (Cal. Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 8 | 555 Twin Dolphin Drive 5th Floor Redwood Shores, California 94065 |
| 9 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 10 | Michael T. Zeller (Cal. Bar No. 196417) michaelzeller@quinnemanuel.com |
| 11 | 865 S. Figueroa St., 10th Floor Los Angeles, California 90017 |
| 12 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |
| 13 | |
| 14 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 15 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE INC., a California corporation, | | CASE NO. 12-CV-00630-LHK (PSG) |
| | Plaintiff, | **NOTICE OF WITHDRAWAL OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 741)** |
| vs. | | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | | |
| | Defendants. | |

PLEASE TAKE NOTICE that, having met and conferred with counsel for third-party Nokia Corporation and considered the Court's Order Re: Hearing (Dkt. 765), Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby withdraw their Administrative Motion to File Documents Under Seal (Dkt. No. 741).  Samsung no longer moves to seal the Stipulation and [Proposed] Order Re Motion For Protective Order By Nokia Corporation ("Stipulation") (Dkt. 742), and Nokia has informed Samsung that it does not seek to seal the Stipulation.  Attached as Exhibit A is a copy of the unredacted Stipulation.

In view of the above, Samsung respectfully requests that the Court take the September 20, 2013 hearing (Dkt. 765) off calendar as moot.  Samsung also notes that a hearing on Apple's Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order is already scheduled for October 1, 2013 in *Apple v. Samsung, et al.*, Case No. 11-cv-01846-LHK (PSG).

DATED: September 16, 2013    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller
Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC