1  [COUNSEL LISTED ON SIGNATURE PAGES]

2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

| | |
|---|---|
| 12  APPLE INC., a California corporation, | CASE NO. 5:12-cv-00630-LHK |
| 13              Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING REQUESTS FOR ADMISSION CONCERNING AUTHENTICITY OF DOCUMENTS AND SUPPLEMENTATION OF INTERROGATORY RESPONSES** |
| 14       v. | |
| 15  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 18              Defendants. | |
| 20  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 23              Counterclaim-Plaintiffs, | |
| 24       v. | |
| 25  APPLE INC., a California corporation, | |
| 26              Counterclaim-Defendant. | |

28

1     WHEREAS, Apple commenced this action (the "Litigation") against Samsung on February
2  8, 2012;

3     WHEREAS, Samsung subsequently filed counterclaims against Apple;

4     WHEREAS, the Parties and third parties subsequently have produced millions of pages of
5  documents in connection with discovery in the Litigation;

6     WHEREAS, pursuant to the Court's Case Management Order (Docket No. 160), the fact
7  discovery cutoff in this Litigation was July 8, 2013;

8     WHEREAS, on August 21, 2013, this Court extended the deadline for the Parties to serve
9  Requests for Admission asking for the authenticity of documents to September 17, 2013 (Docket
10 No. 746);

11    WHEREAS, the Parties have determined that it is in their mutual interest to have
12 additional time to prepare Requests for Admission asking for authenticity of documents produced
13 by the Parties and third parties, in the hope that they might reach agreement regarding authenticity
14 and therefore obviate the need for mutually burdensome discovery;

15    WHEREAS, the parties agreed, by stipulation, to conduct additional depositions after the
16 July 8, 2013 discovery cut-off (Docket Nos. 666, 710), and further agreed, by stipulation, to
17 supplement their Interrogatory responses by September 17, 2013 with document citations and
18 depositions citations only for depositions taken on or after July 8, 2013 (Docket Nos. 664, 746);

19    WHEREAS, the Parties wish to have additional time to supplement Interrogatory
20 responses with document citations and depositions citations only for depositions taken on or after
21 July 8, 2013;

22    WHEREAS this stipulation and corresponding extension of time proposed by the Parties
23 will not impact any other dates on calendar in this matter;

24    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as
25 follows:

26    1.    The Deadline to serve Requests for Admission asking for authenticity of documents
27 shall be extended to October 25, 2013.

28

2.     The Parties shall be permitted to supplement all Interrogatory responses with document citations and deposition citations only for depositions taken on or after July 8, 2013 until October 1, 2013.

DATED: September 17, 2013

By  /s/ Mark D. Selwyn                     By  /s/ Victoria F. Maroulis

| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA,   INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
|---|---|
| Josh A. Krevitt (CA SBN 208552) jkrevitt@gibsondunn.com H. Mark Lyon (CA SBN 162061) mlyon@gibsondunn.com GIBSON, DUNN & CRUTCHER LLP 1881 Page Mill Road Palo Alto, CA   94304-1211 Telephone: (650) 849-5300 Facsimile: (650) 849-5333 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com QUINN EMANUEL URQUHART & SULLIVAN LLP 50 California Street, 22nd Floor San Francisco, California 94111 Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| Michael A. Jacobs (CA SBN 111664) mjacobs@mofo.com Richard S.J. Hung (CA SBN 197425) rhung@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, California 94105-2482 Telephone: (415) 268-7000 Facsimile: (415) 268-7522 | Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY)) kevinjohnson@quinnemanuel.com Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com QUINN EMANUEL URQUHART & SULLIVAN LLP 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |

| | |
|---|---|
| William F. Lee (pro hac vice) | William C. Price (Bar No. 108542) |
| William.lee@wilmerhale.com | williamprice@quinnemanuel.com |
| WILMER CUTLER PICKERING | QUINN EMANUEL URQUHART & |
|    HALE AND DORR LLP |    SULLIVAN LLP |
| 60 State Street | 865 South Figueroa Street, 10th Floor |
| Boston, Massachusetts 02109 | Los Angeles, California 90017-2543 |
| Telephone: (617) 526-6000 | Telephone: (213) 443-3000 |
| Facsimile: (617) 526-5000 | Facsimile: (213) 443-3100 |

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

    1.    The Deadline to serve Requests for Admission asking for authenticity of documents shall be extended to October 25, 2013.

    2.    The Parties shall be permitted to supplement all Interrogatory responses with document citations and deposition citations only for depositions taken on or after July 8, 2013 until October 1, 2013.

Dated: _____, 2013

                                          By: _____
                                               HONORABLE LUCY H. KOH

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Requests for Admission Concerning Authenticity of Documents.  In compliance with General Order 45.X.B, I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: September 17, 2013                         */s/ Mark D. Selwyn*
                                                                          Mark D. Selwyn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: September 17, 2013                         */s/ Mark D. Selwyn*
                                                                          Mark D. Selwyn