[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REQUESTS FOR ADMISSION CONCERNING AUTHENTICITY OF DOCUMENTS AND SUPPLEMENTATION OF INTERROGATORY RESPONSES** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1  WHEREAS, Apple commenced this action (the "Litigation") against Samsung on February 2  8, 2012;

3  WHEREAS, Samsung subsequently filed counterclaims against Apple;

4  WHEREAS, the Parties and third parties subsequently have produced millions of pages of 5  documents in connection with discovery in the Litigation;

6  WHEREAS, pursuant to the Court's Case Management Order (Docket No. 160), the fact 7  discovery cutoff in this Litigation was July 8, 2013;

8  WHEREAS, on August 21, 2013, this Court extended the deadline for the Parties to serve 9  Requests for Admission asking for the authenticity of documents to September 17, 2013 (Docket 10  No. 746);

11  WHEREAS, the Parties have determined that it is in their mutual interest to have 12  additional time to prepare Requests for Admission asking for authenticity of documents produced 13  by the Parties and third parties, in the hope that they might reach agreement regarding authenticity 14  and therefore obviate the need for mutually burdensome discovery;

15  WHEREAS, the parties agreed, by stipulation, to conduct additional depositions after the 16  July 8, 2013 discovery cut-off (Docket Nos. 666, 710), and further agreed, by stipulation, to 17  supplement their Interrogatory responses by September 17, 2013 with document citations and 18  depositions citations only for depositions taken on or after July 8, 2013 (Docket Nos. 664, 746);

19  WHEREAS, the Parties wish to have additional time to supplement Interrogatory 20  responses with document citations and depositions citations only for depositions taken on or after 21  July 8, 2013;

22  WHEREAS this stipulation and corresponding extension of time proposed by the Parties 23  will not impact any other dates on calendar in this matter;

24  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as 25  follows:

26  1.  The Deadline to serve Requests for Admission asking for authenticity of documents 27  shall be extended to October 25, 2013.

28

2. The Parties shall be permitted to supplement all Interrogatory responses with document citations and deposition citations only for depositions taken on or after July 8, 2013 until October 1, 2013.

DATED: September 17, 2013

By  /s/ Mark D. Selwyn                    By  /s/ Victoria F. Maroulis

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

Josh A. Krevitt (CA SBN 208552)
jkrevitt@gibsondunn.com
H. Mark Lyon (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Michael A. Jacobs
(CA SBN 111664)
mjacobs@mofo.com
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson
(Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

| | |
|---|---|
| William F. Lee (pro hac vice) | William C. Price (Bar No. 108542) |
| William.lee@wilmerhale.com | williamprice@quinnemanuel.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 60 State Street | 865 South Figueroa Street, 10th Floor |
| Boston, Massachusetts 02109 | Los Angeles, California 90017-2543 |
| Telephone: (617) 526-6000 | Telephone: (213) 443-3000 |
| Facsimile: (617) 526-5000 | Facsimile: (213) 443-3100 |

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1.   The Deadline to serve Requests for Admission asking for authenticity of documents shall be extended to October 25, 2013.

2.   The Parties shall be permitted to supplement all Interrogatory responses with document citations and deposition citations only for depositions taken on or after July 8, 2013 until October 1, 2013. This extension will not affect any other deadlines in this case.

Dated: September 18, 2013

By: *Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

-3-
STIPULATION AND [PROPOSED] ORDER REGARDING RFAS CONCERNING AUTHENTICITY OF DOCUMENTS AND SUPPLEMENTATION OF INTERROGATORY RESPONSES

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Requests for Admission Concerning Authenticity of Documents.   In compliance with General Order 45.X.B, I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: September 17, 2013              */s/ Mark D. Selwyn*
                                                                         Mark D. Selwyn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: September 17, 2013              */s/ Mark D. Selwyn*
                                                                         Mark D. Selwyn