RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone:    650-838-2000
Facsimile:    650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:    404-881-7000
Facsimile:    404-881-7777

Attorneys for Non-Party
NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 12-CV-00630-LHK (PSG)<br><br>**NOTICE OF APPEARANCE OF RYAN W. KOPPELMAN FOR NON-PARTY NOKIA CORPORATION** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Ryan W. Koppelman hereby enters his appearance on behalf of Non-Party Nokia Corporation.  Please direct all future filings and correspondence directed to Non-Party Nokia Corporation to his attention at the following:

>
> Ryan W. Koppelman (ryan.koppelman@alston.com)
> ALSTON + BIRD LLP
> 275 Middlefield Road
> Menlo Park, CA 94025-4008
> Telephone:     650-838-2000
> Facsimile:      650-838-2001

DATED:  September 18, 2013                                        Respectfully submitted,

By: */s/ Ryan W. Koppelman*
Ryan W. Koppelman
ALSTON & BIRD, LLP
275 Middlefield Road, Suite 150
Menlo Park, CA  94025-4008

*Attorneys for Non-Party Nokia Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil L.R. 5-1(h)(1). As such, this document was served on all counsel who have consented to electronic service, Civil L.R. 5-1(h)(1) and 5-5(a).

DATED: September 18, 2013         */s/ Ryan W. Koppelman*