RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone:    650-838-2000
Facsimile:    650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:    404-881-7000
Facsimile:    404-881-7777

Attorneys for Non-Party
NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 12-CV-00630-LHK (PSG)<br><br>**NOTICE OF APPEARANCE OF PATRICK J. FLINN FOR NON-PARTY NOKIA CORPORATION** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Patrick J. Flinn hereby enters his appearance on behalf of
3  Non-Party Nokia Corporation. Please direct all future filings and correspondence directed to Non-
4  Party Nokia Corporation to his attention at the following:

6  Patrick J. Flinn (patrick.flinn@alston.com)
   ALSTON + BIRD LLP
7  1201 West Peachtree Street
   Atlanta, GA 30309
8  Telephone:    404-881-7000
   Facsimile:    404-881-7777

10  DATED:  September 18, 2013              Respectfully submitted,

12                                          By: */s/ Patrick J. Flinn*
                                            Patrick J. Flinn
13                                          ALSTON & BIRD, LLP
                                            275 Middlefield Road, Suite 150
14                                          Menlo Park, CA  94025-4008

15                                          *Attorneys for Non-Party Nokia Corporation*

**ATTESTATION OF E-FILED SIGNATURES**

I, Ryan W. Koppelman, am the ECF user whose ID and password are being used to file this Notice of Appearance of Patrick J. Flinn on behalf of non-party Nokia Inc.  In compliance with General Order 45.X.B, I hereby attest that Patrick J. Flinn has concurred in this filing.

Dated: September 18, 2013                              By: */s/ Ryan W. Koppelman*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil L.R. 5-1(h)(1). As such, this document was served on all counsel who have consented to electronic service, Civil L.R. 5-1(h)(1) and 5-5(a).

DATED: September 18, 2013              */s/ Ryan W. Koppelman*