RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone:    650-838-2000
Facsimile:    650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:    404-881-7000
Facsimile:    404-881-7777

Attorneys for Non-Party
NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE OF RANDALL L. ALLEN FOR NON-PARTY NOKIA CORPORATION** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that Randall L. Allen hereby enters his appearance on behalf of Non-Party Nokia Corporation.  Please direct all future filings and correspondence directed to Non-Party Nokia Corporation to his attention at the following:

        Randall L. Allen (randall.allen@alston.com)
        ALSTON + BIRD LLP
        1201 West Peachtree Street
        Atlanta, GA 30309
        Telephone:   404-881-7000
        Facsimile:   404-881-7777

DATED:  September 18, 2013                        Respectfully submitted,

                                                  By: */s/ Randall L. Allen*
                                                  Randall L. Allen
                                                  ALSTON & BIRD, LLP
                                                  275 Middlefield Road, Suite 150
                                                  Menlo Park, CA  94025-4008

                                                  *Attorneys for Non-Party Nokia Corporation*

**ATTESTATION OF E-FILED SIGNATURES**

  I, Ryan W. Koppelman, am the ECF user whose ID and password are being used to file this Notice of Appearance of Randall L. Allen on behalf of non-party Nokia Corporation. In compliance with General Order 45.X.B, I hereby attest that Randall L. Allen has concurred in this filing.

Dated: September 18, 2013           By: */s/ Ryan W. Koppelman*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil L.R. 5-1(h)(1).  As such, this document was served on all counsel who have consented to electronic service, Civil L.R. 5-1(h)(1) and 5-5(a).

DATED:  September 18, 2013                         */s/ Ryan W. Koppelman*