[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT OF CASE SCHEDULE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

WHEREAS, on April 24, 2013, the Court issued a Case Management Order in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") setting forth dates for case narrowing events and confirming that other dates in the case schedule remain as previously set (D.I. 471);

WHEREAS the Court modified specific deadlines related to expert discovery, dispositive motions and case narrowing selections on June 21, 2013 and again on July 31, 2013 pursuant to stipulation of the parties;

WHEREAS the parties have conferred regarding the current case schedule and agree that certain limited amendments to the schedule with respect to expert discovery, opening and opposition briefs on dispositive motions, and the date for the parties to narrow the number of asserted claims, accused products and invalidity theories pursuant to the Court's order of April 24, 2013, (D.I. 471) would be beneficial to both sides;

WHEREAS the parties' proposal for limited amendments to the case schedule would not alter any dates for the parties' reply briefs on dispositive motions, the hearing before the Court on dispositive motions, the final pretrial conference before the Court, or trial;

WHEREAS all other dates previously set by the Court would remain the same.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the case schedule is amended as follows:

| Scheduled Event | Current Date | Amended Date |
| --- | --- | --- |
| Close of Expert Discovery | September 27, 2013 | October 4, 2013 |
| Narrow to 5 patents, 10 claims and 15 accused products per side | September 27, 2013 | October 4, 2013 |
| Reduce invalidity references/systems/combinations to 25 per side | September 30, 2013 | October 7, 2013 |
| Opening briefs on dispositive motions | October 3, 2013 | October 10, 2013 |
| Opposition briefs on dispositive motions | October 29, 2013 | November 1, 2013 |
| Reply briefs on dispositive motions | November 14, 2013 | November 14, 2013 |

|  |  | (unchanged) |
|---|---|---|
| Hearing on dispositive motions | December 12, 2013 | December 12, 2013 (unchanged) |

Dated: September 24, 2013

By: */s/ H. Mark Lyon*                                    By: */s/ Victoria F. Maroulis*

| | |
|---|---|
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.<br><br>Josh A. Krevitt (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. Mark Lyon (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>Michael A. Jacobs<br>(CA SBN 111664)<br>mjacobs@mofo.com<br>Richard S.J. Hung (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>William F. Lee (pro hac vice)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 | Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA,  INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC<br><br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson<br>(Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |

| | |
|---|---|
| Mark D. Selwyn (CA SBN 244180) | William C. Price (Bar No. 108542) |
| mark.selwyn@wilmerhale.com | williamprice@quinnemanuel.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 950 Page Mill Road | 865 South Figueroa Street, 10th Floor |
| Palo Alto, CA 94304 | Los Angeles, California 90017-2543 |
| Telephone: (650) 858-6000 | Telephone: (213) 443-3000 |
| Facsimile: (650) 858-6100 | Facsimile: (213) 443-3100 |

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Amendment of Case Schedule.  In compliance with General Order 45.X.B, I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: September 24, 2013         /s/ H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: September 24, 2013         /s/ H. Mark Lyon