1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER REGARDING AMENDMENT OF CASE SCHEDULE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Counterclaim-Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>          Counterclaim-Defendant. | |

WHEREAS, on April 24, 2013, the Court issued a Case Management Order in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") setting forth dates for case narrowing events and confirming that other dates in the case schedule remain as previously set (D.I. 471);

WHEREAS the Court modified specific deadlines related to expert discovery, dispositive motions and case narrowing selections on June 21, 2013 and again on July 31, 2013 pursuant to stipulation of the parties;

WHEREAS the parties have conferred regarding the current case schedule and agree that certain limited amendments to the schedule with respect to expert discovery, opening and opposition briefs on dispositive motions, and the date for the parties to narrow the number of asserted claims, accused products and invalidity theories pursuant to the Court's order of April 24, 2013, (D.I. 471) would be beneficial to both sides;

WHEREAS the parties' proposal for limited amendments to the case schedule would not alter any dates for the parties' reply briefs on dispositive motions, the hearing before the Court on dispositive motions, the final pretrial conference before the Court, or trial;

WHEREAS all other dates previously set by the Court would remain the same.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The case schedule shall be amended as follows:

| Scheduled Event | Current Date | Amended Date |
|---|---|---|
| Close of Expert Discovery | September 27, 2013 | October 4, 2013 |
| Narrow to 5 patents, 10 claims and 15 accused products per side | September 27, 2013 | October 4, 2013 |

| Reduce invalidity references/systems/combinations to 25 per side | September 30, 2013 | October 7, 2013 |
|---|---|---|
| Opening briefs on dispositive motions | October 3, 2013 | October 10, 2013 |
| Opposition briefs on dispositive motions | October 29, 2013 | November 1, 2013 |
| Reply briefs on dispositive motions | November 14, 2013 | November 14, 2013 (unchanged) |
| Hearing on dispositive motions | December 12, 2013 | December 12, 2013 (unchanged) |

All other dates in the case schedule remain as previously set.

Dated: _____, 2013     By:_____

                                        HONORABLE LUCY H. KOH