1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129 (CA);
7  2542082 (NY))
   kevinjohnson@quinnemanuel.com
8  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
9  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
10 Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
11
   William C. Price (Bar No. 108542)
12 williamprice@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
13 Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
14 Facsimile:  (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

17                        UNITED STATES DISTRICT COURT
18          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    PLEASE TAKE NOTICE that Daniel C. Posner, an attorney with the firm of Quinn
2 Emanuel Urquhart & Sullivan, LLP and admitted to practice before this Court, and whose contact
3 information appears below, hereby enters an appearance as an additional attorney of record for
4 Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
5 Telecommunications America, LLC.

> Daniel C. Posner (Bar. No. 232009)
> Quinn Emanuel Urquhart & Sullivan, LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, CA 90017-2543
> Telephone: (213) 443-3000
> Facsimile: (213) 443-3100
> danposner@quinnemanuel.com

DATED: September 30, 2013         QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


                                  By: */s/ Daniel C. Posner*
                                      Daniel C. Posner
                                      Attorneys for Defendants Samsung Electronics
                                      Co., Ltd., Samsung Electronics America, Inc., and
                                      Samsung Telecommunications America, LLC