1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129 (CA);
7  2542082 (NY))
   kevinjohnson@quinnemanuel.com
8  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
9  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
10 Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
11
   William C. Price (Bar No. 108542)
12 williamprice@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
13 Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
14 Facsimile:  (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

17                         UNITED STATES DISTRICT COURT
18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   PLEASE TAKE NOTICE that Michael T. Zeller, an attorney with the firm of Quinn
2  Emanuel Urquhart & Sullivan, LLP and admitted to practice before this Court, and whose contact
3  information appears below, hereby enters an appearance as an additional attorney of record for
4  Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
5  Telecommunications America, LLC.

6   Michael T. Zeller (Bar. No. 196417)
    Quinn Emanuel Urquhart & Sullivan, LLP
7   865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017-2543
8   Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
9   susanestrich@quinnemanuel.com
10

11 DATED: September 30, 2013           QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
12

13

14                                     By: */s/ Michael T. Zeller*
                                           Michael T. Zeller
15                                         Attorneys for Defendants Samsung Electronics
                                           Co., Ltd., Samsung Electronics America, Inc., and
16                                         Samsung Telecommunications America, LLC

17
18
19
20
21
22
23
24
25
26
27
28

-2-   Case No. CASE NO. 12-CV-00630-LHK
NOTICE OF APPEARANCE