| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor<br>San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 11 | |
| 12 | William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com |
| 13 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543 |
| 14 | Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100 |
| 15 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    PLEASE TAKE NOTICE that Susan R. Estrich, an attorney with the firm of Quinn

2 Emanuel Urquhart & Sullivan, LLP and admitted to practice before this Court, and whose contact

3 information appears below, hereby enters an appearance as an additional attorney of record for

4 Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

5 Telecommunications America, LLC.

6       Susan R. Estrich (Bar. No. 124009)
        Quinn Emanuel Urquhart & Sullivan, LLP
7       865 South Figueroa Street, 10th Floor
        Los Angeles, CA 90017-2543
8       Telephone: (213) 443-3000
        Facsimile: (213) 443-3100
9       susanestrich@quinnemanuel.com

10

11 DATED: September 30, 2013        QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
12

13

14                                    By: */s/ Susan R. Estrich*
                                          Susan R. Estrich
15                                        Attorneys for Defendants Samsung Electronics
                                          Co., Ltd., Samsung Electronics America, Inc., and
16                                        Samsung Telecommunications America, LLC

17

18

19

20

21

22

23

24

25

26

27

28

-2-    Case No. CASE NO. 12-CV-00630-LHK
                                                            NOTICE OF APPEARANCE