[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUPPLEMENTATION OF INTERROGATORY RESPONSES** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiffs,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | |

1  WHEREAS, Apple commenced this action (the "Litigation") against Samsung on February
2  8, 2012;
3  WHEREAS, Samsung subsequently filed counterclaims against Apple;
4  WHEREAS, the Parties and third parties subsequently have produced millions of pages of
5  documents in connection with discovery in the Litigation;
6  WHEREAS, pursuant to the Court's Case Management Order (Docket No. 160), the fact
7  discovery cutoff in this Litigation was July 8, 2013;
8  WHEREAS, on August 21, 2013, this Court extended the deadline for the Parties to serve
9  Requests for Admission asking for the authenticity of documents to September 17, 2013 (Docket
10 No. 746);
11 WHEREAS, on September 18, 2013, this Court extended the deadline for the Parties to
12 supplement Interrogatory responses with document citations and deposition citations only for
13 depositions taken on or after July 8, 2013 (Docket No. 770);
14 WHEREAS, the parties agreed, by stipulation, to conduct additional depositions after the
15 July 8, 2013 discovery cut-off (Docket Nos. 666, 710), and further agreed, by stipulation, to
16 supplement their Interrogatory responses by October 1, 2013, with document citations and
17 depositions citations only for depositions taken on or after July 8, 2013 (Docket Nos. 769);
18 WHEREAS, the Parties wish to have additional time to supplement Interrogatory
19 responses with document citations and depositions citations only for depositions taken on or after
20 July 8, 2013;
21 WHEREAS this stipulation and corresponding extension of time proposed by the Parties
22 will not impact any other dates on calendar in this matter;
23 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as
24 follows:
25 The Parties shall be permitted to supplement all Interrogatory responses with document
26 citations and deposition citations only for depositions taken on or after July 8, 2013 until October
27 4, 2013.
28

-1-
STIPULATION AND [PROPOSED] ORDER REGARDING
SUPPLEMENTATION OF INTERROGATORY RESPONSES

DATED: October 1, 2013

By: */s/ H. Mark Lyon*                                  By: */s/ Victoria F. Maroulis*

| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
|---|---|
| Josh A. Krevitt (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. Mark Lyon (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| Michael A. Jacobs<br>(CA SBN 111664)<br>mjacobs@mofo.com<br>Richard S.J. Hung (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | Kevin P.B. Johnson<br>(Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| William F. Lee (pro hac vice)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 | |
| Mark D. Selwyn (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 | William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Parties shall be permitted to supplement all Interrogatory responses with document citations and deposition citations only for depositions taken on or after July 8, 2013 until October 4, 2013.

Dated:  _ October 2,  2013

By: _____*Lucy H. Koh*_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

## ATTESTATION OF E-FILED SIGNATURES

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Stipulation and [~~Proposed~~] Order Regarding Supplementation of Interrogatory Responses. In compliance with General Order 45.X.B, I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: October 1, 2013                              /s/ H. Mark Lyon

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: October 1, 2013                              /s/ H. Mark Lyon