| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE (pro hac vice) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

APPLE INC., a California corporation,

　　　　Plaintiff,

　　v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

　　　　Defendants.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

　　　　Counterclaim-Plaintiffs,

　　v.

APPLE INC., a California corporation,

　　　　Counterclaim-Defendant.

CASE NO. 5:12-cv-00630-LHK (PSG)

**APPLE INC.'S ADDITIONAL SUBMISSION ON CASE NARROWING PURSUANT TO COURT ORDER OF APRIL 24, 2013**

Pursuant to the Court's April 24, 2013 Order (D.I. 471) ("Order"), Apple Inc. ("Apple") hereby identifies the asserted patents, asserted claims, and accused products to which it will limit its infringement assertions going forward in this action. Apple reserves all rights regarding patents, claims, and products dismissed without prejudice pursuant to the Court's Order, including the right to reassert any of these patents, claims or products in a subsequently filed action.

**I.  Asserted Patents**

Pursuant to the Court's Order, Apple has already dismissed without prejudice claims of infringement related to U.S. Patent Nos. 5,666,502; 8,014,760; and 8,086,604. Apple continues to assert all claims of infringement with regard to U.S. Patent Nos. 6,847,959; 5,946,647; 7,761,414; 8,046,721; and 8,074,172.

**II.  Asserted Claims**

Pursuant to the Court's Order, Apple identifies the following 10 claims to which Apple will limit its infringement assertions going forward in this action:

U.S. Patent No. 5,946,647:  Claims 1, 4, 6, 8, 9.

U.S. Patent No. 6,847,959:  Claims 24, 25.

U.S. Patent No. 7,761,414:  Claim 20.

U.S. Patent No. 8,046,721:  Claim 8.

U.S. Patent No. 8,074,172:  Claim 18.

**III.  Accused Products**

Pursuant to the Court's Order, and subject to Apple's positions reflected in Apple's May 13, 2013 List of Accused Products (D.I. 514) and the June 7, 2013 Joint Status Report Concerning Representative Products (D.I. 584), Apple identifies the following 15 accused products to which Apple will limit its infringement assertions going forward in this action, subject to the continued assertion, under a representative products approach, of any accused products previously identified in Apple's May 13, 2013 submission (D.I. 514) that are not listed below:

1.  Admire

2.  Conquer 4G

3.  Dart

4. Exhibit II 4G

5. Galaxy Nexus

6. Galaxy Note

7. Galaxy Note II

8. Galaxy SII

9. Galaxy SII Epic 4G Touch

10. Galaxy SII Skyrocket

11. Galaxy S III

12. Galaxy Tab 2 10.1

13. Illusion

14. Stratosphere

15. Transform Ultra.

GIBSON, DUNN & CRUTCHER LLP

Dated: October 4, 2013          By: /s/ H. Mark Lyon

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

APPLE INC.'S ADDITIONAL SUBMISSION ON CASE NARROWING
PURSUANT TO COURT ORDER OF APRIL 24, 2013
CASE NO. 5:12-CV-00630-LHK (PSG)

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5-1, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with the Northern District of California Local Rules via the Court's ECF system.


Dated:  October 4, 2013                    By:        */s/ H. Mark Lyon*
                                                                H. Mark Lyon

APPLE INC.'S ADDITIONAL SUBMISSION ON CASE NARROWING
PURSUANT TO COURT ORDER OF APRIL 24, 2013
CASE NO. 5:12-CV-00630-LHK (PSG)

3