1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS CO.,
16 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18                         UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| 20 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
|---|---|---|
| 21 | Plaintiff, | **SAMSUNG'S OCTOBER 4, 2013 CASE NARROWING STATEMENT** |
| 22 | vs. | |
| 23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26 | Defendants. | |

27
28

Pursuant to the Court's Case Management Order issued on April 24, 2013 (Dkt. 471), Samsung submits this statement narrowing its offensive case to no more than 5 patents, 10 asserted claims and no more than 15 accused Apple products.

Samsung previously stated it will dismiss without prejudice U.S. Patent No. 6,292,179 (Dkt. 764). Samsung is also willing to dismiss without prejudice all asserted claims from the remaining five Samsung patents except for the 10 listed below:

- U.S. Patent No. 7,756,087 – Claims 10 and 35.
- U.S. Patent No. 7,551,596 – Claim 13.
- U.S. Patent No. 7,577,757 – Claims 1, 14 and 15.
- U.S. Patent No. 6,226,449 – Claims 25 and 27.
- U.S. Patent No. 5,579,239 – Claims 1 and 15.

Samsung also identifies the following 15 accused Apple products:

1. iPhone 4
2. iPhone 4S
3. iPhone 5
4. iPad 2
5. iPad 3
6. iPad 4
7. iPad Mini
8. iPod Touch (5th generation)
9. iPod Touch (4th generation)
10. MacBook Air
11. MacBook Pro
12. iMac
13. Mac Mini
14. iTunes (including iTunes Match)

15. iCloud

* * *

Samsung intends to confer with Apple, and subsequently file a stipulation of dismissal without prejudice and proposed order with respect to the patents, claims and products that it will not assert against Apple at trial in this case.

DATED: October 4, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Todd Briggs
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller
Todd Briggs
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**CERTIFICATE OF SERVICE**

I am employed in the City of Washington, District of Columbia. I am over the age of eighteen years and not a party to the within action; my business address is 1299 Pennsylvania Avenue NW Suite 825, Washington, DC 20004.  October 4, 2013, I served true and correct copies of SAMSUNG'S OCTOBER 4, 2013 CASE NARROWING STATEMENT by emailing the aforementioned document to the mailings lists of the parties in this action as follows:

**Counsel for Apple, Inc.**

| Gibson, Dunn & Crutcher LLP<br>Apple/Samsung@gibsondunn.com | Wilmer Cutler Pickering Hale and Dorr LLP<br>WHAppleSamsungNDCalIIService@wilmerhale.com |
|---|---|

Executed on October 4, 2013 at Washington, D.C.

    ___/s/ Samuel M. Drezdzon___
    Samuel M. Drezdzon

**ATTESTATION**

I, Todd Briggs, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Samuel M. Drezdzon.

<u>   /s/ Todd Briggs   </u>

Todd Briggs

02198.51990/5552434.2

-1-   Case No. 12-cv-00630-LHK

**ATTESTATION**