QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE No. 5:12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING RE SAMSUNG'S MOTIONS FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDERS (ECF NO. 2483, NO. 11-CV-01846; ECF NO. 785, NO. 12-CV-00630)** |

## DECLARATION OF ROBERT J. BECHER

I, Robert J. Becher, declare as follows:

1.     I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").   I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2.     Samsung seeks to order and/or shorten the briefing schedule on (a) Samsung's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge, Dkt. 2483, in Case No. 11-01846; (b) Samsung's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge, Dkt. 785 in Case No. 12-00630; and (c) Samsung's Emergency Miscellaneous Administrative Request Pursuant to Civil L.R. to Stay October 2, 2013 Orders Pending Resolution of Samsung's Fed. R. Civ. P. 72 Objections and, if Necessary, Resolution of Petition for a Writ of Mandamus, in Case Nos. 11-01846 and 12-00630.

3.     Samsung seeks the briefing scheduled set forth in its Motion to Shorten so that it has a meaningful opportunity to obtain review of the Nondispositive Pretrial Order of Magistrate Judge, Dkt. 2483, in Case No. 11-01846 and Nondispositive Pretrial Order of Magistrate Judge, Dkt. 785 in Case No. 12-00630, prior to the October 16, 2013 deadline for compliance with those orders.

4.     Both parties have requested time modifications on numerous prior occasions.   *See, e.g.*, Dkt Nos. 1393, 1389, 1259, 1146, 952 and 738.

5.     The requested time modification would not affect the overall schedule for the case.

6.     Counsel for Samsung contacted counsel for Apple on October 5, 2013, in an effort to reach agreement on a shortened briefing schedule that would ensure Samsung's Motion for Relief from the Orders could be heard before compliance with the Orders becomes due.

7.     Apple did not agree to Samsung's proposed schedule, and responded that it opposes all relief sought by Samsung's Motion.   Nokia has not responded to Samsung's proposed schedule.   A true and correct copy of Samsung's request to Apple and Nokia, and Apple's

-1-

1   response, is attached hereto as Exhibit A.

2       I declare under penalty of perjury under the laws of the United States that the foregoing is

3   true.   Executed on this 6th day of October in Los Angeles, California.

4

5       _/s/Robert J. Becher_
        Robert J. Becher

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## __ATTESTATION__

2      I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file

3  this Declaration.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert J.

4  Becher has concurred in this filing.

5

6  Dated:   October 6, 2013                    By:_____*/s/ Victoria F. Maroulis*_____

7                                             Victoria F. Maroulis

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28