UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendant. | CASE NO.  5:12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (RE: DOCKET NO. 785), STIPULATION AND ORDER RE MOTION FOR PROTECTIVE ORDER BY NOKIA CORPORATION** |

1  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed a Motion For Relief
3  from Non-Dispositive Pretrial Order of Magistrate Judge (re: Dkt. 785), Stipulation and Order re:
4  Motion for Protective Order by Nokia Corporation.

5  Having considered the arguments of the parties and the papers submitted, the Court
6  GRANTS Samsung's Motion For Relief from Non-Dispositive Pretrial Order of Magistrate Judge
7  (re: Dkt. 785), Stipulation and Order re: Motion for Protective Order by Nokia Corporation.

8  There Court hereby VACATES the Magistrate Judge Grewal's Stipulation and Order re
9  Motion for Protective Order by Nokia Corporation (Dkt. 785).

10
11  **IT IS SO ORDERED.**
12
13  Dated: _____, 2013

14                                               _____
                                                 Honorable Lucy H. Koh
15                                               United States District Judge