| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S CASE NARROWING IDENTIFICATION OF INVALIDITY REFERENCES/SYSTEMS/ COMBINATIONS** |

Pursuant to the Court's September 25, 2013 Order Regarding Amendment of Case Schedule (Dkt. 778), Apple hereby submits its list of 25 invalidity references/systems/ combinations. References below to exhibits are to the exhibits to Apple's invalidity contentions. Apple reserves the right for Apple or its experts to explain how certain modifications of the prior art cited in the below references and combinations would have been obvious in light of the knowledge of those of ordinary skill in the art as demonstrated by the state of the art as of the time of the alleged inventions.

'087 Patent

1. U.S. Patent No. 7,321,780 (Ex. A-1)

2. U.S. Patent No. 7,321,780 (Ex. A-1) + U.S. Patent No. 6,721,294 (Ex. A-3)

'596 Patent

3. U.S. Patent No. 8,259,656 (Ex. B-16) + R2-042664 (25.309 CR) (Ex. B-14)

4. U.S. Patent No. 8,259,656 (Ex. B-16) + Qualcomm 10/29/04 Proposal (Ex. B-15)

5. R2-042664 (25.309 CR) (Ex. B-14) + U.S. Patent Pub. No. 2003/0147371 (Ex. B-4)

6. Qualcomm 10/29/04 Proposal (Ex. B-15) + R2-042065 (Nortel) (Ex. B-13) + U.S. Patent Pub. No. 2003/0147371 (Ex. B-4)

7. Motorola 10/29/04 Proposal (Ex. B-15) + U.S. Patent Pub. No. 2003/0147371 (Ex. B-4) + R2-041313 (Ericsson) (Ex. B-11)

'757 Patent

8. U.S. Patent No. 7,587,446 (Ex. D-1)

9. U.S. Patent No. 7,020,704 (Ex. D-3)

10. U.S. Patent No. 7,020,704 (Ex. D-3) + Aztec RadioMedia/Digigram HitPlayer (Ex. D-10)

11. U.S. Patent No. 7,020,704 (Ex. D-3) + U.S. Patent Application No. 2002/0026442 A1 (Ex. D-2)

12. U.S. Patent No. 7,020,704 (Ex. D-3) + U.S. Patent No. 7,587,446 (Ex. D-1)

13. U.S. Patent No. 7,587,446 (Ex. D-1) + The Oracle 8i System (Ex. D-5)

14. U.S. Patent No. 7,020,704 (Ex. D-3) + Lansonic DAS-750 Digital Audio Server (Ex. D-19)

15. PCT International Patent Application No. WO 96/21898 (Ex. D-8) + Lansonic DAS-750 Digital Audio Server (Ex. D-19)

'449 Patent

16. Ricoh RDC-1 + ArcSoft PhotoStudio (Ex. G-4)

17. U.S. Patent No. 6,104,430 + U.S. Patent No. 5,796,428 in view of Apple PhotoFlash (Ex. G-1)

18. U.S. Patent No. 5,444,483 + U.S. Patent No. 5,796,428 in view of Apple PhotoFlash (Ex. G-2)

19. Casio QV-10A + Apple PhotoFlash in view of Ricoh RDC-1 (Ex. G-9)

20. Ricoh RDC-1 + Apple PhotoFlash (Ex. G-4)

21. U.S. Patent No. 6,104,430 + U.S. Patent No. 5,796,428 in view of Windows 95 (Ex. G-1)

'239 Patent

22. U.S. Patent No. 4,963,995 (Ex. H-1)

23. Kodak SV9600 (Ex. H-2) [with supporting documentation]

24. Kodak SV9600 (Ex. H-2) + ActionMedia II (Ex. H-9)

25. U.S. Patent No. 4,963,995 (Ex. H-1) + U.S. Patent No. 4,825,457 (Ex. H-6)

Dated: October 7, 2013                /s/ Mark D. Selwyn
                                      Mark D. Selwyn (CA SBN 244180)
                                      (mark.selwyn@wilmerhale.com)
                                      WILMER CUTLER PICKERING
                                         HALE AND DORR LLP
                                      950 Page Mill Road
                                      Palo Alto, California  94304
                                      Telephone:  (650) 858-6000
                                      Facsimile:   (650) 858-6100

                                      William F. Lee (admitted *pro hac vice*)
                                      (william.lee@wilmerhale.com)
                                      WILMER CUTLER PICKERING
                                         HALE AND DORR LLP
                                      60 State Street
                                      Boston, Massachusetts  02109
                                      Telephone: (617) 526-6000
                                      Facsimile: (617) 526-5000

                                      *Attorneys for Plaintiff and*
                                      *Counterclaim-Defendant Apple Inc.*

1

**CERTIFICATE OF SERVICE**

2      The undersigned hereby certifies that on October 7, 2013, the foregoing document was

3  filed electronically in compliance with Civil Local Rule 5-1, and will be served via the Court's

4  ECF system on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America,

5  Inc., and Samsung Telecommunications America, LLC who have consented to electronic service

6  in accordance with the Northern District of California Local Rules.

7                                        */s/ Mark D. Selwyn*
                                         Mark D. Selwyn
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28