QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **SAMSUNG'S FURTHER REDUCTION OF INVALIDITY REFERENCES** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to the Court's Case Management Order issued on April 24, 2013 (Dkt. 471) and the Court's September 25, 2013 Order Regarding Amendment of Case Schedule (Dkt. 778), Samsung submits this statement regarding the further narrowing of Samsung's invalidity defenses, including the identification of 25 references/systems/combinations for use in those defenses.

References/systems/combinations are listed below under the asserted Apple patents against which they are being asserted as prior art.  For prior art identified herein as a system or software, Samsung may rely on multiple documents describing that system or software to establish the relevant functionality of such a system or software.  Samsung reserves the right to rely on live demonstrations of devices or software; manuals for devices or software; source code implementing the relevant functionality in software; and/or any other evidence describing the functionality of a system in order to demonstrate invalidity pursuant to that system.

**U.S. Patent No. 5,946,647:**

1. Embedded Buttons System.
2. MHonArc System/Mosaic System.
3. Perspective System.
4. Sidekick System.
5. *Sidekick Version 1.5 Owner's Handbook,* Borland International, Inc, Scotia Valley, CA, March 1985 ("*Sidekick Handbook*").
6. *Sidekick Handbook*, in combination with Dick Grune & Ceriel Jacobs, *Parsing Techniques – a Practical Guide*, Ellis Horwood (1st Ed. 1990), Chichester, England, 1990 ("Grune"); *Automatic Structuring and Retrieval of Large Text Files*, Gerard Salton, James Allan, and Chris Buckley, Communications of the Association for Computing Machinery, Vol. 37, No. 2, February 1994, pp. 97-108 ("Salton94"); and Apple Human Interface Guidelines, 1992 ("HIG").  This combination is offered based on the currently-asserted claims of the '647 patent.  Apple's narrowing of the asserted claims may result in further narrowing of this combination as well.

7. U.S. Patent 5,437,036 to Stamps et al. in combination with "Embedded Menus: Selecting Items in Context," Vol 29, No. 4., Communications of the Association for Computing Machinery, 312, April 1986 ("Koved").

**U.S. Patent No. 6,847,959:**

8. U.S. Patent No. 5,926,808 to Evans et al. ("Evans").
9. Evans in combination with Grossman
10. U.S. Patent No. 7,653,614 to Smith ("Smith") in combination with Shoham
11. AppleSearch System.
12. Newton System running Hemlock
13. WAIS System.

**U.S. Patent No. 7,761,414**

14. Evolution.
15. iSync.
16. U.S. Patent Application Publication No. 2004/0139235 to Rashid et al. ("Rashid").
17. Rashid, in combination with U.S. Patent No. 6,000,000 to Hawkins et al
18. U.S. Patent No. 7,506,006 to Vadlamani et al. in combination with Hill et al., Smart Client Architecture and Design Guide.
19. Windows Mobile with ActiveSync.

**U.S. Patent No. 8,046,721**

20. International Patent Application Publication No. WO 03/38569 A2 to Hypponen ("Hypponen").
21. Neonode N1 Quickstart Guide V0.5 ("Neonode"), in combination with Plaisant et al., "Touchscreen Toggle Design" and accompanying video (1992 ACM CHI Conference) ("Plaisant").
22. U.S. Patent Application Pub. No. 2005/0253817 A1 to Rytivaara ("Rytivaara"), in combination with Plaisant.

**U.S. Patent No. 8,074,172**

23. U.S. Patent No. 5,953,541 to King ("King").

24. U.S. Patent No. 7,880,730 to Robinson ("Robinson '730").

25. Robinson '730 in combination with Int'l Pub No. WO 2005/008899 ("Xrgomics").

DATED: October 7, 2013               QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**ATTESTATION OF E-FILED SIGNATURES**

I, Robert Kang, am the ECF user whose ID and password are being used to file Samsung's Reduction of Invalidity References.  In compliance with General Order 45.X.B, I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: October 7, 2013                              /s/ Robert Kang

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: October 7, 2013                              /s/ Robert Kang