UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 5:12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

On October 7, 2013, Samsung filed a motion for relief from the October 2, 2013 nondispositive pretrial Stipulation and Order of Magistrate Judge Grewal (Dkt. No. 785). On October 9, 2013, Apple and Nokia responded in opposition.

Upon due consideration of the parties' arguments, the Court DENIES Samsung's motion for relief (Dkt. No. 790) from Magistrate Judge Grewal's October 2, 2013 Stipulation and Order. Samsung's objections are overruled, and Magistrate Judge Grewal's Stipulation and Order is

hereby AFFIRMED.

**IT IS SO ORDERED.**

Dated: _____, 2013

                                                        _____
                                                        LUCY H. KOH
                                                        United States District Judge