# Exhibit 1

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3193**

WRITER'S INTERNET ADDRESS
**susanestrich@quinnemanuel.com**

October 8, 2013

<u>VIA E-MAIL</u>

Mark D. Selwyn
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304
mark.selwyn@wilmerhale.com

Re:   Apple Inc. v. Samsung Elecs. Co. Ltd.

Dear Mark:

In support of our argument that further Court-ordered discovery was not necessary at this point, Samsung was preparing to provide by declaration information relating to foreign proceedings. Apple took issue with that position, insisting on Court-ordered discovery.

As we argued in our appeal, the Apple Order has effectively preempted the Stipulation, which called for a declaration as to foreign proceedings. The Apple Order requires testimony by a 30(b)(6) witness as to foreign proceedings. We will comply with the Court's orders as to what information should be provided by declaration or witness testimony.

Sincerely,

*Susan R. Estrich*
Susan R. Estrich

SRE:sac

quinn emanuel urquhart & sullivan, llp
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG