| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK (PSG) <br><br> **DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S CORRECTED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Mark D. Selwyn, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2. Exhibit 2 to my declaration in support of Apple Inc.'s Combined Opposition to Samsung's (1) Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge and (2) Emergency Request to Stay ("Apple's Opposition") was filed entirely under seal because it may contain or discuss information that Samsung considers confidential. Apple seeks to seal Exhibit 2 only insofar as it contains or discusses the confidential terms of Apple's licenses or licensing negotiations. The Court has previously allowed Apple to seal discussion of "pricing terms, royalty rates, and minimum payment terms of . . . licensing agreements." *See, e.g.*, Case No. 11-cv-01846, Dkt. No. 1649 (citing *In re Electronic Arts*, 298 Fed. App'x 568, 569 (9th Cir. 2008)). Particularly here, where the motion at issue is not dispositive and the specific terms of Apple's licenses are not relevant to the motion, such information should be sealed. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case Nos. 2012-1600, 2012-1606, 2013-1146, 2013 WL 4487610, at *8-11 (Fed. Cir. Aug. 23, 2013) ("the public has less of a need for access to court records attached only to non-dispositive motions because those documents are often unrelated, or only tangentially related, to the underlying cause of action") (citing *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)).

3. Apple's request to seal is necessary to protect its confidential business information and information that Samsung may consider confidential.

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed this 10th
2  day of October, 2013 at Palo Alto, California.

                                                              */s/* Mark D. Selwyn
                                                              Mark D. Selwyn

Declaration of Mark D. Selwyn in Support of Apple's
Corrected Administrative Motion to File Documents Under Seal
Case No. 12-cv-00630-LHK (PSG)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 10, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/* Mark D. Selwyn
Mark D. Selwyn

Declaration of Mark D. Selwyn in Support of Apple's
Corrected Administrative Motion to File Documents Under Seal
Case No. 12-cv-00630-LHK (PSG)