QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS** |

Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal the following documents or portions thereof relating to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts:

1. The confidential, unredacted version of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts;

2. Exhibit A to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the August 11, 2013 Expert Report of John Hauser.

3. Exhibit B to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit G to the August 11, 2013 Expert Report of John Hauser.

4. Exhibit C to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 13, 2013 Rebuttal Expert Report of David Reibstein.

5. Exhibit D to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 13, 2013 Expert Report of Judith A. Chevalier, Ph.D.

6. Exhibit E to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit G to the August 11, 2013 Expert Report of John Hauser.

7. Exhibit F to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, the excerpted September 27, 2013 Deposition of John Hauser.

8. Exhibit I to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit 12 to the July 9, 2013 Deposition of Greg Joswiak.

9. Exhibit J to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts from the July 2, 2013 Deposition of Stan Ng.

10. Exhibit K to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts from the July 23, 2013 Deposition of Philip Schiller.

11. Exhibit M to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

12. Exhibit N to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit 3 to the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

13. Exhibit O to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit 19A to the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

14. Exhibit P to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 25, 2013 Deposition of Christopher Vellturo, Ph.D.

15. Exhibit Q to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit 13 to the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

16. Exhibit R to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 13, 2013 Rebuttal Expert Report of Dr. Kevin Jeffay Concerning Noninfringement of U.S. Patent No. 5,946,647.

17. Exhibit S to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 13, 2013 Rebuttal Expert Report of Jeffrey Chase, Ph.D Regarding Noninfringement of the Asserted Claims of U.S. Patent No. 7,761,414.

18. Exhibit T to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 13, 2013 Rebuttal Expert Report of Martin Rinard, Ph.D Regarding Noninfringement of Claims 24 and 25 of U.S. Patent No. 6,847,959.

19. Exhibit U to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 13, 2013 Rebuttal Expert Report of Saul Greenberg, Ph.D regarding Noninfringement of the Asserted Claim 8 of U.S. Patent No. 8,046,721.

20. Exhibit V to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 13, 2013 Rebuttal Expert Report of Dr. Daniel Wigdor Concerning Non-Infringement of U.S. Patent No. 8,074,172.

21. Exhibit W to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts from the September 25, 2013 Deposition of Dr. Alex Snoeren.

22. Exhibit X to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts from the September 26, 2013 Deposition of Andrew Cockburn, Ph.D.

23. Exhibit Z to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the August 12, 2013 Opening Report of Dr. Alex Snoeren.

24. Exhibit AA to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 13, 2013 Rebuttal Report of Dr. Alex Snoeren.

25. Exhibit BB to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the June 24, 2013 Expert Report of Julie L. Davis from Case No. 11-cv-1846 (LHK).

26. Exhibit CC to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit 41.2-S to the May 8, 2012 Supplemental Expert Report of Terry L. Musika.

27. Exhibit DD to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC00010886-0903.

28. Exhibit EE to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC-Y0000408242-8343.

29. Exhibit FF to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit 21-A to the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

30. Exhibit GG to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit GG Exhibit 22-B to the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

31. Exhibit HH to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit 53A to the September 13, 2013 Expert Report of Judith A. Chevalier, Ph.D.

32. Exhibit II to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC00001103-1125.

33. Exhibit JJ to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts from the March 16, 2012 Deposition of Boris Teksler in Inv. No. 337-ITC-796.

34. Exhibit KK to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the June 28, 2013 deposition of Rory Sexton.

35. Exhibit MM to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit 11 of the Deposition of Rory Sexton, a document produced by Apple in this lawsuit bearing Bates number APLNDC630-0001259112-114.

36. Exhibit NN to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC630-0000062640.

37. Exhibit OO to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC630-0001313179.

38. Exhibit PP to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC630-0000135098.

39. Exhibit QQ to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, the August 9, 2013 Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449.

40. Exhibit RR to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, the September 13, 2013 Corrected Expert Report of James A. Storer, Ph.D. Regarding Non-Infringement of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449.

41. Exhibit SS to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, the September 26-27, 2013 Deposition of James A. Storer, Ph.D.

42. Exhibit TT Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a Chart Summarizing the Unreliable Opinions of James A. Storer, Ph.D.

43. Exhibit UU to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a table collecting statements from Dr. Mowry's August 12, 2013 Initial Expert Report and September 13, 2013 Rebuttal Expert Report.

44. Exhibit VV to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of Exhibit B to the September 13, 2013 Rebuttal Expert Report of Dr. Todd C. Mowry Regarding Validity of U.S. Patent No. 5,946,647.

45. Exhibit XX to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 19, 2013 Deposition of Todd Carl Mowry.

46. Exhibit ZZ to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the August 12, 2013 Initial Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647.

47. Exhibit BBB to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC630-0001591037.

48. Exhibit CCC to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the July 12, 2013 Deposition of Thomas Deniau.

49. Exhibit DDD to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC0002734025

50. Exhibit EEE to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC-X0000006549.

51. Exhibit FFF to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC630-0001233115.

52. Exhibit GGG to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number.

53. Exhibit HHH to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts from the August 12, 2013 Expert Report of Professor Andrew Cockburn.

Samsung has established good cause to permit filing these documents under seal through the Declaration of Michael L. Fazio in Support of Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts  and the Consolidated Declaration of Daniel Wooseob Shim in Support of Samsung's Administrative Motions to File Under Seal, filed herewith.  In short, the above documents discuss and refer to material designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or ""HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential.  Samsung accordingly requests that the Court order the information filed under seal, and expects that Apple will comply with L.R. 79-5(d) by filing an appropriate declaration with the Court for those portions and documents that reference Apple-designated information.  Samsung's entire filing will be filed with the Court pursuant to L.R. 79-5 and served on all parties.

Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion.  Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts as a procedural mechanism for filing portions of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts and supporting documents under seal.  Apple reserves the right to

challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

DATED: October 10, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Michael L. Fazio*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   William C. Price

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 10, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.