1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18                          UNITED STATES DISTRICT COURT
19              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Samsung submits its motion for an order to seal the following documents or portions thereof relating to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts in order to protect information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or ""HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential:

3. The confidential, unredacted version of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, portions of which Samsung has designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

4. Exhibit A to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains excerpts of the August 11, 2013 Expert Report of John Hauser. Apple has designated the Hauser Report as "CONFIDENTIAL" under the Protective Order entered in this case, and Apple has further indicated Apple does not consent to the public filing of the Hauser Report.

5. Exhibit B to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains Exhibit G to the August 11, 2013 Expert Report of John Hauser. Apple has designated this document as "CONFIDENTIAL" under the Protective Order entered in this case.

6. Exhibit C to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains excerpts of the September 13, 2013

1  Rebuttal Expert Report of David Reibstein.  The Reibstein Report refers to and cites the Hauser
2  Report which Apple has designated this document as "CONFIDENTIAL" under the Protective
3  Order entered in this case.  Samsung has designated this document as "HIGHLY
4  CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this
5  case.

6        7.     Exhibit D to the Declaration of Michael L. Fazio in Support of Samsung's Motion
7  to Exclude Opinions of Certain of Apple's Experts contains excerpts of the September 13, 2013
8  Expert Report of Judith A. Chevalier, Ph.D.  Samsung has designated this document as "HIGHLY
9  CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this
10 case.

11       8.     Exhibit E to the Declaration of Michael L. Fazio in Support of Samsung's Motion
12 to Exclude Opinions of Certain of Apple's Experts contains Exhibit H to the August 11, 2013
13 Expert Report of John Hauser.  Apple has designated this document as "CONFIDENTIAL" under
14 the Protective Order entered in this case.

15       9.     Exhibit F to the Declaration of Michael L. Fazio in Support of Samsung's Motion
16 to Exclude Opinions of Certain of Apple's Experts, the excerpted September 27, 2013 Deposition
17 of John Hauser.  The deposition contains information that we understand Apple considers
18 confidential and that Apple will file a declaration on that, and a redacted copy will be filed after
19 Apple submits its declaration with additional details on what Apple considers confidential.

20      10.    Exhibit I to the Declaration of Michael L. Fazio in Support of Samsung's Motion to
21 Exclude Opinions of Certain of Apple's Experts is a document marked as Exhibit 12 to the July 9,
22 2013 Deposition of Greg Joswiak. Apple has designated this document as "HIGHLY
23 CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this
24 case.

25      11.    Exhibit J to the Declaration of Michael L. Fazio in Support of Samsung's Motion to
26 Exclude Opinions of Certain of Apple's Experts contains excerpts from the July 2, 2013
27 Deposition of Stan Ng.  Apple has designated this document as "HIGHLY CONFIDENTIAL --
28 ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

12.     Exhibit K to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains excerpts from the July 23, 2013 Deposition of Philip Schiller. Apple has designated this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

13.     Exhibit M to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains excerpts of the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D. Apple has designated this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

14.     Exhibit N to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains Exhibit 3 to the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.  Apple has designated this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

15.     Exhibit O to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains Exhibit 19A to the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.  Apple has designated this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

16.     Exhibit P to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains excerpts of the September 25, 2013 Deposition of Christopher Vellturo, Ph.D.  this document has been designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.  The exhibit contains information that we understand Apple considers confidential and that Apple will file a declaration on that, and a redacted copy will be filed after Apple submits its declaration with additional details on what it considers confidential.

17. Exhibit Q to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains Exhibit 13 to the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D. Apple has designated this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

18. Exhibit R to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains excerpts of the September 13, 2013 Rebuttal Expert Report of Dr. Kevin Jeffay Concerning Noninfringement of U.S. Patent No. 5,946,647. The excerpts refer to and cite the Hauser Report that Apple has designated this document as "CONFIDENTIAL" under the Protective Order entered in this case.

19. Exhibit S to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains excerpts of the September 13, 2013 Rebuttal Expert Report of Jeffrey Chase, Ph.D Regarding Noninfringement of the Asserted Claims of U.S. Patent No. 7,761,414. Samsung has designated this document as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case. The excerpts also refer to and cite the Hauser Report that Apple has designated this document as "CONFIDENTIAL" under the Protective Order entered in this case.

20. Exhibit T to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains excerpts of the September 13, 2013 Rebuttal Expert Report of Martin Rinard, Ph.D Regarding Noninfringement of Claims 24 and 25 of U.S. Patent No. 6,847,959. The excerpts refer to and cite the Hauser Report that Apple has designated this document as "CONFIDENTIAL" under the Protective Order entered in this case.

21. Exhibit U to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains excerpts of the September 13, 2013 Rebuttal Expert Report of Saul Greenberg, Ph.D regarding Noninfringement of the Asserted Claim 8 of U.S. Patent No. 8,046,721. The excerpts refer to and cite the Hauser Report that

1  Apple has designated this document as "CONFIDENTIAL" under the Protective Order entered in
2  this case.

3       22.    Exhibit V to the Declaration of Michael L. Fazio in Support of Samsung's Motion
4  to Exclude Opinions of Certain of Apple's Experts contains excerpts of the September 13, 2013
5  Rebuttal Expert Report of Dr. Daniel Wigdor Concerning Non-Infringement of U.S. Patent No.
6  8,074,172. The excerpts refer to and cite the Hauser Report that Apple has designated this
7  document as "CONFIDENTIAL" under the Protective Order entered in this case.

8       23.    Exhibit W to the Declaration of Michael L. Fazio in Support of Samsung's Motion
9  to Exclude Opinions of Certain of Apple's Experts contains excerpts from the September 25, 2013
10 Deposition of Dr. Alex Snoeren. Apple has designated this document as "HIGHLY
11 CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this
12 case.

13      24.    Exhibit X to the Declaration of Michael L. Fazio in Support of Samsung's Motion
14 to Exclude Opinions of Certain of Apple's Experts contains excerpts from the September 26, 2013
15 Deposition of Andrew Cockburn, Ph.D. Apple has designated this document as "HIGHLY
16 CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this
17 case.

18      25.    Exhibit Z to the Declaration of Michael L. Fazio in Support of Samsung's Motion
19 to Exclude Opinions of Certain of Apple's Experts contains excerpts of the August 12, 2013
20 Opening Report of Dr. Alex Snoeren.  Apple has designated this document as "HIGHLY
21 CONFIDENTIAL -- OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the
22 Protective Order entered in this case.

23      26.    Exhibit AA to the Declaration of Michael L. Fazio in Support of Samsung's
24 Motion to Exclude Opinions of Certain of Apple's Experts contains excerpts of the September 13,
25 2013 Rebuttal Report of Dr. Alex Snoeren.  Apple has designated this document as "HIGHLY
26 CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the
27 Protective Order entered in this case.

28

27. Exhibit BB to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains excerpts of the June 24, 2013 Expert Report of Julie L. Davis from Case No. 11-cv-1846 (LHK).  Apple has designated this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in that case.

28. Exhibit CC to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains Exhibit 41.2-S to the May 8, 2012 Supplemental Expert Report of Terry L. Musika.  Apple has designated this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in that case.

29. Exhibit DD to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains a document produced by Apple in this lawsuit bearing the Bates number APLNDC00010886-0903.  Apple has designated this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

30. Exhibit EE to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains a document produced by Apple in this lawsuit bearing the Bates number APLNDC-Y0000408242-8343. Apple has designated this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

31. Exhibit FF to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains Exhibit 21-A to the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.  Apple has designated this document as HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

32. Exhibit GG to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains Exhibit GG Exhibit 22-B to the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.  Apple has

FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL

1  designated this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under
2  the Protective Order entered in this case.
3      33.    Exhibit HH to the Declaration of Michael L. Fazio in Support of Samsung's
4  Motion to Exclude Opinions of Certain of Apple's Experts contains Exhibit 53A to the September
5  13, 2013 Expert Report of Judith A. Chevalier, Ph.D. Samsung has designated this document as
6  "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order
7  entered in this case.
8      34.    Exhibit II to the Declaration of Michael L. Fazio in Support of Samsung's Motion
9  to Exclude Opinions of Certain of Apple's Experts is a document produced by Apple in this
10 lawsuit bearing the Bates number APLNDC00001103-1125. Apple has designated this document
11 as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order
12 entered in this case.
13     35.    Exhibit JJ to the Declaration of Michael L. Fazio in Support of Samsung's Motion
14 to Exclude Opinions of Certain of Apple's Experts contains excerpts from the March 16, 2012
15 Deposition of Boris Teksler in Inv. No. 337-ITC-796.  Apple has designated this document as
16 "CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER"
17 under the Protective Order entered in that case.
18     36.    Exhibit KK to the Declaration of Michael L. Fazio in Support of Samsung's
19 Motion to Exclude Opinions of Certain of Apple's Experts contains excerpts of the June 28, 2013
20 deposition of Rory Sexton.  Apple has designated this document as "HIGHLY CONFIDENTIAL -
21 - ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.
22     37.    Exhibit MM to the Declaration of Michael L. Fazio in Support of Samsung's
23 Motion to Exclude Opinions of Certain of Apple's Experts contains Exhibit 11 of the Deposition
24 of Rory Sexton, a document produced by Apple in this lawsuit bearing Bates number
25 APLNDC630-0001259112-114. Apple has designated this document as "HIGHLY
26 CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this
27 case.
28

1    38.    Exhibit NN to the Declaration of Michael L. Fazio in Support of Samsung's
2 Motion to Exclude Opinions of Certain of Apple's Experts contains a document produced by
3 Apple in this lawsuit bearing the Bates number APLNDC630-0000062640.  Apple has designated
4 this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the
5 Protective Order entered in this case.

6    39.    Exhibit OO to the Declaration of Michael L. Fazio in Support of Samsung's
7 Motion to Exclude Opinions of Certain of Apple's Experts contains a document produced by
8 Apple in this lawsuit bearing the Bates number APLNDC630-0001313179.  Apple has designated
9 this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the
10 Protective Order entered in this case.

11   40.    Exhibit PP to the Declaration of Michael L. Fazio in Support of Samsung's Motion
12 to Exclude Opinions of Certain of Apple's Experts contains a document produced by Apple in this
13 lawsuit bearing the Bates number APLNDC630-0000135098.  Apple has designated this
14 document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective
15 Order entered in this case.

16   41.    Exhibit QQ to the Declaration of Michael L. Fazio in Support of Samsung's
17 Motion to Exclude Opinions of Certain of Apple's Experts contains the August 9, 2013 Expert
18 Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Patent Nos.
19 5,579,239 and 6,226,449.  Apple has designated this document as "CONFIDENTIAL
20 INFORMATION DESIGNATED AS THIRD PARTY HIGHLY CONFIDENTIAL
21 INFORMATION" under the Protective Order entered in this case.

22   42.    Exhibit RR to the Declaration of Michael L. Fazio in Support of Samsung's Motion
23 to Exclude Opinions of Certain of Apple's Experts contains the September 13, 2013 Corrected
24 Expert Report of James A. Storer, Ph.D. Regarding Non-Infringement of the Asserted Claims of
25 U.S. Patent Nos. 5,579,239 and 6,226,449.  Apple has designated this document as "CONTAINS
26 INFORMATION DESIGNATED AS APPLE AND THIRD PARTY HIGHLY CONFIDENTIAL
27 INFORMATION" under the Protective Order entered in this case.

28

43. Exhibit SS to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains the September 26-27, 2013 Deposition of James A. Storer, Ph.D. Apple has designated these documents as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

44. Exhibit TT Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts is a Chart Summarizing the Unreliable Opinions of James A. Storer, Ph.D. This chart refers to and cites information that Apple has designed as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

45. Exhibit UU to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts is a table collecting statements from Dr. Mowry's August 12, 2013 Initial Expert Report and September 13, 2013 Rebuttal Expert Report. Apple has designated Dr. Mowry's reports as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

46. Exhibit VV to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains excerpts of Exhibit B to the September 13, 2013 Rebuttal Expert Report of Dr. Todd C. Mowry Regarding Validity of U.S. Patent No. 5,946,647. Apple has designated this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

47. Exhibit XX to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains excerpts of the September 19, 2013 Deposition of Todd Carl Mowry. Apple has designated this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

48. Exhibit ZZ to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains excerpts of the August 12, 2013 Initial Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647.

1  Apple has designated this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES
2  ONLY" under the Protective Order entered in this case.
3         49.    Exhibit BBB to the Declaration of Michael L. Fazio in Support of Samsung's
4  Motion to Exclude Opinions of Certain of Apple's Experts contains a document produced by
5  Apple in this lawsuit bearing the Bates number APLNDC630-0001591037.  Apple has designated
6  this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the
7  Protective Order entered in this case.
8         50.    Exhibit CCC to the Declaration of Michael L. Fazio in Support of Samsung's
9  Motion to Exclude Opinions of Certain of Apple's Experts contains excerpts of the July 12, 2013
10 Deposition of Thomas Deniau.  Apple has designated this document as "HIGHLY
11 CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this
12 case.
13        51.    Exhibit DDD to the Declaration of Michael L. Fazio in Support of Samsung's
14 Motion to Exclude Opinions of Certain of Apple's Experts contains a document produced by
15 Apple in this lawsuit bearing the Bates number APLNDC0002734025  Apple has designated this
16 document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective
17 Order entered in this case.
18        52.    Exhibit EEE to the Declaration of Michael L. Fazio in Support of Samsung's
19 Motion to Exclude Opinions of Certain of Apple's Experts contains a document produced by
20 Apple in this lawsuit bearing the Bates number APLNDC-X0000006549.  Apple has designated
21 this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the
22 Protective Order entered in this case.
23        53.    Exhibit FFF to the Declaration of Michael L. Fazio in Support of Samsung's
24 Motion to Exclude Opinions of Certain of Apple's Experts contains a document produced by
25 Apple in this lawsuit bearing the Bates number APLNDC630-0001233115.  Apple has designated
26 this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the
27 Protective Order entered in this case.
28

54. Exhibit GGG to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains a document produced by Apple in this lawsuit bearing the Bates number APLNDC630-0001233246  Apple has designated this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

55. Exhibit HHH to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts contains excerpts from the August 12, 2013 Expert Report of Professor Andrew Cockburn.  Apple has designated this document as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

56. Pursuant to L.R. 79-5, a copy of the unredacted version of each of the above has been filed electronically with the Court and served on all parties.

57. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 10, 2013, at Los Angeles, California.

*/s/ Michael L. Fazio*
Michael L. Fazio