UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Documents Under Seal.  The Court finds that Samsung's sealing request is narrowly tailored and justified.  Therefore, the following documents or portions thereof may be filed under seal consistent with Samsung's requests:

1. The confidential, unredacted version of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts;

2. Exhibit A to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the August 11, 2013 Expert Report of John Hauser.

3. Exhibit B to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit G to the August 11, 2013 Expert Report of John Hauser.

4. Exhibit C to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 13, 2013 Rebuttal Expert Report of David Reibstein.

5. Exhibit D to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 13, 2013 Expert Report of Judith A. Chevalier, Ph.D.

6. Exhibit E to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit G to the August 11, 2013 Expert Report of John Hauser.

7. Exhibit F to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, the excerpted September 27, 2013 Deposition of John Hauser.

8. Exhibit I to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit 12 to the July 9, 2013 Deposition of Greg Joswiak.

9. Exhibit J to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts from the July 2, 2013 Deposition of Stan Ng.

10. Exhibit K to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts from the July 23, 2013 Deposition of Philip Schiller.

11. Exhibit M to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

12. Exhibit N to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit 3 to the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

13. Exhibit O to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit 19A to the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

14. Exhibit P to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 25, 2013 Deposition of Christopher Vellturo, Ph.D.

15. Exhibit Q to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit 13 to the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

16. Exhibit R to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 13, 2013 Rebuttal Expert Report of Dr. Kevin Jeffay Concerning Noninfringement of U.S. Patent No. 5,946,647.

17. Exhibit S to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 13, 2013 Rebuttal Expert Report of Jeffrey Chase, Ph.D Regarding Noninfringement of the Asserted Claims of U.S. Patent No. 7,761,414.

18. Exhibit T to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 13, 2013 Rebuttal Expert Report of Martin Rinard, Ph.D Regarding Noninfringement of Claims 24 and 25 of U.S. Patent No. 6,847,959.

19. Exhibit U to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 13, 2013 Rebuttal Expert Report of Saul Greenberg, Ph.D regarding Noninfringement of the Asserted Claim 8 of U.S. Patent No. 8,046,721.

20. Exhibit V to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 13, 2013 Rebuttal Expert Report of Dr. Daniel Wigdor Concerning Non-Infringement of U.S. Patent No. 8,074,172.

21. Exhibit W to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts from the September 25, 2013 Deposition of Dr. Alex Snoeren.

22. Exhibit X to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts from the September 26, 2013 Deposition of Andrew Cockburn, Ph.D.

23. Exhibit Z to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the August 12, 2013 Opening Report of Dr. Alex Snoeren.

24. Exhibit AA to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 13, 2013 Rebuttal Report of Dr. Alex Snoeren.

25. Exhibit BB to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the June 24, 2013 Expert Report of Julie L. Davis from Case No. 11-cv-1846 (LHK).

26. Exhibit CC to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit 41.2-S to the May 8, 2012 Supplemental Expert Report of Terry L. Musika.

27. Exhibit DD to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC00010886-0903.

28. Exhibit EE to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC-Y0000408242-8343.

29. Exhibit FF to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit 21-A to the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

30. Exhibit GG to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit GG Exhibit 22-B to the August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

31. Exhibit HH to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit 53A to the September 13, 2013 Expert Report of Judith A. Chevalier, Ph.D.

32. Exhibit II to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC00001103-1125.

33. Exhibit JJ to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts from the March 16, 2012 Deposition of Boris Teksler in Inv. No. 337-ITC-796.

34. Exhibit KK to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the June 28, 2013 deposition of Rory Sexton.

35. Exhibit MM to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, Exhibit 11 of the Deposition of Rory Sexton, a document produced by Apple in this lawsuit bearing Bates number APLNDC630-0001259112-114.

36. Exhibit NN to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC630-0000062640.

37. Exhibit OO to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC630-0001313179.

38. Exhibit PP to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC630-0000135098.

39. Exhibit QQ to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, the August 9, 2013 Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449.

40. Exhibit RR to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, the September 13, 2013 Corrected Expert Report of James A. Storer, Ph.D. Regarding Non-Infringement of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449.

41. Exhibit SS to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, the September 26-27, 2013 Deposition of James A. Storer, Ph.D.

42. Exhibit TT Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a Chart Summarizing the Unreliable Opinions of James A. Storer, Ph.D.

43. Exhibit UU to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a table collecting statements from Dr. Mowry's August 12, 2013 Initial Expert Report and September 13, 2013 Rebuttal Expert Report.

44. Exhibit VV to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of Exhibit B to the September 13, 2013 Rebuttal Expert Report of Dr. Todd C. Mowry Regarding Validity of U.S. Patent No. 5,946,647.

45. Exhibit XX to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the September 19, 2013 Deposition of Todd Carl Mowry.

46. Exhibit ZZ to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the August 12, 2013 Initial Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647.

47. Exhibit BBB to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC630-0001591037.

48. Exhibit CCC to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts of the July 12, 2013 Deposition of Thomas Deniau.

49. Exhibit DDD to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC0002734025

50. Exhibit EEE to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC-X0000006549.

51. Exhibit FFF to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number APLNDC630-0001233115.

52. Exhibit GGG to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, a document produced by Apple in this lawsuit bearing the Bates number.

53. Exhibit HHH to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, excerpts from the August 12, 2013 Expert Report of Professor Andrew Cockburn.

Accordingly, for good cause shown, the Court HEREBY ORDERS that these documents may be filed under seal.

DATED: _____

The Honorable Lucy H. Koh
United States District Judge