1
2
3
4
5
6
7
8
9
10                          UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
12

| | |
|---|---|
| 13  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 14            Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS** |
| 15       vs. | |
| 16  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 19            Defendants. | |

21
22
23
24
25
26
27
28

02198.51981/5561726.1

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Exclude Opinions of Certain of Apple's Experts (Dr. Hauser, Dr. Vellturo, Dr. Todd Mowry, Dr. Alex Snoeren, and Dr. James Storer).  The Court, having considered Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, the papers submitted by the parties and argument by counsel, HEREBY ORDERS that:

Samsung's Motion to Exclude Opinions of Certain of Apple's Experts is **GRANTED**.

DATED: _____

Hon. Lucy H. Koh
United States District Court Judge