QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S MOTION AND NOTICE OF MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS**<br><br>Date:  January 23, 2014<br>Time:  1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |

I, Michael L. Fazio, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts of the August 11, 2013 Expert Report of John Hauser.

3. Attached hereto as Exhibit B is a true and correct copy of Exhibit G to the August 11, 2013 Expert Report of John Hauser.

4. Attached hereto as Exhibit C is a true and correct copy of the excerpted September 13, 2013 Rebuttal Expert Report of David Reibstein.

5. Attached hereto as Exhibit D is a true and correct copy of the excerpted September 13, 2013 Expert Report of Judith A. Chevalier, Ph.D.

6. Attached hereto as Exhibit E is a true and correct copy of Exhibit H to the August 11, 2013 Expert Report of John Hauser.

7. Attached hereto as Exhibit F is a true and correct copy of the excerpted September 27, 2013 Deposition of John Hauser.

8. Attached hereto as Exhibit G is a true and correct copy of Exhibit 11 to the September 27, 2013 Deposition of John Hauser.

9. Attached hereto as Exhibit H is a true and correct copy of "Comment on Bradlow" by Bryan K. Orme, dated 2005.

10. Attached hereto as Exhibit I is a true and correct copy of Exhibit 12 to the July 9, 2013 Deposition of Greg Joswiak.

11. Attached hereto as Exhibit J is a true and correct copy of the excerpted July 2, 2013 Deposition of Stan Ng.

DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS

1    12.    Attached hereto as Exhibit K is a true and correct copy of Exhibit 3 to the July 23,

2    2013 Deposition of Philip Schiller.

3    13.    Attached hereto as Exhibit L is a true and correct copy of the of the August 10,

4    2012 Trial Testimony of John Hauser in *Apple Inc. v. Samsung Elecs. Co. Ltd,* Case No. 11-cv-

5    1846-LHK (N.D. Cal.).

6    14.    Attached hereto as Exhibit M is a true and correct copy of excerpts of the August

7    12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

8    15.    Attached hereto as Exhibit N is a true and correct copy of Exhibit 3 to the August

9    12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

10    16.    Attached hereto as Exhibit O is a true and correct copy of Exhibit 19A to the

11    August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

12    17.    Attached hereto as Exhibit P is a true and correct copy of excerpts of the September

13    25, 2013 Deposition of Christopher Vellturo, Ph.D.

14    18.    Attached hereto as Exhibit Q is a true and correct copy of Exhibit 13 to the August

15    12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

16    19.    Attached hereto as Exhibit R is a true and correct copy of excerpts of the

17    September 13, 2013 Rebuttal Expert Report of Dr. Kevin Jeffay Concerning Noninfringement of

18    U.S. Patent No. 5,946,647.

19    20.    Attached hereto as Exhibit S is a true and correct copy of excerpts of the September

20    13, 2013 Rebuttal Expert Report of Jeffrey Chase, Ph.D Regarding Noninfringement of the

21    Asserted Claims of U.S. Patent No. 7,761,414.

22    21.    Attached hereto as Exhibit T is a true and correct copy of excerpts of the September

23    13, 2013 Rebuttal Expert Report of Martin Rinard, Ph.D Regarding Noninfringement of Claims 24

24    and 25 of U.S. Patent No. 6,847,959.

25    22.    Attached hereto as Exhibit U is a true and correct copy of excerpts of the

26    September 13, 2013 Rebuttal Expert Report of Saul Greenberg, Ph.D regarding Noninfringement

27    of the Asserted Claim 8 of U.S. Patent No. 8,046,721.

28

1    23.    Attached hereto as Exhibit V is a true and correct copy of excerpts of the

2   September 13, 2013 Rebuttal Expert Report of Dr. Daniel Wigdor Concerning Non-Infringement

3   of U.S. Patent No. 8,074,172.

4    24.    Attached hereto as Exhibit W is a true and correct copy of the excerpted September

5   25, 2013 Deposition of Dr. Alex Snoeren.

6    25.    Attached hereto as Exhibit X is a true and correct copy of the excerpted September

7   26, 2013 Deposition of Andrew Cockburn, Ph.D.

8    26.    Attached hereto as Exhibit Y is a true and correct copy of Exhibit 9 to the

9   September 27, 2013 Deposition of John Hauser.

10    27.    Attached hereto as Exhibit Z is a true and correct of the excerpted August 12, 2013

11   Opening Report of Dr. Alex Snoeren.

12    28.    Attached hereto as Exhibit AA is a true and correct copy of the excerpted

13   September 13, 2013 Rebuttal Report of Dr. Alex Snoeren.

14    29.    Attached hereto as Exhibit BB is a true and correct copy of the excerpted June 24,

15   2013 Expert Report of Julie L. Davis from Case No. 11-cv-1846 (LHK).

16    30.    Attached hereto as Exhibit CC is a true and correct copy of Exhibit 41.2-S to the

17   May 8, 2012 Supplemental Expert Report of Terry L. Musika.

18    31.    Attached hereto as Exhibit DD is a true and correct copy of a document produced

19   by Apple in this lawsuit bearing the Bates number APLNDC00010886-0903.

20    32.    Attached hereto as Exhibit EE is a true and correct copy of a document produced

21   by Apple in this lawsuit bearing the Bates number APLNDC-Y0000408242-8343.

22    33.    Attached hereto as Exhibit FF is a true and correct copy of Exhibit 21-A to the

23   August 12, 2013 Opening Expert Report of Christopher A. Vellturo, Ph.D.

24    34.    Attached hereto as Exhibit GG Exhibit 22-A to the August 12, 2013 Opening

25   Expert Report of Christopher A. Vellturo, Ph.D.

26    35.    Attached hereto as Exhibit HH is a true and correct copy of Exhibit 53A to the

27   September 13, 2013 Expert Report of Judith A. Chevalier, Ph.D.

28

36.     Attached hereto as Exhibit II is a true and correct copy of a document produced by Apple in this lawsuit bearing the Bates number APLNDC00001103-1125.

37.     Attached hereto as Exhibit JJ is a true and correct copy of the excerpted from the March 16, 2012 Deposition of Boris Teksler in Inv. No. 337-ITC-796.

38.     Attached hereto as Exhibit KK is a true and correct copy of the excerpted June 28, 2013 deposition of Rory Sexton.

39.     Attached hereto as Exhibit LL is a true and correct copy of Exhibit 7 of the Deposition of Rory Sexton.

40.     Attached hereto as Exhibit MM is a true and correct copy of Exhibit 11 of the Deposition of Rory Sexton.

41.     Attached hereto as Exhibit NN is a true and correct copy of a document produced by Apple in this lawsuit bearing the Bates number APLNDC630-0000062640.

42.     Attached hereto as Exhibit OO is a true and correct copy of a document produced by Apple in this lawsuit bearing the Bates number APLNDC630-0001313179.

43.      Attached hereto as Exhibit PP is a true and correct copy of a document produced by Apple in this lawsuit bearing the Bates number APLNDC630-0000135098.

44.     Attached hereto as Exhibit QQ is a true and correct copy of the August 9, 2013 Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449.

45.     Attached hereto as Exhibit RR is a true and correct copy of the September 13, 2013 Corrected Expert Report of James A. Storer, Ph.D. Regarding Non-Infringement of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449.

46.     Attached hereto as Exhibit SS is a true and correct copy of the September 26-27, 2013 Deposition of James A. Storer, Ph.D.

47.     Attached hereto as Exhibit TT is a true and correct copy of a Chart Summarizing the Unreliable Opinions of James A. Storer, Ph.D.

48.     Attached hereto as Exhibit UU is a table collecting statements from Dr. Mowry's August 12, 2013 Initial Expert Report and September 13, 2013 Rebuttal Expert Report.

49.     Attached hereto as Exhibit VV is a true and correct copy of excerpts of Exhibit B to the September 13, 2013 Rebuttal Expert Report of Dr. Todd C. Mowry Regarding Validity of U.S. Patent No. 5,946,647.

50.     Attached hereto as Exhibit WW is a true and correct copy of excerpts of the May 14, 2012 Reply Expert Declaration of Dr. Todd C. Mowry Concerning U.S. Patent No. 5,946,647.

51.     Attached hereto as Exhibit XX is a true and correct copy of excerpts of the September 19, 2013 Deposition of Todd Carl Mowry.

52.     Attached hereto as Exhibit YY is a true and correct copy of excerpts of the September 13, 2013 Rebuttal Expert Report of Dr. Todd C. Mowry Regarding Validity of U.S. Patent No. 5,946,647.

53.     Attached hereto as Exhibit ZZ is a true and correct copy of excerpts of the August 12, 2013 Initial Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647.

54.     Attached hereto as Exhibit AAA is a table setting forth additions and deletions to the May 14, 2012 Reply Expert Declaration of Dr. Todd C. Mowry in his September 13, 2013 Rebuttal Expert Report.

55.     Attached hereto as Exhibit BBB is a true and correct copy of a document produced by Apple in this lawsuit bearing the Bates number APLNDC630-0001591037.

56.     Attached hereto as Exhibit CCC is a true and correct copy of excerpts of the July 12, 2013 Deposition of Thomas Deniau with relevant portions highlighted.

57.     Attached hereto as Exhibit DDD is a true and correct copy of a document produced by Apple in this lawsuit bearing the Bates number APLNDC0002734025.

58.     Attached hereto as Exhibit EEE is a true and correct copy of a document produced by Apple in this lawsuit bearing the Bates number APLNDC-X0000006549.

59.     Attached hereto as Exhibit FFF is a true and correct copy a document produced by Apple in this lawsuit bearing Bates number APLNDC630-0001233115.

60.     Attached hereto as Exhibit GGG is a true and correct copy a document produced by Apple in this lawsuit bearing Bates number APLNDC630-0001233246.

1    61.    Attached hereto as Exhibit HHH is a true and correct copy of excerpted August 12,

2  2013 Expert Report of Professor Andrew Cockburn.

3

4    I declare under penalty of perjury under the laws of the State of California that the

5  foregoing is true and correct.

6  DATED: October 10, 2013          QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
7

8

9                                  By */s/ Michael L. Fazio*
                                     Michael L. Fazio
10

11                                  Charles K. Verhoeven
                                    Kevin P.B. Johnson
12                                  Victoria F. Maroulis
                                    Michael T. Zeller
13                                  Attorneys for SAMSUNG ELECTRONICS CO.,
                                    LTD., SAMSUNG ELECTRONICS AMERICA,
14                                  INC., and SAMSUNG
                                    TELECOMMUNICATIONS AMERICA, LLC
15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S MOTION TO EXCLUDE OPINIONS
OF CERTAIN OF APPLE'S EXPERTS