# EXHIBIT L

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3            SAN JOSE DIVISION

4

5

6   APPLE INC., A CALIFORNIA    )  C-11-01846 LHK
    CORPORATION,                )
                                )  SAN JOSE, CALIFORNIA
7              PLAINTIFF,       )
                                )  AUGUST 10, 2012
8         VS.                   )
                                )  VOLUME 6
9   SAMSUNG ELECTRONICS CO.,    )
    LTD., A KOREAN BUSINESS     )  PAGES 1638-1988
10  ENTITY; SAMSUNG             )
    ELECTRONICS AMERICA,        )
11  INC., A NEW YORK            )
    CORPORATION; SAMSUNG        )
12  TELECOMMUNICATIONS          )
    AMERICA, LLC, A DELAWARE    )
13  LIMITED LIABILITY           )
    COMPANY,                    )
14                              )
              DEFENDANTS.       )
15  _____

16         TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE LUCY H. KOH
17         UNITED STATES DISTRICT JUDGE

18

19

20         APPEARANCES ON NEXT PAGE

21

22

23  OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                CERTIFICATE NUMBER 9595
24

25

```
1     A P P E A R A N C E S:

2     FOR PLAINTIFF          MORRISON & FOERSTER
      APPLE:                     BY:  HAROLD J. MCELHINNY
3                                     MICHAEL A. JACOBS
                                      RACHEL KREVANS
4                            425 MARKET STREET
                             SAN FRANCISCO, CALIFORNIA  94105
5

6     FOR COUNTERCLAIMANT WILMER, CUTLER, PICKERING,
      APPLE:                 HALE AND DORR
7                            BY:  WILLIAM F. LEE
                             60 STATE STREET
8                            BOSTON, MASSACHUSETTS  02109

9                            BY:  MARK D. SELWYN
                             950 PAGE MILL ROAD
10                           PALO ALTO, CALIFORNIA  94304

11    FOR THE DEFENDANT:     QUINN, EMANUEL, URQUHART,
                             OLIVER & HEDGES
12                           BY:  CHARLES K. VERHOEVEN
                             50 CALIFORNIA STREET, 22ND FLOOR
13                           SAN FRANCISCO, CALIFORNIA  94111

14                           BY:  VICTORIA F. MAROULIS
                                  KEVIN P.B. JOHNSON
15                           555 TWIN DOLPHIN DRIVE
                             SUITE 560
16                           REDWOOD SHORES, CALIFORNIA  94065

17                           BY:  MICHAEL T. ZELLER
                                  WILLIAM C. PRICE
18                           865 SOUTH FIGUEROA STREET
                             10TH FLOOR
19                           LOS ANGELES, CALIFORNIA  90017

20                           BY:  EDWARD J. DEFRANCO
                             51 MADISON AVENUE, 22ND FLOOR
21                           NEW YORK, NEW YORK  10010

22

23

24

25
```

1                           INDEX OF WITNESSES

2      PLAINTIFF'S

3      **HAL PORET**
               CROSS-EXAM BY MR. PRICE (RES.)     P. 1665
4              REDIRECT EXAM BY MR. JACOBS        P. 1687

5      **KENT VAN LIERE**
               DIRECT EXAM BY MR. JACOBS          P. 1690
6              CROSS-EXAM BY MR. PRICE            P. 1702

7      **RAVIN BALAKRISHNAN**
               DIRECT EXAM BY MR. JACOBS          P. 1723
8              CROSS-EXAM BY MR. JOHNSON          P. 1769
               REDIRECT EXAM BY MR. JACOBS        P. 1806
9              RECROSS-EXAM BY MR. JOHNSON        P. 1813

10     **KARAN SINGH**
               DIRECT EXAM BY MR. JACOBS          P. 1815
11             CROSS-EXAM BY MR. DEFRANCO         P. 1848
               REDIRECT EXAM BY MR. JACOBS        P. 1909
12

13     **JOHN HAUSER**
               DIRECT EXAM BY MR. JACOBS          P. 1914
14             CROSS-EXAM BY MR. PRICE            P. 1917
               REDIRECT EXAM BY MR. JACOBS        P. 1945
15             RECROSS-EXAM BY MR. PRICE          P. 1948

16     **BORIS TEKSLER**
               DIRECT EXAM BY MR. MUELLER         P. 1951
17             CROSS-EXAM BY MS. MAROULIS         P. 1964

18

19

20

21

22

23

24

25

```
 1                THE COURT:  OKAY.  MAY THIS WITNESS BE

 2      EXCUSED?

 3                MR. JACOBS:  SUBJECT TO RECALL.

 4                THE COURT:  OKAY.  YOU'RE EXCUSED SUBJECT

 5      TO RECALL.  YOU CAN STEP DOWN.

 6                CALL YOUR NEXT WITNESS, PLEASE.

 7                MR. JACOBS:  WE WOULD LIKE TO CALL

 8      DR. HAUSER, YOUR HONOR.

 9                THE COURT:  OKAY.

10                (PAUSE IN PROCEEDINGS.)

11                THE COURT:  MAY I HAVE THE HAUSER DIRECT

12      EXHIBITS?

13                MR. JACOBS:  YES, YOUR HONOR.

14                THE CLERK:  RAISE YOUR RIGHT HAND,

15      PLEASE.

16                        JOHN HAUSER,

17      BEING CALLED AS A WITNESS ON BEHALF OF THE

18      PLAINTIFF, HAVING BEEN FIRST DULY SWORN, WAS

19      EXAMINED AND TESTIFIED AS FOLLOWS:

20                THE WITNESS:  I DO.

21                THE CLERK:  WOULD YOU HAVE A SEAT,

22      PLEASE.

23                THE COURT:  IT'S 3:28.  GO AHEAD.

24                THE CLERK:  STATE YOUR NAME, PLEASE, AND

25      SPELL IT.
```

1          **DIRECT EXAMINATION**

2     BY MR. JACOBS:

3     Q    STATE YOUR NAME AND SPELL IT, PLEASE, SIR.

4     A    MY NAME IS JOHN HAUSER, H-A-U-S-E-R.

5     Q    DR. HAUSER, ARE YOU A FACULTY MEMBER AT M.I.T.

6     SLOAN SCHOOL OF MANAGEMENT?

7     A    YES, I AM.  I'M THE KIRIN PROFESSOR,

8     K-I-R-I-N, PROFESSOR OF MARKETING AT THE M.I.T.

9     SLOAN SCHOOL OF MANAGEMENT.

10    Q    AND WHAT IS YOUR FIELD OF EXPERTISE?

11    A    MY FIELD OF EXPERTISE IS MARKETING RESEARCH

12    AND ANALYSIS.

13    Q    WHAT IS YOUR FORMAL TRAINING IN?

14    A    I HAVE A DOCTORATE OF SCIENCE FROM M.I.T. IN

15    OPERATIONS RESEARCH.  OPERATIONS RESEARCH IS

16    BASICALLY MATHEMATICS APPLIED TO BUSINESS PROBLEMS.

17    Q    WE'RE GOING TO BE TALKING IN A MINUTE ABOUT A

18    SURVEY CALLED A CONJOINT SURVEY.  HAVE YOU

19    PUBLISHED IN THAT FIELD?

20    A    YES, I HAVE.  I'VE PUBLISHED OVER 70

21    PROFESSIONAL ARTICLES IN MARKETING AND MARKETING

22    RESEARCH.

23              MR. JACOBS:  YOUR HONOR, WE OFFER

24    DR. HAUSER AS AN EXPERT IN THE FIELD OF MARKETING

25    SURVEYS AND ANALYSIS.

1                    MR. PRICE:  NO OBJECTION.

2                    THE COURT:  ALL RIGHT.  HE'S CERTIFIED.

3       BY MR. JACOBS:

4       Q    NOW, WE ASKED YOU IN THIS CASE TO CONDUCT A

5       SURVEY; CORRECT, SIR?

6       A    YES, THAT'S CORRECT.

7       Q    WHAT DID WE ASK YOU TO DO?

8       A    I WAS ASKED TO CONDUCT TWO SURVEYS TO

9       DETERMINE HOW MUCH MONEY, IF ANY, SAMSUNG CONSUMERS

10      WOULD PAY FOR THE FEATURES ASSOCIATED WITH THE

11      PATENTS THAT ARE AT ISSUE IN THIS LITIGATION.

12      Q    I'D LIKE YOU TO TURN TO PX 30 IN YOUR BINDER,

13      PLEASE.

14      A    YES, I HAVE IT.

15      Q    WHAT IS PX 30?

16      A    PX 30 IS AN EXHIBIT THAT I PREPARED TO

17      SUMMARIZE MY FINDINGS.

18                   MR. JACOBS:  YOUR HONOR, WE'D OFFER PX 30

19      INTO EVIDENCE.

20                   MR. PRICE:  NO FURTHER OBJECTIONS.

21                   THE COURT:  ALL RIGHT.  THAT'S ADMITTED.

22                   (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER

23                   30, HAVING BEEN PREVIOUSLY MARKED FOR

24                   IDENTIFICATION, WAS ADMITTED INTO

25                   EVIDENCE.)

1    BY MR. JACOBS:

2    Q    WHAT CONCLUSIONS DID YOU DRAW FROM THE SURVEY

3    THAT YOU CONDUCTED?

4    A    I CONCLUDED THAT SAMSUNG CONSUMERS ARE WILLING

5    TO PAY A SUBSTANTIAL PRICE PREMIUM FOR THE FEATURES

6    THAT ARE ASSOCIATED WITH THE PATENTS THAT ARE AT

7    ISSUE IN THIS CASE.

8    Q    AND WHAT DO THE RESULTS OF YOUR SURVEY REFLECT

9    REGARDING CONSUMER DEMAND FOR THOSE PATENTED

10   FEATURES?

11   A    THE RESULTS REFLECT THAT THERE IS SUBSTANTIAL

12   DEMAND FOR THE FEATURES ASSOCIATED WITH THE PATENTS

13   AT ISSUE IN THIS CASE.

14         MR. JACOBS:  THANK YOU, DR. HAUSER.  I

15   HAVE NO FURTHER QUESTIONS.

16         THE COURT:  ALL RIGHT.  THE TIME IS NOW

17   3:30.

18         GO AHEAD, PLEASE.

19         MR. PRICE:  YOUR HONOR, I MOVE TO STRIKE

20   THE ENTIRE TESTIMONY.  THERE'S NO FOUNDATION FOR

21   THE JURY TO CONCLUDE HOW IT WAS DONE OR WHAT WAS

22   DONE.

23         THIS IS, IN THE INTERESTS OF TIME, GAME

24   PLAYING.  I WILL HAVE TO EXPLAIN THE ENTIRE SURVEY,

25   SO I MOVE TO STRIKE IT IN ITS ENTIRETY.

1      MR. JACOBS:  YOUR HONOR, DR. HAUSER, IN

2   PX 30, SHOWS HIS CONCLUSIONS AND GIVES A BRIEF

3   EXPLANATION OF THE SURVEY THAT HE CONDUCTED AND

4   COUNSEL HAS HAD AMPLE OPPORTUNITY TO STUDY THE WORK

5   THAT HE DID IN THE FORM OF HIS EXPERT REPORT.

6      MR. PRICE:  THE POINT, YOUR HONOR, IS IF

7   I ASK HIM QUESTIONS, THE JURY HAS NO IDEA

8   WHATSOEVER WHAT HE DID AND I WOULD HAVE TO EXPLAIN

9   IT AND THAT'S NOT MY BURDEN.

10      THIS IS INAPPROPRIATE, SO I MOVE TO

11   STRIKE THE ENTIRE TESTIMONY.

12      THE COURT:  IT'S OVERRULED.

13                  **CROSS-EXAMINATION**

14   BY MR. PRICE:

15   Q    GOOD AFTERNOON, DR. HAUSER.

16   A    GOOD AFTERNOON.

17   Q    I TAKE IT YOU COULD HAVE TOLD US A LOT MORE AS

18   TO WHAT YOU DID TO REACH YOUR CONCLUSIONS?

19   A    I ANSWERED THE QUESTIONS THAT I WAS ASKED.

20   Q    AND I APPRECIATE THAT AND I'M SURE COUNSEL

21   DOES, TOO.

22      MY QUESTION IS DIFFERENT.  YOU HAVE A LOT

23   MORE TO SAY AS TO EXACTLY WHAT IT IS YOU DID TO

24   REACH THIS CONCLUSION; RIGHT?

25   A    YES, I PREPARED AN EXPERT REPORT AND THERE'S

```
 1    MORE DESCRIPTION IN THAT EXPERT REPORT.

 2    Q    AND THAT EXPERT REPORT GOES ON FOR HOW MANY

 3    PAGES, INCLUDING EXHIBIT, WOULD YOU ESTIMATE?

 4    A    OH, I DON'T RECALL.  20, 30.

 5    Q    20 OR 30 PAGES, INCLUDING EXHIBITS?

 6    A    OH, NO.  THERE'S A LOT OF EXHIBITS.  I'VE GOT

 7    A NUMBER -- A LIST IN THERE THAT'S QUITE LONG.  I'M

 8    SURE YOU CAN PROVIDE THE NUMBER.

 9    Q    YOU'VE GOT PROBABLY AT LEAST A COUPLE HUNDRED

10    PAGES IF YOU INCLUDE THE DATA AND THE DESCRIPTION

11    OF EXACTLY WHAT IT IS YOU DID; CORRECT?

12    A    WELL, YES.  IT'S -- I MEAN, IF YOU INCLUDE THE

13    DATA, SURE.

14    Q    AND I TAKE IT -- DO YOU THINK THAT, GIVEN WHAT

15    YOU'VE SAID IN YOUR DIRECT, WHICH IS THAT YOU DID A

16    CONJOINT SURVEY, AND YOU CAME TO A COUPLE OF

17    CONCLUSIONS, DO YOU THINK YOU'VE GIVEN THE JURY

18    ENOUGH INFORMATION TO UNDERSTAND WHAT A CONJOINT

19    SURVEY IS?

20          MR. JACOBS:  YOUR HONOR, THIS CALLS FOR

21    SPECULATION FROM THIS WITNESS.  YOUR HONOR

22    OVERRULED HIS OBJECTION.

23          THE COURT:  OVERRULED.

24    BY MR. PRICE:

25    Q    YOU CAN ANSWER, SIR.
```

1    A    OH, I CAN ANSWER?

2    Q    YEAH.

3    A    WELL, I'VE ANSWERED THE QUESTIONS.  I'M

4    CONFIDENT IN THE NUMBERS.  I HOPE THAT THEY'RE

5    SUFFICIENT, THAT IT'S A SUFFICIENT EXPLANATION.

6    Q    MY QUESTION -- ARE YOU A TEACHER, PROFESSOR?

7    A    OH, YES.  I TEACH A NUMBER OF COURSES AT

8    M.I.T.

9    Q    I'M JUST ASKING YOU, DO YOU THINK YOU'VE,

10    YOU'VE MADE ANY ATTEMPT TO TEACH THIS JURY HOW YOU

11    DID YOUR SURVEY SO THAT THEY COULD COME TO A

12    CONCLUSION WHETHER OR NOT IT WAS FAIR OR NOT?

13    A    WELL, INDEED, IT'S A SURVEY AND THERE'S SOME

14    COMPLICATED ANALYSIS IN THERE.  WE ASKED CONSUMERS

15    QUESTIONS AND THESE QUESTIONS RELATED TO THEIR

16    WILLINGNESS TO PAY AND THIS IS A SUMMARY OF THEIR

17    ANSWERS.

18    Q    NO.  MY QUESTION WAS -- I KNOW I CAN ASK YOU

19    QUESTIONS ABOUT THE DETAILS.  I'M WONDERING IF YOU

20    THINK, IN YOUR DIRECT EXAM, YOU GAVE THIS JURY

21    ENOUGH INFORMATION TO BE ABLE TO EVALUATE WHETHER

22    OR NOT WHAT YOU DID WAS REASONABLE?  OR DID YOU

23    JUST TELL THEM, "I'M A PROFESSOR, HERE'S MY

24    CONCLUSIONS, THANK YOU VERY MUCH."

25    A    I'M NOT SURE HOW TO ANSWER THAT.

```
 1    Q    WELL, IT'S EASY.  DID YOU TEACH THEM HOW YOU

 2    DID THIS IN ANY -- DID YOU EVEN ATTEMPT TO TEACH

 3    THIS JURY HOW YOU CAME TO YOUR CONCLUSIONS?

 4    A    WELL, I DON'T THINK I -- YOU KNOW, I LOOK AT

 5    THE JURY AND I'M SURE THEY'RE QUITE, QUITE

 6    INTELLIGENT AND, YOU KNOW, IF THEY CAME TO CLASS, I

 7    COULD TEACH THIS METHOD.  IT'S THE TYPE OF THING I

 8    WOULD TEACH TO M.B.A.'S.

 9    Q    SO IT'S A -- YOU SAID IT'S AN INTELLIGENT

10    JURY, SO THEY WOULD ACTUALLY BE ABLE, YOU THINK, TO

11    UNDERSTAND, AT LEAST IN BROAD TERMS, WHAT YOU DID

12    SO THEY CAN EVALUATE WHETHER OR NOT THESE NUMBERS

13    MEAN ANYTHING; RIGHT?

14    A    WELL, I DID EXPLAIN.  I ANSWERED ALL THE

15    QUESTIONS I WAS ASKED AND, YOU KNOW, TO THE BEST OF

16    MY ABILITY.  I THINK IT'S A GOOD SURVEY.  I THINK

17    THE NUMBERS MAKE SENSE.

18    Q    WELL, LET ME ASK YOU A FEW, BECAUSE I GUESS

19    I'D LIKE TO -- I'D LIKE THE JURY TO KNOW A LITTLE

20    BIT ABOUT WHAT YOU DID.

21         AND SO THIS SURVEY THAT YOU WERE TALKING

22    ABOUT IS PEOPLE WOULD TAKE A SURVEY ON THE

23    INTERNET, RIGHT?  ON THE INTERNET?

24    A    YES, THIS IS AN INTERNET-BASED SURVEY.

25    Q    AND THEY -- YOU TELL THEM AT THE BEGINNING --
```

```
 1    AND WE CAN LOOK AT SDX 3902.042 -- YOU TELL THEM AT

 2    THE BEGINNING IT SHOULD TAKE ABOUT 25 MINUTES;

 3    RIGHT?

 4    A    WELL, I ACTUALLY CAN'T READ THAT.  MY EYES ARE

 5    GETTING OLD.

 6            BUT, YES, I THINK IT SAYS ABOUT 25

 7    MINUTES.

 8            IS THIS IN MY BINDER?

 9    Q    IT SHOULD BE IN YOUR BINDER.

10            AND YOU DON'T PAY THEM IF IT TAKES ANY

11    MORE, IF THEY TAKE LONGER TIME; RIGHT?

12    A    NO, NO.  WE -- WE DO -- THEY DO RECEIVE

13    BASICALLY AN HONORARIUM FOR COMPLETING THE SURVEY,

14    WHICH IS STANDARD IN THE FIELD, AND IT'S NOT AT ALL

15    TIED TO THEIR ANSWERS IN ANY WAY.

16    Q    MY QUESTION WAS, IF THEY -- IF THEY TAKE

17    LONGER, THEY DON'T GET PAID MORE?

18    A    NO, NO, THEY DON'T GET PAID MORE IF THEY TAKE

19    LONGER.

20    Q    SO YOU START THE 20, 25 MINUTES, AND YOU SHOW

21    THEM 12 VIDEOS; RIGHT?

22    A    YES, WE SHOWED THEM VIDEOS THAT THE -- WELL,

23    ACTUALLY, THEY'RE ANIMATIONS.  BUT WE DESCRIBE --

24    WE SHOWED THEM ANIMATIONS THAT DESCRIBE THE

25    FEATURES ASSOCIATED WITH THE PATENTS THAT ARE AT
```

1    ISSUE IN THIS CASE.

2    Q    AND YOU'RE NOT AN EXPERT IN THE FEATURES

3    ASSOCIATED WITH THE PATENTS IN THIS CASE, ARE YOU?

4    A    NO, I'M NOT.  I'M RELYING ON OTHER EXPERTS.

5    Q    SO YOU CAN'T TELL THIS JURY WHETHER OR NOT THE

6    VIDEOS YOU SHOWED THEM, THIS IS FROM YOUR OWN

7    PROFESSIONAL OPINION, ACTUALLY REFLECT THE PATENTS

8    IN THIS CASE?  YOU DON'T HAVE THAT EXPERTISE;

9    CORRECT?

10   A    THAT'S RIGHT.  I'M RELYING ON OTHER EXPERTS IN

11   THIS CASE THAT I BELIEVE JUST TESTIFIED.

12   Q    OKAY.  AND SO YOU'VE GIVEN THE JURY -- DID

13   THOSE EXPERTS SEE THE VIDEOS?

14   A    I THINK THEY HAVE, BUT I CAN'T ANSWER FOR

15   SURE.

16   Q    WELL, DID THOSE EXPERTS LOOK AT YOUR VIDEOS

17   THAT YOU SHOWED THESE FOLKS AND SAY, "YES, WHAT YOU

18   ARE SHOWING THESE FOLKS IS THE SAME THING AS WHAT

19   IS REQUIRED FOR OUR PATENT"?  DID THAT HAPPEN OR

20   NOT?

21   A    I BELIEVE THEY DID, BUT --

22   Q    OKAY.  THEN COULD YOU SHOW ME IN YOUR REPORT

23   WHERE IT SAYS THAT THE VIDEO YOU SHOWED THEM WAS

24   SOMETHING WHICH THEIR EXPERTS, APPLE'S, LOOKED AT

25   AND SAID "THIS ACCURATELY DESCRIBES WHAT OUR

1923

1    PATENTS DO"?

2    A    THAT'S NOT IN MY REPORT.  I RELIED ON THEM TO,

3    TO LOOK AT THE DESCRIPTIONS AND THAT IS IN MY

4    REPORT.

5    Q    I'M ASKING YOU ABOUT THE VIDEOS YOU SHOWED THE

6    FOLKS.  WHERE IN YOUR REPORT DO YOU SAY ANYTHING

7    THAT YOU VALIDATED WITH ANY EXPERT, CHECKED WITH

8    ANY EXPERT TO SAY THESE VIDEOS ACTUALLY ACCURATELY

9    SHOW WHAT THE PATENT REQUIRES?

10    A    I DON'T RECALL THE EXACT WORDS IN MY REPORT,

11    BUT IT DOES SAY THAT I DID RELY ON OTHER EXPERTS,

12    ACTUALLY DOCTORS SINGH AND BALAKRISHNAN, THAT THE

13    DESCRIPTIONS WERE ACCURATE.

14    Q    NO --

15    A    MY JOB IS A MARKETING RESEARCHER.

16    Q    I'M ON A CLOCK HERE.  MY QUESTION WAS

17    DIFFERENT.  I'M TALKING ABOUT THE VIDEOS, AND I'M

18    ASKING YOU, WERE THOSE VIDEOS -- DID YOU GO TO AN

19    EXPERT AND SAY, "DO THESE VIDEOS ACCURATELY

20    REPRESENT WHAT THE PATENTS DO?"  YES OR NO?

21    A    TO THE BEST OF MY RECOLLECTION, THEY DID LOOK

22    AT THOSE VIDEOS.

23    Q    THAT'S NOT MY QUESTION.

24    A    OH, DID I PERSONALLY SHOW THE VIDEOS?

25    Q    DID YOU TALK TO THEM AND HAVE THEM SAY --

1    A    NO.

2    Q    OKAY.  AND WHERE IN YOUR REPORT DOES IT SAY

3    THAT ANY EXPERT LOOKED AT THOSE VIDEOS TO SEE THAT

4    THEY WERE ACCURATE?

5    A    I BELIEVE I'VE ANSWERED THAT TO THE BEST OF MY

6    ABILITY.

7    Q    WHICH MEANS YOU CAN'T POINT ME TO A PLACE,

8    BECAUSE YOU SAID IT'S A SHORT REPORT.  YOU TOLD US

9    THAT.

10   A    I DIDN'T SAY IT WAS A SHORT REPORT.

11   Q    I THINK YOU SAID 20 PAGES.  SO IF YOU COULD

12   TELL ME THEN, WHERE -- WHERE -- IT DIDN'T HAPPEN,

13   DID IT?  YOU DIDN'T CHECK THE VIDEOS WITH ANY

14   EXPERTS TO SEE IF THE VIDEOS ACCURATELY PORTRAYED

15   THE PATENTS?

16   A    IF YOU'RE ASKING DID I PERSONALLY SHOW THOSE

17   VIDEOS, NO, I DID NOT.

18   Q    NOW, AFTER SHOWING THEM ABOUT -- AND BY THE

19   WAY, FOUR VIDEOS HAD TO DO WITH TOUCHSCREENS;

20   RIGHT?

21   A    AGAIN, THEY'RE ANIMATIONS, BUT YES, FOUR

22   ANIMATIONS.

23   Q    AND THEN THERE WERE FOUR FOR TWO OTHER AREAS

24   THAT YOU LOOKED AT AT THE SAME TIME; RIGHT?

25   A    YES, THERE WERE FOUR FOR TWO OTHER AREAS, YES,

1    THAT'S CORRECT.

2    Q    AND LET'S LOOK AT -- THIS IS, I THINK, 5680.

3    I THINK PDX 5680.

4             NO, THAT'S NOT IT.  IN THAT CASE, LET'S

5    TRY -- OH, LET'S TRY PDX 33.6.

6             SO IN THIS 20 TO 25 MINUTES AFTER LOOKING

7    AT FOUR ANIMATIONS, THERE THEN -- THERE'S A SCREEN

8    AT SOME POINT HERE WHICH HAS ONE, TWO, THREE, FOUR,

9    FIVE, SIX, SEVEN KIND OF FEATURES; RIGHT?

10   A    WELL, YES.  THERE'S SIX FEATURES PLUS PRICE,

11   THAT'S CORRECT.

12   Q    SO YOU'RE -- YOU'VE GOT PRICE AT THE TOP ROW;

13   RIGHT?  NUMBER OF APPS; SIZE AND WEIGHT;

14   CONNECTIVITY; TOUCHSCREEN; AND EACH OF THOSE BOXES

15   HAS DIFFERENT FEATURES ON THOSE TOUCHSCREENS,

16   RIGHT, LIKE RELIABLE TOUCH, AUTO SWITCH, THIS ONE

17   HAS SOMETHING DIFFERENT.  RIGHT?

18   A    WELL, YES.  I MEAN, THESE ARE DESCRIPTIONS OF

19   THE PRODUCT FEATURES.

20            NOW, OF COURSE THEY'VE ALREADY SEEN

21   VIDEOS AND THEY'VE SEEN PICTURES AND THEY'VE HAD A

22   DESCRIPTION OF THESE FEATURES BY THE TIME THEY GOT

23   HERE.  BUT THAT'S CORRECT, YES.

24   Q    AND 28 DIFFERENT THEN KIND OF CHOICES HERE,

25   BOXES WITH DIFFERENT TYPES OF, OF INFORMATION, LIKE

1926

```
1    DO YOU WANT ONE WITH 3 MEGAPIXEL CAMERA OR AN 8, OR
2    WITH HD VIDEO OR ONE WITH AUTO FOCUS.  YOU'VE GOT
3    ALL THIS INFORMATION PACKED INTO THAT SCREEN;
4    RIGHT?
5    A    NO, THAT'S NOT CORRECT.
6    Q    WELL, IT LOOKS LIKE -- AM I WRONG, IT'S NOT ON
7    THE SCREEN?
8    A    THAT'S A CORRECT SCREEN.  BUT THAT'S NOT 28
9    CHOICES.  THAT'S FOUR CHOICES.
10   Q    OKAY.  IT'S -- I SEE.  SO YOU CHOOSE ONE
11   COLUMN HERE; RIGHT?
12   A    YES.  EACH CONSUMER SEES 16 CHOICE SETS LIKE
13   THAT, ABOUT 7,000 TOTAL ACROSS CONSUMERS.  ALL
14   THEY'RE ASKED TO DO, AFTER WE MAKE SURE THEY
15   UNDERSTAND THESE, IS TO CHOOSE ONE, AND THEN WE
16   INFER, BASICALLY, THE PRICE PREMIUM THEY'RE WILLING
17   TO PAY.
18   Q    AND IN CONNECTION WITH THAT -- SO THEY LOOK AT
19   SCREENS WHERE THESE CHOICES ARE JUMBLED UP
20   DIFFERENT WAYS AND THEN MAKE THEIR CHOICES?
21   A    AS IS STANDARD VALID PRACTICE, YES, WE DO
22   RANDOMIZE THE FEATURES SO THAT THERE'S NO BIAS DUE
23   TO ORDER.
24   Q    SO I'M JUST WONDERING, LIKE IF SOMEONE IS
25   LOOKING AT THIS ON A COMPUTER SCREEN AND THEY'RE
```

1    ASKED HOW MUCH WOULD YOU PAY FOR THIS COMBINATION

2    VERSUS THIS COMBINATION, DO THEY -- DO YOU KNOW

3    WHETHER OR NOT -- THEY'RE NOT REALLY SPENDING

4    MONEY, ARE THEY?  THIS IS JUST VIRTUAL?

5    A    WELL, DO YOU WANT ME TO ANSWER -- ARE THEY

6    SPENDING MONEY HERE?  NO, THEY'RE NOT SPENDING

7    MONEY.

8    Q    AND YOU DON'T KNOW IF THEY HAVE ENOUGH TIME TO

9    THINK, DO I WANT TO PAY AN EXTRA 30 BUCKS FOR THAT

10   OR SHOULD I PAY MY GAS BILL?  YOU BELIEVE THEY HAVE

11   ENOUGH TIME TO MAKE ALL THOSE COMPARISONS WHEN

12   THEY'RE DOING THIS?

13   A    YES, THEY DO.

14   Q    HM.  AND DO THEY HAVE ENOUGH TIME TO SAY, YOU

15   KNOW, IF I'M GOING TO SPEND 50 BUCKS FOR THIS,

16   MAYBE I SHOULD ASK MY SPOUSE AND SEE IF SHE'D

17   RATHER INSTEAD BUY, YOU KNOW, SOMETHING FOR HER?

18   DOES THAT HAPPEN DURING THIS ON SCREEN ACTIVITY?

19   A    I'M NOT SURE WHAT YOU'RE ASKING, BUT NO, THEY

20   DO NOT HAVE TIME TO GO CALL THEIR SPOUSE.

21        BUT THEY CERTAINLY HAVE SUFFICIENT TIME

22   TO MAKE CHOICES AND, YOU KNOW, WE'VE BEEN ABLE TO

23   VALIDATE THAT THEIR CHOICES ARE ACCURATE.

24   Q    BY THE WAY, THERE'S DIFFERENT TYPES OF

25   VALIDATIONS, INTERNAL VALIDATIONS, EXTERNAL

1928

```
 1    VALIDATIONS, RIGHT?

 2    A    YES, SURE.  I MEAN, I LOVE THIS.  THIS IS

 3    GREAT.  INTERNAL VALIDATION, WE DID THAT HERE.

 4    Q    NO, NO.  I WAS ASKING --

 5    A    OH.

 6    Q    I'M ON THE CLOCK.  I KNOW YOU LOVE TALKING

 7    ABOUT THIS, AND I BET YOU WOULD HAVE LIKED TO HAVE

 8    TALKED ABOUT IT WITH THE JURY WHILE YOUR ATTORNEY

 9    WAS UP.

10    A    I HAD TO ANSWER THE QUESTIONS.

11    Q    WELL, YOU CAN TELL ME THAT YOU PUT IN ALL OF

12    THESE DIFFERENT TYPES OF PARAMETERS, DO YOU WANT A

13    SCREEN WITH 4.3 INCHES, 3.5, RIGHT?  THEY'RE MAKING

14    ALL THESE CHOICES.

15           AND LET ME JUST FIGURE OUT WHAT GOES ON

16    NOW.  SO THEN YOU PUT THAT INFORMATION INTO A

17    SOFTWARE PROGRAM.  WHAT'S THE NAME OF THE SOFTWARE?

18    A    THIS IS KNOWN AS HIERARCHICAL-BASED,

19    CHOICE-BASED CONJOINT ANALYSIS.

20           AND, YES, WE PUT IN THE ANSWERS.  I THINK

21    THERE WERE 455 CONSUMERS TIMES 16 TIMES FOUR

22    CHOICES.  YOU CAN MULTIPLY THAT OUT.  BUT IT'S

23    QUITE A LOT OF DATA.

24    Q    I CAN'T.  BUT WHAT'S THE NAME OF THE SOFTWARE

25    PROGRAM ?
```

1929

1    A    IT'S -- YOU MEAN WHO DOES -- WHO DO WE -- WHO

2    PROVIDES IT?

3    Q    YES.

4    A    OH.  THIS IS SAWTOOTH SOFTWARE, INCORPORATED.

5    Q    AND YOU SHOWED US SOME NUMBERS THAT YOU HAD

6    COME UP WITH BY DOING THIS, AND I'D LIKE YOU TO

7    LOOK, IF YOU COULD, AT -- LET'S GO TO 3920.015.

8              AND AT THE TOP HERE ARE, ARE SOME

9    CALCULATIONS YOU DID ABOUT WHAT SOMEONE WOULD BE

10   WILLING TO PAY IN ADDITION TO GET WHATEVER THE

11   VIDEOS SHOWED ABOUT THESE PATENTS; RIGHT?

12   A    YES.  FOR EXAMPLE, THE $39 SAYS THAT IF A

13   CONSUMER IS PAYING $199, PLUS THE 24 MONTHS FEES,

14   THEY WOULD BE WILLING TO PAY AN EXTRA $39 FOR THE

15   '915 PATENT AND AN EXTRA $100 FOR THE COMBINATIONS

16   OF THE '915, '163, AND '381 PATENT.

17              AND THEN WE HAVE SIMILAR NUMBERS FOR

18   TABLETS.

19              MR. PRICE:  JUST A SECOND.

20              (PAUSE IN PROCEEDINGS.)

21   BY MR. PRICE:

22   Q    SO LET ME UNDERSTAND THEN.  AFTER YOU GET

23   THESE SETS OF DATA, YOU THEN PUT THAT DATA INTO THE

24   SOFTWARE AND IT SIMULATES ABOUT TEN THOUSAND

25   CHOICES PER PERSON?  IS THAT RIGHT?

```
 1    A    THAT'S NOT QUITE RIGHT.

 2    Q    CLOSE?  HOW MANY -- IT'S A SIMULATION THAT'S

 3   RUN OF THOUSANDS AND THOUSANDS AND THOUSANDS OF

 4   CHOICES?

 5    A    NO, THAT'S NOT QUITE RIGHT.

 6    Q    WHAT DOES THE SIMULATION DO?  AND CAN YOU SAY

 7   THIS IN LESS THAN 15 SECONDS?

 8    A    NOT IN LESS THAN 15 SECONDS.

 9    Q    OKAY.  SO THERE'S SOME PROGRAM THAT CRUNCHES A

10   LOT OF NUMBERS?

11    A    WELL, THERE'S A PROGRAM THAT ESTIMATES THE

12   PARAMETERS.  THERE'S A PROGRAM THAT USES THE

13   PARAMETERS.  THERE'S A PROGRAM THAT CHECKS THE

14   DATA.  THERE'S A LOTS OF PROGRAMS INVOLVED.  THIS

15   IS A CAREFULLY DONE STUDY.

16    Q    AND BY THE WAY, YOU SAID EACH PERSON TAKING

17   THIS HAS TO MAKE 16 CHOICES; RIGHT?

18    A    YES, CORRECT.  EACH PERSON, THEY SEE FOUR AND

19   THEY CHOOSE ONE SMARTPHONE -- THEY'RE SAMSUNG

20   CONSUMERS -- THEY CHOOSE ONE SMARTPHONE OUT OF FOUR

21   AND THEY DO THIS 16 TIMES.

22    Q    AND THE -- THERE'S SOMETHING CALLED AN

23   EXTERNAL TEST WHERE YOU CAN LOOK INTO THE MARKET

24   AND SEE WHETHER OR NOT THIS MAKES ANY SENSE; RIGHT?

25    A    I'M REALLY JUST DOING THE DEMAND SIDE.  I'M
```

1931

```
 1    DOING WHAT CONSUMERS WOULD BE WILLING TO PAY.  I AM

 2    NOT DOING A MARKET EQUILIBRIUM ANALYSIS HERE.

 3    Q    WHEN YOU SAY "WHAT CONSUMERS ARE WILLING TO

 4    PAY," IF I SAY THEY'RE WILLING TO PAY -- I MEAN,

 5    THIS IS AN ADDITIONAL $139 FOR A $199 PHONE.

 6              YOU'D LIKE TO LOOK TO SEE WHETHER OR NOT

 7    WHAT IS CRUNCHED HERE REALLY MAKES SENSE WHEN YOU

 8    LOOK INTO THE MARKETPLACE TO SEE WHETHER THAT'S

 9    REALLY TRUE; RIGHT?

10    A    WELL, YEAH.  I MEAN, IF YOU LOOK AT THE $39

11    OVER A 24 MONTH CONTRACT, THAT'S ABOUT A BUCK 60.

12              SO THE QUESTION IS, YEAH, DID I DO SOME

13    INTERNAL VALIDATION, ABSOLUTELY.

14    Q    I WAS ASKING EXTERNAL.  EXTERNAL.  WOULDN'T

15    YOU WANT TO LOOK IN THE MARKET AND SEE WHETHER OR

16    NOT THIS MAKES SENSE AS KIND OF A SANITY CHECK?

17    A    I'M NOT SURE WHAT YOU MEAN, BECAUSE I REALLY

18    WANT TO EXPLAIN WHAT I'M GETTING TO HERE.

19    Q    IF THE ANSWER IS NO, YOU CAN TELL ME NO,

20    BECAUSE I'M ON THE CLOCK.

21    A    THE ANSWER IS NOT NO.  YOU KNOW, YOU'VE ASKED

22    ME -- I'M TRYING TO HELP YOU.

23    Q    OH, I DON'T KNOW ABOUT THAT.

24              LET'S --

25              (LAUGHTER.)
```

BY MR. PRICE:

Q    NOW, THESE ARE -- CAMERA, WEIGHT AND SIZE,
STORAGE AND MEMORY, CONNECTIVITY, NUMBER OF APPS,
THESE ARE ALL CHOICES THAT WERE PART OF THAT
FOUR-BY-SEVEN GRAPHIC, THAT IS, THEY'RE MAKING ALL
THESE CHOICES AT THE SAME TIME; RIGHT?

A    YES.

Q    YES IS GOOD.  I LIKE YES.

     OKAY.  NOW, SO YOU GOT DATA FROM THIS
THAT DIDN'T JUST GIVE YOU NUMBERS FOR THESE, WHAT
YOU HAVE IDENTIFIED AS PATENT NUMBERS, BUT YOU ALSO
GOT DATA AS TO WHAT THESE FOLKS WOULD PAY FOR AN
EXTRA BIT OF MEMORY, FOR BETTER CAMERAS, DIFFERENT
CAMERAS.

     YOU GOT ALL OF THAT DATA SO THAT YOU
COULD HAVE FILLED IN NUMBERS FOR THOSE AS WELL,
CAMERA, WEIGHT AND SIZE, STORAGE, MEMORY, ET
CETERA.  RIGHT?

A    OH, ABSOLUTELY.  IT'S A COMPLICATED SET OF
COMPUTATIONS, BUT THE DATA I COLLECTED COULD HAVE
BEEN USED TO COMPUTE THE WILLINGNESS TO PAY IF IT'S
DONE CORRECTLY.

Q    OKAY.  SO, FOR EXAMPLE, YOU ACTUALLY GOT
RESULTS, OR -- AMONGST ALL THIS DATA, IF YOU WANTED
TO, YOU COULD HAVE, YOU COULD HAVE LOOKED AT, FOR

1933

```
 1    EXAMPLE, WHAT THIS PROGRAM SAID A CONSUMER WOULD

 2    PAY FOR STORAGE, EXTRA MEMORY; RIGHT?

 3    A    CERTAINLY THE DATA WOULD ALLOW ONE TO DO THAT,

 4    THAT'S CORRECT.

 5              (PAUSE IN PROCEEDINGS.)

 6    BY MR. PRICE:

 7    Q    SO, FOR EXAMPLE, IF YOU HAD SHOWN US THE

 8    NUMBER FOR STORAGE AND MEMORY AND YOU WERE ASKING

 9    THE CONSUMERS HERE HOW MUCH THEY WOULD PAY FOR,

10    LIKE, AN EXTRA 8 -- WHAT WAS IT, DO YOU RECALL WHAT

11    YOU WERE ASKING THEM FOR?  MAYBE WE CAN PUT BACK UP

12    3.6.

13              WHEN YOU LOOK, YOU'VE GOT 64 GIGABYTES, 8

14    GIGABYTES, 16, 32.  DO YOU SEE THAT?

15    A    DO I SEE THAT?

16    Q    YEAH.

17    A    YES, I DO.

18    Q    SO YOU COULD HAVE SHOWN THE JURY THE NUMBER

19    THAT YOU CAME UP WITH TO SEE WHAT THESE FOLKS, IN

20    DOING THIS STUDY, THIS TEST, WERE -- WHAT YOUR

21    NUMBERS TURNED OUT FOR WHAT THE CONSUMER WOULD BE

22    WILLING TO PAY FOR THE ONE WITH 8 GIGABYTES, THE

23    16, THE 16 TO 32; RIGHT?

24    A    WELL, THESE WERE DISTRACTION FEATURES MEANT

25    TO --
```

1934

```
 1    Q    NO, MY QUESTION IS DIFFERENT.  YOU CRUNCHED
 2    ALL THESE NUMBERS?
 3    A    OH.  OKAY, YEAH.
 4    Q    YOU COULD HAVE -- YOU COULD HAVE -- LET'S GO
 5    BACK TO WHAT I WAS SHOWING YOU, WHICH IS 3920.015.
 6         YOU COULD HAVE PUT DOWN HERE WHAT A
 7    CONSUMER ON THIS THING SAID THEY WERE WILLING TO
 8    PAY FOR AN EXTRA 8 GIGABYTES OF MEMORY; RIGHT?
 9    A    INDEED, ONE CAN DO THOSE COMPUTATIONS WITH THE
10    DATA.
11    Q    AND THAT WOULD BE NICE TO HAVE BECAUSE YOU CAN
12    GO ON APPLE'S WEB PAGE AND YOU CAN SEE THAT, FOR
13    EXAMPLE, TO GO FROM 16 TO 32 GIGABYTES, YOU HAVE TO
14    PAY $100 MORE, AND FROM 32 TO 64, YOU'VE GOT TO PAY
15    ANOTHER HUNDRED DOLLARS MORE?  RIGHT?  YOU CAN
16    ACTUALLY SEE WHAT PEOPLE ARE PAYING IN THE MARKET
17    FOR THAT; RIGHT?
18    A    WELL, LET'S A LITTLE COMPLICATED.  I MEAN,
19    SOME PEOPLE ARE WILLING TO PAY THIS.  BUT THE
20    AVERAGE CONSUMER MAY NOT.  SOME PURCHASE IT.  SOME
21    DON'T PURCHASE IT.
22    Q    SO MY QUESTION IS, YOU CAN DO A REALITY CHECK,
23    THOUGH, AND THAT IS IF YOU PUT THESE NUMBERS IN,
24    YOU CAN ACTUALLY GO AND SEE HOW MUCH THESE THINGS
25    ARE SELLING FOR IN THE REAL WORLD AND COMPARE THEM
```

1935

```
1    TO WHAT YOU DID.

2    A    THAT'S A LITTLE BIT MORE COMPLICATED THAN

3    YOU'RE MAKING ON, BECAUSE, YOU KNOW, LET'S TAKE

4    MEMORY.  IT'S AN INTERESTING COMMENT.

5              BUT SOME PEOPLE WILL PAY MORE THAN

6    OTHERS, AND SO THE QUESTION IS, WHAT WILL THE

7    AVERAGE PERSON PAY?

8              WELL, YOU'VE GOT TO AVERAGE THE PEOPLE

9    WHO DO BUY THE MEMORY FOR THAT AND THE PEOPLE WHO

10   DON'T.

11             BUT IT'S AN INTERESTING QUESTION.

12   Q    IF IT'S COMPLICATED, I GUESS YOU -- YOU CHOSE

13   NOT, IN YOUR DIRECT, TO EXPLAIN IT TO THE JURY;

14   RIGHT?

15   A    I ANSWERED THE QUESTIONS I WAS ASKED.

16   Q    DO YOU BELIEVE THAT IF YOU'D PUT THESE NUMBERS

17   HERE THAT YOU, THAT YOU CRUNCHED, WOULD THAT HAVE

18   PUT THE JURY IN A BETTER POSITION TO LOOK AT THIS

19   AND USE THEIR COMMON SENSE TO DETERMINE WHETHER THE

20   NUMBERS MADE ANY SENSE IN THE REAL WORLD?

21   A    IF WE PUT THOSE NUMBERS UP, WE'D HAVE TO

22   UNDER -- I MEAN, WE'D HAVE TO EXPLAIN WHAT THEY

23   MEAN.  THEY'RE A DEMAND SLIDE.  IT'S WHAT PEOPLE

24   WOULD BE WILLING TO PAY.  IT'S NOT WHAT THEY

25   ACTUALLY PAY IN THE MARKETPLACE.
```

```
 1    Q    SO THIS IS NOT -- STOP RIGHT THERE.  THIS DOES

 2    NOT INDICATE WHAT PEOPLE WOULD ACTUALLY PAY IN THE

 3    MARKETPLACE FOR ANY OF THESE ITEMS; CORRECT?

 4    A    THAT --

 5    Q    YES OR NO?

 6    A    WHAT?

 7    Q    IS THAT CORRECT?  YES OR NO?  ISN'T THAT WHAT

 8    YOU JUST SAID?

 9    A    THIS RELATES TO IT, BUT IT'S NOT IT, NO.

10    Q    AND SO LET ME GET BACK TO MY QUESTION.  DO YOU

11    THINK IT WOULD GIVE THE JURY A LITTLE BIT MORE OF

12    AN ABILITY TO JUDGE WHAT YOU'RE TELLING THEM IF

13    THEY, IF THEY WERE ABLE TO SEE THESE OTHER NUMBERS

14    SO THEY COULD JUST SEE, RELATIVELY SPEAKING, HOW

15    THESE THINGS RANK AND HOW MUCH YOU'RE SAYING PEOPLE

16    ARE WILLING TO PAY?  DO YOU THINK THAT WOULD HELP

17    THEM ANY?

18    A    YOU'RE ASKING ME, YOU KNOW, WHAT DO THEY

19    BELIEVE.

20              BUT THESE NUMBERS --

21    Q    YOU'RE A TEACHER.  THAT'S WHY I'M ASKING.

22    A    RIGHT.

23    Q    INSTEAD OF SAYING, "I'M A TEACHER, I'M SMART,

24    THESE ARE MY NUMBERS," DO YOU THINK IT WOULD HAVE

25    HELPED THEM ANY TO GIVE THEM THE DATA SO THAT THEY
```

1937

```
 1    CAN ACTUALLY COMPARE WHAT YOU'RE SAYING ABOUT THESE
 2    NUMBERS HERE, 9, 15, ET CETERA, TO THINGS THAT THEY
 3    MIGHT HAVE EXPERIENCE WITH, LIKE HOW MUCH FOR
 4    CAMERA, OR MEMORY, OR NUMBER OF APPS?  DO YOU THINK
 5    THAT WOULD HAVE HELPED THEM OR NOT?  YES OR NO?
 6             IF THE ANSWER IS NO, I'M GLAD TO HEAR IT
 7    AND I CAN GO ON.
 8    A    I CAN SAY THE QUESTION I CAN'T ANSWER YES OR
 9    NO BECAUSE IT'S GOT TO BE DONE CORRECTLY.  YOU
10    CAN'T JUST PUT THE NUMBERS UP.  THEY HAVE TO BE
11    EXPLAINED.
12    Q    WELL, AND YOU BELIEVE YOU DID A SUFFICIENT
13    EXPLANATION OF THOSE NUMBERS IN YOUR DIRECT
14    EXAMINATION?  BECAUSE YOU CAN'T JUST PUT THEM UP,
15    THEY HAVE TO BE EXPLAINED?  DID YOU DO A SUFFICIENT
16    EXPLANATION IN YOUR DIRECT EXAMINATION OF THE
17    NUMBERS YOU DID SHOW?
18    A    I PUT UP THE NUMBERS, YES, AND, IN FACT, I
19    JUST EXPLAINED THEM AND I'LL BE HAPPY TO EXPLAIN
20    THEM AGAIN.
21    Q    NO, NO.  MY QUESTION IS, IN YOUR DIRECT
22    EXAMINATION, DID YOU PUT UP THE NUMBERS AND GIVE A
23    SUFFICIENT EXPLANATION SO THAT THESE JURORS WOULD
24    KNOW WHAT IT MEANS?  YES OR NO?
25    A    I -- I BELIEVE -- YEAH, I'M CONFIDENT IN THOSE
```

```
 1    NUMBERS AND I BELIEVE --

 2    Q    I'M NOT ASKING WHETHER YOU'RE CONFIDENT IN

 3    THEM.  YOU JUST SAID IT TAKES A LOT OF EXPLANATION.

 4            I'M ASKING WHETHER YOU EXPLAINED IT TO

 5    THESE FOLKS IN YOUR DIRECT EXAMINATION.

 6    A    I'M TRYING TO HELP YOU HERE.

 7    Q    WELL, THEN, ANSWER THE QUESTION.

 8    A    THE QUESTION IS, I BELIEVE, YES, THE DIRECT

 9    EXAMINATION GOT THE NUMBERS ACROSS.

10    Q    OKAY.  IF YOU LOOK AT 2578 IN YOUR BINDER, YOU

11    SEE IT'S A BOOK BY BRYAN ORME CALLED GETTING

12    STARTED WITH CONJOINT ANALYSIS.

13    A    I'M SORRY.  2 --

14    Q    IT'S 2578.

15    A    2578, OKAY.

16    Q    AND YOU KNOW MR. ORME?

17    A    YES, I KNOW -- I'VE KNOWN BRYAN FOR A NUMBER

18    OF YEARS.

19    Q    HE'S THE PRESIDENT OF THE SOFTWARE COMPANY,

20    THE -- WHAT WAS IT CALLED?

21    A    IT'S SAWTOOTH SOFTWARE.  YES, I KNOW BRYAN.

22    Q    AND HE'S THE PRESIDENT OF SAWTOOTH SOFTWARE;

23    CORRECT?

24    A    YES.  WELL, I THINK HE IS.  I -- HE MIGHT BE

25    PRESIDENT NOW.
```

1939

```
 1    Q    YOU'VE READ THE BOOK?

 2    A    I READ PARTS OF THE BOOK, YES.

 3    Q    YOU RECOGNIZE IT AS BEING FAIRLY

 4   AUTHORITATIVE?

 5    A    IT'S -- IT'S, YOU KNOW, FAIRLY AUTHORITATIVE,

 6   SURE.

 7    Q    AND IS IT TRUE THAT -- IS THE FOLLOWING TRUE,

 8   THAT "THE IDEA OF CONVERTING UTILITIES TO DOLLAR

 9   VALUES" --

10    A    EXCUSE ME.  WHERE ARE YOU READING FROM?

11    Q    SURE.  THIS IS PAGE 85 WHERE IT SAYS "MONETARY

12   SCALING TRAP."  AND IT SAYS "THE IDEA OF CONVERTING

13   UTILITIES TO DOLLAR VALUES CAN BE APPEALING TO

14   MANAGERS.  BUT SOME APPROACHES TO CONVERTING

15   UTILITIES TO DOLLAR EQUIVALENTS ARE FLAWED.  EVEN

16   WHEN COMPUTED REASONABLY, THE RESULTS OFTEN SEEM TO

17   DEFY COMMONLY HELD BELIEFS ABOUT PRICES AND HAVE

18   LIMITED STRATEGIC VALUE FOR DECISION MAKING."

19         DO YOU AGREE WITH THAT, YES OR NO?

20    A    OF COURSE, BECAUSE WHAT HE SAYS IS THERE'S

21   SOME WAYS THAT ARE FLAWED, AND I WAS VERY CAREFUL

22   NOT TO USE THE FLAWED METHODS.

23    Q    AH.  AND YOU'VE EXPLAINED THOSE SUFFICIENTLY

24   SO THE JURY CAN TRUST YOU ON IT?

25    A    HAVE I GIVEN THEM A COMPLETE CLASS IN SOME
```

1    VERY ADVANCED STATISTICS?  NO, I HAVE NOT.

2    Q    HAVE YOU DONE ANYTHING TO EXPLAIN IT TO THEM?

3    A    I'M DOING THE BEST I CAN.

4    Q    OKAY.  ON PAGE 86, DO YOU SEE IT SAYS IN THE

5    THIRD PARAGRAPH, "EVEN WHEN ACCURATE PRICE

6    SENSITIVITY HAS BEEN ESTIMATED FOR EACH INDIVIDUAL,

7    AN EXAMINATION OF AVERAGE VALUES WILL OFTEN REVEAL

8    THAT RESPONDENTS ARE WILLING TO PAY MUCH MORE FOR

9    ONE FEATURE OVER ANOTHER THAN IS SUGGESTED BY

10   MARKET PRICES."

11             DO YOU AGREE WITH THAT?

12   A    YES, I DO.

13   Q    AND YOU AGREE THAT, THAT ONE OF THE

14   FUNDAMENTAL PROBLEMS WITH ANALYSIS BASED ON THESE

15   DOLLAR VALUES IS THAT THE APPROACH ASSUMES NO

16   COMPETITION BECAUSE THE PRODUCT PURCHASED USUALLY

17   CONSTITUTES A CHOICE AMONG SPECIFIC ALTERNATIVES,

18   BUT COMPETITIVE CONTEXT IS A CRITICAL PART OF THE

19   PURCHASE SITUATION.

20             DO YOU AGREE WITH THAT?

21   A    THAT'S CORRECT.

22   Q    ON PAGE 87, YOU SEE IT GIVES THE EXAMPLE OF

23   ASKING SOMEONE THEIR WILLINGNESS TO PAY FOR A COLOR

24   MONITOR FOR YOUR LAPTOP COMPUTER VERSUS A

25   MONOCHROME SCREEN, AND IT SAYS "ASSUMING WE CONDUCT

1    A CONJOINT ANALYSIS INCLUDING MONOCHROME VERSUS

2    COLOR MONITORS, IT WE COMPUTED YOUR WILLINGNESS TO

3    PAY FOR COLOR OVER MONOCHROME, WE WOULD LIKELY FIND

4    THAT THE INCREMENTAL VALUE OF COLOR OVER MONOCHROME

5    IS WORTH A THOUSAND DOLLARS OR MORE.  BUT HOW

6    MEANINGFUL IS THIS INFORMATION TO A LAPTOP

7    MANUFACTURER GIVEN THE FACT THAT LAPTOPS WITH COLOR

8    MONITORS ARE READILY AVAILABLE ON THE MARKET AT

9    QUITE INEXPENSIVE PRICES."

10        DO YOU AGREE WITH THAT?

11   A    ARE YOU ASKING ME DO I AGREE WITH WHAT BRYAN

12   IS TRYING TO MAKE THE DISTINCTION HERE BETWEEN THE

13   DEMAND SIDE OVER A DEMAND AND SUPPLY, YES, I AGREE

14   WITH BRYAN.

15   Q    THAT -- THESE NUMBERS MAY NOT HAVE ANY

16   RELATIONSHIP TO WHAT PEOPLE ACTUALLY PAY IN THE

17   MARKET; RIGHT?

18   A    NO, THAT'S -- I DON'T AGREE WITH THAT.

19   Q    WELL, LET ME ASK YOU THIS:  IF YOU HAD BEEN

20   ASKED TO DO A CONJOINT ANALYSIS ON -- LET ME GIVE

21   YOU AN EXAMPLE.  IF WE CAN GO TO 3920.016 -- HOLD

22   ON ONE SECOND.  YES, 016.

23        SO IF WE HAD -- IF YOU HAD BEEN ASKED TO

24   DO A CONJOINT ANALYSIS ON SLIDE TO UNLOCK, OR JUST

25   UP AND DOWN SCROLL, OR, YOU KNOW, SIDE SCROLL OR

```
 1     HAVING A VIRTUAL KEYBOARD OR JUST ZOOM OR SWIPE OR

 2     THE FLICK OR JUST DOUBLE TAP OR ROTATE OR MOVING

 3     ICONS OR CUT, COPY, PASTING, PRESS AND HOLD, YOU'RE

 4     GOING TO GET A VALUE FOR EVERY ONE OF THOSE; RIGHT?

 5     A    ONE COULD DO THAT STUDY, YES.

 6     Q    AND YOU'D GET A VALUE FOR EVERY ONE OF THOSE;

 7     RIGHT?

 8     A    RIGHT, SURE.  I MEAN, YOU WOULD -- YOU WOULD

 9     GET AN ACCURATE MEASURE OF HOW MUCH PEOPLE WOULD BE

10     WILLING TO PAY.

11     Q    GO TO THE NEXT PAGE.

12          AND THEN IF YOU DID THE SAME THING FOR

13     SCREEN QUALITY, LIKE HOW GOOD, HOW BRIGHT, HOW MANY

14     PIXELS IN THE GREEN, THE OPERATING SYSTEM, GPS

15     LOCATION SERVICES, BATTERY LIFE, HEADPHONES, BEING

16     ABLE TO MOVE THE TABLET SO IT ORIENTS TO YOU, I

17     MEAN, ALL OF THESE FEATURES, IF YOU DID THE

18     CONJOINT STUDY, YOU'RE GOING TO GET A NUMBER;

19     RIGHT?

20     A    YEAH, WE COULD DO THAT STUDY, ALTHOUGH I

21     WOULDN'T DO ALL OF THESE FEATURES AT THE SAME TIME,

22     BUT YOU COULD DO THAT STUDY.

23     Q    AND IF YOU DID THAT, YOU'D BE PAYING THOUSANDS

24     OF DOLLARS FOR A PHONE IF YOU JUST DID THAT

25     INDEPENDENTLY WITH EACH OF THOSE -- IF YOU DID
```

1    THOSE FEATURES AND PLUGGED THEM INTO THE STUDY YOU

2    JUST DID, THOSE NUMBERS WOULD ADD UP SO THAT PEOPLE

3    WOULD BE PAYING THOUSANDS OF DOLLARS FOR A PHONE

4    THAT THEY'RE REALLY ONLY WILLING TO PAY ABOUT $199

5    FOR?

6    A    WELL, IT'S GETTING A LITTLE BIT COMPLICATE

7    HERE, BECAUSE PEOPLE DO, OVER THE LIFE OF THE

8    CONTRACT, PAY MORE, ANYWHERE FROM 2,000 TO $5,000

9    IF YOU INCLUDE HOW MUCH THEY'RE PAYING.

10           BUT, YES, SOME OF THESE FEATURES CAN BE

11   VALUABLE.

12   Q    AND JUST SO WE'RE CLEAR, IF YOU GO BACK TO

13   3920.015, YOU CHOSE NOT TO GIVE THE JURY ANY

14   NUMBERS HERE TO LET THEM INDEPENDENTLY USE THEIR

15   COMMON SENSE TO SEE WHETHER OR NOT YOUR NUMBERS

16   MADE ANY SENSE; RIGHT?

17   A    WELL, I WAS REALLY FOCUSSED ON THE QUESTION I

18   WAS ASKED, WHICH WAS THE VALUE OF THE PATENTS,

19   THAT'S CORRECT.

20   Q    BUT YOU HAVE TO USE COMMON SENSE WHEN YOU

21   LOOKED AT THESE THINGS TO SEE IF THEY REALLY MAKE

22   ANY SENSE IN THE REAL WORLD.  WOULD YOU AGREE WITH

23   THAT?

24   A    IN FACT, I -- YEAH, I THINK I LOOKED AT COMMON

25   SENSE.  BUT THESE NUMBERS MAKE SENSE TO ME BASED

```
 1    UPON 20 -- NO, HOW MANY, 1975, 35 YEARS OF
 2    EXPERIENCE.  37.
 3    Q    WELL, YOU MIGHT HAVE EVEN MORE THAN THAT MANY
 4    YEARS OF EXPERIENCE AS A CONSUMER IN THIS BOX
 5    HERE -- OOPS, I POINTED THIS AT THEM -- AND IT
 6    WOULD HAVE BEEN NICE IF YOU WOULD HAVE PUT THEM IN
 7    A POSITION WHERE THEY COULD HAVE USED THEIRS.
 8              MR. JACOBS:  OBJECTION, YOUR HONOR.
 9              MR. MCELHINNY:  THAT'S NOT A QUESTION.
10    BY MR. PRICE:
11    Q    IS THAT CORRECT?
12              THE COURT:  I'M SORRY.  LET ME LOOK AT
13    THE QUESTION.
14              LET'S JUST MOVE ON.  GO AHEAD, PLEASE.
15              MR. PRICE:  I'M SORRY, YOUR HONOR.  I
16    COULDN'T HEAR YOU.
17              THE COURT:  WHAT WAS THE QUESTION?  CAN
18    YOU READ IT PLEASE, MS. SHORTRIDGE?
19              MR. PRICE:  LET ME ASK IT AGAIN.  IT'LL
20    BE QUICKER.
21              THE COURT:  GO AHEAD.
22    BY MR. PRICE:
23    Q    YOU SAID YOU'D USE YOUR COMMON SENSE.  YOU'RE
24    NOT AN EXPERT IN COMMON SENSE; RIGHT?
25    A    NO, I'M NOT AN EXPERT IN COMMON SENSE.
```

1945

1     Q    SO IT WOULD HAVE BEEN NICE, YOU'D AGREE, IF

2     YOU WOULD HAVE PRESENTED FIGURES TO THE JURY SO

3     THEY COULD USE THEIR COMMON SENSE IN SEEING WHETHER

4     OR NOT THE NUMBERS YOU PRESENTED SO THEY COULD HAVE

5     USED THEIR COMMON SENSE.  THAT WOULD HAVE BEEN

6     FAIR?

7               MR. JACOBS:  THE FORM OF THE QUESTION IS

8     IMPROPER.

9               THE COURT:  OVERRULED.

10              GO AHEAD.

11              THE WITNESS:  LET ME SEE IF I UNDERSTAND

12    THE QUESTION.

13              MR. PRICE:  IF YOU DON'T UNDERSTAND THE

14    QUESTION, THAT'S FINE.

15              THE COURT:  OKAY.  IT'S 4:04.

16                   **REDIRECT EXAMINATION**

17    BY MR. JACOBS:

18    Q    DR. HAUSER, CAN YOU EXPLAIN TO THE JURY WHY

19    YOU BELIEVE YOUR RESULTS ARE VALID?

20    A    YES, I CAN.  THIS IS CONJOINT ANALYSIS.  WE'VE

21    BEEN -- THIS HAS BEEN USED IN MARKETING RESEARCH

22    SINCE 1971.  WE'VE DONE A LOT OF VALIDATION

23    STUDIES.  WE'VE ACTUALLY HAD PEOPLE MAKE CHOICES.

24    HAVING GIVEN THEM REAL MONEY, THEY MAKE CHOICES.

25              WE DESIGNED THE STUDY AS CAREFULLY AS

1946

1    POSSIBLE TO DETERMINE HOW MUCH PEOPLE WOULD BE

2    WILLING TO PAY FOR THESE FEATURES, AND AS YOU CAN

3    SEE, WE GOT A SUBSTANTIAL AMOUNT.

4            CONJOINT ANALYSIS IS PROBABLY THE MOST

5    USED QUANTITATIVE TECHNIQUE IN MARKETING.  THE

6    LARGEST CORPORATIONS USE IT.  I'VE USED IT FOR AUTO

7    COMPANIES.  I'VE USED IT FOR CAMERAS.  I'VE USED IT

8    FOR SCREW TOP CAPS FOR WINE BOTTLES.  IT'S BEEN

9    VALIDATED MANY, MANY TIMES.

10   Q    AND WHAT ARE THE VALIDATION METHODS FOR THIS

11   PARTICULAR SURVEY THAT YOU CONDUCTED?

12   A    OKAY.  IN THIS PARTICULAR SURVEY, WE DID WHAT

13   ARE REFERRED TO AS HOLD OUT TASKS.

14           FOR EXAMPLE, WE ASKED THE CONSUMER TO

15   MAKE SOME CHOICES.  THEN WE CRUNCHED THE DATA, WE

16   ANALYZED THE DATA, AND THEN WE PREDICT WHAT THEY

17   WOULD ACTUALLY SAY IN THE NEXT QUESTIONS, AND THEN

18   WE COMPARED WHAT THEY WOULD SAY TO WHAT THEY WOULD

19   ACTUALLY DO.

20           AND THE STATISTICS WE GOT WERE DEFINITELY

21   WITHIN THE RANGE IN THE LITERATURE AND WHAT ONE

22   WOULD NORMALLY CONSIDER QUITE HIGH.

23   Q    AND WHAT KIND OF VALIDATION IS THAT?  IS THERE

24   A TERM FOR THAT?

25   A    THAT'S AN INTERNAL VALIDATION, YES.

1    Q    WHY DO YOU BELIEVE THAT'S A SUFFICIENT

2    VALIDATION IN THIS CASE?

3    A    I BELIEVE IT'S A SUFFICIENT VALIDATION BECAUSE

4    IN MANY OTHER STUDIES, INCLUDING A NUMBER I'VE

5    PUBLISHED, THERE'S INTERNAL VALIDATION AND AN

6    EXTERNAL VALIDATION, WHAT PEOPLE ACTUALLY DO WITH

7    REAL MONEY.

8              AND IN ALL CASES, WHEN STUDIES ARE DONE

9    CAREFULLY, THE INTERNAL VALIDATION LINES UP WITH

10   THE EXTERNAL VALIDATION.

11   Q    DID YOU HAVE AN UNDERSTANDING OF THE REASON WE

12   ASKED YOU TO DO THIS SURVEY?

13   A    YES.  I WAS ASKED TO OBTAIN A VALUATION OF

14   WHAT PEOPLE WOULD BE WILLING TO PAY, THE DEMAND

15   SIDE, FOR THE FEATURES AT ISSUE IN THE CASE.

16   Q    AND TO WHAT PURPOSE DID YOU UNDERSTAND YOUR

17   SURVEY WOULD BE USED?

18             MR. PRICE:  OBJECTION.  THIS IS BEYOND

19   THE SCOPE OF CROSS AT THIS POINT.

20             THE COURT:  SUSTAINED.

21             MR. JACOBS:  THANK YOU.

22             NO FURTHER QUESTIONS.

23             THE COURT:  ALL RIGHT.  IT'S 4:06.  ANY

24   RECROSS?

25             MR. PRICE:  JUST ONE SECOND.

1948

```
1          THE COURT:  PLEASE.

2          (PAUSE IN PROCEEDINGS.)

3                RECROSS-EXAMINATION

4    BY MR. PRICE:

5    Q    I FORGOT TO ASK YOU, YOU'RE BEING PAID ABOUT

6    $800 AN HOUR?

7    A    THAT'S MY STANDARD GOING RATE, YES.

8    Q    AND HOW MUCH DO YOU THINK YOU'RE GOING TO END

9    UP GETTING?

10   A    I DON'T KNOW.

11   Q    DO YOU HAVE ANY IDEA HOW MUCH YOU'VE BILLED?

12   A    PRIOR TO COMING HERE?  I'D HAVE TO ASK MY

13   WIFE.

14   Q    SOMETIMES YOU HAVE TO CHECK WITH YOUR SPOUSE

15   BEFORE MAKING THESE MARKETING DECISIONS; RIGHT?

16          YOU REALLY CAN'T TELL US?  I MEAN,

17   REALLY?

18   A    WELL, IT'S -- I'M TRYING TO VISUALIZE THE

19   SPREADSHEET.  I'D HAVE TO CALL MY WIFE.

20          OH, I DON'T KNOW.  TO ACTUALLY DO THE

21   STUDY, IT'S A COMPLICATED STUDY.  30,000, 40,000.

22   Q    THE TESTS YOU TALKED ABOUT, THOSE ARE INTERNAL

23   TESTS WITHIN THE -- WELL, THOSE WERE INTERNAL

24   TESTS; RIGHT?

25   A    WELL, ABSOLUTELY.  THESE WERE WHAT'S KNOWN AS
```

```
 1    INTERNAL VALIDITY, AND --

 2    Q    THAT WAS MY QUESTION.

 3    A    OKAY.

 4    Q    AND AS, AS MR. ORME SAID, THAT SOMETIMES

 5    DOESN'T REALLY LINE UP WITH REALITY IF YOU DID

 6    EXTERNAL TESTS; CORRECT?

 7    A    NO, NO.  IT ALMOST ALWAYS DOES.  WHEN YOU

 8    COMPARE --

 9    Q    OKAY.  YOU SAID IT ALMOST ALWAYS DONE.

10         WE COULD HAVE BEEN ABLE TO TELL THAT

11    INSTEAD OF JUST TRUSTING YOU IF YOU'D ACTUALLY

12    GIVEN US THOSE NUMBERS, RIGHT, ON HOW MUCH PEOPLE

13    ARE WILLING TO PAY FOR MEMORY?

14    A    I THINK YOU'RE GETTING A LITTLE CONFUSED.  AN

15    INTERNAL VALIDITY CHECK IS THE ABILITY TO PREDICT

16    WHAT PEOPLE ARE GOING TO DO, SO PEOPLE BEHAVE THE

17    WAY THEY SAY THEY'RE GOING TO BEHAVE.  THAT'S

18    DIFFERENT THAN LOOKING AT THESE NUMBERS.

19              MR. PRICE:  OKAY.  THANK YOU.

20              THE COURT:  ALL RIGHT.  IT'S 4:08.

21              ANY MORE QUESTIONS.

22              MR. JACOBS:  NO, YOUR HONOR.

23              THE COURT:  ALL RIGHT.  MAY THIS WITNESS

24    BE EXCUSED AND IS IT SUBJECT TO RECALL.

25              MR. JACOBS:  HE MAY, AND HE IS.
```

1950

1              THE COURT:  ALL RIGHT.  SO YOU'RE EXCUSED

2    SUBJECT TO RECALL.  YOU MAY STEP DOWN.

3              THE WITNESS:  THANK YOU.

4              THE COURT:  CALL YOUR NEXT WITNESS,

5    PLEASE.

6              DO WE HAVE A PHOTO FOR MR. HAUSER?

7              ALL RIGHT.  THANK YOU.

8              WHO'S YOUR NEXT WITNESS?

9              MR. LEE:  YOUR HONOR, WE'RE GOING TO CALL

10   MR. TEKSLER AT THIS TIME.  MR. MUELLER WILL PRESENT

11   HIM IF THAT'S ALL RIGHT.

12             THE COURT:  ALL RIGHT.  I DON'T HAVE ANY

13   DIRECT EXHIBITS FOR MR. TEKSLER.  I HAVE THE CROSS.

14             MR. LEE:  I THINK THEY'RE ON THE WAY,

15   YOUR HONOR.

16             THE COURT:  OKAY.

17             MR. MUELLER:  YOUR HONOR, MAY I APPROACH

18   WITH THE PHOTOS?

19             THE COURT:  YES.  THANK YOU.

20             MR. MUELLER:  YOUR HONOR, WE CALL

21   BORIS TEKSLER.

22             THE COURT:  ALL RIGHT.

23             THE CLERK:  WOULD YOU RAISE YOUR RIGHT

24   HAND, PLEASE, BEFORE YOU SIT DOWN.

25   ///