| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 <br><br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE (pro hac vice) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG) <br><br> **DECLARATION OF CYNDI WHEELER IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT)** |

I, Cyndi Wheeler, declare and state as follows:

1.      I am an attorney at Apple Inc. ("Apple").  Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in support of Apple's Administrative Motion to File Documents under Seal (Apple's Motion for Partial Summary Judgment), being filed concurrently, to confirm that certain documents and information contained in Apple's Motion for Partial Summary Judgment and supporting documents are confidential and sealable.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2.      The requested relief is necessarily and narrowly tailored to protect the confidentiality of the information contained in the following documents and exhibits attached therewith.

3.      As part of my role at Apple, I am familiar with the development of Apple's source code and Apple's efforts to ensure that its source code is not disclosed outside of a select group of individuals at Apple.  I understand that Apple's source code is provided with the highest level of protection and security within Apple.  With very few exceptions, Apple's source code is not publicly available.

4.      Physical access to Apple's source code, including its historical source code, is limited to select groups of authorized Apple employees, with access being provided only to portions of code on a need-to-know basis.  Access is limited to employees directly involved in software development, management, and security.  The employees with such access must be approved by management as authorized employees; their accounts must be specifically granted access.

5.      Virtually all of Apple's source code, including the full set of historical source code for entire client and server system software suites, is provided the highest level of

protection and security within Apple because it is not public information and it controls how certain of Apple's software and devices operate. Apple considers its source code to be extremely valuable – indeed, of utmost importance to Apple – and, at least in part, this value exists because Apple's source code is unique to Apple. Apple has invested millions of dollars in conjunction with the development of its source code and considers the development of its source code to be one of its most protected assets.

6. To preserve this uniqueness, Apple does not share its source code with others or make it available to the public. Accordingly, disclosure of information relating to Apple's source code, including source code file names and descriptions of the purpose of such source code files, would cause Apple competitive harm. If this information were to enter the public record, Apple's competitors could utilize such information to copy Apple's valuable source code. The ability to copy Apple's source code would give its competitors an unfair competitive advantage and undermine the investment that Apple has made in developing its source code and particularly the specific source code at issue here.

7. Any dissemination of source code outside the tight controls maintained within Apple's or its counsel's facilities poses the risk of unauthorized disclosure and great injury to Apple. In fact, even in cases such as this one in which source code must be produced (under the strict guidelines of the additional protections and provisions for source code set forth in the Protective Order), Apple does not permit its own experts to have electronic or hard copies of this source code during litigation.

8. Apple's restrictions on access to its source code by third parties and its employees are especially necessary because the electronic nature of source code renders the code easily copied.

9. The specific Apple source code, the references to which we are asking this Court to seal, have always been non-public, and its exposure would cause Apple to lose significant competitive advantage.

10. Exhibit 1 to the Expert Report of Dr. Rinard, which is attached as Exhibit D-1 to the declaration of Jennifer Rho submitted in support of Apple's Motion for Partial Summary Judgment, includes excerpts from source code files used by Apple's "AppleSearch" client and server software, as well as the names of other files and descriptions of their functions. The information provided in Exhibit D-1 to the Rho Declaration could be used to determine how Apple implements features and functionality of this software and otherwise designed its suite of software. Apple considers this information about its source code files to be trade secrets. Public disclosure of this information would be extremely harmful to Apple for the reasons described above. Apple derives independent economic value from its proprietary and confidential source code, and that value thus would be diminished from its public disclosure.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: October 10, 2013          By:      /s/  Cyndi Wheeler
                                          Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45.X.B, I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: October 10, 2013                           /s/ H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: October 10, 2013                           /s/ H. Mark Lyon