1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Counterclaim-Plaintiffs,<br>     v.<br><br>APPLE INC., a California corporation,<br><br>           Counterclaim-Defendant. | |

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
12-CV-00630-LHK (PSG)

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following documents:

1. Portions of the confidential, unredacted version of Apple Inc.'s Motion for Partial Summary Judgment;
2. Portions of the confidential, unredacted versions of Exhibits D-1 and E-6 to the Declaration of Jennifer J. Rho ("Rho Declaration");
3. Exhibits A-1, A-2, B-1, B-2, B-3, B-4, B-5, C-1, C-2, C-4, C-5, C-6, D-2, E-4, E-5, E-6, and E-7 to the Rho Declaration; and
4. Exhibits 1 to 3 to the Declaration of Andrew Cockburn ("Cockburn Declaration").

In support of its motion, Apple has filed the following declarations, as required under Civil Local Rule 79-5 and General Order 62, which provide evidence of compelling reasons for this Court to permit filing under seal: the Declaration of Cyndi Wheeler ("Wheeler Declaration") and the Declaration of Peter Kolovos ("Kolovos Declaration"). Also filed by Apple were a proposed public redacted version of Exhibit D-1to the Rho Declaration, which contains only Apple's confidential information and of which Apple seeks to file portions under seal, and a proposed public redacted version of Apple's Motion for Partial Summary Judgment, of which only portions are sealable. The Wheeler and Kolovos Declarations provide sufficient evidence that the documents listed below are "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a). Apple's request is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for compelling reasons shown, the Court GRANTS Apple's Administrative Motion to Seal (Apple Inc.'s Motion for Partial Summary Judgment).

IT IS HEREBY ORDERED that the confidential, unredacted versions of the following documents shall be filed under seal:

1. Apple Inc.'s Motion for Partial Summary Judgment;
2. Exhibits A-1, A-2, B-1, B-2, B-3, B-4, B-5, C-1, C-2, C-4, C-5, C-6, D-1, D-2, E-4, E-5, E-6, and E-7 to the Declaration of Jennifer J. Rho; and
3. Exhibits 1 to 3 to the Declaration of Andrew Cockburn.

1  The Court further ORDERs that the proposed redacted versions of the above documents
2  already filed by Apple shall remain the publicly-available versions filed on ECF.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                   Hon. Lucy H. Koh
                                   United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
12-CV-00630-LHK (PSG)                              2