JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

THE COURT, having considered Apple Inc.'s Motion for Partial Summary Judgment, the papers submitted by the parties, and argument by counsel, HEREBY ORDERS that Apple Inc. is entitled to judgment under Federal Rule of Civil Procedure 56 as to the following:

1) Infringement of claim 18 of U.S. Patent No. 8,074,172;

2) Infringement of claim 1 of U.S. Patent No. 5,946,647;

3) Infringement of claim 20 of U.S. Patent No. 7,761,414;

4) No anticipation or obviousness of claims 24 and 25 of U.S. Patent No. 6,847,959 based on the so-called WAIS and AppleSearch systems; and

5) Anticipation of claims 1, 4 and 15 of U.S. Patent No. 7,577,757 based on U.S. Patent No. 7,587,446.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                               Hon. Lucy H. Koh
                               United States District Judge