# CONFIDENTIAL EXHIBIT –

# SUBJECT TO PROTECTIVE ORDER

# FILED UNDER SEAL

# COCKBURN EXHIBIT 2