| | |
|---|---|
| JOSH KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone:  650.849.5300<br>Facsimile:   650.849.5333 | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF JENNIFER RHO IN SUPPORT OF APPLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Jennifer Rho, declare and state as follows:

1. I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP. I am counsel for Apple, Inc. ("Apple") and submit this Declaration in support of Apple's Motion for Partial Summary Judgment, filed concurrently herewith. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

**A.  U.S. Patent No. 8,074,172**

2. Attached as Exhibit A-1 is a true and correct copy of excerpts of the Rebuttal Expert Report of Daniel Wigdor, served on September 13, 2013 by Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC (collectively, "Samsung").

3. Attached as Exhibit A-2 is a true and correct copy of excerpts of the transcript of the September 22, 2013 deposition of Daniel Wigdor.

4. Attached as Exhibit A-3 is a true and correct copy of U.S. Patent No. 8,074,172.

**B.  U.S. Patent No. 5,946,647**

5. Attached as Exhibit B-1 is a true and correct copy of excerpts of the Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647, served on August 12, 2013 by Apple ("Mowry Expert Report").

6. Attached as Exhibits B-2 and B-3 are true and correct copies of Exhibits 3-G and 3-M to the Mowry Expert Report, which are, respectively, infringement claim charts for the Samsung Galaxy Nexus and the Samsung Galaxy SIII devices.

7. Attached as Exhibit B-4 is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Kevin Jeffay, served on September 13, 2013 by Samsung.

8. Attached as Exhibit B-5 is a true and correct copy of excerpts of the transcript of the September 24, 2013 deposition of Kevin Jeffay.

9. Attached as Exhibit B-6 is a true and correct copy of U.S. Patent No. 5,946,647.

**C.  U.S. Patent No. 7,761,414**

10. Attached as Exhibit C-1 is a true and correct copy of excerpts of the Expert Report of Dr. Alex C. Snoeren Regarding Infringement of U.S. Patent Nos. 6,847,959 and 7,761,414, served on August 12, 2013 by Apple ("Snoeren Expert Report").

11. Attached as Exhibit C-2 is a true and correct copy of Exhibit 6 to the Snoeren Expert Report.

12. Attached as Exhibit C-3 is a true and correct copy of U.S. Patent No. 7,761,414.

13. Attached as Exhibit C-4 is a true and correct copy of excerpts of the transcript of the October 1, 2013 deposition of Jeffrey Chase.

14. Attached as Exhibit C-5 is a true and correct copy of Exhibit 7-A to the Snoeren Expert Report, an infringement claim chart for the Samsung Admire device.

15. Attached as Exhibit C-6 is a true and correct of Exhibit 7-N to the Snoeren Expert Report, an infringement claim chart for the Samsung Galaxy S III device.

**D.  U.S. Patent No. 6,847,959**

16. Attached as Exhibit D-1 is a true and correct copy of excerpts of the Expert Report of Martin Rinard, Ph.D. Regarding the Validity of Claims 24 and 25 of U.S. Patent No. 6,847,959, served on August 12, 2013 by Samsung ("Rinard Expert Report"), as well as Exhibits 1 and 9 to that report.

17. Attached as Exhibit D-2 is a true and correct copy of excerpts of the transcript of the October 2, 2013 deposition of Martin Rinard.

18. Attached as Exhibit D-3 is a true and correct copy of excerpts of the transcript of the July 12, 2013 deposition of Norbert Fuhr.

19. Attached as Exhibit D-4 is a true and correct copy of excerpts of the transcript of the July 14, 2013 deposition of Ulrich Pfeifer.

20. Attached as Exhibit D-5 is a true and correct copy of excerpts of the transcript of the July 15, 2013 deposition of Norbert Gövert.

21. Attached as Exhibit D-6 is a true and correct copy of U.S. Patent No. 6,847,959.

**E.  U.S. Patent No. 7,577,757**

22. Attached as Exhibit E-1 is a true and correct copy of U.S. Patent No. 7,577,757.

23. Attached as Exhibit E-2 is a true and correct copy of U.S. Patent No. 7,587,446.

24. Attached as Exhibit E-3 is a true and correct copy of U.S. Patent No. 6,671,757.

25. Attached as Exhibit E-4 is a true and correct copy of Samsung's Supplemental Responses to Apple's Fifth Set of Interrogatories (No. 38).

26. Attached as Exhibit E-5 is a true and correct copy of excerpts of the transcript of the October 3-4, 2013 deposition of Daniel Schonfeld.

27. Attached as Exhibit E-6 is a true and correct copy of excerpts of the Expert Report of Dan Schonfeld, PhD. Regarding Infringement of U.S. Patent Nos. 5,579,239 and 7,577,757, served on August 12, 2013 by Samsung ("Shonfeld Expert Report").

28. Attached as Exhibit E-7 is a true and correct copy of excerpts of the Rebuttal Expert Report of Dan Schonfeld Regarding the Validity of U.S. Patent No. 7,577,757, served on September 13, 2013 by Samsung ("Shonfeld Rebuttal Expert Report").

29. Attached as Exhibit E-8 is a true and correct copy of the December 19, 2007 amendment submitted during the prosecution of U.S. Patent No. 7,577,757, produced in this litigation by Samsung bearing bates numbers SAMNDCA630-04259471-82.

30. Attached as Exhibit E-9 is a true and correct copy of the Reply to Office Action dated December 27, 2007 submitted during the prosecution of U.S. Patent No. 7,577,757, produced in this litigation by Samsung bearing bates numbers SAMNDCA630-00834071-84.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: October 10, 2013

                                                          */s/ Jennifer Rho*
                                                          Jennifer Rho

# ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jennifer Rho has concurred in this filing.

Dated: October 10, 2013

                                              /s/ *H. Mark Lyon*

                                              H. Mark Lyon