# CONFIDENTIAL EXHIBIT – SUBJECT TO PROTECTIVE ORDER FILED UNDER SEAL


# EXHIBIT D-1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

**EXPERT REPORT OF MARTIN RINARD, PH.D.**

**REGARDING THE VALIDITY OF**

**CLAIMS 24 and 25 OF U.S. PATENT NO. 6,847,959**

## TABLE OF CONTENTS

**Page**

LIST OF REPORT APPENDICES AND EXHIBITS ................................................................. VIII

I.      INTRODUCTION ........................................................................................................... 1

II.     BASIS FOR OPINIONS .................................................................................................. 2

        A.      Qualifications ........................................................................................................ 2

        B.      Materials Considered ......................................................................................... 15

        C.      Level of Ordinary Skill in the Art .................................................................... 15

III.    TECHNOLOGY BACKGROUND ............................................................................... 16

        A.      Searching for Information in Different Locations Using a Universal
                Interface ............................................................................................................. 16

        B.      Searching Distributed Databases and the Internet ............................................ 26

                1.      Operating Systems Mechanisms ........................................................... 35

                2.      Run-Time System Layer ....................................................................... 37

        C.      Heuristics ........................................................................................................... 38

        D.      SQL .................................................................................................................... 46

IV.     SUMMARY OF OPINIONS ........................................................................................ 47

V.      LEGAL STANDARDS ................................................................................................. 47

        A.      Legal Standard for Prior Art ............................................................................. 47

        B.      Legal Standard for Anticipation ........................................................................ 49

        C.      Legal Standard for Obviousness ....................................................................... 49

        D.      Person of Ordinary Skill in the Art ................................................................... 54

        E.      Legal Standard for Written Description and Enablement ................................... 54

        F.      Legal Standard for Claim Construction ............................................................. 55

        G.      Legal Standard for Indefiniteness ..................................................................... 59

        H.      Legal Standard for Inventorship ....................................................................... 61

        I.      Legal Standard for Conception, Diligence and Reduction to Practice ................ 61

J.      Legal Standard for Priority Date.................................................................62

K.      Incorporation By Reference .......................................................................63

VI.     THE '959 PATENT .............................................................................................63

A.      The '959 Patent Generally .........................................................................63

B.      The '959 Patent Specification ....................................................................64

1.      The '959 Patent File History ...............................................................67

(a)     January 5, 2000, Application [APLNDC630-0000041194] ..........67

(b)     March 10, 2003, Non-Final Office Action [APLNDC630-
        0000041234   1242]...................................................................67

(c)     June 17, 2003 Response to March 10, 2003 Non-Final
        Office Action [APLNDC630-0000041244   1254] ....................68

(d)     July 12, 2003 Final Office Action [APLNDC630-
        0000041257   1269]...................................................................68

(e)     November 7, 2003 Brief of the Appellant [APLNDC630-
        0000041278   1309]...................................................................68

(f)     January 15, 2004, Non-Final Office Action in Response to
        Brief of the Appellant /APLNDC630-0000041310   1322].........69

(g)     June 15, 2004, Notice of Appeal and Supplemental Brief of
        January 15, 2004, Office Action [APLNDC630-
        0000041324   1351]...................................................................71

(h)     September 7, 2004, Notice of Allowability [APLNDC630-
        0000041352   1355]...................................................................71

2.      The '604 Patent File History ...............................................................72

(a)     December 1, 2004, Application [APLNDC630-0000040382]
        .....................................................................................................72

(b)     February 7, 2007, Non-Final Rejection [APLNDC630-
        0000040416 - 40420]...................................................................72

(c)     May 7, 2007, Response to Non-Final Rejection
        [APLNDC630-0000040425 - 40436] ...........................................73

(d)     July 23, 2007, Final Rejection [APLNDC630-0000040450
        - 40458]........................................................................................73

(e)     October 23, 2007, Request for Continued Examination
        and Amendment[APLNDC630-0000040464 - 40478].................74

(f)     January 25, 2008, Non-Final Rejection [APLNDC630-0000040491 - 40500]................................................77

(g)     April 23, 2008 Amendment [APLNDC630-0000040504 - 40512]................................................................77

(h)     July 11, 2008, Final Rejection [APLNDC630-0000040516 - 40528]................................................................78

(i)     December 11, 2008, Amendment [APLNDC630-0000040547 - 40558]................................................................79

(j)     December 26, 2008 Non-Final Rejection [APLNDC630-0000040562 - 40576]................................................81

(k)     April 27, 2009, Amendment [APLNDC630-0000040594 - 40604]................................................................82

(l)     July 8, 2009, Final Rejection [APLNDC630-0000040611 - 40627]................................................................82

(m)     October 8, 2009, Request for Continued Examination [APLNDC630-0000040642 - 40647]............................83

(n)     February 5, 2010, Appeal Brief [APLNDC630-0000040667 - 40686]................................................................83

(o)     May 7, 2010, Rejection [APLNDC630-0000040692 - 40703]................................................................84

(p)     September 13, 2010, Amendment and Remarks [APLNDC630-0000040723 - 40735]............................85

(q)     November 29, 2010, Final Office Action [APLNDC630-0000040743 - 40758]................................................87

(r)     January 31, 2011, Reply After Final Action [APLNDC630-0000040772 - 40774]................................................87

(s)     February 12, 2011, Non-Final Rejection [APLNDC630-0000040777 - 40790]................................................87

(t)     June 14, 2011, Request for Reconsideration [APLNDC630-0000040807 - 40812]................................................87

(u)     September 2, 2011, Notice of Allowance [APLNDC630-0000040820 - 40828]................................................88

3.     Priority Date................................................................88

VII.     ASSERTED CLAIM SCOPE AND CLAIM INTERPRETATION ................................88

A.  "Heuristic" ........................................................................................90

VIII.  THE PRIOR ART ................................................................................95

A.  WAIS ..................................................................................................95

1.  The Client.................................................................................98

2.  The Server..............................................................................104

3.  Searching in WAIS ...............................................................112

4.  The Communication Protocol ...............................................114

5.  FreeWAIS-sf ..........................................................................114

B.  Sherlock ...........................................................................................122

C.  Newton running Hemlock .................................................................130

1.  Newton 2.0 Was Designed as a Mobile Internet Device .......130

2.  The Newton Operating System ..............................................132

3.  The Universal or Global Find on the Newton........................133

4.  The Newton Intelligent Assistant...........................................142

5.  Hemlock Search Tool on the Newton ....................................144

D.  Metacrawler ......................................................................................146

1.  Overview.................................................................................147

2.  MetaCrawler Architecture .....................................................148

3.  MetaCrawler Integration with Clio Local Search..................151

E.  AppleSearch ......................................................................................154

1.  History of AppleSearch..........................................................155

2.  AppleSearch Architecture ......................................................156

3.  Locating Information in Local Storage Media........................160

4.  Locating Information on the Internet......................................161

5.  Searching Local Storage Media and Internet Storage Media In
Parallel ...................................................................................162

F.  Evans.................................................................................................163

G.      Jensen ...................................................................................................165

H.      U.S. Patent No. 7,653,614 to Smith ...................................................165

I.       Legall ....................................................................................................166

J.       Grossman ...............................................................................................168

K.      U.S .Patent No. 5,855,015 to Shoham ................................................171

L.       Analysis and Video Demonstrations of Prior Art Software................180

        1.      WAIS ...........................................................................................180

        2.      AppleSearch .................................................................................182

        3.      Newton version 2.0 running Hemlock ........................................184

        4.      Sherlock 2 ....................................................................................185

IX.     ANALYSIS OF THE VALIDITY OF THE '959 PATENT ...........................................186

A.      Anticipation ..........................................................................................186

        1.      AppleSearch System .....................................................................186

        2.      U.S. Patent No. 5,926,808 to Evans..............................................186

        3.      MetaCrawler System .....................................................................187

        4.      WAIS System .................................................................................187

B.      Obviousness ..........................................................................................188

        1.      The Scope and Content of the Prior Art........................................190

                (a)     The AppleSearch System.................................................191

                (b)     U.S. Patent No. 5,926,808 to Evans................................191

                (c)     U.S. Patent No. 6,834,276 to Jensen..............................191

                (d)     U.S. Patent 6,005,565 to Legall .....................................192

                (e)     MetaCrawler System.......................................................192

                (f)     Newton running Hemlock................................................192

                (g)     The Sherlock System .....................................................193

                (h)     U.S. Patent No. 7,653,614 to Smith...............................193

(i)  The WAIS System ...................................................................193

(j)  The Asserted '959 Patent Claims Are A Combination of
     Well Known Prior Art Elements....................................................194

     (i)  Receiving an information identifier was well known......194

     (v)  Applying an information identifier separately to
          each heuristic was known ..................................................210

2.  The Combinations in the '959 Asserted Patent Claims are
    Predictable...............................................................................211

3.  The Combinations In The '959 Asserted Patent Claims do not
    Yield any Unpredictable Results .............................................212

4.  One of Ordinary Skill in the Art would have been Motivated to
    Pursue the Claimed Combinations through Market Forces and
    Trends ......................................................................................212

    (a)  Differences Between the Prior Art and the Claims at Issue.........217

         (i)  AppleSearch in Combination with the Knowledge
              of a Person of Ordinary Skill in the Art Renders the
              '959 Asserted Claims Obvious ........................................218

         (ii)  Evans in Combination with the Knowledge of a
               Person of Ordinary Skill in the Art Renders the '959
               Asserted Claims Obvious................................................219

         (iii)  Evans in Combination with Grossman, further in
                Combination with Sherlock, further in Combination
                with the Knowledge of a Person of Ordinary Skill in
                the Art Renders the '959 Asserted Claims Obvious ........219

         (iv)  Jensen in Combination with Shoham, further in
               Combination with the Knowledge of a Person of
               Ordinary Skill in the Art Renders the '959 Asserted
               Claims Obvious................................................................220

         (v)  Legall in Combination with Shoham, further in
              Combination with Sherlock, further in Combination
              with the Knowledge of a Person of Ordinary Skill in
              the Art Renders the '959 Asserted Claims Obvious ........221

         (vi)  MetaCrawler in Combination with the Knowledge
               of a Person of Ordinary Skill in the Art Renders the
               '959 Asserted Claims Obvious ........................................221

         (vii)  Newton running Hemlock in Combination with
                Sherlock, further in Combination with the

Knowledge of a Person of Ordinary Skill in the Art Renders the '959 Asserted Claims Obvious ...................222

(viii)  Smith in Combination with Shoham, further in Combination with the Knowledge of a Person of Ordinary Skill in the Art Renders the '959 Asserted Claims Obvious..............................................223

(ix)  Sherlock in Combination with the Knowledge of a Person of Ordinary Skill in the Art Renders the '959 Asserted Claims Obvious..................................225

(x)  WAIS in Combination with the Knowledge of a Person of Ordinary Skill in the Art Renders the '959 Asserted Claims Obvious..................................226

(b)  Level of Ordinary Skill in the Art................................227

(c)  Secondary Considerations Set Forth in *Graham* Do Not Alter the Conclusion of Obviousness ..........................228

(i)  No Commercial Success Attributed to the Purported Invention ........................................................229

(ii)  No Evidence of Industry Recognition Or Praise..............240

(iii)  No Evidence of Copying................................................242

(iv)  No Evidence of Failure of Others ...................................245

(v)  No Evidence of Long-Felt but Unsolved Need...............247

(vi)  Other Secondary Considerations....................................249

C.  Lack of Written Description and Enablement ....................................251

1.  Lack of Written Description ...................................................251

2.  Non-Enablement ...................................................................257

D.  Indefiniteness ...........................................................................258

X.  OTHER COMMENTS..................................................................269

## LIST OF REPORT APPENDICES AND EXHIBITS

| Appendix No. | Description |
|---|---|
| Appendix 1 | List of materials relied upon |
| Appendix 2 | Curriculum Vitae of Martin Rinard, Ph.D. |
| Exhibit 1 | Invalidity Claim Chart for AppleSearch |
| Exhibit 2 | Invalidity Claim Chart for Evans |
| Exhibit 3 | Invalidity Claim Chart for Jensen |
| Exhibit 4 | Invalidity Claim Chart for Legall |
| Exhibit 5 | Invalidity Claim Chart for MetaCrawler |
| Exhibit 6 | Invalidity Claim Chart for Newton Running Hemlock |
| Exhibit 7 | Invalidity Claim Chart for Sherlock |
| Exhibit 8 | Invalidity Claim Chart for Smith |
| Exhibit 9 | Invalidity Claim Chart for WAIS |
| Video Exhibits 1-11 | Video demonstration of AppleSearch |
| Video Exhibit 12 | Video demonstration of Sherlock |
| Video Exhibit 13 | Video demonstration of Newton running Hemlock |
| Video Exhibits 14-38 | Video demonstration of WAIS |

## I.   <u>INTRODUCTION</u>

1.      My name is Martin C. Rinard. I have been retained to testify as an expert in this action on behalf of defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung" or "Defendants").   For this report, I have been asked to provide analysis and expert opinions on the following topics: (a) the disclosures of U.S. Patent Nos. 6,847,959 (the "'959 patent"); (b) interpretation of the terms of the claims in the '959 patent; and (c) the validity of claims 24 and 25 of the '959 patent (the "Asserted Claims"), including validity in light of prior art.[1]

2.      I am being compensated for my work on this case at my standard consulting rate of $850 per hour.   I am also being reimbursed for expenses that I incur.   My compensation is not contingent upon the results of my analysis or the substance of my testimony.

3.      I expect to be called to provide expert testimony regarding opinions formed resulting from my analysis of the issues considered in this report if asked about those issues by the Court or by the private parties' attorneys.   If asked to do so, I may also provide testimony describing information retrieval techniques in the field, and the history and use of those information retrieval techniques.   I may also discuss my own work, teaching, and publications in the field, and knowledge of the state of the art in the relevant time period.   I may rely on handbooks, textbooks, technical literature, my own personal experience in the field, and other relevant materials and/or information to demonstrate the state of the art in the relevant period and the evolution of relevant technologies.

---

[1]      I understand that on August 11, 2013, counsel for Apple informed counsel for Samsung that (1) Apple would no longer assert claim 27 of the '959 patent, (2) Apple would soon file a stipulation of dismissal regarding this claim, and (3) Apple would not address claim 27 in its expert reports on infringement.   Based on Apple's commitment to dismiss claim 27 from the case and its representation that its expert report on alleged infringement of the '959 patent will not address claim 27, I understand that claim 27 is no longer at issue in this case, and therefore do not address claim 27 of the '959 patent in this report.

4.      I reserve the right to modify or supplement my opinions, as well as the basis for my opinions, in light of any documents, testimony, or other evidence that may emerge during the course of this matter, including additional deposition testimony or newly-produced documents, including additional source code productions by Apple and/or depositions relating to such source code.

5.      In reaching the conclusions described herein, I have considered the documents and materials identified in Appendix 1.   My opinions are also based upon my education, training, research, knowledge, and personal and professional experience.

6.      It is my understanding that discovery is still ongoing.    For example, I understand that the parties are still taking depositions, submitting declarations and updating written discovery.   I reserve the right to modify or supplement my opinions, as well as the basis for my opinions, in light of any documents, testimony, or other evidence that may emerge during the course of this matter, including depositions that have yet to be taken.

7.      It is also my understanding that Apple may submit an expert report responding to this report.   I reserve the right to rebut any positions taken in that report.

## II.      <u>BASIS FOR OPINIONS</u>

### A.      <u>Qualifications</u>

8.      My experience and education are detailed in my curriculum vitae, which is attached as Appendix 1 to this report.

9.      I am currently a tenured Professor in the Department of Electrical Engineering and Computer Science and a member of the Computer Science and Artificial Intelligence Laboratory at the Massachusetts Institute of Technology. Prior to my position at MIT, I held an academic position at the University of California, Santa Barbara.   I have published over 100 papers in refereed workshops, conferences, and journals in the areas of programming languages,

a specific category or area of search is held to be valid, I note that, as described in detail below and in the attached exhibits to my report, the prior art that I cite contains such software.

298.   I reserve the right to amend my opinions if and when Apple provides further clarification on what it understands to be the plain and ordinary meaning of this term.

299.   I reserve the right to supplement the opinions provided in this Report should the Court provide any additional constructions.

## VIII.   THE PRIOR ART

### A.   WAIS

300.   The Wide Area Information Server ("WAIS") was a search system that enabled users to for information located in multiple locations, including local storage media or the Internet, through a single, universal interface.

> **WAIS** (Wide Area Information Server) is an information system designed to help users find information *locally or on the Internet*.   Information sources may be *local or remote*.   From these information sources, which may be located anywhere on the Internet, WAIS software makes it possible for users to search for and select documents.   A search is started with a query consisting of a sequence of key words.   Search queries are formulated in natural language.

*Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 86.

301.   "The goals of developing WAIS are . . . to facilitate use via a uniform interface, which is capable of accessing numerous information servers     regardless of their location. Users then are not required to be familiar with the various systems of the information server." *Id.* at 86-87; s*ee, also, An Information System for Corporate Users: Wide Area Information Servers*, Kahle and Medlar, Reprinted from ONLINE, September 1991, KAHLENDCA630-00000593/SAMNDCA630-00943190 at 94 ("One of the ***primary objectives*** of the project is to ***allow a user to retrieve personal, corporate, and wide area information through one easy-to-use interface***."); *id.* at 95 ("From the ***user's point of view***, a server is a source of information. It can be ***located anywhere*** that one's workstation has access to: ***on the local machine, on a***

*network, or on the other side of a modem*."); *see also Wide Area Information Servers: An Executive Information System for Unstructured Files*, Kahle, *et al*., Electronic Networking: Research, Applications and Policy; Vol. 2, No. 1, Spring 1992, KAHLENDCA630-00000101 at 163 ("The data can *reside* on distributed servers *anywhere* on a wide area network, giving the users access to *personal, corporate, and published information from a single interface*."); *id*. at 164 ("The WAIS architecture was *intended* to have the following characteristics . . . *Uniform interface* - a variety of databases, whether *personal, corporate, or* **published, must be accessible from the same user interface**."); *WAIS:   Wide Area Information Servers*, Thinking Machines,  KAHLENDCA630-00009500-01  ("WAIS--The  Wide  Area  Information  Servers system--is an electronic publishing software set which allows you to search out and retrieve multimedia information from databases anywhere in the world. This information can be *drawn from data stored on your own desktop, in your organization's mainframe or in a supercomputer on another continent*."); *For Shakespeare, Just Log On*, Markoff, New York Times, July 3, 1991, KAHLENDCA630-00011172 at 73 ("*WAIS delivers information over the Internet*."); *Wide Area View*, Internet World, September 1995, KAHLENDCA630-00005716 at 97 ("WAIS is *an Internet tool for searching for information*."); *Wide Area Information Servers (WAIS)*, Christian and Gauslin, Information Systems Development, 1992, KAHLENDCA630-00000403 ("Information servers can be local (on *the workstation* . . . as well as remote (accessible now via *TCP/IP* and X.25 networks or asynchronous dial-up access in the future)"); *Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 at 44 ("A WAIS server can be *located anywhere* that one's workstation has access: *on the local machine, on a network, or on the other end of a modem*."); *WAIS:   Wide Area Information Servers*, Thinking Machines, KAHLENDCA630-00009500 ("With over 100 databases and 5,000 users worldwide, WAIS is rapidly becoming *a standard for information*

*distribution within the Internet* environment.   Much of the software is currently available for free use."); *WAIS, A Sketch of an Overview*, Kellem, September 23, 1991, SAMNDCA630-00003841 at p.1 ("a set of programs (or, more specifically, a protocol) that allows users to search and access different types of information from a single interface. . . .   The information can reside anywhere and on many different computer systems.").

302.   WAIS developers recognized that "it is **key** to have **one interface** that can address **large numbers of databases**. And **not just external databases**: Your own personal e-mail and your corporate files as well as wide-area information should be accessible from **one point-and-click interface**."   *Wide Area View*, Internet World, September 1995, KAHLENDCA630-00005716 at 99.   The creator of WAIS stated that "Most people find their own information to be the **most important**, their group's information somewhat less important, and wide-area information even less."   *Id.*

303.   *An Information System for Corporate Users: Wide Area Information Servers*, Kahle,     Reprinted     from     ONLINE,     September     1991,     KAHLENDCA630-00000593/SAMNDCA630-00943190 at 94 discloses:

> With WAIS, the user selects *a set of sources* to query for information, and then formulates a question. When the question is run, the system *automatically asks all the servers for the required information* with no further interaction necessary by the user. The documents retrieved are sorted and consolidated in *a single place*, to be easily manipulated by the user. The user has *transparent access to a multitude of local and remote databases*.

*See also*, *Wide Area Information Servers: An Executive Information System for Unstructured Files*, Kahle, *et al.*, Electronic Networking: Research, Applications and Policy; Vol. 2, No. 1, Spring 1992, KAHLENDCA630-00000101 at 167.

304.   Therefore, "[f]rom the user's point of view," the "source of information" "can be located anywhere: on the local machine, on a network, or on the other side of a modem."   *Wide Area Information Servers: An Executive Information System for Unstructured Files*, Kahle, *et al.*,

Electronic Networking: Research, Applications and Policy; Vol. 2, No. 1, Spring 1992, KAHLENDCA630-00000101 at 167; *see also Roles of Electronic Publishing on Campus*, Kahle, 1991, KAHLENDCA630-00002940 at 41 ("From the user's point of view, a server is a source of information.   It can be ***located anywhere*** the user has access to: ***on the user's own workstation, organization network, a wide area network, or a system connected by modem***.")

305.    "The public domain WAIS software is written in C and has been ported to a variety of platforms.   The client software is available for a range of UNIX workstations (including Sun and Data General) in the X Window System, MS-DOS in either Windows 3.0 (using Dynamic Link Libraries) or character mode, the Apple Macintosh, and the NeXT computers, plus DEC VMS, IBM VM, and the Connection Machine, among others . . . .   ***In all instances explored so far, searching sources either locally or on the Internet occurs in a matter of seconds***."   *Wide Area Information Servers (WAIS)*, Christian, Information Systems Development, 1992, KAHLENDCA630-00000403.

### 1.    The Client

306.    The client refers to the component of the WAIS system located on the user's computer and includes the universal interface and heuristics for locating information.   Multiple clients and interfaces were available for different computer systems, such as Unix, Apple, Microsoft, and Next computer systems.   *See, e.g.*, *The Promise of the WAIS Protocol*, UNIX Today!, December 1991, located in Proceedings for Wide Area Information Server Workshop, February 3-4, 1992, MCNC Conference, CORNELLNDCA630-00000058 at 80, SAMNDCA630-07330038, KAHLENDCA630-00013891 at 912 ("Not surprisingly, WAIS is already being used to connect archive sites on the Internet running ***on various Unix-based machines as well as proprietary systems such as Macintosh and NEXT***."); *Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 ("This

article describes five interfaces to distributed systems of servers that have been designed and implemented: WAIStation for the Macintosh, XWAIS for X-Windows, GWAIS for Gnu-Emacs, SWAIS for dumb terminals"); *see also* Proceedings of SIGWAIS-II, Library of Congress, July 23, 1993, KAHLENDCA630-00006381 at 488:



307.   One such client was Xwais, "a freeware WAIS client program for X-Windows developed by Jonathan Goldman at Thinking Machines" that included the Xwais interface. *WAIS Software Technical Description*, Version 2, October 1994, KAHLENDCA630-00012188 at 81;   *see   also*   KAHLENDCA630-00002689;   KAHLENDCA630-00003072;

KAHLENDCA630-00012302;    KAHLENDCA630-00012489;    KAHLENDCA630-00012973;

KAHLENDCA630-00013130;                         KAHLENDCA630-00013891/SAMNDCA630-

07330038/CORNELLNDCA630-00000058; *Expansion of the FreeWAIS Server*, Tung, 1994,

SAMNDCA630-06029163 at 315-20; *The Promise of the WAIS Protocol*, UNIX Today!,

December 1991, Proceedings for Wide Area Information Server Workshop, February 3-4, 1992,

MCNC          Conference,          KAHLENDCA630-00013891-912/SAMNDCA630-

07330038/CORNELLNDCA630-00000058; *WAIS: The Wide Area Information Server or*

*Anonymous What???*, Marshall, The University of Western Ontario, 1992, KAHLENDCA630-

00000206/SAMNDCA630-04386277      at      213;      ASIS      Mid-Year      Meeting,      1992,

KAHLENDCA630-00008958 at 9099; KAHLENDCA630-00010117.

308.    "Xwais is a graphic user interface with which a user can interactively perform an

information search.    Xwais runs on X-Windows.    Documents of different document types can

be displayed by using corresponding specifications in X-Resources.    For example, a document

of the postscript type can be displayed by using ghostview . . . .    The xwais application is

divided into two separate applications:    xwais, the simple interface for selecting database

descriptions and stored queries; and xwaisq, an interface with which a user can perform the

actual information search.    Xwais supports search queries, relevance feedback, document

display and database selection." *Expansion of the FreeWAIS Server*, Tung, 1994,

SAMNDCA630-06029163 at 315.

### X-Windows Based Interface for WAIS: XWAIS

| XWAIS at a Glance | |
|---|---|
| Target Machine | X-Windows terminals on UNIX machines |
| Effort | 4 person-months |
| Number of Users | 500 |
| Status | Finished, freely distributed |
| Language | C |
| Communications | TCP/IP |
| Designer | Jonathan Goldman |
| Organization | Thinking Machines |
| Availability | Available anonymous FTP from /public/wais/wais*.tar.Z@think.com |
| Design Goals | Copy WAIStation so that we can leverage one design, portable, and based only on freeware. Display data in many different formats (image, text, etc.). |
| Used | Used in the Internet experiment. Heavy use by X users within Thinking Machines and outside. |

*Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 at 48.



FIG. 6.  The XWAIS interface, including the Questions and Sources windows, and an open question.

*Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 at 49.

309.   "To start the search in the query window from figure A.5, the desired database must first be selected, e.g., journal.src, using the 'Add Source' button." *Expansion of the*

*FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 318.   "Clicking on the 'Search' button will activate the search."   *Id.*

310.   As discussed in more detail elsewhere in this report, I installed and used the Xwais client that was included in the freeWAIS-sf 2.0.65 distribution.

311.   WAIStation was another client that "gives you access to sources of information ranging from files stored on your own computer's disks to electronic libraries across the country. Moreover, it lets you search through any combination of these sources in a single, integrated search.   You choose which sources are to be used for which searches; you can change your mind at any stage during the search."   *WAIStation User Guide*, Prototype Version, v. 0.57, February   14,   1991,   KAHLENDCA630-00000571/SAMNDCA630-00944300   at   74. "WAIStation enables users to retrieve information from the DowQuestTM document retrieval system at Dow Jones News/Retrieval,® the Connection Machine® Document Retrieval System, your local Macintosh, and any other database server that supports the WAIS protocol."   *Id.* at 71.

**WAIStation: An Interactive Query Interface**

WAIStation at a Glance

| | |
|---|---|
| Target Machine | Macintosh Plus and above, 9" Mono-chrome screen |
| Effort | 1 person-year |
| Number of Users | 2000 |
| Status | Finished, freely distributed |
| Language | ThinkC |
| Communications | TCP/IP and Modem (not supported) |
| Designer | Harry Morris |
| Organization | Thinking Machines |
| Availability | Available for anonymous FTP from /public/wais/WAIStation*.sit.hqx @think.com |
| Design Goals | Implementable quickly, support interactive queries well, changeable based on user's comments, make something very simple to learn (partner friendly). Try out many ideas: interactive queries, passive alerting, asking multiple servers. |
| Used | In a study with accountants and tax consultants at KPMG: very good user acceptance. In the Internet experiment: estimated that half of the uses of WAIS are using WAIStation. (Based on when the directory of servers did not work for Macintoshes, usage dropped to half). |

*Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 at 44.



**Figure 1. Sources are dragged with the mouse into the Question Window. A question can contain multiple sources. When the question is run, the program asks for information from each included source.**

*Wide Area Information Servers: An Executive Information System for Unstructured Files*, Kahle, Vol. 2, No. 1, Spring 1992, KAHLENDCA630-00000101 at 165.; *see also, WAIStation User Guide*, Prototype Version, v. 0.57, February 14, 1991, KAHLENDCA630-00000571/SAMNDCA630-00944300 at 77.

## 2.    The Server

312.    "[T]he WAIS server is the information provider." *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 87.   "The WAIS server is a process that processes requests from the WAIS client, in which it accesses the WAIS databases that are located on the same machine of the server." *Id.* at 238.   "A WAIS server can be located anywhere that one's workstation has access: on the local machine, on a network, or on the other end of a modem." *Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 at 44; *see also The Promise of the WAIS Protocol*, UNIX Today!, December 1991, Proceedings for Wide Area Information Server Workshop, February 3-4, 1992, MCNC          Conference,          KAHLENDCA630-00013891/CORNELLNDCA630-00000058

/KAHLENDCA630-00008314 at 911 ("In the UNIX Today! labs, I decided to put together a small heterogeneous network and run WAIS.   Acting as the WAIS server system (and also a client) was a NeXTstation.")

313.   "A WAIS database contains information the user wishes to search through, and is generated and managed by the WAIS server through indexing."   *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 87.   "[T]he WAIS server accesses one or more WAIS databases simultaneously."   *Id.*   The WAIS server contains a search engine for searching information located in databases.   *Id.* at 240.   Databases can store "any of the items, be they text, picture, video, sound, or whatever."   *An Information System for Corporate Users: Wide Area Information Servers*, Kahle, Reprinted from ONLINE, September 1991, KAHLENDCA630-00000593 at 95.   For example:

The following parse formats are supported by WAIS:

**dash**   In the dash format, documents are separated from one another by at least 20 dash characters "-". The line that follows the line containing the dash characters forms a headline. This format is useful for single files that contain multiple documents.

**dvi**   The dvi format is for device independent printer output files. The filename forms the headline. Each file is a document. All valid words in the file are indexed.

**filename**   In the filename format, each file is a document. The filename forms the headline. The content of the file is not indexed. This format is useful for binary files.

**first-line**   In the first-line format, each file contains one document. The first non-blank line forms the headline. The remainder of the file is indexed.

**first-words**   The first-words format is like the first-line format. The headline consists of the first 100 characters in a file.

**gif**   The gif-format is for CompuServe's popular Graphics Interchange Format files. A file is one document. The filename forms the headline. The content of the file is not indexed.

**mail-digest**   In the mail-digest format, one file contains multiple mails, with each mail being considered one document. The subject line forms the headline. The content of the mail is indexed.

**mail-or-rmail**   The mail-or-rmail format is for Unix mail files and is interpreted in the same way as the mail-digest format.

**netnews**   The netnews format is for Internet network news files. Each file contains multiple news pieces. A news piece is one document. The subject line forms the headline. The content of the news is indexed.

**one-line**   In the one-line format, each line in a file is viewed as a document. At the same time, this line also forms the headline.

**paragraph**   In the paragraph format, each paragraph is separated by a blank line. The first line of the paragraph forms the headline. The content of the paragraph is indexed.

**pict**   The pict format is for Apple PICT image files. A file is viewed as a document, with the filename forming the headline.

**ps**   The ps format is for PostScript files. The filename forms the headline. All valid words in the file are indexed.

**text**   In the text format, each file is a document. The filename forms the headline. The content of the file is indexed. This format is useful for collections consisting of multiple separate files. This format is the standard format in WAIS.

**source**   The source format is for files in the format of the source description structure, which is generated by the WAIS indexer. They are interpreted as in the text format.

**tiff**   The tiff format is for Tagged Interchange File Formats. A file is viewed as a document, with the filename forming the headline. The content of the file is not indexed.

*Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 232-33.

314.   Clients can access databases that are stored in local storage media or the Internet. Each database in a server, *i.e.*, a source of information, has a corresponding source description file. These source description files include the necessary information to connect to local databases or databases on the Internet through TCP/IP:

A database description is used by the WAIS client to address a server to gain access to its database.   It is selected by the client prior to each query.   Database descriptions are generated automatically during indexing or can be selected through the WAIS database under the name directory-of-servers (see also section 3.5.4).   However, they can also be generated interactively with the WAIS client. During indexing, either a fixed number of terms that occur with the greatest frequency are searched for by accessing the WAIS index, or the externally specified words are written as key words into the database description.

The basic idea of the database description consists in establishing conceptual links between an information seeker and an information provider.   A database description allows an information provider to provide specific information to an information seeker.   Specifically, this includes the address of the server, the name of the database, the cost of using it, etc.

*Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 224.

The database description ('`database.src`') serves for two purposes:

- The description is used by some clients to extract connection information. This might be hostname/ip-address and port or the location of the index files for local searches. See Section 3.2.2.5 [LOCAL_SEARCH], page 8.

*freeWAIS-sf     UNIDO Edition 0.5*, University of Dortmund, Pfeifer, 1995, SAMNDCA630-00822283 at 304;   *see also*   FUHRNDCA630-00000009; FUHRNDCA630-00000001/SAMNDCA630-05349929 at doc/SF/fwsf.ps.

315.    For example, the following source description file provides only the local file path

to the database, and thus, there database can only be accessed locally:

```
(:source
    :version  2
    :database-name  /usr/local/ls6/src+data/src/freeWAIS-sf-2.0/FIELD-EXAMPLE/test
    :cost 0.00
    :cost-unit :free
    :maintainer  pfeifer@buster
    :keyword-list (
                   fuhr
                   pfeifer
                   )
```

*freeWAIS-sf     UNIDO Edition 0.5*, University of Dortmund, Pfeifer, 1995, SAMNDCA630-00822283 at 304-05;   *see also*   FUHRNDCA630-00000009; FUHRNDCA630-00000001/SAMNDCA630-05349929 at doc/SF/fwsf.ps.

316.    Another source description file, shown below, provides the necessary TCP/IP

information to connect to the database through the Internet:

```
(:source
  :version 3
  :ip-address "129.217.20.190"
  :ip-name "buster"
  :tcp-port 210
  :database-name "test"
```

*freeWAIS-sf    UNIDO Edition 0.5*, University of Dortmund, Pfeifer, 1995, SAMNDCA630-00822283 at 305; *see also* FUHRNDCA630-00000009; FUHRNDCA630-00000001/SAMNDCA630-05349929 at doc/SF/fwsf.ps.

317.    WAIS offers two mechanisms to search information stored on the local storage media.   First, the WAIS client uses the same TCP/IP communications mechanism as it would if it were searching for information located on the Internet, sometime referred to as "loop-back." With this approach, the communication is directed to the WAIS server, which happens to be running on the same machine as the WAIS client.   The operating system on the machine will correctly forward the communication along within the machine from the WAIS client to the WAIS server.   The end result is that the WAIS server can locate information stored in local storage media of the machine running the WAIS client.

318.    Second, WAIS supports databases that are only available for local searches to the client on the same computer - in other words, for searches that come from WAIS clients running on the same machine as the database.   WAIS clients can optionally be compiled to include WAIS server code so that they can search these local WAIS databases by directly invoking the client's own WAIS server code instead of using the TCP/IP communications mechanism.   In this case, the WAIS client would include the server code, including instructions that implement any heuristics that the server implements.

319.    The WAIS installation provides the user to setup the client to include the WAIS server code.   For example:

## A.2   Installation

The software is installed using *sh-script*, in which it is necessary only to answer certain questions. The sh-script is generated using the GNU autoconf[1] tool. This eliminates the need for a makefile for each individual system.  The following are possible prompts for installation:

**configure** Here, the following questions must be answered interactively:

```
Do you want to use your system regexp.h (no)?

Ok, will use my own regxep.h
Will you have HEADLINE files greater than 16 MB (no)?

Ok, no huge headlines; old indexes remain valid

You can compile freeWAIS-sf with it's own ctype package. You
should do this, if you want to use special (country specific)
chars, which are not supported by your systems ctype.
Use your systems ctype (no)?

Ok, will use my own ctype

I will now ask for your special letters. If you do not want
to give the now, edit Default.tmpl after this configure run.
Input your upper case letters in the same order than your
lower case letters. toupper() and tolower() depend on this
order. Input letters wich are upper and lower case in both
strings.
What are your lower case letters ()?

What are your upper case letters ()?

You can compile and link the clients with the capability to
search index files directely. So you need not to install a
server, for local searches. The clients will be greater, but
faster with local searches.
You can not run the test without the switch
Do you want to compile with -DLOCAL_SEARCH (yes)?

Ok, will compile with the -DLOCAL_SEARCH switch
```

*Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 305-06.

## 3.2.2.5 LOCAL_SEARCH

You can compile and link the clients with the capability to search index files directly. So you need not to install a server, for local searches. The clients will be greater, but faster with local searches.

You will have to run the test (see Section 3.3.1 [Tests], page 10) manually without the switch!

```
Do you want to compile with -DLOCAL_SEARCH? [y]
```

**tool LOCAL_SEARCH**                                          `'config.h'`

Server code is linked to the clients when true.

*freeWAIS-sf    UNIDO Edition 0.5*, University of Dortmund, Pfeifer, 1995, SAMNDCA630-00822283 at 92-93; *see also* FUHRNDCA630-00000009; FUHRNDCA630-00000001/SAMNDCA630-05349929 at doc/SF/fwsf.ps.

### 3.3.1  Running the tests

After successful compilation the make process indexes a test database and runs some queries. You will have to start the tests manually, if you did not chose the LOCAL_SEARCH option. See Section 3.2.2.5 [LOCAL_SEARCH], page 8.

*freeWAIS-sf   UNIDO Edition 0.5*, University of Dortmund, Pfeifer, 1995, SAMNDCA630-00822283 at 94; *see also* FUHRNDCA630-00000009; FUHRNDCA630-00000001/SAMNDCA630-05349929 at doc/SF/fwsf.ps.

320.   Mr. Pfeifer testified:

Q. When you say it was a compile time configuration, what was a compile time configuration?

A. The compile time configuration was if you want to enable local search. So the system defaulted to "enable local search," but you could switch it off.

Q. What do you mean by "local search?"

A. Local search -- the WAIS system was made for communicating via a protocol called WAIS, it's a derivative of a bibliography protocol. And so normally the transaction was the client sends a request to the server via the Internet, get a response back via the Internet. And by default the server was included in the client binary. So you had both in one binary and you could start the client containing the server, and the request would not go via the Internet, it would go into the server part of the binary and the server part would answer the question directly.

Q. When there was local search would the server -- would the database that the server was querying necessarily be located on the same computer as the client and the server?

A. I don't recall the start of the question, sorry for that.

Q. You said local search was where the client would start the server binary on the same computer, is that correct?

A. It is the same binary. So you had the client, which does include the server.

Q. But a WAIS server didn't necessarily have to query a database on the same computer as the WAIS server, is that correct?

MR JAFFE: Objection. Mischaracterizes the witness's previous testimony.

THE WITNESS: Sorry, maybe I was not clear.

So normally the client would generate and send a request to a server over the Internet, and the server would respond over the Internet. But the distribution

contained, of course, the -- of course we discussed that before -- the code for the client and the server.

And, by default, the server code would be included in the client, so in case the database that was queried was locally, the server would sort of -- or the client would shortcut and say: Okay, I'm not sending a request to a remote server, I'm asking the server included in this binary, and this search would be handled on the same machine locally.

BY MR FURMAN:

Q. And whether or not the server was compiled with the client was a compile time option?

A. It was a compile time option, so users could switch it off.

Q. Was it an option for compiling the client or was it an option for compiling the server?

A. It was for compiling the client.

July 14, 2013 Deposition of Ulrich Pfeifer at 184:2-186:18.

Q. Could that server source code that was included and linked be freeWAIS-sf source code?

A. In the freeWAIS-sf distribution it would be the freeWAIS-sf.

Q. What was the default?

A. The default was "enable local search."

*Id.* at 117:14-21.

321.    Mr. Kahle testified:

Q. How would a Z39.50 request be transmitted from one machine to itself?

A. By using its own IP address.

Q. So it would go out over the Internet and come back to itself, or how would it work?

A. As I understand it, the -- how these work is just -- it's just looped back. It's within the -- if you make a request on a machine to itself, it is captured by the -- by the network stack and it -- it says, oh, I'm already there.

July 25, 2013 Deposition of Brewster Kahle at 52:19-53:3.

THE WITNESS: Clients that could access local indices would have one or two ways doing it in the WAIS system. One is directly opening the files within the

client process to query the -- the systems, or by using an IP address and having it be referred back to itself.

July 25, 2013 Deposition of Brewster Kahle at 53:23-54:2.

322.    When creating a database, the   export command determines whether to create a databases accessible locally and remotely, or just locally.    If the waisindex program is given the -export option, it generates a source description file that contains a host name and tcp port for remote access.    Otherwise, the source description file contains no connection information and is intended only for local searches.

> -export   This causes the resulting source description file to include the host-name and tcp-port for use by the clients. Otherwise the file contains no connection information, and is expected to be used only for local searches.

*freeWAIS-sf     UNIDO Edition 0.5,* University of Dortmund, Pfeifer, 1995, SAMNDCA630-00822283   at   97;*see   also*   FUHRNDCA630-00000009; FUHRNDCA630-00000001/SAMNDCA630-05349929 at doc/SF/fwsf.ps.

### 3.    Searching in WAIS

323.    WAIS allows users to use natural English language to enter in queries.   WAIS attempts to locate documents that would be relevant to the user's queries.

**How does WAIS work?**

The servers take a users question and ***do their best to find relevant documents***. The servers, at this point, ***do not "understand" the users English language question***, rather they try to find documents that contain those words and phrases and ***ranks them based on heuristics***.

324.    *Overview of Wide Area Information Servers*, Kahle, April 1991, SAMNDCA630-00821974; *see also WAIS    Making it Easier to Access Internet Resources*, Link Letter, 1992, Reprinted from CERFnet News, Volume 3 Number 6, KAHLENDCA630-00001343 at 45; *Wide Area Information Servers*, 1991, KAHLENDCA630-00009871 at 72; Proceedings for Wide Area Information Server Workshop, February 3-4, 1992, MCNC Conference, KAHLENDCA630-00013891/CORNELLNDCA630-00000058/SAMNDCA630-07330038    at 903.

325.    "To improve . . . retrieval effectiveness, WAIS uses ***a heuristic ranking*** method,

which sorts the documents according to decreasing *relevance*."   *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 87-88.   "A ranking number, which is generated by the server using a heuristic ranking method, indicates the ordinal position of a headline in the set of responses to a query."   *Id.* at 247.

> **Dig Those Heuristical Algorithms**
>
> . . .
>
> WAIS, an experimental project of Thinking Machines Corporation in Cambridge, Massachusetts, *will search any compatible system on a network, then prioritize the results, based on simple heuristical algorithms*.   Prioritizing search results according to the degree of relevance will become increasingly important over time as the growing number of compatible nodes on a virtual network dump more and more data into the ocean of navigable information.

*Beyond the Theory:   Knowledge Networking in Practice*, Information Today, May 1992, KAHLENDCA630-00008314 at 27; *see also For Shakespeare, Just Log On*, Markoff, New York Times, July 3, 1991, KAHLENDCA630-00011172 at 73 ("While current systems like Dialog and Nexis require users to specify precisely the information they want," WAIS "can respond to *a user's inferences*.");   *Client-Server Standards for Text: Foundation for Innovation*, Dyson, Release 1.0, 1991, KAHLENDCA630-00000487 at 96 ("The server makes its *best effort* to answer the user's query and sends back a list of texts, identified fully according to the WAIS syntax, with an ID, a title, score, types and date. (The ID includes the originating source, the copyright owner, and a unique ID, as well as the server supplying the document and the ID given it by that server.)"); *Collective Dynabases*, COMMUNICATION OF THE ACM, vol. 35, No. 6, June 1992, KAHLENDCA630-199 at 200-01, 203, also at KAHLENDCA630-1487, ([T]he length of the gray bar before the listed titles *indicates the strength of a heuristic index of the degree of relevance*. . . .   [A]n interim dynabase *can use heuristics and file inversion to index text* (as WAIS does).")

> One very useful feature . . . is that the user sees documents listed in a ranked order based on relative score assigned to documents by the servers . . . .   In a sense*, the*

> *scoring algorithm is where judgment is applied about the likelihood that a particular document will be seen as relevant by the user.   The public domain version of WAIS has a fairly simplistic scoring algorithm which stresses the frequency of occurrence of the searched for words.   It does include differential weighing for where in the document the words occur and whether the words occur so often as to be non-specific.*

*Wide Area Information Servers (WAIS)*, Christian, Information Systems Development, 1992, KAHLENDCA630-00000403

### 4.    The Communication Protocol

326.    "Communication between the WAIS client and the WAIS server is enabled via the WAIS protocol."   *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 88.   "On the client side, questions are formulated as English-language questions. The client application then translates the query into the WAIS protocol, and transmits it over a network to a server.   The server receives the transmission, translates the received packet into its own query language, and searches for documents satisfying the query."   *An Information System for Corporate Users: Wide Area Information Servers*, Kahle, Reprinted from ONLINE, September 1991, KAHLENDCA630-00000593/SAMNDCA630-00943190 at 94; *see also Wide Area Information Servers: An Executive Information System for Unstructured Files*, Kahle, Electronic Networking: Research, Applications and Policy; Vol. 2, No. 1, Spring 1992, KAHLENDCA630-00000101 at 165.

### 5.    FreeWAIS-sf

327.    I understand that "[t]he fundamental concepts of WAIS were developed by Brewster Kahle" at Thinking Machines, Inc. released the first free version of WAIS in 1991. *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 88; *see also*, *WAIS:   Wide Area Information Servers*, Thinking Machines, KAHLENDCA630-00009500.

328.    I understand that later, "support and further development" was transferred to the Clearinghouse for Networked Information Discovery and Retrieval ("CNIDR").   *Expansion of*

*the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 89. "The WAIS packet that is offered for free by CNIDR is called freeWAIS." *Id.*

329. I understand that support and further development was then transferred to a team at the University of Dortmund, which released "an expanded version of WAIS" called freeWAIS-sf by at least 1994. *See*, *e.g.*, Deposition of Norbert Fuhr at 83:8-84:23, 73:13-76:8; *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 65. "In addition to all the functionalities of WAIS," freeWAIS-sf enhances the search capabilities of WAIS. *Id.* at 298. *see also Webmasters Need to Choose Best WAIS*, Frentzen, PC Magazine, December 1994, ("the University of Dortmund offer an extension to freeWAIS, called FreeWAIS-sf, which adds more sophisticated search capabilities to the underlying WAIS database. Check out http://ls6-www.informatik.uni-dortmund.de/freeWAIS-sf/README-sf for more information.")

330. I understand that the goal of the freeWAIS-sf team was to "expand and improve upon the freeWAIS server." *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 65. FreeWAIS-sf improves upon the search efficiency and effectiveness of WAIS. *Id.* at Chapter 5.

331. I understand that the first free version of WAIS was publicly available by at least 1991, before the critical date of the Asserted Patent, and is therefore prior art to the Asserted Patent. I understand that the first free version of freeWAIS-sf was publicly available by at least 1994, before the critical date of the Asserted Patent, and is therefore prior art to the Asserted Patent. I understand that the freeWAIS-sf version 2.0.65 was publicly available by at least 1998, before the critical date of the Asserted Patent, and is therefore prior art to the Asserted Patent. I base this understanding in part on the deposition of and documents produced by Norbert Fuhr, Kevin Gamiel, Norbert Govert, Brewster Kahle, and Ulrich Pfeifer.

332. For example, I understand that Mr. Kahle came up with the concept for WAIS in

the 1980s:

> Q. What was the very first time you came up with the concept of what is known as the Wide Area Information Server project?

> A. The precursors and sort of the basic ideas and   prototypes and ideas were being put together in the mid-1980s, only -- on the order of 1986, 1987, 1988.

> Q. Did those precursors or prototypes have a name?

> A. Oh. Well, actually, no, it goes further back than that. So there's the search systems, which is 1983, 1984; then the -- including the relevance feedback work; then in -- those resulted in things like DowQuest.

> Then there was work that was called Supertext, which brought a networking component.   And that was the type of work that then related and became the Wide Area Information Server project.

> Q. Were each of the projects you just mentioned projects for Thinking Machines?

> A. They were projects for Thinking Machines.

July 25, 2013 Deposition of Brewster Kahle at 35:16-36:10.

> 333.    I understand that Thinking Machines and Brewster Kahle made the first WAIS

software and source code publicly available for free starting in April 1991.

> Q. Earlier you mentioned something about the Internet version of WAIS.

> What did you mean by that?

> MR. WARREN: Objection. Vague.

> Go ahead.

> THE WITNESS: The -- in April of 1991, we made an open source -- I guess that word didn't exist yet.   We made a bundle of software available for public distribution. And it was distributed over the Internet, and it was particularly crafted for users of Internet systems -- Internet-connected systems.

July 25, 2013 Deposition of Brewster Kahle at 80:20-81:5; *see also WAIS Daily Usages on Quake.Think.Com since April 16, 2991*, KAHLENDCA630-00002900:



334.   "This phase of WAIS is still in progress, and has resulted in the creation of new interfaces, the availability over the Internet of more than 100 servers on three continents, and over 100,000 searches of the directory of servers.   In the first six months of the Internet experiment, approximately 4000 users from 20 countries have tried this system, with no training other than documentation."   *Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 at 43; *see also WAIS:   Wide Area Information Servers*, Thinking Machines, KAHLENDCA630-00009500-01 ("With over 100 databases and 5,000 users worldwide, WAIS is rapidly becoming a standard for information distribution within the Internet environment. Much of the software is currently available for free use."); *see also Press*

*release for: WAIS Server for Unix and WAIS Workstation for Unix*, April 1993, KAHLENDCA630-00001963; *Wide Area View*, Internet World, September 1995, KAHLENDCA630-00005716 at 99; *Client-Server Standards for Text: Foundation for Innovation*, Dyson, Release 1.0, 1991, KAHLENDCA630-00000487 at 93; Proceedings of SIGWAIS-ii, KAHLENDCA630-00006381 at 404-07, 483, 491; *Wide Area Information Servers (WAIS)*, Christian, Information Systems Development, 1992, KAHLENDCA630-00000403; *Collective Dynabases*, COMMUNICATION  OF THE ACM, vol. 35, No. 6, June 1992, KAHLENDCA-630-199, KAHLENDCA-630-1487; WAIS  *Making it Easier to Access Internet Resources*, Link Letter, 1992, Reprinted from CERFnet News, Volume 3 Number 6, KAHLENDCA630-00001343 at 46; *WAIS: The Wide Area Information Server or Anonymous What???*, Marshall, The University of Western Ontario, 1992, KAHLENDCA630-00000206/SAMNDCA630-04386277/SAMNDCA630-04386277 at 209; *see also* APLNDC630-0000261167, 177, 182, 226, 230, 233, 374, 458, 464, 466, 511, 592.

335.    I understand that the software and source code were made publicly available, in part, to promote the development and use of WAIS and to stimulate further design work on interfaces for information retrieval.    *See, .e.g.*, *Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 ("We hope that the challenges we have identified, as well as the existence and public availability of source code for the WAIS system, will serve as a stimulus for further design work on interfaces for information retrieval."); *id.* at 55 ("To encourage development and use, Thinking Machines is making the source code for a WAIS protocol implementation freely available."); An Information System for Corporate Users: Wide Area Information Servers, Kahle, Reprinted from ONLINE, September 1991, KAHLENDCA630-00000593/SAMNDCA630-00943190 at 94 ("In order to promote the development of both clients and servers, the protocol specification is public, as is its initial

implementation."); *id*. at 97 ("In order to encourage development and use, Thinking Machines is not only publishing a specification for the protocol, but is also making the source code for a WAIS Protocol implementation freely available. . . . We hope that it will facilitate others in developing servers and clients."); *see also Wide Area Information Servers: An Executive Information System for Unstructured Files,* Kahle, Electronic Networking: Research, Applications and Policy; Vol. 2, No. 1, Spring 1992, KAHLENDCA630-00000101 at 164 ("In order to promote the development of both clients and servers, the protocol specification is in the public domain, as is its initial implementation."); *For Shakespeare, Just Log On*, Markoff, New York Times, July 3, 1991, KAHLENDCA630-00011172 at 73 ("But to encourage progress, the Thinking Machines Corporation, a Cambridge, Mass., supercomputer manufacturer, has made its software available at no charge."); *Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 at 48 ("In order to distribute this software without restriction, XWAIS uses the freely distributed Athena Widget set included in the X11R4 release from MIT."); *see also* APLNDC630-0000441829, APLNDC630-0000441944, APLNDC630-0000380377, KAHLENDCA630-00006595.

336.    I understand that freeWAIS-sf development began in 1993:

Q. And at that 1993 workshop, you did not have a working version of FreeWAIS-sf; is that correct?

A. Yes, that's correct, yes.   I only remember it because I know that we were working on it, so work started in '93.

July 12, 2013 Deposition of Norbert Fuhr, 21:1-5.

337.    I understand that freeWAIS-sf was publicly available in 1994; *see*, *e.g.*, *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 at 67, Appendix A; *freeWAIS-sf    UNIDO Edition 0.5*, University of Dortmund, Pfeifer, 1995, SAMNDCA630-00822283 at 7 ("2 Getting freeWAIS-sf and related stuff); *Webmasters Need to Choose Best*

*WAIS*, Frentzen, PC Magazine, December 1994, ("the University of Dortmund offer an extension to freeWAIS, called FreeWAIS-sf, which adds more sophisticated search capabilities to the underlying WAIS database.   Check out http://ls6-www.informatik.uni-dortmund.de/freeWAIS-sf/README-sf for more information."); PFEIFERNDCA630-000000067:

```
Path: gmd.de!xlink.net!howland.reston.ans.net!cs.utexas.edu!uunet!Germany.EU.net!Informatik.Uni-Dortmund.DE!fbi-
news!pfeifer
From: pfei...@ls6.informatik.uni-dortmund.de (Ulrich Pfeifer)
Newsgroups: comp.infosystems.wais
Subject: ANNOUNCING freeWAIS-0.2-sf alpha
Date: 02 Mar 1994 16:16:36 GMT
Organization: Universitaet Dortmund, Lehrstuhl Informatik VI
Lines: 159
Distribution: world
Message-ID: <PFEIFER.94Mar2171636@woodstock.informatik.uni-dortmund.de>
Reply-To: Ulrich Pfeifer <pfei...@ls6.informatik.uni-dortmund.de>
NNTP-Posting-Host: woodstock.informatik.uni-dortmund.de

Hi everybody!

A new version of freeWAIS is available based on version 202 of the
original distribution. Read about the astonishing features below.

We think about it as an *alpha* release. If you decide to use it -
please let us know. Also feel free to send comments and bug reports.

The code is tested on a SUN SPARC. Porting to machines with short
integers might be not too easy.

Huynh Quoc thanh Tung, Ulrich Pfeifer
-----------------------------------------------------------------------------
Title: README freeWAIS-0.2-sf
Authors: Thinking Machines, Jim Fullton, Kevin Gamiel, Jane Smith, Tung Huynh
Last update: 02.25.1994
Abstract: This file contains overview information about freeWAIS 0.2 sf

Send comments and bug fixes to huy...@ls6.informatik.uni-dortmund.de

WHERE TO GET
   ftp://ls6-www.informatik.uni-dortmund.de/pub/wais/freeWAIS-0.2-sf-alpha.tar.gz
   1163437 Mar  2 16:44 freeWAIS-0.2-sf-alpha.tar.gz
```

338.    I understand that a version of WAIS, freeWAIS-sf 2.0.65, was publicly available by 1998.   *See*, *e.g.*, July 42, 2013 Deposition of Ulrich Pfeifer, 21:1-5 ("Q. When was version 2.0.65 of freeWAIS-sf released? A. In my recollection -- no, not 'in my recollection.' The version was created in January '96 and released shortly after that."); FUHRNDCA630-00000001, GOVERTNDCA630-00000001, PFEIFERNDCA630-00000007-08, SAMNDCA630-05349929, SAMNDCA630-07601359; SAMNDCA630-07601360, SAMNDCA630-07884648:

```
From: binkley@xavier.dfrc.nasa.gov (Rob -Not from Bloom County- Binkley, EIT)
Subject: Current freeWAIS-sf version
Date: 1997/01/30
Message-ID: <E4t8sw.Fq9@news.dfrc.nasa.gov>#1/1
X-Deja-AN: 213185198
sender: news@news.dfrc.nasa.gov
organization: NASA Dryden Flight Research Center, Edwards CA
newsgroups: comp.infosystems.wais


What is the current freeWAIS-sf version?

On ftp.germany.eu.net/pub/infosystems/wais/Unido-LS6/
the latest version is 2.0.65 (with patches available to .68)  and seems to have been la

On ftp.wsct.wsc.com/pub/freeWAIS-sf/
the latest version is 2.1.2 and  seems to be last updated in Aug 96.

Is any site archiving/coordinating the patches that occasionally roll by?

Rob Binkley - Robert.Binkley@dfrc.nasa.gov
NASA Dryden Flight Research Center
```

339.   I understand the WAIS and freeWAIS-sf, including 2.0.65, was used to search information located on local media storage and Internet.   *See*, *e.g.*, Deposition of and Documents produced by Norbert Fuhr, Kevin Gamiel, Norbert Govert, Brewster Kahle, and Ulrich Pfeifer.   I have reviewed materials demonstrating that freeWAIS-sf was used to search information located on local media storage and the Internet, including the documents produced by Ulrich Pfeifer, such as PFEIFERNDCA630-00000487, 566, 1976, 4380, and 4201; *The Promise of the WAIS Protocol, UNIX Today!*, December 1991, Proceedings for Wide Area Information Server Workshop, February 3-4, 1992, MCNC Conference, KAHLENDCA630-00013891-912/CORNELLNDCA630-00000058/SAMNDCA630-07330038; *Wide Area View*, Internet World, September 1995, KAHLENDCA630-00005716 at 99; Proceedings of SIGWAIS-ii, KAHLENDCA630-00006381; *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163; *Wide Area Information Servers demonstration video by Franklin Davis of Thinking Machine*, 1991, SAMNDCA630-00026730; *Wide Area Information Servers launch lecture at Xerox PARC*, 1991, SAMNDCA630-04526333.

BY MR. JAFFE:

Q.      Would results, assuming that there was a hit from both search engines, be provided to the user from

both your local storage media as well as the internet?

THE WITNESS:   If -- when given query results came back from, say, Lycos as well as Clio, both would be displayed to the user on a single page.

Selberg Depo., Jul. 8, 2013 at 138:12-139:13.

410.    MetaCrawler accomplished this integration using the following architecture, depicted in Dr. Selberg's thesis:



Figure 3.3: Clio and MetaCrawler integration.

*A user connects to the Web via a Browser. The Browser connects to the Web via Clio, which copies all pages browsed into a History Index. When a user connects to MetaCrawler, Clio sends additional information that allows MetaCrawler to query the History Index. This information is then merged with results from other search services, and transmitted back to the user.*

PQ000078.

**E.      AppleSearch**

411.    I understand that AppleSearch version 1.5 ("AppleSearch") was an Apple commercial software application first sold in 1994 which allowed users to search for information

stored both on their local computer and a remote WAIS server across the Internet and return results in a single unified interface.

### 1.     History of AppleSearch

412.     AppleSearch originally grew out of a proof-of-concept project at Apple called "Rosebud." (Martherus Tr. 53:4-54:21).  I understand that Rosebud was the brainchild of Apple's research and development arm referred to as the Advanced Technology Group ("ATG Group") and was Apple's attempt to exploit WAIS as an information retrieval tool.   (Erickson Tr. 72:3-13; Bedard Tr. 46/5-47/14.)

413.     Thomas Erickson, a user interface designer in the ATG Group, first met Brewster Kahle, the principal architect of WAIS, around October of 1989. (Erickson Tr. 22/8-23/9.)  Shortly thereafter, the ATG group began working on the Rosebud Project.  (Erickson Tr. 72:3-13; Bedard Tr. 46/5-47/14.)   Rosebud's client interface was called a "Reporter" and allowed a user to enter a search term in a dialog box which would be used to query a number of information sources selected by the user.  (APLNDC630-0000261243-55.)   Those information sources were intended to include both local information sources as well as remote information sources such as WAIS  (Bedard Tr. 46:5-47:14; APLNDC630-0000261255-58.)  On July 1, 1992, Janet Vratny Watts demonstrated Rosebud at the Apple Library User Group Annual Meeting   in   Cupertino,   California.   (STANFORDNDCA630-00000148.)   Additional demonstrations of Rosebud functionality took place on January 23, 1992 and in September 1992.  (STANFORDNDCA630-00000148; APLNDC630-0000261392).

414.     I understand that by 1992, Apple decided to turn Rosebud into a commercial product. (Holloway Tr. 25:3-5.)  The productization of Rosebud was assigned to the Apple Business Systems Division and resulted in AppleSearch.  (Wolfe Tr. 94:5-19; Erickson Tr. 25:11-19; Holloway Tr. 19:8-21:4; Casseres Tr. 50:17-51:1.)   However, Apple was never able

to get the WAIS functionality working on its own. I understand that the first release of AppleSearch, AppleSearch 1.0, only searched local information sources. (McLeod Tr. 73/18-75/22; SAMNDC630-07604014.)   I understand that, Apple turned to Dartmouth University for help with enabling WAIS information sources for AppleSearch, specifically Eric Bivona, a Dartmouth employee who was a member of the Z39.50 Implementer's Group, a group responsible for developing and improving upon the WAIS protocol.   In the fall of 1992, Apple asked Dartmouth's DCIS team to work on a solution that would allow their working prototype for AppleSearch (code-named "Bogart") to search WAIS servers over the Internet in addition to local databases. (07/12/2013 McLeod Tr. at 109/20-110/13; 07/03/2013 Bivona Tr. at 21/11-22/10, 78/19-80/15.)   Over the next year, Bivona worked with David Casseres at Apple on the WAIS Gateway project (code-named Waters) which ultimately resulted in AppleSearch version 1.5. (Bivona Tr. at 73/2-15).

415.   I understand that Dartmouth's efforts were successful. In October 1993, David Casseres and Eric Bivona demonstrated AppleSearch with working WAIS functionality at EDUCOM 1993, an Apple-sponsored conference in Cincinnati, Ohio. (Bivona Tr. 173/15-177/11). In January 1994, David Casseres also demonstrated AppleSearch with WAIS functionality to Brewster Kahle at Apple's facilities. (Bivona Tr. 184/23-187/17; DARTMOUTHNDCA630-1353-1357.)   On March 22, 1993, Apple announced that AppleSearch 1.5 would be released to the public. (SAMNDC630-07604032.)   I understand that AppleSearch 1.5 was first shipped to the public in December 1994. (SAMNDC630-07604016; McLeod Tr. 126/15-130/16; 267/20-268/10.)

### 2.   AppleSearch Architecture

416.   I understand that AppleSearch consisted of two software components:   AppleSearch Server and AppleSearch Client.

417.    I understand that both the AppleSearch server and the AppleSearch client was capable of being installed and operated on the same computer.

Q. . . . There was a recommended configuration for an AppleSearch server; correct?

A. Yes, I believe so.

Q. And if you have that recommended minimum configuration for the AppleSearch server and you also ran the AppleSearch client on the same computer, it would be possible to query that server from the same computer; correct?

MR. BUROKER: Objection. Incomplete hypothetical.

THE WITNESS: I imagine it would be possible.

(McLeod Tr., 134/12-135/25)

```
From: casseres@apple.com (David Casseres)
Subject: Re: AppleSearch Pros/Cons
Date: 1996/09/05
Message-ID: <casseres-0509960917440001@cassda.apple.com>#1/1
X-Deja-AN: 178686613
references: <clement-0309962205360001@ts7port27.port.net>
organization: Apple Computer, Inc.
newsgroups: comp.sys.mac.system


In article <clement-0309962205360001@ts7port27.port.net>,
clement@interport.net (Clement J. Galluccio) wrote:

> I am considering indexing legal documents in MS Word format so they can
> searched quickly for text strings. I saw a AppleSearch demo at MacWorld
> two or three years ago and it seemed to be more than capable. Any comments
> or alternatives?

AppleSearch is good.  You should be aware that it is designed to be a
client/server application, with an indexing/search engine running on a
server (which might also be a file server) and a number of clients
connecting via the local net to request searches.

You can instead run both the server application and the client on your own
machine, but then you need to have a good deal of RAM and hard disk space
as the server's footprint is fairly big.  If your system can handle it, it
works fine in this configuration.

--
David Casseres
Exclaimer: Hey!
```

SAMNDCA630-07216825; *see also* (Holloway Tr. at 23/11-25/2; 267/4-19; Binova Tr., 158/24-159/5; 223/17-224/5; SAMNDCA630-07216824-33.)    (emphasis added.)

418.    The AppleSearch Client software component provided a user with a graphical interface referred to as a "Reporter" which allowed the user to select information sources to search, including local and WAIS sources, and search them in parallel.



The search request in this example will cause AppleSearch to look in the information sources called "poetry" and "Literature" for articles that contain one or more occurrences of the word *Shakespeare*.

(AppleSearch User's Guide at p. 29, APLNDC630-0000441868.)

In the example above, the user selected poetry, an information source stored on the local computer, and Literature, a WAIS information source stored on the Internet (indicated by the globe icon), from a list of available information sources, by clicking on the "Info Sources" button.

2   Click the Info Sources button or choose Information Sources from the Search menu.

The Information Sources window opens. The left side of the window lists all of the available information sources that your reporter can search. A WAIS information source is identified by the globe in its icon.

(AppleSearch User's Guide at p. 25, APLNDC630-0000441864.)

419.    A user could then click the "Start Search" button after which the user would immediately receive a list of results from both information sources.

> In the following illustration, AppleSearch indicates that 20 articles were returned out of 50 matches for the corresponding information source. The other matching articles were not returned because of the Search Options settings. (For example, perhaps the number of maximum returns was already reached. In this case, the user could expand the Search Options parameters to allow other matching articles to be returned.)



Clicking on the triangle or double-clicking on the title of the information source would display a list of articles returned.

**2    Click the triangle to the left of the information source icon, or double-click the title of the information source.**

A list of article titles is displayed.



420.    The AppleSearch Server component is responsible for receiving queries inputted by a user into the client interface and returning results from the information sources selected which could include local information sources or remote WAIS information sources on the Internet.

The AppleSearch server software running on the server computer collaborates with the AppleSearch Client application program to provide AppleSearch users

with fast, tailored access to information. Electronic search agents called *AppleSearch reporters* present the server with queries from users, to be performed immediately or on a schedule specified by the user. AppleSearch Server responds by searching the specified information, ranking the results, and returning those results to the client computer.

The AppleSearch server treats information as organized groups of documents known as *information sources.* An information source consists primarily of a set of shared documents and an extensive index to the full text of those documents. AppleSearch currently supports two types of information sources: local information sources and remote information sources.

*     *     *

421.    The following figure shows an AppleSearch server searching a local information

source as well as a remote WAIS information source via the Internet.



(AppleSearch Administrator's Guide, p. 3, APLNDC630-0000441958.)

### 3.    Locating Information in Local Storage Media

422.    AppleSearch allowed a user to search local information sources attached to the

computer running the server software application.

The contents of local information sources are kept on the AppleSearch server. Typically, local information sources contain the types of files found in all organizations: memos, financial data, operational procedures, personnel policies,

and so forth. In general, if your organization creates or maintains a document, that document will be stored in a local information source.

Local information sources can be kept on any locally attached SCSI device, such as a hard disk or CD-ROM drive. Some CD-ROM discs are available pre-indexed for AppleSearch. With additional hardware and software, you can have some commercial online services such as news wires add documents directly into your local information sources.

(AppleSearch Administrator's Guide, p. 2, APLNDC630-0000441957.)

423.    As discussed above, I understand the AppleSearch client software application was capable of being installed on the same computer as the AppleSearch server software application. Accordingly, a user could search for information located on local storage media on or attached to the same computer the user was using to operate the client application.

### 4.    Locating Information on the Internet

424.    AppleSearch was capable of locating information on the Internet.   As discussed in Section VIII.A of my Report, WAIS information servers were accessible across the Internet. AppleSearch was intended to allow users to search any WAIS server made accessible on the Internet.

The AppleSearch WAIS Gateway program provides a software connection to WAIS databases. AppleSearch Server uses the WAIS Gateway to allow you to make WAIS databases available to your users as WAIS information sources. This interaction is shown in the following figure.



**IMPORTANT** All WAIS information sources can be searched by all AppleSearch client software users. Some material published on the Internet through WAIS may be inappropriate for your users and their needs. As soon as you add a WAIS information source, it is recommended that you screen its content by running some test searches. (For more information, see "Adding WAIS Information Sources" in Chapter 2.)

With a few clicks, you designate your shared folders and selected WAIS databases as information sources. With a few more clicks, you tell AppleSearch to index the local information sources. They are then ready to be searched by authorized AppleSearch users.

AppleSearch Administrator's Guide, p. 2, APLNDC630-0000441959-60.

## 5.    Searching Local Storage Media and Internet Storage Media In Parallel

425.    Because the AppleSearch Client software application was capable of being installed and operated on the same computer as the AppleSearch Server software application, a user could create an AppleSearch information source indexing information stored on media on or attached to his local desktop computer, and use the AppleSearch client application running on the same desktop computer to search that information.   I understand that testimony from both current and former Apple employees who worked on AppleSearch, testimony from Eric Binova, the Dartmouth employee who worked on the AppleSearch Gateway, and contemporaneous documentation from an Apple employee who formerly worked on AppleSearch, confirms that AppleSearch client and server software applications were capable of being installed and operated

on the same computer, and were in fact used in this fashion. (5/29/2013 Holloway Tr. at 23/11-25/2; 7/12/2013 McLeod Tr., 134/12-135/25, 267/4-19; Bivona Tr., 158/24-159/5; 223/17-224/5; SAMNDCA630-07216824-33.).

426.    I also confirmed AppleSearch was capable of this functionality myself, as demonstrated in video attachments to my report.

427.    I understand that AppleSearch version 1.5 was publicly available by at least 5 years, before the critical date of the Asserted Patents, and is therefore prior art to the Asserted Patents.    I base this understanding in part on the deposition of Ken McLeod, an Apple employee whom I understand worked on AppleSearch and was Apple's designated witness on AppleSearch.    (*See e.g.* McLeod Tr. 126/15-130/16; 267/20-268/10.)    Apple agrees that the AppleSearch source code and software it produced in this Action are prior art to the '959 patent. (Stipulation Regarding Authenticity of Source Code (Docket No. 705), ¶¶ 6, 17.)

### F.    Evans

428.    U.S. Patent No. 5,926,808 to Evans ("Evans") was filed on July 25, 1997 and issued on July 20, 1999, and therefore I understand Evans is prior art to the '959 patent under 35 U.S.C. §§ 102(a). (e), & 103.

429.    Evans, entitled *Displaying Portions Of Text From Multiple Documents Over Multiple Databases Related To A Search*, discloses a search system that "provides for a method and apparatus of displaying portions of text from multiple documents over multiple databases related to a search query."    Evans at Abstract.    Significantly, Evans discloses a universal search interface which, takes the "various sets of identified documents from multiple databases" and "create[s] an ordered ranking for the returned documents."    Evans at Abstract.

430.    Evans discloses searching information stored on the local storage media    *i.e.*, memory system 230 associated with computer 220.    *See*, *e.g.*, Evans at Col. 3:15-18 ("The

Block 126 of FIG. 4 presents selected information resources to the user based on a presentation heuristic. The presentation heuristic may be the same, similar to, or different from the exploration heuristic. For example, if the heuristics are the same, the system functions as if there were only one heuristic and presents all of the information resources selected by the exploration heuristic to the user." Shoham 8:45-60

## L.     Analysis and Video Demonstrations of Prior Art Software

479.    For certain of the prior art systems listed above I received a produced copy of or was otherwise able to obtain a copy of executable software or a device already running executable software disclosed by that prior art system.   As described below, I then directed the installation and configuration of that software where necessary, and operation of that software, in order to determine whether any inconsistencies with my opinions expressed below.   I also directed and supervised the preparation of videos demonstrating the operation of this software. The operation of the executable software confirmed my opinions that each of those prior art systems invalidates the asserted claims of the '959 patent.   I note that the particular hardware used, network configuration and software configuration, including the databases and indexes configured and/or connected to, information sources selected, and queries performed, were intended to be exemplary.   I reserve the right to rely on other searches of one or more information sources, other search queries, and connecting to other servers running other software produced in this litigation.   I also reserve the right to prepare additional video demonstrations based on other configurations.   I have provided the particular details concerning the installation, configuration and operation of the executable software of the prior art systems which I reviewed and analyzed below.

### 1.     WAIS

480.    In addition to analyzing the documentation and source code for the distribution of free-WAIS-sf 2.0.65 relied upon in my Report and Exhibit 9 to my Report, I also directed the installation   and   configuration   of   the   free-WAIS-sf   2.0.65   distribution   produced   at

FUHRNDCA630-00000001 on a computer environment that would have been available on or around when the free-WAIS-sf 2.0.65 distribution was first made available to the public in the United States, which was before January 5, 2000.   In my opinion, this configuration, which is described below, corroborates my opinion that the contents of the free-WAIS-sf 2.0.65 distribution invalidate the asserted claims of the '959 patent.   This configuration is described below and based on the documentation included with the free-WAIS-sf 2.0.65 distribution and produced at FUHRNDCA630-00000001.

481.   An Internet WAIS server was configured using the free-WAIS-sf version 2.0.65 distribution on a Dell Inspiron 7000 laptop computer running the Redhat Linux version 6.1 operating system (the "WAIS Internet Server").   The WAIS Internet Server was configured with the host name "wais-internet1" and a public IP address of 12.144.180.200.   The public IP address allows other computers connected to the Internet to access the WAIS Internet Server. The free-WAIS-sf version 2.0.65 server distribution, produced at FUHRNDCA630-00000001 was installed on the WAIS Internet Server.   A free-WAIS-sf database named "Cats" was created on the WAIS Internet Server by indexing four text files, each containing a description of a particular breed of cat, and configured to use stemming and synonym detection.   The WAIS server software was launched on port 213 so the free-WAIS-sf database Cats would be accessible to a computer connected to the Internet that was running a WAIS client.

482.   A local WAIS computer was configured using the free-WAIS-sf version 2.0.65 distribution on a Dell Inspiron 7000 laptop computer running the Redhat Linux version 6.1 operating system (the "WAIS Local Computer").   The WAIS Local Computer was configured with the host name "my-localwais-westcoast" and an IP address of 192.168.0.99.   The WAIS Local Computer was configured to access the Internet.   The free-WAIS-sf version 2.0.65 xwais client in the free-WAIS-sf version 2.0.65 distribution, produced at FUHRNDCA630-00000001,

was installed on the WAIS Local Computer and was configured to compile and link in the WAIS server code so that it could access local WAIS databases directly. A free-WAIS-sf database named "Dogs" was created on the WAIS Local Computer by indexing four text files, each containing a description of a particular breed of dog, and configured to use stemming and synonym detection, but based on a different synonym file than the synonym file used on the WAIS Internet Server.

483.    The Xwais client was launched from X Windows on the WAIS Local computer. Two information sources were configured using the Xwais client software: one information source to connect to the database Cats on port 213 of the WAIS Internet Server, and a second information source to connect to the local database Dogs on the WAIS Local Computer.

484.    The Xwais client was used to perform several searches of both the WAIS Internet information source and the WAIS Local information source, which confirmed my opinion that the free-WAIS-sf version 2.0.65 distribution produced at FUHRNDCA630-00000001, invalidates the asserted claims of the '959 patent.

485.    Attached as Video Exhibits 14-38 to my Report are videos which were prepared that demonstrate the free-WAIS-sf 2.0.65 installation and configuration described above.  I have included screen captures of this demonstration in Exhibit 9 to my Report.

## 2.    AppleSearch

486.    In addition to analyzing the documentation and source code for the distribution of free-WAIS-sf 2.0.65 relied upon in my Report and Exhibit 1 to my Report, I also directed the installation and configuration of AppleSearch Version 1.5 produced by Apple at APLNDC630-Z000000003 on a computer environment that would have been available on or around when AppleSearch Version 1.5 was first made available to the public in the United States, which was before January 5, 2000.  In my opinion, this configuration, which is described below,

corroborates my opinion that AppleSearch Version 1.5 invalidates the asserted claims of the '959 patent.   This configuration is described below.

487.    An AppleSearch computer was configured using the AppleSearch Version 1.5 Client and Server software produced by Apple at APLNDC630-Z000000003 on a Macintosh LC630 DOS Compatible computer running Mac OS 7.5.3 (the "AppleSearch Computer").    This configuration was based on the instructions and disclosures provided in the AppleSearch Version 1.5 documentation, including the AppleSearch Version 1.5 Administrator's Guide produced at APLNDC630-0000441944-2053 and the AppleSearch Version 1.5 User's Guide produced at APLNDC630-0000441829-943.

488.    The AppleSearch Computer was configured with an IP address of 192.168.0.39. The AppleSearch Version 1.5 Server application, produced by Apple at APLNDC630-Z000000003, was installed on the AppleSearch Computer.   The AppleSearch Version 1.5 Client application, produced by Apple at APLNDC630-Z000000003, was also installed on the AppleSearch Computer.   The Custom WAIS Databases file in the AppleSearch preferences folder was configured to recognize the database "Cats" on port 213 of the WAIS Server at public IP address 12.144.180.200, the same Internet WAIS server that was configured to demonstrate the free-WAIS-sf 2.0.65 software, which is described above and incorporated into this section by reference.

489.    The AppleSearch Server application was launched on the AppleSearch computer and used to create an information source based on the contents of the folder named "Fish" located on the hard drive of the AppleSearch computer, by indexing four text files, each containing a description of a particular type of fish.    The index was also stored on the hard drive of the local AppleSearch computer.   The AppleSearch Server application was used to add the local index Fish located on the hard drive of the AppleSearch computer as an information source.

The AppleSearch Server application was also used to add the WAIS Internet database Cats, located on the WAIS Internet server on the Internet, as an information source.

490.    The AppleSearch Client application was launched on the AppleSearch computer, that is the same computer running the AppleSearch Server application and storing the index of the files in the folder Fish, which was also on the AppleSearch computer.   A reporter was created using the AppleSearch Client application and used to perform several searches of both the WAIS Internet information source and the local AppleSearch information source, which confirmed my opinion that the AppleSearch version 1.5 software produced by Apple at APLNDC630-Z000000003, invalidates the asserted claims of the '959 patent.

491.    Attached as Video Exhibits 1-11 to my Report are videos which were prepared that demonstrate the AppleSearch version 1.5 installation and configuration described above. Attached as Video Exhibits 15-20, and referenced above, are videos that demonstrate the free-WAIS-sf Internet server installation and configuration which was used in the AppleSearch demonstration.   I have included screen captures of this demonstration in Exhibit 1 to my Report.

### 3.    Newton version 2.0 running Hemlock

492.    In addition to analyzing the documentation and source code for Newton running Hemlock relied upon in my Report and Exhibit 6 to my Report, I also performed searches on the Newton MessagePad 2100 device produced at LUKENDCA630PHYS6, running Newton version 2.0 and Hemlock, which I understand is exemplary of the software that was available to the public in the United States before January 5, 2000.   In my opinion, the configuration of this device, which is described below, corroborates my opinion that Newton running Hemlock, in combination with the knowledge of a person of ordinary skill in the art, invalidates the asserted claims of the '959 patent.

493.    Attached as Video Exhibit 13 to my Report is a video which was prepared at my

IX.     ANALYSIS OF THE VALIDITY OF THE '959 PATENT

A.      Anticipation

498.    As discussed above, it is my opinion that certain claims of the '959 patent are anticipated by the prior art discussed below under either my understanding of the plain and ordinary meaning of the claims or Apple's apparent understanding.

499.    In the following sections, I provide a narrative of my opinions.  I have also attached detailed charts for each reference identifying the anticipating disclosure for each prior art reference discussed below.   These charts also reference Exhibits 1-9, which are incorporated by reference into this report.

500.    Moreover, the invalidity claim charts attached hereto as Exhibits 1-9 set forth excerpts from the prior art that anticipates or renders obvious the asserted claims and my analysis of those disclosures and are offered in addition to the analysis in the body of this report.   The claim charts are not intended to limit or supplant in any way the analysis contained in this report. Rather, the charts and report together comprise my opinion.

1.      AppleSearch System

501.    In my opinion, the AppleSearch system discloses each and every element of claims 24 and 25 and therefore anticipates these claims.

502.    Exhibit 1 provides an element-by-element analysis of AppleSearch, and is incorporated by reference into this report.   In my opinion, the AppleSearch system, including the disclosures in Exhibit 1, enable one of ordinary skill to practice the asserted claims of the '959 patent without undue experimentation.

2.      U.S. Patent No. 5,926,808 to Evans

503.    In my opinion, Evans discloses each and every element of claims 24 and 25 and therefore anticipates these claims using that construction.

504.   Exhibit 2 provides an element-by-element analysis of Evans, and is incorporated by reference into this report.   In my opinion, the disclosure of Evans, including the disclosures in Exhibit 2, enable one of ordinary skill to practice the asserted claims of the '959 patent without undue experimentation.

### 3.   MetaCrawler System

505.   In my opinion, MetaCrawler renders obvious claims 24 and 25 of the '959 patent. However, Apple or its expert may take the position that instructions on a local machine that provide an information identifier to a service running on a remote server, which in turn provides the information identifier to a plurality of heuristics, may satisfy the limitations of this claim even though the instructions that provide the identifier to the plurality of heuristics execute on the remote server, not on the local machine.   To the extent that this position is held to be valid, a standard configuration in which the Web browser and Clio ran on the user's workstation while MetaCrawler ran on a remote server would anticipate claims 24 and 25 of the '959 patent, including enabling a person of ordinary skill in the art to practice the claims without undue experimentation.

506.   Exhibit 5 provides an element-by-element analysis of MetaCrawler, and is incorporated by reference into this report.

### 4.   WAIS System

507.   In my opinion, the WAIS system discloses each and every element of claims 24 and 25 and therefore anticipates these claims.

Exhibit 9 provides an element-by-element analysis of WAIS, and is incorporated by reference into this report.   In my opinion, the WAIS system, including the disclosures in Exhibit 9, enable one of ordinary skill to practice the asserted claims of the '959 patent without undue experimentation.

Aug. 12, 2013

_____                    _____
Martin Rinard                                                       Date

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

## EXHIBIT 1

### <u>APPLESEARCH SYSTEM CLAIM CHART FOR U.S. PATENT NO. 6,847,959</u>

The AppleSearch version 1.5 system ("AppleSearch") was a commercial product sold by Apple which allowed users to search for information stored on both their local computer and a remote WAIS server across the Internet, and return results in a single unified interface.  AppleSearch was known sold, offered for sale, and in public use in the United States more than a year before January 5, 2000, and therefore I understand is prior art to the '959 patent under 35 U.S.C. §§ 102(a), (b), and (g) & 103.

The AppleSearch system anticipates claims 24 and 25 of the '959 patent.  The AppleSearch system, as describe by the documents produced in the case, invalidates the asserted claims.  I incorporate by reference my discussion of AppleSearch in my Report into this chart.  Because AppleSearch also searched WAIS databases on the Internet, I also incorporate my discussion of WAIS in my Report.

Additionally, the AppleSearch software and source code also demonstrates that the AppleSearch system invalidates the asserted claims.  I rely on the AppleSearch 1.5 Client and Server source code in my analysis below, produced by Apple at the source code path: /Volumes/Source/Additional_Samsung630_Off_20130325/921-Samsung630_AppleSearch/AppleSearch_source/.  I rely on the AppleSearch 1.5 Client and Server software applications in by analysis below, produced by Apple at APLNDC630-Z000000003.

In my analysis below, I also rely on the WAIS software and source code version freeWAIS-sf 2.0.65, produced as FUHRNDCA630-00000001, as well as SAMNDCA630-05349929, both of which were known and made publicly available after AppleSearch version 1.5 became publicly available, but more than a year before January 5, 2000.  However, as explained in the discussion of AppleSearch in my report, and detailed below, the AppleSearch software contained a WAIS Gateway which could connect and locate information in any WAIS database on the Internet.  *See* AppleSearch Administrator's Guide at pp. 4-5, 25-29, APLNDCA630-0000441959-60, APLNDCA630-0000441979-84 ("All WAIS information source can be searched by all AppleSearch client software users"); AppleSearch source code at UPLSearchService.cp, bg_wais_intf.c, bg_AE.c, bg_proc.c and InfoSource.h.  Accordingly, the particular version of free-WAIS-sf 2.0.65 upon which I rely is intended to be exemplary only.

The AppleSearch Server and Client software produced by Apple at APLNDC630-Z000000003, which was known, made publicly available, sold and in public use in the United States more than a year before January 5, 2000, includes a) the complete version of AppleSearch Version 1.5 Server which can be installed on a Macintosh computer, then used to index a folder on the hard drive of that same Macintosh computer, store the index on the same computer, and connect to a WAIS database located on the Internet; and b) the complete version of AppleSearch Version 1.5 Client which can be installed on the same computer, and be used to search and retrieve indexed documents located on the hard drive of that same computer, and also search and retrieve indexed documents on WAIS databases on the Internet which the user configured to connect to the same computer using the AppleSearch Server software.  Apple

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

has also produced documentation regarding the installation, configuration and use of the AppleSearch version 1.5 Server and Client software at APLNDC630-0000441829-943 and APLNDC630-0000441944-2053, both of which were known and made publicly available in the United States more than a year before January 5, 2000.

The freeWAIS-sf 2.0.65 distribution, which was made publicly available, known and in public use in the United States more than one year before January 5, 2000, includes all source code necessary to operate a WAIS server, including the complete source code for a WAIS server.  The freeWAIS-sf 2.0.65 distribution also contains documentation regarding the configuration, installation, and use of a WAIS server.

I have analyzed the source code and documentation for AppleSearch version 1.5 Client and Server.   I have also directed the configuration, installation, and testing of the AppleSearch version 1.5 Client and Server software on the same computer.  I have also analyzed the source code for the free-WAIS-sf 2.0.65 distribution  of WAIS as discussed in Exhibit 9 to my report.  I have also directed the configuration, installation, and testing of the WAIS components in this distribution.  I have used these installed components to perform the steps outlined in claims 24 and 25 of the '959 patent, thereby verifying that the AppleSearch version 1.5 software contains the claimed program instructions.  When the components are installed in a computer readable medium, specifically, the hard drive of a computer, according to the configuration and installation software and documentation for AppleSearch version 1.5 provided by Apple, the computer readable storage medium satisfies all of the limitations of claims 24 and 25 of the '959 patent.  I demonstrate this in my AppleSearch Demonstration Videos attached to my Report as Video Exhibits 1-11 to my Report and the WAIS Internet Server Demonstration Videos attached to my Report as Video Exhibits 15-20, which is incorporated here by reference.  I have also directed screen captures of these demonstrations, which are incorporated into my discussion below.

As discussed above, the WAIS server based on the free-WAIS-sf 2.0.65 distribution is used solely as a representative version of WAIS and is used solely to demonstrate AppleSearch's invalidating functionality.  The invalidating AppleSearch functionality described herein applies to AppleSearch as used with other WAIS distributions.  Moreover, the information sources, specific search queries, and other aspects of the AppleSearch demonstration depicted by the screen captures and in the video demonstrations are offered as examples only.  In addition, the particular configuration of the AppleSearch Server indexes and search queries are intended to be exemplary as well.  I reserve the right to rely on other uses of the AppleSearch Client and Server software, including using that software to demonstrate other searches of one or more information sources, using other search queries, and connecting to other servers running other WAIS software produced in this litigation.

Descriptions of the AppleSearch system include the documents cited below as well as in my Report:

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

- *AppleSearch User's Guide* ("AppleSearch User's Guide"), published by Apple Computer, Inc. (1994) [APLNDC630-0000441829 to 943]
- *AppleSearch Administrator's Guide* ("AppleSearch Administrator's Guide"), published by Apple Computer, Inc. (1994) [APLNDC630-0000441944 to 2053]
- D. Casseres, "Waters External Reference Specification, Draft 1.2, August 15, 1993) ("WAIS Gateway Spec.") [APLNDC630-0000369862-884] **[CBI]**
- *AppleSearch User's Guide for Windows* ("AppleSearch User's Guide for Windows"), published by Apple Computer, Inc. (1995) [APLNDC630-0000441690 to 828]
- *AppleSearch Version 1.5 Quick Reference* ("AppleSearch Version 1.5 Quick Reference"), published by Apple Computer, Inc. (1993) (available at http://support.apple.com/kb/TA32875) [APLNDC630-0000380377-79]
- *AppleSearch TCP/IP Connection User's Guide*, published by Apple Computer, Inc. (1993) [APLNDC630-0000442054 to 143]
- *Getting Started with AppleSearch*, published by Apple Computer, Inc. (1994) [APLNDC630-0000441299 to 317]
- *About AppleSearch*, published by Apple Computer, Inc. (1994) [APLNDC630-0000441318 to 343]
- *AppleSearch Update File Format Reference* ("AppleSearch Update File Format Reference"), published by Apple Computer, Inc. (1993) [APLNDC630-0000441458 to 497]
- *AppleSearch Client Developer's Guide* ("AppleSearch API Documentation"), published by Apple Computer, Inc. (1993) [APLNDC630-0000441500 to 644]
- *AppleSearch*, published by Apple Computer, Inc. (1993) [SAMNDCA630-05234977-80]
- K. Yanagihara "AppleSearch Client Future Direction" ("Yanagihara") (August 25, 1993) [APLNDC000630-0000382173-77] **[CBI]**
- R. Martherus, "AppleSearch" (available at http://infomotions.com/musings/tricks/manuscript/1600-0001.html) (September 26, 1995) ("Martherus Article") [SAMNDCA630-04524923 to 24]
- D. Rose, J. Bornstein and K. Tiene, "MessageWorld: A New Approach to Facilitating Asynchronous Group Communication", Advanced Technology Group, Apple Computer, Inc., CIKM '95, Baltimore Maryland (1995) ("Rose Article") [SAMNDCA630-04523646 to 53]
- E. Valauskas, "Mac Monitor: AppleSearch, Power Macintosh--Most Significant Developments for 1994," *Database*, Vol. 17, No. 6 (December 1994) ("Vaslauskas Article") [SAMNDCA630-04524914 to 917]
- J. Vratny, "A Homegrown 'Competitive Tool' at Apple Computer's Corporate Library Becomes the Newest Librarian's Assistant" *IFLA Journal*, 20:512 (1994) ("Vratny Article") [SAMNDCA630-04524918 to 922]
- "APPLESEARCH UPGRADE PROVIDES AGENT -BASED SEARCHES ON THE INFORMATION "SUPERHIGHWAY; Text search and retrieval software for local networks enhanced to help users easily find data on the Internet", *PR Newswire*, July 26, 1994 ("AppleSearch 1.5 Press Release Article") [SAMNDCA630-07604029-31]

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

- Usenet Postings to comp.sys.mac.system newsgroup
  - C. Galluccio, "AppleSearch Pros/Cons" (09/03/1996) (available at https://groups.google.com/group/comp.sys.mac.system/msg/57bf5fc531a4ab0b?dmode_source&output_gplain&noredirect) [SAMNDCA630-07216824]
  - D. Casseres in reply to C. Galluccio, "Re: AppleSearch Pros/Cons" (09/05/1996) (available at https://groups.google.com/group/comp.sys.mac.system/msg/cf1ffdb6403c49fd?dmode_source&output_gplain&noredirect) ("09/05/1996 Casseres Usenet Posting") [SAMNDCA630-07216825]
  - C. Galluccio, "ASIP 5.0 & AppleSearch 1.5" (08/01/1997) (available at (https://groups.google.com/group/comp.sys.mac.comm/msg/ee0ff56d1e50616d?dmode_source&output_gplain&noredirect) ("08/01/1997 Galluccio Usenet Posting") [SAMNDCA630-07216827]
  - B. Brown, "Applesearch" (03/23/1995) (available at https://groups.google.com/group/comp.sys.mac.apps/msg/6a88801b2340b56a?dmode_source&output_gplain&noredirect) [SAMNDCA630-07216828]
  - M. Hume in reply to B. Brown, "Re: Applesearch" (03/23/1995) (available at https://groups.google.com/group/comp.sys.mac.apps/msg/b776a536dc5293dc?dmode_source&output_gplain&noredirect) ("03/23/1995 Hume Usenet Posting") [SAMNDCA630-07216829]
  - F. Charrette, "AppleSearch - only for servers?" (06/17/1993) available at (https://groups.google.com/group/comp.sys.mac.system/msg/3f515a2b2a6e7dfa?dmode_source&output_gplain&noredirect) [SAMNDCA630-07216830]
  - S. McMains in reply to F. Charrette, "Re: AppleSearch - only for servers?" (06/17/1993) available at (https://groups.google.com/group/comp.sys.mac.system/msg/2024c491b6ccff43?dmode_source&output_gplain&noredirect) [SAMNDCA630-07216831]
  - F. Charrette in reply to S. McMains, "Re: AppleSearch - Client/Server Software on the same machine?" (06/17/1993) available at (https://groups.google.com/group/comp.sys.mac.system/msg/203d2895c80b22b9?dmode_source&output_gplain&noredirect) [SAMNDCA630-07216832]
  - S. McMains in reply to F. Charrette, "Re: AppleSearch - only for servers?" (06/18/1993) available at (https://groups.google.com/group/comp.sys.mac.system/msg/8155f7ac4961d226?dmode_source&output_gplain&noredirect&pli_1) ("06/18/1993 McMains Usenet Posting") [SAMNDCA630-07216833]

Deposition testimony of persons with knowledge of AppleSearch include the deposition transcripts cited below as well as in my Report:

- Ken McLeod, July 12, 2013

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

- Robin Martherus, May 24, 2013
- David Casseres, May 29, 2013
- Matthew Holloway, May 29, 2013
- Dartmouth College, July 3, 2013

Software and source code for AppleSearch version 1.5 include:
- The AppleSearch Server and Client software produced by Apple at APLNDC630-Z000000003
- The AppleSearch source code produced by Apple at the source code path: /Volumes/Source/Additional_Samsung630_Off_20130325/921-Samsung630_AppleSearch/AppleSearch_source/, including but not limited to: 630OFFAPPLESOURCECODE_002725-30, 002731-46, 002754-73, 002774-75, 002776-87, 002788-95, 002796-18, 002819-20, 002821-50, 002851-53, 002854-80, 002981-3026, 003072-73, 003074-93, 003176-79, 003192-93, 003584-86, 003587-98, 003599-3602, 003603-23, 003624, 003625-31, 003632-34, 003635-54, 003657-61, 004773-74, 004775-87;  004788-93, 002898-912, 002913-14, 002919-27, 003037-43, 003044-71, 003099-3109, 003128-34, 003135-37, 003140-47, 003545-47, 003578-83, 004734-39, 004740-70, 004771-72, 004794-99, 004800-01, 004802-06, 004807-09, 004810-12, 004813-16, 004817-20, 004821-42, 004843-62, 004863-75, 004876-88, 004889-4916, 004917-42, 004943-72, 004973-80; and  004981-5013.

Descriptions of the WAIS system include the documents cited below as well as in my Report:

- *Client-Server Standards for Text: Foundation for Innovation*, Dyson, Release 1.0, 1991, KAHLENDCA630-00000487/SAMNDCA630-0000261466 ("Dyson").
- *FreeWAIS-sf\**, Pfeifer, University of Dortmund (1995), SAMNDCA630-00821903 ("freeWAIS-sf\*").
- *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 ("Tung Thesis").
- *Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 ("Interfaces").
- *Overview of Wide Area Information Servers*, Kahle, April 1991, SAMNDCA630-00821974 ("Overview").
- *FREQUENTLY ASKED QUESTION FOR freeWAIS-sf*, SAMNDCA630-07218302 ("FreeWAIS-sf FAQ"); *see also* PFEIFERNDCA630-00002649; PFEIFERNDCA630-00005148.
- *MacWAIS User Manual*, Version 1.29, Microelectronics and Computer Technology Corporation (1993, 1994), SAMNDCA630-00821931 ("User Manual").
- *freeWAIS-sf   UNIDO Edition 0.5*, University of Dortmund, Pfeifer, 1995, SAMNDCA630-00028135; *also located at* SAMNDCA630-00822283; FUHRNDCA630-00000009; FUHRNDCA630-00000001/SAMNDCA630-05349929 at doc/SF/fwsf.ps ("Unido").

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

- *An Information System for Corporate Users: Wide Area Information Servers*, Kahle, Reprinted from ONLINE, September 1991, KAHLENDCA630-00000593/SAMNDCA630-00943190 ("Online Article").
- *Wide Area Information Servers: An Executive Information System for Unstructured Files*, Kahle, Electronic Networking: Research, Applications and Policy; Vol. 2, No. 1, Spring 1992, KAHLENDCA630-00000101/SAMNDCA630-04524969 ("Executive").
- *WAIS, A Sketch of an Overview*, Kellem, September 23, 1991, SAMNDCA630-00003841 ("Sketch").
- *The Promise of the WAIS Protocol*, UNIX Today!, December 1991, located in Proceedings for Wide Area Information Server Workshop, February 3-4, 1992, MCNC Conference, KAHLENDCA630-00013891/SAMNDCA630-07330038 ("Conference").
- *WAIS: The Wide Area Information Server or Anonymous What???*, Marshall, The University of Western Ontario, 1992, KAHLENDCA630-00000206/SAMNDCA630-04386277 ("Anonymous").
- *WAIStation User Guide*, Prototype Version, v. 0.57, February 14, 1991, KAHLENDCA630-00000571/SAMNDCA630-00944300 ("User Guide").
- Wide Area Information Servers demonstration video by Franklin Davis of Thinking Machines, 1991, SAMNDCA630-00026730 ("Davis Video").
- Wide Area Information Servers (WAIS) launch lecture at Xerox PARC, 1991, SAMNDCA630-04526333 ("PARC Video").

Software and source code for free-WAIS-sf version 2.0.65 include FUHRNDCA630-00000001.

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| **[24pre]** A computer readable medium for locating information from a plurality of locations containing program instructions to: | To the extent the preamble of Claim 24 may be construed to be limiting, the AppleSearch system includes a computer readable medium for locating information from a plurality of locations containing program instructions.<br><br>AppleSearch is software that comprises program instructions residing on a computer readable medium, as described in the preamble of claim 24.  These program instructions are executed to locate information from a plurality of locations.  As discussed in my Report, which I incorporate here by reference, AppleSearch was a commercial software application, which provided a single, unified interface for locating information stored both on the local computer and in a remote WAIS server in the Internet.<br><br>"AppleSearch is a full-text search-and-retrieval application program. It builds your organization's unstructured information into an information collection and provides electronic search agents, called *reporters,* to search that collection for the information you need. For example, you could use AppleSearch to find all documents in the collection that are dated after October 14, 1989, and that discuss computer graphics; to sort those documents according to their relevance to your needs; and to display the sorted list for you.<br><br>You can add your own documents to this information, to be shared with other members of your workgroup. You can also use AppleSearch to search for information on certain computers over a network and to retrieve that information to your desktop computer."<br><br>AppleSearch User's Guide, p. 1.<br><br>As described herein, AppleSearch is able to locate information in both local storage media and in the Internet, in response to a user's query, where a local search engine and a WAIS Gateway search engine locate information in local storage media and in the Internet.<br><br>The AppleSearch Client software provided a user with a graphical interface referred to as a |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  | "Reporter" which allowed the user to select information sources to search, including local and WAIS sources, and search them in parallel.<br><br><br><br>The search request in this example will cause AppleSearch to look in the information sources called "poetry" and "Literature" for articles that contain one or more occurrences of the word *Shakespeare*.<br><br>AppleSearch User's Guide at p. 29, APLNDC630-0000441868. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | In the example above, the user selected poetry, an information source stored on the local computer, and Literature, a WAIS information source stored on the Internet (indicated by the globe icon), from a list of available information sources, by clicking on the "Info Sources" button.<br><br><br><br>AppleSearch User's Guide at p. 25, APLNDC630-0000441864. |

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | A user could then click the "Start Search" button after which the user would immediately receive a list of results from both information sources.<br><br>In the following illustration, AppleSearch indicates that 20 articles were returned out of 50 matches for the corresponding information source. The other matching articles were not returned because of the Search Options settings. (For example, perhaps the number of maximum returns was already reached. In this case, the user could expand the Search Options parameters to allow other matching articles to be returned.)<br><br><br><br>\*    \*    \*<br><br>2  Click the triangle to the left of the information source icon, or double-click the title of the information source.<br><br>A list of article titles is displayed.<br><br><br><br>AppleSearch User's Guide, APLNDC630-0000441873-74 |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | The AppleSearch Server is responsible for receiving queries inputted by a user into the client interface and displaying results from the selected information sources. The selected information sources could include local information sources or remote WAIS information sources in the Internet.<br><br>The AppleSearch server software running on the server computer collaborates with the AppleSearch Client application program to provide AppleSearch users with fast, tailored access to information. Electronic search agents called *AppleSearch reporters* present the server with queries from users, to be performed immediately or on a schedule specified by the user. AppleSearch Server responds by searching the specified information, ranking the results, and returning those results to the client computer.<br><br>The AppleSearch server treats information as organized groups of documents known as *information sources.* An information source consists primarily of a set of shared documents and an extensive index to the full text of those documents. AppleSearch currently supports two types of information sources: local information sources and remote information sources.<br><br>       *   *   *<br><br>The following figure shows an AppleSearch server local information source as well as a WAIS information source and the remote information it represents. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  (AppleSearch Administrator's Guide, p. 3, APLNDC630-0000441958.) <br><br> As shown below, AppleSearch takes the user's query, then formats the search request for the particular information sources selected, a local information source or a remote WAIS database, where the search request contains the query and is appropriately formatted for AppleSearch's local search engine or a WAIS server.  AppleSearch then provides the appropriately formatted search request to the local search engine or a WAIS server.   In response, the local search engine and WAIS server locate candidate items of information and return these candidate items of information.  AppleSearch then determines at least one of the returned candidate items of information to display to the user and displays a representation of the determined item. The candidate items of information are located both in local storage media and the Internet. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | The AppleSearch version 1.5 software runs on Apple computers. To run on Apple computers, the software must take the form of instructions stored in a computer readable medium, for example the RAM of the Apple computer. These instructions locate information from plurality of locations as the Claim requires.<br><br><br><br>AppleSearch Demonstration Video showing screen capture of an Apple Macintosh LC630 computer (the AppleSearch computer) running Mac OS 7.5.3, running both the AppleSearch version 1.5 Client software application and the AppleSearch version 1.5 Server software application, receiving the information identifier "cat" from an input box, and returning results from an index of a WAIS database named "Cats" located in the Internet and an index of files in a folder named "Fish" |

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | located in the hard drive of the AppleSearch computer.  The globe icon next to the name "Cats" indicates that it is a WAIS database located in the Internet.  *See* AppleSearch User's Guide at p. 25, APLNDC630-0000441864. |
| **[24A]** receive an information identifier; | AppleSearch includes instruction which receive an information identifier.   Specifically, AppleSearch  receives one or more words a user types into the "Search for:" box in an AppleSearch client application.<br><br>"Specifying your search request<br>After you select information sources, you can type your search request. . . .<br><br>Typing a request<br>A search request consists of one or more words related to the information you want to find. You can type uppercase or lowercase letters; AppleSearch is not case sensitive. AppleSearch will search for articles containing any or all of these words.<br><br>To type a search request:<br><br>In the "Search for" box, type (or copy and paste) any word or phrase that relates to the information you want to find. . . . |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  The search request in this example will cause AppleSearch to look in the information sources called "poetry" and "Literature" for articles that contain one or more occurrences of the word *Shakespeare*." AppleSearch User's Guide at p. 29. The software for AppleSearch version 1.5 also demonstrates that AppleSearch received an information identifier: |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | <br><br>AppleSearch Demonstration Video showing screen capture of the AppleSearch computer running the AppleSearch version 1.5 Client software application and the AppleSearch version 1.5 Server software application, and receiving the information identifier "fish" from an input box.<br><br>Further detail regarding how AppleSearch receives the information identifier is available in the AppleSearch source code, including for instance ██████████████ |
| **[24B]** provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media; | AppleSearch includes instructions which provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | AppleSearch includes instructions to locate information in a plurality of locations which include the Internet and local storage media.<br><br>Specifically, AppleSearch allows a user to search local information sources attached to the computer running the server software application.  These information sources include folders on the server's hard disk.<br><br>    The contents of local information sources are kept on the AppleSearch server. Typically, local information sources contain the types of files found in all organizations: memos, financial data, operational procedures, personnel policies, and so forth. In general, if your organization creates or maintains a document, that document will be stored in a local information source.<br><br>    Local information sources can be kept on any locally attached SCSI device, such as a hard disk or CD-ROM drive.<br><br>AppleSearch Administrator's Guide, p. 2, APLNDC630-0000441957. |

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | <br><br>AppleSearch Demonstration Video showing screen capture of AppleSearch computer showing the folder "Fish" located on the hard drive of the AppleSearch computer on which AppleSearch Server and AppleSearch client have been installed. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the AppleSearch Server application on the AppleSearch computer showing the user adding the folder "Fish" located on the hard drive of the AppleSearch computer as a local information source to be indexed by the AppleSearch server, the index to also be located on the hard drive of the AppleSearch computer. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the AppleSearch Client application (top window) on the AppleSearch computer also running the AppleSearch Server application (bottom window), showing the user using the Client application to select the local information source "Fish" located on the hard drive of the AppleSearch computer, as one of the information sources the user will search. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | <br><br>AppleSearch Demonstration Video showing screen capture of the AppleSearch computer running the AppleSearch Server application (bottom window) and the AppleSearch Client application (top window) returning results from the local information source "Fish", located on the hard drive of the AppleSearch computer, after the user entered the word "fish" and clicked "Start Search."  Results returned include the locally stored files Goldfish.txt, Guppy.txt, Catfish.txt and Rainbowfish.txt.<br><br>The AppleSearch client application was capable of being installed on the same computer as the AppleSearch server application.  Accordingly, the storage media that stored the indexed data and the AppleSearch code for locating information on that local storage media could all be on the same desktop computer. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  | The system requirements for the AppleSearch Server and AppleSearch Client software which were printed on the software packaging demonstrated that a computer that a single computer could meet both the requirements of the AppleSearch Server software and the AppleSearch client software; therefore the software could be installed on both:  APLNDC630-0000442269. In addition, Apple's own deposition testimony, deposition testimony of former employees |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | and third-parties who worked on AppleSearch, and Usenet postings of Apple employees and third-parties who installed AppleSearch, confirm that to be the case.<br><br>Q. . . . There was a recommended configuration for an AppleSearch server; correct?<br><br>A. Yes, I believe so.<br><br>Q. And if you have that recommended minimum configuration for the AppleSearch server and you also ran the AppleSearch client on the same computer, it would be possible to query that server from the same computer; correct?<br><br>MR. BUROKER: Objection. Incomplete hypothetical.<br><br>THE WITNESS: I imagine it would be possible.<br><br>McLeod Tr., 134/12-135/25. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | From: casseres@apple.com (David Casseres)<br>Subject: Re: AppleSearch Pros/Cons<br>Date: 1996/09/05<br>Message-ID: <casseres-0509960917440001@cassda.apple.com>#1/1<br>X-Deja-AN: 178686613<br>references: <clement-0309962205360001@ts7port27.port.net><br>organization: Apple Computer, Inc.<br>newsgroups: comp.sys.mac.system<br><br>In article <clement-0309962205360001@ts7port27.port.net>,<br>clement@interport.net (Clement J. Galluccio) wrote:<br><br>> I am considering indexing legal documents in MS Word format so they can<br>> searched quickly for text strings. I saw a AppleSearch demo at MacWorld<br>> two or three years ago and it seemed to be more than capable. Any comments<br>> or alternatives?<br><br>AppleSearch is good.  You should be aware that it is designed to be a<br>client/server application, with an indexing/search engine running on a<br>server (which might also be a file server) and a number of clients<br>connecting via the local net to request searches.<br><br>You can instead run both the server application and the client on your own<br>machine, but then you need to have a good deal of RAM and hard disk space<br>as the server's footprint is fairly big.  If your system can handle it, it<br>works fine in this configuration.<br><br>--<br>David Casseres<br>Exclaimer: Hey!<br><br>SAMNDCA630-07216825. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | Path: nntp.gmd.de!dearn!blekul11!ccsdec1.ufsia.ac.be!reks.uia.ac.be!idefix.CS.kuleuv<br> Belgium.EU.net!EU.net!howland.reston.ans.net!cs.utexas.edu!news.tamu.edu!news.utdal<br>From: mnh@bnr.ca (Mark Hume)<br>Newsgroups: comp.sys.mac.apps<br>Subject: Re: Applesearch<br>Date: Thu, 23 Mar 1995 16:04:00 -0500<br>Organization: Bell-Northern Research Ltd.<br>Lines: 40<br>Message-ID: <mnh-2303951604000001@bcarm5cc.ott.bnr.ca><br>References: <rmbrow2-230395114618@rmbrow2.ecte.uswc.uswest.com><br>NNTP-Posting-Host: bcarm5cc.bnr.ca<br><br>In article <rmbrow2-230395114618@rmbrow2.ecte.uswc.uswest.com>,<br>rmbrow2@denitqm.ecte.uswc.uswest.com (bob brown) wrote:<br><br>> Anyone had any experience using Applesearch? Does it do Boolean and other<br>> complex searches? Can I use it to search more than one external drive at a<br>> time using the same search parameters? (I want to daisy chain two drives<br>> and search them both simultaneously.) Can I install it on  my machine as<br>> the host and search an external drive conected to my machine as a client?<br>><br>> I want to search for text in documents on my own internal drive. Are there<br>> any other good search engines (that allow complex search parameters and are<br>> fast) which are better than Microsoft Word's engine ?<br>><br>> Post, but e-mail's preferred. Thanks!<br>><br>> --<br>> Bob Brown<br>> US WEST Communications<br>> Multimedia Marketing<br><br>Hi,<br><br>AppleSearch supports boolean and other wildcard searches.<br><br>Using the supplied client, it will search any number of sources you<br>specify including WAIS servers.  The searches are actually performed and<br>the results returned to you one source at a time, so you can start<br>examining the result before the search is complete.<br><br>One restriction is that the sources all have to be local to the Server<br>machine (you can't mount an AppleShare volume on the server and search<br>it).  They can be on multiple drives though (hard disk and CDRROM - any<br>SCSI drive).<br><br>The server and client can be on the same machine.<br><br>Cheers, Mark Hume<br>Bell-Northern Research Ltd.<br>-------<br>Standard Disclaimer<br><br><br>SAMNDCA630-07216829.<br><br>*See also* Bivona Tr., 158/24-159/5; Holloway Tr. at 23/11-25/2. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | Further, as repeatedly shown in the screen captures above, the AppleSearch Server version 1.5 and AppleSearch Client version 1.5 software applications can successfully be installed and operated on the same computer.<br><br>To the extent that Apple or its expert contend that AppleSearch does not disclose the limitation of "provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include . . . local storage media" because AppleSearch only locates information on the local storage media of the computer containing the AppleSearch Server software, in my opinion it would have been obvious for a person of ordinary skill in the art to combine AppleSearch with his or her own knowledge and install the AppleSearch Server software on the same computer as the AppleSearch Client software so that he or she could search for documents located on the same computer as the interface he or she was using to enter the search and display results.<br><br>As shown above, based on the system requirements of the AppleSearch Client and Server software, the deposition testimony related to AppleSearch, Usenet postings on AppleSearch software and the demonstrations of the AppleSearch software, and my own testing and analysis of this software, it was well within the knowledge of the person of ordinary skill that the AppleSearch Client and AppleSearch Server software could be installed on the same computer. This installation would yield completely predictable results, and this software was in fact used in this fashion during the prior art period, as demonstrated by the testimony of witnesses and by Usenet postings describing this very configuration.<br><br>A person of ordinary skill in the art would also have been motivated to install the AppleSearch Client and AppleSearch Server software on the same computer for many reasons.  First, in the early-to-mid 1990s, a person would often have access to only one computer on which he or she could install software, specifically his or her desktop computer. In the home environment computers were expensive enough so that many people would only |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | purchase one computer. In many work environments system administration policies allowed users to install software only on his or her own desktop machine.  Second, even if the user had access to multiple computers, in many cases only one of them may have met the requirements for installing the AppleSearch software.  For example, a user may have had access to only one computer running Mac OS 7.0 or later.  I also note that in many environments, early adopters often purchase the first version of a machine available in that environment, then use that machine to explore the potential capabilities available via that machine. Moreover, even if a user had multiple machines available that satisfied the requirements, when exploring the capabilities of a new system or systems, users would often attempt to confine their installation of software to a single machine, leaving the other configurations in place and not introducing any potential unwanted interactions introduced by the installation of new software.  Accordingly, a person of ordinary skill in the art would be motivated to install and use the AppleSearch Server software and AppleSearch Client software on the same machine.  The deposition testimony and Usenet postings cited above, as well as the deposition testimony of the developers of free-WAIS-sf cited below, corroborates my opinion that a person of ordinary skill would be motivated to install client and server software on the same computer:<br><br>"Q. So could a user download FreeWAIS-sf server and download a WAIS client and then set up the FreeWAIS-sf server and use -- the same WAIS client will use FreeWAIS as the example to search that FreeWAIS-sf server?<br><br>MR. FURMAN: Objection: calls for speculation; incomplete hypothetical; vague.<br><br>THE WITNESS: Yes, that was the normal procedure.<br><br>BY MR. JAFFE:<br><br>Q. Why was that the normal procedure?<br><br>MR. FURMAN: Objection. Again, this is outside the scope of |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | what's appropriate for redirect.  This is not your deposition. |
| | THE WITNESS: Because -- well, you usually want it when you set up the server. You had to test it and for that you also needed the client and then typically you needed several trials before you had set up the server properly and the only way to check this was through using it via a client. |
| | BY MR. JAFFE: |
| | Q. Was the FreeWAIS-sf server and the FreeWAIS client capable of being installed on the same computer? |
| | MR. FURMAN: Objection: calls for speculation; hypothetical. |
| | THE WITNESS: Yes, that certainly was all the standard procedure for a new installation or especially for a new database, that you first had both the client and the server on your own machine and, yes, just for this testing cycle this was the most efficient way for doing it. |
| | BY MR. JAFFE: |
| | Q. So it was actually expected that a user who first downloaded the FreeWAIS-sf server that you made available would install it and set up a database on the same computer that they -- that a user would install the client so that they could test that the FreeWAIS-sf server was working? |
| | MR. FURMAN: Objection: incomplete hypothetical; calls for speculation. |
| | THE WITNESS: Yes. |
| | Fuhr Tr. at 173/14-175/5. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | "Q. And you testified earlier that SFGate could be installed on the same computer as a FreeWAIS - sf server? |
| | MR. FURMAN: Objection, misstates his prior testimony. |
| | A. That is possible. That is true. |
| | Q. How do you know? |
| | A. I did that on my own during development of SFGate. It has been the set-up of my test environment, test and development environment. |
| | Q. And why did you do that? |
| | A. In order to further develop SFGate, I had to test, for example, additional features, and therefore I need a test application and a test environment and, of course, to be flexible, to be able to do this work everywhere where my computer is, I installed all these components locally on my computer, and from SFGate on it. |
| | Q. You mentioned earlier that it is 1 possible for someone, for anyone who downloaded and installed SFGate as well as downloaded and installed FreeWAIS - sf to install them on the same computer? |
| | Correct? |
| | MR. FURMAN: Objection, misstates his prior testimony. |
| | A. This is true. |
| | Q. Why would someone do that? |
| | A. One reason is for testing, like I did it. |
| | Q. Any other reasons? |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | A. It could be that people want to make local collections searchable just for themselves. One application could be, for example, to index e-mails of course which should not go through the internet searchable.<br><br>Q. And when you say "should not go through the internet", what do you mean?<br><br>A. That the respective SFGate application search form is not available to others digging into your personal e-mails."<br><br>Gövert, 122/7-123/21.<br><br><br>Another motivation would be to limit the need to access or transfer data across a network where possible to improve the performance of the system.  A person of ordinary skill in the art would be motivated to install the AppleSearch Server software on the same computer as AppleSearch Client software to reduce network latency because the client application would not have to communicate over a network to access local information sources indexed by the AppleSearch server.  Yet another motivation would be to install the AppleSearch Server software and AppleSearch Client software on the same computer for testing purposes and quality assurance in order to eliminate the network as a potential bottleneck or other source of issues.  Another motivation was that typical users were motivated to install the AppleSearch client software and AppleSearch server software on the same computer as evidenced by many of the Usenet postings concerning AppleSearch.  SAMNDCA630-07216825-33.  Another motivation would be to install the client on the most powerful computer available to increase responsiveness.<br><br>Finally, a person of ordinary skill in the art would have been motivated to install AppleSearch Server software and AppleSearch Client software on the same computer due to market forces and design trends.  Brewster Kahle of Thinking Machines discussed the need to merge searching desktop information and WAIS information in a single interface: |

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | The problems that are being addressed in the design of this system include ***human interface issues, merging of information of many sources***, ***finding applicable sources of information,*** and setting up a framework for the rapid proliferation of information servers. Accessing ***private, group, and public information with one user model*** implemented on personal workstations is attempted to allow users access to many sources without learning specialized commands.<br><br>\* \* \*<br><br>Finding documents (or more generally, information) on ***one's personal disk is important***, but finding relevant information on ***remote systems would extend the usefulness of personal computers*** . . . .  ***One of the major goals of the WAIS project is to integrate wide area requests in a natural way with local area requests.***<br><br>Wide Area Information Server Concepts, by Brewster Kahle, Thinking Machines, 11/3/1989, KAHLENDCA630-00000522 at 524, 531.<br><br>As Kahle and the New York Times pointed out, the market for rapid retrieval of information was growing in the early-1990s:<br><br>The market for software that allows the rapid retrieval of computerized text is small but growing, according to industry analysts. In 1989, the United States had fewer than 60,000 users; by the next year, total sales were about $120 million. The Delphi Consulting Group expects the market to grow to 160,000 users and $235 million by 1992.  "Information retrieval technology is starting to spread from supercomputers |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | all the way down to personal computers," said Brewster Kahle, a Thinking Machines scientist who has led the WAIS experiment.<br><br>KAHLENDCA630-00011173, "For Shakespeare Just Log On", *New York Times* (July 3, 1991)<br><br>Accordingly, a person of ordinary skill would have been motivated to combine the teachings of AppleSearch with her or her knowledge to install AppleSearch Server and AppleSearch Client software on the same computer such that the local storage media indexed by the AppleSearch Server software component was on the same computer as the AppleSearch client interface.<br><br>AppleSearch also includes instructions which locate information in the Internet. Specifically, AppleSearch locates information in a WAIS database or databases which are accessible in the Internet through the TCP/IP protocol.  In doing so, AppleSearch is acting as a WAIS client which can search information that has been indexed on WAIS servers via the Internet. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch and the Internet<br><br>Most WAIS servers are connected to an intercontinental network called the *Internet*. The Internet, simply stated, is a communications network that supports information sharing among many computers, as shown in the following figure.<br><br>The Internet provides for standardized communication of information by using a set of protocols known as the *Transmission Control Protocol* (TCP) and the *Internet Protocol* (IP), commonly referred to together as TCP/IP. Using MacTCP (TCP/IP software from Apple), AppleSearch Server gives your organization managed access to many WAIS databases available through your Internet connection.<br><br>*   *   * |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  | The AppleSearch WAIS Gateway program provides a software connection to WAIS databases. AppleSearch Server uses the WAIS Gateway to allow you to make WAIS databases available to your users as WAIS information sources. This interaction is shown in the following figure.<br><br><br><br>**IMPORTANT** All WAIS information sources can be searched by all AppleSearch client software users. Some material published on the Internet through WAIS may be inappropriate for your users and their needs. As soon as you add a WAIS information source, it is recommended that you screen its content by running some test searches. (For more information, see "Adding WAIS Information Sources" in Chapter 2.)<br><br>With a few clicks, you designate your shared folders and selected WAIS databases as information sources. With a few more clicks, you tell AppleSearch to index the local information sources. They are then ready to be searched by authorized AppleSearch users.<br><br>AppleSearch Administrator's Guide at pp. 4-5, APLNDCA630-0000441959-60.<br><br>The software for AppleSearch version 1.5 also demonstrates that AppleSearch could locate information in the Internet: |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  WAIS Demonstration Video showing screen capture of a free-WAIS-sf server on the Internet running Redhat Linux 6.1.  The server has a public IP address of 12.144.180.200, an Internet address to which other computers connected to the Internet may send data. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  WAIS Demonstration Video showing screen capture of the freeWAIS-sf server with free-WAIS-sf version 2.0.65 installed, showing the creation of a database Cats launching the free-WAIS-sf server on port 213, which is indicated by the command "waisserver -d . -p 213 &" so that the database Cats on the free-WAIS-sf server is ready to be searched. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  |  AppleSearch Demonstration Video showing screen capture of an Apple Macintosh LC630 computer (the AppleSearch computer) running Mac OS 7.5.3, which has an IP address of 192.168.0.39, and can connect to the Internet. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the WAIS Custom Databases file on the AppleSearch computer being configured to connect to the WAIS database named Cats on port 213 of the WAIS server at the IP address 12.144.180.200. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | <br><br>AppleSearch Demonstration Video showing screen capture of the AppleSearch computer showing the WAIS database Cats on the free-WAIS-sf server at the public IP address 12.144.180.200 being added as an information source in the AppleSearch Server software application. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | <br><br>AppleSearch Demonstration Video showing screen capture of the AppleSearch computer running the AppleSearch Server application (bottom window) and the AppleSearch Client application (top window) showing the user using the Client application to select the WAIS database "Cats" located on the Internet as a WAIS information source to be searched. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the AppleSearch computer running the AppleSearch Server application (bottom window) and the AppleSearch Client application (top window) returning results from the WAIS database "Cats" on the free-WAIS-sf server on the Internet after the user entered the word "cat" and clicked "Start Search."  Returned results include the files stored on the Internet: AmericanBobtail.txt, Snowshoe.txt, Manx.txt, and CornishRex.txt. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the free-WAIS-sf computer running free-WAIS-sf server 2.0.65 showing that it has been searched for the word "cat" and the results returned. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | AppleSearch also includes instructions which provide the information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media. These heuristics include, for example, a heuristic for locating information in the Internet via WAIS and a heuristic for locating information in local storage media.<br><br>As discussed in more detail below, when an information identifier is received by the AppleSearch instructions, those instructions provide the information identifier to each information source selected.<br><br>If the information source is a local information source it is provided to the CPL information retrieval engine which implements a local storage media heuristic.  If the information source is a WAIS information source, the information identifier is provided to a WAIS server which implements a WAIS Internet heuristic. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  The following figure shows an AppleSearch server with a local information source as well as a WAIS information source and the remote information it represents. AppleSearch Administrator's Guide at p. 3, APLNDCA630-0000441958. *See also* AppleSearch Administrator's Guide at pp. 3-7, APLNDC630-0000441958-62; AppleSearch 1.5 Press Release Article, SAMNDCA630-07604030. Further detail regarding these instructions are available in the AppleSearch source code, including for instance ████████████ ████████ ████████████ ████████ |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | In this chart I also consider an AppleSearch system as demonstrated in the AppleSearch demonstration videos attached to my Report as Video Exhibits 1-11, with an AppleSearch Server software installed on the same machine as the Apple Search Client software, and the AppleSearch Server configured with two information sources: one is a local index of files on the AppleSearch computer's hard drive directly, and the other is a WAIS database containing a remote index of files located on the WAIS server on the Internet.  In response to queries, the AppleSearch CPL Information retrieval engine heuristic implemented by the AppleSearch software would locate information in the local index in local storage media and the WAIS Internet heuristic implemented by the WAIS server would locate information in a WAIS database in the Internet.  *See*  AppleSearch Demonstration Videos.  As stated above, the particular configuration of the AppleSearch local index, the version of the WAIS software used, the configuration of the WAIS server database, and the queries used to locate information on the AppleSearch computer and the WAIS server are merely exemplary. |
| | The AppleSearch CPL information retrieval engine implements a heuristic which a) is a "rule of thumb," b) does not consist solely of constraint satisfaction parameters, c) receives the claimed information identifier, and d) locates information in the local storage media of the Apple computer running the AppleSearch software.  The CPL information retrieval engine heuristic incorporates, in turn, a number of other heuristics. These heuristics include, for example, stemming and relevance ranking to locate documents. As discussed further below, the information identifier is provided to both the stemming and relevance ranking heuristics. |
| | As discussed above, AppleSearch provides the information identifier to a WAIS server on the Internet which contains a WAIS database selected by the user, such as the WAIS server included in the freeWAIS-sf 2.0.65 distribution. |
| | Each WAIS server, such as the WAIS server included in the freeWAIS-sf 2.0.65 distribution, implemented a heuristic. This WAIS Internet heuristic a) was a "rule of thumb," b) did not |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | consist solely of constraint satisfaction parameters, c) was provided with the claimed information identifier, and d) when accessed via the Internet, located information in the Internet, specifically in the WAIS databases that the server could search in response to queries from remote clients. This WAIS Internet heuristic could incorporate, in turn, a number of other configurable heuristics. These heuristics included, for example, stemming, synonym detection, phonetic search (*e.g.*, SOUNDEX and PHONIX), and a relevance ranking heuristic.<br><br>The WAIS server incorporates a WAIS database search engine that locates information stored in WAIS databases. The stemming heuristic could be turned on and off in either the WAIS search engine or in the WAIS databases that the WAIS search engine searched. Depending on the presence or absence of a synonym file and the contents of the synonym file if present, the synonym detection heuristic could be configured to use different synonyms or no synonyms at all. The relevance ranking heuristic could be configured to use different relevance ranking weighting functions.<br><br>See, for example,<br>ir/sersrch.c 909-917, 952-960<br>ir/sersrch.c 1129-1141, 1238-1249<br>ir/synonym.c 181-185, 53-83, 86-316<br><br>Figure 4.17 of the Tung thesis presents an overview of the heuristics described above. As this diagram illustrates, the query is provided to the WAIS heuristics, which locate information in a WAIS database: |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | 

Figure 4.17:  Integration of the query parser into the search engine

See also, for example |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  Figure 3.28: The search engine<br><br>Tung Thesis at SAMNDCA630-06029240.<br><br>The documents are listed by title (either a specified title or the first line of text by default), in order of their scores. *__The scores measure relevance, according to algorithms that may vary from server to server__*. On a Boolean server, that might simply be the number of times a specific word appears in a document, or the number of times it appears divided by the number of words in the document, or it might be a 1 for "present"; on a Thinking Machines server, it might be a complex, proprietary ranking that involves weights, co-occurrences of words, etc. (see Release 1.0, 1-88 and 3-90). |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | The type defines the document's format -- TEXT, PICT, TIFF, etc.   an extensible list that could include spreadsheet files or voice annotations. ***WAIS has already extended Z39 to handle multimedia by handling larger files, parts of files, and "understanding" the vagaries of graphics and potentially sound or video formats.*** Obviously, the client needs the appropriate facilities to represent the objects retrieved to the user, but the protocol itself can handle anything digital.  Dyson at KAHLENDCA630-00000487.<br><br>*See also* July 25, 2013 Deposition of Brewster Kahle at 72:4-15:<br><br><br>Q. So there were different clients developed by different people, correct?<br>A. Yes.<br>Q. And different server systems, correct?<br>A. Yes.<br>Q. And different indexing tools to index content?<br>A. There were different indexing tools, yes.<br>Q. Different searching mechanisms?<br>A. There were different searching mechanisms developed that were plugged into this system.<br><br>*Id.* at 97:18-21:<br><br><br>A. There are many different kinds of servers that  answered questions in very different ways. So this is a -- again, a simplification to talk about a particular set of server technologies.<br><br>*Id.* at 109:15-22:<br><br><br>Q. Later on, were -- were some web -- excuse me.<br>Were some WAIS servers set up to index and offer web content? |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | A. Yes. So there were web servers that were used for many -- sourcing many types of information and things that would be involved as served out over -- from the one level of the protocol interaction would go over HTTP. That was common.  WAIS Demonstration Video showing screen capture of the synonym file "Cats.syn" located on the free-WAIS-sf server.  This file is typically created and configured by the user who creates the database for the free-WAIS-sf server with synonyms corresponding to words that the creator expects users to enter as a search term.  See Exhibit 9 to my Report at [24B].  Accordingly, the search term "cherish" should also locate documents in the WAIS database containing the search term "love." |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | <br><br>AppleSearch Demonstration Video showing screen capture of the AppleSearch server showing the results of a search in the AppleSearch client application for the word "cherish."  The results include the file "Snowshoe.txt" and "Manx.txt" on the free-WAIS-sf server. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  WAIS Demonstration Video showing screen capture of the file "Snowshoe.txt on the free-WAIS-sf server  on the Internet showing that the file does not contain the word "cherish." |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  WAIS Demonstration Video showing screen capture of the file "Manx.txt on the free-WAIS-sf server  on the Internet showing that the file does not contain the word "cherish." |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  |  AppleSearch Demonstration Video showing screen capture of the file "Snowshoe.txt" located on the free-WAIS-sf server being displayed on the AppleSearch computer after double-clicking the result.  The file does not contain the word "cherish", but does contain the word "love," a the synonym the creator of the free-WAIS-sf database "Cats" configured for the word "cherish." |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the file "Manx.txt" located on the free-WAIS-sf server being displayed on the AppleSearch computer after double-clicking the result.  The file does not contain the word "cherish", but does contain the word "fun-loving." Because of a combination of stemming and synonym detection, the free-WAIS-sf server locates the file "Manx.txt" when presented "cherish" as a query. |

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  | When an information identifier is received by the AppleSearch instructions, those instructions provide the information identifier to each information source selected.  If the information source is a local information source it is provided to the CPL information retrieval engine which implements a local storage media heuristic.  If the information source is a WAIS information source, the information identifier is provided to a WAIS server which implements a WAIS Internet heuristic.<br><br><br><br>AppleSearch Administrator's Guide at p. 3, APLNDCA630-0000441958. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | The AppleSearch WAIS Gateway program provides a software connection to WAIS databases. AppleSearch Server uses the WAIS Gateway to allow you to make WAIS databases available to your users as WAIS information sources. This interaction is shown in the following figure.  IMPORTANT All WAIS information sources can be searched by all AppleSearch client software users. Some material published on the Internet through WAIS may be inappropriate for your users and their needs. As soon as you add a WAIS information source, it is recommended that you screen its content by running some test searches. (For more information, see "Adding WAIS Information Sources" in Chapter 2.) With a few clicks, you designate your shared folders and selected WAIS databases as information sources. With a few more clicks, you tell AppleSearch to index the local information sources. They are then ready to be searched by authorized AppleSearch users. AppleSearch Administrator's Guide at pp. 4-5, APLNDCA630-0000441959-60. |

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | **3.2 Query Syntax Conversion**<br><br>The CPL information-retrieval engine in AppleSearch allows (but does not require) various operators to be embedded in the text of a query; these specify Boolean combinations of search terms, adjacency requirements, expanded search, etc.<br><br>Likewise, the WAIS protocol supports the use of various operators for similar functions, but the operator syntax is not identical.  AppleSearch users will presumably formulate their queries in AppleSearch (i.e. CPL) style, and it would be desirable to convert this to WAIS style.<br><br>The syntax-checking code already incorporated in the AppleSearch Server may make it practical to do this without excessive effort.  Exactly how much difference there is between the two syntaxes, whether there are also important semantic differences, and the effort required to deal with the differences are matters for investigation.<br><br>WAIS Gateway Spec., APLNDC630-0000369880 (describing code which sends queries to the CPL Search engine versus sending them to a WAIS Server)<br><br>Further detail re ardin  how these instructions provide th█████████████████████████████████████ are available in the AppleSearch source code  includin  for instance in the files █████████████████████████████ as well as functions transitively invoked from these files.<br><br>Apple or its expert may take the position that AppleSearch does not disclose providing the information identifier to the heuristics. To the extent this position is held to be valid, it would |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | be obvious to provide the information identifier to the heuristics for software engineering reasons, specifically to eliminate code duplication and enable extensibility. Because these are basic concepts in software development and programming and taught as good practice in undergraduate software engineering and programming courses, a person of ordinary skill in the art would be motivated to develop software in which the information identifier is provided to the heuristics.<br><br>Each CPL information retrieval engine heuristic locates information in the local AppleSearch index stored in local storage media and the WAIS Internet heuristic locates information in the WAIS database in the Internet. Indeed, the purpose of providing the information identifier to the heuristics is to enable the heuristics to use the query to locate information in their respective indexes. This functionality is also evident in the operation of the software as seen in the video demonstrations prepared under my direct supervision and attached to this Report.<br><br>The CPL information retrieval engine implements stemming and relevance ranking, both of which are heuristics that locate information.<br><br>The CPL information retrieval engine provides the information identifier to a stemming heuristic which removes common suffixes from words to abstract root words for matching purposes. The stemming heuristic does not consist solely of constraint satisfaction parameters because there are no constraints, merely substitutions that remove suffixes. Stemming is a heuristic because it attempts to determine the root meaning of words, but only partially succeeds because the stemming techniques that it employs sometimes fail to identify words with the same meaning.<br><br>"For local information sources, AppleSearch uses a technique called *stemming*, which recognizes the root words in each article. Stemming removes common suffixes from words, such |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | as plurals and verb tenses.  In the English language, AppleSearch recognizes suffixes such as -*ing, -ed,* or -*es* and abstracts the root word for matching purposes.  As a result, your searches will be more broad as AppleSearch looks for common variations of the root word.  For example, in a search on a local information source for the word *representing*, AppleSearch would actually find such words as *represent, represents, and representative.*<br><br>*Note*: This feature is not supported for some WAIS information sources.  Instead the WAIS server performs a literal search on the exact word."<br><br>(APLNDC630-0000441890, AppleSearch User's Guide at p. 63.)<br><br><br>My review of the software for AppleSearch version 1.5 corroborates my opinion that AppleSearch implements stemming for local information sources. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  |  AppleSearch Demonstration Video showing screen capture of the AppleSearch Client application showing the result "Goldfish.txt" located on the hard drive of the AppleSearch computer returned from a search of the word "humanity." |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the AppleSearch Client application displaying the file "Goldfish.txt" located on the hard drive of the AppleSearch computer, after clicking on the result in the AppleSearch Client application, showing that the word "humans" was a match, which is a stem of the word "humanity".  The word "humanity", however, does not appear in the file.<br><br>Further detail re_ardin_ A__leSearch's implementation of the ███████████ ████████████████████████████████████████ is available in the AppleSearch source code, including for instance ███████████<br><br><br>When locating information in a local information source, the CPL information retrieval engine also provides the information identifier to a heuristic that performs relevance ranking of results.  The relevance ranking heuristic does not employ constraint satisfaction |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | parameters because it does not work with or involve formal logic, constraints, or constraint satisfaction algorithms.  In particular, the CPL information retrieval engine employs a rule of thumb for determining a particular document's relevance. This rule of thumb uses the information identifier to determine how frequently the information identifier appears within a document and to determine whether words from the information identifier appear near each other within a document.<br><br>"If you conduct an immediate information search (typing a search request and then clicking StartSearch in the reporter window), the set of articles retrieved by AppleSearch first appears in your reporter window as a list of article titles with a number of stars beside them. The titles are automatically ranked, or placed in order, according to a statistical measure of the similarity between your request and the content of each article. (As options, you can view the list by title or by date, but initially the list is ordered by rank.) This ordering process is called *relevance ranking, and it's applied separately to each information source*.<br><br>The following four key criteria are applied in this statistical measure to assign a relevance rank to a particular article:<br><br>• *The frequency with which each search word occurs within a document is an indicator of relevance.*<br><br>• *A match on a word that is rare within a given information source is more indicative of relevance than a match on a word that is common in that information source.*<br><br>• Since long articles have a greater chance of containing search words, AppleSearch adjusts the relevance ranking so that long articles don't rank higher just |

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | because of their length. |

*(right column content continued)*

- ***Sometimes the fact that search words occur near each other within a document is an indicator of relevance.***

  As AppleSearch evaluates the materials, those that best answer the criteria of relevance ranking are given a greater number of stars."

APLNDC630-0000441898-99, AppleSearch User Guide at pp. 61-62 (emphasis added).

Further detail regarding AppleSearch's implementation of the ███████████ ████████████████████████████████████████████████ is available in the AppleSearch source code, including for instance █████████████

The WAIS Internet heuristic locates information in the WAIS database in the Internet. Indeed, the purpose of providing the information identifier to the heuristics is to enable the heuristics to use the query to locate information in their respective databases. This functionality is also evident in the operation of the software as seen in the video demonstrations prepared under my direct supervision and attached to this Report. Also see Figure 4.17 of the Tung thesis, which shows that the heuristics locate information.

WAIS includes an optional heuristic that uses synonym detection to determine whether a *document* may be relevant to the user based on the user's query. WAIS search engines use a customized synonym file (*i.e.* thesaurus) for this heuristic.  *See*, *e.g.*:

> The *optional* synonym file contains multiple lines with synonym terms separated by spaces.
> wais freewais
> programming hacking

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | Unido at SAMNDCA630-00028155.<br><br>2.7      What does WAIS support?<br>. . .<br>• identification of synonyms<br><br>Tung Thesis at SAMNDCA630-06029190.<br><br>Search for synonyms<br><br>This step has already been described in section 3.3.3.3.<br><br>Tung Thesis at SAMNDCA630-06029241.<br><br>**3.3.3.3    Synonym detection**<br><br>Free text search is frequently characterized by an ambiguity of terms.  For example, the term *telephone* is related to the term *phone*.  Therefore, in searches for documents that contain the term *telephone*, it is also desirable to receive all documents in which the term *phone* occurs.  To solve this problem, *synonyms* are detected.  In the detection of synonyms, terms that have the same or a similar meaning are combined into equivalence classes.  One element in each equivalence class is selected as a designator and is used as a descriptor. |

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | In WAIS, in the detection of synonyms, all terms that are related to the term selected as the descriptor are entered into an external file *database.syn*. This file has the following syntax: $$\text{Synonym}_1 \quad \text{Word}_1, \ldots, \text{Word}_k$$ $$\text{Synonym}_t \quad \text{Word}_1, \ldots, \text{Word}_n$$ In indexing, this file is read line by line.  Each line corresponds to an equivalence class.  The $\text{synonym}_i$ serves as the descriptor and is entered into the WAIS index.  In a subsequent search for information, this file is read in order to determine whether or not a query term belongs to one of these equivalence classes.  If so, the query term will be replaced by the $\text{synonym}_i$ as a new query term.  Let us now consider an example of this.  Assume that a synonym file contains the following entries: *Telefon  telephone  phone* A search is performed for documents that contain the term *phone*.  The query term in this case is therefore *phone*.  A check is made to determine whether the term *phone* occurs in one of the equivalence classes.  If so, the query term *phone* will be replaced by the term *telephone*, and a search will be performed in the WAIS index for the term *telephone*. The detection of synonyms is optional in WAIS – depending upon whether a synonym file exists. Tung Thesis at SAMNDCA630-06029235-36. *See also* July 25 Deposition of Brewster Kahle at 120:5-19: Q. And which of these customizable stop word, stemming, and thesaurus was done at preparation versus run time? A. There would be components of these that would be done -- I'm not -- I -- I think thesaurus lookup would be primarily run time. I'm not sure how one would -- what would happen at index build time that would involve the thesaurus expansion of one's |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | query.  The stemming has things -- parts of the    the programming that is affected at both the index build time and query time so that if the words were stemmed at index build time to eliminate plurals, then at query time, if you searched on the plural, it would not be in the index. Therefore, the stemming has to apply to the query at run time. <br><br> *See also* freeWAIS-sf 2.0.65: <br><br> • ir/sersrch.c, lines 738-50, 781-871 <br> • ir/irsearch.c, lines 1287-1503 <br> • ir/synonym.c, lines 53-86 <br> • ir/irext.h, lines 456-64 <br> • ir/irhash.c, lines 454-502, 659-704 <br><br><br> My review of the software for free-WAIS-sf version 2.0.65 and AppleSearch version 1.5 corroborates my opinion that WAIS heuristic which implements a synonym detection heuristic is provided the information identifier. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the AppleSearch Client application showing the results from a search of the word "fish" with the results "Goldfish.txt" and "Guppy.txt" located on the hard drive of the AppleSearch computer, receiving a relevance ranking of five stars, and the results Catfish.txt and Rainbowfish.txt, also located on the hard drive of the AppleSearch computer, receiving a relevance ranking of four stars.<br><br>WAIS includes an optional stemming heuristic based on stem form reduction.  For stem form reduction to work properly, it must be included in both indexing and query processing.  *See*, *e.g.*: |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | ```
Subject: 1.1) What does 'stemming' mean?

     Stemming in a field means, that every word is reduced to its word
     stemm, before it is added to or search in the index. This way
     'computer', 'computing' and 'computers' are treated identically.
```

FreeWAIS-sf FAQ at SAMNDCA630-07218303; PFEIFERNDCA630-00002651; PFEIFERNDCA630-00005150.

The goals of this paper are:

. . .

• to integrate stemming.

Tung Thesis at SAMNDCA630-06029190.

*See also* July 25 Deposition of Brewster Kahle at 120:5-19:

Q. And which of these customizable stop word, stemming, and thesaurus was done at preparation versus run time?
A. There would be components of these that would be done -- I'm not -- I -- I think thesaurus lookup would be primarily run time. I'm not sure how one would -- what would happen at index build time that would involve the thesaurus expansion of one's query.  The stemming has things -- parts of the   the programming that is affected at both the index build time and query time so that if the words were stemmed at index build time to eliminate plurals, then at query time, if you searched on the plural, it would not be in the index. Therefore, the stemming has to apply to the query at run time.

*See also* July 12, 2013 Deposition of Norbert Fuhr at 157:23-159:9.: |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | Q. You testified earlier that FreeWAIS-sf supported stemming at query time, correct? 25 A. Yes.<br>Q. And what -- did your -- did the FreeWAIS-sf team at Dortmund University write computer code to support stemming?<br>A. Yes.<br>MR. FURMAN: Objection: vague; ambiguous; lacks foundation.<br>BY MR. JAFFE:<br>Q. Was the computer code that was written to support stemming at query time, did that use a computer algorithm?<br>A. Yes --<br>MR. FURMAN: Objection: vague; ambiguous; again, outside the scope of what's appropriate for redirect.<br>THE WITNESS: Yes, it used a standard -- a well-known algorithm.<br>BY MR. JAFFE:<br>Q. And did that well-known algorithm involve using heuristics?<br>A. Yes, of course.<br>MR. FURMAN: Objection: calls for a legal conclusion.<br>BY MR. JAFFE:<br>Q. How do you know?<br>A. Well, because you need some kind of -- because there is no perfect solution for the stemming problem. You would need a huge dictionary, which is always updated when the new word comes in, but instead the method just operates on the character sequences and it's just some kind of compromise between effort and result quality.<br>Q. And is that method used during query time after users submits a term?<br>A. Yes.<br><br>*See also* July 15, 2013 Deposition of Norbert Govert at 134:13-21:<br><br>Q. Is the computer code that is used to process the query term in order to stem at search time heuristic? |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | MR. FURMAN: Objection, calls for legal conclusion, vague, calls for speculation. |
| | A. It is heuristic in the same sense like soundex algorithm is heuristic. It tries on routes from computer linguists to rebuild natural language properties. |
| | *Id.* at 136:9-137:1: |
| | Q. And that code involved a number of heuristics, correct? |
| | MR. FURMAN: Objection, calls for legal conclusion, misstates his prior testimony. |
| | A. As I said before, soundex and stemming algorithms, from my point of view, from my explanation of what heuristic means, are heuristic algorithms as is the algorithm to compute the retrieval status value. |
| | Q. What do you mean by the algorithm to retrieve the retrieval status value? |
| | A. The result of an FreeWAIS - sf or SFGate query is the ranking of documents, so the relevant documents are deemed to be on top of the irrelevant documents, and in order to do this sorting there must be a criteria to sort, and this criteria is the retrieval status value which is implemented in FreeWAIS - sf. |
| | *See also* freeWAIS-sf 2.0.65: |
| | <ul><li>defaults.h, line 24</li><li>ir/waisindex.c, lines 320-22, 472-75, 605-09, and 1410-12</li><li>ir/sersch.c, lines 909-17, 952-60</li><li>file ir/stemmer.c, lines 37, 109-117, 148-246, 441, 496</li><li>ir/irtfiles.c, lines 509-606, 603-12</li></ul> |
| | My review of the software for free-WAIS-sf version 2.0.65 and AppleSearch version 1.5 corroborates my opinion that the information identifier is provided to the stemming heuristic. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  WAIS Demonstration Video showing screen capture of the free-WAIS-sf server running the free-WAIS-sf version 2.0.65 software showing the creation of the index "Cats" with stemming enabled (indicated by the '-stem' argument in the command line "waisindex -d Cats -stem AmericanBobtail.txt CornishRext.txt Manx.txt Snowshoe.txt." |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | <br>WAIS Demonstration Video showing screen capture of the file "AmericanBobtail.txt on the free-WAIS-sf server on the Internet showing that the file does not contain the word "intelligent." |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | AppleSearch Demonstration Video showing screen capture of the AppleSearch server showing the results of a search in the AppleSearch client application for the word "intelligent."  The results include the file "AmericanBobtail.txt" on the free-WAIS-sf server. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the file "AmericanBobtail.txt" located on the free-WAIS-sf server being displayed on the AppleSearch computer after double-clicking the result.  The file does not contain the word "intelligent", but does contain the word "intelligence." After stemming, both have the same root word. <br><br><br> WAIS includes an optional heuristic that uses a phonetic search.  WAIS also includes two particular phonetic search heuristics, Soundex and Phonix. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  | ```
Subject: 1.2) What does 'soundex' mean?

    Like stemming, every word is mapped to its soundex code before
    added to or search in the index. Equal or similar sounding words
    are treated as if they were identical.
```

FreeWAIS-sf FAQ at SAMNDCA630-07218303; PFEIFERNDCA630-00002651; PFEIFERNDCA630-00005150.

Index files currently supported are 'TEXT', 'SOUNDEX' and 'PHONIX'.

Unido at SAMNDCA630-00028155.

The goals of this paper are:
. . .
- phonetic search

Tung Thesis at SAMNDCA630-06029191.

4.4.4     Phonetic search

***The function of a phonetic search is to identify all words that are written differently from a word in the query, but are pronounced similarly to that word.  There are two algorithms for solving this problem, SOUNDEX and PHONIX, which are described in detail in [Poersch 93].  PHONIX is an improved version of SOUNDEX.  The function of these algorithms is to format a term in a Soundex code or Phonix code***.

To enable a phonetic search, first each search term must be formatted in a phonetic code.  This phonetic code is then searched for in the WAIS index (figure 4.14).  This means that, already during indexing, each term to be indexed must be formatted in a phonetic code.  This code is then indexed.  The indexing process is described in figure 4.15. |

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  Figure 4.14:  SOUNDEX search, PHONIX<br><br>Tung Thesis at SAMNDCA630-06029272.<br><br>*See also* July 12, 2013 Deposition of Norbert Fuhr at 160:4-161:21:<br><br>Q. You also mentioned that FreeWAIS-sf had a phonetic search, correct?<br>A. Yes. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | Q. And you testified earlier that the phonetic search required implementation at indexing time but also implementation at query time, correct? <br> A. Yes. <br> Q. And did the -- did the implementation of the phonetic searching on the FreeWAIS-sf -- let me rephrase. <br> The FreeWAIS -- the phonetic searching in FreeWAIS-sf was implemented in the computer code for FreeWAIS-sf; is that correct? <br> A. Yes. <br> Q. Did that require implementation of a computer algorithm? <br> A. Yes. <br> Q. And was that computer algorithm executed at -- when the -- at query time after the -- after the user had entered a search term? <br> A. It was implemented -- <br> MR. FURMAN: Objection: vague. <br> THE WITNESS: -- both at indexing time and at retrieval time; so yes. <br> BY MR. JAFFE: <br> Q. Did the implementation at retrieval time, did the algorithm which performed the implementation at retrieval time include heuristics? <br> MR. FURMAN: Objection: vague; ambiguous, lacks foundation, and calls for a legal conclusion. <br> THE WITNESS: Yes, of course. <br> BY MR. JAFFE: <br> Q. How do you know? <br> A. Well, because -- <br> MR. FURMAN: Objection: compound. <br> THE WITNESS: -- again, it's just an approximation that because you do not -- these methods do not represent the actual phonetic codes that, for example, would be used in today's system for text-to-speech. They just were some heuristic method that maps it on to something like related to or represented some kind of phonetic code and the development of this code was more heuristically done. |

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | *See also* freeWAIS-sf 2.0.65:<br><br>• defaults.h, line 19<br>• ir/query_y.y, lines 327-39<br>• file ir/query_y.c, lines 873-82<br>• ir/soundex.c, lines 109-45, 158-227, 402-557<br>• ir/irtfiles.c, lines 751-52, 604-76<br><br>As another example, WAIS includes a heuristic that searches for relevant documents to a query by using the query and the document together to compute a heuristic weighting function for the document, using the heuristic weight to rank that document against other documents, and returning only the N documents with the highest heuristic weight sorted from highest relevance to lowest (where the relevance is determined by the heuristic weights of the documents). freeWAIS-sf allows the servers to use two different weighting heuristics: one that was used by the previous version of WAIS and another that was added to freeWAIS-sf. *See*, *e.g.*:<br><br>The servers take a users question and do their best to find relevant documents. The servers, at this point, do not 'understand' the users english language questions, rather ***they try to find documents that contain those words and phrases and ranks then based on heuristics***. Overview at SAMNDCA630-00821974.<br><br>To improve the above-described situation in terms of retrieval effectiveness, ***WAIS uses a heuristic ranking method***, which sorts the documents according to decreasing relevance. Ranking is performed by the WAIS server.  Tung Thesis at SAMNDCA630-06029187-88.<br><br>2.7    What does WAIS support?<br>. . . |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | • natural query language, <br> . . . <br> • heuristic ranking method, <br> . . . <br> The goals of this paper are: <br> . . . <br> *• to investigate and evaluate the weighting function used in WAIS and present a new weighting function*. <br><br> Tung Thesis at SAMNDCA630-06029190-91. <br><br> The search process is broken down into the following steps: <br> 1.      Searching for a term in the dictionary and finding a reference pointer. <br> 2.      Using a reference pointer to search for the list of (document IDs, character position, term frequency)-tuples (postings) in the inverted file. <br> 3.      *Using the term frequency for each document to calculate the total weight, and then sorting the documents by weight*. <br> 4.      Using the document ID, headline ID and filename ID to search for the entries in the three tables, and using the entries for each document to form a document reference. <br> 5.      *The result is a set of ranked document references, which is sent to the client*. <br><br> First, the dictionary is checked, term by term, to determine which query terms occur in the dictionary.  As we already know from the structure of the dictionary described in section 3.2.3.2, the search engine loads the entire index into a buffer in the main memory and performs a binary search in the memory for a query term in order to localize a block in which the term occurs.  If a term is found in the index, the block pointer to the term will enable direct access to the block in the dictionary.  As soon as the block has entered the main memory, a binary search for a data set which contains the searched for term is started.  In addition to a term, a data set in the block will contain the frequency with which the term occurs in the collection and a reference |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  | pointer to an entry in the inverted file.  A reference pointer corresponds to a physical address for an entry in the inverted file, and enables direct access thereto.<br><br>Ranking<br><br>Each entry in the inverted file contains a list of (document ID, character position, term frequency)-tuples (postings) for each term, wherein each tuple applies to a document.  For each document, ***the term frequency is used for calculating the total weight of the document for a term, according to the formula presented in section 3.3.3.4.  The final weight of a document for the query is obtained by adding the individual weights of the document to the individual terms in the query.  Once the weights have been calculated, individual documents are sorted by weight.***  The document with the highest weight is assigned the highest ranking number 1000.<br><br>After ranking, ***in which documents having low relevance values are sorted out***   as a default, ***a maximum of the 40 best documents from the set of responses are included in the set of identified documents***  , direct access to the document table and the physical addresses of the entries in the headline table and the filename table are managed in the sorted sequence based upon the document IDs.  In specific terms, this means that the document table for a document ID will contain an entry which contains a pointer to an entry in the headline table and a pointer to an entry in the filename table.  The entries from the tables form a document reference for a document.  ***Identified document references are then sent, in descending order according to decreasing weight, by the server to the client***.<br><br>Tung Thesis at SAMNDCA630-06029241-42.<br><br>4.6      Term weighting<br><br>***The term weights of a document indicate the potential significance of the terms within said document***.  In what follows, the weaknesses of the weighting function used |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | in WAIS will be examined. ***A new weighting function will then be presented***, which offers better retrieval effectiveness. <br><br> 4.6.1   Evaluation of the WAIS weighting function <br> "For the weighting function, WAIS specifies the following formula: <br><br> $$w_{ik} = ((\log(tf_{ik}) + 10) * idf_i)/d_i.$$ <br><br> $tf_{ik} =$   frequency with which the term $t_k$ occurs in document $D$. $tf_{ik}$ is initialized at 5. $tf_{ik}$ is then increased by 1 each time it occurs. If the term $t_k$ occurs in the headline, 10 is added to $tf_{ik}$. $tf_{ik}$ is a maximum of 127. <br> $idf_i =$   $1/\sum_{i=1}^{n} tf_{ik}$ – the inverse document frequency with which the term $t_k$ occurs in a collection containing $n$ documents. <br> $d_i =$   $\sum_{i=1}^{t} tf_{di}$ – the set of terms occurring in the document $D$. <br><br> . . . . <br> ***Numerous variants of weighting functions have been tested experimentally and proposed.  The new weighting formula used here, which is based on the vector space model (section 4.6) and was proposed by Salton, is a variant of this model, the good retrieval quality of which has been proven through experimental testing in [Salton & Buckley 88].*** |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | As was discussed in section 4.6, a document is viewed as an $n$-dimensional document vector $D$, and a query is viewed as an $n$-dimensional query vector $Q$, and is represented in the form $$D = <w_{d1}, \ldots, w_{dn}>$$ and $$Q = <w_{q1}, \ldots, w_{qn}>$$ in which $w_{dk}$ represents a weight of the term $t_k$ in document $D$ and $w_{qk}$ represents a weight of the term $t_k$ in the query $Q$. The similarity between a specific document vector and a search query vector is the scalar product $$similarity(Q, D) = \sum_{k=1}^{n} w_{qk} . w_{dk} = 1.$$ The following factors are important in calculating the weight $w_{dk}$: <ul><li>$d_1$: the set of terms occurring in document $D$.</li><li>$tf_{dk}$: the frequency with which the term $t_k$ occurs in document $D$ (term frequency).</li><li>$max\_tf_{d1}$: maximum term frequency $tf_{dk}$ of all terms $t_k \in d_1$.</li></ul> |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | • $idf_k$: $\log\left(\frac{N}{n_k}\right)$ - the inverse document frequency of the term $t_k$, in which $N$ is the number of documents in the collection and $n_k$ is the number of documents in which the term $t_k$ occurs.<br><br>A weight $w_{dk}$ of the term $t_k$ in document $D$ can be calculated as follows:<br><br>$$w_{dk} = \frac{\alpha_{dk}}{\beta_d},$$<br><br>in which the unstandardized indexing weight<br><br>$$\alpha_{dk} = idf_k * \left(0.5 + \frac{0.5 * tf_{dk}}{max\_tf_d}\right)$$<br><br>represents the product of the *inverse document frequency* $idf_k$ and the *standardized frequency of occurrence*. $\beta_d = \sqrt{\sum_{t_k \in d_r} \alpha_{dk}^2}$   is the vector length. The inverse document frequency $idf_k$ is calculated for the retrieval time based on the dynamic collection, in which the number of documents $N$ is continuously changed.<br><br>The standardized frequency of occurrence ranges from 0.5 to 1. The weight $w_{dk}$ varies between 0 and 1. If a weight $w_{dk}$ is close to 0, then the term $t_k$ does not have a high relevance value. Conversely, a term $t_k$ has a high relevance value if its weight $w_{dk}$ is close to 1.<br><br>The weights $w_{qk}$ for the terms $t_k$ in the query $Q$ are calculated in the same manner. In this calculation, it is assumed that the term frequency of the term $t_k$ in the query $Q$ is $tf_{qk}$ = 1. Thus the weight of the term $t_k$ in the query $Q$ is $w_{qk} = idf_k$ $[idf_k]$ . The factors used in this weighting function – the term frequency $tf_{dk}$, the inverse document frequency $idf_k$ and the vector length $\beta_d$ – fulfill the same purposes as were already described in section 3.3.3.4.<br><br>Tung Thesis at SAMNDCA630-06029278-280.<br><br>A WAISSearch-Response APDU contains a list of records or document references. A document reference refers to an original document on the server. Each document reference contains the following fields:<br>1.      headline   a number of words that describe the main content of a document. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  | 2.      *rank – the ordinal number of a document in the set of responses.  It indicates the relevance of a document in a query.  The highest ranking number is 1000*.<br>3.      a list of display formats    for example, text, postscript, tiff, etc.<br>4.      doc ID   the document number.<br>5.      length    the length of a document in bytes.<br>*The number of document references is determined by the client during initialization*.<br><br>Tung Thesis at SAMNDCA630-06029206.<br><br>*See also* July 12, 2013 Deposition of Norbert Fuhr at 162:23-165:22:<br><br>Did FreeWAIS-sf rank results?<br>MR. FURMAN: Objection: vague.<br>THE WITNESS: Yes.<br>BY MR. JAFFE:<br>Q. Did FreeWAIS-sf -- let me rephrase.<br>How was the ranking of results in FreeWAIS-sf implemented?<br>A. They had some weighting method but I don't know any details about it.<br>Q. Do you know whether the weighting method used heuristics?<br>MR. FURMAN: Objection: calls for a legal conclusion.<br>THE WITNESS: Yes, it certainly was a very heuristic weighting method.<br>BY MR. JAFFE:<br>Q. How do you know?<br>A. Because it did not use any of the known weighting methods from the scientific literature. It was really some, yes, heuristic approach.<br>Q. Did FreeWAIS-sf use the same -- let me rephrase. The version of WAIS, the FreeWAIS that you downloaded and then enhanced to build FreeWAIS-sf, did that version of FreeWAIS, the older version, did that use -- did that use a weighting method as well?<br>MR. FURMAN: Objection: lacks foundation; misstates his prior testimony; vague; |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | calls for speculation.<br>THE WITNESS: Yes, the original FreeWAIS version already had a weighting mechanism.<br>BY MR. JAFFE:<br>Q. Did FreeWAIS-sf use the same weighting mechanism as the original version of WAIS?<br>MR. FURMAN: Objection and, again, this is way outside the scope of what is appropriate for redirect.<br>THE WITNESS: I don't know.<br>BY MR. JAFFE:<br>Q. Were you aware of whether the original version of WAIS, that is FreeWAIS, for FreeWAIS-sf used heuristics to implement weighting?<br>MR. FURMAN: Objection: calls for a legal conclusion.<br>THE WITNESS: Yes, they certainly used the heuristic method for performing their weighting.<br>BY MR. JAFFE:<br>Q. And was the heuristic method executed after the user submitted its search term?<br>MR. FURMAN: Objection: incomplete  hypothetical; calls for a legal conclusion.<br>THE WITNESS: Of course for ranking this method had to be applied for in order to combine a 1 so-called retrieval status value based on the query and the heuristic weighting of the terms in the documents that were computed at indexing time.<br>BY MR. JAFFE:<br>Q. And did FreeWAIS-sf's ranking mechanism that used heuristics was that also executed after the user entered a search term?<br>MR. FURMAN: Objection: calls for a legal conclusion; outside the scope of redirect.<br>THE WITNESS: Yes, of course.<br>BY MR. JAFFE:<br>Q. And how do you know that?<br>A. Yes, because that's the standard mechanism that you need in order to perform ranking. You need some kind of weighting and that's what both the earlier version and also FreeWAIS-sf did. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | Q. So FreeWAIS-sf used a number of heuristics after a user entered a search term in order to find information?<br>MR. FURMAN: Objection: calls for a legal conclusion.<br>THE WITNESS: Yes, of course.<br><br>*Id.* at 177:19-178:12:<br><br>Q. What would happen after the user submitted the search term to the FreeWAIS-sf server on their computer as well as the FreeWAIS-sf server on the internet?<br>MR. FURMAN: Objection: vague; incomplete hypothetical; calls for speculation; calls for a legal conclusion.<br>THE WITNESS: Both servers would process the query and then return a ranked list of results which were sent back to the client and then the client would merge the results and present them to the user.<br>BY MR. JAFFE:<br>Q. And during the processing, the heuristic algorithms that we discussed earlier would be used?<br>MR. FURMAN: Objection: calls for a legal conclusion; incomplete hypothetical; vague; calls for speculation.<br>THE WITNESS: Yes, of course. All these heuristics were involved in order to get a result.<br><br>July 14, 2013 Deposition of Ulrich Pfeifer at 224:24-226:11:<br><br>Q. So at the time this document was made available with the freeWAIS-sf distribution, could you download the freeWAIS-sf distribution, set up a local database, open the WAIS client, search that local WAIS database as well as search another WAIS database?<br>MR FURMAN: Objection. Calls for speculation. Incomplete hypothetical.<br>THE WITNESS: Yes.<br>BY MR JAFFE: |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | Q. Could you search the local WAIS database as well as a WAIS database located over the Internet?<br>A. Yes.<br>MR FURMAN: Objection. Calls for speculation. Incomplete hypothetical.<br>BY MR JAFFE:<br>Q. When you selected the local WAIS database and the remote WAIS database that was over the Internet, and you typed in a search term, would it search both databases at once?<br>MR FURMAN: Objection. Calls for speculation. Incomplete hypothetical.<br>THE WITNESS: For the user, apparently at once. In reality -- the technical reality -- one thing has to be done before the other.<br>BY MR JAFFE:<br>Q. If it found results on, well, both the local WAIS server and the remote WAIS server, would it return them to the user so that it displayed at the same time?<br>MR FURMAN: Objection. Calls for a legal conclusion. Incomplete hypothetical. Calls for speculation.<br>THE WITNESS: Yes, the both answer sets, as we called it, would be displayed at the same time.<br><br>*See also* freeWAIS-sf 2.0.65:<br><br>• defaults.h, line 36<br>• ir/sersrch.c, lines 1559-78<br>• ir/weight.c, lines 25-60<br>• ir/waisindex.c, line 525<br>• ir/irtfiles.c, lines 214, 967-1012, 1192, 1433<br>• ui/document.c, lines 640-658<br>• ui/document.h, lines 61-70<br>• ui/question.h, lines 45-69<br>• x/qcommands.c, lines 302-14, 316-86 |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | My review of the software for free-WAIS-sf version 2.0.65 and AppleSearch version 1.5 corroborates my opinion that the information identifier is provided to the relevance ranking heuristic.<br><br><br><br>AppleSearch Demonstration Video showing screen capture of the AppleSearch computer showing relevance rankings for results from the Cats database on the free-WAIS-sf server based on a user's search of the word "Cats" in the AppleSearch client application, after those results have been converted to star rankings from WAIS scores, which is described below. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  | Apple or its expert may take the position that searching subsets of information, for example information stored in specific files, information stored in specific databases, information stored in specific portions of files or databases, or information in different fields or collections of fields in files or databases, to be a heuristic that satisfies the limitations of the asserted claims. To the extent that these are considered to be heuristics, AppleSearch discloses this functionality. For example, AppleSearch allows searching of different sources of information stored in different types of files.  *See* AppleSearch Administrator's Guide at p. 2, APLNDC630-0000441957 ("The contents of local information sources are kept on the AppleSearch server.  Typically, local information sources contain the types of files found in all organizations: memos, financial data, operational procedures, personnel policies, and so forth. In general, if your organization creates or maintains a document, that document will be stored in a local information source.").  As discussed above, AppleSearch also allows searching of multiple information sources located on the same computer or distributed across multiple computers.  Accordingly separate information sources can contain particular types of files.<br><br>Similarly WAIS allows searching of different sources of information stored in different types of files (such as emails and web content).  WAIS also allows searching of multiple databases located on the same computer or distributed across multiple databases.  WAIS also allows searching only portions or fields of sources of information, for example, by searching particular databases in a server or by only searching portions or fields of certain types of files or databases *See*, *e.g.* Tung Thesis at SAMNDCA630-06029264, 308-11.<br><br>Apple or its expert may take the position that constructing a query to be properly handled by a search engine is a heuristic.  *See, e.g.,* Apple's July 10, 2013 '959 Patent Infringement Chart regarding the Samsung SIII at 11-12 ("The Google heuristic takes the information descriptor and searches content on the Internet.  More specifically, this heuristic constructs a query to be properly handled by the Google search suggestion engine.") As detailed above, AppleSearch constructs queries to be properly handled by the CPL information retrieval |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | engine versus a WAIS server. To the extent that constructing such queries and providing them to search engines is considered to be a heuristic, AppleSearch therefore also includes two such heuristics.<br><br>**3.2 Query Syntax Conversion**<br><br>    The CPL information-retrieval engine in AppleSearch allows (but does not require) various operators to be embedded in the text of a query; these specify Boolean combinations of search terms, adjacency requirements, expanded search, etc.<br><br>    Likewise, the WAIS protocol supports the use of various operators for similar functions, but the operator syntax is not identical. AppleSearch users will presumably formulate their queries in AppleSearch (i.e. CPL) style, and it would be desirable to convert this to WAIS style.<br><br>APLNDC630-0000369880.<br><br>Further detail regarding the AppleSearch im_lementation is available in the AppleSearch source code, including for instance in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.<br><br>Apple or its expert may take the position that techniques that further process information already located by other heuristics may also be heuristics. To the extent that these are considered to be heuristics, AppleSearch also includes techniques that further process information already located by other heuristics and therefore includes these heuristics.<br><br>For example, AppleSearch includes many heuristics to post-process search results received from a WAIS server. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | Because WAIS sources use a different relevance ranking algorithm, AppleSearch uses a rule of thumb to convert a "score" returned by WAIS into the star system used by AppleSearch. This rule of thumb does not consist solely of constraint satisfaction parameters because the conversion is a straightforward arithmetic calculation that does not involve any constraints.<br><br>Further detail regarding AppleSearch's implementation of special handling of the score received from WAIS is available in the AppleSearch source code, including for instance in ███████<br><br>In addition, AppleSearch uses a rule of thumb to handle invalid dates returned by WAIS. The ████████████████████████████████████that are returned from WAIS servers.<br><br>WAIS servers may return dates in a number of formats. The AppleSearch software expects to see dates in YYMMDD, YYYYMD, YYYYMMDD, YYYYDDD, or YYYY formats. One issue the AppleSearch software must deal with is that the WAIS servers do not specify which format they are using.<br><br>The AppleSearch software therefore uses a set of heuristics that attempt to determine, from the date alone, what the date format is.<br><br>The heuristics also attempt to patch up any incorrectly interpreted dates or incorrect dates. The AppleSearch software applies these heuristics as follows:<br><br>████████████████████████████████ |

ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | Contemporaneous correspondence from an Apple former employee and AppleSearch documentation and testimony from a Dartmouth employee, both of whom worked on the WAIS Gateway code, confirms that heuristics were suggested and then implemented as a solution to handle invalid dates from WAIS. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | **From:** David Casseres <casseres@apple.com><br>**Sent:** Monday, March 7, 1994 3:27 PM<br>**To:** Eric J Bivona <ericb@baker.dartmouth.edu><br>**Subject:** Funny Dates and Funny Titles<br><br>I got around to trying a search of comp.sys.mac.programmer with the query "information" -- i.e. same as Harry's. Sure enough, I see in the Gateway's debug window that you are converting strings of the form yymmdd.. And sure enough, they're coming out correct except for the ones with 19 for the year.<br><br>I can't try the same thing with comp.archives as I'm getting a 5 from the Gateway when I try to search it.<br><br>Greg and I have talked about a heuristic for invalidating "unreasonable" dates, i.e. dates that parse OK but cannot be correct in the real world. The obvious part of the heuristic is to invalidate any date that is in the future by 24 hours or more. The less-obvious part is to invalidate all dates that fall before some chosen date for "the beginning of WAIS." 1 Jan 1989 is my candidate, but maybe I'll ask Brewster for his thoughts. The heuristic should be implmented in the Gateway, unless you convince me I should do it in the Server.<br><br>----------<br><br>Funny titles -- the "jargon" source (1st of two found from wais.com) is one example where we see garbage characters in the article titles. I tried the WAIS client; it doesn't show garbage in the titles. Greg suggests that we may be seeing garbage on short titles -- i.e. the string isn't cut off where it should be, but most are truncated because of length before we get to the garbage part.<br><br>Cheers,<br>David |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | **From:** Unspecified Sender <br> **Sent:** <br> **To:** casseres@apple.com <br> **Subject:** Re: Funny Dates and Funny Titles <br><br> David, <br><br> Can you point at searches that yield funny titles? I've poked around the jargon file and I didn't see anything funny. I agree that the date issue needs to be dealt with using some heuristics, and I think 24 hours in the future is good for that direction; perhaps the beginning of the Unix Epoch is the right past value - if document dates are gathered from their file times, this might catch files that were created before the beginning of WAIS... I think that I will add some code to try to verify the source addresses before I add a resource to the list. This will hopefully avoid some of the "bad" sources that are turning up... <br><br> -Eric <br><br> (DARTMOUTHNDCA630-00001426-27) (emphasis added.) <br><br> Waters Gateway <br> Eric J Bivona, 93.08.13, last updated 93.01.13 <br><br> Done: <br><br>          *   *   * <br><br> *     EJB    bad date heuristics <br><br> (DARTMOUTHNDCA630-00001669-70.) |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | *See also* Bivona Tr. 193/10-198/8. |
| **[24C]** determine at least one candidate item of information based upon the plurality of heuristics; and | AppleSearch determines at least one candidate item of information based upon the plurality of heuristics.<br><br>Specifically, AppleSearch determines at least one search result (candidate item of information) based on the plurality of heuristics identified above.<br><br>The following illustration shows how AppleSearch performs an immediate search.<br><br><br><br>APLNDC630-0000441871-72, AppleSearch User's Guide at pp. 32-33.<br><br>As discussed above in [24B], AppleSearch provides the information identifier to the CPL information retrieval engine for local information sources and to the WAIS Gateway engine, then on to the WAIS server, for remote WAIS sources in the Internet.  In response, the CPL |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | information retrieval engine and WAIS server locate one or more items of information and return them to AppleSearch, which (as disclosed in the AppleSearch User's Guide above) determines and displays the located items of information. Because these items are located by the plurality of heuristics, the determining is based on the plurality of heuristics as required by the claim. |
| **[24D]** display a representation of said candidate item of information. | AppleSearch displays a representation of said candidate item of information.<br><br>Specifically, AppleSearch displays the representation of the candidate item of information in the AppleSearch client interface.<br><br>In the following illustration, AppleSearch indicates that 20 articles were returned out of 50 matches for the corresponding information source. The other matching articles were not returned because of the Search Options settings. (For example, perhaps the number of maximum returns was already reached. In this case, the user could expand the Search Options parameters to allow other matching articles to be returned.)<br><br> |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | 2   Click the triangle to the left of the information source icon, or double-click the title of the information source.<br><br>A list of article titles is displayed.<br><br><br><br>Further detail regarding these instructions are available in the AppleSearch source code, including for instance ▮▮▮▮▮▮▮▮▮▮▮<br><br>I have reviewed the software for AppleSearch version 1.5 which corroborates my opinion that AppleSearch displays a representation of the candidate item of information. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the AppleSearch computer displaying a representation of the candidate CornishRex.txt from the Cats database on the free-WAIS-sf server based on a user's search of the word "Cats" in the AppleSearch client application. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  | <br><br>AppleSearch Demonstration Video showing screen capture of the AppleSearch computer displaying the CornishRex.txt file from the Cats database located on the free-WAIS-sf server after the user double-clicks on the result listing the file in the AppleSearch Client application. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | <br><br>AppleSearch Demonstration Video showing screen capture of the AppleSearch computer displaying a representation of the candidate Catfish.txt located on the AppleSearch Computer's local hard drive based on a user's search of the word "Cats" in the AppleSearch client application. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| |  AppleSearch Demonstration Video showing screen capture of the AppleSearch computer displaying the Catfish.txt file on the AppleSearch computer's local hard drive after the user double-clicks on the result listing the file in the AppleSearch Client application. |
| **[25]** The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | AppleSearch discloses the computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic.<br><br>The AppleSearch CPL information retrieval engine heuristic and WAIS Internet heuristic are implemented by separately invoked pieces of software, with the information identifier provided separately to each piece. |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
| | **3.2 Query Syntax Conversion**<br><br>The CPL information-retrieval engine in AppleSearch allows (but does not require) various operators to be embedded in the text of a query; these specify Boolean combinations of search terms, adjacency requirements, expanded search, etc.<br><br>Likewise, the WAIS protocol supports the use of various operators for similar functions, but the operator syntax is not identical. AppleSearch users will presumably formulate their queries in AppleSearch (i.e. CPL) style, and it would be desirable to convert this to WAIS style.<br><br>The syntax-checking code already incorporated in the AppleSearch Server may make it practical to do this without excessive effort. Exactly how much difference there is between the two syntaxes, whether there are also important semantic differences, and the effort required to deal with the differences are matters for investigation.<br><br>WAIS Gateway Spec., APLNDC630-0000369880 (describing separate code which sends queries to the CPL Search engine versus sending them to a WAIS Server)<br><br>The files ███████████████████████████████████<br>███████████████████████████████████<br><br>Apple or its expert may take the position that AppleSearch does not disclose applying the information identifier separately to the heuristics. To the extent this position is held to be valid, it would be obvious to apply the information identifier separately to the heuristics for software engineering reasons, specifically to obtain good modularity and separation of concerns and to eliminate undesirable interactions, entanglement, and spaghetti code from the resulting system. Because these are basic concepts in software development and programming and taught as good practice in undergraduate software engineering and |

**ATTORNEYS' EYES ONLY – CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION AND SOURCE CODE**

| U.S. PATENT NO. 6,847,959 | APPLESEARCH SYSTEM |
|---|---|
|  | programming courses, a person of ordinary skill in the art would be motivated to develop software in which the information identifier is applied separately to the heuristics. |

**EXHIBIT 9**

<u>THE WAIS SYSTEM CLAIM CHART FOR U.S. PATENT NO. 6,847,959</u>

The WAIS system ("WAIS") was a universal search system available throughout the 1990s.  WAIS was known, sold, offered for sale, and in public use before January 5, 2000, and therefore I understand is prior art to the '959 patent under 35 U.S.C. §§ 102(a), (b), and (g) & 103.

The WAIS system anticipates claims 24 and 25 of the '959 patent.  The WAIS system, as describe by the documents produced in the case, invalidates the asserted claims.  I incorporate by reference my discussion of WAIS in my Report into this chart.

Additionally, the WAIS source code also demonstrates that the WAIS system invalidates the asserted claims.  I rely on the WAIS source code version freeWAIS-sf 2.0.65 in my analysis below, produced as FUHRNDCA630-00000001, as well as SAMNDCA630-05349929.

The freeWAIS-sf 2.0.65 distribution, in public use before January 5, 2000, includes all source code necessary to operate a WAIS system, including the complete source code for a WAIS server, complete source code for the graphical WAIS client, Xwais, complete source code for a WAIS indexer which builds WAIS databases, and files sufficient to configure and install the WAIS server, WAIS indexer, and xwais client.  The freeWAIS-sf 2.0.65 distribution also contains documentation regarding the configuration, installation, and use of these WAIS components.

I have analyzed the source code in this distribution below.  I have also configured, installed, and tested the WAIS components in this distribution.  I have used these installed components to perform the steps outlined in claims 24 and 25 of the '959 patent, thereby verifying that the freeWAIS-sf 2.0.65 distribution contains the claimed program instructions.  When the components are installed in a computer readable medium, specifically, the hard drive of a computer, according to the configuration and installation software and documentation provided in the freeWAIS-sf 2.0.65 distribution, the computer readable storage medium satisfies all of the limitations of claims 24 and 25 of the '959 patent.  I demonstrate this in my WAIS Demonstration Videos 1-28, which is incorporated here by reference.

As discussed above, the WAIS server based on the free-WAIS-sf 2.0.65 distribution is used solely as a representative version of WAIS and is used solely to demonstrate WAIS invalidating functionality.  The invalidating WAIS functionality described herein applies to other WAIS distributions.  Moreover, the information sources, specific search queries, and other aspects of the WAIS demonstration depicted by the screen captures and in the video demonstrations are offered as examples only.  In addition, the

particular configuration of the WAIS server, client, indexes and search queries are intended to be exemplary as well.  I reserve the right to rely on other uses of the WAIS client and server software, including using that software to demonstrate other searches of one or more information sources, using other search queries, and connecting to other servers running other WAIS software produced in this litigation.

In this Chart I often focus on the contents of the freeWAIS-sf 2.0.65 distribution. In my opinion the contents of this distribution alone are sufficient to invalidate the asserted claims.

Descriptions of the WAIS system include the documents cited below as well as in my Report:

- Deposition of Norbert Fuhr, July 12, 2013.

- Deposition of Ulrich Pfeifer, July 14, 2013.

- Deposition of Norbert Govert, July 15, 2013

- Deposition of Brewster Kahle, July 25, 2013.

- *Client-Server Standards for Text: Foundation for Innovation*, Dyson, Release 1.0, 1991, KAHLENDCA630-00000487/SAMNDCA630-0000261466 ("Dyson").

- *FreeWAIS-sf\**, Pfeifer, University of Dortmund (1995), SAMNDCA630-00821903 ("freeWAIS-sf\*").

- *Expansion of the FreeWAIS Server*, Tung, 1994, SAMNDCA630-06029163 ("Tung Thesis").

- *Interfaces for Distributed Systems of Information Servers*, Kahle, 1993, SAMNDCA630-04524942 ("Interfaces").

- *Overview of Wide Area Information Servers*, Kahle, April 1991, SAMNDCA630-00821974 ("Overview").

- *FREQUENTLY ASKED QUESTION FOR freeWAIS-sf*, SAMNDCA630-07218302 ("FreeWAIS-sf FAQ"); *see also* PFEIFERNDCA630-00002649; PFEIFERNDCA630-00005148.

- *MacWAIS User Manual*, Version 1.29, Microelectronics and Computer Technology Corporation (1993, 1994), SAMNDCA630-00821931 ("User Manual").

- *freeWAIS-sf   UNIDO Edition 0.5*, University of Dortmund, Pfeifer, 1995, SAMNDCA630-00028135; *also located at* SAMNDCA630-00822283; FUHRNDCA630-00000009; FUHRNDCA630-00000001/SAMNDCA630-05349929 at doc/SF/fwsf.ps ("Unido").

- *An Information System for Corporate Users: Wide Area Information Servers*, Kahle, Reprinted from ONLINE, September 1991, KAHLENDCA630-00000593/SAMNDCA630-00943190 ("Online Article").

- *Wide Area Information Servers: An Executive Information System for Unstructured Files*, Kahle, Electronic Networking: Research, Applications and Policy; Vol. 2, No. 1, Spring 1992, KAHLENDCA630-00000101/SAMNDCA630-04524969 ("Executive").

- *WAIS, A Sketch of an Overview*, Kellem, September 23, 1991, SAMNDCA630-00003841 ("Sketch").

- *The Promise of the WAIS Protocol*, UNIX Today!, December 1991, located in Proceedings for Wide Area Information Server Workshop, February 3-4, 1992, MCNC Conference, KAHLENDCA630-00013891/SAMNDCA630-07330038 ("Conference").

- *WAIS: The Wide Area Information Server or Anonymous What???*, Marshall, The University of Western Ontario, 1992, KAHLENDCA630-00000206/SAMNDCA630-04386277 ("Anonymous").

- *WAIStation User Guide*, Prototype Version, v. 0.57, February 14, 1991, KAHLENDCA630-00000571/SAMNDCA630-00944300 ("User Guide").

- Wide Area Information Servers demonstration video by Franklin Davis of Thinking Machines, 1991, SAMNDCA630-00026730 ("Davis Video").

- Wide Area Information Servers (WAIS) launch lecture at Xerox PARC, 1991, SAMNDCA630-04526333 ("PARC Video").

- The WAIS software and source code, including FUHRNDCA630-00000001.

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| **[24 pre]** A computer readable medium for locating information from a plurality of locations containing program instructions to: | To the extent the preamble of Claim 24 may be construed to be limiting, the WAIS system includes a computer readable medium for locating information from a plurality of locations containing program instructions that satisfy all of the limitations of the asserted claims.<br><br>The WAIS system is implemented as instructions stored on a computer readable medium. These instructions, as described further below, satisfy all of the limitations of the asserted claims. For example, the software in the freeWAIS-sf 2.0.65 distribution, as described further below, comprises instructions contained in a computer readable medium, specifically the memory of the computer on which this software was installed as described further below, that satisfy all of the limitations of the asserted claims.<br><br>As discussed in my Report, which I incorporate here by reference, WAIS provided a single, unified interface for locating information stored in all of these different locations, including information distributed across local storage media and in the Internet.  *See*, *e.g.*:<br><br>    It's a set of programs (or, more specifically, a protocol) that ***allows users to search and access different types of information from a single interface***. . . . The information can reside anywhere and on many different computer systems.  Sketch at SAMNDCA630-00003841.<br><br>    Users on different platforms can ***access personal, company and published information from one interface***. . . . Since a single computer-to-computer protocol is used, ***information can be stored anywhere*** on different types of machines."  Overview at SAMNDCA630-00821974.<br><br>    One of the primary objects of the project is to allow a user to retrieve ***personal, corporate and wide area information through one easy-to-use interface***.  Online Article at KAHLENDCA630-00000594.<br><br>    WAIStation gives you access to sources of information ranging ***from files stored on your own computer's disks to electronic libraries across the country***.  Moreover, it |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | lets you search through any combination of these sources in **a single, integrated search**. You choose which sources are to be used for which searches; you can change your mind at any stage during the search.  User Guide at KAHLENDCA630-00000574.<br><br>A WAIS System consists of clients talking to a server via an **TCP/IP network** using the WAIS protocol.  Servers answer search requests using auxiliary data structures called the *index*.<br><br><pre>                    +------+<br>                    \|Client\|<br>                    +------+<br>                        \|<br>                     TCP/IP<br>                     network<br>                        \|<br>                    +------+<br>           +---->\|Server\|<----+<br>           \|     +------+      \|<br>           \|                   \|<br>       +-----+           +---------+<br>       \|Index\|           \|Documents\|<br>       +-----+           +---------+<br>         ~                     \|<br>         \|      +-------+      \|<br>         +-----\|Indexer\|<---+<br>                +-------+</pre><br>Unido at SAMNDCA630-00028137.<br><br>WAIS (Wide Area Information Server) is an information system designed to **help users find information locally or on the Internet**.  Information sources may be **local or remote**.  From these information sources, which may be located **anywhere on the Internet**, WAIS software makes it possible for users to search for and select documents.  A search is started with a query consisting of a sequence of key words. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | Search queries are formulated in natural language.<br><br>2.3      WAIS concept<br><br>The goals of developing WAIS are:<br>• to develop a decentralized method for organizing data.<br>• to provide everyone with an easy way to disseminate information and gain easy access to information.<br>• to utilize existing technologies to implement information services.  The power of a work station is utilized for this purpose.  The role of information seeker and information provider is assigned to a work station.<br>• *to facilitate use via a uniform interface, which is capable of accessing numerous information servers – regardless of their location*.  Users then are not required to be familiar with the various systems of the information server.<br>• to apply a standard to enable openness of the system.  All clients and servers who speak this standard language can be integrated smoothly into the system.<br><br>. . . .<br><br>It consists of four components: WAIS client, WAIS server, WAIS protocol and WAIS database.<br><br>WAIS client and WAIS server are independent processes which function independently.  The WAIS client assumes the role of information seeker, while the WAIS server is the information provider, and is located on a network, such as the Internet, for example, or X.25.  In a search for information, or more precisely for documents, WAIS clients address the WAIS server via an information source, the so-called database description (section 3.2.5).  In this process, the WAIS server accesses one or more WAIS databases simultaneously, which are located on the server side.  A WAIS database contains information the user wishes to search through, and is generated and managed by the WAIS server through indexing. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | WAIS databases are accessed by a content search, which allows queries that use natural language.  For WAIS clients, a query that is simply a sequence of characters is subject to no syntactic rules.  Interpreting the query may be the task of only the WAIS server.  As a result, when the WAIS server changes, the WAIS client and the WAIS protocol remain unaffected.<br><br>The results of a query are provided in the form of headlines, which describe the content of the documents identified and correspond to the document references.<br><br>To improve the above-described situation in terms of retrieval effectiveness, ***WAIS uses a heuristic ranking method, which sorts the documents according to decreasing relevance***.  Ranking is performed by the WAIS server.<br><br>The search for information sources, such as database descriptions and server addresses, is based upon the yellow-pages concept.  In this concept, a global meta-database called the directory-of-servers (section 3.5.4) is established.  This database manages all database descriptions from different servers globally.<br><br>***As a user-friendly interface which facilitates the search for information for the user, a graphic user interface is used***.<br><br>Communication between the WAIS client and the WAIS server is enabled via the WAIS protocol.  The WAIS protocol is a stateless communications protocol and an enhancement of the ANSI/NISO Z39.50 information retrieval standard.  A stateless protocol is characterized particularly in that no maintenance of information status is necessary, and as a result, it is very robust.  When the server crashes and then reboots, no status information is lost as a result, and the only thing the client might notice is a somewhat longer response time while the server boots up again.  The Z39.50 standard supports the exchange of data in various display formats.  Because the WAIS protocol is based on a standard, different information seekers and providers can be easily |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | integrated into the system.  For example, a software developer can offer a graphic user interface, while an information provider offers a server for providing information.<br><br>In concrete terms, therefore, this means that the WAIS client performs the task of selecting and presenting information, while the WAIS server, ***which can be located anywhere on the Internet***, provides tools for finding information.<br><br>Since communication between the WAIS client and the WAIS server proceeds only via the WAIS and TCP/IP protocol, differences in hardware are made irrelevant.  ***As a result, each work station can function as both WAIS client and WAIS server.  In the search for information, the end user will have the feeling that information is available to him locally***.  Tung Thesis at SAMNDCA630-06029186-88. |
| **[24A]** receive an information identifier; | WAIS comprises a computer readable medium including instructions to receive an information identifier.  Specifically, WAIS clients enable a user to enter a text query and the WAIS software comprises instructions to receive an information identifier corresponding to the user text query.  *See*, *e.g.*:<br><br>Then, you can ask the source(s) a question/query.  A question consists of a phrase. Sketch at SAMNDCA630-00003841 ..<br><br>Anyone can use this system since it uses natural language questions to find relevant documents.  Overview at SAMNDCA630-00821974.<br><br>The servers take a users question and do their best to find relevant documents. Overview at SAMNDCA630-00821974.<br><br>The client is the user interface. . . . Any client that is capable of translating a user's request into the standard protocol can be used in the system."  Online Article at KAHLENDCA630-00000594. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | On the client side, questions are formulated as English-language questions.  The client application then translates the query into the WAIS protocol, and transmits it over a network to a server.  Online Article at KAHLENDCA630-00000594.<br><br>CREATING A NEW QUESTION<br><br>1. From the QUESTION menu, select NEW QUESTION.<br><br><br><br>A new QUESTION window opens.<br><br>2. Choose a source that you want your Question to search. Drag it from the SOURCES window into the From These Sources field in the QUESTION window. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  |  The source name will appear in the sources field.<br><br>Do this for as many sources as you wish.<br><br>3. Type words or phrases in the Look for documents about field, describing the subjects about which you want information. WAIStation searches for these words to find useful documents.<br><br>4. Click on RUN, to run the question. (See GETTING RESULTS, on page 4)"<br><br>User guide at KAHLENDCA630-00000577-78.<br><br>First, launch MacWAIS. Do this by double-clicking on the MacWAIS icon. At this stage, you'll see an empty, unnamed Question Window and the Select Sources Dialog as shown in Figure 4.1.1. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| |  Figure 4.1.1 MacWAIS – After Launching<br><br>User manual at SAMNDCA630-00821938.<br><br>To ask the selected Source about weather, simply type weather (which you'll see echoed in the 'Tell Me About:' box as shown in Figure 4.1.5), and click on the Ask button (or press Return or Enter). |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
| --- | --- |
| | <br>Figure 4.1.5  MacWAIS – After Typing weather<br><br>User manual at SAMNDCA630-00821941. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | 
Figure 5.13.1 The Question Window

User manual at SAMNDCA630-00821970. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | <br><br>Davis Video<br><br>The WAIS clients will be described in detail in the next several sections. However, all of them work in a basically similar way. On the client side, queries are expressed as strings of words, often pseudo-natural language questions. The client application then packages the query in the WAIS protocol and transmits it over a network to one or more servers.  Interface at SAMNDCA630-04524944.<br><br>This parallel with the Macintosh folder structure suggested a drag and drop construction for the user interface itself. Constructing a question is a three-step process-typing the key words, specifying the servers to use, and specifying the relevant documents for feedback. If we think of questions like Macintosh folders, we can use the Macintosh's drag-and-drop mechanism for putting sources and relevant documents |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | into a question. This approach makes WAIStation's mechanics instantly familiar to users of the Macintosh finder.  Interface at SAMNDCA630-04524945.<br><br>Sending a message<br>The protocol transmits text strings to search for and specifies where. It can also handle instructions for which fields to search or Boolean constraints or relationships among words -- how close together they must be, ands and ors and nots, as well as criteria such as date of publication, author, publisher, type of publication, headlines or abstract, or within the full text. It supports Boolean constraints and criteria explicitly but optionally; it could also support almost any other format, including, in extremis, a phrase that said in effect, "now speaking SQL:" which would alert an SQL server at the other end to turn on its SQL parser. Other systems would simply interpret the words in the SQL query as words, and do their best to find relevant texts according to their own methods. In fact, you could even use WAIS for actions, such as ordering reprints, although not formal transactions (at least as far as WAIS is concerned). The WAIS protocol allows any client and any server to communicate without crashing. Thus, in a natural-language query, there could be a lot of extraneous stuff: "I'm wondering how come OS/2 seems to get such a rotten deal in the press." Or, "I'd like to know about poems about Alice Haynes by Juan Tigar." On the other hand, a structured query could use defined fields unintelligible ("author," or "to" and "from") to the server that receives them. In practice, you're unlikely to query a news database by "addressee," as you might a mail server, but if you did, the news database would simply ignore the "to" field.  Dyson at KAHLENDCA630-00000495<br>.<br>The user interface, "Rosebud," was developed by Apple's Advanced Technology Group, based on its earlier work on the interface on the Dow Jones DowQuest system. It allows users to type in natural language queries and to mark up the replies as yes, no, maybe, and select parts that are of particular interest. Those texts then constitute the basis of the second query (as supported by the protocol). Rosebud also includes some added features, as shown on the previous page. (This is from a paper Apple presented this week at the SIGCHI human interface meeting in New Orleans.) Another idea |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | described is a "newspaper" which consists of a laid-out set of responses to a set of queries that are run daily: Thus each day you could get, for example, software news in the upper right-hand corner; John Sculley's daily activities in a box at the lower left; lacrosse on the left; and any mention of your own name featured in boldface type on top in the center.  Dyson at KAHLENDCA630-00000498 .<br><br><br>**Figure 1. Sources are dragged with the mouse into the Question Window. A question can contain multiple sources. When the question is run, the program asks for information from each included source.**<br><br>Executive at KAHLENDCA630-00000165.<br><br>Users interact with the WAIS system through the Question interface. Each question form has an area for the user's quasi-natural language question, the list of sources that will be accessed to try to answer the query, the list of relevant documents, and a list of answer documents.  Executive at KAHLENDCA630-00000166. |