| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | *See* 21:45 of PARC Video.<br><br>**4.1.2   QUERY EXAMPLES**<br><br>`information retrieval`    free text queries<br>`information OR retrieval`    same as above<br>`ti=information retrieval`    information must be in the title<br>`ti=(information retrieval)`    one of them in title<br>`ti=(information OR retrieval)`    one of them in title<br>`ti=(information AND retrieval)`    both of them in title<br>`ti=(information NOT retrieval)`    "information" in title and "retrieval" not in title<br>`py==1990`    numeric equal<br>`py<1990`<br>`py>1990`<br>`au=(soundex salatan)`    soundex search matches eg. "Salton"<br>`ti=('information retrieval')`    literal search<br>`ti=(information system*)`    partial search<br>The use of capital letters for the Boolean operators is not required but is provided in this example for clarity. All search matching is case-insensitive.<br><br>freeWAIS-sf* at SAMNDCA630-00821917. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | <br><br>Figure 2: X-Windows WAIS Query<br><br>Anonymous at KAHLENDCA630-00000211.<br><br>WAIS supports only the Init and Search services of Z39.50.  For searching, relevance feedback and retrieval, the search service is used.  A search is initialized by the client with a Search-Request APDU, which contains a WAISSearch-Request APDU.  For a search query or relevance feedback query, the type-3 query syntax is used, which occurs in the WAIS-Search-Request APDU and contains two primary fields:<br>1.        search words or text, input by the user.<br>2.        a list of document objects for relevance feedback, in which a document object contains a document ID, a document type, a chunk code, and a start position and end position for a document.  A document ID is a distinct document identifier.  The type is a list of display formats.  A chunk code is a unit of measurement by which a range, indicated by start position and end position, is read.  A chunk code contains the following units of measurement, for example: byte, line, paragraph and full document.  If the chunk code is set to full document, then start position and end position will be |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | ignored.  WAIS uses the unit of measurement byte.  Tung Thesis at SAMNDCA630-06029205-06.<br><br>3.4.2.1   Processing a search query<br><br>In a search for information, the client sends a search query to the server.  The server calls up the search engine, which processes the query.  In this process, the database having the database name that is contained in the query is accessed.  The result of the search is a list of ranked document references, which the server sends back to the client. Figure 3.28 shows how the search engine processes a search query. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| |  Figure 3.28: The search engine<br>Tung Thesis at SAMNDCA630-06029240. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | ### A.3.7  Searching for database descriptions |
| | If a person wishes to search for a database description using freeWAIS-sf, for example, the search can be as illustrated in the following two figures. |
| |  |
| | Figure A.7: Search in the directory-of-servers database |
| | Tung Thesis at SAMNDCA630-06029319. |
| | *See also* freeWAIS-sf 2.0.65: |
| | • x/qcommands.c, lines 320, 672-679, 1340-1341, 1365<br>• ir/ui.c, lines 85-135<br>• ir/zprot.c, line 660<br>• ir/wprot.c, line 629<br>• ir/zutil.c, line 479 |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | *See also* WAIS Demonstration Video 21 of the Xwais question window:  |
| **[24B]** provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media; | WAIS comprises a computer readable medium including instructions to provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.<br><br>WAIS includes instructions to locate information in a plurality of locations which include the Internet and local storage media.  *See*, *e.g.*:<br><br>    First off, WAIS stands for Wide Area Information Server. And, just what the heck is a "Wide Area Information Server"? It's a set of programs (or, more specifically, a |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | protocol) that allows users to **search and access different types of information from a single interface**. This information **can be practically anything**, from text to sound to images to whatever you can think up. **The information can reside anywhere and on many different computer systems**.  Sketch at SAMNDCA630-00003841.<br><br>Once you start up the WAIS client, you specify what's called a source to search upon. [A 'source' specifies a server of information and how the client can contact it, along with some other information.]  **You can ask multiple sources for information**.  Then you ask the sources a question/query.  A question consists of a phrase. . . . [S]ince WAIS really just specifies the protocol for the client and server to use for communication, the underlying search on the server could just as well use various natural language queries upon its information.  Sketch at SAMNDCA630-00003841.<br><br>The servers take a users question and do their best to find relevant documents.  The servers, at this point, do not 'understand' the users english language questions, rather they **try to find documents that contain those words and phrases and ranks then based on heuristics.**  Overview at SAMNDCA630-00821974.<br><br>Even though the system is very new, there are already several servers.  Overview at SAMNDCA630-00821974.<br><br>**The user has transparent access to a multitude of local and remote databases**. Online Article at KAHLENDCA630-00000594.<br><br>From the user's point of view, a server is a source of information*.  **It can be located anywhere that one's work station has access to:  on the local machine, on a network, or on the other side of a modem**.  Online Article at KAHLENDCA630-00000594.<br><br>The client application then translates the query into the WAIS protocol, and transmits it over a network to a server.  The server receives the transmission, translates the packet into its own query language, and searches for documents satisfying the query. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | Online Article at KAHLENDCA630-00000594-95.<br><br>When the question is run, the server automatically asks all the servers for the required information with no further interaction necessary by the user.  Online Article at KAHLENDCA630-00000595.<br><br>3.2.2.5 LOCAL_SEARCH<br><br>***You can compile and link the clients with the capability to search index files directly. So you need not to install a server, for local searches.  The clients will be greater, but faster with local searches.***"  Unido at SAMNDCA630-00058144; Tung Thesis at SAMNDCA630-06029306.<br><br><br><br>Online Article at KAHLENDCA630-00000596.<br><br>***Users on different platforms can access personal, company and published information from one interface***. . . . Since a single computer-to-computer protocol is used, ***information can be stored anywhere*** on different types of machines.  Overview at SAMNDCA630-00821974. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | WAIStation gives you access to sources of information ranging from **files stored on your own computer's disks to electronic libraries across the country**.  Moreover, it lets you search through **any combination of these sources in a single, integrated search**. You choose which sources are to be used for which searches; you can change your mind at any stage during the search.  User Guide at KAHLENDCA630-00000574.<br><br>CREATING A NEW QUESTION<br><br>1. From the QUESTION menu, select NEW QUESTION.<br><br>A new QUESTION window opens.<br><br>2. Choose a source that you want your Question to search. Drag it from the SOURCES window into the From These Sources field in the QUESTION window. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | 

The source name will appear in the sources field.

***Do this for as many sources as you wish***.

3. Type words or phrases in the Look for documents about field, describing the subjects about which you want information. WAIStation searches for these words to find useful documents.

4. Click on RUN, to run the question. (See GETTING RESULTS, on page 4)"

User guide at KAHLENDCA630-00000577-78.

First, launch MacWAIS. Do this by double-clicking on the MacWAIS icon. At this stage, you'll see an empty, unnamed Question Window and the Select Sources Dialog as shown in Figure 4.1.1. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | 
Figure 4.1.1 MacWAIS – After Launching

User manual at SAMNDCA630-00821938.

To ask the selected Source about weather, simply type weather (which you'll see echoed in the 'Tell Me About:' box as shown in Figure 4.1.5), and click on the Ask button (or press Return or Enter).  User manual at SAMNDCA630-00821941.

While MacWAIS is 'asking' Directory of Servers about weather, you should see several status messages (in the Status box near the bottom of the Question Window) as shown in Figure 4.1.5, and the cursor should turn into a spinning globe.  User manual at SAMNDCA630-00821944.

To ask the newly selected Source about weather in Austin, simply type austin, and |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | click on the Ask button. While MacWAIS is 'asking' weather.src about austin, you should again see several status messages, and the cursor should again turn into a spinning globe." User manual at SAMNDCA630-00821947.<br><br>This article describes five interfaces to distributed systems of servers that have been designed and implemented: WAIStation for the Macintosh, XWAIS for X-Windows, GWAIS for Gnu-Emacs, SWAIS for dumb terminals, and Rosebud for the Macintosh. These interfaces talk to one of two server systems: the Wide Area Information Server (WAIS) system on the internet, and the Rosebud Server System, on an internal network at Apple Computer. Both server systems are built on Z39.50, a standard protocol, and thus support access to a wide range of remote databases. Interfaces at SAMNDCA630-04524942.<br><br>A WAIS server can be located anywhere that one's workstation has access*: on the local machine, on a network, or on the other end of a modem*. The user's workstation keeps track of a variety of information about each server. The public information about a server includes how to contact it, a description of the contents, and the access cost. Interfaces at SAMNDCA630-04524944.<br><br>***Uniform interface—a variety of databases, whether personal, corporate, or published, must be accessible from the same user interface***. Executive at KAHLENDCA630-00000164. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | <br><br>Figure 1. Sources are dragged with the mouse into the Question Window. A question can contain multiple sources. When the question is run, the program asks for information from each included source.<br><br>Executive at KAHLENDCA630-00000165.<br><br>From the user's point of view, a server is a source of information. ***It can be located anywhere: on the local machine, on a network, or on the other side of a modem***. The user's workstation keeps track of a variety of information about each server. The public information about a server includes how to contact it, a description of the contents, and the cost. In addition, individual users maintain their own private information about the servers they use.  Executive at KAHLENDCA630-00000167. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| |  Conference at KAHLENDCA630-00013904. <br><br>**6.5   Personal Uses** <br><br>I index all of my e-mail weekly. Indexing your e-mail makes it easy to find a message that you sent out or received 6 months ago. It provides a filing system that is informal and therefore works for people for whom maintaining a rigid filing system remains an impossibility. <br><br>Anonymous at KAHLENDCA630-00000221. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | <br>PARC Video at 2:50-4:00 |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| |  PARC Video at 19:18-19:43.<br><br>A WAIS System consists of clients talking to a server via an ***TCP/IP network using*** the WAIS protocol.  Servers answer search requests using auxiliary data structures called the *index*. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | ```
                        +------+
                        |Client|
                        +------+
                           |
                         TCP/IP
                         network
                           |
                        +------+
                +---->|Server|<----+
                |        +------+      |
                |            |          |
            +-----+    +---------+
            |Index|    |Documents|
            +-----+    +---------+
              -              |
              |     +-------+   |
              +-----|Indexer|<---+
                    +-------+
``` |

Unido at SAMNDCA630-00028137.

After the collaborative phase of the WAIS project came the Internet experiment. In this phase of WAIS, source code for the open protocol, information servers, and several interfaces were made freely available over the Internet. In addition, Thinking Machines established and maintained a directory of information servers that WAIS users could query to find out about available information sources. This phase of WAIS is still in progress, and has resulted in the creation of new interfaces, the availability over the Internet of more than 100 servers on three continents, and over 100,000 searches of the directory of servers. In the first six months of the Internet experiment, approximately 4000 users from 20 countries have tried this system, with no training other than documentation (Kahle, Goldman, Morris, & Shen, 1991). Administrators of popular information servers indicate that they are getting over 50 accesses a day from many countries.  Interfaces at SAMNDCA630-04524943.

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | 2.3      WAIS concept<br><br>The goals of developing WAIS are:<br>• to develop a decentralized method for organizing data.<br>• to provide everyone with an easy way to disseminate information and gain easy access to information.<br>• to utilize existing technologies to implement information services.  The power of a work station is utilized for this purpose.  The role of information seeker and information provider is assigned to a work station.<br>• *to facilitate use via a uniform interface, which is capable of accessing numerous information servers – regardless of their location*.  Users then are not required to be familiar with the various systems of the information server.<br>• to apply a standard to enable openness of the system.  All clients and servers who speak this standard language can be integrated smoothly into the system.<br><br>. . . .<br><br>It consists of four components: WAIS client, WAIS server, WAIS protocol and WAIS database.<br><br>WAIS client and WAIS server are independent processes which function independently.  The WAIS client assumes the role of information seeker, while the WAIS server is the information provider, and is located on a network, such as the Internet, for example, or X.25.  In a search for information, or more precisely for documents, WAIS clients address the WAIS server via an information source, the so-called database description (section 3.2.5).  In this process, the WAIS server accesses one or more WAIS databases simultaneously, which are located on the server side.  A WAIS database contains information the user wishes to search through, and is generated and managed by the WAIS server through indexing.<br><br>WAIS databases are accessed by a content search, which allows queries that use |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | natural language.  For WAIS clients, a query that is simply a sequence of characters is subject to no syntactic rules.  Interpreting the query may be the task of only the WAIS server.  As a result, when the WAIS server changes, the WAIS client and the WAIS protocol remain unaffected.<br><br>The results of a query are provided in the form of headlines, which describe the content of the documents identified and correspond to the document references.<br><br>To improve the above-described situation in terms of retrieval effectiveness, WAIS uses a heuristic ranking method, which sorts the documents according to decreasing relevance.  Ranking is performed by the WAIS server.<br><br>The search for information sources, such as database descriptions and server addresses, is based upon the yellow-pages concept.  In this concept, a global meta-database called the directory-of-servers (section 3.5.4) is established.  This database manages all database descriptions from different servers globally.<br><br>***As a user-friendly interface which facilitates the search for information for the user, a graphic user interface is used***.<br><br>Communication between the WAIS client and the WAIS server is enabled via the WAIS protocol.  The WAIS protocol is a stateless communications protocol and an enhancement of the ANSI/NISO Z39.50 information retrieval standard.  A stateless protocol is characterized particularly in that no maintenance of information status is necessary, and as a result, it is very robust.  When the server crashes and then reboots, no status information is lost as a result, and the only thing the client might notice is a somewhat longer response time while the server boots up again.  The Z39.50 standard supports the exchange of data in various display formats.  Because the WAIS protocol is based on a standard, different information seekers and providers can be easily integrated into the system.  For example, a software developer can offer a graphic user interface, while an information provider offers a server for providing information. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | In concrete terms, therefore, this means that the WAIS client performs the task of selecting and presenting information, while the WAIS server, which can be located anywhere on the Internet, provides tools for finding information.<br><br>***Since communication between the WAIS client and the WAIS server proceeds only via the WAIS and TCP/IP protocol, differences in hardware are made irrelevant. As a result, each work station can function as both WAIS client and WAIS server. In the search for information, the end user will have the feeling that information is available to him locally.***<br><br>Tung Thesis at SAMNDCA630-06029186-88.<br><br>*See also* July 12, 2013 Deposition of Norbert Fuhr at 174:10-175:18:<br><br>Q. Was the FreeWAIS-sf server and the FreeWAIS client capable of being installed on the same computer?<br>MR. FURMAN: Objection: calls for speculation; hypothetical.<br>THE WITNESS: Yes, that certainly was all the standard procedure for a new installation or especially for a new database, that you first had both the client and the server on your own machine and, yes, just for this testing cycle this was the most efficient way for doing it.<br>BY MR. JAFFE:<br>Q. So it was actually expected that a user who first downloaded the FreeWAIS-sf server that you made available would install it and set up a database on the same computer that they -- that a user would install the client so that they could test that the FreeWAIS-sf server was working?<br>MR. FURMAN: Objection: incomplete hypothetical; calls for speculation.<br>THE WITNESS: Yes.<br>BY MR. JAFFE:<br>Q. Could a user who downloaded the WAIS client and set-up a FreeWAIS-sf server to |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | search for information search that -- strike that question.<br>Could a user who downloaded the FreeWAIS client search multiple FreeWAIS-sf servers?<br>MR. FURMAN: Objection: vague; incomplete hypothetical --<br>BY MR. JAFFE:<br>Q. At the same time?<br>MR. FURMAN: -- calls for speculation.<br>THE WITNESS: Yes, that was one of the features of the original FreeWAIS system already.<br><br>*Id.* at 176:9-178:12:<br><br>Q. Were FreeWAIS-sf servers just intended to be run on the same machine as a WAIS client?<br>A. No --<br>MR. FURMAN: Objection: calls for speculation; incomplete hypothetical.<br>THE WITNESS: No, the major idea was that you put access servers somewhere else on the internet, like the original name Wide Area Information System.<br>BY MR. JAFFE:<br>Q. So a user could download the WAIS client, download the FreeWAIS-sf server, set up a database on the FreeWAIS-sf server that could be searched, use the client to select the FreeWAIS-sf server on their computer, but also select another FreeWAIS-sf server over the internet?<br>A. Yes.<br>MR. FURMAN: Objection: incomplete hypothetical; calls for speculation.<br>BY MR. JAFFE:<br>Q. And they could search -- if that were the setup, they could search their -- the information on the same computer as the WAIS client as well as information over the internet at the same time?<br>MR. FURMAN: Objection: calls for a legal conclusion; incomplete hypothetical; calls for speculation. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | THE WITNESS: Yes.<br>BY MR. JAFFE:<br>Q. And if, taking that setup, a user who submitted a search term could submit that term to the FreeWAIS-sf server on their local computer and the FreeWAIS-sf server on the internet at the same time?<br>MR. FURMAN: Objection: vague; calls for speculation; incomplete hypothetical.<br>BY MR. JAFFE:<br>Q. What would happen after the user submitted the search term to the FreeWAIS-sf server on their computer as well as the FreeWAIS-sf server on the internet?<br>MR. FURMAN: Objection: vague; incomplete hypothetical; calls for speculation; calls for a legal conclusion.<br>THE WITNESS: Both servers would process the query and then return a ranked list of results which were sent back to the client and then the client would merge the results and present them to the user.<br>BY MR. JAFFE:<br>Q. And during the processing, the heuristic algorithms that we discussed earlier would be used?<br>MR. FURMAN: Objection: calls for a legal conclusion; incomplete hypothetical; vague; calls for speculation.<br>THE WITNESS: Yes, of course. All these heuristics were involved in order to get a result.<br><br>*See also* July 25 2013 Deposition of Brewster Kahle at 55:2-25:<br><br>Q. Did you ever use it to open local files?<br>A. I used XWAIS to search local -- data that was stored on the local machine. Whether it was through direct file opening or through a Z35 -- Z39.50 locally answered, I don't know.<br>Q. And why don't you know?<br>A. It would be immaterial.<br>Q. Did you set it up? |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | A. Did I set it up? Did I install the software?<br>Q. Right. Did you install the software and -- and configure the XWAIS system to look for data on the local machine?<br>A. I used the XWAIS software and the Emacs-based software, the terminal-based software, all to search local data, mostly electronic mail.<br>Q. So let's talk about each one of those. XWAIS, where did you have that installed?<br>A. At least that would have been installed on quake.think.com, but there'd be other -- many other places that it would have been installed.<br>Q. How would you use the XWAIS system on quake.think.com?<br>A. I would've used that system to search e-mail and remote WAIS databases and sources.<br><br>*See also* freeWAIS-sf 2.0.65:<br><br>• x/qcommands.c, lines 505-582, 603-724, 1328-1367, 1560-1609<br>• ui/source.h, lines 65-87<br>• ui/source.c, lines 245-396, 371-407, 713-728, 786-886<br>• ir/ui.c, lines 286-334, 508-575<br><br>*See also* WAIS Demonstration Video 2 of the local search compile-time option: |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| |  |

Standard WAIS installations therefore included, by default, the ability to directly search WAIS databases stored in the local storage media of the local computer running the WAIS server, specifically by compiling and linking the code required to search WAIS databases into the client.

To the extent that Apple or its expert contends that WAIS does not disclose the limitation of "provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include . . . local storage media," in my opinion it would have been obvious for a person of ordinary skill in the art to combine WAIS with his or her own knowledge and install the WAIS server software on the same computer as the WAIS client software so that he or she could search for documents located on the same computer as the interface he or she was using to enter the search and display results.

As shown above, based on the system requirements of the WAIS software, the deposition testimony related to WAIS, Usenet postings on WAIS software and the demonstrations of the WAIS software, it was well within the knowledge of the person of ordinary skill that WAIS client and WAIS server software could be installed on the same computer and would not yield unpredictable results.  Indeed, the option to install the server software with the client on

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | the same machine was given to the user when they installed the WAIS software.  The default was that both would be installed together.<br><br>A person of ordinary skill in the art would also have been motivated to install the WAIS client and WAIS server software on the same computer for many reasons.  First, in the early-to-mid-1990s, a person would often have access to only one computer on which he or she could install software, specifically his or her desktop computer.  In the home environment computers were expensive enough so that many people would only purchase one computer.  In many work environments system administration policies allowed users to install software only on his or her own desktop machine.  Second, even if the user had access to multiple computers, in many cases only one of them may have met the requirements for installing the WAIS software.  For example, a user may have had access to only one computer running UNIX.  I note that in many environments, early adopters often purchase the first version of a machine available in that environment, then use that machine to explore the potential capabilities available via that machine.  Moreover, even if a user had multiple machines available that satisfied the requirements, when exploring the capabilities of a new system or systems, users would often attempt to confine their installation of software to a single machine, leaving the other configurations in place and not introducing any potential unwanted interactions introduced by the installation of new software.  Accordingly, a person of ordinary skill in the art would be motivated to install and use the WAIS server software and WAIS client software on the same machine.<br><br>Another motivation would be to limit the need to access or transfer data across a network where possible to improve the performance of the system.  A person of ordinary skill in the art would be motivated to install the WAIS server software on the same computer as WAIS client software to reduce network latency because the client application would not have to communicate over a network to access local information sources indexed by the WAIS server.  Yet another motivation would be to install the WAIS server software and WAIS client software on the same computer for testing purposes and quality assurance in order to eliminate the network as a potential bottleneck or other source of issues.  Another motivation was that typical users were motivated to install the WAIS client software and WAIS server |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | software on the same computer as evidenced by many of the Usenet postings concerning WAIS.  *See*, *e.g.*, PFEIFERNDCA630-00000487, 566, 1976, 4201, 4380.  Another motivation would be to install the client on the most powerful computer available to increase responsiveness.<br><br>Another motivation would be that the WAIS software, by default, enables installation of the WAIS server into the WAIS client software on the same computer by linking the WAIS client to its own WAIS server locally.  During installation, the WAIS software prompts the user to make the choice to do this and provides the motivation for doing so:  "You can compile and link the clients with the capability to search index files directly.  So you need not to install a server, for local searches.  The clients will be greater, **but faster with local searches**."  Unido at SAMNDCA630-00058144.<br><br>Another motivation is that installing the WAIS client and server on the same machine would enable the user to create and search WAIS databases that included information available on the local machine.<br><br>Finally, a person of ordinary skill in the art would have been motivated to install WAIS server software and WAIS client software on the same computer due to market forces and design trends.  Brewster Kahle of Thinking Machines discussed the need to merge searching desktop information and WAIS information in a single interface:<br><br>The problems that are being addressed in the design of this system include **human interface issues, merging of information of many sources**, **finding applicable sources of information,** and setting up a framework for the rapid proliferation of information servers. Accessing **private, group, and public information with one user model** implemented on personal workstations is attempted to allow users access to many sources without learning specialized commands.<br>*   *   *<br>Finding documents (or more generally, information) on **one's personal disk is important**, but finding relevant information on **remote systems would extend the** |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | ***usefulness of personal computers* . . . .  *One of the major goals of the WAIS project is to integrate wide area requests in a natural way with local area requests.*** <br><br> Wide Area Information Server Concepts, by Brewster Kahle, Thinking Machines, 11/3/1989, KAHLENDCA630-00000522 at 524, 531. <br><br> As Kahle and the New York Times pointed out, the market for rapid retrieval of information was growing in the early-1990s: <br><br> The market for software that allows the rapid retrieval of computerized text is small but growing, according to industry analysts. In 1989, the United States had fewer than 60,000 users; by the next year, total sales were about $120 million. The Delphi Consulting Group expects the market to grow to 160,000 users and $235 million by 1992.  "Information retrieval technology is starting to spread from supercomputers all the way down to personal computers," said Brewster Kahle, a Thinking Machines scientist who has led the WAIS experiment. <br><br> KAHLENDCA630-00011173, "For Shakespeare Just Log On", *New York Times* (July 3, 1991) <br><br> Accordingly, a person of ordinary skill would have been motivated to combine the teachings of WAIS with his or her knowledge to install WAIS server and WAIS client software on the same computer such that the local storage media indexed by the WAIS server software component was on the same computer as the WAIS client interface. <br><br> WAIS also comprises computer readable medium including instructions to provide said information identifier to a plurality of heuristics to locate information in the plurality of locations which include the Internet and local storage media.  *See*, *e.g.*: <br><br> The servers take a users question and do their best to find relevant documents.  The |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | servers, at this point, do not 'understand' the users english language questions, rather *they try to find documents that contain those words and phrases and ranks then based on heuristics*.  Overview at SAMNDCA630-00821974.<br><br>While the system's servers currently do not extract semantic information from the English queries, *they do their best to find and rank articles* containing the requested words and phrases.  Online Article at KAHLENDCA630-00000595.<br><br>To improve the above-described situation in terms of retrieval effectiveness, *WAIS uses a heuristic ranking method*, which sorts the documents according to decreasing relevance.  Ranking is performed by the WAIS server.   Tung Thesis at SAMNDCA630-06029187-88.<br><br>*What does WAIS do?*   Users on different platforms can access personal, company, and published information from one interface.   The information can be anything: text, pictures, voice, or formatted documents.   Since a single computer-to-computer protocol is used, information can be stored anywhere on different types of machines. Anyone can use this system since it uses natural language questions to find relevant documents.   Relevant documents can be fed back to a server to refine the search.   This avoids complicated query languages and vendor specific systems.   Successful searches can be automatically run to alert the user when new information becomes available.<br><br>*How does WAIS work?*  The servers take a users question and do their best to find relevant documents.   The servers, at this point, do not "understand" the users English language question, rather they try to find documents that contain those words and phrases and ranks then based on heuristics.   The user interfaces (clients) talk to the servers using an extension to a standard protocol Z39.50.  Using a public standard allows vendors to compete with each other, while bypassing the usual proprietary protocol period that slows development.   Thinking Machines is giving away an implementation of this standard to help vendors develop clients and servers.<br><br>Conference at KAHLENDCA630-00013902-03. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | When a WAIS client, such as the xwais client included in the freeWAIS-sf 2.0.65 distribution, was compiled and linked with the capability to search WAIS databases directly, the WAIS client implemented a heuristic. This WAIS Local Storage Media Heuristic a) was a "rule of thumb," b) did not consist solely of constraint satisfaction parameters, c) was provided with the claimed information identifier, and d) located information in the local storage media of the computer running the WAIS client, specifically information stored in WAIS databases stored in the local storage media. This WAIS Local Storage Media Heuristic could incorporate, in turn, a number of other configurable heuristics. These heuristics included, for example, stemming, synonym detection, phonetic search (*e.g.*, SOUNDEX and PHONIX), and a relevance ranking heuristic.<br><br>Each WAIS server, such as the WAIS server included in the freeWAIS-sf 2.0.65 distribution, implemented a heuristic. This WAIS Internet Heuristic a) was a "rule of thumb," b) did not consist solely of constraint satisfaction parameters, c) was provided with the claimed information identifier, and d) when accessed via the Internet, located information in the Internet, specifically in the WAIS databases that the server could search in response to queries from remote clients. This WAIS Internet Heuristic could incorporate, in turn, a number of other configurable heuristics. These heuristics included, for example, stemming, synonym detection, phonetic search (*e.g.*, SOUNDEX and PHONIX), and a relevance ranking heuristic.<br><br>Both the WAIS client and WAIS server incorporate a WAIS database search engine that locates information stored in WAIS databases. The stemming heuristic could be turned on and off in either the WAIS search engine or in the WAIS databases that the WAIS search engine searched. Depending on the presence or absence of a synonym file and the contents of the synonym file if present, the synonym detection heuristic could be configured to use different synonyms or no synonyms at all. The relevance ranking heuristic could be configured to use different relevance ranking weighting functions. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | See, for example, <br> ir/sersrch.c 909-917, 952-960 <br> ir/sersrch.c 1129-1141, 1238-1249 <br> ir/synonym.c 181-185, 53-83, 86-316 <br><br> Figure 4.17 of the Tung thesis presents an overview of the heuristics described above. As this diagram illustrates, the query is provided to the WAIS heuristics, which locate information in a WAIS database: <br><br>  <br><br> Figure 4.17:  Integration of the query parser into the search engine <br><br> See also, for example |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  |  |

Figure 3.28: The search engine

Tung Thesis at SAMNDCA630-06029240.

The documents are listed by title (either a specified title or the first line of text by default), in order of their scores. ***The scores measure relevance, according to algorithms that may vary from server to server***. On a Boolean server, that might simply be the number of times a specific word appears in a document, or the number of times it appears divided by the number of words in the document, or it might be a 1 for "present"; on a Thinking Machines server, it might be a complex, proprietary ranking

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | that involves weights, co-occurrences of words, etc. (see Release 1.0, 1-88 and 3-90). The type defines the document's format -- TEXT, PICT, TIFF, etc. – an extensible list that could include spreadsheet files or voice annotations. ***WAIS has already extended Z39 to handle multimedia by handling larger files, parts of files, and "understanding" the vagaries of graphics and potentially sound or video formats.*** Obviously, the client needs the appropriate facilities to represent the objects retrieved to the user, but the protocol itself can handle anything digital.  Dyson at KAHLENDCA630-00000487.<br><br>*See also* July 25, 2013 Deposition of Brewster Kahle at 72:4-15:<br><br><br>Q. So there were different clients developed by different people, correct?<br>A. Yes.<br>Q. And different server systems, correct?<br>A. Yes.<br>Q. And different indexing tools to index content?<br>A. There were different indexing tools, yes.<br>Q. Different searching mechanisms?<br>A. There were different searching mechanisms developed that were plugged into this system.<br><br>*Id.* at 97:18-21:<br><br><br>A. There are many different kinds of servers that  answered questions in very different ways. So this is a -- again, a simplification to talk about a particular set of server technologies.<br><br>*Id.* at 109:15-22:<br><br><br>Q. Later on, were -- were some web -- excuse me. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | Were some WAIS servers set up to index and offer web content?<br>A. Yes. So there were web servers that were used for many -- sourcing many types of information and things that would be involved as served out over --  from the one level of the protocol interaction would go over HTTP. That was common.<br><br>In this chart I consider a WAIS system, as demonstrated in the WAIS demonstration videos attached to my Report, with a WAIS client compiled to access local WAIS databases directly and a WAIS server executing on a remote machine available via the Internet. The WAIS client and WAIS server would be configured differently to implement different heuristics.In response to queries, the WAIS Local Storage Media Heuristic implemented by the WAIS client would locate information in a local WAIS database stored in local storage media and the WAIS Internet Heuristic implemented by the WAIS server would locate information in a WAIS database in the Internet. I note that other invalidating uses of the WAIS system exist and are disclosed by the references I cite in this chart.<br><br>Figure 4.17 of the Tung thesis illustrates how the information identifier is provided to the WAIS heuristics discussed above. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | <br><br>Figure 4.17: Integration of the query parser into the search engine<br><br>In WAIS, the information identifier is stored in a variety of variables and data structures. For example, the function SetupSearch() is passed a parameter q that references a data structure that contains a field keywords that, in turn, contains the information identifier. See, for example, lines 607, 1340-1341, and 1365 of x/qcommands.c. Other variables and data structures also contain the information identifier, for example the WAISSearch APDU data structure, in which the SeedWords field contains the information identifier.<br><br>3.1.3.2   WAISSearch APDU<br><br>**SeedWords**:  Search query (sequence of characters). |

- 50 -

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | **Docs**: Range indicators in a document text, such as start position and end position of the document text. <br> **TextList**: This parameter contains segments of text in documents. The segments of text are treated in the same manner as a search query. The result of the search is evaluated with an additional bonus. The free versions do not use this parameter. <br> **BeginDateRange, EndDateRange**: The latest or earliest date for identifying a document. These parameters are used for bonus allocation. The date is in the form of yyyymmdd in ASCII format. The free versions do not use this parameter. <br> **DateFactor**: There are four different date factors: 1 'DF_INDEPENDENT', 2 'DF_LATER', 3 'DF_EARLIER' and 4 'DF_SPECIFIED_RANGE'. The default is DateFactor = 1. In this case, no extra weight is assigned to the date, whereas in the other cases, a bonus is assigned to documents having a date that is later than, earlier than or the same as a specified date. For DateFactor = 2 and 3, BeginDateRange or EndDateRange will be used. DateFactor = 4 uses both. In the free versions, DateFactor = 1. <br> **MaxDocumentsRetrieved**: The maximum number of documents requested by the client. <br><br> 3.1.3.3   WAISSearchReponse APDU <br><br> A WAISSearchResponse APDU contains the following parameters: <br><br> **SeedWordsUsed**: This contains only words that have been matched in the search. <br> **DocHeaders**: Document records that will be sent to the client. A document record consists of the following parameters: <br> • Document ID: the distinct document number. <br> • Version number: for managing documents, the version numbers of which are incrementalized during modification. This is not used in the free versions. <br> • Score: the ranked value of a document. <br> • BestMatch: the location with the highest score within a document (not used in the free versions). |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | • DocumentLength:  the size of the document in bytes.<br>• Lines:  the number of lines in the document.<br>• Types:  the display format.<br>• Source:  the document source, such as, e.g., journal title, newspaper name.  In the free versions, the route name of the database is entered here.<br>• Date:  the date.<br>• Headline:  a brief description of a document.<br>• OriginCity:  the city where the document originated.<br>Default DocHeaders are used in WAIS.<br>**ShortHeaders**:  This element set is used in conjunction with the parameter MediumSetPresentNumber in the Search APDU of the Z39.50 standard for small sized messages.  It consists of the following parameters:<br>• DocumentID<br>• VersionNumber<br>• Score<br>• BestMatch<br>• DocumentLength<br>• Lines<br>However, it is not used in the free versions.<br>**Headlines**:  This element set is contained in the WAISSearchResponse APDU for type-1 queries for documents that are previously returned in ShortHeaders.  It consists of the following parameters:<br>• DocumentID<br>• VersionNumber<br>• Source<br>• Date<br>• Headline<br>• OriginCity<br>It is not used in the free versions.<br>**LongHeaders**:  This element set contains the following parameters:<br>• DocumentID |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | • VersionNumber<br>• Score<br>• BestMatch<br>• DocumentLength<br>• Lines<br>• Types<br>• Source<br>• Date<br>• Headline<br>• OriginCity<br>• StockCodes:  some type of description, as below; unfortunately I do not know precisely.<br>• CompanyCodes:  description of the company that manages the documents.<br>• IndustryCodes:  description of the industry that manages the documents.<br>This is not used in the free versions.<br>**Text**:  This element set is returned with a retrieval query, in other words, with a type-1 query.  It contains the following parameters:<br>• DocumentID<br>• VersionNumber<br>• DocumentText:  This parameter contains the size of a document in bytes and the document as a sequence of characters.<br>**Codes**:  This element set contains the following parameters:<br>• DocumentID<br>• VersionNumber<br>• StockCodes<br>• CompanyCodes<br>• IndustryCodes<br>It is not used in the free versions.<br>**Diagnostics**:  This contains system messages with search errors.<br><br>Tung Thesis at SAMNDCA630-06029207-210. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | The information identifier is provided to the WAIS heuristics. See, for example, freeWAIS-sf 2.0.65, lines 682-691 and 693-702 of x/qcommands.c, as well as functions transitively invoked from these lines, which show that the information identifier is provided to the heuristics, for example by passing parameters to the functions that contain or reference data structures that contain the information identifier. |
| | I note that both Figure 4.17 of the Tung thesis and the above source code show that the information identifier is provided to each heuristic. |
| | Each WAIS heuristic locates information. The WAIS Local Storage Media Heuristic locates information in the local WAIS database stored in local storage media and the WAIS Internet Heuristic locates information in the WAIS database in the Internet. Indeed, the purpose of providing the information identifier to the heuristics is to enable the heuristics to use the query to locate information in their respective databases. This functionality is also evident in the operation of the software as seen in the video demonstrations prepared under my direct supervision and attached to this Report. Also see Figure 4.17 of the Tung thesis, which shows that the heuristics locate information. |
| | WAIS includes an optional heuristic that uses synonym detection to determine whether a document may be relevant to the user based on the user's query. WAIS search engines use a customized synonym file (*i.e.* thesaurus) for this heuristic. *See*, *e.g.*: |
| | The *optional* synonym file contains multiple lines with synonym terms separated by spaces.<br>wais freewais<br>programming hacking |
| | Unido at SAMNDCA630-00028155. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | 2.7      What does WAIS support?<br><br>. . .<br>• identification of synonyms<br><br>Tung Thesis at SAMNDCA630-06029190.<br><br>Search for synonyms<br><br>This step has already been described in section 3.3.3.3.<br><br>Tung Thesis at SAMNDCA630-06029241.<br><br>**3.3.3.3   Synonym detection**<br><br>Free text search is frequently characterized by an ambiguity of terms.  For example, the term *telephone* is related to the term *phone*.  Therefore, in searches for documents that contain the term *telephone*, it is also desirable to receive all documents in which the term *phone* occurs.  To solve this problem, *synonyms* are detected.  In the detection of synonyms, terms that have the same or a similar meaning are combined into equivalence classes.  One element in each equivalence class is selected as a designator and is used as a descriptor. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | In WAIS, in the detection of synonyms, all terms that are related to the term selected as the descriptor are entered into an external file *database.syn*. This file has the following syntax:<br><br>$\text{Synonym}_1$      $\text{Word}_1, \ldots, \text{Word}_k$<br><br>$\text{Synonym}_t$      $\text{Word}_1, \ldots, \text{Word}_n$<br><br>In indexing, this file is read line by line. Each line corresponds to an equivalence class. The $\text{synonym}_i$ serves as the descriptor and is entered into the WAIS index. In a subsequent search for information, this file is read in order to determine whether or not a query term belongs to one of these equivalence classes. If so, the query term will be replaced by the $\text{synonym}_i$ as a new query term. Let us now consider an example of this. Assume that a synonym file contains the following entries:<br><br>*Telefon  telephone  phone*<br><br>A search is performed for documents that contain the term *phone*. The query term in this case is therefore *phone*. A check is made to determine whether the term *phone* occurs in one of the equivalence classes. If so, the query term *phone* will be replaced by the term *telephone*, and a search will be performed in the WAIS index for the term *telephone*.<br>The detection of synonyms is optional in WAIS – depending upon whether a synonym file exists.<br><br>Tung Thesis at SAMNDCA630-06029235-36.<br><br>*See also* July 25 Deposition of Brewster Kahle at 120:5-19:<br><br>Q. And which of these customizable stop word, stemming, and thesaurus was done at preparation versus run time?<br>A. There would be components of these that would be done -- I'm not -- I -- I think thesaurus lookup would be primarily run time. I'm not sure how one would -- what would happen at index build time that would involve the thesaurus expansion of one's |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | query.<br>The stemming has things -- parts of the – the programming that is affected at both the index build time and query time so that if the words were stemmed at index build time to eliminate plurals, then at query time, if you searched on the plural, it would not be in the index. Therefore, the stemming has to apply to the query at run time.<br><br>*See also* freeWAIS-sf 2.0.65:<br><br><ul><li>ir/sersrch.c, lines 738-50, 781-871</li><li>ir/irsearch.c, lines 1287-1503</li><li>ir/synonym.c, lines 53-86</li><li>ir/irext.h, lines 456-64</li><li>ir/irhash.c, lines 454-502, 659-704</li></ul><br>*See also* WAIS Demonstration Video 6 of a synonym file:<br><br><br><br>WAIS includes an optional stemming heuristic based on stem form reduction.  For stem form reduction to work properly, it must be included in both indexing and query processing.  *See*, *e.g.*: |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | Subject: 1.1) What does 'stemming' mean?<br><br>Stemming in a field means, that every word is reduced to its word stemm, before it is added to or search in the index. This way 'computer', 'computing' and 'computers' are treated identically.<br><br>FreeWAIS-sf FAQ at SAMNDCA630-07218303; PFEIFERNDCA630-00002651; PFEIFERNDCA630-00005150.<br><br>The goals of this paper are:<br>. . .<br>• to integrate stemming.<br><br>Tung Thesis at SAMNDCA630-06029190.<br><br>*See also* July 12, 2013 Deposition of Norbert Fuhr at 157:23-159:9.:<br><br>Q. You testified earlier that FreeWAIS-sf supported stemming at query time, correct? 25 A. Yes.<br>Q. And what -- did your -- did the FreeWAIS-sf team at Dortmund University write computer code to support stemming?<br>A. Yes.<br>MR. FURMAN: Objection: vague; ambiguous; lacks foundation.<br>BY MR. JAFFE:<br>Q. Was the computer code that was written to support stemming at query time, did that use a computer algorithm?<br>A. Yes --<br>MR. FURMAN: Objection: vague; ambiguous; again, outside the scope of what's appropriate for redirect.<br>THE WITNESS: Yes, it used a standard -- a well-known algorithm. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | BY MR. JAFFE:<br>Q. And did that well-known algorithm involve using heuristics?<br>A. Yes, of course.<br>MR. FURMAN: Objection: calls for a legal conclusion.<br>BY MR. JAFFE:<br>Q. How do you know?<br>A. Well, because you need some kind of -- because there is no perfect solution for the stemming problem. You would need a huge dictionary, which is always updated when the new word comes in, but instead the method just operates on the character sequences and it's just some kind of compromise between effort and result quality.<br>Q. And is that method used during query time after users submits a term?<br>A. Yes.<br><br>*See also* July 15, 2013 Deposition of Norbert Govert at 134:13-21:<br><br>Q. Is the computer code that is used to process the query term in order to stem at search time heuristic?<br>MR. FURMAN: Objection, calls for legal conclusion, vague, calls for speculation.<br>A. It is heuristic in the same sense like soundex algorithm is heuristic. It tries on routes from computer linguists to rebuild natural language properties.<br><br>*Id.* at 136:9-137:1:<br><br>Q. And that code involved a number of heuristics, correct?<br>MR. FURMAN: Objection, calls for legal conclusion, misstates his prior testimony.<br>A. As I said before, soundex and stemming algorithms, from my point of view, from my explanation of what heuristic means, are heuristic algorithms as is the algorithm to compute the retrieval status value.<br>Q. What do you mean by the algorithm to retrieve the retrieval status value?<br>A. The result of an FreeWAIS - sf or SFGate query is the ranking of documents, so the relevant documents are deemed to be on top of the irrelevant documents, and in order |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | to do this sorting there must be a criteria to sort, and this criteria is the retrieval status value which is implemented in FreeWAIS - sf.<br><br>*See also* freeWAIS-sf 2.0.65:<br><br><ul><li>defaults.h, line 24</li><li>ir/waisindex.c, lines 320-22, 472-75, 605-09, and 1410-12</li><li>ir/sersch.c, lines 909-17, 952-60</li><li>file ir/stemmer.c, lines 37, 109-117, 148-246, 441, 496</li><li>ir/irtfiles.c, lines 509-606, 603-12</li></ul><br>*See also* WAIS Demonstration Video 7 of a synonym file:<br><br><br><br>WAIS includes an optional heuristic that uses a phonetic search.  WAIS also includes two particular phonetic search heuristics, Soundex and Phonix. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | ```
Subject: 1.2) What does 'soundex' mean?

    Like stemming, every word is mapped to its soundex code before
    added to or search in the index. Equal or similar sounding words
    are treated as if they were identical.
```

FreeWAIS-sf FAQ at SAMNDCA630-07218303; PFEIFERNDCA630-00002651; PFEIFERNDCA630-00005150.

Index files currently supported are 'TEXT', 'SOUNDEX' and 'PHONIX'.

Unido at SAMNDCA630-00028155.

The goals of this paper are:
. . .
- phonetic search

Tung Thesis at SAMNDCA630-06029191.

4.4.4     Phonetic search

***The function of a phonetic search is to identify all words that are written differently from a word in the query, but are pronounced similarly to that word.  There are two algorithms for solving this problem, SOUNDEX and PHONIX, which are described in detail in [Poersch 93].  PHONIX is an improved version of SOUNDEX.  The function of these algorithms is to format a term in a Soundex code or Phonix code.***

To enable a phonetic search, first each search term must be formatted in a phonetic code.  This phonetic code is then searched for in the WAIS index (figure 4.14).  This means that, already during indexing, each term to be indexed must be formatted in a phonetic code.  This code is then indexed.  The indexing process is described in figure 4.15. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| |  Figure 4.14:  SOUNDEX search, PHONIX<br><br>Tung Thesis at SAMNDCA630-06029272.<br><br>*See also* July 12, 2013 Deposition of Norbert Fuhr at 160:4-161:21:<br><br>Q. You also mentioned that FreeWAIS-sf had a phonetic search, correct?<br>A. Yes. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | Q. And you testified earlier that the phonetic search required implementation at indexing time but also implementation at query time, correct?<br>A. Yes.<br>Q. And did the -- did the implementation of the phonetic searching on the FreeWAIS-sf -- let me rephrase.<br>The FreeWAIS -- the phonetic searching in FreeWAIS-sf was implemented in the computer code for FreeWAIS-sf; is that correct?<br>A. Yes.<br>Q. Did that require implementation of a computer algorithm?<br>A. Yes.<br>Q. And was that computer algorithm executed at -- when the -- at query time after the -- after the user had entered a search term?<br>A. It was implemented --<br>MR. FURMAN: Objection: vague.<br>THE WITNESS: -- both at indexing time and at retrieval time; so yes.<br>BY MR. JAFFE:<br>Q. Did the implementation at retrieval time, did the algorithm which performed the implementation at retrieval time include heuristics?<br>MR. FURMAN: Objection: vague; ambiguous, lacks foundation, and calls for a legal conclusion.<br>THE WITNESS: Yes, of course.<br>BY MR. JAFFE:<br>Q. How do you know?<br>A. Well, because --<br>MR. FURMAN: Objection: compound.<br>THE WITNESS: -- again, it's just an approximation that because you do not -- these methods do not represent the actual phonetic codes that, for example, would be used in today's system for text-to-speech. They just were some heuristic method that maps it on to something like related to or represented some kind of phonetic code and the development of this code was more heuristically done. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | *See also* freeWAIS-sf 2.0.65:<br><br>• defaults.h, line 19<br>• ir/query_y.y, lines 327-39<br>• file ir/query_y.c, lines 873-82<br>• ir/soundex.c, lines 109-45, 158-227, 402-557<br>• ir/irtfiles.c, lines 751-52, 604-76<br><br><br>As another example, WAIS includes a heuristic that searches for relevant documents to a query by using the query and the document together to compute a heuristic weighting function for the document, using the heuristic weight to rank that document against other documents, and returning only the N documents with the highest heuristic weight sorted from highest relevance to lowest (where the relevance is determined by the heuristic weights of the documents).  freeWAIS-sf allows the servers to use two different weighting heuristics: one that was used by the previous version of WAIS and another that was added to freeWAIS-sf.  *See*, *e.g.*:<br><br>The servers take a users question and do their best to find relevant documents.  The servers, at this point, do not 'understand' the users english language questions, rather **they try to find documents that contain those words and phrases and ranks then based on heuristics**.  Overview at SAMNDCA630-00821974.<br><br>To improve the above-described situation in terms of retrieval effectiveness, **WAIS uses a heuristic ranking method**, which sorts the documents according to decreasing relevance.  Ranking is performed by the WAIS server.   Tung Thesis at SAMNDCA630-06029187-88.<br><br>2.7       What does WAIS support?<br>. . . |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | • natural query language, <br><br> . . . <br><br> • heuristic ranking method, <br><br> . . . <br><br> The goals of this paper are: <br><br> . . . <br><br> ***• to investigate and evaluate the weighting function used in WAIS and present a new weighting function***. <br><br> Tung Thesis at SAMNDCA630-06029190-91. <br><br> The search process is broken down into the following steps: <br> 1.       Searching for a term in the dictionary and finding a reference pointer. <br> 2.       Using a reference pointer to search for the list of (document IDs, character position, term frequency)-tuples (postings) in the inverted file. <br> 3.       ***Using the term frequency for each document to calculate the total weight, and then sorting the documents by weight***. <br> 4.       Using the document ID, headline ID and filename ID to search for the entries in the three tables, and using the entries for each document to form a document reference. <br> 5.       ***The result is a set of ranked document references, which is sent to the client***. <br><br> First, the dictionary is checked, term by term, to determine which query terms occur in the dictionary.  As we already know from the structure of the dictionary described in section 3.2.3.2, the search engine loads the entire index into a buffer in the main memory and performs a binary search in the memory for a query term in order to localize a block in which the term occurs.  If a term is found in the index, the block pointer to the term will enable direct access to the block in the dictionary.  As soon as the block has entered the main memory, a binary search for a data set which contains the searched for term is started.  In addition to a term, a data set in the block will contain the frequency with which the term occurs in the collection and a reference |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | pointer to an entry in the inverted file.  A reference pointer corresponds to a physical address for an entry in the inverted file, and enables direct access thereto.<br><br>Ranking<br><br>Each entry in the inverted file contains a list of (document ID, character position, term frequency)-tuples (postings) for each term, wherein each tuple applies to a document.  For each document, ***the term frequency is used for calculating the total weight of the document for a term, according to the formula presented in section 3.3.3.4.  The final weight of a document for the query is obtained by adding the individual weights of the document to the individual terms in the query.  Once the weights have been calculated, individual documents are sorted by weight.***  The document with the highest weight is assigned the highest ranking number 1000.<br><br>After ranking, ***in which documents having low relevance values are sorted out*** – as a default, ***a maximum of the 40 best documents from the set of responses are included in the set of identified documents*** –, direct access to the document table and the physical addresses of the entries in the headline table and the filename table are managed in the sorted sequence based upon the document IDs.  In specific terms, this means that the document table for a document ID will contain an entry which contains a pointer to an entry in the headline table and a pointer to an entry in the filename table.  The entries from the tables form a document reference for a document.  ***Identified document references are then sent, in descending order according to decreasing weight, by the server to the client***.<br><br>Tung Thesis at SAMNDCA630-06029241-42.<br><br>4.6      Term weighting<br><br>***The term weights of a document indicate the potential significance of the terms within said document***.  In what follows, the weaknesses of the weighting function used |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | in WAIS will be examined.  ***A new weighting function will then be presented***, which offers better retrieval effectiveness.<br><br>4.6.1     Evaluation of the WAIS weighting function<br>"For the weighting function, WAIS specifies the following formula:<br><br>$$w_{dk} = ((\log(tf_{dk}) + 10) * idf_k)/d_j.$$<br><br>$tf_{dk} =$     frequency with which the term $t_k$ occurs in document $D$.  $tf_{dk}$ is initialized at 5.  $tf_{dk}$ is then increased by 1 each time it occurs.  If the term $t_k$ occurs in the headline, 10 is added to $tf_{dk}$.  $tf_{dk}$ is a maximum of 127.<br>$idf_k =$     $1/\sum_{i=1}^{n} tf_{ik}$ – the inverse document frequency with which the term $t_k$ occurs in a collection containing $n$ documents.<br>$d_j =$     $\sum_{i=1}^{t} tf_{di}$ – the set of terms occurring in the document $D$.<br><br>. . . .<br>***Numerous variants of weighting functions have been tested experimentally and proposed.  The new weighting formula used here, which is based on the vector space model (section 4.6) and was proposed by Salton, is a variant of this model, the good retrieval quality of which has been proven through experimental testing in [Salton & Buckley 88].*** |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | As was discussed in section 4.6, a document is viewed as an $n$-dimensional document vector $D$, and a query is viewed as an $n$-dimensional query vector $Q$, and is represented in the form $$D = <w_{d1}, \ldots, w_{dn}>$$ and $$Q = <w_{q1}, \ldots, w_{qn}>$$ in which $w_{dk}$ represents a weight of the term $t_k$ in document $D$ and $w_{qk}$ represents a weight of the term $t_k$ in the query $Q$. The similarity between a specific document vector and a search query vector is the scalar product $$similarity(Q, D) = \sum_{k=1}^{n} w_{qk} . w_{dk} = 1.$$ The following factors are important in calculating the weight $w_{dk}$:<br>• $d_l$: the set of terms occurring in document $D$.<br>• $tf_{dk}$:  the frequency with which the term $t_k$ occurs in document $D$ (term frequency).<br>• $max\_tf_d$: maximum term frequency $tf_{dk}$ of all terms $t_k \in d_l$. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | • $idf_k$: $\log\left(\frac{N}{n_k}\right)$ - the inverse document frequency of the term $t_k$, in which $N$ is the number of documents in the collection and $n_k$ is the number of documents in which the term $t_k$ occurs. A weight $w_{dk}$ of the term $t_k$ in document $D$ can be calculated as follows: $$w_{dk} = \frac{\alpha_{dk}}{\beta_d},$$ in which the unstandardized indexing weight $$\alpha_{dk} = idf_k * \left(0.5 + \frac{0.5 * tf_{dk}}{max\_tf_d}\right)$$ represents the product of the *inverse document frequency* $idf_k$ and the *standardized frequency of occurrence*. $\beta_d = \sqrt{\sum_{t_k \in d_r} \alpha_{dk}^2}$ is the vector length. The inverse document frequency $idf_k$ is calculated for the retrieval time based on the dynamic collection, in which the number of documents $N$ is continuously changed. The standardized frequency of occurrence ranges from 0.5 to 1. The weight $w_{dk}$ varies between 0 and 1. If a weight $w_{dk}$ is close to 0, then the term $t_k$ does not have a high relevance value. Conversely, a term $t_k$ has a high relevance value if its weight $w_{dk}$ is close to 1. The weights $w_{qk}$ for the terms $t_k$ in the query $Q$ are calculated in the same manner. In this calculation, it is assumed that the term frequency of the term $t_k$ in the query $Q$ is $tf_{qk}$ = 1. Thus the weight of the term $t_k$ in the query $Q$ is $w_{qk} = idf_k$ [$idf_k$] . The factors used in this weighting function – the term frequency $tf_{dk}$, the inverse document frequency $idf_k$ and the vector length $\beta_d$ – fulfill the same purposes as were already described in section 3.3.3.4. Tung Thesis at SAMNDCA630-06029278-280. A WAISSearch-Response APDU contains a list of records or document references. A document reference refers to an original document on the server. Each document reference contains the following fields: 1.        headline – a number of words that describe the main content of a document. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | 2.      *rank – the ordinal number of a document in the set of responses.  It indicates the relevance of a document in a query.  The highest ranking number is 1000*. <br> 3.      a list of display formats – for example, text, postscript, tiff, etc. <br> 4.      doc ID – the document number. <br> 5.      length – the length of a document in bytes. <br> *The number of document references is determined by the client during initialization*. <br><br> Tung Thesis at SAMNDCA630-06029206. <br><br> *See also* July 12, 2013 Deposition of Norbert Fuhr at 162:23-165:22: <br><br> Did FreeWAIS-sf rank results? <br> MR. FURMAN: Objection: vague. <br> THE WITNESS: Yes. <br> BY MR. JAFFE: <br> Q. Did FreeWAIS-sf -- let me rephrase. <br> How was the ranking of results in FreeWAIS-sf implemented? <br> A. They had some weighting method but I don't know any details about it. <br> Q. Do you know whether the weighting method used heuristics? <br> MR. FURMAN: Objection: calls for a legal conclusion. <br> THE WITNESS: Yes, it certainly was a very heuristic weighting method. <br> BY MR. JAFFE: <br> Q. How do you know? <br> A. Because it did not use any of the known weighting methods from the scientific literature. It was really some, yes, heuristic approach. <br> Q. Did FreeWAIS-sf use the same -- let me rephrase. Let me ask a different question. The version of WAIS, the FreeWAIS that you downloaded and then enhanced to build FreeWAIS-sf, did that version of FreeWAIS, the older version, did that use -- did that use a weighting method as well? <br> MR. FURMAN: Objection: lacks foundation; misstates his prior testimony; vague; |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | calls for speculation.<br>THE WITNESS: Yes, the original FreeWAIS version already had a weighting mechanism.<br>BY MR. JAFFE:<br>Q. Did FreeWAIS-sf use the same weighting mechanism as the original version of WAIS?<br>MR. FURMAN: Objection and, again, this is way outside the scope of what is appropriate for redirect.<br>THE WITNESS: I don't know.<br>BY MR. JAFFE:<br>Q. Were you aware of whether the original version of WAIS, that is FreeWAIS, for FreeWAIS-sf used heuristics to implement weighting?<br>MR. FURMAN: Objection: calls for a legal conclusion.<br>THE WITNESS: Yes, they certainly used the heuristic method for performing their weighting.<br>BY MR. JAFFE:<br>Q. And was the heuristic method executed after the user submitted its search term?<br>MR. FURMAN: Objection: incomplete  hypothetical; calls for a legal conclusion.<br>THE WITNESS: Of course for ranking this method had to be applied for in order to combine a 1 so-called retrieval status value based on the query and the heuristic weighting of the terms in the documents that were computed at indexing time.<br>BY MR. JAFFE:<br>Q. And did FreeWAIS-sf's ranking mechanism that used heuristics was that also executed after the user entered a search term?<br>MR. FURMAN: Objection: calls for a legal conclusion; outside the scope of redirect.<br>THE WITNESS: Yes, of course.<br>BY MR. JAFFE:<br>Q. And how do you know that?<br>A. Yes, because that's the standard mechanism that you need in order to perform ranking. You need some kind of weighting and that's what both the earlier version and also FreeWAIS-sf did. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | Q. So FreeWAIS-sf used a number of heuristics after a user entered a search term in order to find information?<br>MR. FURMAN: Objection: calls for a legal conclusion.<br>THE WITNESS: Yes, of course.<br><br>*Id.* at 177:19-178:12:<br><br>Q. What would happen after the user submitted the search term to the FreeWAIS-sf server on their computer as well as the FreeWAIS-sf server on the internet?<br>MR. FURMAN: Objection: vague; incomplete hypothetical; calls for speculation; calls for a legal conclusion.<br>THE WITNESS: Both servers would process the query and then return a ranked list of results which were sent back to the client and then the client would merge the results and present them to the user.<br>BY MR. JAFFE:<br>Q. And during the processing, the heuristic algorithms that we discussed earlier would be used?<br>MR. FURMAN: Objection: calls for a legal conclusion; incomplete hypothetical; vague; calls for speculation.<br>THE WITNESS: Yes, of course. All these heuristics were involved in order to get a result.<br><br>July 14, 2013 Deposition of Ulrich Pfeifer at 224:24-226:11:<br><br>Q. So at the time this document was made available with the freeWAIS-sf distribution, could you download the freeWAIS-sf distribution, set up a local database, open the WAIS client, search that local WAIS database as well as search another WAIS database?<br>MR FURMAN: Objection. Calls for speculation. Incomplete hypothetical.<br>THE WITNESS: Yes.<br>BY MR JAFFE: |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | Q. Could you search the local WAIS database as well as a WAIS database located over the Internet?<br>A. Yes.<br>MR FURMAN: Objection. Calls for speculation. Incomplete hypothetical.<br>BY MR JAFFE:<br>Q. When you selected the local WAIS database and the remote WAIS database that was over the Internet, and you typed in a search term, would it search both databases at once?<br>MR FURMAN: Objection. Calls for speculation. Incomplete hypothetical.<br>THE WITNESS: For the user, apparently at once. In reality -- the technical reality -- one thing has to be done before the other.<br>BY MR JAFFE:<br>Q. If it found results on, well, both the local WAIS server and the remote WAIS server, would it return them to the user so that it displayed at the same time?<br>MR FURMAN: Objection. Calls for a legal conclusion. Incomplete hypothetical. Calls for speculation.<br>THE WITNESS: Yes, the both answer sets, as we called it, would be displayed at the same time.<br><br>*See also* freeWAIS-sf 2.0.65:<br><br>• defaults.h, line 36<br>• ir/sersrch.c, lines 1559-78<br>• ir/weight.c, lines 25-60<br>• ir/waisindex.c, line 525<br>• ir/irtfiles.c, lines 214, 967-1012, 1192, 1433<br>• ui/document.c, lines 640-658<br>• ui/document.h, lines 61-70<br>• ui/question.h, lines 45-69<br>• x/qcommands.c, lines 302-14, 316-86 |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | Apple or its expert may take the position that searching subsets of information, for example information stored in specific files, information stored in specific databases, information stored in specific portions of files or databases, or information in different fields or collections of fields in files or databases, to be a heuristic that satisfies the limitations of the asserted claims.  Apple or its expert may also take the position that recognizing certain types of information, such as dates, satisfies the limitation of the asserted claims.  To the extent that these are considered to be heuristics, WAIS discloses this functionality.  As shown above, WAIS allows searching of different sources of information stored in different types of files (such as emails and web content).  WAIS also allows searching of multiple databases located on the same computer or distributed across multiple databases.  WAIS also allows searching only portions or fields of sources of information, for example, by searching particular databases in a server or by only searching portions or fields of certain types of files or databases *See*, *e.g.* Tung Thesis at SAMNDCA630-06029264, 308-11.  WAIS also recognizes certain types of information.  *See id.* at 330-331, 252-254, 326, 347-49.<br><br>Apple or its expert may take the position that that constructing a query to be properly handled by a search engine is a heuristic.  *See, e.g.,* Apple's July 10, 2013 '959 Patent Infringement Chart regarding the Samsung SIII at 11-12 ("The Google heuristic takes the information descriptor and searches content on the Internet.  More specifically, this heuristic constructs a query to be properly handled by the Google search suggestion engine.") As detailed above, WAIS constructs queries to be properly handled by each WAIS server. To the extent that constructing such queries and providing them to search engines is considered to be a heuristic, WAIS therefore also includes such a heuristic. See, for example,<br><br>    The client application then translates the query into the WAIS protocol, and transmits it over a network to a server.  The server receives the transmission, translates the packet into its own query language, and searches for documents satisfying the query. Online Article at KAHLENDCA630-00000594-95. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | The bottom half of the source window allows the user to specify personal information about the server:<br><br>• when to contact it (for automatic update);<br>• when it was last contacted;<br>• how much to spend on it;<br>• how much credence its results should be given (this is used to scale document scores, which helps in the sorting of responses to questions asked of multiple servers);<br>• the number of documents to ask for when searching it; and<br>• the font and type size to use when displaying plain text results (important to publishers).<br><br>Interface at SAMNDCA630-04524945.<br><br>3.1.3.2    WAISSearch APDU<br><br>**SeedWords**: Search query (sequence of characters).<br>**Docs**: Range indicators in a document text, such as start position and end position of the document text.<br>**TextList**: This parameter contains segments of text in documents.  The segments of text are treated in the same manner as a search query.  The result of the search is evaluated with an additional bonus.  The free versions do not use this parameter.<br>**BeginDateRange, EndDateRange**:  The latest or earliest date for identifying a document.  These parameters are used for bonus allocation.  The date is in the form of yyyymmdd in ASCII format.  The free versions do not use this parameter.<br>**DateFactor**:  There are four different date factors: 1 'DF_INDEPENDENT', 2 'DF_LATER', 3 'DF_EARLIER' and 4 'DF_SPECIFIED_RANGE'.  The default is DateFactor = 1.  In this case, no extra weight is assigned to the date, whereas in the other cases, a bonus is assigned to documents having a date that is later than, earlier than or the same as a specified date.  For DateFactor = 2 and 3, BeginDateRange or |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | EndDateRange will be used.  DateFactor = 4 uses both.  In the free versions, DateFactor = 1.<br>**MaxDocumentsRetrieved**:  The maximum number of documents requested by the client.<br><br>Tung Thesis at SAMNDCA630-06029207-08.<br><br>*See also* July 25, 2013 Deposition of Brewster Kahle at 173:19-175:11.<br><br>Q. Which clients created different packages for the different source it was sending the request to?<br>MR. WARREN: Objection. Incomplete hypothetical.<br>THE WITNESS: The WAIS client soft- -- software such as XWAIS, which runs on a UNIX machine, would create a bundle of -- of information for each of the sources that the user had indicated they want to search in parallel, and then it would integrate the results back from those.  Though, to be clear, those sources that it might be asking questions of, those sources might then turn around and ask other sources questions.<br>BY MR. BUROKER:<br>Q. But it's your understanding that the XWAIS system would create one package and send the same package to the different sources; is that correct?<br>A. No --<br>MR. WARREN: Objection. Incomplete hypothetical.<br>THE WITNESS: No. I'm sorry, that's not what it is I said. It would create different packages encoding the -- whatever it is that made up the -- the person's query in different ways for the different sources that it may be addressing. And they tend to be quite similar, but there can be differences.<br>BY MR. BUROKER:<br>Q. And are you aware of a document that would describe what the expect -- how the XWAIS system created the different packages?<br>A. I think the best way to know how to look at that is to look at the source code.<br>Q. And is it true that some of the WAIS clients would create the same package and |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | send it to multiple sources; is that correct?<br>A. You can't send exactly the same thing because it has to say it's addressing it to a different source.<br>So there's – there's differences that the sources are expecting to receive.<br>Q. At a minimum, at least the address -- the IP address, if you're using IP, to be able to route that package, it would need to be different, correct?<br>A. At least, sure. Yeah.<br><br>*See also* freeWAIS-sf 2.0.65:<br><br>• x/qcommands.c, lines 672-79,1340-1341, 1365<br>• ir/ui.c lines 85-135<br>• ir/wprot.c, lines 629<br>• ir/zutil.c, lines 479<br><br><br>Apple or its expert may take the position that techniques that further process information already located by other heuristics may also be heuristics. To the extent that these are considered to be heuristics, WAIS also includes techniques that further process information already located by other heuristics and therefore includes these heuristics.<br><br>WAIS includes a heuristic that merges the results from all database based on the highest relevance to the query and then only returns the most relevant documents from the combines results.<br><br>Apple or its expert may take the position that WAIS does not disclose providing the information identifier to the heuristics.  To the extent this position is held to be valid, it would be obvious to provide the information identifier to the heuristics for software engineering reasons, specifically to eliminate code duplication and enable extensibility. Because these are basic concepts in software development and programming and taught as good practice in undergraduate software engineering and programming courses, a person of |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | ordinary skill in the art would be motivated to develop software in which the information identifier is provided to the heuristics.<br><br>*See also* freeWAIS-sf 2.0.65:<br><br><ul><li>ir/sersrch.c, lines 580-665</li><li>ir/irsearch.c, lines 1452-68</li><li>ir/zutil.c, lines 479</li><li>ui/question.h, lines 45-69</li><li>ui/document.h, lines 61-70</li><li>ui/document.c, lines 640-58</li><li>x/qcommands.c, lines 302-86</li></ul> |
| **[24C]** determine at least one candidate item of information based upon the plurality of heuristics; and display a representation of said candidate item of information. | WAIS comprises a computer readable medium containing instructions to determine at least one candidate item based on the plurality of heuristics and display a representation of said candidate item of information. Specifically, the WAIS client takes items located by the heuristics, for example by the Local Storage Media and Internet Heuristics and displays a representation of these items to the user.  *See*, *e.g.*:<br><br>The documents retrieved are sorted and consolidated in a single place, to be easily manipulated by the user.  Online Article at KAHLENDCA630-00000595. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  | Step 2: When a query is run, headlines of documents satisfying the query are displayed. <br><br>Online Article at KAHLENDCA630-00000596. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
|  |  Figure 4.1.5  MacWAIS – After Searching Directory of Servers<br><br>User Manual at SAMNDCA630-00821942.<br><br>After receiving a successful response, you should see a single Result Document entitled Austin-TX.txt in the 'Information Found:' box as shown in Figure 4.1.11. User Manual at SAMNDCA630-00821944. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| |  Figure 4.1.11 MacWAIS – After Searching weather.src <br><br> User Manual at SAMNDCA630-00821945. |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| |  |

### The Question Window

The Question Window, shown in Figure 5.13.1, is the main user interface component in MacWAIS. It allows you to specify and direct queries, and operate on the "fruits" of successful queries (i.e., Result Documents).

Figure 5.13.1 The Question Window

Asking a Question is really quite simple. First, open a Question Window by selecting either **New Window** or **Open Window…** from the File Menu (or by pressing ⌘-N or ⌘-O, respectively). Next, specify the free-form text comprising the query (e.g., weather, as shown above). Then, specify the Source(s) of whom this Question should be asked by selecting the **Select…** command from the Sources Menu (or by pressing ⌘-E). Finally, click on the Ask button (or press Enter or Return).

User manual at SAMNDCA630-00821970.

The results of a query are provided in the form of headlines, which describe the content

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | of the documents identified and correspond to the document references.<br><br>To improve the above-described situation in terms of retrieval effectiveness, WAIS uses a heuristic ranking method, which sorts the documents according to decreasing relevance.  Ranking is performed by the WAIS server.<br><br>Tung Thesis at SAMNDCA630-06029187.<br><br>*See also* freeWAIS-sf 2.0.65:<br><br>• ui/document.c, lines 140-223<br>• x/util.c, lines 325-52<br>• x/qcommands.c, lines 378-79<br><br>*See also* WAIS Demonstration Video 21 of the Xwais question window with search results: |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| |  |
| [25] The computer readable medium of claim 24, wherein the information identifier is applied separately to each heuristic. | WAIS comprises a computer readable medium of Claim 24, wherein the information identifier is applied separately to each heuristic.<br><br>The WAIS Local Storage Media Heuristic and WAIS Internet Heuristic are implemented by separately invoked pieces of software, with the information identifier provided separately to each piece. Lines 682-691 and 693-702 of x/qcommands.c, as well as functions transitively invoked from these lines, show that these heuristics are separately invoked and that the information identifier is applied separately to the heuristics.<br><br>Apple or its expert may take the position that WAIS does not disclose applying the information identifier separately to the heuristics.  To the extent this position is held to be valid, it would be obvious to apply the information identifier separately to the heuristics for |

| U.S. PATENT NO. 6,847,959 | The WAIS System |
|---|---|
| | software engineering reasons, specifically to obtain good modularity and separation of concerns and to eliminate undesirable interactions, entanglement, and spaghetti code from the resulting system. Because these are basic concepts in software development and programming and taught as good practice in undergraduate software engineering and programming courses, a person of ordinary skill in the art would be motivated to develop software in which the information identifier is applied separately to the heuristics. |