QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO ENFORCE APPLE'S COMPLIANCE WITH THE COURT'S ORDER REGARDING CASE NARROWING** |

1      Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") hereby bring this administrative motion to file under seal the following documents or
4  portions thereof relating to Samsung's Motion to Enforce Apple's Compliance With the Court's
5  Order Regarding Case Narrowing:
6      1.   Exhibit 3 to the Declaration of Michael L. Fazio, excerpts of the Opening Expert
7  Report of Dr. Alex Snoeren, submitted on behalf of Apple Inc., dated August 12, 2013.
8      2.   Exhibit 4 to the Declaration of Michael L. Fazio, excerpts of the Expert Report of
9  Dr. John Hauser, submitted on behalf of Apple Inc., dated August 11, 2013.
10     3.   Exhibit 5 to the Declaration of Michael L. Fazio, excerpts of the Opening Expert
11 Report of Christopher Vellturo, PH.D., submitted on behalf of Apple, dated August 12, 2013.
12     4.   Exhibit 6 to the Declaration of Michael L. Fazio, excerpts of Apple Inc.'s
13 Supplemental Objections and Responses to Samsung's First, Second, Third, Fourth, Sixth and
14 Eighth Set of Interrogatories, dated July 15, 2013.
15     5.   Exhibit 7 to the Declaration of Michael L. Fazio, excerpts of the Opening Expert
16 Report of Dr. Andrew Cockburn, submitted on behalf of Apple Inc., dated August 12, 2013.
17     6.   Exhibit 8 to the Declaration of Michael L. Fazio, excerpts of Apple Inc.'s Third
18 Supplemental Objections and Responses to Samsung's Second Set of Interrogatories, dated June
19 19, 2013.
20     7.   Exhibit 9 to the Declaration of Michael L. Fazio, excerpts of Rebuttal Expert
21 Report of Dr. Alex Snoeren, submitted on behalf of Apple Inc., dated September 13, 2013.
22     8.   Exhibit 10 to the Declaration of Michael L. Fazio, a letter from Amar Thakur of
23 Quinn Emanuel to Brian Buroker of Gibson Dunn, dated October 8, 2013.
24     9.   Samsung has established good cause to permit filing these documents under seal
25 through the Declaration of Michael L. Fazio in Support of Samsung's Administrative Motion to
26 File Documents Under Seal Relating to Samsung's Motion to Enforce Apple's Compliance With
27 the Court's Order Regarding Case Narrowing and the Consolidated Declaration of Daniel
28 Wooseob Shim in support of Samsung's Administrative Motion to File Under Seal, filed

1  herewith.  In short, the above documents discuss and refer to material designated as

2  "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or

3  "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" under the

4  Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or

5  otherwise deemed confidential.  Samsung accordingly requests that the Court order the

6  information filed under seal, and expects that Apple will comply with L.R. 79-5(d) by filing an

7  appropriate declaration with the Court for those portions and documents that reference Apple-

8  designated information.  Samsung's entire filing will be filed with the Court pursuant to L.R. 79-5

9  and served on all parties.

DATED: October 10, 2013                     QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP


                                             By */s/ Michael L. Fazio*
                                                  Charles K. Verhoeven
                                                  Kevin P.B. Johnson
                                                  Victoria F. Maroulis
                                                  William C. Price

                                                  Attorneys for Defendants
                                                  SAMSUNG ELECTRONICS CO., LTD.,
                                                  SAMSUNG ELECTRONICS AMERICA, INC.,
                                                  and SAMSUNG TELECOMMUNICATIONS
                                                  AMERICA, LLC

**ATTESTATION OF E-FILED SIGNATURE**

I, Matthew Warren, am the ECF user whose ID and password are being used to Samsung's Administrative Motion To File Documents Under Seal Relating To Samsung's Motion To Enforce Apple's Compliance With The Court's Order Regarding Case Narrowing.  In compliance with General Order 45.X.B, I hereby attest that Michael L. Fazio has concurred in this filing.

Dated:  October 10, 2013            */s/ Matthew Warren*
                                                        Matthew Warren