QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO ENFORCE APPLE'S COMPLIANCE WITH THE COURT'S ORDER REGARDING CASE NARROWING** |

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Samsung submits this motion for an order to seal the following documents or portions thereof relating to Samsung's Motion to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing in order to protect information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential:

3. Exhibit 3 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing contains excerpts of the Opening Expert Report of Dr. Alex Snoeren, submitted on behalf of Apple Inc., dated August 12, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" and "GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case or otherwise deemed confidential business information.

4. Exhibit 4 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing contains excerpts of the Expert Report of Dr. John Hauser, submitted on behalf of Apple Inc., dated August 11, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential business information.

5. Exhibit 5 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing contains

1  excerpts of the Opening Report of Christopher Vellturo, PH.D., submitted on behalf of Apple,
2  dated August 12, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL --
3  ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise
4  deemed confidential business information.
5       6.     Exhibit 6 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
6  to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing contains
7  excerpts of Apple Inc.'s Supplemental Objections and Responses to Samsung's First, Second,
8  Third, Fourth, Sixth and Eighth Set of Interrogatories, dated July 15, 2013, which Apple has
9  designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE"
10 under the Protective Order entered in this case or otherwise deemed confidential business
11 information.
12      7.     Exhibit 7 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
13 to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing contains
14 excerpts of the Opening Expert Report of Dr. Andrew Cockburn, submitted on behalf of Apple
15 Inc., dated August 12, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL --
16 ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise
17 deemed confidential business information.
18      8.     Exhibit 8 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
19 to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing contains
20 excerpts of Apple Inc.'s Third Supplemental Objections and Responses to Samsung's Second Set
21 of Interrogatories, dated June 19, 2013, which Apple has designated as "HIGHLY
22 CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective
23 Order entered in this case or otherwise deemed confidential business information.
24      9.     Exhibit 9 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
25 to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing contains
26 excerpts of the Expert Rebuttal Report of Dr. Alex Snoeren, submitted on behalf of Apple Inc.,
27 dated September 13, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL –
28

OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case or otherwise deemed confidential business information.

10. Exhibit 10 to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing contains a letter from Amar Thakur of Quinn Emanuel to Brian Buroker of Gibson Dunn, dated October 8, 2013, which contains information Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case or otherwise deemed confidential business information.

11. Pursuant to L.R. 79-5, a copy of the unredacted version of each of the above has been filed electronically with the Court and served on all parties.

12. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2013, at Los Angeles, California.

*/s/ Michael L. Fazio*
Michael L. Fazio

**ATTESTATION OF E-FILED SIGNATURE**

I, Matthew Warren, am the ECF user whose ID and password are being used to file the Declaration Of Michael L. Fazio In Support Of Samsung's Administrative Motion To File Documents Under Seal Relating To Samsung's Motion To Enforce Apple's Compliance With The Court's Order Regarding Case Narrowing. In compliance with General Order 45.X.B, I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: October 10, 2013

*/s/ Matthew Warren*
Matthew Warren