1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO ENFORCE APPLE'S COMPLIANCE WITH THE COURT'S ORDER REGARDING CASE NARROWING** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Documents Under Seal.  The Court finds that Samsung's sealing request is narrowly tailored and justified.  Therefore, the following documents or portions thereof may be filed under seal consistent with Samsung's requests:

1. Exhibit 3 of the Declaration of Michael Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing;

2. Exhibit 4 of the Declaration of Michael Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing;

3. Exhibit 5 of the Declaration of Michael Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing;

4. Exhibit 6 of the Declaration of Michael Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing;

5. Exhibit 7 of the Declaration of Michael Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing;

6. Exhibit 8 of the Declaration of Michael Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing;

7. Exhibit 9 of the Declaration of Michael Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing; and

8. Exhibit 10 of the Declaration of Michael Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing.

Accordingly, for good cause shown, the Court HEREBY ORDERS that these documents may be filed under seal.

DATED: _____

The Honorable Lucy H. Koh
United States District Judge