QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S NOTICE OF MOTION AND MOTION TO ENFORCE APPLE'S COMPLIANCE WITH THE COURT'S ORDER REGARDING CASE NARROWING**<br><br>Date:  TBD<br>Time:  TBD<br>Place: Courtroom 8<br>Judge: Honorable Lucy H. Koh |

1              I, Michael L. Fazio, declare as follows:

2         1.     I am a member of the bar of the State of California, admitted to practice before this

3    Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants

4    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

5    Telecommunications America, LLC (collectively, "Samsung") in this action.  I make this

6    declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and

7    would testify as set forth below.

8         2.     Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript

9    of proceedings in this case before the Honorable Lucy H. Koh, United States District Judge, on

10   February 21, 2013.

11        3.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript

12   of proceedings in this case before the Honorable Lucy H. Koh, United States District Judge, on

13   April 24, 2013.

14        4.     Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the Opening

15   Expert Report of Dr. Alex Snoeren, submitted on behalf of Apple Inc., dated August 12, 2013.

16        5.     Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the Expert

17   Report of Dr. John Hauser, submitted on behalf of Apple Inc., dated August 11, 2013.

18        6.     Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the Opening

19   Expert Report of Christopher Vellturo, PH.D., submitted on behalf of Apple, dated August 12,

20   2013.

21        7.     Attached hereto as Exhibit 6 is a true and correct copy of excerpts of Apple Inc.'s

22   Supplemental Objections and Responses to Samsung's First, Second, Third, Fourth, Sixth and

23   Eighth Set of Interrogatories, dated July 15, 2013.

24        8.     Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the Opening

25   Expert Report of Dr. Andrew Cockburn, submitted on behalf of Apple Inc., dated August 12,

26   2013.

27

28

1    9.    Attached hereto as Exhibit 8 is a true and correct copy of excerpts of Apple Inc.'s

2   Third Supplemental Objections and Responses to Samsung's Second Set of Interrogatories, dated

3   June 19, 2013.

4    10.    Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the Rebuttal

5   Expert Report of Dr. Alex Snoeren, submitted on behalf of Apple Inc., dated September 13, 2013.

6    11.    Attached hereto as Exhibit 10 is a true and correct copy of a letter from Amar

7   Thakur of Quinn Emanuel to Brian Buroker of Gibson Dunn, dated October 8, 2013.

8

9    I declare under penalty of perjury under the laws of the United States of America that the

10   foregoing is true and correct.

11    Executed on October 10, 2013, at Los Angeles, California.

12

13    _/s/ Michael L. Fazio_

14    Michael L. Fazio

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 12-CV-00630-LHK (PSG)
FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO ENFORCE APPLE'S COMPLIANCE
WITH THE COURT'S ORDER REGARDING CASE NARROWING

**ATTESTATION OF E-FILED SIGNATURE**

I, Matthew Warren, am the ECF user whose ID and password are being used to file Declaration Of Michael L. Fazio In Support Of Samsung's Notice Of Motion And Motion To Enforce Apple's Compliance With The Court's Order Regarding Case Narrowing.  In compliance with General Order 45.X.B, I hereby attest that Michael L. Fazio has concurred in this filing.

Dated:  October 10, 2013

*/s/ Matthew Warren*
Matthew Warren

FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO ENFORCE APPLE'S COMPLIANCE
WITH THE COURT'S ORDER REGARDING CASE NARROWING