# EXHIBIT 1

```
1                   UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                          SAN JOSE DIVISION

4

5
     APPLE INC., A CALIFORNIA       )  C-12-00630 LHK
6    CORPORATION,                   )
                                    )  SAN JOSE, CALIFORNIA
7                   PLAINTIFF,      )
                                    )  FEBRUARY 21, 2013
8              VS.                  )
                                    )  PAGES 1-179
9    SAMSUNG ELECTRONICS CO., LTD., )
     A KOREAN BUSINESS ENTITY;      )
10   SAMSUNG ELECTRONICS AMERICA,   )
     INC., A NEW YORK CORPORATION;  )
11   SAMSUNG TELECOMMUNICATIONS     )
     AMERICA, LLC, A DELAWARE       )
12   LIMITED LIABILITY COMPANY,     )
                                    )
13                  DEFENDANTS.     )
                                    )
14                                  )
                                    )
15

16                    TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE LUCY H. KOH
17                UNITED STATES DISTRICT JUDGE

18

19

20                    APPEARANCES ON NEXT PAGE

21

22

23   OFFICIAL COURT REPORTER:   LEE-ANNE SHORTRIDGE, CSR, CRR
                                CERTIFICATE NUMBER 9595
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1     A P P E A R A N C E S:

 2     FOR APPLE:            GIBSON, DUNN & CRUTCHER
                             BY:  JOSH A. KREVITT
 3                           200 PARK AVENUE
                             NEW YORK, NEW YORK  10166
 4
                             BY:  H. MARK LYON
 5                           1881 PAGE MILL ROAD
                             PALO ALTO, CALIFORNIA  94304
 6
                             BY:  MARK REITER
 7                           2100 MCKINNEY AVENUE
                             DALLAS, TEXAS  75201
 8
                             WILMER, CUTLER, PICKERING, HALE & DORR
 9                           BY:  MARK D. SELWYN
                             950 PAGE MILL ROAD
10                           PALO ALTO, CALIFORNIA  94304

11

12     FOR SAMSUNG:          QUINN, EMANUEL, URQUHART,
                             OLIVER & HEDGES
13                           BY:  WILLIAM C. PRICE
                             865 SOUTH FIGUEROA STREET
14                           10TH FLOOR
                             LOS ANGELES, CALIFORNIA  90017
15
                             BY:  KEVIN P.B. JOHNSON
16                                VICTORIA F. MAROULIS
                             555 TWIN DOLPHIN DRIVE, 5TH FLOOR
17                           REDWOOD SHORES, CALIFORNIA  94065

18                           BY:  SEAN SANG-CHUL PAK
                             50 CALIFORNIA STREET, 22ND FLOOR
19                           SAN FRANCISCO, CALIFORNIA  94111

20

21

22

23

24

25
```

```
1        I DON'T KNOW WHAT YOUR HONOR IS GOING TO BE ABLE TO DO AS FAR
2   AS ISSUING A MARKMAN RULING BEFORE THEN, BUT PERHAPS THAT WOULD
3   BE A GOOD TIME TO REVISIT THIS AND HAVE SOME DISCUSSION.
4        THAT WOULD GIVE US TIME TO TALK TO OUR CLIENTS, MAYBE
5   ASSESS THE CASE AND ASSESS WHATEVER GUIDANCE YOUR HONOR CAN
6   PROVIDE ON CLAIM CONSTRUCTION.
7             THE COURT:  WELL, YOU KNOW, ON THIS CASE, AS IT IS
8   CURRENTLY FRAMED, I'M REFUSING TO GO FORWARD ON THIS CASE.
9   OKAY?  SO I'M EITHER GOING TO VACATE EVERYTHING AND LET THIS
10  SIMMER FOR ABOUT FIVE YEARS AND YOU CAN COME BACK TO ME AFTER
11  THE APPEAL IS DECIDED, OR YOU'RE GOING TO NARROW THIS AND
12  STREAMLINE THIS, BECAUSE I REFUSE TO DO THIS.  OKAY?
13       SO I'M GOING TO REQUIRE THAT YOU NARROW THE NUMBER OF
14  PATENT CLAIMS PER SIDE TO 25 AFTER THE MARKMAN ORDER, AND THAT
15  YOU NARROW THE NUMBER OF ACCUSED PRODUCTS TO 25.  OKAY?
16       NOW, BEYOND THAT, WHEN WE MEET AGAIN AT OUR NEXT CASE
17  MANAGEMENT CONFERENCE, YOU CAN TELL ME HOW YOU'RE GOING TO
18  NARROW THAT FURTHER BEFORE EXPERT -- LET ME LOOK AT THE CASE
19  SCHEDULE.
20       SO YOU HAVE FACT DISCOVERY CUT OFF JULY 8, EXPERT
21  DISCOVERY IS JULY AND AUGUST, AND THEN YOU FILE DISPOSITIVE
22  MOTIONS IN SEPTEMBER.
23       SO WHAT I'M GOING TO REQUIRE, IF YOU DON'T STAY THE CASE,
24  IS A NARROWING OF THE CASE AFTER THE MARKMAN RULING; A FURTHER
25  NARROWING -- AND IT'S GOING TO BE A NARROWING THAT INCLUDES NOT
```

```
1    ONLY PATENT CLAIMS AND ACCUSED PRODUCTS, BUT IT'S ALSO GOING TO
2    INCLUDE PRIOR ART, OKAY?  EVERYTHING IS GOING TO BE NARROWED
3    AND FOCUSSED.
4         JUST TAKE YOUR BEST SHOTS.  I DON'T WANT A LOT OF SAUSAGE
5    FILLER.
6         SO YOU'RE GOING TO NARROW IT AGAIN BEFORE EXPERT
7    DISCOVERY, AND YOU'RE GOING TO NARROW IT BEFORE SUMMARY
8    JUDGMENT, AND THEN YOU'RE GOING TO NARROW IT FURTHER AGAIN
9    AFTER DISPOSITIVE MOTIONS.  OKAY?
10        SO I JUST -- I WANT IT TO BE CLEAR THAT THIS IS GOING TO
11   BE A FOCUSSED AND STREAMLINED CASE.
12            MR. JOHNSON:  UNDERSTOOD, YOUR HONOR.  JUST SO
13   THERE'S NO MISINTERPRETATION, FROM OUR SIDE, WE INTEND TO MOVE
14   TO STAY AND WE HAVE -- WE WILL BE DOING THAT, AND YOUR HONOR
15   GAVE US UNTIL MARCH 7TH, I THINK, TO CONFER WITH THE OTHER SIDE
16   AND TALK ABOUT STAYING THE CASE, BUT WE DO THINK THIS CASE
17   OUGHT TO BE STAYED.
18            MR. KREVITT:  YOUR HONOR, WE -- WE'LL ADDRESS THAT AT
19   THE APPROPRIATE TIME, OR WE'RE HAPPY TO ADDRESS IT NOW.
20        IT'S OUR STRONG VIEW, OF COURSE, THAT THIS CASE SHOULD NOT
21   BE STAYED.
22        AS WE IDENTIFIED IN OUR LIST OF PRODUCTS THAT YOUR HONOR
23   REQUESTED, THERE'S NOT A SINGLE PATENT IN COMMON BETWEEN THIS
24   CASE AND THE 1846 CASE.  WITH THE EXCEPTION OF A FEW PRODUCTS,
25   FOUR OUT OF 23, THERE'S NOT A SINGLE PRODUCT IN COMMON.
```