# EXHIBIT 2

```
 1                    UNITED STATES DISTRICT COURT
 2                   NORTHERN DISTRICT OF CALIFORNIA
 3                           SAN JOSE DIVISION
 4
 5
       APPLE INC., A CALIFORNIA        )   C-12-00630 LHK
 6     CORPORATION,                    )
                                       )   SAN JOSE, CALIFORNIA
 7                     PLAINTIFF,      )
                                       )   APRIL 24, 2013
 8                VS.                  )
                                       )   PAGES 1-74
 9     SAMSUNG ELECTRONICS CO., LTD.,  )
       A KOREAN BUSINESS ENTITY;       )
10     SAMSUNG ELECTRONICS AMERICA,    )
       INC., A NEW YORK CORPORATION;   )
11     SAMSUNG TELECOMMUNICATIONS      )
       AMERICA, LLC, A DELAWARE        )
12     LIMITED LIABILITY COMPANY,      )
                                       )
13                     DEFENDANTS.     )
                                       )
14                                     )
                                       )
15
16                    TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE LUCY H. KOH
17                 UNITED STATES DISTRICT JUDGE
18
19
20                    APPEARANCES ON NEXT PAGE
21
22
23    OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                  CERTIFICATE NUMBER 9595
24
25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1

 2       A P P E A R A N C E S:

 3       FOR APPLE:                GIBSON, DUNN & CRUTCHER
                                   BY:  JOSH A. KREVITT
 4                                 200 PARK AVENUE
                                   NEW YORK, NEW YORK  10166
 5
                                   BY:  H. MARK LYON
 6                                 1881 PAGE MILL ROAD
                                   PALO ALTO, CALIFORNIA  94304
 7
                                   BY:  MARK REITER
 8                                 2100 MCKINNEY AVENUE
                                   DALLAS, TEXAS  75201
 9

10                                 WILMER, CUTLER, PICKERING,
                                   HALE AND DORR
11                                 BY:  WILLIAM F. LEE
                                   60 STATE STREET
12                                 BOSTON, MASSACHUSETTS  02109

13                                 BY:  MARK D. SELWYN
                                   950 PAGE MILL ROAD
14                                 PALO ALTO, CALIFORNIA  94304

15

16       FOR SAMSUNG:              QUINN, EMANUEL, URQUHART,
                                   OLIVER & HEDGES
17                                 BY:  WILLIAM C. PRICE
                                   865 SOUTH FIGUEROA STREET
18                                 10TH FLOOR
                                   LOS ANGELES, CALIFORNIA  90017
19
                                   BY:  VICTORIA F. MAROULIS
20                                      KEVIN P.B. JOHNSON
                                        TODD M. BRIGGS
21                                 555 TWIN DOLPHIN DRIVE
                                   SUITE 560
22                                 REDWOOD SHORES, CALIFORNIA  94065

23

24

25
```

```
 1    TO 12 PER SIDE FOR A TOTAL OF 24.
 2         AND I WAS GOING TO INCREASE THE NUMBER OF REFERENCES TO
 3    FOUR FOR EACH PATENT FOR TOTAL A 20.
 4         BUT IF YOU WANT TO BE HEARD ON -- I MEAN, I WOULD LIKE TO
 5    KEEP --
 6              MR. JOHNSON:  THOSE ARE ACCEPTABLE TO SAMSUNG.
 7              THE COURT:  OKAY.  SO --
 8              MR. KREVITT:  YOUR HONOR, YOU KNOW OUR POSITION.  WE
 9    PREFER EIGHT CLAIMS TO FIVE.  THAT'S NOT A HUGE DIFFERENCE.
10         THE PRODUCTS -- FOR ALL THE REASONS I ARTICULATED EARLIER,
11    WE THINK THERE IS A VERY SUBSTANTIAL PROBLEM REDUCING PRODUCTS,
12    CERTAINLY REDUCING IT TO AS LOW AS 12.
13         THAT DOESN'T MEAN WE CAN'T DO SOME REDUCTION WHEN WE LOOK
14    AT THIS LIST.
15         BUT GOING -- WE'RE AT 22 PRODUCTS NOW ON THIS LIST.  GOING
16    BELOW 20 -- 18 WOULD BE VERY PROBLEMATIC FOR US IN TERMS OF THE
17    REMEDY TO WHICH WE'RE ENTITLED IN THIS CASE.
18         SO WE -- WHAT WE WOULD --
19              THE COURT:  WELL, I JUST CANNOT HAVE ANOTHER 34.  I'M
20    NOT GOING TO DO THAT.
21         I THINK THAT 24 TOTAL PRODUCTS IS --
22              MR. KREVITT:  WELL, AGAIN, YOUR HONOR --
23              THE COURT:  IT REALLY KIND OF IS REACHING THE LIMIT
24    OF WHAT THE JURY CAN HANDLE, BECAUSE THEY'RE GOING TO BE
25    LOOKING AT -- YOU KNOW, I'M ASSUMING YOU'RE GOING TO ACCUSE ALL
```