1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO ENFORCE APPLE'S COMPLIANCE WITH THE COURT'S ORDER REGARDING CASE NARROWING** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to
3  Enforce Apple's Compliance with the Court's Order Regarding Case Narrowing ("Motion").
4  The Court, having considered Samsung's Motion, the papers submitted by the parties, and
5  argument by counsel, in order to enforce Apple's compliance with its case narrowing order (Dkt.
6  471; Dkt. 713; Dkt. 778), HEREBY strikes Apple's contentions that it practices Claim 34 of U.S.
7  Patent No. 6,847,959 (the "'959 Patent"), Claim 27 of U.S. Patent No. 8,074,172 (the "'172
8  Patent"), and Claim 11 of U.S. Patent No. 7,761,414 (the "'414 Patent"), and strikes all portions of
9  Apple's expert reports that rely on those contentions.

11  DATED: _____  _____
12                                         HON. Lucy H. Koh
                                          United States District Judge