1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS CO.,
16 LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18
                    UNITED STATES DISTRICT COURT
19
           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

| | |
|---|---|
| 21  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 22              Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |
| 23       vs. | |
| 24  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 27              Defendants. | |

Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal the following documents or portions thereof relating to Samsung's Motion for Summary Judgment:

1. The confidential, unredacted version of Samsung's Motion for Summary Judgment.

2. Exhibit 1 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the Opening Expert Report of Dr. Todd Carl Mowry, dated August 12, 2013.

3. Exhibit 2 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, Exhibit 4 to the Opening Expert Report of Dr. Todd Carl Mowry, dated August 12, 2013.

4. Exhibit 4 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the deposition transcript of Dr. Todd Carl Mowry, dated September 19, 2013.

5. Exhibit 5 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, the Sealed Reply Declaration of Dr. Todd Carl Mowry in Support of Apple's Motion for a Preliminary Injunction, dated May 14, 2012.

6. Exhibit 6 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, Samsung's Third Supplemental Responses and Objections to Apple's Sixth Set of Interrogatories, No. 41, dated July 15, 2013.

7. Exhibit 7 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, a catalog of Apple's representations during the PI phase that conflict with its current position.

8. Exhibit 10 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, Apple's Objections and Responses to Samsung's Interrogatory No. 42, dated June 13, 2013.

9. Exhibit 11 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, Apple's Third Supplemental Objections and Responses to Interrogatory No. 25, dated June 19, 2013.

10. Exhibit 12 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, Apple's Supplemental Objections and Responses to Samsung's Interrogatory No. 25, dated July 15, 2013.

11. Exhibit 13 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the Opening Expert Report of Dr. Alex Snoeren, dated August 12, 2013.

12. Exhibit 14 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the Rebuttal Expert Report of Dr. Alex Snoeren, dated September 13, 2013.

13. Exhibit 15 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the Opening Expert Report of Dr. Chris Vellturo, dated August 12, 2013.

14. Exhibit 16 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the Opening Expert Report of Dr. John Hauser, dated August 11, 2013.

15. Exhibit 17 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, a letter from Amar Thakur of Quinn Emanuel to Brian Buroker of Gibson Dunn, dated October 8, 2013.

16. Exhibit 18 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, the Declaration of Microsoft Corporation executed by Patrick Gogerty on July 16, 2013.

17. Exhibit 19 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, Exhibit 9 to the Declaration of Microsoft Corporation, produced by Microsoft in this action at Bates No. MSFT-00630-001175.

1     18.     Exhibit 23 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
2  for Summary Judgment, excerpts of the deposition transcript of Gary Hall, dated July 11, 2013.
3     19.     Exhibit 24 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
4  for Summary Judgment, the Declaration of Dr. Jeffrey Chase, executed on October 10, 2013.
5     20.     Exhibit 25 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
6  for Summary Judgment, excerpts of the deposition transcript of Dr. Alex Snoeren, dated
7  September 25, 2013.
8     21.     Exhibit 28 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
9  for Summary Judgment, excerpts of the deposition transcript of Gordon Freedman, dated January
10 16, 2013.
11    22.     Exhibit 29 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
12 for Summary Judgment, excerpts from the deposition testimony of former Apple employees and
13 persons of ordinary skill.
14    23.     Exhibit 31 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
15 for Summary Judgment, excerpts of the deposition transcript of Yan Arrouye, dated April 27,
16 2012.
17    24.     Exhibit 33 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
18 for Summary Judgment, excerpts of the deposition transcript of Keith Mortensen, dated May 10,
19 2013.
20    25.     Exhibit 34 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
21 for Summary Judgment, excerpts of the deposition transcript of Yan Arrouye, dated May 14,
22 2013.
23    26.     Exhibit 35 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
24 for Summary Judgment, the errata to the deposition transcript of Yan Arrouye, dated June 20,
25 2013.
26    27.     Exhibit 36 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
27 for Summary Judgment, excerpts of the deposition transcript of Tim Oren, dated June 6, 2013.
28

28. Exhibit 38 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the deposition transcript of Dr. Thomas Fuja, dated September 20, 2013.

29. Exhibit 39 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the Opening Expert Report of Dr. Thomas Fuja, dated August 12, 2013.

30. Exhibit 42 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, a document titled "Microsoft Exchange Server ActiveSync Protocol Version 2.5 Reference," produced by Microsoft in this action starting at Bates Nos. MSFT-00630-000218.

Samsung has established good cause to permit filing these documents under seal through the Declaration of Michael L. Fazio in Support of Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Motion for Summary Judgment and the Consolidated Declaration of Daniel Wooseob Shim in support of Samsung's Administrative Motion to File Under Seal, filed herewith.  In short, the above documents discuss and refer to material designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or ""HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential.  Samsung accordingly requests that the Court order the information filed under seal, and expects that Apple will comply with L.R. 79-5(d) by filing an appropriate declaration with the Court for those portions and documents that reference Apple-designated information.  Samsung's entire filing will be filed with the Court pursuant to L.R. 79-5 and served on all parties.

Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion.  Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Motion for Summary Judgment as a procedural mechanism for filing portions of Samsung's Motion for Summary Judgment and supporting

documents under seal.  Apple reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

DATED: October 10, 2013           QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                  By */s/ Michael L. Fazio*
                                      Charles K. Verhoeven
                                      Kevin P.B. Johnson
                                      Victoria F. Maroulis
                                      William C. Price

                                      Attorneys for Defendants
                                      SAMSUNG ELECTRONICS CO., LTD.,
                                      SAMSUNG ELECTRONICS AMERICA, INC.,
                                      and SAMSUNG TELECOMMUNICATIONS
                                      AMERICA, LLC

**ATTESTATION**

I, Patrick D. Curran, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated:  October 10, 2013                                    By:         /s/ Patrick D. Curran
                                                                                    Patrick D. Curran

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 10, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.