1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18
                        UNITED STATES DISTRICT COURT
19
              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

21 APPLE INC., a California corporation,        CASE NO. 12-CV-00630-LHK

22         Plaintiff,                           **DECLARATION OF MICHAEL L. FAZIO
                                                IN SUPPORT OF SAMSUNG'S
23    vs.                                       ADMINISTRATIVE MOTION TO FILE
                                                DOCUMENTS UNDER SEAL RELATING
24 SAMSUNG ELECTRONICS CO., LTD., a             TO SAMSUNG'S MOTION FOR
   Korean business entity; SAMSUNG              SUMMARY JUDGMENT**
25 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
26 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
27
           Defendants.
28

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Samsung submits this motion for an order to seal the following documents or portions thereof relating to Samsung's Motion for Summary Judgment in order to protect information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential:

3. The confidential, unredacted version of Samsung's Motion for Summary Judgment, portions of which Samsung has designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case.

4. Exhibit 1 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment contains excerpts of the Opening Expert Report of Dr. Todd Carl Mowry dated August 12, 2013, and should be filed under seal as detailed in the accompanying Consolidated Declaration of Daniel Wooseob Shim ("Shim Declaration").

5. Exhibit 2 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment contains Exhibit 4 to the Opening Expert Report of Dr. Todd Carl Mowry dated August 12, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case, and should be filed under seal as detailed in the accompanying Shim Declaration.

6. Exhibit 4 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment contains excerpts of the deposition transcript of Dr. Todd Carl Mowry dated September 19, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL --

ATTORNEYS' EYES ONLY" under the Protective Order entered in this case, and should be filed under seal as detailed in the accompanying Shim Declaration.

7. Exhibit 5 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment contains the Sealed Reply Declaration of Dr. Todd Carl Mowry in Support of Apple's Motion for a Preliminary Injunction dated May 14, 2012, which may contain or discuss prior art information that third parties regard as highly confidential.

8. Exhibit 6 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment contains Samsung's Third Supplemental Responses and Objections to Apple's Sixth Set of Interrogatories, No. 41 dated July 15, 2013, and should be filed under seal as detailed in the accompanying Shim Declaration.

9. Exhibit 7 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment contains a catalog of Apple's representations during the Preliminary Injunction phase that conflict with its current positions, which Samsung has designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential business information.

10. Exhibit 10 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment contains Apple's Objections and Responses to Samsung's Interrogatory No. 42 dated June 13, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case or otherwise deemed confidential business information.

11. Exhibit 11 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment contains Apple's Third Supplemental Objections and Responses to Interrogatory No. 25 dated June 19, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case or otherwise deemed confidential business information.

12. Exhibit 12 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment contains Apple's Supplemental Objections and Responses to Samsung's Interrogatory No. 25 dated July 15, 2013, which Apple has designated as "HIGHLY

1  CONFIDENTIAL -- ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective

2  Order entered in this case or otherwise deemed confidential business information.

3        13.     Exhibit 13 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

4  for Summary Judgment contains excerpts of the Opening Expert Report of Dr. Alex Snoeren dated

5  August 12, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL -- OUTSIDE

6  ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case,

7  and should be filed under seal as detailed in the accompanying Shim Declaration.

8        14.     Exhibit 14 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

9  for Summary Judgment contains excerpts of the Rebuttal Expert Report of Dr. Alex Snoeren dated

10  September 13, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL --

11  ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case

12  or otherwise deemed confidential business information.

13        15.     Exhibit 15 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

14  for Summary Judgment contains excerpts of the Opening Expert Report of Dr. Chris Vellturo

15  dated August 12, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL --

16  ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise

17  deemed confidential business information.

18        16.     Exhibit 16 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

19  for Summary Judgment contains excerpts of the Opening Expert Report of Dr. John Hauser dated

20  August 11, 2013, which Apple has designated as "CONFIDENTIAL" under the Protective Order

21  entered in this case, and Apple has further indicated Apple does not consent to the public filing of

22  the Hauser Report.

23        17.     Exhibit 17 to the Declaration of Michael L. Fazio in Support of Samsung's Motion

24  for Summary Judgment contains a letter from Amar Thakur of Quinn Emanuel to Brian Buroker

25  of Gibson Dunn dated October 8, 2013, which Samsung has designated as "HIGHLY

26  CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this

27  case or otherwise deemed confidential business information.

28

FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL

1      18.     Exhibit 18 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
2  for Summary Judgment contains the Declaration of Microsoft Corporation executed by Patrick
3  Gogerty on July 16, 2013, which may contain or discuss information that Microsoft regards as
4  highly confidential.

5      19.     Exhibit 19 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
6  for Summary Judgment contains Exhibit 9 to the Declaration of Microsoft Corporation, produced
7  by Microsoft in this action at Bates No. MSFT-00630-001175, which Microsoft has designated as
8  "HIGHLY CONFIDENTIAL" under the Protective Order entered in this case or otherwise
9  deemed confidential business information.

10     20.     Exhibit 23 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
11 for Summary Judgment contains excerpts of the deposition transcript of Gary Hall dated July 11,
12 2013, designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the
13 Protective Order entered in this case or otherwise deemed confidential business information.

14     21.     Exhibit 24 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
15 for Summary Judgment contains the Declaration of Dr. Jeffrey Chase, executed on October 10,
16 2013, which Samsung has designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES
17 ONLY" under the Protective Order entered in this case or otherwise deemed confidential business
18 information.

19     22.     Exhibit 25 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
20 for Summary Judgment contains excerpts of the deposition transcript of Dr. Alex Snoeren dated
21 September 25, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL --
22 ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise
23 deemed confidential business information.

24     23.     Exhibit 28 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
25 for Summary Judgment contains excerpts of the deposition transcript of Gordon Freedman dated
26 January 16, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS'
27 EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential
28 business information.

1    24.    Exhibit 29 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
2 for Summary Judgment contains excerpts from the deposition testimony of former Apple
3 employees and persons of ordinary skill, which Apple has designated as "HIGHLY
4 CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order entered in this
5 case or otherwise deemed confidential business information.

6    25.    Exhibit 31 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
7 for Summary Judgment contains excerpts of the deposition transcript of Yan Arrouye dated April
8 27, 2012, which Apple has designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES
9 ONLY" under the Protective Order entered in this case or otherwise deemed confidential business
10 information.

11   26.    Exhibit 33 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
12 for Summary Judgment contains excerpts of the deposition transcript of Keith Mortensen dated
13 May 10, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL" under the Protective
14 Order entered in this case or otherwise deemed confidential business information.

15   27.    Exhibit 34 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
16 for Summary Judgment contains excerpts of the deposition transcript of Yan Arrouye dated May
17 14, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES
18 ONLY" under the Protective Order entered in this case or otherwise deemed confidential business
19 information.

20   28.    Exhibit 35 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
21 for Summary Judgment contains the errata to the deposition transcript of Yan Arrouye dated June
22 20, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES
23 ONLY" under the Protective Order entered in this case or otherwise deemed confidential business
24 information.

25   29.    Exhibit 36 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
26 for Summary Judgment contains excerpts of the deposition transcript of Tim Oren dated June 6,
27 2013, which Apple has designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES

1  ONLY" under the Protective Order entered in this case or otherwise deemed confidential business
2  information.

3  30. Exhibit 38 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
4  for Summary Judgment contains excerpts of the deposition transcript of Dr. Thomas Fuja dated
5  September 20, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL --
6  ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise
7  deemed confidential business information.

8  31. Exhibit 39 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
9  for Summary Judgment contains excerpts of the Opening Expert Report of Dr. Thomas Fuja dated
10 August 12, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS'
11 EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential
12 business information.

13 32. Exhibit 42 to the Declaration of Michael L. Fazio in Support of Samsung's Motion
14 for Summary Judgment, a document titled "Microsoft Exchange Server ActiveSync Protocol
15 Version 2.5 Reference," produced by Microsoft in this action starting at Bates Nos. MSFT-00630-
16 000218, which Microsoft has designated as "HIGHLY CONFIDENTIAL" under the Protective
17 Order entered in this case or otherwise deemed confidential business information.

18 33. Pursuant to L.R. 79-5, a copy of the unredacted version of each of the above has
19 been filed electronically with the Court and served on all parties.

20 34. The requested relief is necessary and narrowly tailored to protect the confidentiality
21 of this information.

22 I declare under penalty of perjury that the foregoing is true and correct.  Executed on
23 October 10, 2013, at Los Angeles, California.

24

25                                                                  */s/ Michael L. Fazio*
26                                                                  Michael L. Fazio

27

28

**ATTESTATION**

I, Patrick D. Curran, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: October 10, 2013            By:       */s/ Patrick D. Curran*