1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Documents Under Seal Relating to Samsung's Motion for Summary Judgment.  The Court finds that Samsung's sealing request is narrowly tailored and justified.  Therefore, the following documents or portions thereof may be filed under seal consistent with Samsung's requests:

      1.    The confidential, unredacted version of Samsung's Motion for Summary Judgment.

      2.    Exhibit 1 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the Opening Expert Report of Dr. Todd Carl Mowry, dated August 12, 2013.

      3.    Exhibit 2 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, Exhibit 4 to the Opening Expert Report of Dr. Todd Carl Mowry, dated August 12, 2013.

      4.    Exhibit 4 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the deposition transcript of Dr. Todd Carl Mowry, dated September 19, 2013.

      5.    Exhibit 5 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, the Sealed Reply Declaration of Dr. Todd Carl Mowry in Support of Apple's Motion for a Preliminary Injunction, dated May 14, 2012.

      6.    Exhibit 6 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, Samsung's Third Supplemental Responses and Objections to Apple's Sixth Set of Interrogatories, No. 41, dated July 15, 2013.

      7.    Exhibit 7 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, a catalog of Apple's representations during the PI phase that conflict with its current position.

      8.    Exhibit 10 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, Apple's Objections and Responses to Samsung's Interrogatory No. 42, dated June 13, 2013.

9. Exhibit 11 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, Apple's Third Supplemental Objections and Responses to Interrogatory No. 25, dated June 19, 2013.

10. Exhibit 12 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, Apple's Supplemental Objections and Responses to Samsung's Interrogatory No. 25, dated July 15, 2013.

11. Exhibit 13 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the Opening Expert Report of Dr. Alex Snoeren, dated August 12, 2013.

12. Exhibit 14 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the Rebuttal Expert Report of Dr. Alex Snoeren, dated September 13, 2013.

13. Exhibit 15 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the Opening Expert Report of Dr. Chris Vellturo, dated August 12, 2013.

14. Exhibit 16 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the Opening Expert Report of Dr. John Hauser, dated August 11, 2013.

15. Exhibit 17 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, a letter from Amar Thakur of Quinn Emanuel to Brian Buroker of Gibson Dunn, dated October 8, 2013.

16. Exhibit 18 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, the Declaration of Microsoft Corporation executed by Patrick Gogerty on July 16, 2013.

17. Exhibit 19 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, Exhibit 9 to the Declaration of Microsoft Corporation, produced by Microsoft in this action at Bates No. MSFT-00630-001175.

18. Exhibit 23 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the deposition transcript of Gary Hall, dated July 11, 2013.

19. Exhibit 24 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, the Declaration of Dr. Jeffrey Chase, executed on October 10, 2013.

20. Exhibit 25 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the deposition transcript of Dr. Alex Snoeren, dated September 25, 2013.

21. Exhibit 28 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the deposition transcript of Gordon Freedman, dated January 16, 2013.

22. Exhibit 29 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts from the deposition testimony of former Apple employees and persons of ordinary skill.

23. Exhibit 31 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the deposition transcript of Yan Arrouye, dated April 27, 2012.

24. Exhibit 33 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the deposition transcript of Keith Mortensen, dated May 10, 2013.

25. Exhibit 34 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the deposition transcript of Yan Arrouye, dated May 14, 2013.

26. Exhibit 35 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, the errata to the deposition transcript of Yan Arrouye, dated June 20, 2013.

27. Exhibit 36 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the deposition transcript of Tim Oren, dated June 6, 2013.

28. Exhibit 38 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the deposition transcript of Dr. Thomas Fuja, dated September 20, 2013.

29. Exhibit 39 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, excerpts of the Opening Expert Report of Dr. Thomas Fuja, dated August 12, 2013.

30. Exhibit 42 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment, a document titled "Microsoft Exchange Server ActiveSync Protocol Version 2.5 Reference," produced by Microsoft in this action starting at Bates Nos. MSFT-00630-000218.

Accordingly, for good cause shown, the Court HEREBY ORDERS that these documents may be filed under seal.

DATED: _____

The Honorable Lucy H. Koh
United States District Judge