1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
13 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
14
   Attorneys for SAMSUNG ELECTRONICS
15 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17
                       UNITED STATES DISTRICT COURT
18
              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
|---|---|
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date:  December 12, 2013
Time:  1:30 p.m.
Place:  Courtroom 8, 4th Floor
Judge:  Honorable Lucy H. Koh |
| Defendants. | |

I, Michael L. Fazio, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Opening Expert Report of Dr. Todd Carl Mowry, dated August 12, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of Exhibit 4 to the Opening Expert Report of Dr. Todd Carl Mowry, dated August 12, 2013.

4. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 5,946,647, produced by Apple Inc. ("Apple") in this action at Bates Nos. APLNDC630-0000068687 through APLNDC630-0000068702.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the deposition transcript of Dr. Todd Carl Mowry, dated September 19, 2013.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Sealed Reply Declaration of Dr. Todd Carl Mowry in Support of Apple's Motion for a Preliminary Injunction, dated May 14, 2012.

7. Attached hereto as Exhibit 6 is a true and correct copy of Samsung's Third Supplemental Responses and Objections to Apple's Sixth Set of Interrogatories, No. 41, dated July 15, 2013.

8. Attached hereto as Exhibit 7 is true and correct copy of a catalog Apple's representations during the PI phase that conflict with its current position.

9. Attached hereto as Exhibit 8 is a true and correct copy of U.S. Patent No. 7,761,414, produced by Apple in this action at Bates Nos. APLNDC630-0000173140 through APLNDC630-0000173187.

10. Attached hereto as Exhibit 9 is a true and correct copy of Exhibit 140 to Apple's Infringement Contentions, dated June 15, 2012.

11. Attached hereto as Exhibit 10 is a true and correct copy of Apple's Objections and Responses to Samsung's Interrogatory No. 42, dated June 13, 2013 .

12. Attached hereto as Exhibit 11 is a true and correct copy of Apple's Third Supplemental Objections and Responses to Interrogatory No. 25, dated June 19, 2013.

13. Attached hereto as Exhibit 12 is a true and correct copy of Apple's Supplemental Objections and Responses to Samsung's Interrogatory No. 25, dated July 15, 2013.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the Opening Expert Report of Dr. Alex Snoeren, dated August 12, 2013.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Alex Snoeren, dated September 13, 2013.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts of the Opening Expert Report of Dr. Chris Vellturo, dated August 12, 2013.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts of the Opening Expert Report of Dr. John Hauser, dated August 11, 2013.

18. Attached hereto as Exhibit 17 is a true and correct copy of a letter from Amar Thakur of Quinn Emanuel to Brian Buroker of Gibson Dunn, dated October 8, 2013.

19. Attached hereto as Exhibit 18 is a true and correct copy of the Declaration of Microsoft Corporation executed by Patrick Gogerty on July 16, 2013.

20. Attached hereto as Exhibit 19 is a true and correct copy of Exhibit 9 to the Declaration of Microsoft Corporation, produced by Microsoft in this action at Bates No. MSFT-00630-001175.

21. Attached hereto as Exhibit 20 is a true and correct copy of an article titled "HP Strengthens Mobile Portfolio with Launch of New HP iPAQ Handhelds and Mobile Printer," produced by Samsung in this action at Bates Nos. SAMNDCA630-07673924 through SAMNDCA630-07673927.

22. Attached hereto as Exhibit 21 is a true and correct copy of an article titled "Palm Treo 700w Smartphone Available on the Verizon Wireless Network," produced by Samsung in this action at Bates Nos. SAMNDCA630-07673928 through SAMNDCA630-07673931.

23. Attached hereto as Exhibit 22 is a true and correct copy of an article titled "Exchange ActiveSync and Exchange," produced by Samsung in this action at Bates Nos. SAMNDCA630-00948288 through SAMNDCA630-00948293.

24. Attached hereto as Exhibit 23 is a true and correct copy of excerpts of the deposition transcript of Gary Hall, dated July 11, 2013.

25. Attached hereto as Exhibit 24 is a true and correct copy of the Declaration of Dr. Jeffrey Chase, executed on October 10, 2013.

26. Attached hereto as Exhibit 25 is a true and correct copy of excerpts of the deposition transcript of Dr. Alex Snoeren, dated September 25-26, 2013.

27. Attached hereto as Exhibit 26 is a true and correct copy of an article titled "Developing Multithreaded Applications for the .NET Compact Framework," produced by Samsung in this action at Bates Nos. SAMNDCA630-05347437 through SAMNDCA630-05347460.

28. Attached hereto as Exhibit 27 is a true and correct copy of an article titled "Extensible Storage Engine Architecture," produced by Samsung in this action at Bates Nos. SAMNDCA630-07887096 through SAMNDCA630-07887109.

29. Attached hereto as Exhibit 28 is a true and correct copy of excerpts of the deposition transcript of Gordon Freedman, dated January 16, 2013.

30. Attached hereto as Exhibit 29 is a true and correct copy of excerpts from the deposition testimony of former Apple employees and persons of ordinary skill.

31. Attached hereto as Exhibit 30 is a true and correct copy of U.S. Patent No. 6,847,959.

32. Attached hereto as Exhibit 31 is a true and correct copy of excerpts of the deposition transcript of Yan Arrouye, dated April 27, 2012.

1   33.   Attached hereto as Exhibit 32 is a true and correct copy Apple's Supplemental
2   Responses to Samsung's First Requests for Admission, dated May 31, 2013.

3   34.   Attached hereto as Exhibit 33 is a true and correct copy of excerpts of the
4   deposition transcript of Keith Mortensen, dated May 10, 2013.

5   35.   Attached hereto as Exhibit 34 is a true and correct copy of excerpts of the
6   deposition transcript of Yan Arrouye, dated May 14, 2013.

7   36.   Attached hereto as Exhibit 35 is a true and correct copy of the errata to the
8   deposition transcript of Yan Arrouye, dated June 20, 2013.

9   37.   Attached hereto as Exhibit 36 is a true and correct copy of excerpts of the
10  deposition transcript of Tim Oren, dated June 6, 2013.

11  38.   Attached hereto as Exhibit 37 is a true and correct copy of U.S. Patent No.
12  7,551,596.

13  39.   Attached hereto as Exhibit 38 is a true and correct copy of excerpts of the
14  deposition transcript of Dr. Thomas Fuja, dated September 20, 2013.

15  40.   Attached hereto as Exhibit 39 is a true and correct copy of the excerpts of the
16  Opening Expert Report of Dr. Thomas Fuja, dated August 12, 2013.

17  41.   Attached hereto as Exhibit 40 is a true and correct copy of the priority application
18  of U.S. Patent No. 7,551,596, produced by Samsung in this action at Bates Nos. SAMNDCA630-
19  00833761 through SAMNDCA630-00833793.

20  42.   Attached hereto as Exhibit 41 is a true and correct copy of an article titled
21  "Exchange Information Store Service Architecture," produced by Samsung in this action at Bates
22  No. SAMNDCA630-05347297.

23  43.   Attached hereto as Exhibit 42 is a true and correct copy of excerpts of a document
24  titled "Microsoft Exchange Server ActiveSync Protocol Version 2.5 Reference," produced by
25  Microsoft in this action starting at Bates Nos. MSFT-00630-000218.

26
27
28

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed on October 10, 2013, at Los Angeles, California.

5  /s/ Michael L. Fazio
6  Michael L. Fazio

**ATTESTATION**

I, Patrick D. Curran, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated:  October 10, 2013                    By:        */s/ Patrick D. Curran*

                                                                        Patrick D. Curran