JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

***Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF CASEY J. MCCRACKEN IN SUPPORT OF APPLE'S MOTION TO EXCLUDE CERTAIN UNRELIABLE AND IMPERMISSIBLE SAMSUNG EXPERT TESTIMONY** |

McCracken Decl. ISO Apple's Motion to Exclude Expert Testimony
Case No. 5:12-cv-00630-LHK (PSG)

I, Casey McCracken, declare and state as follows:

1. I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple"). I submit this Declaration in connection with Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. Attached as Exhibit A-1 is a true and correct copy of excerpted pages 1-14, 165-214, and exhibits 69-85 of the Expert Report of Judith A. Chevalier, PH.D, dated September 13, 2013.

3. Attached as Exhibit A-2 is a true and correct copy of excerpts of the Deposition of Judith Chevalier, Ph.D, dated October 3, 2013.

4. Attached as Exhibit A-3 is a true and correct copy of excerpts of the Deposition of Boris Teksler, dated March 16, 2012.

5. Attached as Exhibit B-1 is a true and correct copy of excerpted pages 75-77, and Tables 17a-f, 21a-e, 25a-b, 28, 30, and 32 of the Expert Report of Dr. James R. Kearl, dated August 12, 2013.

6. Attached as Exhibit B-2 is a true and correct copy of excerpted pages 1, 18-21, 26-29, 33-35, 40-42, 140-144, 255-258, and 299-304 of the Deposition of Dr. James R. Kearl.

7. Attached as Exhibit B-3 is a true and correct copy of excerpted paragraphs 1, 10, 40-43, 45, 69, 70, Tables 2b, 3b, 4b, 5b, and Appendix B1 of the Expert Report of Dr. Sanjay K. Rao, dated August 12, 2013.

8. Attached as Exhibit B-4 is a true and correct copy of excerpted pages 1, 36-38, 54-56, 66, 69-70, 94, 98-99, 209-210, and 241 of the Deposition of Dr. Sanjay K. Rao.

9. Attached as Exhibit B-5 is a true and correct copy of excerpts of the book entitled, Statistics for Business and Economics.

10. Attached as Exhibit B-6 is a true and correct copy of excerpts of the book entitled, *Marketing Research: Methodological Foundations*.

11. Attached as Exhibit B-7 is a true and correct copy of an excel spreadsheet containing individual scores, RAONDCA630-00001750.

12. Attached as Exhibit B-8 is a true and correct copy of excel spreadsheets containing relative value scores.

13. Attached as Exhibit B-9 is a true and correct copy of Brendan Williams, "A Hedonic Model for Internet Access Service in the Consumer Price Index," Monthly Labor Review, July 2008.

14. Attached as Exhibit B-10 is a true and correct copy of excerpted pages 1, 53-57, and 63 of the Rebuttal Expert Report of Christopher A. Vellturo, Ph.D., dated September 13, 2013.

15. Attached as Exhibit C-1 is a true and correct copy of excerpted pages 1-8, 23-24, 31, 37-38, 50-51, and 83 of the Rebuttal Expert Report of Daniel Schonfeld Regarding the Validity of U.S. Patent No. 7,577,757, dated September 13, 2013.

16. Attached Exhibit C-2 is a true and correct copy of excerpted pages 1, 130-134, 188-190, 326-327, and 353 of the Deposition Daniel Schonfeld, Ph.D.

17. Attached as Exhibit C-3 is a true and correct copy of excerpts of the prosecution history for U.S. Patent No. 7,577,757.

18. Attached as Exhibit C-4 is a true and correct copy of U.S. Patent No. 7,577,757.

19. Attached as Exhibit C-5 is a true and correct copy of excerpted pages 1-19, 22-23, 25-27, 825-835, 844-73, 878-80, 931-32, 938-39, and 1251-53 of the Report of Daniel Schonfeld, Ph.D., Regarding Infringement of U.S. Patent Nos. 5,579,239 and 7,577,757, dated August 12, 2013.

20. Attached as Exhibit C-6 is a true and a correct copy of U.S. Patent No. 5,579,239.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: October 10, 2013

                                                */s/ Casey McCracken*
                                                 Casey J. McCracken

## ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Casey McCracken has concurred in this filing.

Dated: October 10, 2013

/s/ *H. Mark Lyon*
H. Mark Lyon