UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO EXCLUDE CERTAIN UNRELIABLE AND IMPERMISSIBLE SAMSUNG EXPERT TESTIMONY** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br>　　　　　　Counterclaim-Defendant. | |

Plaintiff Apple Inc. ("Apple") has filed a Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony ("Motion to Exclude").

Having considered the arguments of the parties and the papers submitted, and for good cause having been shown, IT IS SO ORDERED:

1. Samsung's expert, Judith A. Chevalier, shall not offer the opinions concerning non-comparable licenses, including those opinions set forth in ¶¶ 298-299, ¶¶ 303-334, ¶¶ 367-68, and ¶ 404 of her report, the tables of licenses found at Exs. 69-73, and the tables performing various calculations and analyses of those licenses at Exs. 74-85 of her report;

2. Samsung's expert, Dr. James Kearl, shall not offer testimony regarding damages for the '239, '757, '449, '087, or '596 patents;

3. Samsung's expert, Dr. Dan Schonfeld, shall not offer testimony concerning infringement of the '239 and '757 patents;

4. Samsung's expert, Dr. Rinard, shall not offer testimony regarding the WAIS and AppleSearch demonstration systems built for this litigation;

5. Samsung's experts shall not offer testimony regarding the opinions of Apple's experts expressed in other cases.

**IT IS SO ORDERED.**

Dated: _____

                                                 Hon. Lucy H. Koh
                                                 United States District Court Judge