# EXHIBIT C-6

US005579239A

# United States Patent [19]

## Freeman et al.

[11] Patent Number: 5,579,239
[45] Date of Patent: Nov. 26, 1996

[54] **REMOTE VIDEO TRANSMISSION SYSTEM**

[76] Inventors: **Mitchael C. Freeman**, 14318 E. 11th St., Tulsa, Okla. 74108; **Richard C. Freeman**, 563 S. 87th East Ave., Tulsa, Okla. 74112; **Chad Boss**, 14131 E. 12th St., Tulsa, Okla. 74108; **Michael H. Freeman**, R.R. 1, Box 315-A, Liberty Mounds, Okla. 74047

[21] Appl. No.: **198,130**

[22] Filed: **Feb. 16, 1994**

[51] Int. Cl.$^6$ ............................................. H04L 5/00
[52] U.S. Cl. .................. 364/514 C; 455/3.1; 455/33.1; 348/14; 379/90; 386/46; 386/109
[58] Field of Search ............................... 364/514; 345/2; 348/15, 14; 358/311, 335; 455/3.1, 33.1; 379/90

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| H1175 | 4/1993 | Giorgio | 370/118 |
| 2,095,360 | 10/1937 | Green | 178/5.6 |
| 2,203,758 | 6/1940 | Walker | 178/5.6 |
| 2,302,852 | 11/1942 | Goddard | 250/6 |
| 2,576,115 | 11/1951 | Hill | 178/44 |
| 2,881,427 | 4/1959 | Huber | 343/200 |
| 3,969,040 | 7/1976 | Gharavi | 358/136 |
| 4,311,877 | 1/1982 | Kahn | 179/15.55 R |
| 4,337,483 | 6/1982 | Guillou | 358/114 |
| 4,637,035 | 1/1987 | Betts | 375/8 |
| 4,663,660 | 5/1987 | Fedele et al. | 358/136 |
| 4,734,920 | 3/1988 | Betts | 375/8 |
| 4,811,407 | 3/1989 | Blokker, Jr. et al. | 382/1 |
| 4,825,286 | 4/1989 | Graves | 358/143 |
| 4,862,456 | 8/1989 | Giorgio | 370/118 |
| 4,864,567 | 9/1989 | Giorgio | 370/118 |
| 4,963,995 | 10/1990 | Lang | 358/335 |
| 5,016,100 | 5/1991 | Citta et al. | 358/133 |
| 5,058,133 | 10/1991 | Duncanson et al. | 375/38 |
| 5,062,136 | 10/1991 | Gattis et al. | 380/18 |
| 5,065,396 | 11/1991 | Castellano et al. | 370/84 |
| 5,127,021 | 6/1992 | Schreiber | 375/1 |
| 5,130,792 | 7/1992 | Tindell et al. | 358/85 |
| 5,148,272 | 9/1992 | Acampora et al. | 358/133 |
| 5,235,680 | 8/1993 | Bijnagte | 395/161 |
| 5,247,347 | 9/1993 | Litteral et al. | 358/85 |
| 5,253,275 | 10/1993 | Yurt et al. | 375/122 |
| 5,262,875 | 11/1993 | Mincer et al. | 358/335 |

(List continued on next page.)

### OTHER PUBLICATIONS

Rosenthal et al., "Planetary Data Distribution System", Dec. 2, 1993.
McConnell, "TV, Phone Home; GTE Mobilnet Service is Delivering Compressed Video over Cellular Channels". May 2, 1994.
Communications Daily, "Odetics Demonstrated Fas-Trans2000 Digital Cellular Transmitter Capable of Sending Compressed Digital Video over Cellular Link". Sep. 13, 1994.
Brochure Microcom® Bridge/Router ™ *Introducing the WANmiser™ Advantage* Sep. 1993.

*Primary Examiner*—Ellis B. Ramirez
*Assistant Examiner*—Patrick J. Assouad
*Attorney, Agent, or Firm*—Catalano, Zingerman & Associates

[57] **ABSTRACT**

A remote video transmission system for digitizing and compressing an audio/visual signal, transmitting that signal over low band width lines, such as land telephone lines, cellular telephone lines, or radio frequencies, decompressing the digitized data and converting it to an audio/visual signal for broadcast. Components of this system include: A remote unit, a host unit, and a playback unit. The remote unit is capable of digitizing and compressing the audio/visual signal as well as transmitting the compressed, digitized data. Data may be divided and sent to multiple ports for output. Data may also be edited prior to transmission. The host unit is automated to receive data transmitted from the remote unit and reassemble the data if it has been divided. The playback unit stores and automatically catalogs transmitted data files. The player unit also decompresses the digitized data files and converts them to an audio/visual signal which may then be broadcast. The audio/visual signal can either be NTSC, PAL, or Y/C video.

**34 Claims, 2 Drawing Sheets**



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA630-04260564

5,579,239

Page 2

U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor | Class |
|---|---|---|---|
| 5,272,529 | 12/1993 | Frederiksen | 358/133 |
| 5,293,378 | 3/1994 | Shimizu | 370/94.1 |
| 5,355,167 | 10/1994 | Juri | 348/405 |
| 5,355,450 | 10/1994 | Garmon et al. | 395/162 |
| 5,361,278 | 11/1994 | Vaupel et al. | 375/122 |
| 5,365,272 | 11/1994 | Siracusa | 348/426 |
| 5,375,068 | 12/1994 | Palmer et al. | 364/514 |
| 5,390,239 | 2/1995 | Morris et al. | 379/93 |
| 5,428,671 | 6/1995 | Dykes et al. | 379/93 |
| 5,440,336 | 8/1995 | Buhro et al. | 348/13 |
| 5,482,043 | 1/1996 | Zulauf | 128/660.04 |
| 5,495,284 | 2/1996 | Katz | 348/15 |

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA630-04260565

**U.S. Patent**  Nov. 26, 1996  Sheet 1 of 2  5,579,239



Fig. 1

Highly Confidential - Attorneys' Eyes Only        SAMNDCA630-04260566



Fig. 2

Fig. 3

Highly Confidential - Attorneys' Eyes Only     SAMNDCA630-04260567

# REMOTE VIDEO TRANSMISSION SYSTEM

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to capturing a video signal at one location and transmitting that signal to another location over telephone lines, cellular, radio and other telemetric frequencies.

Advances in the information highway promotes the United States as a world leader in the computer, video and broadcast industries. This invention adds to that information highway.

Transmission of a real time video signal from a remote location to a base location is conventionally done by one of two methods: Microwave or satellite. Equipment associated with these methods is extremely expensive and has significant limitations. The large amount of equipment necessary for satellite technology for remote transmission requires that the equipment be installed in trucks having an integral satellite dish. The signal is received from the video camera, beamed to the satellite, and then beamed to the base location for broadcast. The enormous amount of equipment and the sophisticated technology required makes satellite transmission extremely expensive and impractical for many applications. Satellite transmission does, however, send real time broadcast quality signals. The costs associated with satellite transmission are justifiable for large events such as sporting events where transmission could be made from a single location over a sustained period of time. It is not practical, however, for coverage such as news coverage where short segments from many different locations are necessary. An example would be in covering a natural disaster. Speed in obtaining and broadcasting video footage is a competitive requirement in news gathering situations.

The required set up time and inaccessibility of the satellite truck are significant additional limitations to satellite type transmission.

Microwave transmission technology overcomes some of the limitations of satellite technology but has several additional limitations of its own. Microwave transmission systems are less expensive and require less equipment. With a microwave system, a video signal is obtained and transmitted from the remote location at microwave frequencies from a vehicle mounted transmitting antenna to a base antenna for broadcast.

Difficulties have been encountered using this technology in aligning the antenna on the vehicle with the base antenna. Obstructions between the transmitting antenna and the base antenna may also prevent passage of the signal. Setup limitations also inhibit the use of microwave transmission systems in obtaining short segments of video at one location, transmission of that signal, moving to another location, transmission, movement, etc. Transmission is also limited to accessibility of the vehicle to the location of the subject matter.

The limitations of satellite and microwave technology have forced video broadcasters to devise alternative means of transmission, which may include: Setting up a remote microwave or satellite transmission post and transporting segments on video tape to it from multiple remote locations. More often, broadcasters capture video segments on tape and then manually transport those tapes back to the station as quickly as possible for broadcast.

With the establishment and advancements in cellular technology, television broadcasters have begun sending teams into remote locations for reports transmitted via cellular telephone. Cellular technology provides the ability to access a location and immediately report information back to the station. This use of cellular telephones transmits voice messages only and excludes video transmission altogether. Cellular technology has also been used to transmit data such as facsimile and computer file transmissions from one location to another. Cellular telephones have been quick to transmit data received from a facsimile machine or computer having a modem to a second fax machine or computer. Cellular combined with computer technology has never been used, however, to transmit a broadcast quality video signal.

A need, therefore, exists in the art for a highly portable, cost-effective method and apparatus for capturing and transmission of broadcast quality video from a remote location to a base location. A need also exists for a capture and transmission apparatus over cellular, land lines, or radio or other frequencies. Additionally, with the current FCC limitations regarding cellular transmissions from airborne craft an additional need is evidenced for video over the radio or other telemetric frequencies.

## SUMMARY OF THE INVENTION

It is the purpose of the present invention to provide a method and means for capturing full-color, full-motion audio/video signals, digitizing and compressing the signals into a digitized data file, and transmitting the signals over telephone lines, cellular, radio and other telemetric frequencies.

A second object includes splitting the digitized, compressed, audio/video signal prior to transmission in order to reduce transmission time.

A further object is to provide an apparatus that will transmit audio/video files for immediate broadcast over radio frequencies, cellular telephone frequencies, or land telephone lines.

An apparatus to accomplish this purpose includes a remote unit, a host unit, and a player or a basic embodiment includes a remote and a combined host/player unit. This apparatus provides the capability of digitizing and compressing a signal which is then transmitted over low band width lines.

The remote unit includes means for digitizing and compressing a video signal, storage of the digitized and compressed data file, and transmission of this data file over telephone lines, cellular, radio and other telemetric frequency. The remote unit may also split the data file prior to transmission for multiple simultaneous transmissions in order to reduce transmission time. The host unit is automated to receive the transmitted data file, recombine it if it has been split, and store the recombined data file to the playback unit. The playback unit stores and automatically catalogs transmitted data files. The playback unit also decompresses the digitized data file and converts it to an audio/visual signal for broadcast.

In one preferred embodiment, an audio/visual signal is input into the remote unit from a video camera at a remote location. The remote unit is a combination portable personal computer having one or more computer interfaces and a corresponding number of cellular telephones. Computer software loaded on a hard disk drive in the remote unit instructs it to capture the input signal to a video capture card within the remote unit. The video capture card takes the audio/visual signal, digitizes it into a computer data file, and

Highly Confidential - Attorneys' Eyes Only                      SAMNDCA630-04260568