5,579,239

**11**

3. Drive letter E: is mapped as "play here." Drive E: is a RAM drive in which data files are stored for immediate playback and viewed on an NTSC monitor or output to the master control.

4. Drive letter F: is mapped as "save here." This is the subdirectory on the hard disk drive of playback unit 4 to which host unit 3 stores data files received from remote unit 2.

5. Host unit 3 loads Windows™ or another suitable operating environment.

6. File reception software sequence E is initiated. File reception software sequence E allows host unit 3 to wait for and receive incoming data files automatically.

One host unit can support as many as thirty (30) remote units. The host unit can only receive a transmitted data file from one remote unit at any given time, however.

File reception software sequence E is essentially the same as transfer software sequence B. File reception software sequence S automates each telephone line end modem of host unit 3 to obtain communication with each cellular telephone of remote unit 2 and receive the transmitted data file in 10K files and recombine the data file for storage on the hard disk drive of playback unit 4.

FILE RECEPTION SOFTWARE SEQUENCE E

1. The first program called by host boot software sequence D for a communications port "COM1" controls the file reception process on host unit 3. "COM1" also controls the monitor display notifying the operator of the throughput, size of the file, and percentage complete.

2. Each of the other communications ports communicates with "COM1" in the WINDOWS™ environment, using dynamic data exchange (DDE). DDE is known in the industry and allows multiple applications to share information.

3. The modem's interfacing with each communications port are all ready to receive the cellular string transmitted by each cellular telephone in remote unit 2. Upon receipt of the cellular strings, the modem is ready to receive transmitted data. All other settings such as baud rate, protocol, and miscellaneous AT commands are preset in the host unit in order to automate the file receiving process.

4. As each COM port on remote unit 2 completes transfer of the data file in 10K files, the line will immediately drop out until all four lines have hung up.

5. Host unit 3 then recombines the 10K files into a complete data file using a sequential read/write operation. A master data file is opened in the E: subdirectory on the hard disk drive of the playback unit. The 10K files are then assembled according to their file extension created by remote unit 2 when the data file was split. The 10K files are assembled sequentially between 001 and 999. Twenty kilobyte (20K) pieces are read and then written until the entire data file has been recombined and stored on the network hard drive of playback unit 4.

6. Host unit 3 then executes line 1 of this file reception software sequence E and COM1 awaits connection with remote unit 2 to receive another transmitted data file.

Playback unit 4 of FIG. 1 is the interface between captured video and the station master control which outputs the signal. In the preferred embodiment, playback unit 4 is a personal computer with a 486DX-2/66 motherboard, 210 Mb hard disk drive, 1.44MB floppy drive, high speed serial ports, 1 MB Windows accelerator video card, MS DOS Ver.

**12**

6.2 operating system, Microsoft® Windows™, Microsoft® Video for Windows, Novell® Netware Lite™, trackball bus mouse, video decompression card, audio decompression card, VGA video to NTSC scan converter, and 16 bit ethernet card. Playback unit 4 is automated so that upon boot, it logs into the network, accesses its multi-tasking environment such as Windows™, and is ready to retrieve and play stored data files.

PLAYBACK BOOT SOFTWARE SEQUENCE F

1. Playback unit 4 initializes network, with playback unit 4 being the server.

2. Playback unit 4 logs into the network as player.

3. Drive letter E: is mapped as "Play Here." Drive E: is a RAM drive in which data files are stored for immediate playback, viewed on an NTSC monitor, or output to the station's master control.

4. Driver letter F: is mapped as "Save Here." This is the subdirectory on the hard disk drive of playback unit 4 wherein which host unit 3 stores data files received from remote unit 2.

5. Playback unit 4 executes WINDOWS™ or similar suitable multi-tasking environment such as OS/2 from IBM, UNIX, or Novell®.

6. WINDOWS™ is automated to bring up the file manager. Once the recombined data file has been stored on a network hard disk drive of playback unit 4, the data file may either remain stored for later use, edited, or retrieved for output to the master control. It may be advantageous to have numerous host units networked with a single playback unit so that numerous data files can be received from numerous remote units simultaneously. Alternatively, in a basic embodiment, host unit 3 and playback unit 4 could be integrated into a single host/playback unit.

Playback unit 4 has a video card installed in an expansion slot. This video card is similar as the video card installed in remote unit 2 with the exception that the capture module is not necessary. When a data file is retrieved by playback unit 4 for output to the master control, the video card decompresses the file and converts the digitized data to VGA.

If a data file received by host unit 3 is for immediate playback, it is "stored" in the E: drive. The E: drive is a drive for temporary storage of the data file for immediate playback or output to the master control.

If the data file received by host unit 3 is for later playback or output, it is saved in the F: drive for later retrieval. The F: drive is a subdirectory of the hard disk drive of playback unit 4 for storage of data files.

Once decompressed and converted to VGA, a scan converter card installed in playback unit 4 converts the VGA signal to the desired broadcast signal. Although "NTSC" is the most common broadcast signal, the signal could also be converted to "PAL," "Y/C video," or other broadcast signal as required. This "NTSC" signal output from the scan converter card can be viewed on an "NTSC" monitor for immediate playback for broadcast, or stored on video tape or other conventional means for later use.

While the invention has been described with a certain degree of particularity, it is manifest that many changes may be made in the details of construction without departing from the spirit and scope of this disclosure. It is understood that the invention is not limited to the embodiment set forth herein for purposes of exemplification, but is to be limited only by the scope of the attached claim or claims, including

5,579,239

| 13 | 14 |

the full range of equivalency to which each element thereof is entitled.

What is claimed is:

**1**. An apparatus for transmission of data, comprising:

a mobile remote unit including:

   a.) means for capturing, digitizing, and compressing at least one composite signal;

   b.) means for storing said composite signal;

   c.) means for transmitting said composite signal;

a host unit including:

   a.) means for receiving at least one composite signal transmitted by the remote unit;

a playback unit including:

   a.) means for exchanging data with said host unit;

   b.) means for storing the composite signal received by the host unit;

   c.) means for decompressing said composite signal.

**2**. An apparatus according to claim **1** wherein the host unit and the playback unit are combined in a single computer.

**3**. An apparatus according to claim **1** wherein the composite signal is transmitted over telephone lines, cellular, radio or other telemetric frequencies.

**4**. An apparatus according to claim **3** further including means for splitting and organizing the digitized, compressed audio and/or video signal prior to transmission.

**5**. An apparatus according to claim **1** wherein the means for capturing, digitizing, and compressing said composite signal includes a video capture device installed in said remote unit to capture said composite signal in real time.

**6**. An apparatus according to claim **5** wherein the means for capturing, compressing and digitizing said Composite signal includes an audio capture device installed in said remote unit.

**7**. An apparatus according to claim **3** wherein the means for transmitting the composite signal includes: at least one interface installed in conjunction with said remote unit; a cellular telephone connected to each said interface.

**8**. An apparatus according to claim **1** wherein said means for decompressing said video signal includes a decompression board in said playback unit.

**9**. An apparatus for transmission of data from a remote location to a host location, comprising:

a remote unit capable of receiving a composite signal;

said remote unit being a computer, including:

   a.) a video capture module to capture, digitize and, compress said composite signal into a data file;

   b.) at least two computer interfaces;

   c.) means for splitting said data file into pieces;

   d.) means for tagging said pieces in sequential order;

   e.) means for storing said data file;

   f.) means for transmitting said sequentially tagged pieces through said interfaces.

a host unit;

said host unit being a computer, including:

   a.) at least two computer interfaces for receiving said sequentially tagged pieces transmitted from said remote unit wherein said interfaces being connected correspondingly with said interfaces in said remote unit;

   b.) means for recombining the sequentially tagged pieces into their original order to form a second data file;

a playback unit;

said playback unit being a personal computer, including:

   a.) means for exchanging data with said host unit;

   b.) means for storing the second data file received by the host unit;

   c.) means for decompressing said second data file;

   d.) means for converting said second data file to a broadcast signal.

**10**. An apparatus according to claim **9** wherein the remote unit includes a cellular telephone connected to each computer interface.

**11**. An apparatus according to claim **9** wherein the remote unit includes a transmitter connected to each computer interface such that each transmitter transmits at a different frequency.

**12**. An apparatus according to claim **1** including means for converting said composite signal to a VGA signal.

**13**. An apparatus according to claim **12** further including means for converting said VGA signal to a broadcast signal.

**14**. An apparatus according to claim **13** wherein said means for converting said VGA signal to a broadcast signal includes a scan converter card.

**15**. An apparatus for transmission of data, comprising:

a computer including a video capture module to capture and compress video in real time;

means for transmission of said captured video over a cellular frequency.

**16**. The apparatus of claim **15** wherein the means for transmission of said captured video over a cellular frequency includes;

at least two interfaces operating in conjunction with said computer;

a cellular telephone connected to each said interface.

**17**. The apparatus of claim **16** further including means for splitting the captured video into pieces for transmission through said interfaces.

**18**. An apparatus according to claim **1** including means for converting said composite signal to a broadcast signal.

**19**. The apparatus of claim **9** wherein said remote unit is mobile.

**20**. The apparatus of claim **9** wherein said video capture module on said video card captures, digitizes and compresses said composite signal in real time.

**21**. An apparatus according to claim **9** wherein the remote unit includes a telephone line connected to each computer interface.

**22**. An apparatus according to claim **9** wherein said interfaces are capable of simultaneous transmission.

**23**. An apparatus according to claim **9** including means for converting said composite signal to a VGA signal.

**24**. An apparatus according to claim **23** further including means for converting said VGA signal to a broadcast signal.

**25**. An apparatus according to claim **9** including means for converting said composite signal to a broadcast signal.

**26**. An apparatus for transmission of data from a remote location to a host location, comprising:

a remote unit, including:

   a.) a video capture device to capture and digitize said composite signal into a data file;

   b.) at least two computer interfaces;

   c.) means for splitting said data file into pieces;

   d.) means for tagging said pieces in sequential order;

   f.) means for transmitting said tagged pieces through said interfaces wherein said interfaces are capable of simultaneous transmission;

a host unit, including:

   a.) at least two computer interfaces for receiving said tagged pieces transmitted from said remote unit wherein said interfaces are capable of simultaneous data reception;

   b.) means for recombining the tagged pieces into their original sequential order.

Highly Confidential - Attorneys' Eyes Only

SAMNDCA630-04260574

5,579,239

**15**

27. The apparatus of claim **26** wherein the composite signal is transmitted over telephone lines, cellular, radio or other telemetric frequencies.

28. The apparatus of claim **26** wherein the data file is compressed prior to transmission by the remote unit.

29. An apparatus according to claim **26** including means for converting said composite signal to a VGA signal.

30. An apparatus according to claim **29** further including means for converting said VGA signal to a broadcast signal.

31. An apparatus according to claim **26** including means for converting said composite signal to a broadcast signal.

**16**

32. An apparatus according to claim **26** wherein the tagged pieces are transmitted from said remote unit to said host unit over telephone lines, cellular, radio or other telemetric frequencies.

33. An apparatus according to claim **26** wherein said remote unit is mobile.

34. An apparatus according to claim **26** wherein said remote unit captures and digitizes the composite signal in real time.

\* \* \* \* \*

Highly Confidential - Attorneys' Eyes Only