# EXHIBIT AAA

**Ex. _, Additions and Deletions to Dr. Mowry's Preliminary Injunction Declaration (¶¶139-141) Made in Dr. Mowry's Rebuttal Report**

Key revisions removing requirements relating to Jelly Bean Browser are in bold.  Strikethroughs indicate words removed from Dr. Mowry's Preliminary Injunction Declaration when editing his Rebuttal Report.  Underlining indicates words that were added.  Originals reproduced side-by-side in the table at bottom:

~~139.~~ <u>151.</u> The Sidekick Dialer does not disclose a "user interface enabling the selection of a detected structure and a linked action." ~~140. The~~ <u>First, the</u> "selection of a detected structure," as written in the claim limitation, **~~necessarily~~** requires that a particular detected structure can be chosen from a set of **~~detected~~** structures. Sidekick, however, **highlights only one structure at a time**. ~~Cohen Decl., ¶ 131. Should the user then hit an arrow key on his or her keyboard, Sidekick will detect the next structure, to the extent one exists in the document. Cohen Decl., ¶ 131.~~ <u>not the user, dictates which phone number will be highlighted. Sidekick will only "detect" one structure at a time, and the user has no control over which number will be selected.  Jeffay Validity Report, ¶ 333  ("If you have more than one number on the screen that looks like a phone number, the first one will be chosen. You can then move to the next one by pressing [RIGHT ARROW]….") (citing SAMNDCA0963825, Sidekick Handbook, at 30).</u> At no point does Sidekick allow a user to select from a multitude of **~~detected~~** structures. This can be seen from the screenshot that Dr. ~~Cohen~~ <u>Jeffay</u> relies upon in paragraph ~~131~~ <u>331</u> of his declaration, wherein only one phone number has been identified by Sidekick and

highlighted for the user, with no indication that Sidetrack has recognized, or will recognize, a second phone number appearing further down on the screen ~~(beneath the name "John Smith")~~:

[image omitted]

~~141.~~ **~~Thus, at any given time, the Sidekick system detects and selects only one telephone number, and chooses to present that number to the user.~~** ~~Sidekick Handbook, at 30 ("If you have more than one number on the screen that looks like a phone number, the first one will be chosen."). This, again,~~ <u>152.</u> **This** is contrary to the teachings of the '647 Patent, in which **<u>a user can select one structure from among</u>** multiple structures **~~are detected, after which a user~~** <u>and</u> can choose any one on which to perform an operation via the user interface. '647 Patent at 3:5-14 ("In a display-type environment, application program interface 230 retrieves the locations in document 210 of the presentation regions for the detected structures from application 167. Application program interface 230 then transmits this location information to user interface 240, which highlights the detected structures, although other presentation mechanisms can be used. User interface 240 enables selection of an identified structure by making the presentation regions mouse-sensitive, i.e. aware when a mouse event such as ~~mouse-down~~ <u>mousedown</u> operation is performed while the cursor is over the region.").

| Mowry Opinion in Preliminary Injunction Declaration Regarding Sidekick | Mowry Opinion in Rebuttal Report Regarding Sidekick |
|---|---|
| 139. The Sidekick Dialer does not disclose a "user interface enabling the selection of a detected structure and a linked | 151. The Sidekick Dialer does not disclose a "user interface enabling the selection of a detected structure and a linked |

| | |
|---|---|
| action."<br>140. The "selection of a detected structure," as written in the claim limitation, necessarily requires that a particular detected structure can be chosen from a set of detected structures. Sidekick, however, highlights only one structure at a time. Cohen Decl., ¶ 131. Should the user then hit an arrow key on his or her keyboard, Sidekick will detect the next structure, to the extent one exists in the document. Cohen Decl., ¶ 131. At no point does Sidekick allow a user to select from a multitude of detected structures. This can be seen from the screenshot that Dr. Cohen relies upon in paragraph 131 of his declaration, wherein only one phone number has been identified by Sidekick and highlighted for the user, with no indication that Sidetrack has recognized, or will recognize, a second phone number appearing further down on the screen (beneath the name "John Smith"):<br>[image omitted]<br>141. Thus, at any given time, the Sidekick system detects and selects only one telephone number, and chooses to present that number to the user. Sidekick Handbook, at 30 ("If you have more than one number on the screen that looks like a phone number, the first one will be chosen."). This, again, is contrary to the teachings of the '647 Patent, in which multiple structures are detected, after which a user can choose any one on which to perform an operation via the user interface. '647 Patent at 3:5-14 ("In a display-type environment, application program interface 230 retrieves the locations in document 210 of the presentation regions for the detected structures from application 167. Application program interface 230 then transmits this location information to user interface 240, which highlights the detected structures, although other presentation mechanisms can be used. User interface 240 enables selection of an identified structure by making the | action." First, the "selection of a detected structure," as written in the claim limitation, requires that a particular detected structure can be chosen from a set of structures. Sidekick, however, not the user, dictates which phone number will be highlighted. Sidekick will only "detect" one structure at a time, and the user has no control over which number will be selected. Jeffay Validity Report, ¶ 333 ("If you have more than one number on the screen that looks like a phone number, the first one will be chosen. You can then move to the next one by pressing [RIGHT ARROW]….") (citing SAMNDCA0963825, Sidekick Handbook, at 30). At no point does Sidekick allow a user to select from a multitude of structures. This can be seen from the screenshot that Dr. Jeffay relies upon in paragraph 331 of his declaration, wherein only one phone number has been identified by Sidekick and highlighted for the user, with no indication that Sidetrack has recognized, or will recognize, a second phone number appearing further down on the screen:<br>[image omitted]<br>152. This is contrary to the teachings of the '647 Patent, in which a user can select one structure from among multiple structures and can choose any one on which to perform an operation via the user interface. '647 Patent at 3:5-14 ("In a display-type environment, application program interface 230 retrieves the locations in document 210 of the presentation regions for the detected structures from application 167. Application program interface 230 then transmits this location information to user interface 240, which highlights the detected structures, although other presentation mechanisms can be used. User interface 240 enables selection of an identified structure by making the presentation regions mouse-sensitive, i.e. aware when a mouse event such as mousedown operation is performed while the cursor is over the region."). |

| | |
|---|---|
| presentation regions mouse-sensitive, i.e. aware when a mouse event such as mouse-down operation is performed while the cursor is over the region."). | |