# EXHIBIT 9

# Exhibit 140

**Apple Products Practicing the Asserted Claims**

|  | U.S. Patent No. 5,666,502 | U.S. Patent No. 5,946,647 | U.S. Patent No. 6,847,959 | U.S. Patent No. 7,761,414 | U.S. Patent No. 8,014,760 | U.S. Patent No. 8,046,721 | U.S. Patent No. 8,074,172 | U.S. Patent No. 8,086,604 |
|---|---|---|---|---|---|---|---|---|
| **iPad** | 8, 11, 14-16, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPad 2** | 8, 11, 14-16, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 4, 6, 10-12, 14, 16, 20-24, 26-28, 30-32 | None | 1, 3-15 | 21, 23, 27 | None |
| **New iPad** | 8, 11, 14-16, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | None | 1, 3-15 | 21, 23, 27 | None |
| **iPhone** | 8, 11, 14, 26 | 1, 2, 4, 6, 8, 9 | None | None | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 3G** | 8, 11, 14-16, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | None | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |

|  | U.S. Patent No. 5,666,502 | U.S. Patent No. 5,946,647 | U.S. Patent No. 6,847,959 | U.S. Patent No. 7,761,414 | U.S. Patent No. 8,014,760 | U.S. Patent No. 8,046,721 | U.S. Patent No. 8,074,172 | U.S. Patent No. 8,086,604 |
|---|---|---|---|---|---|---|---|---|
| **iPhone 3GS** | 8, 11, 14-16, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 4, 6, 10-12, 14, 16, 20-24, 26-28, 30-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 4** | 8, 11, 14-16, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | None |
| **iPhone 4S** | 8, 11, 14-16, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | 1, 3-6, 12, 14-16, 19, 20, 24, 25, 29, 30 | 1-2, 10-12, 20-24, 27-28, 31-32 | 1-5, 7-22 | 1, 3-15 | 21, 23, 27 | 1, 6, 11 |
| **iPod touch** | 8, 11, 14-16, 20, 22-24, 26 | 1, 2, 4, 6, 8, 9 | None | 1-2, 4, 6, 10-12, 14, 16, 20-24, 26-28, 30-32 | None | 1, 3-15 | 21, 23, 27 | None |