# EXHIBIT 20



15 of 32 DOCUMENTS

Copyright 2005 Business Wire, Inc.
Business Wire

September 26, 2005 Monday 3:00 PM GMT

**DISTRIBUTION:** Business Editors; High-Tech Editors

**LENGTH:** 1535 words

**HEADLINE:** HP Strengthens Mobile Portfolio with Launch of New HP iPAQ Handhelds and Mobile Printer

**DATELINE:** PALO ALTO, Calif. Sept. 26, 2005

**BODY:**

HP (NYSE:HPQ)(Nasdaq:HPQ) today expanded its mobile offerings, including new and enhanced HP iPAQ Pocket PCs and a mobile printer, to make it easier than ever before for active professionals to stay connected and be more productive while on the go.

The introductions include the all new HP iPAQ rx1950 series Pocket PC, an enhanced HP iPAQ hx2000 series Pocket PC, the new HP Deskjet 460 mobile printer and upgrades to Microsoft Windows Mobile(TM) 5.0 for select HP iPAQ models.

The new HP iPAQ handhelds are equipped with the latest Microsoft Windows Mobile 5.0 operating system and deliver enhanced mobile communication, entertainment and productivity through simpler navigation and access to data. Stylish and affordable, the HP iPAQ rx1950 combines integrated wireless(1) technologies, music, photo and digital video capabilities with a sleek design.

The upgraded HP iPAQ hx2000 series includes the powerful HP iPAQ hx2790 with a biometric fingerprint sensor, the HP iPAQ hx2490 and the HP iPAQ hx2190 that deliver strong data and device security to help ensure sensitive information is protected.

The compact, lightweight HP Deskjet 460 mobile printer series makes printing from a notebook or handheld easy from virtually anywhere. The full-featured printer is the industry's first mobile printer with Wi-Fi technology for wireless printing. A stylish and compact powerhouse, it replaces the award- winning HP Deskjet 450 mobile printer series, is equipped with Wi-Fi and Bluetooth(TM) wireless connectivity(1,2) and produces high-quality color documents and photos.

"HP is rising to meet the needs of a mobile world that is constantly evolving," said Ted Clark, senior vice president and general manager, Mobile Computing Global Business Unit, HP. "As work and play environments increasingly blend, HP is striving to deliver mobile solutions that address the diverse technology needs of our customers."

SAMNDCA630-07673924

HP Strengthens Mobile Portfolio with Launch of New HP iPAQ Handhelds and Mobile Printer Business Wire
September 26, 2005 Monday 3:00 PM GMT

Increase productivity when mobile

The Microsoft Windows Mobile 5.0 operating system on the new HP iPAQ rx1950 and HP iPAQ hx2000 series makes it even easier to manage essential business and personal information to the fullest.

The software's persistent storage feature helps prevent the loss of data, settings and installed applications even if the battery is removed or drained. Windows Media Player 10 makes multimedia handling a snap since users can sync high-quality music, video and photos from a Windows PC to an HP iPAQ.(3) The integrated Personal Information Manager software boosts the efficiency of calendar, contacts, tasks and email features to further improve the customer's mobile experience.

Windows Mobile 5.0 upgrades for the HP iPAQ hx2110, hx2410 and hx2750 series are also available now and can be purchased directly from HP. Additional information is available at www.hp.com/go/WindowsMobile5_upgrade.

The HP iPAQ rx1950 with integrated wireless(1) enables customers to stay connected and get more done. Key features include:

-- Integrated Wi-Fi (802.11b), enabling high-speed wireless access to the Internet, email, music and more(1);

-- Up to 33 MB of user-available memory;

-- Secure Digital slot for greater storage and expansion;

-- Removable/rechargeable lithium-ion battery for continuous power;

-- Compact and lightweight at 4.4 ounces.

The HP iPAQ hx2000 series Pocket PCs deliver device and data protection while providing optimal combinations of performance, connectivity and expandability. Key features include:

-- Strong security: including a biometric fingerprint reader for user authentication for the HP iPAQ hx2790; and HP ProtectTools, secured by CREDANT Technologies, on all models for access control and data encryption;

-- Powerful processors and up to 144 MB of user available memory;

-- Integrated Wi-Fi for the hx2490 and hx2790 series enables connection at the office, home or Wi-Fi hotspots(1, 4);

-- Built-in Bluetooth wireless technology for cable-free connections to other Bluetooth-enabled devices(1);

-- Dual expansion slots (Compact Flash Type II and Secure Digital) for superior flexibility in storage and functionality.

The HP Deskjet 460 mobile printer offers flexible connection options making both wireless(2) and wired printing easy. With HP Vivera inks and HP PhotoRET IV six-ink technology(5), this compact, battery-powered mobile printer produces high-quality color documents and lifelike photos. Key features include:

-- Wi-Fi printing from Wi-Fi hotspots, offices or at home and Bluetooth printing for cable-free connections to Bluetooth-enabled devices such as notebooks, handhelds, and camera phones(1);

-- Long lasting, rechargeable, snap-on, ultra-compact lithium-ion battery (up to 450 pages per charge)(6);

-- Professional black-text business documents up to 1200 dots-per-inch (dpi) and vivid, true-to-life photos up to 4800-optimized dpi(7);

SAMNDCA630-07673925

HP Strengthens Mobile Portfolio with Launch of New HP iPAQ Handhelds and Mobile Printer Business Wire
September 26, 2005 Monday 3:00 PM GMT

-- Fast printing speeds, up to 17 pages per minute black (ppm), up to 16 ppm color and 45 seconds for a 4x6 borderless photo print;

-- Multi-format card slots for direct printing from Secure Digital, Compact Flash Type 1 and Multimedia memory cards.

Additional information about the products above is available in an online press kit at www.hp.com/go/mobilitysummit2005.

Availability and pricing

The HP iPAQ rx1950 series, HP iPAQ hx2000 series, HP Deskjet 460 mobile printer and Windows Mobile 5.0 upgrade kit are now available for the following estimated U.S. street prices(8):

-- HP iPAQ rx1950: $299

-- HP iPAQ hx2190: $349

-- HP iPAQ hx2490: $399

-- HP iPAQ hx2790: $499

-- HP iPAQ hx2000 series Windows Mobile 5.0 upgrade: $39

-- HP Deskjet 460 mobile printer: starting at $249

About HP

HP is a technology solutions provider to consumers, businesses and institutions globally. The company's offerings span IT infrastructure, global services, business and home computing, and imaging and printing. For the four fiscal quarters ended July 31, 2005, HP revenue totaled $85.2 billion. More information about HP is available at www.hp.com.

(1) A standard WLAN infrastructure, Wi-Fi infrastructure, other Bluetooth-enabled devices, separately purchased equipment, and a service contract with a wireless airtime provider may be required for applicable wireless communication. Wireless Internet use requires a separately purchased service contract. Check with service provider for availability and coverage in your area. Not all web content available.

(2) Wireless performance is dependent upon physical environment and distance from access point.

(3) Intended for your original content and other lawful uses.

(4) Wireless access point required and is not included. Availability of public wireless access points limited. Wireless Internet use requires separately purchased Internet service contract.

(5) Six-ink printing is available with the purchase of the HP Photo Inkjet Cartridge; not included, sold separately.

(6) Battery standard only with the HP Deskjet 460wbt, HP Deskjet 460wf and HP Deskjet 460cb mobile printers. Maximum charge time is 2 hours for a fully discharged battery. Battery not included, sold separately on HP Deskjet 460c printer.

(7) Up to 4800 by 1200 optimized dpi on premium photo paper using 1200 by 1200 dpi input.

(8) Actual prices may vary.

SAMNDCA630-07673926

HP Strengthens Mobile Portfolio with Launch of New HP iPAQ Handhelds and Mobile Printer Business Wire
September 26, 2005 Monday 3:00 PM GMT

Microsoft and Windows are U.S. registered trademarks of Microsoft Corp. Bluetooth is a trademark owned by its proprietor and used by Hewlett-Packard Company under license. Intel is a registered trademark of Intel Corp. or its subsidiaries in the United States and other countries.

This news release contains forward-looking statements that involve risks and uncertainties, as well as assumptions that, if they ever materialize or prove incorrect, could cause the results of HP and its consolidated subsidiaries to differ materially from those expressed or implied by such forward-looking statements and assumptions. All statements other than statements of historical fact are statements that could be deemed forward-looking statements, including the expected development, performance or rankings of products or services; statements of expectation or belief; and any statement of assumptions underlying any of the foregoing. Risks, uncertainties and assumptions include the development, performance and market acceptance of products and services and other risks that are described from time to time in HP's Securities and Exchange Commission reports, including but not limited to HP's Quarterly Report on Form 10-Q for the fiscal quarter ended April 30, 2005, and other reports filed after HP's Annual Report on Form 10-K for the fiscal year ended Oct. 31, 2004. HP assumes no obligation and does not intend to update these forward-looking statements.

(C) 2005 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice. The only warranties for HP products and services are set forth in the express warranty statements accompanying such products and services. Nothing herein should be construed as constituting an additional warranty. HP shall not be liable for technical or editorial errors or omissions contained herein.

CONTACT: HP Mike Hockey, 281-927-9379 mike.hockey@hp.com HP Media Hotline, 866-266-7272 pr@hp.com www.hp.com/go/newsroom or Porter Novelli for HP Jenny Suh, 408-369-4659 jenny.suh@porternovelli.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** September 27, 2005

SAMNDCA630-07673927