# EXHIBIT 21



7 of 8 DOCUMENTS

Copyright 2006 Business Wire, Inc.
Business Wire

January 4, 2006 Wednesday 9:05 PM GMT

**DISTRIBUTION:** Business Editors; High-Tech Writers

**LENGTH:** 1477 words

**HEADLINE:** Palm Treo 700w Smartphone Available on the Verizon Wireless Network

**DATELINE:** LAS VEGAS Jan. 4, 2006

**BODY:**

First Windows Mobile-based Treo Smartphone on EV-DO Network Offers High-speed Wireless Data Access for Email, Web Browsing and Downloading Office Documents

For businesses and individuals who want the latest all-in-one mobile communications and business-productivity solution, Palm, Inc. (Nasdaq:PALM) and Verizon Wireless today announced the availability of the Palm(R) Treo(TM) 700w smartphone, the first Treo smartphone to take advantage of Verizon Wireless' BroadbandAccess service on its EV-DO network. The Treo 700w smartphone also is the first Treo smartphone to run the Microsoft Windows Mobile operating system, bringing the hallmark Palm ease of use to Windows Mobile for the first time. It combines a great mobile phone with high-speed wireless data access to email(1) and business applications. The Treo 700w smartphone goes on sale tomorrow and joins the Treo 650 smartphone based on the Palm OS(R) platform on the Verizon Wireless network.

BroadbandAccess is Verizon Wireless' premier high-speed wireless data service developed with a range of users in mind. Verizon Wireless' EV-DO (Evolution Data Optimized) network gives customers a fast, convenient way to conduct business while providing employees the speeds required to work efficiently outside the office. Today, about half the U.S. population, in more than 1,180 major metropolitan markets across the nation, can get average download speeds of 400-700 kilobits per second.(2)

"Customers want speed," said Lowell McAdam, Verizon Wireless executive vice president and chief operating officer. "Offering BroadbandAccess on the Treo smartphone for the first time satisfies these growing customer needs. By combining Verizon Wireless' BroadbandAccess service with the flexible and robust Windows Mobile operating system, the Treo 700w smartphone gives mobile professionals and businesses access to their most critical information at lightning speed."

The newest member of the Treo family builds on the award-winning design of the Treo 600 and Treo 650 smartphones and takes advantage of Windows Mobile 5.0, offering Microsoft Office applications for Windows Mobile,

SAMNDCA630-07673928

Page 2
Palm Treo 700w Smartphone Available on the Verizon Wireless Network Business Wire January 4, 2006 Wednesday 9:05 PM GMT

Internet Explorer Mobile and Windows Media Player Mobile; as well as direct access to Microsoft Exchange Server 2003 for mobile access to information.(3) The new smartphone delivers a unique suite of software enhancements on top of Windows Mobile that includes the following:

-- Today Screen enhancements, which feature the ability to "dial by name" with a few keystrokes on the keyboard, perform a web search directly from the Today Screen and perform one-touch dialing with personalized photo speed dials;

-- Ability to manage a call directly from the Today Screen and stay on top of voicemail with on-screen, VCR-like icons, such as rewind, delete and fast-forward controls for easy navigation; and

-- Ability to ignore a call and quickly compose a text message such as "In a meeting" or "Can't talk right now" by selecting the "Ignore with text" option from the incoming-call screen.

"We are ushering in a new era of mobile solutions that provide access to email, Microsoft Office applications and many other functions that extend the value of the PC," said Steve Ballmer, chief executive officer of Microsoft Corporation. "Businesses worldwide are using mobile devices to increase their competitive advantage, and they need solutions that are scalable, low-cost, and easy to deploy. The Treo 700w showcases the dynamic blend of Palm's innovative design, Verizon Wireless's EV-DO network, and the power of Windows Mobile software to connect professionals to their critical information on the go."

"Customers have long been asking for a Palm Treo smartphone on the Windows platform, and we're thrilled to say it's here on the Verizon Wireless network," said Ed Colligan, president and chief executive officer of Palm, Inc. "The Treo 700w smartphone is powerful, flexible and easy to use, while also being enterprise grade right out of the box."

Features That Increase Mobile Productivity:

-- EV-DO access for fast downloads of data, email and large attachments;

-- Robust Windows Mobile 5.0 operating system;

-- Intel(R) XScale(R) technology-based processor;

-- Ability to send and receive email from multiple corporate and personal email accounts, with built-in support for Microsoft Office Outlook Mobile, Hotmail, Yahoo!, AOL, and other POP3 and IMAP accounts;

-- On-device access to Microsoft Office Word Mobile, Office Excel Mobile and Office PowerPoint Mobile for viewing, editing and creating Word and Excel Mobile documents, as well as viewing PowerPoint Mobile presentations. In addition, with Picsel PDF viewer (included on installation CD), customers can view PDF documents;

-- Unified messaging application, including email, SMS and MMS;

-- Support for Wireless Sync to provide the convenience of push email and easy access to personal information-management tools, such as contacts and calendar, as well as enterprise tools, such as device management and file synchronization; and

-- Enough memory to manage business and personal digital needs in one place with 128MB of memory and 60MB of dedicated user storage.

Other Treo 700w Features and Benefits:

-- New 1.3-megapixel camera to shoot crisp, clear digital images and videos;

SAMNDCA630-07673929

Case 5:12-cv-00630-LHK   Document 809   Filed 10/11/13   Page 4 of 5

Page 3
Palm Treo 700w Smartphone Available on the Verizon Wireless Network Business Wire January 4, 2006 Wednesday 9:05 PM GMT

-- Integrated Bluetooth(R) 1.2 wireless technology for communicating with compatible headsets, car kits, computers and printers equipped with Bluetooth technology;

-- Removable battery and non-volatile memory;

-- Voice Command for voice dialing;

-- Expansion card slot (SD, SDIO, and MultiMediaCard compatible); and

-- 240x240 transflective (TFT) screen.

Pricing and Availability

The Palm Treo 700w smartphone from Verizon Wireless is available for $399.99 after $100 instant rebate with a two-year service agreement when accompanied by a voice plan of $39.99 or higher and an unlimited PDA/smartphone data plan. The Treo 700w is available at the 1,900 Verizon Wireless Communications Stores, Verizon Wireless Communications Stores at Circuit City, or on the web at www.verizonwireless.com and www.palm.com. Enterprise customers are encouraged to contact their Verizon Wireless Business Specialist at 800-VZW-4BIZ or www.verizonwireless.com/b2c/businesssolutions.com.

About Palm, Inc.

Palm, Inc., a leader in mobile computing, strives to put the power of computing in people's hands so they can access and share their most important information. The company's products for consumers, mobile professionals and businesses include Palm(R) handheld computers, Palm Treo(TM) smartphones, Palm LifeDrive(TM) mobile managers, as well as software, services and accessories.

Palm products are sold through select Internet, retail, reseller and wireless operator channels throughout the world, and at Palm Retail Stores and Palm online stores (http://www.palm.com/store).

More information about Palm, Inc. is available at http://www.palm.com.

About Verizon Wireless

Verizon Wireless owns and operates the nation's most reliable wireless network, serving 49.3 million voice and data customers. Headquartered in Bedminster, NJ, Verizon Wireless is a joint venture of Verizon Communications (NYSE:VZ) and Vodafone (NYSE:VOD)(LSE:VOD). Find more information on the Web at www.verizonwireless.com. To preview and request broadcast-quality video footage and high-resolution stills of Verizon Wireless operations, log on to the Verizon Wireless Multimedia Library at www.verizonwireless.com/multimedia.

(1) Available from within the Verizon Wireless BroadbandAccess Coverage Area. Email, messaging and web access requires data services at an additional cost. ISP may also be required.

(2) Speed claim based on Verizon Wireless network tests with 5MB FTP data files, without compression. Actual speeds and coverage vary. Palm's independent field tests show that Treo 700w smartphone can deliver speeds of between 400-600 kilobits per second.

(3) Requires Exchange Server 2003 and access enabled by IT administrator.

Broadcast Video and Other Palm Materials

Broadcast video and other materials are available online from Palm's Multimedia Library

SAMNDCA630-07673930

Case 5:12-cv-00630-LHK   Document 809   Filed 10/11/13   Page 5 of 5

Page 4
Palm Treo 700w Smartphone Available on the Verizon Wireless Network Business Wire January 4, 2006 Wednesday 9:05 PM GMT

(www.palm.com/MultimediaLibrary). Press can register at the site, which is hosted by The NewsMarket (www.TheNewsMarket.com), a web-based news and video archive, to browse and preview an extensive content library and order footage directly from their desktops. Registration and ordering on the site is free.

Palm, Palm OS, LifeDrive and Treo are among the trademarks or registered trademarks owned by or licensed to Palm, Inc. All other brand and product names are or may be trademarks of, and are used to identify products or services of, their respective owners.

CONTACT: Palm, Inc. Jimmy Johnson, 408-617-7456 jimmy.johnson@palm.com or A&R Partners for Palm, Inc. Erin Freeley, 650-346-8994 efreeley@arpartners.com or Verizon Wireless Brenda Boyd Raney, 908-306-4834 Brenda.Raney@VerizonWireless.com

URL: http://www.businesswire.com

GRAPHIC: Palm, Inc. and Verizon Wireless today announced the availability of the Palm Treo 700w smartphone, the first Treo smartphone to take advantage of Verizon Wireless' BroadbandAccess service on its EV-DO network. The Treo 700w smartphone also is the first Treo smartphone to run the Microsoft Windows Mobile operating system, bringing the hallmark Palm ease of use to Windows Mobile for the first time. (Photo: Business Wire)

LOAD-DATE: January 5, 2006

SAMNDCA630-07673931