QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**CONSOLIDATED DECLARATION OF DANIEL WOOSEOB SHIM IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

1     I, Daniel Wooseob Shim, declare:

2     1.     I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

    2.     I submit this declaration in support of Samsung's administrative motions to file under seal documents in connection with: (1) Samsung's Motion for Summary Judgment; (2) Samsung's Motion to Exclude Opinions of Certain Apple Experts ("Samsung's *Daubert* Motion"); and (3) Samsung's Motion to Enforce Apple's Compliance with the Court's Case Narrowing Order ("Samsung's Motion to Enforce").

    3.     Specifically, Samsung seeks to seal portions of:

- Samsung's Motion for Summary Judgment;

- Exhibits 1, 2, 4, 6, and 13 to the Declaration of Michael Fazio in Support of Samsung's Motion for Summary Judgment;

- Samsung's *Daubert* Motion;

- Exhibits C, D, M, N, O, Q, S, FF, GG, HH, XX, and ZZ to the Declaration of Michael Fazio in Support of Samsung's *Daubert* Motion;

- Samsung's Motion to Enforce; and

- Exhibit 5 to the Declaration of Michael Fazio in Support of Samsung's Motion to Enforce.

    4.     I understand that some of the documents Samsung seeks to seal include information designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Apple and/or third parties. I have reviewed partially redacted versions of the documents that exclude Apple and third-party confidential information.[1]

---

[1] Exhibits to the Expert Report of Christopher A. Vellturo dated Aug. 12, 2013 were not made available to me. I am informed and believe that the portions of the Report listed in paragraph 5 below include Samsung's confidential financial data.

5. The documents Samsung seeks to seal include Samsung's source code, detailed descriptions of the operations of Samsung's source code, highly confidential financial data (including sales, profits, costs, and margins for the accused Samsung products), and survey data Samsung purchased from third parties under confidentiality agreements. The portions of the exhibits in support of Samsung's motions that Samsung seeks to seal and the type of information are identified below:

| Document | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| *Exhibits to the Fazio Declaration in Support of Samsung's Motion for Summary Judgment* | | |
| Fazio MSJ Decl. Ex. 1 (excerpts from Initial Expert Report of Dr. Todd C. Mowry re Infringement of U.S. Pat. No. 5,946,647 dated Aug. 12, 2013) | p. 43 ¶¶ 112-113 | Detailed descriptions of changes to Samsung's source code and the operation of the Samsung's Browser. |
| | pp. 49-50 ¶¶ 135-137 | Detailed descriptions of the operation of Samsung's source code for the Jelly Bean Browser. |
| | pp. 59-60 ¶¶ 157-158 | Detailed descriptions of the operation of Samsung's source code for the Jelly Bean Browser. |
| | pp. 62-64 ¶¶ 167-169 | Detailed descriptions of the operation of Samsung's source code for Browser and Messenger. |
| | p. 86 ¶¶ 218-219 | Detailed descriptions of the operation of Samsung's source code for Browser and Messenger. |
| | p. 91 ¶ 232 (lines 2 & 6) | Detailed descriptions of Samsung's source code for Samsung's Browser. |
| | pp. 99-100 ¶ 250 (lines 13 & 18); ¶ 251 (line 20); ¶ 252 (line 26); ¶ 253 (line 17); ¶ 254 | Detailed descriptions of Samsung's source code for Samsung's Browser. |
| Fazio MSJ Decl. Ex. 2 (Exhibit 4 to the Expert Report of Todd C. Mowry dated Aug. 12, 2013) | The document in its entirety. | Detailed descriptions of Samsung's source code, including internal software version numbering, and launch and maintenance releases for every accused product. |

| Document | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Fazio MSJ Decl. Ex. 4 (excerpts from Sep. 19, 2013 Depo. of Todd C. Mowry) | pp. 182:19–195:17 | Detailed descriptions of the operation of Samsung's source code. |
| Fazio MSJ Decl. Ex. 6 (Samsung's 3d Supp. Resps. to Apple's Rog. No. 41 dated July 15, 2013) | The document in its entirety. | Detailed descriptions of Samsung's source code, including internal software version numbering, and launch and maintenance releases for every accused product. |
| Fazio MSJ Decl. Ex. 13 (excerpts from Expert Report of Dr. Alex C. Snoeren dated Aug. 12, 2013) | p. 168 ¶ 455 | Detailed descriptions of the operation of Samsung's source code. |

*Exhibits to the Fazio Declaration in Support of Samsung's Daubert Motion*

| Document | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Fazio *Daubert* Decl. Ex. C (excerpts from Expert Report of David Reibstein dated Sep. 13, 2013) | pp. 163-165 ¶¶ 248-250 | Samsung's sales data and calculations that reveal Samsung's sales data. |
| Fazio *Daubert* Decl. Ex. D (excerpts from the Expert Report of Judith A. Chevalier, Ph. D. dated Sep. 13, 2013) | p. 40 n.161 | Proprietary survey data that Samsung purchased under a confidentiality agreement. |
| | p. 42 ¶ 67 & n.310 | Samsung's sales data; proprietary survey data that Samsung purchased under a confidentiality agreement. |
| | p. 73 ¶ 115 & n.329 | Proprietary survey data, including third-party survey data that Samsung purchased under a confidentiality agreement. |
| Fazio *Daubert* Decl. Ex. M (excerpts from the Opening Expert Report of Christopher A. Vellturo, Ph. D. dated Aug. 12, 2013) | p.122 ¶ 325 | Calculations that reveal Samsung's sales data. |
| | p. 157 ¶ 395 | Calculations that reveal Samsung's sales data. |
| | p. 161 ¶ 404 | Details about Samsung's internal accounting categorizations. |

| Document | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| | p. 168 ¶ 422 | Proprietary survey data, including third-party survey data that Samsung purchased under a confidentiality agreement. |
| | p. 171 ¶ 428 | Calculations that reflect Samsung's sales data. |
| | p. 174 ¶ 431 | Calculations that reflect Samsung's per-unit profit margin and pricing data. |
| Fazio *Daubert* Decl. Ex. N (Exhibit 3 to Expert Report of Christopher A. Vellturo dated Aug. 12, 2013) | Numbers in columns "Lost Profits," "Reasonable Royalty," and "Total Damages." | Calculations that reveal Samsung's sales data. |
| Fazio *Daubert* Decl. Ex. O (Exhibit 19A to Expert Report of Christopher A. Vellturo dated Aug. 12, 2013) | All numbers in table from row "Total Units Sold-Smartphones 2" to "Total Units Eligible for LP." | Calculations that reflect Samsung's sales data. |
| Fazio *Daubert* Decl. Ex. Q (Exhibit 13 to Expert Report of Christopher Vellturo dated Aug. 12, 2013) | All data under the columns labeled "Price." | Calculations that reflect Samsung's sales data. |
| Fazio *Daubert* Decl. Ex. S (excerpts from the Rebuttal Expert Report of Jeffrey Chase, Ph. D. dated Sep. 13, 2013) | pp. 19-23 ¶¶ 54, 56, 58-62 | Detailed descriptions of the operation of Samsung's source code. |

| Document | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Fazio *Daubert* Decl. Ex. FF (Exhibit 21A to Expert Report of Christopher Vellturo dated Aug. 12, 2013) | All numbers in table from row "Total Units Sold-Smartphones 2" to "Total Units Eligible for LP." <br><br> All numbers in table from row "Total Units Sold Tablets2/" to "Total Units Eligible for LP" | Calculations that reflect Samsung's sales and capacity data. |
| Fazio *Daubert* Decl. Ex. GG (Exhibit 22A to Expert Report of Christopher Vellturo dated Aug. 12, 2013) | All numbers in table from row "Total Units Sold-Smartphones 2" to "Total Units Eligible for LP." <br><br> All numbers in table from row "Total Units Sold Tablets2/" to "Total Units Eligible for LP" | Calculations that reflect Samsung's sales and capacity data. |
| Fazio *Daubert* Decl. Ex. HH (Exhibit 53A to the Expert Report of Judith A. Chevalier, Ph. D. dated Sep. 13, 2013) | Numbers in column under heading "Total Lost Profits." | Calculations that reflect Samsung's sales data. |
| Fazio *Daubert* Decl. Ex. XX (excerpts from Sep. 19, 2013 Depo. of Todd C. Mowry) | pp. 182:19–195:17 | Detailed descriptions of the operation of Samsung's source code. |
| Fazio *Daubert* Decl. Ex. ZZ (excerpts from Initial Expert Report of Dr. Todd C. Mowry re Infringement of U.S. | p. 43 ¶¶ 112-113 | Detailed descriptions of changes to Samsung's source code and the operation of the Samsung's Browser. |
| | pp. 49-50 ¶¶ 135-137 | Detailed descriptions of the operation of Samsung's source code for the Jelly Bean Browser. |

| Document | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Pat. No. 5,946,647 dated Aug. 12, 2013) | pp. 59-60 ¶¶ 157-158 | Detailed descriptions of the operation of Samsung's source code for the Jelly Bean Browser. |
| | p. 63 ¶ 166 (lines 11-18) | Detailed descriptions of the operation of Samsung's source code for Browser. |
| | p. 85-86 ¶ 217 | Detailed descriptions of the operation of Samsung's source code for Messenger. |
| | p. 91 ¶ 232 (lines 2 & 6) | Detailed descriptions of Samsung's source code for Samsung's Browser. |
| | pp. 99-100 ¶ 250 (lines 13 & 18); ¶ 251 (line 20); ¶ 252 (line 26); ¶ 253 (line 17); ¶ 254 | Detailed descriptions of Samsung's source code for Samsung's Browser. |

*Exhibit to the Fazio Declaration in Support of Samsung's Motion to Enforce*

| Document | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Fazio Mot. to Enforce Decl. Ex. 5 (excerpts from the Opening Expert Report of Christopher A. Vellturo, Ph. D. dated Aug. 12, 2013) | pp. 102-103 ¶¶ 280-281 | Confidential information about Samsung's non-infringing alternatives |
| | p. 102 ¶ 279; p. 107 ¶ 293; pp. 114-116 ¶¶ 310-312; p. 117 ¶ 315; p. 118 ¶ 317; p. 195 ¶ 500 | Confidential information about Samsung's non-infringing alternatives, development process, and proprietary survey data, including consumer purchasing decisions. |
| | p. 104 ¶ 284; pp. 121-122 ¶ 324; pp. 157-158 ¶¶ 395-396 | Samsung's confidential financial data, including calculations that reflect sales and profits, and Samsung's pricing information. |

6. Portions of Samsung's Motion for Summary Judgment, *Daubert* Motion, and Motion to Enforce reflect the confidential information listed in paragraph 5 and should be sealed for the same reasons.

7. As this Court has previously found, disclosure of source code excerpts and file names, and detailed descriptions of code is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products.

8. Samsung considers the product-specific financial data included in these documents to be highly confidential, including detailed information about profits, and profit margins on

various Samsung products. Samsung does not report the type of product-specific revenue, profit or margin data included in these documents to investors, regulatory bodies, the press, or business analysts. This type of information is highly confidential to Samsung and Samsung takes extraordinary steps to maintain the secrecy of the information. Even within Samsung's finance and accounting groups, such data can only be accessed by certain personnel on a restricted, need-to-know basis. This type of data guides Samsung's pricing, distribution, financial planning, and other business decisions.

9. Samsung's financial data was produced in this case to Apple's outside counsel and experts for the sole purpose of calculating supposed damages and were marked "Highly Confidential – Attorneys' Eyes Only" under the Protective Order. Samsung took special precautions when producing detailed financial data, including restricting the distribution of soft copies, copying, and inspection.

10. Product-specific profit data are far more sensitive and confidential than company-wide financial statements because they can be used to determine the lowest price at which Samsung can profitably sell its products. Armed with that information, a competitor could charge a lower price in an effort to gain market share. Competitors could also use knowledge of Samsung's highest- and lowest-performing product lines to target marketing and advertising efforts.

11. Suppliers could use the same information as leverage to negotiate higher prices for components, and carrier and retail partners would be able to leverage knowledge of Samsung's margins to negotiate lower prices for Samsung's smart phone and tablet products.

12. Information about Samsung's internal product development processes and design-around times are likewise highly confidential because competitors could use the information to estimate Samsung's development time frames and release dates. Competitors could then try to beat Samsung to the market, removing any first-mover advantage Samsung may otherwise enjoy.

13. Samsung considers its internal cost accounting categorizations highly confidential. Samsung takes extraordinary steps to maintain the secrecy of the information; only a limited set of

1  personnel within Samsung's finance and accounting groups know how Samsung develops its
2  internal cost accounting categories.
3      14.    In conjunction with the product-specific cost, profit, and profit margin data
4  disclosed publicly during this litigation, an understanding of Samsung's internal cost accounting
5  categorizations can be used to obtain a more granular understanding of the costs and expenses that
6  drive the profit margins on the accused products. Suppliers and business partners may use that
7  information to Samsung's disadvantage during negotiations.

9      I declare under penalty of perjury under the laws of the United States of America that the
10  foregoing is true and correct. Executed in Suwon, South Korea on October 11, 2013.

Daniel Wooseob Shim

**ATTESTATION OF E-FILED SIGNATURE**

I, Matthew Warren, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Daniel Shim.

Dated:  October 10, 2013                              */s/ Matthew Warren*
                                                                    Matthew Warren