# EXHIBIT 40

# CERTIFICATE OF TRANSLATION

As a below named translator, I hereby declare that my residence and citizenship are as stated below next to my name and I hereby certify that I am conversant with both the English and Korean languages and the document enclosed herewith is a true English translation of the Korean patent application No. 2004-91093 filed on November 9, 2004.

**NAME OF THE TRANSLATOR** : Yun-Jeong LEE

**SIGNATURE** :

**Date** : June 20, 2008

**RESIDENCE**   :   MIHWA   BLDG.,   110-2,   MYONGRYUN-DONG   4-GA, CHONGRO-GU, SEOUL 110-524, KOREA

**CITIZENSHIP** : REPUBLIC OF KOREA

SAMNDCA630-00833761

*Translation of Priority Document*

# THE   KOREAN   INTELLECTUAL   PROPERTY   OFFICE

This is to certify that annexed hereto is a true copy from the records of the Korean Intellectual Property Office of the following application as filed.

Application   Number   :   Korean Patent Application   No. 2004-91093

Date   of   Application   : November 9,  2004

Applicant(s)                :   Samsung   Electronics   Co.,   Ltd.

## COMMISSIONER

SAMNDCA630-00833762

# [ABSTRACT OF THE DISCLOSURE]

**[ABSTRACT]**

The present invention relates to a mobile communication system for transmitting packet data in uplink, and more particularly to a method and apparatus for transmitting control information from a user equipment (UE) to a Node B.   A plurality of pieces of data of an upper layer and control information of a MAC layer is multiplexed in a packet transmitted in an uplink from the UE during one transmission period.   Since a header of the packet contains multiplexing information, a Node B demultiplexes the pieces of data of the upper layer from the packet.   The UE inserts control information of a MAC layer into a payload of the packet, and inserts information for demultiplexing the control information of the MAC layer into a header of the packet.   In this case, the information for demultiplexing the control information of the MAC layer is constructed to have the same structure as information for demultiplexing normal user data, so that the structure of the header of the packet is simplified, and the header size of the packet is minimized.

**[REPRESENTATIVE FIGURE]**

FIGURE 5

**[INDEX]**

WCDMA, UPLINK PACKET DATA SERVICE, E-DCH, EUDCH, MAC-e, MUX ID

- 1 -

SAMNDCA630-00833763

[SPECIFICATION]

[TITLE OF THE INVENTION]

METHOD AND APPARATUS FOR SIGNALING CONTROL INFORMATION OF UPLINK PACKET DATA SERVICE IN MOBILE
5   COMMUNICATION SYSTEM

[BRIEF DESCRIPTION OF THE DRAWINGS]

FIG. 1A is a graph illustrating changes in uplink radio resources of a Node B when the Node B-controlled scheduling is not used;

10   FIG. 1B is a graph illustrating changes in uplink radio resources of a Node B when the Node B-controlled scheduling is used;

FIG. 2 illustrates a Node B and UEs which perform uplink packet transmission;

FIG. 3 is a view for illustrating information transmitted/received between
15   a UE and a Node B in order to perform uplink packet transmission;

FIGs. 4A and 4B are block diagrams schematically illustrating the structures of a UE, a Node B and an RNC according to an embodiment of the present invention;

FIG. 5 is a block diagram illustrating the structure of packet data used in
20   an uplink packet data service according to an embodiment of the present invention;

FIG. 6 is a flowchart illustrating the operation of a UE according to an embodiment of the present invention; and

FIG. 7 is a flowchart illustrating the operation of a Node B according to

- 2 -

SAMNDCA630-00833764

an embodiment of the present invention.

**[DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT]**

**[OBJECT OF THE INVENTION]**

5   **[RELATED FIELD AND PRIOR ART OF THE INVENTION]**

The present invention relates to a mobile communication system for transmitting packet data in uplink, and more particularly to a method for efficiently signaling control information which is used to control an uplink packet data service.

10   The asynchronous wideband code division multiple access (WCDMA) communication system utilizes an enhanced uplink dedicated channel (E-DCH or EUDCH).   The EUDCH has been proposed to improve the packet transmission performance in uplink communication of the asynchronous WCDMA communication system.

15   A mobile communication system supporting the EUDCH employs Node B-controlled scheduling scheme and a hybrid automatic retransmission request (HARQ) scheme, thereby maximizing the effectiveness of uplink transmission. According to the Node B-controlled scheduling scheme, the statuses of the channels and the buffers of user equipments (UEs) are reported to the Node B, 20   and then the Node B controls uplink transmissions of the UEs based on the received information.   The Node B allows a great amount of data to be transmitted to UEs having a good channel status, and minimizes the amount of data to be transmitted to UEs having a poor channel status, in order to efficiently utilize limited uplink transmission resources.   According to the HARQ scheme,

- 3 -

SAMNDCA630-00833765

an HARQ is performed between a UE and the Node B, thereby increasing the successful transmission rate as a function of transmission power.   Through the HARQ scheme, the Node B does not discard a data block, in which an error has occurred during transmission of the data block, and soft-combines the data block having the error with a retransmitted data block, thereby increasing the probability of successfully receiving data blocks.

In an uplink, since orthogonality is not maintained between signals transmitted from a plurality of UEs, the uplink signals interfere with each other. For this reason, as the Node B receives more uplink signals, signals interfering with an uplink signal transmitted from a specific UE increases.   Therefore, as signals interfering with an uplink signal transmitted from a specific UE increases, the reception performance of the Node B is degraded.   For this reason, the Node B restricts the number of uplink signals which can be received with its entire reception performance ensured.   The radio resource of a Node B is expressed as shown in equation 1 below.

$$RoT = Io / No \quad \dots\dots\dots\dots\dots\dots\dots\dots\dots\dots\dots\dots\dots\dots\dots\dots \ (1)$$

"$I_O$" represents the total receiving wideband power spectral density of the Node B, and "$N_O$" represents the thermal-noise power spectral density of the Node B.   Therefore, "ROT" represents radio resources which the Node B can allocate for the EUDCH packet data service in an uplink.

FIGs. 1A and 1B are graphs illustrating changes in uplink radio resources which a Node B is able to allocate.

As shown in FIGs. 1A and 1B, the uplink radio resources, which the Node B is able to allocate, may be expressed as the sum of inter-cell interference

- 4 -

SAMNDCA630-00833766

(ICI), voice traffic, and EUDCH packet traffic.   FIG. 1A illustrates changes in the total ROT when the Node B-controlled scheduling is not used.   In this case in which a scheduling for the EUDCH packet traffic is not performed, if a plurality of UEs may simultaneously transmit packet data at high data rates, the

5   total ROT may exceed a target ROT, which degrades the reception performance of the uplink signals.

FIG. 1B illustrates changes in the total ROT when the Node B-controlled scheduling is used.   In this case of using the Node B-controlled scheduling, the Node B prevents a plurality of UEs from simultaneously transmitting packet data

10   at high data rates.   That is, according to the Node B-controlled scheduling, when a high data rate is allowed for a specific UE, low rates are allowed for other UEs, thereby preventing the total ROT from exceeding the target ROT.

As the data rate of a UE becomes higher, the Node B receives higher reception power from the UE, so that the ROT of the UE occupies a greater part

15   of the total ROT.   In contrast, as the data rate of a UE becomes lower, the Node B receives lower reception power from the UE, so that the ROT of the UE occupies a smaller part of the total ROT of the Node B.   The Node B performs the Node B-controlled scheduling for the EUDCH packet data, in consideration of the relationship between the data rate and radio resources and a data rate

20   requested by the UE.

The Node B notifies each UE whether or not EUDCH data can be transmitted based on data rates requested from UEs using the EUDCH or based on channel status information, or performs the Node B-controlled scheduling to adjust the EUDCH data rates.   The Node B-controlled scheduling is regarded as

- 5 -

SAMNDCA630-00833767

an operation where the Node B distributes the ROT to multiple UEs based on the statuses of the channels and the buffers of UEs performing EUDCH communication.

FIG. 2 illustrates a Node B and UEs which performs uplink packet
5  transmission.

Referring to FIG. 2, UEs 210, 212, 214, and 216 transmit uplink packet data at different uplink-channel transmission power levels according to the distances between them and the Node B 200. The UE 210 farthest from the Node B 200 transmits packet data at the highest uplink-channel transmission
10  power level 220, while the UE 214 nearest from the Node B 200 transmits packet data at the lowest uplink-channel transmission power level 224. The Node B 200 may performs a scheduling operation in a manner that makes the transmission power of the uplink channel inversely proportional to the data rate thereof in order to improve the performance of the mobile communication system,
15  to maintain the total ROT, and simultaneously to reduce ICI. Therefore, the Node B 200 allocates relatively fewer transmission resources to the UE 210 having the highest uplink-channel transmission power, and allocates relatively more transmission resources to the UE 214 having the lowest uplink-channel transmission power, thereby efficiently managing the total ROT.

20  FIG. 3 is a view for illustrating a procedure in which a UE is allocated from a Node B with a transmission resource for transmission of EUDCH packet data, and transmits the packet data by using the allocated transmission resource.

Referring to FIG. 3, an EUDCH is established between a Node B 300 and a UE 302 in step 310. Step 310 includes a step of transmitting/receiving

- 6 -

messages through a dedicated transport channel.   In step 312, the UE 302, which has established the EUDCH, transmits information about required transmission resources and information about an uplink channel status to the Node B 300.   The information includes information about the uplink channel

5   transmission power and transmission power margin of the UE 302, and information about buffer status of the UE 302.

The Node B 300 having received the information estimates the uplink channel status by comparing the uplink-channel transmission power with an actually-measured reception power.   That is, if the difference between the

10   uplink-channel transmission power and the uplink-channel reception power is small, the uplink channel status is good.   In contrast, if the difference between the transmission power and the reception power is large, the uplink channel status is poor.   When the UE transmits the transmission power margin in order to estimate an uplink channel status, the Node B 300 estimates the uplink

15   transmission power by subtracting the transmission power margin from an already-known maximum available transmission power of the UE.   The Node B 300 determines an available transmission resource for an uplink packet channel of the UE, based on the estimated channel status of the UE and information about the buffer status of the UE 302.

20   In step 314, the Node B 300 notifies the UE 302 of the determined transmission resource.   In this case, the transmission resource may be the size of data which can be transmitted, i.e. a data rate, or may be an available transmission power.   The UE 302 determines the size of packet data to be transmitted through the reported transmission resource, and transmits data of the

- 7 -

determined size to the Node B 300 in step 316.   In this case, one unit of the packet data transmitted through an EUDCH is called a Media Access Control-enhanced Protocol Data Unit (MAC-ePDU).

As described above, buffer status information, etc. required for providing
5  an uplink packet data service through an EUDCH is essential control information for an efficient scheduling of a Node B.   An entity for transmitting/receiving control information as described above between a UE and a Node B is called a Medium Access Control-EUDCH (MAC-e).   For this reason, the information is called "MAC-e control information".   Therefore, a detailed method for more
10  efficiently signaling the MAC-e control information has been required.


**[SUBSTANTIAL MATTER OF THE INVENTION]**

Accordingly, the present invention has been made to solve the above-mentioned problems occurring in the prior art, and an object of the present
15  invention is to provide a method and apparatus for transmitting/receiving MAC-e control information as a part of a MAC-e PDU in a mobile communication system which supports an uplink.


**[CONSTRUCTION AND OPERATION OF THE INVENTION]**

20  Hereinafter, preferred embodiments according to the present invention will be described with reference to the accompanying drawings.   In the following description of the embodiments of the present invention, a detailed description of known functions and configurations incorporated herein will be omitted when it may obscure the subject matter of the present invention.

- 8 -

SAMNDCA630-00833770

The principal characteristic of the present invention described below is to transmit/receive control information for an uplink packet data service as a part of uplink packet data in a mobile communication system which supports the uplink packet data service.   In the following description, the uplink packet data service

5   will be explained by using an enhanced uplink dedicated channel (EUDCH) for a universal mobile telecommunication service (UMTS), which is a 3rd generation mobile communication.   However, the scope of the present invention is not limited by this system and standard, but includes all kinds of communication systems to which the following description can be applied.

10   A UMTS terrestrial radio access network (UTRAN) includes Node Bs configured with a plurality of cells, and a radio network controller (RNC) for managing radio resources of the cells and Node Bs.

FIGs. 4A and 4B are block diagrams illustrating the structures of a user equipment (UE), a Node B and an RNC for supporting an uplink packet data

15   service according to an embodiment of the present invention.

Referring to FIG. 4A, a UE 402 includes radio link control (RLC) layers 405A to 405C, 407A, and 407B, Control-and-Traffic (C/T) multiplexing units 410A and 410B for inserting multiplexing information into data transmitted from the RLC entities 405 and 407, and a MAC-e/es (Media Access Control for

20   EUDCH/serving RNC) layer 420.

The RLC entities of the RLC layers 405 and 407 are configured for each logical channel or radio bearer, store data generated from an upper layer, and have a size suitable for a radio layer to transmit the data generated from the upper layer.   For reference, the radio bearer represents an upper layer and an RLC

- 9 -

layer configured to process data of a predetermined application, and the logical channel represents a logical channel between an RLC layer and a MAC layer. One logical channel per one radio bearer is configured.

5   The C/T multiplexing units 410 insert multiplexing information into data transmitted from the RLC layer 405.   The multiplexing information may be an identifier of the logical channel, and a receiving side transmits received data to an appropriate RLC layer by making reference to the identifier.   The C/T multiplexing unit 410 is also called a "MAC-d" layer.

10   Data output from one C/T multiplexing unit 410A or 410B is called a "MAC-d flow" 415.   The MAC-d flow 415 is obtained by classifying logical channels according to requested quality of service (QoS).   Data of logical channels requesting the same QoS are classified as the same MAC-d flow, and the MAC-e/es layer 420 can provide a specific QoS for each of the MAC-d flows. The QoS may be controlled, for example, by controlling the number of HARQ

15   retransmission or by adjusting the transmission power.

The MAC-e/es layer 420 includes an E-DCH control unit 425, a multiplexing and TSN (Transmission Sequence Number) setting unit 430, and an HARQ entity 435.

The E-DCH control unit 425 generates control information relating to an

20   EUDCH.   The control information relating to an EUDCH includes information, such as a buffer status or an uplink transmission power.   The information is taken into consideration when a Node B performs a scheduling, and is piggybacked on a MAC-e PDU, which is E-DCH packet data, to be transmitted.

The multiplexing and TSN setting unit 430 inserts multiplexing

- 10 -

SAMNDCA630-00833772

information and a transmission sequence number into data transmitted from an upper layer. The HARQ entity 435 controls the transmission and retransmission of an HARQ of E-DCH packet data. The HARQ entity 435 controls the transmission and retransmission of a MAC-e PDU based on an

5  acknowledge (ACK) or non-acknowledge (NACK) signal transmitted from a Node B 437.

Referring to FIG. 4B, the Node B 437 includes an HARQ entity 450, a demultiplexing unit 455, an E-DCH control unit 445. The HARQ entity 450 controls the transmission and retransmission of an HARQ. That is, the HARQ

10  entity 450 creates and transmits an ACK/NACK signal to the UE 402 in response to a MAC-e PDU, and combines a retransmitted MAC-e PDU with a previously-received and buffered MAC-e PDU.

The demultiplexing unit 455 divides a MAC-e PDU into MAC-es PDUs by using MAC-e PDU header information, and transmits the divided MAC-es

15  PDUs to an RNC 462. When the MAC-e PDU header information includes MAC-e control information, the MAC-e control information is transmitted to the E-DCH control unit 445 by the demultiplexing unit 455.

The E-DCH control unit 445 receives and processes the MAC-e control information. When the MAC-e control information is included in a MAC-e

20  PDU, the MAC-e control information is transmitted to the E-DCH control unit 445, and the E-DCH control unit 445 functions to transmit the control information to a scheduler (not shown).

The RNC 462 includes sequence reordering buffers (reordering queues) 465 and 470, disassembly units 475 and 480, C/T demultiplexing units 485 and

- 11 -

SAMNDCA630-00833773

487, RLC layers 490A to 490C, 492A and 492B.

The sequence reordering buffers 465 and 470 are configured for each of MAC-d flows, and reorder the sequence of MAC-es PDUs.   The TSN inserted into the multiplexing and TSN setting unit 430 is used to reorder the sequence.
5   The disassembly units 475 and 480 disassemble the MAC-es PDUs in each MAC-e flow to RLC PDUs.   The C/T demultiplexing units 485 and 487 function to transmit the RLC PDUs in each MAC-e flow to appropriate RLC entities of the RLC layers 490 and 492.   The RLC layer 490 and 492 reconstructs RLC PDUs to the original upper-layer data, and then transmits the
10   reconstructed data to an upper layer.

One UE includes a plurality of RLC entities 405 and 407, and one RLC entity corresponds to one logical channel.   A plurality of logical channels correspond to one sequence reordering buffer.   For instance, RLC #1 to RLC #3 405A to 405C correspond to the sequence reordering buffer 465, while RLC #4
15   and RLC #5 407A and 407B correspond to the sequence reordering buffer 470.

When the UE 402 is allowed to use an uplink transmission resource from the Node B 437 at a specific time point, the UE 402 brings a predetermined amount of data adaptable for the transmission resource from the RLC entities 405A and 407B, so as to configure and transmit a MAC-e PDU.   The
20   multiplexing and TSN setting unit 430 inserts MAC-e header information into the RLC PDUs transmitted from the RLC entities 405A and 407B, thereby generating a MAC-ePDU.   In this case, there is control information relating to an E-DCH, the control information is also inserted into the MAC-e PDU, so as to be transmitted with the MAC-e PDU.

- 12 -

SAMNDCA630-00833774

FIG. 5 is a block diagram illustrating the structure of a MAC-e PDU according to an embodiment of the present invention.   As shown in FIG. 5, a MAC-e PDU 505 is data actually transmitted through a radio channel, and includes a MAC-e header 510 and a MAC-e payload 515.

5        The MAC-e PDU 505 can contain RLC PDUs created from a plurality of RLC entities, in which RLC PDUs created from the same RLC entity are contained to be located close to each other in one MAC-e PDU, and the RLC PDUs and TSN created from the same RLC entity are contained in the MAC-es PDU 550.   The TSN is information used for the sequence reordering of a

10   corresponding MAC-es PDU.

The MAC-e PDU 505 can contain a plurality of MAC-es PDUs 540 and 550, and the MAC-e header 510 includes multiplexing information relating to the MAC-es PDUs 540 and 550.

The MAC-e header 510 includes k number of header parts 520 and 530

15   (herein, "k" is a natural number greater than one), and the header parts 520 and 530 one-to-one correspond to the MAC-es PDUs 540 and 550 in the sequence of their positions in the MAC-e header 510.   For example, a $k^{th}$ header part 530 corresponds to a $k^{th}$ MAC-es PDU ([k]: MAC-es PDU) 550.   Each header part 520 or 530 includes a multiplexing identifier 522 or 532, the number "N" of

20   PDUs 524 or 534, and a flag "F" 526 or 536.

The multiplexing identifier 532 may be a logical identifier, which is obtained by combining a logical channel identifier, a sequence reordering buffer identifier, and PDU size information.   The MAC-es PDU 550 contains PDUs of one RLC entity, and the multiplexing identifier may contain information about

- 13 -

SAMNDCA630-00833775

the size of the RLC PDUs contained in the MAC-es PDU 550.   For example, when RLC PDUs created from RLC #1 405A are contained in a MAC-es PDU 550, a logical channel identifier corresponding to RLC #1 405A, an identifier for the sequence reordering buffer 465, and information representing the size of the

5   RLC PDU contained in the MAC-es PDU 550 are inserted into the multiplexing identifier 532 of a corresponding $k^{th}$ header part 530.

The relationship between the multiplexing identifier and the logical channel/the sequence reordering buffer/the RLC PDU size is determined by the RNC 462 upon call set-up, and then is reported to the UE 402 and the Node B

10   437.   Table 1 illustrates the relationship between the values of the multiplexing identifier and the logical channel/the sequence reordering buffer/the RLC PDU size.

Table 1

| Multiplexing Identifier | Logical Channel Identifier | Sequence Reordering Buffer Identifier | RLC PDU Size |
|---|---|---|---|
| Mux id 0 | LCH 0 | sequence reordering buffer 0 | 336 bit |
| Mux id 1 | LCH 1 | sequence reordering buffer 0 | 336 bit |
| Mux id 2 | LCH 2 | sequence reordering buffer 1 | 336 bit |
| Mux id 3 | LCH 2 | sequence reordering buffer 1 | 168 bit |

15   The multiplexing and TSN setting unit 430 of the UE 402 stores relationship the information.   When receiving RLC PDUs through a logical channel, the multiplexing and TSN setting unit 430 determines a multiplexing identifier by making reference to the identifier of the logical channel.   If the

- 14 -

SAMNDCA630-00833776

logical channel corresponds to a plurality of multiplexing identifiers, the multiplexing and TSN setting unit 430 determines corresponding multiplexing identifiers by making reference to the size of the received RLC PDUs.   For instance, when receiving RLC PDUs, each of which has a size of 336 bits, from
5   LCH #2, the multiplexing and TSN setting unit 430 configures a MAC-es PDU with the RLC PDUs, and determines a multiplexing identifier to be "2." Although the present invention is described with respect to a multiplexing identifier having a size of 4 bits, the scope of the present invention is not limited thereto.

10       "N" 534 contains information about the number of RLC PDUs 560 contained in the MAC-es PDU 550.   The "N" may have a variable size of 0 to 8 bits.   "F" 536 contains 1-bit information for representing whether the following information is another header part or a MAC-es payload.

       When a MAC-e control information 545 is created at a specific time
15   point, the MAC-e control information 545 is inserted into the MAC-e PDU 505 by the E-DCH control unit 445 of the UE 402, and is then transmitted. According to an embodiment of the present invention, a MAC-es PDU 540 containing the MAC-e control information 545 is called as a MAC-e control service data unit (SDU).   To this end, a special multiplexing identifier value is
20   allocated to indicate the MAC-e control information 545.   That is, separate header information is not defined for the MAC-e control information 545.   For convenience of description, a special multiplexing identifier value corresponding to a MAC-e control SDU 540 will be called "Mux_id_control" in the following description.

- 15 -

SAMNDCA630-00833777

When the MAC-e control information 545 is generated, the UE 402 inserts the MAC-e control information 545 into the MAC-e control SDU 540 of the MAC-e PDU 505, so as to transmit the MAC-e control information 545.   In this case, a multiplexing identifier 522 of the header part 520 corresponding to

5   the MAC-e control SDU 540 is set as the Mux_id_control.

When the Node B 437 receives the MAC-e PDU 505, the Node B 437 divides the MAC-e PDU 505 into MAC-es PDUs 540 and 550 by making reference to the MAC-e header 510.   Since the MAC-es PDU 540, the multiplexing identifier of which is the Mux_id_control, corresponds to a MAC-e

10   control SDU, the MAC-es PDU 540 is transmitted to the EDCH control unit 445.

The N field 524 of the header part 520 corresponding to the MAC-e control SDU 540 may be coded by one of the following three schemes.

- The value of the N field 524 represents the number of the MAC-e control SDUs 540.   In this case, since the N field 524 always has a value of "1",

15   the N field 524 is not needed.

- The value of the N field 524 represents the size of the MAC-e control SDU 540.   In this case, the size of the MAC-e control SDU 540 is determined as a value obtained by multiplying the value of the N field 524 by a predetermined integer.   However, when the MAC-e control SDU 540 includes

20   information about a size, the value of the N field 524 becomes duplicated information.

- The N field 524 is not used for the MAC-e control SDU 540.

FIG. 6 is a flowchart illustrating the operation of a UE 405 according to the first embodiment of the present invention.

- 16 -

SAMNDCA630-00833778

Referring to FIG. 6, when MAC-e control information is created in the E-DCH control unit 425 of the UE 405 in step 605, the E-DCH control unit 425 configures a MAC-e control SDU with the MAC-e control information, and transmits the MAC-e control SDU to the multiplexing and TSN setting unit 430

5   in step 610.   Also, as described above, MAC-es PDUs including RLC PDUs created in RLC entities are transferred to the multiplexing and TSN setting unit 430.   The multiplexing and TSN setting unit 430 creates a header which includes header parts corresponding to the MAC-e control SDU and the MAC-es PDUs.   Each of the header parts includes a multiplexing identifier field, an N

10   field, and an F field, as described above, and fields of header parts corresponding to the MAC-es PDUs are set according to the RLC PDUs.

In step 615, the multiplexing and TSN setting unit 430 sets a multiplexing identifier of a MAC-e header part corresponding to the MAC-e control SDU, as the Mux_id_control which is a predetermined special value.   In

15   step 620, the multiplexing and TSN setting unit 430 sets a value of the N for the MAC-e control SDU.   If it has been set in advance that an N field is not to be used for the MAC-e control SDU, step 620 is omitted.   In step 625, the multiplexing and TSN setting unit 430 sets a value of the F.   If there is a MAC-es PDU which follows to a MAC-e header part corresponding to the MAC-e

20   control SDU, the value of the F is set to "1," and if not, then the value of the F is set to "0."

In step 630, the multiplexing and TSN setting unit configures a MAC-e PDU by concatenating the MAC-e header including the MAC-e header parts, the MAC-e control SDU, and the MAC-es PDUs, and then transmits the MAC-e

- 17 -

SAMNDCA630-00833779

PDU to the Node B.

FIG. 7 is a flowchart illustrating the operation of a Node B according to an embodiment of the present invention.

Referring to FIG. 7, in step 705, the Node B receives a MAC-e PDU 5 from a UE, and transfers the received MAC-e PDU to the demultiplexing unit 455. In step 710, the demultiplexing unit 455 analyzes the MAC-e header of the MAC-e PDU, and divides a MAC-es PDU payload into MAC-es PDUs.

The demultiplexing unit 455 checks multiplexing identifiers for each of the MAC-es PDUs. Step 725 is performed if there is a multiplexing identifier 10 identical to the Mux_id_control which is a predetermined special value, and if not, then step 720 is performed. When a multiplexing identifier is not identical to the Mux_id_control, it means that a relevant MAC-es PDU is a general MAC-es PDU configured with TSN and RLC PDUs. Therefore, in step 720, the corresponding MAC-es PDU is transmitted to the RNC. In contrast, when a 15 multiplexing identifier is identical to the Mux_id_control, it means that a relevant MAC-es PDU is a MAC-e control SDU including MAC-e control information. Therefore, in step 725, the MAC-e control SDU is transmitted to the E-DCH control unit 445.

While the present invention has been shown and described with reference 20 to certain preferred embodiments thereof, it will be understood by those skilled in the art that various changes in form and details may be made therein without departing from the spirit and scope of the invention as defined by the appended claims. Accordingly, the scope of the invention is not to be limited by the above embodiments but by the claims and the equivalents thereof.

- 18 -

**[Effect of the Invention]**

Effects of the present invention, especially the effects obtained by the above-mentioned embodiments, will now be described.

5         According to the present invention, since the same header structures are used for user data and MAC-e control information, the header structure of MAC-e PDUs is formed with consistency. In addition, since a supplementary header field is not required for MAC-e control information, the MAC-e control information can be transmitted without increasing the size of the MAC-e header.

10

**[PATENT CLAIMS]**

1. A method for transmitting control information for an uplink packet data service in a mobile communication system, the method comprising the steps of:

15         forming a protocol data unit (PDU) including uplink packet data;

forming a control service data unit (SDU) including control information for an uplink packet data service;

creating a header which includes header parts corresponding to the control service data unit and the protocol data unit, and establishing a header part

20 corresponding to the protocol data unit;

establishing a header part corresponding to the control service data unit, wherein a multiplexing identifier set to a predetermined specific value, which represents the control service data unit, is inserted into the header part corresponding to the control service data unit; and

- 19 -

SAMNDCA630-00833781

forming an uplink packet data unit by concatenating the control service data unit and the protocol data unit with the header, and transmitting the uplink packet data unit.

5      2. The method as claimed in claim 1, wherein the step of establishing a header part corresponding to the control service data unit comprises a step of inserting either a value of "1" representing the number of the control service data unit or a value representing a size of the control service data unit into the header part corresponding to the control service data unit.

10

3. The method as claimed in claim 1, wherein the step of establishing a header part corresponding to the control service data unit comprises a step of inserting a flag, which represents whether or not the header part corresponding to the control service data unit is a last part of the header, into the header part

15 corresponding to the control service data unit.

4. The method as claimed in claim 1, wherein the control information includes information about a buffer status of a UE, which transmits the uplink packet data service, and information about uplink transmission power thereof.

20

5. A method for receiving control information for an uplink packet data service in a mobile communication system, the method comprising the steps of:

receiving an uplink packet data unit formed by using a header and a payload;

- 20 -

SAMNDCA630-00833782

separating the payload into a plurality of data units, based on header parts included in the header;

identifying multiplexing identifiers of header parts corresponding to the data units;

5        detecting a data unit corresponding to a multiplexing identifier established to a predetermined specific value, among the multiplexing identifiers; and

acquiring control information for an uplink packet data service from the detected data unit.

10

6. The method as claimed in claim 5, wherein the control information includes information about a buffer status of a UE, which transmits the uplink packet data service, and information about uplink transmission power thereof.

15        7. An apparatus for transmitting control information for an uplink packet data service in a mobile communication system, the apparatus comprising:

at least one entity for forming a protocol data unit (PDU) including uplink packet data;

a control unit forming a control service data unit (SDU) including control information for an uplink packet data service; and

20    a multiplexing and transmission sequence number (TSN) setting unit for creating a header, which includes header parts corresponding to the control service data unit and the protocol data unit, establishing a header part corresponding to the protocol data unit and a header part corresponding to the

- 21 -

SAMNDCA630-00833783

control service data unit, and transmitting an uplink packet data unit formed by concatenating the control service data unit and the protocol data unit with the header,

wherein a multiplexing identifier set to a predetermined specific value, 5 which represents the control service data unit, is inserted into the header part corresponding to the control service data unit.

8. The apparatus as claimed in claim 7, wherein the multiplexing and TSN setting unit inserts either a value of "1" representing the number of the 10 control service data unit or a value representing a size of the control service data unit into the header part corresponding to the control service data unit.

9. The apparatus as claimed in claim 7, wherein the multiplexing and TSN setting unit inserts a flag, which represents whether or not the header part 15 corresponding to the control service data unit is a last part of the header, into the header part corresponding to the control service data unit.

10. The apparatus as claimed in claim 7, wherein the control information includes information about a buffer status of a UE, which transmits the uplink 20 packet data service, and information about uplink transmission power thereof.

11. An apparatus for receiving control information for an uplink packet data service in a mobile communication system, the apparatus comprising:

a demultiplexing unit for receiving an uplink packet data unit formed by

- 22 -

SAMNDCA630-00833784

using a header and a payload, separating the payload into a plurality of data units, based on header parts included in the header, and detecting a data unit corresponding to a multiplexing identifier established to a predetermined specific value, among the multiplexing identifiers of header parts corresponding to the data units; and

5

a control unit for acquiring control information for an uplink packet data service from the detected data unit.

12. The apparatus as claimed in claim 11, wherein the control

10  information includes information about a buffer status of a UE, which transmits the uplink packet data service, and information about uplink transmission power thereof.

15

20

- 23 -

SAMNDCA630-00833785



FIG.1A



FIG.1B

SAMNDCA630-00833786



FIG.2

SAMNDCA630-00833787



FIG.3

SAMNDCA630-00833788



FIG.4A

SAMNDCA630-00833789



FIG.4B

SAMNDCA630-00833790



FIG.5



FIG.6



FIG.7

SAMNDCA630-00833793