UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Summary Judgment ("Motion").  The Court, having considered Samsung's Motion for Summary Judgment, the papers submitted by the parties and argument by counsel, HEREBY ORDERS that Samsung is entitled to judgment under Federal Rule of Civil Procedure 56 as to the following:

1. The accused "Jelly Bean" Browser products do not infringe independent claim 1, 4, 6, 8, or 9 of the '647 Patent.  These products include the Samsung Galaxy S III, Galaxy Nexus, Galaxy Note II, Galaxy S II, Galaxy S II Epic 4G Touch, Galaxy S III, and any other accused device that later updates to Jelly Bean, including the Galaxy S II Skyrocket.

2. Claims 11 and 20 of the '414 Patent are invalid under 35 U.S.C. § 102 in light of Windows Mobile 5.0.

3. Claims 24 and 25 of the '959 Patent are invalid by reason of indefiniteness under 35 U.S.C. § 112.

4. Claim 13 of the '596 Patent has a priority date of November 9, 2004.

Therefore, the Court ORDERS that Samsung's Motion for Summary Judgment in this action is GRANTED.

DATED: _____

Hon. Lucy H. Koh
United States District Court Judge