| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor<br>San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 11 | |
| 12 | William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com |
| 13 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543 |
| 14 | Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100 |
| 15 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**NOTICE OF APPEARANCE** |

1  PLEASE TAKE NOTICE that Rachel Kassabian, an attorney with the firm of Quinn
2  Emanuel Urquhart & Sullivan, LLP and admitted to practice before this Court, and whose contact
3  information appears below, hereby enters an appearance as an additional attorney of record for
4  Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
5  Telecommunications America, LLC.

> Rachel Kassabian (CA Bar No. 191060)
> rachelkassabian@quinnemanuel.com
> Quinn Emanuel Urquhart & Sullivan, LLP
> 555 Twin Dolphin Dr 5th Fl
> Redwood Shores, CA 94065
> Telephone: (650) 801-5000
> Facsimile: (650) 801-5100

DATED: October 14, 2013        QUINN EMANUEL URQUHART &
                               SULLIVAN, LLP

                               By: */s/ Rachel Kassabian*
                                   Rachel Kassabian
                                   Attorneys for Defendants Samsung Electronics
                                   Co., Ltd., Samsung Electronics America, Inc., and
                                   Samsung Telecommunications America, LLC