| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) |
| | charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) |
| | kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor |
| | San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| 6 | |
| | Kevin P.B. Johnson (Bar No. 177129 (CA); |
| 7 | 2542082 (NY)) |
| | kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) |
| | victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000 |
| | Facsimile: (650) 801-5100 |
| 11 | |
| | William C. Price (Bar No. 108542) |
| 12 | williamprice@quinnemanuel.com |
| | 865 South Figueroa Street, 10th Floor |
| 13 | Los Angeles, California  90017-2543 |
| | Telephone:  (213) 443-3000 |
| 14 | Facsimile:  (213) 443-3100 |
| 15 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, |
| 16 | INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    PLEASE TAKE NOTICE that John S. Gordon, an attorney with the firm of Quinn
2 Emanuel Urquhart & Sullivan, LLP and admitted to practice before this Court, and whose contact
3 information appears below, hereby enters an appearance as an additional attorney of record for
4 Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
5 Telecommunications America, LLC.

John S. Gordon (CA Bar No. 112750)
johngordon@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

DATED: October 14, 2013          QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP


                                 By: */s/ John S. Gordon*
                                     John S. Gordon
                                     Attorneys for Defendants Samsung Electronics
                                     Co., Ltd., Samsung Electronics America, Inc., and
                                     Samsung Telecommunications America, LLC