QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA);
2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC., and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**NOTICE OF APPEARANCE** |

1    PLEASE TAKE NOTICE that Kenneth R. Chiate, an attorney with the firm of Quinn

2 Emanuel Urquhart & Sullivan, LLP and admitted to practice before this Court, and whose contact

3 information appears below, hereby enters an appearance as an additional attorney of record for

4 Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

5 Telecommunications America, LLC.

> Kenneth R. Chiate (CA Bar No. 039554)
> kenchiate@quinnemanuel.com
> Quinn Emanuel Urquhart & Sullivan, LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, CA 90017-2543
> Telephone: (213) 443-3000
> Facsimile: (213) 443-3100

DATED: October 14, 2013                QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP


                                       By: */s/ Kenneth R. Chiate*
                                           Kenneth R. Chiate
                                           Attorneys for Defendants Samsung Electronics
                                           Co., Ltd., Samsung Electronics America, Inc., and
                                           Samsung Telecommunications America, LLC