WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Apple Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FROM REMOVAL OF SERVICE LIST** |

1   PLEASE TAKE NOTICE that Peter James Shen of WILMER CUTLER PICKERING
2   HALE AND DORR LLP hereby withdraws his appearance as counsel for Plaintiff Apple Inc. in
3   the above-captioned matter.  Additionally, the undersigned request that he be removed from the
4   service list of Plaintiff's counsel.

6   Dated:  October 15, 2013          WILMER CUTLER PICKERING HALE
7                                      AND DORR LLP

9                                     By:  /s/ Mark D. Selwyn
                                           Mark D. Selwyn
                                           950 Page Mill Road
10                                         Palo Alto, CA  94304
                                           Telephone:  (650) 858-6000
11                                         Facsimile:   (650) 858-6100

12                                         Attorney for APPLE INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 15, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

                        /s/ Mark D. Selwyn
                        Mark D. Selwyn