IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., | ) Case No. 12-CV-00630-LHK (PSG) |
| Plaintiff, | ) |
| | ) **DECLARATION OF THIRD-PARTY** |
| | ) **MICROSOFT IN SUPPORT OF** |
| v. | ) **SAMSUNG'S ADMINISTRATIVE** |
| | ) **MOTION TO SEAL CERTAIN** |
| SAMSUNG ELECTRONICS CO., LTD, | ) **SUBMISSIONS CONTAINING HIGHLY** |
| | ) **CONFIDENTIAL MICROSOFT** |
| Defendant. | ) **INFORMATION** |
| | ) |

I, William J. Harmon, declare and state as follows:

1.      I am an attorney at Microsoft Corporation.  Pursuant to Local Rule 79-5, I submit this Declaration in support of Samsung's October 10, 2013, Administrative Motion to File Documents Relating to Samsung's Motion for Summary Judgment Under Seal.  The summary judgment motion itself and certain exhibits to that motion, as are also attached to the Administrative Motion, contain highly confidential Microsoft information that was produced to Samsung pursuant to subpoenas issued in this action.  Specifically, this declaration is submitted to confirm that confidential and sealable information relating to Microsoft's Windows Mobile operating systems is disclosed in Exhibits 14, 19, 23, 24, and 42 of the Declaration of Michael Fazio (D.E. 805) filed in support of Samsung's Administrative Motion to Seal.   I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could competently testify to them on behalf of Microsoft under oath.

2.      The requested relief is necessary and narrowly tailored to protect the confidentiality of the information contained in the afore-mentioned exhibits.

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

**Woodcock Washburn LLP**
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

3.      As part of my role at Microsoft, I am familiar with Microsoft's development of source code for its Windows Mobile operating systems and related information, such as specifications and protocols for synchronization applications for the Windows Mobile systems. Although Microsoft does choose to make certain information, such as emulators, derived from its source code available, Microsoft generally maintains the source code and other related information, such as source code paths and underlying designs, specifications, and protocols for related software, such as the synchronization applications, in confidence.  I am also familiar with the procedures Microsoft employs to maintain in confidence for sales and licensing of its software.

4.      Access to source code and related confidential information is limited within Microsoft to a select group of individuals involved in software development, management, and security.  Source code and related information and software is archived under secure conditions with limited access.  I understand the Microsoft information relating to Windows Mobile operating systems produced to Samsung in response to its subpoenas was obtained from such secure sites within Microsoft.

5.      Source code for Windows Mobile operating systems is maintained under high security because it controls how certain Microsoft devices and software operates.  This security applies even with respect to products that are no longer supported by Microsoft because aspects of such a product's software and underlying code are often the foundation for later generation products.

6.      In this case, confidential information directly related to Microsoft's Windows Mobile operating systems is disclosed in Samsung's Motion for Summary Judgment as well as certain exhibits to that motion; the documents at issue are also exhibited in the Fazio Declaration in support of Samsung's related Administrative Motion to Seal.   In particular:

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

**Woodcock Washburn LLP**
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

- Fazio Exhibit 14 is the rebuttal report of Apple's expert Alex Snoeren, which refers to and exhibits information derived from Microsoft's source code for its Windows Mobile operating systems;

- Fazio Exhibit 23 contains excerpts of the deposition transcript of Gary Hall, a former Microsoft software designer, containing information relating to the design and operation of Microsoft's Windows Mobile operating systems and related ActiveSync protocols;

- Fazio Exhibit 24 is a declaration of Samsung's expert Jeff Chase, which refers to and exhibits information derived from Microsoft's source code for its Windows Mobile operating systems;

- Exhibit 42 of the Fazio Declaration is a document entitled Microsoft Exchange Server ActiveSync Protocol Version 2.5 Reference; and

- Exhibit 3 of the Fazio Declaration is the Samsung summary judgment motion itself, which refers to and discloses the above confidential information.

Public exposure of this information would cause significant competitive harm to Microsoft. Here, because Microsoft is a third party to this litigation and did not choose to put its information into issue, sealing of the information is especially appropriate.

7.      Further confidential sales information for the Windows Mobile 5.0 product group is disclosed in Exhibit 19 to the Fazio Declaration.  This information, produced by Microsoft in response to a subpoena issued by Samsung in this matter, was obtained from Microsoft's MS Sales database, which is maintained in a secure manner within Microsoft.  Access to this database is restricted even among Microsoft employees. Microsoft considers its sales and revenue information to be highly confidential and public disclosure of the information would be harmful to Microsoft's business by making available pricing and other competitive information. Again, because Microsoft did not choose to put this information into issue, sealing of the information is especially appropriate.

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

**Woodcock Washburn LLP**
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

1    I declare under penalty of perjury under the laws of the United States that the foregoing

2    is true and correct to the best of my knowledge and belief.

3

4    Dated:   October 11, 2013                          By:_____

5                                                             William J. Harmon

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Third Party Microsoft in Support of Samsung's
Administrative Motion to Seal Certain Submissions
12-cv-00630-LHK (PSG)

**Woodcock Washburn LLP**
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100