QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**CONSOLIDATED DECLARATION OF DANIEL WOOSEOB SHIM IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

I, Daniel Wooseob Shim, declare:

1. I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Apple's administrative motions to file under seal documents in connection with: (1) Apple's Motion for Summary Judgment; and (2) Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony ("Apple's *Daubert* Motion") (Dkt. Nos. 803 & 806).

3. I understand that some of the documents Apple has moved to seal include information designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Apple and/or third parties. I have reviewed partially redacted versions of the documents that exclude Apple and third-party confidential information.

4. The documents Samsung seeks to seal include Samsung's source code, detailed descriptions of the operations of Samsung's source code, highly confidential financial data (including sales, profits, costs, and margins for the accused Samsung products), information about Samsung's licensing agreements, and survey data Samsung purchased from third parties under confidentiality agreements. The portions of documents that Samsung seeks to seal and the type of information are identified below:

| Documents Filed in Connection with Apple's *Daubert* Motion | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Apple's *Daubert* Motion | p. 1 (lines 23-25); p. 2 (lines 4-18, 24-28 & n.1); p. 3 (lines 1-10); p. 6 (lines 8-28); p. 7 (lines 1-24); p. 8 (lines 7-12 & n.6); p. 10 (lines 18-28); p. 11 (lines 1-6) | Information regarding Samsung's licenses with third parties, including payment terms. |
| | p. 24 (lines 20-25) | Information derived from Samsung's sales data and licensing agreements. |
| McCracken *Daubert* Decl. Ex. A-1 (Excerpted pages 1-14, 165-214 and exhibits | p. 12 ¶ 9 (chart on p. 12) | Samsung's sales data and calculations that reflect sales data. |

| Documents Filed in Connection with Apple's *Daubert* Motion | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| 69-85 to the Expert Report of Judith A. Chevalier, Ph. D. dated Sept. 13, 2013) | p. 12 ¶ 9 (total and per-unit royalty calculations) | Calculations that reflect Samsung's sales data. |
| | p. 13 ¶ 9 (discussion of the higher per-unit rate for Samsung licenses; discussion of Samsung's operating profit); nn.13, 18 | Information that reveals Samsung's licensing rates; Samsung's operating profits. |
| | p. 165 (lines 1 & 3 of ¶ 289) | Calculations that reflect Samsung's profit margins. |
| | p. 169 ¶ 299 | Details regarding Samsung's licensing practices, including payment terms. |
| | pp. 172-173 ¶ 307 | Details regarding Samsung's licenses with third parties. |
| | p. 173 (last sentence of n.699) | Details regarding a licensing agreement between Apple and Samsung, including payment terms. |
| | pp. 178-179 ¶ 321 | Discussion that reveals Samsung's sales data. |
| | p. 180 ¶ 324 | Details regarding Samsung's licenses with third parties, including payment terms. |
| | pp. 180-181 ¶¶ 325-326 | Details regarding Samsung's licenses with third parties, including payment terms. |
| | p. 182 ¶ 327 | Details regarding Samsung's licenses with third parties, including payment terms. |
| | pp. 182-183 ¶¶ 328-332 & n.739; p. 184 ¶ 333; p. 185 ¶ 334 | Details regarding Samsung's licenses with third parties, including payment terms. |
| | pp. 186-187 ¶ 338 & n.748; p. 187 ¶¶ 339-340 & n.751 | Relative profitability of Samsung's phones and details regarding profits on the accused products. |
| | p. 192 ¶ 349 | Samsung's operating profits. |
| | p. 198 ¶ 364 & n.785 | Samsung's estimated design-around times. |
| | p. 200 ¶ 368 | Summary of Samsung's licenses, including royalty rates. |

| Documents Filed in Connection with Apple's *Daubert* Motion | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| | pp. 200-202 ¶¶ 371-374 | Discussion of Samsung's licensing agreements with third parties. |
| | p. 205 (first sentence of ¶ 385 and n.797) | Samsung's revenues and profits from accessory sales. |
| | p. 205 ¶ 386 & n.799 | Detailed survey results reflecting buyer preferences. |
| | pp. 206-207 ¶¶ 390-391 & nn.803-804 | Details regarding Samsung's sales and profits. |
| | p. 208 ¶ 393 | Details regarding Samsung's sales and revenues. |
| | p. 209 (second sentence of ¶ 399) | Details regarding Samsung's licensing history. |
| | pp. 210-211 ¶ 404 | Details regarding licensing proposals during negotiations between Apple and Samsung; information about Samsung's licensing agreements with third parties. |
| | p. 212 ¶ 408 | Details regarding sales and reasonable royalty rates. |
| | Exs. 71, 72, 78-81, 82-84, 85 | Information regarding Samsung's licenses with third parties, including payment terms. |
| McCracken *Daubert* Decl. Ex. A-2 (Excerpts of the Deposition of Judith Chevalier, PhD, dated October 3, 2013) | Samsung does not maintain a claim of confidentiality. | |
| McCracken *Daubert* Decl. Ex. A-3 (Excerpts of the Deposition of Boris Teksler, dated March 16, 2012) | Samsung does not maintain a claim of confidentiality. | |
| McCracken *Daubert* Decl. Ex. B-1 (Excerpted pages 75-77, and Tables 17a-f, 21a-e, 25a-b, 28, 30, and 32 of the Expert Report of Dr. James R. Kearl, dated August 12, 2013) | Samsung does not maintain a claim of confidentiality. | |

| Documents Filed in Connection with Apple's *Daubert* Motion | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| McCracken *Daubert* Decl. Ex. B-2 (Excerpted pages 1, 18-21, 26-29, 33-35, 40-42, 140-144, 255-258, and 299-304 of the Deposition of Dr. James R. Kearl | Samsung does not maintain a claim of confidentiality. | |
| McCracken *Daubert* Decl. Ex. B-3 (Excerpted paragraphs 1, 10, 40-43, 45, 69, 70, Tables 2b, 3b, 4b, 5b, and Appendix B1 of the Expert Report of Dr. Sanjay K. Rao, dated August 12, 2013) | Samsung does not maintain a claim of confidentiality. | |
| McCracken *Daubert* Decl. Ex. B-4 (Excerpted pages 1, 36-38, 54-56, 66, 69-70, 94, 98-99, 209-210, and 241 of the Deposition of Dr. Sanjay K. Rao, dated October 1, 2013) | Samsung does not maintain a claim of confidentiality. | |
| McCracken *Daubert* Decl. Ex. B-7 (excel spreadsheet containing individual scores, RAONDCA630-00001750) | Samsung does not maintain a claim of confidentiality. | |
| McCracken *Daubert* Decl. Ex. B-8 (excel spreadsheets containing relative value scores) | Samsung does not maintain a claim of confidentiality. | |
| McCracken *Daubert* Decl. Ex. B-10 (Excerpted pages 1, 53-57, and 63 of the Rebuttal Expert Report of Christopher A. Vellturo, Ph.D., dated September 13, 2013 | Samsung does not maintain a claim of confidentiality. | |
| McCracken *Daubert* Decl. Ex. C-1 (Excerpted pages 1-8, 23-24, 31, 37-38, 50-51, and 83 of the Rebuttal Expert Report of Daniel Schonfeld Regarding the Validity of U.S. Patent No. 7,577,757, dated September 13, 2013) | Samsung does not maintain a claim of confidentiality. | |

| Documents Filed in Connection with Apple's *Daubert* Motion | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| McCracken *Daubert* Decl. Ex. C-2 (Excerpted pages 1, 130-134, 188-190, 326-327, and 353 of the Deposition Daniel Schonfeld, PhD, dated October 1 and 2, 2013) | Samsung does not maintain a claim of confidentiality. | |
| McCracken *Daubert* Decl. Ex. C-5 (Excerpted pages 1-19, 22-23, 25-27, 825-835, 844-73, 878-80, 931-32, 938-39, and 1251-53 of the Report of Daniel Schonfeld, Ph.D., Regarding Infringement of U.S. Patent Nos. 5,579,239 and 7,577,757, dated August 12, 2013) | p. 1253 | Third-party survey data. |

| Documents Filed in Connection with Apple's Motion for Summary Judgment | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Apple's Motion for Summary Judgment | p. 1 (numbers in the parentheses in lines 24-26) | Confidential maintenance release information. |
| | p. 5 (lines 20-25); p. 6 (lines 1-3, 7-8); p. 7 (lines 14-22); p. 8 (lines 7, 14-18, 28); p. 9 (lines 1-5, 10, 18-20); p. 11 (lines 4-8, 21-24); p. 12 (line 28); p. 13 (lines 1-6, 14-24); p. 14 (lines 22-28) | Detailed descriptions of Samsung's source code. |
| Rho *MSJ* Decl. Ex. A-1 (Excerpted pages 1, 15-17, 72-75 of the Rebuttal Expert Report of Daniel Wigdor, dated September 13, 2013) | Samsung does not maintain a claim of confidentiality. | |
| Rho *MSJ* Decl. Ex. A-2 (Excerpted pages 90-92, 102-109 of the Deposition of Daniel Wigdor, dated September 22, 2013) | Samsung does not maintain a claim of confidentiality. | |
| Rho *MSJ* Decl. Ex. B-1 (Excerpted pages 1-11, 22-29, 39, 40, 42-62, 88-118 of | p. 9:14-16 | Descriptions that reveal the structure of Samsung's source code. |

| Documents Filed in Connection with Apple's Motion for Summary Judgment | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| the Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647, dated August 12, 2013) | p. 9:22-23 | Detailed descriptions of Samsung's source code. |
| | p. 39:10-22 | Detailed descriptions of Samsung's source code. |
| | p. 42:1-2 | Detailed descriptions of Samsung's source code. |
| | p. 42:11-14 | Detailed descriptions of Samsung's source code. |
| | p. 43:11-22 | Detailed descriptions of Samsung's source code. |
| | pp. 48:16-50:14 | Detailed descriptions of Samsung's source code. |
| | pp. 50:19-53:6 | Detailed descriptions of Samsung's source code. |
| | pp. 53:11-54:10 | Detailed descriptions of Samsung's source code. |
| | pp. 54:15-56:10 | Detailed descriptions of Samsung's source code. |
| | pp. 58:11-60:6 | Detailed descriptions of Samsung's source code. |
| | pp. 60:11-61:9 | Detailed descriptions of Samsung's source code. |
| | p. 62:7-18 | Detailed descriptions of Samsung's source code. |
| | pp. 62:23-27 | Detailed descriptions of Samsung's source code. |
| | p. 89:3-20 | Detailed descriptions of Samsung's source code. |
| | p. 90:1-20 | Detailed descriptions of Samsung's source code. |
| | p. 91:2-6 | Detailed descriptions of Samsung's source code. |
| | pp. 92:2- 95:13 | Detailed descriptions of Samsung's source code. |
| | pp. 97:9-101:8 | Detailed descriptions of Samsung's source code. |
| | pp. 101:22-102:26 | Detailed descriptions of Samsung's source code. |
| | p. 103:8-11 | Detailed descriptions of Samsung's source code. |

| Documents Filed in Connection with Apple's Motion for Summary Judgment | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| | p. 103:18-24 | Detailed descriptions of Samsung's source code. |
| | p. 105:1-3 | Detailed descriptions of Samsung's source code. |
| | p. 107:15-16 | Detailed descriptions of Samsung's source code. |
| | p. 111:7-18 | Detailed descriptions of Samsung's source code. |
| | p. 113:25-114:12 | Samsung sales data and relationship with carriers. |
| Rho *MSJ* Decl. Ex. B-2 (Exhibits 3-G to the Todd Mowry Expert Report, dated August 12, 2013) | Document in its entirety. | Detailed descriptions of Samsung's source code. |
| Rho *MSJ* Decl. Ex. B-3 (Exhibits 3-M to the Todd Mowry Expert Report, dated August 12, 2013) | Document in its entirety. | Detailed descriptions of Samsung's source code. |
| Rho *MSJ* Decl. Ex. B-4 (Excerpted pages 1, 47, 58, 64, 88, 89, 91, 185-230 of the Rebuttal Expert Report of Dr. Kevin Jeffay, dated September 13, 2013) | p. iv, headings C.1. – C.3., D.1 – D. 3., E.1 – E.5 and F | Detailed descriptions of Samsung's source code. |
| | p. vii, heading G | Information about the modification of Samsung's source code. |
| | p. 58:4-27 | Detailed descriptions of Samsung's source code. |
| | p. 64:1-28 | Detailed descriptions of Samsung's source code. |
| | pp. 88:21-89:27 | Detailed descriptions of Samsung's source code. |
| | p. 91:1-28 | Detailed descriptions of Samsung's source code. |
| | pp. 186:15-187:10 | Detailed description that reveals the structure of Samsung's source code. |
| | p. 187:14-16 | Detailed description that reveals the structure of Samsung's source code. |
| | p. 187:24-25 | Detailed description that reveals the structure of Samsung's source code. |

| Documents Filed in Connection with Apple's Motion for Summary Judgment | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| | p. 188:9-11 | Detailed descriptions of Samsung's source code. |
| | p. 188:14-25 | Detailed descriptions of Samsung's source code. |
| | p. 189:13-17 | Detailed description that reveals the structure of Samsung's source code. |
| | pp. 190:5-191:3 | Detailed descriptions of Samsung's source code. |
| | pp. 191:5-192:2 | Detailed descriptions of Samsung's source code. |
| | p. 192:8-17 | Detailed description that reveals the structure of Samsung's source code. |
| | p. 194:1-8 | Detailed description that reveals the structure of Samsung's source code. |
| | pp. 194:23-195:2 | Detailed descriptions of Samsung's source code. |
| | p. 195:9-13 | Detailed descriptions of Samsung's source code. |
| | p. 195:17-20 | Detailed descriptions of Samsung's source code. |
| | pp. 196:8-197:25 | Detailed descriptions of Samsung's source code. |
| | pp. 199:25-200:19 | Detailed description that reveals the structure of Samsung's source code. |
| | p. 200:23-25 | Detailed description that reveals the structure of Samsung's source code. |
| | p. 201:7-8 | Detailed description that reveals the structure of Samsung's source code. |
| | p. 201:14-19 | Detailed descriptions of Samsung's source code. |
| | pp. 201:22-202:4 | Detailed descriptions of Samsung's source code. |
| | p. 202:10-203:2 | Detailed descriptions of Samsung's source code. |

| Documents Filed in Connection with Apple's Motion for Summary Judgment | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| | p. 203:8-26 | Detailed descriptions of Samsung's source code. |
| | p. 204:9-205:10 | Detailed descriptions of Samsung's source code. |
| | pp. 205:12-206:10 | Detailed descriptions of Samsung's source code. |
| | pp. 206:16-25 | Detailed description that reveals the structure of Samsung's source code. |
| | p. 208:9-16 | Detailed description that reveals the structure of Samsung's source code. |
| | p. 209:5-10 | Detailed descriptions of Samsung's source code. |
| | p. 209:16-21 | Detailed descriptions of Samsung's source code. |
| | pp. 209:25-210:2 | Detailed descriptions of Samsung's source code. |
| | pp. 210:11-211:27 | Detailed descriptions of Samsung's source code. |
| | p. 212:17-23 | Detailed descriptions of Samsung's source code. |
| | p. 213:11-19 | Detailed descriptions of Samsung's source code. |
| | pp. 213:24-214:3 | Detailed descriptions of Samsung's source code. |
| | p. 214:6-8 | Detailed description that reveals the structure of Samsung's source code. |
| | p. 214:10-15 | Detailed description that reveals the structure of Samsung's source code. |
| | pp. 214:19-219:27 | Detailed descriptions of Samsung's source code. |
| | p. 220:6-17 | Detailed descriptions of Samsung's source code. |
| | pp. 220:25-224:9 | Detailed descriptions of Samsung's source code. |
| | pp. 224:23-225:8 | Detailed descriptions of Samsung's source code. |

| Documents Filed in Connection with Apple's Motion for Summary Judgment | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| | p. 225:10-13 | Detailed descriptions of Samsung's source code. |
| | pp. 225:21-226:9 | Detailed descriptions of Samsung's source code. |
| | p. 226:18-20 | Detailed descriptions of Samsung's source code. |
| | p. 227:4-7 | Detailed descriptions of Samsung's source code. |
| | p. 227:10-13 | Detailed descriptions of Samsung's source code. |
| | p. 227:22-24 | Detailed descriptions of Samsung's source code. |
| | p. 228:5-6 | Detailed descriptions of Samsung's source code. |
| | pp. 228:17-230:18 | Detailed descriptions of Samsung's source code. |
| Rho *MSJ* Decl. Ex. B-5 (Excerpted pages 38-41, 50-53, 58-61, 182-189 of the Deposition of Kevin Jeffay, dated September 24, 2013) | pp. 182:1-184:25 | Detailed descriptions of Samsung's source code. |
| | pp. 185:12-187:15 | Detailed descriptions of Samsung's source code. |
| | p. 189:10-24 | Detailed descriptions of Samsung's source code. |
| Rho *MSJ* Decl. Ex. C-1 (Excerpted pages 1, 149-151, 163-175 of the Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414, dated August 12, 2013) | pp. 151: 27- 152: 3 | Detailed descriptions of Samsung's source code. |
| | p. 163: 18-22 | Detailed descriptions of Samsung's source code. |
| | p. 165:12-14 | Detailed descriptions of Samsung's source code. |
| | p. 166:21-27 | Detailed descriptions of Samsung's source code. |
| | p. 167 all | Detailed descriptions of Samsung's source code. |
| | p. 168:11-27 | Detailed descriptions of Samsung's source code. |
| | pp. 169:1-170:3 | Detailed descriptions of Samsung's source code. |
| | p. 171:3-12 | Detailed descriptions of Samsung's source code. |
| | p. 174:10-27 | Detailed descriptions of Samsung's source code. |

| Documents Filed in Connection with Apple's Motion for Summary Judgment | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Rho *MSJ* Decl. Ex. C-2 (Exhibit 6 to Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414, dated August 12, 2013) | Document in its entirety | Detailed descriptions of Samsung's source code. |
| Rho *MSJ* Decl. Ex. C-4 (Excerpted pages 26-37, 42-65, 86-93, 98-105, 110-141, 146-161 of the Deposition of Jeffrey Chase, dated October 1, 2013) | p. 43:7-12 | Detailed descriptions of Samsung's source code. |
| | p. 45:20-25 | Detailed descriptions of Samsung's source code. |
| | pp. 55:24-56:5 | Detailed descriptions of Samsung's source code. |
| | pp. 59:5-62:10 | Detailed descriptions of Samsung's source code. |
| | pp. 88:6-17-93:10 | Detailed descriptions of Samsung's source code. |
| | pp. 98:11-101:3 | Detailed descriptions of Samsung's source code. |
| | pp. 123:15-133:8 | Detailed descriptions of Samsung's source code. |
| | pp. 138:13-139:10 | Detailed descriptions of Samsung's source code. |
| Rho *MSJ* Decl. Ex. C-5 (Exhibit 7-A to the Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414, dated August 12, 2013) | p. 1:5-6 | Detailed descriptions of Samsung's source code. |
| | p. 8:1-8 | Detailed descriptions of Samsung's source code. |
| | p. 11:6-16 | Detailed descriptions of Samsung's source code. |
| | p. 12:1-12 | Detailed descriptions of Samsung's source code. |
| | p. 16:7-17 | Detailed descriptions of Samsung's source code. |
| | p. 17: All | Detailed descriptions of Samsung's source code. |
| | Appendix: All | Detailed descriptions of Samsung's source code. |
| Rho *MSJ* Decl. Ex. C-6 (Exhibit 7-N to the Expert Report of Dr. Alex C. Snoeren Concerning U.S. | p. 1:4-5 | Detailed descriptions of Samsung's source code. |
| | p. 7:9-15 | Detailed descriptions of Samsung's source code. |

| Documents Filed in Connection with Apple's Motion for Summary Judgment | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Patent Nos. 6,847,959 and 7,761,414, dated August 12, 2013) | p. 10:4-16 | Detailed descriptions of Samsung's source code. |
| | p. 11:1-10 | Detailed descriptions of Samsung's source code. |
| | p. 15: All | Detailed descriptions of Samsung's source code. |
| | p. 16:1-15 | Detailed descriptions of Samsung's source code. |
| | Appendix: All | Detailed descriptions of Samsung's source code. |
| Rho *MSJ* Decl. Ex. D-1 (Excerpted pages 1-2, 95-121, 154-163, 180-184, 186, 187 and exhibits 1-9 of the Expert Report of Martin Rinard, Ph.D. Regarding The Validity of Claims 24 and 25 of U.S. Patent No. 6,847,959, dated August 12, 2013) | Samsung does not maintain a claim of confidentiality. | |
| Rho *MSJ* Decl. Ex. D-2 (Excerpted pages 174-189, 202-217, 222-229 of the Deposition of Martin Rinard, Ph.D., dated October 2, 2013) | Samsung does not maintain a claim of confidentiality. | |
| Rho *MSJ* Decl. Ex. E-4 (Excerpted pages 2-5, 169-172 of Samsung's Supplemental Responses to Apple's Fifth Set of Interrogatories (No. 38), dated May 13, 2013) | Samsung does not maintain a claim of confidentiality. | |
| Rho *MSJ* Decl. Ex. E-5 (Excerpted pages 210, 219, 220, 225-227, 326, 327, 336-339 of the Depositions of Daniel Schonfeld, Ph.D. dated October 3-4, 2013) | Samsung does not maintain a claim of confidentiality. | |

| Documents Filed in Connection with Apple's Motion for Summary Judgment | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| Rho *MSJ* Decl. Ex. E-6 (Excerpted pages 1224-1228, 1231, 1232 of the Expert Report of Dan Schonfeld, PhD. Regarding Infringement of U.S. Patent Nos. 5,579,239 and 7,577,757, dated August 12, 2013) | Samsung does not maintain a claim of confidentiality. | |
| Rho *MSJ* Decl. Ex. E-7 (Excerpted pages 23, 24, 30, 43, 46-53, 55 of the Rebuttal Expert Report of Dan Schonfeld Regarding the Validity of U.S. Patent No. 7,577,757, dated September 13, 2013) | Samsung does not maintain a claim of confidentiality. | |
| Cockburn *MSJ* Decl. Ex. 1 (Excerpted pages 1, 2, 6-8, 118-140 of the Report of Professor Andrew Cockburn, dated August 12, 2013) | p. 2 (lines 14-20) | Detailed descriptions of Samsung's source code. |
| Cockburn *MSJ* Decl. Ex. 2 (Exhibit 4-5 of the Report of Professor Andrew Cockburn, dated August 12, 2013) | Samsung does not maintain a claim of confidentiality. | |
| Cockburn *MSJ* Decl. Ex. 3 (Exhibit 4-6 of the Report of Professor Andrew Cockburn, dated August 12, 2013) | Samsung does not maintain a claim of confidentiality. | |

5. As this Court has previously found, disclosure of source code excerpts and file names, and detailed descriptions of code is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products.

6. Samsung considers the product-specific financial data included in these documents to be highly confidential, including detailed information about profits, and profit margins on various Samsung products. Samsung does not report the type of product-specific revenue, profit or margin data included in these documents to investors, regulatory bodies, the press, or business analysts. This type of information is highly confidential to Samsung and Samsung takes

extraordinary steps to maintain the secrecy of the information. Even within Samsung's finance and accounting groups, such data can only be accessed by certain personnel on a restricted, need-to-know basis. This type of data guides Samsung's pricing, distribution, financial planning, and other business decisions.

7.     Samsung's financial data was produced in this case to Apple's outside counsel and experts for the sole purpose of calculating supposed damages and were marked "Highly Confidential – Attorneys' Eyes Only" under the Protective Order. Samsung took special precautions when producing detailed financial data, including restricting the distribution of soft copies, copying, and inspection.

8.     Product-specific profit data are far more sensitive and confidential than company-wide financial statements because they can be used to determine the lowest price at which Samsung can profitably sell its products. Armed with that information, a competitor could charge a lower price in an effort to gain market share. Competitors could also use knowledge of Samsung's highest- and lowest-performing product lines to target marketing and advertising efforts.

9.     Suppliers could use the same information as leverage to negotiate higher prices for components, and carrier and retail partners would be able to leverage knowledge of Samsung's margins to negotiate lower prices for Samsung's smart phone and tablet products.

10.    Information about Samsung's internal product development processes and design-around times are likewise highly confidential because competitors could use the information to estimate Samsung's development time frames and release dates. Competitors could then try to beat Samsung to the market, removing any first-mover advantage Samsung may otherwise enjoy.

11.    Samsung is actively engaged in licensing negotiations concerning a wide range of patents.

12.    Samsung considers non-public terms of its licensing agreements, including payment terms, highly confidential because future licensing counter-parties could use the information to Samsung's disadvantage during negotiations.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.  Executed in Los Angeles, California on October 15, 2013.



Daniel Wooseob Shim

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael Fazio, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Daniel Shim.

Dated:  October 15, 2013                                         */s/ Michael Fazio*
                                                                                Michael Fazio