JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF JENNIFER RHO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S MOTION TO ENFORCE APPLE'S COMPLIANCE WITH THE COURT'S ORDER REGARDING CASE NARROWING** |

I, Jennifer Rho, declare and state as follows:

1. I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple").  Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in connection with Samsung's Motion to Enforce Apple's Compliance with the Court's Order Regarding Case Narrowing.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. On October 10, 2013, Samsung filed an Administrative Motion to File Documents Under Seal Relating To Samsung's Motion to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing.  D.I. 804.  The motion seeks to seal portions of the motion as well as Exhibits 3-10 of the Declaration of Michael L. Fazio filed in support thereof.  D.I. 804.  Samsung filed a declaration of Daniel Wooseob Shim in support of its motion to seal these documents.  D.I. 810.

3. Exhibits 6 and 8 to the Declaration of Michael L. Fazio contain Apple confidential technical information related to source code.  In particular, the technical information at issue here, which is source code, derived from source code, or closely related to source code, is similar to other information the Court has ordered sealed.  *See Apple, Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-1846, D.I. 2250-1 at 7-8 (Feb. 20, 2013), D.I. 2397 at 2-3 (Sep. 11, 2013).

4. As this Court has previously held, "[c]onfidential source code clearly meets the definition of a trade secret" and is sealable under the "compelling reasons" standard. *Apple, Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-1846, D.I. 2190 at 3 (Dec. 10, 2012), D.I. 2046 at 3 (Oct. 16, 2012), D.I. 1649 at 8 (Aug. 9, 2012) (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011). The specific Apple technical information at issue here is non-public. Apple treats its source code with the utmost confidentiality, restricting access even within Apple to such source code. *See, e.g.,* Declaration of Cyndi Wheeler, D.I. 685 at ¶¶ 4-5; *see also* Declaration of Cyndi Wheeler, D.I. 803-2.  As Apple in-house attorney, Cyndi Wheeler, has explained, Apple maintains extremely tight controls on its source code that limits access to such source code, as Apple considers its unique source code to be its own trade secrets and the subject of independent economic value.  *See, e.g.,* D.I. 685 at ¶¶ 3-10; D.I. 803-02.  Disclosure of such source

code information, which has always been non-public, would cause Apple harm and cause Apple to lse significant competitive advantage. *Id.* Even in this litigation, where source code must be produced in discovery, it is treated with the utmost confidentiality and additional restrictions regarding its protection were implemented. Protective Order, D.I. 512 at ¶ 11.

5. In particular, Apple maintains that the highlighted portions of the following exhibits to the Declaration of Michael L. Fazio contain confidential source code information:

   a. Exhibit 6, at pages 50-59, contains information about specifically where in Apple's source code certain functionality of Apple's products is located. It lists the exact source code file paths. This document is substantially the same as Exhibit 11 to the Declaration of Amar Thakur described in the July 15, 2013 declaration of Cyndi Wheeler. *See* D.I. 685 at ¶ 10. Ms. Wheeler explained that this document identifies the names of certain source code files and functionality in currently-available iOS software, and that the information provided in the document could be used to replicate those features. *Id.*

   b. Exhibit 8, at page 16-18, contains information about specifically where in Apple's source code certain functionality of Apple's products is located. Exhibit 8 is a substantially similar document to Exhibit 6 and is sealable for the same reasons.

6. The relief requested by Apple is necessary and has been narrowly tailored to protect only Apple's confidential, technical information and source code.

7. As the ECF system does not provide a mechanism for e-filing the foregoing exhibits under seal, Apple will lodge with the Court copies with proposed material to be sealed highlighted in yellow.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: October 15, 2013

                                              */s/ Jennifer Rho*
                                              Jennifer Rho

**ATTESTATION**

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jennifer Rho has concurred in this filing.

Dated: October 15, 2013

                                          /s/ *H. Mark Lyon*

                                          H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: October 15, 2013                     /s/ *H. Mark Lyon*