Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL [DOCKET NOS. 802, 803, 805, 806, 808]** |

I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Apple's Administrative Motions to File Under Seal and Samsung's Administrative Motions to File Under Seal. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS**

2. On October 10, 2013, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") filed an administrative motion to file documents under seal (Docket No. 802), which sought to protect information designated as confidential by non-party Google and discussed in Samsung's Motion to Exclude Opinions of Certain of Apple's Experts (Docket No. 802, Attachment 3) ("Motion"); and Exhibits to the Declaration of Michael L. Fazio In Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts ("Fazio Declaration") (Docket Nos. 802 and 807). Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Samsung's Administrative Motion to File Its Motion to Exclude Opinions of Certain of Apple's Experts (Docket No. 802), to the extent Samsung's Motion and supporting documents reference non-party Google's highly confidential or proprietary business information.

3. Selected portions of Exhibit M to the Fazio Declaration (Docket No. 802, Attachment 21, at 61) discuss the June 13, 2013 deposition testimony of Fred Quintana. Mr. Quintana's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Quintana testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

4. Selected portions of Exhibit M to the Fazio Declaration (Docket No. 802, Attachment 21, at 62) discuss the June 11, 2013 deposition testimony of Paul Westbrook. Mr. Westbrook's deposition transcript is highly confidential under the protective order governing

confidentiality in this action (Docket No. 171) because, among other things, Mr. Westbrook testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

5.  Selected portions of Exhibit M to the Fazio Declaration (Docket No. 802, Attachment 21, at 62) discuss proprietary information that is confidential to non-party Google, including communications among Google engineers regarding internal development discussions and decisions, produced under the protective order governing confidentiality in this action (Docket No. 171).

6.  Selected portions of Exhibit M to the Fazio Declaration (Docket No. 802, Attachment 21, at 106-107) discuss the July 26, 2013 deposition testimony of Hiroshi Lockheimer.  Mr. Lockheimer's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Lockheimer testified regarding proprietary functionality and internal development discussions that are confidential to non-party Google.

7.  Selected portions of Exhibit M to the Fazio Declaration (Docket No. 802, Attachment 21, at 114) discuss proprietary information that is confidential to non-party Google, including internal strategy, deliberations, and discussions, produced under the protective order governing confidentiality in this action (Docket No. 171).

### APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

8.  On October 10, 2013, Apple Inc. ("Apple") filed an administrative motion to file documents under seal (Docket No. 803), which sought to protect information designated as confidential by non-party Google and discussed in Apple's Motion for Partial Summary Judgment (Docket No. 803, Attachment 3) ("Motion"); Exhibits to the Declaration of Jennifer J. Rho In Support of Apple's Motion for Partial Summary Judgment ("Rho Declaration") (Docket No. 803); and Exhibits to the Declaration of Andrew Cockburn In Support of Apple's Motion for Partial Summary Judgment (Docket No. 803).  Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Apple's Administrative Motion to File Its Motion for Partial

Summary Judgment Under Seal (Docket No. 803), to the extent Apple's Motion and supporting documents reference non-party Google's highly confidential or proprietary business information.

9. Selected portions of Apple's Motion (Docket No. 803, Attachment 4, at 11) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

10. Selected portions of Exhibit B-1 to the Rho Declaration (Docket No. 803, Attachment 11, at 90) discuss proprietary information that is confidential to non-party Google, including communications among Google engineers regarding development strategy and plans, produced under the protective order governing confidentiality in this action (Docket No. 171).

11. Selected portions of Exhibit B-2 to the Rho Declaration (Docket No. 803, Attachment 11) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

12. Selected portions of Exhibit B-4 to the Rho Declaration (Docket No. 803, Attachment 11, at 194 and 208) discuss proprietary information that is confidential to non-party Google, including communications among Google engineers regarding development strategy and plans, produced under the protective order governing confidentiality in this action (Docket No. 171).

13. Selected portions of Exhibit C-1 to the Rho Declaration (Docket No. 803, Attachment 11, at 163-164, and 166-167) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

14. Selected portions of Exhibit C-1 to the Rho Declaration (Docket No. 803, Attachment 11, at 170 and 172) discuss the June 11, 2013 deposition testimony of Paul Westbrook. Mr. Westbrook's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr.

Westbrook testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

15. Selected portions of Exhibit C-1 to the Rho Declaration (Docket No. 803, Attachment 11, at 172 and 175) discuss proprietary information that is confidential to non-party Google, including proprietary and confidential architecture of Google's servers and communications among Google engineers regarding development strategy and plans, produced under the protective order governing confidentiality in this action (Docket No. 171).

16. Selected portions of Exhibit C-1 to the Rho Declaration (Docket No. 803, Attachment 11, at 172-173) discuss the June 13, 2013 deposition testimony of Fred Quintana. Mr. Quintana's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Quintana testified regarding proprietary functionality and internal business processes that are confidential to non-party Google.

17. Selected portions of Exhibit C-2 to the Rho Declaration (Docket No. 803, Attachment 11) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

18. Selected portions of Exhibit C-4 to the Rho Declaration (Docket No. 803, Attachment 11) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

19. Selected portions of Exhibit C-5 to the Rho Declaration (Docket No. 803, Attachment 11) discuss Google's highly confidential and proprietary source code produced under the protective order governing confidentiality in this action (Docket No. 171) and the agreed addendum to the protective order regarding Google source code production (Docket No. 159).

20. Selected portions of Exhibit C-6 to the Rho Declaration (Docket No. 803, Attachment 11) discuss Google's highly confidential and proprietary source code produced under

1  the protective order governing confidentiality in this action (Docket No. 171) and the agreed

2  addendum to the protective order regarding Google source code production (Docket No. 159).

### SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR SUMMARY JUDGMENT

5   21.   On October 10, 2013, Samsung filed an administrative motion to file documents under seal (Docket No. 805), which sought to protect information designated as confidential by non-party Google and discussed in Samsung's Motion for Summary Judgment (Docket No. 805, Attachment 4) ("Motion"); and Exhibits to the Declaration of Michael L. Fazio In Support of Samsung's Motion for Summary Judgment ("Fazio Declaration") (Docket Nos. 805, 808, 809, and 811).  Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Samsung's Administrative Motion to File Its Motion for Summary Judgment Under Seal (Docket No. 805), to the extent Samsung's Motion and supporting documents reference non-party Google's highly confidential or proprietary business information.

14   22.   Selected portions of Exhibit 13 to the Fazio Declaration (Docket No. 808, Attachment 20, at 55) discuss proprietary information that is confidential to non-party Google, including communications among Google engineers regarding development strategy and plans, produced under the protective order governing confidentiality in this action (Docket No. 171).

### APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO EXCLUDE CERTAIN SAMSUNG EXPERT TESTIMONY

20   23.   On October 10, 2013, Apple Inc. ("Apple") filed an administrative motion to file documents under seal (Docket No. 806), which sought to protect information designated as confidential by non-party Google and discussed in Apple's Motion to Exclude Certain Samsung Expert Testimony (Docket No. 806, Attachment 3) ("Motion"); and Exhibits to the Declaration of Casey McCracken In Support of Apple's Motion to Exclude Certain Samsung Expert Testimony ("McCracken Declaration") (Docket No. 806).  Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of Apple's Administrative Motion to File Its Motion to Exclude Certain Samsung Expert Testimony (Docket No. 806), to the extent Apple's Motion and

28

1  supporting documents reference non-party Google's highly confidential or proprietary business information.

2  24.  Selected portions of Apple's Motion (Docket No. 806, Attachment 3, at 11) discuss proprietary information that is confidential to non-party Google concerning a license agreement with a different non-party, produced under the protective order governing confidentiality in this action (Docket No. 171).

25.  Selected portions of Exhibit A-1 to the McCracken Declaration (Docket No. 806, Attachment 6, at 197-198) discuss the July 26, 2013 deposition testimony of Hiroshi Lockheimer. Mr. Lockheimer's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 171) because, among other things, Mr. Lockheimer testified regarding proprietary functionality and internal development discussions that are confidential to non-party Google.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Francisco, California, on October 15, 2013.

By /s/ Kristin J. Madigan
Kristin J. Madigan