JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 12-cv-00630-LHK <br><br> **DECLARATION OF PETER J. KOLOVOS REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Declaration of Peter J. Kolovos
Case No. 12-cv-00630 (LHK)

ActiveUS 116987089v.2

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Samsung filed an Administrative Motion to File Documents Under Seal (Dkt. No. 805), including portions of Samsung's Motion for Summary Judgment (Dkt. No. 805-3) and Exhibits 38 and 39 to the Declaration of Michael L. Fazio in Support of Samsung's Motion for Summary Judgment (Dkt. No. 805-5) ("Fazio Summary Judgment Declaration").

3. Apple does not seek to maintain any part of Samsung's Motion for Summary Judgment under seal. Apple also does not seek to maintain any part of Exhibits 38 and 39 to the Fazio Summary Judgment Declaration under seal.

4. Samsung filed an Administrative Motion to File Documents Under Seal (Dkt. No. 802), including portions of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts ("Samsung's Motion") (Dkt. No. 802-4) and Exhibits QQ, RR, SS, and TT to the Declaration of Michael L. Fazio in Support of Samsung's Motion ("Fazio Declaration") (Dkt. No. 802-6).

5. Apple does not seek to maintain any part of Section V from Samsung's Motion (pages 23 and 24) under seal. Apple also does not seek to maintain any part of Exhibit TT to the Fazio Declaration under seal.

6. Exhibits QQ, RR, and SS to the Fazio Declaration contain information that has been designed "Highly Confidential – Attorneys' Eyes Only" by Apple and third parties.

7. Attached hereto as Exhibit A is a proposed redacted version of Exhibit QQ to the Fazio Declaration, which is the Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449. The portions of paragraphs 65, 66, 68, 76, 78-80, 95-96, 98, 101, 107, 109, 112, 114, 118, 120, 137-38, 153, 156, 163-64,

1   167, 173-74, 178-81, 183-86, 189, 192, 194, 196-99, 201, 203-05, 209-10, 214, 216-17, 222-23,
2   225-26, 229-30, 332, 340, 371-75, 378, 383, 387, 394, 397, 416, 438, 527, 574, 584, 753, 786,
3   788, 844 highlighted in Exhibit A contain information that was designated as "Highly
4   Confidential – Attorneys' Eyes Only" by third parties Stewart Cheifet, Ricoh Americas Corp.,
5   Casio America, Inc., ArcSoft, Inc., Sony, Microsoft, Kodak, Kenneth Parulski, Hitachi, Mitchael
6   C. Freeman, Richard Freeman, Chad Boss, Michael H. Freeman, and Intel. Apple requests that
7   the court allow time for Apple to notify these third parties about their confidential information
8   disclosed in this exhibit (in the event Samsung has not already done so) so that these third parties
9   can file declarations in support of sealing if appropriate.

10          8.      Attached hereto as Exhibit B is a proposed redacted version of Exhibit RR to the
11   Fazio Declaration, which is the Corrected Expert Report of James A. Storer, Ph.D. Regarding
12   Non-Infringement of the Asserted Claims of U.S. Patent Nos. 5,579,239 and 6,226,449. The
13   portions of page vi and paragraphs 52, 57, 59-100, 103-112, 127-155, 159-161, 164-66, 168-223,
14   226, 228-29, 233-35, 237-59, 261-91, 294, 296, 329-39, 344, 349-54, 357, 391-92, 464, 477-80,
15   482-502, 505-08, 511-19, 526, 530, 532-36, 540, 542, 544, 549, 551, 560, 568, 574, 582, 587-88,
16   591-92, 597, 601, 603-04, 606-12, 619-26, 629-30, 632, 643, 653-54, 656, 658, 659, 666, 676,
17   684-89, 692, 694-96, 701, 706, and 716 highlighted in Exhibit B contain detailed technical
18   information describing the internal operation and configuration of the accused products and
19   source code in the accused products. Exhibit B contains proprietary Apple information and the
20   public disclosure of this information would be harmful to Apple for similar reasons as stated in
21   the Declaration of Beth Kellermann in Support of Apple's Motion to Seal Trial Exhibits (*Apple
22   Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1504 at
23   3) (supporting sealing schematics showing the configuration of Apple's products because
24   detailed information of this kind constitutes trade secret information)). The Court has previously
25   granted Apple's request to seal product schematics that contain a similar level of detail regarding
26   the accused Apple products. *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case

27
28

ActiveUS 116987089v.2

2

Declaration of Peter J. Kolovos
Case No. 12-cv-00630 (LHK)

1  No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (granting Apple's request to seal schematics related to the Apple iBook and iSight and Apple source code).

9. The portions of paragraphs 62-65, 129-152, 391, 394, 396, 477, 482, 484, 542, and 543 highlighted in Exhibit B contain detailed technical information describing the internal operation and configuration of components of the accused products. Exhibit B contains the proprietary information of Apple and Apple's component suppliers and the public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Beth Kellermann in Support of Apple's Motion to Seal Trial Exhibits (*Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1504 at 3) (supporting sealing schematics showing the configuration of Apple's products because detailed information of this kind constitutes trade secret information)). The Court has previously granted Apple's request to seal product schematics that contain a similar level of detail regarding the accused Apple products. *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (granting Apple's request to seal schematics related to the Apple iBook and iSight).

10. The portions of paragraphs 363, 371-74, 378, 382, 391, 399 (n.16), 404-06, 422, 429, 531, 534, 536, 538, 540, 541, 733-34 highlighted in Exhibit B contain information that was designated as "Highly Confidential – Attorneys' Eyes Only" by third parties Hitachi, Intel, OmniVision, Richard Freeman, Mitchael C. Freeman, Chad Boss, and Michael H. Freeman. Apple requests that the court allow time for Apple to notify these third parties about their confidential information disclosed in this exhibit (in the event Samsung has not already done so) so that these third parties can file declarations in support of sealing if appropriate.

11. Attached hereto as Exhibit C is a proposed redacted version of Exhibit SS to the Fazio Declaration, which is the transcript of the September 26-27, 2013 deposition of James A. Storer, Ph.D. The following portions of Exhibit C contain detailed technical information regarding the internal operation and configuration of the accused Apple products: 105:18-22, 106:20-24, 107:10-11, 269:2-10, 270:3-15, 295:20-23, 296:12-14, 297:10-13, 302:5-12, 302:24-

3

Declaration of Peter J. Kolovos
Case No. 12-cv-00630 (LHK)

ActiveUS 116987089v.2

25, 304:10-305:24, 306:7-20, 307:7-25, 308:9-309:2, 309:15-310:18, 310:23-311:3, 311:8-312:5, 312:16-19, 313:17-22, 314:13-317:21, 318:1-23, 319:2-17, 319:22-321:5, 321:11-322:2, 331:14-20, 334:3-12, 335:1-4, 335:14-20, 336:4-18, 338:23-339:2, 341:24-342:2, 342:18-21, 348:3-10, 349:16, 349:22, 350:4, 368:22-369:9, 369:16-21, 370:15-371:6, 371:9-11, 371:14-16, 371:22-24, 372:1-15, 372:23-25, 373:13-25, 374:8-9, 374:13-19, 375:20-22, 376:10-21.  Exhibit C contains proprietary Apple information and the public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Beth Kellermann in Support of Apple's Motion to Seal Trial Exhibits (*Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1504 at 3) (supporting sealing schematics showing the configuration of Apple's products because detailed information of this kind constitutes trade secret information)).  The Court has previously granted Apple's request to seal product schematics that contain a similar level of detail regarding the accused Apple products.  *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (granting Apple's request to seal schematics related to the Apple iBook and iSight).

12. The following portions of Exhibit C contain detailed discussion of source code of the accused Apple products: 173:4-6, 173:15-174:13, 175:4-11, 180:18-181:21, 182:1-4.  The Court has previously granted Apple's request to seal source code of Apple's accused products.  *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011)) (granting Apple's request to seal trial exhibits containing highly confidential source code).

13. The following portions of Exhibit C contain detailed technical information describing the internal operation and configuration of components of the accused products: 70:20-25, 71:8-11, 71:17-72:5, 73:5-10, 75:12-16, 76:15-17, 76:25-77:4, 77:23-78:6, 78:18-79:25, 80:4-20, 83:8-21, 86:12-16, 87:16-17, 87:21-23, 88:1-2, 89:3-4, 89:13-16, 94:13-15, 94:20-22, 97:3-4, 101:8-14.  Exhibit C contains the proprietary information of Apple and Apple's component suppliers and the public disclosure of this information would be harmful to

Apple for similar reasons as stated in the Declaration of Beth Kellermann in Support of Apple's Motion to Seal Trial Exhibits (*Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1504 at 3) (supporting sealing schematics showing the configuration of Apple's products because detailed information of this kind constitutes trade secret information)).  The Court has previously granted Apple's request to seal product schematics that contain a similar level of detail regarding the accused Apple products.  *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (N.D. Cal.) (Dkt. No. 1649 at 8) (granting Apple's request to seal schematics related to the Apple iBook and iSight).

14. The following portions of Exhibit C contain information that was designated as "Highly Confidential – Attorneys' Eyes Only" by third parties OmniVision, Sony, and Ricoh: 192:8-12, 192:16-19, 193:2-14, 194:22-196:11, 196:18-197:6, 198:7-10, 198:16-17, 199:3-9, 199:18-24, 200:10-11, 200:19-201:5, 203:2-204:3, 204:13-17, 214:9-19, 215:7-8, 216:1-6, 216:13-16, 217:14-21, 221:19-25, 222:21-23, 223:5-7, 223:12-15, 223:19-21.  Apple requests that the court allow time for Apple to notify these third parties about their confidential information disclosed in this exhibit (in the event Samsung has not already done so) so that these third parties can file declarations in support of sealing if appropriate.

15. Complete, unredacted, and highlighted versions of these documents will be lodged with the Court for in camera review and served on Samsung.

16. The relief requested by Apple is necessary and narrowly tailored to protect confidential information regarding trade secret information pertaining to the accused Apple products.

17. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 15th day of October, 2013, in Boston, Massachusetts.

Dated:  October 15, 2013                    */s/ Peter J. Kolovos*
                                            Peter J. Kolovos

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 15, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated:   October 15, 2013            /s/Mark D. Selwyn
Mark D. Selwyn