| | |
|---|---|
| JOSH KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333 | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff/Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Counterclaim-Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>  Counterclaim-Defendant. | CASE NO.: 12-cv-00630-LHK<br><br>**CERTIFICATE OF SERVICE** |

I, Phillip K. Lum certify that on this 15th day of October, 2013, I did cause the following documents:

- highlighted copies of exhibits 6 and 8 in support of Samsung's Motion to Enforce Apple's Compliance with the Court's Order Regarding Case Narrowing;

- highlighted copies of exhibits I, K, M, O, P, EE, FF, GG, JJ. KK, MM, OO, BBB, CCC and DDD in support of Samsung's Motion to Exclude Opinions of Certain Apple Experts;

- highlighted copy of Samsung's Notice of Motion and Motion to Exclude Opinions of Certain of Apple's Experts; and

- highlighted copies of exhibits 10, 11, 12, and 14 in support of Samsung's Motion for Summary Judgment;

to be served on the interested parties in this action addressed as follows and in the manner so indicated.

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

William Price
Victoria F. Maroulis
Charles K. Verhoeven
Michael Fazio
Kevin A. Smith
Kevin P.B. Johnson
Amar Thakur
**Quinn Emanuel Urquart & Sullivan, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
williamprice@quinnemanuel.com
victoriamaroulis@quinnemanuel.com
kevinjohnson@quinnemanuel.com
charlesverhoeven@quinnemanuel.com
kevinsmith@quinnemanuel.com
michaelfazio@quinnemanuel.com
amarthakur@quinnemanuel.com

Stanley Fisher
Dov Philip Grossman
David Krinsky
**Williams & Connolly LLP**
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5812
sfisher@wc.com
dgrossman@wc.com
dkrinsky@wc.com

__X__   **BY PLACING THE ABOVE MENTIONED DOCUMENT ON A SECURE FILE TRANSFER PROTOCOL SITE.** Information to access the SFTP was transmitted by electronic mail and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 15, 2013 in New York, NY

CASE NO. 12-CV-00630-LHK
CERTIFICATE OF SERVICE

| | |
|---|---|
| Dated: October 15, 2013 | */s/ Phillip K. Lum* <br> Philip K. Lum. <br> Gibson, Dunn & Crutcher LLP <br> 200 Park Avenue, New York, NY 10166-0193 <br> 212.351.2667 <br> PLum@gibsondunn.com |

CASE NO. 12-CV-00630-LHK
CERTIFICATE OF SERVICE                    2

Gibson, Dunn & Crutcher LLP