JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**NOTICE OF CORRECTED FILING AND DECLARATION IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT) (DOCUMENT NO. 803)** |

Apple Inc.'s Administrative Motion to File Documents Under Seal (Apple Inc's Motion For Partial Summary Judgment) ("Motion to Seal") and supporting exhibits were filed on October 10, 2013, in accordance with Civil L.R. 79-5 as it existed prior to amendment on October 1, 2013.  *See* D.I. 803.  Apple Inc. ("Apple") submits this Notice of Corrected Filing and Declaration In Support of its Motion to Seal in order to conform its filing to the newly amended Civil L.R. 79-5.

In accordance with the prior local rule, Apple e-filed unredacted versions of certain exhibits and lodged exhibits to be sealed with the Court in paper form.  Pursuant to Civil L.R. 79-5 (as amended October 1, 2013), Apple is hereby e-filing the lodged exhibits under seal.  *See* Civil L.R. 79-5(d)(1)(D).  Apple also hereby submits the attached Declaration of Jennifer J. Rho in support of Document 803, Apple's Motion to Seal, to identify that certain exhibits are proposed to be filed under seal because they contain information identified by Samsung as highly confidential.  *See* Civil L.R. 79-5(e). Apple further submits an amended proposed order, which is not substantively different from the proposed order filed on October 10, 2013 (D.I. 803), but which has been amended to conform to the newly amended Civil L.R. 79-5.

Attached hereto are:

- The Declaration of Jennifer J. Rho In Support of Apple's Administrative Motion to File Documents Under Seal (Apple's Motion for Partial Summary Judgment);
- [Amended Proposed] Order Granting Apple Inc.'s Administrative Motion to File Documents Under Seal (Apple Inc.'s Motion For Partial Summary Judgment)
- Unredacted version of Plaintiff and Counterclaim-Defendant Apple Inc.'s Notice of Motion and Motion for Partial Summary Judgment;
- Unredacted version of Exhibit 1 to the Declaration of Professor Andrew Cockburn In Support of Apple Inc.'s Motion for Partial Summary Judgment;
- Unredacted version of Exhibit 2 to the Declaration of Professor Andrew Cockburn In Support of Apple Inc.'s Motion for Partial Summary Judgment;
- Unredacted version of Exhibit 3 to the Declaration of Professor Andrew Cockburn In Support of Apple Inc.'s Motion for Partial Summary Judgment;

1
2
- Unredacted version of Exhibit A-1 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment;

3
4
- Unredacted version of Exhibit A-2 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment;

5
6
- Unredacted version of Exhibit B-1 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment;

7
8
- Unredacted version of Exhibit B-2 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment;

9
10
- Unredacted version of Exhibit B-3 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment;

11
12
- Unredacted version of Exhibit B-4 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment;

13
14
- Unredacted version of Exhibit B-5 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment;

15
16
- Unredacted version of Exhibit C-1 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment;

17
18
- Unredacted version of Exhibit C-2 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment;

19
20
- Unredacted version of Exhibit C-4 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment;

21
22
- Unredacted version of Exhibit C-5 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment;

23
24
- Unredacted version of Exhibit C-6 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment

25
26
- Unredacted version of Exhibit D-1 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment;

27
28
- Unredacted version of Exhibit D-2 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment;

- Unredacted version of Exhibit E-4 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment;
- Unredacted version of Exhibit E-5 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment;
- Unredacted version of Exhibit E-6 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment;
- Unredacted version of Exhibit E-7 to the Declaration of Jennifer J. Rho In Support of Apple Inc.'s Motion for Partial Summary Judgment;

The redacted public versions of the above referenced exhibits were filed on October 10, 2013 as Document Nos. 803-4, 803-7 through 803-9 and 803-11 through 803-13.

GIBSON, DUNN & CRUTCHER LLP

Dated: October 16, 2013          By: */s/ H. Mark Lyon*
                                      H. Mark Lyon
                                      ***Attorney for Plaintiff Apple Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: October 16, 2013                    */s/ H. Mark Lyon*