| | |
|---|---|
| JOSH KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333 | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Counterclaim-Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br>             Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF JENNIFER RHO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT)** |

I, Jennifer Rho, declare and state as follows:

1. I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple").  Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in support of Apple's Administrative Motion To File Documents Under Seal (Apple's Motion for Partial Summary Judgment) ("Apple's Motion to Seal").  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. On October 10, 2013, Apple filed its Motion for Partial Summary Judgment ("Apple's Motion for Summary Judgment"), including the Declaration of Jennifer Rho in Support of Apple's Motion for Summary Judgment ("Rho Summary Judgment Declaration") and exhibits thereto.

3. Concurrent with its Motion for Summary Judgment, Apple submitted its Motion to Seal, including the Declaration of Peter J. Kolovos ("Kolovos Sealing Declaration") and the Declaration of Cyndi Wheeler ("Wheeler Sealing Declaration") in support thereof.

4. Pursuant to Local Rule 79-5(e), I submit this Declaration to identify certain documents designated as confidential by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") and/or Google, Inc. ("Google").  In its Motion to Seal, Apple sought to file these documents under seal because they had been designated by Samsung and/or Google as highly confidential.

5. Specifically, the documents designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential Source Code – Outside Attorneys' Eyes Only" by Samsung and/or Google include the following:

- Portions of Apple's Motion for Summary Judgment, at pp. 1-2, 4-9, 11-14, 17, 20-25 (highlighted in green);
- Exhibits A-1, A-2, B-1, B-2, B-3, B-4, B-5, C-1, C-2, C-4, C-5, C-6, D-2, E-4, E-5, E-6, and E-7 to the Rho Summary Judgment Declaration; and
- Exhibits 1, 2, and 3 to the Declaration of Andrew Cockburn in Support of Apple's Motion for Summary Judgment.

Rho Decl. ISO Apple's Admin. Mot. to File Under Seal Docs. re Mot. for Summ. J.
Case No. 5:12-cv-00630-LHK (PSG)

1

Gibson, Dunn & Crutcher LLP

1  I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: October 16, 2013

                                        */s/ Jennifer Rho*
                                        Jennifer Rho

# ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jennifer Rho has concurred in this filing.

Dated: October 16, 2013

/s/ *H. Mark Lyon*
H. Mark Lyon

Rho Decl. ISO Apple's Admin. Mot. to File Under Seal Docs. re Mot. for Summ. J.
Case No. 5:12-cv-00630-LHK (PSG)

3

Gibson, Dunn & Crutcher LLP