| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (pro hac vice) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com | HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts 02109 |
| Palo Alto, CA 94304-1211 | Telephone: (617) 526-6000 |
| Telephone: (650) 849-5300 | Facsimile: (617) 526-5000 |
| Facsimile: (650) 849-5333 | |
| MICHAEL A. JACOBS (CA SBN 111664) | MARK D. SELWYN (CA SBN 244180) |
| mjacobs@mofo.com | mark.selwyn@wilmerhale.com |
| RICHARD S.J. HUNG (CA SBN 197425) | WILMER CUTLER PICKERING |
| rhung@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, CA 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>         Plaintiff,<br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>         Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>         Counterclaim-Plaintiffs,<br>    v.<br><br>APPLE INC., a California corporation,<br><br>         Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**NOTICE OF CORRECTED FILING IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE'S MOTION TO EXCLUDE CERTAIN UNRELIABLE AND IMPERMISSIBLE SAMSUNG EXPERT TESTIMONY) (DOCUMENT NO. 806)** |

1  Pursuant to Amended Civil L.R. 79-5 (effective October 1, 2013), Apple Inc. ("Apple")
2  submits the attached Amended Proposed Order and exhibits to be filed under seal in connection
3  with Document 806, Apple's Administrative Motion to File Documents Under Seal (Apple's
4  Motion To Exclude Certain Unreliable and Impermissible Samsung Expert Testimony)
5  ("Motion to Seal").
6  Apple filed its Motion to Seal and supporting exhibits on October 10, 2013.  D.I. 806.
7  Those materials were filed in accordance with the former version of Civil L.R. 79-5, prior to its
8  amendment on October 1, 2013.  Apple submits this Notice of Corrected Filing In Support of
9  its Motion to Seal in order to conform its filing to newly amended Civil L.R. 79-5 and
10 concurrently e-files the lodged exhibits under seal pursuant to L.R. 79-5 (as amended October
11 1, 2013).  In accordance with the prior local rule, Apple had lodged the unredacted versions of
12 exhibits A-1, A-2, A-3, B-1, B-2, B-3, B-4, B-7, B-8, B-10, C-1, C-2, and C-5, to the
13 Declaration of Casey McCracken In Support of Apple's Motion To Exclude Certain Unreliable
14 and Impermissible Samsung Expert Testimony ("McCracken Declaration") with the Clerk on
15 October 11, 2013.  Apple also submits an amended proposed order, which is not substantively
16 different from the proposed order filed on October 10, 2013, but which has been amended to
17 conform to newly amended Civil L.R. 79-5.
18 Attached to this Notice are:
19 - [Amended Proposed] Order Granting Apple Inc.'s Administrative Motion to File
20   Documents Under Seal (Apple's Motion To Exclude Certain Unreliable and
21   Impermissible Samsung Expert Testimony)
22 - Unredacted version of Apple's Motion to Exclude Certain Unreliable and Impermissible
23   Samsung Expert Testimony;
24 - Unredacted version of Exhibit A-1 to the McCracken Declaration;
25 - Unredacted version of Exhibit A-2 to the McCracken Declaration;
26 - Unredacted version of Exhibit A-3 to the McCracken Declaration;
27 - Unredacted version of Exhibit B-1 to the McCracken Declaration;
28 - Unredacted version of Exhibit B-2 to the McCracken Declaration;

- Unredacted version of Exhibit B-3 to the McCracken Declaration;
- Unredacted version of Exhibit B-4 to the McCracken Declaration;
- Unredacted version of Exhibit B-7 to the McCracken Declaration;
- Unredacted version of Exhibit B-8 to the McCracken Declaration;
- Unredacted version of Exhibit B-10 to the McCracken Declaration;
- Unredacted version of Exhibit C-1 to the McCracken Declaration;
- Unredacted version of Exhibit C-2 to the McCracken Declaration; and
- Unredacted version of Exhibit C-5 to the McCracken Declaration.

The redacted and publicly available version of Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony was filed as document no. 806-03.

The redacted and publicly available versions of exhibit A1 to the Declaration of Casey McCracken In Support of Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony was filed as document no. 806-6.

The redacted and publicly available versions of exhibits C-5 to the Declaration of Casey McCracken In Support of Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony were filed as document no. 806-8.

GIBSON, DUNN & CRUTCHER LLP

Dated: October 16, 2013         By: */s/ H. Mark Lyon*
                                    H. Mark Lyon
                                    ***Attorney for Plaintiff Apple Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: October 16, 2013             */s/ H. Mark Lyon*