UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>             Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Counterclaim-Plaintiffs,<br>   v.<br><br>APPLE INC., a California corporation,<br>             Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**[AMENDED PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE'S MOTION TO EXCLUDE CERTAIN UNRELIABLE AND IMPERMISSIBLE SAMSUNG EXPERT TESTIMONY)** |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following documents:

1. Portions of Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony;

2. Portions of Exhibit A-1 to the Declaration of Casey McCracken ("McCracken Declaration");

3. Exhibits A-2, A-3, B-1, B-2, B-3, B-4, B-7, B-8, B-10, C-1, C-2, and C-5 to the McCracken Declaration.

In support of its motion to seal, and as required under Civil L.R. 79-5 and General Order No. 62, Apple has filed the Declaration of Jordan Bekier in Support of Apple's Administrative Motion to File Under Seal Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony ("Bekier Declaration") to provide evidence of good cause for this Court to permit filing under seal. Also filed by Apple were proposed redacted versions of certain documents for which only portions are sealable. The Bekier Declaration establishes that Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony and the exhibits to the supporting Declaration of Casey McCracken discuss and refer to non-public documents and testimony that are "privileged or protectable as trade secret otherwise entitled to protection under the law," and are thus sealable. Civil L.R. 79-5(a). Apple's request is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for compelling reasons shown, the Court GRANTS Apple's Administrative Motion to Seal (Apple's Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony).

IT IS HEREBY ORDERED that the confidential, unredacted versions of the following documents shall be filed under seal:

| Document | Portion to Be Sealed |
| --- | --- |
| Apple Inc.'s Motion to Exclude Certain Unreliable and Impermissible Samsung Expert Testimony | Page i, lines 19-24; Page 1, line 21-25; Page 2, lines 3-18, 24-25, Footnote 1, lines 27-28; Page 3, lines 1-10; Page 4, lines 8-12, 14-19; Page 5, lines 2-16, 19-25; Footnote 5, lines 27-28; Page 6, lines 1-18, 21-28; Page 7, lines 1-5, 7-17, 19- |

| | |
|---|---|
| | 24, 27-28; Page 8, lines 1-3, 7-22, Footnote 6, lines 23-28; Page 9, lines 1-22, 24-25, Footnote 7, lines 27-28; Page 10, line 1, 7-15, 18-28; Page 11, line 1-6, 10-11, 18-25, Footnote 8-9, lines 26-27; Page 12, lines 1-21, Footnote 11-13, lines 25-28; Page 13, lines 1-10, 1-14, 20-21, Footnote 14-15, lines 26, 27-28;  Page 14, lines 9-15, 17-19, Footnote 16-17, lines 26-28; Page 15, lines 1-22, Footnote 18, lines 27-28; Page 16, lines 2-3, 14-24, Footnote 19, lines 26-28; Page 17, lines 1-28, Page 18, lines 1-25, Footnote 20, lines 27-28, Page 19, lines 1-9, 22-28; Page 20, lines 1-7, 19-21, 24; Page 21, line 8, 10, 13-16, 18, 19-20, 23-26; Page 22, lines 1-2, 11-13, Footnote 22, lines 26-27; Page 23, Footnote 23, lines 26-27; Page 24, 18-28; Page 25, lines 11-12 |
| Exhibit A-1 to the McCracken Declaration | Pages 1-214; Portions of charts on pages 1-9 of Exhibit 69 other than the first row and the "Licensor" and "Licensee" columns; Portions of charts on pages 1-20 of Exhibit 70 other than the first row and the "Licensor" and "Licensee" columns; Exhibits 71-85. |
| Exhibit A-2 to the McCracken Declaration | Entirely under seal |
| Exhibit A-3 to the McCracken Declaration | Entirely under seal |
| Exhibit B-1 to the McCracken Declaration | Entirely under seal |
| Exhibit B-2 to the McCracken Declaration | Entirely under seal |
| Exhibit B-3 to the McCracken Declaration | Entirely under seal |
| Exhibit B-4 to the McCracken Declaration | Entirely under seal |
| Exhibit B-7 to the McCracken Declaration | Entirely under seal |
| Exhibit B-8 to the McCracken Declaration | Entirely under seal |
| Exhibit B-10 to the McCracken Declaration | Entirely under seal |
| Exhibit C-1 to the McCracken Declaration | Entirely under seal |
| Exhibit C-2 to the McCracken Declaration | Entirely under seal |

| Exhibit C-5 to the McCracken Declaration | Entirely under seal |

The Court further ORDERS that any proposed redacted versions of the above documents already filed by Apple shall remain the publicly-available versions filed on ECF.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                              Hon. Lucy H. Koh
                                              United States District Judge