| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 Facsimile:  (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000 Facsimile:  (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) |
| 12 | williamprice@quinnemanuel.com 865 South Figueroa Street, 10th Floor |
| 13 | Los Angeles, California  90017-2543 Telephone: (213) 443-3000 Facsimile:  (213) 443-3100 |
| 14 | |
| 15 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS |
| 16 | AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **NOTICE OF HEARING ON SAMSUNG'S MOTION TO ENFORCE APPLE'S COMPLIANCE WITH THE COURT'S ORDER REGARDING CASE NARROWING** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date:  December 12, 2013 Time: 1:30 p.m. Place: Courtroom 8 Judge: Honorable Lucy H. Koh |
| Defendants. | |

**NOTICE OF HEARING**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 12, 2013, at 1:30 p.m., the Honorable Lucy H. Koh in Courtroom 8, United States District Court for the Northern District of California, Robert F. Peckham Federal Building, 280 South First Street, San Jose, California, will hear Samsung's Motion to Enforce Apple's Compliance With The Court's Order Regarding Case Narrowing filed by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") on October 10, 2013. (Docket No. 804-3.)

DATED: October 17, 2013          QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP


                                 By */s/ Victoria F. Maroulis*
                                    Charles K. Verhoeven
                                    Kevin P.B. Johnson
                                    Victoria F. Maroulis
                                    William C. Price

                                    Attorneys for
                                    SAMSUNG ELECTRONICS CO., LTD.,
                                    SAMSUNG ELECTRONICS AMERICA, INC.,
                                    and SAMSUNG TELECOMMUNICATIONS
                                    AMERICA, LLC

-1-          Case No. 12-CV-00630-LHK (PSG)
NOTICE OF HEARING ON SAMSUNG'S MOTION TO ENFORCE APPLE'S COMPLIANCE
WITH THE COURT'S ORDER REGARDING CASE NARROWING

**ATTESTATION OF E-FILED SIGNATURE**

I, Matthew Warren, am the ECF user whose ID and password are being used to file this Notice of Hearing on Samsung's Motion to Enforce Apple's Compliance With The Court's Order Regarding Case Narrowing.  In compliance with Civil L.R. 5-1(i), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  October 17, 2013                         /s/ Matthew Warren
                                                 Matthew Warren