[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 5:12-cv-00630-LHK  (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE DATE**<br><br>**Hearing:**<br><br>Date:       October 30, 2013<br>Time:      2:00 p.m.<br>Place:     Courtroom 8, 4th Floor<br>Judge:    Hon. Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Counterclaim-Plaintiffs,<br><br>     v.<br><br>APPLE INC., a California corporation,<br><br>            Counterclaim-Defendant. | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, on July 31, 2013, the Court set a Case Management Conference for October 30, 2013, in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 713).

WHEREAS, the parties do not have any issues to raise with the Court at this time;

WHEREAS, the parties therefore wish to reschedule the Case Management Conference to be held concurrently with the parties' hearing on dispositive motions, such hearing currently scheduled for December 12, 2013 (D.I. 778), or a date that is otherwise convenient for the Court;

WHEREAS, this scheduling adjustment will not alter any other deadline currently on calendar in this matter; and

WHEREAS, counsel for both parties agree to move the Case Management Conference date from October 30, 2013, to December 12, 2013, or a date that is otherwise convenient for the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the date for the Case Management Conference before the Court shall be moved from October 30, 2013, to December 12, 2013, or a date that is otherwise convenient for the Court.

1   Dated: October 18, 2013

2   By: /s/  H. Mark Lyon                          By: /s/  Victoria Maroulis

3   Attorney for Plaintiff and Counterclaim-Defendant      Attorney for Defendants and
4   Counterclaim-APPLE INC.                         SAMSUNG ELECTRONICS CO., LTD.,
                                                    SAMSUNG ELECTRONICS AMERICA,
5                                                   INC., AND SAMSUNG
                                                    TELECOMMUNICATIONSAMERICA, LLC

6   JOSH A. KREVITT (CA SBN 208552)                 Charles K. Verhoeven (Bar No. 170151)
7   jkrevitt@gibsondunn.com                         charlesverhoeven@quinnemanuel.com
    H. MARK LYON (CA SBN 162061)                    Kevin A. Smith (Bar No. 250814)
8   mlyon@gibsondunn.com                            kevinsmith@quinnemanuel.com
9   GIBSON, DUNN & CRUTCHER LLP                     QUINN EMANUEL URQUHART &
    1881 Page Mill Road                             SULLIVAN LLP
10  Palo Alto, CA  94304-1211                       50 California Street, 22nd Floor
    Telephone: (650) 849-5300                       San Francisco, California 94111
11  Facsimile: (650) 849-5333                       Telephone: (415) 875-6600
                                                    Facsimile: (415) 875-6700
12  MICHAEL A. JACOBS (CA SBN 111664)
13  mjacobs@mofo.com                                Kevin P.B. Johnson (Bar No. 177129 (CA);
    RICHARD S.J. HUNG (CA SBN 197425)               2542082 (NY))
14  rhung@mofo.com                                  kevinjohnson@quinnemanuel.com
    MORRISON & FOERSTER LLP                         Victoria F. Maroulis (Bar No. 202603)
15  425 Market Street                               victoriamaroulis@quinnemanuel.com
    San Francisco, California 94105-2482            QUINN EMANUEL URQUHART &
16  Telephone: (415) 268-7000                       SULLIVAN LLP
17  Facsimile: (415) 268-7522                       555 Twin Dolphin Drive, 5th Floor
                                                    Redwood Shores, California 94065
18  WILLIAM F. LEE (pro hac vice)                   Telephone: (650) 801-5000
    William.lee@wilmerhale.com                      Facsimile: (650) 801-5100
19  WILMER CUTLER PICKERING
20    HALE AND DORR LLP                             William C. Price (Bar No. 108542)
    60 State Street                                 williamprice@quinnemanuel.com
21  Boston, Massachusetts 02109                     QUINN EMANUEL URQUHART &
    Telephone: (617) 526-6000                       SULLIVAN LLP
22  Facsimile: (617) 526-5000                       865 South Figueroa Street, 10th Floor
                                                    Los Angeles, California 90017-2543
23  MARK D. SELWYN (CA SBN 244180)                  Telephone: (213) 443-3000
24  mark.selwyn@wilmerhale.com                      Facsimile: (213) 443-3100
    WILMER CUTLER PICKERING
25    HALE AND DORR LLP
    950 Page Mill Road
26  Palo Alto, CA 94304
    Telephone: (650) 858-6000
27  Facsimile: (650) 858-6100

28

Gibson, Dunn &
Crutcher LLP

1
2

**ATTESTATION OF E-FILED SIGNATURES**

3       I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Stipulation

4   and [Proposed] Order Regarding Case Management Conference Date.  In compliance with General

5   Order 45.X.B, I hereby attest that Victoria Maroulis has concurred in this filing.

6   Dated: October 18, 2013                                          _____/s/ __H. Mark Lyon_____

7
8
9

**CERTIFICATE OF SERVICE**

10
11      The undersigned hereby certifies that the foregoing document was filed electronically in

12  compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who

13  have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF

14  system.

15
16
17  Dated: October 18, 2013                                          _____/s/ __H. Mark Lyon _____

18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11   APPLE INC., a California corporation,        CASE NO. 5:12-cv-00630-LHK (PSG)

12                    Plaintiff,                  **[PROPOSED] ORDER REGARDING CASE**
                                                  **MANAGEMENT CONFERENCE DATE**
13            v.
                                                  <u>**Hearing:**</u>
14   SAMSUNG ELECTRONICS CO., LTD., a
     Korean corporation; SAMSUNG ELECTRONICS      Date:       October 30, 2013
15   AMERICA, INC., a New York corporation; and   Time:       2:00 p.m.
     SAMSUNG TELECOMMUNICATIONS                   Place:      Courtroom 8, 4th Floor
16   AMERICA, LLC, a Delaware limited liability   Judge:      Hon. Lucy H. Koh
     company,
17
                     Defendants.
18

19   SAMSUNG ELECTRONICS CO., LTD., a
     Korean corporation; SAMSUNG ELECTRONICS
20   AMERICA, INC., a New York corporation, and
     SAMSUNG TELECOMMUNICATIONS
21   AMERICA, LLC, a Delaware limited liability
     company,
22
                     Counterclaim-Plaintiffs,
23
              v.
24
     APPLE INC., a California corporation,
25
                     Counterclaim-Defendant.
26

27

28

[PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE DATE
CASE NO. 5:12-CV-00630-LHK (PSG)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, on July 31, 2013, the Court set a Case Management Conference for October 30, 2013, in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 713).

WHEREAS, the parties do not have any issues to raise with the Court at this time;

WHEREAS, the parties therefore wish to reschedule the Case Management Conference to be held concurrently with the parties' hearing on dispositive motions, such hearing currently scheduled for December 12, 2013 (D.I. 778), or a date that is otherwise convenient for the Court;

WHEREAS, this scheduling adjustment will not alter any other deadline currently on calendar in this matter; and

WHEREAS, counsel for both parties agree to move the Case Management Conference date from October 30, 2013, to December 12, 2013, or a date that is otherwise convenient for the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The date for the Case Management Conference shall be moved from October 30, 2013, to December 12, 2013.

Dated: _____, 2013     By:_____
                                                            HONORABLE LUCY H. KOH