| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 11 | APPLE INC., a California corporation, | CASE NO. 5:12-cv-00630-LHK (PSG) |
| 12 | Plaintiff, | **ORDER REGARDING CASE MANAGEMENT CONFERENCE DATE** |
| 13 | v. | |
| 14 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Hearing:** |
| | | Date:      October 30, 2013 |
| | | Time:      2:00 p.m. |
| | | Place:     Courtroom 8, 4th Floor |
| | | Judge:     Hon. Lucy H. Koh |
| | Defendants. | |
| | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| | Counterclaim-Plaintiffs, | |
| | v. | |
| | APPLE INC., a California corporation, | |
| | Counterclaim-Defendant. | |

ORDER REGARDING CASE MANAGEMENT CONFERENCE DATE
CASE NO. 5:12-CV-00630-LHK (PSG)

WHEREAS, on July 31, 2013, the Court set a Case Management Conference for October 30, 2013, in this action between Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") (D.I. 713).

WHEREAS, the parties do not have any issues to raise with the Court at this time;

WHEREAS, the parties therefore wish to reschedule the Case Management Conference to be held concurrently with the parties' hearing on dispositive motions, such hearing currently scheduled for December 12, 2013 (D.I. 778), or a date that is otherwise convenient for the Court;

WHEREAS, this scheduling adjustment will not alter any other deadline currently on calendar in this matter; and

WHEREAS, counsel for both parties agree to move the Case Management Conference date from October 30, 2013, to December 12, 2013, or a date that is otherwise convenient for the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The date for the Case Management Conference shall be moved from October 30, 2013, to December 12, 2013.

Dated: October 18, 2013        By: _____
                                    HONORABLE LUCY H. KOH

ORDER REGARDING CASE MANAGEMENT CONFERENCE DATE
Case No. 5:12-cv-00630-LHK (PSG)