Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Apple Inc. | Case No: 12cv00630HK |
| Plaintiff(s), | APPLICATION FOR ADMISSION OF ATTORNEY |
| v. | PRO HAC VICE |
| Samsung Electronics Co., LTD., et al., | (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | |

I, __Gregory H. Lantier__, an active member in good standing of the bar of __District of Columbia__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Apple Inc.__ in the above-entitled action. My local co-counsel in this case is __Mark D. Selwyn__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
1875 Pennsylvania Avenue, NW
Washington, DC  20006

MY TELEPHONE # OF RECORD:
(202) 663-6327

MY EMAIL ADDRESS OF RECORD:
gregory.lantier@wilmerhale.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
950 Page Mill Road
Palo Alto, CA  94304

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(650) 858-6000

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
mark.selwyn@wilmerhale.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __492043__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10-16-13

APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Gregory H. Lantier__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 18, 2013

*Lucy H. Koh*
UNITED STATES DISTRICT/XXXXXX JUDGE

PRO HAC VICE APPLICATION & ORDER