1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
3  Stanford Research Park
4  3300 Hillview Avenue
   Palo Alto, California  94304-1203
5  Telephone:  (650) 849-6600
   Facsimile:   (650) 849-6666
6
7  Attorneys for Third Parties
   HTC America Inc., HTC Corporation
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11

| | |
|---|---|
| 12  APPLE INC., a California Corporation, | Case No. 12-cv-00630-LHK (PSG) |
| 13                    Plaintiff, | **NOTICE OF APPEARANCE OF** |
| 14         v. | **SCOTT R. MOSKO FOR THIRD PARTIES HTC AMERICA, INC., AND** |
| 15  SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company, | **HTC CORPORATION** |
| 19                    Defendants. | |
| 20  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24                    Counterclaim-Plaintiffs, | |
| 25         v. | |
| 26  APPLE INC., a California corporation, | |
| 27                    Counterclaim-Defendant. | |
| 28 | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the following counsel hereby enter an appearance on behalf of

3  Third Parties HTC America Inc., and HTC Corporation (Collectively, "HTC"), for the limited

4  purpose of requesting the sealing of HTC's confidential and propriety information, which it

5  understands may be presented at trial in this case, as well as any proceedings related to that request:

```
Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666
```

Dated: October 21, 2013

By: /s/ Scott R. Mosko
Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Third Parties
HTC America Inc., and HTC Corporation