Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Third Parties
HTC America Inc., HTC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>                Plaintiff,<br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company,<br><br>                Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**THIRD PARTIES HTC AMERICA, INC., AND HTC CORPORATION'S CIVIL LOCAL RULE 75-9 STATEMENT REGARDING CONFIDENTIAL INFORMATION** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>                Counterclaim-Plaintiffs,<br>    v.<br>APPLE INC., a California corporation,<br>                Counterclaim-Defendant. | |

1      Third parties HTC America, Inc. and HTC Corporation (collectively "HTC") file this
2  pleading (1) in support of Samsung and Apple's various motions to file documents under seal
3  (Docket Nos. 802--and in particular paragraph 28 therein; 806; and 806-1--and in particular
4  paragraphs 6, 7, 8, and 9 therein), and (2) to request that Samsung and Apple advise HTC of other
5  pleadings in this case that contain HTC confidential information that, for any reason, are not the
6  subject of current motions to seal.
7      Recently, HTC learned that both Samsung and Apple had filed pleadings in this case that
8  either included portions of a very confidential agreement between Apple and HTC, or referred to
9  terms in this agreement.  The agreement in question contained a confidentiality clause that required
10 any party who intended to publish its terms in any way to first notify HTC.  Upon learning that at
11 least one of the pleadings in this case included this above-referenced confidential agreement, HTC
12 contacted both Samsung and Apple and learned that there were additional pleadings on file in this
13 case that referred to this agreement.
14     In the earlier-filed case between Apple and Samsung, 11-CV-01846-LHK, one of the parties
15 sought to use this above-referenced confidential agreement between HTC and Apple in its pleadings.
16 In connection with that attempt, this Court reviewed and accepted HTC's representations concerning
17 the specific nature of the confidential information in the agreement.  *See* Docket No. 2186, and the
18 supporting declaration to that pleading by Vincent Lam, Docket No. 2186-1, attached as exhibits A
19 and B to the accompanying declaration of Scott R. Mosko.  Accordingly, this Court ordered that
20 only a redacted version of the agreement would be publicly filed.  *See* Docket No. 2192, attached as
21 Exhibit C to the Mosko declaration.  HTC respectfully submits that the Court should order that any
22 public filing of or reference to the agreement in the present case contain the same redactions.
23     HTC has reviewed the docket of this case and has found that some of the applications (docket
24 Nos. 802, 806 and 806-1) to file evidence under seal include the same agreement that was the subject
25 of this Court's earlier order directing that this document be filed under seal.  *Id*.
26     As it is practically impossible to determine whether Apple or Samsung have filed other
27 pleadings that contain HTC confidential information in this case, HTC respectfully asks this Court to
28 direct both parties to advise HTC if any such pleadings exist.  If they do, HTC requests that the

1  Court order that said evidence be filed under seal. Alternatively within a reasonable time after this

2  confidential evidence is identified, HTC requests an opportunity to file another Civil L.R. 79-5

3  declaration supporting an order that said evidence be filed under seal.

Dated:  October 21, 2013                    FINNEGAN, HENDERSON, FARABOW,
                                                              GARRETT & DUNNER, LLP


                                                    By:            /s/ *Scott R. Mosko*
                                                                   Scott R. Mosko

                                                    Attorneys for Third Parties
                                                    HTC America Inc., and HTC Corporation