Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Third Parties
HTC America Inc., HTC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>　　　　　　　　Plaintiff,<br>　　　v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　　Defendants.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>　　　　　　　　Counterclaim-Plaintiffs,<br>　　　v.<br>APPLE INC., a California corporation,<br>　　　　　　　　Counterclaim-Defendant. | Case No. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF THIRD PARTIES HTC AMERICA, INC., AND HTC CORPORATION'S CIVIL LOCAL RULE 75-9 STATEMENT REGARDING CONFIDENTIAL INFORMATION** |

I, Scott R. Mosko, declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California, and am a partner with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for third parties HTC America Inc., and HTC Corporation (Collectively, "HTC") in the above-entitled action. I submit this declaration in support of Third Party HTC's Local Rule 75-9 Statement Regarding Confidential Information. The matters stated herein are based upon my personal knowledge, and if called as a witness, I could and would testify completely thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a document titled "Third Parties HTC America Inc., HTC Corporation and S3G Graphics Co. LTD.'s Response to Motion to File Under Seal," dated December 5, 2012. Exhibit A was filed in a companion case to the current matter, styled *Apple, Inc. v, Samsung Electronics Co., LTD*, 11-CV-01846-LHK. HTC hereby requests the Court take Judicial Notice of Exhibit A.

3. Attached hereto as Exhibit B is a true and correct copy of a document titled "Declaration of Vincent Lam on Behalf of Third-Party HTC in Response to Motion to File Under Seal," dated December 5, 2012. Exhibit B was filed in a companion case to the current matter, styled *Apple, Inc. v, Samsung Electronics Co., LTD*, 11-CV-01846-LHK. HTC hereby requests the Court take Judicial Notice of Exhibit B.

4. Attached hereto as Exhibit C is a true and correct copy of a document titled "Order Granting Motion to Seal," dated December 11, 2012. Exhibit C was filed in a companion case to the current matter, styled *Apple, Inc. v, Samsung Electronics Co., LTD*, 11-CV-01846-LHK. HTC hereby requests the Court take Judicial Notice of Exhibit C.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of October, 2013, at Palo Alto, California.

                                                  */s/ Scott R. Mosko*