JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile:  650.849.5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

***Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | **NOTICE OF APPEARANCE** |

1    PLEASE TAKE NOTICE that attorney Jordan Bekier of Gibson, Dunn & Crutcher, a member

2    of the State Bar of California (273185) and admitted to practice in this Court, and whose contact

3    information appears below, hereby enters an appearance as an additional attorney of record for

4    Plaintiff and Counter-Defendant Apple, Inc. in the above-captioned case.

5

6    JORDAN BEKIER (CA SBN 273185)
     GIBSON, DUNN & CRUTCHER LLP
7    333 S Grand Ave
     Los Angeles, CA 90071-3197
8    Telephone:  (213) 229-7736
     Fax Number: (213) 229-6736
9    jbekier@gibsondunn.com

10

11

12   Dated:  October 22, 2013                    GIBSON, DUNN & CRUTCHER, LLP

13

14                                               By: */s/ Jordan Bekier*_____

15                                               Jordan H. Bekier

16                        **CERTIFICATE OF SERVICE**

17        The undersigned hereby certifies that the foregoing document was filed electronically in

18   compliance with Civil Local Rule 5.1, and will be served on all counsel for Samsung Electronics Co.,

19   Ltd., Samsung Electronics America, In., and Samsung Telecommunications America, LLC who have

20   consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

21

22

23

24   Dated:  October 22, 2013                    */s/ Jordan Bekier*_____

25                                               Jordan H. Bekier

26

27

28