1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS CO.,
16 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18
                  UNITED STATES DISTRICT COURT
19
        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

21 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
   |---|---|
   | Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (Dkt. 660)** |
   | vs. | |
   | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
   | Defendants. | |

28

1    Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3  "Samsung") hereby bring this administrative motion to file under seal the following documents:

4        1.  Exhibit A to Samsung's Third Amended Disclosure of Asserted Claims and

5            Infringement Contentions (Dkt. 660-1); and

6        2.  Exhibit B to Samsung's Third Amended Disclosure of Asserted Claims and

7            Infringement Contentions (Dkt. 660-2).

8    Samsung has established good cause to permit filing these documents under seal through

9  the Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents

10  Under Seal.  In short, the above documents discuss and refer to material designated as  "HIGHLY

11  CONFIDENTIAL – ATTORNEYS' EYES ONLY," "INTEL CONFIDENTIAL – OUTSIDE

12  ATTORNEYS' EYES ONLY" or "QUALCOMM – OUTSIDE ATTORNEYS' EYES ONLY"

13  under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials,

14  the Stipulated Amendment to the Protective Order Regarding Intel Code Production, and the

15  Supplemental Protective Order Regarding Discovery from Non-Party Qualcomm.  Samsung

16  accordingly files these documents under seal, and expects that Apple, Intel, Qualcomm, Alcatel-

17  Lucent and AT&T will comply with L.R. 79-5(d) by filing an appropriate declaration with the

18  Court for those portions and documents that reference confidential information.  Samsung's entire

19  filing has been lodged with the Court for *in camera* review.

20

21

22

23

24

25

26

27

28

1  DATED: October 22, 2013          QUINN EMANUEL URQUHART &
2                                   SULLIVAN, LLP

3

4                                   By /s/ Victoria Maroulis
                                       Charles K. Verhoeven
5                                      Kevin P.B. Johnson
                                       Victoria F. Maroulis
6                                      William C. Price

7                                      Attorneys for Defendants
8                                      SAMSUNG ELECTRONICS CO., LTD.,
                                       SAMSUNG ELECTRONICS AMERICA, INC.,
9                                      and SAMSUNG TELECOMMUNICATIONS
                                       AMERICA, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-                Case No. 12-CV-00630-LHK (PSG)

SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL