QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF BILL TRAC  IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51855/5575581.1

1        I, Bill Trac, declare:

2        1.      I am a member of the State Bar of California, admitted to practice before this

3    Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for

4    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

5    Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of

6    personal knowledge, and if called and sworn as a witness, I could and would testify as set forth

7    below.

8        2.      Portions of Exhibit A to Samsung's Third Amended Disclosure of Asserted Claims

9    and Infringement Contentions (Dkt. 660-1) contain information and source code information

10   designated as confidential by Apple, Intel, Qualcomm, Alcatel-Lucent and AT&T.  Pursuant to

11   L.R. 79-5 and Civil Local Rule 5-1, a copy of the unredacted version of Exhibit A has been lodged

12   with the Court for *in camera* review.

13       3.      Portions of Exhibit B to Samsung's Third Amended Disclosure of Asserted Claims

14   and Infringement Contentions (Dkt. 660-1) contain information and source code information

15   designated as confidential by Apple, Intel, Qualcomm, Alcatel-Lucent and AT&T.  Pursuant to

16   L.R. 79-5 and Civil Local Rule 5-1, a copy of the unredacted version of Exhibit B has been lodged

17   with the Court for *in camera* review.

18

19       I declare under penalty of perjury under the laws of the United States that the foregoing is

20   true and correct.  Executed on October 22, 2013 at Washington, D.C.

21

22                              */s/ Bill Trac*
                                Bill Trac
23

24

25

26

27

28

-1-
TRAC DECL. ISO MOTION TO FILE DOCUMENTS UNDER SEAL

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Bill Trac.

      */s/ Victoria F. Maroulis*

      Victoria F. Maroulis