UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2   Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3   Administrative Motion to File Documents Under Seal.
4   Apple, Intel, Qualcomm, Alcatel-Lucent and AT&T have each filed the declarations
5   required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for
6   this Court to permit filing under seal. The declarations establish that Exhibits A and B to
7   Samsung's Third Amended Disclosure of Asserted Claims and Infringement Contentions (Dkt.
8   660-1 and 660-2) contain Apple, Intel, Qualcomm, Alcatel-Lucent and AT&T confidential
9   material.
10   Accordingly, for good cause shown, the Court HEREBY ORDERS that Exhibits A and B
11   to Samsung's Third Amended Disclosure of Asserted Claims and Infringement Contentions may
12   be filed under seal.

14   DATED:

The Honorable Paul S. Grewal
United States Magistrate Judge

02198.51855/5575616.1

-1-
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL