1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation,              | CASE NO. 12-cv-00630-LHK (PSG)
19 |         Plaintiff,
20 |     vs.                                            | **CERTIFICATE OF SERVICE**
21 | SAMSUNG ELECTRONICS CO., LTD., a
   | Korean business entity; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New
   | York corporation; SAMSUNG
23 | TELECOMMUNICATIONS AMERICA,
   | LLC, a Delaware limited liability company,
24
   |         Defendants.
25

26
27
28

                                                     Case No. 12-cv-00630-LHK (PSG)
                                                     **CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within action; my business address is 1299 Pennsylvania Ave. NW, Suite 825, Washington, D.C. 20004.

On October 22, 2013, I served true copies of the documents described as

1. Samsung's Administrative Motion to File Under Seal; and
2. The Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Under Seal

by emailing the aforementioned documents to the interested parties in this action as follows:

| | |
|---|---|
| Counsel for Qualcomm:<br>Brett Bachtell<br>bbachtell@mwe.com | Counsel for AT&T:<br>Paula Phillips<br>pp2713@att.com |
| Counsel for Intel:<br>Dan Shvodian<br>dshvodian@perkinscoie.com | |

I declare under penalty of perjury that the foregoing is true and correct.   Executed on October 22, 2013.

                         ___*/s/ Bill Trac*_____
                         Bill Trac

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Bill Trac.


                      /s/ Victoria F. Maroulis

                          Victoria F. Maroulis