# EXHIBIT A

## SAMSUNG'S THIRD AMENDED PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 7,756,087

02198.51990/5397513.1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY;

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D))[1] |
|---|---|
| 9. An apparatus for performing non-scheduled transmission in a user equipment (UE) of a mobile communication system for supporting an enhanced uplink dedicated channel (E-DCH), comprising:<br><br>[a] a receiver receiving non-scheduled transmission information indicating k transmission time intervals (TTIs) for transmitting non-scheduled data via the E- | Each of the Accused Apple Products[2] is an apparatus for performing non-scheduled transmission in a user equipment (UE) of a mobile communication system for supporting an enhanced uplink dedicated channel (E-DCH). Each of the Accused Apple Products meets the HSPA, HSUPA, and/or HSPA+ standard as set forth in 3GPP TS 25.321 v. 6.6.0 and later.<br><br>*See, e.g.,* technical specifications available at http://www.apple.com/iphone/specs.html; http://www.apple.com/ipad-mini/specs/; http://www.apple.com/ipad/specs/<br><br>Each of the Accused Apple Products comprises a receiver capable of receiving non-scheduled transmission information indicating k transmission time intervals (TTIs) for transmitting non-scheduled data via the E-DCH, wherein non-scheduled transmissions can be performed during the k TTIs within a period having N TTIs. For example, a period N is defined in the HSPA standard as an integer between 1 and 8 and, as shown in the table below, k transmission time intervals (TTIs) are represented as bits set to "1" in the Information Element "2ms non-scheduled transmission grant HARQ process allocation." *See, e.g.,* 3GPP TS 25.331 v. 6.21.0 § 10.3.5.1b, 10.2.33, 10.3.5.2; *see also, e.g.,* 3GPP TS 25.321 v. 6.18.0 § 11.<br><br>This information is received by the user equipment pursuant to the standard. A transmission time interval may be, for example, 2ms. |

---

[1] Samsung reserves the right to supplement this response with additional information obtained through Apple and third party discovery.

[2] "Accused Apple Products" refers to all Apple products supporting HSPA, HSUPA, and/or HSPA+ including, without limitation, the iPhone 4, iPhone 4S, iPhone 5, iPad 2 with Wi+Fi and 3G, iPad 3 with Wi+Fi and 3G, iPad 4 with Wi+Fi and 4G, and iPad mini with Wi+Fi and 4G.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| DCH, wherein non-scheduled transmissions can be performed during the k TTIs within a period having N TTIs; | *See, e.g.,* 3GPP TS 25.331 v. 6.21.0 § 10.3.5.1b (emphasis added):[3]<br><br>**10.3.5.1b    Added or reconfigured E-DCH MAC-d flow**<br><br>This IE is used in relation to MAC-d flows mapped to the E-DCH transport channel.<br><br>| Information Element/Group name | Need | Multi | Type and reference | Semantics description | Version |<br>|---|---|---|---|---|---|<br>| E-DCH MAC-d flow identity | MP | | E-DCH MAC-d flow identity 10.3.5.7e | | REL-6 |<br>| E-DCH MAC-d flow power offset | OP | | Integer(0..6) | Only allowed to be absent when already defined for this E-DCH MAC-d flow, unit is dB | REL-6 |<br>| E-DCH MAC-d flow maximum number of retransmissions | OP | | Integer (0..15) | Only allowed to be absent when already defined for this E-DCH MAC-d flow | REL-6 |<br>| E-DCH MAC-d flow multiplexing list | OP | | Bitstring (maxE-DCHMACdFlow) | Indicates, if this is the first MAC-d flow for which PDUs are placed in the MAC-e PDU, the other MAC-d flows from which MAC-d PDUs are allowed to be included in the same MAC-e PDU. Bit 0 is for MAC-d flow 0, Bit 1 is for MAC-d flow 1, ... | REL-6 | |

---

[3] Corresponding disclosure for this limitation and the other limitations set forth in this chart is also found in earlier and/or later versions of 3GPP TS 25.331.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY;

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Value '1' for a bit means multiplexing is allowed. Bit 0 is the first/leftmost bit of the bit string. NOTE: The bit that corresponds to the MAC-d flow itself is ignored. | |
| | CHOICE transmission grant type | OP | | | Only allowed to be absent when already defined for this E-DCH MAC-d flow | REL-6 |
| | >Non-scheduled transmission grant info | | | | | REL-6 |
| | >>Max MAC-e PDU contents size | MP | | Integer (1..19982) | | REL-6 |
| | >>2ms non-scheduled transmission grant HARQ process allocation | MD | | Bitstring (8) | MAC-d PDUs for this MAC-d flow are only allowed to be transmitted in those processes for which the bit is set to "1". Bit 0 corresponds to HARQ process 0, bit 1 corresponds to HARQ process 1,... Default value is: transmission in all HARQ processes is allowed. Bit 0 is the first/leftmost bit of the bit string. | REL-6 |
| | >Scheduled transmission grant info | | | NULL | | REL-6 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



All of the Accused Apple Products comprise a baseband processor. For example,

- The iPhone 4 and iPad 2 (Wi-Fi + 3G) comprise an ▬▬▬ *See* Apple's Supplemental Objections and Responses to Samsung's Interrogatory No. 28.

- The iPhone 4S comprises a ▬▬▬ *See* Apple's Supplemental Objections and Responses to Samsung's Interrogatory No. 28.

- The iPad 3(Wi-Fi + 3G) comprises ▬▬▬ *See* Apple's Supplemental Objections and Responses to Samsung's Interrogatory No. 28.

- The iPhone 5, iPad 4th Gen. (Wi-Fi + Cellular), and iPad Mini (Wi-Fi + Cellular) comprise a ▬▬▬ *See* Apple's Supplemental Objections and Responses to Samsung's Interrogatory No. 28.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY;





| | |
|---|---|
| [b] and a transmitter transmitting data on at least one TTI of the k TTIs within the period; wherein the k is an integer greater than 0 and less than or equal to a positive integer N. | Each of the Accused Apple Products comprises a transmitter capable of transmitting data on at least one TTI of the k TTIs within the period, wherein the parameter k is an integer greater than 0 and less than or equal to a positive integer N.  For example, as defined in the HSPA standard, each of the Accused Apple Products transmits data during one or more (k) TTIs, within a period of N TTIs. N corresponds, for example, to eight, the number of bits in the Bitstring (8), and the Bitstring (8) refers to '2ms non-scheduled transmission grant HARQ process allocation.'  *See, e.g.*, 3GPP TS 25.331 §§ 8.6.5.18, 10.3.5.1b, 3GPP TS 25.321 §§ 4, 9.1.5, 11.8.1.4.<br><br>*See, e.g.*, 3GPP TS 25.331 v. 6.21.0 § 10:<br><br>**10.2.33 RADIO BEARER SETUP**<br><br>This message is sent by UTRAN to the UE to establish new radio bearer(s). It can also include modifications to the configurations of transport channels and/or physical channels.<br><br>    RLC-SAP: AM or UM<br><br>    Logical channel: DCCH<br><br>    Direction: UTRAN → UE<br><br>| Information Element/Group name | Need | Multi | Type and reference | Semantics description | Version |<br>|---|---|---|---|---|---|<br>| Message Type | MP | | Message Type | | |<br>| [...] | | | | | |<br>| **RB Information Elements** | | | | | |<br>| CHOICE specification mode | MP | | | | REL-6 |<br>| >Complete specification | | | | In this version of the specification, only this value is specified | REL-6 |<br>| [...] | | | | | |<br>| **TrCH Information Elements** | | | | | |<br>| **Uplink transport** | | | | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY;

|  | Information Element/Group name | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|---|
|  | channels |  |  |  |  |  |
|  | [...] |  |  |  |  |  |
|  | >>Added or Reconfigured TrCH information list | OP | 1 to <maxTrCH> |  |  |  |
|  | >>>Added or Reconfigured UL TrCH information | MP |  | Added or Reconfigured UL TrCH information 10.3.5.2 |  |  |
|  | [...] |  |  |  |  |  |

### 10.3.5.2    Added or Reconfigured UL TrCH information

| Information Element/Group name | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|
| [...] |  |  |  |  |  |
| UL Transport channel identity | MP |  | Transport channel identity 10.3.5.18 |  |  |
|  | *CV-NotE-DCH* |  |  |  | REL-6 |
| CHOICE *UL parameters* |  |  |  |  | REL-6 |
| >DCH,USCH |  |  |  |  | REL-6 |
| >>TFS | MP |  | Transport Format Set 10.3.5.23 |  |  |
| >E-DCH |  |  |  |  | REL-6 |
| >>E-DCH Transmission Time Interval | MP |  | Integer(2,10) | Unit is ms. | REL-6 |
| >>HARQ info for E-DCH | MP |  | 10.3.5.7d |  | REL-6 |
| >>Added or reconfigured E-DCH MAC-d flow list | OP | <1 to maxE-DCHMACdFlow> |  |  | REL-6 |
| >>>Added or reconfigured E-DCH MAC-d flow | MP |  | Added or reconfigured E-DCH MAC-d flow 10.3.5.1b |  | REL-6 |

Note 1:    If included in System Information Block Type 16, the values 'E-DCH' does not apply for the IE "Uplink transport channel type".

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY;



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



| | |
|---|---|
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 10. The apparatus of claim 9, wherein the non-scheduled transmission information is configured by a bit map of N bits indicating the k TTIs using specific bit values. | Each of the Accused Apple Products comprises the apparatus of claim 9, wherein the non-scheduled transmission information is capable of being configured by a bit map of N bits indicating the k TTIs using specific bit values. The TTIs are indicated using a bitstring as defined in the standard.<br><br>See Claim 9; see also, e.g., 3GPP TS 25.331 v. 6.21.0 § 10.3.5 (emphasis added):<br><br>**10.3.5.1b    Added or reconfigured E-DCH MAC-d flow**<br><br>This IE is used in relation to MAC-d flows mapped to the E-DCH transport channel.<br><br>| Information Element/Group name | Need | Multi | Type and reference | Semantics description | Version |<br>|---|---|---|---|---|---|<br>| E-DCH MAC-d flow identity | MP | | E-DCH MAC-d flow identity 10.3.5.7e | | REL-6 |<br>| E-DCH MAC-d flow power offset | OP | | Integer(0..6) | Only allowed to be absent when already defined for this E-DCH MAC-d flow, unit is dB | REL-6 |<br>| E-DCH MAC-d flow maximum number of retransmissions | OP | | Integer (0..15) | Only allowed to be absent when already defined for this E-DCH MAC-d flow | REL-6 |<br>| E-DCH MAC-d flow multiplexing list | OP | | Bitstring (maxE-DCHMACdFlow) | Indicates, if this is the first MAC-d flow for which PDUs are placed in the MAC-e PDU, the other MAC-d flows from which MAC-d PDUs are allowed to be included in the same MAC-e PDU. | REL-6 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Bit 0 is for MAC-d flow 0, Bit 1 is for MAC-d flow 1, … Value '1' for a bit means multiplexing is allowed. Bit 0 is the first/leftmost bit of the bit string. NOTE: The bit that corresponds to the MAC-d flow itself is ignored. | |
| | CHOICE transmission grant type | OP | | | Only allowed to be absent when already defined for this E-DCH MAC-d flow | REL-6 |
| | >Non-scheduled transmission grant info | | | | | REL-6 |
| | >>Max MAC-e PDU contents size | MP | | Integer (1..19982) | | REL-6 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY;

| | | | | |
|---|---|---|---|---|
| >>2ms non-scheduled transmission grant HARQ process allocation | MD | | Bitstring (8) | MAC-d PDUs for this MAC-d flow are only allowed to be transmitted in those processes for which the bit is set to "1". Bit 0 corresponds to HARQ process 0, bit 1 corresponds to HARQ process 1,… Default value is: transmission in all HARQ processes is allowed. Bit 0 is the first/leftmost bit of the bit string. | REL-6 |
| >Scheduled transmission grant info | | | NULL | | REL-6 |

3GPP TS 25.321 v. 6.18.0 § 11.8.1.4 (emphasis added)[4]:

11.8.1.4. E-TFC Selection

…

The HARQ process ID for the upcoming transmission is determined using the following formulae:

- For 2ms TTI:    CURRENT_HARQ_PROCESS_ID = [5*CFN + subframe number] mod HARQ_RTT

- For 10ms TTI:   CURRENT_HARQ_PROCESS_ID = [CFN] mod HARQ_RTT

Based on this current HARQ process ID and the RRC configuration, the UE shall determine whether to take the scheduled and non-scheduled grants into account in the upcoming transmission.

---

[4] Corresponding disclosure for this limitation and the other limitations set forth in this chart is also found in earlier and/or later versions of 3GPP TS 25.321.

| | |
|---|---|
| | **3GPP TS 25.331 v. 6.21.0 § 8.6.5.18 (emphasis added):**<br><br>8.6.5.18 Added or reconfigured E-DCH MAC-d flow<br>If the IE "Added or reconfigured E-DCH MAC-d flow" is included, the UE shall:<br><br>…<br><br>1>    if the IE "Non-scheduled transmission grant info" is included:<br><br>2>    if the TTI configured on the E-DCH equals 2ms, and the IE "2ms non-scheduled transmission grant HARQ process allocation" is configured for this MAC-d flow:<br><br>3>    <u>MAC-d PDU's for logical channels belonging to this MAC-d flow shall only be included in a MAC-e PDU transmitted by HARQ processes allowed by the IE "2ms non-scheduled transmission grant HARQ process allocation"</u>, with a total contribution from this MAC-d flow not exceeding the size as signalled by the IE "Max MAC-e PDU contents size".<br><br>2>    else:<br><br>3>    MAC-d PDU's for logical channels belonging to this MAC-d flow shall be included in a MAC-e PDU transmitted by any HARQ process, with a total contribution from this MAC-d flow (i.e. including MAC-e/es headers) not exceeding the size as signalled by the IE "Max MAC-e PDU contents size".<br><br><br>**3GPP TS 25.331 v. 6.21.0 § 10.3.5.1b (emphasis added):**<br><br>10.3.5.1b Added or reconfigured E-DCH MAC-d flow<br><br>(Information element) 2ms non-scheduled transmission grant HARQ process allocation:<br><br>(Semantics description) <u>MAC-d PDUs for this MAC-d flow are only allowed to be transmitted in those processes for which the bit is set to "1".</u><br><br>Bit 0 corresponds to HARQ process 0, bit 1 corresponds to HARQ process 1,…<br><br>Default value is: transmission in all HARQ processes is allowed. Bit 0 is the first/leftmost bit of the bit string. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY; ▓▓▓

3GPP TS 25.321 v. 6.18.0 § 11.8.1.4 (emphasis added):

11.8.1.4. E-TFC Selection

RRC can allocate non-scheduled transmission grants to individual MAC-d flows in order to reduce the transmission delays. <u>When a 2ms TTI is configured each non-scheduled grant is applicable to the specific set of HARQ processes indicated by RRC. The applicability of scheduled grants can be also restricted to a specific set of HARQ processes when a 2ms TTI is configured.</u> HARQ process restriction and reservation is under the control of the serving cell Node B and indicated to the UE by RRC.

