HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY;



| 34. An apparatus for transmitting uplink data in user equipment (UE) of a mobile communication system for supporting an enhanced uplink dedicated channel (E- | Each of the Accused Apple Products is an apparatus for transmitting uplink data in user equipment (UE) of a mobile communication system for supporting an enhanced uplink dedicated channel (E-DCH).<br><br>Each of the Accused Apple Products comprises a receiver capable of receiving at least one of scheduling assignment information generated by the Node B based on a scheduling information and non-scheduled transmission information indicating k transmission time intervals (TTIs) for transmitting non-scheduled data via the E-DCH within a period having N TTIs, a controller selecting a Node B controlled scheduling mode or a non-scheduled transmission mode to transmit data, and a transmitter capable of transmitting uplink data |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY;

| | |
|---|---|
| DCH), comprising:<br><br>a receiver receiving at least one of scheduling assignment information generated by the Node B based on a scheduling information and non-scheduled transmission information indicating k transmission time intervals (TTIs) for transmitting non-scheduled data via the E-DCH within a period having N TTIs;<br><br>a controller selecting a Node B controlled scheduling mode or an non-scheduled transmission mode to transmit data; and<br><br>a transmitter transmitting uplink data according to the scheduling assignment information in the Node B controlled scheduling mode, and transmitting uplink data on at least one TTI of the | according to the scheduling assignment information in the Node B controlled scheduling mode, and transmitting uplink data on at least one TTI of the k TTIs within the period in the non-scheduled transmission mode, wherein the parameter k is an integer greater than 0, and less than or equal to a positive integer N. *See* claim 9.<br><br>The RRC S/W block in the Accused Apple Products are capable of receiving IE "Non-scheduled transmission grant info" or IE "Scheduled transmission grant info," and is capable of selecting a Node B controlled scheduling mode or a non-scheduled transmission mode to transmit data based on the IEs.<br><br>*See* Claim 9; *see also, e.g,* 3GPP TS 25.321 v.6.18.0 §§ 9.2.5.2.1, 9.2.5.2.2; 3GPP TS 25.331 v. 6.21.0 § 8.6.5.18 (emphasis added):<br><br>[for FDD:]<br><br>1>   if the IE "Non-scheduled transmission grant info" is included:<br><br>    2>   if the TTI configured on the E-DCH equals 2ms, and the IE "2ms non-scheduled transmission grant HARQ process allocation" is configured for this MAC-d flow:<br><br>        3>   MAC-d PDU's for logical channels belonging to this MAC-d flow shall only be included in a MAC-e PDU transmitted by HARQ processes allowed by the IE "2ms non-scheduled transmission grant HARQ process allocation", with a total contribution from this MAC-d flow (i.e. including MAC-e/es headers) not exceeding the size as signaled by the IE "Max MAC-e PDU contents size".<br><br>    2>   else:<br><br>        3>   MAC-d PDU's for logical channels belonging to this MAC-d flow shall be included in a MAC-e PDU transmitted by any HARQ process, with a total contribution from this MAC-d flow (i.e. including MAC-e/es headers) not exceeding the size as signaled by the IE "Max MAC-e PDU contents size".<br><br>1>   if the IE "Scheduled transmission grant info" is included:<br><br>    2>   transmission of MAC-d PDU's for logical channels belonging to this MAC-d flow shall be in accordance with the received scheduled grant on E-AGCH/E-RGCH (see [15]). |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



| k TTIs within the period in the non-scheduled transmission mode;<br><br>wherein the parameter k is an integer greater than 0, and less than or equal to a positive integer N. | [redacted] |
|---|---|





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



| | |
|---|---|
| | ■ [redacted] |
| 35. The apparatus of claim 34, wherein the non-scheduled transmission information is configured by a bit map of N bits indicating the k TTIs using specific bit values. | Each of the Accused Apple Products comprises the apparatus of claim 34, wherein the non-scheduled transmission information is configured by a bit map of N bits indicating the k TTIs using specific bit values. *See* claim 34.<br><br>The non-scheduled transmission information in the Accused Apple Products is capable of being configured by a bit map of N bits indicating the k TTIs using specific bit values. The TTIs are indicated using a bitstring as defined in the standard. *See* Claims 34 and 10; *see also, e.g.,* 3GPP TS 25.331 v. 6.21.0 § 10.3.5.1b and 3GPP TS 25.321 v. 6.18.0 § 11.8.1.4, cited in claim 10.<br><br>[redacted] |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| 39. The apparatus of claim 34, wherein the transmitter computes a non-scheduled transmission determination value according to a connection frame number (CFN) for generating a frame to be used in communication with a Node B accessed by the UE and a subframe number, and transmits the data in TTIs in which non-scheduled transmission determination values correspond to values of the k TTIs. | Each of the Accused Apple Products comprises the apparatus of claim 34, wherein the transmitter is capable of computing a non-scheduled transmission determination value according to a connection frame number (CFN) for generating a frame to be used in communication with a Node B accessed by the UE and a subframe number, and is capable of transmitting the data in TTIs in which non-scheduled transmission determination values correspond to values of the k TTIs.<br><br>See Claim 9; see also, e.g., 3GPP TS 25.321 v. 6.18.0 §§ 4, 11:<br><br>**11.8   Control of E-DCH transmission and reception**<br><br>**11.8.1   UE operation**<br><br>11.8.1.1          HARQ Operation<br><br>11.8.1.1.1        HARQ entity<br><br>There is one HARQ entity at the UE. A number of parallel HARQ processes are used in the UE to support the HARQ entity, allowing transmissions to take place continuously while waiting for the feedback on the successful or unsuccessful reception of previous transmissions.<br><br>At a given TTI, the HARQ entity identifies the HARQ process for which a transmission should take place. Also, based on the timing, it routes the receiver feedback (ACK/NACK information), relayed by the physical layer, to the appropriate HARQ process.<br><br>The number of HARQ processes is equal to the HARQ round-trip-time (HARQ_RTT). The HARQ_RTT is equal to 4 for 10ms TTI and 8 for 2ms TTI. The TTI duration shall be configured by the higher layers. Each process is associated with a number from 0 to HARQ_RTT-1.<br><br>[...] |

| | |
|---|---|
| | **11.8.1.4    E-TFC Selection**<br><br>[...]<br><br>At each TTI boundary, UEs in CELL_DCH state with an E-DCH transport channel configured shall determine the state of each E-TFC for every MAC-d flow configured based on its required transmit power versus the maximum UE transmit power (see [7] and [12]). If no DCH transport channel is configured or if a DCH transport channel is configured and the selected TFC is "empty" (see [3]), the UE shall consider that E-TFCs included in the minimum set of E-TFCs are always in supported state (see [7]).<br><br>At every TTI boundary for which a new transmission is requested by the HARQ entity (see subclause 11.8.1.1.1), the UE shall perform the operations described below. UEs configured both with DCH and E-DCH transport channels shall perform TFC selection before performing E-TFC selection.<br><br>The Serving Grant Update function provides the E-TFC selection function with the maximum E-DPDCH to DPCCH power ratio that the UE is allowed to allocate for the upcoming transmission for scheduled data (held in the Serving Grant state variable – see subclause 11.8.1.3).<br><br>[...]<br><br>The HARQ process ID for the upcoming transmission is determined using the following formulae:<br><br>- For 2ms TTI:     CURRENT_HARQ_PROCESS_ID = [5*CFN + subframe number] **mod** HARQ_RTT<br><br>- For 10ms TTI:    CURRENT_HARQ_PROCESS_ID = [CFN] **mod** HARQ_RTT<br><br>Based on this current HARQ process ID and the RRC configuration, the UE shall determine whether to take the scheduled and non-scheduled grants into account in the upcoming transmission. If they are not supposed to be taken into account, then the corresponding grant shall be assumed to not exist. If the variable Serving_Grant has the value "Zero_Grant" after the Serving Grant Update, then the Serving Grant shall not be taken into account in the upcoming transmission.<br><br>The above two equations are identical to equations (1) and (2) in '087 patent:<br><br>Non-scheduled Transmission Determination Value 2ms TTI = TTI Number mod N = (CFNx5+Subframe Number) mod N.....Equation (2)<br><br>Non-scheduled Transmission Determination Value 10ms TTI = CFN mod N.....Equation (1)<br><br>The value CURRENT_HARQ_PROCESS_ID in the standard is the "Non-scheduled Transmission |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| | Determination Value in the '087 patent. The value HARQ_RTT in the standard is "N" in the '087 patent.

3GPP TS 25.331 v. 6.21.0 § 8:

8.5.15.1   Initialisation for CELL_DCH state after state transition

When the UE receives any of the messages causing the UE to perform a state transition to CELL_DCH, the UE shall set the CFN in relation to the SFN of the first radio link listed in the IE "Downlink information per radio link list" included in that message according to the following formula:

- for FDD:

$$CFN = (SFN - (DOFF \text{ div } 38400)) \bmod 256$$

where the formula gives the CFN of the downlink DPCH or F-DPCH frame which starts at the same time as or which starts during the PCCPCH frame with the given SFN. DOFF is determined according to subclause 8.6.6.14.

Definition from 3GPP TS 21.905 v. 9.1.0 § 4[5]:

CFN   Connection Frame Number

█████████████████████████████████████ |

---

[5] Corresponding disclosure for this limitation and the other limitations set forth in this chart is also found in earlier and/or later versions of 3GPP TS 21.905.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY;

| | |
|---|---|
| | • ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 40. The apparatus of claim 39, wherein the non-scheduled transmission determination value is computed by (CFN*n+Subframe Number)mod N, where a TTI size of the E-DCH is 1/n of a frame length. | Each of the Accused Apple Products comprises the apparatus of claim 39, wherein the non-scheduled transmission determination value is capable of being computed by (CFN*n+Subframe Number)mod N, where a TTI size of the E-DCH is 1/n of a frame length.<br><br>*See* Claim 39; *see also, e.g.,* 3GPP TS 25.321 v. 6.18.0 §§ 4, 11.8.1.4:<br><br>11.8.1.4    E-TFC Selection<br><br>[...]<br><br>The HARQ process ID for the upcoming transmission is determined using the following formulae:<br><br>- For 2ms TTI:    CURRENT_HARQ_PROCESS_ID = [5*CFN + subframe number] **mod** HARQ_RTT<br>- For 10ms TTI:   CURRENT_HARQ_PROCESS_ID = [CFN] **mod** HARQ_RTT<br><br>Based on this current HARQ process ID and the RRC configuration, the UE shall determine whether to take the scheduled and non-scheduled grants into account in the upcoming transmission.<br><br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY; 









HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY;