# EXHIBIT B

## SAMSUNG'S THIRD AMENDED PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 7,551,596

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY ████████████████████████
████████████████████

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D))[1] |
|---|---|
| 1. A method for transmitting control information for an uplink packet data service in a mobile communication system, the method comprising the steps of:<br><br>[a] forming a first protocol data unit (PDU) including uplink packet data; | Each of the Accused Apple Products[2] performs the claimed method for transmitting control information for an uplink packet data service in a mobile communication system. Each of the Accused Apple Products meets the HSPA, HSUPA, and/or HSPA+ standard as set forth in 3GPP TS 25.321 v. 6.6.0 and later.<br><br>*See, e.g.,* technical specifications available at http://www.apple.com/iphone/specs.html; http://www.apple.com/ipad-mini/specs/; http://www.apple.com/ipad/specs/<br><br>Each of the Accused Apple Products performs the step of forming a first protocol data unit (PDU) including uplink packet data. Pursuant to the standard, MAC-d PDU includes uplink packet data. |

---

[1] Samsung reserves the right to supplement this response with additional information obtained through Apple and third party discovery. ████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████████

[2] "Accused Apple Products" refers to all Apple products supporting HSPA, HSUPA, and/or HSPA+ including, without limitation, the iPhone 4, iPhone 4S, iPhone 5, iPad 2 with Wi+Fi and 3G, iPad 3 with Wi+Fi and 3G, iPad 4 with Wi+Fi and 4G, and iPad mini with Wi+Fi and 4G.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY ████████████████████

*See, e.g.,* 3GPP TS 25.321 v. 6.18.0 § 9.1.5:[3]

## 9.1.5    MAC PDU (E-DCH)

In the case of E-DCH there are two MAC sublayers, MAC-e and MAC-es. MAC-es sits on top of MAC-e and receives PDUs directly from MAC-d. MAC-es SDUs (i.e. MAC-d PDUs) of the same size, coming from a particular logical channel are multiplexed together into a single MAC-es payload. There is one and only one MAC-es PDU per logical channel per TTI (since only one MAC-d PDU size is allowed per logical channel per TTI). To this payload is prepended the MAC-es header (see subclause 9.2.4.1). The number of PDUs, as well as the one DDI value identifying the logical channel, the MAC-d flow and the MAC-es SDU size are included as part of the MAC-e header. In case sufficient space is left in the E-DCH transport block or if Scheduling Information needs to be transmitted, an SI will be included at the end of the MAC-e PDU (see subclause 9.2.4.2). Multiple MAC-es PDUs from multiple logical channels can be transmitted in a TTI.

In the example MAC-e PDU shown in figure 9.1.5.2a, the field $DDI_0$ is referring to the specific DDI value that indicates that there is an SI included in the MAC-e PDU (see subclause 9.2.4.2). This header will not be associated with a new MAC-es payload. Figure 9.1.5.2b shows the MAC-e PDU format when SI is sent alone. In this case $DDI_0$ is not included in the MAC-e PDU and E-TFCI index 0 is used.



**Figure 9.1.5.1 MAC-es PDU**

----

[3]  Corresponding disclosure for this limitation and the other limitations set forth in this chart is also found in earlier and/or

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY: ███████████████████



**Figure 9.1.5.2a : MAC-e PDU**

All of the Accused Apple Products comprise a baseband processor.  For example,

- The iPhone 4 and iPad 2 (Wi-Fi + 3G) comprise ██████████████████ *See* Apple's Supplemental Objections and Responses to Samsung's Interrogatory No. 28.

- The iPhone 4S comprises ████████████████████████ *See* Apple's Supplemental Objections and Responses to Samsung's Interrogatory No. 28.

- The iPad 3(Wi-Fi + 3G) comprises ███████████████████ *See* Apple's Supplemental Objections and Responses to Samsung's Interrogatory No. 28.

- The iPhone 5, iPad 4th Gen. (Wi-Fi + Cellular), and iPad Mini (Wi-Fi + Cellular) comprise a ████████████████████ *See* Apple's Supplemental Objections and Responses to Samsung's Interrogatory No. 28.

later versions of 3GPP TS 25.321.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY: 



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY: █████████████████████████████

| | |
|---|---|
| | Apple infringes this claim because it has performed each and every step of this claim, including but not limited to testing and use by its employees or agents.  Apple also infringes this claim by selling the Accused Apple Products to customers and encouraging those customers to use the products in a manner that meets each and every step of this claim. |
| [b] forming a control service data unit (SDU) including control information for an uplink packet data service; | Each of the Accused Apple Products performs the step of forming a control service data unit (SDU) including control information for an uplink packet data service. Control information includes, for example, scheduling information ("SI") as shown in figure 9.1.5.2a.<br><br>*See* claim 1[a]; *see also, e.g.,* 3GPP TS 25.321 v. 6.18.0 § 9:<br><br>## 9.1.1    General<br><br>A MAC PDU is a bit string, with a length not necessarily a multiple of 8 bits. In the drawings in clause 9.1, bit strings are represented by tables in which the first bit is the leftmost one on the first line of the table, the last bit is the rightmost on the last line of the table, and more generally the bit string is to be read from left to right and then in the reading order of the lines.<br><br>Depending on the provided service, MAC SDUs are bit strings with any non-null length, or bit strings with an integer number of octets in length. An SDU is included into a MAC PDU from first bit onward.<br><br>In the UE for the uplink, all MAC PDUs delivered to the physical layer within one TTI are defined as Transport Block Set (TBS). It consists of one or several Transport Blocks, each containing one MAC PDU. The Transport Blocks, shall be transmitted in the order as delivered from RLC. When multiplexing of RLC PDUs from different logical channels is performed on MAC, the order of all Transport Blocks originating from the same logical channel shall be the same as the order of the sequence delivered from RLC. The order of the different logical channels in a TBS is set by the MAC protocol.<br><br>## 9.1.5    MAC PDU (E-DCH)<br><br>In the case of E-DCH there are two MAC sublayers, MAC-e and MAC-es. MAC-es sits on top of MAC-e and receives PDUs directly from MAC-d. MAC-es SDUs (i.e. MAC-d PDUs) of the same size, coming from a particular logical channel are multiplexed together into a single MAC-es payload. There is one and only one MAC-es PDU per logical channel per TTI (since only one MAC-d PDU size is allowed per logical channel per TTI). To this payload is prepended the MAC-es header (see subclause 9.2.4.1). The number of PDUs, as well as the one DDI value identifying the logical channel, the MAC-d flow and the MAC-es SDU size are included as part of the MAC-e header. In case sufficient space is left in the E-DCH transport block or if |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY: ████████████████

Scheduling Information needs to be transmitted, an SI will be included at the end of the MAC-e PDU (see subclause 9.2.4.2). Multiple MAC-es PDUs from multiple logical channels, but only one MAC-e PDU can be transmitted in a TTI.

In the example MAC-e PDU shown in figure 9.1.5.2a, the field $DDI_0$ is referring to the specific DDI value that indicates that there is an SI included in the MAC-e PDU (see subclause 9.2.4.2). This header will not be associated with a new MAC-es payload.



**Figure 9.1.5.2a MAC-e PDU**

3GPP TS 25.321 v. 6.18.0 § 9.2.5.3.2:

## 9.2.5.3.2 Scheduling Information

The Scheduling Information is located at the end of the MAC-e PDU and is used to provide the serving Node B with a better view of the amount of system resources needed by the UE and the amount of resources it can actually make use of. The transmission of this information will be initiated due to the quantization of the transport block sizes that can be supported or based on the triggers defined in subclause 11.8.1.6. When a Scheduling Information is transmitted, its contents shall always be updated in new transmissions with the buffer status after application of the E-TFC selection procedure described in subclause 11.8.1.4.. The logical channels for which a non-scheduled grant is configured shall never be taken into account when putting together this information. In addition, the RRC may restrict applicability for logical channels for which no non-scheduled grant was configured.

This information includes the following fields:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY ███████████████████████

███████████████

- Highest priority Logical channel ID (HLID): The HLID field identifies unambiguously the highest priority logical channel with available data. If multiple logical channels exist with the highest priority, the one corresponding to the highest buffer occupancy will be reported. The length of the HLID is 4 bits. In case the TEBS is indicating index 0 (0 byte), the HLID shall indicate the value "0000".

- Fields related to amount of available data:

- Total E-DCH Buffer Status (TEBS):
  The TEBS field identifies the total amount of data available across all logical channels for which reporting has been requested by the RRC and indicates the amount of data in number of bytes that is available for transmission and retransmission in RLC layer. When MAC is connected to an AM RLC entity, control PDUs to be transmitted and RLC PDUs outside the RLC Tx window shall also be included in the TEBS. RLC PDUs that have been transmitted but not negatively acknowledged by the peer entity shall not be included in the TEBS. The length of this field is 5 bits. The values taken by TEBS are shown in Table 9.2.5.3.2.1.

- Highest priority Logical channel Buffer Status (HLBS):
  The HLBS field indicates the amount of data available from the logical channel identified by HLID, relative to the highest value of the buffer size range reported by TEBS when the reported TEBS index is not 31, and relative to 50000 bytes when the reported TEBS index is 31. The length of HLBS is 4 bits. The values taken by HLBS are shown in table 9.2.5.3.2.2. In case the TEBS field is indicating index 0 (0 byte), the HLBS field shall indicate index 0.

- UE Power Headroom (UPH):
  The UPH field indicates the ratio of the maximum UE transmission power and the corresponding DPCCH code power defined in [17]. The length of UPH is 5 bits.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY ████████████████████████████████



| | |
|---|---|
| [c] forming at least one first header part corresponding to the first PDU by using a data description indicator (DDI) field representing the first PDU and an N field representing the number of uplink | Each of the Accused Apple Products performs the step of forming at least one first header part corresponding to the first PDU by using a data description indicator (DDI) field representing the first PDU and an N field representing the number of uplink packet data included in the first PDU.<br><br>*See* claim 1[a-b]; *see also, e.g.,* 3GPP TS 25.321 v. 6.18.0 § 9.2.4.2:<br><br>9.2.4.2      MAC-e header parameters<br><br>-  Data description indicator (DDI):<br>   The DDI field identifies the logical channel, MAC-d flow and size of the MAC-d PDUs concatenated into the associated MAC-es PDU. The mapping between the DDI values and the logical channel ID, MAC-d flow and PDU size is provided |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY: █████████████████████████

| packet data included in the first PDU; | by higher layers. The length of the DDI field is 6 bits. When, due to the quantization in the transport block sizes that can be supported or triggering of the Scheduling Information, the size of the data plus header is less than or equal to the TB size of the E-TFC selected by the UE minus 24 bits, the DDI value [111111] shall be appended at the end of the MAC-e header and a Scheduling Information shall be concatenated into this MAC-e PDU, where DDI value [111111] indicates that there is a Scheduling Information concatenated in this MAC-e PDU. Otherwise, if the size of the data plus header is less than or equal to the TB size of the ETFC selected by the UE minus 18 bits, a Scheduling Information shall be concatenated into this MAC-e PDU. In any other case it is understood that another MAC-es PDU or Scheduling Information does not fit and it is therefore not necessary to reserve room in the transport block for an additional DDI field. |
|---|---|
| | - Number of MAC-d PDUs (N): |
| | The number of consecutive MAC-d PDUs corresponding to the same DDI value. The length of the N field is 6 bits. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY:





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY: ███████████████████████████

---



| | Each of the Accused Apple Products performs the step of forming a second header part corresponding to the control SDU by using a DDI field set as a predetermined specific value representing that the control SDU is transmitted.  For example, the field $DDI_0$ in figure 9.1.5.2a is a second header part corresponding to the control SDU. |
|---|---|
| [d] forming a second header part corresponding to the control SDU by using a DDI field set as a predetermined specific value representing that the control SDU is transmitted; | *See* claim 1[a-c], *see also, e.g.,* 3GPP TS 25.321 v. 6.18.0 § 9.1.5: |

Figure 9.1.5.2a: MAC-e PDU

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY: 



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY:



| | |
|---|---|
| [e] and forming a second data packet unit (PDU) by concatenating a header | Each of the Accused Apple Products performs the step of forming a second data packet unit (PDU) by concatenating a header and a payload, and transmitting the second PDU to a Node B, wherein the header includes the header parts, and the payload includes the first PDU and the control SDU. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY: ███████████████████

| and a payload, and transmitting the second PDU to a Node B, wherein the header includes the header parts, and the payload includes the first PDU and the control SDU. | *See* claim 1[a-d], *see also, e.g.,* 3GPP TS 25.321 v. 6.18.0 § 9.1.5: <br><br>**Figure 9.1.5.2a: MAC-e PDU** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY: 



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY:



| | |
|---|---|
| 13. A user equipment (UE) for transmitting control information for an uplink packet data service in a mobile communication system, the UE comprising:<br><br>[a] at least one block | Each of the Accused Apple Products is a user equipment (UE) for transmitting control information for an uplink packet data service in a mobile communication system.  Each comprises at least one block for forming a first protocol data unit (PDU) including uplink packet data.  *See* claim 1[a]. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| for forming a first protocol data unit (PDU) including uplink packet data; | |
| [b] a control unit for forming a control service data unit (SDU) including control information for an uplink packet data service; | Each of the Accused Apple Products comprises a control unit for forming a control service data unit (SDU) including control information for an uplink packet data service.  *See* claim 1[b]. |
| [c] and a multiplexing and transmission sequence number (TSN) setting unit for forming at least one first header part corresponding to the first PDU by using a data description indicator (DDI) field representing the first PDU and an N field representing the number of uplink packet data included in the first PDU, | Each of the Accused Apple Products comprises a multiplexing and transmission sequence number (TSN) setting unit for forming at least one first header part corresponding to the first PDU by using a data description indicator (DDI) field representing the first PDU and an N field representing the number of uplink packet data included in the first PDU.  *See* claim 1[c]. |
| [d] forming a second header part | Each of the Accused Apple Products comprises a multiplexing and transmission sequence number (TSN) setting unit for forming a second header part corresponding to the control SDU by using a DDI field set as a |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY:

| | |
|---|---|
| corresponding to the control SDU by using a DDI field set as a predetermined specific value representing that the control SDU is transmitted, | predetermined specific value representing that the control SDU is transmitted.  *See* claim 1[d]. |
| [e] and forming a second data packet unit (PDU) by concatenating a header and a payload, the header including the header parts, the payload including the first PDU and the control SDU, wherein the second PDU is transmitted to a Node B. | Each of the Accused Apple Products comprises a multiplexing and transmission sequence number (TSN) setting unit for forming a second data packet unit (PDU) by concatenating a header and a payload, the header including the header parts, the payload including the first PDU and the control SDU, wherein the second PDU is transmitted to a Node B.  *See* claim 1[e]. |