1  [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

| | |
|---|---|
| 11  APPLE INC., a California corporation, | CASE NO. 5:12-cv-00630-LHK (PSG) |
| 12                Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING REQUESTS FOR ADMISSION CONCERNING AUTHENTICITY OF DOCUMENTS** |
| 13        v. | |
| 14  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 15 | |
| 16 | |
| 17 | |
|     Defendants. | |
| 18 | |
| 19  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 20 | |
| 21 | |
| 22 | |
|     Counterclaim-Plaintiffs, | |
| 23 | |
|         v. | |
| 24 | |
|     APPLE INC., a California corporation, | |
| 25 | |
|         Counterclaim-Defendant. | |
| 26 | |
| 27 | |
| 28 | |

1  WHEREAS, Apple commenced this action (the "Litigation") against Samsung on February
2  8, 2012;

3  WHEREAS, Samsung subsequently filed counterclaims against Apple;

4  WHEREAS, the Parties and third parties subsequently have produced millions of pages of
5  documents in connection with discovery in the Litigation;

6  WHEREAS, on September 17, 2013, this Court extended the deadline for the Parties to
7  serve Requests for Admission asking for the authenticity of documents to October 25, 2013
8  (Docket No. 770);

9  WHEREAS, the Parties have determined that it is in their mutual interest to have
10 additional time to prepare Requests for Admission asking for authenticity of documents produced
11 by the Parties and third parties, in the hope that they might reach agreement regarding authenticity
12 and therefore obviate the need for mutually burdensome discovery;

13 WHEREAS this stipulation and corresponding extension of time proposed by the Parties
14 will not impact any other dates on calendar in this matter;

15 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as
16 follows:

17 The Deadline to serve Requests for Admission asking for authenticity of documents shall
18 be extended to November 29, 2013.

21 DATED:   October 24, 2013

23 By   */s/ H. Mark Lyon*                     By   */s/ Victoria F. Maroulis*

24   Attorney for Plaintiff and Counterclaim-        Attorney for Defendants and Counterclaim-
     Defendant APPLE INC.                            Plaintiff SAMSUNG ELECTRONICS CO.,
25                                                   LTD., SAMSUNG ELECTRONICS
                                                     AMERICA,  INC., AND SAMSUNG
26                                                   TELECOMMUNICATIONSAMERICA,
                                                     LLC

| | |
|---|---|
| Josh A. Krevitt (CA SBN 208552) | Charles K. Verhoeven (Bar No. 170151) |
| jkrevitt@gibsondunn.com | charlesverhoeven@quinnemanuel.com |
| H. Mark Lyon (CA SBN 162061) | Kevin A. Smith (Bar No. 250814) |
| mlyon@gibsondunn.com | kevinsmith@quinnemanuel.com |
| GIBSON, DUNN & CRUTCHER LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 1881 Page Mill Road | |
| Palo Alto, CA   94304-1211 | 50 California Street, 22nd Floor |
| Telephone: (650) 849-5300 | San Francisco, California 94111 |
| Facsimile: (650) 849-5333 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| Michael A. Jacobs | |
| (CA SBN 111664) | Kevin P.B. Johnson |
| mjacobs@mofo.com | (Bar No. 177129 (CA); 2542082 (NY)) |
| Richard S.J. Hung (CA SBN 197425) | kevinjohnson@quinnemanuel.com |
| rhung@mofo.com | Victoria F. Maroulis (Bar No. 202603) |
| MORRISON & FOERSTER LLP | victoriamaroulis@quinnemanuel.com |
| 425 Market Street | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | 555 Twin Dolphin Drive, 5th Floor |
| Facsimile: (415) 268-7522 | Redwood Shores, California 94065 |
| | Telephone: (650) 801-5000 |
| William F. Lee (pro hac vice) | Facsimile: (650) 801-5100 |
| William.lee@wilmerhale.com | |
| WILMER CUTLER PICKERING    HALE AND DORR LLP | William C. Price (Bar No. 108542) |
| | williamprice@quinnemanuel.com |
| 60 State Street | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| Boston, Massachusetts 02109 | |
| Telephone: (617) 526-6000 | 865 South Figueroa Street, 10th Floor |
| Facsimile: (617) 526-5000 | Los Angeles, California 90017-2543 |
| | Telephone: (213) 443-3000 |
| Mark D. Selwyn (CA SBN 244180) | Facsimile: (213) 443-3100 |
| mark.selwyn@wilmerhale.com | |
| WILMER CUTLER PICKERING    HALE AND DORR LLP | |
| 950 Page Mill Road | |
| Palo Alto, CA 94304 | |
| Telephone: (650) 858-6000 | |
| Facsimile: (650) 858-6100 | |

//

//

//

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Deadline to serve Requests for Admission asking for authenticity of documents shall be extended to November 29, 2013.

Dated: _____, 2013

By: _____
HONORABLE LUCY H. KOH
United States District Judge

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Requests for Admission Concerning Authenticity of Documents.   In compliance with General Order 45.X.B, I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: October 24, 2013                                  /s/ H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: October 24, 2013                                  /s/ H. Mark Lyon