[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO CONDUCT DEPOSITION** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

1   Pursuant to Civil L.R. 6-2, Samsung Electronics Co., Ltd., Samsung Electronics America,
2   Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc.
3   ("Apple") file this Stipulation regarding the deposition of third party fact witness Sylvia Hall-
4   Ellis.
5   WHEREAS, on May 2, 2012, the Court entered a scheduling order setting forth July 8,
6   2013 as the fact discovery cut-off;
7   WHEREAS, on July 8, 2013, the Court issued an order granting the parties' Stipulation
8   Regarding Extension of Time to Conduct Depositions, permitting the parties to conduct certain
9   fact depositions after the July 8, 2013 fact discovery cut-off and no later than July 29, 2013;
10  WHEREAS, on July 29, 2013, the Court issued an order granting the parties' Stipulation
11  Regarding Extension of Time to Conduct Depositions, permitting the parties to conduct certain
12  fact depositions after July 29, 2013, and by no later than August 31, 2013;
13  WHEREAS, on August 21, 2013, the Court issued an order granting the parties' Stipulation
14  Regarding Requests for Admission Concerning Authenticity of Documents, extending the
15  deadline to serve Requests for Admission asking for authenticity of documents to September 17,
16  2013, and permitting the deposition of third party fact witness Sylvia Hall-Ellis, a witness
17  knowledgeable about the authenticity and public availability of certain publications, to take place
18  no later than October 17, 2013;
19  WHEREAS, on September 18, 2013, the Court issued an order granting the parties'
20  Stipulation Regarding Requests for Admission Concerning Authenticity of Documents and
21  Supplementation of Interrogatory Responses, extending the deadline to serve Requests for
22  Admission asking for authenticity of documents to October 25, 2013;
23  WHEREAS, the parties are negotiating a stipulation regarding the authenticity of
24  documents which may obviate the need for the deposition of Dr. Hall-Ellis and the parties have
25  agreed to postpone the deposition until negotiations are complete;
26  WHEREAS, the parties have agreed to conduct the deposition of Dr. Hall-Ellis, if
27  necessary, by no later than December 19, 2013;
28

-1-    Case No. :12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF
TIME TO CONDUCT DEPOSITION

1
2  WHEREAS, this stipulation and extension of time will not require altering any other
3  deadline presently on calendar in this matter.
4  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that
5  the deposition of third party fact witness Sylvia Hall-Ellis will take place no later than December
6  19, 2013.
7
8                                                  * * *
9  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
10     1.   The deposition of third party fact witness Sylvia Hall-Ellis will take place no later
11  than December 19, 2013.
12
13
14  Dated:   October 25,   2013
15
16                                       By:   _Lucy H. Koh_____
17                                             HONORABLE LUCY H. KOH
                                              UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28

-2-     Case No. :12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF
TIME TO CONDUCT DEPOSITION

DATED: October 17, 2013

By  /s/ Mark Lyon                                          By  /s/ Victoria F. Maroulis

| | |
|---|---|
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONSAMERICA, LLC |
| Josh A. Krevitt (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. Mark Lyon (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA   94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| Michael A. Jacobs<br>(CA SBN 111664)<br>mjacobs@mofo.com<br>Richard S.J. Hung (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | Kevin P.B. Johnson<br>(Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| William F. Lee (pro hac vice)<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 | William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| Mark D. Selwyn (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 | |

-3-                                              Case No. :12-cv-00630-LHK
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF
TIME TO CONDUCT DEPOSITION

## ATTESTATION OF E-FILED SIGNATURES

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Stipulation and [~~Proposed~~] Order Regarding Extension of Time to Conduct Deposition.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that H. Mark Lyon has concurred in this filing.

Dated: October 17, 2013        */s/ Victoria F. Maroulis*
                                Victoria F. Maroulis

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: October 17, 2013        */s/ Victoria F. Maroulis*
                                Victoria F. Maroulis