Daryl M. Crone (Bar No. 209610)
  daryl@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Boulevard, Suite 1150
Los Angeles, California 90024
Telephone:  (310) 893-5150
Facsimile:   (310) 893-5195

Attorneys for
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**CERTIFICATE OF SERVICE** |

{00062147.DOC - v1}

Case No. 12-cv-00630-LHK
CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within action; my business address is 10880 Wilshire Boulevard, Suite 1150, Los Angeles, CA 90024.

On October 25, 2013, I served true copies of the documents described as

1. Samsung's Administrative Motion to File Under Seal [Dkt. No. 841]; and

2. The Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Under Seal [Dkt. No. 841-1]

by emailing the aforementioned documents to the interested parties as follows:

Counsel for Alcatel-Lucent:

Alex Yip, Esq.
alex.yip@alcatel-lucent.com
600 Mountain Avenue, Rm. 3c241
Murray Hill, NJ 07974

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 25, 2013.

DATED: October 25, 2013

       /s/ Daryl M. Crone
       Daryl M. Crone

{00062147.DOC - v1}

-1-

Case No. 12-cv-00630-LHK
CERTIFICATE OF SERVICE

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Daryl Crone.

                                           */s/ Victoria F. Maroulis*

                                           Victoria F. Maroulis

CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195