| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, California  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 12-cv-00630-LHK<br><br>**DECLARATION OF PETER J. KOLOVOS REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Samsung filed an "Administrative Motion to File Documents Under Seal (Dkt. 660)" (Dkt. No. 841) relating to Exhibit A (Dkt. 660-1) and Exhibit B (Dkt. 660-2) to Samsung's Third Amended Disclosure of Asserted Claims and Infringement Contentions ("Samsung's Infringement Charts"). Samsung also filed redacted versions of these Exhibits (Dkt. 843, 843-1 and 843-2).

3. Samsung's Infringement Charts contain filenames and descriptions or alleged descriptions of the source code for the baseband processors used in the accused Apple products produced by Apple and third parties. Accordingly, these portions of Samsung's Infringement Charts should be sealed. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (Aug. 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 8) (permitting sealing of confidential source code and detailed schematics of the Apple iBook and Apple iSight) (citing *Agency Solutions.Com, LLC v. TriZetto Group, Inc.*, 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011). I note that non-party Intel has also submitted a declaration in support of sealing this information. *See* Non-Party Intel's Declaration in Support of Samsung's Administrative Motion to File Documents Under Seal (Dkt. No. 844) (supporting sealing Samsung's Infringement Charts). I understand that non-party Qualcomm may also submit a declaration in support of sealing this information.

4. Apple does not maintain any claim of confidentiality with respect to the AT&T and Alcatel-Lucent documents discussed on (a) pages 7, 12-13, and 24 of Exhibit A to Samsung's Third Amended Disclosure of Asserted Claims and Infringement Contentions and (b)

1  pages 6-7, 11, 14, 16, and 19 of Exhibit B to Samsung's Third Amended Disclosure of Asserted
2  Claims and Infringement Contentions.
3       5.     The relief requested by Apple is necessary and narrowly tailored to protect
4  confidential information regarding source code and trade secret information pertaining to the
5  accused Apple products.
6       6.     I declare under the penalty of perjury under the laws of the United States of
7  America that the forgoing is true and correct to the best of my knowledge and that this
8  Declaration was executed this 28th day of October, 2013, in Boston, Massachusetts.

Dated:  October 28, 2013            */s/ Peter J. Kolovos*
                                                  Peter J. Kolovos

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that a true and correct copy of the above and foregoing document has |
| 3 | been served on October 28, 2013 to all counsel of record who are deemed to have consented to |
| 4 | electronic service via the Court's ECF system per Civil Local Rule 5-1. |

/s/ Mark. D Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated: October 28, 2013              */s/ Mark D. Selwyn*
                                                    Mark D. Selwyn