1  DAVID H. DOLKAS (State Bar No. 111080)
   ddolkas@mwe.com
2  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road
3  Suite 100
   Menlo Park, CA 94025-4004
4  Telephone:  +1 650 815 7400
   Facsimile:  +1 650 815 7401
5
   BRETT E. BACHTELL
6  bbachtell@mwe.com
   McDERMOTT WILL & EMERY LLP
7  227 West Monroe Street
   Suite 4400
8  Chicago, IL 60606-5055
   Telephone:  +1 312 372 7000
9  Facsimile:  +1 312 984 7700

10 Attorneys for Non-Party
   QUALCOMM INCORPORATED
11

12
13                    **UNITED STATES DISTRICT COURT**
14                              **FOR THE**
15                  **SOUTHERN DISTRICT OF CALIFORNIA**

16  APPLE INC.,                      )  Case No. 12-cv-00630-LHK (N.D. Cal.)
                                     )
17             Plaintiff,            )  **DECLARATION OF BRETT E.**
                                     )  **BACHTELL REGARDING SAMSUNG'S**
18        v.                         )  **ADMINISTRATIVE MOTION TO FILE**
                                     )  **DOCUMENTS UNDER SEAL**
19  SAMSUNG ELECTRONICS CO., LTD.,   )
    et al.                           )
20                                   )
               Defendant.            )
21

22
23
24
25
26
27
28

I, Brett E. Bachtell, hereby declare as follows:

1. I am a partner at the law firm of McDermott Will & Emery LLP and counsel for non-party Qualcomm Incorporated ("Qualcomm"). I am licensed to practice law in the State of Illinois. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Samsung filed an "Administrative Motion to File Documents Under Seal (Dkt. No. 841) relating to Exhibit A (Dkt. 660-1) and Exhibit B (Dkt. 660-2) to Samsung's Third Amended Disclosure of Asserted Claims and Infringement Contentions ("Samsung's Third Amended Disclosures"). Samsung also filed redacted versions of these Exhibits (Dkt. 843, 843-1 and 843-2). Samsung did not request that these documents be filed under seal at the time they were originally filed with the Court. Given the sensitive nature of the highly confidential material contained within the Exhibits, Qualcomm supports Samsung's request to seal Exhibits A and B to Samsung's Third Amended Disclosures of Asserted Claims and Infringement Contentions. (Dkt. 660-1 and 660-2).

3. Samsung's Third Amended Disclosures contain filenames and purported descriptions of the functionality of the source code material produced by Qualcomm. Qualcomm reasonably believes disclosure of material incorporated into Samsung's Third Amended Disclosures could cause Qualcomm significant commercial harm. Accordingly, these portions of Samsung's Infringement Charts should be sealed. This Court has previously granted similar requests in the litigation between Apple and Samsung tried last year. *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (Aug. 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 8). Further, I note that at least non-party Intel has also submitted a declaration in support of sealing similar Intel information. *See* Non-Party Intel's Declaration in Support of Samsung's Administrative Motion to File Documents Under Seal (Dkt. 844).

4. The relief requested by Samsung is necessary and narrowly tailored to protect confidential information contained within the highly confidential Qualcomm source code material produced in this matter.

| NON-PARTY QUALCOMM'S DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO SEAL | - 2 - | Case No. 12-cv-00630-LHK (N.D. Cal.) |

1   5. I declare under the penalty of perjury under the laws of the United States of
2   America that the foregoing is true and correct to the best of my knowledge and that this
3   Declaration was executed this 28th day of October, 2013, in Chicago, Illinois.
4
5
6   Dated:  October 28, 2013          */s/ Brett E. Bachtell*
    Brett E. Bachtell
7
8   DM_US 46228375-1.050278.0424

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

**NON-PARTY QUALCOMM'S DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO SEAL**   - 3 -   **Case No. 12-cv-00630-LHK (N.D. Cal.)**

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Brett Bachtell.

                                                */s/ Victoria F. Maroulis*

                                                   Victoria F. Maroulis

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

NON-PARTY QUALCOMM'S DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO SEAL — - 4 - — Case No. 12-cv-00630-LHK (N.D. Cal.)