QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE APPLE'S COMPLIANCE WITH THE COURT'S ORDER REGARDING CASE NARROWING** |

Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal the following documents or portions thereof relating to Samsung's Reply in Support of its Motion to Enforce Apple's Compliance With The Court's Order Regarding Case Narrowing:

1. The confidential, unredacted version of Samsung's Reply in Support of its Motion to Enforce Apple's Compliance With The Court's Order Regarding Case Narrowing.

2. Exhibit 1 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With The Court's Order Regarding Case Narrowing, excerpts of the Rebuttal Expert Report of Dr. Alex Snoeren, submitted on behalf of Apple Inc., dated September 13, 2013.

3. Exhibit 4 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With The Court's Order Regarding Case Narrowing, excerpts of the Opening Report of Christopher Vellturo, PH.D., submitted on behalf of Apple Inc., dated August 12, 2013.

Samsung has established good cause to permit filing these documents under seal through the Declaration of Michael L. Fazio in Support of Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Reply in Support of its Motion to Enforce Apple's Compliance With The Court's Order Regarding Case Narrowing and the Declaration of Daniel Wooseob Shim in Support of Samsung's Administrative Motion to File Under Seal, filed herewith.  In short, the above documents discuss and refer to material designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential. Samsung accordingly requests that the Court order the information filed under seal, and expects that Apple will comply with L.R. 79-5(e) by filing an appropriate declaration with the Court for those portions and documents that reference Apple-designated information.  Samsung's entire filing will be filed with the Court pursuant to L.R. 79-5 and served on all parties.

1  Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel
2 regarding this motion.  Apple does not oppose Samsung's Administrative Motion to File
3 Documents Under Seal Relating to Samsung's Reply in Support of its Motion to Enforce Apple's
4 Compliance With The Court's Order Regarding Case Narrowing as a procedural mechanism for
5 filing portions of Samsung's Reply in Support of its Motion to Enforce Apple's Compliance With
6 The Court's Order Regarding Case Narrowing and supporting documents under seal.  Apple
7 reserves the right to challenge any proposed redactions to the extent it believes those redactions
8 improperly seal non-confidential information.

DATED:  October 31, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Michael L. Fazio*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC

**ATTESTATION**

I, Matthew Warren, am the ECF user whose ID and password are being used to file Samsung's Administrative Motion To File Documents Under Seal Relating to Samsung's Reply In Support of Its Motion to Enforce.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated:  October 31, 2013

*/s/ Matthew Warren*
Matthew Warren