1 | QUINN EMANUEL URQUHART &
SULLIVAN, LLP
2 | Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
3 | Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
4 | 50 California Street, 22nd Floor
San Francisco, California 94111
5 | Telephone: (415) 875-6600
Facsimile: (415) 875-6700

6

Kevin P.B. Johnson (Bar No. 177129)
7 | kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
8 | victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
9 | Redwood Shores, California 94065
Telephone: (650) 801-5000
10 | Facsimile: (650) 801-5100

11 | William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
12 | Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
13 | 865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
14 | Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

15

Attorneys for SAMSUNG ELECTRONICS
16 | CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
17 | TELECOMMUNICATIONS AMERICA, LLC

18

UNITED STATES DISTRICT COURT

19

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

APPLE INC., a California corporation,

CASE NO. 12-CV-00630-LHK

21

Plaintiff,

**DECLARATION OF MICHAEL L. FAZIO
IN SUPPORT OF SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL RELATING
TO SAMSUNG'S REPLY IN SUPPORT
OF ITS MOTION TO ENFORCE
APPLE'S COMPLIANCE WITH THE
COURT'S ORDER REGARDING CASE
NARROWING**

22

vs.

23

SAMSUNG ELECTRONICS CO., LTD., a
24 | Korean business entity; SAMSUNG
ELECTRONICS AMERICA, INC., a New
25 | York corporation; SAMSUNG
TELECOMMUNICATIONS AMERICA,
26 | LLC, a Delaware limited liability company,

27

Defendants.

28

Case No. 12-CV-00630-LHK (PSG)

FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE

I, Michael L. Fazio, declare:

1.     I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.     Samsung submits this motion for an order to seal the following documents or portions thereof relating to Samsung's Reply in Support of its Motion to Enforce Apple's Compliance With the Court's Order Regarding Case Narrowing in order to protect information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential.

3.     The confidential, unredacted version of Samsung's Reply in Support of its Motion to Enforce Apple's Compliance With The Court's Order Regarding Case Narrowing, portions of which Apple has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY –SOURCE CODE" under the Protective Order entered in this case.

4.     Exhibit 1 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With The Court's Order Regarding Case Narrowing contains excerpts of the Rebuttal Expert Report of Dr. Alex Snoeren, submitted on behalf of Apple Inc., dated September 13, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case or otherwise deemed confidential business information.

5.     Exhibit 4 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With The Court's Order Regarding Case Narrowing contains excerpts of the Opening Report of Christopher Vellturo, PH.D., submitted on

FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE

1  behalf of Apple Inc., dated August 12, 2013, which Apple has designated as "HIGHLY

2  CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this

3  case or otherwise deemed confidential business information, and should be filed under seal as

4  detailed in the accompanying Declaration of Daniel Wooseob Shim.

5         6.      Pursuant to L.R. 79-5, a copy of the unredacted version of each of the above has

6  been filed electronically with the Court and served on all parties.

7         7.      The requested relief is necessary and narrowly tailored to protect the confidentiality

8  of this information.

9         I declare under penalty of perjury that the foregoing is true and correct.  Executed on

10  October 31, 2013, at Los Angeles, California.

11                                             */s/ Michael L. Fazio*
                                               Michael L. Fazio
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE

1

**<u>ATTESTATION</u>**

2

I, Matthew Warren, am the ECF user whose ID and password are being used to file this

3

Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael L. Fazio has

4

concurred in this filing.

5

Dated:  October 31, 2013

                                   */s/ Matthew Warren*
                                     Matthew Warren

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                   Case No. 12-CV-00630-LHK (PSG)

FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE