| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 10 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 11 | Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE APPLE'S COMPLIANCE WITH THE COURT'S ORDER REGARDING CASE NARROWING** |
| 12 | vs. | |
| 13 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |

Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion
3  to File Documents Under Seal Relating to Samsung's Reply in Support of its Motion to Enforce
4  Apple's Compliance With The Court's Order Regarding Case Narrowing.  The Court finds that
5  Samsung's sealing request is narrowly tailored and justified.  Therefore, the following documents
6  or portions thereof may be filed under seal consistent with Samsung's requests, as set forth in the
7  table below:

| Document | Portions That May Be Filed Under Seal |
|---|---|
| The confidential, unredacted version of Samsung's Reply in Support of its Motion to Enforce Apple's Compliance With The Court's Order Regarding Case Narrowing. | Page 4, lines 8-11. |
| Exhibit 1 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With The Court's Order Regarding Case Narrowing, excerpts of the Rebuttal Expert Report of Dr. Alex Snoeren, submitted on behalf of Apple Inc., dated September 13, 2013. | The document in its entirety. |
| Exhibit 4 to the Supplemental Declaration of Michael L. Fazio in Support of Samsung's Motion to Enforce Apple's Compliance With The Court's Order Regarding Case Narrowing, excerpts of the Opening Report of Christopher Vellturo, PH.D., submitted on behalf of Apple Inc., dated August 12, 2013. | The document in its entirety. |

20  Accordingly, for good cause shown, the Court HEREBY ORDERS that these documents
21  may be filed under seal.

23  DATED: _____

The Honorable Lucy H. Koh
United States District Judge