# EXHIBIT 2

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　Counterclaim-Defendant. | Civil Action No. 12-CV-00630-LHK (PSG)<br><br>**EXPERT REPORT OF PROFESSOR ANDREW COCKBURN**<br><br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

### 10.  Apple Products Practice Claims Of The '172 Patent

470.  My operation of Apple's iPhone and iPad products confirm that the iPhone and iPad practice claims of the '172 Patent. When typing text on an iPhone or iPad, the current character string is displayed. A suggested replacement character string may also be displayed immediately above or below the current character string in certain instances. When a suggested replacement character string is displayed, selecting a delimiter—the spacebar or a punctuation mark—replaces the current character string with the suggested replacement character string and appends the selected delimiter to the end of the suggested replacement character string. This behavior satisfies at least Claim 27 of the '172 Patent.

471.  For example, a suggested replacement character string is sometimes displayed when the user inputs a current character string. The following screenshot shows the display of the iPhone Messages application after the user types the current character string "messaf". As the screenshot shows, a suggested replacement character string—"message"—is displayed immediately above the current character string.



(Display of iPhone after user types "messaf")

472.    Upon selection of a delimiter, the current character string is replaced with the suggested replacement character string and the selected delimiter is appended to the suggested replacement character string.  The screenshot on the left below shows the display of the iPhone Messages application after the user types the current character string "messaf".  The screenshot on the right below shows the display of the iPhone Messages application after the user selects the spacebar.  As can be seen from the screenshot on the right, the current character string "messaf" is replaced with the suggested replacement character string "message" and the selected delimiter—a space—is appended immediately after the suggested replacement character string.



(iPhone screenshots showing the display before and after the user selects a delimiter on the keyboard)

473.    Accordingly, it is my opinion that Apple's iPhone and iPad products practice claims of the '172 Patent.

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

### XI. Conclusion

**INTENTIONALLY OMITTED FROM EXHIBIT/RECORD**

Date: August 12, 2013

_____

Dr. Andrew Cockburn