JOSH KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF JENNIFER RHO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO ITS OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |

I, Jennifer Rho, declare and state as follows:

1. I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple"). Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in support of Samsung's Administrative Motion To File Documents Under Seal Relating to Apple's Opposition to Samsung's Motion for Summary Judgment to confirm that certain documents and information contained in Apple's Opposition to Samsung's Motion for Summary Judgment are confidential and sealable. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. Concurrent with Apple's Motion to Seal, Apple has filed its Opposition to Samsung's Motion for Summary Judgment ("Apple's Opposition"), including the Declaration of Joshua Furman in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Furman Declaration") and exhibits thereto.

3. Apple hereby seeks to seal the following information referenced in Apple's Opposition, the Furman Declaration, and exhibits thereto:

   a. Portions of the confidential, unredacted version of Apple's Opposition to Samsung's Motion for Summary Judgment; and

   b. The entirety of Exhibits A-1, A-2, A-4, A-5, B-2, B-3, B-4, B-6, B-8, B-9, C-1, C-2, D-1, and D-3 to the Furman Declaration.

The documents in (a) and (b) above contain or discuss information that has been designated "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential Source Code – Outside Attorneys' Eyes Only" by Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") and/or third parties Google Inc. ("Google"), Microsoft Corp ("Microsoft") and Ericsson Inc. ("Ericsson") pursuant to the Protective Order entered in this case, or is otherwise information that is believed to be deemed confidential by Samsung, Google, Microsoft and/or Ericsson. Such confidential information has been highlighted in grey in Apple's Opposition to Samsung's Motion for Summary Judgment.

RHO DECL. ISO APPLE'S MOTION TO SEAL OPPOSITION
TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 12-CV-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP

4. Apple's Opposition references documents or testimony designated as highly confidential by Samsung. Google, and Microsoft.

5. Exhibit A-1 to the Furman Declaration is excerpts from the September 13, 2013 Rebuttal Expert Report of Dr. Kevin Jeffay Concerning Noninfringement of U.S. Patent No. 5,946,647, which contains information that has been designated highly confidential by Samsung.

6. Exhibit A-2 to the Furman Declaration is excerpts from the August 12, 2013 Initial Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647, which contains information that has been designated highly confidential by Samsung and Google.

7. Exhibit A-4 to the Furman Declaration is excerpts from the transcript for the June 6, 2013 deposition of Jinhyung Kim, which contains information that has been designated highly confidential by Samsung.

8. Exhibit A-5 to the Furman Declaration is excerpts from the transcripts for the June 25, 2013 deposition of Cary Clark, which contains information that has been designated highly confidential by Google.

9. Exhibit B-2 to the Furman Declaration is excerpts from Exhibit D-11 to Samsung's Amended Patent Local Rule 3-3 and 3-4 Invalidity Contentions Disclosures, which contains information that has been designated highly confidential by Microsoft.

10. Exhibit B-3 to the Furman Declaration is excerpts from the September 13, 2013 Rebuttal Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414, which contains information that has been designated highly confidential by Microsoft.

11. Exhibit B-4 to the Furman Declaration is excerpts from the July 11, 2013 deposition transcript of Gary W. Hall, which contains information that has been designated highly confidential by Microsoft.

12. Exhibit B-6 to the Furman Declaration is excerpts from the transcript for the October 1, 2013 deposition of Jeffrey Chase, Ph.D., which contains information that has been designated highly confidential by Microsoft.

13. Exhibit B-8 to the Furman Declaration is excerpts from Galaxy S III Infringement Contentions, which contains information that has been designated highly confidential by Google.

14. Exhibit B-9 to the Furman Declaration is excerpts from the August 12, 2013 Expert Report of Dr. Alex Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414, which contains information that has been designated highly confidential by Samsung and Google.

15. Exhibit C-1 to the Furman Declaration is excerpts from the August 12, 2013 Expert Report of Martin Rinard, Ph.D. Regarding the Validity of Claims 24 and 25 of U.S. Patent No. 6,847,959, which contains information that has been designated highly confidential by Samsung and Google.

16. Exhibit C-2 to the Furman Declaration is excerpts from the September 13, 2013 Rebuttal Expert Report of Martin Rinard, Ph.D. Regarding Noninfringement of Claims 24 and 25 of U.S. Patent No. 6,847,959, which contains information that has been designated highly confidential by Samsung.

17. Exhibit D-1 to the Furman Declaration is excerpts from the August 12, 2013 Initial Expert Report of Dr. Thomas E. Fuja Regarding Invalidity of U.S. Patent Nos. 7,756,087 and 7,551,596, which contains information that has been designated highly confidential by Samsung and Ericsson.

18. Exhibit D-3 to the Furman Declaration is excerpts from the September 13, 2013 Rebuttal Expert Report of Dr. Thomas E. Fuja Regarding Non-Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596, which contains information that has been designated highly confidential by Samsung.

**Meet and Confer**

19. Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion. Samsung does not oppose Apple's Administrative Motion to File Documents Under Seal (Apple's Opposition to Samsung's Motion for Summary Judgment) as a procedural mechanism for filing portions of Apple's Opposition and supporting documents under seal. Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

\* \* \*

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: November 1, 2013

                                                */s/ Jennifer Rho*
                                                Jennifer Rho

## ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jennifer Rho has concurred in this filing.

Dated: November 1, 2013          /s/ H. Mark Lyon

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 1, 2013          /s/ H. Mark Lyon