UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Counterclaim-Plaintiffs,<br>   v.<br><br>APPLE INC., a California corporation,<br><br>          Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT)** |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following documents:

1. Portions of the confidential, unredacted version of Apple's Opposition to Samsung's Motion for Summary Judgment; and

2. Exhibits A-1, A-2, A-4, A-5, B-2, B-3, B-4, B-6, B-8, B-9, C-1, C-2, D-1, and D-3 to the Declaration of Joshua Furman ("Furman Declaration").

As detailed in the declaration of Jennifer Rho filed in support of this motion, item numbers 1 and 2 above contain or discuss information that has been designated "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential Source Code – Outside Attorneys' Eyes Only" by Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") and/or third parties Google Inc. ("Google"), Microsoft Corp ("Microsoft") and Ericsson Inc. ("Ericsson") pursuant to the Protective Order entered in this case, or is otherwise information that is believed to be deemed confidential by Samsung, Google, Microsoft and/or Ericsson.

Accordingly, for compelling reasons shown, the Court GRANTS Apple's Administrative Motion to Seal (Apple's Opposition to Samsung's Motion for Summary Judgment).

IT IS HEREBY ORDERED that the confidential, unredacted versions of the following documents shall be filed under seal:

| **Document** | **Portion to be Sealed** |
|---|---|
| Apple's Opposition to Samsung's Motion for Summary Judgment | 1: 15-16, 18-20, 24;<br>2: 8-10, 14, 19-23;<br>3:1-5, 10-15;<br>4:2-12, 26;<br>5:16-18;<br>6: 9-12;<br>7:25-26;<br>8:23;<br>9:21-22;<br>11:6-7;<br>13: 8-10, 21-22, 24-25. |
| Exhibit A-1 to the Furman Declaration | Entire Document |

| Document | Portion to be Sealed |
|---|---|
| Exhibit A-2 to the Furman Declaration | Entire Document |
| Exhibit A-4 to the Furman Declaration | Entire Document |
| Exhibit A-5 to the Furman Declaration | Entire Document |
| Exhibit B-2 to the Furman Declaration | Entire Document |
| Exhibit B-3 to the Furman Declaration | Entire Document |
| Exhibit B-4 to the Furman Declaration | Entire Document |
| Exhibit B-6 to the Furman Declaration | Entire Document |
| Exhibit B-8 to the Furman Declaration | Entire Document |
| Exhibit B-9 to the Furman Declaration | Entire Document |
| Exhibit C-1 to the Furman Declaration | Entire Document |
| Exhibit C-2 to the Furman Declaration | Entire Document |
| Exhibit D-1 to the Furman Declaration | Entire Document |
| Exhibit D-3 to the Furman Declaration | Entire Document |

The Court further ORDERs that the proposed redacted versions of the above documents already filed by Apple shall remain the publicly-available versions filed on ECF.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                        Hon. Lucy H. Koh
                                        United States District Judge