JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**DECLARATION OF JOSHUA FURMAN IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | |

I, Joshua Furman, declare and state as follows:

1. I am a member of the New York State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP. I am counsel for Apple, Inc. ("Apple") and submit this Declaration in support of Apple's Opposition to Samsung's Motion for Summary Judgment, filed concurrently herewith. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. Attached as Exhibit A-1 are true and correct copies of excerpts from the September 13, 2013 Rebuttal Expert Report of Dr. Kevin Jeffay Concerning Noninfringement of U.S. Patent No. 5,946,647.

3. Attached as Exhibit A-2 are true and correct copies of excerpts from the August 12, 2013 Initial Expert Report of Dr. Todd C. Mowry Regarding Infringement of U.S. Patent No. 5,946,647.

4. Attached as Exhibit A-3 is a true and correct copy of an excerpt from the September 13, 2013 Rebuttal Expert Report of Dr. Todd C. Mowry Regarding Validity of U.S. Patent No. 5,946,647.

5. Attached as Exhibit A-4 is a true and correct copy of an excerpt from the transcript for the June 6, 2013 deposition of Jinhyung Kim.

6. Attached as Exhibit A-5 is a true and correct copy of an excerpt from the transcript for the June 25, 2013 deposition of Cary Clark.

7. Attached as Exhibit B-1 is a true and correct copy of United States Patent No. 7,761,414.

8. Attached as Exhibit B-2 is a true and correct copy of Exhibit D-11 to Samsung's Amended Patent Local Rule 3-3 and 3-4 Invalidity Contentions Disclosures.

9. Attached as Exhibit B-3 are true and correct copies of excerpts from the September 13, 2013 Rebuttal Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 and 7,761,414.

10. Attached as Exhibit B-4 are true and correct copies of excerpts from the July 11, 2013 deposition transcript of Gary W. Hall.

11. Attached as Exhibit B-5 is a true and correct copy of a January 23, 2013 letter from Gary H. Levin to Joseph LeRoy.

12. Attached as Exhibit B-6 are true and correct copies of excerpts from the transcript for the October 1, 2013 deposition of Jeffrey Chase, Ph.D.

13. Attached as Exhibit B-7 is a true and correct copy of a printout from http://www.merriam-webster.com/dictionary/provide.

14. Attached as Exhibit B-8 is a true and correct copy of an excerpt from Apple Inc.'s Fourth Amended Disclosure of Asserted Claims & Infringement Contentions, Infringement Claim Chart for U.S. Patent No. 7,761,414-Infringement by the Samsung Galaxy S III.

15. Attached as Exhibit B-9 are true and correct copies of excerpts from the August 12, 2013 Expert Report of Dr. Alex C. Snoeren Concerning U.S. Patent Nos. 6,847,959 with Exhibit 7N thereto.

16. Attached as Exhibit B-10 is a true and correct copy of a January 14, 2013 letter from Brian M. Buroker to Michael Fazio.

17. Attached as Exhibit B-11 is a true and correct copy of an excerpt from the transcript for the January 16, 2013 deposition of Gordon Freeman.

18. Attached as Exhibit C-1 are true and correct copies of excerpts from the August 12, 2013 Expert Report of Martin Rinard, Ph.D. Regarding the Validity of Claims 24 and 25 of U.S. Patent No. 6,847,959.

19. Attached as Exhibit C-2 are true and correct copies of excerpts from the September 13, 2013 Rebuttal Expert Report of Martin Rinard, Ph.D. Regarding Noninfringement of Claims 24 and 25 of U.S. Patent No. 6,847,959.

20. Attached as Exhibit C-3 is a true and correct copy of the publicly available version of the January 17, 2012 Order from Apple v. Motorola, No. 11-CV-08540, Document No. 526 (N.D. Ill. January 17, 2012).

21. Attached as Exhibit C-4 is a true and correct copy of the publicly available version of Order No. 16, dated March 6, 2012 from In the Matter of Certain Electronic Digital Media

Devices and Components Thereof, Inv. No. 337-TA-796, 2012 WL 754088 (U.S.I.T.C. Mar. 6, 2012).

22. Attached as Exhibit C-5 are true and correct copies of excerpts from the transcript for the September 26, 2013 deposition of Alex Snoeren.

23. Attached as Exhibit D-1 are true and correct copies of excerpts from the August 12, 2013 Expert Report of Dr. Thomas E. Fuja Regarding Invalidity of U.S. Patent Nos. 7,756,087 and 7,551,596.

24. Attached as Exhibit D-2 is a true and correct copy of a certified English translation of Korean Priority Application No. 10-2004-0109338, filed on December 21, 2004, and a certificate of translation.

25. Attached as Exhibit D-3 are true and correct copies of excerpts from the September 13, 2013 Expert Report of Dr. Thomas E. Fuja Regarding Non-Infringement of U.S. Patent Nos. 7,756,087 and 7,551,596.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated:  November 1, 2013                    By: */s/Joshua Furman*
                                                Joshua Furman

## ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Joshua Furman has concurred in this filing.

Dated: November 1, 2013                                /s/ H. Mark Lyon

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document, and its supporting documents, were filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: November 1, 2013                                /s/ H. Mark Lyon