# EXHIBIT B-5



**INTELLECTUAL PROPERTY LAW**
ATLANTA • PHILADELPHIA • SEATTLE

**PHILADELPHIA OFFICE**
CIRA CENTRE, 12TH FLOOR
2929 ARCH STREET
PHILADELPHIA, PA 19104-2891
215.568.3100
FAX: 215.568.3439

**GARY H. LEVIN**
levin@woodcock.com

January 23, 2013

*VIA UNITED PARCEL SERVICE*
Joseph LeRoy
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111

Re: **Subpoenas of July 12, 2012, and August 31, 2012, to Microsoft**
    **Apple v. Samsung 12-cv-00630 N.D. Cal.**

Dear Joseph:

   Pursuant to Samsung's inspection of Microsoft source code for its Win Mobil 5 product and Windows 95 operating system, enclosed are bates-numbered pages MSFT_CODE00002-144 (Win Mobile 5) and MSFT_CODE00145-169 (Windows 95), representing the portions of source code designated for copying under the protective order. Note there is no MSFT-CODE00001. This production is confidential under the order.

                                              Very truly yours,

                                              Gary H. Levin

GHL/nag  Enclosure
cc:  John McKee (via email; w/o enc.)