# EXHIBIT B-7

Provide - Definition and More from the Free Merriam-Webster Dictionary





AN ENCYCLOPÆDIA
BRITANNICA COMPANY



Merriam-Webster
m-w.com

Quizzes & Games | Word of the Day | Video | New Words | ⭐My Favorites



New!
**Spanish Central** ▶

provide [🔍 Submit]

## provide

Save ⭐   Popularity 

Sponsored Links

**Try Social Marketing Free**
Simple Social Media Marketing Tool. Schedule Tweets & Status...
http://www.verticalresponse.com

pro·vide 🔊  *verb*  \prə-ˈvīd\

: to make (something) available : to supply (something that is wanted or needed)

: to give something wanted or needed to (someone or something) : to supply (someone or something) *with* something

: to say that something will or should happen : to make it certain or possible that something will happen or be done

**pro·vid·ed** | **pro·vid·ing**

### Full Definition of PROVIDE

[⚑ Cite!] [g +1] [▭]

*intransitive verb*

**1 :** to take precautionary measures <*provide* for the common defense — *United States Constitution*>

**2 :** to make a [proviso](#) or stipulation <the Constitution…*provides* for an elected two-chamber legislature — *Current Biography*>

**3 :** to make preparation to meet a need <*provide* for entertainment>; *especially* **:** to supply something for sustenance or support <*provides* for the poor>

*transitive verb*

**1** *archaic* **:** to prepare in advance

**2 a :** to supply or make available (something wanted or needed) <*provided* new uniforms for the band>; *also* **:** AFFORD <curtains *provide* privacy>

**b :** to make something available to <*provide* the children with free balloons>

**3 :** to have as a condition **:** STIPULATE <the contract *provides* that certain deadlines will be met>



**MORE QUIZZES**


**Spell It**
The commonly misspelled words quiz
**Hear It, Spell It »**


**Vocabulary Quiz**
How strong is your vocabulary?
**Take the Quiz »**


**Quizzitive: Our New App!**
The Vocab Quiz Game for iPhone & iPad
⭐⭐⭐⭐⭐ "Incredibly fun and addictive. And informative!" — User Review, iTunes
**Download the App »**

**TOP 10 LISTS** ▶


**Words for Uncommon Things That Scare**
Top 10 Unusual Phobias


**"Opportunity," and Other Words We Love**
Most Popular Tweets About Words, Vol. 2

🔗 See provide defined for English-language learners »
See provide defined for kids »

## Examples of PROVIDE

- The Web site *provides* information about local activities.

- The curtains on the windows *provide* privacy.

- The school *provided* new uniforms for the band.

- The goal is to *provide* health care to as many people as possible.

- Coffee and doughnuts will be *provided* at the meeting.

- The Web site *provides* users *with* information about local activities.

- The school *provided* the band *with* new uniforms.

- The store *provides* its customers *with* excellent service.

- Workers were *provided with* gloves for protection.

- The contract *provides* that certain deadlines will be met.

## Origin of PROVIDE

Middle English, from Latin *providēre,* literally, to see ahead, from *pro-* forward + *vidēre* to see — more at PRO-, WIT

First Known Use: 15th century

## Related to PROVIDE

Synonyms
deliver, feed, give, hand, hand over, furnish, supply

Antonyms
hold (back), keep (back), reserve, retain, withhold

Related Words
ply (with); administer, allocate, apportion, deal (out), dispense, distribute, dole out, mete (out), parcel (out), portion, prorate; assign, cede, deed, make over, transfer

Near Antonyms
conserve, keep up, maintain, preserve, save

more

## Rhymes with PROVIDE

abide, allied, applied, aside, astride, backside, backslide, bankside, beachside, bedside, beside, bestride, betide, blear-eyed, blindside...
[+] more

## Learn More About PROVIDE

⊖ Thesaurus: All synonyms and antonyms for "provide"
ⓘ Spanish Central Translation: "provide" in Spanish

## Browse

- Next Word in the Dictionary: provided
- Previous Word in the Dictionary: pro–vice–chancellor
- All Words Near: provide



**PHOTO CONTEST: THE WINNERS**

**"Serendipity"**
You showed us hundreds of ways to look at "serendipity."
**View the Top 15 »**

**STAY CONNECTED**



**Get Our Free Apps**
Voice Search, Favorites, Word of the Day, and More
**iPhone** | **iPad** | **Android** | **More**



**Join Us on FB & Twitter**
Get the Word of the Day and More
**Facebook** | **Twitter**



FREE APPS
iPhone
iPad
Android

About Our Ads