# EXHIBIT B-10

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Brian M. Buroker
Direct: +1 202.955.8541
Fax: +1 202.530.4200
BBuroker@gibsondunn.com

January 14, 2013

VIA ELECTRONIC MAIL

Michael Fazio
Quinn Emanuel Urquhart Oliver & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Re:   *Apple Inc. v. Samsung Elecs. Corp*, Case No. 12-cv-630

Dear Michael:

Apple is designating Gordon Freedman, who is being deposed on January 16 and 17, 2013, as its witness for certain sub-topics within Topic 1 from Samsung's Amended Third 30(b)(6) Deposition Notice to Apple Inc. as it relates to Patent No. 7,761,414, subject to all of Apple's objections as to those sub-topics.

Specifically, Mr. Freedman is designated on sub-topics 1(a), (b), (e), (i), (j), (m), and (n). Mr. Freedman is also designated on sub-topics 1(c), (d) and (g) only as to the problems solved by the invention and prior art known to the inventor. Mr. Freedman is also designated on sub-topic 1(k) as to the inventor's knowledge. Mr. Freedman is also designated on sub-topic 1(f) as to what the claim terms mean to him.

Sincerely,

   */s/ Brian M. Buroker*
Brian M. Buroker

BMB/jrf