# EXHIBIT D-2

# Document made available under the Patent Cooperation Treaty (PCT)

International application number:  PCT/KR2005/003790

International filing date:        09 November 2005 (09.11.2005)

Document type:        Certified copy of priority document

Document details:     Country/Office:  KR
                      Number:          10-2004-0109938
                      Filing date:     21 December 2004 (21.12.2004)

Date of receipt at the International Bureau:    16 January 2006 (16.01.2006)

Remark:    Priority document submitted or transmitted to the International Bureau in
           compliance with Rule 17.1(a) or (b)



World Intellectual Property Organization (WIPO) - Geneva, Switzerland
Organisation Mondiale de la Propriété Intellectuelle (OMPI) - Genève, Suisse

APL630DEF-WH0000097177



별첨 사본은 아래 출원의 원본과 동일함을 증명함.

This is to certify that the following application annexed hereto
is a true copy from the records of the Korean Intellectual
Property Office

출 원 번 호 :   특허출원 2004년 제 0109938 호
Application Number    10-2004-0109938

출 원 일 자 :   2004년 12월 21일
Date of Application    DEC 21, 2004

출 원 인 :   삼성전자주식회사
Applicant(s)    SAMSUNG ELECTRONICS CO., LTD.

January 13, 2006

특     허     청
COMMISSIONER 

APL630DEF-WH0000097178

[Document Title]                              Patent Application
[Rights Classification]                       Patent
[Recipient]                                   Commissioner of the Korea Intellectual Property
Office
[Reference Number]                            0013
[Submission Date]                             December 21, 2004
[International Patent Classification]          H04B
[Title of Invention in Korean]

이동통신 시스템에서 상향링크 패킷 데이터 서비스의 제어

정보 송수신 방법 및 장치
[Title of Invention in English]               METHOD AND APPARATUS FOR SIGNALING
                                              CONTROL INFORMATION OF UP-NK PACKET
                                              DATA SERVICE IN MOBILE
                                              TELECOMMUNICATION SYSTEM
[Patent Applicant]
      [Name]                                  Samsung Electronics Co. Ltd.
      [Applicant Code]                         1-1998-104271-3
[Representative]
      [Name]                                  Geon Ju Lee
      [Representative Code]                    9-1998-000339-8
      [Mandating registration ID]             2003-001449-1
 [Inventor]

            [Name Spelling in Korean]         김성훈
            [Name Spelling in
            Romanized Characters]             Soeng Hun Kim
            [Resident Registration
            Number]                           710118-1849912
            [Postal Code]                     443-737
            [Address]                         Cheongmyeong Maeul 3 Danji Apartment 321-
                                              1003, Yeongtong-dong, Yeongtong-gu, Suweon
                                              City, Gyeonggi Province
            [Nationality]                     KR


                                    62-1

APL630DEF-WH0000097179

[Inventor]

|  |  |
|---|---|
| [Name Spelling in Korean] | 반 리에샤우트 게르트 잔 |
| [Name Spelling in Romanized Characters] | Gert Jan Van Lieshout |
| [Address] | Soerenseweg 40, Apeldoorn 7314 CA, The Netherlands |
| [Nationality] | NL |

[Assertion of Priority Rights]

|  |  |
|---|---|
| [Name of Submission Nation] | KR |
| [Application Type] | Patent |
| [Application Number] | 10-2004-0091093 |
| [Date of Application] | November 9, 2004 |
| [Certifying Documentation] | Attachment |

| [Purpose] | Submitted as noted above in accordance with the provisions of Article 42 of the Patent Law. Representative Geon Ju Lee |
|---|---|

[Fees]

| [Basic Application Fee] | 0 pages | 38,000 won |
|---|---|---|
| [Additional Application Fee] | 59 pages | 0 won |
| [Assertion of Priority Rights Fee] | 1 item | 20,000 won |
| [Examination Request Fee] | 0 paragraphs | 0 won |
| [Total] |  | 58,000 won |

62-2

APL630DEF-WH0000097180

[Abstract]

[Abstract]

      The present invention relates to a mobile telecommunications system for transporting packet data via an up-link, and in particular to a method and apparatus for the user equipment (UE) to transport control information to a Node B.  At the up-link in the packet being transported by the terminal during one transport period, various high level data [sets] as well as MAC level control information are multiplexed. Multiplexed information is received at the head of the packet, and the Node B demultiplexes the high level data from the packet.  The terminal places the MAC level control information into the payload of the packet, and places the information to demultiplex the MAC level control information into the head of the packet.  At this time, the information to demultiplex the MAC level control information has the same structure as the information to demultiplex ordinary user data; consequently, the structure of the packet head is simplified and the size of the packet head is minimized.

[Representative Drawings]
5 Figures

[Key Words]
WCDMA, UPLINK PACKET DATA SERVICE, E-DCH, EUDCH, MAC-e, MUX ID, DDI

62-3

APL630DEF-WH0000097181

[Specification]

[Title of the Invention]

METHOD AND APPARATUS FOR SIGNALING CONTROL INFORMATION OF UP-LINK PACKET DATA SERVICE IN MOBILE TELECOMMUNICATION SYSTEM

[Simple Explanation of the Drawings]

Figure 1a is a drawing that depicts the up-link wireless resource changes of the Node B in the case that Node B control scheduling is not used.

Figure 1b is a drawing that depicts the up-link wireless resource changes of the Node B in the case that Node B control scheduling is used.

Figure 2 is a drawing that depicts the user equipment and Node B conducting up-link packet transport.

Figure 3 is a drawing that depicts information [sets] being transmitted and received between the user equipment and the Node B in order to conduct up-link packet transport.

Figures 4a and 4b are drawings that depict an outline of the structure of the user equipment and the Node B controller according to a desired working example of the present invention.

Figure 5 is a drawing that depicts an outline of the structure of the packet data being used in the up-link packet data service according to Working Example 1 of the present invention.

62-4

APL630DEF-WH0000097182

Figure 6 is a flow chart that depicts the action of the user equipment according to Working Example 1 of the present invention.

Figure 7 is a flow chart that depicts the action of the Node B according to Working Example 1 of the present invention.

Figure 8 is a drawing that depicts the structure of MAC-e PDU utilizing typical DDI.

Figure 9 is a drawing that depicts the structure of MAC-e PDU according to Working Example 2 of the present invention.

Figure 10 is a flow chart that depicts the action of the user equipment according to Working Example 2 of the present invention.

Figure 11 is a flow chart that depicts the action of the Node B according to Working Example 2 of the present invention.

Figure 12 is a drawing that depicts the structure of MAC-e PDU according to Working Example 3 of the present invention.

Figure 13 is a flow chart that depicts the action of the user equipment according to Working Example 3 of the present invention.

Figure 14 is a flow chart that depicts the action of the Node B according to Working Example 3 of the present invention.

[Detailed Description of the Invention]

[Purpose of the Invention]

[Technical Field of the Invention and Prior Art]

The present invention relates to a mobile telecommunications system for transporting packet data via an up-link, and in particular to a method for more effectively signaling control information for controlling an up-link packet data service.

A Wideband Code Division Multiple Access (referred to below as "WCDMA") communications system utilizes an Enhanced Uplink Dedicated Channel (referred to below as "E-DCH" or "EUDCH").

62-5

APL630DEF-WH0000097183

The EUDCH is a channel that has been proposed for improving the performance of packet transport in reverse communications within the Wideband Code Division Multiple Access communications system.

Mobile communications systems that support EUDCH utilize the Node B-Controlled Scheduling and Hybrid Automatic Retransport Request (referred to below as "HARQ") techniques to maximize the efficiency of reverse transport.  With the Node B-Controlled Scheduling method, Node B is informed of the channel conditions and buffer status of the user equipment (UE), and reverse transport of the UE is controlled based on the received information.  Because Node B permits a large volume of data transport to UE with favorable channel conditions and minimizes the volume of data transport to UE with inferior channel conditions, its effective use is attempted with restricted reverse transport resources.   The HARQ method conducts HARQ between the UE and Node B; consequently the transport success rate relative to transport output is high.  Through the HARQ method Node B conducts retransported data block and soft combining without eliminating data block with which errors have occurred during transport; consequently, increasing the transport success rate of the data block.

At the up-link, orthogonality is not reciprocally maintained with the signals that are transmitted by the multiple user equipment (UE), and they operate as reciprocal interfering signals.  Consequently, as the number of the up-link signals received by the Node B increases, the volume of interfering signals relative to up-link signals transported by specific UE increases.  Accordingly, as the volume of interfering signals relative to up-link signals transported by specific UE increases, reception performance by the Node B decreases.  Due to this, the Node B secures the overall reception performance and restricts the volume of up-link signals that can be received.

62-6

APL630DEF-WH0000097184

The wireless resource of Node B is expressed as noted in <Mathematics Formula 1> below.

[Mathematics Formula 1]

RoT=Io/No

The Io constitutes the full reception broadband power spectral density of the Node B, and the No expresses the thermal noise power spectral density of the Node B. Consequently, the ROT is the wireless resource that may be assigned for the EUDCH packet data service at the up-link.

In Figures 1a and 1b the up-link wireless resource changes that may be assigned at Node B are observed.

As seen in Figures 1a and 1b, the up-link wireless resource that may be assigned by the Node B is able to depict as a group ICI (Inter-cell interference), voice traffic and EUDCH traffic.  Figure 1a depicts the Total ROT changes in cases where Node B scheduling is not used.  Because scheduling for EUDCH packet traffic does not occur, in cases where multiple UE simultaneously use a high data rate to transport the packet traffic, the Total ROT may have a level that is higher than the Target ROT.  In such cases, the reception performance of the up-link signal may be decreased.

Figure 1a depicts the Total ROT changes in cases where Node B scheduling is used.  When the Node B scheduling is used, Node B prevents the multiple UE from simultaneously using a high data rate to transport the packet traffic.

62-7

For example, in cases where Node B scheduling permits a high data rate to a particular UE, a low data rate is permitted to other multiple UE; consequently, the total ROT is prevented from exceeding the Target ROT.

If the data rate of a particular UE becomes high, the reception power that the Node B receives from the UE becomes larger. Accordingly, the ROT of the UE comes to possess many parts from the total ROT. On the other hand, if the date of the UE is low, the reception power that the Node B receives from the UE becomes smaller. Consequently, the ROT of the UE comes to possess fewer parts from the total ROT. The Node B conducts Node B scheduling for the EUDCH packet data in consideration of the data rate requested by the UE.

The Node B utilizes the data rate requested by the UE using the EUDCH or channel condition information either to report on whether or not EUDCH data transport is possible for each respective UE, or else to conduct Node B scheduling in order to regulate the EUDCH data rate. The action of the Node B scheduling can be seen as distributing ROT to each [user] equipment, based on the channel conditions and buffer status of the multiple equipment with which Node B is conducting EUDCH communications.

Figure 2 depicts the user equipment and Node B conducting up-link packet transport.

According to Figure 2, multiple UE (210, 212, 214, 216) are transmitting up-link packet data as transport power of mutually different reverse channels according to the distance from Node B (200).

62-8

APL630DEF-WH0000097186

UE (210), which is the farthest away from the Node B (200), transports packet data as reverse channel transport power (220) of the highest level.  UE (214), which is the closest to the Node B (200), transports the packet data as reverse channel transport power (224) of the lowest level.  In order to improve the performance of the mobile telecommunications system while maintaining the total ROT and reduce ICI for other cells, the Node B (200) is able to conduct scheduling so that the data rate is inversely proportional to the transport power strength of the reverse channel.  Accordingly, Node B (200) assigns few transport resources to the UE with the highest reverse channel transport power, and efficiently maintains the total ROT by assigning many transport resources to the UE with the lowest reverse channel transport power.

Figure 3 depicts the actions of the UE receiving assignment of a transport resource for EUDCH packet data transport from the Node B and transporting the packet data by using the assigned transport resource.

In referring to Figure 3, in step 310 a EUDCH is set between the Node B (300) and the UE (302).  The step 310 comprises a transmitting-receiving process for messages via a Dedicated Transport Channel.  The UE (302) with the EUDCH set therein transports necessary information regarding the transport resource and information regarding the up-link channel condition to the Node B (300) in step 312.  This information includes the up-link channel transmission power transported by the UE (302), the transmission power margin of UE (303), information regarding the [user] equipment buffer status, etc.

The Node B (300) that has received the information estimates the forward direction channel condition by comparing the actually measured reception power with the transmission power of the up-channel.

62-9

APL630DEF-WH0000097187

For example, if the difference between the up-channel transmission power and the up-channel reception power is small, then the reverse channel condition is favorable; however, if the difference between the transmission power and the reception power is great, then the reverse channel condition is poor.  In cases where the UE transports the transmission power margin in order to estimate the up-link channel condition, the transmission power margin is derived from the predetermined maximum possible transmission power of the UE, and the Node B (300) estimates the up-link transmission power thereof.  The Node B (300) uses information regarding the estimated UE channel condition and the buffer status of UE (302) to determine the possible transport resource for the up-link packet channel of the UE.

The determined transport resource is reported to the UE (302) in step 314.  At this time, the transport resource may be the transportable size of the data, for example, the transport rate, or it may also be the usable transport output.  The UE (302) determines the size of the packet data to be transported as the reported transport resource, and in step 316 transports the data of the determined size to the Node B (300).  The packet data of a single unit that is transported via EUDCH at this time is known as "MAC-e PDU" (Media Access Control-Enhanced Protocol Data Unit).

As discussed above, information such as information regarding the buffer status that is necessary for the up-link packet data service via EUDCH is vital control information for the Node B to conduct appropriate scheduling.  Such control information as that noted above between the [user] equipment and the Node B is known as "MAC-e" (Medium Access Control-EUDCH).  According to such definition, the above information is called "MAC-e control information."  Consequently, specific proposals for more efficiently scheduling MAC-e control information have become necessary.

62-10

[Problems that the Invention is to Solve]

Accordingly, in order to solve the problems of the prior art described above, the purpose of the present invention is to propose a method and apparatus for transmitting and receiving MAC-e control information as part of MAC-e PDU within a mobile telecommunications system that supports an up-link.

[Structure of the Invention]

Below, the present invention is explained in detail by referencing drawings for which preferred working examples have been included.  However, where it was judged that a detailed explanation of the related well-known functions or structure could unnecessarily obscure the gist of the present invention, such detailed explanation was omitted.

The important characteristic of the present invention described hereafter involves the transmitting and receiving of control information as part of up-link packet data for an up-link packet data service within a mobile telecommunications system that supports the up-link data service.  In an explanation of the up-link packet data service in the specification below, the EUDCH (Enhanced Uplink Dedicated Channel) of the UMTS (Universal Mobile Telecommunication Service), one of the third generation mobile telecommunications [systems], will be used.  However, the present invention is not limited to such system as the above as a standard, and it must be understood that all types of communications systems to which the invention described below may be applied [may be used].

62-11

APL630DEF-WH0000097189

The UMTS Terrestrial Radio Access Network (referred to below as "UTRAN") is constituted of a Radio Network Controller (referred to below as "RNC) that controls Nodes B constituted of multiple cells and the wireless support of the Nodes B and the cells.

Figures 4a and 4b depict the structure of the [user] equipment, Node B and RNC that support the up-link packet data service according to a desired working example of the present invention.

In referring to Figure 4a, [user] equipment 402 is equipped with Radio Link Control (RNC) layer (405a through 405c, 407a and 407b); as well as with CT (Control and Traffic mux; 410a, 410b) and MAC-e/es (Media Access Control for EUDCH/Serving RNC) layer (420) which insert multiplex information into data transmitted from the RLC layer (405, 407).

The individual RLC of the RLC layer (405 407) are separately constituted of a logical channel or a wireless bearer; in the upper layer generated data are stored, and the data that are generated in the upper layer are constituted of an appropriate size for transport from the wireless layer. For reference, the "wireless bearer" is a term that designates the RLC layer and upper layer that are constituted in order to process data of a particular application; one logical channel is constituted per wireless bearer as a logical channel between the RLC and MAC layers.

C/T multiplexer (410) inserts multiplex information into the data transmitted from the RLC layer (405). The multiplex information may become an identifier for the logical channel; the receiving side refers to the identifier in transmitting received data to the appropriate RLC layer.

62-12

APL630DEF-WH0000097190

The C/T multiplexer (410) is also called the MAC-d layer.

The data that are output from one C/T multiplexer (410a or 410b) are called MAC-d flow (415); MAC-d flow (415) categorizes the logical channels according to request service Quality of Service (QoS). The data of logical channels requesting the same service QoS are classified by the MAC-d flow; MAC-e/es layer (420) is capable of providing specialized service QoS for a particular MAC-d flow. The service QoS may be regulated by, for example, the frequency of HARQ retransport or transport output, etc.

MAC-e/es layer (420) is constituted with E-DCH control block (425), multiplexing and TSN (Transmission Sequence Number) setting block (430), and HARQ entity (435).

E-DCH control block (425) forms EUDCH and related control information. The EUDCH related control information includes such information as the buffer status, reverse uplink transmission power, etc. At the time that the Node B conducts scheduling, these items of information are referenced and are transported in a piggyback manner to MAC-e PDU which constitutes the E-DCH packet data.

TSN setting block (430) inserts multiplex information and the transmission sequence number into the data transmitted from the upper layer. HARQ block (435) controls the HARQ transport and retransport of E-DCH packet data. The HARQ block (435) controls MAC-e PDU transport and retransport, according to the ACK (acknowledge) or NACK (non-acknowledge) signal transported by Node B (437).

62-13

APL630DEF-WH0000097191

In referring to Figure 4b, Node B (437) is constituted with HARQ entity (450), demultiplexing unit (455) and E-DCH control block (445).  The HARQ entity (450) controls HARQ transport and retransport.  For example, HARQ entity (450) creates an ACK/NACK signal for the MAC-e PDU, transports this to [user] equipment (402), and the retransported MAC-e PDU is combined with the previously received and buffered MAC-e PDU.

Demultiplexing unit (455) uses the header information of the MAC-e PDU to separate the MAC-e PDU into multiple MAC-es PDU, and then transmits these to RNC (462).  If MAC-e control information is included in the header information of the MAC-e PDU, the MAC-e control information is transmitted to E-DCH control block (445) by demultiplexing unit (455).

E-DCH control block (445) receives and processes the MAC-e control information.  If the MAC-e control information is included in a certain MAC-e PDU, the MAC-e control information is transmitted to E-DCH control block (445), and E-DCH control block (445) performs such roles as transmitting the control information to a scheduler (not depicted), etc.

RNC (462) is equipped with reordering queues (465, 470), disassembly units (475, 480), C/T demultiplexing units (485, 487), and radio link control (RLC) layer (490a through 490c, 492a and 492b).

Reordering queues (465, 470) are constituted with respective MAC-d flow, and are reordered in the sequence of the multiple MAC-es PDU.  The TSN input from TSN setting block (430) are used in the reordering queue.  Disassembly units (475, 480) disassemble the multiple MAC-es PDU from the respective MAC-e flow [to render them] as multiple RLC PDU.  C/T demultiplexing units (485, 487) oversees the action of transmitting the multiple RLC PDU from the respective MAC-e flow to the appropriate individual RLC of RLC layers (490, 492).

62-14

RLC layers (490, 492) reconstitute the multiple RLC PDU as the original upper layer data, and then transmit them to the upper layer.

One [user] equipment is equipped with multiple individual RLC (405, 407), and one individual RLC corresponds to one logical channel.  Further, multiple logical channels correspond to a reordering queue.  For example, RLC 1, RLC 2 and RLC 3 (405a through 405b) correspond to reordering queue (465), and RLC 4 and RLC 5 (407a, 407b) correspond to reordering queue (470).

When [user] equipment (402) receives permission for an up-link transport resource from Node B (437) at a given time, an amount of data that is transportable is brought from the respective individual RLC (405a through 407b) to the transport resource, and MAC-e PDU are composed and transported.  MAC-e header information from the TSN setting block (430) is inserted into the multiple RLC PDU transmitted from the individual RLC (405a through 407b), so that they become MAC-e PDU.  At this time, if there is E-DCH related control information, the control information is also inserted into the MAC-e PDU and transported together.

Preferred working examples of the present invention are explained below.

<<Working Example 1>>
Figure 5 depicts the structure of the MAC-e PDU according to Working Example 1 of the present invention.  As depicted, MAC-e PDU (505) constitutes data that is actually transported via a wireless channel, and is constituted with MAC-e header (510) and MAC-e payload (515).

Multiple RLC PDU generated from various individual RLC may be received by MAC-e payload (515) of MAC-e PDU (550), and multiple RLC PDU generated from the same individual RLC are input to a contiguous position within one MAC-e PDU; multiple RLC PDU and TSN that are generated by the same individual RLC form MAC-es PDU (550).

62-15

The TSN constitutes information that is used in the reordering queue of the MAC-es PDU (550).

Multiple MAC-es PDU (540, 550) may be received by MAC-e PDU (505); MAC-e header (510) comprises multiplex information regarding the MAC-es PDU (540, 550).

MAC-e header (510) is constituted with k-number of header parts (520, 530) (herein, k refers to the fixed number corresponding to the amount); header parts (520, 530) correspond one by one with MAC-es PDU (540, 550) in order of their position within MAC-e header (510).  For example, k-number of header parts (530) correspond to k-number of MAC-es PDU ([k]: MAC-es PDU) (550).  Multiplex identifier (Mux id) (522, 532), PDU Number (N) (524, 534) and flag (F) (526, 536) are received by header parts (520, 530).

The multiplex identifier (532) may be constituted by a logical identifier that combines the logical channel identifier, reordering queue identifier and PDU size information.  The multiple PDU of one individual RLC are received by the MAC-es PDU (550), and the multiplex identifier may also comprise the size information of the multiple RLC PDU received by the MAC-es PDU (550).  For example, if multiple RLC PDU generated from RLC 1 (405a) are received by MAC-es PDU (550), then values indicating the logical channel identifier, identifier of reordering queue (465) and the size of the RLC PDU included in the MAC-es PDU (550) corresponding to RLC 1 (405a) are inserted into multiplex identifier (532) of corresponding k-number header part (530).

62-16

APL630DEF-WH0000097194

At the time that a call is made, RNC (462) determines the relationship between the multiplex identifier and logical channel/ reordering queue/RLC PDU size, and reports this to [user] equipment 402 and Node B (437). Table 1 below shows the relationship between the values of the multiplex identifiers and logical channel/reordering queue/RLC PDU size.

[Table 1]

| Multiplex Identifier | Logical Channel Identifier | Reordering Queue Identifier | RLC PDU Size |
|---|---|---|---|
| Mux id 0 | LCH 0 | Reordering queue 0 | 336 bit |
| Mux id 1 | LCH 1 | Reordering queue 0 | 336 bit |
| Mux id 2 | LCH 2 | Reordering queue 1 | 336 bit |
| Mux id 3 | LCH 3 | Reordering queue 1 | 168 bit |

TSN setting block (430) of [user] equipment (402) stores the information related to <Table 1>, and when multiple RLC PDU are received via a certain logical channel, the identifier of the logical channel is referenced to determine the multiplex identifier for the RLC PDU. In the event that multiple multiplex identifiers correspond to the logical channel, the size of the received multiple RLC PDU is referenced to determine the corresponding multiplex identifiers. For example, if multiple RLC PDU of a 336 bit size are transmitted from LCH 2, then TSN setting block (430) forms MAC-es PDU with the multiple RLC PDU, and sets the multiplex identifier with 2. In the present specification the size of the multiplex identifier has been set as 4 bits. However, such value does not limit the scope of the present invention.

N (534) constitutes information indicating the number of RLC PDU (560) received by MAC-es PDU (550). N may have a variable size between 0-8 bits. F (536) constitutes 1 bit information indicating whether the next incoming information is yet another header part or else a MAC-e payload, and indicates the end of MAC-e header (510).

62-17

If MAC-e control information (545) is generated at a particular time, then the MAC-e control information (545) is included and transported to MAC-e PDU (505) by E-DCH control block (445) of [user] equipment (402).  In a preferred working example of the present invention, MAC-es PDU (540) that receives the MAC-e control information (545) is referred to as the "MAC-e service data unit" (referred to below as "SDU").    The specific value of a multiplex identifier is assigned for this in order to indicate the MAC-e control information (545).  For example, separate header information is not defined for MAC-e control information (545).  For the sake of ease in explanation, the particular value of a multiplex identifier corresponding to MAC-e control SDU (540) is referred to as a "Mux_id_control."

If MAC-e control information (545) is generated, then [user] equipment (402) includes and transports the MAC-e control information (545) to MAC-e control SDU (540) of MAC-e PDU (505).  At this time, multiplex identifier (522) of header part (520) corresponding to the MAC-e control SDU (540) is set as the Mux_id_control.

If the MAC-e PDU (505) is received, then Node B (437) references the MAC-e header (510) and divides MAC-e PDU (505) into multiple MAC-es PDU (540, 550). Moreover, the MAC-es PDU (540), the multiplex identifier of which is the Mux_id_control, is the MAC-e control SDU; consequently, it is transmitted to E-DCH control block (445).

N field (524) of header part (520) corresponding to MAC-e control SDU (540) may be coded by one of the three methods listed below.

-The value of N field (524) indicates the number of MAC-e control SDU (540). In such case, the value of N field (524) is always 1, so that the value of N field (524) is meaningless information.

62-18

APL630DEF-WH0000097196

-The value of N field (524) indicates the size of MAC-e SDU (540).  In such case, the value that is the multiple of the fixed number preliminarily determined for the value of N field (524) becomes the size of MAC-e control SDU (540).  However, if information indicating the size is comprised within MAC-e control SDU (540), then the value of N field (524) is merely duplicate information.

-N field (524) is not used for MAC-e control SDU (540).

Figure 6 is a flow chart that depicts the action of [user] equipment (402) according to Working Example 1 of the present invention.

In referring to Figure 6, in step 605 if MAC-e control information is generated to E-DCH control block (425) of [user] equipment (402), then in step 610 E-DCH control block (425) constitutes the MAC-e control information as MAC-e control SDU and transmits it to TSN setting block (430).  As discussed previously, the multiple MAC-es PDU comprising the multiple RLC PDU generated from the individual RLC (405) are transmitted to the TSN setting block (430).  While not depicted, the TSN setting block (430) creates a header that comprises header parts corresponding to MAC-e control SDU and the multiple MAC-es PDU.  As noted above, the respective header fields are constituted as multiplex identifier, N and F fields; the fields of the header parts corresponding to the multiple MAC-es PDU are set according to the multiple RLC PDU.

In step 615, TSN setting block (430) sets the multiplex identifier of the MAC-e header field corresponding to the MAC-e control SDU as the Mux_id_control constituting a particular preliminarily determined value.  In step 620, TSN setting block (430) sets the N value for the MAC-e control SDU.

62-19

In the event that it has been preliminarily determined that no N field will exist for the MAC-e control SDU, then step 620 will be omitted. In step 625, TSN setting block (430) sets the F value. If MAC-es PDU exists behind MAC-e header part corresponding to the MAC-e control SDU, then the F becomes 1; if this is not the case, then the F becomes 0.

In step 630, the TSN setting block combines the MAC-e header comprising the MAC-e header parts with the MAC-e control SDU and the multiple MAC-es PDU, and after constituting the MAC-e PDU, transports it to the Node B.

Figure 7 is a flow chart that depicts the action of Node B (437) according to the preferred working example of the present invention.

In referring to Figure 7, in step 705, Node B (437) receives the MAC-e PDU from [user] equipment (402) and transmits the MAC-e PDU to demultiplexing unit (455). In step 710, demultiplexing unit (455) analyzes the MAC-e header of the MAC-e PDU, and divides the MAC-es PDU payload into multiple MAC-es PDU.

Demultiplexing unit (455) confirms the multiplex identifiers of the respective multiple MAC-es PDU. If a multiplex identifier matching the Mux_id_control constituting a particular preliminarily determined value exists, the process proceeds to step 725; if it does not exist, the process proceeds to step 720. The absence of a match of the multiplex identifier with the Mux_id_control means that the applicable MAC-es PDU is an ordinary MAC-es PDU composed of TSN and RLC PDU, so that in step 720 the applicable MAC-es PDU is transported to RNC (462). The presence of a match of the multiplex identifier with the Mux_id_control means that the applicable MAC-es PDU is a MAC-e control SDU containing MAC-e control information; consequently, in step 725, the MAC-e control SDU is transmitted to E-DCH control block (445).

62-20

The E-DCH control block (445) confirms the control information comprised in the MAC-e control SDU, and then uses the control information to conduct an appropriate action such as scheduling, etc.

<<Working Example 2>>

In Working Example 1 previously discussed, the multiplex identifier (Mux id) comprised in the MAC-e header of the MAC-e PDU is used to distinguish the reordering queue.  In contrast to this, in Working Example 2, a data description identifier (referred to below as "DDI") is used to identify the MAC-d flow, instead of the reordering queue.  In actuality, the union of {logical channel+reordering queue+RLC PDU size} and the union of {logical channel+MAC-d flow+RLC PDU size) are the same, from the perspective that [information regarding] the size of the multiple RLC PDU constituting the MAC-es PDU, as well as upper layer information relative to which the RLC PDU are transmitted, are included therein.  In Working Example 2, the logical identifier DDI is used to indicate the MAC-e control SDU, in order to identify the logical channel, MAC-d flow and size of the RLC PDU.

Among the DDI values, with one of them, Flag F may be substituted.  As previously explained, F indicates whether a connected field is a new MAC-e header part or a MAC-e payload.  If one value from among the DDI values, for example "111111," is assigned with a specific DDI value, then the specific DDI value indicates the end of the MAC-e header and divides the MAC-e header from the MAC-e payload.

Figure 8 depicts the structure of MAC-e PDU utilizing typical DDI.  As depicted, MAC-e PDU (835) constitutes data that are actually transported via a wireless channel, and is constituted of MAC-e header (840) and MAC-e payload (845).

62-21

APL630DEF-WH0000097199

MAC-e payload (845) of MAC-e PDU (835) is constituted with multiple MAC-es PDU (850) which receives TSN and multiple RLC PDU.  K-number of header parts (805, 810, 815) of MAC-e header (840) correspond one by one with the structural elements comprised in the MAC-e payload (845).    Herein, MAC-e header part 1 (805) corresponding to MAC-es PDU (845) is constituted with DDI (820) depicting the size of the applicable logical channel/MAC-d flow/RLC PDU, as well as with N (825) indicating the number of multiple RLC PDU.  MAC-e header part 2 (810) is constituted with the DDI and N of the next MAC-es PDU (not depicted).  In order to indicate the end of MAC-e header (840), DDI (830) of the final k-number of header part (815) is set with a particular DDI value, for example as "111111," as previously described.  The part corresponding to the particular DDI value is packed in as padding (855).  Consequently, the meaning of a particular DDI value is to indicate whether or not padding bits exist in the part corresponding to the DDI of MAC-e payload (845).

In Working Example 2 of the present invention, the meaning of the particular DDI value is used to indicate "whether or not control information exists," as opposed to "whether or not padding bits exist."  In this sense, padding bits are regarded as a type of control information.

Figure 9 depicts the structure of MAC-e PDU according to Working Example 2 of the present invention.  As depicted, MAC-e PDU (940) is constituted with MAC-e header (945) and MAC-e payload (950); MAC-e header (945) is constituted with k-number of header parts (905, 910, 915).  The header parts (905-915) correspond one by one with the structural elements comprised in MAC-e payload (950).

62-22

APL630DEF-WH0000097200

Herein, MAC-e header part 1 (905) corresponding to MAC-es PDU (955) is constituted with DDI (920) indicating the size of the applicable logical channel/MAC-d flow/RLC PDU, and with N field (925) indicating the number of RLC PDU.  MAC-e header part 2 (910) is constituted with the DDI field and N field for the next MAC-es PDU (not depicted).

DDI field (930) of k-number header field (915) is set with a particular DDI value, for example, with "111111," in order to indicate the corresponding MAC-e control SDU (960).  The N field in the last header field (915) is not used.

The particular DDI value indicates the MAC-e control SDU comprising padding bits or MAC-e control information.  The control information is used for reference in order for the scheduler of the Node B to conduct scheduling; for example, information such as information regarding the transport output margin of the [user] equipment or regarding the buffer status of the [user] equipment is indicated.  The transport output margin refers to the maximum transport output that may be used by the [user] equipment.  [User] equipment that uses a dedicated channel to conduct communications constantly transports pilot bits or transport format combination indicators (referred to below as TFCI), etc. via a dedicated physical control channel (DPCCH).  Further, transport output that is usable by the [user] equipment excludes DPCCH transport output from the overall transport output.  The DPCCH becomes power control; consequently, as the wireless channel condition of the [user] equipment is poor, the transport output margin decreases.  Consequently, the Node B scheduler uses the transport output margin information to estimate the wireless channel condition of the [user] equipment.  The buffer status information of the [user] equipment indicates the volume of data stored by the [user] equipment in the buffer.

62-23

APL630DEF-WH0000097201

An explanation of the structure of MAC-e control SDU (960) with which MAC-e control information is received is as follows.

MAC-e control SDU (960) first receives a type field. The type field is a value that indicates the type of control information received by MAC-e control SDU (960). For example, type 0 may indicate padding, type 1 may indicate transport output margin information, and type 2 may indicate buffer status information. MAC-e control SDU (960) comprises all of the parts from MAC-e PDU (940) aside from MAC-e header (945) and multiple MAC-es PDU; consequently, its size is variable. Further, because the control information has a preliminarily determined size, type information and control information are received from MAC-e control SDU (960), while the remaining parts may be used for fill as padding bits.

Padding bits constituting meaningless information are received by MAC-e control SDU (965), which is type 0.

Transport margin information, and when necessary padding bits (980), are received by MAC-e control SDU (970), which is type 1.

A buffer status report (BSR) indicating the buffer status, and when necessary padding bits (985), are received by MAC-e control SDU (975), which is type 2.

Only 3 type values have been presented here; however, it goes without saying that additional type values may be used, depending on the type of control information received by MAC-e control SDU (960). For example, a new type value may indicate the control information comprising both transport output margin information and the buffer status report.

Different from Working Example 1, in Working Example 2, which uses one from among multiple DDI values in order to indicate whether or not control information as noted above is included, flag F is used; consequently, the waste of generated transport resources can be prevented.

62-24

The structure of the system applied in the preferred Working Example 3 of the present invention is as has been previously depicted in Figures 4a and 4b. The actions of [user] equipment (402) and Node B (437) are explained by referring to Figures 4a and 4b below.

Figure 10 is a flow chart that depicts the action of the user equipment (402) according to Working Example 2 of the present invention.

In referring to Figure 10, in step 1005, if MAC-e control information is generated to E-DCH control block (425) of [user] equipment (402), then in step 1010 E-DCH control block (425) constitutes the MAC-e control information as MAC-e control SDU and transmits this to TSN setting block (430). At this time, the MAC-e control SDU comprises and is constituted of type information and control information, as is indicated in Figure 9. The MAC-e control SDU may be constituted with other information not depicted or mentioned here. Moreover, the multiple MAC-es PDU comprising multiple RLC PDU generated from the individual multiple RLC (405) are transmitted to the TSN setting block (430).

Although not depicted, the TSN setting block (430) creates a header comprising header parts corresponding to the MAC-e control SDU and the multiple MAC-es PDU. As mentioned earlier, the respective header parts corresponding to the multiple MAC-es PDU are constituted with a DDI field and N field; these fields are set according to the size and number, etc. of the multiple RLC PDU comprised in the multiple MAC-es PDU. The header part corresponding to the MAC-e control SDU is constituted with a DDI field. In step 1015, TSN setting block (430) sets the DDI field of the MAC-e header part corresponding to the MAC-e control SDU with a particular preliminarily designated value, for example, with a particular DDI value.

62-25

APL630DEF-WH0000097203

In step 1020, TSN setting block (430) combines the MAC-e header comprising the MAC-e header parts with multiple MAC-es PDU and the MAC-e control SDU to constitute the MAC-e PDU, and then transports this to the Node B.

Figure 11 is a flow chart that depicts the action of Node B (437) according to Working Example 2 of the present invention.

In referring to Figure 11, in step 1105, Node B (437) receives the MAC-e PDU from [user] equipment (402) and transmits the MAC-e PDU to demultiplexing unit (455). In step 1110, demultiplexing unit (455) analyzes the MAC-e header of the MAC-e PDU and divides the MAC-e payload into multiple MAC-es PDU.

Demultiplexing unit (455) confirms the DDI fields of the respective MAC-es PDU. If a DDI that matches the particular predetermined DDI value exists, then the process proceeds to step 1125, and if it does not exist, then the process proceeds to step 1120. The absence of a match by a DDI with the particular DDI value means that the applicable MAC-es PDU is an ordinary MAC-es PDU consisting of TSN and multiple RLC PDU; consequently, in step 1120 the MAC-es PDU is transported to RNC (462). The matching by a DDI with the particular DDI value means that the applicable MAC-es PDU is a MAC-e control SDU that contains MAC-e control information; therefore, in step 1125 the MAC-e control SDU is transmitted to the E-DCH control block (445). E-DCH control block (445) uses the type value comprised in the MAC-e control SDU, confirms the MAC-e control information comprised in the MAC-e control SDU, and uses the control information to conduct an appropriate action such as scheduling, etc.

62-26

<<Working Example 3>>

In the present Working Example 3, at the same time that a particular DDI value that stands for the MAC-e control SDU is used, the type of control information inserted into the MAC-e control SDU as the N field related to the DDI is indicated.

Figure 12 depicts the structure of MAC-e PDU according to Working Example 3 of the present invention.  As depicted, the MAC-e PDU (1240) is constituted with MAC-e header (1245) and MAC-e payload (1250); MAC-e header (1245) is constituted with multiple header parts (1205, 1210, 1215).  Header parts (1205-1215) correspond one by one with the structural elements comprised in MAC-e payload (1250).  Herein, MAC-e header part 1 (1205) corresponding to MAC-es PDU (1255) is constituted with DDI field (1220) that indicates the size of the applicable logical channel/MAC-d flow/RLC PDU, as well as with N field (1225) indicating the number of multiple RLC PDU.  MAC-e header part 2 (1210) is constituted with the DDI and N field of the next MAC-es PDU (not depicted).

K-number header part (1215) is also constituted with DDI field (1230) and N field (1235).  In order to indicate corresponding MAC-e control SDU (1260), DDI field (1230) is set with a particular DDI value, for example as "111111."  The particular DDI value indicates the MAC-e control SDU comprising padding bits or MAC-e control information.  The control information also indicates the [user] equipment transport output margin or buffer status information, etc.  N field (1235) of the k-number header part (1215) indicates the type of the MAC-e control information.  For example, such preliminarily determined type values as padding=0, transport output margin information=1, buffer status information=2, etc.  may be used with the N field (1235) in relation to the particular DDI.

62-27

MAC-e control information and padding bits, excluding the type field, are received by the MAC-e control SDU (1260) which receives MAC-e control information. For example, padding bits constituting meaningless information are received by MAC-e control SDU (1235), which is type 0. Transport output margin information, and when necessary padding bits (1280), are received by MAC-e control SDU (1270), which is type 1. A buffer status report (BSR) indicating the buffer status, and when necessary padding bits (1285), are received by MAC-e control SDU (1275), which is type 2.  The same as with the prior example, it goes without saying that additional type values not presented here may be used.

The structure of the system applied in the preferred Working Example 3 of the present invention is as has been previously depicted in Figures 4a and 4b.  The actions of [user] equipment (402) and Node B (437) are explained by referring to Figures 4a and 4b below.

Figure 13 is a flow chart that depicts the action of the user equipment according to Working Example 3 of the present invention.

In referring to Figure 13, in step 1305, if MAC-e control information is generated to E-DCH control block (425) of [user] equipment (402), then in step 1310 E-DCH control block (425) constitutes the MAC-e control information as MAC-e control SDU and transmits it to TSN setting block (430).  Moreover, the multiple MAC-es PDU comprising the multiple RLC PDU generated from the individual RLC are transmitted to the TSN setting block (430).

While not depicted, the TSN setting block (430) creates a header that comprises header parts corresponding to MAC-e control SDU and the multiple MAC-es PDU.

62-28

As noted above, the respective header fields are constituted as N and F fields; the fields of the header parts corresponding to the multiple MAC-es PDU are set according to the size and number of the multiple RLC PDU comprised in the multiple MAC-es PDU.

In step 1315, TSN setting block (430) sets the DDI field of the MAC-e header part corresponding to the MAC-e control SDU as a particular preliminarily determined value.  In step 1320, the TSN setting block sets the N field of the MAC-e header part corresponding to the MAC-e control SDU with a value indicating the type of control information comprised in the MAC-e control SDU.  The MAC-e control SDU type and the N values corresponding to such are preliminarily provided to the [user] equipment and the Node B.

In step 1325, TSN setting block (430) combines the MAC-e header comprising the MAC-e header parts with the multiple MAC-es PDU and the MAC-e control SDU to constitute the MAC-e PDU, and then transports it to the Node B.

Figure 14 is a flow chart that depicts the action of the Node B (437) according to Working Example 3 of the present invention.

In referring to Figure 14, in step 1405, Node B (437) receives the MAC-e PDU from [user] equipment (402) and transmits the MAC-e PDU to demultiplexing unit (455). In step 1410, demultiplexing unit (455) analyzes the MAC-e header of the MAC-e PDU, and divides the MAC-e payload into multiple MAC-es PDU.

Demultiplexing unit (455) confirms the multiple DDI fields of the respective multiple MAC-es PDU.  If a DDI matching the particular preliminarily determined DDI value exists, the process proceeds to step 1425; if it does not exist, the process proceeds to step 1420.

62-29

APL630DEF-WH0000097207

The absence of a match of a DDI with the particular DDI means that the applicable MAC-es PDU is an ordinary MAC-es PDU composed of TSN and RLC PDU, so that in step 1420 the MAC-es PDU is transported to RNC (462).  The presence of a match of a DDI with the particular DDI value means that the applicable MAC-es PDU is a MAC-e control SDU containing MAC-e control information; consequently, in step 1425, the MAC-e control SDU is transmitted to E-DCH control block (445).  At this time, the value of the N field corresponding to the MAC-e control SDU is transferred together [with the other transmission] to E-DCH control block (445).  E-DCH control block (445) uses the N value to confirm the MAC-e control information comprised in the MAC-e control SDU, and then uses the control information to conduct an appropriate action such as scheduling, etc.

While an explanation of specific working examples was provided in the detailed explanation of the present invention, it goes without saying that various modifications are possible so long as they do not deviate from the scope of the present invention.  Therefore, the scope of the present invention is not limited to the working examples, and any determination must be made not only according to the scope of the claims described hereafter, but also according to items that are equivalent to the scope of the claims of this patent.

[Effects of the Invention]

Regarding the present invention, the actions of which were explained in detail above, the following is a brief explanation of the representative effects obtained there from, from among the inventions presented.

Because the present invention utilizes an identical header structure for the user data and the MAC-e control information, the header structure of the MAC-e PDU has consistency.

62-30

APL630DEF-WH0000097208

Moreover, because additional header fields are not defined for use with the MAC-e control information, the size of the MAC-e header is not increased and the MAC-e control information can be transported.

62-31

[Claims]

[Claim 1]
Method for transmitting control information of an up-link packet data service in a mobile telecommunications system, characterized by comprising the following processes:

a process wherein a protocol data unit (PDU) comprising up-link packet data is constituted;

a process wherein a control service data unit (SDU) comprising control information for an up-link packet data service is constituted;

a process wherein a header having header parts corresponding to the protocol data unit and the control service data unit is created, and a header part corresponding to the protocol data unit is set;

a process wherein a multiplex identifier set with a particular preliminarily determined value indicating the control service data unit is set on the header part corresponding to the control service data unit; and

a process wherein the control service data unit and the protocol data unit are combined on the header to constitute an up-link packet data unit, and the up-link packet data unit is transported.

62-32

APL630DEF-WH0000097210

[Claim 2]
Method of claim 1, characterized wherein the process of setting the header part corresponding to the control service data unit comprises a step wherein either 1 indicating the number of the control service data unit or else a value indicating the size of the control service data unit is inserted into the header part corresponding to the control service data unit.

[Claim 3]
Method of claim 1, characterized wherein the process of setting the header part corresponding to the control service data unit comprises a step wherein a flag indicating whether the header part corresponding to the control service data unit is the last one for the header is inserted into the header part corresponding to the control service data unit.

[Claim 4]
Method of claim 1, characterized wherein the control information comprises at least one from among information regarding the up-link transport power of the [user] equipment transmitting the up-link packet data service, and buffer status information.

62-33

[Claim 5]

Method for receiving control information of an up-link packet data service in a mobile telecommunications system, characterized by comprising the following processes:

a process wherein an up-link packet data unit constituted of a header and payload is received;

a process wherein the payload is divided into multiple data units according to the header parts comprised in the header;

a process wherein the multiplex identifiers of the header parts corresponding to the data units are confirmed;

a process wherein the data unit corresponding to the multiplex identifier set with a particular preliminarily determined value is detected from among the multiplex identifiers; and

a process wherein control information for the up-link packet data service is acquired from the detected data unit.

[Claim 6]

Method of claim 5, characterized wherein the control information comprises at least one from among information regarding the up-link transport power of the [user] equipment transmitting the up-link packet data service, and buffer status information.

62-34

APL630DEF-WH0000097212

[Claim 7]

[User] equipment apparatus for transmitting control information of an up-link packet data service in a mobile telecommunications system, characterized by being constituted of the following:

at least one individual [apparatus] constituted of a protocol data unit (PDU) comprising up-link packet data;

a control block constituted of a control service data unit (SDU) comprising control information for an up-link packet data service; and

a multiplexing and transmission sequence number setting block that creates a header having header parts corresponding to the control service data unit and protocol data unit, that sets the header part corresponding to the protocol data unit and the header part corresponding to the control service data unit, and that combines the control service data unit with the protocol data unit on the header to transport the constituted up-link packet data unit;

wherein the multiplex identifier set with a particular preliminarily determined value indicating the control service data unit is inserted into the header part corresponding to the control service data unit.

[Claim 8]

Apparatus of claim 7, characterized wherein the multiplexing and transmission sequence number setting block inserts either 1 indicating the number of the control service data unit or else a value indicating the size of the control service data unit into the header part corresponding to the control service data unit.

62-35

APL630DEF-WH0000097213

[Claim 9]

Apparatus of claim 7, characterized wherein the multiplexing and transmission sequence number setting block inserts a flag indicating whether the header part corresponding to the control service data unit is the last one for the header into the header part corresponding to the control service data unit.

[Claim 10]

Apparatus of claim 7, characterized wherein the control information comprises at least one from among information regarding the up-link transport power of the [user] equipment transmitting the up-link packet data service, and buffer status information.

[Claim 11]

Node B apparatus for receiving control information of an up-link packet data service in a mobile telecommunications system, characterized by comprising the following:

a demultiplexing unit that receives the up-link packet data unit constituted of a header and payload, divides the payload into multiple data units according to the header parts comprised in the header, and detects the data unit corresponding to the multiplex identifier set with a specific preliminarily determined value from among the multiplex identifiers of the header parts corresponding to the data units; and

a control block that acquires control information for the up-link packet data service from the detected data unit.

62-36

APL630DEF-WH0000097214

[Claim 12]
Apparatus of claim 11, characterized wherein the control information comprises at least one from among information regarding the up-link transport power of the [user] equipment transmitting the up-link packet data service, and buffer status information.

[Claim 13]
Method for transmitting control information of an up-link packet data service in a mobile telecommunications system, characterized by comprising the following processes:
a process wherein a protocol data unit (PDU) comprising up-link packet data is constituted;
a process wherein a control service data unit (SDU) comprising control information for an up-link packet data service is constituted;
a process wherein a header having header parts corresponding to the protocol data unit and the control service data unit is created, and a header part corresponding to the protocol data unit is set;

62-37

a process wherein a data description identifier (DDI) set with a particular preliminarily determined value indicating the existence of the control service data unit is set on the header part corresponding to the control service data unit; and
a process wherein the control service data unit and the protocol data unit are combined on the header to constitute an up-link packet data unit, and the up-link packet data unit is transported.


[Claim 14]
Method of claim 13, characterized wherein the process of constituting the control service data unit comprises a type value indicating the type of control information comprised in the control service data unit, the control information, and padding bits when necessary to constitute the control service data unit.

62-38

APL630DEF-WH0000097216

[Claim 15]
Method of claim 13, characterized wherein the control information comprises at least one from among information regarding the transport power margin of the [user] equipment transmitting the up-link packet data service, and buffer status information.

[Claim 16]
Method for receiving control information of an up-link packet data service in a mobile telecommunications system, characterized by comprising the following processes:
a process wherein an up-link packet data unit constituted of a header and payload is received;
a process wherein the payload is divided into multiple data units according to the header parts comprised in the header;
a process wherein the data description identifier (DDI) of the header parts corresponding to the data units are confirmed;
a process wherein the data unit corresponding to the data description identifier (DDI) set with a particular preliminarily determined value is detected from among the DDI; and
a process wherein control information for the up-link packet data service is acquired from the detected data unit according to the type value comprised in the detected data unit.

62-39

APL630DEF-WH0000097217

[Claim 17]
Method of claim 16, characterized wherein the control information comprises at least one from among information regarding the up-link transport power of the [user] equipment transmitting the up-link packet data service, and buffer status information.

[Claim 18]
[User] equipment apparatus for transmitting control information of an up-link packet data service in a mobile telecommunications system, characterized by being constituted of the following:
at least one individual [apparatus] constituted of a protocol data unit (PDU) comprising up-link packet data;
a control block constituted of a control service data unit (SDU) comprising control information for an up-link packet data service; and
a multiplexing and transmission sequence number setting block that creates a header having header parts corresponding to the protocol data unit and the control service data unit, that sets the header part corresponding to the protocol data unit and the header part corresponding to the control service data unit, and that combines the control service data unit with the protocol data unit on the header to transport the constituted up-link packet data unit;
wherein the multiplex identifier set with a particular preliminarily determined value indicating the control service data unit is inserted into the header part corresponding to the control service data unit.

62-40

APL630DEF-WH0000097218

[Claim 19]
Apparatus of claim 18, characterized wherein the multiplexing and transmission sequence number setting block comprises a type value indicating the type of control information comprised in the control service data unit, the control information, and padding bits when necessary to constitute the constitute the control service data unit.

[Claim 20]
Apparatus of claim 18, characterized wherein the control information comprises at least one from among information regarding the transport power margin of the [user] equipment transmitting the up-link packet data service, and buffer status information.

[Claim 21]
Node B apparatus for receiving control information of an up-link packet data service in a mobile telecommunications system, characterized by comprising the following:
a demultiplexing unit that receives the up-link packet data unit constituted of a header and payload, divides the payload into multiple data units according to the header parts comprised in the header, and detects the data unit corresponding to the data description identifier (DDI) set with a specific preliminarily determined value from among the DDI of the header parts corresponding to the data units; and
a control block that acquires control information for the up-link packet data service from the detected data unit according to the type value comprised in the detected data unit.

62-41

[Claim 22]

Apparatus of claim 21, characterized wherein the control information comprises at least one from among information regarding the up-link transport power of the [user] equipment transmitting the up-link packet data service, and buffer status information.

[Claim 23]

Method for transmitting control information of an up-link packet data service in a mobile telecommunications system, characterized by comprising the following processes:

a process wherein a protocol data unit (PDU) comprising up-link packet data is constituted;

a process wherein a control service data unit (SDU) comprising control information for an up-link packet data service is constituted;

a process wherein a header having header parts corresponding to the protocol data unit and the control service data unit is created, and a header part corresponding to the protocol data unit is set;

a process wherein a data description identifier (DDI) set with a particular preliminarily determined value indicating the existence of the control service data unit, as well as a type value indicating the type of the control information, are set on the header part corresponding to the control service data unit; and

a process wherein the control service data unit and the protocol data unit are combined on the header to constitute an up-link packet data unit, and the up-link packet data unit is transported.

62-42

APL630DEF-WH0000097220

[Claim 24]
Method of claim 23, characterized wherein the process of constituting the control service data unit comprises control information according to the type value and padding bits when necessary to constitute the control service data unit.

[Claim 25]
Apparatus of claim 23, characterized wherein the control information comprises at least one from among information regarding the transport power margin of the [user] equipment transmitting the up-link packet data service, and buffer status information.

62-43

APL630DEF-WH0000097221

[Claim 26]

Method for receiving control information of an up-link packet data service in a mobile telecommunications system, characterized by comprising the following processes:

a process wherein an up-link packet data unit constituted of a header and payload is received;

a process wherein the payload is divided into multiple data units according to the header parts comprised in the header;

a process wherein the data description identifier (DDI) of the header parts corresponding to the data units are confirmed;

a process wherein the data unit corresponding to the data description identifier (DDI) set with a particular preliminarily determined value is detected from among the DDI; and

a process wherein control information for the up-link packet data service is acquired from the detected data unit according to the type value comprised in the header parts corresponding to the detected data unit.

[Claim 27]

Method of claim 26, characterized wherein the control information comprises at least one from among information regarding the up-link transport power of the [user] equipment transmitting the up-link packet data service, and buffer status information.

62-44

APL630DEF-WH0000097222

[Claim 28]

[user] equipment apparatus for transmitting control information of an up-link packet data service in a mobile telecommunications system, characterized by being constituted of the following:

at least one individual [apparatus] constituted of a protocol data unit (PDU) comprising up-link packet data;

a control block constituted of a control service data unit (SDU) comprising control information for an up-link packet data service; and

a multiplexing and transmission sequence number setting block that creates a header having header parts corresponding to the protocol data unit and the control service data unit, that sets the header part corresponding to the protocol data unit and the header part corresponding to the control service data unit, and that combines the control service data unit with the protocol data unit on the header to transport the constituted up-link packet data unit;

wherein the data description identifier (DDI) set with a particular preliminarily determined value indicating the control service data unit and the type value indicating the type of the control information are inserted into the header part corresponding to the control service data unit.

62-45

APL630DEF-WH0000097223

[Claim 29]
Apparatus of claim 28, characterized wherein the multiplexing and transmission sequence number setting block comprises the control information according to the type value and padding bits when necessary to constitute the control service data unit.

[Claim 30]
Apparatus of claim 28, characterized wherein the control information comprises at least one from among information regarding the transport power margin of the [user] equipment transmitting the up-link packet data service, and buffer status information.

[Claim 31]
Node B apparatus for receiving control information of an up-link packet data service in a mobile telecommunications system, characterized by comprising the following:
a demultiplexing unit that receives the up-link packet data unit constituted of a header and payload, divides the payload into multiple data units according to the header parts comprised in the header, and detects the data unit corresponding to the data description identifier (DDI) set with a specific preliminarily determined value from among the DDI of the header parts corresponding to the data units; and
a control block that acquires control information for the up-link packet data service from the detected data unit according to the type value comprised in the header part corresponding to the detected data unit.

62-46

APL630DEF-WH0000097224

[Claim 32]
Method of claim 31, characterized wherein the control information comprises at least one from among information regarding the up-link transport power of the [user] equipment transmitting the up-link packet data service, and buffer status information.

62-47

APL630DEF-WH0000097225

[Drawings]

[Figure 1a]



[Figure 1b]



62-48

APL630DEF-WH0000097226

[Figure 2]



62-49

APL630DEF-WH0000097227

[Figure 3]



62-50

APL630DEF-WH0000097228

[Figure 4a]



62-51

APL630DEF-WH0000097229

[Figure 4b]



62-52

APL630DEF-WH0000097230

[Figure 5]



62-53

APL630DEF-WH0000097231

[Figure 6]



62-54

[Figure 7]



62-55

APL630DEF-WH0000097233

[Figure 8]



62-56

[Figure 9]



62-57

APL630DEF-WH0000097235

[Figure 10]



62-58

APL630DEF-WH0000097236

[Figure 11]



62-59

APL630DEF-WH0000097237

[Figure 12]



62-60

APL630DEF-WH0000097238

[Figure 13]



62-61

APL630DEF-WH0000097239

[Figure 14]



62-62

APL630DEF-WH0000097240

# PARK
## IP TRANSLATIONS

July 20, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Korean into English of: Korean Patent Number 10-2004-0109938 filed 21 December 2004

_____

Abraham I. Holczer

Project Manager

Park Case # 31226

134 W. 29th Street 5th Floor  •  New York, N.Y. 10001
Phone: 212-581-8870  •  Fax: 212-581-5577

APL630DEF-WH0000097241