QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1  Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") hereby bring this administrative motion to file under seal the following documents or
4  portions thereof relating to Samsung's Opposition to Apple's Motion for Partial Summary
5  Judgment:
6      1. The confidential, unredacted version of Samsung's Opposition to Apple's Motion
7  for Partial Summary Judgment.
8      2. Exhibit 2 to the Declaration of Michael L. Fazio in Support of Samsung's
9  Opposition to Apple's Motion for Partial Summary Judgment, excerpts of the deposition transcript
10  of Dr. Alex Snoeren, dated September 25-26, 2013.
11      3. Exhibit 3 to the Declaration of Michael L. Fazio in Support of Samsung's
12  Opposition to Apple's Motion for Partial Summary Judgment, excerpts of the Opening Expert
13  Report of Dr. Alex Snoeren, dated August 12, 2013.
14      4. Exhibit 4 to the Declaration of Michael L. Fazio in Support of Samsung's
15  Opposition to Apple's Motion for Partial Summary Judgment, excerpts of the Rebuttal Expert
16  Report of Dr. Alex Snoeren, dated September 13, 2013.
17      5. Exhibit 5 to the Declaration of Michael L. Fazio in Support of Samsung's
18  Opposition to Apple's Motion for Partial Summary Judgment, excerpts of the deposition transcript
19  of Paul Westbrook, dated June 11, 2013.
20      6. Exhibit 6 to the Declaration of Michael L. Fazio in Support of Samsung's
21  Opposition to Apple's Motion for Partial Summary Judgment, Exhibit E to the Expert Report of
22  John Hauser, dated August 12, 2013.
23      7. Exhibit 7 to the Declaration of Michael L. Fazio in Support of Samsung's
24  Opposition to Apple's Motion for Partial Summary Judgment, excerpts of the deposition transcript
25  of Fred Quintana, dated June 13, 2013.
26      8. Exhibit 17 to the Declaration of Michael L. Fazio in Support of Samsung's
27  Opposition to Apple's Motion for Partial Summary Judgment, excerpts of the Opening Expert
28  Report of Dr. Richard Taylor, dated August 12, 2013.

9. Exhibit 18 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, excerpts of the deposition transcript of Dr. Richard Taylor, dated September 27, 2013.

10. Exhibit 20 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, excerpts of Samsung's Invalidity Claim Chart For U.S. Patent No. 6,847,959, Exhibit C-21.

11. Exhibit 21 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, excerpts of the Rebuttal Expert Report of Dr. Richard Taylor, dated September 13, 2013.

12. The confidential, unredacted version of the Declaration of Dr. Kevin Jeffay in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment Concerning U.S. Patent No. 5,946,647, filed herewith.

13. The confidential, unredacted version of the Declaration of Jeffrey S. Chase, Ph.D., in Support of Samsung's Opposition to Apple's Motion for Summary Judgment, filed herewith.

14. The confidential, unredacted version of the Declaration of Paul Westbrook in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment.

15. The confidential, unredacted version of the Declaration of Martin Rinard in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, and Exhibit 1 thereto, filed herewith.

16. The confidential, unredacted version of the Declaration of Professor Dan Schonfeld In Support of Samsung's Opposition to Apple's Motion for Summary Judgment and to Exclude Expert Testimony, and Exhibits D through EE, and Exhibit GG thereto, filed herewith.

Samsung has established compelling reasons to permit filing these documents under seal through the Declaration of Michael L. Fazio in Support of Samsung's Administrative Motion to File Documents Under Seal Relating to Samsung's Opposition to Apple's Motion for Partial Summary Judgment and the Declaration of Daniel Wooseob Shim in Support of Samsung's Administrative Motion to File Under Seal, filed herewith. In short, the above documents discuss and refer to material designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL –

1  ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS'
2  EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure
3  and Use of Discovery Materials, or otherwise deemed confidential.  Samsung accordingly requests
4  that the Court order the information filed under seal, and expects that Apple will comply with L.R.
5  79-5(e) by filing an appropriate declaration with the Court for those portions and documents that
6  reference Apple-designated information.  Samsung's entire filing will be filed with the Court
7  pursuant to L.R. 79-5 and served on all parties.

8       Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel
9  regarding this motion.  Apple does not oppose Samsung's Administrative Motion to File
10 Documents Under Seal Relating to Samsung's Opposition to Apple's Motion for Partial Summary
11 Judgment as a procedural mechanism for filing portions of Samsung's Opposition to Apple's
12 Motion for Partial Summary Judgment and supporting documents under seal.  Apple reserves the
13 right to challenge any proposed redactions to the extent it believes those redactions improperly
14 seal non-confidential information.

16 DATED:  November 1, 2013          QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP

19                                   By */s/ Michael L. Fazio*
                                       Charles K. Verhoeven
20                                     Kevin P.B. Johnson
                                       Victoria F. Maroulis
21                                     William C. Price

                                       Attorneys for Defendants
23                                     SAMSUNG ELECTRONICS CO., LTD.,
                                       SAMSUNG ELECTRONICS AMERICA, INC.,
24                                     and SAMSUNG TELECOMMUNICATIONS
                                       AMERICA, LLC

**ATTESTATION**

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file Samsung's Administrative Motion To File Documents Under Seal Relating to Samsung's Opposition to Apple's Motion for Partial Summary Judgment.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated:  November 1, 2013        */s/ Patrick D. Curran*
                                              Patrick D. Curran