1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18
                     UNITED STATES DISTRICT COURT
19
              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

21 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
   |---|---|
   | Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
   | vs. | |
   | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
   | Defendants. | |

28

Case No. 12-CV-00630-LHK (PSG)
FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PARTIAL SUMMARY
JUDGMENT

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Samsung submits this motion for an order to seal the following documents or portions thereof relating to Samsung's Opposition to Apple's Motion for Partial Summary Judgment in order to protect information designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials, or otherwise deemed confidential.

3. The confidential, unredacted version of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, portions of which Samsung and Apple have designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case, should be filed under seal as detailed in the accompanying Declaration of Daniel Wooseob Shim.

4. Exhibit 2 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment contains excerpts of the deposition transcript of Dr. Alex Snoeren, dated September 25-26, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential business information.

5. Exhibit 3 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment contains excerpts of the Opening Expert Report of Dr. Alex Snoeren, dated August 12, 2013, which Apple has designated as

1  "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE"
2  under the Protective Order entered in this case or otherwise deemed confidential business
3  information, and should be filed under seal as detailed in the accompanying Declaration of Daniel
4  Wooseob Shim.

5       6.     Exhibit 4 to the Declaration of Michael L. Fazio in Support of Samsung's
6  Opposition to Apple's Motion for Partial Summary Judgment contains excerpts of the Rebuttal
7  Expert Report of Dr. Alex Snoeren, dated September 13, 2013, which Apple has designated as
8  "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE"
9  under the Protective Order entered in this case or otherwise deemed confidential business
10 information, and should be filed under seal as detailed in the accompanying Declaration of Daniel
11 Wooseob Shim.

12      7.     Exhibit 5 to the Declaration of Michael L. Fazio in Support of Samsung's
13 Opposition to Apple's Motion for Partial Summary Judgment contains excerpts of the deposition
14 transcript of Paul Westbrook, dated June 11, 2013, which Google Inc. has designated as
15 "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered
16 in this case or otherwise deemed confidential business information.

17      8.     Exhibit 6 to the Declaration of Michael L. Fazio in Support of Samsung's
18 Opposition to Apple's Motion for Partial Summary Judgment contains Exhibit E to the Expert
19 Report of John Hauser, dated August 12, 2013, which Apple has designated as
20 "CONFIDENTIAL" under the Protective Order entered in this case or otherwise deemed
21 confidential business information, and Apple has further indicated Apple does not consent to the
22 public filing of the Hauser report.

23      9.     Exhibit 7 to the Declaration of Michael L. Fazio in Support of Samsung's
24 Opposition to Apple's Motion for Partial Summary Judgment contains excerpts of the deposition
25 transcript of Fred Quintana, dated June 13, 2013, which Google Inc. has designated as "HIGHLY
26 CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this
27 case or otherwise deemed confidential business information.

28

10. Exhibit 17 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment contains excerpts of the Opening Expert Report of Dr. Richard Taylor, dated August 12, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential business information.

11. Exhibit 18 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment contains excerpts of the deposition transcript of Dr. Richard Taylor, dated September 27, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential business information.

12. Exhibit 20 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment contains excerpts of Samsung's Invalidity Claim Chart For U.S. Patent No. 6,847,959, Exhibit C-21, which Apple has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential business information.

13. Exhibit 21 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment contains excerpts of the Rebuttal Expert Report of Dr. Richard Taylor, dated September 13, 2013, which Apple has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential business information.

14. The confidential, unredacted version of the Declaration of Dr. Kevin Jeffay in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment Concerning U.S. Patent No. 5,946,647, filed herewith, portions of which Samsung has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case, and should be filed under seal as detailed in the accompanying Declaration of Daniel Wooseob Shim.

15. The confidential, unredacted version of the Declaration of Jeffrey S. Chase, Ph.D., in Support of Samsung's Opposition to Apple's Motion for Summary Judgment, filed herewith, portions of which Samsung and Google Inc. have designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case, and should be filed under seal as detailed in the accompanying Declaration of Daniel Wooseob Shim.

16. The confidential, unredacted version of the Declaration of Paul Westbrook in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, portions of which Google Inc. has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in this case.

17. The confidential, unredacted version of the Declaration of Martin Rinard in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, and Exhibit 1 thereto, filed herewith, portions of which Apple has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential business information.

18. The confidential, unredacted version of the Declaration of Professor Dan Schonfeld In Support of Samsung's Opposition to Apple's Motion for Summary Judgment and to Exclude Expert Testimony, and Exhibits D through EE, and Exhibit GG thereto, filed herewith, portions of which Apple has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this case or otherwise deemed confidential business information.

19. Pursuant to L.R. 79-5, a copy of the unredacted version of each of the above has been filed electronically with the Court and served on all parties.

20. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed on
2 November 1, 2013, at Los Angeles, California.

                                                */s/ Michael L. Fazio*
                                                Michael L. Fazio

FAZIO DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**ATTESTATION**

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: November 1, 2013

*/s/ Patrick D. Curran*
Patrick D. Curran