UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Documents Under Seal Relating to Samsung's Opposition to Apple's Motion for Partial Summary Judgment. The Court finds that Samsung's sealing request is narrowly tailored and justified. Therefore, the following documents or portions thereof may be filed under seal consistent with Samsung's requests:

1. The confidential, unredacted version of Samsung's Opposition to Apple's Motion for Partial Summary Judgment.

2. Exhibit 2 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, excerpts of the deposition transcript of Dr. Alex Snoeren, dated September 25-26, 2013.

3. Exhibit 3 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, excerpts of the Opening Expert Report of Dr. Alex Snoeren, dated August 12, 2013.

4. Exhibit 4 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, excerpts of the Rebuttal Expert Report of Dr. Alex Snoeren, dated September 13, 2013.

5. Exhibit 5 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, excerpts of the deposition transcript of Paul Westbrook, dated June 11, 2013.

6. Exhibit 6 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, Exhibit E to the Expert Report of John Hauser, dated August 12, 2013.

7. Exhibit 7 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, excerpts of the deposition transcript of Fred Quintana, dated June 13, 2013.

8. Exhibit 17 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, excerpts of the Opening Expert Report of Dr. Richard Taylor, dated August 12, 2013.

9. Exhibit 18 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, excerpts of the deposition transcript of Dr. Richard Taylor, dated September 27, 2013.

10. Exhibit 20 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, excerpts of Samsung's Invalidity Claim Chart For U.S. Patent No. 6,847,959, Exhibit C-21.

11. Exhibit 21 to the Declaration of Michael L. Fazio in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, excerpts of the Rebuttal Expert Report of Dr. Richard Taylor, dated September 13, 2013.

12. The confidential, unredacted version of the Declaration of Dr. Kevin Jeffay in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment Concerning U.S. Patent No. 5,946,647, filed herewith.

13. The confidential, unredacted version of the Declaration of Jeffrey S. Chase, Ph.D., in Support of Samsung's Opposition to Apple's Motion for Summary Judgment, filed herewith.

14. The confidential, unredacted version of the Declaration of Paul Westbrook in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment.

15. The confidential, unredacted version of the Declaration of Martin Rinard in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, and Exhibit 1 thereto, filed herewith.

16. The confidential, unredacted version of the Declaration of Professor Dan Schonfeld In Support of Samsung's Opposition to Apple's Motion for Summary Judgment and to Exclude Expert Testimony, and Exhibits D through EE, and Exhibit GG thereto, filed herewith.

1    Accordingly, for compelling reasons shown, the Court HEREBY ORDERS that these
2 documents may be filed under seal.

4 DATED: _____    _____
                                    The Honorable Lucy H. Koh
5                                   United States District Judge

-3-    Case No. 12-CV-00630-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT