1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
13 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
14
   Attorneys for SAMSUNG ELECTRONICS
15 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17                    UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date:  December 12, 2013<br>Time:  1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |
| Defendants. | |

I, Michael L. Fazio, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of an Order, dated March 19, 2012, from *Apple Inc., et al. v. Motorola, Inc., et al.*, No. 1:11-cv-08540 (N.D. Ill.).

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition transcript of Dr. Alex Snoeren, dated September 25-26, 2013.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the Opening Expert Report of Dr. Alex Snoeren, dated August 12, 2013.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Alex Snoeren, dated September 13, 2013.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition transcript of Paul Westbrook, dated June 11, 2013.

7. Attached hereto as Exhibit 6 is a true and correct copy of Exhibit E to the Expert Report of Dr. John Hauser, dated August 12, 2013.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the deposition transcript of Fred Quintana, dated June 13, 2013.

9. Attached hereto as Exhibit 8 is a true and correct copy of the AppleSearch Administrator's Guide produced by Apple in this action at Bates Nos. APLNDC630-0000441944 through APLNDC630-0000442053.

10. Attached hereto as Exhibit 9 is a true and correct copy of the document produced by Samsung in this action at Bates No. SAMNDCA630-07890674.

1    11.    Attached hereto as Exhibit 10 is a true and correct copy of the AppleSearch User's Guide produced by Apple in this action at Bates No. APLNDC630-0000441829 through APLNDC630-0000441943.

2    12.    Attached hereto as Exhibit 11 is a true and correct copy of the document produced by Samsung in this action at Bates No. SAMNDCA630-07216825 through SAMNDCA630-07216829.

3    13.    Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the deposition transcript of Brewster Kahle, dated July 25, 2013.

4    14.    Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the deposition transcript of Norbert Fuhr, dated July 12, 2013.

5    15.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the deposition transcript of Ulrich Pfeifer, dated July 14, 2013.

6    16.    Attached hereto as Exhibit 15 is a true and correct copy of Huynh Quoc Thanh Tung, *Expansion of the FreeWAIS Server* (1994), produced by Samsung in this action at Bates Nos. SAMNDCA630-06029163 through SAMNDCA630-06029352.

7    17.    Attached hereto as Exhibit 16 is a true and correct copy of Ulrich Pfeifer, *freeWAIS-sf* (Oct. 1995), produced by Samsung in this action at Bates Nos. SAMNDC630-00028135 through SAMNDCA630-00028186.

8    18.    Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the Opening Expert Report of Dr. Richard Taylor, dated August 12, 2013.

9    19.    Attached hereto as Exhibit 18 is a true and correct copy of excerpts of the deposition transcript of Dr. Richard Taylor, dated September 27, 2013.

10    20.    Attached hereto as Exhibit 19 is a true and correct copy of excerpts from Samsung's Second Amended Invalidity Claim Chart For U.S. Patent No. 6,847,959, Exhibit C-9.

11    21.    Attached hereto as Exhibit 20 is a true and correct copy of excerpts from Samsung's Invalidity Claim Chart For U.S. Patent No. 6,847,959, Exhibit C-21.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Richard Taylor, dated September 13, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 1, 2013, at Los Angeles, California.

*/s/ Michael L. Fazio*
Michael L. Fazio

**ATTESTATION**

I, Patrick D. Curran, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i), I hereby attest that Michael L. Fazio has concurred in this filing.

Dated: November 1, 2013

*/s/ Patrick D. Curran*
Patrick D. Curran