# EXHIBIT 8

# AppleSearch
# Administrator's Guide

APLNDC630-0000441944

APLNDC630-0000441945

 **AppleSearch Administrator's Guide**

APLNDC630-0000441946

 Apple Computer, Inc.

This manual and the software described in it are copyrighted, with all rights reserved. Under the copyright laws, this manual or the software may not be copied, in whole or part, without written consent of Apple, except in the normal use of the software or to make a backup copy of the software. The same proprietary and copyright notices must be affixed to any permitted copies as were affixed to the original. This exception does not allow copies to be made for others, whether or not sold, but all of the material purchased (with all backup copies) may be sold, given, or loaned to another person. Under the law, copying includes translating into another language or format.

You may use the software on any computer owned by you, but extra copies cannot be made for this purpose.

The Apple logo is a registered trademark of Apple Computer, Inc. Use of the "keyboard" Apple logo (Option-Shift-K) for commercial purposes without the prior written consent of Apple may constitute trademark infringement and unfair competition in violation of federal and state laws.

Every effort has been made to ensure that the information in this manual is accurate. Apple is not responsible for printing or clerical errors.

© Apple Computer, Inc., 1994
1 Infinite Loop
Cupertino, CA  95014-6299
(408) 996-1010

AppleSearch contains portions of MacLinkPlus file translation library, a product of DataViz Inc., 55 Corporate Drive, Trumbull, CT, USA (203) 268-0030.

Apple, the Apple logo, AppleShare, AppleTalk, A/UX, EtherTalk, LocalTalk, Macintosh, MacTCP, and TokenTalk are trademarks of Apple Computer, Inc., registered in the United States and other countries.

AppleSearch, Finder, and Power Macintosh are trademarks of Apple Computer, Inc.

AppleWorks is a registered trademark of Apple Computer, Inc., licensed to Claris Corporation

Adobe, Adobe Illustrator, and PostScript are trademarks of Adobe Systems Incorporated, which may be registered in certain jurisdictions.

Claris and MacWrite are registered trademarks of Claris Corporation.

The CPL search engine is a product of Personal Library Software, Inc.

Electrocomp 2000 is a trademark of Image Graphics Inc.

FrameMaker is a registered trademark of Frame Technology Corporation.

Helvetica, Linotronic, and Times are registered trademarks of Linotype Company.

MacLinkPlus/Translator is a trademark of DataViz, Inc.

Microsoft is a registered trademark of Microsoft Corporation.

Nisus is a trademark of Paragon Concepts, Inc.

PageMaker is a registered trademark of Aldus Corporation.

QuarkXPress is a registered trademark of Quark, Inc.

Ragtime is a trademark of B & E Software.

WordPerfect is a registered trademark of WordPerfect Corporation, Inc.

WriteNow is a trademark of T/Maker Company.

Simultaneously published in the United States and Canada.

Mention of third-party products is for informational purposes only and constitutes neither an endorsement nor a recommendation. Apple assumes no responsibility with regard to the performance or use of these products.

APLNDC630-0000441947

# Contents

*Preface: About This Guide*  /  *vii*

1  **Getting Started**  /  **1**

AppleSearch server overview  /  2

AppleSearch and WAIS  /  3

AppleSearch and the Internet  /  4

Indexing local information sources  /  6

Searching information sources  /  6

Ranking search results  /  9

Document formats  /  9

Security  /  9

System requirements  /  10

Server hardware requirements  /  10

Network hardware requirements  /  10

Memory and disk requirements  /  11

Operating-system requirements  /  11

Network software requirements  /  11

Quick guide to preparing your server  /  12

Setting up your server with the Sharing Setup control panel  /  12

Installing AppleSearch server software  /  14

Performing an Easy Install procedure  /  14

Performing a customized installation  /  15

APLNDC630-0000441948

**2   Using AppleSearch Server  /  17**

Starting AppleSearch Server  /  18

Administering AppleSearch information sources  /  19
  Local information sources  /  20
  WAIS information sources  /  20
  Adding local information sources  /  22
  Adding WAIS information sources  /  25
  Managing WAIS servers  /  28
  Indexing information sources  /  29
    Starting the indexing process immediately  /  32
  Moving an index from a pre-indexed CD-ROM to a hard disk  /  34
  Moving an index from one hard disk to another  /  35
  Compacting an index  /  37
  Hiding and showing an information source  /  38
  Removing information sources  /  39

Setting preferences  /  40
  Specifying indexing times  /  40
  Specifying times to scan for WAIS servers  /  42
  Specifying a location for temporary file storage  /  43
  Setting a password  /  44

Using the server log  /  45

Using the AppleSearch Status window  /  54

Using the Reporter List  /  56

Working with the AppleSearch stopwords list  /  58

Quitting AppleSearch Server  /  59


**Appendix A   AppleSearch Server Software and Files  /  61**

Changes to AppleSearch server software  /  62

AppleSearch server files  /  62
  AppleSearch Server folder  /  62
  MacLinkPlus/AppleSearch file  /  62
  Claris XTND System file  /  63
  AppleSearch Preferences folder  /  63

APLNDC630-0000441949

**Appendix B    Troubleshooting / 67**

Problems opening the AppleSearch Server program / 68

Problems using or adding information sources / 69

Problems establishing information sources (sharing volumes or folders) / 71

Indexing takes a long time / 72

Some matched words in an article are not highlighted / 73

Problems setting up users and groups / 73

WAIS databases do not appear / 74

**Appendix C    Setting Access Privileges and Sharing Volumes and Folders / 77**

Registering users with AppleShare / 78

Sharing a volume or folder by using AppleShare / 78

Registering users with file sharing / 80

Sharing a volume or folder by using file sharing / 82

**Appendix D    Making an AppleSearch Pre-indexed CD-ROM / 85**

*Glossary* / 89

*Index* / 93

APLNDC630-0000441950

APLNDC630-0000441951

**Preface**      **About This Guide**

AppleSearch is a sophisticated information search-and-retrieval product consisting primarily of two application programs, AppleSearch Client and AppleSearch Server.

This book, *AppleSearch Administrator's Guide,* provides an overview of the AppleSearch Server program and explains how to install and use the program.

## Who should use this guide

This guide is intended for the person who administers an organization's AppleSearch online information sources. If you are familiar with AppleSearch administration, you should read the information specific to wide area information server (WAIS) information sources.

*AppleSearch User's Guide,* a companion guide to this book, provides an overview of AppleSearch and describes the AppleSearch Client application program. If you are new to AppleSearch, you should start by reading Chapter 1 of that guide. To effectively support AppleSearch users, you will need to know the material covered in that guide.

This guide assumes that you are familiar with basic Macintosh terms, concepts, and techniques presented in the manuals and training materials that come with your computer. In addition, you should be familiar with Macintosh file management, including file sharing.

APLNDC630-0000441952

## What this guide contains

Here is a brief summary of what you'll find in this guide:

- Chapter 1, "Getting Started," provides an overview of the AppleSearch Server, lists the system requirements for your server, describes a quick-start method of preparing your server, and tells you how to set up your server with the Sharing Setup control panel and how to install the AppleSearch server software.

- Chapter 2, "Using AppleSearch Server," tells you how to create and maintain information sources to be searched by AppleSearch users.

- Appendix A, "AppleSearch Server Software and Files," lists changes from previous versions of AppleSearch server software and describes the files that make up the AppleSearch server software.

- Appendix B, "Troubleshooting," lists potential problems and suggests solutions.

- Appendix C, "Setting Access Privileges and Sharing Volumes and Folders," provides brief instructions for sharing volumes and folders and for setting access privileges by using AppleShare or the file-sharing feature of System 7.

- Appendix D, "Making an AppleSearch Pre-indexed CD-ROM," tells you how to store an AppleSearch information source and its index on a CD-ROM.

## For more information

If you want more information about AppleSearch, refer to the following manuals from Apple Computer:

- *AppleSearch User's Guide* describes how to use the AppleSearch client to retrieve information.

- *AppleSearch Client Developer's Guide* describes how to write a client interface to an AppleSearch server.

- *AppleSearch Update File Format Reference* describes how to customize the AppleSearch newspaper-like update to meet the needs of your particular organization.

APLNDC630-0000441953

- *AppleShare Server Administrator's Guide* provides detailed information about AppleShare File Server software, including how to set access privileges for shared folders by using AppleShare.
- The *Macintosh User's Guide* or *Macintosh Reference* manual that came with your computer describes peer-to-peer file sharing and how to set access privileges on your folders by using the Macintosh file-sharing feature of System 7.

APLNDC630-0000441954

APLNDC630-0000441955

# 1

## Getting Started

This chapter introduces AppleSearch server concepts. It also describes the hardware and software you need to set up an AppleSearch server and provides software installation instructions.

APLNDC630-0000441956

## AppleSearch server overview

An AppleSearch server is typically a high-performance computer that also provides other network services, such as file sharing, printing, and database access to a number of client computers. The network can be as simple as a single client and server in the same room, or as complicated as many clients connected to servers across thousands of miles.

The AppleSearch server software running on the server computer collaborates with the AppleSearch Client application program to provide AppleSearch users with fast, tailored access to information. Electronic search agents called *AppleSearch reporters* present the server with queries from users, to be performed immediately or on a schedule specified by the user. AppleSearch Server responds by searching the specified information, ranking the results, and returning those results to the client computer. The user can then request copies of original documents from those information sources, which the server sends to the user's computer.

The AppleSearch server treats information as organized groups of documents known as *information sources*. An information source consists primarily of a set of shared documents and an extensive index to the full text of those documents. AppleSearch currently supports two types of information sources: local information sources and remote information sources.

The contents of local information sources are kept on the AppleSearch server. Typically, local information sources contain the types of files found in all organizations: memos, financial data, operational procedures, personnel policies, and so forth. In general, if your organization creates or maintains a document, that document will be stored in a local information source.

Local information sources can be kept on any locally attached SCSI device, such as a hard disk or CD-ROM drive. Some CD-ROM discs are available pre-indexed for AppleSearch. With additional hardware and software, you can have some commercial online services such as news wires add documents directly into your local information sources.

A remote information source represents a searchable collection of information kept on a remote server that is connected to the AppleSearch server over a network. Currently, AppleSearch supports one type of remote information source, known as a *WAIS information source*. (WAIS stands for *wide area information server*.)

APLNDC630-0000441957

The following figure shows an AppleSearch server with a local information source as well as a WAIS information source and the remote information it represents.



## AppleSearch and WAIS

A WAIS server is a computer that contains at least one WAIS database—that is, a set of files and an index of all the text in those files. The organization that maintains the database can offer search and retrieval access to the database over the network. Typically, WAIS databases are made available by organizations that have an interest in sharing information they generate. Organizations, including universities, research firms, businesses, and government agencies, have made WAIS databases available (many at no charge) to anyone who can connect to them.

WAIS databases are similar to local AppleSearch information sources in many ways. AppleSearch takes advantage of these similarities to allow you to screen WAIS databases and make them available to your users as WAIS information sources. WAIS information sources have some limitations, which are explained as appropriate throughout this guide.

APLNDC630-0000441958

## AppleSearch and the Internet

Most WAIS servers are connected to an intercontinental network called the *Internet*. The Internet, simply stated, is a communications network that supports information sharing among many computers, as shown in the following figure.



The Internet provides for standardized communication of information by using a set of protocols known as the *Transmission Control Protocol* (TCP) and the *Internet Protocol* (IP), commonly referred to together as TCP/IP. Using MacTCP (TCP/IP software from Apple), AppleSearch Server gives your organization managed access to many WAIS databases available through your Internet connection.

Computers are typically connected to the Internet in one of two ways: by means of a direct connection through a router, or by means of a dial-up connection through a modem. Direct connections are faster, and they tend to be more reliable. Because timeliness and accuracy of communications can be

APLNDC630-0000441959

critical for search and retrieval operations, a direct Internet connection is recommended for AppleSearch.

Dial-up connections are more suitable for small, short-term transactions. Such connections are typically less expensive, but their lack of speed, reliability, and availability limit their usefulness for information search and retrieval transactions on a server.

The AppleSearch WAIS Gateway program provides a software connection to WAIS databases. AppleSearch Server uses the WAIS Gateway to allow you to make WAIS databases available to your users as WAIS information sources. This interaction is shown in the following figure.



**IMPORTANT**  All WAIS information sources can be searched by all AppleSearch client software users. Some material published on the Internet through WAIS may be inappropriate for your users and their needs. As soon as you add a WAIS information source, it is recommended that you screen its content by running some test searches. (For more information, see "Adding WAIS Information Sources" in Chapter 2.)

With a few clicks, you designate your shared folders and selected WAIS databases as information sources. With a few more clicks, you tell AppleSearch to index the local information sources. They are then ready to be searched by authorized AppleSearch users.

APLNDC630-0000441960

The AppleSearch administration windows can indicate the changing needs of AppleSearch users. Depending on client and server demands, you may want to consider adding new information sources, upgrading the processing power or disk capacity of your server, or making similar adjustments.

## Indexing local information sources

Once you have added a shared item as a local information source, it's ready to be indexed for searching purposes. For each local information source, AppleSearch Server creates an index of every distinctive word in every available document. Using a technique called *stemming,* AppleSearch also indexes variations of search words. There is no need for you to manually create lists of keywords or pointers to the information in the documents.

The content of local information sources is likely to change over time. As the information sources change, the indexes must be updated. The contents of new documents are not available to be searched until they have been indexed. The required frequency of such updates will depend on such factors as the type of information to be managed, the frequency and volume of your data capture activities, and the needs of your users. AppleSearch makes it easy for you to schedule indexing to occur automatically at times that you specify.

## Searching information sources

AppleSearch Server performs a detailed search of the specified information sources. Because all the text is indexed, no document relevant to the search is overlooked. Two types of searches, immediate and scheduled, are supported for both local and WAIS information sources. The AppleSearch Client user initiates both types of searches by creating a reporter, an electronic search agent that embodies the user's search criteria and attempts to ensure that the search results in valid information.

In an immediate search, the reporter presents the search request to the server, which then searches the specified local and WAIS information sources and immediately delivers results to the user's computer. This interaction is shown in the following figure.

APLNDC630-0000441961

## Client/server interaction—an immediate search

| *Client* | *Server* |
|---|---|
|  The user defines a search request by creating a new reporter. |     The reporter immediately searches the indexes of the selected information sources for articles that match the search criteria. |
|  The user reviews the search results and selects articles for viewing. |       The reporter finds matches to the search request, ranks them, and informs the user of the results of the search. |
|  The user views the text from the client computer. |    The server makes the text from the original available for the user to view. |
|  After viewing the full text of the article the user can choose to save a copy of the text. |     The server transfers the text files to the user's computer. |
|  Alternatively, the user can request the original formatted document (including any graphics) from local information sources on the server. |    The server delivers the original formatted document from the local information source to the user's computer. |

APLNDC630-0000441962

Scheduled searches are run to obtain information that is new or changed in an information source. In a scheduled search, the reporter presents the search request along with the day and time the search should be run. The search then proceeds as depicted in the following figure.

| **Client/server interaction—a scheduled search** | |
| *Client* | *Server* |
| <br><br>The user defines a search request by creating a new reporter and defining the reporter's schedule for searching for new or changed information. | <br><br>The reporter is saved on the AppleSearch server. The server continues to update local information source indexes as scheduled, collecting information about documents that meet search requests. |
| <br><br>At the scheduled update time, AppleSearch Client requests the update information from the server. | <br><br>The server searches WAIS information sources. It also gathers the information it has collected from searches on local information sources indexed since the last search. It sends the results to the user's computer, including the entire text of the articles found. |
| <br><br>AppleSearch Client presents the results of the search in a newspaper-like update. The user can view the update to see just the first few lines of all articles found, or open the article to view its entire text. | |

APLNDC630-0000441963

## Ranking search results

Before delivering search results to the user, AppleSearch applies a sophisticated relevance-ranking algorithm to the documents it found, rating them according to the user's search criteria. This ranking takes into account such attributes as frequency and proximity of search words, commonality of a particular search word to documents within an information source, and the length of the documents. The results of this ranking are displayed as an ordered list for each selected information source, with the highest-ranking documents at the top.

## Document formats

Files in WAIS information sources are typically stored in a text-only format. AppleSearch automatically translates certain file characteristics (such as end-of-line characters) as required.

## Security

The use of AppleShare or Macintosh file sharing allows you to protect your information. Three levels of security are available for each shared volume or folder: See Folders, See Files, and Make Changes. You can assign the different levels of security to users and groups for a particular shared item. For further information, see Appendix C, "Setting Access Privileges and Sharing Volumes and Folders."

APLNDC630-0000441964

## System requirements

To allow you to tailor your systems to your organization's needs and resources, the AppleSearch server software runs on a variety of Macintosh computer configurations. The following sections describe possible hardware and software components you might need.

### Server hardware requirements

- any Macintosh computer with a 68040 microprocessor
- any Power Macintosh computer

### Network hardware requirements

Your server must have a hardware connection to an AppleTalk network. If your server is already running AppleShare File Server or Macintosh file sharing, you may not need any additional hardware. Some possible network connection hardware options are as follows:

- *LocalTalk connectors and cables.* LocalTalk hardware provides an inexpensive AppleTalk local area network solution, typically used by smaller organizations that need to emphasize economy over speed.

- *A modem and cables.* If you want users to be able to connect to your AppleSearch server by using Apple Remote Access, you may need a modem connected to one of your system's built-in serial ports.

- *Ethernet connectors and cables.* Ethernet is typically chosen for its speed advantages. Ethernet hardware is built into many Macintosh computers. If your server does not have built-in Ethernet capability, it will require an add-in Ethernet card. In either case, you will need the appropriate cables.

APLNDC630-0000441965

## Memory and disk requirements

Your system must meet the following random access memory (RAM) and hard disk (or similar secondary storage) requirements:

- A minimum memory partition of 3.5 megabytes (MB) for the AppleSearch Server program, and an additional 1 MB if the WAIS Gateway is installed.
- At least 8 MB of RAM to run concurrently with AppleShare 3.x.
- At least 12 MB of RAM to run concurrently with AppleShare 4.x.
- If you're using an Apple Workgroup Server 95, you need 16 MB of RAM to run concurrently with AppleShare File Server Pro.

## Operating-system requirements

Your server must be running one of the following operating systems:

- System 7 or later
- System 7 Pro
- A/UX 3.1 or later

## Network software requirements

Your server must also be running additional networking software:

- *AppleTalk software.* AppleTalk is built into your system, but it must be activated by means of the Chooser application in the Apple menu.
- *Program linking.* Program linking is built in, but it must be activated by means of the Sharing Setup control panel.
- *AppleShare File Server 3.0.2 or later, or Macintosh file sharing.* Macintosh file sharing is provided in Macintosh system software; AppleShare, purchased separately, can be installed to provide a higher-performance server configuration that allows for a greater number of users and has more security features.
- *MacTCP.* To take advantage of the WAIS Gateway capabilities of AppleSearch, you will need to install and configure MacTCP. If you are running System 7 or System 7 Pro, you need MacTCP version 2.0.4. If you are running A/UX, you must use the version of MacTCP that came with your A/UX software.

APLNDC630-0000441966

## Quick guide to preparing your server

Confirm that the following conditions are met in order for your Macintosh computer to act as a server:

■ Your server must be registered in the Sharing Setup control panel. Your server must have a name so that other users will see it when they look for it in their "Select an AppleSearch server" dialog box.

■ Your TCP/IP software must be properly installed and configured if you want to take advantage of remote information sources (through the WAIS Gateway feature). For further information, refer to the guides that came with your MacTCP software or with your computer.

## Setting up your server with the Sharing Setup control panel

In order to set up your computer as a server, you need to name your server, specify its owner, and enable program linking by using the Sharing Setup control panel.

If you're using the file-sharing feature of System 7, you must also use this control panel to activate file sharing.

*Note:* If you're using AppleShare File Server, the File Sharing section does not appear in the Sharing Setup control panel.

To set up your AppleSearch server:

1   **Open the Sharing Setup control panel.**

APLNDC630-0000441967



2   **In the text box labeled Owner Name, type the administrator's name or some term that will readily identify him or her.**

3   **In the text box labeled Owner Password, type a password to be used by the administrator.**

4   **In the text box labeled Macintosh Name, enter the name of the AppleSearch server.**

5   **If you are using file sharing instead of AppleShare, click the Start button in the File Sharing box.**

If you're using AppleShare, ignore this step. (The File Sharing box does not appear if you are using AppleShare.)

6   **Click the Start button in the Program Linking box.**

AppleSearch Server communicates with AppleSearch clients by using the AppleTalk Program-to-Program Communications (PPC) facility, a component of System 7. For PPC to work correctly with AppleSearch, program linking must be activated on the server.

With program linking activated on the server, you allow users who have been granted access to a program, such as AppleSearch, to link to it. Later, you'll activate program linking for registered users and guests, thereby granting them access to AppleSearch.

---

Setting up your server with the Sharing Setup control panel   **13**

APLNDC630-0000441968

## Installing AppleSearch server software

### Performing an Easy Install procedure

To install all of the AppleSearch server software at once:

1   **Insert the disk *AppleSearch Server 1* into your disk drive and open the Installer program.**

    The Installer dialog box appears.



2   **Select the disk or partition where you want to install AppleSearch; then click Install.**

3   **Remove the *AppleSearch Server 1* disk and insert the *AppleSearch Server 2* disk when prompted by the software.**

    In a few moments, you are prompted to re-insert the *AppleSearch Server 1* disk to complete the installation.

4   **Remove the *AppleSearch Server 2* disk and re-insert the *AppleSearch Server 1* disk.**

    When installation is complete, a message appears, indicating that installation was successful and that you need to restart your computer to be able to use the software.

APLNDC630-0000441969

5   **Click the Restart button.**

After the computer restarts, you can find the AppleSearch Server program in a folder called AppleSearch Server. The folder resides at the root level of the volume that you specified in Step 2.

The installation process places each component of the AppleSearch server software in its correct place. Refer to Appendix A for a description of the AppleSearch server software components and where they reside.

If you're using a version of AppleShare File Server earlier than 3.0.2, you must upgrade your AppleShare File Server software.

## Performing a customized installation

1   **Insert the disk *AppleSearch Server 1* into your disk drive and open the Installer program.**

The Installer dialog box appears.



2   **Select the disk or partition where you want to install AppleSearch; then click the Customize button.**

The custom-installation dialog box appears.

APLNDC630-0000441970

**3   Select the items you want to install; then click the Install button.**



*Note:* If you select only one item, as shown in the preceding illustration, a description for that item appears in the lower portion of the dialog box.

If your server is not connected to the Internet, you should not select the AppleSearch WAIS Gateway file. If this file is not installed, remote information source features are not supported, but all local information source features will operate normally.

When the installation is complete, a message appears, stating that installation was successful and that you need to restart your computer to be able to use the software.

**4   Click the Restart button.**

After the computer restarts, you can find the AppleSearch Server program in a folder called AppleSearch Server. The folder resides at the root level of the volume you specified in step 2.

The installation process places each selected component of the AppleSearch server software in its correct place. Refer to Appendix A for a description of the AppleSearch server software components and where they reside.

If you're using a version of AppleShare File Server earlier than 3.0.2, you must upgrade your AppleShare software.

APLNDC630-0000441971

# 2

# Using AppleSearch Server

This chapter explains how to use the AppleSearch Server program to administer an AppleSearch server. It tells you how to

- start AppleSearch Server
- add shared volumes or folders as information sources
- name, organize, and index local information sources
- move an index
- compact an index
- hide and show an information source
- remove an information source
- set preferences
- use the server activity log
- understand the AppleSearch Status window
- use the Reporter List window
- work with the AppleSearch stopwords list
- quit AppleSearch Server

Differences between local information sources and WAIS information sources are identified throughout this chapter as appropriate.

APLNDC630-0000441972

## Starting AppleSearch Server

To start AppleSearch Server:

**1   Open the AppleSearch Server folder.**

When you install AppleSearch Server, it is placed in the AppleSearch Server folder at the root level of your hard disk.

*Note:* To ensure that the AppleSearch software starts each time you start up your server hardware, you can put the application or its alias in the Startup Items folder in the System Folder (on the Macintosh Operating System) or the `/mac/sys/System Folder/Startup Items` folder (on A/UX). AppleSearch Server need not remain at the root level of the disk or partition.

**2   Open the AppleSearch Server icon.**

*Note:* If program linking or file sharing (either AppleShare or Macintosh file sharing) has not been activated, a message similar to the one in the following alert box appears.



Click the OK button and AppleSearch Server starts. To allow users to perform searches with AppleSearch, you must activate program linking in the Sharing Setup control panel. You must also start AppleShare or Macintosh file sharing. (See Chapter 1 for instructions for activating program linking and starting file sharing.)

*Note:* You must also activate program linking for each AppleSearch user, using the Users & Groups control panel for Macintosh file sharing or the AppleShare Admin program for AppleShare.

APLNDC630-0000441973

The AppleSearch Status window opens.



If you have correctly installed the WAIS Gateway and this is the first time
you have started AppleSearch Server, AppleSearch now tries to find the
available WAIS servers. The message "Scanning for WAIS servers" appears
in the status window.

*Note:* This process typically takes from 10 to 20 minutes. During this first
scan, WAIS information sources will be unavailable, but you can continue to
work with all the other features of AppleSearch.

When AppleSearch users connect to the server, their names appear in the
Connected Users column. The names of information sources available for
searching appear in the Shared Information Sources column. Initially, both
columns are empty.

The next section explains how to add information sources.

## Administering AppleSearch information sources

An information source represents a shared volume or folder of documents that
AppleSearch reporters can search in response to a user's search request. An
AppleSearch reporter can search only information sources that you make
available on the server.

APLNDC630-0000441974

## Local information sources

A local information source can be on any hard disk or CD-ROM. You can designate existing folders on your hard disk as information sources, or you can create new information sources by creating folders and copying documents to them.

Some online services, such as a specialized news wire service, may automatically place document files into a local AppleSearch information source. To make the content of such files available for information searches, ensure that you have the appropriate XTND translators or that the files are text-only. (Appendix A lists the XTND translators that are included with AppleSearch.)

You can also use almost any CD-ROM disc as an information source. If the CD-ROM is pre-indexed as an AppleSearch information source, you can improve the searching speed by copying its index to the server hard disk *before* you add the information source. See "Moving an Index From a Pre-indexed CD-ROM to a Hard Disk " later in this chapter, for more information.

If you use other text-based CD-ROM discs as information sources, you don't have to take special steps to get the same improvement in performance. When you create the indexes for such CD-ROM discs, you can store them only on a hard disk, since all CD-ROM discs are read-only.

*Note:* You cannot store information sources on floppy disks or remote AppleShare server volumes.

## WAIS information sources

WAIS information sources require very little administration on your part, other than managing users' access. The WAIS server administrator performs file maintenance and indexing for WAIS databases. AppleSearch Server uses a WAIS information source to represent a WAIS database.

APLNDC630-0000441975

Most WAIS databases are listed on servers known as *WAIS directory servers*. AppleSearch maintains a file (named WAIS Directory Servers) of addresses for well-known directory servers. The first time you start AppleSearch Server, it uses these addresses to connect to the directory servers to scan the Internet— that is, to get the addresses of publicly accessible WAIS databases. AppleSearch also maintains a list of these addresses in another file, WAIS Data, that it creates during the first Internet scan. When the scan is completed, AppleSearch Server disconnects from the directory of servers.

*Note:* The WAIS Directory Servers file is a text-only file that you can edit; its format is described in Appendix A. The WAIS Data file is maintained by AppleSearch; you cannot edit it.

Once the AppleSearch server software has scanned the Internet and updated the WAIS Data file, a WAIS Databases item appears in the volume list (on the left side of the Information Sources window), identified by its unique icon.



Opening this item causes AppleSearch to display an alphabetized list of folders, each containing an alphabetized list of WAIS databases. This list represents the WAIS servers that were listed by the directory of servers at the time the scan was performed. The presence of a WAIS database in this list does not guarantee that the database will be available for searching at any time.

AppleSearch connects to a WAIS server only when sending a query to that server or getting information about a WAIS database. It does not need to maintain the connection at other times.

APLNDC630-0000441976

## Adding local information sources

To designate a shared volume or folder of documents as a local AppleSearch
information source, simply add the shared item to the list of information
sources, as described in this section.

*Note:* If the WAIS Gateway is installed, AppleSearch Server automatically
runs an Internet scan the first time you start the application. You can continue
working with local information sources while the scan is running.

Before adding local information sources, make sure that you have sufficient
disk space, equal to 2.5 times the size of the information source, for storing the
index and temporary files. Temporary files, discussed later in this chapter, are
created when AppleSearch Server indexes local information sources. If you don't
have enough room on your startup disk—the default location for storing
temporary files—choose Preferences from the Server menu and select another
locally connected disk for the temporary files.

AppleSearch Server has a default memory allocation of 3500 kilobytes (K) of
RAM. 4000K is recommended. To change this allocation, click the
AppleSearch Server icon once to select it, choose Get Info from the File menu,
and enter the new allocation in the Preferred Size text box. This amount of
memory is sufficient to support about ten local information sources. You need
to allocate an additional 100K to AppleSearch Server for each local
information source beyond the ten that you add.

APLNDC630-0000441977

To designate shared items as local information sources:

1   **Choose Information Sources from the Server menu.**

The Information Sources window opens.



2   **Click the shared volume or folder that you want to add as an information source.**

Shared volumes and folders are listed on the left side of the window. If necessary, open one to see its contents, or use the pull-down menu above the column to see folders and volumes at levels higher than those in the list.



Refer to Appendix C, "Setting Access Privileges and Sharing Volumes and Folders," if you need help setting privileges and sharing items.

---

Administering AppleSearch information sources   **23**

APLNDC630-0000441978

**3   Click the Add button.**

This action adds, or designates, the volume or folder as an information source. An Options dialog box appears, allowing you to specify a location for the index of the information source. The default volume used to store the index is the volume that contains the information source.



**4   Use the "Store index on" pop-up menu to specify where you want to store the index files associated with the information source.**

The pop-up menu contains a list of all locally connected volumes on your server.

The index is stored in a folder called AppleSearch Indexes at the root level of the volume you select. To avoid running out of storage space, try to select a volume that has an amount of free disk space 2.5 times the size of the information source. This amount of space is required to store the temporary files associated with indexing as well as the permanent index files.

For example, if you're creating an index for 10 megabytes (MB) of text, about 25 MB of free disk space is recommended for the total indexing process: 10 MB of disk space for the temporary files plus another 10 to 15 MB of disk space for the permanent storage of the index. After the permanent index is created, the temporary files are automatically deleted, thereby freeing up the disk space that they occupied. You can use the Server Preferences window to specify that the temporary files be stored on an alternate volume.

If free disk space is in short supply, you can reserve less than the recommended space for the storage of temporary files (but not less than the size of the information source). In this case, indexing will proceed slowly, a few files at a time, but will still be completed.

**IMPORTANT**  If you move the information source from one volume to another, you must re-index it from the new location. If AppleSearch doesn't find the information source on its original volume, it deletes the original index.

---

APLNDC630-0000441979

Without an index, AppleSearch users will be unable to conduct information searches on the relocated information source.

5   **Click the OK button.**

In the lower-right portion of the Information Sources window, a message indicates that AppleSearch is adding the information source. AppleSearch automatically creates an AppleSearch Indexes folder, if one does not already exist, and creates files to hold the index for the specified information source. At this time, AppleSearch Client users can see the information source in their reporter windows, but won't be able to search it until it is indexed.

The information sources that you add are listed on the right side of the Information Sources window.



## Adding WAIS information sources

To designate a WAIS database as an AppleSearch information source, simply add the WAIS database to the list of information sources, as described in this section. AppleSearch supports up to 100 WAIS information sources at a time.

Before you can add WAIS information sources, AppleSearch must connect to the Internet and successfully complete a scan for WAIS databases. If the WAIS Gateway is installed, this scan will run automatically the first time you start AppleSearch Server.

Administering AppleSearch information sources   **25**

APLNDC630-0000441980

**IMPORTANT**  All AppleSearch Client users who have access privileges to your AppleSearch server can see all WAIS information sources available through that server. Information in a WAIS database is maintained solely by the organization that publishes the database and can be inappropriate to the needs of your users. If such material is of concern to your organization, you should carefully screen each database as soon as you add it as an information source.

To designate a WAIS database as an information source:

1   **Choose Information Sources from the Server menu.**

The Information Sources window opens.



2   **Open the WAIS Databases item.**

The WAIS Databases item appears at the root level in the hierarchical list at the left side of the window. An alphabetical list of folders appears. WAIS database names are divided among the listed folders.

APLNDC630-0000441981



3   **Open a folder of WAIS database names.**

An alphabetical list of WAIS database names appears, as indicated by the range in the folder name.

4   **Click the WAIS database that you want to add as an information source.**

This action selects the WAIS database that AppleSearch users will search.

5   **Click the Get Info button to see a short description of the WAIS database (optional).**

A short description of the database is displayed to help you determine whether it contains information of interest to your users. WAIS database descriptions are published by the database administrators and (when available) vary widely in their detail and accuracy. Up to about 1000 characters of the published description are displayed in a separate window named after the database.



APLNDC630-0000441982

*Note:* The description is obtained from the WAIS server over the Internet when you click Get Info. Consequently, it may take some time to appear in the window. You can cancel the process at any time by closing the Info window.

6   **Click the Add button.**

This adds, or designates, the WAIS database as an information source. Note that all AppleSearch Client users with the correct access privileges for the AppleSearch server can see and use all WAIS information sources.

## Managing WAIS servers

Because WAIS servers are maintained independently by the organizations that own them, they require no administration on your part. However, you also have no control over them, and their status is not predictable. Adding a WAIS database as an information source does not guarantee that the database is available for searching. New servers can become available, and servers you use often can change or become unavailable.

The first time you start AppleSearch Server, it automatically scans the Internet to create its list of databases in the WAIS Data file. The process of scanning the Internet can take up to 20 minutes; during that time, remote information sources and the AppleSearch features related to them are not available. After the first scan is completed, the automatic scan occurs only if the WAIS Data file can't be found when you start AppleSearch Server.

To scan the Internet for WAIS databases, AppleSearch Server connects to WAIS directory servers (as listed in the WAIS Directory Servers file) and obtains the addresses each server lists for WAIS databases.

*Note:*  You can edit the WAIS Directory Servers file to have AppleSearch Server search additional WAIS directory servers. This file is discussed in Appendix A.

This automatic scan process can fail if a problem occurs—for example, if your connection to the Internet has been broken. If the scan fails, AppleSearch does not try the scan again. Correct the problem; then quit the AppleSearch Server program and restart it.

APLNDC630-0000441983

You can use the AppleSearch server log to determine if there are problems with a WAIS information source. You should remove a WAIS information source if the log contains a large number of error messages for the corresponding WAIS database, suggesting that the database is not reliable or is no longer available.

It is recommended that you have AppleSearch update your WAIS Data file at least once a week, to ensure that AppleSearch has access to newly available WAIS databases. You can initiate this update in two ways:

- Immediately, by choosing the "Scan for new sources" item from the Internet menu.
- Periodically, by scheduling a scan time in the Server Preferences dialog box. (See "Setting Preferences," later in this chapter.)

AppleSearch uses the existing WAIS Data file during the update process, allowing you continued access to your WAIS information sources. Upon completion of the update process, the contents of the existing file are replaced by the updated information.

*Note:* If a WAIS database listed in the WAIS Data file is not found listed in any WAIS directories during four consecutive scans, AppleSearch removes the entry for that database from the WAIS Data file and removes the corresponding WAIS information source.

Some WAIS databases are not listed on WAIS directory servers. For example, you might maintain a WAIS database of proprietary documents within your organization. To make such a database available to AppleSearch, add its address to the WAIS Custom Databases file. This file is described in Appendix A.

## Indexing information sources

A local information source is not available for searching until it has been indexed. A separate index must be created for each information source, as illustrated in the following figure.

APLNDC630-0000441984

**Local information sources and indexes on the AppleSearch server**



*Note:* WAIS information sources do not require indexing by AppleSearch.

When you index an information source, AppleSearch finds every significant word in every document contained in the source. Stopwords, such as articles (*a*, *the*, and so forth) and prepositions (*in*, *of*, and so forth), are ignored. Through a process called *stemming*, AppleSearch derives root words from those words that remain and makes a list (an index) of all the search root words in the particular information source. An information search finds each root word and other possible words that can be formed from the root, as shown in the following illustration.

APLNDC630-0000441985



**How AppleSearch indexes a document**

| | |
|---|---|
| Original document to be indexed. | By the middle of the last century, banking, railroads, and the insurance industry became known as part of the industrial revolution. Many Victorians, however, endured bitter hardships in sweltering industries. |
| Stopwords are identified. (Here they are marked by color.) | By the middle of the last century, banking, railroads, and the insurance industry became known as part of the industrial revolution. Many Victorians, however, endured bitter hardships in sweltering industries. |
| Stopwords are ignored. Roots are extracted from the remaining words, sorted, and added to the index. | middle last century, banking, railroads, insurance industry became known part industrial revolution. Victorians, endured bitter hardships sweltering industries. |

industrial
industries      ⎤
industry        ⎦ ⎯⎯ industry

*Original words*        *Root*        *AppleSearch indexes the root word once but references multiple occurrences of it.*

The index is used by AppleSearch for word matching and for measuring relevancy. However, because the index references the original document, AppleSearch users are able to view the full text of the original, or copy the entire formatted original document, which may include graphics, to their own disk.

To ensure that users always have access to the latest information, you need to update the index periodically, depending on how often the files in the related information source change. While indexing an information source, AppleSearch scans every document but indexes only new or modified information (and removes information for documents that have been deleted). This action confirms that the contents of the index currently match the contents of the corresponding information source.

APLNDC630-0000441986

Depending on the amount of the information that's being added or changed, indexing may take a while. Information sources on a hard disk are indexed at an average rate of 10 to 20 MB per hour. Indexing speed also varies depending on the performance capability of the server and the kind of documents you are indexing. For example, plain-text documents are indexed much more quickly than those that contain formatted text or graphics.

AppleSearch indexes only those files for which it finds a corresponding XTND translator. If a corresponding translator cannot be found, AppleSearch displays a message to that effect in the AppleSearch log. (See "Using the Server Log," later in this chapter.)

You can start the indexing process immediately or schedule indexing to be performed at specified times. While indexing is taking place, the speed of information search and retrieval is significantly slowed. You should weigh the benefit of having new information immediately available against the cost of reduced server performance. If the availability of new information can wait until the next scheduled indexing, you may want to avoid immediate indexing.

## Starting the indexing process immediately

You may want to start immediate indexing when you add a new information source or when you significantly change the contents of an often-used existing information source.

To start immediate indexing of an information source:

1 **Select the information source in the list on the right side of the Information Sources window.**

To select a range of adjacent sources, hold down the Shift key while you click the source name at the beginning of the range and the source name at the end of the range. To select multiple sources one at a time, hold down the Command key while you click all of the names.

APLNDC630-0000441987

The Index button becomes active.



If you select only one source, statistical data on the selected information source appears at the bottom of the window.

- *Name* tells you the name of the specified information source.

- *Kind* tells you whether the information source is a local or WAIS information source.

- *Text Size* tells you the size, in kilobytes, of the plain text contained in the specified information source. The number of documents indexed by AppleSearch is also listed.

- *Last Updated* specifies the date and time at which the index was last updated.

2  **Click the Index button.**

In the lower-right corner of the window, AppleSearch displays a message telling you that it is indexing the information source. The speed of information search and retrieval will be reduced while indexing is taking place.

APLNDC630-0000441988

## Moving an index from a pre-indexed CD-ROM to a hard disk

If you're using a pre-indexed CD-ROM as an information source, you can significantly improve searching speed by copying its index to a hard disk.

*Note:* AppleSearch does not recognize a new index created for an existing information source. You should copy the index from the CD-ROM to the hard disk *before* adding the information source. If you have already added an item from the CD-ROM as an information source, remove it by selecting its name in the list at the right side of the Information Sources window and clicking the Remove button.

To copy the index from the CD-ROM to a hard disk:

1   **Mount the pre-indexed CD-ROM on your server desktop according to the directions that came with your CD-ROM drive.**

2   **Create a new folder called AppleSearch Indexes (if one doesn't already exist) at the root level of the volume to which you want to move the index.**

    *Note:* Do *not* change the name of the AppleSearch Indexes folder. AppleSearch Server looks for a folder that is specifically named AppleSearch Indexes.

3   **Open the CD-ROM and its AppleSearch Indexes folder.**

4   **Locate the information source index that you want to move.**

    The index consists of three files. Each file has the same name as its information source, plus the suffix *.def, .pls,* or *.sif.*



5   **Copy the three index files from the CD-ROM to the destination AppleSearch Indexes folder.**

    The index for the information source now resides on both the CD-ROM and the hard disk.

APLNDC630-0000441989

6    **Open the Information Sources window by choosing Information Sources from the Server menu.**

7    **In the list in the left side of the window, select the name of the information source on the CD-ROM.**

8    **Click the Add button.**

An alert box appears, allowing you to specify a volume for the index.



9    **Click the pop-up triangle beside the volume name and use the directory list to select the hard disk that contains the newly copied index.**

An underlined volume name indicates that an index for the selected information source exists on that volume. If you select an underlined volume name, a message to that effect also appears. Two underlined volume names appear, because the index exists in both places. Be sure to select the name that represents the hard disk and not the CD-ROM.

10   **Click OK.**

The server now uses the index at the new location instead of the one on the CD-ROM.

## Moving an index from one hard disk to another

You can move the index of an information source from one hard-disk volume to another if, for example, storage space on the current volume is becoming limited.

To move an AppleSearch index to another volume:

1    **Quit AppleSearch Server.**

In a later step, you'll delete a set of index files. You cannot delete index files when the server application is running.

APLNDC630-0000441990

2   Create a new folder called AppleSearch Indexes (if one does not already exist) at the root level of the volume to which you want to move the index.

*Note:* Do *not* change the name of the AppleSearch Indexes folder. AppleSearch Server looks for a folder that is specifically named AppleSearch Indexes.

3   Open the original AppleSearch Indexes folder at the location you specified when you first added the information source.

4   Locate the index of the information source that you want to move.

The index consists of three files. Each file has the same name as its information source, plus the suffix *.def, .pls,* or *.sif.*



5   Copy the three index files from the source volume to the destination volume.

6   Delete the older set of index files from the source volume by dragging their icons to the Trash and emptying the Trash.

7   Restart AppleSearch Server.

A dialog box asks you to locate the new index files.



APLNDC630-0000441991

8   **Use the directory list in the pop-up menu to find the destination AppleSearch Indexes folder and open it.**

The name of the index file (with the *.pls* suffix) that you moved earlier should appear in the directory.



9   **Select the name of the index file; then click the Open button.**

Even though you moved three files, only the *.pls* file appears. AppleSearch Server starts and uses the index in its new location.

## Compacting an index

Compacting the index of an information source reorganizes the contents of the index file so that data is stored in the most efficient manner possible. As a result of reorganizing the file, the index also occupies less disk space.

AppleSearch automatically compacts an index when that index becomes twice the size of its information source. If disk space is at a premium, you may want to compact an index before it grows that large, especially if you expect the corresponding information source to remain unchanged for a while.

*Note:* You cannot compact indexes for WAIS information sources or CD-ROM–based information sources.

APLNDC630-0000441992

To compact an index:

**1   Select the name of the information source whose index you want to compact from the list at the right side of the Information Sources window.**

You can compact indexes for multiple information sources at the same time. To select a range of adjacent sources, hold down the Shift key while you click the source name at the beginning of the range and the source name at the end of the range. To select multiple sources one at a time, hold down the Command key while you click all of the names.

**2   Click the Compact button.**

A message appears, to let you know that AppleSearch is compacting the specified index.

When you're finished compacting indexes, you can close the Information Sources window.

## Hiding and showing an information source

To make an information source temporarily unavailable to AppleSearch clients, you can "hide" it from users. When you hide an information source, you prevent searches from being performed on it; however, its contents can still be modified and indexed.

By "showing" the hidden information source, you make it available once again for information search and retrieval.

The AppleSearch client software checks the server every five minutes for the list of currently available information sources. If you hide an information source after an AppleSearch user has already added it, the user will receive a message that the information source is no longer available for searching, but the source will still appear in the user's Information Sources window for up to five minutes.

APLNDC630-0000441993

To hide an information source:

1   **Open the Information Sources window.**

2   **From the list at the right side of the Information Sources window, select the name of the information source that you want to hide.**

3   **Click the Hide button.**

The information source icon becomes dimmed to indicate that the source is currently unavailable. Users of AppleSearch clients will be unable to see it in their list of available information sources. However, you can still index the hidden information source to allow searches of new or modified documents.

4   **To make the information source available for searching again, select its name and click the Show button.**

The icon of the information source becomes active to indicate that the source is available for searching, and authorized AppleSearch users can see the information source again. You can select only one information source at a time for the Show operation.

## Removing information sources

To make an information source permanently inactive, you can remove it from the list of available information sources. When you remove an information source, AppleSearch automatically deletes its index.

*Note:* This action only removes the designation of the shared item as an information source and deletes its associated index files. The original folder or volume and the original source documents it contains are unaffected.

To remove an information source:

1   **Open the Information Sources window.**

2   **From the list at the right side of the Information Sources window, select the name of the information source that you want to remove.**

The Add button changes to Remove.

APLNDC630-0000441994

You can remove multiple information sources at the same time. To select a range of adjacent sources, hold down the Shift key while you click the source name at the beginning of the range and the source name at the end of the range. To select multiple sources one at a time, hold down the Command key while you click all of the names.

3   **Click the Remove button.**

An alert box similar to this one appears, asking you to confirm that you want to remove the information source.



4   **Click the OK button.**

The names of the sources are removed from the Information Sources window, and their indexes are deleted.

*Note:* If you want to temporarily prohibit access to an information source, you can hide it instead of removing it. Hiding an information source does not delete its index. See "Hiding and Showing an Information Source," earlier in this chapter.

## Setting preferences

By setting preferences in the Server Preferences window, you can schedule automatic indexing and scanning for WAIS servers, designate a location for the storage of temporary files associated with indexing, and set an optional password required for server administration.

### Specifying indexing times

For AppleSearch reporters to have access to new or changed information in your local information sources, the indexes for those sources must be updated. This requirement applies to both immediate and scheduled searches on local

APLNDC630-0000441995

information sources. AppleSearch Server will index your information sources on a scheduled basis on the days of the week and at the times you specify. It is recommended that you schedule indexing to occur automatically during times of low search-and-retrieval usage.

For AppleSearch to automatically update indexes, you must specify at least one day of the week and one time of day you want scheduled indexing to occur.

To specify indexing times:

1  **Choose Preferences from the Server menu.**

The Server Preferences window opens.



2  **To select the days of the week, click the boxes corresponding to those days.**

3  **To set the time of day, click along the timeline to place markers over the hours at which you want indexing to take place.**

The shortest interval allowed between indexing procedures is one hour.

To deselect a day, click the highlighted box that corresponds to it. To deselect a time, click on the corresponding arrow-shaped marker. To clear all day and time settings, click the Clear All button.

APLNDC630-0000441996

## Specifying times to scan for WAIS servers

The availability of any WAIS server at any time is unpredictable. To ensure that your list of available WAIS databases is as current as possible, it is recommended that you schedule AppleSearch to scan the Internet for new servers periodically. For AppleSearch to automatically scan for new WAIS servers, you must specify at least one day of the week on which you want scanning to occur.

To specify times to scan for WAIS databases:

1   **Choose Preferences from the Server menu.**

The Server Preferences window opens.



2   **To select the days of the week, click the boxes corresponding to those days.**

3   **To change the time, first click the portion of the time (hours, minutes, or AM/PM) that you want to change; then type a new value or use the arrows to adjust the value up or down.**

The arrows appear only if part of the time is selected. The default time is 12:00 A.M.

APLNDC630-0000441997

## Specifying a location for temporary file storage

Temporary files are used to mark the location on the disk that will be occupied by the word entries of the index. These files are automatically deleted after the permanent index file is created. The default location for these files is the startup volume. To avoid running out of storage space, be sure that you select a location that has available disk space equal to approximately 1.5 times the size of the information source.

To specify a location for temporary file storage:

**1   Choose Preferences from the Server menu.**

The Server Preferences window opens.



**2   Specify the folder or volume where you want the temporary files to be stored.**

Use the "Store temporary files on" pop-up menu. If you specify a volume other than the default volume, the change will not take effect until AppleSearch Server is restarted.

APLNDC630-0000441998

## Setting a password

You can require that server administrators enter a password before they can open the Reporter List, Information Sources, and Server Preferences windows.

To set a password:

1   **Choose Preferences from the Server menu.**

The Server Preferences window opens.



2   **Click the Set Password button.**

The following dialog box appears.



3   **Type a password in the "New password" text box.**

A dot (•) appears in the box for each text character that you type.

APLNDC630-0000441999

4   **Type the password again in the "Confirm new" text box.**

5   **Click OK.**

You can also use this dialog box to change an existing password.

The password goes into effect only after you select the "Always require password" checkbox in the Server Preferences window.

6   **To activate the password, select the "Always require password" checkbox in the Server Preferences window.**

Once the password is activated, server administrators will be asked to supply the password when they attempt to open the Reporter List, Information Sources, or Preferences windows. If one of these windows is open, the administrator can open the others without being asked for the password a second time.

If you leave the checkbox unselected, anyone can access server administration windows without being asked for the password.

## Using the server log

The AppleSearch server log helps you monitor AppleSearch activities by recording AppleSearch transactions. By reviewing the different messages, you can identify the source of a problem that occurs, and learn about other server activity.

To display the AppleSearch Log window, choose Server Log from the Server menu.



APLNDC630-0000442000

AppleSearch Server displays up to the last 32K of status information—roughly 500 messages. To retain a record of this log, you can use the familiar Macintosh editing commands to copy new information and paste it into a file that you can maintain with another application program.

The remainder of this section lists the log messages in alphabetical order and explains what each message means. Italics indicate terms that vary, as follows:

- *document-name:* the name of a document within an information source
- *source-name:* the name of an information source
- *volume-name:* the name of a disk or partition
- *x* or *y:* a numerical value

**Added information source *source-name*; index on *volume-name*.**

Confirms the day and time that the specified information source was added, and identifies the volume on which its index is stored.

**Added information source *source-name* with existing index on *volume-name*.**

Confirms that the specified information source was added, using an existing index, and identifies the volume on which its index is stored. For example, this message is generated when you add an information source whose index was copied from a pre-indexed CD-ROM to a hard disk.

**Added WAIS information source *source-name*.**

Notes the day and time that the specified WAIS information source was added.

**Added *x* documents with *y* K of text.**

Tells you the number ($x$) of documents and the corresponding total size in kilobytes ($y$) of plain text in documents that were added as a result of the last indexing operation on an information source.

**AppleShare is not running.**

Informs you that AppleShare File Server or Macintosh file sharing needs to be started in order for users to search and view information.

APLNDC630-0000442001

**Client request failed. Not enough disk space on startup disk.**

The client attempted to save a reporter and there's not enough space on the server's startup disk to do so.

**Closed information source *source-name*.**

Notes the day and time that the index for the specified information source was closed.

**Compacting *source-name* failed. Not enough disk space?**

The compacting process failed, probably because there was not enough space on the disk to perform the process.

**Compaction for *source-name* cancelled.**

AppleSearch did not complete the compacting process because the AppleSearch Server program itself was quit.

**Compaction for *source-name* completed; *y* K saved.**

Confirms that the compacting process for the information source was successfully completed, freeing $y$ kilobytes of disk space.

**Connected to the WAIS Gateway.**

Indicates when AppleSearch Server successfully launched the WAIS Gateway and established communication with it.

**Could not connect to the WAIS Gateway. Make sure MacTCP is installed.**

Informs you that the AppleSearch Server program could not communicate with WAIS Gateway program.

**Could not find index for *source-name*.**

Indicates that AppleSearch was unable to locate the index for the specified information source. This message is generated because the Cancel button was clicked in response to the message "Where is *indexfile*.pls'?"

**Could not find *source-name* on volume *volume-name*.**

Indicates that the information source no longer exists on the specified volume. This message appears only when the server is started up.

APLNDC630-0000442002

**Could not open *source-name* (not enough memory).**

Indicates that the AppleSearch Server program does not have enough memory to open the specified information source. The program has a default of 3500K allocated to it, which is sufficient to support ten or fewer information sources. The program requires 100K for each additional information source. To allocate more memory to the program, select the AppleSearch Server icon in the Finder and choose Get Info from the File menu. In the Preferred Size box, enter the value that meets your needs.

**Could not start the WAIS Gateway.**

AppleSearch was unable to start the WAIS Gateway. The cause is undetermined (except that it is *not* a memory problem).

**Could not start the WAIS Gateway. Could not find MacTCP.**

The MacTCP and MacTCP Admin control panels were not found in the Control Panels folder in the System Folder.

**Could not start the WAIS Gateway. Wrong version of MacTCP (2.0.4 or later required with Macintosh OS).**

To use the WAIS Gateway feature with the Macintosh Operating System, AppleSearch requires MacTCP version 2.0.4 or later.

**Couldn't find "AppleSearch WAIS Gateway" file in the AppleSearch Preferences folder.**

Informs you that the AppleSearch WAIS Gateway file is not in its required location, the AppleSearch folder in the Preferences folder (inside the System Folder).

**Did automatic compaction on *source-name.***

Informs you that the AppleSearch program automatically compacted the index of the specified information source. Automatic compaction takes place when the size of the index becomes twice that of the text in the corresponding information source.

***document-name* could not be indexed (unknown problem).**

The document could not be indexed; AppleSearch could not determine the reason.

APLNDC630-0000442003

**document-name could not be indexed. No XTND translator.**

Informs you that a specified document could not be indexed because the XTND translator for that particular document format could not be found.

**document-name could not be indexed. The file could not be found.**

Indicates that the specified document could not be indexed because it could not be recognized by AppleSearch. In many cases this message is generated because the document was deleted.

**document-name could not be indexed. The file name starts with a "." .**

Indicates that the specified document could not be indexed because its name begins with a period ( . ). AppleSearch does not index a file whose name begins with a period.

**document-name could not be indexed. The file was in use.**

Indicates that the specified document could not be indexed because it was in use. Possibly someone was modifying the document in some way at the time that you were trying to index it.

**Failed to get database list from WAIS Gateway.**

AppleSearch did not get a list of available WAIS servers from the WAIS Gateway, and no previous list exists. This message is most likely to be generated if, the first time AppleSearch Server is started, the scan for WAIS servers fails. Probably the WAIS Gateway cannot communicate with the Internet at this time. Try again later.

**File sharing is not enabled.**

Informs you that you need to activate file sharing so that users can search for and view information. Open the Sharing Setup control panel and click the Start button under File Sharing.

**Hiding information source source-name.**

Confirms the day and time that the specified information source was hidden.

**Indexing failed. Encountered problem reading document-name.**

Indicates that the specified document could not be indexed because the document was damaged. You may want to consider removing the document to avoid further occurrences of this message.

APLNDC630-0000442004

**Indexing failed. Not enough disk space?**

Indicates that an information source could not be indexed, possibly because of insufficient disk space needed for temporary and permanent index files. Try adding the information source again, specifying a different volume—one that has free disk space about 2.5 times the size of the information source—for the storage of index files.

**Indexing for *source-name* cancelled.**

Confirms that indexing for the specified information source has been cancelled successfully.

**Lost contact with the WAIS Gateway.**

Notes the day and time that AppleSearch Server determined that it could no longer communicate with the WAIS Gateway program, probably because the Gateway's operation has terminated because of a problem. Restart your AppleSearch Server program.

**Making information source *source-name* visible.**

Notes the day and time that the specified information source, once hidden, was made visible again with the Show command.

**No documents added.**

Notes that, during the last indexing operation, no documents were added to the information source.

**No WAIS databases found by WAIS Gateway.**

Indicates that the WAIS Gateway program was unable to locate any WAIS databases.

**Not enough memory to start the WAIS Gateway.**

Not enough memory was available to start the WAIS Gateway program. (The program needs about 1 MB.) Try quitting open applications to free up more memory; then quit and restart AppleSearch Server.

**Opened *source-name*.**

Notes the day and time that the information source was opened.

APLNDC630-0000442005

**Opened *source-name;* index on *volume-name.***

Notes the day and time that the information source was opened and the volume name on which its index resides.

**Program linking is not enabled.**

Informs you that you need to activate program linking so that users can search for and view information. To activate program linking on the server, open the Sharing Setup control panel and click the Start button under Program Linking. To grant program-linking access to users, open the Users and Groups control panel; then open each user and group icon and click the checkbox under Program Linking.

**Removed index for *source-name.***

Confirms the day and time that the index for the information source was removed.

**Removed WAIS information source *source-name.***

Notes the day and time that the specified WAIS information source was removed.

**Removed *x* documents with *y* K of text.**

Informs you that a number (*x*) of references to documents containing a specified number of kilobytes (*y*) of plain text were removed from a particular information source. These documents were indexed earlier, but they no longer exist in the information source.

**Scan for WAIS databases completed.**

Notes that the WAIS Gateway program has completed its scan on the Internet for WAIS databases.

**Scan for WAIS databases failed.**

Notes that the scan on the Internet for WAIS databases failed.

**Server shut down.**

Notes the day and time that AppleSearch Server was quit.

APLNDC630-0000442006

**Server started.**

Notes the day and time that the AppleSearch Server program was started.

**Session for *user-name* unexpectedly disconnected.**

Informs you that a user's session was disconnected. The most common reasons this message is generated are the client application suddenly quitting or a network problem occurring.

**Started automatic indexing.**

Notes the day and time that indexing started.

**Started indexing for *source-name*.**

Confirms that immediate indexing for the specified information source (*x*) has commenced successfully.

**Started scan for WAIS databases.**

Confirms that the WAIS Gateway program has begun its scan of the Internet for WAIS databases.

**Started scanning *source-name* for changes.**

Informs you that the server software is checking its information about the information source for any changes since the last indexing procedure was performed.

**Started scanning *source-name* for files to index.**

Notes that AppleSearch has started to scan the documents of the specified information source for indexing.

**Starting compaction for *source-name*.**

Notes the day and time that compaction of the index files for the specified information source started.

**TCP error *x* in communicating with WAIS information source "*source-name*".**

The WAIS Gateway encountered a communications error in attempting to communicate with the WAIS server for the specified information source.

APLNDC630-0000442007

**The index for *source-name* is damaged. To recover, remove *source-name*, then add and index it again.**

The index for the specified information source has been damaged. Delete the name of the information source from the list in the Information Sources window; then add the name of the folder or volume back to the list of information sources, and try indexing again.

**Updated *x* documents.**

Indicates that a number ($x$) of new or modified documents were indexed as a result of the last indexing operation on that information source.

**WAIS Gateway launched.**

Notes the day and time that the WAIS Gateway program started running.

**WAIS Gateway reset completed.**

Notes when a scan for WAIS servers was completed.

**WAIS Gateway shut down.**

Notes the day and time that AppleSearch Server shut down the WAIS Gateway program.

**WAIS information source *source-name* has had *x* failures since startup.**

Specifies the number of unsuccessful operations attempted on the specified information source since AppleSearch Server was last started. You should consider removing remote information sources with large numbers of failures.

**WAIS information source "*source-name*" unavailable.**

The WAIS server informed AppleSearch that the WAIS database was unavailable.

**WAIS information source "*source-name*" violated protocol.**

The WAIS server for the specified information source did not follow WAIS rules in communicating with the WAIS Gateway program.

***x* information sources available from WAIS Gateway.**

Indicates the number ($x$) of WAIS databases that the WAIS Gateway has reported to AppleSearch Server as available to be added as information sources.

APLNDC630-0000442008

## Using the Reporter List

The Reporter List window displays information about reporter activity. The window can help you monitor server usage and the number of connected users. It can also help you determine when to index information sources or when to upgrade the performance of your server.

Up to 50 users can conduct information searches at the same time; however, each of those 50 users can create and use an unlimited number of reporters.

To display information about AppleSearch activity, choose Reporter List from the Server menu.



- The Name column lists in alphabetical order the name of each saved reporter that currently resides on the AppleSearch server. A notepad icon indicates a reporter established to perform immediate information searches only. An icon showing a notepad and stopwatch indicates a scheduled reporter.

  Although the reporter name can be whatever the user chooses, its name generally indicates the kind of information it's intended to retrieve. As a result, if your reporter list indicates many reporters with similar names, it may be an indication that many users are searching for the same kind of information. In that case, you may want to suggest that one of the users export a reporter so that it's available for others to share.

APLNDC630-0000442009

If you see the name of the same reporter working for many different users, it may indicate that a reporter is already widely shared by a workgroup. You may want to confirm that the information sources it uses are frequently indexed so that it always has access to the most recent information.

- The User column lists the names of the users who created the reporters. Click the User column title to sort the user names alphabetically.

  Because only registered users can schedule and save reporters, you know at a glance that all users named in this list are registered users.

  If you see that only a few users own the majority of the reporters, you may discover that only a few users are aware of the benefits of AppleSearch or understand how to use their client software. You may want to question other registered users to find out why they're not using AppleSearch with the same frequency as the few whose names appear in the reporter list.

- The Time column indicates how much time the scheduled reporter took to generate an update. Click the Time column title to sort the content of the column by duration.

  If the reporter is taking an excessively long time to generate an update (for example, more than a few minutes), the reporter may be conducting a search that is too general. This type of search takes a long time and consequently so does generating the update. In this case, you may want to refer the user to the *AppleSearch User's Guide* for help phrasing a selective search request that yields more precise results.

  Two dash marks (– –) in the Time column indicate reporters that do not produce updates, which may signify that the user hasn't discovered the benefit of scheduling a reporter to deliver periodic updates on the user's topic. You may want to invite the user to schedule his or her reporters, if that user would benefit from receiving periodic updates.

- The Last Delivered column lists the date on which an update was last delivered by each reporter. If a reporter is not scheduled to publish an update, then the word *unscheduled* appears in this column. Click the Last Delivered column title to sort the delivery date and time according to which update is more recent.

APLNDC630-0000442010

If the Last Delivered date is old or doesn't change after a week or so, this indicates that the user is not remaining connected to the server during information searching and update delivery times. In this case, you may want to encourage the user to delete scheduled reporters that are no longer needed.

To make the most efficient use of the server's processing power, use the Reporter List window to identify when most reporters are publishing updates. Then, schedule indexing of the information sources at a time prior to when users schedule the delivery of their updates. By indexing during a less busy time, you avoid compromising the server's performance during searches.

In addition, by indexing at a time prior to when most users schedule updates, you allow users to receive their updates at the next scheduled time. Updates from local information sources can be generated only at the scheduled delivery time that immediately follows indexing. Delivery times of updates from WAIS information sources are determined by the schedules that users have established for their reporters; they are not dependent on the AppleSearch Server indexing schedule.

## Working with the AppleSearch stopwords list

While creating an index for a local information source, AppleSearch filters out certain nondistinctive words such as articles (for example: *the, an, a*) and prepositions (for example: *with, of, on*). Such words are called *stopwords*. They are specified in the AppleSearch stopwords list maintained in the AppleSearch Stopwords file, found in the AppleSearch folder in the Preferences folder of the System Folder. You can modify the contents of the stopwords list to add or delete specific stopwords.

*Note:* Unless you have very special needs, you should *not* modify the AppleSearch Stopwords file. The file conforms to established conventions for standard information search-and-retrieval systems. You must keep the words in alphabetical order for the stopwords list to perform properly.

The stopwords list affects only searches on local information sources because AppleSearch does not index WAIS information sources.

APLNDC630-0000442011

If you modify the stopwords list, you should delete the indexes that use the old stopwords list and then re-index all the corresponding information sources. AppleSearch refers to the existing indexes to recognize new or modified documents. Unless you delete the old indexes and re-index all information sources, your new stopwords list is applied only to newly indexed documents. By deleting the old indexes and re-indexing all information sources, you create new index files that allow AppleSearch users to obtain new results.

To modify the stopwords list:

1   **Quit AppleSearch Server by choosing Quit from the File menu.**

2   **Open the AppleSearch folder within the Preferences folder of the System Folder.**

3   **Open the AppleSearch Stopwords file.**

    You may need to open a word-processing application first and then open the AppleSearch Stopwords file from within the word-processing application.

4   **Add words to the list or remove them as needed. You can also modify existing stopwords.**

    The way you add, remove, or modify words depends on the application you used to open the stopwords file. As you adjust the stopwords list, make sure that you keep the word list in alphabetical order.

5   **Save the stopwords list as a text-only file, but *do not change its name*.**

    The AppleSearch Stopwords file is a text-only file with a specific name and must be saved as such. If you open the AppleSearch Stopwords file within a word-processing application, you must save it as a text-only file.

6   **Restart AppleSearch Server.**

## Quitting AppleSearch Server

At times, you may need to quit AppleSearch Server. For example, you may need to modify the stopwords list or add a new peripheral device.

You may want to alert AppleSearch Client users, an hour or so before quitting AppleSearch Server, that the AppleSearch server will soon be unavailable. You may also want to tell the users when they can expect the server to be available again.

APLNDC630-0000442012

To quit AppleSearch Server:

▧ **Choose Quit from the File menu.**

If any pending requests exist, AppleSearch Server displays the following alert box while those requests are being processed.



After all pending searches are completed, the users are automatically disconnected from the server, and AppleSearch Client displays a message that informs its users that the server has been shut down.

APLNDC630-0000442013

# Appendix A   AppleSearch Server Software and Files

This appendix lists changes made to the AppleSearch server software since version 1.0.1 and describes the items installed by the AppleSearch Server installation process.

APLNDC630-0000442014

## Changes to AppleSearch server software

Notable changes as of AppleSearch Server 1.1 are as follows.

- *WAIS information sources:* The WAIS Gateway feature provides access to WAIS databases on the Internet. Version 1.1 of AppleSearch presents WAIS databases to users as AppleSearch information sources.

- *Software compatibility:* AppleSearch 1.0 and 1.0.1 cannot process WAIS information sources. Consequently, these versions are not compatible with 1.1 and later releases; that is, AppleSearch client software earlier than 1.1 cannot use servers running AppleSearch 1.1 and later versions, and servers running AppleSearch 1.0 or 1.0.1 do not recognize version 1.1 and later versions of AppleSearch client software. Note, however, that existing information sources and their indexes can be used without change.

- *Power Macintosh support:* AppleSearch runs on Power Macintosh computers in emulation mode.

*Note:* Version 1.0 of the AppleSearch Client program splits documents larger than 32K bytes into sections of 8K each when displaying articles. This limitation no longer exists.

## AppleSearch server files

Aside from the files that are automatically installed in the AppleSearch Server folder, all files are installed at some level within the System Folder. On the Macintosh Operating System, the System Folder should be at the root level of the startup volume. On A/UX, the main System Folder is in the directory `/mac/sys`.

### AppleSearch Server folder

The AppleSearch Server folder resides on the volume you specify during the installation process. This folder contains the AppleSearch Server application, the Read Me file, and the SimpleText application that lets you view the Read Me file.

### MacLinkPlus/AppleSearch file

The MacLinkPlus/AppleSearch file resides in the Claris Translators folder inside your Claris folder. Your Claris folder in turn resides inside the System

---

APLNDC630-0000442015

Folder. The MacLink Plus/AppleSearch file identifies the correct XTND translator for a particular document format and helps the translator extract plain text from the document.

## Claris XTND System file

The Claris XTND System file resides in the Claris Translators folder inside your Claris folder. Your Claris folder in turn resides inside the System Folder.

## AppleSearch Preferences folder

An AppleSearch folder resides in the Preferences folder inside the System Folder. The AppleSearch folder contains the following files:

- **AppleSearch Defaults**

- **AppleSearch Server Help**

- **AppleSearch Stopwords**

  The AppleSearch Stopwords file is a text file of nondistinctive words that AppleSearch ignores during indexing and searching, as described in Chapter 2.

- **WAIS Data**

  The WAIS Data file contains the addresses of WAIS servers found by scans of the Internet. This file is maintained by the AppleSearch WAIS Gateway program.

- **WAIS Directory Servers**

  The WAIS Directory Servers file contains the Internet addresses of two or more well-known WAIS directory servers used by AppleSearch to locate WAIS servers during its scans of the Internet. You can add addresses of other WAIS directory servers to this file with SimpleText or another text editor. The file must be saved as type `'TEXT'`. This file contains one directory server entry per line, of the format

  *port-number@domain*

  where *port-number* represents the WAIS port number of the WAIS server application and *domain-name* is the Internet domain name of the server. Here is an example:

  *210@wais.com*

APLNDC630-0000442016

■ **WAIS Custom Databases file**

The WAIS Custom Databases file allows you to maintain your own list of addresses for WAIS databases that may, for example, not be available to the general public. You can edit this file with SimpleText or another text editor. The file must be saved as type 'TEXT'. The file contains one database domain name per line, of the format

*database:port-number@domain-name*

where *database* represents the name of the WAIS database, *port-number* represents the WAIS port number (210, customarily) of the WAIS server application, and *domain-name* is the Internet domain name of the server. Here is an example:

*Recipes:210@cheshire.dartmouth.edu*

■ **WAIS Gateway**

If you did not explicitly omit the WAIS Gateway by using the Custom Install option, this file resides in the AppleSearch folder inside the Preferences folder (inside the System Folder). The WAIS Gateway program provides all Internet services to the AppleSearch server.

■ **MacLinkPlus/AppleSearch Trans1**

The MacLinkPlus/AppleSearch Trans1 file is located in the AppleSearch folder in the Preferences folder (inside the System Folder). The MacLinkPlus/AppleSearch Trans1 file contains a basic set of XTND translators used for extracting the plain text from document formats. AppleSearch Server can extract the plain text from nearly any document format as long as an XTND translator is present for that particular format. (MacLinkPlus/AppleSearch is a product of DataViz, Inc.)

The following list tells you the document formats that are supported by the XTND translators contained in MacLinkPlus/AppleSearch Trans1 file.
—MacWrite versions 4.5, 5.0, and II
—WordPerfect for Macintosh versions 1.0, 2.0, and 2.1
—Microsoft Word for Macintosh versions 3.0, 4.0, 5.0, and 5.1
—Microsoft Works (word processing) versions 2.0 and 3.0
—FrameMaker MIF versions 2.0 and 3.0
—PageMaker version 4.0
—Ragtime version 3.1
—AppleWorks®

APLNDC630-0000442017

—WriteNow versions 2.0 and 3.0
—Nisus version 3.0
—PICT (text extraction only)
—Microsoft Excel (tab text only, no formula)
—Microsoft Word for Windows versions 1.0 and 2.0
—WordPerfect for Windows version 5.1

XTND translators for other document formats can be purchased separately.

When you run the AppleSearch Server program, the following three files are created and placed in the AppleSearch folder:

- AppleSearch Log

- Client Information

- AppleSearch Preferences

APLNDC630-0000442018

APLNDC630-0000442019

# Appendix B  Troubleshooting

This appendix describes potential problems you may encounter while setting up or maintaining your AppleSearch server, tells you the probable cause for each problem, and offers likely solutions.

If you can read the server log, check there first for detailed status and troubleshooting messages. For descriptions of messages that may appear in the log, and suggestions for resolving the problems they indicate, see "Using the Server Log" in Chapter 2.

For descriptions of and solutions for problems related to AppleSearch reporters and updates, see Appendix B, "Troubleshooting," in the *AppleSearch User's Guide*.

APLNDC630-0000442020

# Problems opening the AppleSearch Server program

**A server message indicates that the application is already running when it is not.**

You tried to open a copy of the AppleSearch Server program when another copy was already running. You cannot have two copies of AppleSearch Server running on the same computer.

Use the copy of AppleSearch that is already running. If that does not work, restart your server computer.

**When you start AppleSearch Server, a warning message appears that reads as follows: "Some system resources are not set to optimal values for the AppleSearch Server. To reset the values of these resources, reinstall the server software using the AppleSearch Server Installer."**

AppleSearch modifies the PPC (Program-to-Program Communications) tuning resource in the System file during the AppleSearch installation process. If you have not run the AppleSearch Installer, or you installed operating system software after installing AppleSearch, then the alert message appears.

Re-install the AppleSearch software by using the AppleSearch Installer program.

**Users whose log-on name exceeds 30 characters are unable to log on to the AppleSearch Server.**

The PPC browser, which asks users to select an AppleSearch server, does not accept more than 30 characters.

Change the user's log-on name so that it does not exceed 30 characters. Notify the user of his or her new user ID and have the user try logging on to the server again.

**AppleSearch Server unexpectedly quits or crashes.**

Restart the server machine.

APLNDC630-0000442021

## Problems using or adding information sources

**The user does not get any article matches after conducting a search on a particular information source.**

- The user has See Folders privileges but does not have See Files privileges.

  If you're using AppleShare, open the Access Information window and click the See Files checkbox so that a checkmark appears in it. If you're using file sharing, select the folder that is designated as the information source; then choose Sharing from the File menu to assign the correct access privileges for that user.

- There are no documents in the information source that answer the user's search request.

  Add documents to that information source that answer the user's search request, direct the user to another information source that answers the user's search request, or advise the user to rephrase the search request to provide greater potential for article matches.

- The local information source contains document formats for which there are no corresponding XTND translators.

  Examine the AppleSearch server log to identify the troublesome document; then refer to Appendix A to determine whether an XTND translator that supports each document's format came with AppleSearch. If an XTND translator is not present for that particular document format, contact the developer of the application, or a developer of XTND translators, to see if one is available and where you might purchase it.

- The information source has been added but not yet indexed.

  Open the Information Sources window, select the information source whose content cannot be accessed, and click the Index button; or inform the user to wait and try the search again after the next scheduled indexing procedure is performed.

APLNDC630-0000442022

**Searches made for or using foreign-language characters do not yield the expected results.**

The user typed a search request using non-English characters, or searched an information source that contained non-English characters. AppleSearch currently supports the U.S. English character set, with some character-mapping exceptions. These exceptions allow the AppleSearch Server program to provide limited recognition of accented characters and double characters (ligatures). Accented characters are mapped to the corresponding U.S. English characters; for example, *é* is recognized by AppleSearch as *e,* so the French *élève* is recognized by AppleSearch as *eleve; â* is recognized by AppleSearch as *a.* Double characters (ligatures) are mapped to the first character; for example, *Æ* is recognized as *A.*

Explain to users what exceptions AppleSearch allows in supporting non-English characters. In some cases the user may get slightly more information than requested because of the diacritical marks, but the information returned will still answer the search request.

**AppleSearch does not allow an information source to be opened.**

The AppleSearch Server program does not have enough memory to open the specified information source. The AppleSearch Server program has a default value of 3500K allocated to it. The recommended memory allocation is 4000K, which is typically sufficient to support ten information sources. The application requires 100K for each information source beyond ten.

Quit AppleSearch Server by choosing Quit from the File menu. Then select the AppleSearch Server program icon from the Finder and choose Get Info from the File menu. In the Preferred Size box, enter the value that meets your needs.

**An AppleSearch server does not show up in the user's "Select an AppleSearch server" dialog box.**

- Program linking is not enabled on the server.
  Open the Sharing Setup control panel on the AppleSearch server and click the Start button under Program Linking.

- The AppleSearch Server program is not running.
  Start the AppleSearch Server program.

APLNDC630-0000442023

- The user is running a version of the AppleSearch Client program that is not compatible with the installed version of the AppleSearch Server program. Upgrade the AppleSearch Client program on the user's computer.

## Problems establishing information sources (sharing volumes or folders)

**The status information displayed in the Information Sources window when a source is selected indicates zero (0) K of text.**

- The information source has not yet been indexed.

  Open the AppleSearch Information Sources window, select the information source whose text size does not show up in the status information, and click the Index button; or check the status information after the next scheduled indexing time. The text of an article can be generated and therefore show up in the information source status only after its information source has been indexed.

- The information source contains document formats for which there are no corresponding XTND translators.

  Confirm that XTND translators are present in your Claris Translators folder for each of the document formats present in the specified information source. Open the AppleSearch folder (found in the Preferences folder inside your System Folder) to confirm that it contains the MacLinkPlus/AppleSearch Trans1 file. This file contains a basic set of XTND translators for many document formats. The supported document formats are listed in Appendix A. If you have purchased other XTND translators, check the documentation that came with them for a list of supported document formats. If the troublesome information source contains a document format for which no XTND translator is present, you need to purchase the corresponding translator.

**The status information for a particular information source indicates 0 documents.**

- The specified information source does not contain any documents.

  Add any documents to the information source that you want to be available to AppleSearch users. Also, make sure that an XTND translator is present for each document format you add to the information source.

APLNDC630-0000442024

- No XTND translator is present for any of the existing document formats in the information source.

  Check the AppleSearch server log to identify the documents that were not indexed. Then purchase and install an XTND translator for each document format that didn't get indexed.

- The MacLinkPlus/AppleSearch Trans1 file is not present.

  Open the AppleSearch folder (found in the Preferences folder inside your System Folder) to confirm that it contains the MacLinkPlus/AppleSearch Trans1 file. If the file is absent, re-install the AppleSearch server software.

## Indexing takes a long time

- The corresponding information source probably contains many documents, or documents containing graphics and detailed formatting instructions. For each information source, indexing typically takes 10 to 20 MB per hour.

  Choose Preferences from the Server menu and schedule indexing to occur when you expect search traffic to be light.

- The processing power of your particular server is insufficient for the speed you require.

  Upgrade your server. For help, contact your authorized Apple dealer.

- An AppleSearch reporter is conducting a search at the same time that the information source is being indexed. Concurrent indexing and searching reduce server performance, resulting in both functions' operating at slower speeds than usual.

  Do nothing. Indexing will continue, but not as quickly as it would if no searches were taking place. If a user scheduled a reporter to conduct a search at the same time that you scheduled indexing, you might want to check the reporter list to identify the user who scheduled the reporter. Advise the user to schedule the reporter to conduct searches after the scheduled indexing procedure is complete.

APLNDC630-0000442025

## Some matched words in an article are not highlighted

**Users report that when they conduct a wildcard search, only some of the matched words are highlighted in the article viewing window.**

The maximum number of distinct search words that can be highlighted has been reached. Only 50 distinct search words in each information source can be highlighted. However, each distinct word may appear highlighted any number of times.

Tell the user that his or her search request found more than 50 distinct search words. The user should modify the search request, avoiding the wildcard (*) character so that only 50 words or fewer are available for highlighting.

## Problems setting up users and groups

**AppleSearch users cannot log on to the AppleSearch server.**

- File sharing is not active or AppleShare is not running.

  Activate file sharing or start AppleShare. See Appendix C of this manual for more information, or see the *AppleShare Administrator's Guide* or the *Macintosh User's Guide* or *Macintosh Reference* manual that came with your computer.

- The user name is refused.

  Open the Users & Groups control panel or the AppleShare Admin program and confirm that the names of registered users and groups are entered correctly. See Appendix C of this manual for more information, or see your *Macintosh User's Guide, Macintosh Reference,* or *AppleShare Administrator's Guide.*

  Activate program linking for the user. See Appendix C of this guide. For more detailed information see your *AppleShare Administrator's Guide* or the *Macintosh User's Guide* or *Macintosh Reference* that came with your computer.

APLNDC630-0000442026

**An AppleSearch user cannot log on to the AppleSearch server as a guest.**

Guest access was not specified.

For AppleShare, open the Any User icon and click Login Enabled to activate this option.

For Macintosh file sharing, open the Users & Groups control panel and create a guest user. Open the Guest User window and click "Allow guests to connect" to activate this option. In addition, click "Allow guests to link to programs on this Macintosh" to activate this option.

Refer to Appendix C for more information.

## WAIS databases do not appear

- The WAIS Gateway file is missing from the AppleSearch folder in the Preferences folder (inside the System Folder).
  Quit the AppleSearch Server program, drag the WAIS Gateway file from the AppleSearch Server installation disk to the AppleSearch folder in the Preferences folder (inside the System Folder) to copy it there, and then restart your server and AppleSearch Server program. (Simply dragging this file to the System Folder will not put the file into the correct folder.)

- The physical connection to the Internet is malfunctioning.
  Check with your network support professionals.

- The TCP/IP software is not installed or is configured incorrectly.
  Ensure that you have the MacTCP software and that it is installed correctly. With the Macintosh Operating System, you must have MacTCP version 2.0.4.

  **IMPORTANT** If you are running A/UX, you must use the version of MacTCP that shipped with your system. Do not replace it with another version, even though that version may seem newer.

  Ensure that you know the correct values for your Internet address, your Internet gateway address, your domain name server address, and your subnet mask (if any).

  Check the configuration information in the MacTCP and MacTCP Admin control panels.

APLNDC630-0000442027

If you are using A/UX, ensure that you are running a kernel configured for
Berkeley networking (BNET) services, and check the configuration
information in the following files:

```
/etc/inittab
```

```
/etc/HOSTNAME
```

```
/etc/hosts
```

```
/etc/NETADDRS
```

```
/etc/rc
```

```
/etc/resolv.conf
```

```
/etc/SYSNAME
```

APLNDC630-0000442028

APLNDC630-0000442029

# Appendix C  Setting Access Privileges and Sharing Volumes and Folders

Before users can search the contents of a volume or folder, you need to share it and set access privileges to it. By sharing the volume or folder, you specify that it is available for use over the network. By assigning access privileges, you give permission to guests and each registered user to perform specific types of activities with the volume or folder.

The way you set access privileges and share folders differs slightly depending on whether you're using AppleShare or file sharing. This appendix summarizes the steps you perform to share folders and set access privileges by using AppleShare or the Macintosh file-sharing feature of System 7.

For detailed information about setting access privileges and sharing folders by using AppleShare, refer to the *AppleShare Administrator's Guide*. For detailed information about setting access privileges and sharing folders by using file sharing, refer to the networking chapter in the *Macintosh User's Guide* or *Macintosh Reference* that came with your computer.

If you install AppleShare on your server, file sharing is disabled.

APLNDC630-0000442030

## Registering users with AppleShare

To register users, you use the AppleShare Admin program to enter a list of users into the Users & Groups data file.

To register users:

1   **Start the AppleShare Admin program.**

2   **Choose Create User from the Users menu.**

A New User window appears.

3   **Enter the user's name.**

A name can be up to 30 characters long.

4   **Enter a password for the user.**

5   **Click Program Linking Enabled and select any other AppleShare options you want.**

With program linking activated, specified users can create a link between the AppleSearch server and their computer.

A checkmark should appear in the box for each option you've selected. To deselect an option, click the checkbox so that the checkmark does not appear.

## Sharing a volume or folder by using AppleShare

To make an information source available for searching, you must designate the volume or folder of documents represented by the information source as shared.

To share a volume or folder and allow users access to it:

1   **Start the AppleShare Admin program.**

2   **Choose Access Information from the Privileges menu.**

The Access Information window opens.

APLNDC630-0000442031



3   **Select a volume, or a folder of documents, from the Volumes list.**

You may have to scroll through the list to find the volume or folder you want.

4   **Click Share to share the volume or folder.**

The volume or folder name appears in the Shared Items box.

By sharing the volume or folder, you make the documents within it available for searching. You can modify the contents of this shared volume or folder anytime, but changes won't be accessible to AppleSearch reporters until after you index the corresponding information source.

5   **For folders, deselect the "Same as Enclosing Folder" option.**

Later you may want to place a folder of documents inside the information source. Depending on your needs, you may want to activate the "Same as Enclosing Folder" option to apply the same access privileges to the nested folder as those of its enclosing folder; or you may want to leave the option disabled and grant access privileges only to certain users for the nested folder.

6   **Enter the privileges you want to apply.**

Typically, you will want to apply See Files and See Folders privileges so that users can see the available information sources and the documents they contain.

Select Make Changes only if you want AppleSearch users to be able to add new documents or modify existing ones.

APLNDC630-0000442032

7  **Assign an owner to the volume or folder.**

The administrator is the default owner of all volumes and of all folders within the volume.

8  **Assign a user or group to the volume or folder.**

You can choose any group or any individual.

a. Choose User List from the Users menu.

b. Choose Group List from the Groups menu.
   The User and Group lists appear.

c. Select the user or group for which you're assigning privileges.
   You can choose one user or one group.

d. Select the icon of that user or group and drag it to the User/Group box in the Access Information window.
   The new name appears in the User/Group box. The group or individual user receives all of the user access privileges you have designated. All other users and guests are restricted to the privileges designated for Everyone.

9  **Click Save.**

## Registering users with file sharing

To register AppleSearch users and provide guest access privileges with the file-sharing capabilities of System 7:

1  **Open the Users & Groups control panel and choose New User from the File menu.**

A new user icon appears in the Users & Groups window with the default name *New User* highlighted.



APLNDC630-0000442033

**2   Type the name of a person you want to register.**

The name you type replaces the default name.



**3   Open the icon of the new user.**

A window opens, with the user name as its title.



Click here to allow this user
to link to AppleSearch.

**4   Select the Program Linking checkbox at the bottom of the window.**

You can also assign passwords for registered users to verify their identities
when they want to gain access to another computer.

**5   Name additional users and groups by repeating steps 1 through 4. When you're finished,
close the Users & Groups control panel.**

To specify a group of registered users, open the Users & Groups control panel
and choose New Group from the File menu. Next, replace the name New
Group with a name for the group. Finally, drag the icon of each person that
you want to be a member of the group to the new group icon. Open the new
group icon and activate program linking.

APLNDC630-0000442034

## Sharing a volume or folder by using file sharing

To make an information source available for searching, you must designate the volume or folder of documents corresponding to the information source as shared.

To share a volume or folder by using file sharing:

1   **From the Finder, select a folder, hard disk, or CD-ROM to share by clicking its icon.**

2   **Choose Sharing from the File menu.**

A window similar to this one opens.



3   **Click the box labeled "Share this item and its contents" so that a checkmark appears in it.**

4   **Assign an owner to the volume or folder.**

The administrator is the default owner of all volumes and of all folders within the volume.

5   **Enter the privileges that you want to apply.**

Typically, you will want to apply only See Folders and See Files privileges.

Click Make Changes only if you want AppleSearch users to be able to add new documents or modify existing ones.

6   **Assign a user or group to the volume or folder by using the User/Group pop-up menu.**

The users and groups from the Users & Groups control panel are listed in the pop-up menu.

APLNDC630-0000442035

7   **Close the window.**

A dialog box appears, asking if you want to save your changes.

8   **Click Save to save your changes.**

APLNDC630-0000442036

APLNDC630-0000442037

# Appendix D  Making an AppleSearch Pre-indexed CD-ROM

An AppleSearch pre-indexed CD-ROM contains the content (the original documents) of an information source and its AppleSearch index (a list of searchable words contained in that information source). This appendix describes how to place an information source and its index on a CD-ROM disc, a process that is very easy and inexpensive.

By placing an information source and its index on a CD-ROM, you can create multiple copies of read-only material, each of which is immediately ready for searching. For example, you might want to place historical information, such as a previous year's auditing or sales records, meteorological patterns, or any other permanent source of information, on any number of CD-ROM discs and make them available to your remote AppleSearch sites.

Before you can create a CD-ROM master, you need to store the information source and its index on an external hard disk. Then you move the external hard disk to a CD-ROM mastering unit that can make a CD-ROM master.

To make a pre-indexed CD-ROM:

1   **Identify a shared volume or folder of documents that you want to become the information source on a CD-ROM.**

2   **Move the shared volume or folder that you want to be an information source to an external hard disk.**

3   **Choose Information Sources from the Server menu.**

The Information Sources window opens.



4   **In the list on the left side of the window, click the name of the shared volume or folder that you want to designate as an information source.**

The selected volume or folder is displayed in the left side of the window. Use the pull-down menu, if necessary, to find the correct item. This is the item that you will place on the CD-ROM as an information source.

5   **Click the Add button.**

This action adds, or designates, the volume or folder as an information source. An index options dialog box appears.

---

APLNDC630-0000442039



6   **In the dialog box, select the external hard disk on which the information source resides, so that the index files associated with the information source will be stored on the same disk.**

If necessary, use the "Store index on" pop-up menu to locate the correct external hard disk.

7   **Click OK.**

The Information Sources window becomes the active window.

8   **Compact the index to reorganize its files.**

Select the information source in the list on the right side of the window and click the Compact button.

This action will result in the most efficient use of disk space.

9   **Shut down the computer and disconnect the external hard disk that contains the information source and index that you want to place on a CD-ROM.**

10   **Attach the external hard disk to a CD-ROM mastering unit.**

11   **Create the CD-ROM master disc.**

Follow the instructions that accompany your CD-ROM mastering unit.

**IMPORTANT**  The CD-ROM mastering process that you use must make an exact image copy (in other words, a sector copy) of the hard disk. Some units do a file copy, rather than a sector copy; a file copy will render the AppleSearch index unusable, since file IDs (stored in the index file) are not preserved during a file copy operation.

You may want to inform the recipients of the pre-indexed CD-ROM that they can improve searching speed by copying the index from the CD-ROM to a hard disk, as described in Chapter 2.

APLNDC630-0000442040

APLNDC630-0000442041

# Glossary

**access privileges** Privileges that allow users to open and make changes to a shared disk or folder and its contents. Access to the information stored on an AppleSearch server is determined by access privileges, which are assigned by the network administrator.

**Advanced Research Projects Agency Internet (ARPANET)** A wide area network that served as a basis for networking research and provided a central backbone during development of the Internet.

**AppleShare** Macintosh software that allows Macintosh users on an AppleTalk network system to share files and programs by viewing and copying files that reside on an AppleShare file server. See also *AppleTalk network system.*

**AppleShare Admin** An application program that is used to prepare server volumes and then to register users, to create groups, and to set and check access privileges to folders.

**AppleTalk network system** A network system that comprises a set of protocols, each of which governs a different aspect of the communications process, such as how network devices are identified and how data is formatted for transmission.

**article** The full text of a document retrieved by an AppleSearch reporter. Compare *document.*

**article viewing window** An AppleSearch window that displays an article (full text of a document) opened from the reporter window. Compare *update viewing window.*

**A/UX** An implementation of the UNIX operating system that runs on Macintosh computers.

**Boolean operators** Special qualifying terms such as *and, or,* and *not* that are used to broaden or narrow the scope of a search.

**client** A computer that has access to services, such as AppleSearch, on a network. The computers that provide services are called *servers.* A user of a client computer can request services such as information search and retrieval, printing, and so on, from servers on the network.

**co-occurring words** A feature of AppleSearch that allows a user to expand a search by finding the words that occur most frequently with a specified search word in the documents found during a search.

**compacting** A feature of AppleSearch that reorganizes the contents of an index file in a way that stores data most efficiently and that frees up disk space as a result.

**document** The original formatted source file as it exists on a shared disk or in a shared folder and from which the full text can be extracted to answer an AppleSearch user's search request. Compare *article.*

**EtherTalk** Apple's data-link product that allows a high-speed AppleTalk network to be connected by Ethernet cables. Compare *TokenTalk* and *LocalTalk.*

**file sharing** The capability of sharing files among computers on a network. File sharing is a built-in feature of system software version 7.0 or later.

APLNDC630-0000442042

**group**  A named collection of one or more registered AppleSearch users. Groups are usually created for users who have common interests and share information.

**guest user**  Someone who is logged on to the AppleSearch server without a registered user name and password. A guest user can perform immediate searches, but cannot save reporters or schedule reporters. Compare *registered user*.

**hiding**  An AppleSearch feature that makes an information source temporarily unavailable for searching. Any changes made to the hidden information source are still acknowledged by the server for indexing purposes. Compare *showing*.

**indexing**  An AppleSearch feature that builds a list of every distinctive search word in a given information source. The resulting index file also contains statistical information about the number of times certain words appear in the information source and their relationship to each other. AppleSearch uses the index file for matching search words in the information source against those in the user's search request, referencing the original source documents, and ordering the search results by relevance rank.

**information source**  A shared collection of documents that the AppleSearch administrator has designated as searchable by AppleSearch reporters. See also *local information source, WAIS information source*.

**internet**  An interconnected group of networks. When written as *Internet,* refers to the ARPANET.

**internet address**  A 32-bit address assigned to every computer that uses TCP/IP protocols to communicate across an internet. Also called the *IP address*.

**LAN**  See *local area network*.

**local area network (LAN)**  A group of computers connected for the purpose of sharing resources. The computers on a local area network are typically joined by a single type of transmission cable and are located within a small area such as a single building or section of a building.

**local information source**  An information source for which the contents and index are stored on a device local to the AppleSearch server (that is, connected directly to the server through a SCSI bus). See also *information source*.

**LocalTalk**  The type of AppleTalk network that uses the connection software and hardware built into Macintosh computers. The LocalTalk cable attaches to the Macintosh printer port. Compare *EtherTalk* and *TokenTalk*.

**MacTCP**  Macintosh software that implements the TCP/IP protocol suite.

**Make Changes**  The access privilege that gives a user or group the right to make changes to a folder's or directory's contents.

**network**  A group of computers and other devices (such as printers) linked by means of connectors and cables. Specially designed software allows the devices on the network to exchange information.

**network administrator**  The person responsible for setting up and maintaining the network. This individual designates registered users of AppleSearch, maintains information sources, and monitors the status of the server.

**network services**  The capabilities that the network system delivers to users, such as printing on network printers, using AppleSearch on network file servers, or communicating through electronic mail.

**program linking**  The ability of an application program to exchange information directly with another program over a network.

**protocol**  A set of rules that computers must follow to exchange data over a network.

APLNDC630-0000442043

**registered user**  Someone for whom a unique user name and (usually) a password have been entered on the server. Registered AppleSearch users can save and schedule reporters. Compare *guest user*.

**relevance ranking**  A statistical measure that evaluates all the articles in an information source according to how well they answer a user's search request.

**remote information source**  An information source that represents an indexed collection of information on a computer other than the AppleSearch server. See also *information source, local information source, WAIS information source*.

**reporter**  An electronic search agent that actively finds information in response to a user's search request. The reporter is created in a Macintosh window called a *reporter window*. The actual reporter resides on an AppleSearch server but is created and used by client computers.

**root word**  A base portion of a search word that allows AppleSearch to identify variations of that word. Root words are derived through an AppleSearch process called *stemming*.

**scheduled reporter**  A user-defined reporter that performs an information search at a specific time and on a specific date, then delivers the results as a newspaper-like update to the user's disk.

**search words**  Those words that a reporter uses as part of the search process. Search words carry distinctive meanings. Compare *stopwords*.

**See Files**  The access privilege that gives a user or group the right to open and copy documents and applications in a folder.

**See Folders**  The access privilege that gives a user or group the right to see folders within a folder.

**server**  A computer that provides a particular service across a network. The service may be information search and retrieval, electronic mail, printing, and so on. Computers from which people use the service are called *clients*.

**session**  A logical connection between an AppleSearch client and an AppleSearch server. This connection allows the server and client computers to interact, so that users can, for example, conduct information searches.

**sharing**  The ability to see folders, see files, or make changes to a shared disk or folder. The owner of the shared item assigns access privileges that determine what other network users can do with the disk or folder and its contents. See also *access privileges*.

**showing**  A feature that allows the AppleSearch administrator to make an information source available for searching that was previously made unavailable with the Hide feature. Compare *hiding*.

**stemming**  A function of AppleSearch that recognizes the root words in each article. Stemming removes common suffixes from words and extracts the root word for matching purposes. See also *root word*.

**stopwords**  Those words that a reporter ignores as part of the search process. A list of stopwords exists as a file in the AppleSearch Server software. This list includes interrogatory words (*who, what, why,* and so forth), articles (*the, a, an,* and so forth), prepositions (*for, with, of,* and so forth), and others that tend to lack a specific, noncontextual meaning. Compare *search words*.

**TokenTalk**  A type of AppleTalk network that uses AppleTalk protocols in a token ring environment. Compare *LocalTalk* and *EtherTalk*.

**update**  A newspaper-like document delivered to a user's disk by a scheduled reporter. An update contains information that is new or that has been modified since the previous search by that reporter. See also *scheduled reporter*.

**update viewing window**  An AppleSearch window that displays the full text of an article opened from an update. Compare *article viewing window*.

**WAIS**  See *wide area information server*.

APLNDC630-0000442044

**WAIS directory server**  A special WAIS server whose information database contains addresses for other WAIS servers. See also *wide area information server*.

**WAIS information source**  An information source that represents a WAIS database. See also *wide area information server*.

**WAIS server**  See *wide area information server*.

**wide area information server (WAIS)**  A server that conforms to specific standards in making a collection of documents available as a WAIS database for information search and retrieval.

**XTND**  A technology used by Apple Computer that allows the AppleSearch software to extract plain text from various document types—stripping out graphics, formatting, and other non-text attributes—for indexing, viewing, and searching purposes. The XTND technology is applied through the use of file-format translators, each of which is specific to a given document format. For example, for an AppleSearch client to extract the plain text from a MacWrite document, the XTND translator for MacWrite must be present on the AppleSearch server.

APLNDC630-0000442045

# Index

**A, B**

Access Information window 69
access privileges 13, 44–45, 69, 77–83
    guest access 74
administration windows 44–45
Always Require Password box 45
Apple Remote Access 10
AppleSearch folder
    contents of 63–65
AppleSearch Indexes folder 25, 34, 36
    indexes stored in 24
AppleSearch server
    current state of 54–55
    disk requirements for 11
    hardware requirements for 10
    memory requirements for 11
    network hardware requirements for 10
    relationship of, with information sources and
        indexes 29–30
    troubleshooting 67
AppleSearch Server folder
    contents of 62
    opening 18
AppleSearch Server icon, opening 18
AppleSearch Server Installer program 14, 68
AppleSearch server log 45–46, 65
    displaying 45
    messages 46–49

AppleSearch Server program
    memory allocated to 22, 70
    problems opening 68
    quitting 59
    as startup application 18
AppleSearch server software
    components of 62–65
    customized installation of 15–16
    defined 2
    Easy Install installation of 14–15
    using 2
AppleSearch Server software. See AppleSearch
        Server program
AppleSearch Status window 54
    connected users displayed in 19
    displaying 19, 54
    function 54
    shared information sources displayed in 19
AppleSearch Stopwords file 63
AppleShare 10, 11, 77
    "not running" message 46
    registering users with 78
AppleShare Admin program 78
AppleTalk network 10, 11
automatic (scheduled) indexing 40–41
automatic (scheduled) Internet scan 42
A/UX
    startup items 18

**C**

CD-ROM  2, 82
  as local information source  20
  placing information sources and indexes on
      85–87
  pre-indexed, creating  85–87
  pre-indexed, moving index of  20, 34–35, 46
CD-ROM mastering unit  85, 87
Claris Translators folder  71
Claris XTND System file  63
Client Information file  65
compacting indexes  37–38, 47
  automatic  48
Connected Users column, in AppleSearch Status
      window  54–55
crashes, troubleshooting  68

**D**

Documents column, in AppleSearch Status
      window  55

**E**

Ethernet  10

**F**

file sharing
  access privileges for  69
  activating  13, 18, 49
  enabling  13, 18, 49
  registering users with  80–81
  sharing volume or folder by using  82
  and System 7 Sharing Setup control panel  12
foreign languages, and search requests  70

**G**

guest access to server  74

**H**

hard disk
  as local information source  20
hardware requirements, of AppleSearch server  10
"hiding" and "showing" information sources  38,
      49–50

**I, J**

Idle server state  55
immediate indexing, performing  32–33
immediate searches
  introduced  6
  performing  6
  reporter established for, icon of  56
index of information sources
  compacting  37, 38
  contents of  30
  filename suffixes and  36, 37
  moving  34–37
  permanent  24
  removing  39
  specifying storage location of  24–25
  temporary files for  24, 40, 43
  updating  31, 33
  use of, by AppleSearch server  29, 30
index words
  significant (search) words  31
  root words  30–31
indexing of information sources  29
  application memory requirements for  22, 70
  disk space requirements for  24, 43
  immediate  32–33
  problems with, troubleshooting  72
  process of  31
  scheduled  40, 57–58
  speed of  33, 54, 72
Indexing server state  54

APLNDC630-0000442047

information sources
    adding 22–28, 46
    defined 2
    designating shared volume or folder as 22
    hiding and showing 38–39, 49, 50
    index options dialog box for 24, 35, 86–87
    problems accessing or adding, troubleshooting
        69–71
    relocated, re-indexing 24–25
    removing 39
    shared volumes or folders as 22
    shared, in AppleSearch Status window 19
Information Sources window 23, 25–27, 32, 69, 71
    statistical data in 33
installation, of AppleSearch server software 14–16
Installer program 14–16
Internet scan 19
    failure of 28
    first, duration of 19
    initiating 29
    scheduled 29
    server status message for 55

K
"Kind" label, in Information Sources window 33

L
Last Delivered column, in Reporter List window 57
"Last Updated" label, in Information Sources
        window 33
local information sources
    on CD-ROM 2
    defined 2
    designating shared volumes or folders as 22
    floppy disks, not supported on 20
    memory requirements for 22
    remote volumes, not supported on 20
    shared volumes or folders as 22
    storage requirements for 22
    temporary index files for 22
LocalTalk 10

M
MacLinkPlus/AppleSearch Trans 1 file 63–64,
        71–72
MacTCP 4, 11
    configuration 74
    remote information sources and 12
    version required 11
Make Changes access privilege 9
memory requirements for indexing 22
moving index to hard disk
    from another hard disk 35–36
    from CD-ROM 20, 34–35

N
Name column, of Reporter List window 56
"Name" label, in Information Sources window 33
network requirements
    hardware 10
    software 11
New Password box 44

O
operating system, of AppleSearch server 11
Owner Name box, in Sharing Setup control panel
        13
Owner Password box, in Sharing Setup control
        panel 13

P, Q
password
    for administrator 44
    for user 78
Pending Searches 55
preferences, setting 40
Preferences folder, AppleSearch folder in 58–59,
        63–65, 72
Processing Request server state 55
program linking
    activating 13, 18, 51, 70, 73, 78, 81
    "not enabled" message 51

APLNDC630-0000442048

Program Linking box, in Sharing Setup control
      panel  13
Program-to-Program Communications (PPC)  13, 68

**R**
RAM requirements  11
registered users  57, 77–81
relevance ranking
      introduced  9
relevancy of article to search criteria  54
remote information sources
      defined  3
removing index  39, 51
Reporter List window  56–58
reporters, AppleSearch
      exporting  56
      in immediate search  6–7
      in scheduled search  8, 57
      information sources searched by  6–8, 19
      names of  56–57
root words, extraction of  31

**S**
scanning for WAIS databases
      scheduled  42
"Scanning for Internet sources" server state  55
"Scanning for WAIS servers" message  19
scheduled indexing of information sources  40–41
scheduled Internet scan  42
scheduled searches
      introduced  8
      reporter function in  8, 56
search process
      foreign languages and  70
      precision of  57
      troubleshooting  69–70
Searching server state  55
security levels  9

See Files access privilege  9, 69, 79
See Folders access privilege  9, 69, 79
server, requirements for Macintosh to act as  12
server administration windows, restricting access to
      44–45
Server log window  45–53
Server Preferences window  41–45
Set Password button  44
Shared Information Sources column, in
      AppleSearch Status window  54–55
shared volumes and folders
      adding, as information sources  22–25
      designating as shared, using AppleShare  78–80
      designating as shared, using file sharing  82
Sharing Setup control panel  12, 70
      setting up server with  12–13
Show command  50
speed of indexing  72
      document type and  54
status window  54
stemming  30
stopwords  30–31, 58, 59, 63
Stopwords file, AppleSearch  58, 63
stopwords list  58–59, 63
      modifying  59
"Store index on" pop-up menu  24, 35
"Store temporary files on" on pop-up menu  43
suffixes, of index filenames  36–37
System 7
      AppleTalk PPC facility  13
      file-sharing feature  12–13, 77, 80–83
      version required  11

**T**
TCP/IP  4, 11, 12, 74–75
temporary index files  43
"Text Size" label, in Information Sources
      window  33

APLNDC630-0000442049

text-only files, indexing speed for 54
Time column, in Reporter List window 57
troubleshooting 67

**U, V**
U.S. English character set 70
updating of indexes 31, 53
    automatic 40
    date and time of 33
    immediate 32–33
    time required for 57
User column, in Reporter List window 57
user ID, number of characters in 68, 78
user name
    invalid 73
    refused message 73
Users & Groups control panel 51, 73, 80
users, maximum number of 56

**W**
WAIS Custom Databases file 29, 64
WAIS database folders 26–27
WAIS databases
    adding, as information sources 25
    and AppleSearch administration 28
    availability of 28, 42, 53
    getting descriptions of 27
    scanning for 28, 42
    screening for appropriate content 26

WAIS Data file 21
    updating 29
WAIS directory server 21
WAIS Gateway
    introduced 4
WAIS information sources
    defined 3
    designating WAIS databases as 25–26
    problems with 29
    removing 29, 39
    user access to 5
WAIS servers
    connecting to 21, 74
WAIS Directory Servers file 21, 63
wildcard searches 73

**X, Y, Z**
XTND translators 64, 71–72
    Claris XTND System file and 63
    document formats and 32, 49, 69, 71–72

APLNDC630-0000442050

**The Apple Publishing System**

*AppleSearch Administrator's Guide* was written, edited, and composed on a desktop publishing system using Apple Macintosh computers, an AppleTalk network system, Microsoft Word, and QuarkXPress. Line art was created with Adobe Illustrator. Proof pages were printed on Apple LaserWriter printers. Final pages were output directly to 70-mm separated film on an Electrocomp 2000 Electron Beam Recorder. PostScript™, the LaserWriter page-description language, was developed by Adobe Systems Incorporated.

Text type is Times®, display type is Helvetica® Narrow, and cover type is AppleGaramond, Apple's corporate font. Ornaments are custom symbols designed for Apple Computer. Some elements, such as computer voice, are set in Apple Courier, a fixed-width font.

APLNDC630-0000442051



APLNDC630-0000442052

**Apple Computer, Inc.**
1 Infinite Loop
Cupertino, California 95014-6299
(408) 996-1010
TLX 171-576

030-5881-A
Printed in U.S.A.

APLNDC630-0000442053