# EXHIBIT 9



*Multiple users of both Mac OS–based personal computers and Windows-based personal computers have simultaneous access to local and Internet information sources through the easy-to-use AppleSearch interface.*

SAMNDCA630-07890674