# EXHIBIT 10



# AppleSearch
# User's Guide

APLNDC630-0000441829

 Apple Computer, Inc.

This manual and the software described in it are copyrighted, with all rights reserved. Under the copyright laws, this manual or the software may not be copied, in whole or part, without written consent of Apple, except in the normal use of the software or to make a backup copy of the software. The same proprietary and copyright notices must be affixed to any permitted copies as were affixed to the original. This exception does not allow copies to be made for others, whether or not sold, but all of the material purchased (with all backup copies) may be sold, given, or loaned to another person. Under the law, copying includes translating into another language or format.

You may use the software on any computer owned by you, but extra copies cannot be made for this purpose.

The Apple logo is a registered trademark of Apple Computer, Inc. Use of the "keyboard" Apple logo (Option-Shift-K) for commercial purposes without the prior written consent of Apple may constitute trademark infringement and unfair competition in violation of federal and state laws.

Every effort has been made to ensure that the information in this manual is accurate. Apple is not responsible for printing or clerical errors.

© Apple Computer, Inc., 1994
1 Infinite Loop
Cupertino, CA  95014-6299
(408) 996-1010

AppleSearch contains portions of MacLinkPlus file translation library, a product of DataViz Inc., 55 Corporate Drive, Trumbull, CT, USA (203) 268-0030.

Apple, the Apple logo, AppleShare, AppleTalk, LaserWriter, and Macintosh are trademarks of Apple Computer, Inc., registered in the United States and other countries.

AppleSearch, Balloon Help, Finder, Monaco, and TrueType are trademarks of Apple Computer, Inc.

Adobe, Adobe Illustrator, Photoshop, and PostScript are trademarks of Adobe Systems Incorporated, which may be registered in certain jurisdictions.

Electrocomp 2000 is a trademark of Image Graphics Inc.

Helvetica, Linotronic, and Times are registered trademarks of Linotype Company.

MacLinkPlus/Translator is a registered trademark of DataViz, Inc.

MacWrite is a registered trademark of Claris Corporation.

Microsoft is a registered trademark of Microsoft Corporation.

QuarkXPress is a registered trademark of Quark, Inc.

The CPL search engine is a product of Personal Library Software, Inc.

Simultaneously published in the United States and Canada.

Mention of third-party products is for informational purposes only and constitutes neither an endorsement nor a recommendation. Apple assumes no responsibility with regard to the performance or use of these products.

APLNDC630-0000441830

 **AppleSearch User's Guide**

APLNDC630-0000441831

# Contents

*Preface: About This Guide  /  vii*

**1  About AppleSearch  /  1**

Gathering and sharing information  /  2

Managing information with AppleSearch  /  3
    The AppleSearch server software  /  3
    The AppleSearch client software  /  6

**2  Getting Started  /  11**

Installing AppleSearch on your computer  /  12

Getting help with AppleSearch  /  14

Connecting to an AppleSearch server  /  15
    Connecting as a registered user  /  16
    Connecting as a guest  /  17
    Displaying the "Select an AppleSearch Server" dialog box automatically  /  18

**3  Creating and Using an AppleSearch Reporter  /  19**

What is an AppleSearch reporter?  /  20

Creating a reporter  /  23
    Opening a new reporter window and specifying information sources  /  24
    Specifying your search request  /  28
        Typing a request  /  28
        Ranking the articles  /  29
        Limiting the number of articles returned  /  30
        Specifying the modification date  /  31

APLNDC630-0000441832

Initiating a search  /  32
  Obtaining search results  /  32
  Using the results of your search  /  36

Saving your reporter  /  38

Deleting your reporter  /  40

Renaming your reporter  /  41

Scheduling and receiving an update  /  43

Importing and exporting a reporter  /  49
  Importing a reporter  /  49
  Exporting a reporter  /  51

Viewing your update  /  53

Using the table of contents feature  /  55

Setting preferences  /  57


4   Phrasing Search Requests  /  59

Understanding search basics  /  60
  Stopwords and search words  /  60
  Understanding relevance ranking  /  61
    Interpreting the rankings  /  61
    How relevance rank is assigned  /  62
  Understanding stemming  /  63

Constructing a search  /  63
  Making search requests in your own words  /  63
  Expanding your search with co-occurring words  /  64
  Refining your search requests by using Boolean operators  /  69
    Using the or operator  /  69
    Using the and operator  /  69
    Using the not operator  /  70

APLNDC630-0000441833

Using the ? (single-character matching) operator / 71
Using the * (wild string) operator / 72
Using the proximity and adjacency operators / 73
Using the ( ) operator / 75
Using the ! (word expansion) operator / 76
Understanding precedence / 77


**Appendix A   AppleSearch Menu Reference / 79**

Apple menu / 80

File menu / 80

Edit menu / 82

View menu / 84

Search menu / 85

Window menu / 86


**Appendix B   Troubleshooting / 87**

Problems connecting to an AppleSearch server / 88

Problems saving or scheduling a reporter / 89

Problems using a reporter / 89

Problems obtaining search results / 90

Problems displaying information / 93

Problems with your scheduled update / 94

Problems opening a document you saved by clicking Copy Original / 95


*Glossary / 97*

*Index / 101*

APLNDC630-0000441834

APLNDC630-0000441835

# Preface    About This Guide

AppleSearch is a powerful but easy-to-use information search-and-retrieval product consisting of two software application programs: AppleSearch Client and AppleSearch Server.

This guide presents an overview of AppleSearch, then describes the AppleSearch client software and explains how to install and use it.

## Who should use this guide

This guide is designed for people who will use AppleSearch to sift through large amounts of data to find specific information. If you are new to AppleSearch, you should read Chapter 1 to learn AppleSearch concepts; then read the rest of the book to find out how to create and refine an information request. If you are familiar with AppleSearch, you should read information specific to WAIS information sources, a new feature of AppleSearch.

The AppleSearch Server application program is documented in *AppleSearch Administrator's Guide,* a companion guide to this book. If you will be acting as the AppleSearch administrator, you can start by using the administrator's guide to set up your server. However, *AppleSearch Administrator's Guide* does not cover client software features; to be able to fully support AppleSearch users, you should read *AppleSearch User's Guide* in its entirety.

APLNDC630-0000441836

This guide assumes that you are familiar with the Macintosh desktop as well as with basic Macintosh skills, such as using the mouse and choosing menu items. If you're unfamiliar with these skills, refer to the manuals that came with your computer.

## What this guide contains

This book is designed to serve as a starting point for everyone who uses AppleSearch, as well as a guide to using the AppleSearch Client program.

- Chapter 1, "About AppleSearch," provides background information and an overview of AppleSearch.

- Chapter 2, "Getting Started," tells you what hardware and software you need to use AppleSearch, provides instructions for installing the AppleSearch Client software, and describes how to connect to an AppleSearch server.

- Chapter 3, "Creating and Using an AppleSearch Reporter," provides step-by-step instructions for creating an AppleSearch reporter and using it to carry out an information search.

- Chapter 4, "Phrasing Search Requests," provides detailed instructions for constructing search requests so that you get precisely the information you want.

- Appendix A, "AppleSearch Menu Reference," describes the items in the menus displayed by the AppleSearch Client program.

- Appendix B, "Troubleshooting," lists problems you might have while using AppleSearch and suggests likely solutions.

Terms with special meanings relating to AppleSearch are defined in the Glossary.

APLNDC630-0000441837

## For more information

For more information about AppleSearch, refer to the following manuals from Apple Computer:

- *AppleSearch Administrator's Guide* describes how to set up and maintain an AppleSearch server.

- *AppleSearch Client Developer's Guide* describes how to program a client interface to the AppleSearch Server software. (This book is intended for developers only.)

- *AppleSearch Update File Format Reference* describes how to enable other programs to read and write AppleSearch update files. It also describes how to extend the update file format to include non-text data. (This book is intended for developers only.)

APLNDC630-0000441838

APLNDC630-0000441839

# 1

# About AppleSearch

AppleSearch is a full-text search-and-retrieval application program. It builds your organization's unstructured information into an information collection and provides electronic search agents, called *reporters,* to search that collection for the information you need. For example, you could use AppleSearch to find all documents in the collection that are dated after October 14, 1989, and that discuss computer graphics; to sort those documents according to their relevance to your needs; and to display the sorted list for you.

You can add your own documents to this information, to be shared with other members of your workgroup. You can also use AppleSearch to search for information on certain computers over a network and to retrieve that information to your desktop computer.

The first part of this chapter provides basic background information about AppleSearch and information retrieval concepts. The rest of the chapter provides an overview of the AppleSearch software and how you use it to search for and retrieve information.

APLNDC630-0000441840

## Gathering and sharing information

Information plays an increasingly important role in the operation of today's organizations. With the proliferation of computers, more and more of the information we use is maintained electronically and may never be printed. Consequently, the traditional methods of managing information are rapidly becoming obsolete.

Today's organizations must address information needs such as these:

- Preserving the "institutional memory." Preserving the knowledge and experiential information that you and your coworkers develop can improve planning and prevent costly mistakes.

- Managing organization-specific information. Keeping documents such as forms, policies, standards, and procedures accurate and accessible helps you to be more productive.

- Enabling workgroups to share information. Today's organizations tend to be organized into workgroups whose members need to share information to get their jobs done.

- Protecting proprietary information. Keeping strategic plans and trade secrets confidential can be critical to your organization's success.

- Providing access to necessary information produced both inside and outside the organization. Providing information in a timely, accurate manner to you and your workgroup helps maximize individual and team effectiveness.

These needs have led to a recent trend in information management, in which certain types of shared information are managed centrally within the organization, and others are managed by the workgroups that produce them.

To share information in any meaningful way, computers must be connected by a network. In one common network scenario, the computer requesting information is called a *client,* and the computer on which that information resides is called a *server.* Usually the server is a computer that is configured specifically to support efficient, rapid, secure access to its resources. An AppleShare server is an example of this kind of server. However, a server can be simply a computer that offers access to its resources over a network (for example, through the Macintosh file-sharing feature of System 7).

APLNDC630-0000441841

# Managing information with AppleSearch

The AppleSearch Client and AppleSearch Server programs cooperate to obtain the information you need. The client software helps you to quickly and easily request information that meets your requirements. The server software finds documents that contain the information you requested and delivers that information to your computer.

## The AppleSearch server software

As an AppleSearch user, you use the client software. Your administrator uses the server software on your behalf. This section briefly describes the server to help you better understand how AppleSearch works. For detailed information about the server, see *AppleSearch Administrator's Guide*.

The AppleSearch server software comprises one main program, AppleSearch Server, and a few smaller components, including the optional WAIS Gateway feature. AppleSearch Server performs four main functions:

- It prepares your organization's documents for searching.
- It searches for the information you request.
- It ranks the documents that it finds.
- It gives you easy access to those documents.

By building upon Macintosh file-management and file-sharing techniques, AppleSearch can make information readily available to you through shared volumes on the AppleSearch server. These volumes are called *local information sources*. AppleSearch Server creates comprehensive indexes to all the meaningful words in local information sources so that your searches don't miss any relevant documents.

APLNDC630-0000441842

The files in a local information source are stored on the AppleSearch server. As shown in the following figure, these files do not have to be documents created and maintained by your organization. They can also be CD-ROM–based documents such as policies, procedures, and reports, or even files from online information providers. Typically, these providers transfer (or *download*) files to your work site over a satellite broadcast or cable transmission—a mechanism known as an *online feed*. AppleSearch processes these downloaded files as it does those created on your own computer.



Using sophisticated searching techniques, the server processes your information requests to search all the documents that contain the information most likely to answer your criteria. To help you immediately identify the most meaningful documents, AppleSearch displays text versions of the documents in the list, ranked according to their relevance to your request. Once you have identified the documents you want to use, you can print the text and even copy the original documents from the information source to your hard disk.

If the optional WAIS Gateway feature is installed, the server also allows access to collections of documents maintained outside your organization. The AppleSearch Server program presents such documents to users as *remote information sources,* which can be searched as though the documents they contain were stored on the AppleSearch server.

APLNDC630-0000441843

AppleSearch currently supports one type of remote information source, known
as a *WAIS information source*. (WAIS, pronounced *wayz,* stands for *wide area
information server*.) An AppleSearch WAIS information source represents
information stored in an information database on a remote computer called a
*WAIS server*. The following figure shows the logical relationship between the
WAIS information source and the WAIS database it represents.



The organization that owns the WAIS server maintains the WAIS database and
makes it accessible for searching over its local area network or a large network
called the *Internet*. The Internet, established in the early 1970s by various
research institutions, is a worldwide collection of interconnected networks
accessible to the public. The Internet has expanded rapidly and is now widely
used by organizations such as universities and research institutes around the
world to share information. The following figure depicts an AppleSearch
server connected to these organizations over the Internet.

APLNDC630-0000441844



The WAIS Gateway feature of the AppleSearch server software is responsible for interaction with WAIS servers. This interaction consists primarily of locating available WAIS servers, connecting to them, and managing search and retrieval communications with them.

Your administrator selects the WAIS databases that AppleSearch Server presents to you as WAIS information sources. You use WAIS information sources just as you use local information sources.

## The AppleSearch client software

As an AppleSearch user, you run the AppleSearch client software on your computer. (This software comprises the AppleSearch Client program and two extensions, AppleSearch Authentication and AppleSearch Communication.) AppleSearch Client provides search agents called *reporters,* which perform four main functions:

---

APLNDC630-0000441845

- Help you specify a search request.
- Send your request to the AppleSearch server to be processed immediately or at a time that you specify.
- Display the results of your request.
- Copy original documents to your hard disk.

The following figure shows the simple steps required to use AppleSearch Client.

**Information search and retrieval with AppleSearch**

You create a new reporter and specify a search request.

You specify an immediate search or schedule your reporter to deliver a newspaper-like update to your computer.

The reporter searches the indexes of the selected information sources for articles that match your search request.

The reporter delivers the search results to your computer for you to view.

You can choose to have the original document (for example, a MacWrite file) sent to your computer.

APLNDC630-0000441846

To perform a search, you must first create a reporter. The following figure shows a new reporter.



In your own words, you ask an AppleSearch reporter for information on a topic. You can further stipulate that the reporter should return no more than a specific number of documents, and that it should ignore documents dated before a certain date or ranked as having less than a particular degree of relevance to your request.

*Note:* If you are familiar with information search-and-retrieval technology, you may have used Boolean operators. AppleSearch supports Boolean operators in search requests, but does not require them. Chapter 4 explains the use of Boolean operators in AppleSearch search requests.

APLNDC630-0000441847

You can tell your reporter to immediately return information about all documents meeting your criteria. Alternatively, you can schedule your reporter to periodically deliver only information about documents with new or changed content. By clicking the mouse button, you can display the text of documents that interest you in the form of AppleSearch articles to determine whether those documents meet your needs. Each article appears in its own window.

If you specify an immediate search, the reporter displays the titles of documents that meet your search criteria, ranked in order of relevance to your search request. By double-clicking the icon next to a title, you can then view each article, as shown in the following figure.



Click here to copy the document (for example, a MacWrite file) to your hard disk in its original format.

The title of the article/document.

Click these buttons to find and highlight the next word that matches one of your search words.

Click here to save the entire text of the article as a file on your hard disk.

The current matched word.

When you find articles you want, you can copy them to your computer—usually in their original format, including any graphics, sound, and video they may contain.

APLNDC630-0000441848

If you schedule your reporter to perform periodic searches, you receive your results in a newspaper-like format called an *update*, as shown in the following figure.



By double-clicking the icon next to an article title, you can view the entire text of that article, in its own window.

APLNDC630-0000441849

# 2

# Getting Started

Before you can make information searches with AppleSearch, you must install the AppleSearch client software on your Macintosh computer and then use AppleSearch to connect to an AppleSearch server. This chapter describes the software and hardware you need to begin, provides software installation instructions, and tells you how to connect to a server.

APLNDC630-0000441850

## Installing AppleSearch on your computer

To install and use AppleSearch on your Macintosh computer, you need the following software and hardware:

- A Macintosh computer or a Power Macintosh computer running system software version 7.0 or later. (From the Finder, you can find out what system software version you are using by choosing About This Macintosh from the Apple [■] menu.) Your Macintosh computer must be physically connected to an AppleSearch server.

- At least 4 megabytes (MB) of random-access memory (RAM).

- A high-density floppy disk drive (for installation only).

- The *AppleSearch Client Installer* disk

*Note:* Versions of the AppleSearch Client program later than 1.0.1 do not communicate with earlier versions of the AppleSearch Server program. Likewise, versions of the AppleSearch Server program later than 1.0.1 do not communicate with earlier versions of the AppleSearch Client program.

APLNDC630-0000441851

To install the AppleSearch client software on your computer:

**1   Insert the *AppleSearch Client Installer* disk into your floppy disk drive, open the disk, and double-click the Installer icon to open the program.**

The Installer dialog box appears.



**2   Select the disk on which you want to install AppleSearch; then click Install.**

If any application programs are open, an alert box will appear on your screen, telling you that the Installer cannot install the AppleSearch software on your Macintosh computer. You can choose to quit the open programs and continue the installation process or to cancel the installation process.

When the installation is complete, a message appears, telling you that installation was successful. An AppleSearch Client folder appears at the root level of your hard disk.

Your AppleSearch Client folder contains the AppleSearch Client program, a Read Me file, a sample update, and the SimpleText program that allows you to view the Read Me file. You can move these files.

APLNDC630-0000441852

Three other components of the AppleSearch Client software are also installed in folders inside your System Folder:

- the AppleSearch Client Help file (in the Preferences folder)
- the AppleSearch Communication Extension file (in the Extensions folder)
- the AppleSearch Authentication Extension file (in the Extensions folder)

You must leave these files where they are or AppleSearch will not work.

The AppleSearch Client Help file contains text and graphics to explain the features of AppleSearch and how you use them. The AppleSearch Communication Extension controls information exchange over the network. The AppleSearch Authentication Extension verifies the access privileges of registered users and guests.

## Getting help with AppleSearch

Two types of online help are available with AppleSearch once your client software is running. Balloon Help provides brief explanations of the items that appear on your screen. AppleSearch Help provides more in-depth instructions for using AppleSearch. You can choose both kinds of help from the Help menu (indicated by the question mark in the menu bar) any time you're working with the AppleSearch program.



APLNDC630-0000441853

## Connecting to an AppleSearch server

To make information searches, you must first connect to the AppleSearch server.

To connect to an AppleSearch server:

1   **Open your AppleSearch Client folder; then open the AppleSearch Client program.**

The "Select an AppleSearch server" dialog box appears. If your network contains zones, they are listed in the lower-left corner of the dialog box. If your network does not contain zones, skip step 2.

The Macintoshes list in the upper-left corner of the dialog box displays the names of the computers that are registered with the network as AppleSearch servers.



2   **Select the name of the zone in which your AppleSearch server resides.**

See your network administrator if you're uncertain about the location of the AppleSearch server.

3   **In the Macintoshes list, select the name of the Macintosh computer or Workgroup Server that you want to use. In the Programs list on the right side of the dialog box, select the AppleSearch Server program.**

APLNDC630-0000441854

**4   Click OK.**

A dialog box appears. In this box you identify yourself as a registered user or guest user of the server.



**5   Select either Registered User or Guest, to tell AppleSearch how you want to connect to the server.**

The next two sections explain more about the two ways of connecting. Your network administrator determines whether you can connect as a registered user or guest. Registered users can save and schedule reporters (described in the next chapter); guests can only perform immediate searches. If necessary, see your network administrator if you want to be designated as a registered user.

## Connecting as a registered user

If you are a registered user, you connect to the server by clicking the Registered User button. Then you type your name and password in the text boxes provided and click OK.

*Note:* AppleSearch uses your AppleShare password. When your AppleShare password changes, you must use the new password with AppleSearch as well.

When you connect, the AppleSearch window opens. The window will display information about AppleSearch reporters, which you create as described in the next chapter.

APLNDC630-0000441855



## Connecting as a guest

To connect to the server as a guest, you click the Guest button and then you click OK.

When you connect, a reporter window opens. As a guest, you can use the reporter window to conduct immediate information searches, as discussed in the next chapter. The Schedule Search and Save Reporter buttons in the reporter window are dimmed because these features are unavailable to guests.



APLNDC630-0000441856

## Displaying the "Select an AppleSearch server" dialog box automatically

AppleSearch can be preset to display the "Select an AppleSearch server" dialog box each time you start your computer. In this way, you can select an AppleSearch server without having to first open the AppleSearch application.

To have AppleSearch automatically prompt you to select an AppleSearch server each time you start your computer:

1  **Connect to an AppleSearch server and choose Preferences from the Edit menu.**

The Preferences dialog box appears.



2  **Click the checkbox labeled "Display the server select dialog box at startup" so that a checkmark appears in it.**

3  **Click Save.**

When you restart your computer, the "Select an AppleSearch server" dialog box will appear automatically.

You can change your preferences at any time that you are using the AppleSearch application. Refer to "Setting Preferences" in Chapter 3 for descriptions of all the preferences settings.

APLNDC630-0000441857

# 3

# Creating and Using an AppleSearch Reporter

This chapter tells you how to perform information searches and how to retrieve documents based on the results of those searches.

APLNDC630-0000441858

## What is an AppleSearch reporter?

An AppleSearch reporter is an electronic agent analogous to an investigative news reporter. Once you tell it what you want to know, it finds all the pertinent information it can and organizes that information in a way that meets your needs.

Performing a search requires four simple steps:

1. Creating an AppleSearch reporter.

2. Identifying the information sources you want to search. (An information source is a shared volume or folder of documents that your network administrator has made available for searching.)

3. Specifying a search request. (A search request is little more than a question typed in your own words, along with a few directions to help the reporter narrow its search.)

4. Initiating the search.

You create a reporter in its own window and, if you want, you can save it for future reference. But unlike most files you create and save, your AppleSearch reporter is not static: It actively finds the information you want on the server and makes it available to you. In general, to create a reporter, you need only specify what to look for and where.

AppleSearch Client displays a list of information sources available to you. By selecting the information sources from the list, you tell the reporter which ones to search.

APLNDC630-0000441859

The reporter presents your search request to the AppleSearch server, which then matches your search words against the textual content (the text of the documents, excluding their titles) of the information sources you specified.

The AppleSearch server, in a process called *relevance ranking,* rates the documents it finds according to how well they answer your search request.

You can have your reporter perform an immediate search to ensure that you see all the relevant documents in the information sources you have specified. Your reporter then presents you with a list of the document titles, organized in order of relevance. You can use the relevance rankings and titles to determine whether you want to view the documents as text-only articles. After viewing the article, you may want to save the text of the article to your hard disk or to copy a document to your hard disk in its original format (for example, as a MacWrite document).

Typically, you should run immediate searches until you have refined your search criteria to give exactly the kind of results you want. Once you have a reporter that works well for your needs, you can save it to use again later or to share with others.

After you have evaluated the results from your immediate search, you can schedule your reporter to provide you with information from new or modified documents that match your search criteria. This information is stored in a file that is delivered to your hard disk at the time and date you specify. This file contains all the articles relevant to your search criteria. Your reporter displays the beginning of each article in a format much like that of the front page of a newspaper. If the beginning of an article interests you, you can easily view the entire contents of the article.

APLNDC630-0000441860

The following illustration provides an overview of the search process:



**Information search and retrieval with AppleSearch**

You create a new reporter and specify a search request.

You specify an immediate search or schedule your reporter to deliver a newspaper-like update to your computer.

The reporter searches the indexes of the selected information sources for articles that match your search request.

The reporter delivers the search results to your computer for you to view.

You can choose to have the original document (for example, a MacWrite file) sent to your computer.

Here are some key points to keep in mind while working with your AppleSearch reporter:

- Your reporter finds and displays only the text of articles. When you open the article viewing window to display the text, you have the option of copying the original formatted document from the server to your own hard disk.

- When you type a search request in the "Search for" box, you must use only alphanumeric characters (letters and numbers without punctuation). Also be aware that the words *and, or,* and *not* have special meanings in AppleSearch. See Chapter 4, "Phrasing Search Requests," for more information on how your reporter interprets your search request.

APLNDC630-0000441861

- Your reporter, and any local information sources it searches, are stored on the AppleSearch server to which you are connected.

  If you're not actively using AppleSearch, you can quit the AppleSearch application; if you have scheduled searches pending, the connection is kept open so that updates can be delivered.

- A single reporter can search an unlimited number of information sources on a selected AppleSearch server. However, a reporter can search only the information sources provided on that server. (Each AppleSearch server can provide numerous WAIS information sources whose documents can reside on many different WAIS servers.) If you connect to a new AppleSearch server, you must create a new reporter.

- WAIS information sources can be used as if they reside on the AppleSearch server, although the actual text resides on the remote WAIS server.

- Your reporter can be saved for later use, and you can share reporters by importing and exporting them. The procedures for saving, importing, and exporting reporters are described later in this chapter.

- You can use your reporter to obtain results immediately, or you can schedule your reporter to deliver periodic updates. If you choose to get results immediately, then you will view the article from your computer as it resides on the server. If you choose to schedule periodic updates, your reporter will deliver the updates to your own hard disk. To receive updates, you must be connected to the server at the time the report is scheduled. The procedure for scheduling updates is described later in this chapter.

  Any number of reporters can create and deliver updates to you, but you cannot have multiple reporters contributing to the same update.

## Creating a reporter

When you create a reporter, you tell it where to look (by specifying information sources), what to look for (by specifying a search request), and when to look for the information (immediately or on a scheduled basis). The following sections tell you how to perform all of these functions as well as how to modify search options to broaden or narrow the scope of your search.

APLNDC630-0000441862

## Opening a new reporter window and specifying information sources

Before you initiate a search, you must select at least one information source—that is, a shared volume or folder containing information you can search.

To select information sources:

**1  In the AppleSearch window, click the New Reporter button to open a new reporter window.**



The reporter window opens. This window allows you to set up a reporter.

Click to start the search after you've specified your criteria.

Click to schedule searches for new or modified information.

Click to name the reporter and save it to the server.

Click to select information sources to be searched.

Specify here the words you want the search to find.



Specify here the level of relevance you will accept.

Specify here the maximum number of articles you want your reporter to return.

Specify here that only documents dated later than this date are to be searched.

APLNDC630-0000441863

2   **Click the Info Sources button or choose Information Sources from the Search menu.**

The Information Sources window opens. The left side of the window lists all of the available information sources that your reporter can search. A WAIS information source is identified by the globe in its icon.



AppleSearch can preselect all available information sources, or reselect the information sources you used last time you conducted a search. You can adjust this setting any time by choosing Preferences from the Edit menu, as described in the "Setting Preferences" section later in this chapter.

3   **Review the available information sources in the list at the left side of the Information Sources window and click the ones that are most relevant to your search.**

When you select an information source, the Add button becomes available. To select a group of consecutive information sources, hold down the Shift key and click the first and the last information source in the group. To select multiple information sources one at a time, hold down the Command key and click the individual sources.

APLNDC630-0000441864



4   **Click the Add button to specify that the selected sources should be searched by the AppleSearch reporter.**

The sources that you specified in step 3 appear in the list at the right side of the window. On the left side of the window, the icon of each selected information source is dimmed to indicate that the source has been added.



APLNDC630-0000441865

**5**   If you decide that a source you selected is no longer appropriate, select its name in the
list at the right side of the window; then click Remove.

When you select an information source that has been added, the Remove button
becomes available.

To select a group of consecutive information sources, hold down the Shift key
and click the first and the last information source in the group. To select
multiple information sources one at a time, hold down the Command key and
click the individual sources. To close the Information Sources window without
keeping any changes, click Cancel.



*Shortcut for adding and removing information sources*   To quickly add an
information source to, or remove it from, the lists of sources to be searched,
double-click the information source. You can also select the information source
and use the arrow keys, as follows:

- Up arrow: Selects the information source above your current selection

- Down arrow: Selects the information source below your current selection

- Right arrow: Adds the selected available source as a source to be searched

- Left arrow: Removes the selected source from the list of sources to be searched

APLNDC630-0000441866

6   **Click Done when you have finished adding or removing information sources.**

The Information Sources window closes.

The names of the selected information sources are listed in the bottom of the reporter window.



## Specifying your search request

After you select information sources, you can type your search request. If you want, you can also specify search options. The options available to you are to specify a minimum relevance rank, determine the number of articles that AppleSearch returns, and choose the earliest modification date that articles must have in order to be returned.

For detailed information on creating search requests and on refining them to get the most precise results, read the appropriate sections in Chapter 4, "Phrasing Search Requests."

### Typing a request

A search request consists of one or more words related to the information you want to find. You can type uppercase or lowercase letters; AppleSearch is not case sensitive. AppleSearch will search for articles containing any or all of these words.

APLNDC630-0000441867

To type a search request:

- **In the "Search for" box, type (or copy and paste) any word or phrase that relates to the information you want to find.**

**IMPORTANT** Use only alphanumeric characters (letters and numbers) and avoid using the words *and, or,* and *not,* which have special meaning in AppleSearch. For more information on how AppleSearch interprets your search request, see Chapter 4, "Phrasing Search Requests."



The search request in this example will cause AppleSearch to look in the information sources called "poetry" and "Literature" for articles that contain one or more occurrences of the word *Shakespeare*.

## Ranking the articles

Relevance ranking is a statistical measure that evaluates all the articles in a given information source that meet your search criteria and lists them in order of relevance. When you specify the Minimum Rank option, you set a lower limit on how relevant the articles must be in order to be returned.

APLNDC630-0000441868

You can skip this step unless you want to change the default setting for the minimum relevance rank (one ★) that AppleSearch uses when evaluating which articles are relevant to your search. See "Understanding Relevance Ranking" in Chapter 4 for more information.

To rank the articles:

1   **Click the star (★) in the Minimum Rank box.**

Up and down arrows appear to the right of the box.

2   **Type the number of stars (from 1 to 5) to set the minimum rank, or click the arrows to reach the number you want.**



## Limiting the number of articles returned

This option limits the number of articles that AppleSearch returns from each information source. The articles returned are those found to be most relevant to your search.

When you conduct an information search, your reporter indicates that a certain number of documents were returned out of all matches. For example, if AppleSearch states that 20 articles were returned out of 50 matches, you know that 50 articles matched your search criteria in some way but only 20 articles were returned. If the number returned is less than the number matched, the cause is frequently that the maximum number of articles that you specified has already been reached.

You can skip this step unless you want to change the default setting (20) for the number of articles that AppleSearch finds for you.

If you're connected to a WAIS information source, AppleSearch returns a maximum of 40 matches, regardless of the number of matches in the WAIS database. The WAIS protocol limits the number of matches on a single WAIS information source to 40, without notifying you whether more matches were likely.

APLNDC630-0000441869

To limit the number of articles returned:

1   **Click the Maximum Returns box.**

Up and down arrows appear to the right of the box.

2   **Type the number of articles (from 1 to 99) you want returned or click the arrows to reach the number you want.**



## Specifying the modification date

This option specifies the earliest modification date that articles must have in order to be returned. Documents created or modified before the date you specify here are filtered out.

You can skip this step unless you want to change the default setting (January 1, 1980) for the beginning date AppleSearch uses when looking for relevant documents.

To specify a modification date:

1   **Click the month, day, or year in the After Date box.**

Up and down arrows appear to the right of the box.

2   **Click the part of the date that you want to change and then either type the appropriate number or use the up and down arrows to change the date.**

APLNDC630-0000441870

## Initiating a search

After you specify a search request and information sources and, if necessary, adjust your search options, you're ready to conduct a search. You can choose either of two types of searches: immediate or scheduled. For example, you might run an immediate search to get a quick view of a topic, then refine your search criteria and schedule your reporter to send you regular updates on that topic.

## Obtaining search results

To obtain immediate search results, you need to start the search and then view the articles that have been retrieved. Then, if you want, you can copy information from an article to any document, save the text of the entire article, print the article, or copy the article in its original format. To further refine your search, you can copy and paste a phrase from the article into the search request box and run the search again.

APLNDC630-0000441871

The following illustration shows how AppleSearch performs an immediate search.

| Client/server interaction—an immediate search | |
| *Client* | *Server* |
|  You define a search request by creating a new reporter. |    The reporter immediately searches the indexes of the selected information sources for articles that match your search criteria. |
|  You review the search results and select articles for viewing. |     The reporter finds matches to your search request, ranks them, and informs you of the results of the search. |
|  After viewing the full text of the article, you can choose to save a copy of the text to your own computer. |   The server extracts the text from the original documents and makes it available for you to view. |
|  Alternatively, you can request the original formatted document (including any graphics) if it is in a local information source. |   The server delivers the formatted document to your computer. |

APLNDC630-0000441872

The AppleSearch reporter searches for the articles most relevant to your search request and indicates how many articles were returned out of the total number of articles that matched your search criteria. After the search is complete, you can view the list of returned articles.

In the following illustration, AppleSearch indicates that 20 articles were returned out of 50 matches for the corresponding information source. The other matching articles were not returned because of the Search Options settings. (For example, perhaps the number of maximum returns was already reached. In this case, the user could expand the Search Options parameters to allow other matching articles to be returned.)



*Note:* A search on a WAIS information source will obtain 40 matches at most. If the number of matches reported is exactly 40, you can safely assume that not all the matches were returned. You should further refine your search request; then run the search again.

APLNDC630-0000441873

To start the search and view the returned list of articles:

1   **Click the Start Search button at the top of the reporter window.**

While the AppleSearch reporter is looking through the information sources, the word *searching* appears next to the name of the information source being searched. Then, when the search request is completed, the reporter indicates how many articles were returned and the total number of articles that were relevant to your search criteria.

2   **Click the triangle to the left of the information source icon, or double-click the title of the information source.**

A list of article titles is displayed.



In the previous figure, the articles returned are organized by relevance, but you can also specify that the list be organized by information source, title, or date. You use the View menu to change the way the list is organized. When you have AppleSearch organize the articles by title or date, one list of article titles from all the selected information sources appears.

*Note:* Some WAIS servers do not return article date information. The date line for such articles contains a single hyphen.

APLNDC630-0000441874

## Using the results of your search

After you complete the search, you can view the contents of any article, copy text from an article to a document, copy the article in its original format, save the article, or print the article. To further refine your search, you can copy and paste a phrase from the article into the search request box and run the search again.

The following figure shows a sample article, displayed in an article viewing window.



Click to save entire text.

Click to copy entire document in its original format.

Click to find previous occurrence of matching search word. (Local sources only.)

Click to find next occurrence of matching search word. (Local sources only.)

- To view the contents of an article, double-click the title of the article you want to view.

  AppleSearch displays the article in its own window in a plain-text format (that is, without text formatting, graphics, sound, or video). This way, you can read the text of the article without having the application that created it.

APLNDC630-0000441875

By default, AppleSearch highlights matched words in local information sources. If you prefer, you can turn off this option in the Preferences dialog box. For more information, see "Setting Preferences" later in this chapter.

*Note:* WAIS servers do not provide matched-words information.

- To copy information from the article to another document, use the Copy and Paste commands from the Edit menu.

  You can copy text from the article to paste into another document. However, you cannot cut text from or paste text into the article.

- To save the text of the entire article, click the Save Text button.

  A Save As dialog box appears.

- To print the article, choose Print from the File menu.

  A printer dialog box appears. You can specify print options before printing the full text of the article to the selected printer.

- To copy the document in its original format, click the Copy Original button.

  *Note:* The Copy Original feature is not available for articles from WAIS servers.

  If an article from a local information source interests you, you may want to view the original document, complete with any special text formatting, graphics, sound, and video it may contain. Clicking Copy Original allows you to copy the document from the server to your computer.

  *Note:* You can copy only one original document from the server at a time.

  A Save As dialog box appears. You can rename the article, if you like, and then specify a location where you want it saved. A status window tells you that AppleSearch is copying the document to your disk.

  To use the document in its original format, you need an application that can open it. For example, to view a MacWrite document, you need MacWrite or another application that accepts the MacWrite document format.

When you're finished, close the article viewing window.

APLNDC630-0000441876

## Saving your reporter

Depending on the results that your reporter returned, you may want to save the reporter for later use. Your saved reporter resides on the AppleSearch server even though you interact with the reporter from your client computer.

To save your reporter:

**1**   **Click the Save Reporter button on the right side of the reporter window.**



A dialog box appears.

APLNDC630-0000441877

2   Type a name for your reporter in the "Save as" text box; then click Save.



The name of your reporter and its icon appear in the AppleSearch window.

*Note:*  The reporter is saved on the server, not on your hard disk.



To open a saved reporter, double-click its icon, or select its icon and choose Open Selected Reporter(s) from the Search menu.

Saving your reporter   **39**

APLNDC630-0000441878

**3**  Type a new name for the reporter.



**4**  Click Save.

The AppleSearch window reappears. In a few moments the new reporter name replaces the old name in the reporter list.

APLNDC630-0000441879

## Scheduling and receiving an update

You can schedule your search so that new or modified information relevant to your search is retrieved on a regular basis. The reporter retrieves information at the time and date you specify, publishes it in a newspaper-like update, and delivers the update to your computer. The following illustration shows how AppleSearch performs a scheduled search.

| **Client/server interaction—a scheduled search** | |
| *Client* | *Server* |
|  You define a search request by creating a new reporter and defining the reporter's schedule for searching for new or changed information. |   The reporter is saved on the AppleSearch server. The server continues to update local information source indexes as scheduled, collecting information about documents that meet search requests. |
|  At the scheduled update time, AppleSearch Client requests the update information from the server. |    The server searches WAIS information sources. It also gathers the information it has collected from searches on local information sources indexed since the last search. It sends the results to your computer, including the entire text of the articles found. |
|  AppleSearch Client presents the results of the search in a newspaper-like update. You can view the update to see just the first few lines of all articles found, or open the article to view its entire text. | |

APLNDC630-0000441880

Note that whereas immediate searches provide you with all matching information, a scheduled search retrieves only indexed information that has been added or modified since the reporter was created or since you last received an update from that reporter. This way, you don't have to read an article more than once.

The AppleSearch Server program becomes aware of new or changed information when it is indexing articles. Thus, your update contains articles from a local information source only if that information source has been indexed since your last update was created. If your reporter searches only local information sources, and none of those sources has been indexed since your last update, a new update will be created, but it will be empty.

*Note:* The server searches WAIS sources at the time the update is scheduled. WAIS sources are not indexed by AppleSearch.

Updates are delivered only if your computer is connected to the AppleSearch server at the time the reporter is scheduled to receive the update. If you want to free up resources on your computer, you can quit the AppleSearch Client program and still remain connected to the AppleSearch server. To disconnect from the AppleSearch server, choose Disconnect from the File menu.

*Note:* Some WAIS servers do not maintain valid dates for the documents they contain. AppleSearch will deliver empty updates for information sources on such servers because it has no way to determine the age of a document.

APLNDC630-0000441881

To schedule an update:

1   **Create a reporter and specify your search request as described earlier in the section "Creating a Reporter."**



2   **Click the Schedule Search button in the reporter window.**

The Search Schedule window opens.



3   **Click the Search button that corresponds to the kind of search you want.**

- Click the "Automatically for new or modified documents" button to schedule your reporter to deliver regular updates on your topic. Your reporter publishes regular updates of the information you want, according to the schedule you establish in steps 4 and 5.

APLNDC630-0000441882

- If you want to suspend the delivery of your update, click the "Only when requested" button. Initially, you need to click the "Automatically for new or modified documents" button to set a schedule. After you set a schedule, click the "Only when requested" button. The format of the search request is saved. AppleSearch merely suspends the delivery of scheduled updates until you click the button called "Automatically for new or modified documents." Once the reporter is created and saved, you can still open it to conduct immediate searches.

4   **Set the time at which you want your reporter to retrieve new or modified documents relevant to your search.**

Click the hour, minutes, or AM/PM in the time box. Up and down arrows appear to the right of the box. Click the part of the time that you want to change, and then either type the appropriate number or use the up and down arrows to change the time.

On these days of the week at [12]:[00 AM] [↕]

5   **Specify the days of the week on which you want your reporter to retrieve new or modified documents relevant to your search request.**

For example, if you click Mon, Wed, and Fri, your reporter will search for information on Mondays, Wednesdays, and Fridays.

[ Sun | **Mon** | Tue | **Wed** | Thu | **Fri** | Sat ]

6   **Click the volume or folder icon so that you can move through the hierarchy of folders and volumes to specify where you want your update delivered.**

Deliver this Reporter's Updates to:  ☐ Pat's updates

APLNDC630-0000441883

7   **Select the folder where you want the update delivered and click OK.**

The reporter window reopens.



8   **Click the Save Reporter button if you want to save your scheduled reporter.**

A dialog box appears. You can name your scheduled reporter in this dialog box.



APLNDC630-0000441884

9   Type a name for your scheduled reporter in the "Save as" text box.



10   Click Save.

The AppleSearch window displays the name of your scheduled reporter.



You can open your scheduled reporter anytime to change any of the settings or to conduct an immediate search. If you use your scheduled reporter to get immediate results, you'll still receive your scheduled update at the next delivery time that follows indexing of the information sources. Updates are delivered only if your computer is connected to the AppleSearch server at the time the reporter is scheduled to receive the update.

APLNDC630-0000441885

## Importing and exporting a reporter

Rather than re-create the search criteria of a well-defined reporter, you can copy one that a coworker has made available. This process is called *importing* a reporter. For example, you may want to use the reporter to perform the same search on a different server.

Similarly, once you create and save a reporter, you can make it available for someone else to use. This process is called *exporting* a reporter.

### Importing a reporter

To import a reporter:

**1   With the AppleSearch window open, choose Import Reporter from the File menu.**

A dialog box appears that lets you select the name of the reporter you want to import.



**2   Locate the reporter that you want to import.**

If you're not sure where the reporter is located, ask the person who exported it or ask your network administrator. The reporter probably resides on a public file server.

APLNDC630-0000441886

3   **Select the reporter.**



4   **Click Open.**

The selected reporter is imported and appears in your AppleSearch window.

*Note:*  The reporter you import may have been created on a different server from the one you use and may have used different information sources. If so, you should reselect all information sources for an imported reporter before conducting a search.



APLNDC630-0000441887

## Exporting a reporter

You can make a reporter available to your colleagues by exporting it.

To export a reporter:

**1   In the AppleSearch window, select the icon of the reporter that you want to export.**



**2   Choose Export Reporter from the File menu.**

A dialog box appears, asking you to specify a location for the exported reporter.



**3   Specify a location for the exported reporter.**

The location you select is the one from which coworkers will import the reporter.

APLNDC630-0000441888

4   **Click Save.**

A copy of the reporter you exported now resides in the location you specified in the previous step.



Once you export a reporter, you should confirm that other members of your workgroup know its name and location so that they know where to find it when they want to import it.

APLNDC630-0000441889

## Viewing your update

If you created a reporter to make scheduled searches, it looks for new or recently modified documents relevant to your search request and delivers the results to you as an update.

The name of your update consists of the name of the reporter that retrieved the information and the date on which the update was delivered. The update is located in the folder that you specified in the Search Schedule window.

To look at an update:

**Double-click the update icon.**

An update viewing window opens, showing you the contents of the update. Here is a sample update viewing window.



APLNDC630-0000441890

Under each article title is the opening text, usually a paragraph or two. "Update results" is the name of an article that appears in every update. The "Update results" article contains detailed information about which information sources were searched, when they were searched, and the results of that search.



To display articles from an update:

**Double-click the icon of the article you want to display.**

An article viewing window opens, showing you the text of the article.

To select more than one article, hold down the Shift key while you click the icon for each article you want to view. You can then view the text of all the selected articles by double-clicking any of the selected icons or by choosing Open Selected Article(s) from the Search menu. An article viewing window opens for each selected article.

**IMPORTANT** The update resides on your own disk space and is for reading only. From the update viewing window, you cannot retrieve the original or have the matching search words highlighted.

APLNDC630-0000441891

## Using the table of contents feature

Your reporter compiles a personalized update that may contain many articles. Rather than scroll through the update window to view the articles, you can choose to see a table of contents (a list of article titles) from the update.

To use the table of contents feature:

1   **Open the update that results from a scheduled reporter's search.**

The article titles and the first few lines of text of each article are displayed in the update format.

2   **Choose "Show Table of Contents" from the View menu.**

A list of all the article titles contained in your update is displayed. Here is an example.



---

APLNDC630-0000441892

3   **To scroll the update to a specific article, click the article's title in the table of contents.**

The article icon in the update is highlighted.

4   **To display the text of any article, open its article viewing window.**

Click the title of the article to select it in the table of contents. To select more than one title, hold down the Command key while you click each title that you want to select. To select a range of consecutive titles, hold down the Shift key while you click the first and the last title in the range. To view the text of the selected articles, choose Open Selected Article(s) from the Search menu or double-click any highlighted article icon in the update viewing window. For each article you selected, an article viewing window opens to show you the text of the article.

5   **When you are finished working with the table of contents, choose "Hide Table of Contents" from the View menu, or click the Close box, to return to your update.**

You can simply drag the window aside if you're not ready to close it.

APLNDC630-0000441893

## Setting preferences

Setting preferences can automate some aspects of the process of conducting information searches and displaying the text in the article viewing window. You can change your preferences settings anytime that you are working within AppleSearch.

To set your preferences:

1   **Choose Preferences from the Edit menu.**

The Preferences dialog box appears.



Here is a description of each setting in the dialog box.

**Default Information Sources**  At the top of the window are three options that let you tell AppleSearch whether, and how, to preselect information sources for you.

- *All*  When you select this option, each time you open a new reporter, all available information sources will be selected.

- *Last used*  When you select this option, each time you open a new reporter window, only the information sources that you used last time will be selected.

- *None* (default)  When you select this option, no information sources are automatically selected each time you open a new reporter window. When None is selected, you must select each information source you want to use before conducting a search.

APLNDC630-0000441894

**Highlight matching words in articles**  Select this option to activate the matched-words feature for articles from local information sources. As you progress through an article by using the matched-words buttons or arrows, words matching the corresponding search request word are highlighted. Leave the box unchecked to disable this option. By default, this option is selected.

**Display the server select dialog box at startup**  Select this option to have AppleSearch Client automatically display the "Select an AppleSearch server" dialog box each time you start your client computer. Leave the box unchecked to disable this option. By default, this option is not selected.

*Note:*  The setting of the "Display the server select dialog box at startup" option can be changed only when you are connected to an AppleSearch server.

2    **Click the Save button to save your preferences.**

APLNDC630-0000441895

# 4

# Phrasing Search Requests

With AppleSearch, you don't have to be precise to find the information you need, but phrasing search requests effectively is a skill you can hone in order to obtain the most useful results. All of the information you need to conduct a search is provided in Chapter 3; this chapter tells you how to refine your search requests by phrasing them in your own words and by using Boolean operators. It also explains how AppleSearch locates and organizes information.

APLNDC630-0000441896

## Understanding search basics

This section explains how AppleSearch finds and ranks the articles that are relevant to your search. If you want to begin phrasing search requests immediately and you aren't interested in how AppleSearch actually finds, sorts, and ranks the information, skip to the section "Constructing a Search" later in this chapter.

### Stopwords and search words

Stopwords are words that may be included in a search request, but that the reporter ignores when performing the search. They include interrogatory words (*who, what, why,* and so forth), articles (*the, a, an,* and so forth), prepositions (*for, with, of,* and so forth), and other words that tend to lack distinctive meanings as information topics. Search words are words included in the search request that the reporter uses as part of the search. These words carry distinctive meanings.

AppleSearch reads each word in the request from left to right. As the request is evaluated, an implicit *or* is placed after each search word as AppleSearch looks for individual occurrences as well as combinations of the search words. This gives you the broadest coverage in terms of finding articles that meet your search criteria.

In the following example, AppleSearch ignores the stopwords *Was* and *a* to search for the words *Christina* or *Rossetti* or *Victorian* or *poet* or any combination of those search words.

**Search for:**

> Was Christina Rossetti a Victorian poet

APLNDC630-0000441897

## Understanding relevance ranking

When you issue a search request, AppleSearch identifies the set of articles that appears to be most meaningful to you based on your search criteria.

If you conduct an immediate information search (typing a search request and then clicking Start Search in the reporter window), the set of articles retrieved by AppleSearch first appears in your reporter window as a list of article titles with a number of stars beside them. The titles are automatically ranked, or placed in order, according to a statistical measure of the similarity between your request and the content of each article. (As options, you can view the list by title or by date, but initially the list is ordered by rank.)

This ordering process is called *relevance ranking,* and it's applied separately to each information source. As a result, you can see at a glance which articles are most relevant for a given search request. If you view the list of articles by title or by date, relevance ranking is applied across all information sources. Relevance ranking helps you find more relevant information with less effort.

### Interpreting the rankings

If the information search found results, then articles are returned from one or more of the selected information sources as the answer to your search request. For each information source, at least one article receives the maximum number of stars to indicate its higher degree of relevancy. When compared with the other articles from that source, the ones assigned five stars are determined by AppleSearch to be the most relevant to your search request.

As you look down the list, you may see the number of stars decrease from article to article (five stars, then four stars, then three stars, and so on). The ranks of the articles after the topmost are relative to that of the topmost article—the one that is always assigned five stars. (Refer to "Creating a Reporter" in Chapter 3 for information on how to adjust the minimum relevance rank as one of your search options.)

APLNDC630-0000441898

## How relevance rank is assigned

When assigning a relevance rank to a particular article, AppleSearch compares all the articles in a given information source. An initial sorting process finds all the articles that answer the search request. Next, AppleSearch applies a statistical measure to compare them. The following four key criteria are applied in this statistical measure to assign a relevance rank to a particular article:

- The frequency with which each search word occurs within a document is an indicator of relevance.

- A match on a word that is rare within a given information source is more indicative of relevance than a match on a word that is common in that information source.

- Since long articles have a greater chance of containing search words, AppleSearch adjusts the relevance ranking so that long articles don't rank higher just because of their length.

- Sometimes the fact that search words occur near each other within a document is an indicator of relevance.

As AppleSearch evaluates all of the articles, those that best answer the criteria of relevance ranking are given a greater number of stars. For example, consider a search request that has three search words. Articles containing occurrences of all three words would better answer the ranking criteria than those with fewer matching search words. As a result, you could expect those articles to receive more stars. If some articles contained a search word that was absent from the other articles—that is, "rare occurrences" of the word—these articles would also better answer the ranking criteria than those that contained search words that appear frequently.

If you choose to make a scheduled search, the set of relevant articles retrieved by AppleSearch is delivered to you as a personalized update.

The list of article titles that appears in a reporter window or the articles that appear in a scheduled update always fall within the parameters you specified in the Search Options box in the reporter window. If you need help understanding information sources or the search options, refer to the section "Specifying Your Search Request" in Chapter 3.

APLNDC630-0000441899

### Understanding stemming

For local information sources, AppleSearch uses a technique called *stemming*, which recognizes the root words in each article. Stemming removes common suffixes from words, such as plurals and verb tenses. In the English language, AppleSearch recognizes suffixes such as *-ing, -ed,* or *-es* and abstracts the root word for matching purposes. As a result, your searches will be more broad as AppleSearch looks for common variations of the root word. For example, in a search on a local information source for the word *representing,* AppleSearch would actually find such words as *represent, represents,* and *representative.*

*Note:* This feature is not supported for some WAIS information sources. Instead, the WAIS server performs a literal search on the exact word.

## Constructing a search

You can type the search request in your own words or you can use Boolean operators to direct your search. AppleSearch evaluates your search request from left to right.

### Making search requests in your own words

A search request typed in your own words is called a *natural-language query.* Such a search request is based on a collection of words with no special commands. You can use uppercase or lowercase letters when typing your request because the search mechanism is not case sensitive.

For example, to search for individual occurrences or combinations of *Victorian* or *poets,* as well as for root words and any words that can be formed from the roots, you might type (or copy and paste) the following words:

```
Victorian poets
```

APLNDC630-0000441900



You can copy and paste any portion of another document (a word, phrase, sentence, or paragraph) directly into the "Search for" box in a reporter window. In general, however, you get the most precise results by using fewer, more precise search words. Use only alphanumeric characters in the "Search for" box. Also be aware that the words *and, or,* and *not* have special meanings in AppleSearch, described later in this chapter.

## Expanding your search with co-occurring words

Words that frequently occur with a favored search word are called *co-occurring words*. They often turn out to be good search words themselves. The co-occurring words feature of AppleSearch helps you find additional search words by finding those words that occur most frequently with a specified search word. You can then add one or more of the words directly into your search request. The co-occurring words are related by their being common to a number of found documents. You can select the co-occurring words of interest to you and disregard the rest.

*Note:* This feature is not supported for WAIS information sources.

For example, say that you conduct an information search on *nineteenth century poetry* and find only one or two articles that meet the search criteria. By using the co-occurring words feature, you may find that words such as *Victorian* or *Romantic* frequently occur within the same articles that discuss nineteenth-century poetry. By expanding your search with *Victorian,* or *Romantic,* as a

APLNDC630-0000441901

search word, you may find an abundance of other relevant articles, since authors may choose to reference specific literary periods instead of the century. The following illustration demonstrates how co-occurring words help refine your search.



APLNDC630-0000441902

Each time you conduct an information search with new or modified search words, you can expect a new relevance ranking for the articles within that information source.

To use the co-occurring words feature:

1   **With the reporter window open, choose Show Co-occurring Words from the Search menu.**

   The co-occurring words window opens.



2   **In the Keyword text box, type a word for which you want to find co-occurring words.**

   *Keyword* is another term for *search word*.

3   **Click Find.**

   AppleSearch uses the information sources in the active reporter window to find words that occur most frequently with your keyword and displays a list of the words.

---

APLNDC630-0000441903



AppleSearch displays in alphabetical order the top five co-occurring words, or their root words, from each information source. The co-occurring words are those that occur most frequently with the word in the Keyword text box.

4   **If you want to conduct an information search on one of the co-occurring words, select it and click the "Add to Search" button.**

AppleSearch automatically copies the co-occurring word to the end of your search query (in the "Search for" box in the reporter window).

AppleSearch stores in the Keyword pop-up menu the last ten keywords and their co-occurring words. The pop-up list is cleared when you quit AppleSearch or disconnect from the AppleSearch server.

APLNDC630-0000441904

5   Use the Keyword pop-up menu to display the last ten keywords for which you sought co-occurring terms.



6   Choose any stored keyword for which you want to recall the co-occurring words. To use one of the co-occurring words that you recall, select the word and click the "Add to Search" button.

The selected word appears in the "Search for" box in the reporter window.

When you are finished working with the co-occurring words window, you can close the window or drag it aside.

APLNDC630-0000441905

### Refining your search requests by using Boolean operators

The word *Boolean* is a mathematical term. Used in the context of AppleSearch, it describes document-searching and sorting logic. Boolean queries use special qualifying words, called *Boolean operators,* to expand or narrow the scope of your search. For local information sources, AppleSearch supports the full range of Boolean operators: *or, and, not,* wildcard characters, and proximity connectors. Each is briefly discussed in this section and summarized in a table at the end of the chapter.

*Note:* Some WAIS information sources do not support Boolean operators.

### Using the *or* operator

When you conduct a search, you can imagine that the word *or* appears between the words in your search request. AppleSearch finds the articles that have the most frequent occurrences of *each* search word, its root word, and any words that can be formed from the root.

Although the *or* operator is understood between unpunctuated search words, you may have cause to specify *or* for clarity or other special purposes. You should recognize, however, that the *or* operator is always implicitly present unless you specify one of the other operators discussed in this chapter.

### Using the *and* operator

The *and* operator allows you to narrow your information search by having AppleSearch find only those articles that contain occurrences of each of the search words (including their root words) that are separated in the search request by *and*. The words might be next to each other or scattered throughout the article.

In this example, the *and* operator is used to instruct AppleSearch to find only articles that contain both *Victorian* and *poets*. Articles that contain just *Victorian* or just *poets* are not returned.

APLNDC630-0000441906



### Using the *not* operator

The *not* operator allows you to exclude articles that contain the search word immediately following *not*.

In this example, the *not* operator is used to instruct AppleSearch to find only articles that contain *Victorian* but to disregard articles that contain *poets* even if those same articles contain *Victorian*.

APLNDC630-0000441907



## Using the ? (single-character matching) operator

Single-character matching allows you to search for variations of your search word by instructing AppleSearch to substitute each letter of the alphabet for the question mark (?), as in the following example.



With this search request, AppleSearch would find articles containing words such as *poems* and *poets*.

APLNDC630-0000441908

You can use the question mark several times in the same search word to refine your search, as in the following example.

**Search for:**



With this search request, AppleSearch performs single-character matching in two places in the same search term. As a result, AppleSearch would find articles containing words such as *sister* and *system*.

Be careful to use the question mark only for single-character matching. If you phrase your search request as a typical question, do not use the question mark or other closing punctuation.

*Note:* The *?* operator is not supported for WAIS information sources.

### Using the * (wild-string) operator

Wild-string searching allows AppleSearch to generate other possible search words by substituting zero or more text characters for the asterisk (*) in order to form new words. You can insert the asterisk anywhere in the search word to find articles that contain variations of the word.

The following example shows the use of the wild-string operator after part of a search word.

**Search for:**



In this case, the wild-string operator causes AppleSearch to find articles that contain words such as *microbiology* and *microscope*.

*Note:* The * operator is not supported for WAIS information sources.

APLNDC630-0000441909

## Using proximity and adjacency operators

Proximity searching narrows the search so that AppleSearch finds search terms only when they are near each other. Adjacency searching further limits the search to terms that are next to each other.

You can use any one of the following operators to find search terms that occur together: the hyphen (-) as in *Victorian-poets,* the period ( .) as in *Victorian.poets,* the apostrophe (') as in *Victorian'poets,* the comma ( ,) as in *Victorian,poets,* or the abbreviation for adjacency (*adj*) as in *Victorian adj poets.* Spaces are not allowed between the adjacency operators and the search terms, except with the *adj* operator, for which a space between the operator and the search word is required. The following example shows the use of the adjacency operator.

*Note:* A curly apostrophe (') is a different character from a straight apostrophe ('). You can use curly apostrophes in your search request, but they are not recognized as adjacency operators.



*Note:* The adjacency and proximity operators are not supported for WAIS information sources.

APLNDC630-0000441910

If you work with numbers, you can phrase your search request to find a particular number, as shown in the following example.

**Search for:**

20,000.32

In this example, the adjacency operators ( ,) and ( .) are used to instruct AppleSearch to find only articles containing occurrences of exactly *20,000.32* or other combinations when *20, 000,* or *32* are next to each other. Articles that contain occurrences of just *20* or *20,000* or other combinations other than *20,000.32* are not returned.

You can also use adjacency operators to find exact monetary values. Note that you should not use monetary symbols such as "£" or "$" as part of the search request. A search request that includes monetary symbols returns no matches because AppleSearch does not recognize these special characters. However, a search request made up of just numbers finds the numbers as they exist with monetary symbols.

If you work with words that have meaning only when they're next to each other, such as a person's first and last name, you can phrase your search request to find the exact words, as in this example.

**Search for:**

Robert-Browning

In this case, the adjacency operator (-) is used to instruct AppleSearch to find only articles that contain *Robert Browning* when the two words are next to each other. Articles that contain just *Robert* or just *Browning* or combinations other than *Robert Browning* are not returned.

APLNDC630-0000441911

You can adjust proximity operations by specifying how close the search terms need to be to each other in order to be returned. To adjust the proximity of your search, use the *W/n* operator, where *W* means *within* and *n* equals the number of terms that exist between your search words. You must use spaces to separate the *W/n* operator from the search words. Here is an example.

**Search for:**



In this case, the Boolean *W/n* operator is used to instruct AppleSearch to find only articles that contain *Elizabeth* and *Browning* within two words of each other. This search would return articles that contain *Elizabeth Browning, Elizabeth Barrett Browning,* and other combinations where *Elizabeth* and *Browning* are within two words of each other.

*Note:* Using an adjacency operator is the same as specifying *W/1.*

## Using the ( ) operator

By enclosing a phrase in parentheses, you instruct AppleSearch to process the enclosed search words before evaluating those outside the parentheses, as shown in the following example.

**Search for:**

This search request instructs AppleSearch to search for articles that contain *Elizabeth* and *Browning* within two words of each other and then to search for articles that contain *Robert Browning* when the two words are next to each other.

*Note:* This feature is not supported for WAIS information sources.

APLNDC630-0000441912

AppleSearch finds articles that contain the words *Elizabeth Barrett Browning* as well as articles that contain *Robert Browning* as long as the selected information source contains them. *Elizabeth W/2 Browning* is processed first because AppleSearch always processes the search request from left to right.

Note that the implicit *or* operator still exists between each pair of search words, even when those words are enclosed by parentheses. For example, a search request phrased as *Elizabeth Browning,* without a proximity operator, would find articles containing *Elizabeth* or *Browning*.

## Using the ! (word expansion) operator

Word expansion allows you to search for words that frequently occur with your search word in the specified information source. This kind of search finds articles that contain words that occur frequently with the search word but that do not necessarily contain the search word itself.

By inserting the exclamation mark (!) after your search word, you instruct AppleSearch to find articles that contain the words that occur most often with the search word (the word preceding the exclamation mark), as in the following example.



Word expansion automates the steps of using co-occurring words. For more information on the co-occurring words feature, see the section "Expanding Your Search With Co-occurring Words" earlier in this chapter.

When you conduct a search that uses word expansion, the co-occurring words are not displayed as matching terms in the article viewing window.

*Note:* The *!* operator is not supported for WAIS information sources.

APLNDC630-0000441913

## Understanding precedence

The search mechanism used by AppleSearch reads a search request from left to right, but it evaluates the entire request by using internal precedence rules. The search mechanism always evaluates the search request in this order:

1. single-character matching (?), wild-string (*), or word expansion (!)

2. parentheses ( )

3. the proximity operators (-), (.), ('), (,), *(adj)*, or *(W/n)*

4. *not*
   *and*
   *or*

The following table lists AppleSearch search operators, their meanings, and some examples of each.

AppleSearch search operators

| Operator | Meaning | Example |
|---|---|---|
| ? (single-character) | Searches for words that can be formed by replacing the question mark (?) with a letter. | "Poe?s" finds *poets* or *poems*. |
| * (wild-string) | Searches for part of the search word. | "Victor*" finds *Victor, Victorian, victory,* and so forth. |
| ! (word expansion) | Searches for words that occur frequently with the word preceding the exclamation mark. | "History!" finds words from each selected information source that frequently occur with *history;* then AppleSearch performs an information search on each of them. |
| ( ) | Searches first for whatever is contained in parentheses. | "(William Faulkner)" finds occurrences of *William* or *Faulkner*. |

Continued▶

APLNDC630-0000441914

AppleSearch search operators  *(continued)*

| Operator | Meaning | Example |
|---|---|---|
| *adj*[†] or *W/n* | Searches for words that are next to each other or within a certain number of words of each other. | "William adj Faulkner" finds occurrences of *William* and *Faulkner* when they are next to each other. |
| *not* | Searches for articles that contain the search words preceding *not*. Ignores articles containing the search words if those articles also contain the word following *not*. | "William not Faulkner" finds articles containing *William* but ignores all articles containing *Faulkner*. |
| *and* | Searches for articles that contain the search words separated by the operator *and*. | "William and Faulkner" finds occurrences of *William* and *Faulkner* as they occur in any combination in the same article. |
| *or* | Searches for articles that contain any one or some combination of the search words. The *or* operator is always understood to exist between search words. | "William or Faulkner" finds all possible occurrences of *William* or *Faulkner*. |

[†] The *adj* operator has the following equivalents: the hyphen (-), the period (.), the apostrophe ('), and the comma (,).

APLNDC630-0000441915

# Appendix A   AppleSearch Menu Reference

This appendix describes each item in the menus displayed by AppleSearch.

APLNDC630-0000441916

AppleSearch has six menus, as shown in the following figure.



## Apple menu



**About AppleSearch Client** displays a dialog box giving the version number and copyright notice of the AppleSearch Client program.

## File menu

**Open** displays the open-file dialog box for opening saved articles or updates. This menu item is always available.

**Close** closes the active, or frontmost, window.

APLNDC630-0000441917

**Save Text** displays a Save As dialog box, where you can name the article (text only) and specify a location where you want it saved. This menu item is available only in text viewing windows.

**Copy Original** displays a Save As dialog box, which you use to direct AppleSearch to create a copy of an original document (including any graphics and special formatting). You can specify a name and a location on your hard disk for that copy. To read the document, you must have an application that is capable of opening it. This menu item is available only when you are viewing an article in a local information source on your AppleSearch server.

*Note:* This feature is not supported for documents from WAIS information sources.

**Export Reporter** displays a dialog box that lets you rename the reporter and save it to a location you specify. You can export only one reporter at a time. This menu item is available only when you have a single reporter selected.

**Import Reporter** displays a dialog box that lets you locate and open a saved reporter. This menu item is available anytime you are within the AppleSearch program and connected to the AppleSearch server.

**Connect/Disconnect** displays the "Select an AppleSearch server" dialog box and, if needed, a security dialog box. If you are already connected to a server, the menu item changes to Disconnect.

**Page Setup** displays the Page Setup dialog box for the printer you selected in the Chooser.

**Print** prints the contents of the active article window.

**Quit** closes the AppleSearch Client program. Quitting the program does not disconnect you from the AppleSearch server if you are already connected to the server and have scheduled reporters.

APLNDC630-0000441918

## Edit menu



**Undo** undoes the previous editing operation.

**Cut** cuts the selected text and places it on the Clipboard.

**Copy** copies the selected text and places it on the Clipboard.

**Paste** pastes the contents of the Clipboard into the active editing area.

**Clear** deletes the selected text.

**Select All** selects all the text in the active editing area.

**Delete Reporter** deletes the currently selected reporter in the AppleSearch window.

**Rename Reporter** displays a dialog box that allows you to rename the selected reporter.

APLNDC630-0000441919

**Preferences** displays the Preferences dialog box.



- *Default Information Sources*

  The upper portion of the Preferences dialog box specifies what information
  sources appear in your reporter window each time you open a new reporter
  window.
  — *All* causes AppleSearch to automatically select all the available
    information sources.
  — *Last used* causes AppleSearch to automatically select only those
    information sources that you used the last time you performed a search.
  — *None* causes AppleSearch to not select any information sources
    automatically.

- *Highlight matching words in articles* causes AppleSearch to highlight and
  underline the words in the article viewing window that match the search
  words that you specified in your search request.

  *Note:* This feature is not supported for articles from WAIS information
  sources.

- *Display the server select dialog box at startup* causes AppleSearch to
  automatically display the "Select an AppleSearch server" dialog box each
  time you start your computer. This option can be changed only when your
  AppleSearch client computer is connected to an AppleSearch server.

APLNDC630-0000441920

## View menu



**by Information Source** sorts search results in the reporter window by information source and shows relevance-ranking stars (★) within each information source.

**by Title** sorts search results across all information sources by title. You can view search results by title anytime that the reporter window is active.

**by Date** sorts search results across all information sources by date. You can view search results by date anytime that you are viewing article titles in the reporter window.

*Note:* Some articles from WAIS information sources do not have dates.

**Next Match** finds the next search word in an article from a local information source.

*Note:* This feature is not available for articles from WAIS information sources.

**Previous Match** finds the previous search word in an article from a local information source.

*Note:* This feature is not available for articles from WAIS information sources.

**Show/Hide Table of Contents** displays or hides a list of article titles from an update. Double-clicking an article title, or selecting it and choosing Open Selected Article(s) from the Search menu, opens the text of the article.

APLNDC630-0000441921

# Search menu

```
┌─────────────────────────┐
│ Search                  │
│ New Reporter         ⌘R │
│ Open Items              │
│                         │
│ Save Reporter           │
│ Save Reporter As...     │
│ Revert to Saved         │
│                         │
│ Information Sources...⌘I │
│ Schedule Search...   ⌘T │
│ Show Co-occurring Words │
│                         │
│ Start Search         ⌘E │
└─────────────────────────┘
```

**New Reporter** opens a new, empty reporter window.

**Open Items** opens the currently selected items. An item can be a reporter icon, an article resulting from a search, or an article in an update. You can also open multiple reporters or articles. The words *Open Items* change to *Open Selected Article(s)* or *Open Selected Reporter(s)* as appropriate.

**Save Reporter** saves the current reporter settings.

**Save Reporter As** displays a dialog box that allows you to save the current reporter under a new name or in a new location.

**Revert To Saved** returns the contents of a reporter window to its last-saved state.

**Information Sources** opens the Information Sources window, where you select sources for AppleSearch reporters to use.

**Schedule Search** opens the Search Schedule window, where you specify when you want AppleSearch to conduct an information search and where you want your personalized update delivered.

APLNDC630-0000441922

**Show/Hide Co-occurring Words** opens the co-occurring words window, where you can expand your search by finding the words that occur most frequently with your search word. AppleSearch finds and displays five co-occurring words from each selected information source.

*Note:* This feature is not available for articles from WAIS information sources.

**Start Search** executes an immediate search with the current settings (established in your reporter window). The results are displayed in the reporter window.

## Window menu



**AppleSearch** opens an AppleSearch window if one is not already open; if an AppleSearch window is already open, it will become active.

The lower portion of this menu displays a list of all open windows. Choosing a window's name brings that window to the front.

APLNDC630-0000441923

# Appendix B   Troubleshooting

This appendix describes potential problems you might encounter while using AppleSearch, tells you the probable cause of each problem, and suggests steps you can take to resolve the problem.

APLNDC630-0000441924

# Problems connecting to an AppleSearch server

**No server names appear in the "Select an AppleSearch Server" dialog box.**

The server might be shut down.

Ask your network administrator when the server will be available again for searching.

**The "Select an AppleSearch Server" dialog appears each time you start your computer.**

A setting in the Preferences window is causing AppleSearch to automatically display the "Select an AppleSearch Server" dialog box at startup.

Connect to the AppleSearch server; then choose Preferences from the Edit menu. Click the checkbox labeled "Display the server select dialog box at startup" to deselect it; then click Save. But keep in mind that in order to receive scheduled updates, you need to remain connected to the AppleSearch server.

**An "invalid user ID" message appears when you attempt to log on to the AppleSearch server.**

An incorrect user ID is entered. Contact your network administrator for a valid ID. When a valid user ID is created, log on to the server again.

Program linking has not been turned on for your user ID. Contact your network administrator to turn on program linking.

Your AppleSearch user name (user ID) contains more than 30 characters. Even though AppleShare and other network application programs allow the creation of long user IDs, IDs longer than 30 characters cannot be used to log on to the AppleSearch server. Contact your network administrator. When a valid user ID is created, log on to the server again.

APLNDC630-0000441925

## Problems saving or scheduling a reporter

**The Save Reporter button and the Schedule Search button in the reporter window are always unavailable (dimmed).**

You connected to the server with Guest privileges. As a guest, you can neither save nor schedule a reporter.

Reconnect to the server as a registered user. If you are not a registered user and want to be designated as one, see your network administrator.

## Problems using a reporter

**Unrequested information sources appear whenever you open a new reporter window.**

A setting in the Preferences window is causing AppleSearch to preselect all available information sources or to select the information sources that you used the last time you conducted a search.

Open the AppleSearch program; then choose Preferences from the Edit menu. Click the button under Default Information Sources ("All," "Last used," or "None") that best meets your needs.

**An unwanted reporter cannot be dragged to the Trash.**

Unlike items on your Macintosh desktop, reporters reside on the server, so you cannot drag them to the Trash.

To remove a reporter, select the reporter's icon in the AppleSearch window; then choose Delete Reporter from the Edit menu.

**Typing a new name for the reporter in the AppleSearch window does not work.**

Unlike items on your Macintosh desktop, reporters reside on the server, so you cannot rename them by selecting the icon and typing a new name.

Select the reporter's icon in the AppleSearch window; then choose Rename Reporter from the Edit menu.

APLNDC630-0000441926

## Problems obtaining search results

**The Start Search button in the reporter window is dimmed.**

Either an information source was not selected or a search request was not specified. The Start Search button becomes available only when these two conditions have been met.

Confirm that you have at least one information source selected and that you typed a search request in the "Search for" box.

**The AppleSearch reporter was unable to process the search request.**

The search request contains words or punctuation marks that have special meanings in AppleSearch, resulting in an inability to process the search request. Your reporter translates the content of the search request, which you may have copied from someplace else, into Boolean logic. In Boolean logic, the words *and, or,* and *not,* and certain non-alphanumeric characters (punctuation marks, parentheses, and so on) have special meanings that are different from the original article from which you may have copied the text. If your search request ends with the word *and, or,* or *not,* the request cannot be processed. Similarly, if your request contains incomplete punctuation marks, such as an open parenthesis without a closing parenthesis, the search request cannot be processed.

Double-check the words and punctuation marks used in the "Search for" box (in the reporter window). Confirm that the search request does not end with *and, or,* or *not.* Also make sure that opening and closing punctuation exists, if such marks are used.

**The reporter returned only a small number of articles.**

- Only a few articles met all the Search Options requirements established in the reporter window.

  Expand your search options. For example, increase the setting for Maximum Returns (in the reporter window) so that more articles can be returned to you. Also, try expanding the date range so that AppleSearch can return articles that were created earlier than the range you originally specified.

APLNDC630-0000441927

- The selected information source or sources do not represent the best choice given the search request.

  Try selecting a different information source or selecting additional information sources. Always try to select the information source that will best answer the search request.

- The words used in the search request (in the "Search for" box in the reporter window) are not the best choice for the selected information sources.

  Try using other words in the "Search for" box that might trigger the return of additional relevant articles. You might want to use the co-occurring words feature to find other relevant search words. For information on the co-occurring words feature, see Chapter 4.

- One or more selected WAIS information sources are not available.

  WAIS information sources can appear to be available even if the associated WAIS server is inaccessible. Try selecting a different information source or selecting additional information sources. If you still receive no results, contact your AppleSearch server administrator.

**The reporter returned articles that have little or nothing to do with your search request.**

- The search request was not precise enough.

  Try using other words in the "Search for" box that correspond with the information you want and the information sources that you selected. Also, confirm that AppleSearch is interpreting the request correctly; note that an understood *or* exists between each pair of search words. For example, if you're searching for two or more words next to each other, such as *Apple Computer,* you need to connect the two words with a hyphen (-) or an equivalent proximity operator; otherwise, AppleSearch returns articles containing occurrences of each search word (*Apple* or *Computer*), as well as any combination of the two.

APLNDC630-0000441928

- The search words in the "Search for" box are misspelled or contain special characters.

  Check the spelling of the words in the "Search for" box. Confirm that a space exists between words. Also, look for non-alphanumeric characters and confirm that they're used properly. Non-alphanumeric characters (question marks, exclamation marks, parentheses, and so forth) have special meanings in AppleSearch. Also confirm that the words *and, or,* and *not* are used properly. These words are Boolean operators and have special meanings in AppleSearch. Refer to Chapter 4, "Phrasing Search Requests," to learn how these special characters and words are used by AppleSearch.

- The selected information source or sources lack the information you want.

  Try selecting a different information source or selecting additional information sources. Always try to select the information source that will best answer the search request. Note that articles from WAIS information sources often will contain your search words as part of an account name, computer name, Internet address, or message title, but not in the text.

- To limit your search criteria, you have specified Boolean operators that are not processed in searches of WAIS information sources.

  Some WAIS information sources do not support Boolean operators. Try rephrasing your search request with different search words.

**The reporter is taking a long time to return results from the server.**

- The information sources on the server are being indexed or compacted. Depending on the processing power of the AppleSearch server, information search and retrieval can be slow when information sources are being indexed or compacted.

  Ask your network administrator when the indexing process will be complete. Try the search again when indexing is over.

- Many users are making search requests at the same time.

  Try the search request later, when you believe the server won't be processing so many requests at once.

APLNDC630-0000441929

- A very broad, or complex, search request is being processed. The AppleSearch server may be looking through many documents in many information sources to answer a very broad request. Perhaps the search request contains too many words.

Try retyping the search request, using a few distinctive words rather than many general words. If you still need to expand your search, try using the co-occurring words feature, discussed in Chapter 4.

**The reporter does not respond to the search request.**

The information sources became unavailable after you selected them but before you clicked the Start Search button.

Ask your network administrator when the selected information sources will be available for searching again. Try the search again when the sources are available.

**The reporter returned the articles but they don't contain the graphics or formatting.**

Your reporter finds and delivers only the text of the articles.

Open the article again; then click the Copy Original button, which allows you to obtain a copy of the original document with any graphics and formatting and save it on your hard disk.

## Problems displaying information

**The text in an AppleSearch window or dialog box is distorted.**

You need the font that AppleSearch uses to display text. The fonts you need are among those included with your system software, but for some reason they may be missing from your system. You need one of the following fonts: Monaco 9- or 10-point bitmap (screen font) or Monaco TrueType font.

Re-install your system software with the needed Monaco fonts.

APLNDC630-0000441930

## Problems with your scheduled update

**A scheduled update is not delivered.**

- Your computer was not connected to the AppleSearch server at the scheduled time of delivery.

  Leave your computer connected to the AppleSearch server. Your update should be delivered at the next delivery time following indexing of the information sources.

- Your update arrived at a location other than the one where you expected it to be delivered.

  From the AppleSearch window, open the scheduled reporter and check the day, time, and location you specified for delivery. You may have specified a delivery location or date other than where or when you expected.

- You checked for your update before the next cycle of information-source indexing. However, you should still receive an "Update results" article that confirms that no new information existed at your update-delivery time.

  Confirm that your computer was left connected to the AppleSearch server between the time you scheduled the reporter and the time that the administrator indexed the information sources. Your reporter acts on your delivery schedule after information sources are indexed. If you scheduled your reporter to deliver your update before the next information-source indexing, you are looking for your update too early. In this case, you only receive an "Update results" article without new or modified information on your topic. Ask your administrator when he or she expects the information sources to be indexed again. Look for your update at the next delivery time that follows indexing of the information sources.

- The folder to which you told AppleSearch to deliver your update has been deleted.

  As the destination for the update, specify a folder that's unlikely to be deleted; then schedule the search again.

APLNDC630-0000441931

**The original document cannot be retrieved from a scheduled update.**

- The scheduled update resides on your hard disk, and the Copy Original feature is supported only when you are viewing an article on the server. The scheduled update is for reading only.

  Use the scheduled reporter to perform an immediate search; then open the article from the reporter window and click Copy Original.

## Problems opening a document you saved by clicking Copy Original

**The formatted original can't be opened.**

You don't have a program, such as the application in which the original document was created, that can open the document.

Ask your network administrator for the name of the application that created the document that you are trying to open. Either purchase the application and use it to open the document, or ask someone who can open the document to open it for you.

APLNDC630-0000441932

APLNDC630-0000441933

# Glossary

**access privileges**  The privileges given to or withheld from users, that allow users to open and make changes to a shared disk or folder and its contents. Access to the information stored on the AppleSearch server is controlled through the setting of access privileges.

**article viewing window**  An AppleSearch window in which the text of an article is displayed. Compare *update viewing window*.

**Boolean**  A mathematical term that describes the document searching and sorting logic used by AppleSearch.

**client**  A computer that has access to services, such as AppleSearch, on a network. The computers that provide services are called *servers*. A user of a client may request information search and retrieval, printing, or other available services from servers.

**co-occurring words**  A feature of AppleSearch that allows a user to expand a search by finding the words that occur most frequently in the same information source as a specified search word. (The search word can also be called a *keyword*.)

**DARPA Internet**  The collection of networks and gateways that use TCP/IP protocols to communicate. Also called the Internet. See also *internet*.

**file sharing**  The capability of sharing files among computers on a network. File sharing is a built-in feature of Macintosh system software version 7.0 or later.

**gateway**  A logical or physical entity that connects two or more networks.

**information source**  A shared volume or folder of documents that has been designated as searchable by the AppleSearch software.

**internet**  An interconnected group of networks. When written as *Internet*, refers to the DARPA Internet.

**keyword**  A distinctive word that an AppleSearch user types or copies into the co-occurring words window. In information search-and-retrieval systems, the terms *keyword, search word, query word*, and so on, all refer to the word or term that a user is trying to find in a collection of documents or information sources. Compare *co-occurring words* and *search words*.

**local area network**  A group of computers at a single site connected for the purpose of sharing resources.

**local information source**  A shared volume or folder of documents on the AppleSearch server that has been designated as searchable by the AppleSearch software.

APLNDC630-0000441934

**Make Changes privilege**  The access privilege that gives a user the right to make changes to a folder's or directory's contents.

**network**  A group of computers and other devices (such as printers and file servers) linked by means of connectors and cables. Specially designed software allows the devices on the network to exchange information.

**network administrator**  The person responsible for setting up and maintaining the network. This individual maintains all network services, such as AppleSearch. For AppleSearch, the administrator designates registered users, maintains information sources, and monitors the status of the AppleSearch server.

**network services**  The capabilities that the network system delivers to users, such as printing on network printers, using AppleSearch on network file servers, or communicating through electronic mail.

**program linking**  The ability of an application program to exchange information directly with another program over a network.

**relevance ranking**  A statistical measure that evaluates all the articles in an information source according to how well they answer a user's search request.

**remote information source**  A shared set of documents on a server other than the AppleSearch server) that has been designated as searchable by the AppleSearch software. See also *WAIS information source*.

**reporter**  An electronic search agent that actively finds information in order to answer a user's search request. The reporter is created in a familiar Macintosh window, called a *reporter window*. The actual reporter resides on an AppleSearch server but is created and used by client computers.

**root word**  The part of a search word that remains after the stemming process has removed suffixes. Used to identify variations of the search word. See also *stemming*.

**scheduled reporter**  A user-defined reporter that performs an information search at a specific time and on a specific date, then delivers the results as a newspaper-like document to the user's hard disk.

**search words**  Those words that a reporter uses as part of the search process. Search words carry distinctive meanings. AppleSearch performs word matching and statistical comparison of the search words against the selected information sources to find articles that meet the user's needs. Compare *stopwords*.

**See Files privilege**  The access privilege that gives a user the right to open and copy documents and applications in a folder.

**See Folders privilege**  The access privilege that gives a user the right to see folders within a folder.

**server**  A computer that provides a particular service across a network. The service may be AppleSearch, printing, and so on. Computers from which people use the service are called *clients*.

**sharing**  The ability to see folders, see files, or make changes to a shared disk or folder. Access privileges are granted by the owner of the shared item and are used to determine what other network users can do with the disk or folder and its contents.

**stemming**  A function of AppleSearch that recognizes the root words in each article. Stemming removes common suffixes from words and abstracts the root word for matching purposes. See also *root word*.

APLNDC630-0000441935

**stopwords**  Those words that a reporter ignores when performing a search. A list of stopwords exists as a file on the AppleSearch server and includes interrogatory words (*who, what, why,* and so forth), articles (*the, a, an,* and so forth), prepositions (*for, with, of,* and so forth), and others that tend to lack a specific, noncontextual meaning. Compare *search words*.

**system software**  The files and resources (including file-sharing capability), stored in the System Folder, that a Macintosh computer uses to run itself.

**update**  A newspaper-like document delivered to a user's disk by a scheduled reporter. An update contains new or modified information as it pertains to a user's search request. Updates are delivered at a user-specified time and location after the next time that information sources are indexed.

**update viewing window**  An AppleSearch window that displays the full text of an article opened from an update. Compare *article viewing window*.

**WAIS**  See *wide area information server*.

**WAIS database**  An information database on a WAIS server, accessible to the network through a natural language–like search engine such as AppleSearch. See also *wide area information server*.

**WAIS information source**  An information source that represents a WAIS database that has been designated as searchable by AppleSearch Server.

**wide area information server (WAIS)**  A server that contains an information database accessible to the network through a natural language–like search engine such as AppleSearch.

**XTND**  A technology used by Apple Computer that allows the AppleSearch software to extract plain text from various document types—stripping out graphics and formatting—for indexing and searching. The XTND technology is applied by means of file-format translators, each of which is specific to a given document format. For example, in order for an AppleSearch client to extract the plain text from a MacWrite document, the XTND translator for MacWrite must be present on the AppleSearch server.

APLNDC630-0000441936

APLNDC630-0000441937

# Index

## A

access privileges
  Authentication Extension and  14
  guest  89
adding an information source  26–27
adjacency (*adj*) operator  73–75, 77, 78
After Date option in reporter window  31
All option in Preferences dialog box  57, 83
*and* operator  69, 77, 78
apostrophe (') operator  73, 77, 78
AppleSearch, compatibility with older versions  12
AppleSearch administrator  3
AppleSearch Client folder  13
AppleSearch Client program
  connecting to server with  15–18, 81
  installing  12, 13, 14
  menus  79–86
  quitting  81
  starting  15
  version of  80
AppleSearch client software  6
AppleSearch Help  15
AppleSearch window  24
articles
  dates of  31
  specifying minimum rank of  30
  specifying number returned  31

  problems displaying  93
  using text of  36
article viewing window  36
  problems with  93
asterisk (*) operator  72, 77, 78
Authentication Extension file  6, 14

## B

Boolean operators  8
  in search requests  69–78
  precedence of  77
  WAIS server support of  69

## C

case sensitivity in search requests  28
client/server interaction  2–7
  in immediate search  33
  in scheduled search  43
comma (,) operator  73, 77–78
commands  79–86
Communication Extension file  6, 14
connecting to server  81
co-occurring words  64–68, 76
  adding to search request  67
co-occurring words window  66–68
copying text from an article  37, 54, 81
copying original document  37, 54, 81
  problems with  95

APLNDC630-0000441938

**D**

default options  57–58, 89
deleting a reporter  40, 82, 89
disconnecting from server  81
"Display the server select dialog box at startup"
        option in Preferences dialog box  58, 83
document, original  37, 54, 81, 95
document dates
    specifying  31
    from WAIS information sources  35
documents
    copying original  37, 54, 81
    problems with copying  95

**E, F**

exclamation mark (!) operator  76–78
exporting a reporter  51, 81
Extensions folder  14

**G**

graphics in retrieved documents 37, 93
guest access to server  16, 17
    problems with  89

**H**

hardware, requirements for AppleSearch  12
Help, online  14
highlighting matched words  37
"Highlight matching words in articles" option in
        Preferences dialog box  58, 83
hyphen (-) operator  73–74, 77–78

**I, J**

ignored words in search request  60
immediate search  21, 32–35, 46
importing a reporter  49, 81

indexing schedule, specifying  44
information sources
    adding  26–27
    default options  57
    keyboard shortcuts for adding and removing  3–4
    local  3–4
    remote  4
    removing  27
    WAIS  4–5
    selecting multiple  25
    specifying  28–28
Information Sources window  25–28
    opening  85
Installer  12–14
Internet  5–6

**K**

keywords  66–68

**L**

"Last used" option in Preferences dialog box  57, 83
lowercase letters in search requests  28, 63

**M**

matched word
    finding next  36, 83
    finding previous  36, 84
matched-words feature
    activating  58
    deactivating  58
    not supported for WAIS information sources  36
Maximum Returns option in reporter window  31
menus, described  79–86
Minimum Rank option in reporter window  30
modification date of articles to be returned  31
monetary symbols in search requests  74

APLNDC630-0000441939

**N**

natural-language query  63
network administrator  16
None option in Preferences dialog box  57, 83
*not* operator  70, 77–78

**O**

*or* operator  69

**P**

parentheses ( ) operator  75
period (.) operator  73–74, 77–78
Preferences dialog box  18, 57–58, 83
Preferences folder  14
printing articles  37, 81
privileges  14, 89
proximity, adjusting  75
proximity operators  73–76

**Q**

question mark (?) operator  71–72, 77–78
quitting AppleSearch Client program  81

**R**

rankings  30, 61–62
registered user  16, 89
relevance ranking
    assignment of  61–62
    specifying minimum  30
reporters
    creating  23–28, 85
    defined  20
    deleting  40, 82, 89
    exporting  51–52
    importing  49–50
    opening  39

problems using  89
renaming  41–42, 82, 89
reverting to saved state  85
saving  38–39, 85
reporter window  24, 28–31
root words  63
requirements for AppleSearch Client program  12

**S**

saving an article  37, 81
scheduled search  22, 23, 43–47
    first results returned  44
    problems with  89–93
Search Options box in reporter window  29
search requests  23
    with Boolean operators  69–78
    constructing  63–68
    kinds of  23
    problems with  90–93
    refining with Boolean operators  69–78
    specifying  28–31
    phrasing in your own words  63–64
Search Schedule window  45
search words  60
"Select an AppleSearch server" dialog box  15
    displaying automatically  18
    problems with  88
server  3–6
    connecting to  15–17
    immediate search, role in  33
    remaining connected to  44
    scheduled search, role in  42
    selecting  18, 57, 83
    setup  12–13
    connection problems, troubleshooting  88
    WAIS  5, 35, 63, 64
showing co-occurring words  64, 86
single-character matching  71–72

APLNDC630-0000441940

software requirements for AppleSearch Client
        program 12
stars, for relevance ranking 30, 61–62
starting a search 35, 86
stemming 63
stopwords 60

**T**
table of contents feature 55–56
time setting for scheduled searches 46
troubleshooting 87–95

**U**
updates
    empty 44
    names of 53
    problems with 94–95
    scheduling 43–47
    table of contents 56, 84
    viewing 53–56
update delivery
    specifying location for 46
    specifying suspension of 46
    specifying times for 44
update viewing window 53–56
uppercase letters in search requests 19, 63
user ID 16, 88

**V**
version of AppleSearch Client program 80
viewing search results
    by date 84
    by information source 84
    by title 84

**W, X, Y**
WAIS Gateway feature 4, 6
WAIS information source 5, 23
    maximum number of articles returned from 30, 34
    not indexed by AppleSearch 44
    updates from 44
WAIS server 5
    dates of articles from 35
    stemming not supported by 63
    co-occurring words not supported by 64
wild-string searching 72
*W/n* operator 75–76
word expansion operator 76
words
    co-occurring 64–68, 76
    frequency of 62
    ignored 60
    root 63
    search 60

**Z**
zones, network 15

APLNDC630-0000441941

**The Apple Publishing System**

The *AppleSearch User's Guide* was written, edited, and composed on a desktop publishing system using Apple Macintosh computers, an AppleTalk network system, Microsoft Word, and QuarkXPress. Line art was created with Adobe Illustrator and Photoshop. Proof pages were printed on Apple LaserWriter printers. Final pages were output directly to 70-mm separated film on an Electrocomp 2000 Electron Beam Recorder. PostScript™, the LaserWriter page-description language, was developed by Adobe Systems Incorporated.

Text type is Times® Roman, display type is Helvetica® Narrow, and cover type is AppleGaramond, Apple's corporate font. Ornaments are custom symbols designed for Apple Computer. Some elements, such as computer voice, are set in Apple Courier, a fixed-width font.

AppleSearch User's Guide

**Apple Computer, Inc.**

1 Infinite Loop
Cupertino, California 95014-6299
(408) 996-1010
TLX 171-576

030-5882-A
Printed in U.S.A.

APLNDC630-0000441943