# EXHIBIT 12

```
                                                                  Page 1
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   APPLE INC., a California    )
     corporation,                 )
 6                                )
             Plaintiff,           )
 7                                )
             vs.                  ) Case No. 12-cv-00630-LHK
 8                                )
                                  )
 9   SAMSUNG ELECTRONICS CO., a   )
     Korean corporation, SAMSUNG  )
10   ELECTRONICS AMERICA, INC.,   )
     a New York corporation; and  )
11   SAMSUNG TELECOMMUNICATIONS   )
     AMERICA, LLC, a Delaware     )
12   limited liability company,   )
                                  )
13           Defendants.          )
     _____    )
14
15
16            CONFIDENTIAL TRANSCRIPT
17       VIDEOTAPED DEPOSITION OF BREWSTER KAHLE
18
19
20            San Francisco, California
21              Thursday, July 25, 2013
22
23   Reported by:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 63707
```

Confidential

Page 79

```
             1            THE WITNESS:  Z39.50 did not assume how the
             2   bytes encoded in it were either encoded nor
             3   transmitted.  So it could be implemented in many
             4   different ways, in many different networked local
11:39        5   environments.
             6        BY MR. BUROKER:
             7        Q.   The -- so then one WAIS client configured a
             8   certain way could send a Z39.50 package of information,
             9   and the server may not be able to interpret it; is that
11:40       10   correct?
            11            MR. WARREN:  Objection.  Misstates the
            12   witness's prior testimony.
            13            THE WITNESS:  There can be version skew
            14   between WAIS clients and WAIS servers in such a way
11:40       15   that it would be incompatible.  It would have to be
            16   upgraded.
            17   BY MR. BUROKER:
            18        Q.   Was there a way to communicate Z39.50 packages
            19   over a dial-up mechanism back in the early '90s?
11:40       20        A.   Anything that would communicate digital
            21   information could communicate Z39.50 packets.  Dial-up
            22   could be used in many different ways to build different
            23   layers, but, yes, it can be used to -- even on a fairly
            24   raw basis used dial-up technology.
11:41       25        Q.   What do you mean, "on a fairly raw basis"?
```

Confidential

Page 80

1         A.   There was a networking stack that has a set of
2    layers, and some of these layers handle things like
3    retransmission or error -- error handling, and these
4    would be useful in the use of, say, Z39.50.  Otherwise,
11:41  5    we would have to go and implement something that would
6    handle retransmission.
7         Q.   Would you agree that a Z39.50 package that was
8    sent via dial-up might not be transmitted over the,
9    quote, "Internet"?
11:42 10              MR. WARREN:  Objection.  Vague.  Incomplete
11    hypothetical.
12              THE WITNESS:  Wow.  Okay.  I wrote the article
13    on -- in the Encyclopedia Britannica on what is the
14    Internet.
11:42 15              Yes, there are mechanisms of communicating
16    digital data that does not involve the Internet.  And
17    could Z39.50 packets be transmitted?  Yes.  Over
18    other -- over other technologies, yes.
19    BY MR. BUROKER:
11:42 20         Q.   Earlier you mentioned something about the
21    Internet version of WAIS.
22              What did you mean by that?
23              MR. WARREN:  Objection.  Vague.
24              Go ahead.
11:43 25              THE WITNESS:  The -- in April of 1991, we made

```
       1   an open source -- I guess that word didn't exist yet.
       2   We made a bundle of software available for public
       3   distribution.  And it was distributed over the
       4   Internet, and it was particularly crafted for users of
11:43  5   Internet systems -- Internet-connected systems.
       6   BY MR. BUROKER:
       7       Q.  And how was it particularly crafted for
       8   Internet-connected systems?
       9       A.  The set of software that was distributed in
11:43 10   April of 1991 had references to a directory of servers
      11   that could be add- -- addressed using an IP address as
      12   well as clients and server technology that were built
      13   to use UNIX-based TCP/IP stacks as well as the Apple
      14   Macintosh client which was used -- using Mac TCP, which
11:44 15   existed by then.
      16       Q.  So in that environment, the client system
      17   could communicate WAIS requests in a -- a version of
      18   Z39.50 using an IP address to go to the WAIS server; is
      19   that correct?
11:44 20       A.  Z39.50 would be a part of how the client would
      21   interact with the server.  There are other components
      22   to the protocol that were necessary to be understood by
      23   both sides.  Z39.50 was a component of the protocol
      24   system for communicating between many clients and many
11:45 25   servers, though there was still a -- a mechanism for
```

Page 82

1    clients to talk directly to their indices that are on
2    their own hard drives.
3         Q.  So just I'm clear on this Internet-based
4    version, the request would be sent from the client
11:45  5    directly to the server using the IP address that had
6    looked up in the directory server; is that correct?
7         MR. WARREN:  Objection.  Vague.  Incomplete
8    hypothetical.
9         THE WITNESS:  Clients could communicate with
11:45 10    data sources either locally on their own hard drivers
11    or by communicating by opening sockets to target
12    WAIS-compatible protocol recipients, whether they're on
13    full-on servers or editors.  They could be something
14    that would receive that protocol.  Does not -- and the
11:46 15    going -- using Z39.50 and opening a socket does not
16    mean that it goes necessarily off the computer.
17    BY MR. BUROKER:
18         Q.  But if it was going to a remote server, how
19    would it get from the client server to the remote
11:46 20    server?  If the packet from the client was intended for
21    a remote server that had an IP address, what's your
22    understanding of how it got from point A to point B?
23         A.  Well, by the time it -- in the Internet
24    release in April of 1991, it would open a TCP/IP
11:47 25    connection from the client.  And -- and you asked if it

Page 84

```
              1            What happens to that -- those -- that
              2    information as it moves -- moves along, actually, it
              3    can go through a number of gateways and technologies
              4    and translations.  But the WAIS station software that
      11:49   5    we publicly distributed, that was its -- from its
              6    perspective, its primary mechanism of communicating
              7    that -- that I recall.
              8         Q.  So when you say it's Internet-based, is that
              9    because it uses TCP/IP as a vehicle for delivery?
      11:50  10            MR. WARREN:  Objection.  Vague.
             11            THE WITNESS:  That set of releases was called
             12    Internet-based -- or I use the term "Internet-based" at
             13    this -- at this stage because that was the set of users
             14    that we were attempting to get to use the WAIS system.
      11:50  15    BY MR. BUROKER:
             16         Q.  Right.
             17            But what -- what about those users made them
             18    Internet users versus the previous versions?
             19         A.  The Internet release was announced on an
      11:50  20    Internet mailing list and was made available using FTP,
             21    which is a more primitive protocol.  So that release,
             22    that bundle of software, was only made available -- no.
             23    Only made available -- it was primary -- the -- the
             24    e-mail that set -- set out how you get it is you go to
      11:51  25    this FTP server.  So it was -- it was more limited than
```

Page 85

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | what we were doing in other circumstances, which was         |
|       | 2  | having the WAIS software used in other environments.         |
|       | 3  | Q.  I guess what I'm getting at is, why did you              |
|       | 4  | call it an Internet release?  Is that because that's         |
| 11:51 | 5  | the first time that the client was able to communicate       |
|       | 6  | via TCP/IP to the server?                                    |
|       | 7  | A.  Oh, no.                                                  |
|       | 8  | Q.  So what made it an Internet release versus the           |
|       | 9  | not -- earlier version?                                      |
| 11:51 | 10 | A.  It was the April of 2 -- 1999 release was --             |
|       | 11 | Q.  I think you said '99.                                    |
|       | 12 | A.  Excuse me.  1991 -- thank you -- release was             |
|       | 13 | sort of the first publicly available, downloadable,          |
|       | 14 | free, complete software release that was made to -- to       |
| 11:52 | 15 | anybody.                                                     |
|       | 16 | Q.  Okay.  In the document we've still got open --           |
|       | 17 | A.  Yeah.                                                    |
|       | 18 | Q.  -- the second paragraph on page 3 says, "The             |
|       | 19 | client is the user interface.  The server does the           |
| 11:52 | 20 | indexing and retrieval of documents, and the protocol        |
|       | 21 | is used to transmit the queries and responses."              |
|       | 22 | Is that fair?                                                |
|       | 23 | A.  That's --                                                |
|       | 24 | MR. WARREN:  Objection.  Vague.                              |
| 11:52 | 25 | Sorry.  Go ahead.                                            |

Page 86

```
               1            THE WITNESS:  That's a simplification, as
               2   we've discussed.  But, you know, given the document
               3   that this was looking to try to approach, it was a
               4   simplification we thought would be useful.
       11:52  5   BY MR. BUROKER:
               6       Q.  And then the next sentence says, "The client
               7   and server are isolated from each other through the
               8   protocol."
               9            Is that accurate?
       11:52 10            MR. WARREN:  Objection.  Asked and answered.
              11            MR. BUROKER:  I didn't ask about this
              12   question -- about this sentence.
              13            THE WITNESS:  Pardon?
              14   BY MR. BUROKER:
       11:52 15       Q.  I didn't ask about this sentence.
              16            MR. WARREN:  He didn't like my objection.  You
              17   can ignore that.
              18            MR. BUROKER:  Thank you.
              19            MR. WARREN:  You can ignore everything.
       11:52 20            THE WITNESS:  Can you repeat the question?
              21   BY MR. BUROKER:
              22       Q.  It says, "The client and server are isolated
              23   from each other through the protocol."
              24            Is that accurate?
       11:53 25       A.  That's a drastic simplification and does not
```