# EXHIBIT 13

1

1            UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

3    - - - - - - - - - - - - - - - -X

4    APPLE INC., a California          :

5    Corporation,                      :

6                 Plaintiff,           :

7    v.                                :

8    SAMSUNG ELECTRONICS CO., LTD., a :

9    Korean corporation; SAMSUNG      :Civil Action No.

10   ELECTRONICS AMERICA, INC., a New :12–cv–00630–LHK(PSG)

11   York corporation; and SAMSUNG    :

12   TELECOMMUNICATIONS AMERICA, LLC, :

13   A Delaware limited liability     :

14   Company,                          :

15                 Defendants.         :

16   - - - - - - - - - - - - - - - -X

17   (Caption continued on next page)

18

19        Videotaped Deposition of NORBERT FUHR

20              London, United Kingdom

21              Friday, July 12, 2013

22                   9:00 a.m.

23

24   Job No.: 40426                    Pages 1 – 212

25   Reported by: Georgina Ford, ACR, CLR, MAVSTTR, MBIVR

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

72

| | | |
|---|---|---|
| 1 | A.  No. | 11:02:13 |
| 2 | Q.  You were in Dortmund between 1991 and 2002? | 11:02:16 |
| 3 | A.  Mm-hm. | 11:02:22 |
| 4 | Q.  In that time period, did you do any research | 11:02:25 |
| 5 | regarding WAIS? | 11:02:29 |
| 6 | A.  We started around -- I think it was in early | 11:02:37 |
| 7 | '93, maybe also late '92, that we started working on | 11:02:45 |
| 8 | WAIS and we got the FreeWAIS system installed on our | 11:02:53 |
| 9 | machines.  That was done by Ulrich Pfeiffer and | 11:03:06 |
| 10 | I looked closer at it and saw that, yes, it had many | 11:03:09 |
| 11 | deficiencies and so I came up with the idea of | 11:03:15 |
| 12 | extending it such that it would become a usable system | 11:03:21 |
| 13 | that could be really used for standard document | 11:03:26 |
| 14 | retrieval. | 11:03:32 |
| 15 | Q.  What were those deficiencies that you | 11:03:34 |
| 16 | noticed? | 11:03:36 |
| 17 | A.  Yes, it just -- mainly, that it just | 11:03:37 |
| 18 | regarded a document as just as one text block and you | 11:03:43 |
| 19 | could not have, yes -- then the features we added | 11:03:51 |
| 20 | like, for example, fields. | 11:03:57 |
| 21 | Q.  Were there any other deficiencies that you | 11:04:06 |
| 22 | noticed of FreeWAIS-sf -- strike that. | 11:04:08 |
| 23 | Are there any other deficiencies you noticed | 11:04:15 |
| 24 | of FreeWAIS that you would install? | 11:04:17 |
| 25 | A.  So it was the text block and you could only | 11:04:23 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

73

| | | |
|---|---|---|
| 1 | do text search and I think it even lacked stemming but | 11:04:26 |
| 2 | I'm not so sure about that. | 11:04:32 |
| 3 | Q.  What is stemming? | 11:04:35 |
| 4 | A.  That is what reduced the word stem, like | 11:04:36 |
| 5 | "computers" to "compute", reduce to "compute" and this | 11:04:43 |
| 6 | was -- stemming is the standard method in information | 11:04:46 |
| 7 | retrieval and it was -- I think it was not contained | 11:04:49 |
| 8 | in the FreeWAIS system but in experimental systems | 11:05:00 |
| 9 | this was standard. | 11:05:05 |
| 10 | Q.  Did you add stemming to FreeWAIS-sf? | 11:05:08 |
| 11 | A.  Yes, at least our version.  FreeWAIS-sf | 11:05:12 |
| 12 | contained stemming, yes. | 11:05:18 |
| 13 | Q.  What was the first version of FreeWAIS-sf | 11:05:22 |
| 14 | that contained stemming? | 11:05:26 |
| 15 | A.  The version in '94 that we publicly | 11:05:29 |
| 16 | announced had all our features integrated, including | 11:05:35 |
| 17 | stemming. | 11:05:43 |
| 18 | Q.  How was stemming implemented in the 1994 | 11:05:47 |
| 19 | version of FreeWAIS-sf? | 11:05:49 |
| 20 | MR. JAFFE:  Objection: vague. | 11:05:55 |
| 21 | THE WITNESS:  I don't know exactly but there | 11:05:56 |
| 22 | were standard algorithms around and I assume it just | 11:06:00 |
| 23 | implemented this algorithm. | 11:06:08 |
| 24 | BY MR. FURMAN: | 11:06:29 |
| 25 | Q.  So you explained stemming as reducing the | 11:06:30 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

74

1    word "computer", for example, to "compute"?          11:06:34

2         A.  Yes, especially plurals or where you have   11:06:36

3    verbs like going, goes and so to go.  That's basically 11:06:40

4    the idea.                                             11:06:46

5         Q.  So in the implementation of stemming in the 11:06:46

6    1994 version of FreeWAIS-sf, did a user need to       11:06:48

7    indicate that they were looking for a stemmed version 11:06:55

8    of a queried word or did the system always search for 11:07:00

9    the root of a word when the query was sent?           11:07:04

10        A.  That was a matter of the configuration of    11:07:10

11   the system.  That's how the person who set up the     11:07:13

12   database could specify which methods to apply and also 11:07:19

13   which methods the user could specify in his query.    11:07:30

14   So, in principle, it would have been possible to      11:07:38

15   search for the text both with stemming and without    11:07:45

16   stemming by specifying that in your query.            11:07:49

17            So it could be either the choice of the      11:08:05

18   database administrator that he set it fixed or he     11:08:07

19   could also delegate it to the user so that the user   11:08:10

20   could have a choice.                                  11:08:14

21        Q.  When a user submitted a query to the        11:08:19

22   FreeWAIS-sf system available in 1994 that was the word 11:08:24

23   "compute" with an asterisk at the end, is that an     11:08:30

24   example of using the stemming system?                 11:08:35

25        A.  No, that would be called wildcard searching  11:08:37

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

75

| | | |
|---|---|---|
| 1 | and I think that was also a feature that was available | 11:08:41 |
| 2 | but the default was that the user just enters, for | 11:08:48 |
| 3 | example, "computer" but internally the system would | 11:08:52 |
| 4 | search for all words with the root "compute" and would | 11:08:56 |
| 5 | find, for example, the word "computing". | 11:09:08 |
| 6 |     Q.  You see -- I apologize. | 11:09:11 |
| 7 |       Is it accurate to say that "compute" -- | 11:09:13 |
| 8 | strike that. | 11:09:17 |
| 9 |       In the context of stemming, is it accurate | 11:09:18 |
| 10 | to say that the word "compute" would be the root of | 11:09:20 |
| 11 | the word "computer", "computing"; is that an accurate | 11:09:22 |
| 12 | use of the nomenclature? | 11:09:27 |
| 13 |     A.  Yes. | 11:09:29 |
| 14 |     Q.  How did the FreeWAIS-sf version in 1994 | 11:09:32 |
| 15 | determine the roots for all of the words in a | 11:09:37 |
| 16 | particular database? | 11:09:40 |
| 17 |     A.  There was standard algorithms around and the | 11:09:43 |
| 18 | standard -- the most popular algorithm I remember was | 11:09:47 |
| 19 | the so-called Porter algorithm that was used by most | 11:09:51 |
| 20 | experimental systems at that time. | 11:09:56 |
| 21 |     Q.  Was that algorithm run at indexing time or | 11:10:01 |
| 22 | at query time? | 11:10:04 |
| 23 |     A.  For the documents, it was run at indexing | 11:10:06 |
| 24 | time and, of course, for the submitted query you also | 11:10:10 |
| 25 | have to apply it to the query in order to be able to | 11:10:14 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

76

| | | |
|---|---|---|
| 1 | find all the variants of a word. | 11:10:20 |
| 2 | Q.  So when a database was indexed using the | 11:10:33 |
| 3 | version of FreeWAIS-sf available in 1994, one thing | 11:10:36 |
| 4 | that would occur would be extracting or somehow | 11:10:41 |
| 5 | analyzing the words in the database and storing all | 11:10:47 |
| 6 | the various stemming information in that index, | 11:10:51 |
| 7 | correct? | 11:11:00 |
| 8 | A.  Yes. | 11:11:00 |
| 9 | Q.  Going back to what we were discussing | 11:11:00 |
| 10 | a couple of minutes ago, you testified that | 11:11:02 |
| 11 | Mr. Pfeiffer had installed a version of FreeWAIS and | 11:11:06 |
| 12 | that you had noticed certain deficiencies. | 11:11:09 |
| 13 | You listed three deficiencies: one was | 11:11:12 |
| 14 | regarding the document so in text block; (2) that | 11:11:15 |
| 15 | there was only a text search, and (3) that it may have | 11:11:21 |
| 16 | lacked stemming.  We just discussed stemming. | 11:11:24 |
| 17 | What did you mean by it only did text | 11:11:27 |
| 18 | searching? | 11:11:29 |
| 19 | A.  Yes, for example, when you would want to | 11:11:30 |
| 20 | search for time periods you were looking for documents | 11:11:33 |
| 21 | before the year 2000 or so, then this was not possible | 11:11:37 |
| 22 | or it would have been possible only by enumerating in | 11:11:43 |
| 23 | your query all the years separately because internally | 11:11:48 |
| 24 | it would just compare the strings and would not know | 11:11:52 |
| 25 | that 1999 is before 2000. | 11:11:55 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

77

| | | |
|---|---|---|
| 1 | Q. And how did FreeWAIS -- strike that. | 11:12:01 |
| 2 | What was the first version of FreeWAIS-sf | 11:12:04 |
| 3 | that overcame this deficiency in FreeWAIS? | 11:12:06 |
| 4 | A. I -- yes, it was already the 1994 version. | 11:12:17 |
| 5 | That already had this feature. | 11:12:26 |
| 6 | Q. And how did FreeWAIS-sf -- strike that. | 11:12:27 |
| 7 | How did the 1994 version of FreeWAIS-sf | 11:12:30 |
| 8 | overcome this deficiency of only doing text searching | 11:12:33 |
| 9 | that you found in FreeWAIS? | 11:12:38 |
| 10 | A. Yes, we just added a new data types or | 11:12:40 |
| 11 | numbers and treated them separately .so we set up | 11:12:45 |
| 12 | specific data structures for being able to perform | 11:12:50 |
| 13 | these kind of searches. | 11:12:55 |
| 14 | Q. Were there any other data types, besides the | 11:12:57 |
| 15 | date, that you added in FreeWAIS-sf in 1994? | 11:13:00 |
| 16 | A. Additional data types, really, but for we | 11:13:11 |
| 17 | stented the concept of data types so that you can have | 11:13:15 |
| 18 | several such predicates and, yes, so what we included | 11:13:22 |
| 19 | was also phonetic search for text and whether we | 11:13:29 |
| 20 | regard this as a new data type or as just a new search | 11:13:35 |
| 21 | predicate for text, well, that's ... | 11:13:40 |
| 22 | Q. So what's the search predicate? | 11:13:43 |
| 23 | A. It just means that in principle you specify | 11:13:45 |
| 24 | one condition and in its full form you have | 11:13:53 |
| 25 | a comparison value, a predicate like larger or | 11:14:02 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

82

| | | |
|---|---|---|
| 1 | A.  Yes. | 11:20:16 |
| 2 | Q.  Did you or anyone in your group acquire | 11:20:16 |
| 3 | a copy of the source code for FreeWAIS? | 11:20:20 |
| 4 | A.  What do you mean by "acquire"? | 11:20:26 |
| 5 | Q.  Download, receive on a CD or otherwise gain | 11:20:29 |
| 6 | into your possession a copy of the source code for | 11:20:35 |
| 7 | FreeWAIS? | 11:20:39 |
| 8 | A.  Yes.  As I said before, Ulrich Pfeiffer he | 11:20:39 |
| 9 | acquired the source code. | 11:20:44 |
| 10 | Q.  I see.  I misunderstood.  I was under the | 11:20:48 |
| 11 | impression that he had downloaded an executable and I | 11:20:50 |
| 12 | was asking about the source code. | 11:20:53 |
| 13 | A.  Oh no.  No.  Well, at that time it was | 11:20:55 |
| 14 | mainly through source code because the problem was | 11:21:01 |
| 15 | that there were so many variants of operating systems | 11:21:04 |
| 16 | and providing executable would have meant big effort | 11:21:08 |
| 17 | for the one providing it because they would have to | 11:21:19 |
| 18 | provide executables for a big variety of operating | 11:21:22 |
| 19 | systems.  So the standard method was providing the | 11:21:26 |
| 20 | source code. | 11:21:29 |
| 21 | Q.  I understand. | 11:21:29 |
| 22 | Did Mr. Pfeiffer or anyone else in your | 11:21:30 |
| 23 | group have to make modifications to the FreeWAIS | 11:21:32 |
| 24 | source code to get it to run on the systems at your | 11:21:35 |
| 25 | group? | 11:21:38 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

83

| | | |
|---|---|---|
| 1 | A.  I don't know but it's very likely.  Well, as | 11:21:39 |
| 2 | part of -- the installation was not as straightforward | 11:21:45 |
| 3 | as it would be today. | 11:21:48 |
| 4 | MR. JAFFE:  Again, I'll just object to -- | 11:21:51 |
| 5 | that it calls -- the question calls for speculation. | 11:21:52 |
| 6 | BY MR. FURMAN: | 11:21:57 |
| 7 | Q.  Was FreeWAIS-sf based -- strike that. | 11:21:57 |
| 8 | Did the FreeWAIS-sf software that your group | 11:22:03 |
| 9 | developed use the source code for FreeWAIS? | 11:22:07 |
| 10 | A.  Yes. | 11:22:12 |
| 11 | Q.  The source code for FreeWAIS, did it form | 11:22:15 |
| 12 | the basis of the source code for FreeWAIS-sf? | 11:22:17 |
| 13 | A.  Yes. | 11:22:22 |
| 14 | Q.  After Mr. Pfeiffer downloaded, compiled and | 11:22:24 |
| 15 | installed FreeWAIS, did you or anyone in your group to | 11:22:29 |
| 16 | your knowledge have any discussions with people from | 11:22:33 |
| 17 | CNIDR about the modifications that you were making to | 11:22:36 |
| 18 | FreeWAIS? | 11:22:39 |
| 19 | A.  I don't remember.  But our understanding was | 11:22:42 |
| 20 | that, yes, this was just mainly finished from their | 11:22:47 |
| 21 | side but no big development was going on on their side | 11:22:51 |
| 22 | after they released the initial version. | 11:22:57 |
| 23 | Q.  Did you need to ask their permission to make | 11:22:59 |
| 24 | modifications to their source code? | 11:23:02 |
| 25 | A.  No, this was -- as the name indicated, this | 11:23:05 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

84

| | | |
|---|---|---|
| 1 | was free code or open source. | 11:23:07 |
| 2 | Q.  Did you need to submit any changes you made | 11:23:11 |
| 3 | to FreeWAIS back to CNIDR? | 11:23:15 |
| 4 | A.  I don't know and we would have done that | 11:23:25 |
| 5 | only if we found any bugs in the system as provided | 11:23:28 |
| 6 | but certainly our focus was on developing our own | 11:23:34 |
| 7 | version independent from their version but building | 11:23:38 |
| 8 | upon it. | 11:23:43 |
| 9 | Q.  You're not aware of any obligation that you | 11:23:45 |
| 10 | or anyone in your group had to submit modifications | 11:23:47 |
| 11 | back to CNIDR? | 11:23:51 |
| 12 | A.  No, there were no obligations at all | 11:23:52 |
| 13 | involved. | 11:23:55 |
| 14 | Q.  But you may have done so in the case that | 11:23:55 |
| 15 | you found a bug? | 11:23:57 |
| 16 | A.  Yes. | 11:23:58 |
| 17 | Q.  But the FreeWAIS-sf software that you | 11:23:59 |
| 18 | developed, you were under no obligation or felt no | 11:24:03 |
| 19 | responsibility to notify or send those changes back to | 11:24:05 |
| 20 | CNIDR? | 11:24:08 |
| 21 | A.  No, we just made it public and then informed | 11:24:12 |
| 22 | them also that we were developing a much extended | 11:24:15 |
| 23 | version. | 11:24:23 |
| 24 | Q.  Were you under any obligation to make the | 11:24:24 |
| 25 | version that you were creating public? | 11:24:27 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

85

1    A.   I don't know if there was at that time          11:24:35

2  already something like open source licenses.  I don't   11:24:37

3  know if there was something like that involved at that  11:24:41

4  time but, for us, it was quite clear that we wanted to  11:24:45

5  make this also open source.                             11:24:49

6        So it is more the question, voila, if we use      11:24:51

7  this code for developing a new version this had to be   11:24:55

8  open source or not.  I don't know if this would have    11:24:59

9  been an obligation at that time.                        11:25:02

10   Q.   In the situation where you had no intention      11:25:05

11 of releasing an executable version of FreeWAIS-sf, do   11:25:08

12 you know if you were under any obligation to publish    11:25:13

13 your modified source code?                              11:25:15

14       MR. JAFFE:  Objection: vague; calls for           11:25:18

15 a hypothetical; incomplete hypothetical.                11:25:21

16       THE WITNESS:  As I said, I don't know about       11:25:26

17 if there were any licenses attached with the original   11:25:27

18 FreeWAIS that would have put such obligations upon us.   11:25:30

19 BY MR. FURMAN:                                          11:25:42

20   Q.   When did the FreeWAIS-sf project end?            11:25:43

21   A.   Well, a major break point was when Ulrich        11:25:48

22 Pfeiffer left our group in '96 and then, yes, he did    11:25:55

23 some bug fixing and then his successor in this          11:26:05

24 position was Norbert Govert but he was mainly involved  11:26:09

25 with the SFgate.  It may be that they together did      11:26:19

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

194

| | | |
|---|---|---|
| 1 | testified in response to your counsel's questions that | 14:45:35 |
| 2 | the thesis was made publicly available in the library? | 14:45:39 |
| 3 | A.  Yes. | 14:45:43 |
| 4 | Q.  Do you know if the thesis was made publicly | 14:45:44 |
| 5 | available in some type of on-line searchable database? | 14:45:46 |
| 6 | A.  I don't know. | 14:45:51 |
| 7 | Q.  Do you know if it was made available by any | 14:45:52 |
| 8 | type of on-line service? | 14:45:54 |
| 9 | A.  I don't know. | 14:45:58 |
| 10 | Q.  Do you know if the library indexed the | 14:45:58 |
| 11 | thesis and provided it to any type of bibliographical | 14:46:01 |
| 12 | service? | 14:46:08 |
| 13 | MR. JAFFE:  Objection: asked and answered. | 14:46:09 |
| 14 | THE WITNESS:  There certainly was some kind | 14:46:11 |
| 15 | of index of the thesis available but probably only on | 14:46:12 |
| 16 | paper in the library. | 14:46:21 |
| 17 | BY MR. FURMAN: | 14:46:24 |
| 18 | Q.  Do you know if a copy of the thesis was | 14:46:25 |
| 19 | available anywhere else in the world, except for in | 14:46:28 |
| 20 | the library at the University of Dortmund? | 14:46:30 |
| 21 | A.  I don't know. | 14:46:33 |
| 22 | MR. JAFFE:  Objection: calls for | 14:46:34 |
| 23 | speculation. | 14:46:34 |
| 24 | BY MR. FURMAN: | 14:46:35 |
| 25 | Q.  Do you know if anyone in practice had ever | 14:46:37 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

195

| | | |
|---|---|---|
| 1 | looked up the thesis or ever accessed the thesis at | 14:46:40 |
| 2 | the University of Dortmund? | 14:46:43 |
| 3 | A.  I don't know. | 14:46:45 |
| 4 | Q.  You can put exhibit 4 aside. | 14:46:48 |
| 5 | If you pick up what your counsel has marked | 14:46:51 |
| 6 | as exhibit 3, you testified that this looked like | 14:46:53 |
| 7 | a screenshot from an FTP server; is that correct? | 14:46:58 |
| 8 | A.  Yes. | 14:47:01 |
| 9 | Q.  Did you take this screenshot? | 14:47:01 |
| 10 | A.  I'm not sure but if this is my screenshot | 14:47:09 |
| 11 | of -- but I looked at it also some days ago and this | 14:47:13 |
| 12 | is roughly the dates and so they are the same. | 14:47:23 |
| 13 | Q.  Do you have an understanding of how a copy | 14:47:29 |
| 14 | of your screenshot wound up in Samsung's files? | 14:47:31 |
| 15 | MR. JAFFE:  Objection to the | 14:47:35 |
| 16 | characterization "Samsung files". | 14:47:35 |
| 17 | THE WITNESS:  Well -- so they found this | 14:47:40 |
| 18 | directory when they were searching for the source and | 14:47:45 |
| 19 | we talked about it over the phone and especially about | 14:47:48 |
| 20 | the meaning of the dates was. | 14:47:53 |
| 21 | BY MR. FURMAN: | 14:47:55 |
| 22 | Q.  And when you say "they", who are you | 14:47:56 |
| 23 | referring to? | 14:47:58 |
| 24 | A.  The lawyers from Quinn Emanuel. | 14:47:59 |
| 25 | Q.  Do you have an understanding as to why | 14:48:01 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

196

| | | |
|---|---|---|
| 1 | a screenshot you made was produced with a Samsung | 14:48:02 |
| 2 | identification number on the bottom and not a number | 14:48:07 |
| 3 | identifying it as coming from your own files? | 14:48:10 |
| 4 | MR. JAFFE:  Objection: mischaracterizes the | 14:48:12 |
| 5 | witness's previous testimony. | 14:48:14 |
| 6 | THE WITNESS:  No.  As I said, I don't know | 14:48:17 |
| 7 | if I ever made the screenshot myself.  We just -- over | 14:48:20 |
| 8 | the phone, we talked about this URL and so we made | 14:48:29 |
| 9 | sure that we were talking about the same directory and | 14:48:32 |
| 10 | we were seeing the same thing but I don't know who | 14:48:37 |
| 11 | made this actually, this screenshot presented here. | 14:48:40 |
| 12 | BY MR. FURMAN: | 14:48:44 |
| 13 | Q.  And if you look at the URL for the document | 14:48:44 |
| 14 | marked exhibit 3, it says: "uni-duisburg.de."  Which | 14:48:49 |
| 15 | university is that for? | 14:48:55 |
| 16 | A.  That's my university. | 14:48:57 |
| 17 | Q.  Meaning your current university? | 14:48:59 |
| 18 | A.  My current university, yes. | 14:49:01 |
| 19 | Q.  It is my recollection that you didn't start | 14:49:02 |
| 20 | at that university until 2002; is that correct? | 14:49:04 |
| 21 | A.  Yes. | 14:49:07 |
| 22 | Q.  So, by that calculation, none of the files | 14:49:09 |
| 23 | could have been placed at the current URL as of the | 14:49:14 |
| 24 | dates that are listed on the left; is that correct? | 14:49:16 |
| 25 | A.  Yes. | 14:49:19 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

197

|   |   |   |
|---|---|---|
| 1 | Q.  So this is not an accurate representation of | 14:49:21 |
| 2 | the way that the files were maintained as of the dates | 14:49:23 |
| 3 | listed on the left; is that correct? | 14:49:26 |
| 4 | MR. JAFFE:  Objection: mischaracterizes the | 14:49:28 |
| 5 | witness's previous testimony. | 14:49:31 |
| 6 | THE WITNESS:  No, the point was that we | 14:49:32 |
| 7 | moved the FTP server when I moved from Dortmund to | 14:49:34 |
| 8 | Duisburg and we also moved physically some machines | 14:49:43 |
| 9 | but, since the machines were in a new domain now, the | 14:49:46 |
| 10 | domain name changed but below the domain name | 14:49:52 |
| 11 | everything else remained unchanged. | 14:49:57 |
| 12 | BY MR. FURMAN: | 14:50:01 |
| 13 | Q.  But you testified earlier that you had no | 14:50:01 |
| 14 | idea that FreeWAIS-sf source code was actually | 14:50:03 |
| 15 | available on an FTP site, correct? | 14:50:07 |
| 16 | A.  Yes, I did not recollect that, yes, were | 14:50:10 |
| 17 | available. | 14:50:15 |
| 18 | Q.  So everything you're saying now about the | 14:50:16 |
| 19 | dates and how the dates were moved is actually | 14:50:17 |
| 20 | speculation because you had no actual knowledge that | 14:50:20 |
| 21 | the software was available at this particular URL at | 14:50:23 |
| 22 | this particular FTP site; is that correct? | 14:50:26 |
| 23 | MR. JAFFE:  Objection: argumentative. | 14:50:29 |
| 24 | THE WITNESS:  Well, I remember that we moved | 14:50:32 |
| 25 | all servers from Dortmund to Duisburg and the only | 14:50:34 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

198

| | | |
|---|---|---|
| 1 | thing what I was not aware of was that the FTP server | 14:50:39 |
| 2 | was still running at the present time. | 14:50:45 |
| 3 | BY MR. FURMAN: | 14:50:50 |
| 4 | Q. So you don't know for sure that this FTP | 14:50:50 |
| 5 | server, allegedly represented by the screenshot, is | 14:50:52 |
| 6 | exactly the same FTP server -- | 14:50:55 |
| 7 | MR. JAFFE: Objection -- | 14:50:57 |
| 8 | BY MR. FURMAN: | 14:50:57 |
| 9 | Q. -- because you had no idea that the FTP | 14:50:57 |
| 10 | server was running at all, correct? | 14:50:59 |
| 11 | MR. JAFFE: Objection: argumentative and | 14:51:02 |
| 12 | mischaracterizes the witness's previous testimony. | 14:51:02 |
| 13 | THE WITNESS: No, I'm quite sure that this | 14:51:07 |
| 14 | data can -- the fact that it is there, the only | 14:51:10 |
| 15 | explanation how it got there is really that we moved | 14:51:15 |
| 16 | all the servers when I moved from Dortmund to Duisburg | 14:51:20 |
| 17 | and then kept them running. | 14:51:25 |
| 18 | BY MR. FURMAN: | 14:51:28 |
| 19 | Q. Right but even that response that you gave | 14:51:28 |
| 20 | me now is based on speculation because you say the | 14:51:30 |
| 21 | only explanation, meaning you're surmising based on | 14:51:35 |
| 22 | what you see that it must have happened but you don't | 14:51:39 |
| 23 | know for a fact that the FTP server that is | 14:51:42 |
| 24 | represented in this URL is actually the same FTP | 14:51:45 |
| 25 | server? | 14:51:48 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

199

| | | |
|---|---|---|
| 1 | MR. JAFFE:  Same objections. | 14:51:49 |
| 2 | BY MR. FURMAN: | 14:51:51 |
| 3 | Q.  Is that correct? | 14:51:52 |
| 4 | A.  What I know for a fact is that -- well, | 14:51:52 |
| 5 | I told my people to move all servers from Dortmund to | 14:51:55 |
| 6 | Duisburg University and that ten years later I see | 14:52:02 |
| 7 | that they obviously did that. | 14:52:09 |
| 8 | Q.  But between the time that you moved to | 14:52:22 |
| 9 | Duisburg and now, you had no idea that this FTP server | 14:52:24 |
| 10 | was up and running? | 14:52:28 |
| 11 | A.  Yes. | 14:52:29 |
| 12 | Q.  Had you -- have you ever -- strike that. | 14:52:30 |
| 13 | Prior to any communications you had with | 14:52:33 |
| 14 | Quinn Emanuel about the existence of this FTP server, | 14:52:36 |
| 15 | had you ever accessed the FTP server at Duisburg with | 14:52:38 |
| 16 | regards the FreeWAIS-sf? | 14:52:46 |
| 17 | A.  No. | 14:52:49 |
| 18 | Q.  So again it is just your maybe educated or | 14:52:51 |
| 19 | maybe strongly informed guess, but a guess | 14:52:54 |
| 20 | nonetheless, that the information here comes from the | 14:52:57 |
| 21 | FTP server that was originally at University Dortmund, | 14:53:02 |
| 22 | correct? | 14:53:06 |
| 23 | MR. JAFFE:  Objection.  That's a statement, | 14:53:07 |
| 24 | not a question, and asked and answered and | 14:53:08 |
| 25 | mischaracterizes the witness's previous testimony. | 14:53:12 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

200

| | | |
|---|---|---|
| 1 | THE WITNESS:  Well, the dates obviously show | 14:53:16 |
| 2 | that this is the only way how you can create files | 14:53:20 |
| 3 | with these dates, that they must have been created in | 14:53:24 |
| 4 | my Dortmund time. | 14:53:29 |
| 5 | BY MR. FURMAN: | 14:53:31 |
| 6 | Q.  But, again, you use the words "must have | 14:53:32 |
| 7 | been"; so, again, you can't testify that you have | 14:53:33 |
| 8 | actual knowledge that this FTP site represents the | 14:53:36 |
| 9 | same FTP site that existed sted in the University of | 14:53:39 |
| 10 | Dortmund; is that correct? | 14:53:42 |
| 11 | MR. JAFFE:  Objection: asked and answered | 14:53:44 |
| 12 | for the fifth time.  Also mischaracterizes the | 14:53:45 |
| 13 | witness's previous testimony and argumentative. | 14:53:53 |
| 14 | THE WITNESS:  So, yes, of course I cannot | 14:53:59 |
| 15 | imagine any other explanation. | 14:54:09 |
| 16 | BY MR. FURMAN: | 14:54:14 |
| 17 | Q.  But again that is not -- you don't know for | 14:54:15 |
| 18 | sure, correct? | 14:54:17 |
| 19 | MR. JAFFE:  Objection: asked and answered | 14:54:19 |
| 20 | for the sixth time, argumentative and mischaracterizes | 14:54:21 |
| 21 | the witness's previous testimony and, at this point, | 14:54:24 |
| 22 | harassment when you ask the same question six times. | 14:54:27 |
| 23 | MR. FURMAN:  I'll keep asking until I get an | 14:54:32 |
| 24 | answer. | 14:54:34 |
| 25 | MR. JAFFE:  The answer you want.  That's | 14:54:35 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

201

| | | |
|---|---|---|
| 1 | harassment.  It's harassing the witness. | 14:54:36 |
| 2 | MR. FURMAN:  So I'll ask again. | 14:54:39 |
| 3 | BY MR. FURMAN: | 14:54:41 |
| 4 | Q.  So you don't know for sure that this is the | 14:54:41 |
| 5 | same FTP site that was available at the University of | 14:54:43 |
| 6 | Dortmund? | 14:54:45 |
| 7 | MR. JAFFE:  Same objections. | 14:54:47 |
| 8 | THE WITNESS:  Well, if ... I'm quite sure | 14:54:58 |
| 9 | that this is the same content of the FTP server. | 14:55:05 |
| 10 | BY MR. FURMAN: | 14:55:12 |
| 11 | Q.  Even though previously you testified you had | 14:55:13 |
| 12 | no idea that this FTP server actually existed; is that | 14:55:14 |
| 13 | correct? | 14:55:17 |
| 14 | MR. JAFFE:  This is ridiculous.  This is the | 14:55:18 |
| 15 | eighth time you've asked the same question.  You're | 14:55:19 |
| 16 | argumentative, you're harassing the witness because | 14:55:22 |
| 17 | he's not giving you the question you want -- the | 14:55:25 |
| 18 | answer to the question.  If you want to attack him | 14:55:26 |
| 19 | later you can but this is the eighth time you've asked | 14:55:29 |
| 20 | the same question because you don't like his answer. | 14:55:31 |
| 21 | That's not acceptable. | 14:55:35 |
| 22 | MR. FURMAN:  Are you done? | 14:55:37 |
| 23 | BY MR. FURMAN: | 14:55:39 |
| 24 | Q.  Can you answer the question, please? | 14:55:39 |
| 25 | A.  What was the question again, sorry? | 14:55:42 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

202

| | | |
|---|---|---|
| 1 | Q.  So you had previously testified you had no | 14:55:45 |
| 2 | idea that the FTP server hosting the FreeWAIS-sf | 14:55:46 |
| 3 | source code actually existed; is that correct? | 14:55:50 |
| 4 | A.  Yes. | 14:55:53 |
| 5 | Q.  So I -- you also testified that -- now you | 14:55:56 |
| 6 | testified that you're certain that this is the FTP | 14:55:59 |
| 7 | site.  So I'm just trying to understand how you can be | 14:56:02 |
| 8 | certain that this is something that, up until | 14:56:04 |
| 9 | recently, you didn't even know existed? | 14:56:07 |
| 10 | MR. JAFFE:  Same objections: argumentative; | 14:56:09 |
| 11 | asked and answered; harassing the witness, and trying | 14:56:12 |
| 12 | to embarrass the witness at this point. | 14:56:16 |
| 13 | THE WITNESS:  As I said before, when I saw | 14:56:20 |
| 14 | this, I recollected that in 2002 we moved all the | 14:56:25 |
| 15 | servers from Dortmund to Duisburg, and most of them | 14:56:30 |
| 16 | physically, and so I'm quite sure that this is what | 14:56:36 |
| 17 | the original content of the FTP server at the | 14:56:42 |
| 18 | specified time was. | 14:56:49 |
| 19 | BY MR. FURMAN: | 14:56:51 |
| 20 | Q.  Do you know if you've been retained as an | 14:56:51 |
| 21 | expert witness in this litigation? | 14:56:53 |
| 22 | A.  As an ... | 14:57:00 |
| 23 | Q.  Expert witness.  I will ask it.  Do you | 14:57:02 |
| 24 | know -- | 14:57:03 |
| 25 | (Interpreter clarification in German.) | 14:57:06 |

VIDEOTAPED DEPOSITION OF NORBERT FUHR
CONDUCTED ON FRIDAY, JULY 12, 2013

203

| | | |
|---|---|---|
| 1 | BY MR. FURMAN: | 14:57:09 |
| 2 | Q.  Let me ask that again.  Do you know if you | 14:57:09 |
| 3 | have been retained as an expert witness in this | 14:57:11 |
| 4 | litigation? | 14:57:14 |
| 5 | (Interpreter clarification in German.) | 14:57:19 |
| 6 | THE WITNESS:  No, I don't know. | 14:57:29 |
| 7 | BY MR. FURMAN: | 14:57:33 |
| 8 | Q.  Have you ever seen a copy of any of the | 14:57:33 |
| 9 | patents involved in this litigation? | 14:57:35 |
| 10 | A.  Yes, I looked up this Apple patent from 2002 | 14:57:40 |
| 11 | but only read through the claims. | 14:57:45 |
| 12 | Q.  Meaning you did not read the body or the | 14:57:50 |
| 13 | specification of the patent; is that correct? | 14:57:53 |
| 14 | A.  No, no, because the claims already looked | 14:57:54 |
| 15 | like a summary of all the research that my colleagues | 14:57:57 |
| 16 | in the U.S. and myself did in the '90s.  I thought, | 14:58:02 |
| 17 | well, this is ridiculous that they get a patent on | 14:58:06 |
| 18 | that what researchers have been working on through the | 14:58:10 |
| 19 | decade before. | 14:58:15 |
| 20 | Q.  Are you a patent attorney? | 14:58:17 |
| 21 | A.  No. | 14:58:19 |
| 22 | Q.  So having not seen the patent specification, | 14:58:22 |
| 23 | your understanding of how those terms were used in the | 14:58:25 |
| 24 | patent is just based on you reading the claims. | 14:58:29 |
| 25 | Strike that. | 14:58:34 |