# EXHIBIT 14

```
                                                                    1
 1              UNITED STATES DISTRICT COURT

 2       NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

 3     ---------------------------------x

 4     APPLE INC., a California          :

 5     Corporation,                      :

 6                         Plaintiffs,   :

 7     v.                                :

 8     SAMSUNG ELECTRONICS CO., LTD, a   :   Civil Action No.

 9     Korean corporation; SAMSUNG       :   12-cv-00630-LKH (PSG)

10     ELECTRONICS AMERICA, INC., a New  :

11     York corporation; and SAMSUNG     :

12     TELECOMMUNICATIONS AMERICA, LLC, a:

13     Delaware limited liability company.:

14                         Defendants.   :

15     ---------------------------------x

16     (Caption continued on next page.)

17

18           Videotaped Deposition of ULRICH PFEIFER

19                    London, England, UK

20               Sunday, July 14, 2013, 9:05 a.m.

21

22

23     Job No.: 40646

24     Pages: 1 - 259

25     REPORTED BY:  SUSAN A. McINTYRE, RPR, CRR, QRR.
```

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

43

| | | |
|---|---|---|
| 1 | Mischaracterizes the witness's previous testimony. | 09:53:38 |
| 2 | THE WITNESS: I could not for all | 09:53:44 |
| 3 | versions. So there are some symbolic names which | 09:53:46 |
| 4 | look like version numbers, but some also have | 09:53:50 |
| 5 | indications that they were trial releases. I did | 09:53:53 |
| 6 | not exhaustively test if any of the symbols | 09:53:57 |
| 7 | corresponds directly to any of the distributions. | 09:54:01 |
| 8 | BY MR FURMAN: | 09:54:03 |
| 9 | Q. When you say "any of the symbols," | 09:54:03 |
| 10 | is that also the markers that you said that | 09:54:06 |
| 11 | indicate version numbers? | 09:54:08 |
| 12 | A. Yes. So the markers -- okay. | 09:54:11 |
| 13 | The file version numbers can be | 09:54:15 |
| 14 | tagged with names. This is what I meant. | 09:54:19 |
| 15 | Q. But you never conclusively | 09:54:23 |
| 16 | determined whether or not those file markers | 09:54:27 |
| 17 | actually were correlated to the release version | 09:54:29 |
| 18 | number, is that correct? | 09:54:32 |
| 19 | A. I don't recall having linked | 09:54:35 |
| 20 | completely one symbolic marker to a distribution; | 09:54:41 |
| 21 | yes. | 09:54:44 |
| 22 | Q. So just so I'm clear, so you cannot | 09:54:56 |
| 23 | conclusively correlate which particular versions | 09:55:12 |
| 24 | in the CVS repository correlate to a particular | 09:55:17 |
| 25 | version of the released freeWAIS-sf, is that | 09:55:20 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

44

| | | |
|---|---|---|
| 1 | correct? | 09:55:22 |
| 2 |     MR JAFFE:  Objection. | 09:55:23 |
| 3 | Mischaracterizes the witness's previous testimony. | 09:55:24 |
| 4 | Asked and answered. | 09:55:26 |
| 5 |     THE WITNESS:  I cannot reconstruct | 09:55:36 |
| 6 | -- or I did not successfully reconstruct the | 09:55:39 |
| 7 | distribution from these symbolic names. | 09:55:43 |
| 8 | BY MR FURMAN: | 09:55:46 |
| 9 |     Q.  Besides using the symbolic names, | 09:55:47 |
| 10 | was there another manner that you used to | 09:55:50 |
| 11 | reconstruct particular distribution or any | 09:55:52 |
| 12 | particular distribution? | 09:55:55 |
| 13 |     A.  There's one specific version, and | 09:55:56 |
| 14 | that is the code 2.0.65.  This is the version | 09:56:01 |
| 15 | I left behind me more or less when I left the | 09:56:09 |
| 16 | university.  And what I did was I got that version | 09:56:13 |
| 17 | from the Internet, from copies I could still find, | 09:56:25 |
| 18 | and I verified that each file in that distribution | 09:56:30 |
| 19 | I found on the Internet is one of the versions in | 09:56:34 |
| 20 | the CVS repository.  So what I found is the code | 09:56:39 |
| 21 | that is in my repository. | 09:56:44 |
| 22 |     Q.  When you say you got a copy from the | 09:56:48 |
| 23 | Internet, when was that? | 09:56:50 |
| 24 |     A.  That copy, either January this year | 09:56:57 |
| 25 | or late December last year. | 09:57:01 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

45

|   |   |   |
|---|---|---|
| 1 | Q.  Did you provide a copy of that | 09:57:05 |
| 2 | source code that you acquired from the Internet to | 09:57:08 |
| 3 | your attorneys at Quinn Emanuel? | 09:57:11 |
| 4 | A.  Yes, I did. | 09:57:12 |
| 5 | Q.  Do you know if that software has | 09:57:15 |
| 6 | been produced in this litigation? | 09:57:18 |
| 7 | A.  Sorry, you were very low volume, | 09:57:23 |
| 8 | that last word. | 09:57:25 |
| 9 | Q.  I apologize. | 09:57:25 |
| 10 | Do you know if that source code has | 09:57:27 |
| 11 | been produced in this litigation? | 09:57:29 |
| 12 | A.  I handed it to Quinn Emanuel. | 09:57:32 |
| 13 | I can't tell if it was introduced or not by them. | 09:57:34 |
| 14 | Q.  The CVS repository that you were | 09:57:43 |
| 15 | talking about, as a first matter, when did you | 09:57:48 |
| 16 | find that? | 09:57:51 |
| 17 | A.  Most probably in December; if not, | 09:58:03 |
| 18 | it was January. | 09:58:07 |
| 19 | Q.  As you testified earlier, CVS | 09:58:12 |
| 20 | repository has many versions of many files, is | 09:58:15 |
| 21 | that correct? | 09:58:18 |
| 22 | A.  That is correct. | 09:58:18 |
| 23 | Q.  When you performed the correlation | 09:58:20 |
| 24 | between the version that you found on the Internet | 09:58:24 |
| 25 | of freeWAIS-sf and the versions contained in the | 09:58:28 |

46

| | | |
|---|---|---|
| 1 | CVS repository, is there any indication in the CVS | 09:58:36 |
| 2 | repository as to which versions of the many files | 09:58:40 |
| 3 | correspond to the version that you found on the | 09:58:44 |
| 4 | Internet? | 09:58:46 |
| 5 | A.  I can't be sure that there is no | 09:58:48 |
| 6 | indication, but what I did was the other way | 09:58:49 |
| 7 | around:  I checked the files I found on the | 09:58:52 |
| 8 | Internet, if they are contained. | 09:58:54 |
| 9 | Q.  So it's your understanding sitting | 09:58:59 |
| 10 | here right now that you could not look at the CVS | 09:59:03 |
| 11 | repository and pick the particular versions of | 09:59:06 |
| 12 | each file that made it into the distribution that | 09:59:08 |
| 13 | you found on the Internet? | 09:59:11 |
| 14 | MR JAFFE:  Objection. | 09:59:12 |
| 15 | Mischaracterizes the witness's previous testimony. | 09:59:13 |
| 16 | THE WITNESS:  I'm not sure I can't. | 09:59:16 |
| 17 | In the time I spent on it I didn't do that or | 09:59:21 |
| 18 | I didn't successfully do that. | 09:59:24 |
| 19 | BY MR FURMAN: | 09:59:26 |
| 20 | Q.  Did you try to do that? | 09:59:27 |
| 21 | A.  I tried it but there were different | 09:59:29 |
| 22 | copies of the CVS repository and I didn't -- well, | 09:59:34 |
| 23 | it was '97, I didn't remember the specific | 09:59:39 |
| 24 | histories of these different repositories.  So | 09:59:44 |
| 25 | there were too many combinations. | 09:59:47 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

49

| | | |
|---|---|---|
| 1 | where -- strike that. | 10:02:57 |
| 2 | Do you know where -- | 10:02:58 |
| 3 | You testified there were at least | 10:03:00 |
| 4 | four servers where they found a copy of | 10:03:01 |
| 5 | freeWAIS-sf. Do you know where the server | 10:03:04 |
| 6 | administrators found that copy of the freeWAIS-sf | 10:03:07 |
| 7 | source code? | 10:03:11 |
| 8 | A. I don't know it for the fact but the | 10:03:12 |
| 9 | most likely source is that these were mirrors of | 10:03:14 |
| 10 | the departmental site at the University of | 10:03:19 |
| 11 | Dortmund. | 10:03:22 |
| 12 | Q. You said that it was "most likely" | 10:03:33 |
| 13 | that these were mirrors of the departmental site | 10:03:53 |
| 14 | of the University of Dortmund, so you don't know | 10:03:56 |
| 15 | that for sure, is that correct? | 10:03:59 |
| 16 | A. I can't know that for a fact, but | 10:04:00 |
| 17 | I think that is the most likely source of these | 10:04:05 |
| 18 | files. | 10:04:11 |
| 19 | MR JAFFE: I'll just add an | 10:04:12 |
| 20 | objection. Asked and answered. | 10:04:14 |
| 21 | BY MR FURMAN: | 10:04:40 |
| 22 | Q. You mentioned that you believe that | 10:04:40 |
| 23 | the version of freeWAIS-sf that you found on the | 10:04:44 |
| 24 | Internet was 2.0.65, is that correct? | 10:04:46 |
| 25 | A. Sixty-five, yes, that is correct. | 10:04:53 |

50

| | | |
|---|---|---|
| 1 | Q. Do you have in your possession a | 10:04:55 |
| 2 | copy of the source code for freeWAIS-sf 2.0.65? | 10:05:05 |
| 3 | A. I don't have an exact copy of what | 10:05:13 |
| 4 | was released then, I only have the CVS | 10:05:16 |
| 5 | repositories. | 10:05:21 |
| 6 | Q. Do you have any way of verifying | 10:05:23 |
| 7 | that the version that you found on the Internet is | 10:05:24 |
| 8 | exactly the same as the released version of | 10:05:26 |
| 9 | 2.0.65? | 10:05:32 |
| 10 | A. Okay, there is no -- in my opinion | 10:05:47 |
| 11 | there is no doubt, because the four servers | 10:05:52 |
| 12 | I found the releases on agreed on the | 10:05:58 |
| 13 | distribution. I think it's very unlikely that the | 10:06:00 |
| 14 | administrators collaborated to put something else | 10:06:04 |
| 15 | there. And I was able to track down each file in | 10:06:07 |
| 16 | my CVS repository, so there was no code added or | 10:06:10 |
| 17 | removed. So I'm very confident that the | 10:06:15 |
| 18 | distribution I found is that that was originally | 10:06:20 |
| 19 | released. | 10:06:24 |
| 20 | Q. Did you speak to any of the server | 10:06:26 |
| 21 | administrators? | 10:06:29 |
| 22 | A. No, I did not. | 10:06:30 |
| 23 | Q. So you don't know that there was no | 10:06:31 |
| 24 | type of collaboration between them? | 10:06:33 |
| 25 | MR JAFFE: Objection. | 10:06:36 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

51

| | | |
|---|---|---|
| 1 | Argumentative. | 10:06:37 |
| 2 | THE WITNESS:  I can't know that. | 10:06:40 |
| 3 | I don't know even who the administrators are. | 10:06:42 |
| 4 | BY MR FURMAN: | 10:06:46 |
| 5 | Q.  So you have no understanding as to | 10:06:47 |
| 6 | why they posted that source code on the servers, | 10:06:49 |
| 7 | correct? | 10:06:52 |
| 8 | MR JAFFE:  Objection. | 10:06:55 |
| 9 | Mischaracterizes the witness's previous testimony. | 10:06:57 |
| 10 | THE WITNESS:  Yeah, I think before | 10:07:00 |
| 11 | we discussed if they could have collaborated to | 10:07:01 |
| 12 | change the distribution after the fact and -- can | 10:07:07 |
| 13 | you repeat the question? | 10:07:13 |
| 14 | BY MR FURMAN: | 10:07:15 |
| 15 | Q.  Do you know why the administrators | 10:07:16 |
| 16 | of those servers you found are hosting copies of | 10:07:17 |
| 17 | the freeWAIS-sf source code? | 10:07:21 |
| 18 | A.  I don't know it for the fact, but | 10:07:27 |
| 19 | back then, at least, mirroring -- I think it is | 10:07:30 |
| 20 | still a good practice to mirror well-used and | 10:07:33 |
| 21 | systems in high demand to -- on different servers | 10:07:39 |
| 22 | to reduce the load on the original servers. | 10:07:43 |
| 23 | Q.  When was version 2.0.65 of | 10:07:49 |
| 24 | freeWAIS-sf released? | 10:07:53 |
| 25 | A.  In my recollection -- no, not "in my | 10:08:01 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

225

| | | |
|---|---|---|
| 1 | could you download the freeWAIS-sf distribution, | 15:28:34 |
| 2 | set up a local database, open the WAIS client, | 15:28:37 |
| 3 | search that local WAIS database as well as search | 15:28:41 |
| 4 | another WAIS database? | 15:28:46 |
| 5 | MR FURMAN:  Objection.  Calls for | 15:28:47 |
| 6 | speculation.  Incomplete hypothetical. | 15:28:49 |
| 7 | THE WITNESS:  Yes. | 15:28:54 |
| 8 | BY MR JAFFE: | 15:28:55 |
| 9 | Q.  Could you search the local WAIS | 15:28:56 |
| 10 | database as well as a WAIS database located over | 15:28:57 |
| 11 | the Internet? | 15:29:01 |
| 12 | A.  Yes. | 15:29:01 |
| 13 | MR FURMAN:  Objection.  Calls for | 15:29:02 |
| 14 | speculation.  Incomplete hypothetical. | 15:29:05 |
| 15 | BY MR JAFFE: | 15:29:07 |
| 16 | Q.  When you selected the local WAIS | 15:29:07 |
| 17 | database and the remote WAIS database that was | 15:29:10 |
| 18 | over the Internet, and you typed in a search term, | 15:29:12 |
| 19 | would it search both databases at once? | 15:29:14 |
| 20 | MR FURMAN:  Objection.  Calls for | 15:29:17 |
| 21 | speculation.  Incomplete hypothetical. | 15:29:18 |
| 22 | THE WITNESS:  For the user, | 15:29:21 |
| 23 | apparently at once.  In reality -- the technical | 15:29:22 |
| 24 | reality -- one thing has to be done before the | 15:29:25 |
| 25 | other. | 15:29:26 |

226

```
 1  BY MR JAFFE:                                             15:29:27
 2         Q.  If it found results on, well, both            15:29:27
 3  the local WAIS server and the remote WAIS server,        15:29:31
 4  would it return them to the user so that it              15:29:35
 5  displayed at the same time?                              15:29:38
 6             MR FURMAN:  Objection.  Calls for a           15:29:40
 7  legal conclusion.  Incomplete hypothetical.  Calls       15:29:41
 8  for speculation.                                         15:29:46
 9             THE WITNESS:  Yes, the both answer            15:29:46
10  sets, as we called it, would be displayed at the         15:29:50
11  same time.                                               15:29:53
12  BY MR JAFFE:                                             15:29:53
13         Q.  Okay.  You can put that document to           15:29:54
14  the side.                                                15:29:56
15             You mentioned you had a CVS                   15:29:58
16  repository that contained source code, correct?          15:30:02
17         A.  Yes.                                          15:30:07
18         Q.  What is a CVS repository?                     15:30:07
19             MR FURMAN:  Objection.  Vague.                15:30:10
20             THE WITNESS:  A CVS repository is             15:30:12
21  used by developers to archive different versions         15:30:14
22  of files they use in the development environment.        15:30:19
23  BY MR JAFFE:                                             15:30:23
24         Q.  Did you use the CVS repository while          15:30:23
25  you were working on freeWAIS-sf?                         15:30:26
```

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

227

| | | |
|---|---|---|
| 1 | MR FURMAN:  Objection.  Vague. | 15:30:29 |
| 2 | THE WITNESS:  Yes, it was used in | 15:30:30 |
| 3 | the development phase. | 15:30:33 |
| 4 | BY MR JAFFE: | 15:30:35 |
| 5 | Q.  When did you archive -- how often | 15:30:35 |
| 6 | did you archive a particular version of | 15:30:37 |
| 7 | freeWAIS-sf? | 15:30:40 |
| 8 | MR FURMAN:  Objection.  Misstates | 15:30:41 |
| 9 | his prior testimony.  Vague. | 15:30:43 |
| 10 | MR JAFFE:  Strike that question. | 15:30:47 |
| 11 | BY MR JAFFE: | 15:30:47 |
| 12 | Q.  Did you archive versions of | 15:30:49 |
| 13 | freeWAIS-sf using the CVS repository? | 15:30:50 |
| 14 | MR FURMAN:  Objection.  Misstates | 15:30:53 |
| 15 | his prior testimony.  Vague. | 15:30:55 |
| 16 | THE WITNESS:  So I used it to make | 15:30:57 |
| 17 | sure that I don't lose any version of a file. | 15:30:58 |
| 18 | BY MR JAFFE: | 15:31:03 |
| 19 | Q.  Okay. | 15:31:04 |
| 20 | A.  So I could check in after I made a | 15:31:04 |
| 21 | significant change, before I do the next | 15:31:07 |
| 22 | significant change.  It could also be that I just | 15:31:13 |
| 23 | made a distribution and want to make sure that | 15:31:15 |
| 24 | everything in there is covered. | 15:31:18 |
| 25 | Q.  Would you regularly archive if you | 15:31:20 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

228

| | | |
|---|---|---|
| 1 | just made a distribution -- | 15:31:25 |
| 2 | MR FURMAN: Objection. Vague. | 15:31:26 |
| 3 | BY MR JAFFE: | 15:31:28 |
| 4 | Q. -- in the CVS repository of a | 15:31:29 |
| 5 | version of freeWAIS-sf? | 15:31:32 |
| 6 | MR FURMAN: Objection. Vague. | 15:31:32 |
| 7 | Calls for speculation. | 15:31:33 |
| 8 | THE WITNESS: My procedure back then | 15:31:34 |
| 9 | was to make sure that everything released was in | 15:31:36 |
| 10 | the repository. | 15:31:40 |
| 11 | BY MR JAFFE: | 15:31:42 |
| 12 | Q. So when you first released version | 15:31:42 |
| 13 | 2.0.65 of freeWAIS-sf, do you recall putting it in | 15:31:47 |
| 14 | your CVS repository after it was released? | 15:31:52 |
| 15 | A. I don't recall that specifically | 15:32:00 |
| 16 | because this was created, as we discussed before, | 15:32:01 |
| 17 | in the phase of the hand-over between WSC and our | 15:32:05 |
| 18 | team, my team. So I distributed the changes as | 15:32:12 |
| 19 | patches because I was expecting them to take over | 15:32:18 |
| 20 | the CVS repository. | 15:32:22 |
| 21 | Q. But based on your practice of making | 15:32:24 |
| 22 | sure that a released copy of distributions of | 15:32:26 |
| 23 | freeWAIS-sf were put in your CVS repository, do | 15:32:31 |
| 24 | you believe that you put in the version of | 15:32:35 |
| 25 | freeWAIS 2.0.65 that was released to the public | 15:32:41 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

229

```
 1   into your CVS repository?                              15:32:44
 2              MR FURMAN:  Objection.  Calls for           15:32:46
 3   speculation.                                           15:32:47
 4              THE WITNESS:  I did put it in               15:32:47
 5   eventually.  That's what we talked before.  So         15:32:49
 6   I verified that all files are in there, so ...         15:32:53
 7   BY MR JAFFE:                                           15:32:57
 8         Q.  Have you made any changes -- when            15:32:58
 9   you put a distribution into your CVS repository,       15:33:01
10   did you make any changes to that distribution          15:33:04
11   that's stored in your CVS repository --                15:33:07
12              MR FURMAN:  Objection.  Vague.              15:33:10
13   BY MR JAFFE:                                           15:33:12
14         Q.  -- after you put it in?                      15:33:12
15              MR FURMAN:  Objection.  Vague.              15:33:13
16              THE WITNESS:  No.  The CVS                  15:33:15
17   repository is meant to be right -- not only the        15:33:18
18   right ones, so it's supposed to not lose any           15:33:21
19   version.                                               15:33:27
20   BY MR JAFFE:                                           15:33:27
21         Q.  When you located the source code for         15:33:28
22   freeWAIS version 2.0.65 -- strike that.                15:33:30
23              When you compared the files --              15:33:35
24   strike that as well.                                   15:33:45
25                                                          15:33:45
```

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

230

| | | |
|---|---|---|
| 1 | Where did you find your CVS | 15:33:47 |
| 2 | repository when you were searching -- when you | 15:33:49 |
| 3 | were using -- strike that question.  I'm sorry. | 15:33:55 |
| 4 | Can you explain the process that you | 15:33:56 |
| 5 | used to compare the version of freeWAIS 2.0.65 | 15:33:59 |
| 6 | that you found on the Duisburg site, which is the | 15:34:05 |
| 7 | university's FTP site that Professor Fuhr is | 15:34:13 |
| 8 | currently in, when you compared those files to the | 15:34:19 |
| 9 | files in your CVS repository? | 15:34:21 |
| 10 | MR FURMAN:  Objection.  You're | 15:34:24 |
| 11 | testifying.  Incomplete hypothetical.  Calls for | 15:34:25 |
| 12 | speculation.  Vague. | 15:34:28 |
| 13 | THE WITNESS:  So the process I used | 15:34:32 |
| 14 | is:  I had the CVS repository.  I unpacked the | 15:34:33 |
| 15 | distribution for 2.0.65.  I went through all the | 15:34:37 |
| 16 | files in the distribution and looked at the | 15:34:45 |
| 17 | corresponding file in the CVS repository.  The | 15:34:51 |
| 18 | corresponding file contains all the versions. | 15:34:55 |
| 19 | Then I produced all the different versions and | 15:34:58 |
| 20 | compared it to the file in the distribution and | 15:35:02 |
| 21 | looked for the file that matched closely or the | 15:35:06 |
| 22 | most close. | 15:35:14 |
| 23 | BY MR JAFFE: | 15:35:15 |
| 24 | Q.  And your conclusion was that all the | 15:35:15 |
| 25 | files on the FTP server on the Dortmund University | 15:35:18 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

231

| | | |
|---|---|---|
| 1 | were located in your CVS repository? | 15:35:22 |
| 2 | MR FURMAN: Objection. Calls for | 15:35:27 |
| 3 | speculation. | 15:35:29 |
| 4 | BY MR JAFFE: | 15:35:29 |
| 5 | Q. For the freeWAIS version 2.0.65? | 15:35:29 |
| 6 | A. I was able to locate all the files | 15:35:35 |
| 7 | with the exact representation with the one caveat | 15:35:37 |
| 8 | that the CVS, when you check in, is expanding | 15:35:41 |
| 9 | certain keywords. So there is a keyword called | 15:35:44 |
| 10 | $Log$, so when you check in something you give it | 15:35:50 |
| 11 | a message and that message would be added to a | 15:35:54 |
| 12 | comment in the source file. | 15:35:56 |
| 13 | Q. Based on that comparison, were there | 15:35:58 |
| 14 | any changes to the source code that were made -- | 15:36:02 |
| 15 | were there any differences between the content of | 15:36:10 |
| 16 | the source code for the freeWAIS version 2.0.65 in | 15:36:11 |
| 17 | your repository versus the freeWAIS version 2.0.65 | 15:36:15 |
| 18 | on the Duisburg server? | 15:36:21 |
| 19 | MR FURMAN: Objection. Calls for | 15:36:24 |
| 20 | speculation. | 15:36:25 |
| 21 | THE WITNESS: There were no | 15:36:25 |
| 22 | differences, material differences, except this | 15:36:26 |
| 23 | comment enhancements that were made automatically. | 15:36:30 |
| 24 | BY MR JAFFE: | 15:36:33 |
| 25 | Q. Okay. And the common enhancements | 15:36:34 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

232

| | | |
|---|---|---|
| 1 | have nothing to do with the content of the source | 15:36:35 |
| 2 | code? | 15:36:37 |
| 3 | A.  No, it would not affect the | 15:36:37 |
| 4 | functionality of it. | 15:36:40 |
| 5 | Q.  Putting aside the comparison, have | 15:36:41 |
| 6 | you made -- are you confident that the source code | 15:36:46 |
| 7 | that exists in your CVS repository for a | 15:36:50 |
| 8 | particular time was archived at that time after a | 15:36:54 |
| 9 | release -- strike that question. | 15:37:00 |
| 10 | Putting aside the comparison that | 15:37:05 |
| 11 | you made and putting aside the existence of | 15:37:08 |
| 12 | freeWAIS 2.0.65 code on other servers, when you | 15:37:11 |
| 13 | archive code for freeWAIS 2.0.65 are you confident | 15:37:15 |
| 14 | that when you archived it in your CVS repository, | 15:37:19 |
| 15 | that was the version that was released? | 15:37:23 |
| 16 | MR FURMAN:  Objection.  Vague. | 15:37:26 |
| 17 | Calls for speculation.  Incomplete hypothetical. | 15:37:27 |
| 18 | THE WITNESS:  What I did archive was | 15:37:30 |
| 19 | certain versions of the files in the distribution, | 15:37:32 |
| 20 | and I found all the file versions in the | 15:37:35 |
| 21 | distribution in the CVS repository. | 15:37:40 |
| 22 | BY MR JAFFE: | 15:37:42 |
| 23 | Q.  Did you look at the source code in | 15:37:43 |
| 24 | your CVS repository for freeWAIS version 2.0.65? | 15:37:46 |
| 25 | A.  Yeah, I looked at the source code -- | 15:37:51 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

233

| | | |
|---|---|---|
| 1 | at parts of the source code, it's many, many | 15:37:55 |
| 2 | lines.  I looked at some key areas and it looked | 15:37:58 |
| 3 | like I would expect it to look.  So it was | 15:38:02 |
| 4 | familiar.  What I saw was familiar. | 15:38:06 |
| 5 | Q.  So are the reasons that you believe | 15:38:08 |
| 6 | that the code in your CVS repository for 2.0.65 | 15:38:11 |
| 7 | was the version that was released is because you | 15:38:17 |
| 8 | didn't change your code for the CVS repository and | 15:38:20 |
| 9 | you looked at it and, looking at it, it seemed | 15:38:23 |
| 10 | like the same code that you originally had written | 15:38:26 |
| 11 | for freeWAIS version 2.0.65?  Isn't that correct? | 15:38:29 |
| 12 | MR FURMAN:  Objection.  Misstates | 15:38:34 |
| 13 | his prior testimony. | 15:38:35 |
| 14 | THE WITNESS:  I think what you are | 15:38:40 |
| 15 | asking is did I modify the CVS repository after | 15:38:41 |
| 16 | I checked-in the files.  That I didn't do.  CVS is | 15:38:46 |
| 17 | not meant for that. | 15:38:51 |
| 18 | BY MR JAFFE: | 15:38:53 |
| 19 | Q.  It's meant to archive code? | 15:38:53 |
| 20 | A.  It's meant to archive, so ... | 15:38:55 |
| 21 | Q.  You have been -- you studied | 15:38:58 |
| 22 | information retrieval when you were working on | 15:39:02 |
| 23 | your masters, correct? | 15:39:06 |
| 24 | A.  It was in the field of information | 15:39:09 |
| 25 | retrieval, yes. | 15:39:10 |

VIDEOTAPED DEPOSITION OF ULRICH PFEIFER
CONDUCTED ON SUNDAY, JULY 14, 2013

234

| | | |
|---|---|---|
| 1 | Q.  You worked on information retrieval, | 15:39:11 |
| 2 | you worked in that field while you were at | 15:39:14 |
| 3 | Dortmund University, correct? | 15:39:17 |
| 4 | A.  Yes, I did. | 15:39:18 |
| 5 | Q.  Do you have an understanding of what | 15:39:19 |
| 6 | the term "juristic" means? | 15:39:21 |
| 7 | MR FURMAN:  Objection.  Calls for a | 15:39:23 |
| 8 | legal conclusion. | 15:39:25 |
| 9 | Counsel, I'm just going to caution | 15:39:26 |
| 10 | you, you've introduced a number of new exhibits | 15:39:28 |
| 11 | but have also indicated that the witness has to | 15:39:30 |
| 12 | leave in 20 minutes.  I would like to reserve time | 15:39:32 |
| 13 | to ask him questions on the new evidence you've | 15:39:35 |
| 14 | introduced, otherwise we're going to have to call | 15:39:38 |
| 15 | him back, probably in the United States, to | 15:39:40 |
| 16 | continue the deposition. | 15:39:42 |
| 17 | MR JAFFE:  Well, first of all, I'll | 15:39:51 |
| 18 | just put on the record that it was originally | 15:39:52 |
| 19 | asked that we start the deposition at 8.00, you | 15:39:54 |
| 20 | requested nine o'clock. | 15:39:56 |
| 21 | BY MR JAFFE: | 15:39:58 |
| 22 | Q.  That is completely incorrect.  Send | 15:39:59 |
| 23 | me a copy of the e-mail that indicated we -- | 15:40:01 |
| 24 | MR JAFFE:  It was informal. | 15:40:06 |
| 25 | MR FURMAN:  I have no recollection | 15:40:08 |