# EXHIBIT 15

# (Part 1 of 2)

University of Dortmund
Department of Information Technology
Chair VI
Dr. Norbert Fuhr

# Expansion of the FreeWAIS Server

**Thesis**

by

Huynh Quoc Thanh Tung

<u>Advisor:</u> IT Specialist Ulrich Pfeiffer

1

SAMNDCA630-06029163

I would like to thank Dr. Norbert Fuhr and IT Specialist Ulrich Pfeiffer for their valued suggestions.  I would also like to thank my thesis advisor, Mr. Ulrich Pfeiffer, for the substantial contribution he made to the success of freeWAIS-sf by assisting me in preparing an installation program for the various platforms and in implementing the system, for which I am most grateful.  He sacrificed a great deal of his own time for this, including on weekends, for which I thank him once again most sincerely.  I would also like to thank Frank Deufel for his meticulous work in proofreading this paper.

SAMNDCA630-06029164

# Introduction

The goal of this thesis was to expand and improve upon the **freeWAIS server.** The paper focuses on the freeWAIS-0.2 Version of CNIDR (Clearinghouse Networked Information Discovery and Retrieval) and is divided into six chapters. Chapter 1 provides a brief introduction to the topic of information retrieval and computer networks. Chapter 2 discusses the fundamental concepts of WAIS and the goal of this paper. Chapter 3 provides an overview of the WAIS system, including descriptions of the WAIS protocol, the WAIS database, WAIS indexing, the WAIS server and WAIS clients. Chapter 4 addresses enhancements to the WAIS system. In this chapter, several aspects of the WAIS system are introduced, examined and analyzed. Chapter 5 offers a comparison of the performance of the enhanced version with the previous version of WAIS. And the final chapter provides a summary of the paper and discusses the overall outlook for the future. Details on the installation and use of the expanded version of WAIS, referred to as **freeWAIS-sf**, along with documentation of the implementation are discussed in the appendix.

i

SAMNDCA630-06029165

# Table of Contents

1 Introduction .................................................................................................................... 1

   1.1     Information retrieval ............................................................................................... 1

   1.2     Computer networks ................................................................................................ 2

       1.2.1    Introduction .................................................................................................. 2

       1.2.2    Network structure ......................................................................................... 3

       1.2.3    Services ......................................................................................................... 5

       1.2.4    Internetworking with TCP/IP ........................................................................ 6

           1.2.4.1    TCP/IP structure ................................................................................ 8

              **1.2.4.1.1    FTP** ................................................................................... 9

              **1.2.4.1.2    SMTP** ............................................................................... 9

              **1.2.4.1.3    TELNET** .......................................................................... 9

           1.2.4.2    Internet Protocol (IP) ........................................................................ 9

           1.2.4.3    Transmission Control Protocol (TCP) .............................................. 10

       1.2.5    Client-Server model ..................................................................................... 11

2 WAIS Concept and the Goal of this Paper ...................................................................... 13

   2.1     Problems encountered in information searches ................................................... 13

   2.2     What is WAIS? ....................................................................................................... 14

   2.3     WAIS concept ........................................................................................................ 14

   2.4     Historical background ........................................................................................... 16

   2.5     Resources required for publishing information on the web ................................. 17

   2.6     WAIS software ...................................................................................................... 17

   2.7     What does WAIS support? ..................................................................................... 18

   2.8     Goals of this paper ............................................................................................... 18

3 The WAIS System ........................................................................................................... 23

   3.1     WAIS protocol ...................................................................................................... 23

       3.1.1    Structure of the WAIS protocol ................................................................... 23

       3.1.2    Z39.50 Standard .......................................................................................... 25

           3.1.2.1    Model ................................................................................................ 25

SAMNDCA630-06029166

3.1.2.2    Z39.50 in the TCP/IP environment ................................................. 26

3.1.2.3    IR Service ................................................................................ 26

3.1.2.4    Properties of the IR service ......................................................... 26

3.1.2.5    Services in the IR service ............................................................ 27

3.1.2.6    Example scenario ...................................................................... 28

3.1.2.7    IR Protocol .............................................................................. 29

**3.1.2.7.1    Init-APDU** ......................................................................... 29

**3.1.2.7.2    Search-APDU** ................................................................... 31

3.1.3    Protocol Enhancement ...................................................................... 33

3.1.3.1    WAISInit APDU ........................................................................ 35

3.1.3.2    WAISSearch APDU .................................................................... 35

3.1.3.3    WAISSearchReponse APDU ........................................................ 36

3.2    WAIS database ..................................................................................... 38

3.2.1    File structure of the WAIS database .................................................... 39

3.2.2    Document collection ........................................................................ 39

3.2.3    WAIS Index .................................................................................... 41

3.2.3.1    Document presentation in the WAIS index...................................... 41

3.2.3.2    Dictionary ............................................................................... 42

3.2.3.3    Inverted file ............................................................................ 44

3.2.3.4    Document Table ....................................................................... 47

3.2.3.5    Filename table .......................................................................... 48

3.2.3.6    Headline table .......................................................................... 50

3.2.4    Catalog ......................................................................................... 50

3.2.5    Database description ........................................................................ 52

3.3    WAIS indexing .................................................................................... 56

3.3.1    The basis of text indexing................................................................. 57

3.3.2    Parsing ......................................................................................... 57

3.3.2.1    WAIS document parser ............................................................. 57

3.3.3    Text indexing ................................................................................. 62

3.3.3.1    Lexical analysis ....................................................................... 62

3.3.3.2    Stop word elimination ............................................................... 63

3.3.3.3    Synonym detection ................................................................... 63

iii

SAMNDCA630-06029167

    3.3.3.4   Term weighting ............................................................................................ 64

3.4   WAIS server ................................................................................................................ 66

   3.4.1   Principal operating mode of the WAIS server ................................................ 66

   3.4.2   Search engine ................................................................................................ 68

      3.4.2.1   Processing a search query ........................................................................ 68

      3.4.2.2   Relevance feedback .................................................................................. 70

   3.4.3   Retrieval engine ............................................................................................ 70

   3.4.4   Forwarding queries ....................................................................................... 72

   3.4.5   Security .......................................................................................................... 73

   3.4.6   Access report ................................................................................................. 74

3.5   WAIS client ................................................................................................................ 74

   3.5.1   WAIS client in a search query ....................................................................... 75

   3.5.2   WAIS client in the case of relevance feedback ............................................ 75

   3.5.3   WAIS client in the case of retrieval .............................................................. 77

   3.5.4   Finding a database description ...................................................................... 77

3.6   Data Consistency ....................................................................................................... 78

4  Enhancements ..................................................................................................................... 79

4.1   Development of a global format parser ..................................................................... 79

   4.1.1   Concept ......................................................................................................... 79

   4.1.2   Specifying format information ...................................................................... 80

   4.1.3   Global format parser .................................................................................... 80

   4.1.4   Format description language in a format specification file .......................... 81

   4.1.5   Format specification parser .......................................................................... 82

4.2   Development of a field concept ................................................................................. 82

   4.2.1   Field definition ............................................................................................. 82

   4.2.2   WAIS index for fields .................................................................................... 83

   4.2.3   Comparison of the three methods ................................................................ 87

      4.2.3.1   First method .............................................................................................. 87

      4.2.3.2   Second method ......................................................................................... 87

      4.2.3.3   Third method ............................................................................................ 88

      4.2.3.4   Selection ................................................................................................... 88

   4.2.4   Generation of the WAIS index for fields ...................................................... 89

      4.2.4.1   Definition of a global document structure for fields ................................ 89

iv

SAMNDCA630-06029168

| | | |
|---|---|---|
| 4.2.4.2 | Parsing | 90 |
| **4.2.4.2.1** | **Field parsing** | 90 |
| **4.2.4.2.2** | **Simplification of the parsing process** | 94 |
| 4.2.4.3 | Indexing | 95 |
| 4.3 | Stemming | 96 |
| 4.4 | New search query options | 97 |
| 4.4.1 | Boolean query | 97 |
| 4.4.1.1 | Formation of a cut set | 98 |
| 4.4.1.2 | Formation of a combined set | 98 |
| 4.4.1.3 | Formation of a residual set | 98 |
| 4.4.2 | Literal query | 99 |
| 4.4.3 | Wildcard query | 100 |
| 4.4.4 | Phonetic search | 100 |
| 4.5 | Definition of query syntax and query parsers | 103 |
| 4.5.1 | Query syntax | 103 |
| 4.5.2 | Query parser | 104 |
| 4.5.3 | Query examples | 105 |
| 4.6 | Term weighting | 106 |
| 4.6.1 | Evaluation of the WAIS weighting function | 106 |
| 4.6.2 | New weighting function | 107 |
| 4.6.3 | Term weighting with boolean queries | 108 |
| 4.7 | New structure of the inverted file | 109 |
| 4.8 | Automatic generation of stop words | 109 |
| 4.9 | Data organization | 110 |
| 4.9.1 | Analysis of the access process in the dictionary | 111 |
| 4.9.2 | Decrease in reorganization cost | 112 |
| 4.9.2.1 | Change in the structure of the inverted file | 112 |
| 4.9.2.2 | Other data structures for the dictionary | 114 |
| **4.9.2.2.1** | **Variable term lengths** | 114 |
| **4.9.2.2.2** | **Improved dictionary index** | 115 |
| **4.9.2.2.3** | **B+-tree** | 117 |
| **4.9.2.2.4** | **Other data structures** | 123 |
| 4.9.2.3 | Comments | 124 |

SAMNDCA630-06029169

5   Comparison of WAIS-sf and WAIS .......................................................................... 125

  5.1   Retrieval efficiency ........................................................................................... 125

    5.1.1   Search time ............................................................................................ 125

    5.1.2   Cost ........................................................................................................ 126

  5.2   Retrieval effectiveness ..................................................................................... 126

  5.3   Further advantages of WAIS-sf ........................................................................ 126

6   Summary and Overview .......................................................................................... 128

A   Use of WAIS-sf ....................................................................................................... 130

  A.1   Software ............................................................................................................ 130

  A.2   Installation ........................................................................................................ 133

  A.3   Use .................................................................................................................... 136

    A.3.1   Waisindex .............................................................................................. 136

    A.3.2   waissearch ............................................................................................. 139

    A.3.3   waisq ..................................................................................................... 140

    A.3.4   waisserver .............................................................................................. 142

    A.3.5   swais ...................................................................................................... 143

    A.3.6   xwais ...................................................................................................... 143

    A.3.7   Searching for database descriptions ...................................................... 147

  A.4   SFgate ............................................................................................................... 148

B   The Modules ........................................................................................................... 150

  B.1   Error module ..................................................................................................... 151

    B.1.1   Include files ........................................................................................... 151

  B.2   Parsing modules ............................................................................................... 151

    B.2.1   field_y.c ................................................................................................. 151

      B.2.1.1   Procedure ...................................................................................... 151

      B.2.1.2   init_add_fields .............................................................................. 152

      B.2.1.3   Include files .................................................................................. 152

    B.2.2   ircfiles.c ................................................................................................. 152

      B.2.2.1   Procedure ...................................................................................... 152

      B.2.2.2   fields_separator_function ............................................................. 153

      B.2.2.3   fields_header_function .................................................................. 153

      B.2.2.4   fields_finish_header_function ....................................................... 153

      B.2.2.5   fields_date_function ...................................................................... 154

SAMNDCA630-06029170

B.2.2.6   fields_getdate ...................................................................................... 154

B.2.2.7   Include files ......................................................................................... 154

B.2.3   field_index.c ............................................................................................ 154

B.2.3.1   Procedure ............................................................................................ 155

B.2.3.2   init_index_fields .................................................................................. 155

B.2.3.3   how_index_line .................................................................................... 155

B.2.3.4.   index_line_section ............................................................................. 156

B.2.3.5   Include files ......................................................................................... 157

B.3   Indexing module ............................................................................................... 157

B.3.1   Constants ................................................................................................. 157

B.3.2   irtfiles.c .................................................................................................... 158

B.3.2.1   Procedure ............................................................................................ 158

B.3.2.2   add_word_before_pairs ....................................................................... 159

B.3.2.3   map_over_words .................................................................................. 160

B.3.2.4   finish_document ................................................................................... 161

B.3.2.5   index_text_file ..................................................................................... 162

B.3.2.6   field_index_text_file ............................................................................ 163

B.3.2.7   index_directory .................................................................................... 163

B.3.2.8   Include files ......................................................................................... 164

B.3.3   irinv.c ....................................................................................................... 164

B.3.3.1   Procedure ............................................................................................ 165

B.3.3.2   flush_memory_to_disk ......................................................................... 165

B.3.3.3   finished_add_word .............................................................................. 166

B.3.3.4   field_flush_memory_hashtable_to_disk .............................................. 166

B.3.3.5   field_finished_add_word ...................................................................... 166

B.3.3.6   Include files ......................................................................................... 167

B.4   Stemming module ............................................................................................. 167

B.4.1   Include files .............................................................................................. 167

B.5   Soundex and phonix module ........................................................................... 168

B.5.1   Include files .............................................................................................. 168

B.6   Synonym module .............................................................................................. 168

B.6.1   syn_ReadFile ........................................................................................... 168

SAMNDCA630-06029171

B.6.2      lookup_synonym ................................................................................................ 169

B.6.3      Include files ........................................................................................................ 169

B.7      Server module ............................................................................................................ 169

B.7.1      ir.c .................................................................................................................... 170

B.7.1.1      Procedure .................................................................................................. 170

B.7.1.2      interpret_buffer ........................................................................................ 170

B.7.1.3      handleInit .................................................................................................. 171

B.1.7.4      handleSearch ............................................................................................ 171

B.7.1.5      forwardSearch .......................................................................................... 172

B.7.1.6      handleRelevanceFeedbackSearch ............................................................ 172

B.7.1.7      handleFTPSearch ...................................................................................... 173

B.7.1.8      handleElementRetrieval ........................................................................... 173

B.7.1.9      Include files .............................................................................................. 174

B.7.2      sersrch.c ............................................................................................................ 174

B.7.2.1      Procedure .................................................................................................. 174

B.7.2.2      search_word .............................................................................................. 174

B.7.2.3      Include files .............................................................................................. 175

B.7.3      query_y.c ........................................................................................................... 175

B.7.3.1      analysis_string .......................................................................................... 175

B.7.3.2      Include files .............................................................................................. 176

B.7.4      irsearch.c .......................................................................................................... 176

B.7.4.1      Procedure .................................................................................................. 176

B.7.4.2      run_search ................................................................................................. 176

B.7.4.3      search_for_words ...................................................................................... 177

B.7.4.4      Include files .............................................................................................. 177

SAMNDCA630-06029172

# Chapter 1

## Introduction

This chapter will offer an overview of the subjects of information retrieval and computer networks. Section 1.1 briefly describes the main characteristics of information retrieval. Section 1.2 provides a brief introduction into network structures based upon the ISO/OSI reference model[1], services, and Internet operations with the TCP/IP protocol, on which the WAIS protocol is based, and the client-server model, on which WAIS is based. This section will also clarify where the WAIS protocol is categorized in a network structure.

## 1.1    Information retrieval

The purpose of information retrieval (IR) is to present, store and organize information, and to provide access to information. What is information? [Fuhr 93] differentiates between data, knowledge and information. Data are subject to syntactic rules. If data have both syntax and semantics, they are considered knowledge. If the knowledge constitutes a practical value that is required by someone for the purpose of solving problems, it is considered to be information. In general, the information stored in IR systems is subject to no restrictions. In most cases, this information is in the form of texts. These may be journal or newspaper articles, letters, research papers, technical reports, etc.

In contrast to conventional database systems that are based on a deterministic data model, IR systems generally have a probabilistic basic model. Whereas conventional database systems generally involve bases of facts which respond to precise queries (e.g., queries with precise attributes) with factual data, IR systems involve responses with *uncertainty in the presentation of textual content* and *vagueness of queries*. One example of

---

[1] **ISO** = International Standards Organization, **OSI** = Open System Interconnection

SAMNDCA630-06029173

*uncertainty* would involve the transfer of documents to internal database presentation, which is characterized by uncertainty and incompleteness. With *vagueness of queries,* the user frequently has only a vague idea of what he is actually searching for. As a result, the response is not clearly defined.

### 1.1.1  Degree of Retrieval Effectiveness

The effectiveness of retrieval systems is frequently measured using *recall* and *precision* values. Recall is the percentage of relevant documents that are identified, whereas precision is the percentage of the identified documents that are actually relevant. In other words, the goal of recall is to identify anything that might potentially be of interest, whereas the goal of precision is to reject anything that might prove to be irrelevant. Recall and precision can thus be defined as follows:

$$\text{Recall} \quad = \quad \frac{|REL \cap IDENT|}{|REL|}$$

$$\text{Precision} \quad = \quad \frac{|REL \cap IDENT|}{|IDENT|}$$

Here, recall is the percentage of relevant documents that are actually identified, whereas precision is the ratio of relevant documents to identified documents. In the case of large databases, the significance of the quantity *REL* is difficult to determine, and therefore, random samples are frequently used for calculating recall values, while determining precision values is less complicated.

In principle, a perfect retrieval system would produce both high recall and high precision. High recall values can be achieved using high-frequency terms, which in information searches will result in the identification of many relevant documents. Conversely, high precision values can be achieved using low-frequency terms. This implies that the best terms would have high term frequencies and would be dispersed among a small number of documents.

A detailed discussion of the evaluation of retrieval systems may be found in [Fuhr 93].

### 1.2    Computer networks

### 1.2.1  Introduction

A system in which individual computers are linked to one another and communicate with one another is referred to as a computer network. A computer network is

SAMNDCA630-06029174

frequently used as a communication medium for the transmission of data such as electronic mail, images, digitized voice, etc.  The goals of a computer network are:

- **The collective use of existing resources** (resource sharing):
  Regardless of the location of network subscribers, all programs, data and equipment available in the network should be accessible to each user.  Examples of the above include access to remote programs, databases and communication devices with enhanced transmission capabilities.
- **Load distribution** (load sharing):
  The shifting of tasks between relatively similar computers in order to compensate for localized bottlenecks.
- **High reliability:**
  A back-up computer should always be available in the event of a computer crash.
- **Efficiency:**
  Small computers have a substantially better cost/performance ratio than mainframe computers.  Individual users are equipped with their own small computers to lighten the load on the central computer and to reduce the cost of transmitting data between small computers and mainframe computers.

For our purposes, the shared use of existing resources is the aspect of interest; users are able to access locally and non-locally available WAIS databases located on the Internet.  In this context, distance and the location of WAIS databases play no role.

Differentiation is made between LAN (local area network) and WAN (wide area network).  Both LAN for local access, e.g., within the university, and WAN for more remote access, e.g., access to a WAIS database in the U.S., can be used with our application.


## 1.2.2  Network structure

Most networks are organized in a series of layers, with each layer being built upon the preceding layer, see figure 1.1.  This type of organization decreases the degree of complexity in development.  Individual networks have different numbers of levels, designations, content and functions.  However, they share the common characteristic that each subordinate layer serves its superordinate layers.  Layers on the same level communicate with each other.  The rules and regulations that govern the communication process are generally referred to as the *protocol* of that layer.  The protocol defines the format and the significance of the frames, packets or messages exchanged by the entities within a layer.  The entities use the protocol to implement their services.  **Entities** are the active elements of each layer.

In figure 1.1, the entities of application layer 7 view their communication as "horizontal" (virtual communication, dashed line) and use the protocol of this layer.

3

SAMNDCA630-06029175



Figure 1.1: Network structure according to the ISO/OSI model

SAMNDCA630-06029176

The actual communication is "vertical" communication (crossed line).

**The individual layers:**

- **Layer 1 (physical layer – bit transfer)**
  manages the electrical and mechanical interface with the communication media. This includes a procedure for activating and deactivating the connection. Layer 1 guarantees the conversion of data to signals that are compatible with the communication media.
- **Layer 2 (link layer – connection guarantee)**
  establishes and terminates the transfer section, and monitors error recognition and correction
- **Layer 3 (network layer)**
  establishes connections between end systems, maintains these connections and terminates them, during which process it is concerned with addressing, routes and the selection of system devices.
- **Layer 4 (transport layer)**
  establishes and terminates a logic connection between two subscribers, and monitors this connection – link between user and network.
- **Layer 5 (session layer – communication control)**
  establishes communication sessions with other systems when necessary to support dialog between coordinated application processes.
- **Layer 6 (presentation layer)**
  specifies the rules regarding the exchange of information in a common language when implemented.
- **Layer 7 (application layer)**
  The application layer is the uppermost layer of the ISO/OSI model and, in contrast to the other layers, does not provide a generally layer-specific service; instead, it provides a plurality of application service elements, see figure 1.2. These application service elements include, for example, FTAM (File Transfer Access and Management) for the transfer, access and management of remote files, X.400 for e-mail systems, ACSE for establishing application connections, and the Z39.50 standard, which has been expanded to WAIS, for information retrieval application services.

## 1.2.3 Services

A *service* is a set of service elements (operations, see figure 1.3) that are provided by one layer to the layer above it.    A service specifies what operations a layer

5

**SAMNDCA630-06029177**



Figure 1.2: OSI tree

can perform for its users, but does not define how these operations are to be implemented.  There are two different types of services:

- **connection-oriented service** was developed according to the principle of the telephone system.  The sequence of communication is broken down into three phases: connection establishment, data transfer, and connection termination.
- **connectionless service,** in contrast, functions according to the principle of mail. Each message carries the full intended address and is channeled through the system independently of all other messages.  Connectionless service can be confirmed connectionless service (certified mail with return receipt) or unconfirmed connectionless service, which is referred to as a datagram service (electronic mail, telegram service).  Between subscribers, messages are exchanged as packets of fixed size.

As one example of a confirmed connectionless service, a scenario is illustrated in figure 1.4 in a route-time diagram, in which user A sends a query to user B and user B then sends a response back to user A.


## 1.2.4  Internetworking with TCP/IP

Most networks are independent entities, which are each concerned with different communications problems and accordingly are differently equipped in terms of hardware.  It is impossible to design a universal network that will satisfy all requirements.

6

SAMNDCA630-06029178

| Service Element | Significance | Direction |
|---|---|---|
| Request | Service assignment | Service user → medium |
| Indication | Notification of partner | Medium → service user |
| Response | Delivery of confirmation | Service recipient →medium |
| Confirm | Notification of completion of service | Medium → service user |

Figure 1.3: Service elements



Figure 1.4: Scenario of a confirmed connectionless service

7

SAMNDCA630-06029179

This is because some users want a high-speed network that extends mainly over short distances, while some users would prefer a slow network that extends over great distances.

New technologies have been developed that make it possible to link different physical networks to one another. Independently of the network technology that is used and the structure of the host computer, universal capabilities for connection throughout the entire network have been achieved. The connection of two or more networks to one another is called **internetworking**. Connection between the data networks is established by routers or gateways. Thus an *Internet* can be understood as a worldwide computer network in which multiple logic networks, based on different physical networks, are joined. Communication between the networks is achieved via the standardized TCP/IP protocol.

### 1.2.4.1    TCP/IP structure



Figure 1.5:  TCP/IP structure

Figure 1.5 illustrates the differences between the OSI and TCP/IP structures:
- In the TCP/IP structure, the communication control and presentation layers are part of the application layer, whereas in the OSI model, these are separate layers.
- Bit transfer and data link layer are combined, since most of the functions of these layers are contained in intelligent controllers, e.g., Ethernet.

As is clear from figure 1.5, the Z39.50 standard is based directly on TCP/IP. In what follows, such application services as **FTP, TFTP, SMTP** and **TELNET** will be briefly

8

SAMNDCA630-06029180

described.  More lengthy discussions of these may be found in [Corner 91].

### 1.2.4.1.1 FTP

The *file transfer protocol* (FTP) is a protocol for sharing files and for managing databases independently of the respective computer environment.  By implementing options, various forms of presentation (ASCII, EBCDIC, binary), structure (non-structured, structured as lines/pages) and file transfer mode (continuous, block) can be established.

### 1.2.4.1.2 SMTP

The *simple mail transfer protocol* describes a simple protocol for exchanging mail between computers.  Sender and receiver are identified by an indication of a user name and the respective computer domain.

### 1.2.4.1.3 TELNET

*TELNET* is intended to enable access to a computer that is connected to the network in the form of a terminal session, also called a *remote login* or *virtual terminal*.  On UNIX systems, the **telnet** command runs on the client side, while a so-called daemon or server called telnetd runs on the server side.  For more information on the client-server model, see 1.2.5.

### 1.2.4.2   Internet Protocol (IP)

IP is a connectionless protocol.  The main functions of IP involve addressing computers using a 32-bit Internet address and fragmenting packets; IP contains no functions for the end-to-end securing of messages, or for controlling flow.  IP is designed to deliver packets as efficiently as possible to the next recipient, but does not guarantee delivery.  The maximum packet size is 65,535 bytes.  Each packet has an infinite lifespan.

Each IP datagram (frame) is transmitted as a separate packet, completely independently of other datagrams, through the net to the recipient.  The link is not terminated.  For each datagram, the optimal pathway within the net is identified.  Datagrams may overtake one another on route to a recipient, and may arrive at the recipient in modified sequence.  The function of placing packets in the correct sequence is performed by the transport layer.

IP does not provide a secure connection, and instead relies on the protocols of the

9

SAMNDCA630-06029181

higher levels to guarantee end-to-end control.  IP is not capable of regenerating and retransmitting lost datagrams or datagrams that are rejected by the data link layer.

Actual transfer begins when a protocol of a higher layer transfers the data to be transferred to IP.  IP packages these data in an Internet datagram and forwards them to the transfer layer for transport via the network.  If the target computer is located in a local network, IP sends the datagram directly to the target node; however, if the target computer is located in a remote network, IP sends the datagram to its local IP router, which in turn relays the datagram via the next network to the target computer or to the next router.  In principle, a datagram is forwarded by a contiguous net of IP modules, until it arrives at its designated location.  Figure 1.6 illustrates a small example of this.



Figure 1.6:  Computer communication

### 1.2.4.3  Transmission Control Protocol (TCP)

TCP is responsible for establishing an error-proof, reliable transport link between two computers.  The requirements for TCP are:
- multiple use of connections (multiplexing)
- connection monitoring
- data transport

10

SAMNDCA630-06029182

- flow control
- error handling.

**Port numbers**

To enable addressing, so-called port numbers are provided on the transport layer. With 16-bit port numbers, up to $2^{16} = 65,535$ TCP connections can be established. The validity range of a port number is limited to one host. Network number, host ID and port number together specify a communication end point, also called a socket.

Before two applications can communicate with one another, both communication end points must be open. However, in order for them to come together to establish a connection, the active partner must know the address of the passive partner, i.e., both sides must agree in advance upon a port number under which the passive partner can expect the establishment of a connection. By way of example, table 1.1 contains a number of services that are available on UNIX computers and their port numbers, and protocols by which these services operate.

| Service | Port number | Protocol |
|---------|-------------|----------|
| FTP | 21 | TCP |
| TELNET | 23 | TCP |
| SMTP | 25 | TCP |
| portmap | 111 | TCP |
| rlogin | 513 | TCP |
| rsh | 514 | TCP |
| Z39.50 | 210 | TCP |

Table 1.1: Service – port number – protocol

## 1.2.5  Client-Server model

When a user at a workstation wishes to access a client or data that are located, for example, on a file server, he sends a request to the server. The server handles the query and sends back a response. Communication is implemented in the form of a question and answer pair, which is initialized by the client. The model is illustrated in figure 1.7. Both for efficiency and for avoiding high communication costs in connection-oriented service, a connection-independent service based on datagrams should ordinarily be used.

11

SAMNDCA630-06029183

Advantages of this model include:

- Communication between client and server is carried out solely via procedure calls rather than I/O commands.
- Details on the functioning of the network are concealed from the client.
- From the point of view of the user, a remote procedure call (RPC) can no longer be distinguished from a local procedure call.



Figure 1.7: Client-Server model

12

SAMNDCA630-06029184

# Chapter 2

## WAIS Concept and the Goal of this Paper

Following the brief introduction to the subjects of IR and computer networks presented in the previous chapter, this chapter will now discuss the concept upon which WAIS is based. A number of problems which occur frequently in the practical implementation of information searches will be described. Historical background for the establishment of WAIS will then be presented and the structure of WAIS described. Finally, the goals of this thesis will be presented.

## 2.1  Problems encountered in information searches

In view of the steadily growing importance of natural sciences and technology, the increase in the amount of available information is likely to continue accelerating. Day by day, we are confronted by increasing amounts of information. This information may be found in any form of document, newspaper or journal article, book, research report, technical report, letter, image, etc. Without a method for systematically managing this huge quantity of information, we are as good as lost when we need to locate specific information. For one thing, a person may not be proficient enough in searching for information, or localizing the information being searched for may be too difficult. For example, to retrieve data via anonymous FTP, it must first be determined where the data to be retrieved are located – a painstaking task. Although *archy* makes it possible to search for information on the web, a precise description of the content of the information being searched for is necessary. Unfortunately, this is not always possible. In the past, data were stored in simple file folders. Today, data are generally stored electronically in a hierarchical file system, primarily unorganized. A person wishing to perform a content search, e.g., for an old document, can use the Unix commands *find*

SAMNDCA630-06029185

and *grep*, for example, to do so.  These programs provide inadequate results, either a large set or nothing at all.  It is not clear whether or not the data being searched for will be found.   It may be necessary to search through many directories on multiple machines.  Valuable time may be lost.

Conventional retrieval systems all operate according to the same principles and procedures.   Documents are indexed by experts or indexers using a controlled vocabulary.  Search queries are subject to established rules, which can be very difficult for "naïve" users to formulate.  Moreover, user interfaces are not user friendly.  Search results are not ranked.  Either a large number of documents are obtained, or none at all.  One example of this is a boolean retrieval system.  In most of such cases, the results are difficult to interpret because the documents are not sorted according to relevance.  Users must search through the massive number of results themselves to identify relevant documents.  As a result, inexperienced users can become overwhelmed and waste a great deal of time.

The development of **WAIS** (Wide Area Information Server) is intended to improve this circumstance.


## 2.2    What is WAIS?

**WAIS** (Wide Area Information Server) is an information system designed to help users find information locally or on the Internet.  Information sources may be local or remote.  From these information sources, which may be located anywhere on the Internet, WAIS software makes it possible for users to search for and select documents.  A search is started with a query consisting of a sequence of key words.  Search queries are formulated in natural language.


## 2.3    WAIS concept

The goals of developing WAIS are:
- to develop a decentralized method for organizing data.
- to provide everyone with an easy way to disseminate information and gain easy access to information.
- to utilize existing technologies to implement information services.  The power of a work station is utilized for this purpose.  The role of information seeker and information provider is assigned to a work station.
- to facilitate use via a uniform interface, which is capable of accessing

SAMNDCA630-06029186



Figure 2.1: WAIS structure

numerous information servers – regardless of their location.  Users then are not required to be familiar with the various systems of the information server.
- to apply a standard to enable openness of the system.  All clients and servers who speak this standard language can be integrated smoothly into the system.

To achieve these goals, a WAIS structure as illustrated in figure 2.1 has been developed, which is based on the client-server model.  It consists of four components: **WAIS client, WAIS server, WAIS protocol** and **WAIS database**.
WAIS client and WAIS server are independent processes which function independently. The WAIS client assumes the role of information seeker, while the WAIS server is the information provider, and is located on a network, such as the Internet, for example, or X.25.  In a search for information, or more precisely for documents, WAIS clients address the WAIS server via an information source, the so-called *database description* (section 3.2.5).  In this process, the WAIS server accesses one or more WAIS databases simultaneously, which are located on the server side.   A WAIS database contains information the user wishes to search through, and is generated and managed by the WAIS server through indexing.
WAIS databases are accessed by a content search, which allows queries that use natural language.  For WAIS clients, a query that is simply a sequence of characters is subject to no syntactic rules.  Interpreting the query may be the task of only the WAIS server.  As a result, when the WAIS server changes, the WAIS client and the WAIS protocol remain unaffected.
The results of a query are provided in the form of *headlines*, which describe the content of the documents identified and correspond to the document references.
To improve the above-described situation in terms of retrieval effectiveness, WAIS uses

15

SAMNDCA630-06029187

a heuristic ranking method, which sorts the documents according to decreasing relevance. Ranking is performed by the WAIS server.

The search for information sources, such as database descriptions and server addresses, is based upon the yellow-pages concept. In this concept, a global meta-database called the *directory-of-servers* (section 3.5.4) is established. This database manages all database descriptions from different servers globally.

As a user-friendly interface which facilitates the search for information for the user, a graphic user interface is used.

Communication between the WAIS client and the WAIS server is enabled via the WAIS protocol. The WAIS protocol is a stateless communications protocol and an enhancement of the ANSI/NISO[1] Z39.50 information retrieval standard. A stateless protocol is characterized particularly in that no maintenance of information status is necessary, and as a result, it is very robust. When the server crashes and then reboots, no status information is lost as a result, and the only thing the client might notice is a somewhat longer response time while the server boots up again. The Z39.50 standard supports the exchange of data in various display formats. Because the WAIS protocol is based on a standard, different information seekers and providers can be easily integrated into the system. For example, a software developer can offer a graphic user interface, while an information provider offers a server for providing information.

In concrete terms, therefore, this means that the WAIS client performs the task of selecting and presenting information, while the WAIS server, which can be located anywhere on the Internet, provides tools for finding information.

Since communication between the WAIS client and the WAIS server proceeds only via the WAIS and TCP/IP protocol, differences in hardware are made irrelevant. As a result, each work station can function as both WAIS client and WAIS server. In the search for information, the end user will have the feeling that information is available to him locally.

## 2.4   Historical background

The fundamental concepts of WAIS were developed by Brewster Kahle. WAIS began as a cooperative project between **TMC** (Thinking Machines Corporation), **Apple Computer, Dow Jones & Co.,** and **KPMG Peat Marwick.** The goal was to define an

---

[1] **ANSI** = American National Standards Institute (representative of the U.S. in ISO)
   **NISO** = National Information Standards Organization

16

SAMNDCA630-06029188

open protocol and to implement an information system that would make it possible for users to access remote databases.  In the summer of 1991, the WAIS software was released by TMC.  However, support and further development by TMC was supported only up to version **wais-8-b5.1**.  In the future, these functions are to be performed by **CNIDR** (Clearinghouse for Networked Information Discovery and Retrieval) in the U.S. For this purpose, TMC has founded a new company, **WAIS Inc.,** to market WAIS software commercially.  The WAIS packet that is offered for free by CNIDR is called **freeWAIS**; the current version is freeWAIS-0.3.  At this time, CNIDR offers a more up-to-date version, which is called **Zdist**.  However, Zdist operates using the Z39.50-92 protocol, which differs very significantly from the Z39.50-88 protocol, with which freeWAIS operates.  Zdist is available free without server software.

## 2.5   Resources required for publishing information on the web

The following components are required for disseminating information on the web:
- a collection of information someone wishes to publish,
- the WAIS server software,
- a UNIX computer on which the information is located,
- a TCP/IP network connection between client and server
- an Internet connection (optional).

## 2.6   WAIS software

The current freeWAIS public domain software packet is freeWAIS-0.3 and has been tested on the following platforms:

| Hardware | Operating System | Compiler |
|----------|------------------|----------|
| DECstation | Ultrix | Gcc |
| DECstation | Ultrix | Cc |
| SGI | Irix | Gcc |
| Sun | SunOS | Gcc |
| DEC Alpha | OSF/1 | Gcc |
| 486 | Linux | Gcc |

The WAIS client software is available on the following platforms:
- UNIX (versions for X, Motif, Open Look, Sun View)
- NeXT

17

SAMNDCA630-06029189

- Macintosh
- MS DOS
- MS Windows
- VAX/VMS

**Anonymous ftp servers:**
ftp://ftp.cnidr.org/pub/NIDR.tools/freeWAIS-0.3.tar
ftp://ftp.cnidr.org/pub/NIDR.tools/freeWAIS-0.3.tar.Z
ftp://ftp.cnidr.org/pub/NIDR.tools/freeWAIS-0.3.tar.gz

**CNIDR-mail address:** freeWAIS@cnidr.org

## 2.7    What does WAIS support?

Because this paper focuses on the freeWAIS-0.2 version, the following features, which will be discussed at length in the next chapter, refer only to this version.  FreeWAIS-0.2 supports:
- graphic user interface,
- Z39.50 standard as application protocol,
- full text indexing,
- natural query language,
- relevance feedback,
- heuristic ranking method,
- identification of synonyms,
- use of stop words,
- processing of various document formats by defining corresponding specification functions for syntax analysis,
- processing of various display formats (multimedia data),
- directory-of-servers.

## 2.8    Goals of this paper

The goals of this paper are:
- to develop a field concept that will allow restricted searches within fields.
- to develop a global format parser for indexing that will comprehend all document formats.
- to integrate stemming.
- to expand the system to include new query options:
  - boolean query
  - literal query

18

SAMNDCA630-06029190

- wildcard query
- phonetic search
- to investigate and evaluate the weighting function used in WAIS and present a new weighting function.
- to automatically generate stop words.
- in addition, this paper will address data organization in WAIS.

## Boolean search

Ordinarily, users of retrieval systems are interested in keeping searches as precise as possible, e.g., restricted in specific fields such as title, author, etc., and in keeping the number of identified documents as small as possible. This is not possible in WAIS using search queries that contain individual search terms, since there is no established rule as to how search queries are to be formulated. For example, a search query BUSINESS INFORMATION TECHNOLOGY will relate to documents in which either the term BUSINESS or the term INFORMATION TECHNOLOGY or both terms occur. However, if a person is interested only in documents that contain both terms BUSINESS and INFORMATION TECHNOLOGY, then documents that contain only one of the two terms do not belong in the list of responses. Therefore, the two search terms BUSINESS and INFORMATION TECHNOLOGY should be linked in a search query.

The linking of multiple terms in a search query is based upon boolean logic and the boolean operators **OR**, **AND** and **NOT**, which form a combined set, a cut set and a residual set. A search query such as BUSINESS AND INFORMATION TECHNOLOGY is intended to identify documents that contain both terms. To exclude documents that contain certain terms from the set of identified documents, the NOT operator is used. In this case, the search query BUSINESS NOT INFORMATION TECHNOLOGY relates only to documents in which the term BUSINESS, but not the term INFORMATION TECHNOLOGY occurs. Finally, the search query BUSINESS OR INFORMATION TECHNOLOGY will identify documents that contain either the term BUSINESS or the term INFORMATION TECHNOLOGY or both terms.

## Literal search

Because in the search query BUSINESS AND INFORMATION TECHNOLOGY the two terms are independent of one another, the probability that the identified documents will actually be connected to the topic of "business information technology" is no higher than if the search query were to be formulated such that the two search terms occur directly one after the other and in the indicated sequence in the text of the document. Such a search query is referred to as a *literal query*. The search is performed using terms that occur in the original text of the documents.

19

SAMNDCA630-06029191

## Wildcard search

In formulating a search query, it is frequently unclear whether a search term has been written properly, e.g., `OPERATING SYSTEM` or `OPERATING SYSTEMS`. In response to the search query `OPERATING SYSTEM`, the WAIS server will identify all documents that contain the precise term `OPERATING SYSTEM`. Documents containing terms such as `OPERATING SYSTEMS` will not be identified, even though they might be relevant to the query. The solution lies in the *right truncation* of the terms, to inform the server that any and all characters occurring after the truncation symbol should be allowed for the search query. Thus a search query that contains the truncated term `OPERATING SYSTEM*` will identify all documents that contain terms beginning with `OPERATING SYSTEM`. In such a case, the user wishes to keep the number of identified documents as large as possible. This type of search query with truncated terms is referred to as a *wildcard query*.

## Phonetic search

The search for proper nouns is frequently associated with the problem that the spelling of the name can only be approximated or is unknown. Thus, conducting searches that require a precise knowledge of the name being searched is naturally very difficult. Phonetic searching is intended to solve this problem. It is enabled by the two algorithms SOUNDEX and PHONIX. SOUNDEX and PHONIX attempt to find terms that are phonetically similar to the term being searched for, i.e., words that have a similar pronunciation. PHONIX is an enhanced version of SOUNDEX. Both algorithms will be integrated into the WAIS system.

## Field search

As the next example: A person searching for information on the city of `NEW YORK`, e.g., documents having the title `NEW YORK`, or by the author `Meier` will have no interest in documents about London or Paris that were published in 'New York' or were edited by 'Meier'. Search queries could therefore be, for example: `TI = NEW YORK` or `AU = MEIER` or `TI = NEW YORK AND AU = MEIER`. In this case, the searcher wishes to have the option of restricting search queries in specific fields. The development of a field concept is intended to take the following requirements into consideration:
- search in fields: searching should be possible in multiple fields.
- numeric fields: fields should contain not only words but also numbers.
- field overlap: the purpose of field overlap is to make it possible to search in a field that also contains terms from other fields.

## Global format parser for indexing

Before WAIS databases can be accessed, they must be generated. Generating a WAIS database is equivalent to indexing a document collection in which all documents have

20

SAMNDCA630-06029192

an established format.  For each new document format, a format parser must be defined, if one is not already provided.  The task of the format parser is to correctly analyze a document format.  It knows where a document begins, where it ends, how to generate a headline and how a document should be indexed.  A *headline* contains the most meaningful words that logically describe the content of a document.  The definition of a parser consists primarily of the definition of specification functions, which are intended to interpret the syntax of a document.  Due to the modularity of the WAIS system, such insertions of new parsers have no effect on the functionality of the system.  However, each insertion requires a recompilation of the WAIS indexer.  This drawback can be avoided by using a global format parser that understands all document formats.  This allows the added definition of specification functions and recompiling to be dispensed with.  Figure 2.2 illustrates the stated problem and figure 2.3 illustrates the solution to the problem.



Figure 2.2: Problems with adding a new document format



Figure 2.3: Solving the above-stated problem by using a global format parser

21

SAMNDCA630-06029193

## Integration of stemming

This goal involves integrating the capability of reducing words to their stem form into the WAIS system.

## Automatic generation of stop words

This goal is focused on the capability of automatically detecting stop words during indexing.

## Weighting function in WAIS

A number of weak points of this function will be discussed. A new weighting function will then be presented.

## Data organization

This paper will also investigate and analyze the data organization method used in WAIS, which affects the speed with which WAIS databases are accessed. The efficacy of the data structure that is used for external data organization in WAIS will be compared with other data structures.

## Why the enhancements are performed on the server side

This brings me to the question of where these enhancements are to be applied in the WAIS system. Since the WAIS structure is based on the client-server model, the following questions are raised:

- Where should changes be made in the system to maintain system compatibility – on the client side, the server side or in the WAIS protocol?
- What problems may result?

The problems consist in that changes resulting in changes on the client side mean changes to all clients that comprehend the WAIS protocol. This refers to changes on the client side and to the WAIS protocol. However, this cost is too great, considering the fact that there are numerous WAIS clients, and that these changes will make thousands of existing WAIS servers unusable and will necessitate their modification. Enhancements should therefore be implemented only on the server side in order to achieve the stated goals. In this way, system compatibility is maintained, and the stated disadvantages are avoided, since the client side remains unaffected by the changes.

22

SAMNDCA630-06029194

# Chapter 3

## The WAIS System

This chapter will provide an overview of the freeWAIS system, version 0.2. The WAIS protocol, the WAIS database, WAIS indexing, the WAIS server and the WAIS client will be presented.

## 3.1    WAIS protocol

The WAIS protocol is used for communication between the WAIS client and the WAIS server. In such communication, information units, also referred to as APDU's (Application Data Unit), are exchanged. The WAIS protocol is based upon the ANSI/NISO Z39.50 standard, which specifies an OSI application service and an OSI protocol for information retrieval[1]. In this section, I will discuss the concept of the WAIS protocol. I will not go into the protocol specifications, however, and will instead refer to the following sources for this information:

> http://cnidr.org/cnidr_papers/z3950.html
> http://server.wais.com/z3950.html
> ftp://wais.com/pub/protocol/*

## 3.1.1  Structure of the WAIS protocol

The structure of the WAIS protocol is illustrated in figure 3.1. All requests made by the WAIS client are converted by the WAIS-APDU interface functions to WAIS-APDU. The functions of the Z39.50 interface then convert the WAIS-APDU to Z39.50 APDU, which are finally sent locally or via the Internet to the WAIS server. On the server side, the conversion process is reversed precisely when a request from the WAIS client is received.

---

[1] Abbreviated to: IR

SAMNDCA630-06029195



Figure 3.1: Structure of the WAIS protocol

24

SAMNDCA630-06029196

The Z39.50 APDU are converted back to WAIS-APDU, which are then converted to the application data for the WAIS server.

Once the WAIS server has processed the application data and is ready to send the result back to the WAIS client, the procedure is exactly as described above, but in the opposite direction.

The WAIS protocol operates in two phases:

- In the first phase, agreements are reached between the WAIS client and the WAIS server, such as specifying the size of a message or services (see below), for example.
- In the second phase, the actual query is sent to the server. The server processes the query and sends a result back to the client.

### 3.1.2  Z39.50 Standard

The Z39.50 standard was developed as the American standard by ANSI/NISO in 1988. Its purpose was to allow a computer functioning as a client to send a query to another computer functioning as a server. The standard defines an IR service and an IR protocol within the application layer of the ISO/OSI reference model. It supports access to data in different display formats, such as, e.g., gif, postscript, etc., and is based on the TCP/IP structure.

### 3.1.2.1  Model

The goal of this standard is to enable open communication between information seekers and information providers. It was developed based on the fact that different systems have different methods of storage and access, which can make access by one system to data from another system problematic. An abstract model is needed to solve this problem. Each individual system can model its implementation on the abstract model.

The model views a database as a collection of one or more files. Each file has a distinct name. An information unit, which is selected from the database, is a record. All records in a file have a common structure. A record is identified by a key. If a query that contains the search key and one or more database names accesses one or more databases, the result will contain a number of pointers to the identified records. Together with a database name, a pointer to a record forms a record reference. Therefore, physical access to the found records is not necessary. Following a successful search process, a target system sends a number of record references to the client. The client uses the record references for retrieval requests. A database is identified in the

25

SAMNDCA630-06029197

server by a database name.  A record pointer in the record reference enables direct access to a record.

The standard uses the *type-1* query syntax for queries.  The type-1 query syntax is described in the specifications of the WAIS protocol.  The following sources provide information on this:

> http://cnidr.org/cnidr-papers/z3950.html,
> http://server.wais.com/z3950.html or
> ftp://wais.com/pub/protocol/*

### 3.1.2.2    Z39.50 in the TCP/IP environment

Due to the complexity of OSI implementations, the lack of availability of well-engineered OSI software and the popularity of TCP/IP and Internet, it was decided to implement the Z39.50 protocol directly via TCP/IP and not within the OSI environment.

Within the Internet environment, Z39.50 has the TCP port number 210 (cf., section 1.2.4).  To initialize a Z39.50 connection to a server in the TCP/IP environment, the client opens up a TCP/IP link to port 210 on the server side.

### 3.1.2.3    IR Service

This section will describe the IR service which is supported by this standard.

### 3.1.2.4    Properties of the IR service

The service involves a client as source and a server as target, and these communicate with one another.  The client initializes an application.  The server reacts to an initialization by the client.  These roles cannot be exchanged.  The server possesses one or more databases.  An application session is set up by the client and can be terminated by the client or the server or by external events.  An application session cannot restart.  Thus no information status is noted when a session is terminated.

The entire application service consists of ACSE (Association Control Service Element) and IR service.  Use of the services is broken down into three phases:

- establishment of the connection,
- data exchange,
- termination of the connection.

SAMNDCA630-06029198

### 3.1.2.5   Services in the IR service

This standard comprises seven services, with each service comprising two service primitives *Request* and *Response*. A request is followed by a response. Unless otherwise stated, a request is issued by the client, while a response is a reaction by the server to a request.

1. **Initialization service:** This service allows the server to agree to initialization parameters with the client. However, the server can also propose alternative values to the client. The client must either accept the alternative values proposed by the server or end the communication.

2. **Search service:** The search service makes it possible for the client to query databases on the server side and to receive the results of the query.

3. **Present service:** With the present service, the client can obtain records from a specified set of results. In this case, the server must maintain the information status. This can also be referred to as a *stateful* server, as compared with a *stateless* server. This service is not supported by WAIS. A document can be retrieved through a type-1 query based on a document ID.

4. **Result-set-delete service**: With this service, the client can request that the server delete one or more sets of results. This service is not supported by WAIS, since each set of results is deleted immediately after a search response APDU is sent.

5. **Access control service:** This service implements access control. It is not supported by WAIS, because the data are freely available.

6. **Resource control service:** This service comprises resource control requests from the server followed by the initial, search, present or delete request and resource control response from the client. This service controls whether the client has already exceeded the agreed-upon limit in the use of server resources. WAIS does not support this service, but supports the commercial version.

7. **Termination service:** This service comprises IR abort requests from the client or server and IR release requests from the client, followed by IR release responses from the server. The termination service makes it possible for the client or the server to end a session. Since the WAIS server is stateless, it does not support this service.

SAMNDCA630-06029199

### 3.1.2.6   Example scenario

Below, a scenario for a search and retrieval requests will be described (figure 3.2). This example does not take exceptional cases into account.



Figure 3.2: Example scenario

With Init-Request, the client establishes a connection with the server. The server is notified by Init-Indication. If the server wishes to communicate with the client, he will send the Init-Response back to the client. The client is notified by Init-Confirmation.

Through Search-Request, the client sends a query to the server. The server is then notified by Search-Indication. The server responds to this request with a search action in the database and sends the search results back to the client in the form of a response through Search-Response. The client is notified by Search Confirmation, wherein differentiation is made between a positive and a negative confirmation. A positive confirmation means that the response contains a set of document references, whereas with a negative confirmation, the response is a message that no documents have been identified, for example.

28

SAMNDCA630-06029200

If the client wishes to view any original documents, he will initialize the request through Retrieval-Request.   The server is notified by Retrieval-Indication.   With Retrieval-Response, the server sends the selected original documents to the client.


### 3.1.2.7   IR Protocol

The IR protocol is a connection-oriented protocol.  The Z39.50 standard specifies its APDU in ASN.1 (Abstract Syntax Notation One).  The seven services have the following corresponding APDU's:

1. **Initialization service:** Init-Request APDU, Init-Response APDU
2. **Search service:** Search-Request APDU, Search-Response APDU
3. **Present service:** Present-Request APDU, Present-Response APDU
4. **Delete service:** Delete-Request APDU, Delete-Response APDU
5. **Access control service:** Access-Control-Request APDU, Access-Control-Response APDU
6. **Resource-control service**: Resource-control-Request APDU, Resource-control-Response APDU
7. **Termination service**: IR-abort-Request APDU, IR-release-Request and IR-release–Response APDU

The protocol specifications are described in

http://cnidr.org/cnidr_papers/z3950.html,
http://server.wais.com/z3950.html or
ftp://wais.com/pub/protocol/*

In the next two sections, I will describe in greater detail the APDU of the two services initialization and search, which are used in WAIS.


### 3.1.2.7.1 Init-APDU

An Init-APDU contains the following parameters:

**PDUType:**  The PDUType indicates to the server whether the communication involves an initiation.  In WAIS, the PDUType = 20, and 21 for Init-Request or Init–Response.

**IDAuthentication:**  The client and server together agree whether this parameter will be used, and what value it should have.  This value is used by the server to verify whether the client is authorized for the communication.  In WAIS, this parameter contains the string of characters 'waissearch freeWAIS Release 0.2, from host: *hostname.domain,* user: *user'*.  The three subsequent parameters ensure system compatibility.

**ImplementationID:**  In WAIS, this is 'TMC' (Thinking Machine Corporation).

**ImplementationName:**  In WAIS, this is 'Thinking Machine Corporation Z39.50'.

29

SAMNDCA630-06029201

**ImplementationVersion:**  In WAIS this is '2.0A'.

**ReferenceID:**  This parameter is not used in WAIS because of the stateless server.

**Options:**  There are 5 options:

1. search
2. present
3. delete
4. resource control
5. access control

For the first three options, Init-Request specifies either 'will use' or 'will not use', and Init-Response specifies 'will support' or 'will not support'.  For the last two options, Init-Request specifies either 'will support' or 'will not support', and Init-Response specifies 'will use' or 'will not use'.

- search – 'will use' indicates that the client wishes to make use of the search option from the server.  For this purpose, however, the server must acknowledge the client with 'will support'.
- present, delete – similar.
- resource control – with 'will support', the client indicates that he is ready to receive and respond to the resource-control request from the server.  With 'will not support', the opposite is true.  However, if the server wishes to use the resource control service in the second case, the connection must be terminated.
- access control – similar.

WAIS uses only the search option.

**PreferredMessageSize and MaximumRecordSize:**  These parameters refer to the message size and are calculated in bytes.  MaximumRecordSize must be greater than or equal to PreferredMessageSize.  In Init-Response APDU, the values of these parameters apply only to the server.  The server has the option of proposing alternative values.  However, the PreferredMessageSize must be less than or equal to the MaximumRecordSize.  The client can either accept the proposed values or terminate the connection.  In WAIS, PreferredMessageSize and MaximumRecordSize are established as 100,000 bytes.

**Result:**  The server indicates by specifying 'accept' or 'reject' whether or not it will accept the session.  If 'reject' is specified, the client must terminate the communication.  WAIS sets this parameter to 'accept' when the options present and delete are the same as 'will not use'.

**UserInformationField:**  This parameter can be used by the client or server for additional information (not specified in this standard).  WAIS uses it for the version indication 'waissearch freeWAIS Release 0.2, from host: *hostname.domain*, user: *user*'.

30

SAMNDCA630-06029202

### 3.1.2.7.2 Search-APDU

A search APDU contains the following parameters:

**PDUType:**  The PDUType indicates to the server whether a search request is involved. In WAIS, the PDUType = 22, and is 23 for Search-Request or Search–Response.

**QueryType:** This parameter identifies the query syntax.  The standard supports the type-1 query syntax.  WAIS expands this further by the type-3 query syntax for relevance feedback.  Type-1 query is used by WAIS only for retrieval queries.

**Query:** WAISSearch-Request APDU is contained in this parameter.

**DatabaseNames:** database names.

**ResultSetName, ReplaceIndicator:**   The result of a query is associated with ResultSetName.  If the ResultSetName already exists in the server, further actions are based upon the value of the parameter ReplaceIndicator.  If it is 'on', the existing ResultSetName will be replaced by a new one.  If ReplaceIndicator is set to 'off', the existing ResultSetName will be maintained.  However, if no ResultSetName with the name specified in the parameter exists, it will be generated and the parameter ReplaceIndicator will be ignored.  As a default, ResultSetName is the same as 'default'.  In this case, ReplaceIndicator must be 'on'.  A ResultSetName is maintained either until the end of the session or until a delete operation is implemented by the server, or until a replacement or delete request is made.  In WAIS, ReplaceIndicator is always 'on' due to the stateless server.

**DatabaseDiagnosticRecords:**  This parameter occurs in the WAISSearch-response APDU.  It contains the result of the query and/or messages in the case of search errors in the WAISSearch response APDU.

**ReferenceID:** as above, not used.

**ResultCount:** Number of records found.  This is not used in the free versions.

**NumberOfRecordsReturned:** Total number of records that are sent to the client.

**SmallSetUpperBound, LargeSetLowerBound, MediumSetPresentNumber:**
 The set of results is a
- 'small set' if the ResultCount is no greater than the SmallSetUpperBound. In this case, all records found are sent to the client.  In WAIS, SmallSetUpperBound = 30.
- 'large-set' if the ResultCount is greater than or equal to the LargeSetLowerBound.  No record will be sent.  In WAIS, the LargeSetLowerBound is equal to 5000.

31

SAMNDCA630-06029203

- 'medium-set', otherwise. The maximum number of records, specified by MediumSetPresentNumber, will be returned. In WAIS, the MediumSetPresentNumber = 30.

However, the WAIS server of the free versions does not take this parameter into account because the number of records returned is specified in the WAISSearch APDU.

**NextResultSetPosition:** The position of the next record within the set of results. It is 0 when the last record has already been returned. But WAIS does not use this parameter because the result is deleted immediately after being sent to the client.

**SearchStatus:** This is contained in the SearchResponse APDU. It is

- success – if the search is successful.
- failure – otherwise. In this case, the server will send DiagnosticRecords to the client.

**ResultSetStatus:** This is used only when SearchStatus is set to 'failure'.

The possible values for this parameter are:

- subset – partially valid results.
- interim – partially available results, but not necessarily valid.
- None – no results available.

This is not used in WAIS.

**PresentStatus:** This is used only when SearchStatus is set to 'success'.

The possible values for this parameter are:

- success – all records are available.
- partial-1 – not all records can be returned due to access control.
- partial-2 – not all records can be returned due to message size.
- partial-3 – not all records can be returned due to resource control on the part of the client.
- partial-3 – not all records can be returned due to resource control on the part of the server.
- failure – diagnostic records will be returned.

This is not used in WAIS.

**ElementSetNames:** This is a primitive name, which refers to an element in a record, such as, e.g., document text, long document header (see section 3.1.3.3).

32

SAMNDCA630-06029204

### 3.1.3  Protocol Enhancement

The enhancements to the Z39.50 standard include:
- Support of relevance feedback
  Relevance feedback is used to select one or more documents or document segments. With it, documents that are similar to the selected documents or document segments are searched for. Both for a search query and for a relevance feedback query, the type-3 query syntax is used, which is not in the Z39.50 standard. Because the type-3 query syntax is used, the client is not affected by the changes to the functionalities on the server side. A query does not need to be converted in advance by the client to a type-1 RP notation (reverse-polish notation). Instead, it contains simple text. The type-3 query syntax is described in the protocol specifications.
- Retrieval of documents with a document identifier concept
  A document identifier corresponds to a document ID, which is characterized in the protocol by a system control number. The protocol requires clear document IDs for each document from the server. These document IDs are used by the client for retrieval or relevance feedback. For example, to retrieve a document that has the document number xxx, the system control number in the query = xxx. This makes it possible for the client to terminate a connection with the server, but still remain capable of retrieving a document at a later time. For retrieval, WAIS uses type-1 query syntax.
- Stateless server
  The WAIS server is stateless in that search results are not stored by the server, and are instead deleted immediately after being sent to the WAIS client. Therefore, the present service is not required. The search service is used for retrieval.
- Requesting document ranges
  The type-1 query in this case is also equipped with chunk-code parameters. A document range that corresponds to a chunk-code value is selected by the server and is sent to the client. One example of a retrieval query might be: system-control-number = xxx AND line > 1000 AND line <= 2000. The result is a document range of 1000 characters of document xxx, starting with the 1001st character as the first character.

WAIS supports only the Init and Search services of Z39.50. For searching, relevance feedback and retrieval, the search service is used. A search is initialized by the client with a Search-Request APDU, which contains a WAISSearch-Request APDU. For a

33

SAMNDCA630-06029205

search query or relevance feedback query, the type-3 query syntax is used, which occurs in the WAIS-Search-Request APDU and contains two primary fields:

1. search words or text, input by the user.
2. a list of document objects for relevance feedback, in which a document object contains a document ID, a document type, a chunk code, and a start position and end position for a document.  A document ID is a distinct document identifier.  The type is a list of display formats.  A chunk code is a unit of measurement by which a range, indicated by start position and end position, is read.  A chunk code contains the following units of measurement, for example: *byte, line, paragraph* and *full document*.  If the chunk code is set to *full document*, then start position and end position will be ignored.  WAIS uses the unit of measurement *byte*.

A WAISSearch-Response APDU contains a list of records or document references.  A document reference refers to an original document on the server.  Each document reference contains the following fields:

1. headline – a number of words that describe the main content of a document.
2. rank – the ordinal number of a document in the set of responses.  It indicates the relevance of a document in a query.  The highest ranking number is 1000.
3. a list of display formats – for example, text, postscript, tiff, etc.
4. doc ID – the document number.
5. length – the length of a document in bytes.

The number of document references is determined by the client during initialization.  The retrieval of a document is also initialized by the WAIS client with a Search-Request APDU.  For a retrieval query, type-1 query syntax is used, which occurs in the WAISSearch-Request APDU and contains four main fields:

1. term: Doc ID
   use attribute: system-control-number (code = 'un')
   relation attribute: equal (code = 're')
2. term: requested display format
   use attribute: data-type (code = 'wt')
   relation attribute: equal (code = 're')
3. term: starting position
   use attribute: paragraph, line, byte (code = 'wp', 'wl', 'wb')
   relation attribute: greater-than-or-equal (code = 'ro')
4. term: end position
   use attribute: paragraph, line, byte (code = 'wp', 'wl', 'wb')
   relation attribute: less-than (code = 'rl')

34

SAMNDCA630-06029206

**Example of a retrieval query:**

```
query = ( (use = "un", relation = "re", term = <DOC-ID>)
        AND
        (use = "wt", relation = "re", term = postscript)
        AND
        (use = "wb", relation = "ro", term = 0)
        AND
        (use = "wb", relation = "rl", term < 2000)
      )
```

A retrieval response is a Search-Response APDU which contains a WAISSearch-Response APDU. In this case, however, a record corresponds to an original document in the specified display format.

### 3.1.3.1    WAISInit APDU

WAIS specifies only a WAISInitResponse APDU, which contains the following parameters:

**ChunkCode:**  This parameter indicates the units of measurement for a document range. There are four different possible selections:  0 for *full document*, 1 for *byte*, 2 for *line* and 3 for *paragraph*. In WAIS, the chunk code is set to 1. This parameter is used in relevance feedback to identify a range of a document.

**ChunkIDLength:**  This specifies how many bytes are used for each individual chunk code. Since the chunk code in WAIS is equal to 1, this and the subsequent parameter are ignored, or otherwise they are set.

**ChunkMarker:**  This is a sequence of ASCII characters and serves as a delimiter in the document text.

**HighlightMarker, DeHighlightMarker:**  A sequence of characters that delimit a document text which is to be emphasized (not used by the WAIS server in the free versions).

**NewlineCharacters:**  These indicate which characters will be used at the end of a line (not used by the WAIS server in the free versions).

### 3.1.3.2    WAISSearch APDU

**SeedWords:**  Search query (sequence of characters).

**Docs:** Range indicators in a document text, such as start position and end position of the document text.

SAMNDCA630-06029207

**TextList:**  This parameter contains segments of text in documents.  The segments of text are treated in the same manner as a search query.  The result of the search is evaluated with an additional bonus.  The free versions do not use this parameter.

**BeginDateRange, EndDateRange:**  The latest or earliest date for identifying a document.  These parameters are used for bonus allocation.  The date is in the form of yyyymmdd in ASCII format.  The free versions do not use this parameter.

**DateFactor:**  There are four different date factors: 1 'DF_INDEPENDENT', 2 'DF_LATER', 3 'DF_EARLIER' and 4 'DF_SPECIFIED_RANGE'.  The default is DateFactor = 1.  In this case, no extra weight is assigned to the date, whereas in the other cases, a bonus is assigned to documents having a date that is later than, earlier than or the same as a specified date.  For DateFactor = 2 and 3, BeginDateRange or EndDateRange will be used.  DateFactor = 4 uses both.  In the free versions, DateFactor = 1.

**MaxDocumentsRetrieved:**  The maximum number of documents requested by the client.

### 3.1.3.3   WAISSearchReponse APDU

A WAISSearchResponse APDU contains the following parameters:

**SeedWordsUsed:**  This contains only words that have been matched in the search.

**DocHeaders:**  Document records that will be sent to the client.  A document record consists of the following parameters:

- Document ID: the distinct document number.
- Version number: for managing documents, the version numbers of which are incrementalized during modification.  This is not used in the free versions.
- Score:  the ranked value of a document.
- BestMatch:  the location with the highest score within a document (not used in the free versions).
- DocumentLength:  the size of the document in bytes.
- Lines:  the number of lines in the document.
- Types:  the display format.
- Source:  the document source, such as, e.g., journal title, newspaper name.  In the free versions, the route name of the database is entered here.
- Date:  the date.
- Headline: a brief description of a document.
- OriginCity:  the city where the document originated.

Default DocHeaders are used in WAIS.

36

SAMNDCA630-06029208

**ShortHeaders:**   This element set is used in conjunction with the parameter MediumSetPresentNumber in the Search APDU of the Z39.50 standard for small sized messages.  It consists of the following parameters:

- DocumentID
- VersionNumber
- Score
- BestMatch
- DocumentLength
- Lines

However, it is not used in the free versions.

**Headlines:**  This element set is contained in the WAISSearchResponse APDU for type-1 queries for documents that are previously returned in ShortHeaders.  It consists of the following parameters:

- DocumentID
- VersionNumber
- Source
- Date
- Headline
- OriginCity

It is not used in the free versions.

**LongHeaders:**  This element set contains the following parameters:

- DocumentID
- VersionNumber
- Score
- BestMatch
- DocumentLength
- Lines
- Types
- Source
- Date
- Headline
- OriginCity
- StockCodes:  some type of description, as below; unfortunately I do not know precisely.
- CompanyCodes:   description of the company that manages the documents.
- IndustryCodes:  description of the industry that manages the documents.

This is not used in the free versions.

**Text:** This element set is returned with a retrieval query, in other words, with a type-1 query.  It contains the following parameters:

- DocumentID

37

SAMNDCA630-06029209

- VersionNumber
- DocumentText: This parameter contains the size of a document in bytes and the document as a sequence of characters.

**Codes:** This element set contains the following parameters:

- DocumentID
- VersionNumber
- StockCodes
- CompanyCodes
- IndustryCodes

It is not used in the free versions.

**Diagnostics:** This contains system messages with search errors.

## 3.2   WAIS database

WAIS manages its data in the WAIS database, which is illustrated in figure 3.3. A WAIS database is composed of a document collection, a WAIS index and optionally a catalog. The WAIS index, the catalog and the database description (source description structure) are generated in the indexing of a collection, as is illustrated in figure 3.4.



Figure 3.3: WAIS database

This section will discuss the organization of data in the WAIS database. This refers to the way in which a document is managed in the WAIS database, which access method is applied, and how the files in the WAIS database are related to one another.

38

SAMNDCA630-06029210



Figure 3.4: The components generated during indexing

### 3.2.1 File structure of the WAIS database

The file structure of the WAIS database is illustrated in figure 3.5. The WAIS index is first accessed by terms using the dictionary. For each term, the dictionary contains a reference pointer, which enables direct access to the list of document IDs in the inverted file. The corresponding entry for each document ID can be found in the document table. Each entry contains a filename ID, a headline ID and supplementary information. A filename ID and a headline ID are direct references to respective entries in the filename table or headline table. The filename table lists the names of files to which documents belong. A file is not accessed until a request for retrieval of the original document is sent to the server. The headline table is used to manage the headlines of all documents in the collection. As is clear from figure 3.3, the catalog is not related to the WAIS index and the collection. It is a separate file and is accessed directly from the server upon request.

### 3.2.2 Document collection

A **document collection** is understood in this context as a collection of files which contain the original documents that will be indexed. All documents in a collection have the same format. Documents can be in the form of texts, images, video or sounds.

39

SAMNDCA630-06029211



Figure 3.5:  File structure in the WAIS database

40

SAMNDCA630-06029212

### 3.2.3  WAIS Index

The WAIS index, which is generated by the indexing process, enables the rapid search and retrieval of documents.  In the interest of efficiency, it is stored in binary format. The following components make up the WAIS index:  **Dictionary, inverted file, document table, headline table, filename table**.  These components will be described in sequence below.  First, however, let us consider how a document is presented in the WAIS index.

### 3.2.3.1    Document presentation in the WAIS index

In the WAIS index, the following data are assigned to each document:

| Document Presentation |
| :---: |
| Doc ID |
| Filename |
| Headline |
| Start pos. |
| End pos. |
| # of terms |
| # of lines |
| Date |
| Display format |
| Indexed terms |

**Doc. ID**:  Each document in the collection is assigned a number.  The documents are numbered in ascending sequence in the order in which they occur in the collection.
**Filename**:  The name of the file that contains the document.  Each filename has a filename ID.
**Headline**:  A headline provides a brief description of the content of the document.
**Start position** and **end position**:  Point where the document begins and/or ends in the collection.
**# of terms**:  The number of indexed terms in a document.
**# of lines**:  The number of lines in a document, including blank lines.
**Date**:  The date of a document.
**Display format**:  see Table 3.4.
**Indexed terms**:  The set of terms in a document that have been indexed.  Each term in a document in the WAIS index has a **document ID**, a **character position**, which indicates where the term begins relative to the first character in the document, and a **weight**.

41

SAMNDCA630-06029213

### 3.2.3.2   Dictionary

The function of a dictionary search is to find the corresponding data sets for a term. A *data set* in the dictionary is composed of a term, a frequency with which the term occurs in the collection, and a reference pointer, which enables direct access to an entry in the inverted file. A reference pointer to an entry in the inverted file corresponds specifically to a physical address of that entry. All data sets are the same size, and each measures 29 bytes (see table 3.1). Access to a data set in the dictionary is gained by searching for a term which is contained in the data set.

To find a term in the dictionary quickly, WAIS uses a special access method, using an index as shown in figure 3.6.



Figure 3.6:  Access path to the dictionary

In the dictionary, the data sets are sorted lexically according to term. The sets are subdivided into blocks. Each block contains a maximum of 1,000 data sets. For each block, the term of the first data set, together with a pointer to the block, is entered into the index. The index manages index pairs in the form $(t, b)$, in which $t$ is a term and $b$ is a pointer toward a block. In the index, the index pairs are also sorted lexically according to term. The index can be any size. For example, there are $d_1, d_2, ..., d_{3000}$ data sets, which occur in the dictionary and are divided into 3 blocks $B_1$, $B_2$ and $B_3$. Further, assuming there are $(t_1, b_1)$ , $(t_{1001}, b_2)$, $(t_{2001}, b_3)$ entries in the index of the dictionary, in which $t_{1+((i-1)*1000)}$ with $i = 3$ (the number of blocks) is the term of the first data set in block $B_i$ and $b_i$ is the pointer toward the block $B_i$, then for the set of terms $T_1$ in block $B_1$: $\forall t \in T_1 : t_1 \leq t < t_{1001}$, for $T_2$ in block $B_2$: $\forall t \in T_2 : t_{1001} \leq t < t_{2001}$, and for $T_3$ in block $B_3$: $\forall t \in T_3 : t \geq t_{2001}$.

Let us now consider an example from figure 3.7. A data set consists of a term and supplementary information. A data set containing the term 'sample' is searched for. The search in the index begins with a search for the term 'sample', so that first the

42

SAMNDCA630-06029214

number of blocks in the dictionary is read, in order to reserve storage space in the main memory for the index. The entire index is then loaded into the main memory. Internally, a binary search for the greatest term $t \leq$ 'sample' is performed in the index. In our example, $t =$ 'Meier'. Using the block pointer for the term 'Meier', the entire block $B_2$ is loaded into the main memory, in order to find the data set containing the term 'sample'. As soon as the block $B_2$ is in the main memory, a binary search is carried out. Since the term 'sample' can occur only in this block, the search is limited to this block. Therefore, to access a data set in the dictionary, a total of three plate accesses are required.



Figure 3.7: Example of an index in the dictionary



Figure 3.8: Organization of the dictionary in WAIS

With insertion, data sets are entered into the dictionary, sorted in lexical sequence. Before each entry, storage space is allocated for 1,000 data sets. When the storage space is full, the next storage space is reserved for the next 1,000 data sets. In other words, a block $B_i$ must be filled completely before the next block $B_{i+1}$ is generated.

When new data sets are inserted, i.e., with re-indexing, the entire dictionary file and the inverted file must be reorganized. This is because a data set in the dictionary and an entry into the inverted file are mutually dependent, since each data set contains a physical address for an entry in the inverted file.

43

SAMNDCA630-06029215

Figure 3.8 shows the way the dictionary looks internally in WAIS. The header contains the number of blocks in the dictionary and is 4 bytes in size. In this example, the dictionary contains 1,990 data sets, which are divided into two blocks. Table 3.1 indicates the size of the individual fields in the dictionary.

| Field | Size (in bytes) |
|---|---|
| Number of blocks | 4 |
| Term | 21 |
| Frequency of occurrence | 4 |
| Pointer | 4 |

Table 3.1: Size of the individual fields of an entry in the dictionary

### 3.2.3.3   Inverted file

The inverted file refers to all documents that are linked to a specific term, because a term can occur multiple times in multiple documents. In other words, in an inverted file, the numbers of the corresponding documents in which the term occurs are assigned to each term. The numbers of the documents correspond to the document IDs. Figure 3.9 shows one example of an inverted file.

a)

| Doc No. 1 | Doc No. 2 | Doc No. 3 | Doc No. 4 |
|---|---|---|---|
| Information System | Information Retrieval | Computer Network | Information Database |

b)

| Terms | Document ID | | |
|---|---|---|---|
| Information | 1 | 2 | 4 |
| System | 1 | | 4 |
| Retrieval | | 2 | |
| Computer | | 3 | |
| Network | | 3 | |
| Database | | | 4 |

Figure 3.9: Example of an inverted file **a)** document examples **b)** inverted file

44

SAMNDCA630-06029216

In WAIS, for each document ID, a character position, which indicates the position of the term within a document relative to its distance from the first character in the document, and a weight are also stored in the inverted file. The weight indicates the relevance of a term within a document. A document ID, a character position and a weight together are referred to as a *posting*, which is 8 bytes in size (see table 3.2). A document ID is a direct reference to an entry in the document table. A list of postings is assigned to each term in the inverted file (figure 3.10). The length of the list is variable. A list can contain a maximum of 20,000 postings for each term. However, this number is not completely logical for the following reason: A list of postings can be a maximum of 65,536 bytes in size, and a posting measures 8 bytes. For a list to contain 20,000 postings, it would have to be 20,000 * 8 = 160,000 bytes in size, not 65,536. Therefore, the size[1] of the posting list must be adjusted accordingly. However, the maximum frequency of occurrence can also be varied by the indexer. If a term occurs more frequently than is permitted in indexing, it will not be entered at all into the inverted file.

If

| Doc ID$_i$ | = | document number of the document $i$ |
| Character pos$_i$ | = | character position of the document $i$ |
| Weight$_i$ | = | weight of the document $i$ |

| Terms | List of Postings | |
|---|---|---|
| $t_1$ | Doc ID$_i$, Char pos$_i$, Weight$_i$ | Doc ID$_j$, Char pos$_j$, Weight$_j$ |
| . | | |
| . | | |
| . | | |
| $t_k$ | Doc ID$_j$, Char pos$_j$, Weight$_j$ | Doc ID$_k$, Char pos$_k$, Weight$_k$ |

Figure 3.10: List of postings for a term $t_k$

During insertion, the entries, which are managed in the main memory using a hash table, are sorted in advance lexically and are then inserted one after another into the inverted file. The number of entries contained in the hash table can be specified by the indexer. The number of entries can be 50,000, 850,000, 110,000, 150,000, 300,000, 600,000 or 1,000,000. The default figure for entries in the hash table is 300,000. If this number is

---

[1] The size of the posting list is specified in the program code (irfiles.h) by the constant variable INDEX_BLOCK_SIZE_SIZE, which is set as 2. This corresponds to only $2^{2*8} = 65,536$ bytes

45

SAMNDCA630-06029217

exceeded during indexing, the entries will be written into a temporary inverted file. The hash table is then emptied so as to be able to accept new entries. Ultimately, there can be multiple temporary inverted files. These are then merged to form a final inverted file.

As has already been stated, the entire inverted file and the entire dictionary file must be reorganized with re-indexing. In this process, the old inverted file is merged with the new inverted file and a new dictionary is built. As is therefore clear, the cost of reorganization is very great.

An entry in the inverted file is accessed by searching for a data set in the dictionary, which contains the physical address of that entry. The search for a data set is in turn implemented by searching for a term that occurs in the data set.

Figure 3.11 shows an entry in the inverted file. The header of the inverted file contains the number of terms in the collection and is 4 bytes in size. Index block size$_1$ indicates the size of the entry header and index block size$_2$ indicates the size of the posting list. Table 3.2 lists the sizes of the individual fields in the inverted file.



Figure 3.11: Organization of the inverted file in WAIS

| Field | Size (in bytes) |
|---|---|
| # of terms | 4 |
| Frequency of occurrence | 4 |
| Term | \|Term\| + 1 |
| Doc ID | 4 |
| Char. Pos. | 3 |
| Weight | 1 |
| DICTIONARY FLAG | 1 |
| FULL FLAG | 1 |
| NEXT INDEX BLOCK | 4 |
| INDEX BLOCK SIZE | 2 |

Table 3.2: Size of the individual fields of an entry in the inverted file

46

SAMNDCA630-06029218

### 3.2.3.4   Document Table

The document table is used to manage the information about all documents in the collection.   Each document has an entry in the document table, which consists of filename ID, headline ID, start position, end position, number of terms in the document, number of lines, and date.   The filename ID and headline ID correspond to the physical addresses of the respective entries in the filename table and the headline table.   An entry in the document table is 25 bytes in size (see table 3.3).   The entries are organized in ascending order according to document ID (figure 3.12).   Entries are accessed by document ID.

| Doc ID | Entry |
|--------|-------|
| 1 | Filename ID$_1$, headline ID$_1$, start pos$_1$, end pos$_1$, # of terms$_1$, # of lines$_1$, Date$_1$ |
| . | |
| . | |
| . | |
| $n$ | Filename ID$_i$, headline ID$_n$, start pos$_n$, end pos$_n$, # of terms$_n$, # of lines$_n$, Date$_n$ |

Figure 3.12:  Document table

The entries are managed in a simple list.   The individual entries in the document table are accessed using the document IDs which are assigned to each term in the inverted file.   Since the documents in WAIS are numbered in the sequence in which they are read, and since WAIS indexes one document after the other, the entries are also inserted in the same order into the document table.   With re-indexing, new entries are simply appended to the last entry, without changing the order of the old entries.   Thus reorganization is not necessary.

Figure 3.13 shows the organization of the document table in WAIS.   The header is empty and measures 2 bytes.   Each entry is 25 bytes in size.



One Entry

Figure 3.13:  Organization of the document table in WAIS

47

SAMNDCA630-06029219

Table 3.3 shows the sizes of the individual fields of an entry in the document table.

| Field | Size | Description |
|---|---|---|
| Filename ID | 3 | Number of entry in the filename table |
| Headline ID | 3 | Number of entry in the headline table |
| Start pos | 4 | Beginning of the document |
| End pos | 4 | End of the document |
| # of terms | 4 | Number of valid terms |
| # of lines | 3 | Number of lines in the document |
| Date | 4 | Date of the document |

Table 3.3: Sizes of the individual fields of an entry in the document table

### 3.2.3.5   Filename table

Each entry in the filename table is composed of a file name, which is a maximum of 255 bytes in size, the modification date, and a list of display formats, which are shown in table 3.4.  The modification date serves to prevent a file that has already been indexed from being indexed again if its content has not been modified.  A check is made to determine whether the modification dates of two files having the same name are the same.  The entries in the filename table have different sizes and are sorted according to filename ID.  Figure 3.14 shows a filename table.  Entries are accessed using a filename ID, which is stored in the document table.

| Filename ID | Entry |
|---|---|
| 1 | Filename$_1$, modification date$_1$, type$_1$ |
| . | |
| . | |
| . | |
| $n$ | Filename$_n$, modification date$_n$, type$_n$ |

Figure 3.14:  Filename table

The entries in the filename table are managed in a simple list, as with the document table.  When a new file is read during indexing, the new file name with the stated type and the modification date is simply inserted as a new entry behind the last entry.  The

48

SAMNDCA630-06029220

| Display Format | Description |
|---|---|
| DVI | Device-Independent Printer Output |
| GIF | Graphics Interchange Format CompuServe Images |
| MIME | AT&T Multimedia Document |
| MS-EXCEL | Microsoft Excel Spreadsheet |
| MS-POWERPOINT | Microsoft PowerPoint Slides |
| MS-WORD | Microsoft Word Document |
| PERSUASION | Aldus Persuasion |
| PICT | Apple PICT Image |
| PS | PostScript |
| QUICKTIME | Apple Quicktime Movie |
| TEXT | ASCII Text |
| TEXT-FTP | Special FTP File Format |
| TIFF | Tagged Interchange File Format |
|  | (A Universal Raster Image Format) |
| WQST | WAIS Question Format |
| WSRC | WAIS Source Format |

Table 3.4: Display formats

entire file is not reorganized. The filename table is organized as shown in figure 3.15. The header is blank and is 4 bytes in size. Table 3.5 lists the sizes of the individual fields of an entry in the filename table.



Figure 3.15: Organization of the filename table in WAIS

| Field | Size | Description |
|---|---|---|
| Filename | \|Filename\| + 1 | Name of file in which the documents occur. |
| Modification date | 4 | Date of the last modification |
| Type | \|Type\| + 1 | Display format |

Table 3.5: Sizes of the individual fields of an entry in the filename table

49

SAMNDCA630-06029221

### 3.2.3.6   Headline table

For each document, a headline is generated and is entered into the headline table. Each entry in the headline table is a headline that is a maximum of 100 characters in length. The entries are sorted in ascending order by headline ID (figure 3.16). Headlines are accessed using a headline ID that occurs in the document table.

| Headline ID | Entry |
|-------------|-------|
| 1 | $Headline_1$ |
| . | |
| . | |
| . | |
| $n$ | $Headline_n$ |

Figure 3.16:  Headline table



One Entry

Figure 3.17:  Organization of the headline table in WAIS

As with the document table, the entries in the headline table are managed in a simple list. The procedure for inserting new headlines is exactly the same as the procedure for inserting new entries into the document table. In this case as well, reorganization of the files is not necessary when changes are made.
Figure 3.17 shows the organization of the headline table in WAIS. The header is empty and is 4 bytes in size. The size of an entry in the headline table corresponds to the length of the headline plus 1.

### 3.2.4  Catalog

The catalog provides a rough overview of all the documents in the collection. The headlines describe the contents of the documents. The catalog is an ASCII file, which is generated automatically by the WAIS indexer. The catalog contains a list of headlines and document identifiers for all documents in the collection. A document identifier indicates where a document begins or ends in a file and provides the path name of the

50

SAMNDCA630-06029222

file to which a document belongs. To generate a catalog, the catalog generator for each document accesses the headline table, the document table and the filename table for each document, selects the corresponding information there and writes it into the catalog file. This process is illustrated in figure 3.18. The catalog generator consists of simple reading and writing functions for the corresponding tables. All entries in the catalog are sorted according to document number. For insertion, new entries are simply inserted behind the last entry. Thus reorganization of the catalog is not necessary.



Figure 3.18: The process of generating a catalog

If a search is unsuccessful, the client can request the catalog from the server, in order to provide the user with a general overview. In this case, the server accesses the catalog directly (figure 3.3). The entire catalog file is then read. Figure 3.19 shows one example of a catalog.

```
Catalog for database: ./test
Date: Oct 16 19:07:26 1994
2 total documents

Document # 1
Headline: 1990   Ait-Kaci, Hassan; Knowledge-Based Library I
DocID: 0 244 /usr/local/TEST

Document # 2
Headline: 1990   Shepard;  Transient Hypergraphs
DocID: 244 437 /usr/local/TEST
```

Figure 3.19: Example of a catalog

51

SAMNDCA630-06029223

### 3.2.5  Database description

A database description is used by the WAIS client to address a server to gain access to its database. It is selected by the client prior to each query. Database descriptions are generated automatically during indexing or can be selected through the WAIS database under the name *directory-of-servers* (see also section 3.5.4). However, they can also be generated interactively with the WAIS client. During indexing, either a fixed number of terms that occur with the greatest frequency are searched for by accessing the WAIS index, or the externally specified words are written as key words into the database description.

The basic idea of the database description consists in establishing conceptual links between an information seeker and an information provider. A database description allows an information provider to provide specific information to an information seeker. Specifically, this includes the address of the server, the name of the database, the cost of using it, etc.

The description structure is a list in the following form:

```
(<structure type>
<key word> <value>
<key word> <value>
...
)
```

The syntax is based on the *Common Lisp Printer Format* (see Common Lisp Manual by Guy Steele). Structure type and key word consist of a sequence of lowercase letters and a hyphen, with this sequence of characters being preceded by a colon. Examples include `:Database` and `:Database-name`. A value can be a symbol, a decimal number, an integer, a string, an array, or some other structure.

A string begins and ends with "; if the symbol " is to appear within the string, it must be preceded by the backslash symbol \. The interpretation of each symbol after a backslash symbol is ignored.

An integer (or decimal number) is written without (or with) the decimal point.

An array is in the form of #(value value value ...), e.g., #(1 2 3).

A list is formed by elements within closed parentheses. Elements are separated by blank spaces. Example: (1 2 3).

Figure 3.20 shows an example of a database description.

The structure of a database description consists of several fields, which the seeker or provider can insert into the structure.

SAMNDCA630-06029224

```
(:source
 :version 3
 :ip-name "quake.think.com"
 :tcp-port 210
 :database-name "wais-docs"
 :cost 0.00
 :cost-unit :free
 :maintainer "wais@quake.think.com"
 :description "This is a database containing the text of all the
current documentation
provided in the WAIS distribution.  This includes the files:

doc-ids.txt                     waisindex.txt
helpful-scripts.txt             waisprot.txt
protspec.txt                    waisq.txt
question.txt                    waissearch.txt
source.txt                      waisserver.txt
wais-concepts.txt               waistation_users_guide.txt
wais-corp.txt                   xwais.txt
wais.el.txt                     xwaisq.txt

But is not necessarily limited to them."
)
```

Figure 3.20:  Example of a database description

SAMNDCA630-06029225

**Required fields** (specified by the provider)

`:version <integer>`

The number is the version number of the format of the description structure.  The current version is 3.

`:database-name <string>`

The name of the database on the server machine.

`:ip-address <string>`

The Internet address

`:ip-name <string>`

Internet name

At least one of the two fields :ip-address or ip-name must be provided.

`:cost <float>`

The cost of using the server.

`:cost-unit <cost-unit-type>`

One of these types:

`:free`
`:dollars-per-session,`
`:dollars-per-minute,`
`:dollars-per-query,`
`:dollars-per-retrieval,`
`:other`

**Optional fields** (specified by the provider)

`:tcp-port <integer>`

tcp port number.  The official Z39.50 port number is 210.

`:configuration <string>`
`:script <string>`

A string of commands that is interpreted once the connection with the server has been established.  The commands may contain the login, authorization, etc.

`:maintainer <string>`

Contact person (database administrator)

`:update-time <time-interval>`

The time interval during which data on the server will be "updated".  `:time-interval` is a structure having the form

```
(:time-interval
     :interval  <interval-type>
     :day       <integer>
     :hour      <integer>
     :min       <integer>
     )
```

54

SAMNDCA630-06029226

`Interval-type` can be

`:continuous` – `day, hour, min` are ignored.

`:hourly` – `min` is used.

`:daily` – `hour` and `min` are used.

`:weekly` – `day` is the day of the week, `hour` and `min` are used.

`:monthly` – `day` is the day of the month, `hour` and `min` are used.

`:unscheduled` – `day, hour, min` are ignored.

**Optional fields** (specified by the seeker)

`:font <string>`
Machine-specific display font of the source documents.  If the specified font does not exist, the default font is used.
`:font-size <integer>`
The size of the display of the font.  The units are dependent on the machine.
`:window-geometry <rect>`
The positioning of the edit window of the database description `rect` is a structure having the form:
```
(:rect
:left      <integer>
:top       <integer>
:right     <integer>
:bottom    <integer>
)
```
`:confidence  <integer>`
A subjective evaluation of how "good" the server is.
`:num-docs-to-request  <integer>`
The number of documents returned.
`:contact-at <time-interval>` (see also `update-time`) the time interval during which the client automatically addresses the server.
`:last-contacted <absolute-time>`
The time when the database description was last addressed.   Absolute-time is a structure having the form:
```
(:absolute-time
:year <integer>
:month <integer>
:mday <integer>
:hour <integer>
:minute <integer>
:second    <integer>   (second = 61 means: the server has not been
addressed)
)
```

55

**SAMNDCA630-06029227**

`:timeout  <integer>`
When the response time is exceeded, the connection is terminated.

Based on the database description, it can be determined whether a database is local or remote. For databases that are located in local machines, the source listing in which the WAIS index of the database is located is also indicated, whereas in database descriptions of remote databases, the Internet address `ip-address` and the port number `tcp-port` must be indicated.

During indexing, it can be explicitly specified whether a generated database description will be registered with a specific information server (directory-of-servers). The database description is sent by mail. On the side of the information server, a database description is viewed as a customary document, is indexed, and is managed there as an independent WAIS database.

## 3.3   WAIS indexing

Having introduced the WAIS index in section 3.2, we will now discuss the process of generating this index. The WAIS indexing process is broken down into two phases (figure 3.21). The first phase is so-called *parsing*, which involves analyzing parse formats. A *parse format* specifies how a document will be read and indexed. The second phase is *text indexing*. Before we discuss the indexing process, let us briefly examine the topic of text indexing. A detailed discussion of this topic may be found in [Salton & McGill 83].



Figure 3.21: Two phases of the indexing process

56

SAMNDCA630-06029228

### 3.3.1  The basis of text indexing

Indexing a document involves document analysis, in which terms or descriptors which represent the content of a document in the index are assigned.  In other words, a document is characterized by a list of terms.  The list of terms then serves as a point of departure for the document search.

In assigning the terms, *controlled* or *uncontrolled* vocabulary may be used.  Whereas uncontrolled vocabulary basically covers the entire spectrum of natural language, the other case permits only a limited number of terms in indexing.  However, uncontrolled vocabulary allows many ambiguities and false interpretations, whereas with controlled vocabulary, the indexer has control in the document description.  Nevertheless, controlled vocabulary is used primarily by experts in the field.  It offers a high probability that the relevant documents will be found if one is familiar with the vocabulary used.

Controlled vocabulary is frequently used with *manual* indexing, and uncontrolled vocabulary is frequently used with *automatic* indexing.  Manual indexing is carried out primarily by experts in the field.  With controlled vocabulary and special methods, the indexer can control the indexing process as we know it in the library.  However, when indexing is carried out by computer, this is referred to as automatic indexing.  A simple automatic indexing method begins with a listing of all individual terms of a document.  When the entire text of a document is used for indexing, this is referred to as *full text indexing*.  However, it also makes sense for only certain sections of text in a document, e.g., document segments, title and abstract, to be used for indexing, since this will result in an increase in retrieval effectiveness.  Let us now examine the automatic indexing process of the WAIS system.

### 3.3.2  Parsing

The parsing process is illustrated in figure 3.22.  It involves presenting documents having different parse formats in a common format.

### 3.3.2.1  WAIS document parser

The WAIS document parser analyzes the format of documents.  Documents are frequently present in different formats, since preparers process their documents using their own preparation methods.  For example, document A of figure 3.23 has the fields title, author, ... and an '^L' as the end marker of the document.  Document B, in contrast, has the fields from, to, ... and an '_^L_' at the beginning of the line as an end marker.  This form is consistent with a mail.

57

SAMNDCA630-06029229



Figure 3.22: The parsing process

**Document A**

```
CK: Shepard:90
AU: Shepard, M.
TI: Transient Hypergraphs
 for Citation Networks.
JT: Information processing
 & management.
VU: 26
PY: 1990
NO: 3
PP: 395
 'L
 . . . .
```

**Document B**

```
To:  TOM@charly
Subject:  TEST
Date:  Sa, 9 Sep 94 9:09:09
From:  JERRY@charly

This is a test.
 .^!.
 . . . .
```

Figure 3.23: Documents with different formats

58

SAMNDCA630-06029230

Thus with different formats, it is not possible without format analysis to determine how a document should be read and indexed. For format analysis, WAIS defines a global document structure, according to which all parse formats are oriented. The global document structure specifies that a document consists of a document end marking, also called a document separator, a headline and the actual document content. A document separator separates one document from the next document. A headline briefly describes the content of a document. It should contain the most meaningful words selected from the document. Document content either is the content of the original document, or is blank if the content of the document will not be used for indexing. A parse format contains markings for a document separator, a headline, and information about how a document will be indexed. The objective of format analysis is to present an original document in any parsing format in a document having the global structure (figure 3.22). In this process, the document end should be identifiable when the original document is read. Moreover, each line of a document is analyzed to form a headline. And finally, depending on the existing parse format, it is determined whether the content of the original document will be used for indexing.

As has already been stated, there are many document formats, all of which the WAIS document parser must understand. How can this problem be solved? For each document format, a parse format is defined. The WAIS document parser actually consists of multiple format parsers, with each format parser operating according to a defined parse format. To present the original document having a certain format as a document having the global structure, a corresponding format parser is searched for, as illustrated in figure 3.24.



Figure 3.24: Analysis of format$_i$ by format parser$_i$

SAMNDCA630-06029231

The following parse formats are supported by WAIS:

**dash**   In the dash format, documents are separated from one another by at least 20 dash characters "–". The line that follows the line containing the dash characters forms a headline. This format is useful for single files that contain multiple documents.

**dvi**   The dvi format is for device independent printer output files. The filename forms the headline. Each file is a document. All valid words in the file are indexed.

**filename**   In the filename format, each file is a document. The filename forms the headline. The content of the file is not indexed. This format is useful for binary files.

**first-line**   In the first-line format, each file contains one document. The first non-blank line forms the headline. The remainder of the file is indexed.

**first-words**   The first-words format is like the first-line format. The headline consists of the first 100 characters in a file.

**gif**   The gif-format is for CompuServe's popular Graphics Interchange Format files. A file is one document. The filename forms the headline. The content of the file is not indexed.

**mail-digest**   In the mail-digest format, one file contains multiple mails, with each mail being considered one document. The subject line forms the headline. The content of the mail is indexed.

**mail-or-rmail**   The mail-or-rmail format is for Unix mail files and is interpreted in the same way as the mail-digest format.

**netnews**   The netnews format is for Internet network news files. Each file contains multiple news pieces. A news piece is one document. The subject line forms the headline. The content of the news is indexed.

**one-line**   In the one-line format, each line in a file is viewed as a document. At the same time, this line also forms the headline.

**paragraph**   In the paragraph format, each paragraph is separated by a blank line. The first line of the paragraph forms the headline. The content of the paragraph is indexed.

**pict**   The pict format is for Apple PICT image files. A file is viewed as a document, with the filename forming the headline.

**ps**   The ps format is for PostScript files. The filename forms the headline. All valid words in the file are indexed.

**text**   In the text format, each file is a document. The filename forms the headline. The content of the file is indexed. This format is useful for collections consisting of multiple separate files. This format is the standard format in WAIS.

60

SAMNDCA630-06029232

**source**      The source format is for files in the format of the source description structure, which is generated by the WAIS indexer. They are interpreted as in the text format.

**tiff**      The tiff format is for Tagged Interchange File Formats. A file is viewed as a document, with the filename forming the headline. The content of the file is not indexed.

When a new document format will be added, it is necessary only to define a new parse format and therefore a new format parser for the document and insert this into the set of existing format parsers, see figure 3.25.



Figure 3.25: New format parsers for a new parse format

A format parser in WAIS consists of the following functions: **Document separator function, header function, finish header function** and **date function.**

<u>**Document separator function**</u>

A document separator function is useful for files consisting of multiple documents. This function supplies a true value when it relates to a document separator; otherwise it is a false value. If the file contains only a single document, the function is not necessary. In this case, `eof` is the document separator.

<u>**Header function**</u>
The header function forms a headline from specific lines in a document, which are specified by the parse format.

<u>**Finish header function**</u>
When the end of a document is reached, i.e., when the document separator function supplies a true value or when an `eof` is reached, this function is called up in order to provide the final headline of the document, which is formed by the header function.

61

SAMNDCA630-06029233

**Date function**
The date function is used when a date in a document will be interpreted.

### 3.3.3 Text indexing

The individual steps in the text indexing process are illustrated in figure 3.26.



Figure 3.26:  Individual steps of text indexing

#### 3.3.3.1   Lexical analysis

The task of lexical analysis is to break the text of a document down into individual words.  This process determines what sequence of characters forms a word or term. The lexical analysis of WAIS is quite simple.  Document texts are broken down into individual words, with one word or one term comprising a sequence of characters consisting only of letters or any numbers, with the length of said word or term being greater than or equal to 2.  Non-letter characters, such as blank spaces, internal punctuation marks and meta punctuation marks, are not part of the word or term.

SAMNDCA630-06029234

### 3.3.3.2   Stop word elimination

Once the terms contained in the document have been listed, words that occur too frequently or do not reflect the content of a document must be eliminated. For example, the term "mathematics" will never represent a meaningful term in a document about mathematics, since the probability that the term "mathematics" will occur at least once in all documents and therefore cannot be used to distinguish between individual documents is very high. WAIS specifies the maximum frequency of occurrence of a term in a collection as 20,000. If a term occurs more frequently than this number, it will not be included in the dictionary and the inverted file, and if this number is exceeded during later re-indexing, it will be removed from the dictionary and the inverted file. If the same term occurs again during the next re-indexing, its frequency of occurrence will be counted again starting from zero. The result of this procedure is illustrated in section 4.8. The maximum frequency of occurrence can be varied by the indexer.

Terms that have low information content include, for example, articles, fill words and conjunctions. Stop words frequently make up around half of the text. These terms are filtered out during indexing. Storage would result in very high overhead. The list of stop words in WAIS contains 300 stop words for English texts. The stop words are managed internally in a hash table, to enable efficient access. However, WAIS also allows a separate list of stop words to be generated. Special words which are not particularly important for indexing can be entered into this list. They are stored in an external file in ASCII format and have the following syntax:

$$\text{Stop word}_1$$
$$\text{Stop word}_2$$
$$.$$
$$.$$
$$\text{Stop word}_n$$

### 3.3.3.3   Synonym detection

Free text search is frequently characterized by an ambiguity of terms. For example, the term *telephone* is related to the term *phone*. Therefore, in searches for documents that contain the term *telephone*, it is also desirable to receive all documents in which the term *phone* occurs. To solve this problem, *synonyms* are detected. In the detection of synonyms, terms that have the same or a similar meaning are combined into equivalence classes. One element in each equivalence class is selected as a designator and is used as a descriptor.

63

SAMNDCA630-06029235

In WAIS, in the detection of synonyms, all terms that are related to the term selected as the descriptor are entered into an external file *database.syn*. This file has the following syntax:

$$\text{Synonym}_1 \qquad \text{Word}_1, \ldots, \text{Word}_k$$

$$\text{Synonym}_t \qquad \text{Word}_1, \ldots, \text{Word}_n$$

In indexing, this file is read line by line. Each line corresponds to an equivalence class. The synonym$_i$ serves as the descriptor and is entered into the WAIS index. In a subsequent search for information, this file is read in order to determine whether or not a query term belongs to one of these equivalence classes. If so, the query term will be replaced by the synonym$_i$ as a new query term. Let us now consider an example of this. Assume that a synonym file contains the following entries:

*Telefon  telephone  phone*

A search is performed for documents that contain the term *phone*. The query term in this case is therefore *phone*. A check is made to determine whether the term *phone* occurs in one of the equivalence classes. If so, the query term *phone* will be replaced by the term *telephone*, and a search will be performed in the WAIS index for the term *telephone*.
The detection of synonyms is optional in WAIS – depending upon whether a synonym file exists.


### 3.3.3.4   Term weighting

Once terms have been generated, the significance of each term for a document must be calculated. This is indicated by a weight that is calculated using the weighting function. The weighting function used in WAIS is based on the vector space model put forward by Salton ([Salton & McGill 83]). In a vector space model, both a document and a query are understood as vectors, which are covered by the terms of the database. An $n$-dimensional document vector $D$ and a query vector $Q$ are in the following form:

$$D = \langle w_{d1}, \ldots, w_{dn} \rangle \text{ and } \quad Q = \langle w_{q1}, \ldots, w_{qn} \rangle,$$

in which $w_{dk}$ represents the weight of the term $t_k$ in the document $D$ and $w_{qk}$ represents the weight of the term $t_k$ in the query $Q$.
The identification of a document as relevant is dependent on the degree of similarity between a search query and a document. This value is the scalar product

$$similarity(Q, D) = \sum_{k=1}^{t} w_{qk}.w_{dk}.$$

64

SAMNDCA630-06029236

The function for calculating weights is defined in WAIS as follows:
If

| | | |
|---|---|---|
| $tf_{dk}$ | = | the frequency with which term $t_k$ occurs in document $D$ |
| $idf_k$ | = | the inverse document frequency of term $t_k$ |
| $d_T$ | = | the set of terms occurring in document $D$ |

then for $w_{dk}$, the weight of term $t_k$ in document $D$ is:

$$w_{dk} = \frac{(\log(tf_{dk}) + 10) * idf_k}{d_T}$$

in which:

- $tf_{dk}$ is initialized with 5. $tf_{dk}$ is then increased by 1 with each occurrence. If the term $t_k$ occurs in the headline, 10 will be added to $tf_{dk}$ for this term. Maximum $tf_{dk}$ is 127.
- $idf_k = 1 / \sum_{i=1}^{n} tf_{ik}$ in which $n$ is the number of documents in the collection.
- $d_T = \sum_{i=1}^{t} tf_{di}$ in which $t$ is the number of terms in document $D$.

For the weight of a term in the query, $w_{qk} = 1$ is entered, and therefore, the similarity between a document and a query is simply the sum of the weights of the individual terms in the document. A document with the greatest similarity value has the greatest relevance in the collection. If the similarity value for a document is equal to 0, then that document does not contain a single query term. The factors used in the weighting function – $tf_{dk}$, $idf_k$ and $d_T$ – serve the following purposes:

- *Term frequency (tf$_{dk}$):* Terms that occur frequently in individual documents are useful for recall.
- *Inverse document frequency (idf$_k$):* Term frequency alone naturally is not enough for an acceptable retrieval performance. Because, if high-frequency terms are not concentrated in a document, and are instead dispersed among all documents in the collection, it is possible for all documents to be identified in a query. Accordingly, the precision value is very poor in relation to the recall value. The factor $idf_k$ gives terms that occur frequently in a small number of documents higher relevance values than terms that are dispersed among all documents.
- $d_T$: Large documents generally contain more terms than small documents, and therefore, the probability that large documents will more likely be found than small documents is correspondingly greater. However, all relevant documents should be considered of equal importance, regardless of whether they are large or small documents. As a result, the set of terms $d_T$ that occur in document $D$ is used as the standardization factor. In section 4.6.2, we will see that the factor $d_T$ that is used does not make sense.

SAMNDCA630-06029237

At the time of indexing, for each document the term frequency $tf_{dk}$ and the number of terms in a document $D$ $d_T$ are determined.  The term frequency $tf_{dk}$ is stored in the posting for a term in the inverted file, whereas $d_T$ may be found in an entry in the document table.  This weighting function will be analyzed in section 4.6.2.

## 3.4   WAIS server

In this section, the principal operating mode of the WAIS server will be discussed.  In this discussion, the search engine, the retrieval engine, the option of forwarding a query from one server to another server, the concept of security in WAIS, and the option of an access report and achieving data consistency will be presented.

### 3.4.1  Principal operating mode of the WAIS server



Figure 3.27:  The principal operating mode of the WAIS server

The WAIS server is a process that processes requests from the WAIS client, in which it accesses the WAIS databases that are located on the same machine of the server.  All requests from the client that arrive at the server in the form of Z39.50 APDU are converted by the server prior to actual processing to WAIS APDU, and ultimately to actual application data.  For example, the client sends a query to the server.  The query arrives at the server in the form of Z39.50 APDU, which the server converts to a WAIS-APDU, from which the actual search query is selected.

According to the protocol, the WAIS server operates in two phases:

1. reaching agreements with the client: This involves, e.g., the specification of message size, services to be supported, etc.  If these agreements cannot be reached, then communication between the client and the server will not be established.  This may be the case, for example, if a client wishes to use the present or the delete service, but this is not supported by the WAIS server.

66

SAMNDCA630-06029238

Once the agreements with the client have been reached, the server enters the second phase.

2. Processing the client's query: In this phase, the server receives the actual query from the client, which contains one or more database names and a list of search terms. Before each query is processed, the server first verifies the client's right to access (figure 3.27). If the client is not authorized to access the database(s) of the server, the client's query is rejected with a corresponding message. However, if the client is authorized access to the database(s), his query will be processed, in which the server will access the database(s). A WAIS database is identified by the server using a database name that is contained in each query.

The server receives two types of queries from clients: a search query or a retrieval query. The *search engine* or the *retrieval engine* is then called up. The function of the search and retrieval engines is to find the corresponding document references or original documents in response to a search query or retrieval query. A search query involves an actual search query that contains a list of search words, or a relevance-feedback query. In what follows, I will be discussing only search queries, which contain a list of words. In response to a search query, the server sends a list of ranked document references back to the client. A *document reference* is composed of a headline, an entry from the document table and an entry from the filename table. In the commercial version of WAIS, once a search query has been processed, a so-called *query report* is prepared, which describes, among other things, how a search query has been analyzed by the server, how much time the server requires for a search query, etc. This option is not supported by the non-commercial version. In the case of a retrieval query, the server will send the original document to the client.

If the size of the set of results (document references) is greater than the agreed-upon maximum size of a message, the server will attempt to filter out those document references having the lowest weight, until the size of the set of results and the message are consistent. The modified set of results is then sent to the client. With each request, the WAIS server prepares an *access report*, which contains access information provided by the WAIS server, and is stored in a log file.

If a database name is identified as a remote database, the server will forward the query to another server. That server will process the request and will send the results back to the initiator. This is also referred to as *forwarding queries*. The server that forwarded the query then sends the result to the client.

Let us now consider the operating mode of the search engine in a search and relevance-

67

SAMNDCA630-06029239

feedback query.

## 3.4.2  Search engine

The search engine is the centerpiece of a WAIS server. Its function is to find the corresponding document references in a search query or relevance-feedback query and send them to the client.

### 3.4.2.1   Processing a search query

In a search for information, the client sends a search query to the server. The server calls up the search engine, which processes the query. In this process, the database having the database name that is contained in the query is accessed. The result of the search is a list of ranked document references, which the server sends back to the client. Figure 3.28 shows how the search engine processes a search query.



Figure 3.28: The search engine

68

SAMNDCA630-06029240

Let us consider the steps individually:

**Lexical analysis**

A search query (list of search terms) is first subjected to lexical analysis, which proceeds in the manner described in section 3.3.3.1. The actual search then begins using the query terms that result from lexical analysis.

**Search for synonyms**

This step has already been described in section 3.3.3.

**Search for terms and document IDs**

The search process is broken down into the following steps:
1. Searching for a term in the dictionary and finding a reference pointer.
2. Using a reference pointer to search for the list of (document IDs, character position, term frequency)-tuples (postings) in the inverted file.
3. Using the term frequency for each document to calculate the total weight, and then sorting the documents by weight.
4. Using the document ID, headline ID and filename ID to search for the entries in the three tables, and using the entries for each document to form a document reference.
5. The result is a set of ranked document references, which is sent to the client.

First, the dictionary is checked, term by term, to determine which query terms occur in the dictionary. As we already know from the structure of the dictionary described in section 3.2.3.2, the search engine loads the entire index into a buffer in the main memory and performs a binary search in the memory for a query term in order to localize a block in which the term occurs. If a term is found in the index, the block pointer to the term will enable direct access to the block in the dictionary. As soon as the block has entered the main memory, a binary search for a data set which contains the searched for term is started. In addition to a term, a data set in the block will contain the frequency with which the term occurs in the collection and a reference pointer to an entry in the inverted file. A reference pointer corresponds to a physical address for an entry in the inverted file, and enables direct access thereto.

**Ranking**

Each entry in the inverted file contains a list of (document ID, character position, term frequency)-tuples (postings) for each term, wherein each tuple applies to a document. For each document, the term frequency is used for calculating the total weight of the document for a term, according to the formula presented in section 3.3.3.4. The final

SAMNDCA630-06029241

weight of a document for the query is obtained by adding the individual weights of the document to the individual terms in the query. Once the weights have been calculated, individual documents are sorted by weight. The document with the highest weight is assigned the highest ranking number 1000.

After ranking, in which documents having low relevance values are sorted out – as a default, a maximum of the 40 best documents from the set of responses are included in the set of identified documents –, direct access to the document table and the physical addresses of the entries in the headline table and the filename table are managed in the sorted sequence based upon the document IDs. In specific terms, this means that the document table for a document ID will contain an entry which contains a pointer to an entry in the headline table and a pointer to an entry in the filename table. The entries from the tables form a document reference for a document. Identified document references are then sent, in descending order according to decreasing weight, by the server to the client.

### 3.4.2.2   Relevance feedback

Relevance feedback is a process used to improve on previous search results, which draws on the results of a first search step and the documents identified in that search step. Specifically, this means that the search will continue for documents that are similar to the identified documents.
The client sends the server relevance feedback information, containing a query and a list of document objects selected by the client. A *document object* consists of indications of the start position, the end position, the size of a document in bytes, and the path name of a file to which a document belongs. Using the document objects, the server selects original documents from the collection, to be processed as a query. All original documents are viewed together as a normal search query. The goal here is to improve on the results of the previous search by identifying documents that contain the largest possible number of terms of the original documents. In other words, each original document is broken down in advance into terms which can then be used for a search. Finally, the search query is processed. The search process proceeds in the same manner as a conventional search query. The only difference is that the search query now contains more terms. The result of relevance feedback is a new list of document references as compared with the previous search result. Figure 3.29 illustrates the relevance feedback process.

### 3.4.3   Retrieval engine

The function of the retrieval engine is to select an original document in a collection in response to a retrieval query. When a document is retrieved, the client sends a

70

SAMNDCA630-06029242



Figure 3.29:  The relevance feedback process

SAMNDCA630-06029243

document object to the server. The retrieval engine receives a document object and then accesses the filename table. The retrieval engine checks to determine whether a filename occurring in the document object is managed in this table. If so, once the document type has been selected, the file will be opened using the filename that occurs in the document object. The position of the document is localized. The document is then read based upon the document size, placed together with the document type in an internal buffer, and sent to the client. The retrieval process is illustrated in figure 3.30.



Figure 3.30: The retrieval process

### 3.4.4 Forwarding queries

If the client wishes to search for information on a server machine to which it is not itself connected, but to which it is linked through another server machine, the client can request the server that links it to the other server machine to search for information for it. The database is instructed by the client as follows: *Databasename@Hostname:Port*. The default port number for *port* is 210.

72

SAMNDCA630-06029244

In processing a query, the search engine checks to determine whether the database is a remote database. If so, the search engine will forward the query to the server machine that has the *host name* and the *port*. The query will be further processed by the remote server. The result is sent back to the server that initialized the request, and therefore assumes the role of WAIS client. In this manner, a client who is not connected to a specific server machine can find the information he needs via an indirect route. This process is illustrated by the diagram in figure 3.31.



Figure 3.31: Message forwarding

## 3.4.5 Security

*Security* involves protection against unauthorized access to WAIS databases. For this purpose, the WAIS server uses *access lists*, which contain information about clients who are permitted access to specific WAIS databases. There are two access lists: an access list for server security and an access list for database security. Each access list is stored in an external file, the name of which is found in the include-file server.h. The access list for server security is in the following format:

*Host name   host address*

The server access list is accessed when no database name is specified in a query. In that case, the host name and host address contained in the query are checked to determine whether they are included in the list.

*Example:*

| Host name | Host address |
|---|---|
| welchlab.welch.jhu.edu | 128.220.59.10 |
| welchlgate.welch.jhu.edu | 128.220.59.13 |

Permission to access specific domains should also be an option. For example, the information

welch.jhu.edu 128.200.59

allows access to the domain welch.jhu.edu. The indication of the host address is optional.

The format for database security is as follows:

73

SAMNDCA630-06029245

*Database name  host name  host address*

The procedure is the same as above, however in this case, the database name contained in the query is also checked.

*Example:*

| Database name | Host name | Host address |
|---|---|---|
| foo | welchlab.welch.jhu.edu | 128.220.59.10 |
| foo | welchlgate.welch.jhu.edu | 128.220.59.13 |

As above, permission to access a specific domain is possible, e.g., foo welch.jhu.edu 128.200.59. The use of * allows anyone access to a specific database, e.g.:

      foo     welch.jhu.edu     128.200.59
      bar          *              *

In this case, only the database name bar will be checked.


### 3.4.6  Access report

In every communication with the client, the WAIS server generates a so-called *log file*, in which all information about accesses to the server is stored. In a search query, the database name, the query, the number of documents identified and the document references (start position, end position and file name) are included in the log file. And finally, with a retrieval query, the document IDs, the database name, the document size, and the display format of a document are stored in the log file.


### 3.5    WAIS client

The WAIS client is a user interface program, which sends requests to the WAIS server, in which it communicates with the WAIS server. It has the additional function of presenting the results of requests in proper form. In this section, I will describe the principal operating modes of the WAIS client. A graphic user interface with the WAIS client is provided in Appendix A.3.6.
The WAIS client supports query and retrieval requests. A query request is a search that uses either a search query or a relevance feedback query. A retrieval request involves the display of an original document.

SAMNDCA630-06029246

### 3.5.1  WAIS client in a search query

In a search for content, the WAIS client starts with a query in natural language. The search query is then sent to the server. The result of a search query is a set of headlines sorted by rank number (figure 3.32). Internally, the number of headlines in the set corresponds to the number of document references, which contain information about original documents, for example, the name of the file to which a document belongs, and the start position and end position of a document within a file. A *headline* describes the content of a document in summary form. A *ranking number*, which is generated by the server using a heuristic ranking method, indicates the ordinal position of a headline in the set of responses to a query. The headline having the highest ranking number and at the same time the highest relevance will occupy the first position in the set of responses.



Figure 3.32: Results of a search query made by the client

### 3.5.2  WAIS client in the case of relevance feedback

The search results can be improved through *relevance feedback*, which draws on the results of a first search step and the documents identified as a result of said search step. More specifically, a search is performed for additional documents which are similar to the identified documents. In this process, the user selects a number of headlines he believes may be relevant. Internally, this selection of a number of headlines simultaneously means a mapping of these headlines onto document references. The necessary information from these document references, for example, the document ID, the filename of a document and the document range information from each selected document reference, is selected for relevance feedback and is sent to the WAIS server as a document object. The result is a new list of ranked document references that are expected to contain more information. Relevance feedback therefore constitutes a refinement of a search. Figure 3.33 shows the client in the case of relevance feedback.

SAMNDCA630-06029247



Figure 3.33:  Client in the case of relevance feedback



Figure 3.34:  Client in the case of retrieval

76

SAMNDCA630-06029248

### 3.5.3  WAIS client in the case of retrieval

When a user wishes to view an original document, he selects a corresponding headline. This will prompt the WAIS client to send a retrieval request to the WAIS server. Prior to this, the selected headline is presented internally as described above in a document object. A document object consists of the position of a document within a file, the name of the file and the size of a document. The document object is then sent to the WAIS server (figure 3.34). The retrieval result is an original document, which is presented by the WAIS client in a suitable format. The WAIS client should support multimedia data – in other words, the client should be capable of displaying data having different display formats, e.g., postscript, dvi or gif, etc.

### 3.5.4  Finding a database description

In order to address the WAIS server, the WAIS client must have information about the WAIS server such as the Internet address of the WAIS server, the name of the WAIS database, the cost of using the WAIS server, etc. For this purpose, WAIS has a so-called *database description* (source description structure), which establishes a conceptual link between the WAIS client and the WAIS server. With each communication with the WAIS server, a database description is read by the WAIS client (figure 3.35), the structure of which was described in 3.2.5.



Figure 3.35: Conceptual link between the WAIS client and the WAIS server via a database description

The search for a database description is supported by the *directory-of-servers* concept. This concept is based on the principle of the yellow pages, in which an information server which manages a WAIS database of available servers is addressed. CNIDR, TMC and Chair LS6 manage such databases. These databases contain the database

77

SAMNDCA630-06029249

descriptions of the individual servers.  When these servers are queried, the user will receive a set of database descriptions as a result.  The user can select and store specific database descriptions via the WAIS client and use these for subsequent searches. Appendix A.3.6 describes an example in reference to figures A.7 and A.8.

## 3.6   Data Consistency

In WAIS, data consistency is obtained through access blocks.  There are two types of access blocks:  writing access blocks and reading access blocks.  During indexing, the writing access block ensures that a WAIS database will not be generated multiple times simultaneously.  With reading access, in other words during a search, the writing access block prevents any attempt to write over a database that has just been read.  In this process, an internal clock is activated and runs only for the pre-defined time limit (45 seconds); when this time has expired, the search process is automatically suspended. The indexer must then repeat the indexing process.
Conversely, during indexing, reading access to a database is denied by the reading access block.  For the writing or reading access block, a lock file is generated, in which only the process ID of the indexing process or the search process is entered.

78

SAMNDCA630-06029250

# Chapter 4

# Enhancements

## 4.1    Development of a global format parser

The problem that is encountered in analyzing document formats during indexing, which was already described in section 2.8, will be addressed once again in this chapter. For each document format, a unique format parser is required.  Accordingly, for *n* document formats, there will be *n* format parsers.  When a new document format is added, a new format parser must be defined and the WAIS index program must be recompiled.

### 4.1.1  Concept

The problem is that each format parser has its own, distinctly encoded information about a specific document format.  To solve this problem, a global format parser has been developed, the function of which was already presented in figure 2.3.  Its mode of operation is illustrated in figure 4.1.

In contrast to conventional WAIS format parsers, the global format parser contains no distinctly encoded format information; instead, the format information, which is different for different document formats, is read from the outside.  The global format parser handles the format information according to the same principle as a normal format parser.  This means that the global format parser knows, based on the format information, how a document should be read and indexed.  Since format information describes document formats, and since it is read from the outside, it is specified in a file using a *format description language* that has yet to be developed.  This file is referred to as a *format specification file*.  The format description language is interpreted by a format specification parser.  This capability allows the global format parser to understand all document formats.  As a result, the recompilation and definition of a new format

SAMNDCA630-06029251



Figure 4.1:  The global format parser

parser are no longer necessary when new document formats are added.

## 4.1.2  Specifying format information

Before a descriptive language for specifying document formats can be established, it is necessary to determine how the format information can be defined.
The global structure of a document in WAIS is composed of an end mark for a document, the headline marks for the formation of a headline, and a date mark for the setting of a date.  Accordingly, the format information contains these marks.

## 4.1.3  Global format parser

Once the content of the format information has been established, the global format parser is implemented as follows:  For the corresponding marks, it comprises the following functions:  **separator function, header function, finish header function** and **date function**.  The implementation of these functions has already been described in section 3.3.2.

80

SAMNDCA630-06029252

### 4.1.4  Format description language in a format specification file

For specifying format information, a format description language will be defined, which can be used to describe any document format in a format specification file. To guarantee specification freedom, regular expressions are permitted in this language. A format specification file is read by the format specification parser, to check it for syntactic correctness. For the format description language, the syntax shown in figure 4.2 is defined. An example of this is provided in Appendix A.3.1.

| | |
|---|---|
| **<record-end>** | */document end mark/* |
| **<headline>** | */headline start mark_1/* |
| | */headline end mark_1/* |
| | *number of characters_1* |
| | */read-after mark_1/* |
| $\vdots$ | |
| **<headline>** | */headline start mark_n/* |
| | */headline end mark_n/* |
| | *number of characters_n* |
| | */read-after mark_n/* |
| **<date>** | */date mark//Sscanf argument/* |
| | *date  date  date* |
| | */read-after mark/* |

Figure 4.2: Syntax of a format description language

*Document end mark:* The document separator that marks the end of a document.
*Headline start mark:* This mark identifies the beginning of a section of text in a document which forms a headline.
*Headline end mark:* This mark identifies the end of a section of text in a document which forms a headline.
*Number of characters:* The number of characters (integer) in a section of text, which is to be written into a headline. The maximum total number of characters is 100.
*Read-after mark:* A section of text after this mark is to be read. Provision of this mark is optional. If it is missing, the section of text will be read from the start.
*Date mark:* A line with this mark contains a date.

**SAMNDCA630-06029253**

*Sscanf argument:*  A string should be analyzed according to the Sscanf argument.  This argument corresponds to the control argument for the *sscanf* C-routine.

*Date specification:*  A date specification may be: **day, month (string), year**.  If the month in the date is a string, e.g., 'JAN', **month string** should be indicated, otherwise only **month**.


## 4.1.5  Format specification parser

As was already stated, the task of the format specification parser is to analyze the format specification file.  The input of the format specification parser is a format specification file.  Its output is the format information, which is then transferred to the global format parser.  For the format specification parser, the LEX/YACC parser is used.


## 4.2    Development of a field concept

The goal of developing a field concept is to enable searches in fields.  For this purpose, a WAIS index that supports field searches will be developed.  The critical factor here is the way in which a WAIS index is conceptually structured and generated for fields. First, however, a field structure in a document must be defined.


## 4.2.1  Field definition

A document can be logically subdivided into one or more segments of text.  A document containing one segment of text is the document itself.  A text segment has a start mark and an end mark and contains multiple terms.  A field is formed by one text segment or multiple text segments and is identified by a field name.  A field that contains numbers instead of terms is referred to as a numeric field.  Figure 4.3 illustrates the logic structure of a document that contains multiple fields.

As is clear from  figure 4.3, $field_1$ consists of text segment 1, $field_2$ consists of text segments 2, 4, and 5, $field_3$ consists of text segment 5 and $field_4$ consists of text segments 1 and 5.  $Field_4$ overlaps $field_1$ and $field_3$, because it contains all the terms of $field_1$ and $field_3$.  Thus, for example, the field `NAMES` overlaps the two fields `AUTHOR` and `EDITOR`. A search query such as `NAMES = 'Meier'` is equivalent to the query `AUTHOR = 'Meier'` or `EDITOR = 'Meier'`.  This satisfies the requirement of field overlap.

82

**SAMNDCA630-06029254**



Figure 4.3: Structure of fields in a document

In summary, it is clear from the above figure that each field is formed separately by one or more segments of text, and has no reference to other fields.

### 4.2.2  WAIS index for fields

According to the above definition, therefore, a field logically consists of one or more segments of text that contain the terms. For example, in order to search for documents having the title 'Information Retrieval", a query would be formulated, e.g., as `ti = Information Retrieval` (the syntax of field queries is defined in section 4.5.1). In an unconventional search method, for example, first the title field and then the terms 'information retrieval' can be searched for directly in the file using a string search. As a result, the corresponding documents will be found. Because this involves searching through the document file itself, the amount of searching time used is too great, since a very large number of plate accesses are required. The best solution is to generate an index for this purpose, in which an efficient search for terms in fields can be performed. The following methods will be considered for this:

1. A search for documents that contain the query terms in the previous WAIS index can also be considered a field search, specifically, as a search in a field that contains the database name as the field name. In the above example, the field name is title. A transfer is obvious. For each field, an inverted file and a dictionary are used. To determine whether a term occurs in a field, the dictionary for that field is used. The result of the search is a data set in which the searched-for term occurs. The data set contains a reference pointer, which can be used to find the corresponding entry in the inverted file of a field. Based upon

83

SAMNDCA630-06029255

this entry, the document references of all terms in the field are found. A document reference again consists of a document table entry, a headline and a filename table entry. Conceptually, therefore, each field has a dictionary, which enables rapid access to the terms of the field, and an inverted file, which manages the postings of the terms of the field. A dictionary file and an inverted file are generated separately for each field. We can therefore propose a file structure for the WAIS index as shown in figure 4.4.



Figure 4.4: File structure of the WAIS index for fields: a dictionary file and an inverted file for each field

For example, a person wishing to find documents that contain a term $t$ in field$_1$ would first search for the term $t$ in the dictionary for field$_1$, and would then access the inverted file of field$_1$.

As part of the development of a field concept, numeric searches, which involve searches for numbers, are also to be supported. In this case, rather than terms, numbers are stored in the dictionary and in the inverted file. All entries there are sorted in numerical order, i.e., in ascending order by number, whereas in the other case they are sorted lexically according to term. Numbers can be any numbers from the set of integers, whole numbers and real numbers.

Also possible is a single inverted file which contains the entries of *all* fields. However, this solution is not advisable since the reorganization cost is too great, specifically because all dictionaries for the individual fields must be rebuilt when

84

SAMNDCA630-06029256

an insertion is made. This also means that the entire inverted file must be run through from beginning to end.

2. The second method is based on the same principle as the first. As before, a dictionary and an inverted file exist for each field. However, each dictionary for a field no longer represents a separate file, and instead, the dictionaries for the individual fields are managed in a single dictionary file using a so-called *field index*. Each entry in the field index is distinct and is in the form (*field name, dp*), in which *field name* is the name of a field and *dp* (dictionary pointer) is a pointer to a dictionary for a field. The entries in the field index are not sorted, and occur precisely once for each field in random sequence. The field index can contain any number of entries. It can be assumed, however, that there will not be too many fields, and therefore, storage of the field index entries in random sequence will not impact searching time. As with the first method, an inverted file is also generated for each field. The entries in a numeric field are sorted in ascending numerical order. Figure 4.5 illustrates the second file structure of the WAIS index. For implementation, the size of an entry in the field index is chosen as equal to 25 bytes (field name = 20+1, *dp* = 4).

A field search begins with reading the entire field index into the main memory. Once the field index is in the main memory, a field index entry is localized by searching for the field name. A simple linear search method is used for this. If the searched-for field name is found, then a *dp* (dictionary pointer) can be used to access the dictionary for this field. The field search is therefore limited to the dictionary for this field. The search then continues as described above – first an inverted file for this field is accessed, and then the document table, the headline table and finally the filename table are accessed. As before, the use of a single inverted file for all fields is not advisable, for the reason given above.

3. In the first two methods, each field has a separate dictionary and a separate inverted file. A previous entry in the dictionary uses a term as the search key. Let us now consider another type of field organization. In this third method, a term for a field and a field name form a search key. With this option, a field name must be appended behind a term, so that a string of characters in the form *term:field name* forms a search key, which can be viewed as a manipulated term – in other words, searches are no longer performed for a term in a narrow sense, but for a string of characters in the form of *term:field name*. In this way, we can manage fields as "terms". In the case of a free text search in which no field name is indicated, only the query terms are searched for.

85

SAMNDCA630-06029257