# EXHIBIT 15

# (Part 2 of 2)



Figure 4.5:  File structure of the WAIS index for fields:  A single dictionary file for all fields and a separate inverted file for each field

SAMNDCA630-06029258

All entries in the dictionary and the inverted file are sorted lexically according to the string of characters. A dictionary file and an inverted file are generated separately for numeric fields, since these involve numbers. Numeric searches are then carried out in these two files. In general, however, the procedure for searching for a string of characters in this form is the same as for a conventional search for a term.

Additionally appending a field name behind a term makes the entire string of characters longer than the original term. When implemented, the length of a term in this case is no longer equal to the maximum length of a term *max_term_length*, and is instead equal to *max_term_length* + |field name| + 1. The maximum length of a field name is chosen as equal to 10 characters.

### 4.2.3  Comparison of the three methods

Table 4.1 shows a comparison of the three methods with respect to search time. I have chosen the JOURNALS collection as a test collection. In total, six fields are indexed.

| Method | Average search time (sec.) | Total search time (sec.) |
|--------|---------------------------|--------------------------|
| 1 | 0.67 | 13.5 |
| 2 | 0.46 | 9.27 |
| 3 | 0.49 | 9.83 |

Table 4.1:  Comparison of the search times for three methods involving 20 queries

In what follows, I will discuss the advantages and disadvantages of the three methods.

#### 4.2.3.1  First method

**Advantage:**
- Little reorganization required due to the separation of data into multiple files.

**Disadvantage:**
- File overhead when many fields are generated.

#### 4.2.3.2  Second method

**Advantage:**
- Little reorganization required due to the separation of data into multiple files and the changes to only specific dictionaries of the fields.

87

SAMNDCA630-06029259

- Less file overhead than with the first method, because this case involves a single global dictionary file which manages the dictionaries of the individual fields.

**Disadvantage:**
- This method still involves file overhead, because an inverted file is generated for each field.

### 4.2.3.3   Third method
**Advantage:**
- No file overhead because for all fields except numeric fields, there is a single global dictionary file and inverted file.  There are definitely more terms to be managed than with the other two methods.
- Merging a term with a field name makes the entire term longer.  If many short terms and field names exist, a large amount of memory space is wasted, since the amount of memory space reserved in advance for terms cannot be optimally utilized.
- Access time may be faster than with the first two methods, since fewer files must be opened.  However, this is not necessarily the case if the dictionary index becomes too large.

**Disadvantage:**
- High reorganization cost with insertions, since the entire dictionary file and inverted file must be reorganized.
- The dictionary index can become very large, as a result of which the allocation of memory space in the main memory during the search can become problematic, and the search process can even be slowed.  However, this is very rarely the case if one considers that with 10 million data sets, the index for the dictionary is only 283 KB in size.  And it is highly improbable that so many data sets will occur in a collection.

### 4.2.3.4   Selection

The first two methods are definitely better than the third method due to the smaller amount of reorganization that is required and the potentially faster search time.  But the main argument against the third method is the high cost of reorganizing the inverted file and the dictionary, unless a data structure that reduces this expenditure, as is described in section 4.9.2, is found for the two files.
With the first two methods, however, file overhead must be taken into account if a very large number of fields will be generated.  The second method is better than the first in

88

**SAMNDCA630-06029260**

terms of file overhead.  With regard to search time, it is clear from table 4.1 that the average search time is best.

### 4.2.4  Generation of the WAIS index for fields

The function of field indexing is to generate a WAIS index that will allow field searches. A set of documents, which can be in any format, must be indexed.  However, there are many different document formats, the structures of which cannot be determined in advance.  It is therefore necessary to define a global document structure, according to which all documents of different formats must be oriented.  A document that has the global structure serves as the basis for field indexing.



Figure 4.6:  The field indexing process

### 4.2.4.1  Definition of a global document structure for fields

The purpose of defining a global document structure is so that each original document can be formatted in this structure, prior to indexing.  Until now, documents have been described by a headline, an indexing content and a separator, with the indexing content involving either an original document or a blank document.  For field indexing, the indexing content of a document is also broken down into one or more fields.  Thus, with field indexing, a headline, a document separator and one or more fields now form the global structure of a document.

The field indexing process therefore must also be subdivided into two phases:  The first phase is parsing, in which the field structure of a document is interpreted in order to format a document in the global document structure; the second phase is the actual indexing of the individual fields.  The concept of the field indexing process is illustrated in figure 4.6.

Let us now consider the parsing and indexing process in greater detail.

SAMNDCA630-06029261

### 4.2.4.2   Parsing

The function of parsing is to format an original document as a document having the above-described global structure.  The parsing process is in turn broken down into two phases (figure 4.7):  the first phase is format parsing; the second phase is field parsing.



Figure 4.7:  The parsing process for fields

In the first phase, the original document is compiled as a document having a structure that comprises only a headline, a document separator and an indexing content.  This function is performed by the global format parser.

In the second phase, the indexing content is then formatted in one or more fields, and therefore in the final global document structure.  So what happens during the field parsing process?

### 4.2.4.2.1 Field parsing

The concept of field parsing is similar to the concept of format parsing, which was described in section 4.1.  A field parser interprets the field structure of a document.  For this interpretation, it requires field information, i.e., information about the field structure of a document.  This field information, which will be described in the next section, is specified in a so-called *field specification file* using a *field description language*.  Figure 4.8 illustrates the field parsing process.

### 4.2.4.2.1.1   Specification of field information

Based upon the field definition described in section 4.2.1, field information can then be specified.  A field contains the following field information:  the start mark and end mark of a field in the document text, the type of a field (numeric or textual), the field name, and the type of indexing (SOUNDEX, PHONIX, TEXT).  What is important, therefore, for analyzing the field structure of a document is to detect where a field starts and/or ends, what the name of a field is, whether it is a numeric or textual field, and how the field should be indexed.

90

**SAMNDCA630-06029262**



Figure 4.8:  The field parsing process

SAMNDCA630-06029263

With TEXT indexing, only terms as described above are indexed. SOUNDEX and PHONIX indexing will be discussed in section 4.4.4.

### 4.2.4.2.1.2    Field parsers

The functioning of the field parser is illustrated in figure 4.8. The function of a global format parser is to present a document of any format in a structure consisting of a headline, an indexing content and a document separator. The function of a field parser is to break the indexing content (original document) of a document down into one or more fields, assuming the indexing content is not blank. For this purpose, the field parser requires field information, which was specified in section 4.2.4.2.1.1. Using the field information, the field parser can select specific segments of text from a document and can transfer these for indexing. So how is field information obtained?

### 4.2.4.2.1.3    Field description language in a field specification file

Field information is specified using the field description language in a field specification file. For specification freedom, regular expressions are allowed. For a field description language, the following syntax is defined, as depicted in figure 4.9. An example of this is also provided in Appendix A.3.1.

---

**\<field\>**          /field start mark/ /read-after mark/
Field name$_1$ "description$_1$" ... field name$_n$ "description$_n$"
Option
Indexing type$_1$  content localization$_1$
...
Indexing type$_k$ content localization$_k$
**\<end\>**          /field end mark/
⋮
**\<field\>**          /field start mark/ /read-after mark/
Field name$_1$ "description$_1$" ... field name$_n$ "description$_n$"
Option
Indexing type$_1$  content localization$_1$
...
Indexing type$_k$  content localization$_k$
**\<end\>**          /field end mark/

---

Figure 4.9: The syntax of a field description language

92

SAMNDCA630-06029264

*Field start mark:* the start of a field is identified by this mark in a line.

*Read-after mark:* a segment of text is to be read after this mark. Provision of this mark is optional. If this indicator is missing, the segment of text will be read from the beginning.

*Field name:* the name of a field that will be generated. A field name is a maximum of 20 characters in length.

*Description:* a description of the field, e.g., au = AUTHOR, is written into the database description. The description is optional.

*Option:* there are two options:

1. **<numeric>**
   */read-from-the-last-character-of-the-mark/*
   *maximum-number-of-figures*
   - **<numeric>** indicates a numeric field
   - *read-from-the-last-character-of-the-mark* (optional)
     a number should be read starting from the last character in this mark.
   - *maximum-number-of-figures* (optional)
     This specification indicates the maximum number of characters (numerals plus any commas or decimal points) permitted in a number. This makes sense for numbers that are longer than the maximum word length.

2. **Stemming**
   - **Stemming** indicates that the stem form reduction of the terms, which is discussed in section 4.3, will be used in indexing.

*Indexing type:* The type of indexing is the option of SOUNDEX or PHONIX indexing, in which each term is converted to a Soundex or a Phonix code, or TEXT indexing, which corresponds to normal text indexing.

*Content localization:* Content localization determines where the indexed terms of a segment of text should be entered. Three key words are used for this: **LOCAL, GLOBAL,** and **BOTH**.

- **LOCAL:** when the indexed terms of a segment of text are to be entered into only one specific field.
- **GLOBAL:** when the indexed terms of a segment of text are to be entered only into the shared database.
- **BOTH:** when the indexed terms of a segment of text are to be entered both into a specific field and into the shared database.

*Field end mark:* The end of a field is identified by this mark.

93

SAMNDCA630-06029265

#### 4.2.4.2.1.4        Field specification parser

The task of a field specification parser is to read a field specification file and check it for syntactic correctness. The outputs are the field information that is transferred to the field parsers. The LEX/YACC parser is used for this purpose.

### 4.2.4.2.2  Simplification of the parsing process

As is clear from figure 4.8, there is a format specification parser for analyzing a format specification file and a field specification parser for analyzing a field specification file. The two parsers can now be combined to form a single parser, referred to as a document specification parser. Accordingly, a format specification file and a field specification file are combined to form a single document specification file, in which both format information and field information are specified. The outputs of the document specification parser are format information for the global format parser and field information for the field parser. Figure 4.10 illustrates a simplification of the parsing process.



Figure 4.10: Simplification of the parsing process

94

SAMNDCA630-06029266

#### 4.2.4.3   Indexing

A document now consists of a plurality of fields that are indexed independently.  Each field undergoes text indexing, which was discussed in section 3.3.3.  Numeric terms or numbers are specified as being composed solely of numbers and no more than *one* comma or decimal point character for real numbers.  Therefore, the task of the previous lexical analysis is further to detect during the indexing of a numeric field which characters belong to a numeric term.  The result of the indexing process is a WAIS index which supports the field search, a catalog, and a database description.  Descriptions of the indexed fields are also written into the database description during indexing. Figure 4.11 shows the WAIS index of the released freeWAIS-sf version, in which a separate dictionary file and inverted file are generated for each field.



Figure 4.11:  Field indexing

95

SAMNDCA630-06029267

## 4.3    Stemming

Stemming is also referred to as *stem form reduction*.  In stem form reduction, words are reduced to their stem form by removing the derivative endings.  For example, "analysis" and "analyzing" would be reduced to "analy".  Stem form reduction serves, for one thing, to increase the recall (the number of identified relevant documents/the number of all documents in the collection, see also section 1.1), and for another, to limit the reference to all possible forms of the words in the search.  Furthermore, stemming decreases the amount of memory space used by the WAIS index.

The indexing process enhanced by stemming is illustrated in figure 4.12.



Figure 4.12:  The indexing process with stemming

Stem form reduction is optional.  Each term that results from lexical analysis is reduced to its stem form.  The algorithm by [Porter 80] used in WAIS to generate word stems is

96

SAMNDCA630-06029268

based solely on English texts.

In searches, query terms are reduced to their stem forms. The reduced terms are then searched for. Figure 4.13 illustrates this search process.



Figure 4.13: The search process with stemming

## 4.4    New search query options

This section will discuss potential enhancements for formulating a query. Query syntax is defined in section 4.5.1. The purpose of these individual search options was already discussed in section 2.8.

### 4.4.1 Boolean query

In a boolean query, search terms are linked to one another. Boolean logic allows search terms to be linked in a query. The linkage of search terms is based upon the boolean operators AND, OR and AND-NOT. The AND and OR operators form a cut set or a combined set. A residual set is formed using the AND-NOT operator. The task is now

97

SAMNDCA630-06029269

to implement these boolean operators and integrate them into the search engine.

#### 4.4.1.1   Formation of a cut set

*Query:* `TERM₁ AND TERM₂`

*Process:*
1. Search through the dictionary for `TERM₁` and identify a list of document IDs that relate to this term. Call this list of document IDs Set 1.
2. Search through the dictionary for `TERM₂` and identify a list of document IDs that relate to this term. Call this list of document IDs Set 2.
3. Identify the cut set from sets 1 and 2. Specify a set of document IDs (Set 3) that are present in sets 1 and 2.
4. Continue the search process using the document IDs from Set 3.

#### 4.4.1.2   Formation of a combined set
*Query:* `TERM₁ OR TERM₂`

*Process:*
Sets 1 and 2 are identified as above. A combined set is then identified from sets 1 and 2. The combined set contains either elements of Set 1 or elements of Set 2 or elements of both sets. The combined set is called Set 3. The search process is then continued using the document IDs from Set 3.

#### 4.4.1.3   Formation of a residual set
*Query:* `TERM₁ AND-NOT TERM₂`

*Process:*
1. Identify Set 1 from document IDs for `TERM₁` as above.
2. Identify Set 2 from document IDs for `TERM₂` as above.
3. Form the residual set (Set 3) by deleting all those elements of Set 1 that are also elements of Set 2.
4. Continue with the search process using the document IDs from Set 3.

98

SAMNDCA630-06029270

### 4.4.2  Literal query

A literal query contains search terms that occur in the original text of the documents. A literal query is formulated such that the search terms that are used occur one directly in front of the other and in the indicated sequence in the text of the document.

*Query:* `'TERM₁   TERM₂ … TERMₙ'`

*Process:*
1. Search through the dictionary until a term in the literal string of characters is found, otherwise, the search is considered unsuccessful.
2. Identify a list of position data for the term within the individually identified original documents.
3. Search through the original documents that contain the found term, using a string search for the entire sequence of characters in the search query, with the starting position being the text position of the identified term within the respective original document, minus the length of the string of characters in front of this term.

*Implementation:*

Until now, only one character position for a term has been stored in the inverted file. Since a term can occur multiple times in a document, it is necessary to store all character positions of the term in this document – if a string is not "matched" after the first character position, the string search will be performed after the next character position, etc. A posting in the inverted file must therefore be changed. Until now, this has consisted of a document ID, a character position and a weight. Now, a new posting consists of a document ID, a frequency of the term in the document, a weight, the weighting function of which will be described in section 4.6.2, and a list of character positions. The number of elements in the list of character positions corresponds to the frequency of the term in the document. Alternatively, instead of character positions, distances from the previous character position can be stored in a posting. Thus, a posting consists of a document ID, the size of the character list in bytes, a weight, a character position, and a list of distances from the previous character position, which can generally be represented by a small number of bits. The second alternative is implemented, since it uses memory space more efficiently due to the option of compressed storage. Compressed storage allows a number to be stored in bytes, with the first 7 bits of one byte representing the number, and the last bit identifying whether this number will be represented by another 7 bits, etc. In other words, only as much storage space as is needed will be reserved. A number can be a maximum of $2^{7 \cdot 4}$ = 268,435,456 in size.

99

SAMNDCA630-06029271

### 4.4.3  Wildcard query

In a wildcard query, a search term is right-truncated, e.g., `Info*`. The search process is very simple. A search is conducted in the dictionary for all terms that correspond precisely to the string of characters in front of the truncation symbol. Any characters that follow the truncation symbol are irrelevant for matching.

### 4.4.4  Phonetic search

The function of a phonetic search is to identify all words that are written differently from a word in the query, but are pronounced similarly to that word. There are two algorithms for solving this problem, SOUNDEX and PHONIX, which are described in detail in [Poersch 93]. PHONIX is an improved version of SOUNDEX. The function of these algorithms is to format a term in a Soundex code or Phonix code.

To enable a phonetic search, first each search term must be formatted in a phonetic code. This phonetic code is then searched for in the WAIS index (figure 4.14). This means that, already during indexing, each term to be indexed must be formatted in a phonetic code. This code is then indexed. The indexing process is described in figure 4.15.



100

SAMNDCA630-06029272

Figure 4.14:  SOUNDEX search, PHONIX search

SAMNDCA630-06029273



Figure 4.15: SOUNDEX indexing, PHONIX indexing

SAMNDCA630-06029274

## 4.5    Definition of query syntax and query parsers

The enhancements to include boolean, literal, wildcard, phonetic and field queries make the structure of a query more complex. It is therefore necessary to define query syntax. The syntax of a query is analyzed by a query parser.



Figure 4.16: Query syntax

### 4.5.1  Query syntax

A query in WAIS-sf has the syntax shown in figure 4.16. A query is an expression that links either a *term* or a further expression and a *term* or a further expression followed by

SAMNDCA630-06029275

a *term* with the OR operator. In this connection, a *term* is described by a *factor* or by an additional *term* linked by the AND or NOT operator. The *factor* is in turn a *WORD* or another expression enclosed between parentheses, or a field expression, which is defined by a field name *FIELD* followed by operators, such as '=', '==' (for a numeric expression, in which '=' also applies), '>' or '<', and a *WORD* or an additional sub-expression. A sub-expression is defined in the same way as a normal expression, but with the sole difference that its sub-factor *s-factor* contains no field expression. A *WORD* is a regular expression.

### 4.5.2  Query parser

A query parser reads a search query, interprets it for syntactic correctness, and supplies an error message if a search query is incorrectly formulated. In the case of a boolean query, the query parser supplies a new query in the postfix notation. It is implemented using the LEX/JACC parser. The search engine is thus enhanced by the query parser, as illustrated in figure 4.17.



Figure 4.17: Integration of the query parser into the search engine

104

SAMNDCA630-06029276

### 4.5.3  Query examples

1. `information retrieval`
   Free text query: search for documents which contain either the term `information` or the term `retrieval` or both terms.
2. `Information` **or** `retrieval`
   boolean query: as above.
3. `ti = information retrieval`
   field query and free text query:  search for documents that contain the term `information` in the title field or the term `retrieval` in the entire document.
4. `(ti = information retrieval)`  Field query and free text query: as above.
5. `(ti = information)` **or** `retrieval`
   Field query and free text query with boolean operation: as above.
6. `(ti = information` **or** `retrieval)`
   Field query and free text query with boolean operation: as above.
7. `ti = (information retrieval)`
   field query:  search for documents that contain either the term `information` or the term `retrieval` or both terms in the title field.
8. `ti = (information` **or** `retrieval)`
   field query with boolean operation: as above.
9. `ti = (information` **and** `retrieval)`
   search for documents that contain both terms `information` and `retrieval` in the title field.
10. `ti = (information` **not** `retrieval)`
    search for documents that contain the term `information` but not the term `retrieval` in the title field.
11. `py = 1990` or `py == 1990`
    numeric query: search for documents that appeared in the year 1990.
12. `py > 1990`
    numeric query: search for documents that appeared after 1990.
13. `py < 1990`
    numeric query: search for documents that appeared before 1990.
14. `au = (soundex meier)`
    Soundex query: search for documents that contain terms in the author field that have a pronunciation similar to the term `meier`, e.g., `mayer`.
15. `ti = ('information retrieval')`
    Literal query: search for documents that contain the precise string of characters `'information retrieval'` in the title field.

SAMNDCA630-06029277

16. `ti = (information system*)`

Wildcard query: search for documents that contain either the term `information` or all terms that begin with the string of characters `system` and end with any characters, or both.

**Note:** There is no restriction regarding whether a query must be written in capital or lowercase letters.

## 4.6   Term weighting

The term weights of a document indicate the potential significance of the terms within said document. In what follows, the weaknesses of the weighting function used in WAIS will be examined. A new weighting function will then be presented, which offers better retrieval effectiveness.

### 4.6.1  Evaluation of the WAIS weighting function

For the weighting function, WAIS specifies the following formula:

$$w_{dk} = ((\log(tf_{dk}) + 10) * idf_k)/d_T.$$

$tf_{dk} =$      frequency with which the term $t_k$ occurs in document $D$. $tf_{dk}$ is initialized at 5. $tf_{dk}$ is then increased by 1 each time it occurs. If the term $t_k$ occurs in the headline, 10 is added to $tf_{dk}$. $tf_{dk}$ is a maximum of 127.

$idf_k =$      $1/\sum_{i=1}^{n} tf_{ik}$ – the inverse document frequency with which the term $t_k$ occurs in a collection containing $n$ documents.

$d_T =$      $\sum_{i=1}^{t} tf_{di}$ – the set of terms occurring in the document $D$.

**Criticism of this formula:**

- Let us assume a collection contains 10 documents, for example. A term $t_k$ occurs 10 times, once in each document. Thus the inverse document frequency of term $t_k$ is $idf_k = 1/10$. However, if the same term $t_k$ occurs 10 times in a single document, its inverse document frequency is also $idf_k = 1/10$. The precise value in the two cases is equal, even though in the first case the term $t_k$ cannot be used to distinguish between the relevant and non-relevant documents, whereas in the second case, it can be said that a single document is relevant and the other 9 documents are not relevant. In the second case, the term $t_k$ would have to be assigned a higher precision value than in the first case.

106

SAMNDCA630-06029278

- The second criticism is the use of $d_l$ as a standardization factor. In general, a weight $\alpha_{dk} = ((\log(tf_{dk} + 10) * idf_d)$ frequently lies between 0 and 1, whereas $d_T$ is a number much greater than 1, e.g., frequently 10, 100 or more. Therefore, using a ratio to calculate the total weight $w_{dk} = \alpha_{dk}/d_l$ does not make sense. Moreover, there are two different vector representations for a document, specifically: on one hand, a document can be represented by a document vector in the form of $D = < w_{d1}, ..., w_{dn} >$, in which $w_{dk}$ is the weight of the term $t_k$ in document $D$; on the other hand, a document can be represented by a document vector in the form of $D = < tf_{d1}, ..., tf_{dn} >$, in which the total of the individual $tf$'s is calculated as the vector length. Of course, this makes no sense.
- Two terms that occur with different frequencies, but each more than 127 times, have the same relevance value.
- This weighting function has no justifiable basis in theory.

### 4.6.2 New weighting function

Numerous variants of weighting functions have been tested experimentally and proposed. The new weighting formula used here, which is based on the vector space model (section 4.6) and was proposed by Salton, is a variant of this model, the good retrieval quality of which has been proven through experimental testing in [Salton & Buckley 88].

As was discussed in section 4.6, a document is viewed as an $n$-dimensional document vector $D$, and a query is viewed as an $n$-dimensional query vector $Q$, and is represented in the form

$$D = < w_{d1}, ..., w_{dn} >$$

and

$$Q = < w_{q1}, ..., w_{qn} >$$

in which $w_{dk}$ represents a weight of the term $t_k$ in document $D$ and $w_{qk}$ represents a weight of the term $t_k$ in the query $Q$.

The similarity between a specific document vector and a search query vector is the scalar product

$$similarity(Q, D) = \sum_{k=1}^{n} w_{qk}.w_{dk} = 1.$$

The following factors are important in calculating the weight $w_{dk}$:

- $d_l$: the set of terms occurring in document $D$.
- $tf_{dk}$: the frequency with which the term $t_k$ occurs in document $D$ (term frequency).
- $max\_tf_d$: maximum term frequency $tf_{dk}$ of all terms $t_k \in d_l$.

107

SAMNDCA630-06029279

- $idf_k$: log $\left(\frac{N}{n_k}\right)$ - the inverse document frequency of the term $t_k$, in which $N$ is the number of documents in the collection and $n_k$ is the number of documents in which the term $t_k$ occurs.

A weight $w_{dk}$ of the term $t_k$ in document $D$ can be calculated as follows:

$$w_{dk} = \frac{\alpha_{dk}}{\beta_d},$$

in which the unstandardized indexing weight

$$\alpha_{dk} = idf_k * \left(0.5 + \frac{0.5 * tf_{dk}}{max\_tf_d}\right)$$

represents the product of the _inverse document frequency $idf_k$_ and the _standardized frequency of occurrence_. $\beta_d = \sqrt{\sum_{t_k \in d_r} \alpha_{dk}^2}$ is the vector length. The inverse document frequency $idf_k$ is calculated for the retrieval time based on the dynamic collection, in which the number of documents $N$ is continuously changed.

The standardized frequency of occurrence ranges from 0.5 to 1. The weight $w_{dk}$ varies between 0 and 1. If a weight $w_{dk}$ is close to 0, then the term $t_k$ does not have a high relevance value. Conversely, a term $t_k$ has a high relevance value if its weight $w_{dk}$ is close to 1.

The weights $w_{qk}$ for the terms $t_k$ in the query $Q$ are calculated in the same manner. In this calculation, it is assumed that the term frequency of the term $t_k$ in the query $Q$ is $tf_{qk}$ = 1. Thus the weight of the term $t_k$ in the query $Q$ is $w_{qk} = idf_k$ [$idf_k$] . The factors used in this weighting function – the term frequency $tf_{dk}$, the inverse document frequency $idf_k$ and the vector length $\beta_d$ – fulfill the same purposes as were already described in section 3.3.3.4.

## 4.6.3 Term weighting with boolean queries

To avoid the disadvantages of conventional boolean retrieval, which, for a query `t₁ AND t₂ AND t₃`, for example, will reject all documents that contain two identified terms and those that contain 0 terms, a boolean query is weighted as follows:  Let us assume the queries `(A OR B)`, `(A AND B)` and `(A NOT B)` and a document $X$ having the weights $d_A(X)$ and $d_B(X)$ for the terms `A` and `B`. Then the following retrieval values will apply:
- $d_A(X) + d_B(X)$ for the query `(A OR B)`.
- $min(d_A(X), d_B(X))$ for the query `(A AND B)`.
- $min(d_A(X), 1 - d_B(X))$ for the query `(A NOT B)`.

108

SAMNDCA630-06029280

## 4.7    New structure of the inverted file

For each term in the inverted file there is a list of postings, with a posting consisting of a document ID, a character position and a weight. Since a new weighting function will now be used and a literal search will be enabled, the structure of the posting must be changed. As was already mentioned in section 4.4.2, a posting for the term $t_k$ is now composed of a document ID, the size of the character list in bytes, a weight, a character position and a list of distances from the previous character position of a term in a document. For implementation, table 4.2 shows the sizes of the individual elements of a posting.

| Identifier | Size (in bytes) |
|---|---|
| Doc ID | 4 |
| Size of the character list | 4 |
| Weight | 4 |
| Character position | 3 |

Table 4.2:  Size of the individual elements from a posting

## 4.8    Automatic generation of stop words

**Motivation:** A term that occurs too frequently in WAIS indexing will be ignored. The maximum frequency of occurrence *max_kh* is limited to 20,000 terms. However, this number can be specified by the indexer. If we assume that a term already occurs in the WAIS index 20,000 times, the insertion of this term during re-indexing will cause its *max_kh* to be exceeded in the collection and as a result, this term will be deleted from the dictionary and the inverted file. At some time a second re-indexing will occur, in which the same term will be inserted into the WAIS index. But this term no longer exists because it was already deleted previously from the WAIS index, and therefore is now considered to be a new term and is entered. If this term occurs very frequently in each new document, for example, but *max_kh* is not yet exceeded, then this term will have a very high relevance value for the new documents, even though it occurs everywhere in the collection. For example, one can imagine that the term 'computer' cannot have a high relevance value in a collection relating to computers.

This problem is solved by interpreting each term that occurs one time more than *max_kh* as a stop word and automatically entering it into the stop word list, which is

SAMNDCA630-06029281

stored in an external ASCII file in the format already presented in section 3.3.3.2. With each indexing, this file will be read in automatically for the purpose of stop word elimination. If the case is as described above, for example, then the term will be recognized as a stop word and ignored.

With the automatic insertion of new stop words, all stop words previously existing in the file are naturally retained. This is because insertions are always made at the end of the file, so that it is also possible to enter unique stop words there. If the stop word list is generated automatically, then the permanently encoded stop word list will also be used in WAIS. However, it can optionally be switched off.


## 4.9   Data organization

Although it is not officially a part of this paper, I will now discuss the critical aspect of data organization in WAIS, and present and evaluate various data structures in terms of the efficient management of data in the external memory, by way of comparison. However, these examinations will be solely theoretical. Unfortunately, the various data structures cannot be implemented due to time constraints.

The efficiency of information searches and information retrieval is influenced significantly by the way in which the data is organized within the retrieval system. In what follows, the data structure used by WAIS to organize the data in the WAIS index will be examined. The time required to access the external memory plays a major role in this, because accessing an external memory requires more time than accessing an internal memory. This is due to the fact that access begins on the date in the external memory when the read/write head is set on the corresponding cylinder. It is then necessary to wait until the sector being searched passes through the write/read head. The transfer of data by page then begins. One page is generally between 512 and 8192 bytes. The access time is composed of the *adjustment time* (time required to position the read/write arm, that is, to locate the cylinder), the *latency time* (time until the desired sector start is located below the write/read head) and the *transfer time.*

Thus the cost of requesting one byte is the same as the cost of requesting an entire page. It therefore makes more sense to request multiple pages at the same time if they lie on one cylinder. In other words, an effort should be made to arrange multiple pages side by side such that they lie on one cylinder. This would minimize latency time since it would allow the sectors on one cylinder to be reached by adjusting the arm.

Thus the goal in choosing an efficient data structure for organizing the data in an external memory is to minimize the number of external memory accesses.

SAMNDCA630-06029282

### 4.9.1 Analysis of the access process in the dictionary

The search for document references of a term begins with searching for a term in the dictionary. The access method used for the dictionary requires three external memory accesses for each term. With the first access, the number of blocks in the dictionary is read. The second access loads the entire index into the main memory in order to localize a block. With the third access, the localized block is then read.

When new documents are added, the entire dictionary and the entire inverted file must be reorganized because a mutual physical dependency exists between a data set in the dictionary and an entry in the inverted file. A data set in the dictionary contains a reference pointer, which corresponds to the physical address of an entry in the inverted file. An insertion or deletion of a term requires a displacement of the entries in the inverted file in order to maintain lexical order, and therefore also a change in the physical addresses of these entries. As a result, the reference pointers in the data sets of the dictionary are invalidated. A term will be deleted from the WAIS index if the maximum frequency of occurrence of that term is exceeded during insertion.

**Advantages and disadvantages**

**Advantages:**
- In principle, a search for a term in a dictionary containing $n$ terms requires only three external memory accesses.
- Arranging multiple physical pages side by side in a block allows multiple physical pages to be read at the same time.
- Memory utilization is nearly 100%, because all links of the current data block $B_i$ to standing data blocks $B_1 \ldots B_{i-1}$ must be filled before the current data block $B_i$ will accept new entries.

**Disadvantages:**
- High cost of reorganizing the dictionary and the inverted file when a term is inserted. The cost is linear.
- If the dictionary contains too many terms, and therefore, the index in the dictionary is too large, there may no longer be enough memory space available in the main memory for allocating buffer for the index. However, this is rarely the case, considering the fact that with 10 million data sets (one data set per term) only a buffer size of 283 KB ($\approx$ 290,000 bytes) must be reserved for the index, and that it is highly unlikely that a dictionary will contain this many data sets.

111

SAMNDCA630-06029283

- An index entry is 29 bytes in size. Of these, 4 bytes cannot be used. In other words, it does not even make sense to include these 4 bytes in each entry. The size of an index entry is therefore reduced to 25 bytes.
- The length of a term is specified as 20 bytes. However, if a term is only 4 bytes in length, for example, then the remaining 16 characters are left unused. Conversely, if a term is more than 20 bytes in length, then only part of the term can be stored. However, the latter case occurs only rarely due to stem form reduction.

### 4.9.2  Decrease in reorganization cost

The main argument against the form of data organization used in WAIS is the high cost of reorganization required with re-indexing. To solve this problem, we will now consider new options for the inverted file and the dictionary that will offer both an efficient search operation and efficient insert and delete operations.

### 4.9.2.1    Change in the structure of the inverted file



**b) After the addition of 3 postings**

Figure 4.18:  New organization of the inverted file to reduce reorganization cost

The amount of reorganization that is required can be reduced by reserving free memory space in the inverted file in advance for the list of postings for an entry, and by eliminating the lexical order. In concrete terms, this means that a list of postings in the

112

SAMNDCA630-06029284

entry of an inverted file has a fixed size. At the end of the list, a pointer to the next list is managed. When a new posting is inserted into the inverted file, the dictionary is first checked to determine whether the new term already exists in the dictionary. If the new term is already in the dictionary, the associated entry in the inverted file will be localized using the reference pointer in the data set for that term, and the new posting will be inserted into the remaining memory space directly behind the last posting in the list. If the reserved memory space is full, memory space for a new list will be reserved at the end of the inverted file. The new posting will be entered there. However, if the new term does not yet exist in the dictionary, the new entry will be recorded at the end of the inverted file. Figure 4.18 illustrates the new organization of the entries in the inverted file. The corresponding physical address of the entry is assigned to the new data set for the dictionary. This data set is then added to the dictionary at the corresponding location. It is assumed that a data structure exists for the dictionary that will efficiently support searching, insertion, and deletion. Section 4.9.2.2 will examine new data structures for the dictionary.

If, when new terms are being inserted, the maximum frequency of occurrence of a number of terms is exceeded, these terms must be deleted from the WAIS index and added to the list of stop words. This means that the individual entries of the terms in the dictionary and the inverted file must be removed. The procedure for deletion is as follows: If it is determined during the insertion of a term into the dictionary that the maximum frequency of occurrence of that term has been exceeded, then the corresponding entry of that term will simply be removed from the dictionary using a delete operation. It is no longer necessary to shift the entries in the inverted file, since the entry to be deleted is at first maintained there. However, after a small number of delete operations, the structure of the inverted file becomes very highly fragmented as a result. But the inverted file can be reorganized at a later time. In that case, each individual entry in the dictionary is scrolled through, and the associated reference pointer is read. Using the reference pointer, the corresponding entry in the inverted file is copied into the new inverted file. The new physical address of this entry in the new inverted file is assigned to the current entry in the dictionary. As soon as all entries in the dictionary have been scrolled through, the old inverted file will be replaced by a new one. As a result, all entries of the terms in the old inverted file for which the maximum frequency of occurrence has been exceeded are ignored. After reorganization, all entries in the inverted file are ordered lexically as in the dictionary. However, the lexical order will be removed later by insertions.

SAMNDCA630-06029285

The cost of reorganization is decreased by providing a data structure for the dictionary (see section 4.9.2.2), which, in addition to offering an efficient search operation, also offers an efficient insert and delete operation, and by requiring the reorganization of the entire inverted file only if an insertion necessitates the deletion of an element. The deletion of an element from the inverted file and from the dictionary occurs only when the maximum frequency of occurrence of a term in the collection is exceeded. With the automatic generation of stop words, however, deletion after a small number of re-indexing processes occurs only rarely or not at all.

But the problem with this solution consists in the selection of a suitable length for the list of postings. An ideal situation would be for the projected length of the list for a term to be calculable. Unfortunately, however, this is not the case, because it is not just a single collection that is indexed, but many and varied collections. Thus it is not possible to determine in advance which terms will occur frequently or only very rarely. If the maximum frequency of occurrence of a term in the collection is chosen as the length of a list, in some cases many terms may occur only very rarely or only once, and the list may contain only one posting. The remaining memory space will then be left unused. This is a tremendous waste of memory space.

It therefore makes sense to collect statistics regarding the projected length of the list prior to each indexing, in which it is determined in the form of a percentage how many terms have a specific frequency of occurrence in the entire collection. The goal is then to write a program for this purpose, which will perform this automatically. The calculated projected length will then be supplied for indexing.

### 4.9.2.2   Other data structures for the dictionary

In the original data structure for the dictionary in WAIS, access to a data set having one hundred percent utilization of memory space is gained in only three steps. However, the cost of reorganization with the insertion of a term is too great. An attempt will now be made to discover a data structure for the dictionary, which, in addition to offering an efficient search operation, also offers a more efficient insert and delete operation, thereby reducing the cost of reorganization. First, however, I will address the problem of term length.

### 4.9.2.2.1 Variable term lengths

The disadvantages of using a fixed term length have already been discussed. If terms of variable length are to be permitted, it will be necessary to modify the structure of an index and data block. Since such a block would contain terms of different lengths,

114

SAMNDCA630-06029286

searching in this block would require a linear search method, which is no more efficient than a binary search process. However, to enable binary searching, a so-called *block index* is used at the end of a block. The block index contains only the physical addresses of the entries of the individual terms, in a sequence in which the physical address of the data set containing the lexically smallest term occurs at the end of the block index, followed by the physical address of the data set containing the second lexically smallest term, etc. Moreover, the length of a term must be carried along with an entry in a block. Figure 4.19 shows a corresponding block with a block index.



Figure 4.19: A block with a block index for terms of variable lengths

With insertion, a term is simply entered into the free space. The block index must then be modified accordingly. To delete a term, only the corresponding physical address of the term is removed from the block index. If multiple delete operations occur in a block, this block will become highly fragmented. However, it can later be reorganized.

### 4.9.2.2.2  Improved dictionary index

To solve the problem of the index becoming too large, the index can be subdivided into blocks, as is illustrated in figure 4.20, with each block $k$ (in this case: $k = 3$) containing index entries.



Figure 4.20: Subdivision of the dictionary index into multiple blocks

Various search strategies for the index exist. The simplest is a *linear* search. For example, in searching for a term $t$, the index is searched until a pair $(t, p)$ or the first pair

115

SAMNDCA630-06029287

$(u, p)$, with $u > t$, is found.  In the latter case, for the pair $(v, p')$ that precedes the pair $(u, p)$, $v < t$.  The term $t$ must be in the block $p'$.  However, the linear search method is recommended only for small indexes.

A faster search method is the *binary* search.  Let us assume $b_1, b_2, ..., b_n$ index blocks.  To search for a term $t$, the search is then started in the center index block $b_{[n/2]}$, and $t$ is compared with $u$ in the first pair of this index block.  If $t < u$, the search is repeated in the blocks $b_1, b_2, ..., b_{[n/2]-1}$.  If $t \geq u$ but $t$ is less than the first term in the block $b_{[n/2]+1}$, (or if $n = 1$ there is no such block), a search will be conducted for $t$ in the block $b_{[n/2]}$.  Otherwise, the search will be conducted in the blocks $b_{[n/2]+1}, b_{[n/2]+2}, ..., b_n$.

For subsequent insertions, a certain amount of memory space will be reserved in advance in the index block and in the data block.  Let us assume that we have $B_1, B_2, ... B_m$ data blocks.  To insert a new term into a data block, a check is first made to determine which data block $B_i$ will contain the new term.  If data block $B_i$ is to receive the new term and has sufficient memory space, the new term will be entered there in the correct sequence.  The corresponding index pair may have to be modified if the new term is the first term in the data block.  If $(u, j)$ is the corresponding index pair and $t$ is the new and smallest term in data block $B_j$, then $(t, j)$ is the new index pair.

However, if data block $B_i$ has no more free memory space, the process will move on to data block $B_{i+1}$ to determine whether that block has any more empty memory space. Two cases should be considered here:

1. If $B_{i+1}$ still has enough free memory space, the last term of data block $B_i$ will be "shifted" to data block $B_{i+1}$.  The new term will then be entered into $B_i$.  The index pair of $B_{i+1}$ must be modified accordingly.  It may also be necessary to change the index pair of $B_i$ if the new term is the smallest term in $B_i$.

2. If $B_{i+1}$ is full or if $B_i$ is the last data block ($i = m$), a new data block will be generated.  If the new term is the largest element in $B_i$, it will be entered into the new block.  Otherwise, the last term of $B_i$ will be entered into the new data block in order to free up space for the new term in $B_i$.

For deletion, using the term, a search is first performed for the data set to be removed. If a data block contains multiple data sets, the corresponding data set will be searched for and deleted.  It may be necessary to modify an index pair.  However, if the data set to be deleted is the only one in the data block, then this data block and the associated index block will be removed.  The pointer to the index block that precedes the deleted index block will then point to the subsequent index block.

If $k$ is the number of data sets in a data block, $k'$ is the number of index entries in an index block and $n$ is the number of data sets, then $2 + \log(n/kk')$ plate accesses are required for the binary search and for insertion and deletion.  The worst case scenario is

116

SAMNDCA630-06029288

*n/kk′ + k*. If this occurs when all data blocks are full, then one data set must be shifted from the first data block to the last. In this case, *n/kk′* index blocks are read and modified. The worst case performance of this method is very poor. However, this situation can be improved, as will be demonstrated in the next section.

### 4.9.2.2.3  B⁺-tree

Up to this point, each index block has managed a plurality of data blocks. In this case, each index pair points to a data block. The same principle can now be applied to the index blocks. Rather than arranging several index blocks one in front of the other in the form of a list and applying the binary search process to that list, the blocks are now arranged hierarchically, i.e., an index block can now manage multiple data blocks or multiple index bocks. The data blocks are located at the lowest level of the hierarchy, while the index blocks are located at the upper levels. Figure 4.21 shows the corresponding hierarchy of the indexes.



Figure 4.21:  Index hierarchy

This form of data structure is also known as a *B⁺-tree*. It is an improvement on the B-tree and manages data sets only in the leaves, whereas with a B-tree, data sets are also present in the nodes. To examine the situation in greater detail, I will now provide a definition of the B-tree.

A tree is a *B-tree* of the order *m* if the following properties apply:

1. Each node contains a maximum of *2m* keys.
2. Each node (with the exception of the root) contains at least *m* keys.
3. A node having *k* keys has precisely *k* + 1 children or zero children.
4. All nodes that have no children are located at the same level.

117

SAMNDCA630-06029289

5. If $s_1, s_2, \ldots, s_k$, with $m \leq k \leq 2m$, are the keys of a node $x$, then all keys of the first child of $x$ are less than $s_1$, all keys of the (k+1)th child are greater than $s_k$, and all keys of the $i$th child, $1 < i < k + 1$, are greater than $s_{i-1}$ and less than $s_i$.

The B-tree was developed by [Bayer & McCreight 72]. Figure 4.22 shows a B-tree of order 2.



Figure 4.22:  B-tree of order 2

Based upon figure 4.22, the structure of a B-tree page can be presented, as illustrated in figure 4.23, for example:



Figure 4.23:  The structure of a B-tree page having $m$ data sets

An entry on a B-tree page contains a pointer $p$ to another B-tree page, a key $k$ and supplementary information $d$.  As compared with our application, the pointer $p$ corresponds to a pointer to a block, the key $k$ corresponds to a term, and the supplementary information $d$ corresponds to the frequency of occurrence and the term length.

The most important operations in the B-tree data structure are searching, insertion and the deletion of a key.

*Searching*:  The search for a key $s$ in a B-tree starts with a check, beginning at the root, to determine whether $s$ is contained in the node $x$ just examined; if so, the search is over. Otherwise, a check will be made to determine whether $x$ is a leaf; if so, the search will end unsuccessfully, if not, it will be determined between which keys $s_{i-1}$ and $s_i$ of the node $x$ the key $s$ lies (or whether $s < s_i$ or whether $s > s_i$), after which the search will be continued with the node $x$.child[$i$].  The number of plate accesses is therefore based on the height $h$ of the tree, since the process moves from root to leaf, during which a node is visited or a page is loaded into the main memory.  The goal is therefore to minimize the height of the tree by choosing the order $m$ to be relatively large.  What is the minimum or maximum permissible height of the tree?  To answer this, let us consider the following results from [Bayer & McCreight 72]:

118

SAMNDCA630-06029290

- minimum number of entries in a B-tree:

$$I_{min} = 1 + m\left(2\frac{(m+1)^{h-1} - 1}{m}\right) = 2(m+1)^{h-1} - 1; h \geq 1 \qquad (4.1)$$

- maximum number of entries in a B-tree:

$$I_{max} = 2m\left(\frac{(2m+1)^k - 1}{2m}\right) = (2m+1)^k - 1; \ h \geq 1 \qquad (4.2)$$

From equations 4.1 and 4.2, the following is the result for $h$:

$$\log_{2m+1}(I+1) \leq h \leq 1 + \log_{m+1}\left(\frac{I+1}{2}\right); \ I \geq 1; \ I = 0; \ h = 0. \qquad (4.3)$$

Let us assume that $r_{min}$ ($r_{max}$) is the minimum (maximum) number of pages read and $w_{min}$ ($w_{max}$) is the minimum (maximum) number of written pages. Then in a search operation

$$r_{min} = 1 \text{ and } r_{max} = h; w_{min} = w_{max} = 0.$$

*Insertion:* In principle, keys are inserted into leaves. Using the keys that are to be inserted, the B-tree is scrolled through in the same manner as during a search, until a leaf is reached where the key will be entered. Since the number of keys per node (with the exception of the root) must be between $m$ and $2m$, the insertion can cause an overflow. The leaf will then contain $2m + 1$ keys. In that case, the node is subdivided into two nodes, each containing $m$ keys. The center key of the node is received by the father. If the father node also overflows, it must also be subdivided into two nodes and its center key must be passed upward to its father node. In the B-tree, the length of the path from the root to a leaf is always the same due to the growth to the root. By way of example, the keys 34, 23, 44 and 24 are inserted into the B-tree illustrated in figure 4.22. Figure 4.24 illustrates the corresponding new B-tree.



Figure 4.24: The B-tree of order 2 resulting following insertion

So what does the insertion operation cost in the best case, the worst case, and the average case?

119

SAMNDCA630-06029291

**Best case**     In the best case, the pages are not divided.  Thus,

$$r_{min} = h \text{ and } w_{min} = 1,$$

in which $h$ represents both the height of the B-tree and the number of pages to be read.

**Worst case**    In the worst case, division continues to the root.  At each level, a page is read ($h$ times).  Dividing one page into two pages necessitates two write accesses ($2h$ times) and one write access for the newly created root, and therefore,

$$r_{max} = h \text{ and } w_{max} = 2h + 1.$$

**Average case**      For the average case, it is assumed that only insertion operations are present.  In this case,

$$r_\alpha = h \text{ and } w_\alpha = 1 + \,^2/_m.$$

This analysis is also presented by [Bayer & McCreight 72].  As was already discussed above, delete operations occur afterward as a result of the automatic detection of stop words only rarely or not at all, and therefore, the assumption of average performance for this application is realistic.

*Deletion:*  In deleting a key $s$, first the node $x$ which contains $s$ is searched for.  If $x$ is a leaf, then $s$ will be deleted.  If $x$ is not a leaf, the next largest key $s'$ to $s$ in the tree will be determined.  $s'$ is in a leaf, and $s'$ is the left-most key in the left-most leaf of the sub-tree, to which the edge that stands behind $s$ in $x$ leads.  In figure 4.24, for example, 26 is the next largest key to 24.  So $s$ is replaced with $s'$, and $s'$ is deleted in the leaf.  Regardless of whether or not $x$ is a leaf, the deletion of $s$ will lead to the deletion of a key in a leaf $x'$.

Moreover, if the leaf $x'$ contains at least $m$ keys, deletion is completed.  If, in contrast, there are only ($m$-1) keys remaining in the leaf $x'$, this is referred to as an *underrun*.  An effort will then be made to fill up $x'$ using the keys of a neighboring node.

If the neighboring node receives at least ($m$ + 1) keys, deletion is completed.  However, if the neighboring node contains precisely $m$ keys, it will be merged with the underrun leaf, and the associated key of the father node will be added, resulting in a leaf containing $2m$ keys.  Figure 4.25 shows the B-tree that results from the deletion of keys 24, 44 and 23.  The costs of deleting a key in a B-tree are:

**Best case**      In this case, no merging or concatenation takes place.  Therefore,

$$r_{min} = h \text{ and } w_{min} = 1.$$

120

SAMNDCA630-06029292



Figure 4.25: The B-tree of order 2 that results from deletion

If a key occurs in a node, then

$$r_{min} = h \text{ and } w_{min} = 2.$$

**Worst case**   In this case, merging is carried out to the root.  Accordingly,

$$r_{max} = 2h - 1 \text{ and } w_{max} = h + 1.$$

**Average case**   The average costs, assuming that only delete operations occur, are

$$r_\alpha < h + 1 + {}^1/_m \text{ and } w_\alpha = 4 + {}^2/_m.$$

This analysis is also discussed in [Bayer & McCreight 72].
The utilization of memory space in the B-tree is at least 50%, because each page contains at least $m$ of $2m$ data sets.
With a page size of 29,000 bytes – which is the value used in WAIS – and an entry size of 34 bytes (term = $20^1$, term length = 1, frequency of occurrence = 4, pointer to an entry in the inverted file = 4, pointer to another B-tree page = 4), we can now calculate $m$ as follows: $m = 29,000/2 * 34 = 426$.  The minimum and maximum numbers of entries in a B-tree with a specific height for $m = 426$ may be found in table 4.3.
For example, in an extreme example involving 155,708 million data sets, four plate accesses are required, whereas in the data structure shown in figure 4.20 with an entry size of 29 bytes (term = 20, term length = 1, frequency of occurrence = 4, reference pointer = 4) and 1,000 entries per block ($k = k' = 1,000$), $2 + \log(n/kk') = 2 + \log(156) = 9$ plate accesses are required.  What is decisive, however, is the fact that, in addition to offering an efficient search operation, the B-tree also offers highly efficient insert and delete operations.

---

[1] The term length specified in WAIS has been selected as the length of a term, in order to see how many terms the B-tree can accommodate as compared with the data structure used in WAIS.  The average term length cannot be calculated due to the many different collections.

121

SAMNDCA630-06029293

| $h$ | $I_{min}$ | $I_{max}$ |
|---|---|---|
| 1 | 1 | 852 |
| 2 | 853 | 727608 |
| 3 | 364657 | 620650000 |
| 4 | 155708000 | 529414000000 |

Table 4.3: Minimum and maximum entries in a B-tree

This result can even be improved by ensuring that the nodes of the B-tree contain only the keys of the data sets, and the data sets occur only in the leaves. In this manner, the modified B-tree then results in the mentioned B$^+$-tree. Thus the minimum and maximum number of entries in a B$^+$-tree can be calculated as follows, in which $b$ or $m$ is identified as the number of data sets in a leaf or node. If $h = 0$, the tree has only one node.

$$I_{min} = 2b(m + 1)^{h-2}, \text{ for } h \leq 2. \tag{4.4}$$

$$I_{max} = 2b(2m + 1)^{h-1}, \text{ for } h \leq 1. \tag{4.5}$$

From equations 4.4 and 4.5, the following is true for $h$:

$$1 + \log_{2m+1}\left(\frac{I}{2b}\right) \leq h \leq 2 + \log_{m+1}\left(\frac{I}{2b}\right); \ I \geq 1; \ I = 0; \ h = 0. \tag{4.6}$$

To calculate the minimum and maximum numbers of entries in a B$^+$-tree for our application, the $b$ and $m$ values must be determined. The page size is 29,000 bytes. An entry in the node, without supplementary information, is 25 bytes in size (term = 20, term length = 1, pointer to another B$^+$-tree page = 4). It therefore follows that $m$ = 29,000/2 * 25 = 580. For an entry size of 29 bytes (term = 20, term length = 1, frequency of occurrence = 4, pointer to an entry in the inverted file = 4) in the leaf without the pointer to another B$^+$-tree page, $b$ = 29,000/2 * 29 = 500. The minimum and maximum numbers of entries in a B$^+$-tree with a specific height for $m$ = 580 and $b$ = 500 can be found in table 4.4.

A comparison of tables 4.3 and 4.4 will show that the B$^+$-tree can hold significantly more data sets than the B-tree, and therefore also requires fewer plate accesses (see equations 4.3 and 4.6).

However, the single index of a B$^+$-tree can accommodate more entries if the entire term is not stored in the index, and instead only its prefix is stored. In this case, the tree is also referred to as a prefix B-tree ([Bayer & Unterauer 77], [Comer 79]). However, as is indicated in table 4.4, the minimum number of entries in the B$^+$-tree with a height of 4

122

SAMNDCA630-06029294

| $h$ | $I_{min}$ | $I_{max}$ |
|---|---|---|
| 1 | 1 | 1000 |
| 2 | 1000 | 1161000 |
| 3 | 581000 | 1347920000 |
| 4 | 337561000 | 1564930000000 |

Table 4.4:  Minimum and maximum entries in a B+-tree

is already 337,561 million, and therefore, a further improvement, in other words the prefix B-tree, offers no further significant benefit to this application, because a collection will not contain that many data sets.  I therefore do not believe this data structure warrants any further discussion.


**4.9.2.2.4 Other data structures**

Of course, other data structures for the dictionary are also conceivable, for example, the binary tree, the AVL tree and the hashing method.  I will dispense with a detailed description of these data structures here, and will refer instead to the corresponding literature ([Wirth 83], [Knuth 73]).  In the following, I will concentrate solely on providing evidence as to why these data structures are not suitable for our application:

- A binary tree requires $\log(n+1)$ search steps if it is balanced.  An AVL tree is a balanced binary tree, in which, if the tree moves out of balance, rebalancing operations are carried out to bring the tree back into balance.  It can be assumed, however, that the data structure shown in figure 4.20 with $2 + \log(n / kk')$ search steps is still more efficient than $\log(n + 1)$ search steps with the balanced binary tree, even though binary search methods were used there.  The reason is that, for each access, instead of using a single node, an entire partial section of the plate is transferred to the main memory, and a search is performed inside this partial section.
- The hashing method has a best-case performance of $O(1)$, a worst-case performance of $O(n)$ and a very good average performance (see [Wirth 83] and [Knuth 73]).  Despite this fact, it is not suitable for our application since we are operating in a dynamic information environment.  In the hashing method, a dynamic information environment leads to the following problems:
    - The size of the hash table cannot be specified in advance;
    - A suitable hash function cannot be selected due to the potentially continuously growing number of terms;

123

SAMNDCA630-06029295

- The probability of collisions is very high, so that many plate accesses are necessary.

Of course, the hashing method is a very effective data structure for statistical information environments.

### 4.9.2.3   Comments

The B$^+$-tree offers highly efficient search, insert and delete operations.  With these, the cost of reorganization required with insertions can be reduced.   However, the utilization of memory space with this data structure is only somewhat greater than 50% on average, whereas with the data structure used in WAIS, the memory space can be utilized to one hundred percent.  Still, to achieve this, the cost of data reorganization with the WAIS structure is very high.  Based upon the above analysis, all evidence speaks in favor of the B$^+$-tree.

The third method described in section 4.2.3 is preferable to the other two for use with the B$^+$-tree and the above-described structure of the inverted file, because this method involves no file overhead, and because the faster search that is associated with this method is thereby enabled.  Additionally, the large amount of data reorganization occurs only rarely or not at all due to the automatic detection of stop words after only relatively few re-indexings.

SAMNDCA630-06029296

# Chapter 5

## Comparison of WAIS-sf and WAIS

In this chapter, I will compare the performance of WAIS-sf with that of WAIS. In comparing the two retrieval systems, I will be considering two different types of system evaluation: *retrieval efficiency* and *retrieval effectiveness*. To determine the efficiency of a retrieval system, the cost and the time required to execute certain system operations will be measured. The retrieval effectiveness of a system is an indicator of the capability of the system to separate relevant documents from irrelevant documents. According to [Salton & McGill 83], the following criteria are particularly important for system evaluation:

- Retrieval efficiency:
    1. The *time* required to present the search results for a search query. In this context here, only the search time will be taken into consideration.
    2. The *cost*, that is, the physical cost incurred during formulation of a query, of performing an information search and interpreting the search results.
- Retrieval effectiveness:
    1. *Recall*, or the number of relevant documents identified.
    2. *Precision*, or the number of identified documents that are relevant.

## 5.1   Retrieval efficiency

### 5.1.1  Search time

To evaluate search time, two collections JOURNALS and CACM have been selected as test collections. The JOURNALS collection contains 399,432 terms, and the CACM

125

SAMNDCA630-06029297

collection contains 261,977 terms.  In a query of the JOURNALS collection, an average of 9 terms are found, and in a query of the CACM collection, an average of 27 terms are found.  Table 5.1 lists the average search times for WAIS-sf, WAIS-0.2 and WAIS-0.3.

| Version | Average run time (sec.) | | Total run time (sec.) | |
|---|---|---|---|---|
| | JOURNALS (206 queries) | CACM (64 queries) | JOURNALS (206 queries) | CACM (64 queries) |
| WAIS-sf | 0.481 | 0.279 | 99.149 | 17.083 |
| WAIS-0.2 | 1.165 | 0.738 | 240.033 | 47.216 |
| WAIS-0.3 | 1.184 | 0.790 | 244 | 50.583 |

Table 5.1:  Comparison of WAIS-sf, WAIS-0.2 and WAIS-0.3 with respect to search time.

### 5.1.2  Cost

A comparison of the physical cost of WAIS-sf with that of WAIS-0.2 is definitely interesting.  WAIS-sf offers users the widest range of options for formulating and specifying queries, e.g., boolean or field queries, etc.  These allow search results to be restricted to smaller sets and also to be interpreted more easily.  At the same time, the new weighting function offers a better ranking of the search results, based upon the disadvantages of the weighting function of WAIS-0.2 described in section 4.6.1.
The option of specifying format and field information in a specification file frees the indexer from the burden of having to write new C-functions for new document formats and of recompiling the indexing system.

## 5.2    Retrieval effectiveness

Experimental retrieval results indicating recall and precision values for the new weighting function may be found in [Salton & Buckley 88].  The weighting function used in WAIS-0.2 is definitely incapable of providing better retrieval results, due to the above-mentioned disadvantages.

## 5.3    Further advantages of WAIS-sf

In addition to all the functionalities of WAIS, WAIS-sf also supports the above-described enhancements.  WAIS-sf offers the following advantages over WAIS:

SAMNDCA630-06029298

- Document segments can be selected and indexed for one or more fields. Irrelevant document segments can be filtered out. As a result, the consumption of memory space can be decreased and retrieval effectiveness can be increased.
- The new weighting function offers better retrieval effectiveness than the weighting function used in WAIS. Total weighting is implemented at the time of indexing.
- The field search option increases retrieval effectiveness. Any number of fields can be defined. Fields can overlap, i.e., one field can cover multiple fields.
- Numeric search option.
- The stemming option allows users to specify whether terms from one or more document segments should be reduced to their stem form.
- The type of indexing, whether SOUNDEX, PHONIX or TEXT indexing, can be searched for.
- WAIS-sf supports 8-bit characters.
- The indexing process can be controlled from the outside using a document specification file.

127

SAMNDCA630-06029299

# Chapter 6

## Summary and Overview

Following a discussion of the concept of WAIS and the goals of this thesis, this paper has examined the internal operating modes of the WAIS system. The components WAIS server, WAIS database and WAIS indexing are discussed at length, while for the WAIS protocol and the WAIS client, only the conceptual operating modes are described. The next step addresses enhancements. In this section, the field concept, the global format parser, the integration of the new weighting function, stemming, soundex, phonix and other tasks such as literal, wildcard and boolean searching, and automatic stop word detection are discussed. With the development of a field concept and the global format parser, a document structure description language is defined, which indexers can use to easily specify the structure of a document in a field with respect to format and field structure. As a result, the definition of a format parser for each individual document format and the recompilation of the indexing system can be dispensed with. The inclusion of the new weighting function is justified by the analysis of the weighting function used in WAIS-0.2, which has a very large number of disadvantages. Stemming, soundex and phonix can be easily integrated into the corresponding locations in the indexing and search process. In addition, the aspect of data organization in WAIS-0.2 is examined in greater detail, including a description of the weaknesses of the method used for organizing data in the external memory in this version. This brings me to a number of proposed solutions for finding a more efficient data structure for the inverted file and the dictionary, particularly for reducing the cost of reorganization with insertions. For the dictionary, the $B^+$-tree is the best data structure, offering highly efficient search, insert and delete operations. For the inverted file, an interlinked list of posting lists is used, in which the lexical order of entries no longer plays any role. Reorganization is carried out only when an entry is deleted during insertion. However, the delete operation is implemented only rarely or not at all due to the automatic detection of stop words after only a few re-indexing processes. As

128

SAMNDCA630-06029300

a result, the cost of reorganizing the data is substantially reduced. Otherwise, an entry is simply inserted according to the proposed algorithm.

Finally, a comparison of WAIS-0.2 and WAIS-sf is presented. In this comparison, it is established that WAIS-sf is conceptually far superior to WAIS-0.2 and WAIS-0.3.

Until now, searches have been based solely on texts. The search for inhomogeneous objects is not supported by the freeWAIS server. This is a very interesting topic for discussion in terms of the enhancements. In this connection, I will list a number of additional possible enhancements to the freeWAIS server:

- new search options, e.g., searches for regular expressions,
- base form reduction for both English and German texts,
- stem form reduction for German texts,
- left truncation,
- query report,
- enhancement of the language of descriptions for additional applications,
- implementation of the $B^+$-tree for the dictionary,
- a graphic indexing user interface intended to facilitate preparation for indexing. The interface is designed, for example, to allow interactive support of the specification of document specification files.

The WAIS system offers a new form of information exchange. Information generated can be distributed relatively easily. Anyone with a computer, a network connection and information to distribute can become an information provider. From this point on, journals, books and scientific publications will be available online. The pathway to library catalogs will be less important, or may no longer be necessary. Author and reader will be pushed closer together in the information market through direct communication. Publishing houses, for example, will be able to easily make their new literature publications available online through this rapid route.

The constantly growing trend toward use of the WAIS system is due to its current nature. Its encouraging prospects for the future are definitely based upon its system for organizing information in a decentralized manner, its use of a standard as a means of communication, thereby enabling the openness of the system, and its uniform user interface, which offers ease of use.

SAMNDCA630-06029301

# Appendix A

## Use of WAIS-sf

### A.1    Software

The WAIS-sf software was installed on the following platforms (this list is not complete):

```
OS          Version      Hardware       Compiler
-------------------------------------------------
A/UX        3.1          mc68040        gcc 2.5.7
AIX         2            0000001964     cc
AIX         2            0000008314     cc
AIX         2            0000024535     cc
AIX         2            000003085C     cc
AIX         2            0000052366     cc
AIX         2            0000056118     cc
AIX         2            0000061138     cc
AIX         2            0000080931     cc
AIX         2            0000091446     cc
AIX         2            0000195011     cc
AIX         2            0000201518     cc
AIX         2            0000261834     cc
AIX         2            0000298037     cc
AIX         2            0000334735     cc
AIX         2            0000420476     cc
AIX         2            0000603735     cc
AIX         2            0000610646     cc
AIX         2            0000826246     cc
AIX         2            0000840341     cc
AIX         2            0002048547     cc
AIX         2            0003809731     cc
```

130

SAMNDCA630-06029302

| | | | |
|---|---|---|---|
| BSD/386 | 1.0 | i386 | gcc |
| BSD/386 | 1.1 | i386 | gcc |
| FreeBSD | 1.1.5(RELE | i386 | gcc |
| FreeBSD | 1.1.5.1(RE | i386 | gcc |
| HP-UX | A.09.00 | 9000/822 | gcc 2.5.6 |
| HP-UX | A.09.01 | 9000/720 | gcc 2.5.8 |
| HP-UX | A.09.01 | 9000/755 | gcc 2.5.8 |
| HP-UX | A.09.04 | 9000/816 | gcc 2.5.8 |
| HP-UX | A.09.04 | 9000/887 | gcc 2.3.3 |
| HP-UX | A.09.05 | 9000/715 | cc |
| IRIX | 4.0.5F | IP20 | gcc 2.5.2 |
| IRIX | 5.2 | IP19 | cc |
| IRIX | 5.2 | IP22 | gcc 2.5.8 |
| Linux | 1.0.8 | i486 | gcc 2.5.8 |
| Linux | 1.0.9 | i486 | gcc 2.5.8 |
| Linux | 1.1.18 | i486 | gcc 2.5.8 |
| Linux | 1.1.18 | i586 | gcc 2.5.8 |
| Linux | 1.1.33 | i486 | gcc 2.5.7 |
| Linux | 1.1.45 | i486 | gcc 2.6.0 |
| Linux | 1.1.47 | i486 | gcc 2.5.8 |
| Linux | 1.1.49 | i486 | gcc 2.5.8 |
| Linux | 1.1.50 | i486 | gcc 2.5.8 |
| Linux | 1.1.51 | i486 | gcc 2.5.8 |
| Linux | 1.1.52 | i486 | gcc 2.6.0 |
| Linux | 1.1.55 | i486 | gcc 2.5.8 |
| Linux | 1.1.57 | i486 | gcc 2.5.8 |
| Linux | 1.1.59 | i486 | gcc 2.5.8 |
| Linux | 1.1.60 | i486 | gcc 2.5.8 |
| Linux | 1.1.61 | i486 | gcc 2.5.8 |
| Linux | 1.1.62 | i486 | gcc 2.5.7 |
| Linux | 1.1.64 | i486 | gcc 2.5.8 |
| Linux | 1.1.65 | i486 | gcc 2.5.8 |
| Linux | 1.1.70 | i486 | gcc 2.5.8 |
| OSF1 | V2.0 | alpha | cc |
| OSF1 | V2.0 | alpha | gcc 2.5.4 |
| OSF1 | V2.1 | alpha | cc |
| OSF1 | V2.1 | alpha | gcc 2.5.8 |
| OSF1 | V2.1 | alpha | gcc 2.6.0 |
| OSF1 | V3.0 | alpha | cc |
| SunOS | 4.1.1 | sun4c | cc |
| SunOS | 4.1.1 | sun4c | gcc 2.5.8 |

131

**SAMNDCA630-06029303**

| | | | |
|---|---|---|---|
| SunOS | 4.1.1 | sun4c | gcc 2.6.1 |
| SunOS | 4.1.1-JL | sun4c | gcc 2.6.2 |
| SunOS | 4.1.2 | sun4 | cc |
| SunOS | 4.1.2 | sun4 | gcc 2.5.8 |
| SunOS | 4.1.2 | sun4c | cc |
| SunOS | 4.1.2 | sun4c | gcc 2.2.2 |
| SunOS | 4.1.2 | sun4c | gcc 2.4.2 |
| SunOS | 4.1.2 | sun4c | gcc 2.4.5 |
| SunOS | 4.1.2 | sun4c | gcc 2.5.8 |
| SunOS | 4.1.3 | sun4 | gcc 2.5.8 |
| SunOS | 4.1.3 | sun4c | cc |
| SunOS | 4.1.3 | sun4c | gcc 2.3.3 |
| SunOS | 4.1.3 | sun4c | gcc 2.5.5 |
| SunOS | 4.1.3 | sun4c | gcc 2.5.8 |
| SunOS | 4.1.3 | sun4m | acc |
| SunOS | 4.1.3 | sun4m | cc |
| SunOS | 4.1.3 | sun4m | gcc 2.3.2 |
| SunOS | 4.1.3 | sun4m | gcc 2.3.3 |
| SunOS | 4.1.3 | sun4m | gcc 2.5.6 |
| SunOS | 4.1.3 | sun4m | gcc 2.5.7 |
| SunOS | 4.1.3 | sun4m | gcc 2.5.8 |
| SunOS | 4.1.3 | sun4m | gcc 2.6.1 |
| SunOS | 4.1.3-JL | sun4c | gcc 2.5.8 |
| SunOS | 4.1.3C | sun4m | gcc 2.5.8 |
| SunOS | 4.1.3_Axil | sun4m | gcc 2.6.0 |
| SunOS | 4.1.3_U1 | sun4c | gcc 2.4.5 |
| SunOS | 4.1.3_U1 | sun4c | gcc 2.5.8 |
| SunOS | 4.1.3_U1 | sun4m | cc |
| SunOS | 4.1.3_U1 | sun4m | gcc |
| SunOS | 4.1.3_U1 | sun4m | gcc 2.4.2 |
| SunOS | 4.1.3_U1 | sun4m | gcc 2.5.7 |
| SunOS | 4.1.3_U1 | sun4m | gcc 2.5.8 |
| SunOS | 4.1.3_U1 | sun4m | gcc 2.6.0 |
| SunOS | 5.2 | sun4c | gcc 2.5.6 |
| SunOS | 5.2 | sun4m | gcc 2.5.6 |
| SunOS | 5.3 | sun4c | gcc 2.5.6 |
| SunOS | 5.3 | sun4c | gcc 2.5.8 |
| SunOS | 5.3 | sun4d | gcc 2.4.5 |
| SunOS | 5.3 | sun4d | gcc 2.5.6 |
| SunOS | 5.3 | sun4d | gcc 2.5.7 |
| SunOS | 5.3 | sun4d | gcc 2.5.8 |

132

SAMNDCA630-06029304

| | | | |
|---|---|---|---|
| SunOS | 5.3 | sun4m | acc |
| SunOS | 5.3 | sun4m | gcc |
| SunOS | 5.3 | sun4m | gcc 2.4.5 |
| SunOS | 5.3 | sun4m | gcc 2.5.6 |
| SunOS | 5.3 | sun4m | gcc 2.5.7 |
| SunOS | 5.3 | sun4m | gcc 2.5.8 |
| SunOS | 5.3 | sun4m | gcc 2.6.0 |
| SunOS | 5.3 | sun4m | gcc 2.6.1 |
| SunOS | 5.4 | i86pc | gcc 2.5.8 |
| ULTRIX | 4.2 | RISC | gcc 2.5.6 |
| ULTRIX | 4.3 | RISC | gcc 2.5.6 |
| ULTRIX | 4.3 | RISC | gcc 2.5.8 |
| ULTRIX | 4.3 | RISC | gcc 2.6.1 |
| ULTRIX | 4.4 | RISC | gcc 2.6.3 |
| dgux | 5.4R2.10 | AViiON | gcc |
| dgux | 5.4R2.10 | AViiON | gcc 2.4.1 |

The software packet is available on the following anonymous ftp server:
*ftp://ls6-www.informatik.uni-dortmund.de/pub/wais/freeWAIS-sf-1.0-tgz*


## A.2   Installation

The software is installed using *sh-script*, in which it is necessary only to answer certain questions. The sh-script is generated using the GNU autoconf[1] tool. This eliminates the need for a makefile for each individual system. The following are possible prompts for installation:

**configure**  Here, the following questions must be answered interactively:

```
Do you want to use your systems regexp.h (no)?

Ok, will use my own regxep.h
Will you have HEADLINE files greater than 16 MB (no)?

Ok, no huge headlines; old indexes remain valid

You can compile freeWAIS-sf with it's own ctype package. You
should do this, if you want to use special (country specific)
chars, which are not supported by your systems ctype.
Use your systems ctype (no)?
```

---

[1] ftp://hpcsos.col.hp.com/mirrors/.hpib0/gnu/autoconf-1.10.tar.gz

133

SAMNDCA630-06029305

Ok, will use my own ctype

I will now ask for your special letters. If you do not want
to give the now, edit Default.tmpl after this configure run.
Input your upper case letters in the same order than your
lower case letters. toupper() and tolower() depend on this
order. Input letters wich are upper and lower case in both
strings.
what are your lower case letters ()?

what are your upper case letters ()?


You can compile and link the clients with the capability to
search index files directely. So you need not to install a
server, for local searches. The clients will be greater, but
faster with local searches.
You can not run the test without the switch
Do you want to compile with -DLOCAL_SEARCH (yes)?

Ok, will compile with the -DLOCAL_SEARCH switch

You can modify the URL document type, to put the URL of the
indexed in the document id instead of the headline. If you
use this modification you can customize the headline (e.g.
with the -t fields option). Also it is not required to keep
a copy of the documents for retrieval with the wais server.
But currently only SFgate can handle this modified docids.
Normal clients will not correctely interprete the docids and
try to retrieve the document from a wais instead of the
correspondig http server.

Do you want to use the modified URL handling (no)?

Ok, will use the original doctype URL
Where should the installation go (/usr/local/ls6/wais)?

Ok, will install in /usr/local/ls6/wais


I added a patch from Alberto Accomazzi for speeding up usage

134

SAMNDCA630-06029306

of synonym files. He writes about his patch:

For those of you who have fairly large synonym files (> 10Kb)
and are running the software on a machine that supports shared
memory (your machine does) enabling this feature will speed up
the waisserver response time by a significant factor.

For those of you who do not have shared memory, I have
rewritten the memory allocation part of synonym.c so that
bigger memory chunks are allocated and used rather than
allocating memory for each word and synonym, so the code
should be a little faster for you too.

Do you want to use shm cache (no)?

Ok. Will not compile the shared memory support.


As distributed, freeWAIS-sf Release 1.1 will send an UDP packet
to my workstation every time waisserver reindexes his info
database, containing your (numeric) UID, your operating system,
your compiler version and the freeWAIS-sf version.

This is JUST because I would like to get an idea of to which
systems/compilers freeWAIS-sf has be ported and how many
people use it, and keep on using it (rather than tried it
once folks). It will NEVER become a licensing scheme or some
crazy thing like that. But, you can disable it by answering
'yes' to the following question. If you do that, please let
me know, if you are running freeWAIS-sf on a system/compiler,
which is not mentioned in the README.

Disable the UDP packet sending (no)?

Ok. Thank you for your trust.

**make** configures the system and generates test runs.
**make install** installs the binaries and scripts.
**make install.man** installs the manual page.
**make install.lib** installs the libraries.
**make clean** deletes all object files, libraries, backups, etc.

135

SAMNDCA630-06029307

**make veryclean**  deletes all files generated by flex, bison, dvips, latex.

## A.3   Use

In what follows, I will present a number of main programs for the WAIS-sf software.

- for indexing: waisindex.
- for searches:  waissearch, waisq, xwais.  In this case, it is necessary to have the database descriptions (all files with the suffix .src) in order to be able to conduct the search.  The search is conducted either in the specified global listing or in /wais-sources.
- the server:  waisserver.

## A.3.1  Waisindex

The **waisindex** program carries out indexing.  This program has the following options:

**-d** <u>index-filename</u>
> This is the name of the database that will be generated.

**-a**  inserts new terms into the already existing WAIS index.  This involves re-indexing.

**-r**  recursive indexing.  This option is used for indexing listings.

**-mem** <u>mbytes</u>
> This variable specifies how much space in the main memory will be used during indexing.  The speed of indexing is very significantly impacted by this variable.

**-register**  A database is registered on the directory-of-servers.

**-export**  In this option, the database description contains the host name and the TCP port.  Otherwise, it contains no connection information and is limited to only local searches.  This option is used in conjunction with the **–register** option.

**-e** <u>filename</u>
> Error messages are rerouted to this file.

**-l** <u>log level</u>
> At this time, there are 4 log levels, 0, 1, 5 and 10.  At level 0, no log file is generated.  At level 1, error messages and alerts are stored.  At level 5, filename information is recorded.  Level 10 lists everything.

136

SAMNDCA630-06029308

**-pos**  This option generates multiple postings for a term in a document if it occurs multiple times there.  In general, this option should not be used, because it will only consume memory space or slow down the search.

**-nopos**  Only one posting for each term (default).

**-pairs**  Formation of word pairs (default).

**-nopairs**  No formation of word pairs.  Use of this option is recommended for each indexing, since a savings of more than 50% in memory space is possible.

**-nocat**  No generation of a catalog.  This option is recommended when there is a large set of documents.  As a default, a catalog is generated with each indexing.

**-contents**  The contents of the file will be indexed.  The filename and the headline are always indexed (default).

**-nocontents**  The contents of the file will not be indexed; instead, only the filename and the headline will be indexed.

**-T** type

> The type of a document or the display format, e.g., postscript, giff, dvi, etc.

**-M** type,type

> For multiple-type documents

**-keywords** "<string>"

> Keywords for indexing each document

**-keyword_file** filename

> A file of keywords.

**-stemm**  Stem form reduction

**-stop**  Only the external stop word list is used.  The filename of the stop word list is in the form: *database.stop*.  Automatically generated stop words are also written into this file.  As a standard, they are automatically read together with the fixed encoded stop word list.

**-t** parse format

> Various parse formats, most of which are described in section 3.3.2, are defined in the ircfiles.c file.
>
> The use of these parse formats can be dispensed with if *fields* are used as the parse format **-t**.  With this option, field indexing is possible.  However, a so-called document specification file *database.fmt* must be generated in advance, the syntax of which is described in sections 4.1.4 and 4.2.4.2.1.3.  In addition, a file *database.fde* describing the individual fields can optionally be generated.  These descriptions may also be found in the database description.

**-nfields**  This is the option of generating new fields.  Field specification is carried out in the document specification file.

137

SAMNDCA630-06029309

**Filename, Filename, ..., Filename** The name of the file that will be indexed.  With the prompt **waisindex**, all options are listed in a single view.

**Examples**

In this example, a number of fields will be generated.  For this purpose, a document specification file must first be defined.  A collection by the name of TEST, which consists of two documents having the following document format, is available:

```
CK: Ait-Kaci/etal:90
AU: Ait-Kaci, Hassan; Nasr, Roger; Seo, Jungyun
TI: Implementing a Knowledge-Based Library Information System
    with Typed Horn Logic.
JT: Information processing & management.
VO: 26
ED: 1-JAN-1994
PY: 1990
NO: 2
PP: 249
^L
CK: Shepard/etal:90
AU: Shepard, Michael A.; Watters, C. R..; Cai, Yao
TI: Transient Hypergraphs for Citation Networks.
JT: Information processing & management.
VO: 26
PY: 1990
NO: 3
PP: 395
^L
```

138

SAMNDCA630-06029310

The corresponding document specification looks like this:

```
<record-end> /^L/

<layout>
<headline> /^PY: / /^[A-Z][A-Z]:/ 5 /^PY: */
<headline> /^AU: / /^[A-Z][A-Z]:/ 21 /AU: */
<headline> /^TI: / /^[A-Z][A-Z]:/ 41 /TI: */
<date> /^ED: / /%d-%3s-%d/ day month string year /^ED: [^ ]/
<end>

<field> /^CK: /
ck "Citation Code" TEXT BOTH
<end> /^[A-Z][A-Z]:/

<field> /^PY: /
py "Publication Year" <numeric> /^PY: [^ ]/ 4 TEXT LOCAL
<end> /^[A-Z][A-Z]:/

<field> /^AU: /
au "Author" SOUNDEX LOCAL TEXT BOTH
<end> /^[A-Z][A-Z]:/

<field> /^TI: /
ti "Title" stemming TEXT BOTH
<end> /^[A-Z][A-Z]:/

<field> /^JT: /
TEXT GLOBAL
<end> /^[A-Z][A-Z]:/

<field> /^JT: /
jt "Journal Title" ti stemming TEXT BOTH
<end> /^[A-Z][A-Z]:/
```

The program prompt is:

```
waisindex -d test -t fields TEST
```

## A.3.2  waissearch

The **waissearch** program is a shell user interface which a user can use to start an information search. Waissearch supports no relevance feedback. It has the following

139

SAMNDCA630-06029311

options:

**-h** <u>host-machine</u>

> The name of the server machine as an IP name. The default is the local machine.

**-p** <u>service-or-port</u>

> For example, with the *service* Z39.50, *Port* 210 is the default.

**-m** <u>max-results</u>

> The maximum number of documents that will be returned. The default is 40 documents.

**-d** <u>database</u>

> The name of the database.

**-v** version number and date of the program.

**Word, word, ..., word** search word.

**Examples**

The search in the directory-of-servers database of the server machine quake.think.com for documents using tcp:

```
waissearch -h ls6-www.informatik.uni-dortmund.de
-d directory-of-servers -p 210 tcp
```

What tcp-databases are there on a specific server:

```
waissearch -h ls6-www.informatik-uni-dortmund.de -d INFO -p 210 tcp
```

Help:

```
waissearch -h ls6-www.informatik-uni-dortmund.de
-d directory-of-servers -p 210 help
```

**A.3.3  waisq**

The **waisq** program is a shell interface, which reads a so-called *query structure,* which is stored under a file name. The query structure has the same syntax as in the database description and is also read by *xwais.* During retrieval, the query structure is used for selecting original documents. Waisq has the following options:

**-f** <u>question_file</u>

> The filename of the query structure. If the filename is a *dash* (-), no query structure will be read. In that case, the option **-S** <u>sourcename</u> must be used and search words specified. This will generate a query structure, which will be written in the standard output.

**-s** <u>sourcedir</u>

> A listing of where the database description is located. The specification of the listing name must end in '/'. If no listing name is given, the database description

140

SAMNDCA630-06029312

will be automatically read by /wais-sources/.  Or, it will be read by <u>common-sourcedir</u>, if this exists.  All filenames in the database description end in .src.

**-S** <u>sourcename</u>
> Path name of the database description, which is in either <u>sourcedir</u> or <u>common_sourcedir</u>.

**-c** <u>common_sourcedir</u>
> A global listing of database descriptions (optional).

**-m** <u>maxDocs</u>
> The number of results.  The default is 40 documents.

**-v** <u>document_number</u>
> The number of the documents in the set of results, in which the original document is sought.  To retrieve original documents, either a query structure or search words with the option **-g** can be used.

**-t** <u>sourcename</u>
> Testing the database description to determine whether it is syntactically correct.

**-g** With this option, a query is performed.  This option must be specified if no query structure is indicated.  It is not used if no query structure is indicated in a query.

**-V** Display of the version number and date of the program.

**word** … optional search words.

-
> If the first argument is a *dash* (-), waisq is in interactive mode.  A query structure is read by the standard input.  The result is rewritten in a structure in the standard output.  With retrieval, the original document is written in the standard output.  The interactive mode is activated until an end-of-file occurs.

## Examples

Generating a query structure and simultaneously performing a query:
```
waisq -f -- -S sourcename -g word1 word2 > my_question
```

Executing a query with a query structure:
```
waisq -f question_name -g
```

Retrieving the first document in the set of results:
```
waisq -f question_name -v 1
```

141

SAMNDCA630-06029313

### A.3.4  waisserver

The **waisserver** program processes WAIS requests.  It responds to requests either from the TCP port or from the standard input, and returns corresponding results.  If the name of the command is *waisserver.d*, the program runs as a Daemon process under *inetd* and uses the standard input for its I/O socket.  Examples may be found in *inetd.conf*.

In addition, waisserver can simulate an FTP server if the documents in a query are FTP-type documents.  The result of the query is a list of filenames that occur in the FTP listing.

Waisserver has the following options:

**-p** <u>port</u>
>    TCP port number.  The default Z39.50 port number is 210.

**-s** Interactive mode of the standard input.

**-d** <u>directory</u>
>    The directory name of the WAIS databases.  For example, if the directory name is /usr/local and the database name is foo, the database foo will be found at /usr/local/foo.

**-e** <u>filename</u>
>    Rerouting error messages according to <u>filename</u> or according to /dev/zero.  The default if option **-s** is not indicated is to write all error messages in the standard error.

**-l** <u>log_level</u>
>    Currently, there are four log levels, 0, 1, 5 and 10.  See also waisindex.

**-u** <u>user</u>
>    Set server-uid to user-uid.  It is used only if the server is started as the root.

**-v** Display of the version number and the date of the program.

### Examples

The wais server operates as a *standalone* server with TCP port 8000.  The server directory is wais-sources.  Error messages are written into the server.log file.
```
waisserver -p 8000 -d wais-sources -e server.log
```

Wais server as Daemon process:
<u>hpux 7.0/800, Interactive/386 2.2.1:</u>
```
z3950 stream tcp nowait root /etc/waisserver waisserver.d
-d /wais-sources -e /server.log
```

142

SAMNDCA630-06029314

<u>Ultrix 4.1:</u>
```
Z3950 stream tcp nowait /etc/waisserver waisserver.d
-d /wais-sources -e /server.log
```

The following lines are entered into the /etc/services directory:
```
Z3950 210/tcp # wide area information server (wais)
```

**A.3.5   swais**

**Swais** is a user interface on a simple ASCII terminal.  The program has the following options:

**-C** <u>common_sourcedir</u>
   A global directory for database descriptions (optional).

**-S** <u>sourcedir</u>
   A directory where the database description is located.  Indications of directory names must end in '/'.  If no directory name is given, the database description will be automatically read from /wais-sources/.  Alternatively, it will be read from <u>common_sourcedir</u>, if this exists.  All filenames in the database descriptions end in .src.

**-s** <u>sourcename</u>
   The path name of the database description, which is found in the directory <u>sourcedir</u> or <u>common_sourcedir</u>.

**-h** A listing of all options.

Swais has three screens: One for selecting the desired database and formulating a query (figure A.1), one for displaying search results (figure A.2) and one for displaying documents (figure A.3).  This interface does not support relevance feedback.

## A.3.6  xwais

*Xwais* is a graphic user interface with which a user can interactively perform an information search.  Xwais runs on X-Windows.  Documents of different document types can be displayed by using corresponding specifications in X-Resources.  For example, a document of the postscript type can be displayed by using *ghostview*.  Xwais uses Athena Widget and Xt X Toolkit Intrinsics in X11R4 from MIT.  The xwais application is divided into two separate applications:  xwais, the simple interface for selecting database descriptions and stored queries; and xwaisq, an interface with which a user can perform the actual information search.

Xwais supports search queries, relevance feedback, document display and database selection.  Figure A.4 shows the user interface xwais.

143

**SAMNDCA630-06029315**



Figure A.1: Swais: Query screen

```
SWAIS                          Source Selection                Sources:  2
    #        Server                      Source                     Cost
001:  [                 ]    test                                   Free
002:  [                 ]    testg                                  Free




Keywords: information and retrieval
<space> selects, w for keywords, arrows move, <return> searches, q quits, or ?
```

```
SWAIS                          Search Results                   Items: 40
    #   Score      Source            Title                          Lines
001:  [ 250]          test)   1990   Smith, Marydella      Hypertext
002:  [ 250] (        test)   1989   Bookstein, A.         Set-Orient    9
003:  [ 246] (        test)   1991   Paice, Chris D.       A Thesaura    9
004:  [ 246] (        test)   1992   Harman, Donna         Evaluation    9
005:  [ 241] (        test)   1991   Rasmussen, Edie M.    Introducti    9
006:  [ 239] (        test)   1990   Allen, Bryce          Knowledge     9
007:  [ 239] (        test)   1992   Su, Louise T.         Evaluation    9
008:  [ 239] (        test)   1989   Sharma, Ravi          A Generic     9
009:  [ 236] (        test)   1990   Macleod, Ian A.       Storage an    9
010:  [ 236] (        test)   1992   Salton, Gerard        The State     9


<space> selects, arrows move, w for keywords, s for sources, ? for help
```

Figure A.2: Swais: Screen displaying search results

144

SAMNDCA630-06029316



Figure A.3: Swais: Screen displaying documents



Figure A.4: xwais

145

SAMNDCA630-06029317



Figure A.5:  Query window or xwaisq

The xwais buttons shown in figure A.4 have the following functions:  Clicking the button New  in the upper half of the window will open the query window, which is shown in figure A.5.  Clicking the button Open  will open the query window having the previously selected query structure, e.g., wais_report from figure A.4.  The Delete button will delete the selected query.  These buttons are the same in the lower half of the window, which refers to the database descriptions.  To start the search in the query window from figure A.5, the desired database must first be selected, e.g., journal.src, using the  Add Source  button.  A query, e.g., 'information and retrieval' is then formulated.  Clicking on the Search  button will activate the search.  The result, which consists of the headlines, is displayed in the large lower window.  In the case of relevance feedback, a headline is selected and the Add Document button is clicked.  The selected headline will be loaded into the corresponding relevance feedback window.  Clicking on the Search button will activate relevance feedback.  The View  button will display an original document with retrieval (figure A.6).  A specific segment of text from the original document can be marked for relevance feedback.  Clicking on the Add Section button (figure A.6) will load the marked segment of text into the relevance feedback window.  The Find Key  button is used to find all search terms in the search query that occur in the original document.

146

SAMNDCA630-06029318

Figure A.6:  Document display with xwais

## A.3.7  Searching for database descriptions

If a person wishes to search for a database description using freeWAIS-sf, for example, the search can be as illustrated in the following two figures.



Figure A.7:  Search in the directory-of-servers database

147

SAMNDCA630-06029319



Figure A.8: The database description of the database bibdb-html

## A.4   SFgate

SFgate, developed and implemented by Ulrich Pfeifer, is a CGI (Common Gateway Interface) script, which serves as an interface to the WAIS server. A CGI is an interface to external programs or gateways which run on an information server. Currently, these are HTTP servers. Gateways are programs that process requests for information and provide corresponding documents or generate these in a corresponding format on the path. In this way, a server can provide information that ordinarily would not be available to the client in a readable format.

*Examples:*
- CGI converts system-specific manual pages en route to HTML format and sends them in HTML format to the client.
- CGI offers an interface to WAIS or -archy databases, and converts the results to HTML format, which are then sent to the client.

SFgate is specifically designed for freeWAIS-sf servers and also for all other freeWAIS servers, and has the following properties:
- Descriptions can be searched for via the server in the WAIS database descriptions. The results are converted en route to HTML format, and are displayed to the client.
- It is not necessary to call up waisq or waissearch. SFgate connects the client to the WAIS server.
- Mosaic is ordinarily used as the client interface.
- SFgate can coordinate searches in multiple WAIS databases simultaneously. The desired WAIS databases can be selected using so-called Mosaic icons.

148

SAMNDCA630-06029320

- It supports field search and offers a formula for field search.
- Headlines and documents can be displayed by SFgate in a single step.
- For further processing, the results of a search can also be converted to a corresponding format, such as, e.g., the conversion of a document to Bibtex format for further processing with LaTeX
- SFgate is written in perl.

SFgate documentation and demos may be found at
*http://ls6-www.informatik.uni-dortmund.de/SFgate/SFgate.*

149

SAMNDCA630-06029321

## Appendix B

## The Modules

In keeping with the goal of my paper of expanding the WAIS server to include the concepts described above, in this chapter I will concentrate solely on describing and detailing parsing modules, the indexing, stemming, soundex, and phonix modules, and server modules. The implementation of the WAIS protocol is contained in the files wprot.[ch] and zprot.[ch]. Due to its complexity, I will dispense with a description of this protocol, and will focus instead on the specifications. The programs on the WAIS client may be found in the directories freeWAIS-sf/ui and freeWAIS-sf/x.

In my paper, the modules already existing in WAIS have been enhanced and optimized to the greatest extent possible. A new module has been implemented for format parsing in indexing. And the field parsing module has been implemented for the field concept. Additionally, a module for the query parser has been implemented for the new query option. Figure B.1 illustrates the dependency of the modules that are necessary for indexing, in which an arrow pointing from A to B indicates that module A utilizes the functions of module B. I will dispense with a description of the include files in this case.



Figure B.1: Dependency of modules in indexing

150

SAMNDCA630-06029322

## B.1    Error module

The error module consists of the file panic.c.  The error function is *panic*.  All modules described below use this error module to generate error messages.  Otherwise, messages are written by the function *waislog* in the file cutil.c in the standard output or in a log file.

>SYNTAX:   void panic(char* format, …)
>    IN:   char* format – error message
>   OUT:   error message
> VALUE:   -

The function waits for an error message and sends it.

### B.1.1  Include files
- panic.h
- futil.h

## B.2    Parsing modules

The task of the parsing modules is to analyze document structures through document specifications in the document specification file.  This involves the parsing process, which consists of the format module and the field parsing module.  The parsing modules consist of the following files:
- **field_y.c**
- **ircfiles.c**
- **field_index.c**

Figure B.1 illustrates the dependency of these files.

### B.2.1  field_y.c

This file relates to document specification parsers.  It consists of the function *init_add_fields*.

#### B.2.1.1   Procedure

The document specification parser reads the document specification file and analyzes it for syntactic correctness.  The result of the analysis is the format and field information, which is stored in the *Ltable* and *Ftable* global structures.  These structures are defined in the irfiles.h file.

SAMNDCA630-06029323

**B.2.1.2   init_add_fields**

| | |
|---|---|
| SYNTAX: | long init_add_fields(char* name, |
| | boolean* global_dictionary_exists, |
| | database* db) |
| IN: | char* name – name of the database: |
| | boolean* global_dictionary_exists – *true* if the global |
| | database exists; |
| | database* db – internal structure for storing terms. |
| OUT: | - |
| VALUE: | - 1, if syntactic errors occur in the file. |

This function describes the document specification parser.  A file by the name of *database.fmt* is read in and checked for syntactic correctness.  If the syntax of the file is incorrect, a corresponding error message will be returned.

**B.2.1.3   Include files**
- cutil.h
- futil.h
- field_index.h
- field_y.h

**B.2.2   ircfiles.c**

This module relates to the global format parser, the function of which is to analyze different parse formats during indexing.  The module comprises the following functions:
- *fields_separator_function*
- *fields_header_function*
- *fields_finish_header_function*
- *fields_date_function*
- *fields_getdate*

**B.2.2.1   Procedure**

The format information that is provided by the document specification parser and is stored in the *Ltable* global structure is read by these functions in order to check whether a read line contains any of the format information.

152

SAMNDCA630-06029324

### B.2.2.2   fields_separator_function

| | |
|---|---|
| SYNTAX: | boolean fields_separator_function(char* line) |
| IN: | char* line – the line to be analyzed; |
| OUT: | - |
| VALUE: | *true*, if the line contains a document separator, |
| | *false* if the document separator does not occur in the line. |

The task of the function fields_separator_function is to detect a document separator in a line.    The    document    separator    is    stored    in    the    global    variable *Ltable→field_record_end_pos*.  This is a regular expression which is used to check for the presence of the separator in the line transferred as a parameter when the function is called up.

#### B.2.2.3   fields_header_function

| | |
|---|---|
| SYNTAX: | void fields_header_function(char* line) |
| IN: | char* line – the line to be analyzed; |
| OUT: | - |
| VALUE: | - |

The task of the function fields_header_function is to generate a headline, which is stored in a *fields_header* global variable of the char* type, having a maximum of 100 characters.  A check is made to determine whether the line transferred as a parameter contains one of the headline marks (see also section 4.1.4).  If so, all headline marks will be read in the sequence in which the headline specifications are indicated in the document specification file until either one or none of the headline marks matches the line.  The matched segments of text are simply appended one after another in the *fields_header* global variable.  The constant MAX_HEADLINE_LENGTH = 100 in the files   freewais-sf/default.tmpl.in   and   freewais-sf/default.tmpl.top   specifies   the maximum length of headlines.  This variable largely determines the size of a document reference.  If the selected variable is too large, then the agreed-upon message size will be exceeded in only a small number of document references, and an insufficient number of documents will be received as a result.  As the default, the message size is specified by the constant BUFSIZ in the file ir/server.h as 100,000 bytes.

### B.2.2.4   fields_finish_header_function

| | |
|---|---|
| SYNTAX: | void fields_finish_header_function(char* header) |
| IN: | char* header – a headline will be copied here; |
| OUT: | - |
| VALUE: | - |

153

SAMNDCA630-06029325

The function fields_finish_header_function copies a headline, which is stored in the *fields_header* global variable, in the parameter *header*. The *fields_header* global variable is then returned to ZERO.

### B.2.2.5   fields_date_function

SYNTAX:  long fields_date_function(char* line)
    IN:  char* line – the line to be analyzed;
  OUT:  -
VALUE:  $n \geq 0$ if the line is matched,
           otherwise it is -1.

The task of the function fields_date_function is to check to determine whether the line transferred as a parameter contains the date marks (see also section 4.1.4). If a segment of text is matched in the line, it will be transferred to the fields_getdate function, which will convert a string of characters to a number and return this.

### B.2.2.6   fields_getdate
SYNTAX:  long fields_getdate(char* s)
    IN:  char* s – one string;
  OUT:  -
VALUE:  a number of the type long

As was already mentioned above, the fields_getdate function converts a string of characters to a number and returns it. The function is called up by the function fields_date_function.

### B.2.2.7   Include files
- cutil.h
- ircfiles.h
- field_index.h

### B.2.3   field_index.c
This file describes the field parser, which consists of the functions
- *how_index_line*
- *index_line_section.*

154

SAMNDCA630-06029326

### B.2.3.1   Procedure

The document specification parser reads the document specification file and analyzes it for syntactic correctness. This analysis results in format and field information, which is stored in the *Ltable* and *Ftable* global structures.

In field indexing, the field information is read from the *Ftable* structure by the field parser. The field parser uses the information to determine what text segment of a read-in line belongs to a field.

### B.2.3.2   init_index_fields

SYNTAX:   boolean
         init_index_fields(boolean adding_to_existing_index,
                boolean* create_new_fields,
                boolean field_adding_to_existing_index,
                long number_of_fields, database* db)

IN:   boolean* adding_to_existing_index – *true*, if new terms are to be inserted into the already existing global database;
boolean* create_new_fields – *true*, if new fields will be generated;
boolean field_adding_to_existing_index – *true* if new terms will be inserted into already existing fields;
long number_of_fields – number of fields;
database * db – internal structure for storing terms.

OUT:   -
VALUE:   *true,* if successful.

This function writes the format information or field information into the *Ltable* or *Ftable* global structure.

### B.2.3.3   how_index_line

SYNTAX:   long how_index_line(long field_id, char* line,
                boolean number_of_not_ended_section,
                long document_id, long weight,
                long file_position_before_line,
                long line_length, boolean* newline_terminated,
                database* db
                wordfunc* wordfunction1,
                wordfunc* wordfunction2,
                boolean word_position, boolean word_pairs,
                long minwordlen, char* type)

155

SAMNDCA630-06029327

IN:   long field_id – field number;
char* line – line to be analyzed;
long* number_of_not_ended_section – number of segments not yet fully indexed;
long document_id - document number;
long weight – set to 1;
long file_position_before_line – current position in the file;
long *line_length – number of terms;
boolean *newline_terminated – *true*, if a line ends with \n;
database* db – internal structure for storing terms;
wordfunc* wordfunction1 – function add_word_before_pairs;
wordfunc* wordfunction2 – function field_add_word_before_pairs;
boolean word_position – *true*, if multiple postings for a term of a document will be stored in the inverted file;
boolean word_pairs – *true* if word pairs will be formed;
int minwordlen – minimum word length;
char* type – display format
OUT:   -
VALUE:   number of terms.

The task of this function is to act as a field parser. A line is analyzed. In this process, a segment of text in the line is selected for indexing.

### B.2.3.4.  index_line_section

SYNTAX:   long index_line_section(long field_id, long fpos,
char* line, long document_id, long weight,
long file_position_before_line, long line_length,
boolean newline_terminated, database* db,
wordfunc* wordfunction1,
wordfunc* wordfunction2,
boolean word_position, boolean word_pairs,
long minwordlen, char* type)

IN:   long field_id – field number;
long fpos – position of a field within the field array;
char* line – text segment to be indexed;
long document_id - document number;
long weight – set to 1;
long file_position_before_line – current position in the file;
long *line_length – number of terms;
boolean *newline_terminated – *true*, if a line ends with \n;
database* db – internal structure for storing terms;

156

SAMNDCA630-06029328

wordfunc* wordfunction1 – add_word_before_pairs function;
wordfunc* wordfunction2 – field_add_word_before_pairs function;
boolean word_position – *true,* if multiple postings for a term in a
document will be stored in the inverted file;
boolean word_pairs – *true,* if word pairs will be formed;
int minwordlen – minimum word length;
char* type – display format

OUT: -
VALUE:   number of terms.

In this function, a segment of text transferred as a parameter is indexed.  Functions from
the indexing modules are used.

### B.2.3.5   Include files
- cdialect.h
- futil.h
- field_index.h
- irhash.h

## B.3   Indexing module

The indexing module performs the actual indexing.  This module has 2 main files
**irtfiles.c** and **irinv.c**.  With field indexing, the fields are indexed one after the other, so
that the functions of these two files are used with each indexing of a field.  The
dependency of these two files is illustrated in figure B.1.

### B.3.1   Constants

The following constants are critical to indexing:
**INDEX_BLOCK_SIZE_SIZE = 4:**  This constant specifies the maximum size of a
posting list in the inverted file ($2^{4*8}$ = 4 gbytes) and is defined in the file irfiles.h.
**DOC_TAB_ELEMENT_SIZE = 25 (or 26):**  This constant specifies the size of an entry in
the document table (default 25).  However, if WAIS-sf is compiled with the flag
HUGE_HEADLINES, this constant is set to 26.  It is defined in the file irfiles.c.
**DOC_TAB_ENTRY_FILENAME_ID_SIZE = 3:**  This constant specifies the maximum
size of the filename table ($2^{3*8}$ = 16 mbytes) and is defined in the file irfiles.c.  If

157

SAMNDCA630-06029329

the variable will be changed, the variable DOC_TAB_ELEMENT_SIZE must also be changed.

**DOC_TAB_ENTRY_HEADLINE_ID_SIZE = 3:**  This constant specifies the maximum size of the headline table ($2^{3*8}$ = 16 mbytes) and is defined in the file irfiles.c.  If the variable will be changed, the variable DOC_TAB_ELEMENT_SIZE must also be changed.

**DICTIONARY_TOTAL_SIZE_WORD:**  With 8 bit characters, this constant is set to '\377\377\377'.  The default is "{ }".

**MAX_OCCURANCES = 20,000:**  The maximum frequency of occurrence of a term in the collection.

**MAX_WORD_LENGTH = 20:**  The maximum length of a term.  This is defined in the files default.tmpl.in and default.tmpl.top.

### B.3.2    irtfiles.c

This module offers the option of text indexing, which was discussed in section 3.3.3.  It utilizes the functions from the files ircfiles.c and field_index.c and has the following functions:

- *add_word_before_pairs*
- *map_over_words*
- *finish_document*
- *index_text_file*
- *index_directory*

### B.3.2.1   Procedure

One or more files or a directory of files will be indexed.  However, in each case only one file will be read.  In the case of a directory, individual files are accessed in the sequence in which they are stored in the file system.  Each time a file is accessed, the filename is entered together with the file type into the filename table file.

A file that will be indexed is read in line by line.  With each line that is read in, a parse format analysis and a field analysis are performed.  For each line that is read in, a check is made to determine

- whether the end of a document has already been reached,
- whether it forms a headline,
- whether it forms a date
- whether it belongs to the field that has just been indexed through field indexing.

158

SAMNDCA630-06029330

To determine where a document ends and what lines form the headline and the date for a document, the corresponding functions are called up from the file ircfiles.c. If the prompt for the function fields_separator_function with the read-in line supplies a true value as a parameter, then the end of the document has been reached. A document table entry and a headline table entry are written into the associated external files *database.doc* and *database.hl*. A document ID is initialized with 1. Following a document separator, the next document ID, to which 1 is simply added, is assigned.

Each line that is read in is then subjected to lexical analysis, and is broken down into individual terms. The character positions and term frequencies of these terms are determined and the weights are then calculated. The weights are calculated in three steps. In the first step, the term frequency for each term is determined. In the second step, the vector length is calculated when the end of a document has been reached. And finally, the final weight can be calculated by division. To enable efficient access to the terms, a hash table is used in the main memory. All terms are entered into the hash table. A list of (document ID, weight, term frequency, list of character position)-tuples, which is also called a list of postings, is assigned to each term. At the end of the indexing process, all terms are written into the inverted file, sorted into lexical sequence. The size of the hash table is specified in advance using the global variable *db→flush_after_n_words*. In standard terms, the hash table can contain a total of 300,000 terms. The hash table contains a maximum of 65,536 buckets. Each bucket contains one term. If the size of the hash table or the maximum number of buckets in the hash table is exceeded, then all data stored therein will be written into a temporary external inverted file. Each time the memory volume of the hash table is exceeded, all data therein are written into a temporary inverted file. Later, all preliminary inverted files are then merged together into a single inverted file.

### B.3.2.2   add_word_before_pairs

> SYNTAX:   static long add_word_before_pairs(char* word, long char_pos,
> > long line_pos,
> > long weight,
> > long doc_id,
> > time_t date,
> > boolean capitalized,
> > database* db,
> > boolean word_position,
> > boolean word_pairs)

159

SAMNDCA630-06029331

IN:   long char_pos – character position of a word;
long line_pos – not used;
long weight – set to 1;
long doc_id – document ID;
long date – date;
boolean capitalized – *true*, if the word starts with a capital letter;
database* db – internal structure for storing terms;
boolean word_position – *true*, if multiple postings for a term in a document will be stored in the inverted file;
boolean word_pairs – *true*, if word pairs will be formed.

OUT:  -

VALUE:  0

The add_word_before_pairs function inserts a word into a hash table.  If the word_pairs parameter is set to *true*, then a word pair having a maximum length of 20 characters is formed between the current word and the last previous word.  The resulting word is then entered into the hash table.

### B.3.2.3   map_over_words

SYNTAX:  long map_over_words(char* line, long document_id,
long weight, long file_position_before_line,
long line_length, boolean* newline_terminated,
database* db, wordfunc* wordfunction,
boolean word_position, boolean word_pairs
long minwordlen, char* type)

IN:  char* line – line to be indexed;
long document_id – document number;
long weight – set to 1;
long file_position_before_line – current position in the file;
long *line_length – number of terms;
boolean *newline_terminated – *true*, if a line ends in \n;
database* db – internal structure for storing terms;
wordfunc *wordfunction – add_word_before_pairs function;
boolean word_position – *true*, if multiple postings for a term in a document will be stored in the inverted file;
boolean word_pairs – *true*, if word pairs will be formed;
int minwordlen – minimum word length;
char* type – display format.

OUT:  -

VALUE:  number of terms

160

SAMNDCA630-06029332

The task of this function is to break down a line that has been transferred as a parameter into terms. In this process, meta-characters, such as blanks, '_', '?', etc., are ignored. A term must have a length of at least 2. Each term is then entered into the hash table by calling up the add_word_before_pairs function.

### B.3.2.4   finish_document

SYNTAX:   static void
finish_document(boolean recountHeader, char* header,
char* line, long document_id,
document_table_entry* the_document_table_entry,
long file_position_before_line,
long file_position_before_document,
database* db,
boolean word_position, boolean word_pairs
int minwordlen, char* type)

IN:   boolean recountHeader – however, extra weight for terms (generally 10)
that occur in the headline is not used in field indexing;
char* header – headline;
char* line – document separator;
long document_id - document number;
document_table_entry* the_document_table_entry – structure for storing
an entry in the document table;
long file_position_before_line – current position in the file;
long file_position_before_document – position before the next document;
database* db – internal structure for storing terms;
boolean word_position – *true*, if multiple postings for a term in a
document will be stored in the inverted file;
boolean word_pairs – *true,* if word pairs will be formed;
char* type – display format.

OUT:   -

VALUE:   -

This function is called up when the end of a document is reached. Here, a headline table entry and a document table entry are written into the external files *database.hl* and *database.doc.* The next document ID is then assigned.

161

SAMNDCA630-06029333

### B.3.2.5   index_text_file

SYNTAX:   void index_text_file(char* filename, dataopsrec* dataops,
database* db, boolean check_for_text_file,
boolean check_for_file_already_indexed,
boolean word_position, boolean word_pairs,
long field_id)

IN:  char* filename – file name;
dataopsrec* dataops – a structure, the components of which are the functions of the global format parser, the minimum word length and the type of indexing;
database* db – internal structure for storing terms;
boolean check_for_text_file – *true,* if the file to be indexed is a text file;
boolean check_for_file_already_indexed – *true,* if the file has already been indexed;
boolean word_position – *true,* if multiple postings for a term in a document will be stored in the inverted file;
boolean word_pairs – *true,* if word pairs will be formed;
long field_id – field number.

OUT:  -
VALUE:  -

The index_text_file function, which is called up for each file, performs text indexing. First, it enters the filename and the list of display formats into the filename table.  The file to be indexed is read in line by line with the file name transferred as a parameter. The procedure is then as follows:  The functions from the file ircfiles.c are called up in order to determine whether the end of a document has already been reached and in order to generate the headline.  A line is broken down into terms by calling up the function map_over_words, and is entered into the hash table.  When the end of a document is reached, the final weights of the individual terms are calculated and the finish_document function is called up, in order to write the information for a document into the database.  For subsequent documents, the same process is repeated until the end of the file is reached.

With field indexing, each line that is read in from the file to be indexed passes through the field parser, to determine whether it belongs to the current field and how it is to be indexed.

162

SAMNDCA630-06029334

### B.3.2.6   field_index_text_file

SYNTAX:   Long
field_index_text_file(char* filename, dataopsrec* dataops,
database* db, boolean check_for_text_file,
boolean check_for_file_already_indexed,
boolean word_position, boolean word_pairs,
long field_id)

dataopsrec* dataops – a structure, the components of which are the functions of the global format parser, the minimum word length and the type of indexing;
database* db – internal structure for storing terms;
boolean check_for_text_file – *true,* if the file to be indexed is a text file;
boolean check_for_file_already_indexed – *true,* if the file has already been indexed;
boolean word_position – *true,* if multiple postings for a term in a document will be stored in the inverted file;
boolean word_pairs – *true,* if word pairs will be formed;
long field_id – field number.

OUT:   -
VALUE:   -

This function operates in the same manner as the index_text_file function.  The sole difference is that in this case, no more information on a document will be generated. This includes entries into the headline table and document table.  These tables and the filename table have been generated before this by the index_text_file function.

### B.3.2.7   index_directory

SYNTAX:   void index_directory(char* file,
dataopsrec* dataops,
database* db,
boolean check_for_text_file,
boolean check_for_file_already_indexed,
boolean word_position,
boolean word_pairs,
long field_id)

163

**SAMNDCA630-06029335**

IN:   char* file – directory name;
dataopsrec* dataops – a structure, the components of which are the functions of the global format parser, the minimum word length and the type of indexing;
database* db – internal structure for storing terms;
boolean check_for_text_file – *true,* if the file to be indexed is a text file;
boolean check_for_file_already_indexed – *true,* if the file has already been indexed;
boolean word_position – *true,* if multiple postings for a term in a document will be stored in the inverted file;
boolean word_pairs – *true,* if word pairs will be formed;
long field_id – field number.

OUT:  -

VALUE:  -

This function is called up for indexing directories. In this function, one file after the other is read from a directory. Indexing is carried out by the functions index_text_file and field_index_text_file.

## B.3.2.8  Include files

- panic.h
- irdirent.h
- irhash.h
- cutil.h
- futil.h
- irfiles.h
- irtfiles.h
- ircfiles.h
- stemmer.h
- field_index.h
- weight.h
- soundex.h

### B.3.3  irinv.c

The function of this module is to write the terms and the associated postings, which are stored in the hash table in the main memory, into the inverted file and the dictionary. The module has two main functions: *finished_add_word* and *flush_memory_to_disk.*

164

SAMNDCA630-06029336

### B.3.3.1   Procedure

Once all terms from the collection have been taken into consideration, they are written, together with the postings from the hash table, into an inverted file in lexically sorted sequence.   The buckets of the hash table are sorted lexically in advance internally according to terms.   A check is then made to determine whether inverted files exist.   If not, then one entry after another will be inserted from the one inverted file into the final inverted file.  With each insertion, the physical address of the entry in the inverted file is assigned to a data set in the dictionary, which is then inserted into the dictionary.   If multiple inverted files exist, they will be merged according to the following schema to form a single inverted file:

      Level 1:      merge 0, 1 → 0; 2, 3 → 2; 4, 5 → 4; 6, 7 → 6;

      Level 2:      merge 0, 2 → 0; 4, 6 → 4;

      Level 3:      merge 0, 4 → 0;

If only a single inverted file remains after merging, the procedure is as described for the above case in which only a single inverted file exists.

### B.3.3.2   flush_memory_to_disk

    SYNTAX:   void flush_memory_hashtable_to_disk(database* db, boolean completely
                              long not_flush_doc_id)

        IN:   database* db – all information in the hash table from this structure will be written into the inverted file.
            boolean completely – *true,* if the final inverted file and the dictionary will be generated;
            long not_flush_doc_id – number of the document, the terms of which will not yet be written into the inverted file.

    OUT:  -

    VALUE:  -

This function generates the inverted file and the dictionary.   In this process, all data in the hash table are written into an inverted file.   If multiple inverted files exist, they are merged together according to the above-described scheme.   Once this is completed, if only a single inverted file remains, all entries from this file will be written into the final inverted file.  With this step, the physical address of each entry in the inverted file will be determined for a data set of the dictionary.

If, during indexing, the hash table or the memory space is full, all terms in the documents that have been read up to that point will be written into the inverted file.   Terms in a document that has been completely read and has the document ID

SAMNDCA630-06029337

not_flush_doc_id are temporarily stored in an external file, until the others have already been written, after which they will be read in again and stored in the hash table.

### B.3.3.3   finished_add_word

    SYNTAX:   long finished_add_word(database* db)
          IN:  database* db – all information in the hash table from this structure will be written into the inverted file.
       OUT:  -
    VALUE:  0, successful

This function ends the text indexing process and prompts generation of the inverted file and the dictionary.  In this process, the flush_memory_to_disk function is called up.

### B.3.3.4   field_flush_memory_hashtable_to_disk

    SYNTAX:   void field_flush_memory_hashtable_to_disk(database* db,
                             boolean completely,
                             not_flush_doc_id,
                             long field_id)
          IN:  database* db – all information in the hash table from this structure will be written into the inverted file;
               boolean completely – *true,* if the final inverted file and the dictionary will be generated;
               long not_flush_doc_id – the number of the document, the terms of which will not yet be written into the inverted file.
               long field_id – field number.
       OUT:  -
    VALUE:  -

The operating mode of this function is the same as for the flush_memory_hashtable_to_disk function.  It generates the inverted file and the dictionary for the field having the field ID.

### B.3.3.5   field_finished_add_word

    SYNTAX:   long field_finished_add_word(database* db, long field_id)
          IN:  database* db – all information in the hash table from this structure will be written into the inverted file;
                long field_id – field number.
       OUT:  -

166

SAMNDCA630-06029338

VALUE:  -

This function ends the text indexing process for a field and prompts the generation of the inverted file and the dictionary for this field.  In this process, the field_flush_memory_to_disk function is called up.

## B.3.3.6   Include files

- cutil.h
- futil.h
- irhash.h
- hash.h
- panic.h
- irfiles.h
- irext.h

## B.4   Stemming module

The stemming module is contained in the file stemmer.c.  The function of this module to reduce the words to their stem forms.  This is accomplished by calling up the *stemmer* function in said file.

SYNTAX:  char* stemmer(char* word)
      IN:  char* word – word to be reduced to a stem form
    OUT:  -
  VALUE:  word reduced to a stem form

This function implements stem form reduction.  The result is a word that has been reduced to its stem form.

## B.4.1   Include files

- cutil.h
- panic.h
- futil.h
- stemmer.h

SAMNDCA630-06029339

## B.5    Soundex and phonix module

The function of this module is to format a word in the corresponding Soundex or Phonix code. The file soundex.c describes this module. Two essential functions are *SoundexCode* and *PhonixCode*.

```
SYNTAX:   void SoundexCode(char* name, char* key)
    IN:   char* name - word to be formatted;
          char* key – contains the Soundex code;
   OUT:   -
 VALUE:   -


SYNTAX:   void PhonixCode(char* name, char* key)
    IN:   char* name - word to be formatted;
          char* key – contains the Phonix code;
   OUT:   -
 VALUE:   -
```

### B.5.1    Include files
- cdialect.h

## B.6    Synonym module

This module detects synonyms. In this process, an external synonym file (section 3.3.3.3) is read. The synonym is entered into the WAIS index. The two essential functions are *syn_ReadFile* and *lookup_Synonym*.

### B.6.1    syn_ReadFile
```
SYNTAX:   void syn_ReadFile (char* fn, t_Synonym** ptr,
                             int* syn_Table_Size)
    IN:   char* fn – name of the synonym file;
          t_Synonym** ptr – synonym table;
          int* syn_table_size – size of the synonym table;
   OUT:   -
 VALUE:   -
```

This function reads in the synonym file and stores the synonyms in a synonym table.

SAMNDCA630-06029340

### B.6.2 lookup_synonym

SYNTAX:   char* lookup_synonym(char* word, t_Synonym* syn_table,
int* syn_table_size)

IN:   char* word – word read from the document;
t_Synonym* syn_table – synonym table;
int* syn_table_size – size of the synonym table;

OUT:   -

VALUE:   synonym word

This function searches in the synonym table to determine whether a corresponding synonym for a word exists. If so, the word is replaced by a synonym, which is then returned. Otherwise, the original word will be returned.

### B.6.3 Include files

- synonym.h
- cutil.h

### B.7 Server module

The function of the server is to process all requests from a client. This involves an exchange of agreements between the client and the server and the processing of search queries, relevance feedback queries, and retrieval queries. The server modules consist of the following files:

- **ir.c**
- **irsearch.c**
- **sersrch.c**
- **query_y.c**

The files irsearch.c and sersrch.c form the search engine. Figure B.2 illustrates the interaction between the files.



Figure B.2: Interdependency of the server modules

169

SAMNDCA630-06029341

## B.7.1      ir.c

The function of this module is to interpret and process messages (Z39.50 APDU) which are placed in a buffer.  The ir.c module consists of the following functions:
- *interpret_buffer*
- *handleInit*
- *handleSearch*
- *handleRelevanceFeedbackSearch,*
- *handleElementRetrieval.*

## B.7.1.1    Procedure

Each message that is received by the server and placed in a buffer is interpreted.  If the message is a communication initialization, then the size of the message, which is set at 100,000 bytes by the constants BUFSIZ in the file ir/server.h, will be determined and the services requested by the client will be verified.  The size of a message proposed by the server is either less than or equal to the size from the client.  If the message is a query, the query type will be checked to determine whether it is a type 1 query (retrieval query) or a type 3 query (search or relevance feedback query).  The query will then be handled accordingly.  Each time a message is processed, the result is placed in a buffer and sent back to the client.

## B.7.1.2    interpret_buffer

SYNTAX:   long interpret_buffer(char* receiveBuffer, long receiveBufLen,
                                char* sendBuffer, long sendBufLen,
                                long* maxBufferSize, long waisProtocolVersion,,
                                char* (index_directory)

IN:   char* receiveBuffer — the buffer that contains the message to be interpreted;
      long receiveBufLen – how large the message is;
      char* sendBuffer – the buffer that contains the response message;
      long sendBufLen – size of the SendBuffer;
      long* maxBufferSize – maximum buffer size;
      long waisProtocolVersion – version of the WAIS protocol;
      char *index_directory – the directory name of the database.

OUT:   -

VALUE:  The number of bytes written.

Each message that is stored in a buffer is interpreted by this function to determine whether it is an initialization or a query.

170

SAMNDCA630-06029342

### B.7.1.3   handleInit

SYNTAX:   static void handleInit (char** recBuf, char** sendBuf,
                              long* sendBufLen, long* maxBufLen)
      IN:   char* recBuf — the buffer that contains the message;
            char* sendBuf – the buffer that contains the response message;
            long sendBufLen – size of the SendBuffer;
            long* maxBufLen – maximum buffer size;
    OUT:   -
  VALUE:   -

This function will be called up in the case of an initialization.  In this case, the server will propose the size of a message to the client and will check to determine whether the client wishes to use the present or delete services.  If so, the server will notify the client that data exchange cannot continue.  The standard message size is 100,000 bytes.  It is specified by the client.

### B.7.1.4   handleSearch

SYNTAX:   static void handleSearch (char** recBuf, char** sendBuf,
                              long* sendBufLen, long* waisProtocolVersion,
                              char *index_directory)
      IN:   char** recBuf — the buffer that contains the message;
            char** sendBuf – the buffer that contains the response message;
            long* sendBufLen – size of the send buffer;
            long waisProtocolVersion – version of the WAIS protocol;
            char *index_directory – the directory name of the database.
    OUT:   -
  VALUE:   -

 The message stored in recBuf is first converted to a Z39.50 APDU.  The database specification is checked to determine whether it is a database that is on another server.  Access authorization is then verified.  The Z39.50 is interpreted to determine whether it is a search query, a relevance feedback query or a retrieval query.  If it is a search query or relevance feedback query, the handleRelevanceFeedbackSearch function will be used, and if it is a retrieval query, the handleElementRetrieval function will be used.

171

SAMNDCA630-06029343

### B.7.1.5   forwardSearch

SYNTAX:   static void forwardSearch (searchAPDU* aSearch,
                                     char* sendBuf,
                                     long* sendBufLen,
                                     long waisProtocolVersion)

IN:   searchAPDU* aSearch – a searchAPDU that contains a search query;
      char* sendBuf – contains the search result;
      long* sendBufLen – buffer size;
      long* waisProtocolVersion – version of the WAIS protocol;

OUT:   -

VALUE:   -


### B.7.1.6   handleRelevanceFeedbackSearch

SYNTAX:   static void
          handleRelavanceFeedbackSearch (searchAPDU* search,
                                         char* sendBuf, long* sendBufLen,
                                         long waisProtocolVersion,
                                         char*index_directory)

IN:   searchAPDU* search – Z39.50 searchAPDU;
      char** sendBuf – contains the search result;
      long* sendBufLen – buffer size;
      long* waisProtocolVersion – version of the WAIS protocol;
      char *index_directory – the directory name of the database.

OUT:   -

VALUE:   -


A search query or relevance feedback query is contained in the Z39.50 search APDU.  If the search query is a special search query, such as *all, help, HELP, Help, ?* or *\**, for example, the search will be carried out in the *Info* database.  Otherwise, the search will be carried out in the specified database.  The result of the search is then converted in the WAISSearchResponse object to the Z39.50 SearchResponseAPDU.  Finally, the Z39.50 SearchResponseAPDU is written into the sendBuff buffer.  If a search query involves documents of the type *TEXT-FTP* or *FTP-DIR*, the handleFTPSearch function, discussed below, will be called up.

172

SAMNDCA630-06029344

### B.7.1.7   handleFTPSearch

SYNTAX:   static void handleFTPSearch (searchAPDU* asearch,
char** sendBuf, long* sendBufLen,
long waisProtocolVersion,
char*index_directory)

IN:   searchAPDU* Search – searchAPDU that contains document references
specified in the query;
char** sendBuf – contains the search result;
long* sendBufLen – length of the buffer;
long* waisProtocolVersion – version of the WAIS protocol;
char *index_directory – the directory name of the database.

OUT:   -

VALUE:   -

This function supplies all path names specified in the document references that are sent by the client in the form of headlines. No ranking is performed as a part of this. The result is a set of document references that are stored in the transmission buffer after being converted to Z39.50 APDU.

### B.7.1.8   handleElementRetrieval

SYNTAX:   static void
handleElementRetrieval (searchAPDU* search,
char** sendBuf, long* sendBufLen,
long waisProtocolVersion,
char*index_directory)

IN:   searchAPDU* search – searchAPDU that contains a retrieval query;
char** sendBuf – contains the search result;
long* sendBufLen – buffer size;
long waisProtocolVersion – version of the WAIS protocol;
char *index_directory – the directory name of the database.

OUT:   -

VALUE:   -

This function retrieves an original document from the collection. The query syntax in the searchAPDU is of the *type-1* type. This APDU is interpreted. The result of the retrieval process is converted to the WAISSearchResponse object and then to a Z39.50 SearchResponseAPDU. Finally, the Z39.50 SearchReponseAPDU is written into the transmission buffer.

SAMNDCA630-06029345

### B.7.1.9   Include files

- server.h
- ir.h
- wprot.h
- irsearch.h
- docid.h
- cutil.h
- irfiles.h
- irretrvl.h
- sockets.h
- panic.h

### B.7.2      sersrch.c

This file sersrch.c performs the search for document IDs using individual terms.  The primary function of this file is the *search_word* function.

### B.7.2.1   Procedure

For each term, the dictionary is accessed in order to determine whether the term occurs in the database.  If so, the corresponding entry in the inverted file is accessed directly using the reference pointer that belongs to a term.  The degree of similarity between a document and a query is calculated.  The final result once all terms have been processed is a list of weights, sorted in ascending order by document ID.  The weights of the individual documents are stored in the *document_score_array* global variable.

### B.7.2.2   search_word

SYNTAX:   long search_word(char *word, char* field_name, long char_pos,
                                    long line_pos, long weight, long doc_id,
                                    long word_pair, database *db)

        IN:   char *word – word to be searched for;
               char* field_name – field name in the field search;
               char* char_pos – starting position for the word;
               long line_pos – not used;
               long weight – contains specific values for literal, wildcard and numeric
               searches;

      OUT:   -

   VALUE:   -1 if an error occurs.

174

SAMNDCA630-06029346

The purpose of this function is to find a list of document IDs in the inverted file using the term specified in the parameter *word*. First, a search is performed for the term in the dictionary, after which the inverted file is accessed directly. In the case of a field search, only the dictionary and the inverted file of the field specified in the parameter *field_name* is explicitly searched. The final weight of a document in a query is calculated by adding together all the weights of the document for a term. In the case of a literal query, the parameter *word* contains the entire string of characters. However, only the first term in the string of characters is searched for. If the term is found, the system will jump to the position of the term in a document file, and the remaining string of characters will be searched for using a string search. With a wildcard query, the search will be performed only for the sequence of characters in front of the truncation sign.

### B.7.2.3    Include files

- cutil.h
- irfiles.h
- irtfiles.h
- irsearch.h
- irext.h
- byte_order.h
- stemmer.h
- boolean_op.h
- field_search.h
- weight.h

### B.7.3    query_y.c

This module involves the query parser. Its purpose is to analyze a query for syntactic correctness. The *analysis_string* function performs this task.

### B.7.3.1    analysis_string

SYNTAX:  char* analysis_string(char* string, long* number_of_fields,
                       int* global_dictionary_exists)
      IN:  char* string – the query to be analyzed;
           long* number_of_fields - number of fields;
           int* global_dictionary_exists – 1, if the search will be performed in the global database;
   OUT:  -
VALUE:  A new query, optionally in postfix notation

175

SAMNDCA630-06029347

This function analyzes a query and optionally converts it to a new query in postfix notation.

### B.7.3.2   Include files

- cutil.h

### B.7.4   irsearch.c

The primary functions in this file are *run_search* and *search_for_words*.

### B.7.4.1   Procedure

The run_search function coordinates the search in the WAIS index. First, a query is checked for syntactic correctness. This task is performed by calling up the query parser. If the query contains a syntax error, the search will be terminated and a corresponding error message returned. Otherwise, the already analyzed query will be transferred to the search_for_words function. This function breaks the query down into individual terms and calls up the *search_word* function from the sersrch.c file. All document IDs that are identified in the *document_score_array* global variable are then sorted according to weight. As a standard, the 40 best documents are included in the set of results. When the document IDs of the 40 best documents are established, then for each document ID, first the document table is accessed, followed by the headline table, and finally the filename table. From this, a document reference is formed for each document ID. If the set of document references is larger than the specified size of a message, the document references having the lowest weight will be removed from the set of results until their size is consistent.

### B.7.4.2   run_search

```
SYNTAX:   boolean run_search(searchAPDU* asearch,
                             WAISDocumentHeader** headers,
                             diagnosticRecord*** diags,
                             char *index_directory,
                             char **seed_words_used,
                             long waisProtocolVersion,
                             long *headerNum)
```

176

SAMNDCA630-06029348

IN:   SearchAPDU* aSearch – searchAPDU, which contains a search query or
relevance feedback query;
WAISDocumentHeader** headers – list of search results (document
references);
diagnosticRecord*** diags – list of diagnostics;
char *index_directory – the directory name of the database.
char **seed_words_used – search query;
long waisProtocolVersion – version of the WAIS protocol;
long *headerNum – number of document references;

OUT:   -

VALUE:   FALSE, if an error occurs.

Run_search coordinates searches.  In this process, a check is also made to determine whether
the size of the list of results has exceeded the specified size of a message.  If so, the procedure is
as described above.

### B.7.4.3   search_for_words

SYNTAX:   boolean search_for_words(char* words,
database* db,
long doc_id)

IN:   char* words – search query, which is broken down into multiple words;
database *db – structure for internal management of the database
long doc_id - ≠ 0 if it involves terms from a document in the case of
relevance feedback;

VALUE:   -1, if an error occurs.

A query is broken down by lexical analysis into words that will be searched for.

### B.7.4.4   Include files

- cutil.h
- irfiles.h
- irtfiles.h
- irext.h
- irsearch.h
- docid.h
- irretrvl.h
- soundex.h
- analysis_str.h
- field_search.h
- trie.h

177

SAMNDCA630-06029349

# Bibliography

**Adie, C.** (1993). *Network Access to Multimedia Information*. Technical report, Edinburgh University Computing Service, Great Britain.

**Bayer, R.; McCreight, E.** (1972). Organization and Maintenance of Large Ordered Indexes. *Acta Informatica 1*, pp 173-189.

**Bayer, R.; Unterauer, K.** (1977). Prefix B-Trees. *ACM Transactions on Database Systems 2(1)*, pp 11-26.

**Berners-Lee, T.** (1992). *The HTTP Protocol as Implemented in W3*. Technical report. URL=ftp://info.cern.ch/pub/www/doc/http.txt.

**Berners-Lee, T.** (1993). *Hypertext Markup Language (HTML)*. Technical report. URL=ftp://info.cern.ch/pub/www/doc/html-spec.ps.

**Berners-Lee, T.** (1993). *Protocol for the Retrieval and Manipulation of Textual and Hypermedia Information*. Technical report. URL=ftp://info.cern.ch/pub/www/doc/http-spec.ps.

**Berners-Lee, T.** (1993). *Uniform Resource Locators*. Technical report. URL=ftp://info.cern.ch/pub/ietf/url4.ps.

**Comer, D.** (1979), The Ubiquitous B-Tree. *ACM Computing Surveys 11(2)*, pp 121-137.

**Comer, D.** (1991). *Internetworking with TCP/IP*, volume 1. Prentice-Hall.

**Davies, F.; Kahle, B.; Morris, H.; Salem, J.; Shen, T.; Wang, R.; SuiJ. Grinbaum, M.** (1990). *WAIS Interface Protocol*. Technical report, Thinking Machine Corporation. URL=ftp://quake.think.com/wais/doc/protspec.txt.

**Fuhr, N.** (1993). *Information Retrieval – Script of presentation in WS 91/92*. Technical report, University of Dortmund, FB Information Technology, Information system LS6.

**Kahle, B.** (1989). *Wide Area Information Server Concepts*. Technical report, Thinking Machines Corporation. URL=ftp://wais.com/pub/wais-inc-doc/wais-concepts.txt.

**Kahle, B.; Morris, H.; Goldman, J.; Erickson, T.; Curran, J.** (1993). Interfaces for Distributed Systems of Information Servers. *Journal of the American Society for Information Science 44(8)*, pp 453-467.

**Knuth, D.** (1973). *The Art of the Computer Programming – Sorting and Searching*, volume 3. Addison-Wesley.

SAMNDCA630-06029350

**Lynch, C.** (1991). The Z39-50 information retrieval protocol: an overview and status report. *ACM computer Communications Review 21(1).*

**Lynch, C.** *The Z39.50 Protocol in Plain English.* Technical report. URL=ftp://wais.com/pub/protocol/plain.english.txt.

**Lynch, C.** (1995). *Using the Z39.50 Information Retrieval Protocol in the Internet Environment.* Technical report. URL=ftp://wais.com/pub/protocol/draft-ietf-iiir-z3950-over-tcp-00.txt.

**Marshall, P.** (1992). *WAIS: The Wide Area Information Server or Anonymous What???* Technical report, The University of Western Ontario. URL=ftp://wais.com/pub/wais-doc/UWO-wais-paper.ps.

**Morris, H.** (1990). *WAIS Protocol Users Manual Release 1.0.1.* Technical report, Thinking Machines Corporation.

**Poersch, T.** (1993). *Design and Implementation of Access Pathes for String Similarity Searches.* Diploma thesis, University of Dortmund.

**Porter, M. F.** (1980). An Algorithm for Suffix Stripping. *Program 14,* pp 130-137.

**Salton, G; Buckley, C.** (1988). On the Use of Spreading Activation Methods in Automatic Information Retrieval. In: Chiaramella, Y. (pub.): *11th International Conference on Research & Development in Information Retrieval,* pp 147-160. Presses Universitaires de Grenoble, Grenoble, France.

**Salton, G.; McGill, M. J.** (1983). *Introduction to Modern Information Retrieval.* McGraw-Hill, New York.

**Tanenbaum, A.S.** (1990). *Computer Networks.* Wolfram.

**Thinking Machines Corporation** (1991). *Massively Parallel Information Retrieval for Wide Area Information Servers.* Technical report, Thinking Machines Corporation.

**WAIS Inc** (1993). *Technical Description of WAIS 2.0.* Technical report, WAIS Inc. URL=http://server.wais.com/newhomepages/techtalk.html.

**Wirth, N.** (1983). *Algorithms and Data Structures.* Teubner, Stuttgart.

SAMNDCA630-06029351



February 25, 2013

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from German into English of the article that is entitled: Expansion of the FreeWAIS Server Thesis by Huynh Quoc Thanh Tung.

_____

Abraham I. Holczer

Project Manager

Park Case # 36383

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577

SAMNDCA630-06029352