UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF ULRICH PFEIFER** |

## DECLARATION OF ULRICH PFEIFER

1.      My name is Ulrich Pfeifer.  I have personal knowledge of the facts set forth herein, and am competent to testify to the same.

2.      I am currently the Manager of Infrastructure Development at Verizon Business in Dortmund, Germany, where I have worked since 1997.  In 1990, I obtained a Masters Degree in computer science from the Technical University of Darmstadt in Darmstadt, Germany.  From the spring of 1991 through the spring of 1997, I was employed by Dortmund University in Dortmund, Germany as a research assistant for Professor Norbert Fuhr.  As a research assistant for Professor Fuhr, I was responsible for supervising and training his students, as well as assisting Professor Fuhr with his research in the area of information retrieval.

3.      In early 1993, Professor Fuhr tasked me with researching the WAIS information retrieval system.  I downloaded a version of WAIS published by the Clearinghouse for Networked Information Discovery and Retrieval (CNIDR) called freeWAIS.  After investigating

freeWAIS's features and functionalities, I reported my findings to Professor Fuhr.  Professor Fuhr and I decided to begin a research project to create an improved version of the WAIS information retrieval system software based on freeWAIS.  We named this software freeWAIS-sf.

4.    I was responsible for writing the source code for freeWAIS-sf.  I delegated this task in part to Professor Fuhr's and my diploma thesis student Mr. Huynh Tung.  Mr. Tung and I completed work on the first version of freeWAIS-sf, freeWAIS-sf 0.2 alpha, in March 1994.  On March 2, 1994, I uploaded the freeWAIS-sf alpha distribution to a public folder on the Dortmund University ftp site at ftp://ls6-www.informatik.uni-dortmund.de/pub/wais/freeWAIS-0.2-sf-alpha.tar.gz.  I also posted a message to the comp.infosystems.wais newsgroup announcing the availability of this freeWAIS-sf distribution for download at that ftp location.  Attached as Exhibit 1 to my declaration, is a true and correct copy of that announcement.  I also located a copy of the March 2, 1994 announcement in an online archive of the comp.infosystems.wais newsgroup                            at                            the                            URL https://groups.google.com/forum/#!original/comp.infosystems.wais/5ct2nQPEws4/ZEEMCO9ky-wJ, which confirms my belief that Exhibit 1 is a true and correct copy of that announcement.  Once I posted the announcement and uploaded the first version of the freeWAIS-sf distribution to a public folder on the Dortmund University ftp site, consistent with the operation and availability of newsgroups and public ftp sites, both the announcement and the first freeWAIS-sf distribution were available to any person in the United States.

5.    From March 1994 through the spring of 1997, I continued to work on and support freeWAIS-sf by responding to emails and newsgroup postings from users concerning freeWAIS-sf, including users in the United States.  During this time, I received emails from individuals, emails sent to a mailing list, and comp.infosystems.wais newsgroup postings concerning freeWAIS-sf in my electronic mailbox on my workstation computer.  This electronic mailbox

was in my control and possession during my entire employment at Dortmund University.  In the spring of 1997, shortly before leaving Dortmund University, I transferred my electronic mailbox folders from my workstation at Dortmund University to my personal computer, including my emails relating to freeWAIS-sf and the newsgroup postings I had collected concerning freeWAIS-sf.  Since 1997, I have made backup copies of my mailbox that I had transferred from Dortmund University to my personal computer.  In response to the subpoena served on me in this litigation, I located a backup of my mailbox from 1997 which contained the emails and newsgroup postings that I transferred to my personal computer shortly before leaving Dortmund University, including the emails and newsgroup postings related to freeWAIS-sf.

6.     From March 1994 through the spring of 1997, I also continued to work on and support freeWAIS-sf by creating new versions and updates of freeWAIS-sf in response to user feedback.  I uploaded each new version  to the Dortmund University ftp site as a full distribution or incremental update.  Once I posted a distribution of freeWAIS-sf on the Dortmund University ftp site, that distribution was available to any person in the United States.  After completing the creation of each version of freeWAIS-sf, it was my regular practice to archive a copy of the files of that version that was posted on the Dortmund University ftp site in a CVS repository stored on the university's computers.  A CVS repository is a repository used by developers to archive different versions of files from their development environment.  I did not make any changes to the files of released versions of freeWAIS-sf after the files had been archived in my CVS repository, nor did I make changes to the copies of the files for the released version inside the archive.

7.     Each freeWAIS-sf distribution that I uploaded to the Dortmund University ftp site and archived in my CVS repository was formatted as a compressed tar file which could be downloaded, unpacked and installed on any standard computer running a UNIX or Linux environment.  Each tar file contained the source code and software for the freeWAIS-sf server,

the freeWAIS-sf indexer, the source code and software for a number of WAIS clients, including waissearch, swais, waisq, xwais and documentation explaining how to unpack, install, compile, use and operate freeWAIS-sf and WAIS clients included with the distribution. Several entities unaffiliated with Dortmund University created mirror copies of freeWAIS-sf distributions by downloading copies of the tar file for a distribution from Dortmund University's ftp site and uploading that tar file to their own ftp servers prior to my departure from Dortmund University in the spring of 1997. At least one of these mirror servers was located in the United States, and these servers were available to any person in the United States.

8.      On January 31, 1996, I completed the creation of the freeWAIS-sf version 2.0.65 distribution. I uploaded the freeWAIS-sf 2.0.65 distribution files to a public folder on the Dortmund University ftp site less than a week later. After uploading this distribution, I archived a copy of the freeWAIS-sf 2.0.65 distribution files in my CVS repository on or before March 7, 1997. The files in the freeWAIS-sf 2.0.65 distribution that I uploaded to the Dortmund University ftp site on or around January 31, 1996 were identical to the corresponding files for the freeWAIS-sf distribution that I archived in my CVS repository, with the exception of a single comment that was automatically added by the CVS repository to each source code file in the CVS repository distribution, when originally checked into the CVS repository. The freeWAIS-sf 2.0.65 distribution that I uploaded to the Dortmund University ftp site on or around January 31, 1996 was formatted as a compressed tar file which could be downloaded, unpacked and built on a standard computer running a UNIX or Linux environment. The freeWAIS-sf 2.0.65 distribution contained the source code and software for the freeWAIS-sf server, the freeWAIS-sf indexer, the source code and software for a number of WAIS clients including waissearch, swais, waisq and xwais, and documentation explaining how to unpack, install, compile, use and operate freeWAIS-sf and the WAIS clients included with the freeWAIS-sf 2.0.65 distribution. The freeWAIS-sf 2.0.65 distribution also contained a list of frequently asked questions and answers.

Once I posted the freeWAIS-sf 2.0.65 distribution in a public folder on the Dortmund University ftp site, consistent with the operation and availability of public ftp sites, the freeWAIS-sf 2.0.65 distribution was available to any person in the United States.  Several entities unaffiliated with Dortmund University created a mirror copy of the freeWAIS-sf 2.0.65 distribution by downloading a copy of the files for the freeWAIS-sf distribution from the Dortmund University ftp site and uploading those files to their own ftp servers prior to my departure from Dortmund University in the spring of 1997.  At least one of these mirror servers was located in the United States, and this server was available to any person in the United States.

9.      When I left Dortmund University, I transferred the CVS repository from the university computers at Dortmund University to my personal computer.  Since 1997, I have made backup copies of the information on my personal computer, including the CVS repository. In response to the subpoena served on me in this litigation, I was able to locate the CVS repository containing the files for the freeWAIS-sf 2.0.65 distribution on a backup of my personal computer.  I have reviewed and analyzed a copy of the file bearing production number FUHRNDCA630-00000001.   FUHRNDCA630-00000001 is a compressed tar file which contains a folder named "freeWAIS-sf-2.0.65."  I located the files for the freeWAIS-sf 2.0.65 distribution in my 1997 CVS repository and compared each file in the archived distribution with each file contained in the "freeWAIS-sf-2.0.65" folder in FUHRNDCA630-00000001.   I concluded that the files in the "freeWAIS-sf-2.0.65" folder in FUHRNDCA630-00000001 are identical to the files in my CVS repository, with the exception of a single comment that was automatically added by the CVS repository to each source code file in the CVS repository distribution, when originally checked into the CVS repository.  However, these comments are immaterial because they do not affect the substance or functionality of any source code file. Based on my review and analysis of FUHRNDCA630-00000001, I concluded that FUHRNDCA630-0000001, attached as Exhibit 2 to my declaration, contains a true and correct

copy of the contents of the freeWAIS-sf 2.0.65 distribution that was uploaded to the Dortmund University website in or around January 1996.

10.     Attached as Exhibit 3 to my declaration is a true and correct copy of documentation for freeWAIS-sf that was included in the freeWAIS-sf 2.0.65 distribution that was uploaded to the Dortmund University ftp server in or around January 1996.  I obtained Exhibit 3 from the file freeWAIS-sf-2.0.65\doc\SF\fwsf.ps located in the compressed tar file bearing production number FUHRNDCA630-00000001.  The page numbered 3 of Exhibit 3 lists the mirror servers containing copies of the freeWAIS-sf distributions.  One of the mirror servers identified as containing the freeWAIS-sf distribution was "ftp.maxwell.syr.edu" which is an ftp server located at Syracuse University in New York.  Exhibit 3 thus corroborates my belief that freeWAIS-sf distributions, including the freeWAIS-sf 2.0.65 distribution, were copied to at least one server in the United States prior to my departure from Dortmund University in spring 1997.

11.     Attached as Exhibit 4 to my declaration is a true and correct copy of the frequently asked questions for freeWAIS-sf that was included in the freeWAIS-sf 2.0.65 distribution that was posted to the Dortmund University ftp server in or around January 1996.  I obtained Exhibit 4 from the file freeWAIS-sf-2.0.65\doc\SF\freeWAIS-sf-faq.1 located in the compressed tar file bearing production number FUHRNDCA630-00000001.   The page numbered 3 of Exhibit 4 also lists the mirror servers containing copies of the freeWAIS-sf distributions.  One of the mirror servers identified as containing the freeWAIS-sf distribution was also "ftp.maxwell.syr.edu", an ftp server located at Syracuse University in New York.  Exhibit 4 thus further corroborates my belief that freeWAIS-sf distributions, including the freeWAIS-sf 2.0.65 distribution, were copied to at least one server in the United States prior to my departure from Dortmund University in spring 1997.

12.     While I was employed at Dortmund University, members of the public in the United States knew of, downloaded and used freeWAIS-sf, including the freeWAIS-sf 2.0.65

distribution, prior to my spring 1997 departure from Dortmund University.  I know this because I received and often responded to emails and newsgroup postings from persons in the United States, discussing problems or providing feedback concerning the features and functionality of freeWAIS-sf, including the freeWAIS-sf 2.0.65 distribution.  I located copies of each of the documents attached as Exhibits 5-17 to this declaration in the backup copy of my electronic mailbox.  I certify, as the individual who located these documents, that these documents are true and correct copies of documents that were originally developed and/or maintained by me. These documents were maintained in the course of regularly conducted activity at Dortmund University. After I left Dortmund University, I maintained copies of these documents in my personal files, which have remained in my custody.

13.     Attached as Exhibit 5 is a true and correct copy an email bearing production number PFEIFERNDCA630-00003763-65 that I found in the backup copy of my electronic mail from 1997, which I received in October 1995 directly from Mike Strong at strong@sulfur.einet.net.  Mr. Strong, who provided a Texas mailing address, indicated he was using freeWAIS-sf 2.0.16 in the United States as of the date I received the email to index newspaper articles, and had configured the freeWAIS-sf database to use both stemming and phonetic search.  Based on my knowledge as the creator of freeWAIS-sf 2.0.16 and freeWAIS-sf 2.0.65, I know that freeWAIS-sf 2.0.65 possessed all the same features and functionality of freeWAIS-sf 2.0.16.

14.     Attached as Exhibit 6 is a true and correct copy of an email bearing production number PFEIFERNDCA630-00002019, that I found in the backup copy of my electronic mail from 1997, which I received in March 1996, that was posted by Torsten Heycke at torstenheycke@med.stanford.edu to the comp.infosystems.wais newsgroup.  I also located a copy of Mr. Heycke's post on the online archive of the comp.infosystems.wais newsgroup at https://groups.google.com/forum/#!original/comp.infosystems.wais/bk_kDeKJvlk/7udMpGRx-

lEJ, which confirms my belief that Exhibit 6, which I found in the backup copy of my electronic mail, is a true and correct copy of Mr. Heyncke's post.  Mr. Heycke, who posted from Stanford University Medical School in California, indicated he was using freeWAIS-sf 2.0.65 as of the date I received the email.

15.    Attached as Exhibit 7 is a true and correct copy an email bearing production number PFEIFERNDCA630-00001602 that I found in the backup copy of my electronic mail from 1997, which I received in July 1996, that was sent by Chad Adams at u2ti9cma@crreI41.crrel.usace.army.mil to the wais@wsct.wsc.com mailing list, on which I was a recipient.  Mr. Adams, who identified himself as a Systems Administrator at the United States Army Cold Regions Research and Engineering Laboratory, indicated he was using freeWAIS-sf 2.0.65 as of the date I received the email.

16.    Attached as Exhibit 8 is a true and correct copy an email bearing production number PFEIFERNDCA630-00004380-88 that I found in the backup copy of my electronic mail from 1997, which I received in November 1995 directly from William Fagal of the Ellen G. White Estate at egw@aubranch.egwestate.andrews.edu.  Mr. Fagal, who provided a mailing address at Andrews University in Michigan, indicated he was using at least freeWAIS-sf 1.1.2 and freeWAIS-sf 2.0.45, and had performed or attempted to perform searches of freeWAIS-sf databases using a WAIS client located on the same computer as the database, and using a WAIS client located on a different computer than the database, as of the date I received the email. Based on my knowledge as the creator of freeWAIS-sf 2.0.45 and freeWAIS-sf 2.0.65, I know that freeWAIS-sf 2.0.65 possessed all the same features and functionality of freeWAIS-sf 2.0.45. Attached as Exhibit 9 is a true and correct copy of an email that I found in the backup copy of my electronic mail from 1997 bearing production number PFEIFERNDCA630-000001976, which I received in March 1996, that was posted by Clarence Thomas at 102555.1311@CompuServe.COM to the comp.infosystems.wais newsgroup.  I also located a

copy of Mr. Thomas' post in the online archive of the comp.infosystems.wais newsgroup at https://groups.google.com/forum/#!original/comp.infosystems.wais/iOzKWYQBUvk/1sUqpXK_FYwJ, which confirms my belief that Exhibit 9, which I found in the backup copy of my electronic mail, is a true and correct copy of Mr. Thomas' post.  Mr. Thomas indicated that the freeWAIS-sf server at Andrews University in Michigan was configured with multiple freeWAIS-sf databases.

17.     Attached as Exhibit 10 is a true and correct copy an email that I found in the backup copy of my electronic mail from 1997 bearing production number PFEIFERNDCA630-000002104, which I received in March 1996, that was posted by Frank Peters at fwp@Jester.CC.MsState.Edu to the comp.infosystems.wais newsgroup.  I also located a copy of Mr. Peters' post on the online archive of the comp.infosystems.wais newsgroup at https://groups.google.com/forum/#!original/comp.infosystems.wais/moHU4S7iQOA/nzlUWXT Out0J, which confirms my belief that Exhibit 10, which I found in the backup copy of my electronic mail, is a true and correct copy of Mr. Peters' post.  Mr. Peters, who identified himself as the UNIX Systems Group Leader at Mississippi State University, indicated he was using freeWAIS-sf 2.0.65 as of the date I received the email.

18.     Attached as Exhibit 11 is a true and correct copy an email bearing production number PFEIFERNDCA630-00003980 that I found in the backup copy of my electronic mail from 1997, which I received in March 1996, directly from Jon Meek at meekj@pt.Cyanamid.COM.  Mr. Meek, who emailed me from American Cyanamid company in New Jersey, indicated he was using freeWAIS-sf 2.0.65 as of the date I received the email.

19.     Attached as Exhibit 12 is a true and correct copy an email bearing production number PFEIFERNDCA630-00000066 that I found in the backup copy of my electronic mail from 1997, that was posted by Timothy Cheney at tcheney@lexis.pop.upenn.edu to the comp.infosystem.wais newsgroup, which I received in January 1997.  I also located a copy of Mr.

Cheney's post on the online archive of the comp.infosystems.wais newsgroup at https://groups.google.com/forum/#!original/comp.infosystems.wais/Jk8cIf6Zi2Y/xixvVvxuSdMJ, which confirms my belief that Exhibit 12, which I found in the backup copy of my electronic mail, is a true and correct copy of Mr. Cheney's post.  Mr. Cheney, who provided a mailing address at the Population Studies Center at the University of Pennsylvania in Philadelphia, Pennsylvania, indicated he was using freeWAIS-sf to index e-mails with the stemming feature of freeWAIS-sf enabled.

20.    Attached as Exhibit 13 is a true and correct copy an email bearing production number PFEIFERNDCA630-00000392 that I found in the backup copy of my electronic mail from 1997, which I received in Feburary 1997, that was posted by Michael Danahy at mdanahy@esu2.esu2.12.ne.us to the comp.infosystems.wais newsgroup.  I also located a copy of Mr. Danahy's post on the online archive of the comp.infosystems.wais newsgroup at https://groups.google.com/forum/#!original/comp.infosystems.wais/7ucr1KLqq5w/4hDxHx8fStc J, which confirms my belief that Exhibit 13, which I found in the backup copy of my electronic mail, is a true and correct copy of Mr. Danahy's post.  Mr. Danahy, who identified himself as the System and Network Manager at Educational Service Unit #2, which is located in Nebraska, indicated he was using freeWAIS-sf 2.0.65 as of the date I received the email.

21.    Attached as Exhibit 14 is a true and correct copy an email bearing production number PFEIFERNDCA630-00000487 that I found in the backup copy of my electronic mail from 1997, which I received in March 1997, that was posted by Bill Wood at bwood@cdr.stanford.edu to the comp.infosystems.wais newsgroup.  I also located a copy of Mr. Wood's post on the online archive of the comp.infosystems.wais newsgroup at https://groups.google.com/forum/#!original/comp.infosystems.wais/aUik-

3b3Kvo/hkRHCUoeBRkJ, which confirms my belief that Exhibit 14, which I found in the backup copy of my electronic mail, is a true and correct copy of Mr. Wood's post.  Attached as

Exhibit 15 is a true and correct copy an email bearing production number PFEIFERNDCA630-00000566 that I found in the backup copy of my electronic mail from 1997, which I received in March 1997, that was posted by Bill Wood at bwood@cdr.stanford.edu to the comp.infosystems.wais newsgroup following up on his earlier March 1997 post.  I also located a copy of Mr. Wood's post in the online archive of the comp.infosystems.wais newsgroup at https://groups.google.com/forum/#!original/comp.infosystems.wais/aUik-3b3Kvo/HVpyRHPWRKYJ, which confirms my belief that Exhibit 15, which I found in the backup copy of my electronic mail, is a true and correct copy of Mr. Wood's post.  Mr. Wood, who provided an email address at the Center for Design Research at Stanford University in Stanford, California, indicated he was using freeWAIS-sf 2.0.65, and had performed searches of freeWAIS-sf 2.0.65 databases located on the same computer as the WAIS client used to perform the search, and searches of freeWAIS-sf 2.0.65 databases located on a different computer than the WAIS client used to perform the search.

22.     Attached as Exhibit 16 is a true and correct copy an email bearing production number PFEIFERNDCA630-00004997 that I found in the backup copy of my electronic mail from 1997, which I received in March 1997 directly from Bowen Dwelle at bowen@hotwired.com.  Mr. Dwelle, who identified himself as the Engineering Project Manager at WIRED Digital, a magazine company located in California, indicated he was using freeWAIS-sf 2.0.65 as of the date I received the email.

23.     Exhibits 5 to 16 to my Declaration, corroborate my belief that freeWAIS-sf, including freeWAIS-sf 2.0.65, was available to, known and used by members of the public in the United States.

24.     I also know that persons in the United States knew of, downloaded and used the freeWAIS-sf 2.0.65 distribution prior to my spring 1997 departure from Dortmund University because I maintained a log of IP addresses of servers in the United States that had indexed one or

more freeWAIS-sf databases.  Professor Fuhr and I added code in freeWAIS-sf which sent a packet from the computer on which freeWAIS-sf was installed, to a server at Dortmund University, whenever the set of freeWAIS-sf databases on a host computer was updated, as long as the user chose not to disable that functionality during installation freeWAIS-sf on the computer.  That packet identified the IP address of the computer on which freeWAIS-sf was installed.  The information from the UDP packets was aggregated and maintained in a log on the server.  I was able to correlate the IP address of computers that sent a UDP packet with a domain name specific to the country in which that computer was located.  Based on this correlated log data, there were many freeWAIS-sf databases that were indexed in the United States prior to my departure from Dortmund University in the spring of 1997.  Attached as Exhibit 17, is a true and correct copy of a March 1997 email bearing production numbers PFEIFERNDCA630-00004625-26 that I found in the backup copy of my electronic mail from 1997 that correlates indexed freeWAIS-sf databases to the countries in which those freeWAIS-sf databases were located.  Exhibit 17 corroborates my belief that freeWAIS-sf, including freeWAIS-sf 2.0.65, was available to, known and used by persons in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:      October 31, 2013

Ulrich Pfeifer

# EXHIBIT 1

Path: gmd.de!xlink.net!howland.reston.ans.net!cs.utexas.edu!uunet!Germany.EU.net!Informatik.Uni-Dortmund.DE!fbi-news!pfeifer
From: pfei...@ls6.informatik.uni-dortmund.de (Ulrich Pfeifer)
Newsgroups: comp.infosystems.wais
Subject: ANNOUNCING freeWAIS-0.2-sf alpha
Date: 02 Mar 1994 16:16:36 GMT
Organization: Universitaet Dortmund, Lehrstuhl Informatik VI
Lines: 159
Distribution: world
Message-ID: <PFEIFER.94Mar2171636@woodstock.informatik.uni-dortmund.de>
Reply-To: Ulrich Pfeifer <pfei...@ls6.informatik.uni-dortmund.de>
NNTP-Posting-Host: woodstock.informatik.uni-dortmund.de

Hi everybody!

A new version of freeWAIS is available based on version 202 of the
original distribution. Read about the astonishing features below.

We think about it as an *alpha* release. If you decide to use it -
please let us know. Also feel free to send comments and bug reports.

The code is tested on a SUN SPARC. Porting to machines with short
integers might be not too easy.

Huynh Quoc thanh Tung, Ulrich Pfeifer
-----------------------------------------------------------------------
Title: README freeWAIS-0.2-sf
Authors: Thinking Machines, Jim Fullton, Kevin Gamiel, Jane Smith, Tung Huynh
Last update: 02.25.1994
Abstract: This file contains overview information about freeWAIS 0.2 sf

Send comments and bug fixes to huy...@ls6.informatik.uni-dortmund.de

WHERE TO GET
    ftp://ls6-www.informatik.uni-dortmund.de/pub/wais/freeWAIS-0.2-sf-alpha.tar.gz
    1163437 Mar  2 16:44 freeWAIS-0.2-sf-alpha.tar.gz

FEATURES:

    BOOLEAN SEARCHES now really work. The flipside is, that you
        can retrieve 'SYNTAX ERRORS'.

    LITERAL SEARCHES now really work.

    SEARCHES in restrikted field now are possible

    DOUCUMENT TYPES can now defined with a special language. No code
        modification for adding new document types necessary.
        Definition of fields by regexps. For each input field the
        type of indexes (text, soundex, phonix) can be specified.

QUERY SYNTAX:

```
query        -> expression
expression   -> term
               expression OR term
               expression term            # OR may be ommited
term         -> factor
               term AND factor
               term NOT factor            # NOT really means
                                   # AND NOT
factor       -> word
               ( expression )
               field  = ( s_expression )
               field  = word
               field  == word             # for numeric fields
               field  < word
               field  > word

# same as above, but no field spec is allowed, since one is
# given already
s_expression -> s_term
               s_expression OR s_term
               s_expression s_term
s_term       -> s_factor
               s_term AND s_factor
               s_term NOT s_factor
s_factor     -> WORD
               ( s_expression )
QUERY EXAMPLES:
   "information retrieval"                # free text queries
   "information OR retrieval"              # same as above
   "ti=information retrieval"                # information must be in
                          # the title
   "ti=(information retrieval)"           # one of them in title
   "ti=(information AND retrieval)"          # both of them in title
   "ti=(information NOT retrieval)"           # "information" in title
                          # and "retrieval" not in
                          # title
   "py==1990"                    # nummeric equal
   "py<1990"
   "py>1990"

   "au=(soundex salatan)"                # soundex search
                          # matches eg.
                          # 'Salton'
DOCUMENT SPEC

   Call waisindex with option '-t fields'. Document specification
   should be in "<database>.fmt".

   format    -> <record-end> regexp speclist
   speclist  -> spec | spec speclist
   spec      -> <field> REGEXP fieldlist options indexspecs <end> regexp
   options   -> '' | option options
   options   -> NUMERIC regexp INT
             HEADLINE regexp INT
```

```
                  DATE REGEXP REGEXP date date date regexp
     indexspecs  -> '' | indexspec indexspecs
     indexspec   -> indextype dicts
     indextype   -> TEXT | SOUNDEX | PHONIX
     dicts       -> GLOBAL | LOCAL | BOTH
     date        -> DAY | MONTH monthspec
     monthspec   -> '' | STRING
     fieldlist   -> '' | WORD fieldlist
```

DOCUMENT SPEC EXAMPLE
------------------------------------------------------------------------
```
CK: Mostert/etal:89
AU: Mostert, D.N.J.; Eloff, J.H.P.; von Solms, S.H.
TI: A Methodology for Measuring User Satisfaction.
JT: Information processing & management.
VO: 25
PY: 1989
NO: 5
PP: 545
^L
CK: Qiu:90
AU: Qiu, Liwen
TI: An Empirical Examination of the Existing Models for Bradford's Law.
JT: Information processing & management.
VO: 26
PY: 1990
NO: 5
PP: 655
^L
```
```
-----------------------------------------+------------------------------
<record-end> /^L/                        | record are separated by form feeds
                         | (cntl-L not '^L' !)
<field> /^PY: /                  | field 'py' starts with 'PY:'.
py <numeric> /[^ ]:[^ ]/ 4 TEXT LOCAL    | It is a numeric field of length 2
<end> /^[A-Z][A-Z]:/             | indexed with type TEXT in the local
                         | dictionary only and ends with the
                         | next tag.
                         |
<field> /^AU: /                  | field 'au' is indexed with types
au SOUNDEX LOCAL TEXT LOCAL          | TEXT and SOUNDEX in the local
<end> /^[A-Z][A-Z]:/             | dictionary.
                         |
<field> /^CK: /                  | field 'ck' is indexed with type text
ck TEXT BOTH                 | in the local and the global dict.
<end> /^[A-Z][A-Z]:/             |
                         |
<field> /^TI: /                  | first 50 chars after 'TI: ' are copied
ti <headline> /TI: / 50 TEXT BOTH      | to the chars 1 to 50 of the headline.
<end> /^[A-Z][A-Z]:/             |
                         |
<field> /^AU: /                  | first 50 chars after 'AU: '
au <headline> /AU: / 50 TEXT BOTH      | are copied to chars 51 to
<end> /^[A-Z][A-Z]:/             | 100 of the headline.
-----------------------------------------+------------------------------
```

See the example in dir ./FIELD-EXAMPLE. Just type "make" to index and
"make test" to call "swais".

You may want to play with the document spec in "test.fmt".


--
Ulrich  UNIVERSITAET-DORTMUND    telefax:  49 231 755 2386        /////
Pfeifer Lehrstuhl Informatik VI  voice:    49 231 755 3032    ____UNI DO
@RR    D-44221 Dortmund        postbox:  50 05 00       \\*\V////
http://ls6-www.informatik.uni-dortmund.de/WhoIsWhoAtLS6.html  \\\\V/

# EXHIBIT 2

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBIT 2 TO THE DECLARATION OF ULRICH PFEIFER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  December 12, 2013<br>Time:  1:30 p.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Honorable Lucy H. Koh |

# MANUAL FILING NOTIFICATION

Regarding Exhibit 2 to the Declaration of Ulrich Pfeifer In Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment.

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal in Criminal Case

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

DATED:  November 1, 2013                QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP


                                        By /s/ Victoria F. Maroulis
                                        _____
                                        Charles K. Verhoeven
                                        Kevin P.B. Johnson
                                        Victoria F. Maroulis
                                        William C. Price

                                        Attorneys for SAMSUNG ELECTRONICS CO.,
                                        LTD., SAMSUNG ELECTRONICS AMERICA,
                                        INC., and SAMSUNG
                                        TELECOMMUNICATIONS AMERICA, LLC

## ATTESTATION OF E-FILED SIGNATURE

I, Patrick D. Curran, am the ECF user whose ID and password are being used to file Samsung's Manual Filing Notification For The Declaration of Ulrich Pfeifer In Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment.  In compliance with Civil L.R. 5-1(i), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  November 1, 2013                    */s/ Patrick D. Curran*
                                             Patrick D. Curran

# EXHIBIT 3

# freeWAIS-sf

The enhanced freeWAIS distribution
Edition 0.5, for freeWAIS-sf 2.0
October 1995



**by Ulrich Pfeifer**

Copyright © 1995 University of Dortmund, Germany.

Permission is granted to make and distribute verbatim copies of this manual provided the copyright notice and this permission notice are preserved on all copies.

Permission is granted to copy and distribute modified versions of this manual under the conditions for verbatim copying, provided that the entire resulting derived work is distributed under the terms of a permission notice identical to this one.

Permission is granted to copy and distribute translations of this manual into another language, under the above conditions for modified versions, except that this permission notice may be stated in a translation approved by the Free Software Foundation.

# 1 Overview

The freeWAIS-sf distribution contains clients, servers, and auxiliary programs for the TCP/IP protocol known as *WAIS*. See Section 1.1 [Protocol], page 1. The distribution is focussed on the WAIS server `waisserver` and the indexer `waisindex`. Clients are distributed only for convenience. You can use any WAIS client to query the freeWAIS-sf server.

## 1.1 The WAIS Protocol

The WAIS protocol is based on the ANSI standard Z39.50 Version 1 (aka Z39.50 V1 or Z39.50 88). It uses only a subset of features of the Z39.50. Namely no requests which require the server to preserve some state are used. The WAIS protocol extents this basic features with elements for relevance feedback. The WAIS protocol is sometimes slightly incorrect also referred to as Z39.50 V1.

This ad hoc extension found their way back to the Z39.50 standard when the next version Z39.50 V2 (aka Z39.50 92) was defined. For implementation of WAIS-like (remember: WAIS is the name of the original protocol) the exist a definition of subset called the "WAIS Profile". Often Z39.50 V2 is used as synonym for this profile. freeWAIS-sf currently does **not** support Z39.50 V2.

## 1.2 Client Server Architecture

A WAIS System consists of clients talking to a server via an TCP/IP network using the WAIS protocol. Servers answer search requesta using auxiliary data structures called the *index*. These are created for the original documents by the `waisindex` program. Retrieve-requests are answered by the server fetching (parts of) the original files. As set of documents together with their associate index is called a *WAIS database*.



# 2  Getting freeWAIS-sf and related stuff

## 2.1  Mirror Sites

Most of the ftp accessable Stuff is mirrored on different sites. Please check archie or one of the sites below. The load on our server is growing out of bounds. We had to close it for the public - for the big files at least. Since all Packets are routed over the EUnet site, it will be faster to get the stuff from there as from ls6-www.

```
ftp.maxwell.syr.edu
            '/infosystems/wais/FreeWAIS-sf/'
ftp.germany.eu.net
            '/pub/infosystems/wais/Unido-LS6/'
ftp.switch.ch
            '/mirror/wais/servers/sf-alpha/'
ftp.leo.org
            '/pub/comp/infosys/wais/freeWAIS/'
```

If you want to become a mirror site for freeWAIS-sf, send a mail to '`wais@ls6.informatik.uni-dortmund`' containing:

- The ip-address and ip-name of the host you mirror from.
- The ip-name of the serveryou want to redistribute and the directory where the distribution will be available.
- The frequency you will mirror the distribution.

## 2.2  Documentation

**freeWAIS-sf-faq**
> The freeWAIS-sf FAQ. Information which did not found its way in this manual.
> - '`ftp://`*mirror-site*`/`*mirror-dir*`/freeWAIS-sf-faq`'
> - '`http://www.cis.ohio-state.edu/hypertext/faq/usenet/wais-faq/\`
>   `freeWAIS-sf/faq.html`'

**comp.infosystems.wais FAQ**
> Very old c.i.w FAQ. Some Pointers to clients.
> '`http://www.cis.ohio-state.edu/hypertext/faq/usenet/wais-faq/\`
> `getting-started/faq.html`'

**This Manual**
> - '`ftp://`*mirror-site*`/`*mirror-dir*`/freeWAIS-sf-2.0/fwsf.texi.gz`'
> - '`ftp://`*mirror-site*`/`*mirror-dir*`/freeWAIS-sf-2.0/fwsf.dvi.gz`'

4                             freeWAIS-sf

Case 5:12-cv-00630-LHK  Document 855-9  Filed 11/01/13  Page 28 of 132

- `ftp://`*mirror-site*`/`*mirror-dir*`/freeWAIS-sf-2.0/fwsf.ps.gz`
- `ftp://`*mirror-site*`/`*mirror-dir*`/freeWAIS-sf-2.0/fwsf.info.gz`

**WWW95 Paper**
   `http://www.igd.fhg.de/www/www95/papers/47/fwsf/fwsf.html`

## 2.3 Sources

**freeWAIS-sf-2.0**
   `ftp://`*mirror-site*`/`*mirror-dir*`/freeWAIS-sf-2.0/freeWAIS-sf-2.0.tar.gz`

**waisperl**  For linking Perl with the freeWAIS-sf libraries. Used with SFgate. `ftp://`*mirror-site*`/`*mirror-dir*`/freeWAIS-sf-2.0/waisperl/Wais-2.0.tar.gz`

**SFgate**  The WWW Gateway for freeWAIS-sf.

   `ftp://`*mirror-site*`/`*mirror-dir*`/SFgate-4.0/SFgate-4.0.tar.gz`

**Example Format Files**
   `ftp://`*mirror-site*`/`*mirror-dir*`/fmt-examples`

**Rainer Klute's Imake extension to CERN httpd 3.0**
   `ftp://ftp.germany.eu.net/pub/infosystems/www/cern/WWW-Imake.tar.gz`

# 3  Building and Installation

## 3.1  Unpacking the Distribution

The file '`freeWAIS-sf-2.0.tar.gz`' is a `tar` archive compressed with GNU `gzip`. Unpack it with the following command:

```
gunzip -cd freeWAIS-sf-2.0.tar.gz | tar xvf -
```

The directory structure is as follows:



```
                    |-FIELD-EXAMPLE
                    |
                    |-bin
                    |
                    |-ctype
                    |                |-CNIDR
                    |                |
                    |                |-SF
                    |-doc-----------|
                    |                |-original-TM-wais-|-manl
                    |
|-freeWAIS-sf-2.0-|-ir
                    |
                    |-lib
                    |
                    |-regexp
                    |
                    |-ui
                    |
                    |-x
```

The directories contain

'`FIELD-EXAMPLE`'
  some test data and procedures, which check the system once you build it.

'`bin`'  some shell scripts. Most of them for displaying non text documents after retrieval. These scripts are not maintained. They are included for convenience and drawn form freeWAIS-0.2.

'`ctype`'  the code for the 8-bit character sets.

'`doc`'  the documentation which accompanied freeWAIS-0.2 in the subdirectories '`CNIDR`' and '`original-TM-wais`'. In '`SF`' the documentation written for freeWAIS-sf can be found.

'`ir`'  the main code parts for the indexer and the server.

'`lib`'  some replacement of C functions which might be missing on some systems.

'`regexp`'  the code for regular expression matching.

`ui`        some standard clients

`x`         the standard X11 client.


## 3.2  Running `Configure`

The distribution comes with a `Configure` script generated by **metaconfig** which you should run next. It determines various system properties and asks you some questions.


### 3.2.1  Files generated

`Configure` generates some files:

`config.h, confmagic.h`
> This is where most of the option settings go. You may edit `config.h` and change some of them. This file is referenced via **#include** statements by most C files.

`config.sh`
> Here most setting for your directory layout and location of programs end up. This file is is sourced by all **\*.SH** files when producing the corresponding files.
>
> You may change settings in `config.sh` and rerun `Configure` with the options **-der**.

`Makefile`
`FIELD-EXAMPLE/Makefile`
`ctype/Makefile`
`doc/original-TM-wais/manl/Makefile`
`install`
`ir/Makefile`
`lib/Makefile`
`regexp/Makefile`
`ui/Makefile`
`bin/Makefile`
> Makefiles for bulding and installing the distribution.

`x/Imakefile`
> Imakefile for building and installing the X11-Clients.

`bin/catalog`
`bin/dictionary`
`bin/inverted_file`
`bin/makedb`
`bin/mkfmt`
`bin/ws`
> Some scripts which depend on the path to **perl**.


### 3.2.2  Questions

Run `Configure` by submitting the following to your shell:

```
    ./Configure
```

`Configure` will display a startup message and begin to check the required system properties.

Intermixed with questions about variaus system properties there are some questions about the desired properies if the freeWAIS-sf system itself. Theese are explained in little more detail below.

Finally `Configure` prints the name of the files it generates and some short advice how to proceed.

### 3.2.2.1  Regular Expressions

If your system has support for regular expression, the first question will be:

```
    ...
    Checking if your systems regexp implementation works ...
    Yes, it works
    Do you want to use your systems regexp.h? [n]
```

It is usually save to accept the default 'no' and use the regular expressions included in the distribution. If that does not work (this maybe the case with IRIX) try your systems regular expressions by answering 'yes'. In fact every answer other that 'no' will be interpreted as 'yes'.

### 3.2.2.2  Huge Headlines

The next question refers to the length of the headline file. If you will not have large databases, answer 'no' here. To estimate the size of your headline file, multiply the number of documents you want to index with the medium headline length. If this size fitz in three bytes, it is save to accept the default.

```
    Will you have HEADLINE files greater than 16 MB [n]
```

bool **MYREGEXP**                                                                                'config.h'
    If the answer is different from 'no', a `#define` for MYREGEXP is added to 'config.h'.

### 3.2.2.3  Proximity vs. String Search

Next decision selects one of two possible query extensions.

```
    This version of freeWAIS-sf supports new proximity operators by Tom
    Snee.  He also fixed the string search code.  You can now enable them
    at the cost of dropping the string search capability. There is
    currently no description of the proximity operators.  Have a look in
    ir/query_l.1 to learn about them;

    Use proximity instead of string search? [n]
```

bool **PROXIMITY**                                                                        'config.h'
　　　If the answer is different from 'no', a #define for PROXIMITY is added to 'config.h'.


### 3.2.2.4  Character Set

Configure now asks for the character set, you want to use.  All characters for which your
isalnum(c) returns true are assumed to be legal within words.

You can augment this character set by additional chars. If you want 'C++' to be a valid word, you
must make '+' an allowed character. This mechanism is usually used to add country specific ISO
characters to the default ASCII set.

```
You can compile freeWAIS-sf with it's own ctype package. You should do
this, if you want to use special (country specific) chars, which are
not supported by your systems ctype.

Use your systems ctype? [n]
```

bool **MYCTYPE**                                                                         'config.h'
　　　If the answer is different from 'no', a #define for MYCTYPE is added to 'config.h'. This
　　　also leads to the inclusion of the 'ctype' directory in the building process. So a option
　　　-I../ctype is added to the compiler flags.

The following question is asked only if the default is accepted.

```
I will now ask for your special letters.  If you do not want to give
the now, edit config.h after this Configure run. Input your upper case
letters in the same order than your lower case letters. toupper() and
tolower() depend on this order. Input letters which are upper and
lower case in both strings.


what are your upper case letters [äöüß]?*[RETURN]


what are your lower case letters [ÄÖÜß]?*[RETURN]
```

string **LCHARS**                                                                        'config.h'
string **UCHARS**                                                                        'config.h'
　　　The character strings are added as extension of LCHARS rsp. UCHARS. Note that the
　　　order of character matters, since the index position is used for the macros toupper($c$)
　　　and tolower($c$).


### 3.2.2.5  LOCAL_SEARCH

You can compile and link the clients with the capability to search index files directly. So you need
not to install a server, for local searches. The clients will be greater, but faster with local searches.

You will have to run the test (see Section 3.3.1 [Tests], page 10) manually without the switch!

```
Do you want to compile with -DLOCAL_SEARCH? [y]
```

bool **LOCAL_SEARCH**                                                                                    `config.h`
    Server code is linked to the clients when true.

### 3.2.2.6 Modified URL handling

You can modify the URL document type, to put the URL of the indexed document in the document id instead of the headline. If you use this modification you can customize the headline (e.g. with the '`-t fields`' option). Also it is not required to keep a copy of the documents for retrieval with the WAIS server. But currently only SFgate can handle this modified document-ids. Normal clients will not correctly interpret the document-ids and try to retrieve the document from a WAIS-instead of the corresponding HTTP server. See section "Overview" in *The SFgate Manual.*

```
Do you want to use the modified URL handling? [y]
```

bool **URLDOCID**                                                                                    `config.h`
    The DocumentId is used to carry the URL to the client. The server will be unable to access the document. You can remove it after indexing.

### 3.2.2.7 Installation Prefix

```
Installation prefix to use? (~name ok) [/usr/local/ls6/wais]
```

### 3.2.2.8 Synonym Files

I added a patch from Alberto Accomazzi for speeding up usage of synonym files. He writes about his patch:

For those of you who have fairly large synonym files (> 10Kb) and are running the software on a machine that supports shared memory (your machine does) enabling this feature will speed up the waisserver response time by a significant factor.

For those of you who do not have shared memory, I have rewritten the memory alloc-ation part of '`synonym.c`' so that bigger memory chunks are allocated and used rather than allocating memory for each word and synonym, so the code should be a little faster for you too.

```
Do you want to use shm cache? [n]
```

### 3.2.2.9 Registration

As distributed, freeWAIS-sf Release 2.0 will send an UDP packet to my workstation every time waisserver reindexes his info database, containing your (numeric) UID, your operating system, your compiler version and the freeWAIS-sf version.

This is *just* because I would like to get an idea of to which systems/compilers freeWAIS-sf has be ported and how many people use it, and keep on using it (rather than tried it once folks). It will *never* become a licensing scheme or some crazy thing like that. But, you can disable it by answering '`yes`' to the following question. If you do that, please let me know, if you are running freeWAIS-sf on a system/compiler, which is not mentioned in the '`README`'.

```
Disable the UDP packet sending? [n]
Ok. Thank you for your trust.
```

## 3.3  Compiling the system and running the tests

When you have generated the makefiles using `Configure` (see Section 3.2 [Configure], page 6), you can compile the system by just entering '`make all`'. This will also index a test database and run some tests. Here is the list of the make targets:

`make`            Build the system and run the tests.

`make install`
                 Install binaries and scripts.

`make install.man`
                 Install the manual pages.

`make clean`
                 Remove object files, libraries, backups, . . .

`make realclean`
                 Remove files generated by `flex`, `bison`, `dvips`, `latex`, `waisindex`.

If you need the x clients `cd` to the x subdirectory and enter `xmkmf` and `make depend` prior to `make all` and `make install`

### 3.3.1  Running the tests

After successful compilation the `make` process indexes a test database and runs some queries. You will have to start the tests manually, if you did not chose the `LOCAL_SEARCH` option. See Section 3.2.2.5 [LOCAL_SEARCH], page 8.

```
cd FIELD-EXAMPLE
../ir/waisserver -d . -p 9565
make test
...
kill waisserver-pid
```

The results of the queries are compared to expected results contained in the distribution. Depending on your choices during the configuration (see Section 3.2 [Configure], page 6) some of the tests will fail. These are mentioned below. The `imake` makefiles will avoid the test which are expected to fail.

Here is the list of tests:

*PLAIN*        `'Probabilistic Indexing'`

*BOOLEAN*
              `'au=(pennekamp or fuhr) and processing'`

*COMPLEX*
              `'py==1995 and (ti=(Retrieval freeWAIS) or au=pfeifer)'`

*FIELD*        `'au=pfeifer'`

*DATE*         `'ed>930101'`

*GERMAN*
              `'au=großjohann'`
              This will only work if you made 'ß' a legal chracter. See Section 3.2.2.4 [Character Set], page 8.

*LITERAL*      `''Enhanced Retrieval''`
              This test will fail, if you chosed the proximity operators during configuration. See Section 3.2.2.3 [Proximity Search], page 7.

*NUMERIC*
              `'py==1995'`

*PARTIAL*      `'Pfeif*'`

*PROXIMITY*
              `'(Searching w/2 Documents) or (Development pre/3 Linear)'`
              This test will succeed only, if you chosed the proximity operator during configuration. See Section 3.2.2.3 [Proximity Search], page 7.

If some of the tests supposed to work fail, have a look at the `'FIELD-EXAMPLE'` directory. For each test there is a pair of file: `'testname.is'` and `'testname.should'`. `'testname.should'` is what the query result was on my machine and `'testname.is'` was produced running on your system. Compare the files and decide, if you can live with the differences, e.g. if only the weighting differs, you should be able to use the system.

## 3.4  Installation

If the tests where successful, you can install the system using `'make install'`. See Section 3.3 [Compiling], page 10.

### 3.4.1  Installation Directories and Files

This is how your installation directory should look like after installation. See Section 3.2.2.7 [Installation Prefix], page 9.

```
                              |-SFproxy
                              |-catalog
                              |-check-sources
                              |-dictionary
                              |-getaddrs
                              |-inverted_file
                              |-makedb
                              |-mkfmt
                              |-server_stats
                              |-stats.awk
                              |-stringtoany
                              |-swais
                              |-trunc
                              |-wais-gif-display
          |-bin----------|-wais-html-display
          |               |-wais-jfif-display
          |               |-wais-jpeg-display
          |               |-wais-pict-display
          |               |-wais-ppm-display
          |               |-wais-tiff-display
          |               |-waisindex
          |               |-waisping
          |               |-waisq
 prefix-|                 |-waisretrieve
          |               |-waissearch
          |               |-waisserver
          |               |-ws
          |               |-xwais
          |               |-xwaisq
          |
          |               |-X11--------------|-app-defaults----|-Xwais
          |-lib----------|-XwaisHELP
          |               |-XwaisqHELP
          |               |
          |               |-emacs-------------|-lisp------------|-wais.el
          |
          |                                   |-catalog.1
          |                                   |-dictionary.1
          |                                   |-inverted_file.1
          |                                   |-makedb.1
          |                                   |-mkfmt.1
          |               |-man1--------------|-waisindex.1
          |-man----------|                    |-waisq.1
          |               |                    |-waissearch.1
          |               |                    |-waisserver.1
          |               |                    |-xwais.1
          |               |                    |-xwaisq.1
          |               |
          |               |-man3--------------|-ftw.3
          |                                   |-scandir.3
```

- The '`../bin`' directory must be added to your path.
- The file '`../lib/app-defaults/Xwais`' must be found by your X11 server. You can safely move it to some directory (e.g. '`/usr/local/X11/lib/X11/app-defaults`') where your server already searches or add the '`../lib/app-defaults/Xwais`' directory to the search path e.g. by adding '`../lib/app-defaults/Xwais,%N`' to the environment variable `XUSERFILESEARCHPATH`.
- The file '`../lib/emacs/lisp/wais.el`' must be found by Emacs (see section "Overview" in *The GNU Emacs Manual*). You can safely move the file to your site lisp directory or add '`../lib/emacs/lisp`' to your emacs `load-path`.
- You should also add '`../man`' to your `MANPATH`. Note that the manuals are out of date!

## 3.4.2 Installing the Server

To install the server for being started by `inetd` proceed as follows. The description applies to SUNOS 4.1.3 but should be similar on other *NIX systems.

You do not have to install a server, if your clients are compiled and linked with the `LOCAL_SEARCH` (see Section 3.2.2.5 [LOCAL_SEARCH], page 8) option on. Without a server only clients which have access to the database files can do searches.

Add a line for the WAIS protocol to your '`/etc/services`':

```
wais            210/tcp
```

You can use any term instead of '`wais`' if you want. But '`z3950`' is misleading (see Section 1.1 [Protocol], page 1). You can choose a port different from 210 if you want. Make sure, that your database descriptions contain the right port then (see Section 4.3.1 [Database Description], page 20).

To '`/etc/inetd.conf`' add a (one!) line:

```
wais    stream  tcp     nowait  wais    \
        installdir/bin/waisserver waisd.d -d databasedir  -e logfile
```

Send the inet daemon a '`HUP`' signal:

```
kill -HUP inetd-pid
```

# 4  Building Databases

If you successfuly compiled and installed the system, you already have build your own database. This database will serve as an example throughout this section.

Let's first define some terms.

*Document*   The entities you want to search for.

*Source*   The files containing the documents you want to make searchable.

*Index*   A set of files generated by `waisindex` which are used by the server to perform searches. See Section 4.3 [Index Files], page 19.

*Database*   The combination of source and index.

*Format*   The layout of the documents including the separation of documents in the files.

*Field*   The Format description might associate regions in the documents with certain concept types. The sender of an email might be associated to the concept '`author`'. Searches might be constrained to such an concept type or *field* for short.

*Type*   A type is attached to each document in the database. The possible types roughly correspond to mime content types. Possible types are '`TEXT`', '`HTML`', '`URL`', . . ..

In general you have two options when indexing a new database: You can use a build-in format or use the '`-t fields`' option. The first alternative is not covered by this manual since the latter is more general and you can emulate the build-in formats with the field indexing.

## 4.1  `waisindex` Options

The following is mostly drawn from the `waisindex` manual.

**-d** *index-filename*
    This is the base filename for the index files. Therefore if '`/usr/local/foo`' is specified, then the index files will be called '`/usr/local/foo.dct`' etc. The index should be stored on the local file system of the machine running waisindex. It works over NFS, but it is much slower.

**-a**   Append this index to an existing one. Useful for incremental additions or updates. This will only add onto an index, so that if a file has changed, it will get reindexed, but the old entries will not be purged. Therefore, to save space, it is a good idea to reindex the whole set of files periodically.

**-r**   Recursively index subdirectories.

**-mem**   How much main memory to use during indexing. This variable will have a large effect on how fast indexing is done.

**-export**   This causes the resulting source description file to include the host-name and tcp-port for use by the clients. Otherwise the file contains no connection information, and is expected to be used only for local searches.

**-nocat**   Inhibits the creation of a catalog. This is useful for databases with a large number of documents, as the catalog contains 3 lines per document.

| | |
|---|---|
| `-T` *type* | Sets the type of the document to *type*. |
| `-t` *format* | This is the format of files that are handled by waisindex. To find out the list of currently known types, execute the waisindex command with no arguments and it will list them. Use '`-t fields`' to use the field indexing. The file '*database*`.fmt`' must contain the format description. |
| `-stop` | This option refers to the list of otherwise valid words which will be excluded from indexing and therefor searching. |
| | If '`-stop`' is given the build-in stop list is *not* used. In any case the file '*database*`.stop`' might contain stopwords separated by newlines. If fact `waisindex` might add some words, if they occur to often. |
| *filename* ... | |
| | These are the files that will be indexed according to the arguments above. To insure the files are registered in the filename list correctly, it is advised that these are full paths (beginning with a '`/`'). If the database is used from a machine other than the machine on which the index is created, this should be a machineindependent path. |
| `-stdin` | Read the names of the files to index from standard input instead from the argument line. |
| `-line` | Makes the proximity operators use the lines aus units instead of words. |

## 4.2  Bulding a Format Description

The trickiest part when building a new database is to write a format description — the horrible '*database*`.fmt`' files.

An important thing to know when writing format descriptions is that `waisindex` parses sources files *line by line*. All of the nice regular expressions have to match a single line. So including multiple linefeeds in an expression will cause the matcher to fail.

### 4.2.1  Regular Expressions

All regular expressions in the format description must be included between two '`/`'. Therefore a '`/`' in the regular expression must be escaped with a '`\`'. To match '`TCP/IP`' write '`/TCP\/IP/`'. This in consequence means, that a '`\`' must be escaped too ;-). Other escape sequences interpreted by the parser are:

| | |
|---|---|
| `\n` | A newline character. See Section 4.2 [Format Description], page 16. |
| `\r` | The carriage return character. |
| `\f` | The formfeed character. |
| `\x` | The characer `C-x` (control *x*) where *x* ranges from '`A`' to '`Z`'. |

After escaping is resolved, the string is passed to a standard regular expression package (or your systems one see Section 4.2.1 [Regular Expressions], page 16).

| | |
|---|---|
| Operator | Meaning |

| | |
|---|---|
| $x$ | the character '$x$' |
| "$x$" | an '$x$', even if $x$ is an operator |
| \$x$ | an '$x$', even if $x$ is an operator. *Remember that the parser eats one '\'. So use '/\\*/' to match a '*' in the text.* |
| [$xy$] | the character '$x$' or '$y$' |
| [a-c] | the characters 'a', 'b' or 'c' |
| [^$x$] | any character but '$x$' |
| . | any character but newline |
| ^$x$ | an '$x$' at the beginning of a line |
| $x$\$ | an '$x$' at the end of a line |
| $x$? | an optional '$x$' |
| $x$* | 0,1,2, ... instances of '$x$' |
| $x$+ | 1,2,3, ... instances of '$x$' |
| $x$\|$y$ | an '$x$' or a '$y$' |
| ($x$) | an '$x$' |
| $x${$m$,$n$} | $m$ through $n$ occurrences of '$x$' |

## 4.2.2  Structure of the Format Descriptions

A format description consist of three parts. The first part — usually just one line — describes how the files should be split into documents. The second part, called the *Layout Section* defines how a headline for each document should be computed.

The last and usually largest part defines which fields should be generated and how the indexing should be done.

### 4.2.2.1  Separation of Documents

A format description begins with a '`<record-end>`' directive.

        record-sep: *regexp*

Here *regexp* might be '`/\f/`' to match a line containing a formfeed character. Note that the line matching the '`record-sep:`' regular expression is never indexed!

### 4.2.2.2  Layout Section

The layout section must be embraced by '`layout:`' and '`end:`'. It can contain multiple '`headline:`' and one '`date:`' directive. Each '`headline:`' keyword defines a region in the document which should be copied to a section of the headline. The region, defined by the regular expressions which start and end it can occur any number of times in the document. The order of the directives defines the order of the sections in the headline.

```
headline: start end  width  [skip]
```

The above line advises the indexer to copy the text between the matches for *start* and *end*, optionally skipping the text matched by *skip* to the next *width* characters of the headline.

The '`date:`' directives defines how a date to be associated with the document can be extraced. Note that this date is not usable for searches. It ist part of the headline and displayed to the user by some clients.

```
date: start scanfarg  d-m-y  d-m-y  d-m-y  skip
```

The *start* and *skip* work like above. The *scanfarg* parameter is passed to `scanf` to read in year, month, and day. The order of the arguments is indicated by the three *d-m-y* where each might be '`year`', '`month`', and '`day`'. The '`month`' might be followed by '`string`' to indicate that the month will be given as a standard three-letter abreviation.

Here is complete example:

```
layout:
headline: /^PY: / /^[A-Z][A-Z]:/ 5 /^PY: */
headline: /^AU: / /^[A-Z][A-Z]:/ 21 /^AU: */
headline: /^TI: / /^[A-Z][A-Z]:/ 41 /^TI: */
date: /^ED: / /%d-%3s-%d/ day month string year /^ED: [^ ]/
end:
```

## 4.2.2.3  Definition of Field and Index Types

The field specification part of the format description is made up of multiple '`region:`' ... '`end:`' groups. Each is mapping a region of text to a set of query categories aka fields.

```
region: start  [skip]
     fieldlist  options  indexspecs
end: end
```

The *start*, *skip*, and *end* expressions define the region of the document for which the index specification applies.

*fieldlist* is the list of files each optionaly followed by a description string enlosed in double quotes ('"'). The description is entered in the database description (see Section 4.3.1 [Database Description], page 20).

Options include the directives '`numeric: skip width`', '`date: d-m-y d-m-y d-m-y`', and '`stemming`'. The first option advises the indexer to allow numeric values only and makes sure that numeric atomic search expressions will work with the categories. The second advices the indexer to convert the date in the region to the '`yymmdd`' format prior to index it numerically. The last option tells the indexer to stemm the words in the region before entering them in the index. When searching, the server also stemms search terms prior to the index lookup.

*indexspecs* is a list of index types along with a keyword indicating if the region should be mapped to the designated categories (`LOCAL`), the default category (`GLOBAL`) or to both (`BOTH`). The default category is used when none is specified in the query. See Appendix B [Query Syntax], page 41.

Index types currently supported are `TEXT`, `SOUNDEX` and `PHONIX`.

Consider the following example:

```
region: /^AU: /
          au "author names" SOUNDEX LOCAL TEXT BOTH
end: /^[A-Z][A-Z]:/
```

To the indexer this means:

For all words starting with `AU: ` at the beginning of a line up to a line which starts with two capital letters followed by a colon and a blank, put the word in the default and the `au` category and its soundex code only in the `au` category.

Thus an author name can be found in the created database in the default category or the `au` category if the exact spelling is known. If the name is misspelled, it might be found using the query `au=(soundex *misspelled-name*)`. See Appendix A [Sample Format], page 37, Appendix B [Query Syntax], page 41.

## 4.3 The Index Files

`waisindex` generates a number of index files. If called with `waisindex -d test -t fields ...` it uses:

`test.fmt`
> The format definition. See Section 4.2 [Format Description], page 16. This file is not necessary if the option `-t fields` is not used.

`test.fde`
> The *optional* format description. Plain text, which is added to the database description.

`test.syn`
> The *optional* synonym file contains multiple lines with synonym terms separated by spaces.
>
> ```
> wais freewais
> programming hacking
> ```

`test.stop`
> The *optional* stopword file contains words which should be ignored when indexing, each in one line.

The following files are generated or modified by `waisindex`:

`test.src`
> The database description. See Section 4.3.1 [Database Description], page 20.

`test.fn`    The filename list. One entry for each file in the database. See Section 4.3.2 [Filename List], page 22.

`test.hl`    The headline list. One entry for each document in the database. See Section 4.3.3 [Headline List], page 22.

`test.doc`
          Document table. One entry for each document in the database. Contains pointers to the filename list and the headline list. See Section 4.3.4 [Document Table], page 22.

`test.cat`
          The catalog file. One entry for each document in the database. A human readable combination of document table with headline list and filename list.This file may be very space consuming. You can avoid generating this file if you use `waisindex` with the `-nocat` option. See Section 4.1 [waisindex Options], page 15. See Section 4.3.5 [Catalog Files], page 23.

`test.dct`
          The global dictionary. One entry for each term in the default field. See Section 4.3.6 [Dictionary Files], page 23

`test.inv`
          The inverted file for the default field. For each term in the database, there is a list of *postings* giving the documents and positions in the documents where the term occurs. See Section 4.3.7 [Inverted Files], page 24.

`test.stop`
          `waisindex` might add words to the stopword file, if they occur to often and would break the index.

For each field in the format description a dictionary and a inverted file is generated. This applies only to `waisindex` run with the `-t fields` option.

`test_field_name.dct`

`test_field_name.inv`

## 4.3.1 The Database Description

The database description (`database.src`) serves for two purposes:

- The description is used by some clients to extract connection information. This might be hostname/ip-address and port or the location of the index files for local searches. See Section 3.2.2.5 [LOCAL_SEARCH], page 8.
- A number of descriptions might be used to make up a database of descriptions also referenced to as *directory of servers*. Use `waisindex -t server ...` to build such a directory.

This is how a database descriptions looks like (when called without the `-export` option):

```
(:source
   :version  3
   :database-name "/usr/local/ls6/src+data/src/freeWAIS-sf-2.0/FIELD-EXAMPLE/test"
   :cost 0.00
   :cost-unit :free
```

```
        :maintainer "pfeifer@buster"
        :keyword-list (
                        fuhr
                        pfeifer
                        )
        :fields (
                        (:field
                         :name "ck"
                         :description "Citation Code")
                        (:field
                         :name "py"
                         :description "Publication Year (numeric)")
                        (:field
                         :name "au"
                         :description "Author")
                        (:field
                         :name "ti"
                         :description "Title")
                        (:field
                         :name "jt"
                         :description "Journal Title")
                        (:field
                         :name "ed"
                         :description "Date of insertion (date)")
                )
        :description "Server created with freeWAIS-sf 2.0 PL 30 on Oct  6 18:09:24 1995 by pfe
    The files of type fields used in the index were:
        /usr/local/ls6/src+data/src/freeWAIS-sf-2.0/FIELD-EXAMPLE/TEST
```
*Here goes the contents of the format description file (database.fde)*
```
    "
    )
```

With the '-export' option the first part changes to:

```
    (:source
        :version  3
        :ip-address "129.217.20.190"
        :ip-name "buster"
        :tcp-port 210
        :database-name "test"
    ...
```

You can modify the database description, especially if you want to enter it in a directory of servers. Notice that waisindex might overwrite the description when re-indexing or adding to the database when the list of significant terms (keywords) changes. Therefore, use the format description file (*database.fde*) to add your comments on the database.

### 4.3.2  The Filename List

The filename list ('*database*.**fn**') contains for each source file of the database its filename, modification time, and the type of the documents.

The files starts with four zero bytes. Then for each file follows it's name as zero terminated string, its modification time a four byte integer and the display type as zero terminated string.

| Byte   | Contents                                              |
|--------|-------------------------------------------------------|
| 0-3    | 0x00000000                                            |
| 4-52   | '/usr/local/ls6/src/freeWAIS-sf/FIELD-EXAMPLE/TEST'   |
| 53     | 0x00                                                  |
| 54-57  | 0x2EEC461D (-> *13:46 Dec 12 1994* )                  |
| 58-61  | 'TEXT'                                                |
| 62     | 0x00                                                  |

### 4.3.3  The Headline List

The headline list contains the headline; a null terminated string for each document of the database . The first 4 for bytes are zero.

| Byte    | Contents                                                                |
|---------|-------------------------------------------------------------------------|
| 0-3     | 0x00000000                                                              |
| 4-73    | ' 1990 Ait-Kaci, Hassan; Na Implementing a Knowledge-Based Library I'   |
| 74      | 0x00                                                                    |
| 74-144  | ' 1990 Shepard, Michael A.; Transient Hypergraphs for Citation Netwo'   |
| 145     | 0x00                                                                    |
| ...     |                                                                         |

The length of the headlines is variable with an upper limit given by the macro `MAX_HEADLINE_LEN` in '`config.h`'.

int **MAX_HEADLINE_LEN**                                              '`config.h`'
    Maximum length of a headline. It may cause difficulties when increasing the value above the default value of 300. Some of the problems are fixed; maybe not all ;-)

### 4.3.4  The Document Table

The document table contains one entry for each document in the database. Each entry contains a pointer to the filename list and the headline list. Also start and end of the document in the file is given. The other entries are the number of terms and lines and the date extracted from the document (see Section 4.2.2.2 [Layout Section], page 17).

| Byte | Contents |
|------|----------|
| 0-1 | 0x0000 |
| 2-4 | Three byte offset in the filename list. |
| 5-7 | Three byte offset in the headline list. This entry may be four bytes if you selected the `HUGE_HEADLINES` option during configuration. See Section 3.2.2.2 [Huge Headlines], page 7. |
| 8-11 | The first character of the document in the source file (four bytes). |
| 12-15 | The last character of the document in the source file (four bytes). |
| 16-19 | Number of term in the document (four bytes). |
| 20-22 | Number of lines in the document (three bytes). |
| 23-26 | Date extracted from the document (yymmdd: a long ind year*10000+month*100+day). |
| 27-29 | Next document: Three byte offset in the filename list. |
| ... | |

The first 25 bytes entry might be zero filled as well. Therefor the entry for document *n* starts at *n*\*25+2.

## 4.3.5  The Catalog Files

Unless prohibited by the '`-nocat`' option (see Section 4.1 [waisindex Options], page 15), `waisindex` generates a human readable version of the document table (see Section 4.3.4 [Document Table], page 22) with the filenames and headline included from the filename list (see Section 4.3.2 [Filename List], page 22) and the headline list (see Section 4.3.3 [Headline List], page 22).

```
Catalog for database: /usr/local/ls6/src/freeWAIS-sf/FIELD-EXAMPLE/test
Date: Jun  4 13:32:46 1995
276 total documents

Document # 1
Headline: 1990   Ait-Kaci, Hassan; Na  Implementing a Knowledge-Based Library I
DocID: 0 244 /usr/local/ls6/src/freeWAIS-sf/FIELD-EXAMPLE/TEST

Document # 2
Headline: 1990   Shepard, Michael A.;  Transient Hypergraphs for Citation Netwo
DocID: 244 437 /usr/local/ls6/src/freeWAIS-sf/FIELD-EXAMPLE/TEST

...
```

## 4.3.6  The Dictionary Files

The dictionary file ('*database*.`dct`', '*database*_**field***name*.`dct`' contains entries for all valid terms in the database. An entry contains:

| Bytes | Contents |
|---|---|
| 21 | The term as a zero terminated string. Therefor the length of the terms is 20 chars maximum. |
| 4 | Pointer in the inverted file. See Section 4.3.7 [Inverted Files], page 24 |
| 4 | Number of documents the term occurs in. |

The entries are sorted by the terms and grouped in blocks of 1000 entries each. This main file is preceeded by a directory containing the first entries of the main blocks. The bytes 21-24 of this directory entries contain the pointer to the main blocks, the last four bytes are zero. Entries in the index block are sorted too so that binary search on the index can work. The first two bytes of the file give the number of main blocks used. E.g., if we have two blocks the layout is as follows:

| Bytes | Contents |
|---|---|
| 0-1 | 0x0000 |
| 2-3 | 2 |
| 4-32 | Directory entry for the first block (21 Bytes: Term, 4 Bytes pointer, 4 Bytes zero) |
| 33-61 | Directory entry for the second block |
| 62-29061 | First block |
| 29062-58062 | Second block |

## 4.3.7 The Inverted Files

The inverted files are the heart of the index. They contain the references to the documents they occur in for each term. The first 4 bytes contain the number of all terms in the file. The rest of the file is made up of term entries. Note that the following is mainly *debugger knowledge*; Tungs documentation is not very good here. But a Perl script using this definition was able to parse my inverted files ;-).

*Header1*

| Bytes | Contents |
|---|---|
| 1 | '{', the dictionary flag. |
| 6 | 0x000000000000. Probably used during building? |
| 2 | Length of header 1 |
| 4 | Total number of occurances of the term. Multiple occurances in documents count! |
| variable | The term terminated by a newline. *Variatio delectat.* |

*Header 2*   This is where the entries in the dictionary point to. See Section 4.3.6 [Dictionary Files], page 23

| Bytes | Contents |
|---|---|
| 1 | 'E' the full flag, indicating a vaid entry. |

| | 4 | Number of postings following this header. |
| | 4 | Total size of the postings following this header. |
| *Postings* | A list of postings, each referring to one document. | |
| | Bytes | Contents |
| | 4 | The document id. This is the entry number in the document table. See Section 4.3.4 [Document Table], page 22. |
| | 4 | The total size of the character position list including the first one(!). If you use the proximity operators (see Section 3.2.2.3 [Proximity Search], page 7) the word position is stored instead. This also applies to the rest of the posting list. |
| | 4 | A single precision float which gives the weight of the term with respect to the document. See Section 5.2 [Query Weighting], page 28. |
| | 3 | The position of the first occurance of the term in the document. |
| | variable | If there is more than one occurance of the term in the document it will be followed by a list of *compressed integers*. From each byte bits 6 to 0 are used. If 7 bit are not enough to store the number, bit 7 of the higher order bytes is set. So 0 to 127 is encoded as usual and 128 is encoded as 0x8100 129 as 0x8101 an so on. |

# 5  Queries

## 5.1  Formulating a Query

As mentioned in Section 1.1 [Protocol], page 1, freeWAIS-sf uses the original WAIS Protocol. This protocol was designed just for transporting a *free text query* which means a list of search term separated by spaces. We decided deliberately to use this old protocol so that all clients out there could use our new features.

So we had to encode the new and richer query semantics in the query string. This means that the query now has to obey a certain syntax (see Appendix B [Query Syntax], page 41) and consequently a user might get a syntax error when submitting a query. So our goal was to make the syntax as easy as possible and especially leave simple free text queries valid.

In the query the categories to be searched should be selectable for each term. To leave the original queries valid (and to support casual users) we provided a default category, which is used if no category is specified in the query. Now we give an outline of the query language:

The atomic search expressions of the language are terms, term wild-cards and phrases (e.g. '`information`', '`inform*`', '`"information retrieval"`').

Stemming is handled transparently for the client. Terms searched in a stemmed category are searched using their word stem automatically. For a wildcard (only tail truncation is implemented), all matching words from the dictionary are used as search terms. Phrase search looks up the the words in the string. At least one of them must be an index term. Then the server scans the documents containing this word for string matches for the complete phrase. This means that string search can only work if the server has access to the documents. For type '`URL`' this is not the case.

Additionally the prefix operators '`soundex`' and '`phonix`' are allowed for converting the following query term into its Soundex/Phonix code. This is for example very useful when searching in phonebooks if the exact spelling of a name is not known. Arbitrary Boolean combination of these atomic expressions with the *binary* operators '`and`', '`or`' and '`not`' ('`not`' means '`and not`' in Boolean logic and is therefore a binary operation, too. See the examples below.) are allowed. Parentheses can be used for grouping. For compatibility with the original syntax, '`or`' may be omitted.

For each expression, a semantic category (field) can be defined using the '*category pred*' operator, where *pred* is '`=`' for text categories and one of '`=`', '`<`', '`>`' for numeric categories ('`==`' is also valid for backward compatibility to version 1.1).

Here are some examples:

'`information retrieval`'
        free text query

'`information or retrieval`'
        same as above

'`ti=information retrieval`'
        '`information`' must be in the title

`ti=(information retrieval)'
        one of them in title

`ti=(information or retrieval)'
        same as above

`ti=(information and retrieval)'
        both of them in title

`ti=(information not retrieval)'
        `information' in title and `retrieval' not in title

`py==1990'

`py=1990'    numerically equal

`py<1990'    numerically less

`py>1990'    numerically greater

`au=(soundex salatan)'
        soundex search, matches eg. `Salton'

`ti=("information retrieval")'
        phrase search

`ti=(information system*)'
        wild-card search

`nuclear w/10 waste'
        We have added a proximity search feature to freeWAIS-sf. With this feature, you could
        search for `nuclear w/10 waste' (like the Lexis/Nexis search syntax) to find all stories
        that have `nuclear' and `waste' within 10 words of each other.

`nuclear pre/10 waste'
        Proximity Searches

        If the order of the two words is important, then `nuclear pre/10 waste' will find all
        stories that have `nuclear' up to 10 words before `waste'. Proximity also works within
        fields; for instance, `byline=(dan w/2 woods)' will find every story with a byline that
        has `dan' within 2 words of `woods'. Note that you must use parentheses around the
        words you want to look for in the field.

`atleast 20 clinton'
        *At Least* Searches

        `atleast 20 clinton' finds every story that has at least 20 occurrences of `clinton'.
        `atleast' has to be all lower-case, and there cannot be any spaces between `at', `least',
        and the number – `at least 20 clinton' will not work!

## 5.2  Query Weighting

Let's for now disregard the boolean operators and assume that a query is simply a list of terms.
Query weighting is done using the *Vector Space* model. Each term in the query is associated with
a *query term weight*. Currently this weight is constantly 1. On the other side, the terms in each
document get a *document term weight*. This weight is the product of a document specific weight
and the *inverse document frequency*. The latter is defined as `idf = log(N/n)' where $N$ is the
number of documents in the database and $n$ the number of documents the term occurs in.

The other part of the document weight is computed as follows: Let *tf* be the number of occurances
of the term in document and *maxtf* the maximum frequency of any term in the document. A

Case 5:12-cv-00630-LHK   Document 855-9   Filed 11/01/13   Page 53 of 132

preliminary weight is computed according to '$w = (0.5 * tf)/(1 + maxtf)$'. Then these weights are normalize by dividing them by the sum of the squares of all preliminary weights for terms in this document. So the document specific weights make up a vector of length 1. The final document term weight is yielded by multiplying this weight to the *idf*.

For simple queries (no booleans) the weight of a document is computed by multiplying the query term weight to the query term weight for each term in the query and summing up the results. This is often referred to as the vector product (hence the name of the model) or scalar product.

Now let's get to the booleans. The '`or`' operator is just dropped. So '`information or retrieval`' yields exactly the same weight than '`information retrieval`'. To interpret the vector product in another way, you can say the '`or`' operator just sums up the weights of its arguments. For the '`and`' operator the weights of both arguments is computed and the final weight is just the minimum of these weights. Similar the *binary* '`not`' operator returns the minimum of the weight of the left argument and 1 - the weight of the right argument.

## Remarks

Numeric searches are currently handled the same way. This is clearly a bug. Why should a document from 1988 yield a higher weight with respect to a query '`<=1990`' than one from 1987 just because there are more documents from 1987 in the database than from 1988?

I have no idea how strings searches are weighted.

Partial searches hopefully are weighted as if all matching terms where given.

The proximity operators might work like the booleans?

# 6 Linking freeWAIS-sf with other Systems

## 6.1 WWW Clients

Linking was tested with:

- NCSA Mosaic 2.4
- Tuebingen Univ Mosaic 2.4.2

## 6.2 WWW Server

*By Jean-Philippe Martin-Flatin* `<syj@ecmwf.int>`

Linking was tested with:

- CERN httpd 3.0

Direct WAIS access for CERN httpd 3.0 is easy to provide with freeWAIS-sf-2.0. The only thing you need to do is rename the WAIS libraries in CERN httpd Makefile's.

If you're a lucky guy and your system supports imake, you need to:

- Retrieve Rainer Klute's Imake extension to CERN httpd 3.0. See Section 2.3 [Sources], page 4.
- Replace 'WWW.cf' in the top-level directory with the code in the Appendix (see Appendix D [freeWAIS-sf and CERN httpd], page 45)
- Update the location of your freeWAIS-sf code in 'WWW.cf' (variable WAISDIR)

If your system doesn't support imake, you need to update manually the WAIS libraries in the Makefile pertaining to your architecture and the top-level Makefile. And think about how easy life would be if only you had imake.

## 6.3 Gopher 2.1.1

*By Steve Hsieh, originaly written for freeWAIS-sf-1.0*

In 'gopher2_1_1/gopherd/Makefile':

replaced original SFWAISOBJ with:

**linux**

```
                    SFWAISOBJ        = ../regexp/libregexp.a ../ir/libinv.a ../ir/libclient.a \
                                       ../ir/libwais.a ../ir/liblocal.a ../ir/libsig.a \
                                       ../ui/source.o ../lib/libftw.a
```
**solaris & SunOS**
```
                    SFWAISOBJ        = ../ir/libinv.a ../ir/libclient.a ../ir/libwais.a \
                                       ../ir/liblocal.a ../ir/libsig.a ../ui/source.o \
                                       ../regexp/libregexp.a ../lib/libftw.a
```

In `gopher2_1_1/gopherd/waisgopher.c`: change

```
          MIN(
```

to

```
          MINIMUM(
```

Run `Configure` in freeWAIS-sf. See Section 3.2 [Configure], page 6.

For the following configure questions, `required` means that I had to use that value to get gopher
to work with freewais-sf. `doesn't matter` means that the decision is up to you . . ..

```
    Do you want to use your systems regexp.h (no)?  no <-- required
    Will you have HEADLINE files greater than 16 MB (no)?   no <-- doesn't matter
    Use your systems ctype (no)?    yes <-- required
    Do you want to compile with -DLOCAL_SEARCH (yes)?        yes <-- required
    Do you want to use the modified URL handling (no)?      no <-- doesn't matter
    Where should the installation go (/usr/local/wais)? (specify your own path)
    Do you want to use shm cache (no)?      no <-- doesn't matter
    Disable the UDP packet sending (no)?    no <-- doesn't matter
```

Make freewais-sf . . . create symbolic links to in gopher2_1_1 to the appropriate freewais-sf directories
. . .

In `gopher2_1_1`:

```
    ln -s ../freeWAIS-sf-1.0/ir
    ln -s ../freeWAIS-sf-1.0/ui
    ln -s ../freeWAIS-sf-1.0/lib
    ln -s ../freeWAIS-sf-1.0/regexp
```

Edit `gopher2_1_1/Makefile.conf` `gopher2_1_1/conf.h` as necessary for your system and site.

Make sure to uncomment `-DFREEWAIS_SF` in `Makefile.conf` !

make gopher . . .

In the case of an `index type not recognized` error, test an index on an database that has been
reindexed using the newly compiled `waisindex` in `freeWAIS-sf-2.0/ir` (as opposed to gopher-
index) just to make sure that there really still is a problem...

Use '`waisindex -export ...`' It is important that the host and port information is compiled into the '*database*`.src`' file, **even if the searches are local!** I have my gopher, wais , and all the databases all on the same machine. It is also important that the `waisserver` is running.

# 7  Discussion of freeWAIS-sf

## 7.1  Newsgroup comp.infosystems.wais

Discussion of freeWAIS-sf mostly happens in 'comp.infosystems.wais'. Please make sure that
you have the term 'freeWAIS-sf' somewhere in the subject line and the version you are referring
to somewhere in the body. Please do not send mails to me. I will answer postings in c.i.w if they
are of general interest - and I have the time. Do not reply to my postings by mail. Keep the readers
of c.i.w informed by posting there.

## 7.2  freeWAIS-sf Mailing-list

There is a mailing-list about freeWAIS-sf, which is intended for beta testers.   Messages to
'fwsf@ls6.informatik.uni-dortmund.de' will be forwarded to the subscribers.   To join the
mailing-list send a mail to 'mailserv@ls6.informatik.uni-dortmund.de':

```
To: mailserv@ls6.informatik.uni-dortmund.de
Subject: Server

subscribe FWSF Your Name
```

To leave the mailing-list send the same mail with 'subscribe' replaced by 'unsubscribe'.

## 7.3  Becoming a Beta Tester

Since the FTP server is closed for the public the beta tester group needs another way for accessing
the sources. The way currently supported is fetching via HTTP ('http://ls6-www.informatik.uni-dortmund.de
To restrict the access there is a unique user-id and password for each beta tester. To join the Beta
Tester group, send a mail to 'wais@ls6.informatik.uni-dortmund.de' with user-id and password
you would like to use.

## 7.4  Bug Reports

Send bug reports not referring the last version to the newsgroup (see Section 7.1 [Newsgroup
comp.infosystems.wais], page 35).

If you are sure that you use the latest version, try to submit patches rather than bug reports. See
Section 7.5 [Submitting Patches], page 36.

If you cannot solve the problem, send the bug report to the mailing-list. See Section 7.2 [freeWAIS-sf
Mailing-list], page 35.

Include if possible:

Case 5:12-cv-00630-LHK   Document 855-9   Filed 11/01/13   Page 60 of 132

- Description of your hardware and operating system
- Description how to reproduce the bug – preferably with the included test database.
- Debugger back-trace if the system crashes or of description of the misbehaving of the wais program if it just works not as it should.
- The configuration options you chosed. See Section 3.2 [Configure], page 6.

Remember that clients are not the focus of freeWAIS-sf. So definitely we are only interested in patches for problems with the clients.

## 7.5  Submitting Patches

If you submit patches, make sure that they apply to the latest version. If you have patches for old version, please verify that the problem persists with the latest version and try you path on it. Otherwise send the patch to the newsgroup (see Section 7.1 [Newsgroup comp.infosystems.wais], page 35).

Patches for the newest version should be send to the mailing-list. See Section 7.2 [freeWAIS-sf Mailing-list], page 35.

Try to send in context diffs like the ones generated by '`diff -c`'. Try to restrain from reformatting and indenting the source before generating the patch to restrict the differences to the real changes. Please also include diffs to the '`Changelog`' in each directory of the distribution. Add a description of your patch stating the problem, the solution, and the names of the functions you changed.

# Appendix A  Sample Format Description

Sample document:

```
CK: Frei/Schauble:91
AU: Frei, H.P.; Schauble, P.
TI: Determining the Effectiveness of Retrieval Algorithms.
JT: Information processing & management.
PP: 153
^L
CK: Schauble:89
AU: Schauble, Peter
TI: Improving the effectiveness of retrieval systems by information
    structures.
JT: Information processing & management.
VO: 25
PY: 1989
NO: 4
PP: 363
```

Sample format description:

```
#                                -*- Mode: Sh -*-
# test.fmt --
# Author         : Ulrich Pfeifer

# Remember: indexing and matching is done line by line. Each regular
# expression can match one line maximum.

# This regular expression should match the line separating documents.
# The matching line is NOT indexed!  Use /\n\n/ if each file contains
# only one record.

record-sep: /\f/   # formfeed (alias for \L)

# Now we specify how the headline is constructed.  The date is part of
# the headline and not searchable.
layout:

# First me map the regions starting with /^PY: / up to (and excluding)
# the next /^[A-Z][A-Z]:/ skipping everything from the beginning up to
# the end of /^PY: *./ to the first 5 characters of the headline.

  headline: /^PY: / /^[A-Z][A-Z]:/ 5 /^PY: *./
  headline: /^AU: / /^[A-Z][A-Z]:/ 21 /AU: *./
  headline: /^TI: / /^[A-Z][A-Z]:/ 41 /TI: *./

# The date is found on lines matching /^ED: /. The line is kipped up
# to the end of /^ED: *./. The line is handled to scanf with format
# string "%d.%d.%d". Day, month, and year are expected in this
```

```
# order. Month may be a string containing the 3 letter abreviation for
# the name of the month. In this case the keyword "string" must follow
# "month"

  date: /^ED: / /%d.%d.%d/ day month year /^ED: *./


# Now we define the first region. It starts at /^CK:/. everything up
# to the end of /^CK: *./ is skipped. Region ends at
# /^[A-Z][A-Z]:/. The match for end is search BEHIND the match for the
# begin.
region: /^CK:/ /^CK: *./


# All words are transfered in the 'ck' index and the global
# index. Description of 'ck' is overwritten by "Citation Code".

ck "Citation Code" TEXT BOTH
end: /^[A-Z][A-Z]:/


# All words in this region will be numeric. They are merge in the 'py'
# index which will be tagged as nummeric from here on (thats not how
# it should be - I know). Make sure that you do not pollute 'ck' in
# the following with non-numeric data.  The "numeric" keyword has it's
# own skip expression /^PY: [^ ]/ which overwrites the region skip
# expression. This way you can index the same region nonnumeric (This
# not ...).

region: /^PY: /
py "Publication Year" numeric: /^PY: [^ ]/ 4 TEXT LOCAL
end: /^[A-Z][A-Z]:/


# This region will be indexed plain for the global index and the 'au'
# index. The 'au' index will also contain the soundex codes for the
# words.

region: /^AU: /
au "Author" SOUNDEX LOCAL TEXT BOTH
end: /^[A-Z][A-Z]:/


# All words in theis reagion will be stemmend before insertion in the
# global and the 'ti' index'

region: /^TI: /
ti "Title" stemming TEXT BOTH
end: /^[A-Z][A-Z]:/


# This region is indexed for multiple local and the global index.
# Stemming applies for the 'ti' index and the global index.

region: /^JT: /
jt "Journal Title" ti stemming TEXT BOTH
end: /^[A-Z][A-Z]:/
```

```
# Here we make the data searchable. Format is merely the same as in
# the layout section. There is no local skip expression. That wasnt a
# good idea for numerics anyway. The date can be search with the
# yymmdd format. See test DATE.

region: /^ED: / /^ED: *[0-9]/
ed "Date of insertion" <date> /%d.%d.%d/ day month year TEXT LOCAL
end: /$/

region: /^JT: /
TEXT GLOBAL
end: /^[A-Z][A-Z]:/
```

# Appendix B  Query Syntax

```
expression      : term
                | expression or term
                ;
or              : %prec 'or'
                | 'or'
                ;
and             : 'and'
                | 'not'
                ;
term            : factor
                | term and factor
                ;
factor          : unit
                | unit 'pre/' unit
                | unit 'w/' unit
                | 'atleast/' unit
                ;
unit            : word-or-literal
                | phonsound word-or-literal
                | '(' expression ')'
                | word-or-literal '=' '(' s_expression ')'
                | word-or-literal '='  word-or-literal
                | word-or-literal '='  phonsound word-or-literal
                | word-or-literal relop word-or-literal
                ;
relop           : '=' '='
                | '<'
                | '>'
                ;
phonsound       : PHONIX
                | SOUNDEX
                ;
s_expression    : s_term
                | s_expression or s_term
                ;
s_term          : s_factor
                | s_term and s_factor
                ;
s_factor        : s_unit
                | s_unit 'pre/' s_unit
                | s_unit 'w/' s_unit
                | 'atleast/' s_unit
                ;
s_unit          : word-or-literal
                | phonsound word-or-literal
                | '(' s_expression ')'
                ;
```

# Appendix C  Format Specification Syntax

```
docspec         : parseformat | format
                ;
parseformat     : record layout
                ;
format          : record layout speclist
                ;
record          : `record-sep:' REGEXP
                ;
layout          :
                | `layout:' layoutspecs `end:'
                ;
layoutspecs     : layoutspec
                | layoutspec layoutspecs
                ;
layoutspec      : `date:' REGEXP REGEXP date date date regexp
                | `headline:' REGEXP REGEXP INT regexp
                ;
speclist        : spec
                | spec speclist
                ;
spec            : `region:' REGEXP regexp
                  fieldlist
                  options
                  indexspecs
                  `end:' REGEXP
                ;
options         :
                | option options
                ;
option          : `numeric:' regexp INT
                | `date:' date date date
                | `stemming'
                ;
regexp          :
                | REGEXP
                ;
indexspecs      :
                | indexspec indexspecs
                ;
indexspec       : indextype dicts
                ;
indextype       : `TEXT'
                | `SOUNDEX'
                | `PHONIX'
                ;
dicts           : `GLOBAL'
                | `LOCAL'
                | `BOTH'
                ;
```

```
date            : ‘day’
                | ‘month’ monthspec
                | ‘year’
                ;
monthspec       :
                | ‘string’
                ;
fieldlist       :
                | WORD descr fieldlist
                ;
descr           :
                | ‘"’ any string ‘"’
                ;
```

# Appendix D  freeWAIS-sf and CERN httpd

```
/* Version numbers of library, daemon, and client: */
#define LibwwwVersion 2.17
#define DaemonVersion 3.0


/* Where to install binaries? */
BINDIR = /usr/local/infosystems/WWW/bin


/* Do you want to compile the WAIS gateway? If yes, where is freeWAIS
   located?
*/
#define FreeWAIS_sf YES
#define FreeWAIS_02 NO
#define FreeWAIS_03 NO
#define FreeWais (FreeWAIS_02 || FreeWAIS_03)

#if FreeWais
/* WAISDIR = /usr/local/infosystems/freeWAIS-0.2 */
WAISDIR = /usr/local/infosystems/freeWAIS-0.3
WAISLIBDIR = $(WAISDIR)/bin
WAISINCDIR = $(WAISDIR)/ir
#endif

#if FreeWAIS_sf
WAISDIR = /usr/local/infosystems/freeWAIS-sf-1.0
WAISLIBDIR = $(WAISDIR)/ir
WAISINCDIR = $(WAISDIR)/ir
#endif

/*
 * If you don't want to use GCC for compilation, but the compiler defaulted in
 * Imake's configuration files, set UseGcc to NO. If you want to change the
 * native's compiler default options, set CCOPTIONS and/or CDEBUGFLAGS as
 * needed, preferrably depending on the architectur as show below.
 */

#define UseGcc YES

#if UseGcc   /* use GNU C compiler: */

          CC = gcc -fpcc-struct-return
   CCOPTIONS =

#if defined (SunArchitecture) && !defined (i386Architecture) && !defined
(SparcArchitecture)
   CCOPTIONS = -m68881
#endif /* Sun-3 */
```

```
#else    /* use native C compiler: */

#if defined (HPArchitecture) && defined (hp9000s800)
CCOPTIONS = -Aa -D_HPUX_SOURCE -Wl,+b $(USRLIBDIR) -Wl,+s
#endif /* HPArchitecture */

#if defined (XyzArchitecture) /* e. g. IBMArchitecture, SGIArchitecture etc. */
        CC = compiler-to-use
   CCOPTIONS = compiler-options
#endif /* XyzArchitecture */

#endif /* UseGcc */

/* No need to modify anything below here */

 LIBWWWDIR = $(TOP)/Library/Implementation
    LIBWWW = -L$(LIBWWWDIR) -lwww
 DEPLIBWWW = $(LIBWWWDIR)/libwww.a

#if FreeWais
    LIBWAIS = $(WAISLIBDIR)/client.a $(WAISLIBDIR)/wais.a
DEPLIBWAIS = $(LIBWAIS)
#endif

#if FreeWaisSf
    LIBWAIS = $(WAISLIBDIR)/libclient.a $(WAISLIBDIR)/libwais.a
DEPLIBWAIS = $(LIBWAIS)
#endif

/* Imake rule to create a generic name as a link */
#ifndef InstallAsLink
#define InstallAsLink(file,link,dir) @\
install:: file                   @\
        set -x; cd dir; \        @\
        $(RM) link; \            @\
        $(LN) file link
#endif
```

# Index

## A

Architecture . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
autoconf . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## C

catalog . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
Character Set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Client Server Architecture . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Compiling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
config.status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Configuration files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
configure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Configure Questions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
CPP macros . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Customization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## D

Default port . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Directory layout . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Document separation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
Document term weight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

## E

Emacs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

## F

Fields, definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
fmt files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
Format Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
Format descriptions, generating . . . . . . . . . . . . . . . . . . . . . . 17

## H

Headlines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
HTML . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

## I

idf . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Indexing types . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
inetd . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Installation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

## L

LCHARS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
LOCAL_SEARCH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

## M

Manual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
MAX_HEADLINE_LEN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
maxtf . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

## M

Mirror Site, become one . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
MYCTYPE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
MYREGEXP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

## O

Option at configure time . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## P

Posting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Protocol, supported . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
PROXIMITY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Proximity Search . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

## Q

Query term weight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

## S

Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Size, headlines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Stand-alone clients . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Stopwords . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
String Search . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

## T

Tests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
tf . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

## U

UCHARS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Unpacking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
URL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
URLDOCID . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

## V

Vector space model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

## W

WAIS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
waisindex . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 15
Waisindex options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Weighting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
WWW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

## X

X11, application resources . . . . . . . . . . . . . . . . . . . . . . . . . . 11

## Z

Z39.50 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Case 5:12-cv-00630-LHK   Document 855-9   Filed 11/01/13   Page 72 of 132

# Table of Contents

**1 Overview** ........................................................ **1**

1.1 The WAIS Protocol ........................................... 1
1.2 Client Server Architecture .................................... 1

**2 Getting freeWAIS-sf and related stuff** ............. **3**

2.1 Mirror Sites .................................................. 3
2.2 Documentation ............................................... 3
2.3 Sources ...................................................... 4

**3 Building and Installation** ........................... **5**

3.1 Unpacking the Distribution ................................... 5
3.2 Running `Configure` ........................................... 6
    3.2.1 Files generated ........................................ 6
    3.2.2 Questions .............................................. 6
        3.2.2.1 Regular Expressions ............................ 7
        3.2.2.2 Huge Headlines ................................ 7
        3.2.2.3 Proximity vs. String Search ................... 7
        3.2.2.4 Character Set ................................. 8
        3.2.2.5 `LOCAL_SEARCH` ............................... 8
        3.2.2.6 Modified URL handling ......................... 9
        3.2.2.7 Installation Prefix ............................ 9
        3.2.2.8 Synonym Files ................................ 9
        3.2.2.9 Registration .................................. 10
3.3 Compiling the system and running the tests .................... 10
    3.3.1 Running the tests ....................................... 10
3.4 Installation .................................................. 11
    3.4.1 Installation Directories and Files ....................... 11
    3.4.2 Installing the Server ................................... 13

**4 Building Databases** ................................. **15**

4.1 `waisindex` Options ........................................... 15
4.2 Bulding a Format Description .................................. 16
    4.2.1 Regular Expressions .................................... 16
    4.2.2 Structure of the Format Descriptions .................... 17
        4.2.2.1 Separation of Documents ....................... 17
        4.2.2.2 Layout Section ................................ 17
        4.2.2.3 Definition of Field and Index Types ........... 18
4.3 The Index Files ............................................... 19
    4.3.1 The Database Description ................................ 20
    4.3.2 The Filename List ...................................... 22
    4.3.3 The Headline List ...................................... 22
    4.3.4 The Document Table ..................................... 22
    4.3.5 The Catalog Files ...................................... 23
    4.3.6 The Dictionary Files ................................... 23
    4.3.7 The Inverted Files ..................................... 24

**5 Queries** .......................................... **27**

5.1 Formulating a Query .......................................... 27
5.2 Query Weighting .............................................. 28

        Remarks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

**6   Linking freeWAIS-sf with other Systems** . . . . . . . . **31**
   6.1   WWW Clients . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
   6.2   WWW Server . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
   6.3   Gopher 2.1.1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

**7   Discussion of freeWAIS-sf** . . . . . . . . . . . . . . . . . . . . . . . . **35**
   7.1   Newsgroup comp.infosystems.wais . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
   7.2   freeWAIS-sf Mailing-list . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
   7.3   Becoming a Beta Tester . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
   7.4   Bug Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
   7.5   Submitting Patches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

**Appendix A     Sample Format Description** . . . . . . . . . . **37**

**Appendix B     Query Syntax** . . . . . . . . . . . . . . . . . . . . . . . . . **41**

**Appendix C     Format Specification Syntax** . . . . . . . . . . **43**

**Appendix D     freeWAIS-sf and CERN httpd** . . . . . . . . **45**

**Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **47**

# EXHIBIT 4

```
1) What is freeWAIS-sf?
   1.1) What does 'stemming' mean?
   1.2) What does 'soundex' mean?
2) Where to get ...
   2.1) Most of the ftp accessable Stuff is mirrored on different
   2.2) Where can I get this list (freeWAIS-sf-faq)
   2.3) Where can I get the comp.infosystems.wais FAQ
   2.4) What is the current Version of freeWAIS-sf?
   2.5) Where can I get some Documentation?
   2.6) Where can i get examples of this $#@ format files?
3) Is there ...?
   3.1) Is there and Emacs client for freeWAIS-sf?
   3.2) Is there an X11 client for freeWAIS-sf
   3.3) Does the X client compile with X11R6
   3.4) Is there a WWW gateway dedicated for usage with freeWAIS-sf?
4) Can I ...
   4.1) How must a field name look like?
5) How can I ...
   5.1) How can I index index mails?
   5.2) How can I index HTML entities?
   5.3) How can I force 'c++' to appear in the index?
   5.4) How can I index HTML files?
   5.5) How can I index my http server?
   5.6) How can I index my ftp server?
   5.7) How to remove a file from index ?
   5.8) How should I maintain WAIS indexes?
   5.9) How can I search for the date specified in the layout.
6) Trouble ...
   6.1) waisindex dumps core when it reads more than 20 filenames from
   stdin.
   6.2) Hey, is directory-of-servers at quake.think.com down or what?
   6.3) Compilation of the ctype directory does not work!
   6.4) warning: couldn't open database.syn -translation disabled.
7) Does freeWAIS-sf run on ....
8) Does freeWAIS-sf work with ...
   8.1) Can i use other wais clients to query a freeWAIS-sf server?
   8.2) Can i link freeWAIS-sf with gopher?
   8.3) Gopher Error: Nothing Available!
   8.4) Can i link freeWAIS-sf with Mosaic?
   8.5) Can i link freeWAIS-sf with the cern httpd?
-----------------------------------------------------------------------
```

Subject: 1) What is freeWAIS-sf?

```
   1.1) What does 'stemming' mean?
   1.2) What does 'soundex' mean?
```

   FreeWAIS-sf is an extension of the
   freeWAIS software provided by the the Clearinghouse for Networked

Information Discovery and Retrieval (CNIDR). The SF suffix in the
software name stands for ßtructured fields," an indexing and search
feature which distinguishes this software from its predecessors.

It is based on the version 0.202 of this software but includes and
enhances much of what freeWAIS-0.3 contains.

Major extensions of FreeWAIS-sf include:

    Introduction of text, date, and numeric field structures
    within a document, which allows a document to be indexed
    using potentially overlapping fields.

    Support for complex Boolean searches (a query parser is
    integrated in the server).

    Stemming and phonetic coding may be switched on and off for
    each individual field.

    Definition of document format and layout of the headlines are
    now configurable by a new specification language based on
    regular expressions. No C-code must be written to index new
    document types.

    Installation procedure now just requires running a sh script
    and answering simple questions. The script is generated using
    the GNU autoconf utility. No Makefile sets for individual
    systems are necessary. For development purposes, additional
    Imakefiles are provided since the Makefiles do not contain
    dependencies

    Support for country specific character sets (8-Bit)

    Lots of bug fixes.

All changes are restricted to the indexer and server to allow
existing clients to query FreeWAIS-sf databases. Document types
contained in the original distribution remain intact. You can use
FreeWAIS-sf as you would use original freeWAIS or take advantage of
its enhanced features.

------------------------------
Subject: 1.1) What does 'stemming' mean?

Stemming in a field means, that every word is reduced to its word
stemm, before it is added to or search in the index. This way
'computer', 'computing' and 'computers' are treated identically.

------------------------------
Subject: 1.2) What does 'soundex' mean?

Like stemming, every word is mapped to its soundex code before
added to or search in the index. Equal or similar sounding words
are treated as if they were identical.

```
------------------------------
Subject: 2) Where to get ...

  2.1) Most of the ftp accessable Stuff is mirrored on different
  2.2) Where can I get this list (freeWAIS-sf-faq)
  2.3) Where can I get the comp.infosystems.wais FAQ
  2.4) What is the current Version of freeWAIS-sf?
  2.5) Where can I get some Documentation?
  2.6) Where can i get examples of this $#@ format files?

------------------------------
Subject: 2.1) Most of the ftp accessable Stuff is mirrored on different
  sites. Please check archie or one of the sites below. The load on
  our server is growing out of bounds. We had to close it for the
  public - for the big files at least. Since all Packets are routed
  over the EUnet site, it will be faster to get the stuff from there
  as from ls6-www.


  ftp.maxwell.syr.edu
       /infosystems/wais/FreeWAIS-sf/freeWAIS-sf-2.0/
  ftp.germany.eu.net
       /pub/infosystems/wais/Unido-LS6/freeWAIS-sf-2.0/
  ftp.switch.ch
       /mirror/wais/servers/sf-alpha/freeWAIS-sf-2.0/
  ftp.leo.org
       /pub/comp/infosys/wais/freeWAIS/freeWAIS-sf-2.0/


------------------------------
Subject: 2.2) Where can I get this list (freeWAIS-sf-faq)

  ftp://ls6-www.informatik.uni-dortmund.de/pub/wais/FAQ
  http://www.cis.ohio-state.edu/hypertext/faq/usenet/wais-faq/freeWAIS-
sf/faq.html

------------------------------
Subject: 2.3) Where can I get the comp.infosystems.wais FAQ


  http://www.cis.ohio-state.edu/hypertext/faq/usenet/wais-faq/getting-
started/faq.html

------------------------------
Subject: 2.4) What is the current Version of freeWAIS-sf?

  The latest release of freeWAIS-sf is 2.0 from September 1995.

  The jump from 1.2 in the release number is due to technical
  problems when I switched to metaconfig for configuration and
  installation.

------------------------------
```

Subject: 2.5) Where can I get some Documentation?

    Write some - and share! Especially extensions to the Texinfo manual
    are very welcome.

    A paper I wrote:
        http://www.igd.fhg.de/www/www95/papers/47/fwsf/fwsf.html

    The Texinfo-Manual:
        http://ls6-www.informatik.uni-dortmund.de/freeWAIS-sf/
        ftp://ls6-www.informatik.uni-dortmund.de/pub/wais/freeWAIS-sf-
2.0/fwsf.*
          36680 Jun 29  1995 /home/robots/ftp/pub/wais/freeWAIS-sf-
1.2/fwsf.dvi.gz
          25319 Jun 29  1995 /home/robots/ftp/pub/wais/freeWAIS-sf-
1.2/fwsf.info.gz
          78828 Jun 29  1995 /home/robots/ftp/pub/wais/freeWAIS-sf-
1.2/fwsf.ps.gz
          26054 Jun 29  1995 /home/robots/ftp/pub/wais/freeWAIS-sf-
1.2/fwsf.texi.gz

    Documentation is still rudimentary. Any volonteers for writing
    parts of a more verbose ;-) documentation?

------------------------------
Subject: 2.6) Where can i get examples of this $#@ format files?

    You can fetch examples from
    ftp://ls6-www.informatik.uni-dortmund.de/pub/wais/fmt-examples


           223 Jun 14  1994 Douglas.fde
           717 Jun 14  1994 Douglas.fmt
          3026 Jun 14  1994 Douglas.text
           849 Aug 19  1994 HCIBIB.fmt
           667 Jun 10  1994 HCIIR.fmt
           158 Apr 13  1995 WRb.fde
           969 Apr 13  1995 WRb.fmt
          3049 Apr 13  1995 WRb.text
           849 Aug 19  1994 bibdb-html.fmt
           844 Aug 19  1994 demo.fmt
           143 Jun 10  1994 ftp-pages.fmt
           849 Aug 19  1994 irdigest.fmt
           838 Aug 19  1994 journals.fmt
           483 Apr 18  1995 proxy-html.fmt
          3826 Oct  9 11:39 test.fmt
           675 Oct 11 21:22 www-pages.fmt

------------------------------
Subject: 3) Is there ...?

  3.1) Is there and Emacs client for freeWAIS-sf?
  3.2) Is there an X11 client for freeWAIS-sf

```
    3.3) Does the X client compile with X11R6
    3.4) Is there a WWW gateway dedicated for usage with freeWAIS-sf?

------------------------------
Subject: 3.1) Is there and Emacs client for freeWAIS-sf?

    Yes the client comes with the source distribution. It is
    auto-magically configured in the installation procedure.

    It is installed in $DESTDIR/lib/emacs/lisp:


        75261 Jan 19 17:03 wais.el

------------------------------
Subject: 3.2) Is there an X11 client for freeWAIS-sf

    Yes the client comes with the source distribution. It is
    auto-magically configured in the installation procedure.

    Application defaults are auto-magically generated and installed in
    It is installed in $DESTDIR/lib:
         512 Oct  6 19:22 X11
        2106 Oct  6 19:28 XwaisHELP
        6218 Oct  6 19:28 XwaisqHELP
         512 Oct  6 19:11 emacs
        2110 Jan 19 17:03 libftw.a
      536714 Jan 19 17:03 libwais.a

------------------------------
Subject: 3.3) Does the X client compile with X11R6

    Yes it does.

------------------------------
Subject: 3.4) Is there a WWW gateway dedicated for usage with freeWAIS-sf?

    Yes it's called SFgate and can be found on the ftp server
    ftp://ls6-www.informatik.uni-dortmund.de/pub/wais/

    You can see it run at
    http://ls6-www.informatik.uni-dortmund.de/SFgate/bibdb-html. The SF
    icon leads to some documentation about SFgate.

------------------------------
Subject: 4) Can I ...

    4.1) How must a field name look like?


------------------------------
Subject: 4.1) How must a field name look like?
```

A field name must be composed of alpha characters only and must
have at least 2 characters.

```
------------------------------
Subject: 5) How can I ...

  5.1) How can I index index mails?
  5.2) How can I index HTML entities?
  5.3) How can I force 'c++' to appear in the index?
  5.4) How can I index HTML files?
  5.5) How can I index my http server?
  5.6) How can I index my ftp server?
  5.7) How to remove a file from index ?
  5.8) How should I maintain WAIS indexes?
  5.9) How can I search for the date specified in the layout.


------------------------------
Subject: 5.1) How can I index index mails?

    cd to your wais source directory (e.g. ~/wais-sources)

    Create a mail.fmt file like the following:

 record-sep: /^From / # alternatively use your mail-separartor
 layout:
 headline: /^From: / /\J/ 20 /^From: ./
 headline: /^Subject: / /\J/ 80 /^Subject: ./

 region: /^From: /
 from SOUNDEX LOCAL TEXT BOTH
 end: /$/

 region: /^Subject: /
 subject stemming TEXT BOTH
 end: /$/

    Run 'waisindex -d mail -t fields <files>'

------------------------------
Subject: 5.2) How can I index HTML entities?
```

You can specify country specific characters during configuration.
This is (currently) the place to customize the delimiter set. Other
way round: You can specify, which chars make up words.

You can "misuse" this feature to force special characters ('-',
'+', ...) to be treated as parts of words.

If you insist on indexing things like 'Universit&auml;t', you
should enter '&;' as country specific characters:

    You can compile freeWASI-sf with it's own ctype package. You
    should do this, if you want to use special (country specific)
    chars, which are not supported by your systems ctype.

```
        Use your systems ctype (no)?
    >
        Ok, will use my own ctype


        I will now ask for your special letters. If you do not want
        to give the now, edit Default.tmpl after this configure run.
        Input your upper case letters in the same order than your
        lower case letters. toupper() and tolower() depend on this
        order. Input letters which are upper and lower case in both
        strings.
        what are your lower case letters (äöüß)?
    > &;
        what are your upper case letters (ÄÖÜß)?
    > &;
```

------------------------------
Subject: 5.3) How can I force 'c++' to appear in the index?

    See question 'How can I index HTML entities ?'

------------------------------
Subject: 5.4) How can I index HTML files?

    First decide which TYPE your documents should have:

        1) If you want your WAIS server to deliver documents, TYPE
           should be HTML.


           Your command line should *start*:

                waisindex -T HTML ...

           Then go along as with other databases. You can use type
           field (-t field) in addition to the -T flags.

        2) If you want an http server to deliver documents, TYPE should
           be URL. You must tell waisindex, how the URL of the files
           should be composed. This is done by specifying the prefix
           to be removed from the file path and a prefix to add:

           Your command line should *start*:

                waisindex -t URL what-to-trim what-to-add ...


    Note: If you have compiled with the modified URL handling
    (Questioned during configure) you can customize the headline also
    with document type URL. But currently only SFgate can handle such
    databases. The default handling is to put the URL in the headline.

------------------------------
Subject: 5.5) How can I index my http server?

See question 'How can I index HTML files?' first.

Lets assume, your servers pages reside in directory
'/home/robots/www/pages'. Your servers URL might be
'http://myserver/'. The database will be named 'www-pages'.

An easy format file (www-pages.fmt) would be:

```
    record-sep: /\n\n/ # never matches


    layout:
    headline: /<[Tt][Ii][Ll][Ee]>/ /<\/[Tt][Ii][Tt][Ll][Ee]>/ 80
        /<[Tt][Ii][Tt][Ll][Ee]> *./
    end:


    region: /<[Hh][Tt][Mm][Ll]>/
    stemming TEXT GLOBAL
    end: /<.[Bb][Oo][Dd][Yy]>/
```

Then call

```
    waisindex -t URL /home/robots/www/pages http://myserver \
            -d www-pages -t fields \
            `find /home/robots/www/pages -type f -name "*.html" -
print`
```

If you do not have the modified URL handling compiled in, the
headline always contains the URL. With the modified handling,
headlines contain the title string of the HTML document, if there
is any.

An example database is running at
http://ls6-www.informatik.uni-dortmund.de/SFgate/www-pages rsp.
wais://ls6-www.informatik.uni-dortmund.de/www-pages.
------------------------------
Subject: 5.6) How can I index my ftp server?

    See 'How can I index my http server?'.

```
    waisindex -t URL /home/robots/www/pages ftp://myserver \
            -d ftp-files -t fields \
            `find /home/robots/ftp/pub -type f -name "*.txt"`
```
------------------------------
Subject: 5.7) How to remove a file from index ?

    You cannot remove files from the index. The index is add only (-a).
    But you can remove the source files referenced in the index. These
    files are silently ignored. The makedb program in the distribution
    emulates a sort of deletion.

```
------------------------------
Subject: 5.8) How should I maintain WAIS indexes?

    Use the makedb program in the distribution. See the manual to learn
    about it.

------------------------------
Subject: 5.9) How can I search for the date specified in the layout.

    The bad news is: you can't. The good is: you can define a field as
    data field with 2.0 PL 29 or higher.

------------------------------
Subject: 6) Trouble ...

  6.1) waisindex dumps core when it reads more than 20 filenames from
  stdin.
  6.2) Hey, is directory-of-servers at quake.think.com down or what?
  6.3) Compilation of the ctype directory does not work!
  6.4) warning: couldn't open database.syn -translation disabled.

------------------------------
Subject: 6.1) waisindex dumps core when it reads more than 20 filenames
from stdin.

    There is a hardcoded limit of 20 filenames (BLOCK_FILES_FROM_STDIN)
    in ir/waisindex.c which is not even checked for overruns (shudder).
    Either increase that value or use the patch01 for freeWAIS-sf-1.1
    wich allows for an arbitrary number of filenames:


    ftp://ls6-www.informatik.uni-dortmund.de/pub/wais/freeWAIS-sf-
1.1/patch01.gz

------------------------------
Subject: 6.2) Hey, is directory-of-servers at quake.think.com down or
what?

    Yes it is. Use directory-of-servers at cnidir.org or
    server.wais.com instead.

------------------------------
Subject: 6.3) Compilation of the ctype directory does not work!

    If you see something like the following

        gcc -c  -DHAVE_CONFIG_H    -g mkctype.c
        mkctype.c: In function `main':
        mkctype.c:115: parse error before character 0344
        mkctype.c:116: parse error before character 0304

    You probably have sed metacharacters (like '&') defined as country
    specific characters. Escape them with a double '\'!
```

```
------------------------------
```
Subject: 6.4) warning: couldn't open database.syn –translation disabled.

    I get the following error:
  929: 1: ... –2: warning: couldn't open database.syn –translation
disabled.
    Is this a bad thing?

    No it just tells you, that a file database.syn could not be found
    and therefore the synonym table is empty. If you did not intend to
    use synonym tables, you are perfect ok.

```
------------------------------
```
Subject: 7) Does freeWAIS-sf run on ....

    We got UDP packets from freeWAIS-sf servers running on the
    following os/hw/cc combinations:


| A/UX    | 3.1    | mc68040     | gcc       | 1.0                          |
|---------|--------|-------------|-----------|------------------------------|
| A/UX    | 3.1.1  | mc68030     | cc        | 2.0.52                       |
| A/UX    | 3.1.1  | mc68030     | gcc       | 1.0                          |
| A/UX    | 3.1.1  | mc68040     | gcc       | 1.0, 1.1                     |
| A/UX    | 3.1.1  | mc68040     | gcc 2.6.3 | 1.2-pre8                     |
| AIX     | 1      | ********    | 3.1       | 1.2-pre9                     |
| AIX     | 1      | ********    | cc        | 1.0, 1.1                     |
| AIX     | 2      | ********    | cc        | 0.9.10, 1.0, 1.1, 1.1.1,     |
```
1.1.2, 1.2, 1.2-pre8, 1.2-pre9, 2.0.16, 2.0.39, 2.0.45, 2.0.52, 2.0.60
```
| AIX     | 2      | ********    | gcc       | 1.0, 1.2-pre8                |
| AIX     | 2      | ********    | gcc 2.6.0 | 2.0.52                       |
| AIX     | 2      | ********    | gcc 2.6.2 | 2.0.39                       |
| BOSX    | 2      | 0001849841  | cc        | 1.1                          |
| BSD/386 | 1.0    | i386        | gcc       | 1.0                          |
| BSD/386 | 1.1    | i386        | gcc       | 1.0, 1.1, 1.1.1, 1.1.2,      |
```
1.2-pre8
```
| BSD/386 | 1.1    | i386        | gcc 1.42  | 2.0.58                       |
| BSD/OS  | 2.0    | i386        | gcc       | 1.0, 1.1, 1.2-pre9           |
| BSD/OS  | 2.0    | i386        | gcc 1.42  | 2.0.21                       |
| BSD/OS  | 2.0    | i386        | gcc 2.6.3 | 1.2-pre10                    |
| BSD/OS  | 2.0.1  | i386        | gcc       | 1.0, 1.1, 1.2-pre8, 1.2-     |
```
pre9
```
| BSD/OS  | 2.0.1  | i386        | gcc 2.6.3 | 2.0.45, 2.0.55, 2.0.58,      |
```
2.0.60
```
| BSD/OS  | 2.0.1  | i386        | shlicc2   | 2.0.58                       |
| DYNIX/ptx | 4.0  | i386        | cc        | 1.1.1                        |
| FreeBSD | 1.1.5(RELE | i386    | gcc       | 1.0                          |
| FreeBSD | 1.1.5.1(RE | i386    | gcc       | 1.0, 1.1, 1.1.2              |
| FreeBSD | 2.0-RELEAS | i386    | gcc       | 1.0, 1.1                     |
| FreeBSD | 2.0.5-RELE | i386    | gcc       | 1.0, 1.1, 1.2-pre8, 1.2-     |
```
pre9
```
| FreeBSD | 2.0.950412 | i386    | gcc       | 1.2-pre8                     |
| HI-OSF/1-M | R2.0 | hitm        | cc        | 1.2-pre10                    |
| HI-UX   | 01.04  | 3050/R      | gcc 2.5.8 | 2.0.52                       |

```
HP-UX    A.09.00    9000/822    gcc              1.0
HP-UX    A.09.00    9000/827    cc               2.0.52
HP-UX    A.09.01    9000/710    gcc              1.0, 1.1, 1.1.2
HP-UX    A.09.01    9000/715    gcc              1.0, 1.1, 1.1.2
HP-UX    A.09.01    9000/720    gcc              1.0
HP-UX    A.09.01    9000/720    gcc 2.4.4        1.2
HP-UX    A.09.01    9000/730    gcc              1.1.2, 1.2
HP-UX    A.09.01    9000/755    gcc              1.0
HP-UX    A.09.01    9000/755    gcc 2.5.8        1, 1.2
HP-UX    A.09.03    9000/712    cc               2.0.50
HP-UX    A.09.03    9000/712    gcc              1.1
HP-UX    A.09.03    9000/715    unknown          1.1
HP-UX    A.09.03    9000/720    gcc              1.1
HP-UX    A.09.03    9000/735    cc               2.0.60
HP-UX    A.09.04    9000/806    cc               2.0.60
HP-UX    A.09.04    9000/806    gcc 2.4.5        1.2
HP-UX    A.09.04    9000/816    gcc              1.0
HP-UX    A.09.04    9000/816    gcc 2.6.3        1.
HP-UX    A.09.04    9000/827    cc               2.0.60
HP-UX    A.09.04    9000/847    gcc              1.1
HP-UX    A.09.04    9000/847    gcc 2.6.3        1.
HP-UX    A.09.04    9000/887    cc               1.0, 2.0.50
HP-UX    A.09.04    9000/887    gcc              1.0
HP-UX    A.09.05    9000/712    gcc              1.1
HP-UX    A.09.05    9000/712    gcc 2.6.3        1.
HP-UX    A.09.05    9000/715    cc               1.0, 1.1, 2.0.45
HP-UX    A.09.05    9000/715    gcc              1.0
HP-UX    A.09.05    9000/720    cc               2.0.50
HP-UX    A.09.05    9000/725    gcc              1.1
HP-UX    A.09.05    9000/735    gcc              1.0, 1.1
HP-UX    A.09.05    9000/735    gcc 2.6.0        1, 1.2, 2.0.45
HP-UX    A.09.05    9000/735    gcc 2.7.0        2.0.4
HP-UX    B.10.00    9000/809    gcc 2.5.8        2.0.45
HP-UX    B.10.00    9000/809    gcc 2.7.0        2.0.45
HP-UX    B.10.01    9000/715    cc               2.0.60
IRIX     4.0.5F     IP20        gcc              1.0
IRIX     4.0.5H     IP20        gcc              1.0
IRIX     5.2        IP12        cc               1.0, 1.1
IRIX     5.2        IP12        gcc              1.0, 1.1
IRIX     5.2        IP17        cc               1.1
IRIX     5.2        IP17        gcc              1.1, 1.1.2
IRIX     5.2        IP19        cc               1.0, 1.1
IRIX     5.2        IP20        cc               1.0, 1.1, 1.1.1, 1.2
IRIX     5.2        IP22        cc               1.0, 1.1, 1.2-pre8
IRIX     5.2        IP22        gcc              1.0, 1.1, 1.1.2
IRIX     5.3        IP12        cc               1.1, 1.1.2, 2.0.39
IRIX     5.3        IP12        gcc              1.1
IRIX     5.3        IP17        cc               2.0.50
IRIX     5.3        IP17        gcc              1.1, 1.1.2
IRIX     5.3        IP19        cc               1.1, 1.2-pre8, 2.0.52
IRIX     5.3        IP19        gcc              1.0, 1.1
IRIX     5.3        IP19        gcc 2.7.0        2.0.39
IRIX     5.3        IP20        cc               1.0, 1.1
IRIX     5.3        IP20        gcc              1.2
```

```
IRIX    5.3      IP22      cc          1.0, 1.1, 1.2-pre10, 1.2-
pre8, 2.0.39, 2.0.45, 2.0.52, 2.0.60
IRIX    5.3      IP22      gcc         1.0, 1.0.10, 1.1
IRIX    5.3      IP22      gcc 2.7.0   1.2-pre8, 2.0.35
Linux   1.0.8    i386      gcc         1.0
Linux   1.0.8    i486      gcc         1.0
Linux   1.0.9    i486      gcc         1.0
Linux   1.0.9    i486      gcc 2.5.8   1.2-pre8, 2.0.39
Linux   1.0.9    i586      gcc         1.1
Linux   1.1.18   i486      gcc         1.0, 1.1
Linux   1.1.18   i486      gcc 2.5.8   1.2-pre8
Linux   1.1.18   i586      gcc         1.0
Linux   1.1.33   i486      gcc         1.0
Linux   1.1.45   i386      gcc         1.0
Linux   1.1.45   i486      gcc         1.0
Linux   1.1.47   i486      gcc         1.0
Linux   1.1.47   i586      gcc         1.1
Linux   1.1.49   i486      gcc         1.0
Linux   1.1.50   i486      gcc         1.0
Linux   1.1.50   i586      gcc         1.0
Linux   1.1.51   i486      gcc         1.0
Linux   1.1.52   i486      gcc         1.0, 1.1
Linux   1.1.54   i486      gcc         1.1
Linux   1.1.55   i486      gcc         1.0
Linux   1.1.57   i486      gcc         1.0
Linux   1.1.59   i386      gcc         1.0
Linux   1.1.59   i486      gcc         1.0, 1.1, 1.1.2
Linux   1.1.59   i486      gcc 2.5.8   1.2-pre8, 1.2-pre9, 2.0.35,
2.0.39
Linux   1.1.59   i586      gcc         1.0, 1.1
Linux   1.1.59   i586      gcc 2.6.3   2.0.60
Linux   1.1.60   i486      gcc         1.0
Linux   1.1.61   i486      gcc         1.0
Linux   1.1.62   i486      gcc         1.0, 1.1
Linux   1.1.62   i486      gcc 2.5.8   1.2, 1.2-pre8
Linux   1.1.64   i486      gcc         1.0
Linux   1.1.65   i486      gcc         1.0
Linux   1.1.70   i486      gcc         1.0
Linux   1.1.70   i586      gcc         1.1
Linux   1.1.72   i486      gcc         1.0
Linux   1.1.73   i486      gcc         1.0
Linux   1.1.73   i586      gcc         1.0, 1.1
Linux   1.1.75   i486      gcc         1.0, 1.1
Linux   1.1.81   i486      gcc         1.1
Linux   1.1.82   i486      gcc         1.0
Linux   1.1.83   i486      gcc         1.1
Linux   1.1.83   i486      gcc 2.5.8   1.2-pre8
Linux   1.1.83   i586      gcc         1.1
Linux   1.1.84   i486      gcc         1.1
Linux   1.1.85   i486      gcc         1.0
Linux   1.1.86   i486      gcc         1.1, 1.1.2
Linux   1.1.86   i586      gcc         1.1.1
Linux   1.1.87   i486      gcc         1.0
Linux   1.1.88   i486      gcc         1.0
```

```
Linux    1.1.94    i486    gcc            1.1
Linux    1.1.95    i486    gcc            1.1
Linux    1.2.0     i386    gcc 2.5.8      1.2-pre8
Linux    1.2.0     i486    gcc            1.0, 1.1.1, 1.1.2
Linux    1.2.0     i586    gcc 2.6.3      1.2-pre9
Linux    1.2.1     i386    gcc            1.0
Linux    1.2.1     i386    gcc 2.6.3      1.2-pre8
Linux    1.2.1     i486    gcc            1.0, 1.1, 1.1.1, 1.1.2
Linux    1.2.1     i486    gcc 2.6.3      1.2-pre10, 2.0.39, 2.0.5
Linux    1.2.1     i586    gcc            1.1, 1.2
Linux    1.2.1     i586    gcc 2.6.3      1.2-pre8, 2.0.35, 2.0.39,
2.0.60
Linux    1.2.10    i386    gcc            1.0
Linux    1.2.10    i486    gcc 2.5.8      1.2-pre8, 2.0.16
Linux    1.2.10    i486    gcc 2.6.3      1.2-pre9
Linux    1.2.10    i586    gcc 2.7.0      2.0.60
Linux    1.2.11    i486    gcc            1.0, 1.1
Linux    1.2.11    i586    gcc            1.0, 1.1
Linux    1.2.11    i586    gcc 2.5.8      1.2-pre9
Linux    1.2.12    i486    gcc            1.1
Linux    1.2.12    i486    gcc 2.6.3      2.0.52
Linux    1.2.13    i486    gcc            1.0, 1.1
Linux    1.2.13    i486    gcc 2.5.8      2.0.35, 2.0.39
Linux    1.2.13    i486    gcc 2.6.3      2.0.39, 2.0.41, 2.0.45,
2.0.51, 2.0.60
Linux    1.2.13    i486    gcc 2.7.0      2.0.39, 2.0.52, 2.0.55,
2.0.60
Linux    1.2.13    i586    gcc            1.0, 1.1
Linux    1.2.13    i586    gcc 2.5.8      2.0.35, 2.0.39
Linux    1.2.13    i586    gcc 2.6.2      2.0.16
Linux    1.2.13    i586    gcc 2.6.3      2.0.35, 2.0.39, 2.0.41,
2.0.52, 2.0.55, 2.0.60
Linux    1.2.13    i586    gcc 2.7.0      2.0.39, 2.0.50, 2.0.52
Linux    1.2.3     i486    gcc            1.0, 1.1, 1.1.1, 1.1.2
Linux    1.2.3     i486    gcc 2.6.3      1.2-pre8, 1.2-pre9, 2.0.39,
2.0.60
Linux    1.2.3     i486    gcc 2.7.0      1.2-pre8
Linux    1.2.3     i586    gcc            1.1
Linux    1.2.3     i586    gcc 2.6.3      2.0.39, 2.0.60
Linux    1.2.4     i486    gcc            1.0
Linux    1.2.4     i586    gcc            1.1
Linux    1.2.5     i486    gcc            1.1
Linux    1.2.5     i586    gcc            1.1
Linux    1.2.5     i586    gcc 2.6.3      1.2-pre8, 2.0.39
Linux    1.2.6     i486    gcc            1.0
Linux    1.2.6     i586    gcc            1.1
Linux    1.2.7     i386    gcc 2.6.3      2.0.39
Linux    1.2.7     i486    gcc            1.1
Linux    1.2.7     i486    gcc 2.6.3      2.0.39
Linux    1.2.8     i386    gcc            1.1
Linux    1.2.8     i486    gcc            1.0, 1.1, 1.1.2
Linux    1.2.8     i486    gcc 2.5.8      1.2-pre8
Linux    1.2.8     i486    gcc 2.6.2      1.2
```

```
Linux   1.2.8      i486      gcc 2.6.3     1.2-pre8, 1.2-pre9, 2.0.35,
2.0.39, 2.0.52, 2.0.58, 2.0.60
Linux   1.2.8      i486      gcc 2.7.0     2.0.35
Linux   1.2.8      i586      gcc           1.1, 1.1.2, 1.2
Linux   1.2.8      i586      gcc 2.5.8     1.2-pre8, 2.0.16
Linux   1.2.8      i586      gcc 2.6.3     1.2-pre9, 2.0.45, 2.0.52,
2.0.60
Linux   1.2.8      i586      gcc 2.7.2     2.0.52
Linux   1.2.9      i486      gcc           1.0, 1.1, 1.1.2
Linux   1.2.9      i486      gcc 2.6.3     1.2-pre9, 2.0.35, 2.0.45,
2.0.56
Linux   1.2.9      i586      gcc           1.0, 1.1
Linux   1.2.9      i586      gcc 2.6.3     1.2-pre8
Linux   1.3.14     i486      gcc           1.0
Linux   1.3.15     i486      gcc           1.1.2
Linux   1.3.15     i486      gcc 2.7.0     2.0.35
Linux   1.3.15     i586      gcc 2.6.3     1.2-pre9
Linux   1.3.17     i486      gcc 2.6.3     2.0.39
Linux   1.3.2      i486      gcc           1.1
Linux   1.3.20     i486      gcc           1.1
Linux   1.3.20     i586      gcc           1.1
Linux   1.3.21     i486      gcc           1.1
Linux   1.3.23     i486      gcc           1.1.2
Linux   1.3.23     i486      gcc 2.7.0     2.0.61
Linux   1.3.25     i486      gcc           1.1
Linux   1.3.25     i586      gcc 2.6.3     1.2-pre9
Linux   1.3.3      i486      gcc           1.1
Linux   1.3.30     i586      gcc 2.6.3     2.0.16
Linux   1.3.33     i586      gcc 2.5.8     2.0.52
Linux   1.3.35     i486      gcc           1.1
Linux   1.3.36     i586      gcc 2.7.0     2.0.39
Linux   1.3.37     i486      gcc 2.7.0     2.0.35
Linux   1.3.4      i486      gcc 2.7.0     1.2
Linux   1.3.42     i586      gcc 2.7.0     2.0.60
Linux   1.3.43     i486      gcc           1.1
Linux   1.3.43     i586      gcc 2.6.3     2.0.60
Linux   1.3.44     i486      gcc           1.1
Linux   1.3.44     i586      gcc 2.7.0     2.0.52, 2.0.55
Linux   1.3.45     i486      gcc           1.1
Linux   1.3.45     i586      gcc 2.6.3     2.0.41
Linux   1.3.45     i586      gcc 2.7.0     2.0.61
Linux   1.3.56     i586      gcc 2.5.8     2.0.39
Linux   1.3.57     i586      gcc 2.7.0     2.0.61
Linux   1.3.57     i586      gcc 2.7.2     2.0.52
Linux   1.3.59     i486      gcc           1.0
Linux   1.3.59     i586      gcc 2.5.8     2.0.39
Linux   1.3.8      i486      gcc           1.0, 1.1.1
Linux   1.3.8      i486      gcc 2.7.0     1.2-pre8
NetBSD  1.0        i386      gcc           1.0, 1.1, 1.1.1
NetBSD  1.0A       i386      gcc           1.2
NetBSD  1.0A       sparc     gcc           1.1
NetBSD  1.1        i386      gcc           1.0, 1.1.1
OSF1    V1.3       alpha     cc            1.0, 1.1
```

```
OSF1     V2.0      alpha      cc              1.0, 1.1, 1.1.2, 1.2, 1.2-
pre9, 2.0.49, 2.0.52, 2.0.58, 2.0.60
OSF1     V2.0      alpha      gcc             1.0, 1.1, 1.1.2
OSF1     V2.1      alpha      cc              1.0, 1.1, 1.2, 2.0.60
OSF1     V2.1      alpha      gcc             1.0, 1.1
OSF1     V2.1      alpha      gcc 2.6.0       1.2
OSF1     V3.0      alpha      cc              1.0, 1.1, 1.1.2, 1.2, 1.2-
pre10, 1.2-pre8, 2.0.16, 2.0.41, 2.0.60, 2.0.7
OSF1     V3.0      alpha      gcc             1.0, 1.1, 1.1.2
OSF1     V3.0      alpha      gcc 2.6.3       1.2
OSF1     V3.0      alpha      gcc 2.7.0       2.0.7
OSF1     V3.2      alpha      cc              1.0, 1.1, 1.1.2, 1.2-pre8,
2.0.16, 2.0.52, 2.0.60
OSF1     V3.2      alpha      gcc             1.0
OSF1     V3.2      alpha      gcc 2.6.3       1.2-pre8
OSF1     V3.2      alpha      gcc 2.7.0       1.2, 2.0.39, 2.0.52
OSF1     V3.2      alpha      gcc 2.7.1       2.0.45
SCO_SV   3.2       i386       cc              1.1
SunOS    4.1.1     sun4       cc              1.0.10
SunOS    4.1.1     sun4c      cc              1.0, 1.0.10, 1.1
SunOS    4.1.1     sun4c      gcc             1.0, 1.1, 1.1.2
SunOS    4.1.1     sun4c      gcc 2.5.8       2.0.60
SunOS    4.1.1-GF  sun4c      gcc             1.1
SunOS    4.1.1-GF  sun4c      gcc 2.3.2       1.2
SunOS    4.1.1-JL  sun4c      gcc             1.0, 1.1.2
SunOS    4.1.2     sun4       cc              1.0
SunOS    4.1.2     sun4       gcc             1.0
SunOS    4.1.2     sun4       gcc 2.5.8       1.2-pre9
SunOS    4.1.2     sun4c      cc              1.0, 1.0.10, 1.1.2
SunOS    4.1.2     sun4c      gcc             1.0, 1.1, 1.2
SunOS    4.1.2     sun4c      gcc 2.6.3       1.2-pre8
SunOS    4.1.2     sun4c      gcc cygnus-2.3.3    1.2-pre8
SunOS    4.1.2     sun4m      cc              1.0.10
SunOS    4.1.2     sun4m      gcc             1.1
SunOS    4.1.2     sun4m      gcc 2.2.2       1.2-pre8
SunOS    4.1.3     sun4       cc              1.0.10
SunOS    4.1.3     sun4       gcc             1.0, 1.1, 1.1.1
SunOS    4.1.3     sun4c      cc              1.0, 1.0.10, 1.1, 1.2-pre8,
2.0.35, 2.0.39, 2.0.52
SunOS    4.1.3     sun4c      gcc             1.0, 1.1, 1.1.1, 1.1.2,
1.1.3
SunOS    4.1.3     sun4c      gcc 2.3.3       1.2-pre8
SunOS    4.1.3     sun4c      gcc 2.4.5       1.2-pre9, 2.0.45
SunOS    4.1.3     sun4c      gcc 2.5.5       1.2-pre8, 2.0.16
SunOS    4.1.3     sun4c      gcc 2.5.7       1.2-pre9
SunOS    4.1.3     sun4c      gcc 2.6.1       2.0.52
SunOS    4.1.3     sun4c      gcc 2.6.3       2.0.52, 2.0.60
SunOS    4.1.3     sun4m      acc             1.0
SunOS    4.1.3     sun4m      cc              1.0, 1.0.10, 1.1, 1.2-pre8,
2.0.16, 2.0.39, 2.0.52, 2.0.58
SunOS    4.1.3     sun4m      gcc             0.9.10, 1.0, 1.1, 1.1.1,
1.1.2
SunOS    4.1.3     sun4m      gcc 2.4.5       1.2, 2.0.16
SunOS    4.1.3     sun4m      gcc 2.5.8       2.0.60
```

```
SunOS   4.1.3       sun4m       gcc 2.6.3       2.0.16, 2.0.45, 2.0.60
SunOS   4.1.3       sun4m       gcc 2.7.0       1.2, 2.0.60
SunOS   4.1.3-JL    sun4c       gcc             1.0
SunOS   4.1.3-JL    sun4m       gcc             1.0
SunOS   4.1.3C      sun4m       cc              1.0.10, 1.2-pre8, 2.0.50
SunOS   4.1.3C      sun4m       gcc             1.0, 1.1
SunOS   4.1.3C      sun4m       gcc 2.6.3       1.2-pre8
SunOS   4.1.3_Axil  sun4m       gcc             1.0
SunOS   4.1.3_DB    sun4m       cc              1.0.10
SunOS   4.1.3_U1    sun4        cc              1.0.10
SunOS   4.1.3_U1    sun4c       cc              1.0.10, 1.1.2, 2.0.35,
2.0.39, 2.0.52
SunOS   4.1.3_U1    sun4c       gcc             1.0, 1.1, 1.1.2
SunOS   4.1.3_U1    sun4c       gcc 2.4.5       1.2-pre8
SunOS   4.1.3_U1    sun4c       gcc 2.5.7       2.0.39
SunOS   4.1.3_U1    sun4c       gcc 2.5.8       1.2-pre8, 2.0.39, 2.0.45
SunOS   4.1.3_U1    sun4c       gcc 2.6.0       1.2-pre8, 2.0.35
SunOS   4.1.3_U1    sun4c       gcc 2.6.3       1.2, 1.2-pre8
SunOS   4.1.3_U1    sun4m       cc              1.0, 1.0.10, 1.1, 1.1.2,
1.2-pre8, 2.0.39, 2.0.45, 2.0.60
SunOS   4.1.3_U1    sun4m       gcc             1, 1.0, 1.1, 1.1.1, 1.1.2,
1.2
SunOS   4.1.3_U1    sun4m       gcc 2.4.5       1.2-pre8, 1.2-pre9
SunOS   4.1.3_U1    sun4m       gcc 2.5.7       2.0.39
SunOS   4.1.3_U1    sun4m       gcc 2.5.8       1.2
SunOS   4.1.3_U1    sun4m       gcc 2.6.2       1.2-pre8
SunOS   4.1.3_U1    sun4m       gcc 2.6.3       1.2, 1.2-pre8
SunOS   4.1.3_U1    sun4m       gcc 2.7.0       1.2-pre8, 2.0.52
SunOS   4.1.4       sun4        gcc             1.0, 1.1
SunOS   4.1.4       sun4        gcc 2.6.3       2.0.45
SunOS   4.1.4       sun4c       cc              2.0.39
SunOS   4.1.4       sun4c       gcc             1.0, 1.1
SunOS   4.1.4       sun4c       gcc 2.5.8       1.2-pre8, 2.0.29, 2.0.37,
2.0.45, 2.0.47, 2.0.48
SunOS   4.1.4       sun4c       gcc 2.6.3       2.0.56
SunOS   4.1.4       sun4c       gcc 2.7.0       2.0.39, 2.0.51, 2.0.60
SunOS   4.1.4       sun4m       cc              1.0.10, 1.2-pre8, 1.2.0,
2.0.0, 2.0.16, 2.0.60
SunOS   4.1.4       sun4m       gcc             1.0, 1.1, 1.1.2
SunOS   4.1.4       sun4m       gcc 2.5.8       2.0.3, 2.0.47
SunOS   4.1.4       sun4m       gcc 2.6.0       1.2-pre9
SunOS   4.1.4       sun4m       gcc 2.6.3       1.2-pre8, 2.0.39, 2.0.60
SunOS   4.1.4       sun4m       gcc 2.7.0       1.2-pre9, 2.0.19, 2.0.21
SunOS   4.1.4-JL    sun4c       cc              2.0.61
SunOS   4.1.4-JL    sun4m       gcc 2.3.1       1.2-pre8
SunOS   4.1.4-JL    sun4m       gcc 2.6.3       1.2-pre8
SunOS   4.1B        sun4        cc              1.0.10
SunOS   5.2         sun4c       gcc             1.0
SunOS   5.2         sun4m       gcc             1.0, 1.1
SunOS   5.3         sun4c       cc              1.0
SunOS   5.3         sun4c       gcc             1.0, 1.1
SunOS   5.3         sun4c       gcc 2.5.6       2.0.60
SunOS   5.3         sun4c       gcc 2.6.3       2.0.39, 2.0.52
SunOS   5.3         sun4d       cc              1.0
```

```
SunOS    5.3      sun4d      gcc            1.0, 1.1
SunOS    5.3      sun4d      gcc 2.5.6      1.2, 2.0.50, 2.0.52, 2.0.55
SunOS    5.3      sun4m      /usr/ucb/cc    2.0.45
SunOS    5.3      sun4m      acc            1.0
SunOS    5.3      sun4m      cc             1.0, 1.0.10, 1.1
SunOS    5.3      sun4m      gcc            1.0, 1.0.10, 1.1, 1.1.1,
1.1.2
SunOS    5.3      sun4m      gcc 2.5.6      1.2, 1.2-pre9, 2.0.45
SunOS    5.3      sun4m      gcc 2.5.8      1.2, 2.0.0, 2.0.3, 2.0.60
SunOS    5.3      sun4m      gcc 2.6.0      1.2-pre8
SunOS    5.3      sun4m      gcc 2.6.2      1.2-pre8
SunOS    5.3      sun4m      gcc 2.6.3      1.2-pre8, 2.0.35, 2.0.45,
2.0.52, 2.0.58
SunOS    5.3      sun4m      gcc 2.7.0      1.2, 1.2-pre8, 2.0.35,
2.0.52
SunOS    5.4      i86pc      cc             1.0
SunOS    5.4      i86pc      gcc            1.0, 1.1
SunOS    5.4      i86pc      gcc 2.5.8      2.0.35, 2.0.45
SunOS    5.4      i86pc      gcc 2.6.3      1.2-pre8, 2.0.45
SunOS    5.4      i86pc      gcc 2.7.1      2.0.60
SunOS    5.4      sun4       gcc            1.0, 1.1
SunOS    5.4      sun4       gcc 2.6.0      1.2-pre8
SunOS    5.4      sun4c      cc             1.1, 2.0.39
SunOS    5.4      sun4c      gcc            1.0, 1.1, 1.1.2
SunOS    5.4      sun4c      gcc 2.5.6      1.2-pre8, 1.2-pre9, 2.0.50,
2.0.52
SunOS    5.4      sun4c      gcc 2.7.0      1.2
SunOS    5.4      sun4d      cc             1.1, 1.2-pre10
SunOS    5.4      sun4d      gcc            1.0, 1.1, 1.1.2, 1.2
SunOS    5.4      sun4d      gcc 2.5.8      2.0.16
SunOS    5.4      sun4d      gcc 2.6.2      1.2-pre8, 2.0.16
SunOS    5.4      sun4d      gcc 2.6.3      1.2-pre8
SunOS    5.4      sun4d      gcc 2.7.0      2.0.50, 2.0.60
SunOS    5.4      sun4m      cc             1.0, 1.0.10, 1.1, 1.1.2,
1.2-pre8, 1.2-pre9, 2.0.45, 2.0.50, 2.0.52
SunOS    5.4      sun4m      gcc            1.0, 1.1, 1.1.1, 1.1.2, 1.2,
1.2-pre9
SunOS    5.4      sun4m      gcc 2.3.3      1.2-pre8
SunOS    5.4      sun4m      gcc 2.4.5      2.0.52
SunOS    5.4      sun4m      gcc 2.5.6      1.2, 1.2-pre8, 2.0.55,
2.0.56, 2.0.60
SunOS    5.4      sun4m      gcc 2.5.8      1.2, 1.2-pre8, 2.0.16,
2.0.45, 2.0.52
SunOS    5.4      sun4m      gcc 2.6.0      1.2-pre8, 2.0.45, 2.0.52,
2.0.60
SunOS    5.4      sun4m      gcc 2.6.2      1.2, 2.0.45, 2.0.52
SunOS    5.4      sun4m      gcc 2.6.3      1.2, 1.2-pre8, 1.2-pre9,
2.0.16, 2.0.37, 2.0.39, 2.0.45, 2.0.5, 2.0.50, 2.0.52, 2.0.58, 2.0.60
SunOS    5.4      sun4m      gcc 2.7.0      1.2-pre8, 1.2-pre9, 2.0.29,
2.0.39, 2.0.45, 2.0.50
SunOS    5.4      sun4m      gcc 2.7.1      2.0.52
SunOS    5.4      sun4m      gcc 2.7.2      2.0.52
SunOS    5.5      i86pc      gcc            1.1
SunOS    5.5      sun4c      gcc 2.6.2      2.0.52
```

```
SunOS   5.5      sun4d     gcc           1.1
SunOS   5.5      sun4d     gcc 2.7.1     2.0.61
SunOS   5.5      sun4m     cc            1.1, 1.2-pre10, 2.0.52,
2.0.58
SunOS   5.5      sun4m     gcc 2.5.8     2.0.45
SunOS   5.5      sun4m     gcc 2.7.2     2.0.60
ULTRIX  4.2      RISC      cc            1.1, 1.2-pre8
ULTRIX  4.2      RISC      gcc           1.0, 1.1
ULTRIX  4.2      RISC      gcc 2.5.8     1.2
ULTRIX  4.3      RISC      cc            1.0, 1.2-pre8, 2.0.16
ULTRIX  4.3      RISC      gcc           1.0
ULTRIX  4.4      RISC      cc            2.0.60
ULTRIX  4.4      RISC      gcc           1.0, 1.1
ULTRIX  4.4      RISC      gcc 2.3.3     1.2-pre8
ULTRIX  4.4      RISC      gcc 2.6.3     1.2-pre10
UNIX_SV 4.2      i386      cc            1.0, 1.1
UNIX_SV 4.2      i386      gcc           1.1
UNIX_SV 4.2MP    i386      cc            1.1, 2.0.58
UNIX_SV 4.2MP    i386      gcc 2.5.8     1.2-pre9, 2.0.45
UNIX_SVR42 4.2     i386       cc         1.0
achus   4.2      i386      cc            1.0, 2.0.39, 2.0.41
aps     4.0      i386      cc            1.1.1
arthur  4.0      i386      cc            1.1.1
bad     3.2      i386      gcc 2.6.2     2.0.16
csercc2 3.2      i386      cc            2.0.52
csercc2 3.2      i386      gcc 2.7.0     2.0.52
dgldt   3.2      i386      gcc 2.6.3     1.2-pre10
dgux    5.4      AViiON    gcc           1.1
dgux    5.4R2.01  AViiON   gcc           1.0
dgux    5.4R2.10  AViiON   gcc           1.0
dgux    5.4R3.10  AViiON   gcc           1.0, 1.1
easy    4.2      486/EISA  cc            2.0.60
gonzo   3.2      i386      cc            1.0
gopher  3.2      i386      cc            1.0
hobbit  4.2MP    i386      cc            1.1
info    3.2      i386      cc            1.2-pre8, 1.2-pre9
jordan  3.2      i386      gcc 2.7.0     2.0.52
mammoth 3.2      i386      gcc           1.1.2
ns      3.2      i386      cc            1.2-pre8
plato   4.0      i386      gcc           1.1.2
scoma04 3.2      i386      cc            1.1, 1.2-pre8
seq1    3.2.0    i386      cc            1.1.1
telescan 3.2     i386       gcc          1.1.1
uucp-gw 3.2      i386      gcc 2.6.2     1.2-pre8,

    These are reported by mail:

  BSDI 2.0    p5-90     gcc 2.7.0
  UNIX_SVR4 lab2 4.2 7.4.4 DRS 6000 sparc

------------------------------
Subject: 8) Does freeWAIS-sf work with ...

  8.1) Can i use other wais clients to query a freeWAIS-sf server?
```

```
     8.2) Can i link freeWAIS-sf with gopher?
     8.3) Gopher Error: Nothing Available!
     8.4) Can i link freeWAIS-sf with Mosaic?
     8.5) Can i link freeWAIS-sf with the cern httpd?

------------------------------
Subject: 8.1) Can i use other wais clients to query a freeWAIS-sf server?

     Yes, all clients running the wais protocol (z39.50 V1 + adds) can
     query an freeWAIS-sf server.

     There only one small incompatibility, which can be enabled
     during installation of freeWAIS-sf (default is: run compatible).
     This modification only applies to the document type URL and allows
     to customize the headline. The original handling uses the headline
     to store the URL. The modified freeWAIS-sf puts the URL in the
     document id field. But this handling currently is only supported by
     SFgate.

------------------------------
Subject: 8.2) Can i link freeWAIS-sf with gopher?

     Yes. Details for linking with gopher 2.1.1 and gopher 2.016 cand be
     found on the http server:
     http://ls6-www.informatik.uni-dortmund.de/freeWAIS-sf/

     Since freeWAIS-sf uses the same protocol than other wais systems
     linking with them is ok - as long as you use only the protocol part
     and do not try to do searches calling internal functions.

------------------------------
Subject: 8.3) Gopher Error: Nothing Available!

     Do a "waisindex -export ...". It is important that the host and
     port information is compiled into the *.src file, EVEN IF THE
     SEARCHES ARE LOCAL! I have my gopher, wais , and all the databases
     all on the same machine. It is also important that the waisserver
     is running.

------------------------------
Subject: 8.4) Can i link freeWAIS-sf with Mosaic?

     Yes. No details yet - but it is not hard to do ;-)

------------------------------
Subject: 8.5) Can i link freeWAIS-sf with the cern httpd?

     Direct WAIS access for CERN httpd 3.0 is easy to provide with
     freeWAIS-sf 1.1. The only thing you need to do is rename the WAIS
     libraries in CERN httpd Makefile's.

     If you're a lucky guy and your system supports imake, you need to:
```

Retrieve Rainer Klute's Imake extension to CERN httpd 3.0:
ftp://ftp.germany.eu.net/pub/infosystems/www/cern/WWW-Imake.tar.gz

Replace WWW.cf in the top-level directory with this code in
http://ls6-www.informatik.uni-dortmund.de/freeWAIS-sf/section3_13.html

Update the location of your freeWAIS-sf code in WWW.cf
(variable WAISDIR)

If your system doesn't support imake, you need to update manually
the WAIS libraries in the Makefile pertaining to your architecture
and the top-level Makefile. And think about how easy life would be
if only you had imake.

# EXHIBIT 5

| | |
|---|---|
| **From:** | Mike Strong <strong@sulfur.einet.net> |
| **Sent:** | Saturday, October 21, 1995 7:00 PM |
| **To:** | pfeifer@charly.informatik.uni-dortmund.de |
| **Subject:** | freeWAIS-sf-2.0.16 Problem |

Greetings,

I am ashamed to not be able to speak to you in German out of courtesy, but your English is obviously excellent so I hope you will overlook this.

I recently downloaded your version of freeWAIS, version 2.0.16, and had wonderful success with it.  I am indexing archived newspaper articles for the local newspaper.  I indexed the archives on several fields and used both stemming and SOUNDEX features.  They were delighted!  I was quick to point out that the capabilities came from the German tools that I downloaded from the Internet.  Credit where credit is due!

I also obtained your SFGate CGI script which is excellent.

Now, however, I have a problem.

The newspaper had to change the format of the data that they gave me.
A friend of mine tried to create a new database format file (.fmt) and has run into problems.  waisindex is complaining of a syntax error.
We have tried every experiment that we could think of and could not determine what was causing the error.  I am going to have to go into the code to determine what it is really upset about, but I thought I bring the problem to you, also.

Also, should I go to a standard freeWAIS release to get documentation explaining the difference between GLOBAL and LOCAL?  We do not really understand what these are, nor do we know when to use the BOTH directive.

Back to my original problem... In the data, we are trying to extract THREE fields from one line.  This may or may not be permissible, but the waisindexer parses past it without complaining.  The error occurs after this part, but if we are doing this wrong, we would appreciate your comments on that issue, too.

Here is our .fmt file:
```
%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%
%%%%%%%%%%
<record-end> /\\*\\*END OF STORY REACHED\\*\\*/

<layout>
<date> /^DATE[        ]*/ /%d\/%d\/%d/ day month year /^DATE[       ]*/
<headline> /^SECTION[  ]*/ /^/ 20 /^SECTION[   ]*/
<headline> /^HEADLINE[         ]*/ /^[A-Z]/ 80 /^HEADLINE[     ]*/
<headline> /^EXCERPT: / /\\*\\*END OF STORY REACHED\\*\\*/ 200 /^EXCERPT: */ <end>

<field> /^DATE[        ]*/
mo      "Month" <numeric> /^DATE[     ]*[^\/]*/ 2 TEXT LOCAL
<end> /^/
```

Confidential

PFEIFERNDCA630-00003763

```
<field> /^DATE[      ]*/
da    "Day"  <numeric> /^DATE[        ]*[^\/]*\/[^\/]*/ 2 TEXT LOCAL
<end> /^/

<field> /^DATE[      ]*/
yr    "Year" <numeric> /^DATE[        ]*[^\/]*\/[^\/]*\/[^\/]*/ 2 TEXT LOCAL
<end> /^/

<field> /^SECTION[      ]*/
se      "Section" stemming SOUNDEX TEXT BOTH
<end> /^/

<field> /^HEADLINE[      ]*/
hl      "Headline" stemming SOUNDEX TEXT BOTH
<end> /^[A-Z]/

<field> /^SOURCE[      ]*/
so      "Source" stemming SOUNDEX TEXT BOTH
<end> /^/

<field> /^COLUMN[      ]*/
co      "Column" stemming SOUNDEX TEXT BOTH
<end> /^/

<field> /^EXCERPT: /
bd      "Body" stemming SOUNDEX TEXT BOTH
<end> /^\\*\\*END OF STORY
REACHED\\*\\*/ %%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%
%%%%%%%%%%%%%%%%%%%%%
```

It is giving us the following error:

```
waisindex -d aas -export -t fields *.rft
26536: 0: Oct 21 04:44:40 1995: 100: irbuild: using type TEXT

26536: 1: Oct 21 04:44:40 1995: 6: Starting to build database aas line 22: syntax error at or near string ""
parse error
```

Line 22 is the line that starts this field:

```
<field> /^SECTION[      ]*/
se      "Section" stemming SOUNDEX TEXT BOTH
<end> /^/
```

My friend is doing several things differently than I did when I authored the format file which worked earlier.  I tried eliminating these differences (e.g., using /^/ as a terminating pattern, using '*'
at the end of the starting pattern, and other differences from mine), yet, none of these things seem to relate to the problem.

If you could advise us we would be MOST grateful.

Confidential                                                        PFEIFERNDCA630-00003764

Respectfully yours,

Mike Strong

--
Michael Jay Strong                    Day: 512/433-5348
TradeWave, Corp. (formerly EINet)         FAX: 512/433-5303
3636 Executive Center Drive, Ste. 100          Austin, Texas 78731

Confidential                              PFEIFERNDCA630-00003765

# EXHIBIT 6

| | |
|---|---|
| **From:** | Torsten Heycke <Torsten_Heycke@med.stanford.edu> |
| **Sent:** | Wednesday, March 13, 1996 2:51 AM |
| **Subject:** | FreeWAIS-sf Headline file >100: How? |

In the FreeWAIS-sf-2.0.65 documentation there is mention of a MAX_HEADLINE_LEN. Supposedly the default is 300, but I can't get a headline greater than 100. I also can't find the MAX_HEADLINE_LEN setting in the config.h file.

If I want, say, a 300 character headline, what would I enter in the config.h file and what do I do after editing that file? (Do I run Configure -der?)

The index command I use (if it should matter) is:

waisindex -r -t fields -d somedirectory/somedatabasename somedirectory

I'm using FreeWAIS-sf-2.0.65. Everything else works nicely. :-)

Thanks for any help,

Torsten

Confidential

PFEIFERNDCA630-00002019

# EXHIBIT 7

| | |
|---|---|
| **From:** | Chad Adams <u2ti9cma@crrel41.crrel.usace.army.mil> |
| **Sent:** | Wednesday, July 31, 1996 2:17 AM |
| **To:** | wais@wsct.wsc.com |
| **Subject:** | bad numbering |

Hello all,
      I am having a strange problem with the results from my WAIS server.
If I submit a query using SFgate it returns back to me that x number of results were found, and the number is correct.
When I scan down through the results list however, I see something like:

17: Control Surveying Collection <br> Description: <br> Abstra
18: Hydrographic Survey Data Collection
19: 33: Aerial Photography Collection
34: Control Surveying Collection <br> Description: <br> Abstra
35: Digital Imagery Collection
36: Topographic Survey Data Collection <BR> Description: <BR
37: Soil Boring Log Collection <BR> Description: <BR> Abstr

Large chunks are missing.  This doesn't happen on all queries, and sometimes if I re-run the same query it will be correct,
or happen in a different place.  If I run the same query directly on the server, or using a windows wais program all of the
results are protrayed correctly.

I'm using SFgate 4.0.33 and FreeWAIS 2.0.65.

Any ideas as to what's going on??

Any help is greatly appreciated.  :)

Chad Adams
USACRREL
System Administrator
(603) 646-4320

1

Confidential

PFEIFERNDCA630-00001602

# EXHIBIT 8

**From:**          Ellen G. White Estate <egw@aubranch.egwestate.andrews.edu>
**Sent:**          Sunday, November 12, 1995 8:58 PM
**To:**            pfeifer@charly.informatik.uni-dortmund.de
**Subject:**       Literal searches, freeWAIS-sf-2.0.45

To Ulrich Pfeifer:

We have been successfully running freeWAIS-sf-1.1.2 under Interactive Unix System V Release 3.2 version 4.1 in a production environment for several months.  In the process of indexing and testing our smallest database (about 30MB) under freeWAIS-sf-2.0.39 and freeWAIS-sf-2.0.45 we are getting repeated failures with the literal searches.  Both local and remote database searches fail.  The WAIS error log file reports the following message "Could not read the phrase".  We are not using fields during indexing.  We re-indexed the database with six of the books, five of which we knew had the literal string "final movements" in them.  We used 'waissearch' (for the correct version of freeWAIS-sf) to locate the literal string and lo and behold, it worked properly!
So we dived into 'ir/irfiles.h' and increased 'NEXT_INDEX_BLOCK_SIZE_SIZE' and 'INDEX_BLOCK_SIZE_SIZE' by one (from 4 to 5) and re-indexed all the books instead of just six books.  We did another search for "final movements" and met with failure.  The error message reported was "Could not read the phrase".
Ulrich, any help you can give us would be appreciated very much.

On a more positive development, we will be submitting to you our modifications to 'waisindex' and 'ircfiles.c' that retrieve a headline from a '*.pag and *.dir' (using Unix dbm routines) file using the filename as a key.

To see our current production version of freeWAIS-sf in action, you are certainly welcome to connect to the Ellen G. White Estate server with a WWW or WAIS client:

WWW:  http://www.egwestate.andrews.edu
WAIS: IP Address = 143.207.14.64, port 210
      Databases: Ellen_G_White_Basic_Library
              Ellen_G_White_Books_and_Pamphlets
              Ellen_G_White_Periodicals
              Ellen_G_White_Published_Writings

Do you know of a central location(s), mailing list, or newsgroups where we can submit the *.src files?  We tried at 'quake.think.com' as well as 'wais.com' and have received no response from them.

And finally, below are our 'defaults.h' and 'config.sh' files for freeWAIS-sf-2.0.45.

--------
William Fagal, Director
Ellen G. White Estate Branch Office
Andrews University
Berrien Springs, MI 49104-1400  USA
Phone:   616 471-3209
FAX:     616 471-6166
E-mail:  egw@aubranch.egwestate.andrews.edu

```
/*                     -*- Mode: C -*-
 * Defaults.tmpl.top --
 * ITIID        : $ITI$ $Header $__Header$
 * Author       : Ulrich Pfeifer
 * Created On    : Wed May 11 09:30:19 1994
 * Last Modified By: Ulrich Pfeifer
 * Last Modified On: Sun Sep 10 10:47:23 1995
 * Update Count  : 24
 * Status        : Unknown, Use with caution!
 */

#define AUTOCONF
#define SECURE_SERVER
#define RELEVANCE_FEEDBACK
#define USG
#define BOOLEANS
#define PARTIALWORD
#define LITERAL
#define SOUND
#define BIBDB
#define NESTED_BOOLEANS
#define FIELDS
#define ESSENCE
#define STEM_WORDS
#define TELL_USER
#define AUTO_STOPWORDS
#define GET_QUERY_TIMING
/*
 * use the NOPAIRS HACK to avoid problems with upper case chars?
 */
#define NOPAIRS

/*
 * use improved NEW_WEIGHT ?
 */
#define NEW_WEIGHT

/*
 * fork when handling a client
 */
#define QUERY_FORK

/*
 * Length of the headers
 */
#define MAX_HEADER_LEN 100

#define MAX_AUTHOR_LEN 25
#define MAX_DATE_LEN 4
#define MAX_WORD_LENGTH 20 /* change DICTIONARY_ENTRY_SIZE when this is changed */ #define MAX_TYPE_LEN 20
#define ANSI_DATE_LENGTH 6 /* YYMMDD */
```

```
#define MAX_HEADLINE_LEN 300

/*
 * these are needed for linking freeWAIS-sf with perl  */ #define warn wwarn #define any waisany

/*
 * these are needed (?) to force metaconfig in reading the units.
 */

/* #define MYREGEXP /**/
/* #define MYCTYPE /**/



#!/bin/sh
#
# This file was produced by running the Configure script. It holds all the # definitions figured out by Configure. Should you modify
one of these values, # do not forget to propagate your changes by running "Configure -der". You may # instead choose to run
each of the .SH files by yourself, or "Configure -S".
#

# Configuration time: Wed Nov  8 13:40:08 EST 1995 # Configured by: office # Target system: aubranch aubranch 3.2 2 i386

d_bsd='undef'
d_eunice='undef'
d_xenix='undef'
eunicefix=':'
Mcc='Mcc'
awk='/usr/bin/awk'
bash=''
bison='/usr/local/bin/bison'
byacc='byacc'
cat='/bin/cat'
chgrp=''
chmod=''
chown=''
comm='/usr/bin/comm'
compress=''
cp='/bin/cp'
cpio=''
cpp='/lib/cpp'
csh=''
date='/bin/date'
echo='/bin/echo'
egrep=''
emacs=''
expr='/bin/expr'
find=''
flex='/usr/local/bin/flex'
gcc=''
grep='/bin/grep'
gzcat='/usr/local/bin/gzcat'
```

Confidential

```
inews=''
ksh=''
less=''
line=''
lint=''
ln='/bin/ln'
lp=''
lpr=''
ls=''
mail=''
mailx=''
make=''
mkdir='/bin/mkdir'
more='/usr/bin/more'
mv='/bin/mv'
nroff='/usr/bin/nroff'
perl='/usr/bin/perl'
pg=''
pmake=''
pr=''
rm='/bin/rm'
rmail=''
sed='/bin/sed'
sendmail=''
sh=''
shar=''
sleep=''
smail=''
sort='/bin/sort'
submit=''
tail=''
tar=''
tbl=''
test='test'
touch='/bin/touch'
tr='/usr/bin/tr'
troff=''
uname='/bin/uname'
uniq='/usr/bin/uniq'
uuname=''
vi=''
zcat='/usr/bin/zcat'
hint='previous'
myuname='aubranch aubranch 3.2 2 i386 '
osname=''
osvers=''
Author=''
Date=''
Header='$Header'
Id='$Id'
Locker=''
Log='$Log'
RCSfile=''
```

Confidential

```
Revision=''
Source=''
State=''
afs='false'
baserev='2.0'
bin='/usr/local/bin'
binexp='/usr/local/bin'
installbin='/usr/local/bin'
byteorder='1234'
cc='gcc'
gccversion='2.6.3'
ccflags='-posix -D_SYSV3 -D_POSIX_SOURCE -DISC -DSYSV -DPOSIX_JC -DAUTO_STOPWORD -DEGW_ESTATE'
cppflags='-posix -D_SYSV3 -D_POSIX_SOURCE -DISC -DSYSV -DPOSIX_JC -DAUTO_STOPWORD -DEGW_ESTATE'
ldflags=' -posix'
lkflags=''
optimize='-O'
cf_by='office'
cf_time='Wed Nov  8 13:40:08 EST 1995'
contains='grep'
cpplast='-'
cppminus='-'
cpprun='gcc -E'
cppstdin='gcc -E'
d_access='define'
d_alloca='undef'
i_alloca='undef'
d_alphasort='undef'
d_bcopy='define'
d_bzero='define'
d_cache_syn='undef'
d_compiler_version='"gcc version 2.6.3"'
d_uncompressor='"/usr/bin/zcat"'
d_unzipper='"/usr/local/bin/gzcat"'
d_const='define'
d_extern_sys_errlist='define'
d_gethent='undef'
d_getpwuid='define'
d_getwd='undef'
d_huge_headlines='define'
d_local_search='define'
testdir='FIELD-EXAMPLE'
waissearch_args=''
d_memcpy='define'
d_memmove='define'
ctypedir='$(TOP)/ctype'
ctypeinc='-I$(TOP)/ctype'
ctypeobj='$(TOP)/ctype/ctype.o'
d_ctypevar='undef'
d_myctype='define'
lchars='"-=[]"'
uchars='"_+{}"'
d_myregexp='define'
regexpdir='$(TOP)/regexp'
```

```
regexplib='$(TOP)/regexp/libregexp.a'
d_open3='define'
d_portable='undef'
d_proximity='undef'
d_remove='define'
d_safebcpy='define'
d_safemcpy='undef'
d_scandir='undef'
d_oldsock='undef'
d_socket='define'
d_sockpair=''
sockethdr=''
socketlib=''
d_index='undef'
d_strchr='define'
d_strcspn='define'
d_strdup='define'
d_strerrm='strerror(e)'
d_strerror='define'
d_sysernlst=''
d_syserrlst='define'
d_syslog='define'
syslogc=''
syslogo=''
d_time='define'
timetype='time_t'
d_udping='define'
d_urldocid='undef'
d_usendir='undef'
i_ndir='undef'
ndirc=''
ndirlib=''
ndiro=''
d_version_string='"freeWAIS-sf 2.0 PL 45 string"'
d_voidsig='define'
signal_t='void'
d_volatile='define'
d_charvspr='undef'
d_vprintf='define'
h_fcntl='true'
h_sysfile='false'
i_arpainet='define'
d_dirnamlen='undef'
direntrytype='struct dirent'
i_dirent='define'
i_fcntl='define'
i_memory='undef'
i_niin='define'
i_sysin='undef'
d_pwage='define'
d_pwchange='undef'
d_pwclass='undef'
d_pwcomment='define'
```

```
d_pwexpire='undef'
d_pwquota='undef'
i_pwd='define'
i_stdlib='define'
i_string='define'
strings='/usr/include/string.h'
i_sysdir='define'
i_sysfile='undef'
i_sysndir='undef'
i_sysparam='define'
i_sysresrc='undef'
i_sysselct='undef'
i_syssock='define'
i_systypes='define'
i_sgtty='undef'
i_termio='undef'
i_termios='define'
i_systime='define'
i_systimek='undef'
i_time='undef'
timeincl='/usr/include/sys/time.h '
i_unistd='define'
i_stdarg='define'
i_varargs='undef'
i_varhdr='stdarg.h'
install='./install'
installdir='mkdir -p'
intsize='4'
lex='flex'
lexflags='-8'
libc='/lib/libc.a'
glibpth='/lib/pa1.1 /usr/lib/large /lib /usr/lib /usr/lib/386 /lib/386 /lib/large /usr/lib/small /lib/small /usr/ccs/lib /usr/ucblib
/usr/local/lib /usr/shlib'
libpth='/lib /usr/lib /usr/local/lib'
plibpth=''
xlibpth='/usr/lib/386 /lib/386'
libs='-linet -ldbm'
lns='/bin/ln -s'
longsize='4'
installmansrc='/usr/local/man/man1'
manext='1'
mansrc='/usr/local/man/man1'
mansrcexp='/usr/local/man/man1'
mkdep='/d1/Packages/wais/freeWAIS-sf-2.0.45/mkdep'
huge=''
large=''
medium=''
models='none'
small=''
split=''
c='\c'
n=''
orderlib='false'
```

**Confidential**                                                 **PFEIFERNDCA630-00004386**

```
ranlib=':'
package='freewais-sf'
spackage='Freewais-sf'
patchlevel='45'
prefix='/usr/local'
prefixexp='/usr/local'
installprivlib='/usr/local/lib/freewais-sf'
privlib='/usr/local/lib/freewais-sf'
privlibexp='/usr/local/lib/freewais-sf'
prototype='define'
installscript='/usr/local/bin'
scriptdir='/usr/local/bin'
scriptdirexp='/usr/local/bin'
so='so'
sharpbang='#!'
shsharp='true'
spitshell='cat'
startsh='#!/bin/sh'
sysman='/usr/catman/u_man/man1'
uidtype='uid_t'
nm_opt=''
runnm='false'
usenm='true'
incpath=''
mips=''
mips_type=''
usrinc='/usr/include'
defvoidused='15'
voidflags='15'
yacc='bison -y'
yaccflags=''
VERSION=2.0
PATCHLEVEL=45
CONFIG=true

************************* An Example 'waisindex' Command **********************

$WAISINDEX/waisindex -d $WAISDIR/Ellen_G_White_Basic_Library \
        -mem 50 \
        -stop \
        -export \
        -e index.log \
        -l 10 \
        -nocat \
        -r \
        -dbm_file $DBM \
        -t textdbm \
        /xx/Book/aa \
        /xx/Book/ah \
        /xx/Book/col \
        /xx/Book/chs \
        /xx/Book/cs \
        /xx/Book/da \
```

**Confidential**                                                    **PFEIFERNDCA630-00004387**

```
/xx/Book/ew \
/xx/Book/ed \
/xx/Book/gw15 \
/xx/Book/gc11 \
/xx/Book/mh \
/xx/Book/pp \
/xx/Book/pk \
/xx/Book/sc \
/xx/Book/cg \
/xx/Book/cd \
/xx/Book/ev \
/xx/Book/ls15 \
/xx/Book/myp \
/xx/Book/mb \
/xx/Book/1sm \
/xx/Book/2sm \
/xx/Book/3sm \
/xx/Book/wm
```

**Confidential**

**PFEIFERNDCA630-00004388**

# EXHIBIT 9

**From:** Clarence L. Thomas IV <102555.1311@CompuServe.COM>

**Sent:** Wednesday, March 27, 1996 10:09 AM

**Subject:** An Interesting FreeWAIS-sf Server

Here are the technical specifications to access a very interesting FreeWAIS-sf server:

Organization:  Ellen G. White Estate

Host Name:    wais.egwestate.andrews.edu
IP Address:   143.207.14.64
Port:       210
Databases:   Ellen_G_White_Books_and_Pamphlets
        Ellen_G_White_Periodicals
        Ellen_G_White_Published_Writings

The '*.src' file for the above databases can be FTPed from 'ftp.egwestate.andrews.edu'.  It was interesting to see that the '*.src' files contain a well-written abstract of what type of material the database contains. It also includes some example querys to try out.

Another handy way of retrieving the '*.src' files is by sending email to 'info@aubranch.egwestate.andrews.edu' with the following message:

        get egwestate egwBooks-Pamphlets.src
        get egwestate egwPeriodicals.src
        get egwestate egwPublications.src

Questions about the FreeWAIS-sf server and its contents should be directed to 'egw@aubranch.egwestate.andrews.edu'.
--
Clarence L. Thomas IV
102555.1311@compuserve.com

PFEIFERNDCA630-00001976

# EXHIBIT 10

| | |
|---|---|
| **From:** | Frank Peters <fwp@Jester.CC.MsState.Edu> |
| **Sent:** | Thursday, March 28, 1996 7:30 AM |
| **Subject:** | freeWAIS-sf-2.0.65, Solaris 2.5: headlines missing first letter |

Hello,

I am attempting to use freeWAIS-sf for the purpose of indexing our university web service.  Because I want to serve the data from a different machine than the one that has the data I am using the modified URL handling option with the "-t fields" flag to waisindex.

I've installed the software.  When I build a traditional database with "-t URL /dir http://server ..." I get a working database.

Now I copy the fmt file from the freeWAIS-sf FAQ or the examples from the fmt-examples directory of the FTP sites.  In these file the headline is something like:

```
<layout>
<headline> /<[tT][iI][tT][lL][eE]> */ /<\/[tT][iI][tT][lL][eE]>/
        80 /<[tT][iI][tT][lL][eE]> *./
<end>
```

And run waisindex with "-t URL /dir http://server -t fields ...".

There aren't any errors when it runs but the headlines are all missing their first letter.  The dbname.hl file has things like "ississippi State Baseball Home Page" without the leading 'M'.  The actual links are right and it works fine from SFGate as far as searching and linking correctly but the search results looks a liitle funny without their first letters.

Has anyone else encountered this problem?  Any ideas what I'm doing wrong?

For those familiar with Solaris and problems with directory access using BSD compatibility mode, this isn't that problem.  I used no ucb libraries or headers when compiling and this is not a problem with file or directory names.
--
Frank Peters - UNIX Systems Group Leader - Mississippi State University
        fwp@CC.MsState.Edu - 601-325-7030 - FAX: 601-325-8921
                <URL:http://www2.msstate.edu/~fwp/>

Confidential

PFEIFERNDCA630-00002104

# EXHIBIT 11

| | |
|---|---|
| **From:** | Jon Meek <meekj@pt.Cyanamid.COM> |
| **Sent:** | Friday, March 29, 1996 8:07 AM |
| **To:** | pfeifer@ls6.informatik.uni-dortmund.de |
| **Subject:** | Configure for freeWais-sf on Solaris |

Ulrich - In case you are keeping track of these things...

I just compiled freeWAIS-sf-2.0.65 Solaris 2.5 using gcc version 2.7.1 (the package version from opcom.sun.ca). I did not do any "library fixes" that previous versions suggested.

In order to get a successful compile/link I had to answer:

 Any additional libraries? [none] -lsocket -lnsl

Esssentially all other answers were the default, and everything worked fine.

Thank you for your efforts,

Jon

Confidential

**PFEIFERNDCA630-00003980**

# EXHIBIT 12

| | |
|---|---|
| **From:** | Timothy P. Cheney <tcheney@lexis.pop.upenn.edu> |
| **Sent:** | Wednesday, January 15, 1997 7:46 AM |
| **Subject:** | Date Indexing Mail Folders Conquered in freeWAIS-sf |

My years are now being indexed succesfully.  I needed to change /%d %s3 %d/ to /%d %s %d/.

Attached is the fmt file for indexing berkeley mail folders by subject, from, date, and message body,

```
----- .fmt file------------------
<record-end> /^From /

 <layout>
 <headline> /^From: / /\n/ 50 /^From: */  <headline> /^Subject: / /\n/ 80 /^Subject: */  <end>

<field> /^Date: ...,/ /^Date: ..., /
 posted date /%d %s %d/ day month string year TEXT LOCAL <end> /$/

<field> /^From: /
 from TEXT BOTH
<end> /\J/

<field> /^Subject: /
 subject stemming TEXT BOTH
<end> /\J/

<field> /^\J/
 TEXT GLOBAL
<end> /^From /
```

--
=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=
|  tcheney@pop.upenn.edu                     |
|  Timothy P. Cheney        (215) 898-3197   |
|  Population Studies Center                 |
|  219 McNeil/6298                           |
|  University of Pennsylvania                |
|  Philadelphia, PA 19104                    |
=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=

Confidential

PFEIFERNDCA630-00000066

# EXHIBIT 13

**From:**          Michael Danahy <mdanahy@esu2.esu2.k12.ne.us>
**Sent:**          Tuesday, February 18, 1997 7:41 AM
**Subject:**       s.nde.state.ne.usqq

Just download freeWAIS-sf-2.0.65 and Wais.PM 2.202 and SFgate 5.110.  All seemed to go well and the waisindex works with waissearch across the net using other clients.  However, I am having a devil of a time with SFgate.  It compiles and installs and I do believe that it works when called.  However, it will not find the data base that I would like to test.  The test indicates that we have SFgate installed properly, but it will not attach to the ls6-www system.

I am running an Apache Httpd server with Linux 2.0.0 on a Pentium 75; do I absolutely need the CERN or NCSA servers to make this work or should I be looking for problems elsewhere.  Also, I can't seem to get the SFgate log generated; checked the rights of the directory and they are adequate to allow a log to be generated.

Also, we just installed perl5.003_26.

We double checked the Wais.pm configuration to make sure that it was pointing to freeWais directory.

Any help would be greatly appriciated.

--
Mike Danahy

System and Network Manager
Educational Service Unit #2          Phone:402-721-7710
                                                Fax:  402-721-7712

Confidential                                                **PFEIFERNDCA630-00000392**

# EXHIBIT 14

| | |
|---|---|
| **From:** | Bill Wood <bwood@cdr.stanford.edu> |
| **Sent:** | Thursday, March 06, 1997 11:17 AM |
| **Subject:** | Incomplete results set when using SearchWais function |

Howdy,

I have a problem on a couple of platforms (IRIX - fwsf2.0.65, Solaris - fwsf 2.1) where using waissearch on a local database retrieves a larger document set for the same query than that produced by a cgi program that uses SearchWais. In both cases, the maximum result set is set to 500.

In one case (IRIX, 2.0.65) it gets about half of the waissearch set, on the other (Solaris, 2.1) it gets most (338 out of 354). Is this a known problem? Is it fixed in 2.2?

Bil

1

**Confidential**

**PFEIFERNDCA630-00000487**

# EXHIBIT 15

**From:**          Bill Wood <bwood@cdr.stanford.edu>
**Sent:**          Friday, March 14, 1997 10:07 AM
**Subject:**       FIXED Re: Incomplete results set when using SearchWais function


Problem was in the search result buffer size.

Bill Wood wrote:
>
> Howdy,
>
> I have a problem on a couple of platforms (IRIX - fwsf2.0.65, Solaris
> - fwsf 2.1) where using waissearch on a local database retrieves a
> larger document set for the same query than that produced by a cgi
> program that uses SearchWais. In both cases, the maximum result set is set to 500.
>
> In one case (IRIX, 2.0.65) it gets about half of the waissearch set,
> on the other (Solaris, 2.1) it gets most (338 out of 354). Is this a
> known problem? Is it fixed in 2.2?
>
> Bil

1

**Confidential**                                                                      **PFEIFERNDCA630-00000566**

# EXHIBIT 16

**From:**       Bowen Dwelle <bowen@hotwired.com>

**Sent:**       Saturday, March 29, 1997 2:39 AM

**To:**         Ulrich Pfeifer

**Subject:**    Re: Wais.pm 2.2x vs. 2.3x


Ullrich --

Thanks very much for your reply. I'll stick with 2.00 for now, since it's working so welll.

Thanks again for your work on Wais.pm!

At 11:35 AM 3/28/97 +0100, you wrote:
>>>>>> "Bowen" == Bowen Dwelle <bowen@hotwired.com> writes:
>
>   Bowen> Ulrich ---
>
>   Bowen> I am currently using Wais.pm v2.2x with freeWAIS-sf-2.0.65
>   Bowen> and perl5.003_95. I noticed your posting of Wais.pm v2.300
>   Bowen> -- but I'm unclear on why I could want to upgrade or not?
>   Bowen> Is 2.3 significantly faster, or does it offer new features
>   Bowen> over 2.2?
>
>Nope. It only hast "advanced" tests ;-). Functionality did not change.
>
>Ulrich Pfeifer
>--
>perl -e 'print map chr($_&=127), unpack "C*", pack "w", \
>"28031325277245338375695089304165009203757780884355338"'
>
>
>


|-- Bowen Dwelle            WIRED Digital --|
|-- 415.276.8607        Engineering Project Manager --|

Confidential                                            **PFEIFERNDCA630-00004997**

# EXHIBIT 17

| | |
|---|---|
| **From:** | Ulrich Pfeifer <pfeifer@bastet.informatik.uni-dortmund.de> |
| **Sent:** | Friday, March 14, 1997 12:59 AM |
| **To:** | fhur@bastet.informatik.uni-dortmund.de; goevert@bastet.informatik.uni-dortmund.de; pfeifer@bastet.informatik.uni-dortmund.de |
| **Subject:** | freeWAIS-sf (hosts) |

| | |
|---|---|
| US Educational | 337 |
| US Commercial | 272 |
| Germany | 250 |
| France | 229 |
| Japan | 191 |
| US Government | 144 |
| Network | 113 |
| United Kingdom | 97 |
| Canada | 87 |
| Non-Profit | 82 |
| Italy | 68 |
| Netherlands | 53 |
| Sweden | 41 |
| Spain | 36 |
| Australia | 33 |
| Finland | 30 |
| United States | 28 |
| Switzerland | 28 |
| Belgium | 19 |
| Mexico | 18 |
| US Military | 17 |
| Soviet Union | 17 |
| Russian Federation | 17 |
| Poland | 14 |
| Austria | 14 |
| Norway | 13 |
| Korea (South) | 13 |
| Czech Republic | 10 |
| China | 9 |
| Hong Kong | 8 |
| Singapore | 7 |
| Taiwan | 7 |
| Ukraine | 7 |
| Argentina | 6 |
| Denmark | 6 |
| Malaysia | 5 |
| Estonia | 5 |
| Portugal | 5 |
| Romania | 4 |
| Israel | 4 |

Confidential

PFEIFERNDCA630-00004625

| | |
|---|---|
| Greece | 4 |
| Brazil | 4 |
| Chile | 3 |
| Lithuania | 3 |
| Indonesia | 3 |
| South Africa | 3 |
| Slovenia | 3 |
| New Zealand | 2 |
| Turkey | 2 |
| Hungary | 2 |
| Luxembourg | 2 |
| Iceland | 1 |
| India | 1 |
| Thailand | 1 |
| Unresolved | 389 |
| Local | 17 |
| = total = | 2784 |

**Confidential**

**PFEIFERNDCA630-00004626**