UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF<br>PROFESSOR NORBERT FUHR** |

## <u>DECLARATION OF PROFESSOR NORBERT FUHR</u>

1.      My name is Professor Norbert Fuhr.  I have personal knowledge of the facts set forth herein, and am competent to testify to the same.

2.      I located copies of each of the documents attached as Exhibits 1 and 2 to this declaration.  I certify, as the individual who located these documents, that these documents are true and correct copies of documents that were originally developed and/or maintained by me or my staff. These documents were maintained by me or my staff at Dortmund University and remained in my custody at Dortmund University. After I left Dortmund University, I continued to maintain copies of these documents at the University of Duisburg-Essen, where they have also remained in my custody.

3.      I am currently a Professor at the University of Duisburg-Essen in Duisburg, Germany, where I have worked since 2002.  In 1980, I obtained a Masters Degree in computer science from Darmstadt University, in Darmstadt, Germany.  I then began working as a research assistant in the information retrieval group at Darmstadt University and received my Ph.D. in

computer science in 1986.  I performed post-doctorate work at Darmstadt University until 1991, when I joined Dortmund University as an associate professor where I formed my own group which focused on information retrieval.  As an associate professor, I was responsible for teaching students and supervising their thesis work, as well as conducting research in the information retrieval field on behalf of the University.  Around the end of 2002, I left Dortmund University after accepting a position as a full professor at the University of Duisburg-Essen in Duisburg, Germany, where I am still employed.  At the University of Duisburg-Essen, I continued to perform research and teach classes in the information retrieval field.  In 2012, I received the Gerard Salton ACM lifetime achievement award for my work in the information retrieval field.

4.     In early 1993, I first learned about the WAIS information retrieval system.  I asked my research assistant at the time, Ulrich Pfeifer, to download a version of WAIS so we could investigate its features and functionality.  Mr. Pfeifer downloaded a version of WAIS published by Clearinghouse for Networked Information Discovery and Retrieval (CNIDR) called freeWAIS.  After investigating freeWAIS's features and functionalities, we decided to begin a research project to create an improved version of the WAIS information retrieval system software based on freeWAIS.  We named this software freeWAIS-sf.

5.     I was responsible for specifying the features I wanted implemented in free-WAIS-sf and providing guidance on the methods that should be used to implement them.  I directed Mr. Pfeifer to write the source code for free-WAIS-sf, which he delegated, at least in part, to my diploma thesis student Mr. Huynh Tung.  The first version of freeWAIS-sf was completed in March 1994.  At my direction, Mr. Pfeifer uploaded the freeWAIS-sf alpha distribution to the Dortmund University ftp site at ftp://ls6-www.informatik.uni-dortmundt.de/pub/wais/freeWAIS-0.2-sf-alpha.tar.gz at that time and posted a message to the comp.infosystems.wais newsgroup announcing the availability of this freeWAIS-sf distribution for download at that ftp location.

Both the announcement and the first freeWAIS-sf distribution were available to any person in the United States.

6.     In addition to my supervision of the development of free-WAIS-sf, I also supervised Mr. Tung's work on his diploma thesis, the subject matter of which was free-WAIS-sf.  Mr. Tung began working on his thesis in 1993 and completed work on his thesis in 1995. After completing his thesis, as per the regular practice of the University, Mr. Tung submitted three copies of his thesis, a copy to each of the reviewers, one of which was me, and the other to the University library at Dortmund University.  Attached as Exhibit 1 to my declaration, bearing production numbers FUHRNDCA630-00000013-200, is a true and correct copy of Mr. Tung's thesis on free-WAIS-sf that he provided to me.

7.     At my direction, Mr. Pfeifer continued to work on and support freeWAIS-sf by responding to emails and newsgroup postings from users concerning freeWAIS-sf, including users in the United States.  At my direction, Mr. Pfeifer also periodically created new versions of freeWAIS-sf in response to user feedback, which he uploaded to the Dortmund University ftp site as new distributions of free-WAIS-sf.  Each free-WAIS-sf distribution on the Dortmund University ftp site was available to any person in the United States.

8.     One of the versions of free-WAIS-sf that Mr. Pfeifer uploaded to the Dortmund University ftp site was the freeWAIS-sf version 2.0.65 distribution.  Mr. Pfeifer uploaded this distribution on or before April 7, 1998.  The freeWAIS-sf distribution was available to any person in the United States.

9.     After leaving Dortmund University, at my direction, my staff moved the Dortmund University ftp server containing the released versions of free-WAIS-sf to the University of Duisburg-Essen, where it has been maintained by my staff and remained in my custody.

10.     Attached as Exhibit 2 to my declaration is a true and correct copy of a file, bearing production number FUHRNDCA630-0000001 that I obtained from the University of Duisburg-Essen's ftp site, which is named "freeWAIS-sf-2.0.65.tar.gz" and has a last modified date of April 7, 1998.  Exhibit 2 has been in my custody, possession and control at least since that date.  Exhibit 2 contains a true and correct copy of the free-WAIS-sf 2.0.65 distribution that Mr. Pfeifer first uploaded to the Dortmund University ftp site at my direction on or prior to April 7, 1998.

11.     Attached as Exhibit 3 to my declaration is a true and correct copy of a document, bearing production number SAMNDCA630-07601359, from the University of Duisburg-Essen ftp       server,       which       lists       the       files       in       the       folder ftp://ftp.is.informatik.uniduisburg.de/pub/src/freeWAlS-sf,  including  the  file  "freeWAIS-sf-2.0.65.tar.gz," which has not been modified since April 7, 1998 and is identical to Exhibit 2.

12.     While I was employed at Dortmund University, persons in the United States knew of, downloaded and used the freeWAIS-sf distribution prior to January 2000.  I know this because I directed Mr. Pfeifer to maintain a record of IP addresses of servers in the United States that had indexed one or more freeWAIS-sf databases.  At my direction, Mr. Pfeifer added code in freeWAIS-sf which sent a packet from the computer on which freeWAIS-sf was installed, to a server at Dortmund University, whenever a freeWAIS-sf database was indexed, as long as the user chose not to disable that functionality during installation of freeWAIS-sf on the computer. Attached as Exhibit 4, is a true and correct copy of a March 4, 1997 email from Mr. Pfeifer bearing production numbers PFEIFERNDCA630-00004625-66, that correlates the IP addresses of free-WAIS-sf servers hosting indexed freeWAIS-sf databases to the countries in which those freeWAIS-sf servers were located, and indicates that hundreds of those free-WAIS-sf servers were located in the United States.  Exhibit 4 refreshes my recollection that Mr. Pfeifer was able to correlate the IP addresses of servers running free-WAIS-sf we received with the countries in

4

which those servers were located and corroborates my belief that freeWAIS-sf was available to, known and used by members of the public in the United States.

13.     I also know that persons in the United States knew of, downloaded and used the freeWAIS-sf distribution prior to January 2000 because I recall newsgroup postings from persons with email addresses in the United States or who identified themselves as affiliated with entities in the United States, which discussed bugs or provided feedback concerning the features and functionality of free-WAIS-sf.  I have reviewed and examined the following documents located on the online archive of the newsgroup comp.infosystems.wais:

- https://groups.google.com/forum/#!original/comp.infosystems.wais/bk_kDeKJvlk/7udMpGRx-lEJ
- https://groups.google.com/forum/#!original/comp.infosystems.wais/iOzKWYQBUvk/1sUqpXK_FYwJ
- https://groups.google.com/forum/#!original/comp.infosystems.wais/moHU4S7iQOA/nzlUWXTOut0J
- https://groups.google.com/forum/#!original/comp.infosystems.wais/Jk8cIf6Zi2Y/xixvVvxuSdMJ
- https://groups.google.com/forum/#!original/comp.infosystems.wais/7ucr1KLqq5w/4hDxHx8fStcJ
- https://groups.google.com/forum/#!original/comp.infosystems.wais/aUik-3b3Kvo/hkRHCUoeBRkJ
- https://groups.google.com/forum/#!original/comp.infosystems.wais/aUik-3b3Kvo/HVpyRHPWRKYJ

The above-listed documents from the online newsgroup archives of comp.infosystems.wais corroborate my belief that freeWAIS-sf was available to, known and used by persons in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: *October 2ᴾ* , 2013

Prof. Dr. Norbert Fuhr

# EXHIBIT 1

Universität Dortmund
Fachbereich Informatik
Lehrstuhl VI
Prof. Dr. Norbert Fuhr

# Erweiterung des FreeWAIS-Servers

## Diplomarbeit

von

Huynh Quoc Thanh Tung

Betreuer: Diplom-Informatiker Ulrich Pfeiffer

FUHRNDCA630-00000013

FUHRNDCA630-00000014

Ich möchte an dieser Stelle Herrn Prof. Dr. Norbert Fuhr und Diplom-Informatiker Ulrich Pfeiffer für ihre wertvollen Vorschläge danken. Zum Erfolg von FreeWAIS-sf hat mein Diplom-Betreuer, Herr Ulrich Pfeiffer, mit seinem herzlichen Einsatz bei der Erstellung eines Installationsprogramms für die verschiedenen Plattformen und bei der Zusammenarbeit, die mir sehr viel Freude bereitete, zur Vervollkommnung des Systems sehr wesentlich mitbeigetragen. Dabei weiß ich, daß er sehr viele seiner Zeit dafür geopfert hat, auch wenn es am Wochende ist. Ihm möchte ich an dieser Stelle nochmals ganz herzlich danken. Frank Deufel danke ich für das sorgfältige Korrekturlesen.

FUHRNDCA630-00000015

# Einleitung

Ziel dieser Diplomarbeit ist es, den **FreeWAIS-Server** zu erweitern und zu verbessern. Die Arbeit orientiert sich an die FreeWAIS-0.2-Version von CNIDR (Clearinghouse Networked Information Discovery and Retrieval) und ist in sechs einzelne Kapitel gegliedert. In Kapitel 1 findet sich eine kurze Einführung in das Thema Information Retrieval und Computernetzwerke. Kapitel 2 stellt die grundlegenden Konzepte von WAIS und die Zielsetzung dieser Arbeit vor. Kapitel 3 beschäftigt sich mit der Bestandaufnahme des WAIS-Systems. Dabei werden das WAIS-Protokoll, die WAIS-Datenbank, die WAIS-Indexierung, der WAIS-Server und der WAIS-Client untersucht. Kapitel 4 behandelt die Erweiterungen des WAIS-Systems. Dabei werden einige Aspekte des WAIS-Systems aufgegriffen, untersucht und bewertet. In Kapitel 5 wird zwischen der erweiterten und alten Version von WAIS bezüglich der Performance verglichen. Und schließlich werden im letzten Kapitel die Arbeit zusammengefaßt und der Ausblick besprochen. Die Installation und die Benutzung der erweiterten WAIS-Version, die sich **FreeWAIS-sf** nennt, sowie die Dokumentation der Implementierung finden sich im Anhang wieder.

i

# Inhaltsverzeichnis

| 1 Einführung | 1 |
|---|---|
| 1.1 Information Retrieval | 1 |
| 1.2 Computer-Netzwerke | 2 |
|     1.2.1 Einführung | 2 |
|     1.2.2 Netzwerk-Architektur | 3 |
|     1.2.3 Dienste | 5 |
|     1.2.4 Internetworking mit TCP/IP | 6 |
|         1.2.4.1 TCP/IP-Architektur | 8 |
|             1.2.4.1.1 FTP | 9 |
|             1.2.4.1.2 SMTP | 9 |
|             1.2.4.1.3 TELNET | 9 |
|         1.2.4.2 Internet Protocol (IP) | 9 |
|         1.2.4.3 Transmission Control Protocol (TCP) | 10 |
|     1.2.5 Client-Server-Modell | 11 |
| **2 WAIS-Konzept und die Zielsetzung dieser Arbeit** | **13** |
| 2.1 Probleme bei der Suche nach Informationen | 13 |
| 2.2 Was ist WAIS? | 14 |
| 2.3 WAIS-Konzept | 14 |
| 2.4 Historische Hintergründe | 16 |
| 2.5 Notwendige Resourcen zur Veröffentlichung von Informationen über das Netzwerk | 17 |
| 2.6 WAIS-Software | 17 |
| 2.7 Was unterstützt WAIS? | 18 |
| 2.8 Ziel dieser Arbeit | 18 |
| **3 Das WAIS-System** | **23** |
| 3.1 WAIS-Protokoll | 23 |
|     3.1.1 Architektur des WAIS-Protokolls | 23 |
|     3.1.2 Z39.50 Standard | 25 |
|         3.1.2.1 Modell | 25 |

FUHRNDCA630-00000017

|       |       | 3.1.2.2 | Z39.50 in der TCP/IP Umgebung . . . . . . . . . . | 26 |
|       |       | 3.1.2.3 | IR-Dienst . . . . . . . . . . . . . . . . . . . . | 26 |
|       |       | 3.1.2.4 | Eigenschaften des IR-Dienstes . . . . . . . . . . . . | 26 |
|       |       | 3.1.2.5 | Dienstleistungen des IR-Dienstes . . . . . . . . . | 27 |
|       |       | 3.1.2.6 | Beispiel-Szenario . . . . . . . . . . . . . . . . | 28 |
|       |       | 3.1.2.7 | IR-Protokoll . . . . . . . . . . . . . . . . . . . | 29 |
|       |       |         | 3.1.2.7.1   Init-APDU . . . . . . . . . . . . . | 29 |
|       |       |         | 3.1.2.7.2   Search-APDU . . . . . . . . . . . . | 31 |
|       | 3.1.3 | Protokoll-Erweiterung . . . . . . . . . . . . . . . . . | 33 |
|       |       | 3.1.3.1 | WAISInit APDU . . . . . . . . . . . . . . . . | 35 |
|       |       | 3.1.3.2 | WAISSearch APDU . . . . . . . . . . . . . . | 35 |
|       |       | 3.1.3.3 | WAISSearchResponse APDU . . . . . . . . . | 36 |
| 3.2   | WAIS-Datenbank . . . . . . . . . . . . . . . . . . . . . . . | | | 38 |
|       | 3.2.1 | Dateistruktur der WAIS-Datenbank . . . . . . . . . . . | | 39 |
|       | 3.2.2 | Dokumentkollektion . . . . . . . . . . . . . . . . . . . | | 39 |
|       | 3.2.3 | WAIS-Index . . . . . . . . . . . . . . . . . . . . . . . | | 41 |
|       |       | 3.2.3.1 | Dokumentrepräsentation im WAIS-Index . . . . . . | 41 |
|       |       | 3.2.3.2 | Wörterbuch . . . . . . . . . . . . . . . . . . . | 42 |
|       |       | 3.2.3.3 | Invertierte Datei . . . . . . . . . . . . . . . . | 44 |
|       |       | 3.2.3.4 | Dokument-Tabelle . . . . . . . . . . . . . . . . | 47 |
|       |       | 3.2.3.5 | Filename-Tabelle . . . . . . . . . . . . . . . . | 48 |
|       |       | 3.2.3.6 | Headline-Tabelle . . . . . . . . . . . . . . . . | 50 |
|       | 3.2.4 | Katalog . . . . . . . . . . . . . . . . . . . . . . . . . | | 50 |
|       | 3.2.5 | Datenbankbeschreibung . . . . . . . . . . . . . . . . | | 52 |
| 3.3   | WAIS-Indexierung . . . . . . . . . . . . . . . . . . . . . . . | | | 56 |
|       | 3.3.1 | Grundlegendes der Textindexierung . . . . . . . . . . . | | 57 |
|       | 3.3.2 | Das Parsing . . . . . . . . . . . . . . . . . . . . . . . | | 57 |
|       |       | 3.3.2.1 | WAIS-Dokumentparser . . . . . . . . . . . . . | 57 |
|       | 3.3.3 | Die Textindexierung . . . . . . . . . . . . . . . . . . | | 62 |
|       |       | 3.3.3.1 | Lexikalische Analyse . . . . . . . . . . . . . . | 62 |
|       |       | 3.3.3.2 | Stopworteliminierung . . . . . . . . . . . . . . | 63 |
|       |       | 3.3.3.3 | Erfassung von Synonymen . . . . . . . . . . . . | 63 |
|       |       | 3.3.3.4 | Termgewichtung . . . . . . . . . . . . . . . . | 64 |
| 3.4   | WAIS-Server . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 66 |
|       | 3.4.1 | Die prinzipielle Arbeitsweise des WAIS-Servers . . . . . . . | | 66 |
|       | 3.4.2 | Search-Engine . . . . . . . . . . . . . . . . . . . . . . | | 68 |
|       |       | 3.4.2.1 | Bearbeitung einer Suchanfrage . . . . . . . . . | 68 |
|       |       | 3.4.2.2 | Relevance Feedback . . . . . . . . . . . . . . | 70 |
|       | 3.4.3 | Retrieval-Engine . . . . . . . . . . . . . . . . . . . . | | 70 |
|       | 3.4.4 | Das Weiterleiten von Anfragen . . . . . . . . . . . . . . | | 72 |
|       | 3.4.5 | Sicherheit . . . . . . . . . . . . . . . . . . . . . . . | | 73 |

iii

FUHRNDCA630-00000018

|  |  | 3.4.6 | Zugriffsreport . . . . . . . . . . . . . . . . . . . . . . . | 74 |
|  | 3.5 | WAIS-Client | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 74 |
|  |  | 3.5.1 | WAIS-Client bei einer Suchanfrage . . . . . . . . . . | 75 |
|  |  | 3.5.2 | WAIS-Client beim Relevance Feedback . . . . . . . . . . . | 75 |
|  |  | 3.5.3 | WAIS-Client beim Retrieval . . . . . . . . . . . . . . | 77 |
|  |  | 3.5.4 | Wie findet man eine Datenbankbeschreibung . . . . . . . . | 77 |
|  | 3.6 | Datenkonsistenz . . . . . . . . . . . . . . . . . . . . . . . . . . | 78 |

**4  Erweiterungen**                                                    **79**

|  | 4.1 | Entwicklung eines Global-Formatparsers  . . . . . . . . . . . . . | 79 |
|  |  | 4.1.1 | Konzept . . . . . . . . . . . . . . . . . . . . . . . . . . | 79 |
|  |  | 4.1.2 | Festlegung von Formatinformationen . . . . . . . . . . . . | 80 |
|  |  | 4.1.3 | Global-Formatparser . . . . . . . . . . . . . . . . . . . . | 80 |
|  |  | 4.1.4 | Format-Beschreibungssprache in einer Formatspezifikationsdatei | 81 |
|  |  | 4.1.5 | Formatspezifikation-Parser . . . . . . . . . . . . . . . . . . | 82 |
|  | 4.2 | Entwicklung eines Feldkonzepts . . . . . . . . . . . . . . . . . . | 82 |
|  |  | 4.2.1 | Feld-Definition  . . . . . . . . . . . . . . . . . . . . . . | 82 |
|  |  | 4.2.2 | WAIS-Index für Felder . . . . . . . . . . . . . . . . . . . | 83 |
|  |  | 4.2.3 | Vergleich der drei Verfahren . . . . . . . . . . . . . . . . | 87 |
|  |  |  | 4.2.3.1 | Erstes Verfahren  . . . . . . . . . . . . . . . . | 87 |
|  |  |  | 4.2.3.2 | Zweites Verfahren  . . . . . . . . . . . . . . . . | 87 |
|  |  |  | 4.2.3.3 | Drittes Verfahren . . . . . . . . . . . . . . . . . | 88 |
|  |  |  | 4.2.3.4 | Auswahl . . . . . . . . . . . . . . . . . . . . . | 88 |
|  |  | 4.2.4 | Erzeugung des WAIS-Index für Felder . . . . . . . . . . . . | 89 |
|  |  |  | 4.2.4.1 | Definition einer globalen Dokumentstruktur für Felder | 89 |
|  |  |  | 4.2.4.2 | Parsing  . . . . . . . . . . . . . . . . . . . . . | 90 |
|  |  |  |  | 4.2.4.2.1 | Feld-Parsing . . . . . . . . . . . . . . | 90 |
|  |  |  |  | 4.2.4.2.2 | Vereinfachung des Parsingprozesses . . . . . | 94 |
|  |  |  | 4.2.4.3 | Indexierung . . . . . . . . . . . . . . . . . . . | 95 |
|  | 4.3 | Stemming . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 96 |
|  | 4.4 | Neue Suchanfragemöglichkeiten . . . . . . . . . . . . . . . . . . | 97 |
|  |  | 4.4.1 | Boolesche Anfrage  . . . . . . . . . . . . . . . . . . . . . | 97 |
|  |  |  | 4.4.1.1 | Bildung einer Schnittmenge . . . . . . . . . . . . | 98 |
|  |  |  | 4.4.1.2 | Bildung einer Vereinigungsmenge . . . . . . . . . | 98 |
|  |  |  | 4.4.1.3 | Bildung einer Restmenge . . . . . . . . . . . . . | 98 |
|  |  | 4.4.2 | Literal-Anfrage . . . . . . . . . . . . . . . . . . . . . . | 99 |
|  |  | 4.4.3 | Wildcard-Anfrage . . . . . . . . . . . . . . . . . . . . . | 100 |
|  |  | 4.4.4 | Phonetische Suche  . . . . . . . . . . . . . . . . . . . . . | 100 |
|  | 4.5 | Definition von Anfrage-Syntax und Anfrage-Parser  . . . . . . . . | 102 |
|  |  | 4.5.1 | Anfrage-Syntax . . . . . . . . . . . . . . . . . . . . . . . | 102 |
|  |  | 4.5.2 | Anfrage-Parser . . . . . . . . . . . . . . . . . . . . . . | 103 |

iv

FUHRNDCA630-00000019

|  |  |  |  |  |
|---|---|---|---|---|
|  | 4.5.3 | Anfragebeispiele | . . . . . . . . . . . . . . . . . . . . . . . | 104 |
| 4.6 | Termgewichtung | | . . . . . . . . . . . . . . . . . . . . . . . . . . . | 105 |
|  | 4.6.1 | Bewertung der WAIS-Gewichtungsfunktion | . . . . . . . . . . | 105 |
|  | 4.6.2 | Neue Gewichtungsfunktion | . . . . . . . . . . . . . . . | 106 |
|  | 4.6.3 | Termgewichtung bei Boolescher Anfrage | . . . . . . . . . . | 107 |
| 4.7 | Neue Struktur der invertierten Datei | | . . . . . . . . . . . . . . . . | 108 |
| 4.8 | Automatische Generierung von Stoppwörtern | | . . . . . . . . . . . . | 108 |
| 4.9 | Datenorganisation | | . . . . . . . . . . . . . . . . . . . . . . . . . | 109 |
|  | 4.9.1 | Analyse des Zugriffsverfahrens im Wörterbuch | . . . . . . . . | 110 |
|  | 4.9.2 | Reduzierung des Reorganisationsaufwands | . . . . . . . . . . | 111 |
|  |  | 4.9.2.1 | Änderung der Struktur der invertierten Datei . . . . | 111 |
|  |  | 4.9.2.2 | Andere Datenstrukturen für das Wörterbuch . . . . . | 113 |
|  |  |  | 4.9.2.2.1 Variable Termlängen . . . . . . . . . . . . | 113 |
|  |  |  | 4.9.2.2.2 Verbesserter Wörterbuch-Index . . . . . . . | 114 |
|  |  |  | 4.9.2.2.3 $B^+$-Baum . . . . . . . . . . . . . . . . . | 116 |
|  |  |  | 4.9.2.2.4 Andere Datenstrukturen . . . . . . . . . . | 122 |
|  |  | 4.9.2.3 | Bemerkungen . . . . . . . . . . . . . . . . . . . . . | 123 |

| 5 | **Vergleich zwischen WAIS-sf und WAIS** | | | **124** |
|---|---|---|---|---|
| 5.1 | Retrievaleffizienz | | . . . . . . . . . . . . . . . . . . . . . . . . . . | 124 |
|  | 5.1.1 | Suchzeit | . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 124 |
|  | 5.1.2 | Aufwand | . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 125 |
| 5.2 | Retrievaleffektivität | | . . . . . . . . . . . . . . . . . . . . . . . . . | 125 |
| 5.3 | Weitere Vorteile von WAIS-sf | | . . . . . . . . . . . . . . . . . . . . | 125 |

| 6 | **Zusammenfassung und Ausblick** | | | **127** |
|---|---|---|---|---|

| A | **Benutzung von WAIS-sf** | | | **129** |
|---|---|---|---|---|
| A.1 | Software | | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 129 |
| A.2 | Installation | | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 132 |
| A.3 | Benutzung | | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 135 |
|  | A.3.1 | waisindex | . . . . . . . . . . . . . . . . . . . . . . . . . . . | 135 |
|  | A.3.2 | waissearch | . . . . . . . . . . . . . . . . . . . . . . . . . . | 138 |
|  | A.3.3 | waisq | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 139 |
|  | A.3.4 | waisserver | . . . . . . . . . . . . . . . . . . . . . . . . . . | 141 |
|  | A.3.5 | swais | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 142 |
|  | A.3.6 | xwais | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 142 |
|  | A.3.7 | Suchen nach Datenbankbeschreibungen | . . . . . . . . . . . . | 146 |
| A.4 | SFgate | | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 147 |

v

**B  Die Module**                                                                                            **149**
  B.1  Fehlermodul . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  150
       B.1.1  Include-Dateien . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  150
  B.2  Parsingmodule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  150
       B.2.1  field_y.c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  150
              B.2.1.1  Vorgehensweise . . . . . . . . . . . . . . . . . . . . . . .  150
              B.2.1.2  init_add_fields . . . . . . . . . . . . . . . . . . . . . . . .  151
              B.2.1.3  Include-Dateien . . . . . . . . . . . . . . . . . . . . . .  151
       B.2.2  ircfiles.c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  151
              B.2.2.1  Vorgehensweise . . . . . . . . . . . . . . . . . . . . . . .  151
              B.2.2.2  fields_separator_function . . . . . . . . . . . . . . . .  152
              B.2.2.3  fields_header_function  . . . . . . . . . . . . . . . . .  152
              B.2.2.4  fields_finish_header_function . . . . . . . . . . . . .  152
              B.2.2.5  fields_date_function . . . . . . . . . . . . . . . . . . .  153
              B.2.2.6  fields_getdate . . . . . . . . . . . . . . . . . . . . . . . .  153
              B.2.2.7  Include-Dateien . . . . . . . . . . . . . . . . . . . . . .  153
       B.2.3  field_index.c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  153
              B.2.3.1  Vorgehensweise . . . . . . . . . . . . . . . . . . . . . . .  154
              B.2.3.2  init_index_fields . . . . . . . . . . . . . . . . . . . . .  154
              B.2.3.3  how_index_line . . . . . . . . . . . . . . . . . . . . . .  154
              B.2.3.4  index_line_section . . . . . . . . . . . . . . . . . . . .  155
              B.2.3.5  Include-Dateien . . . . . . . . . . . . . . . . . . . . . .  156
  B.3  Indexierungsmodul . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  156
       B.3.1  Konstanten  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  156
       B.3.2  irtfiles.c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  157
              B.3.2.1  Vorgehensweise . . . . . . . . . . . . . . . . . . . . . . .  157
              B.3.2.2  add_word_before_pairs . . . . . . . . . . . . . . . . .  158
              B.3.2.3  map_over_words . . . . . . . . . . . . . . . . . . . . . .  159
              B.3.2.4  finish_document . . . . . . . . . . . . . . . . . . . . . .  160
              B.3.2.5  index_text_file . . . . . . . . . . . . . . . . . . . . . . .  161
              B.3.2.6  field_index_text_file . . . . . . . . . . . . . . . . . . .  162
              B.3.2.7  index_directory . . . . . . . . . . . . . . . . . . . . . .  162
              B.3.2.8  Include-Dateien . . . . . . . . . . . . . . . . . . . . . .  163
       B.3.3  irinv.c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  163
              B.3.3.1  Vorgehensweise . . . . . . . . . . . . . . . . . . . . . . .  164
              B.3.3.2  flush_memory_to_disk . . . . . . . . . . . . . . . . . .  164
              B.3.3.3  finished_add_word . . . . . . . . . . . . . . . . . . . .  165
              B.3.3.4  field_flush_memory_hashtable_to_disk . . . . . . . .  165
              B.3.3.5  field_finished_add_word . . . . . . . . . . . . . . . . .  165
              B.3.3.6  Include-Dateien . . . . . . . . . . . . . . . . . . . . . .  166
  B.4  Stemming-Modul . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  166

FUHRNDCA630-00000021

B.4.1   Include-Dateien . . . . . . . . . . . . . . . . . . . . . . 166
B.5   Soundex- und Phonix-Modul . . . . . . . . . . . . . . . . . . . . 167
B.5.1   Include-Dateien . . . . . . . . . . . . . . . . . . . . . . 167
B.6   Synonym-Modul . . . . . . . . . . . . . . . . . . . . . . . . . . 167
B.6.1   syn_ReadFile . . . . . . . . . . . . . . . . . . . . . . . 167
B.6.2   lookup_Synonym . . . . . . . . . . . . . . . . . . . . . . 168
B.6.3   Include-Dateien . . . . . . . . . . . . . . . . . . . . . . 168
B.7   Servermodule . . . . . . . . . . . . . . . . . . . . . . . . . . . 168
B.7.1   ir.c . . . . . . . . . . . . . . . . . . . . . . . . . . . . 169
B.7.1.1   Vorgehensweise . . . . . . . . . . . . . . . . . . 169
B.7.1.2   interpret_buffer . . . . . . . . . . . . . . . . . 169
B.7.1.3   handleInit . . . . . . . . . . . . . . . . . . . . 170
B.7.1.4   handleSearch . . . . . . . . . . . . . . . . . . . 170
B.7.1.5   forwardSearch . . . . . . . . . . . . . . . . . . 171
B.7.1.6   handleRelevanceFeedbackSearch . . . . . . . . . 171
B.7.1.7   handleFTPSearch . . . . . . . . . . . . . . . . 172
B.7.1.8   handleElementRetrieval . . . . . . . . . . . . . 172
B.7.1.9   Include-Dateien . . . . . . . . . . . . . . . . . 173
B.7.2   sersrch.c . . . . . . . . . . . . . . . . . . . . . . . . . 173
B.7.2.1   Vorgehensweise . . . . . . . . . . . . . . . . . . 173
B.7.2.2   search_word . . . . . . . . . . . . . . . . . . . 173
B.7.2.3   Include-Dateien . . . . . . . . . . . . . . . . . 174
B.7.3   query_y.c . . . . . . . . . . . . . . . . . . . . . . . . . 174
B.7.3.1   analyse_string . . . . . . . . . . . . . . . . . . 174
B.7.3.2   Include-Dateien . . . . . . . . . . . . . . . . . 175
B.7.4   irsearch.c . . . . . . . . . . . . . . . . . . . . . . . . 175
B.7.4.1   Vorgehensweise . . . . . . . . . . . . . . . . . . 175
B.7.4.2   run_search . . . . . . . . . . . . . . . . . . . . 175
B.7.4.3   search_for_words . . . . . . . . . . . . . . . . 176
B.7.4.4   Include-Dateien . . . . . . . . . . . . . . . . . 176

FUHRNDCA630-00000022

# Kapitel 1

# Einführung

Dieses Kapitel soll einen Einblick in die Themengebiete Information Retrieval und Computer-Netzwerke geben. Abschnitt 1.1 behandelt kurz die Hauptmerkmale des Information Retrieval. Im Abschnitt 1.2 werden kurz die Netzwerk-Architektur nach dem ISO/OSI-Referenzmodell[1], Dienste, Internetworking mit dem TCP/IP-Protokoll, auf das sich das WAIS-Protokoll stützt, und das Client-Server-Modell, auf dem WAIS basiert, vorgestellt. In diesem Abschnitt soll auch klar werden, wo das WAIS-Protokoll in der Netzwerkarchitektur einzuordnen ist.

## 1.1   Information Retrieval

Gegenstand des Information Retrieval (IR) ist die Repräsentation, Speicherung, Organisation von Information und der Zugriff zu Information. Was versteht man unter Information? In [Fuhr 93] wird zwischen Daten, Wissen und Information unterschieden. Daten unterliegen syntaktischen Regeln. Besitzen Daten sowohl Syntax als auch Semantik, so handelt es sich um Wissen. Stellt das Wissen einen praktischen Wert dar, den jemand zur Lösung von Problemen benötigt, so sprechen wir von Information. Die in IR-Systemen gespeicherte Information unterliegt grundsätzlich keinen Einschränkungen. In den meisten Fällen handelt es sich dabei um Texte. Diese können sein: Zeitschrift-, Zeitungsartikel, Briefe, Forschungsberichte, technische Berichte usw.
Im Gegensatz zu herkömmlichen Datenbanksystemen, bei denen ein deterministisches Datenmodell zu Grunde gelegt wird, besitzen IR-Systeme in der Regel ein probabilistisches Grundmodell. Während es sich bei herkömmlichen Datenbanksystemen um Faktenbanken handelt, die auf eine exakte Anfrage (z.B. mit präzisen Attributen) mit Faktendaten reagieren, haben wir es bei IR-Systemen mit *Unsicherheit der Repräsentation von Textinhalten* und *Vagheit der Anfragen* zu tun. Beispiel für *Unsicherheit*

---

[1]**ISO** = International Standards Organisation, **OSI** = Open System Interconnection

FUHRNDCA630-00000023

ist die Überführung von Dokumenten in interne Datenbankrepräsentation, die durch Unsicherheit und Unvollständigkeit gekennzeichnet ist. Bei der *Vagheit der Anfragen* hat der Benutzer meist nur vage Vorstellungen davon, was er eigentlich sucht. Die Anwort ist dementsprechend nicht eindeutig definiert.

### 1.1.1 Retrievaleffektivitätsmaß

Die Effektivität von Retrievalsystemen wird oft mit *Recall-* und *Precision*-Werten gemessen. Recall ist der Anteil relevanter Dokumente, die nachgewiesen wurden, während Precision der Anteil der nachgewiesenen Dokumente ist, die relevant sind. Mit anderen Worten sollte beim Recall möglichst alles, was irgendwie von Interesse sein könnte, nachgewiesen werden, während bei der Precision möglichst alles, was sich als irrelevant herausstellen könnte, zurückgewiesen werden sollte. So wird Recall und Precision wie folgt definiert:

$$\text{Recall} = \frac{|REL \cap GEF|}{|REL|}$$

$$\text{Precision} = \frac{|REL \cap GEF|}{|GEF|}$$

Hierbei ist Recall der Anteil der relevanten Dokumente, die tatsächlich gefunden wurden, während Precision den Anteil der relevanten an den nachgewiesenen Dokumenten bezeichnet. Dabei ist die Mächtigkeit der Menge $REL$ bei großen Datenbanken nur schwer zu bestimmen, so daß man sich häufig mit Stichproben für die Berechnung der Recallwerte begnügt, während die Ermittlung von Precisionwerten weniger aufwendig ist.

Im Prinzip soll ein perfektes Retrievalsystem sowohl einen hohen Recall als auch eine hohe Precision erzielen. Hohe Recallwerte lassen sich durch hochfrequente Begriffe, die bei der Informationssuche den Nachweis vieler relevanten Dokumente zur Folge haben, erzielen. Umgekehrt lassen sich hohe Precisionwerte durch niedrigfrequente Begriffe erreichen. Das impliziert, daß die besten Terme hohe Termhäufigkeiten haben sollen und in wenigen Dokumenten verteilt sind.

Ausführliche Disskusion über die Evaluierung von Retrievalsystemen findet sich in [Fuhr 93].

## 1.2 Computer-Netzwerke

### 1.2.1 Einführung

Ein System, in dem einzelne Computer miteinander verbunden sind und miteinander kommunizieren, wird als Computer-Netzwerk bezeichnet. Ein Computer-Netzwerk

FUHRNDCA630-00000024

wird häufig als Kommunikationsmedium verwendet, um Daten wie elektronische Post, Bilder, digitalisierte Stimmen etc. zu übertragen. Die verfolgten Ziele sind:

- **Gemeinsame Nutzung der vorhandenen Resourcen** (resource sharing): Unabhängig vom Standort aller Beteiligten sollen alle im Netz verfügbaren Programme, Daten und Geräte jedem Benutzer zugänglich sein. Beispiele dafür sind Zugang zu rechnerfernen Programmen, Datenbanken und Kommunikationseinrichtungen mit erweiterten Übertragungsmöglichkeiten.

- **Lastverteilung** (load sharing): Zwischen relativ gleichartigen Rechnern können Aufgaben verlagert werden, um lokale Engpässe auszugleichen.

- **Hohe Zuverlässigkeit:** Beim Ausfall eines Rechners soll immer ein Ersatzrechner zur Verfügung stehen.

- **Wirtschaftlichkeit:** Kleine Rechner haben ein wesentlich besseres Preis/Leistungsverhältnis als große Rechner. Einzelne Anwender werden mit eigenen Kleinrechnern ausgestattet, um den Zentralrechner zu entlasten und die bei der Datenübertragung zwischen Kleinrechner und Großrechner entstehenden Kosten zu reduzieren.

Für unsere Anwendung ist die gemeinsame Nutzung der vorhandenen Resourcen der interessanteste Aspekt; auf lokal sowie nicht-lokal verfügbare WAIS-Datenbanken, die sich im Internet befinden, kann von Benutzern zugegriffen werden. Hierbei spielen die Entfernung und der Ort, wo sich die WAIS-Datenbanken befinden, keine Rolle. Man unterscheidet zwischen LAN (local area network) und WAN (wide area network). Sowohl LAN für den lokalen Zugriff, z.B. innerhalb der Universität, als auch WAN für den fernen Zugriff, z.B. Zugriff auf eine WAIS-Datenbank in den USA, können für unsere Anwendung eingesetzt werden.

## 1.2.2   Netzwerk-Architektur

Die meisten Netzwerke werden in einer Reihe von Schichten organisiert, wobei jede Schicht auf ihrer Vorgängerschicht aufgebaut wird, siehe Abbildung 1.1. Diese Art von Organisation reduziert den Grad an Komplexität bei der Entwicklung. Einzelne Netzwerke haben eine unterschiedliche Anzahl an Schichten, Bezeichnung, Inhalt und Funktionen. Jedoch haben sie die Gemeinsamkeit, daß jede untergeordnete Schicht ihren übergeordneten Schichten Dienste leistet. Schichten auf gleicher Ebene kommunizieren miteinander. Die Regeln und Bestimmungen, nach denen die Kommunikation abläuft, werden allgemein das *Protokoll* dieser Schicht genannt. Das Protokoll legt das Format, die Bedeutung der von den Instanzen innerhalb einer Schicht ausgetauschten Rahmen, Pakete oder Nachrichten fest. Mit dem Protokoll führen die Instanzen ihre Dienste aus. Die aktiven Elemente jeder Schicht nennt man **Instanzen.**

In Abbildung 1.1 betrachten die Instanzen von Anwendungsschicht 7 ihre Kommunikation als „horizontal" (virtuelle Kommunikation, gestrichelte Linie) und verwen-

Unif  FB Informatik 20.03.19  P7.09.19

FUHRNDCA630-00000025



Abbildung 1.1: Netzwerk-Architektur nach dem ISO/OSI-Modell

FUHRNDCA630-00000026

den das Protokoll dieser Schicht. Die tatsächliche Kommunikation ist die „vertikale" Kommunikation (durchtrennte Linie).

## Die Schichten im einzelnen:

- **Schicht 1 (Physical Layer - Bitübertragung)**
  verwaltet die elektrische und mechanische Schnittstelle zu den Kommunikationsmedien. Dieses schließt eine Prozedur zur Aktivierung und Deaktivierung der Verbindung ein. Schicht 1 sorgt für die Umwandlung von Daten in Signale, die mit den Kommunikationsmedien kompatibel sind.
- **Schicht 2 (Link Layer - Verbindungssicherung)**
  Auf- und Abbau des Übermittlungsabschnitts und Überwachung der Fehlererkennung und -korrektur.
- **Schicht 3 (Network Layer - Vermittlungsschicht)**
  richtet Verbindungen zwischen Endsystemen ein, hält sie aufrecht und beendet sie, wobei sie sich um die Adressierung, den Leitweg und die Auswahl der Systemeinrichtungen kümmert.
- **Schicht 4 (Transport Layer - Transport)**
  Auf- und Abbau einer logischen Verbindung zwischen zwei Teilnehmern und Überwachung dieser Verbindung - Verbindung zwischen dem Benutzer und dem Netz.
- **Schicht 5 (Session Layer - Kommunikationssteuerung)**
  richtet Kommunikationssitzungen mit anderen Systemen ein, wenn sie zur Unterstützung des Dialogs zwischen den kooperierenden Anwendungsprozessen benötigt werden.
- **Schicht 6 (Presentation Layer - Darstellungsschicht)**
  legt die Regeln über den Austausch von Informationen in einer gemeinsamen Sprache mit deren Umsetzung fest.
- **Schicht 7 (Application Layer - Anwendungsschicht)**
  Die Anwendungsschicht ist die oberste Schicht des ISO/OSI-Modells und stellt im Gegensatz zu den übrigen Schichten keinen generell schichtspezifischen Dienst, sondern eine Vielzahl von Anwendungsdienstelementen (Application Service Elements) bereit, siehe Abbildung 1.2. Zu den Anwendungsdienstelementen zählen z.B. FTAM (File Transfer Access and Management) für den Transfer, Zugriff und Verwaltung entfernter Dateien, X.400 für E-Mail-Systeme, ACSE für den Aufbau von Anwendungsverbindungen und der Z39.50 Standard, der in WAIS erweitert wurde, für Information-Retrieval-Anwendungsdienste.

### 1.2.3   Dienste

Ein *Dienst* ist ein Satz von Dienstelementen (Operationen, siehe Abbildung 1.3), die von einer Schicht der über ihr liegenden Schicht zur Verfügung gestellt werden. Ein

5

FUHRNDCA630-00000027



Abbildung 1.2: OSI-Baum

Dienst sagt aus, welche Operationen diese Schicht für ihre Anwender ausführen kann, aber er sagt nicht das geringste darüber aus, wie diese Operationen implementiert sind. Man unterscheidet zwischen zwei Dienstarten:

- **Der verbindungsorientierte Dienst** (connection-oriented service) wurde nach dem Prinzip des Telefonsystems entwickelt. Der Ablauf des Nachrichtenaustauschs gliedert sich in drei Phasen: Verbindungsaufbau, Datentransfer, Verbindungsabbau.

- **Der verbindungslose Dienst** (connectionless service) hingegen arbeitet nach dem Postprinzip. Jede Nachricht trägt die volle Bestimmungsadresse und wird unabhängig von allen anderen durch das System geschleust. Es gibt den bestätigten verbindungslosen Dienst (eingeschriebener Brief mit Rückschein) und den unbestätigten verbindungslosen Dienst, der als Datagrammdienst (elektronische Post, Telegrammdienst) bezeichnet wird. Zwischen den Teilnehmern werden Nachrichten als Pakete fester Größe ausgetauscht.

Als Beispiel eines bestätigten verbindungslosen Dienstes in Abbildung 1.4 wird mit Hilfe des Weg-Zeit-Diagramms ein Szenario beschrieben, in dem Benutzer A eine Anfrage an Benutzer B sendet und Benutzer B daraufhin eine Antwort an Benutzer A zurücksendet.

## 1.2.4   Internetworking mit TCP/IP

Die meisten Netzwerke sind unabhängige Instanzen, die sich jeweils mit unterschiedlichen Kommunikationsproblemen befassen und entsprechend auch hardwaremäßig verschieden ausgestattet sind. Es ist unmöglich, ein universales Netzwerk aufzubauen,

6

FUHRNDCA630-00000028

| Dienstelement | Bedeutung | Richtung |
|---|---|---|
| Anforderung (request) | Dienstbeauftragung | Dienstnehmer → Medium |
| Anzeige (indication) | Benachrichtigung des Partners | Medium → Dienstnehmer |
| Anwort (response) | Bestätigungsübergabe | Dienstnehmer → Medium |
| Bestätigung (confirm) | Benachrichtigung über den Anschluß der Dienstleistung | Medium → Dienstnehmer |

Abbildung 1.3: Dienstelemente



Abbildung 1.4: Szenario eines bestätigten verbindungslosen Dienstes

7

FUHRNDCA630-00000029

das alle Anforderungen erfüllt. Denn es gibt Benutzer, die ein schnelles Netzwerk, das sich meist über eine kurze Distanz erstreckt, haben möchten und Benutzer, die ein langsames Netzwerk bevorzugen, das sich über eine große Distanz erstreckt.

Neue Technologien wurden entwickelt, die es ermöglichen, unterschiedliche physikalische Netzwerke miteinander zu verbinden. Unabhängigkeit von der verwendeten Netzwerk-Technologie sowie der Architektur der Hostrechner, universelle Verbindungsmöglichkeiten im gesamten Netzwerk wurden erreicht. Die Verbindung von zwei oder mehreren Netzwerken miteinander wird als **Internetworking** bezeichnet. Eine Verbindung zwischen den Datennnetzen wird durch Router oder Gateways hergestellt. So kann ein *Internet* als ein weltweites Computernetzwerk verstanden werden, bei dem mehrere logischen Netzwerke, die auf unterschiedlichen physikalischen Netzen basieren, zusammmengefaßt werden. Die Kommunikation zwischen den Netzen erfolgt über das standardisierte TCP/IP Protokoll.

### 1.2.4.1   TCP/IP-Architektur



Abbildung 1.5: TCP/IP-Architektur

Abbildung 1.5 zeigt die Unterschiede zwischen OSI- und TCP/IP-Architektur:

- Kommunikationssteuerungs- und Darstellungsschicht sind bei der TCP/IP-Architektur Teil der Anwendungsschicht, während das OSI-Modell zusätzlich diese Schichten besitzt.
- Bitübertragungs- und Sicherungsschicht werden vereint, da die Funktionen dieser Schichten meist in intelligenten Kontrollern, z.B. Ethernet, enthalten sind.

Aus der Abbildung 1.5 wird ersichtlich, daß der Z39.50 Standard direkt auf TCP/IP aufsetzt. Im folgenden werden die Anwendungsdienste wie **FTP, TFTP, SMTP**

8

FUHRNDCA630-00000030

und **TELNET** kurz beschrieben.   Ausführliche Erklärungen dazu findet man in [Comer 91].

### 1.2.4.1.1   FTP

Das *File Transfer Protokoll* (FTP) ist ein Protokoll zum Austausch von Dateien sowie zur Verwaltung von Datenbeständen unabhängig von der jeweiligen Rechnerumgebung. Durch Optionen lassen sich unterschiedliche Formen in der Darstellung (ASCII, EBCDIC, Binär), Struktur (nicht-strukturiert, Zeilen/Seiten strukturiert) und Übertragungsweise (kontinuierlich, blockweise) von Dateien einstellen.

### 1.2.4.1.2   SMTP

Das *Simple Mail Transfer Protokoll* beschreibt ein einfaches Protokoll zum Austausch von Mail zwischen Rechnern. Sender und Empfänger sind durch Angabe eines Benutzernamens und der jeweiligen Rechner-Domain identifiziert.

### 1.2.4.1.3   TELNET

*TELNET* soll dazu dienen, den Zugriff auf einen am Netz angeschlossenen Rechner in Form einer Terminalsitzung, auch *remote login* oder *virtual terminal* genannt, zu ermöglichen. Auf UNIX-Systemen läuft auf der Clientseite das Kommando **telnet**, auf der Serverseite ein sogenannter Daemon oder Server namens telnetd. Zum Client-Server-Modell siehe 1.2.5.

### 1.2.4.2   Internet Protocol (IP)

IP ist ein verbindungsloses Protokoll. Hauptaufgaben von IP sind die Adressierung von Rechnern durch eine 32-Bit-Internet-Adresse und das Fragmentieren von Paketen, es enthält keine Funktionen für die End-zu-End-Sicherung von Nachrichten oder für die Flußkontrolle. IP versucht, Pakete so gut wie möglich dem nächsten Empfänger zuzustellen, garantiert die Zustellung allerdings nicht. Die maximale Paketgröße liegt bei 65535 Bytes. Jedes Paket hat eine endliche Lebensdauer.
Jedes IP-Datagramm (Frame) wird als ein einziges Paket, völlig unabhängig von anderen Datagrammen, durch das Netz zum Empfänger übertragen. Ein Verbindungsabbau findet nicht statt. Für jedes Datagramm wird innerhalb des Netzes der optimale Weg ermittelt. Dabei können sich Datagramme auf dem Weg zum Empfänger überholen und treffen in geänderter Reihenfolge beim Empfänger ein. Die Aufgabe, die Pakete in die richtige Reihenfolge zu bringen, übernimmt die Transportschicht.
IP stellt keine gesicherte Verbindung zur Verfügung, sondern verläßt sich auf die Protokolle der höheren Ebenen, die End-zu-End-Kontrolle zu gewährleisten. IP ist

9

FUHRNDCA630-00000031

nicht in der Lage, verlorene oder von der Sicherungsschicht abgelehnte Datagramme neu zu generieren und erneut zu übertragen.

Die eigentliche Übertragung beginnt damit, daß ein Protokoll einer höheren Schicht die zu übertragenen Daten an IP übergibt. IP verpackt diese Daten in ein Internet-Datagramm und reicht sie an die Übertragungsschicht zum Transport durch das Netz weiter. Befindet sich der Zielrechner am lokalen Netz, sendet IP das Datagramm direkt zum Zielknoten; wenn dieser sich jedoch in einem entfernten Netz befindet, sendet IP das Datagramm zu seinem lokalen IP-Router, welcher wiederum das Datagramm über das nächste Netz zum Zielrechner oder zum nächsten Router übermittelt. Ein Datagramm wird im Prinzip durch ein zusammenhängendes Netz von IP-Modulen befördert, bis es an seinem Bestimmungsort gelangt. Abbildung 1.6 zeigt ein kleines Beispiel.



Abbildung 1.6: Rechnerkommunikation

### 1.2.4.3   Transmission Control Protocol (TCP)

TCP ist für die Bildung einer fehlergesicherten, zuverlässigen Transport-Verbindung zwischen zwei Rechnern zuständig. Anforderungen an TCP sind:

- Mehrfachausnutzung von Verbindungen (Multiplexing)
- Verbindungsüberwachung
- Datentransport

10

FUHRNDCA630-00000032

- Flußsteuerung
- Fehlerbehandlung

## Portnummern

Zur Adressierung existieren auf der Transportschicht sogenannte Portnummern. Mit 16 bit großen Portnummern lassen sich bis zu $2^{16} = 65535$ TCP-Verbindungen aufbauen. Der Gültigkeitsbereich einer Portnummer ist auf einen Host beschänkt. Netznummer, Host-ID und Portnummer spezifizieren zusammen einen Kommunikationsendpunkt, auch Socket genannt.

Bevor zwei Anwendungen miteinander kommunizieren können, müssen beide Kommunikationsendpunkte eröffnen. Damit sie allerdings zur Verbindungsaufnahme zusammenfinden, muß die Adresse des passiven Partners dem aktiven Partner bekannt sein, d.h. beide Seiten müssen vorher eine Portnummer vereinbart haben, unter der der passive Partner auf den Verbindungsaufbau wartet. Tabelle 1.1 enthält als Beispiel einige auf UNIX-Rechnern verfügbare Dienste und deren Portnummern sowie Protokolle, mit denen diese Dienste arbeiten.

| Dienst | Portnummer | Protokoll |
|--------|------------|-----------|
| FTP | 21 | TCP |
| TELNET | 23 | TCP |
| SMTP | 25 | TCP |
| portmap | 111 | TCP |
| rlogin | 513 | TCP |
| rsh | 514 | TCP |
| Z39.50 | 210 | TCP |

Tabelle 1.1: Dienst-Portnummer-Protokoll

## 1.2.5   Client-Server-Modell

Will der Benutzer an einer Workstation oder Client auf Daten, die sich z.B. auf einem Dateiserver befinden, zugreifen, so schickt er Anforderungen an den Server. Dieser erledigt die Anfragen und schickt die Anworten zurück. Die Kommunikation findet in Form eines Frage-Anwort-Paares statt, das vom Client initialisiert wird. Das Modell wird in Abbildung 1.7 dargestellt.

Sowohl für die Effizienz als auch zur Vermeidung von hohen Kommunikationskosten beim verbindungsorientierten Dienst soll grundsätzlich ein verbindungsunabhängiger Dienst auf Datagrammbasis verwendet werden.

FUHRNDCA630-00000033

Vorteile dieses Modells sind:

- Kommunikation zwischen Client und Server erfolgt nur über Prozeduraufrufe statt I/O-Befehlen.
- Einzelheiten der Funktion des Netzwerks bleiben dem Client verborgen.
- Aus der Benutzersicht läßt sich der rechnerferne Prozeduraufruf (RPC) nicht mehr vom lokalen Prozeduraufruf unterscheiden.



Abbildung 1.7: Client-Server-Modell

12

FUHRNDCA630-00000034

# Kapitel 2

# WAIS-Konzept und die Zielsetzung dieser Arbeit

Nach der kurzen Einführung in die Themengebiete IR und Computer-Netzwerke wird nun das Konzept, das WAIS zugrunde liegt, in diesem Kapitel vorgestellt. Hierbei werden einige Probleme bei der Informationssuche, die in der Praxis häufig auftreten, geschildert. Es werden dann historische Hintergründe für die Entstehung von WAIS genannt und die WAIS-Architektur beschrieben. Schließlich erfolgt die Festlegung der Aufgaben dieser Diplomarbeit.

## 2.1   Probleme bei der Suche nach Informationen

Vor dem Hintergrund der ständig steigenden Bedeutung von Naturwissenschaften und Technik wird die Zunahme verfügbarer Informationen immer weiter beschleunigt. Man wird Tag für Tag mit immer mehr und mehr Informationen konfrontiert. Informationen können auftreten als alle Art von Dokumenten, Zeitungs-, Zeitschriftartikel, Bücher, Forschungsberichte, technische Berichte, Briefe, Bilder etc. Ohne eine systematische Verwaltung dieser großen Menge von Informationen ist man so gut wie verloren, wenn bestimmte Informationen daraus gefunden werden sollen. Zum einen ist man nicht professionell genug bei der Informationssuche oder die Lokalisierung der gesuchten Information ist zu schwierig. Beispielsweise, um über anonymous FTP Daten zu holen, muß aber vorher herausgefunden werden, wo sich die zu holenden Daten gerade befinden - ein mühsames Unternehmen. *Archie* ermöglicht zwar die Suche nach Information im Netz, aber eine inhaltlich genaue Beschreibung über die zu suchende Information ist schon erforderlich. Dies ist leider nicht immer der Fall. Früher wurden Daten in einfachen Aktenordnern gehalten. Heute werden sie allgemein elektronisch in einem hierarchischen Filesystem, meist unorganisiert, gespeichert. Jemand, der eine inhaltliche Suche, z.B. nach einem alten Dokument, durchführen möchte, kann

13

FUHRNDCA630-00000035

z.B. die Unix-Kommandos *find* oder *grep* verwenden. Diese Programme liefern nur un-
zureichende Ergebnisse, entweder ganz viele oder gar nichts. Es ist nicht sicher, ob
die zu suchenden Daten gefunden werden. Eventuell muß man viele Directories auf
mehreren Maschinen durchsuchen. Wertvolle Zeit geht dabei verloren.

Konventionelle Retrievalsysteme arbeiten alle nach denselben Prinzipien und Verfah-
rensweisen. Die Indexierung von Dokumenten wird von Experten oder Indexierern
mit Hilfe eines kontrollierten Vokabulars durchgeführt. Die Suchanfragen unterliegen
festgelegten Regeln, die von „naiven" Benutzern nur schwer zu formulieren sind. Wei-
terhin sind die Benutzerschnittstellen nicht benutzerfreundlich. Die Suchergebnisse
werden nicht gerankt. Entweder bekommt man sehr viele Dokumente oder gar keine.
Beispiel dafür ist ein Boolesches Retrievalsystem. Die Ergebnisse sind meist schwer
zu interpretieren, da die Dokumente nicht nach ihrer Relevanz sortiert sind. Der Be-
nutzer muß selbst die große Menge der Ergebnisse durchsuchen und die relevanten
Dokumente finden. Die Folge daraus ist, der unerfahrene Benutzer ist überfordert
und viel seiner Zeit geht verloren.

Mit der Entwicklung von **WAIS** (Wide Area Information Server) soll diese Situation
verbessert werden.

## 2.2   Was ist WAIS?

**WAIS** (Wide Area Information Server) ist ein Informationssystem, das den Benut-
zern helfen soll, Informationen lokal oder über das Internet zu finden. Informations-
quellen können lokal oder entfernt sein. Von diesen Informationsquellen aus, die sich
irgendwo auf dem Internet befinden, ermöglicht die WAIS-Software den Benutzern,
nach Dokumenten zu suchen und sie zu selektieren. Mit einer Anfrage, die aus einer
Folge von Schlüsselwörtern besteht, wird eine Suche gestartet. Suchanfragen werden
natursprachlich formuliert.

## 2.3   WAIS-Konzept

Die Entwicklungsziele von WAIS bestehen darin:
- Dezentrale Organisation der Daten.
- Jedem die einfache Verbreitung von Informationen und den einfachen Zugang
  zu Informationen zu ermöglichen.
- Vorhandene Technologien auszunutzen, um den Informationsdienst zu realisie-
  ren. Hierbei wird die Mächtigkeit einer Workstation ausgenutzt. Einer Work-
  station wird die Rolle eines Informationsnachfragers und Informationsanbieters
  zugeteilt.
- Einfache Benutzbarkeit durch eine einheitliche Schnittstelle, die auf viele Infor-
  mationsserver – unabhängig von ihren Orten – zugreifen kann. Vom Benutzer

14

FUHRNDCA630-00000036



Abbildung 2.1: WAIS-Architektur

wird hierbei nicht verlangt, daß er mit den unterschiedlichen Systemen der Informationsserver vertraut sein muß.

- Verwendung eines Standards, um die Offenheit des System zu ermöglichen. Alle Clients und Server, die diese Standardsprache sprechen, können problemlos in das System integriert werden.

Zur Realisierung dieser Ziele entsteht eine WAIS-Architektur in Abbildung 2.1, die auf dem Client-Server-Modell basiert. Sie besteht aus vier Komponenten: **WAIS-Client, WAIS-Server, WAIS-Protokoll** und **WAIS-Datenbank**.

WAIS-Client und WAIS-Server sind unabhängige Prozesse, die für sich allein fungieren. Der Wais-Client übernimmt die Rolle eines Informationsnachfragers, während der WAIS-Server der Informationsanbieter ist und sich auf einem Netzwerk, wie z.B. Internet oder X.25, befindet. Bei der Suche nach Informationen oder präziser Dokumenten spricht der WAIS-Client über eine Informationsquelle, die sogenannte *Datenbankbeschreibung* (Abschnitt 3.2.5), den WAIS-Server an. Dabei greift der WAIS-Server auf eine oder mehrere WAIS-Datenbanken gleichzeitig zu, die sich auf der Server-Seite befinden. Eine WAIS-Datenbank enthält Informationen, nach denen der Benutzer suchen möchte, und wird vom WAIS-Server durch die Indexierung erzeugt und verwaltet.

Der Zugriff auf eine WAIS-Datenbank erfolgt über eine inhaltliche Suche, die eine natürlichsprachige Anfrage erlaubt. Für den WAIS-Client unterliegt eine Anfrage, die einfach eine Folge von Zeichen ist, keiner syntaktischen Regel. Die Interpretation der Anfrage ist gegebenfalls lediglich die Aufgabe des WAIS-Servers. Auf diese Weise wird erreicht, daß bei Änderung des WAIS-Servers der WAIS-Client und das WAIS-Protokoll unberührt bleiben.

Das Ergebnis einer Anfrage liegt in Form von *Headlines* vor, die die Inhalte der gefundenen Dokumente repräsentieren und den Dokumentverweisen entsprechen.

Zur Verbesserung der oben beschriebenen Situation bezüglich der Retrievaleffektivität

15

FUHRNDCA630-00000037

verwendet WAIS eine heuristische Rankingmethode, die die Dokumente nach fallenden Gewichten sortiert. Das Ranking wird dabei vom WAIS-Server durchgeführt.

Die Suche nach Informationsquellen, wie z.B. Datenbankbeschreibungen oder Server-Adressen, wird durch das Jellow-Page-Konzept unterstützt. Dabei wird eine globale Meta-Datenbank namens *directory-of-servers* (Abschnitt 3.5.4) aufgestellt. Diese Datenbank verwaltet weltweit sämtliche Datenbankbeschreibungen von verschiedenen Servern.

Als benutzerfreundliche Schnittstelle, die dem Benutzer die Suche nach Informationen erleichtert, dient eine graphische Benutzerschnittstelle.

Die Kommunikation zwischen dem WAIS-Client und -Server wird durch das WAIS-Protokoll ermöglicht. Das WAIS-Protokoll ist ein zustandsloses Komunikationsprotokoll und eine Erweiterung des ANSI/NISO[1] Z39.50 Standards für Information Retrieval. Ein zustandsloses Protokoll zeichnet sich insbesondere dadurch aus, daß zum einen keine Aufrechterhaltung des Informationsstatus notwendig und zum anderen wegen sehr robust ist. Wenn der Server abstürzt und danach wieder bootet, kann es dadurch keine Zustandinformationen verlieren und das einzige, was der Client bemerken könnte, ist eine etwas längere Antwortdauer, während der Server wieder hochfährt. Der Z39.50 Standard unterstützt den Austausch von Daten in verschiedenen Display-Formaten. Da das WAIS-Protokoll auf einem Standard basiert, können problemlos unterschiedliche Informationsnachfrager und -anbieter in das System integriert werden. So kann beispielsweise ein Software-Entwickler auf der einen Seite eine graphische Benutzerschnittstelle anbieten, während ein Informationsabieter auf der anderen Seite seinen Server zur Verfügung stellt, um Informationen anzubieten.

Konkret heißt es also, daß der WAIS-Client die Aufgabe des Selektieren und Repräsentieren von Informationen übernimmt, während der WAIS-Server, der sich irgendwo im Internet befinden kann, Werkzeuge zum Finden von Informationen anbietet.

Da die Kommunikation zwischen dem WAIS-Client und WAIS-Server nur über das WAIS- und TCP/IP-Protokoll abläuft, werden Hardware-Unterschiede aufgehoben. Jede Workstation kann daher sowohl als WAIS-Client als auch als WAIS-Server fungieren. Bei der Informationssuche soll der Endbenutzer das Gefühl haben, daß ihm Informationen lokal zur Verfügung stehen.

## 2.4   Historische Hintergründe

Die grundlegenden Konzepte von WAIS wurden von Brewster Kahle entwickelt. WAIS startete als gemeinsames Projekt zwischen **TMC (Thinking Machines Corporation)**, **Apple Computer, Dow Jones & Co.,** und **KPMG Peat Marwick.** Das gesetzte Ziel war die Definition eines offenen Protokolls sowie Implementation eines

---

[1]**ANSI** = American National Standards Institute (Vertreter der USA in ISO)
**NISO** = National Information Standards Organisation

16

FUHRNDCA630-00000038

Informationssystem, das den Benutzern ermöglichen soll, auf entfernte Datenbanken zuzugreifen. Im Sommer 1991 wurde die WAIS-Sofware von TMC freigegeben. Allerdings wurde Support und Weiterentwicklung von TMC nur bis zu der Version **wais-8-b5.1** unterstützt. In Zukunft sollen diese Aufgaben von **CNIDR** (Clearing-house for Networked Information Discovery and Retrieval) in den USA übernommen werden. Dafür wird von TMC eine neue Gesellschaft, **WAIS Inc.**, ins Leben gerufen, die WAIS-Software kommerziell anbietet. Das von CNIDR frei zur Verfügung gestellte WAIS-Paket nennt sich **FreeWAIS**; die gegenwärtige Version ist FreeWAIS-0.3. Zur Zeit existiert von CNIDR eine weitere Version, die sich **Zdist** nennt. Allerdings arbeitet Zdist mit dem Z39.50-92 Protokoll, das sich sehr wesentlich vom Z39.50-88 Protokoll, mit dem FreeWAIS arbeitet, unterscheidet. Zdist ist ohne Server-Software frei verfügbar.

## 2.5   Notwendige Resourcen zur Veröffentlichung von Informationen über das Netzwerk

Um Informationen über das Netzwerk verfügbar zu machen, sind folgende Komponenten notwendig:
- Eine Kollektion von Informationen, die man veröffentlichen will.
- Die WAIS-Server Software.
- Ein UNIX-Rechner, auf der sich die Informationen befinden,
- Eine TCP/IP-Netzwerkverbindung zwischen Client und Server.
- Eine Internet-Verbindung (optional).

## 2.6   WAIS-Software

Das aktuelle FreeWAIS-Software-Paket als Public Domain ist freeWAIS-0.3 und wurde auf auf folgenden Plattformen getestet:

| Hardware | Betriebssystem | Compiler |
|----------|----------------|----------|
| DECstation | Ultrix | gcc |
| DECstation | Ultrix | cc |
| SGI | Irix | gcc |
| Sun | SunOS | gcc |
| DEC Alpha | OSF/1 | gcc |
| 486 | Linux | gcc |

Die WAIS-Client-Software ist auf folgenden Plattformen verfügbar:
- UNIX (Versionen für X, Motif, Open Look, Sun View)
- NeXT

17

FUHRNDCA630-00000039

- Macintosh
- MS DOS
- MS Windows
- VAX/VMS

**Anonymous ftp-Servern:**
ftp://ftp.cnidr.org/pub/NIDR.tools/freeWAIS-0.3.tar
ftp://ftp.cnidr.org/pub/NIDR.tools/freeWAIS-0.3.tar.Z
ftp://ftp.cnidr.org/pub/NIDR.tools/freeWAIS-0.3.tar.gz

**CNIDR-Mailadresse:** freeWAIS@cnidr.org

## 2.7   Was unterstützt WAIS?

Da die Arbeit sich an der FreeWAIS-0.2-Version orientiert, beziehen sich deshalb die folgenden Merkmale, die im nächsten Kapitel ausführlich besprochen wird, nur auf diese Version. FreeWAIS-0.2 unterstützt:

- Graphische Benutzeroberfläche,
- Z39.50 Standard als Anwendungsprotokoll,
- Volltext-Indexierung,
- Natürliche Anfragesprache,
- Relevance Feedback,
- Heuristische Rankingmethode,
- Erfassung von Synonymen,
- Benutzung von Stopwörtern,
- Bearbeitung verschiedener Dokumentformate durch Definition entsprechender Spezifikationsfunktionen für die Syntaxanalyse,
- Bearbeitung verschiedener Display-Formate (Multimedia Daten),
- Directory-of-Servers.

## 2.8   Ziel dieser Arbeit

Folgende Ziele lassen sich bei dieser Arbeit festlegen:

- Entwicklung eines Feldkonzepts, so daß eine eingeschränkte Suche in Feldern möglich wird.
- Entwicklung eines globalen Formatparsers für die Indexierung, der jedes Dokumentformat versteht.
- Intergration von Stemming.
- Erweiterung um neue Anfragenmöglichkeiten:
  - Boolesche Anfrage
  - Literal-Anfrage

18

FUHRNDCA630-00000040

- – Wildcard-Anfrage
- – Phonetische Suche
- Untersuchung und Bewertung der Gewichtungsfunktion, die in WAIS verwendet wird. Dabei wird eine neue Gewichtungsfunktion vorgestellt.
- Automatische Generierung von Stoppwörtern.
- Zusätzlich zu dieser Arbeit wird auf die Datenorganisation in WAIS eingegangen.

## Boolesche Suche

Normalerweise ist der Nutzer eines Retrievalsystems daran interessiert, die Suche so präsize wie möglich, z.B. eingeschränkt in bestimmten Feldern wie Titel, Autor etc., und die Anzahl der nachgewiesenen Dokumente möglichst klein zu halten. Dies ist in WAIS bei Suchanfragen mit einzelnen Suchbegriffen gar nicht möglich, da es keine festgelegte Regel gibt, wie Suchanfragen formuliert sein müssen. Beispielsweise bezieht sich eine Suchanfrage WIRTSCHAFT INFORMATIK auf Dokumente, in denen entweder der Begriff WIRTSCHAFT oder der Begriff INFORMATIK oder beide Begriffe auftreten. Interessiert man sich jedoch nur für Dokumente, die beide Begriffe WIRTSCHAFT und INFORMATIK enthalten, dann gehören Dokumente mit nur einem der beiden Begriffe nicht zur Antwortmenge. Man möchte also beide Suchbegriffe WIRTSCHAFT und INFORMATIK in seiner Suchanfrage verknüpfen.

Die Verknüpfung von mehreren Begriffen in einer Suchanfrage baut auf der Booleschen Logik und den Booleschen Operatoren **OR**, **AND** und **NOT** auf, die eine Vereinigungsmenge, Schnittmenge und eine Restmenge bilden. Eine Suchanfrage wie WIRTSCHATF AND INFORMATIK soll Dokumente nachweisen, die beide Begriffe enthalten. Sollen Dokumente mit bestimmten Begriffen bei der Dokumentauswahl ausgeschlossen werden, wird der NOT-Operator verwendet. So bezieht sich die Suchanfrage WIRTSCHAFT NOT INFORMATIK nur auf Dokumente, in denen der Begriff WIRTSCHAFT, aber nicht gleichzeitig der Begriff INFORMATIK vorkommt. Schließlich weist die Suchanfrage WIRTSCHAFT OR INFORMATIK Dokumente nach, die entweder den Begriff WIRTSCHAFT oder den Begriff INFORMATIK oder beide Begriffe enthalten.

## Literal-Suche

Da bei der Suchanfrage WIRTSCHAFT AND INFORMATIK beide Begriffe unabhängig voneinander sind, ist die Wahrscheinlichkeit, daß die gefundenen Dokumente wirklich mit der Thematik der „Wirtschaftsinformatik" in Verbindung stehen, nicht höher als wenn man die Suchanfrage so formuliert, daß die beiden Suchbegriffe direkt hintereinander und in der angegebenen Reihenfolge im Text des Dokuments auftreten. Eine solche Suchanfrage wird als *Literal-Anfrage* bezeichnet. Es wird mit Begriffen gesucht, die im Originaltext der Dokumente vorkommen.

FUHRNDCA630-00000041

## Wildcard-Suche

Häufig besteht die Unsicherheit bei der Formulierung einer Suchanfrage, ob ein Suchbegriff richtig geschrieben worden ist, z.B. BETRIEBSSYSTEM oder BETRIEBSSYSTEME oder BETRIEBSSYSTEMEN. Bei einer Suchanfrage BETRIEBSSYSTEM liefert der WAIS-Server alle Dokumente, die genau den Begriff BETRIEBSSYSTEM enthalten. Dokumente mit Begriffen wie BETRIEBSSYSTEME oder BETRIEBSSYSTEMEN werden gar nicht nachgewiesen, obwohl sie relevant zu der Anfrage sein können. Die Lösung liegt in der *Rechtstrunkierung* der Begriffe, um dem Server mitzuteilen, daß sämtliche Zeichen nach dem Trunkierungssymbol für die Suchanfrage zugelassen werden sollen. So weist die Suchanfrage mit dem trunkierten Begriff BETRIEBSSYSTEM* alle Dokumente nach, die die Begriffe mit BETRIEBSSYSTEM beginnend enthalten. Hier möchte der Benutzer die Anzahl der nachgewiesenen Dokumente möglichst groß halten. Diese Art von Suchanfrage mit trunkierten Begriffen wird als *Wildcard-Anfrage* bezeichnet.

## Phonetische Suche

Die Suche nach Eigennamen wird häufig mit dem Problem behaftet, daß die Schreibweisen der Namen nur ungefähr geschätzt wird oder nicht bekannt ist. So ist die Suche unter der Voraussetzung des genauen Kenntnises über den zu suchenden Namen natürlich sehr schwer. Die phonetische Suche soll dieses Problem lösen. Sie soll durch die beiden Algorithmen SOUNDEX und PHONIX ermöglicht werden. SOUNDEX und PHONIX versuchen, zu den gesuchten Termen phonetisch ähnliche Terme zu finden, d.h. Wörter, die eine ähnliche Aussprache besitzen. PHONIX ist eine verbesserte Version von SOUNDEX. Beide Algorithmen sollen in das WAIS-System integriert werden.

## Feldsuche

Als nächstes Beispiel: Wer Information zum Thema der Stadt NEW YORK suchen möchte, z.B. Dokumente mit Titel NEW YORK oder vom Autor Meier, sind Dokumente über London oder Paris vom Verlag 'New York' oder vom Editor 'Meier' nicht von Interesse. Die Suchanfragen könnten so zum Beispiel lauten: TI = NEW YORK oder AU = MEIER oder TI = NEW YORK AND AU = MEIER. In diesem Fall will man die Möglichkeit haben, Suchanfragen in bestimmten Feldern einzuschränken. Die Entwicklung eines Feldkonzepts soll folgende Anforderungen berücksichtigen:
- Suche in Feldern: Die Suche soll in mehreren Feldern möglich sein.
- Numerische Felder: Felder sollen nicht nur Wörter, sondern auch Zahlen enthalten.
- Feldüberlappung: Dies hier bezweckt die Möglichkeit zur Suche in einem Feld, das auch Terme von anderen Feldern enthält.

## Global-Formatparser für die Indexierung

Bevor auf WAIS-Datenbanken zugegriffen werden kann, müssen sie erzeugt werden. Die Erzeugung einer WAIS-Datenbank ist gleichbedeutend mit der Indexierung einer

20

FUHRNDCA630-00000042

Dokumentkollektion, in der alle Dokumente ein festgelegtes Format haben. Für jedes neue Dokumentformat muß ein Formatparser, falls er nicht vorhanden ist, definiert werden. Der Formatparser hat die Aufgabe ein Dokumentformat korrekt zu analysieren. Er weiß, wann ein Dokument anfängt, aufhört, wie ein Headline zu bilden ist und wie ein Dokument indexiert werden soll. Eine *Headline* enthält die aussagekräftigsten Wörter, die den Inhalt eines Dokuments sinnvoll beschreiben. Die Definition eines Parsers besteht hauptsächlich aus der Definition von Spezifikationsfunktionen, die die Syntax eines Dokuments interpretieren sollen. Durch die Modularität des WAIS-Systems beeinflussen solche Einfügungen von neuen Parsern die Funktionalität des System nicht. Allerdings erfordert jede Einfügung die Neukompelierung des WAIS-Indexers. Dieser Nachteil kann durch einen globalen Formatparser vermieden werden, der jedes Dokumentformat versteht. Somit entfallen auch die zusätzliche Definition von Spezifikationsfunktionen und die Rekompelierung. Abbildung 2.2 und 2.3 zeigen das erwähnte Problem bzw. die Lösung des Problems.



Abbildung 2.2: Probleme bei Hinzukommen eines neuen Dokumentformats



Abbildung 2.3: Lösung des oben genannten Problem durch einen Global-Formatparser

21

FUHRNDCA630-00000043

### Intergration von Stemming

Hier soll die Möglichkeit der Stammformreduktion von Wörtern in das WAIS-System intergriert werden.

### Automatische Generierung von Stoppwörtern

Während der Indexierung soll die Möglichkeit geben, Stoppwörter austomatisch zu erfassen.

### Gewichtungsfunktion in WAIS

Hierbei wird einige Schwachpunkte dieser Funktion erläutert. Dann wird eine neue Gewichtungsfunktion vorgestellt.

### Datenorganisation

Zusätzlich zu dieser Arbeit wird die in WAIS verwendete Datenorganisation, die die Zugriffsgeschwindigkeit auf die WAIS-Datenbanken beeinflußt, untersucht und bewertet. Es stellt sich hier die Frage, wie gut die in WAIS verwendete Datenstruktur zur externen Datenorganisation im Vergleich zu anderen Datenstrukturen ist.

### Warum erfolgen die Erweiterungen auf der Server-Seite

Nun komme ich zu der Frage, wo diese Erweiterungen am WAIS-System angesetzt werden können. Da die WAIS-Architektur auf dem Client-Server-Modell basiert, stellen sich folgende Fragen:

- Wo soll im System geändert werden, damit die Systemkompatibilität bestehen bleibt, auf Client-, Server-Seite oder am WAIS-Protokoll?
- Welche Probleme können dabei auftreten?

Die Probleme bestehen darin, daß Änderungen, die zu Änderungen auf der Client-Seite führen, Änderungen sämtlicher Clients, die das WAIS-Protokoll verstehen, bedeuten. Dies betreffen Änderungen auf der Client-Seite oder am WAIS-Protokoll. Das ist allerdings ein zu großer Aufwand, wenn man bedenkt, daß es viele WAIS-Clients gibt und Tausende von vorhandenen WAIS-Servern nicht genutzt werden können und aufgrund dieser Änderungen angepaßt werden müssen. Man muß also zur Realisierung der genannten Ziele Erweiterungen nur auf Server-Seite durchführen. Die Systemkompatibilität bleibt dadurch erhalten und die erwähnten Nachteile werden vermieden, da die Client-Seite von Änderungen unberührt bleibt.

FUHRNDCA630-00000044

# Kapitel 3

# Das WAIS-System

Dieser Kapitel befaßt sich mit der Bestandsaufnahme des FreeWAIS-Systems der Version 0.2. Das WAIS-Protokoll, die WAIS-Datenbank, WAIS-Indexierung, der WAIS-Server und WAIS-Client werden vorgestellt.

## 3.1   WAIS-Protokoll

Das WAIS-Protokoll dient der Kommunikation zwischen dem WAIS-Client und dem WAIS-Server. Dabei werden Informationeinheiten ausgetauscht, die auch als APDU's (Application Data Unit) bezeichnet werden. Das WAIS-Protokoll basiert auf dem ANSI/NISO Z39.50 Standard, der einen OSI-Anwendungsdienst und -Protokoll für Information Retrieval[1] spezifiziert. In diesem Abschnitt möchte ich das Konzept des WAIS-Protokolls erläutern. Auf die Protokollspezifikationen möchte ich jedoch nicht eingehen, sondern auf die folgenden Quellen hinweisen:

> http://cnidr.org/cnidr_papers/z3950.html
> http://server.wais.com/z3950.html
> ftp://wais.com/pub/protocol/*

### 3.1.1   Architektur des WAIS-Protokolls

Die Architektur des WAIS-Protokolls wird in Abbildung 3.1 dargestellt. Alle Anforderungen des WAIS-Clients werden durch die Funktionen der WAIS-APDU-Schnittstelle in WAIS-APDU umgewandelt. Die Funktionen der Z39.50-Schnittstelle bilden dann die WAIS-APDU in Z39.50 APDU ab, die schließlich lokal oder über das Internet an den WAIS-Server gesendet werden. Auf der Server-Seite erfolgt der Umwandlungsprozeß genau umgekehrt, wenn eine Anforderung vom WAIS-Client empfangen wird.

---

[1]kurz: IR

23

**FUHRNDCA630-00000045**



Abbildung 3.1: Architektur des WAIS-Protokolls

FUHRNDCA630-00000046

Die Z39.50 APDU wird zurück in die WAIS-APDU transformiert, die dann in die
Anwendungsdaten für den WAIS-Server abgebildet werden.
Nachdem der WAIS-Server die Anwendungsdaten bearbeitet hat und das Ergebnis an
den WAIS-Client zurück senden will, wird genau wie oben beschrieben vorgegangen,
nur in umgekehrter Richtung.
Das WAIS-Protokoll arbeitet in zwei Phasen:

- In der ersten Phase werden Vereinbarungen zwischen dem WAIS-Client und
  WAIS-Server, wie z.B. Festlegung der Größe einer Message oder Dienstleistun-
  gen (siehe unten) getroffen.
- In der zweiten Phase wird die eigenliche Anfrage an den Server gesendet. Der
  Server bearbeitet die Anfrage und sendet ein Ergebnis an den Client zurück.

### 3.1.2   Z39.50 Standard

Der Z39.50 Standard wurde von ANSI/NISO als amerikanischer Standard im Jahr
1988 entwickelt. Der Zweck der Entwicklung ist es, einen Computer, der als Client
arbeitet, zu ermöglichen, eine Anfrage an einen anderen Computer zu senden, der als
Server läuft. Der Standard definiert einen IR-Dienst und ein IR-Protokoll innerhalb
der Anwendungsschicht des ISO/OSI Referenzmodells. Er unterstützt den Zugriff
auf Daten von unterschiedlichen Display-Formaten, wie z.B. gif, postscript etc., und
stützt sich auf die TCP/IP-Architektur.

#### 3.1.2.1   Modell

Das Ziel dieses Standards ist es, eine offene Kommunikation zwischen Informations-
nachfrager und -anbieter zu ermöglichen. Es entsteht vor dem Hintergrund, daß un-
terschiedliche Systeme unterschiedliche Speicherungs- und Zugriffsmethoden besitzen,
so daß ein Zugriff von einem System auf Daten eines anderen Systems problematisch
wird. Ein abstraktes Modell zur Lösung dieses Problems ist notwendig. Jedes indivi-
duelle System kann seine Implementierung in das abstrakte Modell abbilden.
Das Modell betrachtet eine Datenbank als eine Sammlung von einer oder mehreren
Dateien. Jede Datei hat einen eindeutigen Namen. Eine Informationseinheit, die
aus der Datenbank selektiert wird, ist ein Record. Alle Records innerhalb einer Datei
haben eine gemeinsame Struktur. Ein Record wird durch einen Schlüssel identifiziert.
Wird mit einer Anfrage, die die Suchschlüssel und einen oder mehrere Datenbankna-
men enthält, auf eine oder mehrere Datenbanken zugegriffen, so enthält das Ergebnis
eine Menge von Zeigern auf die gefundenen Records. Zusammen mit einem Daten-
banknamen bildet ein Zeiger auf einen Record einen Recordverweis. Physikalische
Zugriffe auf die gefundenen Records sind daher nicht notwendig. Ein Zielsystem sen-
det nach einem erfolgreichen Suchprozeß eine Menge von Recordverweisen an den
Client. Der Client verwendet die Recordverweise für Retrievalanforderungen. Mit

25

**FUHRNDCA630-00000047**

einem Datenbanknamen wird eine Datenbank beim Server identifiziert. Ein Record-
zeiger im Recordverweis ermöglicht den direkten Zugriff auf ein Record.

Der Standard verwendet die *Type-1* Anfragesyntax für die Anfragen.  Die Type-1
Anfragesyntax wird in den Spezifikationen des WAIS-Protokolls beschrieben.  Dazu
gibt es folgende Quellen:

> http://cnidr.org/cnidr_papers/z3950.html,
> http://server.wais.com/z3950.html oder
> ftp://wais.com/pub/protocol/*

### 3.1.2.2   Z39.50 in der TCP/IP Umgebung

Aufgrund der Komplexität der OSI-Implementierungen, des Mangels an der Verfügbar-
keit von ausgereifter OSI-Software und der Popularität von TCP/IP sowie Internet
wurde entschieden, das Z39.50 Protokoll direkt über TCP/IP zu implementieren und
nicht innerhalb der OSI-Umgebung.

Innerhalb der Internet-Umgebung hat Z39.50 die TCP-Portnummer 210 (vgl.  Ab-
schnitt 1.2.4). Um eine Z39.50-Verbindung zu einem Server in der TCP/IP-Umgebung
zu initialisieren, öffnet der Client eine TCP/IP-Verbindung zu Port 210 auf der Server-
Seite.

### 3.1.2.3   IR-Dienst

Dieser Abschnitt beschreibt den IR-Dienst, der von diesem Standard unterstützt wird.

### 3.1.2.4   Eigenschaften des IR-Dienstes

Es gibt einen Client als Quelle und einen Server als Ziel, die miteinander kommuni-
zieren. Der Client initialisiert eine Anwendung. Der Server reagiert auf eine Initiali-
sierung des Client. Diese Rolle kann nicht vertauscht werden. Der Server besitzt eine
oder mehrere Datenbanken. Eine Anwendungssitzung wird vom Client aufgebaut und
kann vom Client bzw. Server oder durch externe Ereignisse beendet werden.  Eine
Anwendungssitzung kann nicht restarten. So wird kein Informationsstatus vermerkt,
wenn eine Sitzung verlassen wird.

Der komplette Anwendungsdienst besteht aus ACSE (Association Control Service
Element) und IR-Dienst. Die Nutzung der Dienstleistungen gliedert sich in drei Pha-
sen:

- Verbindungsaufbau,
- Datenaustausch,
- Verbindungsabbau.

26

FUHRNDCA630-00000048

### 3.1.2.5   Dienstleistungen des IR-Dienstes

Es gibt sieben Dienstleistungen in diesem Standard, wobei jede Dienstleistung über zwei Dienstprimitiven *Request* und *Response* verfügen. Auf eine Request folgt eine Response. Wenn nicht erwähnt wird, geht immer eine Request vom Client aus, während eine Response eine Reaktion des Servers auf eine Request ist.

1. **Initialization-Dienstleistung:** Diese Dienstleistung ermöglicht dem Server Initialization-Parameter mit dem Client zu vereinbaren. Der Server kann aber auch dem Client alternative Werte vorschlagen. Der Client muß entweder die vom Server vorgeschlagen alternativen Werte annehmen oder die Kommunikation beenden.

2. **Search-Dienstleistung:** Die Search-Dienstleistung ermöglicht dem Client, Datenbanken auf der Server-Seite anzufragen und das Ergebnis der Anfrage zu empfangen.

3. **Present-Dienstleistung:** Mit der Present-Dienstleistung kann der Client Records von einer spezifizierten Ergebnismenge erhalten. In diesem Fall muß der Server den Informationsstatus aufrecht erhalten. Man spricht auch von einem *zustandhaften* im Gegensatz zu einem *zustandslosen* (stateless) Server. In WAIS wird diese Dienstleistung nicht unterstützt. Ein Dokument kann durch eine Type-1 Anfrage basierend auf eine Dokument-ID retrieven werden.

4. **Result-set-delete-Dienstleistung:** Der Client kann mit dieser Dienstleistung den Server anfordern, eine oder mehrere Ergebnismengen zu löschen. Diese Dienstleistung wird in WAIS nicht unterstützt, da jede Ergebnismenge nach dem Senden einer Search-Response APDU sofort gelöscht wird.

5. **Access-Control-Dienstleistung:** Diese Dienstleistung führt die Zugriffskontrolle durch. Sie wird in WAIS nicht unterstützt, weil die Daten frei verfügbar sind.

6. **Resource-control-Dienstleistung:** Sie umfaßt Resource-control-Request vom Server gefolgt von Init-, Search-, Present oder Delete-Request und Resource-control-Response vom Client. Mit dieser Dienstleistung wird kontrolliert, ob der Client bei der Benutzung von Resourcen des Servers das vereinbarte Limit schon überschritten hat. WAIS unterstützt diese Dienstleistung nicht, jedoch die kommerzielle Version.

7. **Termination-Dienstleistung:** Sie umfaßt IR-abort-request vom Client oder Server und IR-Release-Request vom Client gefolgt von IR-Release-Response vom Server. Die Termination-Dienstleistung ermöglicht dem Client oder Server eine Sitzung zu beenden. Da der WAIS-Server zustandslos ist, wird diese Dienstleistung nicht unterstützt.

FUHRNDCA630-00000049

### 3.1.2.6   Beispiel-Szenario

Im folgenden wird ein Szenario für Such- und Retrievalanforderung beschrieben (Abbildung 3.2). Ausnahmenfälle werden hier nicht berücksichtigt.



Abbildung 3.2: Beispiel-Szenario

Mit Init-Request will der Client eine Verbindung mit dem Server aufbauen. Der Server wird durch Init-Indication benachrichtigt. Will der Server mit dem Client kommunizieren, so sendet er Init-Response an den Client. Der Client wird mit Init-Confirmation benachrichtigt.

Durch Search-Request sendet der Client eine Anfrage an den Server. Daraufhin wird der Server durch Search-Indication verständigt. Der Server reagiert auf diese Anforderung mit einer Suchaktion in der Datenbank und sendet mit Search-Response das Suchergebnis als Anwort an den Client zurück. Der Client wird durch Search-Confirmation benachrichtigt, wobei zwischen einer positiven und negativen Bestätigung unterschieden wird. Eine positive Bestätigung heißt, daß die Anwort eine Menge von Dokumentverweisen enthält, während bei einer negativen Bestätigung die Anwort zum Beispiel eine Meldung ist, daß kein einziges Dokument gefunden wurde.

28

FUHRNDCA630-00000050

Möchte der Client Originaldokumente sehen, so initialisiert er mit Retrieval-Request die Anforderung. Der Server wird durch Retrieval-Indication verständigt. Mit Retrieval-Response sendet der Server die ausgewählten Originaldokumente an den Client.

### 3.1.2.7   IR-Protokoll

Das IR-Protokoll ist ein verbindungsorientiertes Protokoll. Der Z39.50 Standard spezifiziert seine APDU in ASN.1 (Abstract Syntax Notation One). Zu den sieben Dienstleistungen gibt es die entsprechenden APDU's.

1. **Initialization-Dienstleistung:** Init-Request APDU, Init-Response APDU
2. **Search-Dienstleistung:** Search-Request APDU, Search-Response APDU
3. **Present-Dienstleistung:** Present-Request APDU, Present-Response APDU
4. **Delete-Dienstleistung:** Delete-Request APDU, Delete-Response APDU
5. **Access-Control-Dienstleistung:** Access-control-Request APDU, Access-control-Response APDU
6. **Resource-control-Dienstleistung:** Resource-control-Request APDU, Resource-control-Response APDU
7. **Termination-Dienstleistung:** IR-abort-Request APDU, IR-release-Request und -Response APDU

Die Protokollspezifikationen werden in

> http://cnidr.org/cnidr_papers/z3950.html,
> http://server.wais.com/z3950.html oder
> ftp://wais.com/pub/protocol/*

beschrieben. In den zwei nächsten Abschnitten möchte ich auf die APDU der zwei Dienstleistungen, Initialization und Search, die in WAIS Verwendung finden, näher eingehen.

### 3.1.2.7.1   Init-APDU

Eine Init-APDU enthält folgende Parameter:

**PDUType:** Der PDUType zeigt dem Server an, ob es sich um eine Initialisierung der Kommunikation handelt. In WAIS ist der PDUType = 20 und 21 für Init-Request bzw. -Response.

**IDAuthentication:** Der Client und Server vereinbaren unter sich, ob dieses Parameter verwendet wird und welchen Wert es haben soll. Diesen Wert benutzt der Server, um zu überprüfen, ob der Client für die Kommunikation autorisiert ist. In WAIS enthält dieses Parameter die Zeichenkette 'waissearch freeWAIS Release 0.2, from host: *hostname.domain*, user: *user*'. Die drei nachfolgenden Parameter sorgt für die Systemkompabilität.

**ImplementationID:** In WAIS ist es 'TMC' (Thinking Machine Corporation).

**ImplementationName:** In WAIS ist es 'Thinking Machine Corporation Z39.50'.

29

FUHRNDCA630-00000051

**ImplementationVersion:** In WAIS ist es '2.0A'.

**ReferenceID:** Dieses Parameter wird in WAIS aufgrund des zustandlosen Servers nicht verwendet.

**Optionen:** Es gibt 5 Optionen:

    1. search
    2. present
    3. delete
    4. resource-control
    5. access-control

Für die ersten drei Optionen spezifiziert Init-Request entweder 'will use' oder 'will not use' und Init-Response 'will support' oder 'will not support'. Für die letzten zwei Optionen spezifiziert Init-Request entweder 'will support' oder 'will not support' und Init-Response 'will use' oder 'will not use'.

- search – Bei 'will use' möchte der Client die Suchmöglichkeit vom Server in Anspruch nehmen. Dafür muß der Server aber dem Client mit 'will support' anzeigen.
- present, delete – analog.
- resource-control – Der Client zeigt bei 'will support' an, daß er bereits ist, Resource-control-request vom Server zu empfangen und beantworten. Umgekehrt gilt es für 'will not support'. Will der Server jedoch beim zweiten Fall die Resource-control-Dienstleistung verwenden, so muß die Verbindung abgebrochen werden.
- access-control – analog.

WAIS verwendet lediglich die Option search.

**PreferredMessageSize und MaximumRecordSize:** Diese Parameter stehen für die Messagegröße und werden in Bytes gerechnet. MaximumRecordSize muß größer oder gleich PreferredMessageSize sein. In Init-Response APDU gelten die Werte dieser Parameter nur für den Server. Der Server hat die Wahl alternative Werte vorzuschlagen. Allerdings muß hierbei PreferredMessageSize kleiner oder gleich MaximumRecordSize sein. Der Client kann entweder die vorgeschlagenen Werte annehmen oder die Verbindung abbrechen. In WAIS sind PreferredMessageSize und MaximumRecordSize auf 100000 Bytes gesetzt.

**Result:** Der Server zeigt bei der Spezifikation 'accept' oder 'reject' an, ob er die Sitzung akzeptiert oder nicht. Bei 'reject' muß der Client die Kommunikation beenden. WAIS setzt dieses Parameter auf 'accept' genau dann, wenn die Optionen present und delete gleich 'will not use' sind.

**UserInformationField:** Dieses Parameter kann vom Client bzw. Server für zusätzliche Informationen verwenden (nicht spezifiziert in diesem Standard). WAIS benutzt es für die Versionangabe 'waissearch freeWAIS Release 0.2, from host: *hostname.domain*, user: *user*'

FUHRNDCA630-00000052

### 3.1.2.7.2  Search-APDU

Eine Search-APDU enthält folgende Parameter:

**PDUType:** Der PDUType zeigt dem Server an, ob es sich um eine Search-Request handelt. In WAIS ist der PDUType = 22 und 23 für Search-Request bzw. -Response.

**QueryType:** Dieses Parameter identifiziert die Anfragesyntax. Der Standard unterstützt die Type-1 Anfragesyntax. WAIS erweitert dies zusätzlich um die Type-3 Anfragesyntax für Relevance Feedback. Type-1 Query wird von WAIS lediglich für Retrievalanfrage verwendet.

**Query:** Die WAISSearch-Request APDU ist in diesem Parameter enthalten.

**DatabaseNames:** Datenbanknamen.

**ResultSetName, ReplaceIndicator:** Das Ergebnis einer Anfrage wird mit Result-SetName assoziiert. Wenn beim Server der ResultSetName bereits existiert, hängt weitere Aktionen davon ab, welchen Wert das Parameter ReplaceIndicator hat. Ist es 'on', dann wird der existierende ResultSetName durch einen neuen ersetzt. Wenn ReplaceIndicator auf 'off' gesetzt ist, bleibt der existierende ResultSetName erhalten. Existiert jedoch kein ResultSetName mit dem im Parameter spezifizierten Namen, dann wird er erzeugt und das Parameter ReplaceIndicator ignoriert. Default ist ResultSetName gleich 'default'. In diesem Fall muß ReplaceIndicator 'on' sein. Ein ResultSetName bleibt entweder bis Ende der Sitzung oder vor einer Lösch-Operation vom Server oder Ersetzung oder Delete-Request erhalten. In WAIS ist ReplaceIndicator aufgrund des zustandlosen Servers immer 'on'.

**DatabaseDiagnosticRecords:** Es kommt in der WAISSearch-Response APDU vor. Es enthält das Ergebnis der Anfrage und/oder Meldungen bei Suchfehler in der WAISSearch-Response APDU.

**ReferenceID:** wie oben, nicht verwendet.

**ResultCount:** Anzahl von gefundenen Records. Es wird in den freien Versionen nicht verwendet.

**NumberOfRecordsReturned:** Totale Anzahl von Records, die an den Client gesendet werden.

**SmallSetUpperBound, LargeSetLowerBound, MediumSetPresentNumber:** Die Ergebnismenge ist ein
- 'small-set', wenn ResultCount nicht größer als SmallSetUpperBound ist. Dabei werden alle gefundenen Records an den Client gesendet. In WAIS ist SmallSetUpperBound = 30.
- 'large-set', wenn ResultCount größer oder gleich LargeSetLowerBound ist. Kein Record wird gesendet. WAIS setzt LargeSetLowerBound gleich 5000.

31

FUHRNDCA630-00000053

- 'medium-set', sonst. Maximale Anzahl von Records, spezifiziert durch MediumSetPresentNumber, wird zurückgegeben. In WAIS ist MediumSetPresentNumber = 30.

Der WAIS-Server der freien Versionen berücksichtigt diese Parameter allerdings nicht, weil die Anzahl der zurückgegebenen Records in der WAISSearch APDU festgelegt wird.

**NextResultSetPosition:** Position des nächsten Records innerhalb der Ergebnismenge. Es ist 0, wenn das letzte Record bereits zurückgegeben ist. WAIS vewendet dieses Parameter aber nicht, weil das Ergebnis nach der Sendung an den Client sofort gelöscht wird.

**SearchStatus:** Es ist in der SearchResponse APDU enthalten. Es ist

- success – wenn die Suche erfolgreich ist.
- failure – sonst. In diesem Fall sendet der Server DiagnosticRecords an den Client.

**ResultSetStatus:** Es wird nur gesetzt, wenn SearchStatus auf 'failure' gesetzt ist. Die Werte dieses Parameters können sein:

- subset – Teilweise gültige Ergebnisse.
- interim – Teilweise verfügbare Ergebnisse, jodoch nicht unbedingt gültig.
- none – Kein Ergebnis verfügbar.

Es wird in WAIS nicht verwendet.

**PresentStatus:** Es wird nur gesetzt, wenn SearchStatus auf 'success' gesetzt ist. Die Werte dieses Parameters können sein:

- success – Alle Records sind verfügbar.
- partial-1 – Nicht alle Records können aufgrund der Access-Kontrolle zurückgegeben werden.
- partial-2 – Nicht alle Records können aufgrund der Messagegröße zurückgegeben werden.
- partial-3 – Nicht alle Records können aufgrund der Resource-Kontrolle beim Client zurückgegeben werden.
- partial-3 – Nicht alle Records können aufgrund der Resource-Kontrolle beim Server zurückgegeben werden.
- failure – DiagnosticRecords werden zurückgegeben.

Es wird in WAIS nicht verwendet.

**ElementSetNames:** Es ist ein primitiver Name, der auf ein Element in einem Record hinweist, wie z.B. Document Text, Long Document Header (siehe Abschnitt 3.1.3.3).

32

FUHRNDCA630-00000054

### 3.1.3 Protokoll-Erweiterung

Zu den Erweiterungen des Z39.50 Standards zählen:

- Unterstützung von Relevance Feedback
  Ein oder mehrere Dokumente oder Dokumentabschnitte werden hierbei selektiert. Damit wird nach den mit den selektierten Dokumenten oder Dokumentabschnitten ähnlichen Dokumenten gesucht. Sowohl für eine Suchanfrage als auch für eine Relevance-Feedback-Anfrage wird die Type-3 Anfragesyntax benutzt, die nicht im Z39.50 Standard ist. Aufgrund der Benutzung der Type-3 Anfragesyntax wird der Client von den Änderungen der Funktionalitäten auf der Server-Seite nicht beeinflußt. Eine Anfrage braucht nicht vorher vom Client in eine Type-1 RP-Notation (reverse-polish notation) umgewandelt werden. Stattdessen enthält sie einen einfachen Text. Die Type-3 Anfragesyntax wird in den Protokollspezifikationen beschrieben.

- Retrieval von Dokumenten mit einem Dokumentidentifikator-Konzept
  Ein Dokumentidentifikator entspricht einer Dokument-ID, die im Protokoll mit System-Control-Number gekennzeichnet ist. Das Protokoll verlangt vom Server eindeutige Dokument-IDs für jedes Dokument. Diese Dokument-IDs werden vom Client für das Retrieval oder Relevance Feedback benutzt. Will man beispielsweise ein Dokument mit der Dokumentnummer **xxx** retrieven, so ist in der Anfrage die System-Control-Number = **xxx**. Dies ermöglicht dem Client, eine Verbindung zum Server abzubauen und trotzdem jeder Zeit in der Lage zu sein, später ein Dokument zu retrieven. Für das Retrieval verwendet WAIS die Type-1 Anfragesyntax.

- Zustandloser (stateless) Server
  WAIS-Server ist zustandlos in dem Sinne, daß Suchergebnisse nicht beim Server aufbewahrt, sondern nach dem Senden an den WAIS-Client sofort gelöscht werden. Aus diesem Grund wird die Present-Dienstleistung nicht benötigt. Für das Retrieval wird die Search-Dienstleistung benutzt.

- Anfordern von Dokumentbereichen
  Die Type-1 Anfrage verfügt hierbei zusätzlich über Chunk-Code Parameter. Ein Dokumentbereich, der einem Chunk-Code-Wert entspricht, wird vom Server selektiert und an den Client gesendet. Eine Retrievalanfrage kann beispielsweise so sein: System-Control-Number = **xxx** AND Line > 1000 AND Line <= 2000. Das Ergebnis ist ein Dokumentbereich von 1000 Zeichen des Dokuments **xxx**, wobei das erste Zeichen beim 1001-sten Zeichen anfängt.

WAIS unterstützt lediglich die Init- und Search-Dienstleistungen von Z39.50. Für das Suchen, Relevance Feedback und Retrieval wird die Search-Dienstleistung verwendet. Eine Suche wird vom Client mit Search-Request APDU, die eine WAISSearch-Request APDU enthält, initialisiert. Für eine Suchanfrage oder Relevance Feedback wird die

33

FUHRNDCA630-00000055

Type-3 Anfragesyntax verwendet, die in der WAISSearch-Request APDU vorkommt und zwei Hauptfelder enthält:

1. Suchwörter oder Text, vom Benutzer eingegeben.
2. Eine Liste von Dokumentobjekten für Relevance Feedback, wobei ein Dokumentobjekt eine Dokument-ID, Type, Chunk-code, Start- und Endposition für ein Dokument enthält. Eine Dokument-ID ist ein eindeutiger Dokumentidentifikator. Type ist eine Liste von Display-Formaten. Chunk-code ist eine Maßeinheit, mit der ein Bereich, der durch Start- und Endposition angegeben wird, eines Dokuments gelesen wird. Chunk-code enthält beispielsweise folgende Maßeinheiten: *byte, line, paragraph* und *full document.* Wenn chunk-code auf *full document* gesetzt ist, werden Start- und Endposition ignoriert. WAIS verwendet die Maßeinheit *byte.*

Eine WAISSearch-Response APDU enthält eine Liste von Records oder Dokumentverweisen. Ein Dokumentverweis verweist auf ein Originaldokument auf dem Server. Jeder Dokumentverweis enthält folgende Felder:

1. Headline - eine Menge von Wörtern, die den wesentlichen Inhalt eines Dokuments wiedergibt.
2. Rank - Ordnungsnummer eines Dokuments in der Antwortmenge. Sie gibt die Relevanz eines Dokuments zu einer Anfrage an. Höchste Rankingnummer ist 1000.
3. Eine Liste von Display-Formaten - zum Beispiel text, postscript, tiff etc.
4. Doc-ID - Dokumentnummer.
5. Length - Länge eines Dokuments in Byte.

Die Anzahl von Dokumentverweisen wird bei der Initialisierung vom Client bestimmt. Das Retrieval eines Dokuments wird ebenso vom WAIS-Client mit einer Search-Request APDU initialisiert. Für eine Retrieval-Anfrage wird die Type-1 Anfragesyntax verwendet, die in der WAISSearch-Request APDU vorkommt und vier Hauptfelder enthält:

1. Term: Doc-ID
   Use Attribute: system-control-number (code = 'un')
   Relation Attribute: equal (code = 're')
2. Term: angefordertes Display-Format
   Use Attribute: data-type (code = 'wt')
   Relation Attribute: equal (code = 're')
3. Term: Startposition
   Use Attribute: paragraph, line, byte (code = 'wp', 'wl', 'wb')
   Relation Attribute: greater-than-or-equal (code = 'ro')
4. Term: Endposition
   Use Attribute: paragraph, line, byte (code = 'wp', 'wl', 'wb')
   Relation Attribute: less-than (code = 'rl')

34

FUHRNDCA630-00000056

**Beispiel einer Retrieval-Anfrage:**

```
query = ( (use = "un", relation = "re", term = <DOC-ID>)
          AND
          (use = "wt", relation = "re", term = postscript)
          AND
          (use = "wb", relation = "ro", term = 0)
          AND
          (use = "wb", relation = "rl", term < 2000)
        )
```

Eine Retrieval-Anwort ist eine Search-Response APDU, die eine WAISSearch-Response APDU enthält. In diesem Fall entspricht aber ein Record einem Originaldokument im spezifizierten Display-Format.

### 3.1.3.1   WAISInit APDU

WAIS spezifiziert lediglich eine WAISInitResponse APDU, die folgende Parameter enthält:

**ChunkCode:** Das Parameter gibt die Maßeinheiten für ein Dokumentbereich an. Dabei gibt es vier verschiedene Auswahlmöglichkeiten: 0 für *full document*, 1 für *byte*, 2 für *line* und 3 für *paragraph*. In WAIS ist der Chunk-Code auf 1 gesetzt. Dieses Parameter wird beim Relevance Feedback verwendet, um ein Bereich von einem Dokument zu kennzeichnen.

**ChunkIDLength:** Es legt fest, wieviel Bytes für jeden einzelnen Chunk-Code verwendet werden. Da der Chunk-Code in WAIS gleich 1 ist, werden dieses und das nachfolgende Parameter ignoriert, ansonsten werden sie gesetzt.

**ChunkMarker:** Es ist eine Folge von ASCII-Zeichen und dient als Delimiter im Dokumenttext.

**HighlightMarker, DeHighlightMarker:** Folge von Zeichen, die einen Dokumenttext begrenzen, der betont angezeigt werden soll (vom WAIS-Server der freien Versionen nicht verwendet).

**NewlineCharacters:** Es zeigt an, welches Zeichen am Ende einer Zeile benutzt wird (vom WAIS-Server der freien Versionen nicht verwendet).

### 3.1.3.2   WAISSearch APDU

**SeedWords:** Suchanfrage (Folge von Zeichen).

**Docs:** Bereichangaben eines Dokumenttextes, wie Start- bzw. Endposition des Dokumenttextes.

35

FUHRNDCA630-00000057

**TextList:** Dieses Parameter enthält Textabschnitte von Dokumenten. Die Textabschnitte werden wie eine Suchanfrage behandelt. Das Ergebnis der Suche wird mit einem zusätzlichen Bonus bewertet. Die freien Versionen verwenden nicht dieses Parameter.

**BeginDateRange, EndDateRange:** Das späteste bzw. früheste Datum, um ein Dokument zu finden. Diese Parameter werden für die Bonusvergabe benutzt. Das Datum ist in ASCII-Format der Form yyymmdd. Die freien Versionen benutzen nicht dieses Parameter.

**DateFactor:** Es gibt vier verschiedene Date-Faktoren: 1 'DF_INDEPENDENT', 2 'DF_LATER', 3 'DF_EARLIER' und 4 'DF_SPECIFIED_RANGE'. Default ist DateFactor = 1. Dabei wird kein extra Gewicht für das Datum vergeben, während in den anderen Fällen zusätzlicher Bonus für ein Dokument mit einem Datum größer, kleiner als oder gleich ein spezifiziertes Datum vergeben wird. Bei DateFactor = 2 und 3 wird BeginDateRange bzw. EndDateRange verwendet. DateFactor = 4 verwendet beide. In den freien Versionen wird DateFactor = 1 gesetzt.

**MaxDocumentsRetrieved:** Maximale Anzahl von Dokumenten, die der Client anfordern möchte.

### 3.1.3.3   WAISSearchResponse APDU

Eine WAISSearchResponse APDU enthält folgende Parameter:

**SeedWordsUsed:** Es enthält nur Wörter, die bei der Suche gematcht wurden.

**DocHeaders:** Dokumentrecords, die an den Client gesendet werden. Ein Dokumentrecord besteht aus folgenden Parametern:

- DocumentID: Eindeutige Dokumentnummer.
- VersionNumber: Zur Verwaltung von Dokumenten, deren VersionNumber bei Modifikation inkrementiert werden. In den freien Versionen wird diese nicht verwendet.
- Score: Rangwert eines Dokuments.
- BestMatch: Stelle mit dem höchsten Score innerhalb eines Dokuments (in den freien Versionen nicht verwendet).
- DocumentLength: Größe des Dokuments in Bytes.
- Lines: Anzahl von Zeilen im Dokument.
- Types: Display-Format.
- Source: Dokumentquelle, wie z.B. journal title, newspaper name. In den freien Versionen wird dort der Pfadnamen der Datenbank eingetragen.
- Date: Datumangabe.
- Headline: Kurze Beschreibung über ein Dokument.
- OriginCity: Stadt, von der ein Dokument stammt.

DocHeaders wird default in WAIS verwendet.

36

FUHRNDCA630-00000058

**ShortHeaders:** Dieses Element-Set wird in Zusammenhang mit dem Parameter Me-
diumSetPresentNumber in der SearchAPDU des Z39.50 Standards für kleine
Messagegröße verwendet. Es besteht aus folgenden Parametern:
- DocumentID
- VersionNumber
- Score
- BestMatch
- DocumentLength
- Lines

Es wird jedoch in den freien Versionen nicht verwendet.

**Headlines:** Dieses Element-Set ist in der WAISSearchResponse APDU bei Type-
1 Query für Dokumente, die vorher in ShortHeaders zurückgegeben werden,
enthalten. Es besteht aus folgenden Parametern:
- DocumentID
- VersionNumber
- Source
- Date
- Headline
- OriginCity

Es wird in den freien Versionen nicht verwendet.

**LongHeaders:** Dieses Element-Set enthält folgende Parameter:
- DocumentID
- VersionNumber
- Score
- BestMatch
- DocumentLength
- Lines
- Types
- Source
- Date
- Headline
- OriginCity
- StockCodes:  Irgendeine Beschreibung wie unten, genau weiß ich leider
nicht.
- CompanyCodes: Beschreibung der Kompanie, die die Dokumente verwal-
tet.
- IndustryCodes: Beschreibung der Industrie, die die Dokumente verwaltet.

Es wird in den freien Versionen nicht verwendet.

**Text:** Dieses Element-Set wird bei Retrievalanfrage zurückgegeben, also bei Type-1
Anfrage. Es enthält folgende Parameter:
- DocumentID

FUHRNDCA630-00000059

- VersionNumber
- DocumentText: Dieses Paramter enthält die Größe eines Dokuments in Bytes und das Dokument als Folge von Zeichen.

**Codes:** Dieses Element-Set enthält folgende Parameter:

- DocumentID
- VersionNumber
- StockCodes
- CompanyCodes
- IndustryCodes

Es wird in den freien Versionen nicht verwendet.

**Diagnostics:** Es enthält System-Meldungen bei Suchfehler.

## 3.2   WAIS-Datenbank

WAIS verwaltet seine Daten in der WAIS-Datenbank, die in Abbildung 3.3 dargestellt wird. Eine WAIS-Datenbank setzt sich aus einer Dokumentkollektion, einem WAIS-Index und optional aus einem Katalog zusammen. Der WAIS-Index, der Katalog und die Datenbankbeschreibung (source description structure) werden bei der Indexierung einer Kollektion erzeugt, wie in Abbildung 3.4 dargestellt wird.



Abbildung 3.3: WAIS-Datenbank

Dieser Abschnitt befaßt sich mit der Datenorganisation in der WAIS-Datenbank. Hier geht es darum, wie ein Dokument in der WAIS-Datenbank verwaltet wird, welches Zugriffsverfahren angewendet wird und wie die Dateien in der WAIS-Datenbank miteinander in Beziehung stehen.

38



Abbildung 3.4: Die bei der Indexierung erzeugten Komponenten

## 3.2.1   Dateistruktur der WAIS-Datenbank

Abbildung 3.5 zeigt die Dateistruktur der WAIS-Datenbank.  Der Zugriff auf den
WAIS-Index erfolgt termweise zunächst über das Wörterbuch (oder Dictionary). Das
Wörterbuch enthält zu jedem Term einen Hinweiszeiger, der einen direkten Zugriff auf
die Liste der Dokument-IDs in der invertierten Datei ermöglicht. Zu jeder Dokument-
ID findet man den entsprechenden Eintrag in der Dokument-Tabelle. Jeder Eintrag
dort enthält eine Filename-ID, Headline-ID und Zusatzinformationen. Eine Filename-
und Headline-ID sind direkte Verweise auf jeweils einen Eintrag in der Filename- bzw.
Headline-Tabelle. Die Filename-Tabelle enthält Dateinamen, zu denen Dokumente
gehören.  Auf eine Datei wird erst zugegriffen, wenn eine Retrievalanforderung des
Originaldokuments beim Server vorliegt.  Die Headline-Tabelle verwaltet Headlines
von allen Dokumenten in der Kollektion. Wie aus der Abbildung 3.3 ersichtlich, steht
der Katalog in keiner Beziehung mit dem WAIS-Index und der Kollektion. Er ist eine
einzelne Datei und wird bei Anforderung direkt vom Server zugegriffen.

## 3.2.2   Dokumentkollektion

Eine **Dokumentkollektion** verstehen wir hier als eine Sammlung von Dateien, die
die ursprünglichen Dokumente, die indexiert werden, enthalten.  Alle Dokumente
einer Kollektion besitzen ein gleiches Format. Dokumente können als Texte, Images,
Video oder Sounds auftreten.

FUHRNDCA630-00000061



Abbildung 3.5: Dateistruktur in der WAIS-Datenbank

40

FUHRNDCA630-00000062

### 3.2.3  WAIS-Index

Der WAIS-Index, der durch den Indexierungsprozeß erzeugt wird, ermöglicht das schnelle Suchen und Retrieval von Dokumenten. Für die Effizienz wird er im Binärformat abgespeichert. Folgende Komponenten bilden den WAIS-Index: **Wörterbuch** (Dictionary), **invertierte Datei, Dokument-Tabelle, Headline-Tabelle, Filename-Tabelle.** Im Folgenden werden diese Komponenten nacheinander beschrieben. Zunächst aber betrachten wir, wie ein Dokument im WAIS-Index repräsentiert wird.

#### 3.2.3.1  Dokumentrepräsentation im WAIS-Index

Im WAIS-Index werden jedem Dokument folgende Daten zugeordnet:

| Dokumentrepräsentation |
|:---:|
| Doc-ID |
| Filename |
| Headline |
| Start-Pos |
| End-Pos |
| #Terme |
| #Zeilen |
| Datum |
| Display-Format |
| Indexierte Terme |

**Doc-ID**: Jedes Dokument in der Kollektion besitzt eine Nummer. Die Dokumente werden in aufsteigender Reihenfolge numeriert, in der sie in der Kollektion auftreten.
**Filename**: Name der Datei, die das Dokument enthält. Jeder Dateiname hat eine Filename-ID.
**Headline**: Eine Headline gibt kurz den Inhalt des Dokuments wieder.
**Startposition** und **Endposition**: Position, wo das Dokument in der Kollektion beginnt bzw. endet.
**#Terme**: Anzahl der indexierten Terme eines Dokuments.
**#Zeilen**: Anzahl der Zeilen eines Dokuments inklusive Leerzeilen.
**Datum**: Datum eines Dokuments.
**Display-Format**: siehe Tabelle 3.4.
**Indexierte Terme**: Menge von Termen eines Dokument, die indexiert worden sind. Zu jedem Term eines Dokuments im WAIS-Index gehören eine **Dokument-ID**, eine **Characterposition**, die angibt, wo der Term relativ zu dem ersten Zeichen des Dokuments anfängt und ein **Gewicht**.

41

Uni FB Informatik 20.03.19  17:08:19

### 3.2.3.2    Wörterbuch

Die Aufgabe der Wörterbuchsuche besteht darin, über einen Term die entsprechenden Datensätze zu finden. Ein *Datensatz* im Wörterbuch setzt sich zusammen aus einem Term, einer Vorkommenshäufigkeit des Termes in der Kollektion und einem Hinweiszeiger, der einen direkten Zugriff auf einen Eintrag in der invertierten Datei ermöglicht. Ein Hinweiszeiger auf einen Eintrag in der invertierten Datei entspricht nichts anderem als einer physikalischen Adresse dieses Eintrags. Alle Datensätze sind gleich groß und belegen jeweils 29 Bytes (siehe Tabelle 3.1). Der Zugriff auf einen Datensatz im Wörterbuch erfolgt über die Suche nach einem Term, den der Datensatz enthält.

Um einen Term im Wörterbuch schnell finden zu können, verwendet WAIS ein spezielles Zugriffsverfahren, bei dem ein Index verwendet wird, der in Abbildung 3.6 dargestellt wird.



Abbildung 3.6: Zugriffspfad des Wörterbuchs

Die Datensätze werden im Wörterbuch lexikalisch nach Termen sortiert. Sie werden in Blöcke aufgeteilt. Jeder Block enthält höchstens 1000 Datensätze. Von jedem Block wird der Term des ersten Datensatzes zusammen mit einem Zeiger auf den Block in den Index eingetragen. Der Index verwaltet Indexpaare der Form $(t, b)$, wobei $t$ ein Term und $b$ ein Zeiger auf einen Block ist. Auch werden die Indexpaare im Index nach Termen in lexikalischer Ordnung sortiert. Die Größe des Index ist beliebig. Beispielsweise seien $d_1$, $d_2$, ..., $d_{3000}$ Datensätze, die im Wörterbuch vorkommen und in 3 Blöcke $B_1$, $B_2$, $B_3$ aufgeteilt sind. Weiter seien $(t_1, b_1), (t_{1001}, b_2), (t_{2001}, b_3)$ Einträge im Index des Wörterbuchs, wobei $t_{1+((i-1)*1000)}$ mit $i = 3$ (die Anzahl der Blöcke) der Term des ersten Datensatzes im Block $B_i$ und $b_i$ der Zeiger auf den Block $B_i$ ist, dann gelten für die Menge der Terme $T_1$ im Block $B_1$: $\forall t \in T_1 : t_1 \leq t < t_{1001}$, für $T_2$ im Block $B_2$: $\forall t \in T_2 : t_{1001} \leq t < t_{2001}$ und für $T_3$ im Block $B_3$: $\forall t \in T_3 : t \geq t_{2001}$.

Betrachten wir nun ein Beispiel aus Abbildung 3.7. Ein Datensatz besteht aus einem Term und Zusatzinformationen. Gesucht wird ein Datensatz, der den Term 'Muster' enthält. Die Suche beginnt mit der Suche nach dem Term 'Muster' im Index, so wird

42

FUHRNDCA630-00000064

zuerst die Anzahl der Blöcke im Wörterbuch gelesen, um für den Index Speicherplatz im Hauptspeicher zu reservieren. Dann wird der gesamte Index in den Hauptspeicher geladen. Intern wird eine binäre Suche nach dem größten Term $t \leq$ 'Muster' im Index ausgeführt. In unserem Beispiel ist $t$ = 'Meier'. Mit Hilfe des Blockzeigers vom Term 'Meier' wird der gesamte Block $B_2$ in den Hauptspeicher geladen, um den Datensatz mit dem Term 'Muster' zu finden. Sobald der Block $B_2$ im Hauptspeicher ist, wird eine binäre Suche durchgeführt. Da der Term 'Muster' nur in diesem Block auftreten kann, ist die Suche nur auf diesen Block begrenzt. Für den Zugriff auf einen Datensatz im Wörterbuch werden also insgesamt drei Plattenzugriffe benötigt.



Abbildung 3.7: Beispiel für einen Index im Wörterbuch



Abbildung 3.8: Organisation des Wörterbuchs in WAIS

Beim Einfügen werden Datensätze in lexikalisch sortierter Reihenfolge in das Wörterbuch eingetragen. Vor jeder Eintragung wird der Speicherplatz für 1000 Datensätze allokiert. Wird der Speicherplatz voll, dann wird der nächste Speicherplatz für die nächsten 1000 Datensätze reserviert. Mit anderen Worten heißt es, daß ein Block $B_i$ erst voll ausgefüllt sein muß, bevor der nächste Block $B_{i+1}$ erzeugt wird.
Bei der Einfügung von neuen Datensätzen, d.h. Reindexierung, müssen die gesamte Wörterbuch- und invertierte Datei reorganisiert werden. Denn es besteht eine gegenseitige Abhängigkeit zwischen einem Datensatz im Wörterbuch und einem Eintrag in der invertierten Datei, weil jeder Datensatz eine physikalische Adresse eines Eintrags in der invertierten Datei enthält.

43

FUHRNDCA630-00000065

In WAIS sieht das Wörterbuch intern wie in Abbildung 3.8 dargestellt aus. Der Header enthält die Anzahl der Blöcke im Wörterbuch und ist 4 Bytes groß. In diesem Beispiel kommen im Wörterbuch 1990 Datensätze vor, die in zwei Blöcke aufgeteilt sind. Tabelle 3.1 gibt die Größe der einzelnen Felder im Wörterbuch wieder.

| Feld | Größe (in Bytes) |
|---|---|
| Anzahl der Blöcke | 4 |
| Term | 21 |
| Vorkommenshäufigkeit | 4 |
| Zeiger | 4 |

Tabelle 3.1: Größe der einzelnen Felder eines Eintrags im Wörterbuch

### 3.2.3.3 Invertierte Datei

Die invertierte Datei verweist auf sämtliche Dokumente, die mit einem bestimmten Term verknüpft sind, weil ein Term mehrmals in mehreren Dokumenten vorkommen kann. In einer invertierten Datei werden also jedem Term die Nummern der entsprechenden Dokumente, in denen der Term auftritt, zugeordnet. Die Nummern der Dokumente entsprechen den Dokument-IDs. Abbildung 3.9 zeigt ein Beispiel einer invertierten Datei.

a)

| DokNr. 1 | DokNr. 2 | DokNr. 3 | DokNr. 4 |
|---|---|---|---|
| Information System | Information Retrieval | Computer Netzwerk | Information Datenbank |

b)

| Begriffe | Dokument-ID | | |
|---|---|---|---|
| Information | 1 | 2 | 4 |
| System | 1 | | 4 |
| Retrieval | | 2 | |
| Computer | | 3 | |
| Netzwerk | | 3 | |
| Datenbank | | | 4 |

Abbildung 3.9: Beispiel einer invertierten Datei a) Beispieldokumente b) invertierte Datei

44

FUHRNDCA630-00000066

In WAIS werden in der invertierten Datei zusätzlich mit jeder Dokument-ID, eine
Characterposition, die die Position des Termes innerhalb eines Dokuments relativ zur
Entfernung zum ersten Zeichen im Dokument angibt, und ein Gewicht abgespeichert.
Das Gewicht bezeichnet die Relevanz eines Termes innerhalb eines Dokuments. Eine
Dokument-ID, eine Characterposition und ein Gewicht zusammen wird als ein *Posting*
bezeichnet, die 8 Bytes groß ist (siehe Tabelle 3.2). Eine Dokument-ID ist ein direkter
Verweis auf einen Eintrag in der Dokument-Tabelle. Jedem Term in der invertierten
Datei wird eine Liste von Postings zugeordnet (Abbildung 3.10). Die Länge der
Liste ist variabel. Maximal soll eine Liste zu jedem Term 20000 Postings enthalten.
Allerdings stimmt diese Zahl aus dem folgenden Grund nicht ganz: eine Liste der
Postings darf maximal 65536 Bytes groß sein und die Größe eines Postings ist 8
Bytes. Wenn jetzt eine Liste 20000 Postings enthalten sollte, müßte sie $20000 * 8 =$
160000 und nicht 65536 Bytes groß sein. Dafür muß die Größe[2] der Posting-Liste
entsprechend geändert werden. Die maximale Vorkommshäufigkeit kann aber auch
vom Indexierer variiert werden. Kommt ein Term bei der Indexierung mehr als erlaubt
vor, so wird er gar nicht in die invertierte Datei eingetragen.

Seien

| | | |
|---|---|---|
| Doc-ID$_i$ | = | Dokumentnummer des Dokuments $i$ |
| Char-Pos$_i$ | = | Characterposition des Dokuments $i$ |
| Gewicht$_i$ | = | Gewicht des Dokuments $i$ |

| Terme | Liste von Postings | |
|---|---|---|
| $t_1$ | Doc-ID$_i$, Char-Pos$_i$, Gewicht$_i$ | Doc-ID$_j$, Char-Pos$_j$, Gewicht$_j$ |
| $\cdot$ | | |
| $\cdot$ | | |
| $\cdot$ | | |
| $t_k$ | Doc-ID$_j$, Char-Pos$_j$, Gewicht$_j$ | Doc-ID$_k$, Char-Pos$_k$, Gewicht$_k$ |

Abbildung 3.10: Liste von Postings zu einem Term $t_k$

Beim Einfügen werden die Einträge, die im Hauptspeicher durch eine Hashtabelle
verwaltet werden, vorher lexikalisch sortiert und nacheinander in die invertierte Datei
eingefügt. Wieviele Einträge die Hashtabelle enthält, kann vom Indexierer festge-
legt werden. Die Anzahl der Einträge kann 50000, 850000, 110000, 150000, 300000,
600000 oder 1000000 sein. Default nimmt die Hashtabelle 300000 Einträge auf. Wird
während der Indexierung diese Zahl überschritten, so werden die Einträge in eine

---

[2]Die Größe der Posting-Liste wird im Programmcode (irfiles.h) durch die Konstantvariable IN-
DEX_BLOCK_SIZE_SIZE, die auf 2 gesetzt ist, festgelegt. Dies entspricht nur $2^{2*8} = 65536$ Bytes

FUHRNDCA630-00000067

vorläufige invertierte Datei geschrieben. Dann wird die Hashtabelle geleert, um neue Einträge aufnehmen zu können. Am Ende können mehrere vorläufige invertierte Dateien geben. Sie werden dann zu einer endgültigen invertierten Datei zusammen-geschmolzen.

Bei der Reindexierung muß, wie bereits erwähnt wurde, die gesamte invertierte Datei und die gesamte Wörterbuch-Datei neu organisiert werden. Dabei wird die alte invertierten Datei mit der neuen invertierten Datei gemergt und ein neues Wörterbuch aufgebaut. Man sieht hier, daß der Reorganisationsaufwand sehr groß ist.

Der Zugriff auf einen Eintrag in der invertierten Datei erfolgt über die Suche nach einem Datensatz im Wörterbuch, der die physikalische Adresse dieses Eintrags enthält. Die Suche nach einem Datensatz erfolgt wiederum über die Suche nach einem Term, der im Datensatz vorkommt.

Abbildung 3.11 zeigt einen Eintrag in der invertierten Datei. Der Header der invertierten Datei enthält die Anzahl der Terme in der Kollektion und ist 4 Bytes groß. Index-block-size$_1$ und Index-block-size$_2$ geben die jeweilige Größe des Eintragsheaders und der Posting-Liste an. Tabelle 3.2 zeigt die Größe der einzelnen Felder in der invertierten Datei.



Abbildung 3.11: Organisation der invertierten Datei in WAIS

| Feld | Größe (in Byte) |
|------|-----------------|
| #Terme | 4 |
| Vorkommenshäufigkeit | 4 |
| Term | $|Term| + 1$ |
| Doc-ID | 4 |
| Char-Pos | 3 |
| Gewicht | 1 |
| DICTIONARY-FLAG | 1 |
| FULL-FLAG | 1 |
| NEXT-INDEX-BLOCK | 4 |
| INDEX-BLOCK-SIZE | 2 |

Tabelle 3.2: Größe der einzelnen Felder eines Eintrags in der invertierten Datei

46

FUHRNDCA630-00000068

### 3.2.3.4 Dokument-Tabelle

Die Dokument-Tabelle verwaltet Informationen von allen Dokumenten in der Kollektion. Jedes Dokument hat einen Eintrag in der Dokument-Tabelle, der aus Filename-ID, Headline-ID, Start-Pos, End-Pos, Anzahl der Terme in einem Dokument, Anzahl von Zeilen und Datum besteht. Eine Filename- und eine Headline-ID entsprechen jeweils einer physikalischen Adresse eines Eintrags in der Filename- bzw. der Headline-Tabelle. Ein Eintrag in der Dokument-Tabelle ist 25 Bytes groß (siehe Tabelle 3.3). Die Einträge sind nach Dokument-IDs aufsteigend geordnet (Abbildung 3.12). Der Zugriff auf einen Eintrag erfolgt über eine Dokument-ID.

| Doc-ID | Eintrag |
|--------|---------|
| 1 | Filename-ID$_1$, Headline-ID$_1$, Start-Pos$_1$, End-Pos$_1$, #Terme$_1$, #Zeilen$_1$, Datum$_1$ |
| . | |
| . | |
| . | |
| $n$ | Filename-ID$_i$, Headline-ID$_n$, Start-Pos$_n$, End-Pos$_n$, #Terme$_n$, #Zeilen$_n$, Datum$_n$ |

Abbildung 3.12: Dokument-Tabelle

Die Einträge werden in einer einfachen Liste verwaltet. Die Zugriffe auf die einzelnen Einträge in der Dokument-Tabelle erfolgen über die Dokument-IDs, die jedem Term in der invertierten Datei zugeordnet werden. Da die Dokumente in WAIS in der Reihenfolge, in der sie gelesen werden, numeriert sind und WAIS ein Dokument nach dem anderen indexiert, werden alle Einträge auch in derselben Reihenfolge in die Dokument-Tabelle eingefügt. Bei der Reindexierung werden neue Einträge einfach an den letzten Eintrag angehängt, ohne daß die Ordnung der alten Einträge verändert werden. Eine Reorganisation ist also nicht notwendig.

Abbildung 3.13 zeigt die Organisation der Dokument-Tabelle in WAIS. Der Header ist leer und 2 Bytes groß. Jeder Eintrag ist 25 Bytes groß.



Abbildung 3.13: Organisation der Dokument-Tabelle in WAIS

47

FUHRNDCA630-00000069

Tabelle 3.3 zeigt die Größe der einzelnen Felder eines Eintrags in der Dokument-Tabelle.

| Feld | Größe | Beschreibung |
|---|---|---|
| Filename-ID | 3 | Nummer des Eintrags in der Filename-Tabelle |
| Headline-ID | 3 | Nummer des Eintrags in der Headline-Tabelle |
| Start-Pos | 4 | Anfang des Dokuments |
| End-Pos | 4 | Ende des Dokuments |
| #Terme | 4 | Anzahl der gültigen Terme |
| #Zeilen | 3 | Anzahl von Zeilen im Dokument |
| Datum | 4 | Datum des Dokuments |

Tabelle 3.3: Größe der einzelnen Felder eines Eintrags in der Dokument-Tabelle

### 3.2.3.5  Filename-Tabelle

Ein Eintrag in der Filename-Tabelle setzt sich aus einem Dateinamen, der maximal 255 Bytes groß ist, Modifikationsdatum und einer Liste von Display-Formaten, die in Tabelle 3.4 zu finden sind, zusammen. Das Modifikationsdatum dient dazu, um zu verhindern, daß eine Datei, die schon indexiert worden ist, nochmal indexiert wird, wenn ihr Inhalt nicht modifiziert wird. Dabei wird überprüft, ob sich die Modifikationsdata von zwei gleichnamigen Dateien übereinstimmen. Die Einträge in der Filename-Tabelle sind unterschiedlich groß und sind nach Filename-IDs sortiert. Abbildung 3.14 zeigt eine Filename-Tabelle. Der Zugriff auf einen Eintrag erfolgt über eine Filename-ID, die in der Dokument-Tabelle gespeichert wird.

| Filename-ID | Eintrag |
|---|---|
| 1 | $Filename_1$, $Modifikationsdatum_1$, $Typ_1$ |
| . | |
| . | |
| . | |
| $n$ | $Filename_n$, $Modifikationsdatum_n$, $Typ_n$ |

Abbildung 3.14: Filename-Tabelle

Die Einträge in der Filename-Tabelle werden in einer einfachen Liste wie bei der Dokument-Tabelle verwaltet. Wird bei der Indexierung eine neue Datei gelesen, so wird der neue Dateiname mit dem angegebenen Typ und dem Modifikationsdatum als neuer Eintrag einfach hinter den letzten Eintrag eingefügt. Die gesamte Datei wird

48

FUHRNDCA630-00000070

| Display-Format | Beschreibung |
|---|---|
| DVI | Device-Independent Printer Output |
| GIF | Graphics Interchange Format CompuServe Images |
| MIME | AT&T Multimedia Document |
| MS-EXCEL | Microsoft Excel Spreadsheet |
| MS-POWERPOINT | Microsoft PowerPoint Slides |
| MS-WORD | Microsoft Word Document |
| PERSUASION | Aldus Persuasion |
| PICT | Apple PICT Image |
| PS | PostScript |
| QUICKTIME | Apple Quicktime Movie |
| TEXT | ASCII Text |
| TEXT-FTP | Special FTP File Format |
| TIFF | Tagged Interchange File Format |
|  | (A Universal Raster Image Format) |
| WQST | WAIS Question Format |
| WSRC | WAIS Source Format |

Tabelle 3.4: Display-Formate

nicht reorganisiert. Die Filename-Tabelle wird wie in Abbildung 3.15 organisiert. Der Header ist leer und 4 Bytes groß. Tabelle 3.5 zeigt die Größe der einzelnen Felder eines Eintrags in der Filename-Tabelle.



Abbildung 3.15: Organisation der Filename-Tabelle in WAIS

| Feld | Größe | Beschreibung |
|---|---|---|
| Filename | \|Filename\| + 1 | Name der Datei, in der |
|  |  | die Dokumente vorkommen. |
| Modifikationsdatum | 4 | Datum der letzten Modifikation |
| Typ | \|Typ\| + 1 | Display-Format |

Tabelle 3.5: Größe der einzelnen Felder eines Eintrags in der Filename-Tabelle

49

FUHRNDCA630-00000071

### 3.2.3.6   Headline-Tabelle

Für jedes Dokument wird eine Headline erzeugt und in die Headline-Tabelle einge-
tragen. Jeder Eintrag in der Headline-Tabelle ist eine Headline, die maximal 100
Zeichen lang ist. Die Einträge werden nach Headline-IDs aufsteigend sortiert (Abbil-
dung 3.16). Der Zugriff auf eine Headline erfolgt über eine Headline-ID, die in der
Dokument-Tabelle vorkommt.

| Headline-ID | Eintrag |
|:-:|:-:|
| 1 | $Headline_1$ |
| . | |
| . | |
| . | |
| $n$ | $Headline_n$ |

Abbildung 3.16: Headline-Tabelle



Ein Eintrag

Abbildung 3.17: Organisation der Headline-Tabelle in WAIS

Wie bei der Dokument-Tabelle werden die Einträge in der Headline-Tabelle in einer
einfachen Liste verwaltet. Bei der Einfügung von neuen Headlines wird genauso wie
bei der Einfügung von neuen Einträgen in die Dokument-Tabelle vorgegangen. Auch
hier bedarf es bei Änderungen keiner Reorganisation der Datei.
Abbildung 3.17 zeigt die Organisation der Headline-Tabelle in WAIS. Der Header ist
leer und 4 Bytes groß. Die Größe eines Eintrags in der Headline-Tabelle entspricht
der Länge der Headline plus 1.

## 3.2.4   Katalog

Der Katalog gibt einen groben Gesamtüberblick über alle Dokumente in der Kollek-
tion. Dabei geben die Headlines die Inhalte der Dokumente wieder. Der Katalog
ist eine ASCII-Datei, die automatisch vom WAIS-Indexer erzeugt wird. Der Katalog
enthält eine Liste von Headlines und Dokumentidentifikatoren von allen Dokumenten
in der Kollektion. Bei einem Dokumentidentifikator handelt es sich um die Angabe,

50

FUHRNDCA630-00000072

an welcher Stelle ein Dokument in einer Datei beginnt bzw. aufhört, und den Pfad-
namen der Datei, zu der ein Dokument gehört. Um einen Katalog zu erzeugen,
greift der Katalog-Erzeuger für jedes Dokument auf die Headline-, Dokument- und
Filename-Tabelle zu, um dort die entsprechenden Informationen zu selektieren und
in die Katalogdatei zu schreiben. Der Vorgang wird in Abbildung 3.18 dargestellt.
Der Katalog-Erzeuger besteht aus einfachen Lese- und Schreibfunktionen für die ent-
sprechenden Tabellen. Alle Einträge in dem Katalog sind nach Dokumentnummern
sortiert. Bei Einfügung werden neue Einträge einfach hinter den letzten Eintrag ein-
gefügt. Es bedarf also auch keiner Reorganisation des Katalogs.



Abbildung 3.18: Der Erzeugungsprozeß eines Katalogs

Bei erfolgloser Suche kann der Client vom Server den Katalog anfordern, um den
Benutzer einen Gesamtüberblick zu verschaffen. Dabei greift der Server direkt auf den
Katalog (Abbildung 3.3). Dabei wird die gesamte Katalogdatei gelesen. Abbildung
3.19 zeigt ein Beispiel für einen Katalog.

```
Catalog for database: ./test
Date: Oct 16 19:07:26 1994
2 total documents

Document # 1
Headline: 1990    Ait-Kaci, Hassan; Knowledge-Based Library I
DocID: 0 244 /usr/local/TEST

Document # 2
Headline: 1990    Shepard; Transient Hypergraphs
DocID: 244 437 /usr/local/TEST
```

Abbildung 3.19: Beispiel eines Katalogs

51

FUHRNDCA630-00000073

### 3.2.5   Datenbankbeschreibung

Eine Datenbankbeschreibung wird vom WAIS-Client dazu verwendet, um einen Server für einen Zugriff auf dessen Datenbank anzusprechen. Sie wird vom Client vor jeder Anfrage selektiert. Eine Datenbankbeschreibung wird automatisch bei der Indexierung erzeugt oder kann über die WAIS-Datenbank namens *directory-of-servers* (siehe auch Abschnitt 3.5.4) selektiert werden. Sie kann aber auch interaktiv mit dem WAIS-Client erzeugt werden. Bei der Indexierung werden entweder durch den Zugriff auf den WAIS-Index eine feste Anzahl von Termen ausgesucht, die am häufigsten vorkommen, oder die externen spezifizierten Wörter als Schlüsselwörter in die Datenbankbeschreibung geschrieben.

Die Basisidee der Datenbankbeschreibung besteht darin, konzeptionelle Verbindungen zwischen Informationsnachfrager und -anbieter aufzubauen. Eine Datenbankbeschreibung bietet einem Informationsanbieter die Möglichkeit, einen Informationsnachfrager über spezifische Informationen zu informieren. Im einzelnen sind es Adresse des Servers, Name der Datenbank und Benutzungskosten etc.

Die Beschreibungsstruktur ist eine Liste der Form:

```
(<Struktur-Typ>
<Schlüsselwort> <Wert>
<Schlüsselwort> <Wert>
...
)
```

Die Syntax basiert auf dem *Common Lisp Printer Format* (siehe Common Lisp Manual von Guy Steele). Struktur-Typ und Schlüsselwort bestehen aus einer Folge von Kleinbuchstaben und Bindestrich, wobei dieser Zeichenfolge ein Doppelpunkt vorgesetzt wird. Beispiele sind `:Datenbank` oder `:Datenbank-Name`. Ein Wert kann ein Symbol, eine Dezimal-, Integerzahl, ein String, Array oder andere Struktur sein.

Ein String beginnt und endet mit " ; wenn das Symbol " innerhalb des Strings erscheinen soll, muß diesem Symbol das Backslash-Symbol \ vorgesetzt werden. Die Interpretation jedes Symbols nach einem Backslash-Symbol wird ignoriert.

Eine Integerzahl (bzw. Dezimalzahl) wird ohne (bzw. mit) dem Dezimalpunkt geschrieben.

Ein Array ist von der Form #(Wert Wert Wert ...), z.B. #(1 2 3).

Eine Liste wird durch Elemente in geschlossenen Klammern gebildet. Elemente werden durch Blanks getrennt. Beispiel: (1 2 3).

Abbildung 3.20 zeigt ein Beispiel einer Datenbankbeschreibung.

Die Struktur einer Datenbankbeschreibung besteht aus mehreren Feldern, die der Nachfrager oder Anbieter in die Struktur einfügen kann.

52

FUHRNDCA630-00000074

```
(:source
 :version 3
 :ip-name "quake.think.com"
 :tcp-port 210
 :database-name "wais-docs"
 :cost 0.00
 :cost-unit :free
 :maintainer "wais@quake.think.com"
 :description "This is a database containing the text of all the
current documentation
provided in the WAIS distribution.  This includes the files:

doc-ids.txt                   waisindex.txt
helpful-scripts.txt           waisprot.txt
protspec.txt                  waisq.txt
question.txt                  waissearch.txt
source.txt                    waisserver.txt
wais-concepts.txt             waistation_users_guide.txt
wais-corp.txt                 xwais.txt
wais.el.txt                   xwaisq.txt

But is not necessarily limited to them."
)
```

Abbildung 3.20: Beispiel einer Datenbankbeschreibung

53

FUHRNDCA630-00000075

**Notwendige Felder** (gesetzt vom Anbieter)

`:version <integer>`
Die Nummer ist die Versionsnummer des Formats der Beschreibungsstruktur. Die gegenwärtige Version ist 3.
`:database-name <string>`
Name der Datenbank auf der Server-Maschine.
`:ip-address <string>`
Internetadresse
`:ip-name <string>`
Internetname
Mindestens eins von beiden Feldern :ip-address oder ip-name muß vorhanden sein.
`:cost <float>`
Kosten für die Benutzung des Servers.
`:cost-unit <cost-unit-type>`
Einer von diesen Typen:
`:free,`
`:dollars-per-session,`
`:dollars-per-minute,`
`:dollars-per-query,`
`:dollars-per-retrieval,`
`:other`

**Optionale Felder** (gesetzt vom Anbieter)

`:tcp-port <integer>`
tcp Portnummer. Die offizielle Z39.50 Portnummer ist 210.
`:configuration <string>`
`:script <string>`
Ein String von Kommandos, der nach dem Verbindungsaufbau mit dem Server inter-
pretiert wird. Die Kommandos können das Login, Autorisierung etc. beinhalten.
`:maintainer <string>`
Kontaktperson (Betreuer der Datenbank)
`:update-time <time-interval>`
Das Zeitinterval, in dem Daten des Servers „geupdated" werden. `:time-interval`
ist eine Struktur der Form
```
(:time-interval
    :interval   <interval-type>
    :day        <integer>
    :hour       <integer>
    :min        <integer>
    )
```

54

**FUHRNDCA630-00000076**

`interval-type` können sein:
`:continuous` - `day, hour, min` werden ignoriert.
`:hourly` - `min` wird verwendet.
`:daily` - `hour` und `min` werden verwendet.
`:weekly` - `day` ist der Tag der Woche, `hour` und `min` werden verwendet.
`:monthly` - `day` ist der Tag des Monats, `hour` und `min` werden benutzt.
`:unscheduled` - `day, hour, min` werden ignoriert.

**Optionale Felder** (gesetzt vom Nachfrager)

`:font <string>`
Maschinenspezifischer Displayfont der Quellendokumente. Defaultfont wird verwendet, wenn der spezifizierte Font nicht existiert.
`:font-size <integer>`
Größe für das Display des Fonts. Die Einheiten sind maschinenabhängig.
`:window-geometry <rect>`
Positionieren des Edit-Fenster der Datenbankbeschreibung rect ist eine Struktur der Form
```
(:rect
:left    <integer>
:top     <integer>
:right   <integer>
:bottom  <integer>
)
```
`:confidence <integer>`
subjektive Bewertung, wie „gut" der Server ist.
`:num-docs-to-request <integer>`
Anzahl zurückgelieferter Dokumente.
`:contact-at <time-interval>` (siehe auch `update-time`) Zeitintervall, in dem der Client automatisch den Server anspricht.
`:last-contacted <absolute-time>`
Die Zeit, wann die Datenbankbeschreibung zuletzt angesprochen wurde. absolute-time ist eine Struktur der Form:
```
(:absolute-time
:year <integer>
:month <integer>
:mday <integer>
:hour <integer>
:minute <integer>
:second <integer> (second = 61 bedeutet: der Server wurde nicht
    angesprochen)
)
```

55

FUHRNDCA630-00000077

`:timeout <integer>`
Bei Überschreitung der Antwortzeit wird die Verbindung abgebrochen.

Anhand der Datenbankbeschreibung kann man feststellen, ob es sich um eine lokale oder entfernte Datenbank handelt. Bei Datenbanken, die sich auf der lokalen Maschinen befinden, wird zusätzlich in der Datenbankbeschreibung das Source-Verzeichnis, in dem sich der WAIS-Index der Datenbank befindet, angegeben, während in der Datenbankbeschreibung einer entfernten Datenbank die Internet-Adresse `ip-address` und die Portnummer `tcp-port` angegeben werden müssen.
Es kann bei der Indexierung explizit angegeben werden, ob eine dabei erzeugte Datenbankbeschreibung bei einem bestimmten Informationsserver (directory-of-servers) registriert werden soll. Das Senden der Datenbankbeschreibung erfolgt per Mail. Auf der Seite des Informationsservers wird eine Datenbankbeschreibung wie ein gewöhliches Dokument betrachtet, indexiert und dort als eigenständige WAIS-Datenbank verwaltet.

## 3.3   WAIS-Indexierung

Nachdem in Abschnitt 3.2 der WAIS-Index vorgestellt worden ist, werden wir uns jetzt mit seinem Erzeugungsprozeß beschäftigen. Der Indexierungsprozeß in WAIS gliedert sich in zwei Phasen (Abbildung 3.21). Die erste Phase ist das sogenannte *Parsing*, bei dem es sich um die Analyse von Parseformaten handelt. Ein *Parseformat* legt fest, wie ein Dokument gelesen und indexiert wird. Die zweite Phase ist die *Textindexierung*. Bevor wir uns mit dem Indexierungsprozeß auseinandersetzen, wollen wir uns zunächst einen kleinen Einblick in das Thema der Textindexierung verschaffen. Eine ausführliche Diskussion dieses Thema findet sich in [Salton & McGill 83] wieder.



Abbildung 3.21: Zwei Phasen des Indexierungsprozesses

FUHRNDCA630-00000078

### 3.3.1   Grundlegendes der Textindexierung

Bei der Indexierung eines Dokuments handelt es sich um die Dokumentanalyse, bei der Terme oder Deskriptoren, die den Inhalt eines Dokuments im Index repräsentieren, vergeben werden. Ein Dokument wird also durch eine Liste von Termen charakterisiert. Die Termliste dient dann als Ausgangspunkt der Dokumentsuche.

Bei der Vergabe der Terme gibt es die Möglichkeit, *kontrolliertes* oder *unkontrolliertes* Vokabular zu verwenden. Während das unkontrollierte Vokabular im Grunde die ganze Breite der natürlichen Sprache abdeckt, wird im zweiten Fall nur eine begrenzte Anzahl von Termen bei der Indexierung zugelassen. Das unkontrollierte Vokabular läßt aber viele Mehrdeutigkeiten und Fehlinterpretation offen, während der Indexierer beim kontrollierten Vokabular eine Kontrolle bei der Dokumentbeschreibung hat. Allerdings wird das kontrollierte Vokabular meistens von Fachexperten verwendet. Es bietet aber eine hohe Wahrscheinlichkeit, daß die entsprechenden Dokumente gefunden werden, wenn man sich mit dem verwendeten Vokabular auskennt.

Kontrolliertes bzw. unkontrolliertes Vokabular wird häufig bei *manueller* bzw. *automatischer* Indexierung benutzt. Die manuelle Indexierung wird meistens von Fachexperten durchgeführt. Mit kontrolliertem Vokabular und speziellen Methoden kontrolliert der Indexierer den Indexierungsprozeß, wie wir es in der Bibliothek kennen. Wird allerdings die Indexierung von Computer durchgeführt, so spricht man von automatischer Indexierung. Ein einfaches automatisches Indexierungsverfahren beginnt mit der Auflistung aller Einzelterme eines Dokuments. Wenn der ganze Text eines Dokuments zur Indexierung benutzt wird, dann handelt es sich um *Volltext-Indexierung*. Sinnvoll ist aber auch, daß nur bestimmte Bereiche des Dokumenttextes, z.B. Dokumentabschnitte, Titel und Abstract, zur Indexierung verwendet werden, da dadurch die Retrievaleffektivität erhöht wird. Nun wollen wir den automatischen Indexierungsprozeß des WAIS-Systems betrachten.

### 3.3.2   Das Parsing

Der Parsingprozeß wird in Abbildung 3.22 dargestellt. Es geht also darum, Dokumente von unterschiedlichen Parseformaten in ein gemeinsames Format abzubilden.

#### 3.3.2.1   WAIS-Dokumentparser

Der WAIS-Dokumentparser führt die Formatanalyse von Dokumenten durch. Dokumente liegen häufig in unterschiedlichen Formaten vor, da Erfasser ihre Dokumente mit eigenen Erfassungsmethoden bearbeiten. So hat beispielsweise Dokument A aus der Abbildung 3.23 die Felder Titel, Autor, ... und ein ''L' als Endemarkierung des Dokuments. Dokument B dagegen besitzen die Felder From, To, ... und ein '␣L' am Anfang der Zeile als Endemarkierung. Diese Form entspricht einer Mail.

FUHRNDCA630-00000079



Abbildung 3.22: Der Parsingprozeß

**Dokument A**

```
CK: Shepard:90
AU: Shepard, M.
TI: Transient Hypergraphs
 for Citation Networks.
JT: Information processing
 & management.
VO: 26
PY: 1990
NO: 3
PP: 395
ˆL
....
```

**Dokument B**

```
To:  TOM@charly
Subject:  TEST
Date:  Sa, 9 Sep 94 9:09:09
From:  JERRY@charly

This is a test.
ˍˆLˍ
....
```

Abbildung 3.23: Dokumente mit unterschiedlichen Formaten

58

FUHRNDCA630-00000080

Es ist also bei verschiedenen Formaten ohne Formatanalyse nicht möglich festzustellen, wie ein Dokument gelesen und indexiert werden soll. Für die Formatanalyse definiert WAIS eine globale Dokumentstruktur, nach der sich alle Parseformate richten. Die globale Dokumentstruktur legt fest, daß ein Dokument aus einer Dokumentendemarkierung, auch als Dokumentseparator bezeichnet, einer Headline und dem eigentlichen Dokumentinhalt besteht. Ein Dokumentseparator trennt ein Dokument von dem nächsten Dokument. Eine Headline gibt kurz den Inhalt eines Dokuments wieder. Sie soll die aussagekräftigsten Wörter enthalten, die aus einem Dokument ausgewählt werden. Ein Dokumentinhalt ist entweder der Inhalt des Originaldokuments oder leer, wenn der Inhalt des Dokuments nicht zur Indexierung herangezogen werden soll. Ein Parseformat enthält Markierungen für einen Dokumentseparator, eine Headline und Informationen darüber, wie ein Dokument indexiert wird. Die Aufgabe der Formatanalyse ist die Abbildung eines Originaldokuments jeden Parseformats in ein Dokument mit der globalen Struktur (Abbildung 3.22). Dabei soll beim Lesen des Originaldokuments das Dokumentende erkannt werden. Weiterhin wird jede Zeile eines Dokuments zur Bildung einer Headline analysiert. Und schließlich je nach vorliegendem Parseformat wird bestimmt, ob der Inhalt des Originaldokuments zur Indexierung herangezogen werden soll.

Wie bereits erwähnt wurde, gibt es viele Dokumentformate, die der WAIS-Dokumentparser alle verstehen muß. Wie wird dieses Problem gelöst? Für jedes Dokumentformat wird ein Parseformat definiert. Der WAIS-Dokumentparser besteht eigentlich aus mehreren Formatparsern, wobei jeder Formatparser nach einem definierten Parseformat arbeitet. Für die Abbildung vom Originaldokument mit einem bestimmten Format in ein Dokument mit der globalen Struktur wird ein entsprechender Formatparser ausgesucht, wie in Abbildung 3.24 dargestellt.



Abbildung 3.24: Analyse des $Format_i$ durch $Formatparser_i$

FUHRNDCA630-00000081

Folgende Parseformate werden von WAIS unterstützt:

**dash** Im dash-Format werden Dokumente durch wenigstens 20 dash-Zeichen „–" voneinander getrennt. Die Zeile, die der Zeile mit den dash-Zeichen folgt, bildet eine Headline. Dieses Format ist nützlich für eine einzelne Datei, die mehrere Dokumente enthält.

**dvi** Das dvi-Format ist für Device Independent Printer Output Dateien. Der Dateiname bildet die Headline. Jede Datei ist ein Dokument. Alle gültigen Wörter der Datei werden indexiert.

**filename** Im filename-Format ist jede Datei ein Dokument. Der Dateiname bildet die Headline. Der Inhalt der Datei wird nicht indexiert. Dieses Format ist nützlich für binäre Dateien.

**first-line** Im first-line-Format enthält jede Datei ein Dokument. Die erste nicht-leere Zeile bildet die Headline. Der Rest der Datei wird indexiert.

**first-words** Das first-words-Format ist wie das first-line-Format. Die Headline besteht aus den ersten 100 Zeichen in einer Datei.

**giff** Das gif-Format ist für CompuServe's popular Graphics Interchange Format Dateien. Eine Datei ist ein Dokument. Der Dateiname bildet die Headline. Der Inhalt der Datei wird nicht indexiert.

**mail-digest** Im mail-digest-Format enthält eine Datei mehrere Mails, wobei jede Mail als ein Dokument betrachtet wird. Die subject-Zeile bildet die Headline. Der Inhalt der Mail wird indexiert.

**mail-or-rmail** Das mail-or-rmail-Format ist für Unix-Mail Dateien und wird wie im mail-digest-Format interpretiert.

**netnews** Das netnews-Format ist für Internet Network News Dateien. Jede Datei enthält mehrere News. Eine News ist ein Dokument. Die subject-Zeile bildet die Headline. Der Inhalt der News wird indexiert.

**one-line** Im one-line-Format wird jede Zeile in einer Datei als ein Dokument betrachtet. Gleichzeitig bildet auch diese Zeile die Headline.

**paragraph** Im paragraph-Format wird jeder Paragraph durch eine leere Zeile getrennt. Die erste Zeile des Paragraphs bildet die Headline. Der Inhalt des Paragraphs wird indexiert.

**pict** Das pict-Format ist für Apple PICT image Dateien. Eine Datei wird als ein Dokument betrachtet, wobei der Filename die Headline bildet.

**ps** Das ps-Format ist für PostScript Dateien. Der Dateiname bildet die Headline. Alle gültigen Wörter der Datei werden indexiert.

**text** Im text-Format ist jede Datei ein Dokument. Der Dateiname bildet die Headline. Der Inhalt der Datei wird indexiert. Dieses Format ist nützlich für Kollektionen, die aus vielen einzelnen Dateien bestehen. Dieses Format ist das Standardformat in WAIS.

FUHRNDCA630-00000082

**source** Das source-Format ist für Dateien im Format der Source Description Struktur, die vom WAIS-Indexer erzeugt wird. Sie werden wie im text-Format intepretiert.

**tiff** Das tiff-Format ist für Tagged Interchange File Formats. Eine Datei wird als ein Dokument betrachtet, wobei der Dateiname die Headline bildet. Der Inhalt der Datei wird nicht indexiert.

Kommt ein neues Dokumentformat hinzu, so muß nur ein neues Parseformat und damit ein neuer Formatparser für dieses Dokumentformat definiert und in die Menge der vorhandenen Formatparser eingefügt werden, siehe Abbildung 3.25.



Abbildung 3.25: Neuer Formatparser für ein neues Parseformat

Ein Formatparser besteht in WAIS aus den folgenden Funktionen: **Dokument-Separator-Funktion, Header-Funktion, Finish-Header-Funktion** und **Date-Funktion**.

### Dokument-Separator-Funktion

Eine Dokument-Separator-Funktion ist für eine Datei, die aus mehreren Dokumenten besteht, nützlich. Die Funktion liefert einen True-Wert, wenn sie einen Dokumentseparator trifft, ansonsten einen False-Wert. Wenn die Datei nur ein einziges Dokument enthält, ist die Funktion nicht notwendig. Hierfür ist **eof** der Dokumentseparator.

### Header-Funktion

Die Header-Funktion bildet aus bestimmten Zeilen eines Dokuments, die durch das Parseformat festgelegt sind, eine Headline.

### Finish-Header-Funktion

Wenn das Ende eines Dokuments erreicht ist, d.h. wenn die Dokument-Separator-Funktion einen True-Wert liefert oder ein **eof** erreicht ist, wird diese Funktion aufgerufen, um die endgültige Headline des Dokuments, die durch die Header-Funktion gebildet wurde, zurückzugeben.

61

FUHRNDCA630-00000083

**Date-Funktion**

Die Date-Funktion wird gebraucht, wenn ein Datum in einem Dokument interpretiert werden soll.

### 3.3.3   Die Textindexierung

Die einzelnen Schritte des Textindexierungsprozesses werden in Abbildung 3.26 dargestellt.



Abbildung 3.26: Einzelne Schritte der Textindexierung

#### 3.3.3.1   Lexikalische Analyse

Die Aufgabe der lexikalischen Analyse besteht darin, den Text eines Dokuments in einzelne Wörter aufzuteilen. Hierbei wird bestimmt, welche Zeichenfolge ein Wort oder einen Term bildet. Die lexikalische Analyse von WAIS ist recht einfach. Dokumenttexte werden in einzelne Wörter zerlegt, wobei ein Wort oder ein Term eine Zeichenfolge ist, die nur aus Buchstaben einschließlich aller Ziffern besteht und die Länge größer gleich 2 hat. Alle Nicht-Buchstaben, wie Leer-, Interpunktionszeichen und Metazeichen gehören nicht zum Wort oder Term.

62

### 3.3.3.2 Stopworteliminierung

Nachdem die im Dokument enthaltenen Begriffe aufgelistet worden sind, müssen Wörter eliminiert werden, die zu häufig vorkommen oder den Inhalt eines Dokuments kaum wiedergeben. So wird zum Beispiel der Begriff „Mathematik" in einer Dokumentation über Mathematik nie ein sinnvoller Begriff sein können, da die Wahrscheinlichkeit, daß der Begriff „Mathematik" in allen Dokumenten mindestens einmal vorkommt und deshalb nicht zur Unterscheidung zwischen den einzelnen Dokumenten dienen kann, sehr hoch ist. WAIS begrenzt die Vorkommenshäufigkeit eines Termes in einer Kollektion maximal auf 20.000. Kommt ein Term mehr als diese Zahl vor, so wird er nicht in das Wörterbuch und die invertierte Datei aufgenommen oder daraus entfernt, wenn bei der späteren Reindexierung diese Zahl überschritten wird. Kommt der gleiche Term bei der nächsten Reindexierung nochmal vor, so wird seine Vorkommenshäufigkeit wieder von Null an gezählt. Der Effekt dieser Vorgehensweise wird in Abschnitt 4.8 deutlich. Die maximale Vorkommenshäufigkeit kann vom Indexierer variiert werden.

Zu den Termen, die wenig Informationsinhalt aufweisen, zählen zum Beispiel Artikel, Füllwörter oder Konjunktionen. Stoppwörter machen häufig rund die Hälfte des Textes aus. Diese Terme werden bei der Indexierung herausgefiltert. Eine Speicherung würde aber zu einem sehr großen Overhead führen. Die Stoppwortliste von WAIS enthält 300 Stoppwörter für englische Texte. Die Stoppwörter werden intern in einer Hashtabelle verwaltet, um einen effizienten Zugriff zu ermöglichen. WAIS bietet aber auch die Möglichkeit, eine eigene Stoppwortliste zu erzeugen. In dieser Liste kann spezielle Wörter eingetragen werden, die für die Indexierung nicht so wichtig sind. Sie werden in einer externen Datei im ASCII-Format abgespeichert und hat folgende Syntax:

$$Stopwort_1$$
$$Stopwort_2$$
$$\vdots$$
$$Stopwort_n$$

### 3.3.3.3 Erfassung von Synonymen

Die Freitextsuche ist häufig mit Mehrdeutigkeiten von Begriffen gekennzeichnet. So ist beispielsweise der Begriff *Telefon* mit dem Begriff *Fernsprecher* verwandt. Bei der Suche nach Dokumenten, die den Begriff *Telefon* enthalten, ist es also wünschenswert auch alle Dokumente zu erhalten, in denen der Begriff *Fernsprecher* vorkommt. Zur Lösung dieses Problems werden *Synonyme* erfaßt. Bei der Erfassung von Synonymen werden Begriffe mit gleicher oder ähnlicher Bedeutung zu Äquivalenzklassen zusammengefaßt. Ein Element jeder Äquivalenzklasse wird zur Benennung ausgewählt und als Deskriptor verwendet.

63

FUHRNDCA630-00000085

In WAIS werden bei der Erfassung von Synonymen alle Begriffe, die mit dem als Deskriptor gewählten Term verwandt sind, in eine externe Datei *database.syn* eingetragen. Die Datei hat folgende Syntax:

$$\text{Synonym}_1 \quad \text{Wort}_1, \ldots, \text{Wort}_k$$
$$\vdots$$
$$\text{Synonym}_t \quad \text{Wort}_1, \ldots, \text{Wort}_n$$

Bei der Indexierung wird diese Datei zeilenweise eingelesen. Jede Zeile entspricht einer Äquivalenzklasse. Dabei dient der $\text{Synonym}_i$ als Deskriptor und wird in den WAIS-Index eingetragen. Bei der späteren Informationssuche wird diese Datei gelesen, um festzustellen, ob ein Anfrageterm zu einer dieser Äquivalenzklassen gehört. Ist das der Fall, wird der Anfrageterm durch den $\text{Synonym}_i$ als neuen Anfrageterm ersetzt. Betrachten wir nun ein Beispiel. Eine Synonym-Datei enthält folgende Einträge:

*Telefon Telephone Fernsprecher*

Gesucht werden Dokumente, die den Begriff *Fernsprecher* enthalten. Der Anfrageterm ist hier also *Fernsprecher*. Es wird überprüft, ob in einer der Äquivalenzklassen der Begriff *Fernsprecher* vorkommt. Das ist hier der Fall; dann wird der Anfrageterm *Fernsprecher* durch den Term *Telefon* ersetzt und es wird im WAIS-Index nach dem Term *Telefon* gesucht.

Die Erfassung von Synonymen ist in WAIS optional – abhängig davon, ob eine Synonym-Datei existiert.

### 3.3.3.4   Termgewichtung

Nachdem Terme generiert worden sind, soll die Bedeutsamkeit eines jeden Termes für ein Dokument berechnet werden. Diese wird durch ein mit einer Gewichtungsfunktion berechnetes Gewicht wiedergegeben. Die in WAIS verwendete Gewichtungsfunktion basiert auf dem Vektorraummodell von Salton ([Salton & McGill 83]). In einem Vektorraummodell wird sowohl ein Dokument als auch eine Anfrage als ein Vektor aufgefaßt, der durch die Terme der Datenbasis aufgespannt wird. Ein $n$-dimensionaler Dokumentvektor $D$ und Anfragevektor $Q$ ist von der Form

$$D = <w_{d1}, \ldots, w_{dn}> \text{ und } Q = <w_{q1}, \ldots, w_{qn}>,$$

wobei $w_{dk}$ ein Gewicht des Terms $t_k$ im Dokument $D$ und $w_{qk}$ ein Gewicht des Terms $t_k$ in der Anfrage $Q$ repräsentiert.

Der Nachweis eines Dokuments als relevant hängt von dem Ähnlichkeitswert zwischen einer Suchanfrage und einem Dokument. Dieser Wert ist das Skalarprodukt

$$similarity(Q, D) = \sum_{k=1}^{t} w_{qk}.w_{dk}.$$

64

FUHRNDCA630-00000086

Die Funktion zur Berechnung der Gewichte ist in WAIS wie folgt definiert:
Seien

$$tf_{dk} \;=\; \text{Die Vorkommenshäufigkeit von Term } t_k \text{ im Dokument } D$$
$$idf_k \;=\; \text{Die inverse Dokumenthäufigkeit von Term } t_k$$
$$d_T \;=\; \text{Die Menge der im Dokument } D \text{ vorkommenden Terme}$$

Dann gilt für $w_{dk}$, das Gewicht von Term $t_k$ im Dokument $D$:

$$w_{dk} = \frac{(\log(tf_{dk}) + 10) * idf_k}{d_T}$$

wobei gilt:
- $tf_{dk}$ wird mit 5 initialisiert. Danach wird $tf_{dk}$ bei jedem Vorkommen um 1 erhöht. Falls der Term $t_k$ in der Headline vorkommt, wird $tf_{dk}$ dieses Termes zusätzlich mit 10 addiert. $tf_{dk}$ ist maximal 127.
- $idf_k = 1/\sum_{i=1}^{n} tf_{ik}$, wobei $n$ die Anzahl von Dokumenten in der Kollektion ist.
- $d_T = \sum_{i=1}^{t} tf_{di}$, wobei $t$ die Anzahl von Termen im Dokument $D$ ist.

Für das Gewicht eines Termes in der Anfrage wird $w_{qk} = 1$ gesetzt, so daß die Ähnlichkeit zwischen einem Dokument und einer Anfrage einfach die Summe der Gewichte der einzelnen Terme im Dokument ist. Ein Dokument mit dem größten Ähnlichkeitswert hat die größte Relevanz in der Kollektion. Ist der Ähnlichkeitswert eines Dokuments gleich 0, so enthält dieses Dokument keinen einzigen Anfrageterm. Die in der Gewichtungsfunktion verwendeten Faktoren – $tf_{dk}$, $idf_k$ und $d_T$ – dienen folgenden Zwecken:

- *Termhäufigkeit* ($tf_{dk}$): Terme, die häufig in einzelnen Dokumenten vorkommen, sind nützlich für den Recall.
- *Inverse Dokumenthäufigkeit* ($idf_k$): Die Termhäufigkeit allein reicht natürlich nicht für eine akzeptable Retrievalperformance aus. Denn wenn hochfrequente Terme nicht in einem Dokument konzentriert sind, stattdessen in allen Dokumenten der Kollektion zerstreut sind, so ist es möglich, daß bei einer Anfrage alle Dokumente nachgewiesen werden. Dementsprechend ist der Precisionwert sehr schlecht gegenüber dem Recallwert. Der Faktor $idf_k$ gibt Termen, die häufig in einigen wenigen Dokumenten vorkommen, höhere Relevanzwerte als Termen, die in allen Dokumenten zerstreut sind.
- $d_T$: Große Dokumente haben in der Regel mehr Terme als kleine Dokumente, so daß die Wahrscheinlichkeit, daß große Dokumente eher als kleine Dokumente gefunden werden, entsprechend größer ist. Alle relevanten Dokumente sollen aber gleich wichtig betrachtet werden, unabhängig davon, ob es sich um große oder kleine Dokumente handelt. Dafür wird die Menge der im Dokument $D$ vorkommenden Terme $d_T$ als Normalisierungsfaktor benutzt. In Abschnitt 4.6.2 werden wir sehen, daß der Faktor $d_T$ dafür verwendet wird, als unsinnig erweist.

65

Zur Indexierungszeit werden für jedes Dokument die Termhäufigkeit $tf_{dk}$ und die Anzahl von Termen in einem Dokument $D$ $d_T$ bestimmt. Die Termhäufigkeit $tf_{dk}$ wird in dem Posting zu einem Term in der invertierten Datei abgespeichert, während $d_T$ in einem Eintrag in der Dokument-Tabelle zu finden ist. Die Bewertung dieser Gewichtungsfunktion erfolgt in Abschnitt 4.6.2.

## 3.4   WAIS-Server

In diesem Abschnitt werden die prinzipielle Arbeitsweise des WAIS-Servers behandelt. Dabei werden der Search-Engine, Retrieval-Engine, die Möglichkeit des Weiterleitens einer Anfrage von einem Server an einen anderen Server, das Konzept der Sicherheit in WAIS und die Möglichkeit des Zugriffsreports sowie die Erhaltung der Datenkonsistenz vorgestellt.

### 3.4.1   Die prinzipielle Arbeitsweise des WAIS-Servers



Abbildung 3.27: Die prinzipielle Arbeitsweise des WAIS-Servers

Der WAIS-Server ist ein Prozeß, der Anforderungen des WAIS-Clients bearbeitet, indem er auf die WAIS-Datenbanken, die sich auf derselben Maschine des Servers befinden, zugreift. Alle Anforderungen vom Client, die in Form von Z39.50 APDU beim Server ankommen, werden vom Server vor der eigentlichen Bearbeitung in WAIS-APDU und schließlich in eigene Anwendungsdaten umgewandelt. Beispielsweise sendet der Client eine Anfrage an den Server. Die Anfrage kommt beim Server in Form von Z39.50 APDU an, die der Server in ein WAIS-APDU, aus der die eigentliche Suchanfrage selektiert wird.

Nach dem Protokoll arbeitet der WAIS-Server in zwei Phasen:

1. Treffen von Vereinbarungen mit dem Client: Dabei handelt es sich um z.B. die Festlegung von der Messagesgröße, zu unterstützenden Dienstleistungen etc. Können diese Vereinbarungen nicht getroffen werden, kommt die Kommunikation zwischen dem Client und dem Server nicht zustande. Das kann beispielsweise der Fall sein, wenn ein Client die Present- oder Delete-Dienstleistung benutzen möchte, welche aber vom WAIS-Server nicht unterstützt wird. Nach

66

FUHRNDCA630-00000088

dem Treffen der Vereinbarungen mit dem Client kommt der Server in die zweite Phase.

2. Bearbeitung der Anfrage des Clients: In dieser Phase empfängt der Server vom Client die eigentliche Anfrage, die ein oder mehrere Datenbanknamen und eine Liste von Suchbegriffen enthält. Vor jeder Bearbeitung einer Anfrage überprüft der Server zuerst das Zugriffsrecht des Clients (Abbildung 3.27). Ist der Client nicht berechtigt, auf die Datenbank(en) des Servers zuzugreifen, so wird die Anfrage des Clients mit der entsprechenden Meldung zurückgewiesen. Hat der Client jedoch die Zugriffsberechtigung auf die Datenbank(en), wird seine Anfrage bearbeitet, indem der Server auf die Datenbank(en) zugreifen. Eine WAIS-Datenbank wird vom Server durch einen in jeder Anfrage enthaltenen Datenbanknamen identifiziert.

Der Server empfängt vom Client zwei Anfragetypen: eine Such- oder Retrievalanfrage. Dabei wird der *Search-Engine* oder *Retrieval-Engine* aufgerufen. Der Search- und Retrieval-Engine haben die Aufgabe, bei einer Such- bzw. Retrievalanfrage die entsprechenden Dokumentverweise bzw. Originaldokumente zu finden. Bei einer Suchanfrage handelt es sich um eine eigentliche Suchanfrage, die eine Liste von Suchwörtern enthält, oder Relevance-Feedback-Anfrage. Im folgenden werde ich nur von der Suchanfrage reden, die eine Liste von Wörtern enthält. Als Anwort auf eine Suchanfrage sendet der Server eine Liste von rankierten Dokumentverweisen an den Client zurück. Ein *Dokumentverweis* setzt sich zusammen aus einer Headline, einem Eintrag aus der Dokument-Tabelle und Filename-Tabelle. In der kommerziellen Version von WAIS wird nach der Bearbeitung einer Suchanfrage ein sogenannter *Query-Report* erstellt, der unter anderem beschreibt, wie eine Suchanfrage vom Server analysiert worden ist, welche Zeit der Server für eine Suchanfrage braucht etc. Diese Möglichkeit wird in den nicht-kommerziellen Version nicht unterstützt. Bei einer Retrievalanfrage soll der Server das Originaldokument an den Client senden.

Ist die Größe der Ergebnismenge (Dokumentverweise) größer als die vereinbarte maximale Größe einer Message, so versucht der Server die Dokumentverweise mit dem schlechtesten Gewicht solange auszufiltern, bis die Größe einer Ergebnismenge und der Message zueinander paßt. Dann wird die modifizierte Ergebnismenge an den Client geschickt. Bei jeder Anforderung erstellt der WAIS-Server einen *Zugriffsreport*, der vom WAIS-Server ausgegebenen Zugriffsinformationen enthält und in einem Log-File gespeichert wird.

Handelt es sich bei der Identifizierung eines Datenbanknamen um eine entfernte Datenbank, so leitet der Server die Anfrage an einen anderen Server weiter. Dieser bearbeitet die Anforderung und sendet das Ergebnis an seinen Initiator zurück. Man spricht auch vom *Weiterleiten von Anfragen.* Der Server, der die Anfrage weiter geleitet hat, schickt dann das Ergebnis an den Client.

Nun betrachten wir zunächst die Arbeitsweise des Search-Engine bei einer Such- und

67

FUHRNDCA630-00000089

Relevance-Feedback-Anfrage.

## 3.4.2   Search-Engine

Der Search-Engine ist das Herzstück eines WAIS-Servers. Seine Aufgaben bestehen darin, bei einer Such- oder Relevance-Feedback-Anfrage die entsprechenden Dokumentverweise zu finden und sie an den Client zu senden.

### 3.4.2.1   Bearbeitung einer Suchanfrage

Bei der Suche nach Informationen sendet der Client eine Suchanfrage an den Server. Der Server ruft den Search-Engine auf, der die Anfrage bearbeitet. Dabei wird auf die Datenbank mit dem in der Anfrage enthaltenen Datenbanknamen zugegriffen. Das Ergebnis der Suche ist eine Liste von rankierten Dokumentverweisen, die vom Server an den Client zurückgesendet wird. Abbildung 3.28 zeigt, wie der Search-Engine eine Suchanfrage bearbeitet.



Abbildung 3.28: Der Search-Engine

FUHRNDCA630-00000090

Wir gehen den einzelnen Schritten nach:

**Lexikalische Analyse**

Zunächst durchläuft eine Suchanfrage (Liste von Suchbegriffen) die lexikalische Analyse, die analog, wie in Abschnitt 3.3.3.1 beschrieben, abläuft. Nun beginnt mit den Anfragetermen, die aus der lexikalischen Analyse entstehen, die eigentliche Suche.

**Suche nach Synonymen**

Dieser Schritt wird bereits in Abschnitt 3.3.3.3 beschrieben.

**Suche nach Termen und Dokument-IDs**

Der Suchprozeß gliedert sich in die folgenden Schritte:

1. Suche nach einem Term im Wörterbuch und finde dazu einen Hinweiszeiger.
2. Suche mit einem Hinweiszeiger nach der Liste von (Dokument-IDs, Characterposition, Termhäufigkeit)-Tupeln (Postings) in der invertierten Datei.
3. Berechne aus der Termhäufigkeit von jedem Dokument das Gesamtgewicht und sortiere die Dokumente nach Gewichten.
4. Suche mit den Dokument-, Headline- und Filename-IDs nach den Einträgen in den drei Tabellen und bilde aus den Einträgen für jedes Dokument einen Dokumentverweis.
5. Das Ergebnis ist eine Menge von gerankten Dokumentverweisen und wird an Client gesendet.

Term für Term wird zuerst im Wörterbuch überprüft, welche Anfrageterme im Wörterbuch vorkommen. Wie wir die Struktur des Wörterbuchs in Abschnitt 3.2.3.2 bereits kennen, lädt der Search-Engine den gesamten Index in einen Buffer im Hauptspeicher und führt darin eine binäre Suche nach einem Anfrageterm aus, um einen Block, in dem der Term vorkommt, zu lokalisieren. Wird im Index ein Term gefunden, so ermöglicht der Blockzeiger zu dem Term den direkten Zugriff auf den Block im Wörterbuch. Sobald der Block im Hauptspeicher ist, wird eine binäre Suche nach einem Datensatz gestartet, der den gesuchten Term enthält. Ein Datensatz im Block enthält neben einem Term die Vorkommenshäufigkeit des Termes in der Kollektion und einen Hinweiszeiger auf einen Eintrag in der invertierten Datei. Ein Hinweiszeiger entspricht einer physikalischen Adresse eines Eintrags in der invertierten Datei und ermöglicht den direkten Zugriff darauf.

**Ranking**

Ein Eintrag in der invertierten Datei enthält zu einem Term eine Liste von (Dokument-ID, Characterposition, Termhäufigkeit)-Tupeln (Postings), wobei jedes Tupel für ein Dokument gilt. Für jedes Dokument wird die Termhäufigkeit zur Berechnung des Gesamtgewichts des Dokuments zu einem Term nach der in Abschnitt 3.3.3.4 vorgestellten Formel herangezogen. Das endgültige Gewicht eines Dokuments zu der

FUHRNDCA630-00000091

Anfrage entsteht durch die Addition der einzelnen Gewichte des Dokuments zu den einzelnen Termen in der Anfrage. Nach der Berechnung der Gewichte werden einzelne Dokumente nach Gewichten sortiert. Dem Dokument mit dem höchsten Gewicht wird die höchste Rankingnummer 1000 zugeordnet.

Nach dem Ranking, bei dem Dokumente mit niedrigen Relevanzwerten aussortiert sind - default gehören in der Menge der gefundenen Dokumente höchstens die 40 besten Dokumente in die Antwortmenge - folgen in der sortierten Reihenfolge mit den Dokument-IDs direkte Zugriffe auf die Dokument-Tabelle, die physikalische Adressen der Einträge in der Headline-Tabelle und Filename-Tabelle verwaltet. Konkret heißt es, daß wir zu einer Dokument-ID einen Eintrag in der Dokument-Tabelle finden, der einen Zeiger auf einen Eintrag in der Headline-Tabelle und einen Zeiger auf einen Eintrag in der Filename-Tabelle enthält. Die Einträge aus den Tabellen bilden einen Dokumentverweis für ein Dokument. Gefundene Dokumentverweise werden dann in nach fallenden Gewichten sortierter Reihenfolge vom Server an den Client gesendet.

### 3.4.2.2   Relevance Feedback

Das Relevance Feeback dient der Verbesserung der vorherigen Suchergebnisse, wobei auf die Ergebnisse eines ersten Suchschrittes und die mit diesem Suchschritt nachgewiesenen Dokumente zurückgegriffen wird. Konkret heißt es, daß weiter Dokumente gesucht werden sollen, die ähnlich den nachgewiesenen Dokumenten sind.
Der Server erhält vom Client Relevance-Feedback-Informationen, in denen eine Anfrage und eine Liste von durch den Client gewählten Dokumentobjekten enthalten sind. Ein *Dokumentobjekt* besteht aus der Angabe von Start-, Endposition, Größe eines Dokuments in Bytes und Pfadnamen einer Datei, zu der ein Dokument gehört. Mit den Dokumentobjekten selektiert der Server Originaldokumente aus der Kollektion, um sie als Anfrage zu bearbeiten. Alle Originaldokumente zusammen werden wie eine normale Suchanfrage betrachtet. Das Ziel dabei ist, das vorherige Suchergebnis dadurch zu verbessern, daß Dokumente gefunden werden sollen, die möglichst alle Terme der Originaldokumente enthalten. Jedes Originaldokument wird also vorher in Terme zerlegt, mit denen dann gesucht werden. Schließlich wird auch die Suchanfrage bearbeitet. Der Suchprozeß erfolgt wie bei der Bearbeitung einer gewöhnlichen Suchanfrage. Der Unterschied ist nur, daß die Suchanfrage jetzt mehr Terme enthält. Gegenüber dem vorherigem Suchergebnis ist das Ergebnis des Relevance Feedback eine neue Liste von Dokumentverweisen. Abbildung 3.29 stellt den Relevance-Feedback-Prozeß dar.

## 3.4.3   Retrieval-Engine

Der Retrieval-Engine hat die Aufgabe, bei einer Retrievalanfrage ein Originaldokument in der Kollektion zu selektieren. Beim Retrieval eines Dokuments sendet der

FUHRNDCA630-00000092

Abbildung 3.29: Der Relevance-Feedback-Prozeß

FUHRNDCA630-00000093

Client ein Dokumentobjekt an den Server. Der Retrieval-Engine empfängt ein Doku-
mentobjekt und greift dann zunächst auf die Filename-Tabelle zu. Dabei überprüft
er, ob ein im Dokumentobjekt vorkommener Dateiname in dieser Tabelle verwaltet
wird. Ist das der Fall, wird nach der Selektion des Dokumenttyps die Datei mit dem
im Dokumentobjekt vorkommenen Dateinamen geöffnet. Es wird die Position des
Dokuments lokalisiert. Das Dokument wird dann entsprechend der Dokumentgröße
gelesen, zusammen mit dem Dokumenttyp in einen internen Buffer gelegt und an den
Client gesendet. Der Retrieval-Prozeß wird in Abbildung 3.30 dargestellt.



Abbildung 3.30: Der Retrieval-Prozeß

### 3.4.4   Das Weiterleiten von Anfragen

Möchte der Client Informationen auf einer Server-Maschine suchen, mit der er selbst
keine Verbindung dafür aber mit einer anderen Server-Maschine hat, so kann er den
Server, der mit ihm und der anderen Server-Maschine eine Verbindung hat, beauftra-
gen, Informationen für ihn zu suchen. Die Datenbank wird vom Client auf folgende
Weise spezifiziert: *Datenbankname@Hostname:Port*. Default hat *Port* die Portnum-
mer 210.

FUHRNDCA630-00000094

Bei der Bearbeitung einer Anfrage überprüft der Search-Engine, ob es sich um eine entfernte Datenbank handelt. Ist das der Fall, so leitet er die Anfrage an die Server-Maschine mit dem *Hostnamen* und der *Port* weiter. Die Anfrage wird vom entfernten Server weiter bearbeitet. Das Ergebnis wird an den Server, der die Anforderung initialisiert hat und so die Rolle vom WAIS-Client übernimmt, zurückgesendet. Auf diese Weise kann ein Client, der keine Verbindung mit einer bestimmten Server-Maschine hat, über den indirekten Weg seine gewünschten Informationen finden. Der Vorgang kann durch das Schaubild in Abbildung 3.31 veranschaulicht werden.



Abbildung 3.31: Das Weiterleiten von Nachrichten

### 3.4.5   Sicherheit

Bei der *Sicherheit* handelt sich um das Schützen vor unerlaubten Zugriffen auf WAIS-Datenbanken. Dafür benutzt der WAIS-Server *Zugriffslisten*, in den Angaben über die Clients, die auf bestimmte WAIS-Datenbanken zugreifen dürfen. Es gibt zwei Zugriffslisten: eine Zugriffsliste für die Server-Sicherheit und eine Zugriffsliste für die Datenbank-Sicherheit. Jede Zugriffsliste wird in einer externen Datei gespeichert, deren Namen in der Include-Datei server.h zu finden ist. Die Zugriffsliste für die Server-Sicherheit hat folgendes Format:

*Hostname Hostadresse*

Auf die Server-Zugriffsliste wird zugegriffen, wenn bei einer Anfrage kein Datenbankname spezifiziert ist. In diesem Fall werden die in der Anfrage enthaltenen Hostname und Hostadresse überprüft, ob sie in dieser Liste vorkommen.

*Beispiel:*

| Hostname | Hostadresse |
|---|---|
| welchlab.welch.jhu.edu | 128.220.59.10 |
| welchgate.welch.jhu.edu | 128.220.59.13 |

Die Erlaubnis für den Zugriff auf ein bestimmtes Domain sollte auch möglich sein. So ist beispielsweise bei der Angabe

welch.jhu.edu 128.200.59

der Zugriff auf das Domain welch.jhu.edu erlaubt. Die Angabe der Hostadresse ist optional.

Das Format für die Datenbank-Sicherheit sieht wie folgt aus:

FUHRNDCA630-00000095

*Datenbankname Hostname Hostadresse*

Die Vorgehensweise ist wie oben, allerdings wird hier zusätzlich der in der Anfrage enthaltene Datenbankname überprüft.

*Beispiel:*

| Datenbankname | Hostname | Hostadresse |
|---------------|----------|-------------|
| foo | welchlab.welch.jhu.edu | 128.220.59.10 |
| foo | welchlgate.welch.jhu.edu | 128.220.59.13 |

Wie oben ist die Erlaubnis für den Zugriff auf ein bestimmtes Domain möglich, z.B. foo welch.jhu.edu 128.200.59. Die Verwendung von * erlaubt jedem den Zugriff auf eine bestimmte Datenbank, z.B.:

<pre>
foo    welch.jhu.edu    128.200.59
bar         *                *
</pre>

Hier wird nur der Datenbankname bar überprüft.

### 3.4.6   Zugriffsreport

Der WAIS-Server erzeugt bei jeder Kommunikation mit dem Client ein sogenanntes *Log-File*, in dem alle Informationen über die Zugriffe auf den Server gespeichert sind. Bei einer Suchanfrage werden der Datenbankname, die Anfrage, die Anzahl der gefundenen Dokumente und die Dokumentverweise (Start-, Endpostion und Dateiname) in das Log-File aufgenommen. Und schließlich werden bei einer Retrievalanfrage die Dokument-IDs, der Datenbankname, die Dokumentgröße und das Display-Format eines Dokuments in dem Log-File gespeichert.

## 3.5   WAIS-Client

Der WAIS-Client ist ein Benutzerschnittstellenprogramm, das Anforderungen an den WAIS-Server sendet, indem es mit dem WAIS-Server kommuniziert. Zusätzlich hat es die Aufgabe, Anforderungsergebnisse in entsprechender Form zu repräsentieren. In diesem Abschnitt möchte ich die prinzipiellen Arbeitsweisen des WAIS-Clients beschreiben. In Anhang A.3.6 wird zum WAIS-Client eine graphische Benutzerschnittstelle vorgestellt.

Der WAIS-Client unterstützt Anfrage- und Retrievalanforderungen. Eine Anfrageanforderung ist entweder die Suche mit einer Suchanfrage und einer Relevance-Feedback-Anfrage. Bei einer Retrievalanforderung handelt es sich um das Anzeigen vom Originaldokument.

FUHRNDCA630-00000096

### 3.5.1   WAIS-Client bei einer Suchanfrage

Für eine inhaltliche Suche startet der WAIS-Client mit einer Anfrage in natürlicher Sprache. Die Suchanfrage wird dann zum Server gesendet. Das Ergebnis einer Suchanfrage ist eine nach Rankingnummern geordnete Menge von Headlines (Abbildung 3.32). Intern entspricht die Menge der Headlines der Menge von Dokumentverweisen, die Informationen über Originaldokumente, beispielsweise Name der Datei, zu der ein Dokument gehört, Anfangs- bzw. Endposition eines Dokument innerhalb einer Datei, enthalten. Eine *Headline* gibt den Inhalt eines Dokuments zusammenfassend wieder. Eine *Rankingnummer*, die durch eine heuristische Rankingmethode vom Server erzeugt wird, gibt die Ordnung einer Headline in der Antwortmenge zu einer Anfrage an. Eine Headline, die die höchste Rankingnummer und gleichzeitig höchste Relevanz hat, befindet sich an erster Stelle in der Antwortmenge.



Abbildung 3.32: Ergebnis einer Suchanfrage beim Client

### 3.5.2   WAIS-Client beim Relevance Feedback

Die Suchergebnisse können durch *Relevance Feedback* verbessert werden, wobei auf die Ergebnisse eines ersten Suchschrittes und die mit diesem Suchschritt nachgewiesenen Dokumente zurückgegriffen wird. Konkret heißt es, daß weitere Dokumente gesucht werden sollen, die ähnlich den nachgewiesenen Dokumenten sind. Der Benutzer wählt also einige Headlines aus, von denen er meint, daß sie relevant sind. Intern heißt es, daß das Wählen einiger Headlines gleichzeitig eine Abbildung dieser Headlines auf Dokumentverweise bedeutet. Notwendige Informationen aus diesen Dokumentverweisen werden für Relevance Feedback selektiert, beispielsweise aus jedem gewählten Dokumentverweis die Dokument-ID, der Dateiname eines Dokuments und die Bereichsangaben eines Dokuments, und als ein Dokumentobjekt an den WAIS-Server gesendet. Das Ergebnis ist eine neue Liste von rankierten Dokumentverweisen, die mehr Informationen enthalten sollen. Bei Relevance Feedback handelt es sich also um eine Verfeinerung einer Suche. Abbildung 3.33 stellt den Client beim Relevance Feedback dar.

75

FUHRNDCA630-00000097



Abbildung 3.33: Client beim Relevance Feedback



Abbildung 3.34: Client beim Retrieval

FUHRNDCA630-00000098

### 3.5.3   WAIS-Client beim Retrieval

Will ein Benutzer ein Originaldokument ansehen, so wählt er eine entsprechende
Headline. Dies veranlaßt den WAIS-Client, eine Retrievalanforderung an den WAIS-
Server zu senden. Vorher wird intern die gewählte Headline wie oben beschrieben
in einen Dokumentobjekt abgebildet. Ein Dokumentobjekt besteht aus der Position
eines Dokument innerhalb einer Datei, dem Namen der Datei und die Größe eines Do-
kuments. Das Dokumentobjekt wird dann an den WAIS-Server geschickt (Abbildung
3.34). Das Retrievalergebnis ist ein Originaldokument, das dann vom WAIS-Client
in geeignetem Format repräsentiert wird. Multimedia-Daten soll der WAIS-Client
unterstützen – Daten mit unterschiedlichen Display-Formaten, z.B. Postscript, dvi
oder gif etc., können beim Client angezeigt werden.

### 3.5.4   Wie findet man eine Datenbankbeschreibung

Um den WAIS-Server ansprechen zu können, braucht der WAIS-Client Informatio-
nen über den WAIS-Server wie Internet-Adresse des WAIS-Servers, Name der WAIS-
Datenbank, Benutzungskosten des WAIS-Servers etc. Dafür hat WAIS eine soge-
nannte *Datenbankbeschreibung* (source description structure), die eine konzeptionelle
Verbindung zwischen dem WAIS-Client und dem WAIS-Server aufbaut. Bei jeder
Kommunikation mit dem WAIS-Server wird eine Datenbankbeschreibung vom WAIS-
Client gelesen (Abbildung 3.35), deren Struktur in 3.2.5 beschrieben wurde.



Abbildung 3.35: Konzeptionelle Verbindung zwischen dem WAIS-Client und WAIS-
Server durch eine Datenbankbeschreibung

Die Suche nach einer Datenbankbeschreibung wird durch das *Directory-of-Servers*-
Konzept unterstützt. Das Konzept basiert auf dem Yellow-Page-Prinzip. Dabei wird
ein Informationsserver angesprochen, der eine WAIS-Datenbank von verfügbaren Ser-
vern verwaltet. CNIDR, TMC und der Lehrstuhl LS6 warten solche Datenbanken.

FUHRNDCA630-00000099

Diese Datenbanken enthalten die Datenbankbeschreibungen der einzelnen Servern. Bei einer Anfrage an diesen Server erhält der Benutzer eine Menge von Datenbankbeschreibungen als Ergebnis. Der Benutzer kann über den WAIS-Client bestimmte Datenbankbeschreibungen auswählen, abspeichern und für die spätere Suche verwenden. In Anhang A.3.6 wird ein Beispiel mit den Abbildungen A.7 und A.8 beschrieben.

## 3.6   Datenkonsistenz

In WAIS wird die Datenkonsistenz durch Zugriffsperren erhalten. Es sind zwei Arten von Zugriffsperren zu unterscheiden: Schreib- und Lesezugriffsperre. Während der Indexierung hat die Schreibzugriffsperre zu gewährleisten, daß zu einem Zeitpunkt eine WAIS-Datenbank nicht mehrmals gleichzeitig erzeugt wird. Beim Lesezugriff, also bei der Suche, wird durch die Schreibzugriffsperre verhindert, daß versucht wird, die gerade gelesene Datenbank zu überschreiben. Dabei wird eine interne Uhr aktiv, die nur innerhalb des vorgegebenen Zeitlimits (45 Sekunden) läuft, bei dessen Überschreitung der Suchprozeß automatisch subspendiert wird. Danach muß der Indexierer den Indexierungsvorgang wiederholen.
Umgekehrt wird während der Indexierung der Lesezugriff auf eine Datenbank durch die Lesezugriffsperre zurückgewiesen. Für die Schreib- bzw. Lesezugriffsperre wird jeweils eine Lockdatei erzeugt, in die einfach nur die Prozeß-ID des Indexierung- oder Suchprozesses eingetragen wird.

FUHRNDCA630-00000100

# Kapitel 4

# Erweiterungen

## 4.1   Entwicklung eines Global-Formatparsers

Das schon in Abschnitt 2.8 beschriebene Problem bei der Analyse von Dokument-
formaten während der Indexierung sei hier noch einmal erwähnt. Für jedes Doku-
mentformat ist ein eigener Formatparser notwendig. Bei $n$ Dokumentformaten gibt es
dementprechend $n$ Formatparser. Bei Hinzukommen eines neuen Dokumentformats
muß ein neuer Formatparser definiert und das WAIS-Indexprogramm neu kompeliert
werden.

### 4.1.1   Konzept

Das Problem liegt darin, daß jeder Formatparser über die eigenen fest codierten Infor-
mationen von einem bestimmten Dokumentformat verfügen. Zur Lösung dieses Pro-
blems wird ein Global-Formatparser entwickelt, dessen Aufgabe bereits in Abbildung
2.3 dargestellt wurde. Seine konzeptionelle Arbeitsweise beschreibt die Abbildung
4.1.
Im Gegensatz zu den üblichen WAIS-Formatparsern enthält der Global-Formatparser
keine fest codierten Formatinformationen, sondern die Formatinformationen werden
von außen gelesen, die bei verschiedenen Dokumentformaten unterschiedlich sind.
Mit den Formatinformationen arbeitet der Global-Formatparser nach dem selben
Prinzip wie ein normaler Formatparser. Das heißt, daß der Global-Formatparser an-
hand der Formatinformationen weiß, wie ein Dokument gelesen und indexiert werden
soll. Da Formatinformationen Dokumentformate beschreiben und von außen gele-
sen werden sollen, werden sie in einer Datei mit Hilfe einer noch zu entwickelnden
*Format-Beschreibungssprache* spezifiziert. Diese Datei wird als *Formatspezifikations-
datei* bezeichnet. Die Interpretation der Format-Beschreibungssprache übernimmt
ein Formatspezifikation-Parser. Mit dieser Möglichkeit soll der Global-Formatparser
jedes Dokumentformat verstehen. Eine Rekompelierung und Definition eines neuen

79

FUHRNDCA630-00000101



Abbildung 4.1: Der Global-Formatparser

Formatparsers sind beim Auftreten von neuen Dokumentformaten daher nicht mehr notwendig.

### 4.1.2   Festlegung von Formatinformationen

Bevor eine Beschreibungssprache für die Spezifikation der Dokumentformate festgelegt werden kann, ist es notwendig vorher zu bestimmen, wie die Formatinformationen definiert werden können.
Die globale Struktur eines Dokuments in WAIS setzt sich zusammen aus einer Endemarkierung eines Dokuments, den Headline-Markierungen für die Bildung einer Headline, und einer Date-Markierung für die Erstellung eines Datums. Dementsprechend enthalten die Formatinformationen diese Markierungen.

### 4.1.3   Global-Formatparser

Da der Inhalt der Formatinformationen jetzt festgelegt ist, wird der Global-Formatparser wie folgt realisiert: Er besteht für die entsprechenden Markierungen aus den folgenden Funktionen: **Separator-Funktion**, **Header-Funktion**, **Finish-Header-Funktion** und **Date-Funktion**. Die Funktionsweisen dieser Funktionen wurden bereits in Abschnitt 3.3.2 erläutert.

80

FUHRNDCA630-00000102

### 4.1.4 Format-Beschreibungssprache in einer Formatspezifikationsdatei

Für die Spezifikation von Formatinformationen wird eine Format-Beschreibungssprache, mit der jedes Dokumentformat in einer Formatspezifikationsdatei beschrieben werden kann, definiert. Um Spezifikationsfreiheit zu gewährleisten, sind für diese Sprache reguläre Ausdrücke zugelassen. Eine Formatspezifikationsdatei wird von dem Formatspezifikation-Parser gelesen, um ihre syntaktische Korrektheit zu überprüfen. Für die Format-Beschreibungssprache wird die in Abbildung 4.2 dargestellte Syntax definiert. In Anhang A.3.1 ist dazu ein Beispiel zu finden.

| | |
|---|---|
| **&lt;record-end&gt;** | /Dokumentendemarkierung/ |
| **&lt;headline&gt;** | /Headline-Anfangmarkierung$_1$/ |
| | /Headline-Endemarkierung$_1$/ |
| | Anzahl-von-Zeichen$_1$ |
| | /Lese-nach-Markierung$_1$/ |
| | $\vdots$ |
| **&lt;headline&gt;** | /Headline-Anfangmarkierung$_n$/ |
| | /Headline-Endemarkierung$_n$/ |
| | Anzahl-von-Zeichen$_n$ |
| | /Lese-nach-Markierung$_n$/ |
| **&lt;date&gt;** | /Date-Markierung/ /Sscanf-Argument/ |
| | Datumangabe Datumangabe Datumangabe |
| | /Lese-nach-Markierung/ |

Abbildung 4.2: Die Syntax einer Format-Beschreibungssprache

*Dokumentendemarkierung:* Dokumentseparator, der das Ende eines Dokuments markiert.

*Headline-Anfangmarkierung:* Diese Markierung kennzeichnet den Anfang eines Textabschnittes eines Dokuments, der eine Headline bildet.

*Headline-Endmarkierung:* Diese Markierung kennzeichnet das Ende eines Textabschnittes eines Dokuments, der eine Headline bildet.

*Anzahl-von-Zeichen:* Anzahl von Zeichen (Integerzahl) eines Textabschnittes, die in eine Headline geschrieben werden sollen. Die Summe der Anzahl von Zeichen ist maximal 100.

*Lese-nach-Markierung:* Ein Textabschnitt soll nach dieser Markierung gelesen werden. Die Angabe dieser Markierung ist optional. Fehlt diese Angabe, so wird der Textabschnitt von Anfang an gelesen.

*Date-Markierung:* Eine Zeile mit dieser Markierung enthält ein Datum.

81

FUHRNDCA630-00000103

*Sscanf-Argument:* Ein String soll entsprechend dem Sscanf-Argument analysiert wer-
den. Dieses Argument entspricht dem Kontroll-Argument für die C-Routine
*sscanf.*

*Datumangabe:* Eine Datumangabe kann sein: **day, month (string), year**. Ist das
Monat in dem Datum ein String, z.B. 'JAN', so muß **month string** angeben
werden, sonst nur **month**.

### 4.1.5   Formatspezifikation-Parser

Wie bereits erwähnt, besteht die Aufgabe des Formatspezifikation-Parsers darin, die
Formatspezifikationsdatei zu analysieren. Der Formatspezifikation-Parser hat als Ein-
gabe eine Formatspezifikationsdatei. Die Ausgaben sind die Formatinformationen, die
dann an den Global-Formatparser übergeben werden. Für den Formatspezifikation-
Parser wird der LEX/YACC Parser benutzt.

## 4.2   Entwicklung eines Feldkonzepts

Das Ziel der Entwicklung eines Feldkonzepts ist es, die Suche in Feldern zu ermögli-
chen. Dafür wird ein WAIS-Index, der die Feldsuche unterstützt, entwickelt. Dabei
geht es darum, wie ein WAIS-Index für Felder konzeptionell strukturiert und erzeugt
wird. Zunächst erfolgt aber eine Definition einer Feldstruktur in einem Dokument.

### 4.2.1   Feld-Definition

Logisch kann ein Dokument in einen oder mehrere Textabschnitte aufgeteilt werden.
Ein Dokument mit einem Textabschnitt ist das Dokument selbst. Ein Textabschnitt
hat eine Anfangs- und Endemarkierung und enthält mehrere Terme. Ein Feld wird
durch einen Textabschnitt oder mehrere Textabschnitte gebildet und durch einen
Feldnamen identifiziert. Ein Feld, das statt Terme Zahlen enthält, wird als numeri-
sches Feld bezeichnet. Abbildung 4.3 zeigt die logische Struktur eines Dokuments,
das mehrere Felder enthält.

Wie aus der Abbildung 4.3 ersichtlich besteht Feld$_1$ aus einem Textabschnitt 1, Feld$_2$
aus den Textabschnitten 2, 4, 5, Feld$_3$ aus dem Textabschnitt 5 und Feld$_4$ aus den
Textabschnitten 1, 5. Feld$_4$ deckt Feld$_1$ und Feld$_3$ ab, weil es alle Terme von Feld$_1$
und Feld$_3$ enthält. So überdeckt beispielsweise ein Feld NAMES zwei Felder AUTOR
und EDITOR. Eine Suchanfrage wie NAMES = 'Meier' ist äquivalent zu der Anfrage
AUTOR = 'Meier' OR EDITOR = 'Meier'. Auf diese Weise wird die Anforderung der
Feldüberlappung gelöst.

82



Abbildung 4.3: Bildung von Feldern in einem Dokument

Zusammenfassend kann aus der obigen Abbildung festgestellt werden, daß jedes Feld durch einen oder mehrere Textabschnitte für sich allein gebildet wird und keine Referenz auf andere Felder besitzt.

## 4.2.2   WAIS-Index für Felder

Mit der obigen Definition besteht ein Feld logisch also aus einem oder mehreren Textabschnitten, die die Terme enthalten. Um beispielsweise nach Dokumenten mit Titel 'Information Retrieval' zu suchen, so formuliert man eine Anfrage wie z.B. `ti = Information Retrieval` (Die Syntax einer Feldanfrage wird in Abschnitt 4.5.1 definiert). Eine unkonventionelle Suchmethode kann etwa so aussehen, daß direkt in der Datei zunächst nach dem Feld Titel und dann nach den Termen 'Information Retrieval' durch eine String-Suche gesucht wird. Man findet dann dazu die entsprechenden Dokumente. Da hier die Dokumentdatei selbst durchsucht wird, ist der Aufwand bezüglich der Suchzeit zu kostspielig, weil hier sehr viele Plattenzugriffe erforderlich sind. Die beste Lösung ist, daß man dafür einen Index erzeugt, in dem nach Termen von Feldern effizient gesucht werden kann. Dazu werden folgende Verfahren betrachtet:

1. Die Suche nach Dokumenten, die die Anfrageterme enthalten, im bisherigen WAIS-Index kann auch als eine Feldsuche betrachtet werden, nämlich eine Suche in einem Feld mit dem Datenbanknamen als Feldnamen. Im oberen Beispiel heißt der Feldname Titel. Eine Übertragung liegt auf der Hand. Für jedes Feld wird eine invertierte Datei und ein Wörterbuch benutzt. Um festzustellen, ob ein Term in einem Feld vorkommt, verwendet man das Wörterbuch des Feldes. Das Ergebnis der Suche ist ein Datensatz, in dem der gesuchte Term vorkommt. Der Datensatz enthält einen Hinweiszeiger, mit dem man den entsprechenden Eintrag in der invertierten Datei eines Feldes findet. Anhand dieses Eintrags werden die Dokumentverweise von allen Termen des Feldes gefunden. Ein Do-

FUHRNDCA630-00000105